UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE, INC., a California corporation, | ) | Case No.: 11-CV-01846-LHK |
| | ) | |
| Plaintiff, | ) | **SUPERSEDEAS BOND** |
| v. | ) | |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| a Korean corporation; | ) | |
| SAMSUNG ELECTRONICS AMERICA, INC. | ) | |
| a New York corporation; | ) | |
| SAMSUNG TELECOMMUNICATIONS | ) | |
| AMERICA, LLC, | ) | |
| a Delaware limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## SUPERSEDEAS BOND

WHEREAS, Defendants SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC have appealed from a judgment entered in the above entitled action in The United States District Court for the Northern District of California, San Jose Division, in favor of the above named Plaintiffs on March 6, 2014 in the amount of Nine Hundred Twenty Nine Million Seven Hundred Eighty Thousand Thirty Nine and no/100 Dollars ($929,780,039.00)

WHEREAS, Defendants desire to give this Supersedeas Bond pursuant to Fed. R. Civ. Pro. 62(d);

**NOW THEREFORE**, in consideration of the premises and of such appeal, **ZURICH AMERICAN INSURANCE COMPANY and FEDERAL INSURANCE COMPANY and WESTCHESTER FIRE INSURANCE COMPANY and PACIFIC EMPLOYERS INSURANCE COMPANY** as surety, (each a "Surety" and collectively "Sureties") are held and firmly bound unto Plaintiff APPLE, INC. as Obligee, in the total aggregate penal sum of One Billion and no/100 Dollars ($1,000,000,000.00), lawful money of the United States for which payment well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors and assigns, severally by Sureties (subject to the individual Surety limits below).

**THE CONDITION OF THIS OBLIGATION** is that if Defendants shall prosecute their appeal to effect and shall satisfy the judgment in full, together with costs, interest and damages for delay if the appeal is finally dismissed or the judgment is affirmed, or shall satisfy in full such judgment as modified together, with such

costs, interests, and damages as the Court of Appeals may adjudge and award, this obligation shall be void; otherwise it shall remain in full service and effect;

**PROVIDED, HOWEVER, THAT:**

1. The maximum amount of liability for each Surety shall be limited to the following amounts:

   ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation for Five Hundred Million and no/100 Dollars ($500,000,000.00)

   FEDERAL INSURANCE COMPANY, an Indiana Corporation for Three Hundred Twenty Million and no/100 Dollars ($320,000,000.00)

   WESTCHESTER FIRE INSURANCE COMPANY, a Pennsylvania Corporation for Eighty Million and no/100 Dollars ($80,000,000.00)

   PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania Corporation for One Hundred Million and no/100 Dollars ($100,000,000.00)

2. It is expressly provided that the obligation of each Surety shall be several and not joint, and no Surety shall be liable in an amount greater than its respective maximum amount of liability set forth above in Paragraph 1, nor shall any Surety's liability be increased or affected hereunder in any way whatsoever as a result of the performance or non-performance by any other Surety of such other Surety's obligation under this Bond.

3. Any claim for payment by APPLE, INC. arising under this Supersedeas Bond shall be allocated to the percentage of each Surety's limit of liability relative to the aggregate amount of this Bond.

4. In no event shall the total collective obligation of the Sureties hereunder exceed the amount of this Bond, or the individual liability of any Surety hereunder exceed their respective maximum amount of liability stated in Paragraph 1, regardless of the number of years this bond is in force.

5. Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure, the Sureties hereby submit themselves to the jurisdiction of the District Court.

Dated this  10th day of March, 2014.

**SURETY**                                                                    **BOND NUMBERS**

**ZURICH AMERICAN INSURANCE COMPANY**

By: _____                    **Bond Number: 09102795**
Annette Leuschner
Attorney-In-Fact


**FEDERAL INSURANCE COMPANY**

By: _____                    **Bond Number: 82286312**
Annette Leuschner
Attorney-In-Fact

**WESTCHESTER FIRE INSURANCE COMPANY**

By: _____                    **Bond Number: K08784772**
Annette M.  Leuschner
Attorney-In-Fact


**PACIFIC EMPLOYERS INSURANCE COMPANY**

By: _____                    **Bond Number: K08468503**
Annette M. Leuschner
Attorney-In-Fact

№ 6837

### STATE OF CALIFORNIA
# DEPARTMENT OF INSURANCE
#### SAN FRANCISCO

---

## Certificate of Authority

---

THIS IS TO CERTIFY, *That, pursuant to the Insurance Code of the State of California,*

Zurich American Insurance Company

*of* New York, New York *, organized under the*
*laws of* New York *, subject to its Articles of Incorporation or*
*other fundamental organizational documents, is hereby authorized to transact within this State,*
*subject to all provisions of this Certificate, the following classes of insurance:* Fire, Marine,
Surety, Disability, Plate Glass, Liability, Workers' Compensation,
Common Carrier Liability, Boiler and Machinery, Burglary, Credit,
Sprinkler, Team and Vehicle, Automobile, Aircraft, and Miscellaneous
*as such classes are now or may hereafter be defined in the Insurance Laws of the State of California.*

*This* CERTIFICATE *is expressly conditioned upon the holder hereof now and hereafter being in*
*full compliance with all, and not in violation of any, of the applicable laws and lawful requirements*
*made under authority of the laws of the State of California as long as such laws or requirements are*
*in effect and applicable, and as such laws and requirements now are, or may hereafter be changed*
*or amended.*

IN WITNESS WHEREOF, *effective as of the* 1st *day*
*of* January *, 19* 99 *, I have hereunto set*
*my hand and caused my official seal to be affixed this* 30th
*day of* April *, 19* 99 *.*

Chuck Quackenbush
Insurance Commissioner

Victoria S. Sidbury
*Deputy*

*By*

NOTICE

Qualification with the Secretary of State must be accomplished as required by the California Corporations Code
promptly after issuance of this Certificate of Authority. Failure to do so will be a violation of Ins. Code Sec. 701
and will be grounds for revoking this Certificate of Authority pursuant to the covenants made in the application
therefor and the conditions contained herein.

FORM CB-3

**ZURICH AMERICAN INSURANCE COMPANY**
**COLONIAL AMERICAN CASUALTY AND SURETY COMPANY**
**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**
**POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS: That the ZURICH AMERICAN INSURANCE COMPANY, a corporation of the State of New York, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, a corporation of the State of Maryland, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND a corporation of the State of Maryland (herein collectively called the "Companies"), by **THOMAS O. MCCLELLAN, Vice President,** in pursuance of authority granted by Article V, Section 8, of the By-Laws of said Companies, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, do hereby nominate, constitute, and appoint **David W. ROSEHILL, Nancy SCHNEE, Andrea E. GORBERT, Annette LEUSCHNER, Valorie SPATES, Beverly A. WOOLFORD and Anne POTTER, all of Jericho, New York, EACH** its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: **any and all bonds and undertakings,** and the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Companies, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the ZURICH AMERICAN INSURANCE COMPANY at its office in New York, New York., the regularly elected officers of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at its office in Owings Mills, Maryland., and the regularly elected officers of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at its office in Owings Mills, Maryland., in their own proper persons.

The said Vice President does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article V, Section 8, of the By-Laws of said Companies, and is now in force.

IN WITNESS WHEREOF, the said Vice-President has hereunto subscribed his/her names and affixed the Corporate Seals of the said **ZURICH AMERICAN INSURANCE COMPANY, COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,** this 10th day of December, A.D. 2013.

**ATTEST:**

ZURICH AMERICAN INSURANCE COMPANY
COLONIAL AMERICAN CASUALTY AND SURETY COMPANY
FIDELITY AND DEPOSIT COMPANY OF MARYLAND

  

By: _____

*Assistant Secretary*
*Eric D. Barnes*

_____

*Vice President*
*Thomas O. McClellan*

**State of** Maryland
City of Baltimore
On this 10th day of December, A.D. 2013, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, **THOMAS O. MCCLELLAN, Vice President, and ERIC D. BARNES, Assistant Secretary,** of the Companies, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and acknowledged the execution of same, and being by me duly sworn, deposeth and saith, that he/she is the said officer of the Company aforesaid, and that the seals affixed to the preceding instrument are the Corporate Seals of said Companies, and that the said Corporate Seals and the signature as such officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporations.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

_____

Constance A. Dunn, Notary Public
My Commission Expires: July 14, 2015

POA-F 093-7185C

## EXTRACT FROM BY-LAWS OF THE COMPANIES

"Article V, Section 8, <u>Attorneys-in-Fact</u>. The Chief Executive Officer, the President, or any Executive Vice President or Vice President may, by written instrument under the attested corporate seal, appoint attorneys-in-fact with authority to execute bonds, policies, recognizances, stipulations, undertakings, or other like instruments on behalf of the Company, and may authorize any officer or any such attorney-in-fact to affix the corporate seal thereto; and may with or without cause modify of revoke any such appointment or authority at any time."

### CERTIFICATE

I, the undersigned, Vice President of the ZURICH AMERICAN INSURANCE COMPANY, the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY, and the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the foregoing Power of Attorney is still in full force and effect on the date of this certificate; and I do further certify that Article V, Section 8, of the By-Laws of the Companies is still in force.

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the ZURICH AMERICAN INSURANCE COMPANY at a meeting duly called and held on the 15th day of December 1998.

RESOLVED: "That the signature of the President or a Vice President and the attesting signature of a Secretary or an Assistant Secretary and the Seal of the Company may be affixed by facsimile on any Power of Attorney...Any such Power or any certificate thereof bearing such facsimile signature and seal shall be valid and binding on the Company."

This Power of Attorney and Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the COLONIAL AMERICAN CASUALTY AND SURETY COMPANY at a meeting duly called and held on the 5th day of May, 1994, and the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 10th day of May, 1990.

RESOLVED: "That the facsimile or mechanically reproduced seal of the company and facsimile or mechanically reproduced signature of any Vice-President, Secretary, or Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seals of the said Companies, this _____ day of _____, 20____.
MAR 1 0 2014

  

Geoffrey Delisio, Vice President

**ZURICH AMERICAN INSURANCE COMPANY**
**COMPARATIVE BALANCE SHEET**
ONE LIBERTY PLAZA, 165 BROADWAY, 32nd FLOOR, NEW YORK, NY 10006
As of December 31, 2012 and December 31, 2011

| | 12/31/2012 | 12/31/2011 |
|---|---|---|
| **Assets** | | |
| Bonds | $ 18,907,466,866 | $ 18,985,096,131 |
| Preferred Stock | - | 259,036 |
| Common Stock | 2,123,025,432 | 2,068,881,919 |
| Other Invested Assets | 2,035,077,824 | 2,065,634,039 |
| Short-term Investments | 126,053,209 | 107,298,374 |
| Receivable for securities | 134,410,839 | 18,523,294 |
| Cash and cash equivalents | 728,298,115 | (128,716,627) |
| Securities lending reinvested collateral assets | 225,335,750 | 120,821,061 |
| Employee Trust for Deferred Compensation Plan | 130,493,778 | 124,809,033 |
| Total Cash and Invested Assets | $ 24,410,161,814 | $ 23,362,606,260 |
| | | |
| Premiums Receivable | $ 3,649,247,239 | $ 3,611,868,304 |
| Funds Held with Reinsurers | 3,681,443 | 28,073,922 |
| Reinsurance Recoverable | 215,451,507 | 233,357,918 |
| Accrued Investment Income | 121,729,727 | 149,372,442 |
| Federal Income Tax Recoverable | 930,267,731 | 788,664,462 |
| Due from Affiliates | 187,274,289 | 95,583,016 |
| Other Assets | 493,265,075 | 459,639,011 |
| Total Assets | $ 30,011,078,824 | $ 28,729,165,335 |
| | | |
| **Liabilities and Policyholders' Surplus** | | |
| Liabilities: | | |
| Loss and LAE Reserves | $ 14,244,436,264 | $ 14,401,632,170 |
| Unearned Premium Reserve | 4,159,670,241 | 4,066,273,586 |
| Funds Held with Reinsurers | 212,412,675 | 218,214,563 |
| Loss In Course of Payment | 408,170,112 | 353,274,509 |
| Commission Reserve | 64,038,359 | 63,749,920 |
| Federal Income Tax Payable | 16,190,044 | 47,352,138 |
| Remittances and Items Unallocated | 196,410,982 | 69,677,903 |
| Payable to parent, subs and affiliates | 57,540,814 | 92,111,683 |
| Provision for Reinsurance | 66,649,220 | 60,498,188 |
| Ceded Reinsurance Premiums Payable | 551,510,878 | 278,235,370 |
| Securities Lending Collateral Liability | 225,335,750 | 120,821,061 |
| Other Liabilities | 2,166,453,164 | 1,938,544,837 |
| Total Liabilities | $ 22,368,818,502 | $ 21,710,385,928 |
| | | |
| Policyholders' Surplus: | | |
| Common Capital Stock | $ 5,000,000 | $ 5,000,000 |
| Paid-In and Contributed Surplus | 4,394,131,321 | 4,394,131,320 |
| Surplus Notes | 430,000,000 | 883,000,000 |
| Special Surplus Funds | 43,259,000 | 396,438,437 |
| Cumulative Unrealized Gain | 331,857,594 | 209,454,958 |
| Unassigned Surplus | 2,438,012,408 | 1,130,754,692 |
| Total Policyholders' Surplus | $ 7,642,260,323 | $ 7,018,779,407 |
| | | |
| Total Liabilities and Policyholders' Surplus | $ 30,011,078,824 | $ 28,729,165,335 |

I, Dennis F. Kerrigan, Corporate Secretary of ZURICH AMERICAN INSURANCE COMPANY do hereby certify
that the foregoing statement is a correct exhibit of the assets and liabilities of the said Company, on the
31st day of December, 2012, according to the best of my information, knowledge and belief.

_____
Corporate Secretary

State of Illinois
County of Cook        } SS:

Subscribed and sworn to, before me, a Notary Public of the State of Illinois, in the City of Schaumburg,
this 15th day of March, 2013.

_____
Notary public

OFFICIAL SEAL
DARRYL JOINER
Notary Public - State of Illinois
My Commission Expires May 3, 2014

## SURETY ACKNOWLEDGMENT

**State of  <u>New York</u>**

**County of  <u>Nassau</u>**

**On <u>March 10, 2014</u> before me, <u>Beverly A. Woolford</u>, Notary Public, personally appeared <u>Annette Leuschner</u>, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.**

**WITNESS my hand and official seal.**

BEVERLY A. WOOLFORD
NOTARY PUBLIC, State of New York
No. 01WO6132857
Qualified in Queens County
Commission Expires August 29, 2017

Nº 5389

STATE OF CALIFORNIA

# DEPARTMENT OF INSURANCE

SAN FRANCISCO

AMENDED

## Certificate of Authority

THIS IS TO CERTIFY, *That, pursuant to the Insurance Code of the State of California,*

Federal Insurance Company

*of*          Indianapolis, Indiana          *, organized under the*

*laws of*          Indiana          *, subject to its Articles of Incorporation or*

*other fundamental organizational documents, is hereby authorized to transact within this State,*

*subject to all provisions of this Certificate, the following classes of insurance:* FIRE, MARINE,

SURETY, DISABILITY, PLATE GLASS, LIABILITY, WORKERS' COMPENSATION,

COMMON CARRIER LIABILITY, BOILER AND MACHINERY, BURGLARY, CREDIT,

SPRINKLER, TEAM AND VEHICLE, AUTOMOBILE, AIRCRAFT and MISCELLANEOUS

*as such classes are now or may hereafter be defined in the Insurance Laws of the State of California.*

THIS CERTIFICATE *is expressly conditioned upon the holder hereof now and hereafter being in*

*full compliance with all, and not in violation of any, of the applicable laws and lawful requirements*

*made under authority of the laws of the State of California as long as such laws or requirements are*

*in effect and applicable, and as such laws and requirements now are, or may hereafter be changed*

*or amended.*

IN WITNESS WHEREOF, *effective as of the* 15th *day*

*of* October *, 19 90, I have hereunto set*

*my hand and caused my official seal to be affixed this* 15th

*day of* October *, 19 90.*

ROXANI M. GILLESPIE
Insurance Commissioner

VICTORIA S. SIDBURY
Deputy

*By*

**NOTICE:**
Qualification with the Secretary of State must be accomplished as required by the California Corporations Code
promptly after issuance of this Certificate of Authority. Failure to do so will be a violation of Ins. Code Sec. 701
and will be grounds for revoking this Certificate of Authority pursuant to the covenants made in the application
therefor and the conditions contained herein.

FORM CB-3                                                                                          63 84661



| Chubb Surety | POWER OF ATTORNEY | Federal Insurance Company Vigilant Insurance Company Pacific Indemnity Company | Attn: Surety Department 15 Mountain View Road Warren, NJ 07059 |

**Know All by These Presents,** That FEDERAL INSURANCE COMPANY, an Indiana corporation, VIGILANT INSURANCE COMPANY, a New York corporation, and PACIFIC INDEMNITY COMPANY, a Wisconsin corporation, do each hereby constitute and appoint Andrea E. Gorbert, Annette Leuschner, James E. Marran, Jr., Anne Potter, David W. Rosehill, Nancy Schnee, Valorie Spates and Beverly A. Woolford of Jericho, New York——————————————————————————————————————————

each as their true and lawful Attorney- in- Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

**In Witness Whereof,** said FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY have each executed and attested these presents and affixed their corporate seals on this **28th** day of **January, 2013.**

Dawn M. Chloros, Assistant Secretary                              David B. Norris, Jr., Vice President

STATE OF NEW JERSEY

County of Somerset                    ss.

On this **28th** day of **January, 2013** before me, a Notary Public of New Jersey, personally came Dawn M. Chloros, to me known to be Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY, the companies which executed the foregoing Power of Attorney, and the said Dawn M. Chloros, being by me duly sworn, did depose and say that he is Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY and knows the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of the By- Laws of said Companies; and that he signed said Power of Attorney as Assistant Secretary of said Companies by like authority; and that he is acquainted with David B. Norris, Jr., and knows him to be Vice President of said Companies; and that the signature of David B. Norris, Jr., subscribed to said Power of Attorney is in the genuine handwriting of David B. Norris, Jr., and was thereto subscribed by authority of said By- Laws and in deponent's presence.

Notarial Seal


KATHERINE J. ADELAAR
NOTARY PUBLIC OF NEW JERSEY
No. 2316685
Commission Expires July 16, 2014

Notary Public

## CERTIFICATION

Extract from the By- Laws of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY:

"All powers of attorney for and on behalf of the Company may and shall be executed in the name and on behalf of the Company, either by the Chairman or the President or a Vice President or an Assistant Vice President, jointly with the Secretary or an Assistant Secretary, under their respective designations. The signature of such officers may be engraved, printed or lithographed. The signature of each of the following officers: Chairman, President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Assistant Secretaries or Attorneys- in- Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached."

I, Dawn M. Chloros, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY

(the "Companies") do hereby certify that

   (i)   the foregoing extract of the By- Laws of the Companies is true and correct,
   (ii)  the Companies are duly licensed and authorized to transact surety business in all 50 of the United States of America and the District of Columbia and are authorized by the U.S. Treasury Department; further, Federal and Vigilant are licensed in Puerto Rico and the U.S. Virgin Islands, and Federal is licensed in American Samoa, Guam, and each of the Provinces of Canada except Prince Edward Island; and
   (iii) the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Warren, NJ this          day of **MAR 1 0 2014**



Dawn M. Chloros, Assistant Secretary

IN THE EVENT YOU WISH TO NOTIFY US OF A CLAIM, VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT ADDRESS LISTED ABOVE, OR BY  Telephone (908) 903- 3493  Fax (908) 903- 3656
e-mail:  surety@chubb.com

Form 15-10- 0225B- U  (Ed. 5- 03)  CONSENT

# FEDERAL INSURANCE COMPANY

## STATEMENT OF ASSETS, LIABILITIES AND SURPLUS TO POLICYHOLDERS

Statutory Basis

### DECEMBER 31, 2012

(in thousands of dollars)

### ASSETS

| | |
|---|---:|
| Cash and Short Term Investments............... $ | 402,323 |
| United States Government, State and | |
| Municipal Bonds ........................................... | 9,901,519 |
| Other Bonds................................................... | 4,595,536 |
| Stocks............................................................ | 811,166 |
| Other Invested Assets.................................... | 1,681,828 |
| **TOTAL INVESTMENTS** ................................ | **17,392,372** |
| | |
| Investments in Affiliates: | |
| Chubb Investment Holdings, Inc. ............... | 3,352,969 |
| Pacific Indemnity Company........................ | 2,496,198 |
| Chubb Insurance Investment Holdings Ltd.... | 1,228,075 |
| Executive Risk Indemnity Inc...................... | 1,100,637 |
| CC Canada Holdings Ltd............................ | 758,892 |
| Chubb Insurance Company of Australia Limited | 517,597 |
| Great Northern Insurance Company .......... | 438,592 |
| Chubb European Investment Holdings SLP .. | 265,490 |
| Vigilant Insurance Company....................... | 246,766 |
| Other Affiliates ........................................... | 429,458 |
| Premiums Receivable .................................... | 1,494,693 |
| Other Assets................................................... | 1,524,929 |
| **TOTAL ADMITTED ASSETS** ...................... $ | **31,246,668** |

### LIABILITIES AND SURPLUS TO POLICYHOLDERS

| | |
|---|---:|
| Outstanding Losses and Loss Expenses ..... $ | 12,627,388 |
| Unearned Premiums...................................... | 3,416,163 |
| Ceded Reinsurance Premiums Payable....... | 364,197 |
| Provision for Reinsurance ............................ | 62,250 |
| Other Liabilities............................................ | 935,654 |
| **TOTAL LIABILITIES** ................................... | **17,405,652** |
| | |
| Capital Stock................................................. | 20,980 |
| Paid-In Surplus............................................. | 3,106,809 |
| Unassigned Funds ........................................ | 10,713,227 |
| **SURPLUS TO POLICYHOLDERS**.............. | **13,841,016** |
| | |
| **TOTAL LIABILITIES AND SURPLUS** | |
| **TO POLICYHOLDERS**............................. $ | **31,246,668** |

Investments are valued in accordance with requirements of the National Association of Insurance Commissioners.
Investments with a carrying value of $430,688,714 are deposited with government authorities as required by law.

State, County & City of New York, — ss:

Yvonne Baker, Assistant Secretary of the Federal Insurance Company being duly sworn, deposes and says that the foregoing Statement of Assets, Liabilities and Surplus to Policyholders of said Federal Insurance Company on December 31, 2012 is true and correct and is a true abstract of the Annual Statement of said Company as filed with the Secretary of the Treasury of the United States for the 12 months ending December 31, 2012.

Subscribed and sworn to before me this March 31, 2013.

_Dorothy Baker_
Notary Public

DOROTHY M. BAKER
Notary Public, State of New York
No. 31-4904994
Qualified in New York County
Commission Expires Sept. 14, 2013

_Yvonne Baker_
Assistant Secretary

Form 15-10-0313A (Rev. 3/13)

## SURETY ACKNOWLEDGMENT

**State of  New York**

**County of  Nassau**

On <u>March 10, 2014</u> before me, <u>Beverly A. Woolford</u>, Notary Public, personally appeared <u>Annette Leuschner</u>, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**WITNESS my hand and official seal.**

BEVERLY A. WOOLFORD
NOTARY PUBLIC, State of New York
No. 01W/O613 857
Qualified in Queens County
Commission Expires August 29, 20_17_

STATE OF CALIFORNIA

# DEPARTMENT OF INSURANCE   № 08847

SAN FRANCISCO

_Amended_

# Certificate of Authority

THIS IS TO CERTIFY *THAT, Pursuant to the Insurance Code of the State of California,*

Westchester Fire Insurance Company

*of*          Pennsylvania                    *, organized under the*

*laws of*     Pennsylvania                    *, subject to its Articles of Incorporation or*

*other fundamental organizational documents, is hereby authorized to transact within the State, subject to*

*all provisions of this Certificate, the following classes of insurance:*

Fire, Marine, Surety, Plate Glass, Liability, Workers' Compensation,

Common Carrier Liability, Boiler and Machinery, Burglary, Credit, Sprinkler,

Team and Vehicle, Automobile, Aircraft, and Miscellaneous

*as such classes are now or may hereafter be defined in the Insurance Laws of the State of California.*

THIS CERTIFICATE *is expressly conditioned upon the holder hereof now and hereafter being in full compliance with all, and not in violation of any, of the applicable laws and lawful requirements made under authority of the laws of the State of California as long as such laws or requirements are in effect and applicable, and as such laws and requirements now are, or may hereafter be changed or amended.*

IN WITNESS WHEREOF, *effective as of the*   1st

*day of*   January   ,   2011   , *I have hereunto set my hand and caused my official seal to be affixed this*   2nd   *day of*   December   ,   2010   .



Steve Poizner
*Insurance Commissioner*

*By*

Susan J. Stapp
for Jesse Huff   Deputy
Chief Deputy

**NOTICE:**
Qualification with the Secretary of State must be accomplished as required by the California Corporations Code promptly after issuance of this Certificate of Authority. Failure to do so will be a violation of Insurance Code Section 701 and will be grounds for revoking this Certificate of Authority pursuant to the convenants made in the application therefor and the conditions contained herein.

FORM CB-3                                                          OSP 00 39391

*Power of*
*Attorney*

## WESTCHESTER FIRE INSURANCE COMPANY

**Know all men by these presents:** That **WESTCHESTER FIRE INSURANCE COMPANY**, a corporation of the Commonwealth of Pennsylvania pursuant to the following Resolution, adopted by the Board of Directors of the said Company on December 11, 2006, to wit:

"RESOLVED, that the following authorizations relate to the execution, for and on behalf of the Company of bonds, undertakings, recognizances, contracts and other written commitments of the Company entered into the ordinary course of business (each a "Written Commitment"):

(1)  Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise.

(2)  Each duly appointed attorney-in-fact of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise, to the extent that such action is authorized by the grant of powers provided for in such persons written appointment as such attorney-in-fact.

(3)  Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to appoint in writing any person the attorney-in-fact of the Company with full power and authority to execute, for and on behalf of the Company, under the seal of the Company or otherwise, such Written Commitments of the Company as may be specified in such written appointment, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(4)  Each of the Chairman, the President and Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to delegate in writing any other officer of the Company the authority to execute, for and on behalf of the Company, under the Company's seal or otherwise, such Written Commitments of the Company as are specified in such written delegation, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(5)  The signature of any officer or other person executing any Written Commitment or appointment or delegation pursuant to this Resolution, and the seal of the Company, may be affixed by facsimile on such Written Commitment or written appointment or delegation.

FURTHER RESOLVED, that the foregoing Resolution shall not be deemed to be an exclusive statement of the powers and authority of officers, employees and other persons to act for and on behalf of the Company, and such Resolution shall not limit or otherwise affect the exercise of any such power or authority otherwise validly granted or vested."

Does hereby nominate, constitute and appoint Annette M Leuschner, Cynthia Farrell, Debra A Deming, Edward Reilly, Evangelina L Dominick, Jessica Iannotta, Kelly O'Malley, Kevin T Walsh Jr., Sandra Diaz, Thomas Rhatigan, Valorie Spates, Vivian Carli, all of the City of NEW YORK, New York, each individually if there be more than one named, its true and lawful attorney-in-fact, to make, execute, seal and deliver on its behalf, and as its act and deed any and all bonds, undertakings, recognizances, contracts and other writings in the nature thereof in penalties not exceeding Eighty One million Three hundred Seventy thousand dollars & zero cents ($81,370,000.00) and the execution of such writings in pursuance of these presents shall be as binding upon said Company, as fully and amply as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its principal office.

IN WITNESS WHEREOF, the said Stephen M. Haney, Vice-President, has hereunto subscribed his name and affixed the Corporate seal of the said **WESTCHESTER FIRE INSURANCE COMPANY** this 31 day of January 2014.

WESTCHESTER FIRE INSURANCE COMPANY



Stephen M. Haney , Vice President

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA        ss.

On this 31 day of January, AD. 2014 before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came Stephen M. Haney , Vice-President of the **WESTCHESTER FIRE INSURANCE COMPANY** to me personally known to be the individual and officer who executed the preceding instrument, and he acknowledged that he executed the same, and that the seal affixed to the preceding instrument is the corporate seal of said Company, that the said corporate seal and his signature were duly affixed by the authority and direction of the said corporation, and that Resolution, adopted by the Board of Directors of said Company, referred to in the preceding instrument, is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Philadelphia the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAREN E. BRANDT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 25, 2014

Karen E Brandt
Notary Public

I, the undersigned Assistant Secretary of the **WESTCHESTER FIRE INSURANCE COMPANY**, do hereby certify that the original POWER OF ATTORNEY, of which the foregoing is a substantially true and correct copy, is in full force and effect.

In witness whereof, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of the Corporation, this        day MAR 1 0 2014



William L. Kelly
William L. Kelly, Assistant Secretary

THIS POWER OF ATTORNEY MAY NOT BE USED TO EXECUTE ANY BOND WITH AN INCEPTION DATE AFTER January 31, 2015.

Super Safety® ANTI-FRAUD PROTECTION

FORM NO. 8800S

007289867

Please look for the following additional security features before accepting this document. IF NOT PRESENT, DO NOT NEGOTIATE THE DOCUMENT.

• Laid lines on the back of document should be in alignment or the document is not authentic - watch for cut and paste.

• Microprinting - under magnification, the inside border on the front of this document should read: Standard Register Standard.reg Register.

• Thermochromic ink - Standard Register mark on back of document fades from blue to clear when heat is applied.

• An Artificial Watermark is present and is viewable at an angle.

• Security void pattern on back if copied.



**WESTCHESTER FIRE INSURANCE COMPANY - NAIC# 10030**

**FINANCIAL STATEMENT**                                        **DECEMBER 31, 2012**

### ADMITTED ASSETS

| | |
|---|---:|
| BONDS | $1,915,932,115 |
| SHORT - TERM INVESTMENTS | 22,465,390 |
| STOCKS | 0 |
| REAL ESTATE | 0 |
| CASH ON HAND AND IN BANK | (41,292,474) |
| PREMIUM IN COURSE OF COLLECTION* | 56,678,650 |
| INTEREST ACCRUED | 17,136,830 |
| OTHER ASSETS | 148,350,304 |
| TOTAL ASSETS | $2,119,270,815 |

### LIABILITIES

| | |
|---|---:|
| RESERVE FOR UNEARNED PREMIUMS | $215,324,197 |
| RESERVE FOR LOSSES | 1,103,762,744 |
| RESERVE FOR TAXES | 3,515,562 |
| FUNDS HELD UNDER REINSURANCE TREATIES | 4,484,136 |
| OTHER LIABILITIES | (21,519,017) |
| TOTAL LIABILITIES | 1,305,567,622 |

| | |
|---|---:|
| CAPITAL:  70,000 SHARES, $71.43 PAR VALUE | 5,000,100 |
| CAPITAL:  PAID IN | 292,187,374 |
| AGGREGATE WRITE-INS FOR SPECIAL SURPLUS FUNDS | 111,710,473 |
| SURPLUS (UNASSIGNED) | 404,805,246 |
| SURPLUS TO POLICYHOLDERS | 813,703,193 |
| TOTAL | $2,119,270,815 |

(*EXCLUDES PREMIUM MORE THAN 90 DAYS DUE.)

**STATE OF PENNSYLVANIA**

**COUNTY OF PHILADELPHIA**

John P. Taylor, being duly sworn, says that he is Vice President of
Westchester Fire Insurance Company and that to the best of his knowledge and belief the
foregoing is a true and correct statement of the said Company's financial condition as of the
31 st day of December, 2012.

Sworn before me this  March 15, 2013

_____
Vice President

_____
Notary Public

_____
My commission expires  August 8, 2015

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Diane Wright, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Aug. 8, 2015
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

## SURETY ACKNOWLEDGMENT

**State of  New York**

**County of  Nassau**

On March 10, 2014 **before me,** Beverly A. Woolford**, Notary Public,
personally appeared** Annette M. Leuschner**, personally known to me
(or proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.**

**WITNESS my hand and official seal.**

BEVERLY A. WOOLFORD
NOTARY PUBLIC, State of New York
No. 01WO6132857
Qualified in Queens County
Commission Expires August 29, 20_17_

Nº 6329

STATE OF CALIFORNIA

# DEPARTMENT OF INSURANCE

SAN FRANCISCO

———

Amended

## Certificate of Authority

———

THIS IS TO CERTIFY, *That, pursuant to the Insurance Code of the State of California,*

Pacific Employers Insurance Company

*of*       Philadelphia, Pennsylvania       *, organized under the*

*laws of*       Pennsylvania       *, subject to its Articles of Incorporation or*

*other fundamental organizational documents, is hereby authorized to transact within this State,*

*subject to all provisions of this Certificate, the following classes of insurance:* Fire, Marine, Surety, Disability, Plate Glass, Liability, Workers' Compensation, Common Carrier Liability, Boiler and Machinery, Burglary, Credit, Sprinkler, Team and Vehicle, Automobile, Aircraft, Legal,and Miscellaneous

*as such classes are now or may hereafter be defined in the Insurance Laws of the State of California.*

    *THIS CERTIFICATE is expressly conditioned upon the holder hereof now and hereafter being in full compliance with all, and not in violation of any, of the applicable laws and lawful requirements made under authority of the laws of the State of California as long as such laws or requirements are in effect and applicable, and as such laws and requirements now are, or may hereafter be changed or amended.*

    IN WITNESS WHEREOF, *effective as of the* 11th *day*

*of* July *, 19 96, I have hereunto set*

*my hand and caused my official seal to be affixed this* 11th

*day of* July *, 19 96.*

Chuck Quackenbush
Insurance Commissioner

By Victoria S. Sidney
Deputy

NOTICE:
Qualification with the Secretary of State must be accomplished as required by the California Corporations Code promptly after issuance of this Certificate of Authority. Failure to do so will be a violation of Ins. Code Sec. 701 and will be grounds for revoking this Certificate of Authority pursuant to the covenants made in the application therefor and the conditions contained herein.

FORM CB-3

# *Power of Attorney*

### INDEMNITY INSURANCE COMPANY OF NORTH AMERICA
### PACIFIC EMPLOYERS INSURANCE COMPANY
### INSURANCE COMPANY OF NORTH AMERICA

**Know all men by these presents:** That INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, PACIFIC EMPLOYERS INSURANCE COMPANY and INSURANCE COMPANY OF NORTH AMERICA, corporations of the Commonwealth of Pennsylvania, each individually having its principal office in the City of Philadelphia, Pennsylvania pursuant to the following Resolution, adopted by the Board of Directors of the said Company on December 11, 2006, to wit:

"RESOLVED, that the following authorizations relate to the execution, for and on behalf of the Company, of bonds, undertakings, recognizances, contracts and other written commitments of the Company entered into the ordinary course of business (each a "Written Commitment"):

(1)    Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seals of the Company or otherwise.

(2)    Each duly appointed attorney-in-fact of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seals of the Company or otherwise, to the extent that such action is authorized by the grant of powers provided for in such persons written appointment as such attorney-in-fact.

(3)    Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to appoint in writing any person the attorney-in-fact of the Company with full power and authority to execute, for and on behalf of the Company, under the seal of the Company or otherwise, such Written Commitments of the Company as may be specified in such written appointment, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(4)    Each of the Chairman, the President and Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to delegate in writing any other officer of the Company the authority to execute, for and on behalf of the Company, under the Company's seals or otherwise, such Written Commitments of the Company as are specified in such written delegation, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(5)    The signature of any officer or other person executing any Written Commitment or appointment or delegation pursuant to this Resolution, and the seals of the Company, may be affixed by facsimile on such Written Commitment or written appointment or delegation.

FURTHER RESOLVED, that the foregoing Resolution shall not be deemed to be an exclusive statement of the powers and authority of officers, employees and other persons to act for and on behalf of the Company, and such Resolution shall not limit or otherwise affect the exercise of any such power or authority otherwise validly granted or vested.

FURTHER RESOLVED, that the Resolution of the Board of Directors of the Company adopted at the meeting held on November 8, 1999 relating to the authorization of certain persons to execute, for and on behalf of the Company, Written Commitments and appointments and delegations, is hereby rescinded."

Does hereby nominate, constitute and appoint Annette M Leuschner, Cynthia Farrell, Debra A Deming, Edward Reilly, Evangelina L Dominick, Jessica Iannotta, Kelly O'Malley, Kevin T Walsh Jr., Sandra Diaz, Thomas Rhatigan, Valorie Spates, Vivian Diaz, all of the City of NEW YORK, New York, each individually if there be more than one named, its true and lawful attorney-in-fact, to make, execute, seals and deliver on its behalf, and as its act and deed any and all bonds, undertakings, recognizances, contracts and other writings in the nature thereof in penalties not exceeding One hundred Eight million Five hundred Eighty One thousand dollars & zero cents ($108,581,000.00) and the execution of such writings in pursuance of these presents shall be as binding upon said Company, as fully and amply as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its principal office.

IN WITNESS WHEREOF, the said Stephen M. Haney, Vice-President, has hereunto subscribed his name and affixed the corporate seals of the said Companies this 31 day of January 2014.

  

*Stephen M. Haney*
Stephen M. Haney , Vice President

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA            ss.
On this 31 day of January, AD. 2014 before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came Stephen M. Haney, Vice-President of the said Companies to me personally known to be the individual and officer who executed the preceding instrument, and he acknowledged that he executed the same, and that the seals affixed to the preceding instrument are the corporate seals of said Companies; that the said corporate seals and his signature were duly affixed by the authority and direction of the said corporations, and that Resolution, adopted by the Board of Directors of said Companies, referred to in the preceding instrument, is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Philadelphia the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KAREN E. BRANDT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 26, 2014

*Karen E Brandt*
Notary Public

I, the undersigned Assistant Secretary of the above Companies hereby certify that the original POWER OF ATTORNEY, of which the foregoing is a substantially true and correct copy, is in full force and effect.

In witness whereof, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seals of the Corporations, this            day **MAR 1 0 2014**

  

*William L. Kelly*
William L. Kelly, Assistant Secretary

THIS POWER OF ATTORNEY MAY NOT BE USED TO EXECUTE ANY BOND WITH AN INCEPTION DATE AFTER January 31, 2015.

THE BACK OF THIS DOCUMENT LISTS VARIOUS SECURITY FEATURES        THAT WILL PROTECT AGAINST COPY COUNTERFEIT AND ALTERATION.

007289874

Please look for the following additional security features before accepting this document. If NOT PRESENT, DO NOT NEGOTIATE THIS DOCUMENT.

• Laid lines on the back of document should be in alignment or the document is not authentic – watch for cut and paste.
• Microprinting - Letter magnification, the inside border on the front of this document, should read: Standard Register Standardized Security.
• The back contains "SR - Standard Register mark" - a block of repeating letters from blue to clear on an artistic design.
• An artificial Watermark registers and is viewable at an angle.
• Security void pattern on front if copied.


Standard Register

## PACIFIC EMPLOYERS INSURANCE COMPANY

**FINANCIAL STATEMENT**                          **DECEMBER 31, 2012**

### ADMITTED ASSETS

| | |
|---|---:|
| BONDS | $2,152,860,660 |
| SHORT - TERM INVESTMENTS | 9,613,944 |
| STOCKS | 151,731,609 |
| REAL ESTATE | 0 |
| CASH ON HAND AND IN BANK | 179,091,849 |
| PREMIUM IN COURSE OF COLLECTION* | 261,843,060 |
| INTEREST ACCRUED | 22,025,856 |
| OTHER ASSETS | 551,875,954 |
| TOTAL ASSETS | $3,329,042,932 |

### LIABILITIES

| | |
|---|---:|
| RESERVE FOR UNEARNED PREMIUM | $250,568,504 |
| RESERVE FOR LOSSES | 1,342,307,490 |
| RESERVE FOR TAXES | 5,686,572 |
| FUNDS HELD UNDER REINSURANCE TREATIES | 78,044,367 |
| OTHER LIABILITIES | 566,623,574 |
| TOTAL LIABILITIES | 2,243,230,507 |
| CAPITAL:  120,000 SHARES, $50 PAR VALUE | 6,000,000 |
| CAPITAL:  PAID IN | 259,229,512 |
| AGGREGATE WRITE-INS FOR SPECIAL SURPLUS FUNDS | 0 |
| SURPLUS (UNASSIGNED) | 820,582,913 |
| SURPLUS TO POLICYHOLDERS | 1,085,812,425 |
| TOTAL | $3,329,042,932 |

(*EXCLUDES PREMIUM MORE THAN 90 DAYS DUE.)

**STATE OF PENNSYLVANIA**

**COUNTY OF PHILADELPHIA**

John P. Taylor, being duly sworn, says that he is Vice President of
Pacific Employers Insurance Company and that to the best of his knowledge and belief the
foregoing is a true and correct statement of the said Company's financial condition as of the
31 st day of December, 2012.

Sworn before me this     3/15/2013

_____
Vice President

_____
Notary Public

august 8, 2015
My commission expires

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Diane Wright, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Aug. 8, 2015
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

## SURETY ACKNOWLEDGMENT

State of  <u>New York</u>

County of  <u>Nassau</u>

On <u>March 10, 2014</u> before me, <u>Beverly A. Woolford</u>, Notary Public, personally appeared <u>Annette M. Leuschner</u>, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.


WITNESS my hand and official seal.

BEVERLY A. WOOLFORD
NOTARY PUBLIC, State of New York
No. 01WO6132857
Qualified in Queens County
Commission Expires August 29, 20_17_