QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

02198.51855/5811807.1

Case No. 11-cv-01846-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL

1   Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung
2   Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3   "Samsung") bring this Administrative Motion to File Under Seal the Declaration of Robert J.
4   Becher in support of Samsung's Opposition to Nokia's Motion to Compel Information For
5   Remediation ("Becher Declaration"), and Exhibits 1-14 of the Becher Declaration ("Exhibits").
6   Samsung provided the Exhibits to Apple Inc. and third party Nokia Corporation, asking for
7   their consent to publicly file the Exhibits. Nokia gave its consent on March 11, 2014. Counsel
8   for Apple claimed that it was unable to review the Exhibits prior to Samsung's filing. Therefore,
9   Apple might claim confidentiality over the information included in the Becher Declaration and the
10  Exhibits. Samsung does not maintain a claim of confidentiality over the Becher Declaration and
11  the Exhibits.

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Declaration of Robert J. Becher in Support of Samsung's Opposition to Nokia's Motion to Compel Information For Remediation | Apple | See highlighted version to be filed within 7 days. |
| Exhibits 1-14 to the Declaration of Robert J. Becher | Apple | See highlighted version to be filed within 7 days. |

20  Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel.
21  Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal as a
22  procedural mechanism for filing the Becher Declaration and the Exhibits under seal. Apple
23  reserves the right to challenge any proposed redactions to the extent they believes those redactions
24  improperly seal non-confidential information. Within 7 days of Apple filing its declaration in
25  support of sealing, the parties will prepare and Samsung will file a final consolidated and
26  conformed copy of the declaration and exhibits thereto identifying what information Apple has
27  supported sealing in their declarations.
28

Pursuant to the Court's January 29, 2014 Order in Case No. 11-cv-01846, *Apple v. Samsung*, the confidential, unredacted versions of the aforementioned documents will be served on counsel for Apple so that Apple's counsel may indicate what Apple information Apple believes should be redacted from the public version of Samsung's filing.   After receiving Apple's proposed redactions, Samsung will file a public, proposed redacted version of these documents.

DATED: March 11, 2014                           Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Victoria F. Maroulis*
    Charles K. Verhoeven
    Kevin P.B. Johnson
    Victoria F. Maroulis
    Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC