UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER [GRANTING OR DENYING] SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Under Seal the Declaration of Robert J. Becher in support of Samsung's Opposition to Nokia's Motion to Compel Information For Remediation ("Becher Declaration"), and Exhibits 1-14 of the Becher Declaration ("Exhibits").

Having considered Samsung's Motion the Court [GRANTS OR DENIES] Samsung's Administrative Motion to file the documents listed below under seal:

-2-

| Document | Portions to be Filed Under Seal |
|---|---|
| Declaration of Robert J. Becher in support of Samsung's Opposition to Nokia's Motion to Compel Information For Remediation | See public redacted version of document. |
| Exhibits 1-14 of the Becher Declaration | See public redacted version of document. |

**IT IS SO ORDERED.**

DATED: _____, 2014

_____
Honorable Paul S. Grewal
United States Magistrate Judge