[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**JOINT STATEMENT REGARDING PRELIMINARY INJUNCTION BOND (DKTS. 3008, 3024)** |

Pursuant to the Court's Order Requesting Statement Regarding Preliminary Injunction Bond (Dkts. 3008, 3024), Apple Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC hereby submit a joint statement regarding whether the Court may release in its entirety Apple's bond in support of the preliminary injunction.

Samsung has given consideration to the question of whether it will agree to release Apple's bond in support of the preliminary injunction and Samsung is inclined to bring a motion to recover under the bond. Samsung will meet and confer with Apple to see whether the parties can reach agreement on the amount of Samsung's recovery under the bond. For its part, Apple intends to oppose any motion Samsung files to recover under the bond.

The parties agree, subject to the Court's approval, to the following briefing schedule for Samsung's motion to recover under the bond: (i) Samsung's opening brief is due May 1, 2014; (ii) Apple's opposition brief is due May 15, 2014; (iii) Samsung's reply brief is due May 22, 2014; and (iv) any hearing will take place on June 5, 2014, or such other date as is convenient for the Court.

DATED: March 11, 2014

By /s/ *Victoria F. Maroulis*

Attorney for Defendants and Counterclaim-Plaintiff SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONSAMERICA, LLC

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

By /s/ *Mark D. Selwyn*

Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

Harold J. McElhinny (CA SBN 66781)
hmcelhinny@mofo.com
Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com
Ruth N. Borenstein (CA SBN 133797)
rborenstein@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
William F. Lee (pro hac vice)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mark Selwyn has concurred in this filing.

Dated: March 11, 2014                    */s/ Victoria Maroulis*
                                                          Victoria Maroulis