1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
15 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **NOTICE OF ERRATA REGARDING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 2292)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1        PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") hereby file this Notice of Errata concerning their Renewed Administrative Motion to
4  File Documents Under Seal (Dkt. No. 2292).

- On page 2, line 22, "line 19" should be replaced with "line 15."
- On page 2, lines 23-24, "nn. 552-53 and 555-56" should be replaced with "nn. 550-51 and 553-54."
- On page 3, lines 6-7, "51.2-S" should be replaced with "52.1-S."

DATED: March 13, 2014            QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP

                                 By */s/ Victoria Maroulis*
                                    Charles K. Verhoeven
                                    Kevin P.B. Johnson
                                    Victoria F. Maroulis
                                    William C. Price
                                    Michael T. Zeller

                                    Attorneys for SAMSUNG ELECTRONICS
                                    CO., LTD., SAMSUNG ELECTRONICS
                                    AMERICA, INC., and SAMSUNG
                                    TELECOMMUNICATIONS AMERICA, LLC