1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| | |
|---|---|
| 12   APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 13            Plaintiff, | **STIPULATION AND [PROPOSED]** |
| 14       vs. | **ORDER APPROVING SUPERSEDEAS BOND** |
| 15   SAMSUNG ELECTRONICS CO., LTD., a | |
|   Korean business entity; SAMSUNG | |
| 16   ELECTRONICS AMERICA, INC., a New | |
|   York corporation; SAMSUNG | |
| 17   TELECOMMUNICATIONS AMERICA, | |
|   LLC, a Delaware limited liability company, | |
| 18 | |
|           Defendants. | |
| 19 | |

20

21

22

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 62(d) and Local Rule 65.1, plaintiff Apple Inc.

2    and defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

3    Telecommunications America, LLC (collectively "Samsung") stipulate as follows:

4        WHEREAS, on March 6, 2014 judgment (the "Judgment") was entered in this action

5    against Samsung and in favor of Apple in the amount of $929,780,039;

6        WHEREAS, on March 6, 2014 Samsung filed a notice of appeal from the Judgment;

7        WHEREAS, Samsung has a right to obtain a stay pending appeal upon posting of a

8    supersedeas bond in an appropriate amount and form;

9        WHEREAS, counsel for Apple and Samsung have conferred concerning the amount and

10   form of a supersedeas bond;

11       NOW THEREFORE, the parties to this stipulation, through their undersigned counsel of

12   record and subject to the Court's approval, agree:

13       1.    Samsung has secured a supersedeas bond in an amount equal to $1 billion, a true

14   and correct copy of which is attached hereto as Exhibit A (the "Bond").

15       2.    The sureties for the Bond are qualified to issue the Bond in the amounts specified

16   because each surety is authorized by the Secretary of the Treasury of the United States to act as

17   surety on official bonds under 31 U.S.C. §§ 9301-9306 and under the laws of the State of

18   California.

19       3.    Apple approves both the amount of the Bond and the form of the Bond.

20       4.    The parties to this stipulation request that the Court approve the Bond by executing

21   the proposed order that follows the signature of counsel.

22       IT IS SO STIPULATED.

23

24   DATED: March 11, 2014                    WILMER CUTLER PICKERING HALE & DORR

25

26                                    By   /s/ Mark Selwyn
                                          Mark Selwyn
27                                        Attorneys for APPLE INC.

28

-1-
STIPULATION AND [PROPOSED] ORDER APPROVING SUPERSEDEAS BOND

1

2   DATED: March 11, 2014                    QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP

3

4
                                     By   */s/ Victoria F. Maroulis*
5                                         Victoria F. Maroulis
                                          Attorneys for
6                                         SAMSUNG ELECTRONICS CO., LTD.,
                                          SAMSUNG ELECTRONICS AMERICA, INC.,
7                                         and SAMSUNG TELECOMMUNICATIONS
                                          AMERICA, LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2

3        Based on the foregoing stipulation, and for good cause shown,

4        **IT IS SO ORDERED.**

5

6    DATED:  __March 17, 2014__                    *Lucy H. Koh*

                                                  _____
7                                                 The Honorable Lucy H. Koh
                                                  United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER APPROVING SUPERSEDEAS BOND

1

**ATTESTATION**

2        I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this

3   Declaration.    In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mark Selwyn has

4   concurred in this filing.

5   Dated:    March 11, 2014                           */s/ Victoria Maroulis*
                                                        Victoria Maroulis
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28