UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, ) | Case No.: 11-CV-01846-LHK |
| ) | |
| Plaintiff, ) | ORDER ON JOINT STATEMENT |
| v. ) | REGARDING PRELIMINARY |
| ) | INJUNCTION BOND |
| SAMSUNG ELECTRONICS CO., LTD., A ) | |
| Korean corporation; SAMSUNG ) | |
| ELECTRONICS AMERICA, INC., a New York ) | |
| corporation; SAMSUNG ) | |
| TELECOMMUNICATIONS AMERICA, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendants. ) | |
| ) | |

As to the parties' Joint Statement Regarding Preliminary Injunction Bond (ECF No. 3030), the Court does not adopt the parties' briefing schedule for Samsung's proposed motion to recover under the bond. Any such motion will be briefed and addressed pursuant to the Civil Local Rules and this Court's practices.

**IT IS SO ORDERED.**

Dated: March 17, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge