QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung
2 Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3 "Samsung") bring this Administrative Motion to File Under Seal Samsung's Notice of Motion and
4 Motion for Authorization to Submit Deposition Transcripts of Paul Melin and Eeva Hakoranta to
5 The ITC ("Samsung's Motion for Authorization"), the Declaration of Robert J. Becher in support
6 thereof ("Becher Declaration"), and Exhibits 1-2 of the Becher Declaration ("Exhibits").

7  Apple Inc. and third-party Nokia Corporation have claimed confidentiality over the
8 information included in Samsung's Motion for Authorization, Becher Declaration, and Exhibits.
9 Samsung does not maintain a claim of confidentiality over Samsung's Motion for Authorization,
10 Becher Declaration, and Exhibits, does not believe that the documents include any confidential
11 information, and requests that this Administrative Motion be denied.

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Samsung's Notice of Motion and Motion for Authorization to Submit Deposition Transcripts of Paul Melin and Eeva Hakoranta to The ITC | Apple and Nokia | See highlighted version to be filed within 7 days. |
| Declaration of Robert J. Becher in Support of Samsung's Notice of Motion and Motion for Authorization to Submit Deposition Transcripts of Paul Melin and Eeva Hakoranta to The ITC | Apple and Nokia | See highlighted version to be filed within 7 days. |
| Exhibit 1-2 to the Declaration of Robert J. Becher | Apple and Nokia | See highlighted version to be filed within 7 days. |

25  Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's and
26 Nokia's counsel.   Apple and Nokia do not oppose Samsung's Administrative Motion to File
27 Documents Under Seal as a procedural mechanism for filing Samsung's Motion for Authorization,
28 Becher Declaration, and Exhibits under seal.   Apple and Nokia reserve the right to challenge any

1  proposed redactions to the extent they believe those redactions improperly seal non-confidential
2  information.  Within 7 days of Apple and Nokia filing their declarations in support of sealing, the
3  parties will prepare and Samsung will file a final consolidated and conformed copy of the motion,
4  declaration, and exhibits identifying what information Apple and Nokia have supported sealing in
5  their declarations.
6  Pursuant to the Court's January 29, 2014 Order (Case No. 11-cv-01846, Dkt. 2935), the
7  confidential, unredacted versions of the aforementioned documents will be served on counsel for
8  Apple and Nokia so that their counsel may indicate what information they believe should be
9  redacted from the public version of Samsung's filing.   After receiving Apple's and Nokia's
10 proposed redactions, Samsung will file public, proposed redacted versions of these documents.

12 DATED: March 18, 2014                Respectfully submitted,

                                         QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP

                                         By */s/ Victoria F. Maroulis*
                                         Charles K. Verhoeven
                                         Kevin P.B. Johnson
                                         Victoria F. Maroulis
                                         Michael T. Zeller

                                         Attorneys for SAMSUNG ELECTRONICS CO.,
                                         LTD., SAMSUNG ELECTRONICS AMERICA,
                                         INC. and SAMSUNG
                                         TELECOMMUNICATIONS AMERICA, LLC