1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER [GRANTING / DENYING] SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Under Seal Samsung's Notice of Motion and Motion for Authorization to Submit Deposition Transcripts of Paul Melin and Eeva Hakoranta to The ITC ("Samsung's Motion for Authorization"), the Declaration of Robert J. Becher in support thereof ("Becher Declaration"), and Exhibits 1-2 of the Becher Declaration ("Exhibits").

1    Having considered Samsung's Motion the Court [GRANTS/ DENIES] Samsung's
2    Administrative Motion.
3    **IT IS SO ORDERED.**
4
5    DATED: _____, 2014

_____
Honorable Paul S. Grewal
United States Magistrate Judge