UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR AUTHORIZATION TO SUBMIT DEPOSITION TRANSCRIPTS OF PAUL MELIN AND EEVA HAKORANTA TO THE ITC** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Notice of Motion and Motion for Authorization to Submit Deposition Transcripts of Paul Melin and Eeva Hakoranta to The ITC ("Samsung's Motion for Authorization").

Having considered the submissions of the parties, Samsung's Motion for Authorization is GRANTED.

1    It is ORDERED that Samsung is authorized to file the deposition transcripts of Mr. Melin
2  and Ms. Hokoranta in Investigation 337-TA-794 before the International Trade Commission.
3    **IT IS SO ORDERED.**
4
5  DATED: _____, 2014

_____
Honorable Paul S. Grewal
United States Magistrate Judge