HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF BRIAN BUROKER IN SUPPORT OF APPLE INC.'S OPPOSITION TO SAMSUNG'S AMENDED MOTION TO COMPEL** |

I, Brian Buroker, declare and state as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Apple Inc. ("Apple") in Case No. 12-cv-00630, pending between Apple and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in the Northern District of California (the "630 case"). I am licensed to practice law in Virginia and the District of Columbia, and I have been admitted *pro hac vice* in Case No. 12-cv-00630. I submit this declaration in support of Apple's Opposition to Samsung's Amended Motion to Compel. I have personal knowledge with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Apple filed a Motion to Exclude Samsung's Expert Testimony ("Motion to Exclude"), with supporting exhibits, in the 630 case on October 10, 2013. In the late afternoon of February 10, 2014, counsel for Apple learned that one page of the public proposed version of one of the exhibits to Apple's Motion to Exclude had been inadvertently filed without the redactions that we had indicated in the under-seal version of the same exhibit.

3. Our first, immediate response to this discovery was to contact Ms. Diane Miyashiro, Judge Koh's civil docket clerk, by telephone to request that the document be locked on the docket, in order to prevent public access. Per Ms. Miyashiro's request, we also sent an email confirming our request that the document be locked. The document was locked on the docket within 15 minutes of our discovery of the situation.

4. By the next day, we had provided notice of the filing error to this Court, Samsung, and the third parties whose confidential information is implicated in the inadvertently-unredacted page in question. *See, e.g.,* 630 Case, D.I. 1258. We also conducted an investigation to determine whether the document was available to the general public on the Internet. We next began preparing a motion to entirely withdraw the exhibit in question from the docket, and began the meet and confer process with Samsung regarding such motion on

1  February 13.  We filed our motion to withdraw as soon as we received Samsung's final
2  position on such motion and its related motion to seal.  *See* 630 Case, D.I. 1278.
3     5.  In the evening of February 14, 2014, the day before President's Day weekend,
4  Samsung informed us that it had found that the exhibit with the unredacted page was available
5  on the LexisNexis Courtlink subscription service.  We immediately investigated whether the
6  document was indeed available and then, upon so confirming, contacted LexisNexis to
7  request its removal.  Although we made repeated requests throughout the holiday weekend,
8  the required personnel were not available to act upon our request until Tuesday morning,
9  when normal business hours resumed.  The document was made unavailable on LexisNexis
10 that morning.

12 I declare under the penalty of perjury under the laws of the United States of America
13 that the forgoing is true and correct to the best of my knowledge.

15 Dated:  March 18, 2014                                  By:    */s/ Brian Buroker*
                                                                    Brian Buroker

BUROKER DECLARATION ISO APPLE'S OPPOSITION TO
SAMSUNG'S AMENDED MOTION TO COMPEL
CASE NO. 11-CV-01846-LHK (PSG)                                                                 2

Gibson, Dunn &
Crutcher LLP

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with General Order 45, I hereby attest that Brian Buroker has concurred in this filing.

Dated: March 18, 2014           /s/ *Mark D. Selwyn*
                                         Mark D. Selwyn