RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:     650-838-2000
Facsimile:     650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (pro hac vice)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:     404-881-7000
Facsimile:     404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>           Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**NON-PARTY NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

/ / /

/ / /

1      In accordance with Civil L.R. 7-11 and 79-5, non-party Nokia Corporation ("Nokia") hereby

2 moves for an order sealing portions of Nokia Corporation's Reply to Samsung's Opposition to

3 Nokia's Motion to Compel Information for Remediation.  The reasons supporting this motion are set

4 forth in the Declaration of Ryan W. Koppelman in Support of Nokia Corporation's Administrative

5 Motion to File Document Under Seal, filed herewith.

6                               **RELIEF REQUESTED**

7       Nokia requests an order granting Nokia's motion to file under seal the documents listed

8 below:

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Nokia Corporation's Reply to Samsung's Opposition to Nokia's Motion to Compel Information for Remediation | Samsung | See highlighted version. |
| Exhibit 1 to the Declaration of Ryan W. Koppelman | Nokia and Samsung | Entire document. |

14

15       Therefore, for the foregoing reasons, Nokia respectfully requests that the Court grant Nokia's

16 Motion to Seal its Reply to Samsung's Opposition to Nokia's Motion to Compel Information for

17 Remediation.

18 DATED:  March 18, 2014        Respectfully submitted,

19                          ALSTON & BIRD, LLP

20                          */s/ Ryan W. Koppelman*

21                          RANDALL L. ALLEN

                           RYAN W. KOPPELMAN

22                          Attorneys for Non-Party Nokia Corporation

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 25th day of February 2014.

Additionally, on March 18, 2014, I caused to be served the document(s) described as:

**Nokia Corporation's Reply to Samsung's Opposition to Nokia's Motion to Compel Information for Remediation**

**Exhibit 1 to the Declaration of Ryan W. Koppelman**

on the interested parties in this action as follows:

Service E-mail Distribution List for Quinn Emanuel Urquhart & Sullivan LLP:
Samsungv.Apple@quinnemanuel.com

☒     BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)] by electronically mailing a true and correct copy through Alston & Bird LLP's electronic mail system to the e-mail address(s) set forth below, or as stated on the attached service list per agreement in accordance with Fed. R. Civ. P. 5(b).

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 18, 2014 at Menlo Park, California.

    _/s/ Ryan W. Koppelman_____
    Ryan W. Koppelman