1  RANDALL L. ALLEN (Ca. Bar No. 264067)
   randall.allen@alston.com
2  RYAN W. KOPPELMAN (Ca. Bar No. 290704)
   ryan.koppelman@alston.com
3  XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
   Xavier.brandwajn@alston.com
4  ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
5  Menlo Park, CA 94025
   Telephone:    650-838-2000
6  Facsimile:    650-838-2001

7  PATRICK J. FLINN (Ca. Bar No. 104423)
   patrick.flinn@alston.com
8  B. PARKER MILLER (pro hac vice)
   parker.miller@alston.com
9  ALSTON & BIRD LLP
   1201 West Peachtree Street
10 Atlanta, GA 30309
   Telephone:    404-881-7000
11 Facsimile:    404-881-7777

12 Attorneys for NOKIA CORPORATION

13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                   SAN JOSE DIVISION

17 APPLE, INC., a California corporation,          | Case No.: 11-CV-01846-LHK (PSG)

18              Plaintiff,                          | **DECLARATION OF RYAN W.
                                                    | KOPPELMAN IN SUPPORT OF NOKIA'S
19      v.                                          | ADMINISTRATIVE MOTION TO FILE
                                                    | DOCUMENT UNDER SEAL**
20 SAMSUNG ELECTRONICS CO., LTD., a Korean
   corporation, SAMSUNG ELECTRONICS
21 AMERICA, INC., a New York corporation;
   SAMSUNG TELECOMMUNICATIONS
22 AMERICA, LLC, a Delaware limited liability
   company,
23
24              Defendants.

25

26

27 / / /

28 / / /

DECLARATION OF RYAN KOPPELMAN ISO NOKIA'S
ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL          CASE NO.: 11-CV-01846-LHK (PSG)

1    I, Ryan W. Koppelman, declare as follows:

2    1.    I am an attorney with the law firm of Alston & Bird LLP, counsel for Nokia

3    Corporation ("Nokia") in the above-captioned action currently pending in the U.S. District Court for

4    the Northern District of California.  I am a member in good standing of the State Bar of California

5    and am admitted to practice before this Court.  I have personal knowledge of the facts stated herein

6    and, if called as a witness, I could and would testify thereto.

7    2.    Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Nokia's

8    Administrative Motion to File Documents Under Seal in connection with Nokia Corporation's Reply

9    to Samsung's Opposition to Nokia's Motion to Compel Information for Remediation (Nokia's

10   "Reply Brief").

11   3.    Nokia does not maintain a claim of confidentiality over any portion of its Reply Brief.

12   4.    Nokia's Reply Brief contains information previously designated Highly Confidential

13   and Attorneys' Eyes Only by Samsung.

14   5.    Exhibit 1 to the Koppelman Declaration in Support of Nokia's Reply ("Exhibit 1")

15   details confidential negotiations between Nokia and Samsung and detailed information about

16   Nokia's negotiation and litigation strategies.  Further, Nokia maintains confidentiality over Exhibit 1

17   to the extent that it may be deemed governed by a non-disclosure agreement between Nokia and

18   Samsung.

19   6.    Nokia expects that Samsung will file a declaration in support of sealing to the extent

20   it maintains confidentiality over Nokia's Reply Brief and/or Exhibit 1.

21   **I declare under penalty of perjury under the laws of the United States that the foregoing**

22   **is true and correct.**

23   Executed this 18th day of March, in Menlo Park, California.

24

25    _/s/ Ryan W. Koppelman_
      Ryan W. Koppelman
26    ryan.koppeman@alston.com
      (Ca. Bar No. 290704)
27    **ALSTON & BIRD LLP**
      275 Middlefield Road, Suite 150
28    Menlo Park, CA 94025

1

Telephone:    650-838-2000
Facsimile:    650-838-2001

2

*Attorney for Non-Party NOKIA CORPORATION*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF RYAN KOPPELMAN ISO NOKIA'S
ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL        - 2 -        CASE NO.: 11-CV-01846-LHK (PSG)