1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

Having considered the papers submitted in connection with non-party Nokia Corporation's Administrative Motion to File Document Under Seal, filed on March 18, 2014, and good cause appearing, the Court hereby GRANTS Nokia's motion to seal the confidential, unredacted versions of the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Nokia Corporation's Reply to Samsung's Opposition to Nokia's Motion to Compel Information for Remediation | See highlighted version. |
| Exhibit 1 to the Declaration of Ryan W. Koppelman | Entire document. |

IT IS SO ORDERED.

Dated: _____       _____

　　　　　　　　　　　　　　　　　　　　　Hon. Paul S. Grewal
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge