RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:   650-838-2000
Facsimile:   650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (*pro hac vice*)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:   404-881-7000
Facsimile:   404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 5:11-CV-01846-LHK (PSG)<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA CORPORATION'S REPLY RE: MOTION TO COMPEL INFORMATION FOR REMEDIATION** |

I, Ryan W. Koppelman, declare as follows:

1. I am an attorney with the law firm of Alston & Bird LLP, counsel for Nokia Corporation in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a letter dated July 31, 2013, from Alston & Bird attorney Randall Allen to Quinn Emanuel attorney Robert Becher.

3. While negotiating a Stipulated Order between Nokia and Samsung in August, 2013, the parties agreed to three extensions of Nokia's Motion for Protective Order to facilitate negotiation of the Stipulated Order (Case No. 12-cv-00630 Dkt. Nos. 679, 697, 724).

4. While negotiating a Stipulated Order between Nokia and Samsung in August, 2013, the parties exchanged at least seven drafts of the Stipulated Order between August 9 and August 18 before filing the finalized version on August 19, 2013.

5. After negotiating a Stipulated Order between Nokia and Samsung in August, 2013, a major dispute between the parties was the universe of search terms appropriate for searching through Samsung's documents. The parties engaged in extensive detailed discussions about which search terms would be used, resulting in general agreement on or about September 27, 2013, with some follow-up clarifications in the following week thereafter through October 1, 2013.

6. During various meet and confers, including as early as August 14, 2013, Samsung has contended that it possessed Nokia's Confidential Business Information from legitimate sources.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

1   Executed this 18th day of March, 2014, in Menlo Park, California.

2

3                                           */s/ Ryan W. Koppelman*
                                            Ryan W. Koppelman (Ca. Bar No. 290704)
4                                           Ryan.Koppeman@alston.com
                                            **ALSTON & BIRD LLP**
5                                           275 Middlefield Road, Suite 150
                                            Menlo Park, CA 94025
6                                           Telephone:    650-838-2000
                                            Facsimile:    650-838-2001
7

8                                           *Attorney for NOKIA CORPORATION*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  I hereby certify that on March 18, 2014, I electronically filed the foregoing **DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA CORPORATION'S REPLY RE: MOTION TO COMPEL INFORMATION FOR REMEDIATION** with the Clerk of Court using the CM/ECF system, which will automatically send email notification to the parties and counsel of record.

This 18th day of March, 2014.

*/s/Ryan W Koppelman*
RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2000
Facsimile:    650-838-2001

*Attorneys for NOKIA CORPORATION*