UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation, | Case No. 5:11-cv-01846-LHK-PSG |
| Plaintiff, | **ORDER DENYING MOTION TO SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **(Re: Docket No. 2374)** |
| Defendants. | |

The court has before it a motion to seal the moving papers, declarations, and exhibits that launched the ongoing satellite litigation surrounding the disclosure of Apple and Nokia's license terms. What information may not have been public at the time the motion was originally filed has since been disclosed, multiple times, in open court. The court therefore DENIES the motion to seal as to all documents, with the following two exceptions. First, in Docket No. 2374-7, lines 6-10 of

1

Case No. 5:11-cv-01846-LHK-PSG
ORDER DENYING MOTION TO SEAL

page 2 may remain under seal, and second, lines 25-26 of page 2 to Docket No. 2374-9 may remain under seal.  All other information subject to this motion is now UNSEALED.

**IT IS SO ORDERED.**

Dated: March 19, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge