| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com |    HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, Massachusetts  02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone:  (617) 526-6000 |
| ejolson@mofo.com | Facsimile:  (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California  94105-2482 | MARK D. SELWYN (CA SBN 244180) |
| Telephone:  (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile:  (415) 268-7522 | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California  94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 11-cv-01846-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **APPLE'S MOTION FOR CLARIFICATION OF ORDER RE VARIOUS ADMINISTRATIVE MOTIONS TO SEAL (DKT. NO. 3034)** |
| Defendants. | |

1    Apple seeks clarification regarding the Court's Order re Various Administrative Motions
2 to Seal ("Order").  (Dkt. No. 3034.)
3    Apple had moved to seal page 34, lines 7-8 of Exhibit A to the Declaration of Erik J.
4 Olson in Support of Apple's Opposition to Motion for Relied from Case Management Order
5 ("Exhibit A").  (*See* Dkt. Nos. 2332, 2332-1, and 2332-2.)  Samsung subsequently filed a
6 declaration in support of Apple's Administrative Motion to Seal and supported sealing page 25,
7 lines 1-3, 10-14 and page 74, lines 13-14 of Exhibit A.  (Dkt. No. 2341.)  In its Order, the Court
8 specifically addressed Samsung's sealing requests but did not specifically address Apple's
9 sealing requests.  (*See* Dkt. No. 3034 at 6.)
10    Apple seeks clarification whether the Court's Order denies sealing page 34, lines 7-8 as
11 requested in the Declaration of Cyndi Wheeler in Support of Apple's Motion to Seal Regarding
12 Apple's Opposition to Samsung's Administrative Motion for Relief from April 29, 2013 Case
13 Management Order ("Wheeler Declaration").  (Dkt. No. 2332-1.)  The Court granted Apple's
14 request to seal the same information in another section of its Order.  (Dkt. No. 3034 at 4-5; *see*
15 *also* Dkt. Nos. 2326-7, 2335, and 2335-1.)  As discussed in the Wheeler Declaration, the portions
16 of Exhibit A that Apple seeks to seal contain confidential Apple profit/loss information.  This
17 information is extremely confidential to Apple for the reasons discussed in the Declaration of
18 Jim Bean.  (Dkt. No. 1502.)  Clarification is necessary because the Order will lead to public
19 disclosure of the same Apple confidential information that the Court properly ruled in the same
20 Order met the standard for sealing.
21    Pursuant to Civil L.R. 7-1(b), Apple requests that this motion be determined without oral
22 argument.
23    Apple's counsel met and conferred with Samsung's counsel regarding this motion, and
24 Samsung does not oppose Apple's Motion for Clarification.

Apple's Motion for Clarification of Order Re Various
Administrative Motions to Seal (Dkt. No. 3034)
1                          Case No. 11-cv-01846-LHK (PSG)

1
2  Dated:  March 20, 2014                                WILMER CUTLER PICKERING
                                                          HALE AND DORR LLP
3
4                                                        /s/ Mark D. Selwyn
                                                        Mark D. Selwyn (SBN 244180)
                                                        (mark.selwyn@wilmerhale.com)
5                                                       950 Page Mill Road
                                                        Palo Alto, CA  94304
6                                                       Telephone:  (650) 858-6000
                                                        Facsimile:  (650) 858-6100
7
                                                        *Attorneys for Plaintiff and*
8                                                       *Counterclaim-Defendant Apple Inc.*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 20, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

            /s/ Mark D. Selwyn
            Mark D. Selwyn