# EXHIBIT 1

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

December 24, 2013

VIA EMAIL

Mark D. Selwyn, Esq.                          Joseph J. Mueller, Esq.
WilmerHale                                    WilmerHale
950 Page Mill Road                            60 State Street
Palo Alto, CA 94304                           Boston, MA  02109

Randall Allen, Esq.
Alston & Bird LLP
275 Middlefield Road
Suite 150
Menlo Park, CA 94025-4008

Re:     Remediation of Inadvertent Disclosures

Dear Counsel:

I write once again regarding remediation of the inadvertent disclosures related to the Teece Report and the ITC public interest briefing.  As you know, I wrote you on November 4 to propose a plan for remediation.  I proposed to have Stroz permanently delete electronic copies of the Teece Report or ITC public interest briefing containing the financial terms of the Apple-Nokia, Apple-Philips, Apple-Sharp and/or Apple-Ericsson license from the locations where they have been located at Samsung, including Samsung employees' hard drives and Samsung's email archive.  I also proposed that Quinn Emanuel take custody of the imaged hard drives and copies of archived email that have been created in connection with the search for the inadvertent disclosures.

Apple has never responded to Samsung's proposal even though Samsung sent Apple follow-up letters soliciting a response on two occasions.  And, while Nokia responded to my November 4, 2013 letter by stating that Samsung's proposed remediation was not broad enough, it still has not responded to my December 2, 2013 letter asking if it can at least agree that the steps set forth in Samsung's November 4, 2013 letter are acceptable.

Because Apple and Nokia have failed to respond to Samsung's proposal or make any counter-proposal, Samsung intends to file an administrative motion with Judge Grewal seeking authorization to proceed with its proposed remediation plan.  Pursuant to Local Rule 7-11, please let us know by no later than noon on December 26 if Apple and Nokia will stipulate to this relief. We also are available today to meet and confer; please let us know a time that works.


Sincerely,

Robert J. Becher

RJB