# EXHIBIT 6

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

January 31, 2014

<u>VIA EMAIL</u>

| | |
|---|---|
| Mark D. Selwyn, Esq.<br>WilmerHale<br>950 Page Mill Road<br>Palo Alto, CA 94304 | Joseph J. Mueller, Esq.<br>WilmerHale<br>60 State Street<br>Boston, MA  02109 |
| Randall Allen, Esq.<br>Alston & Bird LLP<br>275 Middlefield Road<br>Suite 150<br>Menlo Park, CA 94025-4008 | Ryan Koppelman, Esq.<br>Alston & Bird LLP<br>275 Middlefield Road<br>Suite 150<br>Menlo Park, CA 94025-4008 |

Re:     <u>January 29, 2014 Court Order</u>

Dear Counsel:

As you know, the Court's January 29 Order states that Quinn Emanuel is "responsible for ensuring that all copies of the Teece report containing confidential information are deleted, erased, wiped, or otherwise permanently removed from Samsung's control within fourteen days of this order."

We accordingly intend to move forward and delete, erase, wipe or otherwise permanently remove copies of the Teece report containing the claimed confidential information from Samsung's workstations and servers.  To avoid unnecessary duplication of work and to ensure prompt remediation of all inadvertent disclosures at once, we also intend to delete all copies of the outline, draft brief and brief regarding the International Trade Commission's Notice on Remedy and the Public Interest in the 794 Investigation that contain information regarding the Apple-Nokia license that Apple and Nokia claim is confidential.  Quinn Emanuel also will take custody of the images that were made from Samsung drives which contained the claimed confidential information.

quinn emanuel urquhart & sullivan, llp

NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG

Given the deadline set by the Court, we need to proceed immediately. Please let us know your position on our intended course of action, including any objection, as soon as possible. We look forward to your prompt response.

Sincerely,

Robert J. Becher

RJB