# EXHIBIT 8

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

February 5, 2014

<u>VIA EMAIL</u>

Mark D. Selwyn, Esq.
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304

Re:     <u>January 29, 2014 Order</u>

Dear Mark:

I write in response to your February 4, 2014 letter regarding remediation.

As we understand your letter, Apple consents to Samsung's proceeding with remediation of the Teece Report, along with the outline, draft brief and brief regarding the ITC's Notice on Remedy and the Public Interest containing the claimed Apple-Nokia confidential information, in the manner proposed in our January 31, 2014 letter.  As we further understand it, Apple consents to remediation of the same documents to the extent they are in the possession of outside law firms which are not otherwise authorized to have such information pursuant to applicable protective orders.  If you disagree with our understanding of your letter, please let us know by no later than noon tomorrow.

We recognize that you have also raised additional issues and questions in your letter.  By way of example, for the first time, you suggest that the Order requires remediation of the inadvertent disclosures in the possession of outside counsel.  We will respond to those matters separately, but in the meantime we do not understand them to be material to the remediation to which Apple does agree as stated above.

quinn emanuel urquhart & sullivan, llp
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG

2

Although Nokia's counsel has asserted that Samsung may not proceed with remediation without Nokia's approval, and despite our repeated requests for Nokia's response, Nokia has still not provided approval.  We again invite Nokia to consent.

In the event that we do not have resolution with both Apple and Nokia on the remediation under Judge Grewal's Order by the end of tomorrow, we expect that we will file a motion seeking guidance and relief from Judge Grewal on that issue.  Please let us know what time you are available on Friday February 7, 2014 to engage in a meet and confer.

We look forward to hearing from you.

Sincerely,

Robert J. Becher

RJB

Cc:  Ryan Koppelman, Esq.