# EXHIBIT 10

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3182

WRITER'S INTERNET ADDRESS
robertbecher@quinnemanuel.com

February 6, 2014

**VIA EMAIL**

B. Parker Miller, Esq.  
Alston & Bird LLP  
275 Middlefield Road  
Suite 150  
Menlo Park, CA 94025-4008

Ryan Koppelman, Esq.  
Alston & Bird LLP  
275 Middlefield Road  
Suite 150  
Menlo Park, CA 94025-4008

Re:   January 29, 2014 Court Order

Dear Parker:

I write in response to your February 6, 2014 response to our January 31, 2014 letter. We understand from your letter that Nokia is still not consenting to the remediation we propose in our January 31, 2014 letter. While you also raise some issues about the scope of remediation in your letter, we do not believe that resolving these issues is material to the remediation called for by the Court Order nor that it should delay the start of Court-ordered remediation so we will respond to them separately.

Because Nokia is not providing its consent, we intend to file a motion, as explained in our February 5, 2014 letter. We once ask you and Apple to confirm that you are available to meet and confer tomorrow, February 7, at 1 p.m. If not, please propose another time tomorrow. During the meet and confer, we can discuss your request for information about the method and process of remediating the Teece Report and ITC materials. To ensure the call is productive, please provide us as far in advance as possible with a list of the specific issues you wish to discuss.

Sincerely,

Robert J. Becher  
RJB  
Cc:  Mark Selwyn, Esq.

**quinn emanuel urquhart & sullivan, llp**
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG