# EXHIBIT 11

# WILMERHALE

**Mark D. Selwyn**

+1 650 858 6031 (t)
+1 650 858 6100 (f)
mark.selwyn@wilmerhale.com

February 7, 2014

**By E-mail**

Robert Becher, Esq.
Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Re:   **Apple Inc. v. Samsung Electronics et al., Case No. 5:11-cv-01846-LHK**

Dear Rob:

I am writing to respond to your February 5, 2014 letter regarding remediation.

Apple consents to Samsung proceeding with permanently removing the Teece report and the ITC draft, outline, and brief from the possession of Samsung employees and any outside counsel not authorized under the Protective Order to possess such materials, provided that, as stated in my February 4, 2014 letter, that Samsung takes appropriate and acceptable steps to preserve the documents and information that will be deleted (including all metadata, such as the identity of the custodian of the documents). As I noted in my February 4, 2014 letter, your January 8 and 31 letters contain inconsistent proposals for how the documents will be preserved. I reiterate our request for clarification.

Sincerely yours,

Mark D. Selwyn

MDS:le

cc:    Ryan Koppelman, Esq.