# EXHIBIT 13

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Monday, February 17, 2014 11:21 AM
**To:** Robert Becher
**Cc:** Mueller, Joseph; 'Allen, Randall'; 'Koppelman, Ryan'
**Subject:** RE: Letter

Rob:

Based on the representations that Samsung has made to us regarding its planned procedures for remediation and preservation, Apple consents to Samsung proceeding immediately with the directive in the last paragraph of Judge Grewal's January 29, 2014 Order (Docket No. 2935).

Mark

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Sunday, February 16, 2014 11:17 AM
**To:** Selwyn, Mark; Mueller, Joseph; 'Allen, Randall'; 'Koppelman, Ryan'
**Subject:** RE: Letter

You may share the below letter regarding remediation sent at 6:12 p.m. PST with Apple.

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Sunday, February 16, 2014 11:13 AM
**To:** Robert Becher; Mueller, Joseph; 'Allen, Randall'; 'Koppelman, Ryan'
**Subject:** RE: Letter

Rob:

Your letter is not labeled confidential but I just wanted to confirm that was intentional and we may share with our client. Thanks.

Mark

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Sunday, February 16, 2014 11:08 AM
**To:** Robert Becher; Selwyn, Mark; Mueller, Joseph; 'Allen, Randall'; 'Koppelman, Ryan'
**Subject:** RE: Letter

Counsel: Please respond to our letter regarding remediation and confirm that we may proceed. Regards, Rob

**From:** Robert Becher
**Sent:** Monday, February 10, 2014 6:12 PM
**To:** Robert Becher; Selwyn, Mark (Mark.Selwyn@wilmerhale.com); 'Joseph.Mueller@wilmerhale.com' (Joseph.Mueller@wilmerhale.com); Allen, Randall; Koppelman, Ryan
**Subject:** RE: Letter

1

Counsel: Please see attached. Regards, Rob

---

**From:** Robert Becher
**Sent:** Monday, February 10, 2014 4:13 PM
**To:** 'Selwyn, Mark (Mark.Selwyn@wilmerhale.com)'; "Joseph.Mueller@wilmerhale.com' (Joseph.Mueller@wilmerhale.com)'; 'Allen, Randall'; 'Koppelman, Ryan'
**Subject:** Letter

Counsel: Please see attached. Regards, Rob