# EXHIBIT 14

**From:** Koppelman, Ryan [mailto:Ryan.Koppelman@alston.com]
**Sent:** Tuesday, February 18, 2014 10:08 AM
**To:** Selwyn, Mark; Robert Becher
**Cc:** Mueller, Joseph; Allen, Randall; Miller, Parker
**Subject:** RE: Letter

Rob,

Nokia has no objection to Samsung's narrow proposal to remediate some materials which contain Nokia's CBI. However, as we have stated repeatedly, Nokia believes that Samsung's proposal likely falls well short of the appropriate remediation given Samsung and Quinn Emanuel's broad dissemination of Nokia's CBI. Further, Samsung has failed to provide the information that it agreed to provide in the October 2, 2013 Stipulated Order. Until that information is provided, Nokia cannot agree that any proposed remediation resolves Samsung's obligations. Simply put, Samsung has not provided Nokia with any information that could inform that decision. Therefore, Samsung may proceed with the narrow proposed remediation, but does so at its own risk that further remediation will be required in the future. Nokia intends to move the Court very shortly to compel the production of the information that Nokia needs to engage in a meaningful discussion about the proper scope of remediation.

Regards,
Ryan

**Ryan W. Koppelman - Partner, IP Litigation**
**Alston & Bird LLP - (650) 838-2009**

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Monday, February 17, 2014 11:21 AM
**To:** 'Robert Becher'
**Cc:** Mueller, Joseph; Allen, Randall; Koppelman, Ryan
**Subject:** RE: Letter

Rob:

Based on the representations that Samsung has made to us regarding its planned procedures for remediation and preservation, Apple consents to Samsung proceeding immediately with the directive in the last paragraph of Judge Grewal's January 29, 2014 Order (Docket No. 2935).

Mark

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Sunday, February 16, 2014 11:17 AM
**To:** Selwyn, Mark; Mueller, Joseph; 'Allen, Randall'; 'Koppelman, Ryan'
**Subject:** RE: Letter

You may share the below letter regarding remediation sent at 6:12 p.m. PST with Apple.

1

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Sunday, February 16, 2014 11:13 AM
**To:** Robert Becher; Mueller, Joseph; 'Allen, Randall'; 'Koppelman, Ryan'
**Subject:** RE: Letter

Rob:

Your letter is not labeled confidential but I just wanted to confirm that was intentional and we may share with our client. Thanks.

Mark

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Sunday, February 16, 2014 11:08 AM
**To:** Robert Becher; Selwyn, Mark; Mueller, Joseph; 'Allen, Randall'; 'Koppelman, Ryan'
**Subject:** RE: Letter

Counsel: Please respond to our letter regarding remediation and confirm that we may proceed.  Regards, Rob

**From:** Robert Becher
**Sent:** Monday, February 10, 2014 6:12 PM
**To:** Robert Becher; Selwyn, Mark (Mark.Selwyn@wilmerhale.com); 'Joseph.Mueller@wilmerhale.com' (Joseph.Mueller@wilmerhale.com); Allen, Randall; Koppelman, Ryan
**Subject:** RE: Letter

Counsel: Please see attached.  Regards, Rob

**From:** Robert Becher
**Sent:** Monday, February 10, 2014 4:13 PM
**To:** 'Selwyn, Mark (Mark.Selwyn@wilmerhale.com)'; ''Joseph.Mueller@wilmerhale.com' (Joseph.Mueller@wilmerhale.com)'; 'Allen, Randall'; 'Koppelman, Ryan'
**Subject:** Letter

Counsel: Please see attached.  Regards, Rob

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.