1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK  (PSG) |
|---|---|
| Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants and Counterclaim-Plaintiffs. | **[PROPOSED] ORDER GRANTING MOTION FOR STAY OF THE COURT'S ORDER RE VARIOUS ADMINISTRATIVE MOTIONS TO SEAL (DKT. NO. 3034)** |

1  Apple has moved for an order staying a limited portion the Court's Order granting-in-part
2  and denying-in-part various administrative motions to seal ("Sealing Order") (Dkt. No. 3034)
3  until the later of:  (1) a ruling on Apple's Motion for Clarification, or (2) in the event that the
4  Court denies Apple leave to file its Motion for Clarification, or grants leave but denies the
5  Motion for Clarification, pending resolution of any appeal to the Federal Circuit.

6  The limited stay requested is warranted and there is no substantial countervailing public
7  or private interest in immediate disclosure of these documents.

8  Accordingly, the Court GRANTS Apple's Motion for Stay of the Court's Order Re
9  Various Administrative Motions to Seal .

10  IT IS HEREBY ORDERED that the Court's Sealing Order (Dkt. 3034) is stayed as it
11  relates to Exhibit A to the Declaration of Erik J. Olson in Support of Apple's Opposition to
12  Motion for Relief from Case Management Order until the later of:  (1) the Court's ruling on
13  Apple's Motion for Clarification, or (2) in the event that the Court denies Apple leave to file its
14  Motion for Clarification, or grants leave but denies the Motion for Clarification, pending
15  resolution of any appeal to the Federal Circuit.

18  **IT IS SO ORDERED.**

20  Dated:   3/24/14        By:   *Lucy H. Koh*
              Hon. Lucy H. Koh
              United States District Court Judge