# Exhibit B
# (Redacted Version)

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                         NORTHERN DISTRICT OF CALIFORNIA
8                                  SAN JOSE DIVISION
9

| | |
|---|---|
| 10  APPLE INC., a California corporation, | Case No.11-cv-01846-LHK |
| 11                    Plaintiff,<br>              v. | **SUPPLEMENTAL EXPERT REPORT OF TERRY L. MUSIKA, CPA** |
| 12  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 16                    Defendants. | |

17
18
19
20
21
22                           **SUBJECT TO PROTECTIVE ORDER**
23                     **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**
24
25
26
27
28

1   supports the reported product profitability included in its litigation spreadsheets again casts
2   significant doubt on the reliability of the cost of goods sold information as a basis from which to
3   calculate Samsung's operating profitability.

**Any calculation of profitability must account for variable costs versus fixed costs and product costs versus development costs, which are labeled in the documents provided in response to the Court's April 23 Order, but not accounted for in Samsung's calculations.**

38. In response to the Court's order, Samsung produced encrypted file SAMNDCA-D-00000012-AEO-native.xlsx that provided more detailed information on various accounts from which costs or expenses are reported. This file explicitly labels many of these accounts as involving either fixed or variable costs and expenses. As noted, I also have checked and determined that this file provides the foundation for the file labeled SAMNDCA00402075, which reflects Samsung's alleged calculation of operating profit for the Accused Products. "Fixed costs" and "variable costs" have standard meanings in financial accounting. A fixed cost has no direct relationship to the volume of product produced or sold. In order for a fixed cost to be assigned to a product, the cost must be allocated on some systematic and rational basis. The file discussed above labels certain costs and expenses as "fixed costs." Samsung has provided no explanation or support for the fixed costs assigned to individual products. Although certain Samsung witnesses have suggested that a portion of the fixed costs are allocated on the basis of product sales, it is not possible to replicate such allocation or determine if it represents a rational or appropriate allocation. The fixed costs do not represent a consistent ratio of sales that would confirm what the fixed costs were, how they were being allocated, whether the methods are being consistently applied, or whether they are reliable. Further, Samsung has not disclosed, tied or reconciled the allocated fixed costs to total fixed costs in the general ledger. Both because of the fixed nature of these costs and the uncertainties presented due to the inability to determine how they are being allocated, they should be excluded from any calculation of operating profitability.

39. Additionally, Samsung encrypted file SAMNDCA-D-00000012-AEO-native.xlsx provides more detailed information on accounts related to two additional non-product cost categories (general research and development and general maintenance). Consistent with my understanding of what

these costs and expenses reflect, these items are not specifically labeled as either fixed or variable. Similar to fixed costs, these non-product costs have no direct relationship to the Accused Products. With respect to research and development, they reflect ongoing research and development expenses for new and different products and not amounts spent on the Accused Products. With respect to general maintenance, they reflect costs and expenses relating to general operations of the company that do not relate specifically to the Accused Products. Prior to inclusion on this schedule, they had to be allocated on some systematic and rational basis. Once again, Samsung has provided no explanation or support for the assignment of these costs to Accused Products. Further, Samsung has not disclosed, tied or reconciled the allocation of these costs to the general ledger. Both because of the nature of these costs and the uncertainties presented due to the inability to determine how they are being allocated, they should be excluded from any calculation of operating profitability.

40. **Exhibit 50-S** shows the fixed and variable costs as well as product and non-product costs identified by Samsung in its most recent production. I have calculated an incremental profit based on the [REDACTED] margin identified by Samsung.

**Samsung's production lacks any reliable information on the cost of development of the Accused Devices or the actual or expected costs for any effort to redesign products in light of Apple's intellectual property.**

41. As noted in my Original Expert Report, the cost to develop the Accused Products and amounts that Samsung had spent to design products so that Samsung would avoid the use of Apple's Intellectual Property in Suit could be relevant to my damages calculations. The Court's April 23 Order incorporated a prior document that required production of "relevant expense for research and development and to design around any patent, including: 1. Any consolidated reports on the expense that Samsung incurred to development any of the accused products; and 2. Any report or financial

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

the iPhone and iPad for the quarter ending March 31, 2012. I have reviewed this updated financial information and used it to provide updated information on Apple's financial results, as included in the supplemental exhibits to this report.

L. **POSSIBLE REVISIONS TO THIS REPORT**

45. I intend to review and consider any other additional information provided to me after the production of this report and will supplement my analysis and conclusions if asked to do so.

M. **EXHIBITS**

46. **Exhibits 3-S through 53-S** are attached to this report and support my analyses and opinions in this matter.

N. **PROFESSIONAL ARRANGEMENT**

47. My work for expert services provided in this matter is charged at a standard billing rate of $550 per hour and is in no way contingent on the outcome of this matter. In addition, I will be reimbursed for all reasonable out-of-pocket expenses incurred in connection with my analyses and testimony in this case.

May 8, 2012                                      Terry L. Musika, CPA

Apple Inc. v. Samsung Electronics Co., LTD., et al.

**Analysis of Fixed & Variable and Product & Non-Product Costs**
**Through March 2012**

EXHIBIT 50-S



Prepared by Invotex Group

Submitted Under Seal; Highly Confidential;
Outside Counsel Eyes' Only

Apple Inc. v. Samsung Electronics Co., LTD., et al.

# Samsung's Fixed, Variable & Non-Product Costs
## Through March 2012



PLAINTIFF'S EXHIBIT NO. 28
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.
Date Admitted _____ By _____