1   HAROLD J. MCELHINNY (CA SBN 66781)       WILLIAM F. LEE
    hmcelhinny@mofo.com                        william.lee@wilmerhale.com
2   MICHAEL A. JACOBS (CA SBN 111664)         WILMER CUTLER PICKERING
    mjacobs@mofo.com                           HALE AND DORR LLP
3   RACHEL KREVANS (CA SBN 116421)            60 State Street
    rkrevans@mofo.com                          Boston, MA 02109
4   ERIK J. OLSON (CA SBN 175815)             Telephone: (617) 526-6000
    ejolson@mofo.com                           Facsimile: (617) 526-5000
5   MORRISON & FOERSTER LLP
    425 Market Street                          MARK D. SELWYN (SBN 244180)
6   San Francisco, California  94105-2482      mark.selwyn@wilmerhale.com
    Telephone:  (415) 268-7000                 WILMER CUTLER PICKERING
7   Facsimile:  (415) 268-7522                 HALE AND DORR LLP
                                               950 Page Mill Road
8                                              Palo Alto, California 94304
    Attorneys for Plaintiff and                Telephone: (650) 858-6000
9   Counterclaim-Defendant APPLE INC.          Facsimile: (650) 858-6100

10

11

12                      UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                            SAN JOSE DIVISION

15

16   APPLE INC., a California corporation,       Case No. 11-cv-01846-LHK (PSG)

17                  Plaintiff,                    **DECLARATION OF ERIK J. OLSON
                                                  IN SUPPORT OF APPLE INC.'S
18          v.                                    MOTION TO MODIFY APRIL 29, 2013,
                                                  CASE MANAGEMENT ORDER
19   SAMSUNG ELECTRONICS CO., LTD., a             EXCLUDING EVIDENCE OF
     Korean corporation; SAMSUNG ELECTRONICS     CERTAIN INFUSE 4G SALES OR, IN
20   AMERICA, INC., a New York corporation; and  THE ALTERNATIVE, FOR LEAVE TO
     SAMSUNG TELECOMMUNICATIONS                   SEEK RECONSIDERATION OF THAT
21   AMERICA, LLC, a Delaware limited liability   ORDER, AND TO CLARIFY THAT
     company,                                     THE ORDER APPLIED SOLELY TO
22                                                THE INFUSE 4G**
                    Defendants.
23

24                                               Date:      August 21, 2013
                                                 Time:      2:00 PM
25                                               Place:     Courtroom 8, 4th Floor
                                                 Judge:     Hon. Lucy H. Koh
26                                                **REDACTED VERSION**

27

28

Olson Decl. ISO Apple's Mot. to Modify CMO, for Leave re Reconsiderat'n and for Clarificat'n
Case No. 11-cv-01846-LHK (PSG)
sf-3308636

1    I, Erik J. Olson, declare as follows:

2       1.      I am a partner at Morrison & Foerster LLP, counsel of record for Apple Inc. in the

3    above-captioned action.  I make this declaration based on personal knowledge in support of

4    Apple's Motion to Modify April 29, 2013, Case Management Order Excluding Evidence of

5    Certain Infuse 4G Sales or, in the Alternative, for Leave to Seek Reconsideration of that Order,

6    and to Clarify that the Order Applied Solely to the Infuse 4G.

7       2.      Attached as **Exhibit A** hereto are true and correct copies of relevant excerpts from

8    Defendant's Exhibit 676, showing Samsung's monthly unit sales of the Infuse 4G from May 2010

9    through June 2012.  As shown on Defendant's Exhibit No. 676.064, Samsung (STA) sold 5,000

10   units of the Infuse 4G in the United States in April 2011 and 248,996 units of the Infuse 4G in the

11   United States in May 2011.

12      3.      Attached as **Exhibit B** is a true and correct copy of Exhibit 17.1-PT-H from the

13   June 24, 2013 Expert Report of Julie L. Davis, CPA.  This exhibit reflects Apple's post-notice

14   damages using all the post-notice sales included in the financial exhibits produced by Samsung in

15   response to the Court's discovery orders as they were introduced in the August trial based on the

16   parties' stipulation (e.g. JX1500, PX180 and DX676).  As shown in Exhibit B, Apple is claiming

17   post-notice damages for the Infuse 4G of ▮▮▮▮▮▮ and total damages for the thirteen (13) new

18   trial products of ▮▮▮▮▮▮.

19      4.      Attached as **Exhibit C** is a true and correct copy of Exhibit 17.1-PT from the June

20   24, 2013 Expert Report of Julie L. Davis, CPA.  This exhibit reflects Apple's post-notice

21   damages under identical conditions to those used in Exhibit B except that Ms. Davis has excluded

22   post-notice sales of the Infuse 4G before May 15, 2011, which is the date included in the Joint

23   Pretrial Statement.  Exclusion of sales before May 15, 2011, reduces the damages claimed for the

24   Infuse 4G (and the total for all 13 products) by ▮▮▮▮▮▮ ▮▮▮▮▮▮ minus ▮▮▮▮▮).

25      5.      Attached as **Exhibit D** is a true and correct copy of Exhibit 17.1-PT-D from the

26   June 24, 2013 Expert Report of Julie L. Davis, CPA.  This exhibit reflects Apple's post-notice

27   damages under identical conditions to those used in Exhibit B except that Ms. Davis has excluded

28   post-notice sales of the 13 new trial products that occurred before the alleged "first sale" dates

included in the Joint Pre-Trial Statement.  Exclusion of such sales for all 13 products reduces the damages claimed by an additional ███████ for a total damages reduction of ███████. (Compare the grand total in Exhibit B—███ ███—to the grand total in Exhibit D—███).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 17th day of July 2013 in Palo Alto, California.

*/s/  Erik J. Olson*
ERIK J. OLSON

OLSON DECL. ISO APPLE'S MOT. TO MODIFY CMO, FOR LEAVE RE RECONSIDERAT'N AND FOR CLARIFICAT'N
Case No. 11-cv-01846-LHK (PSG)
sf-3308636

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated:  July 17, 2013

_____
        */s/  Harold J. McElhinny*
        Harold J. McElhinny

OLSON DECL. ISO APPLE'S MOT. TO MODIFY CMO, FOR LEAVE RE RECONSIDERAT'N AND FOR CLARIFICAT'N
Case No. 11-cv-01846-LHK (PSG)
sf-3308636

3