# Exhibit C
# (Redacted Version)

## Apple's Damages Per Samsung Product

### (Apple's Lost Profits, Samsung's Profits [Gross Profit], and Reasonable Royalty)

See Damages Period Below 1/, 4/

| Product | Apple's Lost Profits 2/ | Samsung's Profits 3/ | Reasonable Royalty 3/ | Total |
|---|---|---|---|---|
| Captivate | $95,135,464 | ███ | $1,580,337 | ███ |
| Continuum | $15,520,436 | ███ | $509,964 | ███ |
| Droid Charge | $62,164,253 | ███ | $1,209,689 | ███ |
| Epic 4G | $18,092,726 | ███ | $4,013,035 | ███ |
| Exhibit 4G | $5,792,327 | ███ | $1,928,648 | ███ |
| Galaxy Prevail | $28,218,228 | ███ | $14,390,528 | ███ |
| Galaxy Tab | $12,448,830 | ███ | $2,727,419 | ███ |
| Gem | $5,521,317 | ███ | $688,586 | ███ |
| Indulge | $1,602,282 | ███ | $290,148 | ███ |
| Infuse 4G | $137,561,712 | ███ | $0 | ███ |
| Nexus S 4G | $9,682,088 | ███ | $2,363,714 | ███ |
| Replenish | $2,315,039 | ███ | $3,023,346 | ███ |
| Transform | $3,490,907 | ███ | $444,040 | ███ |
| **Total** | **$397,545,610** | ███ | **$33,169,454** | ███ |

**Sources/Notes:**
1/ Damages calculated from August 4, 2010 for the '381 patent; April 15, 2011 for '915 patent and 'D677 design patent; and June 16, 2011 for the '163 patent and 'D305 design patent.
2/ EXHIBIT 17.2-PT.
3/ EXHIBIT 17.4-PT.
4/ Infuse 4G starting on May 15, 2011.

## Apple's Damages Per Samsung Product

### (Samsung's Profits [Gross Profit] and Reasonable Royalty)

See Damages Period Below 1/, 3/

| Product | Samsung's Profits 2/ | Reasonable Royalty 2/ | Total |
|---|---|---|---|
| Captivate | ■ | $2,075,269 | ■ |
| Continuum | ■ | $578,343 | ■ |
| Droid Charge | ■ | $1,671,298 | ■ |
| Epic 4G | ■ | $4,179,254 | ■ |
| Exhibit 4G | ■ | $2,044,683 | ■ |
| Galaxy Prevail | ■ | $14,920,600 | ■ |
| Galaxy Tab | ■ | $3,149,250 | ■ |
| Gem | ■ | $720,882 | ■ |
| Indulge | ■ | $290,148 | ■ |
| Infuse 4G | ■ | $0 | ■ |
| Nexus S 4G | ■ | $2,506,000 | ■ |
| Replenish | ■ | $3,046,062 | ■ |
| Transform | ■ | $473,711 | ■ |
| **Total** | ■ | **$35,655,500** | ■ |

**Sources/Notes:**
1/ Damages calculated from August 4, 2010 for the '381 patent; April 15, 2011 for '915 patent and 'D677 design patent; and June 16, 2011 for the '163 patent and 'D305 design patent.
2/ EXHIBIT 18.3-PT.
3/ Infuse 4G starting on May 15, 2011.

Case 5:11-cv-01846-LHK   Document 3049-6   Filed 03/24/14   Page 4 of 4

Apple Inc. v. Samsung Electronics Co., LTD., et al.                                   EXHIBIT 19-PT

# Apple's Damages Per Samsung Product
# (Apple's Lost Profits and Reasonable Royalty)

See Damages Period Below 1/, 4/

| Product | Lost Profits 2/ | Reasonable Royalty 3/ | Total |
|---|---|---|---|
| Captivate | $95,135,464 | $6,919,809 | $102,055,273 |
| Continuum | $15,520,436 | $2,288,104 | $17,808,540 |
| Droid Charge | $62,164,253 | $11,616,802 | $73,781,055 |
| Epic 4G | $18,092,726 | $15,785,076 | $33,877,801 |
| Exhibit 4G | $5,792,327 | $1,928,648 | $7,720,975 |
| Galaxy Prevail | $28,218,228 | $14,390,528 | $42,608,756 |
| Galaxy Tab | $12,448,830 | $2,727,419 | $15,176,249 |
| Gem | $5,521,317 | $5,035,882 | $10,557,199 |
| Indulge | $1,602,282 | $3,842,337 | $5,444,618 |
| Infuse 4G | $137,561,712 | $15,889,452 | $153,451,164 |
| Nexus S 4G | $9,682,088 | $2,363,714 | $12,045,802 |
| Replenish | $2,315,039 | $3,023,346 | $5,338,386 |
| Transform | $3,490,907 | $444,040 | $3,934,947 |
| **Total** | **$397,545,610** | **$86,255,157** | **$483,800,767** |

**Sources/Notes:**
1/ Damages calculated from August 4, 2010 for the '381 patent; April 15, 2011 for '915 patent and 'D677 design patent; and June 16, 2011 for the '163 patent and 'D305 design patent.
2/ EXHIBIT 17.2-PT.
3/ EXHIBIT 19.1-PT.
4/ Infuse 4G starting on May 15, 2011.