# Exhibit D
# (Redacted Version)

Case 5:11-cv-01846-LHK   Document 3049-7   Filed 03/24/14   Page 2 of 4

Apple Inc. v. Samsung Electronics Co., LTD., et al.                    EXHIBIT 17.1-PT-D

## Apple's Damages Per Samsung Product

### (Apple's Lost Profits, Samsung's Profits [Gross Profit], and Reasonable Royalty)

See Damages Period Below 1/, 4/

| Product | Apple's Lost Profits 2/ | Samsung's Profits 3/ | Reasonable Royalty 3/ | Total |
|---|---|---|---|---|
| Captivate | $95,135,464 | ▉ | $1,580,337 | ▉ |
| Continuum | $15,520,436 | ▉ | $434,841 | ▉ |
| Droid Charge | $43,127,874 | ▉ | $423,351 | ▉ |
| Epic 4G | $14,447,477 | ▉ | $3,656,839 | ▉ |
| Exhibit 4G | $5,792,327 | ▉ | $1,928,648 | ▉ |
| Galaxy Prevail | $28,218,228 | ▉ | $14,390,528 | ▉ |
| Galaxy Tab | $12,448,830 | ▉ | $2,583,677 | ▉ |
| Gem | $5,521,317 | ▉ | $492,371 | ▉ |
| Indulge | $1,602,282 | ▉ | ($51) | ▉ |
| Infuse 4G | $137,561,712 | ▉ | $0 | ▉ |
| Nexus S 4G | $6,882,462 | ▉ | $1,762,938 | ▉ |
| Replenish | $2,315,039 | ▉ | $2,758,660 | ▉ |
| Transform | $3,490,907 | ▉ | $444,040 | ▉ |
| **Total** | **$372,064,356** | ▉ | **$30,456,180** | ▉ |

**Sources/Notes:**
1/ Damages calculated from August 4, 2010 for the '381 patent; April 15, 2011 for '915 patent and 'D677 design patent; and June 16, 2011 for the '163 patent and 'D305 design patent.
2/ EXHIBIT 17.2-PT-D.
3/ EXHIBIT 17.4-PT-D.
4/ Sales assumed to start on the following dates: Captivate 7/18/10, Continuum 11/11/10, Droid Charge 5/14/11, Epic 4G 8/31/10, Exhibit 4G 6/22/11, Galaxy Prevail 4/29/11, Gem 4/1/11, Indulge 6/7/11, Infuse 4G 5/15/11, Nexus S 4G and Replenish 5/8/11, Transform 10/10/10, and Galaxy Tab 11/10/10.

Prepared by Invotex Group          Submitted Under Seal; Highly Confidential; Outside Counsel Eyes' Only

Case 5:11-cv-01846-LHK   Document 3049-7   Filed 03/24/14   Page 3 of 4

Apple Inc. v. Samsung Electronics Co., LTD., et al.                     EXHIBIT 18.1-PT-D

## Apple's Damages Per Samsung Product

### (Samsung's Profits [Gross Profit] and Reasonable Royalty)

See Damages Period Below 1/, 3/

| Product | Samsung's Profits 2/ | Reasonable Royalty 2/ | Total |
|---|---|---|---|
| Captivate | ■ | $2,075,269 | ■ |
| Continuum | ■ | $503,220 | ■ |
| Droid Charge | ■ | $655,024 | ■ |
| Epic 4G | ■ | $3,799,726 | ■ |
| Exhibit 4G |  | $2,044,683 | ■ |
| Galaxy Prevail |  | $14,920,600 | ■ |
| Galaxy Tab |  | $3,005,508 | ■ |
| Gem | ■ | $524,667 | ■ |
| Indulge | ■ | ($51) | ■ |
| Infuse 4G | ■ | $0 | ■ |
| Nexus S 4G |  | $1,867,498 | ■ |
| Replenish |  | $2,781,376 | ■ |
| Transform |  | $473,711 | ■ |
| **Total** | ■ | **$32,651,231** | ■ |

**Sources/Notes:**

1/ Damages calculated from August 4, 2010 for the '381 patent; April 15, 2011 for '915 patent and 'D677 design patent; and June 16, 2011 for the '163 patent and 'D305 design patent.

2/ EXHIBIT 18.3-PT-D.

3/ Sales assumed to start on the following dates: Captivate 7/18/10, Continuum 11/11/10, Droid Charge 5/14/11, Epic 4G 8/31/10, Exhibit 4G 6/22/11, Galaxy Prevail 4/29/11, Gem 4/1/11, Indulge 6/7/11, Infuse 4G 5/15/11, Nexus S 4G and Replenish 5/8/11, Transform 10/10/10, and Galaxy Tab 11/10/10.

Case 5:11-cv-01846-LHK   Document 3049-7   Filed 03/24/14   Page 4 of 4

Apple Inc. v. Samsung Electronics Co., LTD., et al.                           EXHIBIT 19-PT-D

# Apple's Damages Per Samsung Product
# (Apple's Lost Profits and Reasonable Royalty)

See Damages Period Below 1/, 4/

| Product | Lost Profits 2/ | Reasonable Royalty 3/ | Total |
|---|---|---|---|
| Captivate | $95,135,464 | $6,919,809 | $102,055,273 |
| Continuum | $15,520,436 | $2,212,981 | $17,733,418 |
| Droid Charge | $43,127,874 | $10,830,464 | $53,958,338 |
| Epic 4G | $14,447,477 | $15,428,880 | $29,876,356 |
| Exhibit 4G | $5,792,327 | $1,928,648 | $7,720,975 |
| Galaxy Prevail | $28,218,228 | $14,390,528 | $42,608,756 |
| Galaxy Tab | $12,448,830 | $2,583,677 | $15,032,507 |
| Gem | $5,521,317 | $4,839,667 | $10,360,984 |
| Indulge | $1,602,282 | $3,552,138 | $5,154,420 |
| Infuse 4G | $137,561,712 | $15,889,452 | $153,451,164 |
| Nexus S 4G | $6,882,462 | $1,762,938 | $8,645,399 |
| Replenish | $2,315,039 | $2,758,660 | $5,073,700 |
| Transform | $3,490,907 | $444,040 | $3,934,947 |
| **Total** | **$372,064,356** | **$83,541,882** | **$455,606,238** |

**Sources/Notes:**
1/ Damages calculated from August 4, 2010 for the '381 patent; April 15, 2011 for '915 patent and 'D677 design patent; and June 16, 2011 for the '163 patent and 'D305 design patent.
2/ EXHIBIT 17.2-PT-D.
3/ EXHIBIT 19.1-PT-D.
4/ Sales assumed to start on the following dates: Captivate 7/18/10, Continuum 11/11/10, Droid Charge 5/14/11, Epic 4G 8/31/10, Exhibit 4G 6/22/11, Galaxy Prevail 4/29/11, Gem 4/1/11, Indulge 6/7/11, Infuse 4G 5/15/11, Nexus S 4G and Replenish 5/8/11, Transform 10/10/10, and Galaxy Tab 11/10/10.