# Exhibit 5
# (Redacted Version)

# STA Business Update

- Contents -

1. 2010 Recap
2. Key Management Issues
3. 2011 Management Plan
4. Appendix

December 2010

STA

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10371473

# 1. 2010 Recap

☐ **Highlights – <u>Maintained overall market share leadership in WT (achieved #1 US Android market share in 3Q10); big wins in non-WT businesses</u>**

- Wireless Terminals
    - #1 M/S since 3Q08
    - #1 M/S ▮▮▮ in 2009, ▮▮▮ in 2010
    - Achieved #1 US Android market share in 3Q10
- Network Systems Infrastructure
    - Achieved #1 at Clearwire (4G WiMAX)
    - 1st commercial LTE network in US (MetroPCS)
    - Cellular South LTE win
    - Big multi-mode win at Sprint
- Strong #2 with STB current customers
    - Big win at Cablevision (Tier 1 US cable company)
- Achieved #1 for the first time in Brand Awareness and Preference

☐ **Lessons Learned –**

- Due to AMOLED capacity constraints, STA wasn't able to maintain carrier promotion enthusiasm on Galaxy S
    - Off promotion, Galaxy S sales declined
- Current Galaxy Tab challenges
    - Pricing
        - Current Tab retail price not competitive
    - Product placement
        - Tab not positioned where consumers are shopping for tablets
        - Consumers cited the carrier store as the least preferred purchase point, even for 3G models
    - Brand awareness
        - Consumers are not aware of non-iPad tablets & features

Highly Confidential - Attorneys' Eyes Only                                    SAMNDCA10371474

☐ **2010 Yearly sales forecast : yy% of MP, ███ YoY growth**

- YoY Growth in XXX. : ███
- YoY Degrowth in yyy : ███

($M)

| | Yearly 2010 | | | | | YoY ('09 to'10) Market Growth |
|---|---|---|---|---|---|---|
| | MP | Forecast | 2009 | vs MP | vs 2009 | |
| STA | | | | | | |
| WT | | | | | | |
| WiMAX/WNS/BCS | | | | | | |
| STB | | | | | | |

\* Forecast : Nov actual YTD + Dec H ███ ███ Market Growth : As based NPD Oct YTD

☐ **2010 Market share and API**

- Most of the categories posted M/S and API improvement in 2010
- Some categories M/S gains have slowed as ███ level is reached.
- Continued gaining APIs in A/V and FDR product category, while slight degradation in relatively weak businesses due to business expansion.

| Products | M/S (Unit, %) | | | M/S ($, %) | | | API & ASP | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2009 | 2010 | vs'09 | 2009 | 2010 | vs'09 | 2009 | 2010 | vs'09 |
| WT | | | | | | | | | |
| WiMAX/WNS/BCS | | | | | | | | | |
| STB | | | | | | | | | |

\* Forecast : '10 data as based on Q3 YTD, Revenue share as based on Oct forecast

## 2. Current Issues

### 1. Mass Android segment

- Competitors have been first to enter US mass Android segment
- STA currently out-of-position in this segment, but a plan is in place to recover

- 3 -

Highly Confidential - Attorneys' Eyes Only                                    SAMNDCA10371475

## 2. Galaxy Tab and upcoming pressure from competitors

- Disappointing initial Tab sales
- Retail price positioning on WiFi Tab does not appear to have the right recipe / incentives with National Retail
- STA losing Time-to-Market advantage with competitive products launching in 2011

## 3. Galaxy S second generation

- Need to extend current Galaxy S devices until launch of carrier-exclusive 2nd generation Galaxy S devices (i.e., Stealth, Dempsey)
- Carriers competing with each other to lure premium smartphone users, but currently favoring other OEMs to do so
    - STA devices challenged from a retail price position, especially when off promotion
- Ability for STA to maintain the lead for next generation Content & Services, in light of competitor and OS (Google) offerings

## 4. Network Systems Infrastructure

- WNS / WiMAX:
    - Supply chain / delivery / fulfillment challenges
    - Cannot ramp up fast enough from resource / project management perspective to handle Tier 1 customers like Sprint
- BCS:
    - Transitioning from legacy technology to newer (IP) technology
    - Sales and distribution challenges associated with the transition
- STB:
    - Product / quality issues
    - Need tighter collaboration with HQ

Highly Confidential - Attorneys' Eyes Only                                              SAMNDCA10371476

## 3. 2011 Management Plan

☐ **2011 Key Strategies by Product Group**

| Product Group | Key Strategies |
|---|---|
| WT | <ul><li>Smartphones<ul><li>Premium<ul><li>Balance Galaxy S with carrier branding (i.e., leverage VZW DROID branding) and exclusive carrier models</li><li>Leverage Nexus S to move to premium 4G</li></ul></li><li>Mass<ul><li>First mover in mass 4G</li><li>Leverage existing franchise equities (i.e., Gravity sub brand), and propose HW spec upgrades as well as Media Hub inclusion<ul><li>Apple video transactions per month: 0.8</li><li>Samsung Media Hub transactions per month: 2.1</li></ul></li></ul></li></ul></li><li>Tablets<ul><li>Focus on National Retail, in particular the Best Buy channel</li><li>Reduce Tab pricing to be align more competitively</li><li>Build brand awareness with Tab marketing campaign</li><li>Secure dedicated BestBuy personnel or hire Samsung reps in Best Buy stores</li></ul></li></ul> |
| WiMAX / WNS / BCS | <ul><li>Achieve #3 in US 4G market share; win significant share of Sprint Multi-mode<ul><li>Successful partner planning to complement Samsung-developed products, thus providing US carrier customers with full turn-key solutions</li><li>STA to build effective organizational scale and talent</li><li>Develop viable vendor financing capability</li></ul></li><li>Become the #1 ranked BCS SMB fulfillment partner in the US with converged Samsung solutions<ul><li>STA to build organizational capabilities for transitioning from legacy technology to newer (IP) technology</li></ul></li></ul> |

Highly Confidential - Attorneys' Eyes Only       SAMNDCA10371477

| STB | ▪ Strong #2 in STB<br>  - Focus on Comcast, driving growth with them as a result of recent STB win there<br>  - Product & process improvements to support next-gen products |
|---|---|

☐ **2011 Management Plan**

- Total ▇▇▇▇▇▇▇▇▇▇ growth, while overall market is expected to grow 3%

* Industry Data Sources / NPD / ($M)

|  | Industry | | | STA Sales | | | Remark |
|---|---|---|---|---|---|---|---|
|  | 2010 | 2011 | YoY | 2010 | 2011 | YoY |  |
| WT | 37,183 | 42,928 | 15% | ▇ | ▇ | ▇ |  |
| WiMAX / WNS/ BCS |  |  |  | ▇ | ▇ | ▇ |  |
| STB |  |  |  | ▇ | ▇ | ▇ |  |

☐ **2011 Consolidated Profit Plan**

- Total Plan : $▇▇▇▇▇▇ net profit

|  | 2010 | | 2011 | | Note |
|---|---|---|---|---|---|
|  | Cons. Profit | % | Cons. Profit | % |  |
| STA | ▇ | ▇ | ▇ | ▇ | Finance to fill in |
| WT | ▇ | ▇ | ▇ | ▇ |  |
| WiMAX / WNS/ BCS | ▇ | ▇ | ▇ | ▇ |  |
| STB | ▇ | ▇ | ▇ | ▇ | - include EBD B2B |

* 2010 : October YTD actual + November Target Plan(October TP) + December Target Plan(November TP)

☐ **2011 Q1 Outlook**

- Expected to hit ▇▇ of MP, ▇▇ YoY growth
  - DI ▇▇ ( ▇▇ YoY) : industry-wide sell-in is depressed due to slow BF sales and subsequent inventory issues.

($M)

|  | 2011. Q1 | | | | | Remark |
|---|---|---|---|---|---|---|
|  | MP | Forecast | PY | vs MP | vs PY |  |
| STA | ▇ | ▇ | ▇ | ▇ | ▇ | Finance to fill in |
| WT | ▇ | ▇ | ▇ | ▇ | ▇ |  |



Highly Confidential - Attorneys' Eyes Only                                    SAMNDCA10371478

| WiMAX / WNS / BCS | | - DVD Combo Drop |
|---|---|---|
| STB | Attorneys' Eyes Only | |

* Forecast based on December Submission

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10371479

# 4. Appendices

☐ **Appendix 1 :**

Highly Confidential - Attorneys' Eyes Only                    SAMNDCA10371480