# Exhibit 6
# (Redacted Version)

# '12 1Q 북미 판가 운영 案

Highly Confidential - Attorneys' Eyes Only

북미 상품기획

2012. 01. 05

SAMNDCA00401725

# Sprint

Highly Confidential - Attorneys' Eyes Only

SAMNDCA00401737





