# EXHIBIT B

**REDACTED VERSION**

# Summary of Apple's Damages Calculations (Addendum)

Prepared by

Julie L. Davis, Davis & Hosfield Consulting LLC,

and Invotex Group

PLAINTIFF'S EXHIBIT NO.  25E
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Summary of Data Used to Calculate Damages

| Summarized Financial Data 1/ | Q3 - Q4 2010 | Full Year 2011 | Q1 - Q2 2012 | Detailed Calculations |
|---|---|---|---|---|
| **Samsung Data - 12 Smartphones for Which Apple Seeks Damages** | | | | |
| Units Sold of Infringing Products | | | | |
| Revenues for Infringing Products | | | | |
| *Average Sales per Unit to Carrier* | | | | |
| Gross Profit for Infringing Products | | | | |
| *Gross Profits per Unit* | | | | |
| **Samsung Data - 1 Tablet for Which Apple Seeks Damages** | | | | |
| Units Sold of Infringing Product | | | | |
| Revenues for Infringing Product | | | | |
| *Average Sales per Unit to Carrier* | | | | |
| Gross Profit for Infringing Product | | | | |
| *Gross Profits per Unit* | | | | |
| **Apple Data** | | | | |
| iPhone Per Unit Incremental Profit | | | | |
| iPad Per Unit Incremental Profit | | | | |
| **Mor-Flo Market Share (Weighted Average)** | | | | |
| Apple Smartphones (with Samsung removed) | | | | |
| Apple Tablets (with Samsung removed) | | | | |
| **Capacity Calculations** | capacity available | capacity available | capacity available | PX25D.15 & PX25D.16 |

| Per Unit Reasonable Royalty Amounts | Per Unit | Device Type | Detailed Exhibit |
|---|---|---|---|
| Apple's Intellectual Property Assets | | | |
| Design Rights (one or more of the following): | | Both | PX25D.17 |
|   Design Patent No. D604,305 | | Smartphone | PX25D.17 |
|   Design Patent No. D618,677 | | Smartphone | PX25D.17 |
| Utility Patent No. 7,844,915 | | Both | PX25D.17 |
| Utility Patent No. 7,469,381 | | Both | PX25D.17 |
| Utility Patent No. 7,864,163 | | Both | PX25D.17 |

**Hypothetical Minimum Design Around Times Used in Lost Profits Calculations**

| | |
|---|---|
| Utility Patent No. 7,469,381 | 1 month |
| Utility Patent No. 7,864,163 | 1 month |
| Utility Patent No. 7,844,915 | 6 months |
| Design Rights: | |
|   Design Patent No. D618,677 | 8 months |

**Notes:**

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Apple's Lost Profits Summary
Damages Calculations Underlying PX25D.4  1/



| | 2010 | | | | | | 2011 | | | | | | | | | | | | 2012 | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | |
| **Total Units Sold - Smartphones** 2/ | | | | | | | | | | | | | | | | | | | | | | | | | |
| Captivate | | | | | | | | | | | | | | | | | | | | | | | | | |
| Continuum | | | | | | | | | | | | | | | | | | | | | | | | | |
| Droid Charge | | | | | | | | | | | | | | | | | | | | | | | | | |
| Epic 4G | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exhibit 4G | | | | | | | | | | | | | | | | | | | | | | | | | |
| Galaxy Prevail | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gem | | | | | | | | | | | | | | | | | | | | | | | | | |
| Indulge | | | | | | | | | | | | | | | | | | | | | | | | | |
| Infuse 4G | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nexus S 4G | | | | | | | | | | | | | | | | | | | | | | | | | |
| Replenish | | | | | | | | | | | | | | | | | | | | | | | | | |
| Transform | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Units Eligible for Lost Profits** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Capacity | | | | | | | | | | | | | | | | | | | | | | | | | |
| Additional Excess Capacity 3/ | | | | | | | | | | | | | | | | | | | | | | | | | |
| Total Capacity | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Actual Units Eligible for Lost Profits** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ending Capacity | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Apple Incremental Margin/Unit ($) 4/** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Apple's Lost Profits ($)** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Units Available for Other Remedies** | | | | | | | | | | | | | | | | | | | | | | | | | |

**Sources/Notes:**

Case 5:11-cv-01846-LHK   Document 3049-13   Filed 03/24/14   Page 5 of 16

Plaintiff's Exhibit No. 25E.4

Apple Inc. v. Samsung Electronics Co., LTD., et al.

# Apple's Lost Profits Summary
## Damages Calculations Underlying PX25D.4  1/

| | 2010 | | | | | | 2011 | | | | | | | | | | | | 2012 | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | |
| **Total Units Sold - Tablets 2/** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Galaxy Tab | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total Units Eligible for Lost Profits** | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Beginning Capacity* | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Additional Excess Capacity 3/* | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Total Capacity* | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Actual Units Eligible for Lost Profits** | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Ending Capacity* | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Apple Incremental Margin/Unit ($) 4/** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Apple's Lost Profits ($)** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Units Available for Other Remedies** | | | | | | | | | | | | | | | | | | | | | | | | | |

**Apple's Total Lost Profits** ▬

**Sources/Notes:**

Page 4 of 15                    Prepared by Julie L. Davis, Davis & Hosfield Consulting LLC, and Invotex Group                    Highly Confidential
Subject to Protective Order

## Samsung's Profits and Reasonable Royalty Summary - for Units not Eligible for Lost Profits
Damages Calculations Underlying PX25D.4

In USD

| | 2010 | | | | | | 2011 | | | | | | | | | | | | 2012 | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Samsung's Profits** | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | |
| Captivate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,443,494 | 2,046,617 | 2,421,808 | 493,548 | 843,177 | 1,418,461 | 898,129 | 0 | 0 | 0 | 0 | 0 | 0 | 9,565,233 |
| Continuum | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,236,113 | 1,238,434 | 507,101 | 348,977 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,330,624 |
| Droid Charge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,175,220 | 9,518,148 | 5,805,984 | 0 | 0 | 2,768,214 | 2,214,361 | 1,774,146 | 1,385,014 | 4,180,105 | 2,916,742 | 2,314,073 | 955,380 | 42,007,386 |
| Epic 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12,047,112 | 9,655,924 | 0 | 0 | 2,558,983 | 5,415,097 | 2,908,882 | 2,849,083 | 1,967,945 | 560,342 | 3,751,842 | 0 | 0 | 41,715,210 |
| Gem | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 936,903 | 1,047,600 | 734,859 | 663,712 | 686,585 | 93,617 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,163,277 |
| Indulge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,900,630 | 3,371,836 | 2,153,893 | 2,555,313 | 3,388,269 | 1,690,786 | 0 | 0 | 0 | 0 | 0 | 0 | 15,060,727 |
| Infuse 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 332,798 | 17,589,871 | 2,349,593 | 6,021,210 | 7,504,240 | 6,717,975 | 2,651,026 | 3,631,141 | -323,803 | 2,477,821 | 0 | 2,379,513 | 1,493,374 | 9,868 | -1,285 | 52,833,342 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 332,798 | 17,589,871 | 26,188,434 | 31,428,563 | 20,345,827 | 10,378,105 | 9,295,084 | 16,714,799 | 7,388,354 | 7,101,050 | 3,352,959 | 7,119,961 | 8,161,958 | 2,323,942 | 954,094 | 168,675,798 |
| **Reasonable Royalty** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Captivate | 0 | 123,855 | 199,051 | 237,431 | 60,794 | 209,565 | 188,840 | 177,847 | 96,594 | 107,493 | 63,534 | 115,333 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,580,337 |
| Continuum | 0 | 0 | 0 | 4,826 | 210,890 | 134,875 | 465 | -42 | 14,431 | 33,997 | 60,652 | 49,871 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 509,964 |
| Droid Charge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 636,618 | 357,023 | 216,049 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,209,689 |
| Epic 4G | 0 | 369,293 | 316,199 | 324,392 | 313,817 | 27,129 | 265,820 | 164,186 | 312,171 | 419,818 | 1,099,894 | 400,317 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,013,035 |
| Exhibit 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 667,624 | 181,392 | 410,886 | 297,238 | 101,631 | 127,613 | -236 | -114 | -100 | 99,903 | 7 | 42,869 | -64 | 1,928,648 |
| Galaxy Prevail | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 369,574 | 1,173,181 | 1,775,996 | 1,763,016 | 1,355,079 | 503,920 | 663,906 | 1,323,756 | 334,152 | 1,251,785 | 1,177,243 | 547,495 | 1,082,138 | 714,571 | 354,715 | 14,390,528 |
| Galaxy Tab | 0 | 0 | 0 | 444 | 477,659 | 51,336 | 67,411 | 35,954 | 52,146 | 114,318 | 41,728 | 76,717 | 393,907 | 231,579 | 30,895 | 466,628 | 188,182 | 72,407 | 81,460 | 99,896 | 68,623 | 36,700 | 33,115 | 106,315 | 2,727,419 |
| Gem | 0 | 0 | 0 | 0 | 0 | 0 | 36,198 | 32,805 | 127,212 | 196,968 | 128,712 | 166,692 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 688,586 |
| Indulge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 194,898 | 95,417 | -26 | -56 | -84 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 290,148 |
| Infuse 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,327 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,327 |
| Nexus S 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 282,946 | 1,407,534 | 109,368 | 81,940 | 29,020 | 0 | 0 | 411,648 | -10 | 41,344 | -92,160 | 92,083 | 0 | 0 | 0 | 2,363,714 |
| Replenish | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 165,519 | 439,168 | 405,850 | 234,272 | 171,898 | 190,870 | 59,226 | 81 | 800 | 510,494 | 317,059 | 224,462 | 261,590 | 42,056 | 0 | 3,023,346 |
| Transform | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 78,981 | 126,759 | 63,209 | 94,206 | 80,898 | 0 | 0 | 0 | 0 | 0 | -12 | 0 | 0 | 0 | 0 | 444,040 |
| | 0 | 493,148 | 515,249 | 567,093 | 1,063,160 | 422,905 | 558,734 | 605,647 | 697,971 | 2,409,532 | 4,898,128 | 4,046,943 | 2,748,732 | 2,279,359 | 1,022,923 | 1,291,390 | 2,051,280 | 407,113 | 1,884,969 | 1,501,926 | 1,032,566 | 1,380,435 | 832,611 | 460,966 | 33,172,781 |

Note: Damages calculated from August 4, 2010 for the '381 patent; April 15, 2011 for '915 patent and 'D677 design patent; and June 16, 2011 for the '163 patent and 'D305 design patent.

**Samsung's Profits and Reasonable Royalty Total ($)     201,848,579**

Prepared by Julie L. Davis, Davis & Hosfield Consulting LLC, and Invotex Group

Highly Confidential
Subject to Protective Order

Plaintiff's Exhibit No. 25E.6

Case 5:11-cv-01846-LHK   Document 2049-13   Filed 03/24/14   Page 7 of 16
Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Samsung's Profits and Reasonable Royalty Summary

Damages Calculations Underlying PX25D.5

In USD

| | 2010 | | | | | | 2011 | | | | | | | | | | | 2012 | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Samsung's Profits** | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | |
| Captivate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,221,267 | 4,063,833 | 4,808,780 | 979,925 | 1,227,924 | 1,418,461 | 898,129 | 0 | 0 | 0 | 0 | 0 | 0 | **16,618,320** |
| Continuum | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,912,514 | 1,913,855 | 783,674 | 539,303 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **5,149,345** |
| Droid Charge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12,648,952 | 14,709,457 | 8,972,670 | 0 | 0 | 2,768,214 | 2,214,361 | 1,774,146 | 1,385,014 | 4,180,105 | 2,916,742 | 2,314,073 | 955,380 | **54,839,113** |
| Epic 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13,028,298 | 10,256,918 | 0 | 0 | 2,747,649 | 5,415,097 | 2,908,882 | 2,849,083 | 1,967,945 | 560,342 | 3,751,842 | 0 | 0 | **43,486,055** |
| Gem | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,013,206 | 1,112,800 | 780,596 | 705,004 | 729,175 | 93,617 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **4,434,398** |
| Indulge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,018,875 | 3,581,606 | 2,287,958 | 2,713,790 | 3,388,269 | 1,690,786 | 0 | 0 | 0 | 0 | 0 | 0 | **15,681,286** |
| Infuse 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 471,519 | 39,253,676 | 5,243,273 | 11,955,972 | 14,900,669 | 13,339,432 | 8,658,054 | 11,859,404 | -471,433 | 2,477,821 | 0 | 2,379,513 | 1,493,374 | 9,868 | -1,285 | **111,569,857** |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 471,519 | 39,253,676 | 37,067,510 | 46,031,710 | 33,827,995 | 17,851,623 | 16,076,591 | 24,943,062 | 7,240,725 | 7,101,050 | 3,352,959 | 7,119,961 | 8,161,958 | 2,323,942 | 954,094 | **251,778,375** |
| **Reasonable Royalty** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Captivate | 0 | 338,641 | 214,084 | 237,431 | 60,794 | 209,565 | 188,840 | 177,847 | 96,594 | 152,326 | 141,773 | 257,375 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **2,075,269** |
| Continuum | 0 | 0 | 0 | 4,826 | 210,890 | 134,875 | 465 | -42 | 14,431 | 41,898 | 93,839 | 77,161 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **578,343** |
| Droid Charge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 784,624 | 552,397 | 334,277 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **1,671,298** |
| Epic 4G | 0 | 393,585 | 318,372 | 324,392 | 313,817 | 27,129 | 265,820 | 164,186 | 312,171 | 437,384 | 1,189,478 | 432,922 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **4,179,254** |
| Exhibit 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 721,998 | 192,680 | 436,454 | 315,738 | 107,935 | 127,613 | -236 | -114 | -100 | 99,903 | 7 | 42,869 | -64 | **2,044,683** |
| Galaxy Prevail | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 385,039 | 1,268,736 | 1,920,652 | 1,872,751 | 1,439,424 | 535,286 | 712,858 | 1,323,756 | 334,152 | 1,251,785 | 1,177,243 | 547,495 | 1,082,138 | 714,571 | 354,715 | **14,920,600** |
| Galaxy Tab | 0 | 0 | 0 | 444 | 477,659 | 51,336 | 67,411 | 35,954 | 52,146 | 189,720 | 163,768 | 301,106 | 393,907 | 231,579 | 30,895 | 466,628 | 188,182 | 72,407 | 81,460 | 99,896 | 68,623 | 36,700 | 33,115 | 106,315 | **3,149,250** |
| Gem | 0 | 0 | 0 | 0 | 0 | 0 | 36,198 | 32,805 | 127,212 | 205,207 | 139,192 | 180,268 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **720,882** |
| Indulge | 0 | 0 | 0 | 0 | 0 | 0 | 194,898 | 95,417 | -26 | -56 | -84 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **290,148** |
| Infuse 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,713 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **4,713** |
| Nexus S 4G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 294,785 | 1,522,176 | 118,272 | 87,040 | 30,822 | 0 | 0 | 411,648 | -10 | 41,344 | -92,160 | 92,083 | 0 | 0 | 0 | **2,506,000** |
| Replenish | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 165,519 | 439,168 | 421,731 | 241,107 | 171,898 | 190,870 | 59,226 | 81 | 800 | 510,494 | 317,059 | 224,462 | 261,590 | 42,056 | 0 | **3,046,062** |
| Transform | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 82,286 | 137,082 | 68,355 | 100,068 | 85,932 | 0 | 0 | 0 | 0 | 0 | -12 | 0 | 0 | 0 | 0 | **473,711** |
| | 0 | 732,226 | 532,456 | 567,093 | 1,063,160 | 422,905 | 558,734 | 605,647 | 697,971 | 2,743,476 | 5,647,554 | 4,834,030 | 2,887,553 | 2,396,109 | 1,072,788 | 1,346,647 | 2,051,280 | 407,113 | 1,884,969 | 1,501,926 | 1,032,566 | 1,380,435 | 832,611 | 460,966 | **35,660,213** |

Note: Damages calculated from August 4, 2010 for the '381 patent; April 15, 2011 for '915 patent and 'D677 design patent; and June 16, 2011 for the '163 patent and 'D305 design patent.

**Samsung's Profits and Reasonable Royalty Total ($)   287,438,588**

Prepared by Julie L. Davis, Davis & Hosfield Consulting LLC, and Invotex Group

Highly Confidential
Subject to Protective Order

Apple Inc. v. Samsung Electronics Co., LTD., et al.

**STA and SEA U.S. Sales of Infringing Smartphones 1/**
Units in Thousands, Revenue in Millions USD

| Infringing Smartphones for Which Apple Seeks Damages | Data | 2010 Jul | Aug | Sep | 3Q | Oct | Nov | Dec | 4Q | YE Total | 2011 Jan | Feb | Mar | 1Q | Apr | May | Jun | 2Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Captivate | Units | 190 | 186 | 106 | 481 | 118 | 30 | 104 | 251 | 733 | 93 | 88 | 48 | 229 | 41 | 28 | 101 | 170 |
|  | Revenue | $ 84 | $ 83 | $ 48 | $ 215 | $ 52 | $ 13 | $ 46 | $ 110 | $ 325 | $ 34 | $ 36 | $ 14 | $ 84 | $ 15 | $ 3 | $ 30 | $ 48 |
|  | Gross Profit | $ 36 | $ 36 | $ 22 | $ 94 | $ 23 | $ 6 | $ 19 | $ 47 | $ 141 | $ 16 | $ 14 | $ 5 | $ 35 | $ 5 | $ 1 | $ 6 | $ 13 |
| Continuum | Units | - | - | - | - | 2 | 104 | 67 | 174 | 174 | 0 | (0) | 7 | 7 | 11 | 18 | 30 | 60 |
|  | Revenue | $ (0) | $ (0) | $ (0) | $ (0) | $ 1 | $ 45 | $ 28 | $ 73 | $ 73 | $ (0) | $ (1) | $ 1 | $ 1 | $ 2 | $ 6 | $ 8 | $ 15 |
|  | Gross Profit | $ - | $ 0 | $ 0 | $ 0 | $ 0 | $ 20 | $ 10 | $ 31 | $ 31 | $ 0 | $ - | $ 1 | $ 2 | $ 0 | $ 1 | $ 4 | $ 5 |
| Droid Charge | Units | - | - | - | - | - | - | - | - | - | - | - | - | - | 214 | 108 | 131 | 452 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 117 | $ 57 | $ 68 | $ 241 |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 39 | $ 20 | $ 25 | $ 84 |
| Epic 4G | Units | 0 | 216 | 158 | 373 | 161 | 155 | 13 | 329 | 703 | 132 | 81 | 155 | 367 | 119 | 232 | 169 | 521 |
|  | Revenue | $ (1) | $ 111 | $ 83 | $ 193 | $ 85 | $ 82 | $ 3 | $ 170 | $ 363 | $ 66 | $ 38 | $ 75 | $ 179 | $ 48 | $ 99 | $ 69 | $ 216 |
|  | Gross Profit | $ (1) | $ 44 | $ 34 | $ 78 | $ 35 | $ 33 | $ 1 | $ 69 | $ 147 | $ 26 | $ 14 | $ 29 | $ 68 | $ 16 | $ 37 | $ 26 | $ 80 |
| Exhibit 4G | Units | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 118 | 118 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (0) | $ 32 | $ 32 |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (0) | $ 10 | $ 10 |
| Galaxy Prevail | Units | - | - | - | - | - | - | - | - | - | - | - | - | - | 105 | 248 | 313 | 666 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (0) | $ (0) | $ 0 | $ (0) | $ 19 | $ 45 | $ 57 | $ 122 |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 7 | $ 17 | $ 21 | $ 46 |
| Gem | Units | - | - | - | - | - | - | - | - | - | 18 | 16 | 63 | 97 | 56 | 27 | 70 | 153 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3 | $ 3 | $ 11 | $ 18 | $ 10 | $ 5 | $ 13 | $ 28 |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1 | $ 0 | $ 1 | $ 3 | $ 1 | $ 1 | $ 2 | $ 4 |
| Indulge | Units | - | - | - | - | - | - | - | - | - | - | 96 | 47 | 144 | (0) | (0) | (0) | (0) |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 39 | $ 19 | $ 59 | $ (1) | $ (1) | $ (1) | $ (4) |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 16 | $ 8 | $ 24 | $ - | $ - | $ - | $ - |
| Infuse 4G | Units | - | - | - | - | - | - | - | - | - | - | - | - | - | 5 | 249 | 34 | 288 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2 | $ 121 | $ 15 | $ 138 |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1 | $ 39 | $ 5 | $ 45 |
| Nexus S 4G | Units | - | - | - | - | - | - | - | - | - | - | - | - | - | 80 | 297 | 23 | 401 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 36 | $ 134 | $ 8 | $ 178 |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 12 | $ 45 | $ 3 | $ 61 |
| Replenish | Units | - | - | - | - | - | - | - | - | - | - | - | - | - | 82 | 217 | 139 | 439 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 14 | $ 38 | $ 20 | $ 72 |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5 | $ 13 | $ 3 | $ 21 |
| Transform | Units | - | - | 43 | 43 | 130 | 50 | 16 | 196 | 239 | 92 | 66 | 32 | 189 | 50 | 44 | 22 | 116 |
|  | Revenue | $ - | $ - | $ 13 | $ 13 | $ 38 | $ 14 | $ 1 | $ 54 | $ 66 | $ 26 | $ 16 | $ 8 | $ 50 | $ 11 | $ 10 | $ 3 | $ 25 |
|  | Gross Profit | $ - | $ - | $ 5 | $ 5 | $ 15 | $ 5 | $ 0 | $ 20 | $ 25 | $ 8 | $ 4 | $ (11) | $ 1 | $ 3 | $ 3 | $ 24 | $ 31 |
| **Total Infringing Smartphones for Which Apple Seeks Damages** | Units | 190 | 401 | 306 | 898 | 410 | 340 | 200 | 950 | 1,848 | 335 | 348 | 351 | 1,034 | 763 | 1,469 | 1,150 | 3,383 |
|  | Revenue | $ 83 | $ 194 | $ 143 | $ 421 | $ 176 | $ 154 | $ 77 | $ 407 | $ 828 | $ 129 | $ 132 | $ 129 | $ 390 | $ 273 | $ 518 | $ 323 | $ 1,113 |
|  | Gross Profit | $ 36 | $ 80 | $ 61 | $ 177 | $ 73 | $ 63 | $ 31 | $ 167 | $ 344 | $ 50 | $ 49 | $ 34 | $ 134 | $ 92 | $ 178 | $ 131 | $ 400 |

**Sources/Notes:**
1/ PX180.

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## STA and SEA U.S. Sales of Infringing Smartphones 1/
Units in Thousands, Revenue in Millions USD

| Infringing Smartphones for Which Apple Seeks Damages | Data | 2011 Jul | Aug | Sep | 3Q | Oct | Nov | Dec | 4Q | YE Total | 2012 Jan | Feb | Mar | Q1 | Apr | May | Jun | 2Q | Q1 & Q2 Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Captivate | Units | 84 | 77 | 20 | 181 | 25 | 32 | 22 | 78 | 658 | (1) | (0) | (0) | (1) | (0) | 0 | (0) | (0) | (1) | 1,390 |
|  | Revenue | $25 | $23 | $3 | $51 | $5 | $7 | $3 | $15 | $199 | $(0) | $(0) | $0 | $0 | $(0) | $1 | $(0) | $1 | $1 | $525 |
|  | Gross Profit | $4 | $5 | $1 | $10 | $1 | $1 | $1 | $4 | $61 | $- | $- | $- | $- | $- | $- | $- | $- | $- | $202 |
| Continuum | Units | 51 | 18 | 10 | 79 | (0) | (0) | 0 | (0) | 147 | (0) | (0) | - | (0) | (0) | - | - | (0) | (0) | 320 |
|  | Revenue | $14 | $5 | $3 | $21 | $(0) | $(0) | $2 | $1 | $39 | $(0) | $(0) | $- | $(0) | $(0) | $- | $- | $(0) | $(0) | $112 |
|  | Gross Profit | $2 | $1 | $1 | $3 | $- | $- | $- | $- | $10 | $- | $- | $- | $- | $- | $- | $- | $- | $- | $41 |
| Droid Charge | Units | 95 | 53 | 7 | 155 | 28 | 32 | 32 | 92 | 699 | 10 | 12 | 36 | 58 | 23 | 19 | 7 | 49 | 107 | 806 |
|  | Revenue | $47 | $26 | $2 | $76 | $11 | $12 | $11 | $35 | $351 | $6 | $4 | $15 | $25 | $9 | $7 | $2 | $18 | $43 | $395 |
|  | Gross Profit | $15 | $9 | $- | $24 | $- | $3 | $2 | $5 | $113 | $2 | $1 | $4 | $7 | $3 | $2 | $1 | $6 | $14 | $127 |
| Epic 4G | Units | 67 | 2 | - | 69 | 37 | 61 | 38 | 136 | 1,093 | 34 | 21 | 8 | 64 | 38 | - | (0) | 38 | 102 | 1,897 |
|  | Revenue | $25 | $(3) | $(6) | $16 | $10 | $24 | $14 | $47 | $459 | $11 | $7 | $2 | $20 | $14 | $- | $0 | $14 | $33 | $855 |
|  | Gross Profit | $10 | $- | $- | $10 | $3 | $5 | $3 | $11 | $169 | $3 | $2 | $1 | $5 | $4 | $- | $- | $4 | $9 | $325 |
| Exhibit 4G | Units | 27 | 61 | 44 | 132 | 15 | 18 | (0) | 33 | 283 | (0) | (0) | 14 | 14 | 0 | 6 | (0) | 6 | 20 | 303 |
|  | Revenue | $7 | $16 | $11 | $34 | $3 | $4 | $(1) | $7 | $73 | $(0) | $(0) | $2 | $2 | $0 | $1 | $(0) | $1 | $3 | $76 |
|  | Gross Profit | $2 | $4 | $3 | $9 | $1 | $- | $- | $1 | $20 | $- | $(0) | $0 | $0 | $- | $0 | $- | $0 | $0 | $20 |
| Galaxy Prevail | Units | 262 | 202 | 75 | 539 | 100 | 185 | 47 | 332 | 1,537 | 175 | 165 | 77 | 417 | 152 | 100 | 50 | 301 | 718 | 2,255 |
|  | Revenue | $47 | $36 | $(1) | $82 | $17 | $31 | $7 | $55 | $259 | $30 | $28 | $13 | $70 | $25 | $16 | $8 | $49 | $120 | $378 |
|  | Gross Profit | $19 | $14 | $(0) | $32 | $7 | $10 | $3 | $20 | $98 | $10 | $11 | $5 | $26 | $11 | $6 | $4 | $21 | $47 | $145 |
| Gem | Units | 48 | 29 | 25 | 102 | 18 | 4 | (0) | 22 | 374 | 1 | (0) | (0) | 0 | (0) | 0 | - | 0 | 0 | 374 |
|  | Revenue | $8 | $4 | $3 | $15 | $3 | $1 | $(0) | $3 | $64 | $0 | $(0) | $(0) | $0 | $(0) | $1 | $- | $1 | $1 | $64 |
|  | Gross Profit | $1 | $1 | $1 | $3 | $1 | $0 | $- | $1 | $10 | $- | $- | $- | $- | $- | $- | $- | $- | $- | $10 |
| Indulge | Units | 20 | 31 | 15 | 66 | 18 | 25 | 18 | 61 | 271 | - | - | (0) | (0) | - | - | - | - | (0) | 271 |
|  | Revenue | $7 | $11 | $5 | $23 | $6 | $9 | $6 | $21 | $98 | $(0) | $(0) | $(0) | $(0) | $- | $- | $- | $- | $(0) | $98 |
|  | Gross Profit | $2 | $4 | $2 | $8 | $3 | $3 | $2 | $8 | $40 | $- | $- | $- | $- | $- | $- | $- | $- | $- | $40 |
| Infuse 4G | Units | 90 | 130 | 140 | 360 | 87 | 113 | 2 | 202 | 851 | 40 | 55 | 59 | 154 | 39 | 1 | (0) | 40 | 194 | 1,045 |
|  | Revenue | $44 | $62 | $49 | $155 | $29 | $40 | $(1) | $67 | $361 | $11 | $16 | $17 | $44 | $12 | $0 | $(0) | $12 | $56 | $417 |
|  | Gross Profit | $12 | $15 | $13 | $40 | $9 | $12 | $(0) | $20 | $106 | $2 | $- | $2 | $5 | $1 | $0 | $- | $2 | $6 | $112 |
| Nexus S 4G | Units | 17 | 6 | - | 23 | - | 80 | (0) | 80 | 504 | 8 | (18) | 18 | 8 | - | - | - | - | 8 | 512 |
|  | Revenue | $5 | $(2) | $(8) | $(5) | $(5) | $33 | $(8) | $20 | $193 | $3 | $(7) | $7 | $3 | $0 | $1 | $- | $1 | $3 | $196 |
|  | Gross Profit | $2 | $- | $- | $2 | $(1) | $8 | $- | $6 | $69 | $- | $- | $- | $- | $- | $- | $- | $- | $- | $69 |
| Replenish | Units | 60 | 43 | 47 | 149 | 15 | 0 | 0 | 15 | 603 | 126 | 78 | 56 | 260 | 65 | 10 | - | 75 | 336 | 938 |
|  | Revenue | $9 | $6 | $8 | $23 | $0 | $(1) | $(2) | $(3) | $92 | $20 | $12 | $9 | $40 | $10 | $1 | $(0) | $11 | $51 | $144 |
|  | Gross Profit | $3 | $2 | $10 | $15 | $0 | $(0) | $0 | $0 | $36 | $6 | $4 | $3 | $12 | $3 | $- | $- | $3 | $16 | $52 |
| Transform | Units | 32 | 28 | - | 60 | - | - | - | - | 365 | - | (0) | - | (0) | - | - | - | - | (0) | 604 |
|  | Revenue | $6 | $6 | $(1) | $11 | $- | $(0) | $(0) | $(0) | $86 | $(1) | $(0) | $(0) | $(1) | $- | $0 | $- | $0 | $(1) | $152 |
|  | Gross Profit | $2 | $2 | $- | $4 | $- | $- | $- | $- | $36 | $- | $- | $- | $- | $- | $- | $- | $- | $- | $61 |
| Total Infringing Smartphones for Which Apple Seeks Damages | Units | 853 | 679 | 384 | 1,916 | 343 | 551 | 158 | 1,051 | 7,385 | 394 | 313 | 267 | 974 | 317 | 136 | 56 | 509 | 1,483 | 10,716 |
|  | Revenue | $243 | $191 | $68 | $502 | $78 | $158 | $31 | $268 | $2,273 | $80 | $60 | $63 | $203 | $69 | $28 | $10 | $107 | $310 | $3,412 |
|  | Gross Profit | $74 | $56 | $30 | $160 | $22 | $43 | $10 | $75 | $768 | $23 | $18 | $15 | $56 | $22 | $9 | $5 | $35 | $92 | $1,204 |

Sources/Notes:
1/ PX180.

Apple Inc. v. Samsung Electronics Co., LTD., et al.

**STA and SEA U.S. Sales of Infringing Smartphones 1/**
Units in Thousands, Revenue in Millions USD

| Other Infringing Smartphones | Data | 2010 Jun | 2Q | Jul | Aug | Sep | 3Q | Oct | Nov | Dec | 4Q | YE Total | 2011 Jan | Feb | Mar | 1Q | Apr | May | Jun | 2Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fascinate | Units | - | - | - | 49 | 492 | 541 | 330 | 82 | 75 | 486 | 1,027 | 108 | 7 | 46 | 161 | 122 | 47 | 29 | 198 |
|  | Revenue | $ - | $ - | $ (0) | $ 23 | $ 226 | $ 249 | $ 151 | $ 36 | $ 32 | $ 219 | $ 469 | $ 47 | $ 1 | $ 20 | $ 68 | $ 41 | $ 15 | $ 8 | $ 65 |
|  | Gross Profit | $ - | $ - | $ (0) | $ 10 | $ 96 | $ 106 | $ 67 | $ 16 | $ 13 | $ 97 | $ 202 | $ 21 | $ 0 | $ 19 | $ 40 | $ 14 | $ 5 | $ 3 | $ 22 |
| Galaxy Ace | Units | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Galaxy S (i9000) | Units | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Galaxy S 4G | Units | - | - | - | - | - | - | - | - | - | - | - | - | 208 | 145 | 354 | 142 | 17 | 94 | 253 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 92 | $ 60 | $ 152 | $ 53 | $ 3 | $ 34 | $ 90 |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 39 | $ 22 | $ 61 | $ 18 | $ 1 | $ 8 | $ 27 |
| Galaxy S II (AT&T Edition, 4G) | Units | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Galaxy S II (Epic 4G Touch) | Units | - | - | - | - | - | - | - | - | - | - | - |  |  |  |  |  |  |  |  |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |  |  |  |  |  |  |  |  |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Galaxy S II (Skyrocket) | Units |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | Revenue |  |  |  |  |  |  |  |  |  |  | $ - |  |  |  |  |  |  |  |  |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Galaxy S II (T-Mobile edition) | Units | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Galaxy S Showcase | Units | - | - | - | - | - | - | - | 16 | 16 | 32 | 32 | 14 | 11 | 14 | 38 | 25 | 25 | 28 | 78 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 8 | $ 8 | $ 16 | $ 16 | $ 7 | $ 5 | $ 6 | $ 18 | $ 9 | $ 10 | $ 11 | $ 30 |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 4 | $ 3 | $ 7 | $ 7 | $ 3 | $ 3 | $ 2 | $ 8 | $ 4 | $ 4 | $ 4 | $ 12 |
| Mesmerize | Units | - | - | - | - | - | - | 33 | 69 | 18 | 120 | 120 | 47 | 45 | 57 | 149 | 88 | 61 | 57 | 206 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ 16 | $ 32 | $ 9 | $ 57 | $ 57 | $ 21 | $ 20 | $ 25 | $ 67 | $ 34 | $ 25 | $ 22 | $ 81 |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ 8 | $ 16 | $ 4 | $ 27 | $ 27 | $ 10 | $ 9 | $ 10 | $ 29 | $ 13 | $ 10 | $ 9 | $ 32 |
| Vibrant | Units | 6 | 6 | 332 | 109 | 194 | 634 | 217 | 97 | 18 | 333 | 973 | 32 | 1 | 8 | 41 | 2 | 5 | (0) | 7 |
|  | Revenue | $ 3 | $ 3 | $ 148 | $ 46 | $ 85 | $ 279 | $ 98 | $ 42 | $ 7 | $ 147 | $ 429 | $ 12 | $ (1) | $ 1 | $ 13 | $ 0 | $ 4 | $ (1) | $ 3 |
|  | Gross Profit | $ 1 | $ 1 | $ 62 | $ 20 | $ 38 | $ 120 | $ 41 | $ 17 | $ 3 | $ 62 | $ 183 | $ 5 | $ (0) | $ 1 | $ 6 | $ 0 | $ - | $ - | $ 0 |
| Total Other Infringing Smartphones Affirmed | Units | 6 | 6 | 332 | 158 | 686 | 1,175 | 580 | 264 | 127 | 970 | 2,152 | 200 | 272 | 270 | 743 | 379 | 155 | 209 | 743 |
|  | Revenue | $ 3 | $ 3 | $ 148 | $ 69 | $ 311 | $ 528 | $ 265 | $ 118 | $ 56 | $ 439 | $ 969 | $ 87 | $ 117 | $ 112 | $ 317 | $ 138 | $ 56 | $ 75 | $ 268 |
|  | Gross Profit | $ 1 | $ 1 | $ 62 | $ 29 | $ 134 | $ 226 | $ 116 | $ 53 | $ 23 | $ 192 | $ 419 | $ 39 | $ 50 | $ 54 | $ 143 | $ 49 | $ 20 | $ 24 | $ 93 |
| Total Infringing Smartphones | Units | 6 | 6 | 522 | 559 | 992 | 2,073 | 990 | 604 | 326 | 1,920 | 3,999 | 536 | 620 | 622 | 1,777 | 1,142 | 1,624 | 1,359 | 4,126 |
|  | Revenue | $ 3 | $ 3 | $ 231 | $ 263 | $ 454 | $ 949 | $ 441 | $ 272 | $ 133 | $ 846 | $ 1,797 | $ 217 | $ 249 | $ 241 | $ 707 | $ 411 | $ 574 | $ 397 | $ 1,382 |
|  | Gross Profit | $ 1 | $ 1 | $ 98 | $ 110 | $ 195 | $ 403 | $ 189 | $ 116 | $ 54 | $ 359 | $ 763 | $ 89 | $ 99 | $ 89 | $ 277 | $ 141 | $ 197 | $ 155 | $ 493 |

**Sources/Notes:**
1/ PX180.

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## STA and SEA U.S. Sales of Infringing Smartphones 1/
Units in Thousands, Revenue in Millions USD

| Other Infringing Smartphones | Data | 2011 Jul | Aug | Sep | 3Q | Oct | Nov | Dec | 4Q | YE Total | 2012 Jan | Feb | Mar | Q1 | Apr | May | Jun | 2Q | Q1 & Q2 Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fascinate | Units | 34 | 6 | 8 | 48 | (0) | (0) | 0 | (0) | 407 | (0) | (0) | (0) | (0) | (0) | (0) | - | (0) | (0) | 1,434 |
|  | Revenue | $ 11 | $ 2 | $ 3 | $ 15 | $ (0) | $ (0) | $ 3 | $ 3 | $ 150 | $ (0) | $ 0 | $ (0) | $ 0 | $ (0) | $ (0) | $ - | $ (0) | $ (0) | $ 619 |
|  | Gross Profit | $ 3 | $ 1 | $ - | $ 3 | $ - | $ - | $ - | $ - | $ 66 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 268 |
| Galaxy Ace | Units | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Galaxy S (i9000) | Units | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Galaxy S 4G | Units | 95 | 137 | 70 | 302 | 45 | 73 | 119 | 237 | 1,146 | 98 | 40 | 45 | 184 | 65 | 2 | 50 | 118 | 301 | 1,447 |
|  | Revenue | $ 29 | $ 45 | $ 17 | $ 91 | $ 9 | $ 19 | $ 34 | $ 62 | $ 395 | $ 27 | $ 9 | $ 10 | $ 47 | $ 17 | $ 1 | $ 13 | $ 31 | $ 78 | $ 473 |
|  | Gross Profit | $ 8 | $ 12 | $ 5 | $ 25 | $ 3 | $ 6 | $ 11 | $ 20 | $ 133 | $ 7 | $ 3 | $ 3 | $ 13 | $ 5 | $ 0 | $ 5 | $ 10 | $ 23 | $ 155 |
| Galaxy S II (AT&T Edition, 4G) 2/ | Units | - | - | 110 | 110 | 156 | 101 | 16 | 273 | 384 | (0) | (0) | 69 | 68 | 51 | 41 | 30 | 122 | 190 | 574 |
|  | Revenue | $ - | $ - | $ 53 | $ 53 | $ 73 | $ 47 | $ 6 | $ 126 | $ 180 | $ (7) | $ (3) | $ 26 | $ 16 | $ 19 | $ 14 | $ 11 | $ 44 | $ 60 | $ 240 |
|  | Gross Profit | $ - | $ - | $ 23 | $ 23 | $ 34 | $ 18 | $ 2 | $ 54 | $ 77 | $ (3) | $ (1) | $ 11 | $ 7 | $ 8 | $ 5 | $ 5 | $ 18 | $ 24 | $ 101 |
| Galaxy S II (Epic 4G Touch) | Units | - | 0 | 165 | 165 | 139 | 204 | 71 | 414 | 579 | 226 | 127 | 163 | 516 | 251 | 148 | 182 | 581 | 1,097 | 1,675 |
|  | Revenue | $ (0) | $ 0 | $ 79 | $ 79 | $ 66 | $ 97 | $ 33 | $ 196 | $ 275 | $ 107 | $ 58 | $ 75 | $ 240 | $ 118 | $ 62 | $ 68 | $ 249 | $ 489 | $ 764 |
|  | Gross Profit | $ - | $ 0 | $ 28 | $ 28 | $ 22 | $ 29 | $ 12 | $ 63 | $ 91 | $ 29 | $ 20 | $ 27 | $ 76 | $ 40 | $ 23 | $ 21 | $ 84 | $ 160 | $ 251 |
| Galaxy S II (Skyrocket) | Units |  |  |  |  | 14 | 149 | 165 | 328 | 328 | 65 | 14 | 68 | 147 | 42 | 52 | 66 | 161 | 309 | 636 |
|  | Revenue |  |  |  | $ - | $ 7 | $ 73 | $ 81 | $ 160 | $ 160 | $ 27 | $ 7 | $ 32 | $ 65 | $ 16 | $ 22 | $ 27 | $ 64 | $ 129 | $ 289 |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ 3 | $ 24 | $ 12 | $ 38 | $ 38 | $ 6 | $ 2 | $ 10 | $ 18 | $ 6 | $ 7 | $ 11 | $ 24 | $ 42 | $ 81 |
| Galaxy S II (T-Mobile edition) | Units | - | - | - | - | 257 | 60 | 115 | 432 | 432 | 168 | 140 | 206 | 514 | 219 | 82 | 5 | 305 | 819 | 1,252 |
|  | Revenue | $ - | $ - | $ - | $ - | $ 116 | $ 26 | $ 53 | $ 196 | $ 196 | $ 77 | $ 64 | $ 96 | $ 237 | $ 94 | $ 32 | $ 2 | $ 128 | $ 365 | $ 561 |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ 43 | $ 9 | $ 17 | $ 68 | $ 68 | $ 27 | $ 26 | $ 37 | $ 90 | $ 38 | $ 13 | $ 1 | $ 52 | $ 142 | $ 209 |
| Galaxy S Showcase | Units | 29 | 34 | 11 | 74 | 3 | 26 | 13 | 42 | 233 | 30 | 18 | 25 | 73 | 39 | 29 | 12 | 80 | 153 | 417 |
|  | Revenue | $ 10 | $ 12 | $ 4 | $ 26 | $ 1 | $ 9 | $ 4 | $ 14 | $ 88 | $ 9 | $ 5 | $ 8 | $ 22 | $ 11 | $ 8 | $ 3 | $ 22 | $ 44 | $ 148 |
|  | Gross Profit | $ 3 | $ 4 | $ 1 | $ 8 | $ - | $ 3 | $ 1 | $ 4 | $ 32 | $ 2 | $ 2 | $ 2 | $ 6 | $ 3 | $ 3 | $ 1 | $ 8 | $ 14 | $ 54 |
| Mesmerize | Units | 0 | 23 | 31 | 55 | 56 | 60 | 11 | 127 | 537 | (0) | (0) | 10 | 10 | 91 | 29 | 1 | 121 | 131 | 788 |
|  | Revenue | $ (0) | $ 9 | $ 10 | $ 19 | $ 17 | $ 18 | $ 3 | $ 38 | $ 205 | $ (0) | $ (0) | $ 3 | $ 3 | $ 24 | $ 8 | $ 0 | $ 32 | $ 35 | $ 296 |
|  | Gross Profit | $ (0) | $ 3 | $ 2 | $ 5 | $ 5 | $ 4 | $ 1 | $ 10 | $ 77 | $ - | $ - | $ 1 | $ 1 | $ 7 | $ 2 | $ 0 | $ 10 | $ 10 | $ 114 |
| Vibrant | Units | (0) | - | (0) | (0) | 0 | (0) | - | - | 48 | - | - | - | - | - | - | - | - | - | 1,021 |
|  | Revenue | $ (1) | $ (1) | $ 4 | $ 1 | $ 0 | $ (0) | $ 0 | $ 0 | $ 17 | $ (1) | $ (0) | $ - | $ (2) | $ - | $ 0 | $ - | $ 0 | $ (1) | $ 444 |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 6 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 189 |
| Total Other Infringing Smartphones Affirmed | Units | 159 | 200 | 395 | 754 | 670 | 674 | 509 | 1,854 | 4,093 | 587 | 339 | 586 | 1,512 | 758 | 382 | 346 | 1,487 | 2,999 | 9,244 |
|  | Revenue | $ 48 | $ 67 | $ 170 | $ 285 | $ 289 | $ 289 | $ 218 | $ 795 | $ 1,666 | $ 238 | $ 141 | $ 249 | $ 628 | $ 298 | $ 148 | $ 124 | $ 570 | $ 1,198 | $ 3,834 |
|  | Gross Profit | $ 14 | $ 20 | $ 59 | $ 93 | $ 110 | $ 92 | $ 55 | $ 257 | $ 587 | $ 68 | $ 51 | $ 90 | $ 210 | $ 107 | $ 55 | $ 43 | $ 205 | $ 415 | $ 1,421 |
| Total Infringing Smartphones | Units | 1,012 | 879 | 779 | 2,670 | 1,013 | 1,225 | 667 | 2,905 | 11,478 | 981 | 652 | 854 | 2,486 | 1,075 | 519 | 403 | 1,996 | 4,483 | 19,960 |
|  | Revenue | $ 291 | $ 258 | $ 238 | $ 788 | $ 367 | $ 447 | $ 249 | $ 1,063 | $ 3,939 | $ 318 | $ 201 | $ 312 | $ 831 | $ 368 | $ 175 | $ 135 | $ 678 | $ 1,509 | $ 7,245 |
|  | Gross Profit | $ 87 | $ 76 | $ 89 | $ 253 | $ 132 | $ 134 | $ 66 | $ 333 | $ 1,355 | $ 91 | $ 69 | $ 106 | $ 266 | $ 129 | $ 64 | $ 48 | $ 240 | $ 507 | $ 2,625 |

**Sources/Notes:**
1/ PX180.

Apple Inc. v. Samsung Electronics Co., LTD., et al.

**STA and SEA U.S. Sales of Infringing Tablets 1/**
Units in Thousands, Revenue in Millions USD

| Infringing Tablets | Data | 2010 Oct | 2010 Nov | 2010 Dec | 2010 4Q | YE Total | 2011 Jan | 2011 Feb | 2011 Mar | 2011 1Q | 2011 Apr | 2011 May | 2011 Jun | 2011 2Q | 2011 Jul | 2011 Aug | 2011 Sep | 2011 3Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Galaxy Tab | Units | 0 | 236 | 25 | 262 | 262 | 33 | 18 | 26 | 77 | 52 | 32 | 49 | 133 | 55 | 32 | 4 | 92 |
|  | Revenue | $ 0 | $ 141 | $ 14 | $ 154 | $ 154 | $ 15 | $ 6 | $ 2 | $ 22 | $ 18 | $ 11 | $ 19 | $ 49 | $ 22 | $ 13 | $ 2 | $ 37 |
|  | Gross Profit | $ 0 | $ 58 | $ 4 | $ 62 | $ 62 | $ 4 | $ (1) | $ 0 | $ 3 | $ 6 | $ 1 | $ 13 | $ 21 | $ 5 | $ 4 | $ 1 | $ 10 |
| **Infringing Tablet for Which Apple Seeks Damages** | Units | 0 | 236 | 25 | 262 | 262 | 33 | 18 | 26 | 77 | 52 | 32 | 49 | 133 | 55 | 32 | 4 | 92 |
|  | Revenue | $ 0 | $ 141 | $ 14 | $ 154 | $ 154 | $ 15 | $ 6 | $ 2 | $ 22 | $ 18 | $ 11 | $ 19 | $ 49 | $ 22 | $ 13 | $ 2 | $ 37 |
|  | Gross Profit | $ 0 | $ 58 | $ 4 | $ 62 | $ 62 | $ 4 | $ (1) | $ 0 | $ 3 | $ 6 | $ 1 | $ 13 | $ 21 | $ 5 | $ 4 | $ 1 | $ 10 |
| Galaxy Tab 10.1 | Units | - | - | - | - | - | - | - | - | - | - | 6 | 128 | 133 | 39 | 49 | 46 | 133 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2 | $ 61 | $ 63 | $ 16 | $ 22 | $ 20 | $ 58 |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0 | $ 7 | $ 7 | $ 2 | $ 2 | $ 3 | $ 7 |
| **Other Infringing Tablet** | Units | - | - | - | - | - | - | - | - | - | - | 6 | 128 | 133 | 39 | 49 | 46 | 133 |
|  | Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2 | $ 61 | $ 63 | $ 16 | $ 22 | $ 20 | $ 58 |
|  | Gross Profit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 0 | $ 7 | $ 7 | $ 2 | $ 2 | $ 3 | $ 7 |
| **Total Infringing Tablets** | Units | 0 | 236 | 25 | 262 | 262 | 33 | 18 | 26 | 77 | 52 | 38 | 177 | 266 | 94 | 81 | 50 | 225 |
|  | Revenue | $ 0 | $ 141 | $ 14 | $ 154 | $ 154 | $ 15 | $ 6 | $ 2 | $ 22 | $ 18 | $ 14 | $ 80 | $ 112 | $ 38 | $ 34 | $ 23 | $ 95 |
|  | Gross Profit | $ 0 | $ 58 | $ 4 | $ 62 | $ 62 | $ 4 | $ (1) | $ 0 | $ 3 | $ 6 | $ 1 | $ 21 | $ 28 | $ 7 | $ 5 | $ 4 | $ 17 |

**Sources/Notes:**
1/ PX180.

Apple Inc. v. Samsung Electronics Co., LTD., et al.

**STA and SEA U.S. Sales of Infringing Tablets 1/**
Units in Thousands, Revenue in Millions USD

| Infringing Tablets | Data | 2011 Oct | 2011 Nov | 2011 Dec | 2011 4Q | YE Total | 2012 Jan | 2012 Feb | 2012 Mar | 2012 Q1 | 2012 Apr | 2012 May | 2012 June | 2012 Q2 | Q1 & Q2 Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Galaxy Tab | Units | 65 | 26 | 10 | 102 | 404 | 11 | 14 | 10 | 35 | 5 | 5 | 15 | 25 | 60 | 725 |
| | Revenue | $26 | $10 | $4 | $40 | $148 | $4 | $6 | $4 | $14 | $2 | $2 | $6 | $9 | $23 | $325 |
| | Gross Profit | $9 | $2 | $1 | $12 | $46 | $1 | $1 | $1 | $3 | $1 | $0 | $(0) | $1 | $4 | $112 |
| Infringing Tablet for Which Apple Seeks Damages | Units | 65 | 26 | 10 | 102 | 404 | 11 | 14 | 10 | 35 | 5 | 5 | 15 | 25 | 60 | 725 |
| | Revenue | $26 | $10 | $4 | $40 | $148 | $4 | $6 | $4 | $14 | $2 | $2 | $6 | $9 | $23 | $325 |
| | Gross Profit | $9 | $2 | $1 | $12 | $46 | $1 | $1 | $1 | $3 | $1 | $0 | $(0) | $1 | $4 | $112 |
| Galaxy Tab 10.1 | Units | 94 | 73 | 46 | 213 | 480 | 47 | 39 | 17 | 104 | (2) | 5 | (2) | 1 | 105 | 585 |
| | Revenue | $42 | $31 | $12 | $85 | $206 | $17 | $14 | $5 | $36 | $(3) | $(0) | $(1) | $(5) | $32 | $237 |
| | Gross Profit | $9 | $5 | $1 | $15 | $29 | $3 | $2 | $1 | $7 | $(1) | $(0) | $(0) | $(1) | $5 | $35 |
| Other Infringing Tablet | Units | 94 | 73 | 46 | 213 | 480 | 47 | 39 | 17 | 104 | (2) | 5 | (2) | 1 | 105 | 585 |
| | Revenue | $42 | $31 | $12 | $85 | $206 | $17 | $14 | $5 | $36 | $(3) | $(0) | $(1) | $(5) | $32 | $237 |
| | Gross Profit | $9 | $5 | $1 | $15 | $29 | $3 | $2 | $1 | $7 | $(1) | $(0) | $(0) | $(1) | $5 | $35 |
| Total Infringing Tablets | Units | 160 | 100 | 56 | 315 | 884 | 59 | 53 | 27 | 139 | 3 | 9 | 13 | 26 | 165 | 1,311 |
| | Revenue | $68 | $41 | $16 | $125 | $353 | $21 | $20 | $9 | $50 | $(1) | $2 | $4 | $5 | $55 | $562 |
| | Gross Profit | $18 | $7 | $2 | $27 | $75 | $4 | $4 | $2 | $10 | $(0) | $0 | $(0) | $(0) | $9 | $146 |

**Sources/Notes:**
1/ PX180.

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Apple's U.S. iPhone and iPad Sales



| (Units in Thousands, Revenue in Millions USD) | | iPhone 1/ | | iPad 2/ | |
|---|---|---|---|---|---|
| | | Units | Revenue | Units | Revenue |
| 2007 | Q1 | | | | |
| | Q2 | | | | |
| | Q3 | | | | |
| | Q4 | | | | |
| | Total | | | | |
| 2008 | Q1 | | | | |
| | Q2 | | | | |
| | Q3 | | | | |
| | Q4 | | | | |
| | Total | | | | |
| 2009 | Q1 | | | | |
| | Q2 | | | | |
| | Q3 | | | | |
| | Q4 | | | | |
| | Total | | | | |
| 2010 | Q1 | | | | |
| | Q2 | | | | |
| | Q3 | | | | |
| | Q4 | | | | |
| | Total | | | | |
| 2011 | Q1 | | | | |
| | Q2 | | | | |
| | Q3 | | | | |
| | Q4 | | | | |
| | Total | | | | |
| 2012 | Q1 | | | | |
| | Q2 | | | | |
| | Total | | | | |
| Grand Total | | | | | |

**Sources/Notes:**

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Apple iPhone P&L Summary 1/

| (Units in Thousands, Revenue in Millions USD) | Calculation Steps | 2010 Q2 | 2010 Q3 | 2010 Q4 | Q2 - Q4 Total | 2011 Q1 | 2011 Q2 | 2011 Q3 | 2011 Q4 | Total | 2012 Q1 | 2012 Q2 | Q1 - Q2 Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **U.S. Sales** 2/, 3/ | | | | | | | | | | | | | | |
|   Unit | | | | | | | | | | | | | | |
|   Revenue | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Worldwide Sales** 4/ | | | | | | | | | | | | | | |
|   Unit | [a] | | | | | | | | | | | | | |
|   Revenue | [b] | | | | | | | | | | | | | |
|   COGS | | | | | | | | | | | | | | |
|     Standard Cost | | | | | | | | | | | | | | |
|     Variances | | | | | | | | | | | | | | |
|     Royalties | | | | | | | | | | | | | | |
|     Others | | | | | | | | | | | | | | |
|   Total COGS | [c] | | | | | | | | | | | | | |
| **Gross Profit** | [d] = [b] - [c] | | | | | | | | | | | | | |
|   *Gross Margin* | [e] = [d] / [b] | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Operating Expenses | | | | | | | | | | | | | | |
|   Sales Expense | [f] | | | | | | | | | | | | | |
|   Distribution Expense | [g] | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Incremental Profit** | [h] = [d] - ([f] + [g]) | | | | | | | | | | | | | |
| *Incremental Margin* | [i] = [h] / [b] | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
|   R&D Expense | | | | | | | | | | | | | | |
|   Marketing/Advertising | | | | | | | | | | | | | | |
|   G&A Expense | | | | | | | | | | | | | | |
|   Total Operating Expenses | [j] | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Operating Profit** | [k] = [d] - [j] | | | | | | | | | | | | | |
| *Operating Margin* | [l] = [k] / [b] | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| ASP | [m] = [b] * 1000 / [a] | | | | | | | | | | | | | |
| *Gross Profit per Unit* | [n] = [d] * 1000 / [a] | | | | | | | | | | | | | |
| *Incremental Profit per Unit* | [o] = [h] * 1000 / [a] | | | | | | | | | | | | | |
| *Operating Profit per Unit* | [p] = [k] * 1000 / [a] | | | | | | | | | | | | | |

**Sources/Notes:**

Apple Inc. v. Samsung Electronics Co., LTD., et al.

**Apple iPad P&L Summary**

| (Units in Thousands, Revenue in Millions USD) | Calculation Steps | 2010 Q4 | Q4 Total | 2011 Q1 | Q2 | Q3 | Q4 | Total | 2012 Q1 | Q2 | Q1 Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **U.S. Sales** [2], [3] | | | | | | | | | | | | |
| Unit | | | | | | | | | | | | |
| Revenue | | | | | | | | | | | | |
| **Worldwide Sales** [4] | | | | | | | | | | | | |
| Unit | [a] | | | | | | | | | | | |
| Revenue | [b] | | | | | | | | | | | |
| COGS | | | | | | | | | | | | |
|     Standard Cost | | | | | | | | | | | | |
|     Variances | | | | | | | | | | | | |
|     Royalties | | | | | | | | | | | | |
|     Others | | | | | | | | | | | | |
| Total COGS | [c] | | | | | | | | | | | |
| **Gross Profit** | [d] = [b] - [c] | | | | | | | | | | | |
| *Gross Margin* | [e] = [d] / [b] | | | | | | | | | | | |
| Operating Expenses | | | | | | | | | | | | |
|     Sales Expense | [f] | | | | | | | | | | | |
|     Distribution Expense | [g] | | | | | | | | | | | |
| **Incremental Profit** | [h] = [d] - ([f] + [g]) | | | | | | | | | | | |
| *Incremental Margin* | [i] = [h] / [b] | | | | | | | | | | | |
|     R&D Expense | | | | | | | | | | | | |
|     Marketing/Advertising | | | | | | | | | | | | |
|     General & Admin | | | | | | | | | | | | |
| Total Operating Expenses | [j] | | | | | | | | | | | |
| **Operating Profit** | [k] = [d] - [j] | | | | | | | | | | | |
| *Operating Margin* | [l] = [k] / [b] | | | | | | | | | | | |
| *ASP* | [m] = [b] * 1000 / [a] | | | | | | | | | | | |
| *Gross Profit per Unit* | [n] = [d] * 1000 / [a] | | | | | | | | | | | |
| *Incremental Profit per Unit* | [o] = [h] * 1000 / [a] | | | | | | | | | | | |
| *Operating Profit per Unit* | [p] = [k] * 1000 / [a] | | | | | | | | | | | |

**Sources/Notes:**