Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

### 3.    Tablet Computers

84.    As shown in the table below, Samsung released its first Galaxy Tab in November of 2010.  Samsung's tablet launched first through T-Mobile, and shortly thereafter through Verizon and Sprint.[200]  An article heralding the release of the Galaxy Tab noted that the device "delivers access to rich content on a seven-inch touch screen for a truly mobile entertainment experience."[201]

85.    Samsung's more recent tablet, the Galaxy Tab 10.1, made its debut on June 8, 2011 in New York City.[202]  The device was also available via pre-order on that date and was expected to release across the U.S. on June 17, 2011.[203]  An article written upon the device's release noted that the Galaxy Tab 10.1 was an "extra-slim 10-inch Tegra 2 tablet …"[204]  "Tegra 2" refers to the tablet's dual-core Tegra 2 processor.[205]  The Galaxy Tab 10.1 was released with the Android Honeycomb operating system and included front and rear-facing cameras.[206]

**Figure 21:  Samsung Galaxy Tablet Computer U.S. Launch Dates**

| Product | Launch Date |
|---|---|
| Galaxy Tab 7 (3G) | 11/10/2010 |
| Galaxy Tab 10.1 | 6/8/2011 |

## IV.    Bases for Opinions

86.    The following is a discussion of the bases supporting each of my opinions.

---

[200] "T-Mobile Gets First Dibs on Galaxy Tab: November 10th for $400," Gizmodo, October 27, 2010, <http://gizmodo.com/5674534/t+mobile-gets-first-dibs-on-galaxy-tab-november-10th-for-400>. [3.11]

[201] "T-Mobile Gets First Dibs on Galaxy Tab: November 10th for $400," Gizmodo, October 27, 2010, <http://gizmodo.com/5674534/t+mobile-gets-first-dibs-on-galaxy-tab-november-10th-for-400>. [3.11]

[202] "Samsung Galaxy Tab 10.1 on sale at NYC Best Buy today, pre-orders now open," Engadget, June 8, 2011, <http://www.engadget.com/2011/06/08/samsung-galaxy-tab-10-1-on-sale-at-nyc-best-buy-today-up-for-pr/>. [3.12]

[203] "Samsung Galaxy Tab 10.1 on sale at NYC Best Buy today, pre-orders now open," Engadget, June 8, 2011, <http://www.engadget.com/2011/06/08/samsung-galaxy-tab-10-1-on-sale-at-nyc-best-buy-today-up-for-pr/>. [3.12]

[204] "Samsung Galaxy Tab 10.1 on sale at NYC Best Buy today, pre-orders now open," Engadget, June 8, 2011, <http://www.engadget.com/2011/06/08/samsung-galaxy-tab-10-1-on-sale-at-nyc-best-buy-today-up-for-pr/>. [3.12]

[205] "Samsung Galaxy Tab 10.1 official: Tegra 2, Honeycomb, dual cameras (hands-on with video)," Engadget, February 13, 2011, <http://www.engadget.com/2011/02/13/samsung-galaxy-tab-10-1-official-tegra-2-honeycomb-dual-camer/>. [3.13]

[206] "Samsung Galaxy Tab 10.1 official: Tegra 2, Honeycomb, dual cameras (hands-on with video)," Engadget, February 13, 2011, <http://www.engadget.com/2011/02/13/samsung-galaxy-tab-10-1-official-tegra-2-honeycomb-dual-camer/>. [3.13]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

## A. Disagreements With the Opinions Expressed By Terry L. Musika

87.     With respect to Mr. Musika's valuation of the damages suffered by Apple related to Samsung's alleged infringement, I offer the following opinions.

### 1. Mr. Musika's analysis is a high-level analysis and is largely divorced from the specific intellectual property that is at issue in this lawsuit.

88.     Mr. Musika's analysis is generally at a very high level and is not tied to the specific intellectual property at issue in this lawsuit.   This is most evident in Mr. Musika's discussion of the benefits provided by the Design IP.  Mr. Musika consistently refers to "the importance of design in consumer demand" and the importance of design to Apple.[207]  While I do not disagree that design is important to Apple and that consumers do care about what a product looks like, Mr. Musika's discussion is not properly tied to the value of the limited *specific* Design Patents, Trade Dress, and Trademarks at issue in this lawsuit.

89.     It is conceptually wrong to assume that the limited number of design patents, trade dress and trademarks of Apple that is a small subset of all of Apple's design intellectual property contains 100% of the value of Apple's design intellectual property.  It is also incorrect to assign the same value to this limited subset of Apple's design intellectual property, and assign the same royalty rate, whether one item of this bundle of intellectual property is used or all of it is used by Samsung.

### a) Mr. Musika fails to provide evidence of demand for the specific design IP at issue.

90.     Mr. Musika claims that he "identified and documented numerous examples of demand for each item of Apple Intellectual Property In Suit for which Apple is seeking a lost profit on Exhibits 24 and 25."[208]  His Exhibit 24 contains numerous citations to documents that he claims "demonstrate the importance of design in consumer demand."[209]  The citations in his Exhibit 24 are general citations to the concept that design is valued.  For example, Mr. Musika's comment #18 on the Exhibit 24 reads, "The iPhone is a delight to the eye…"[210]  Or, in his comment #53, Mr. Musika quotes Samsung, "Overall, the iPhone 3GS was rated better than

---

[207] Musika Report, pp. 82-84. [2.2]
[208] Musika Report, p. 38. [2.2]
[209] Musika Report, p. 82, Exhibit 24. [2.2]
[210] Musika Report, p. 82, Exhibit 24, Comment #18. [2.2]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

other devices in overall design…"[211]   These citations do not provide any evidence that consumers demand the *specific* teachings of Apple's design-related IP at issue in this lawsuit. In several instances, Mr. Musika just presents a picture of a device (such as an advertisement showing two fingers picking up the iPad 2 or a back of a phone with logo) in support of his conclusion.[212]

91.   In addition, Mr. Musika appears to ignore ample evidence presented in the documents cited in Exhibit 24 that there are more important factors than design that affect consumer demand for smartphones and tablets.   For example, Mr. Musika states in his Exhibit 24, comment #6 that "[b]etween Q4 2010 and Q4 2011, 44-50% of those surveyed noted attractive appearance and design as a very important attribute in the iPhone purchase decision."[213]   However, Mr. Musika does not mention that the importance of "attractive appearance and design" was consistently rated lower in comparison to the importance of several other features, including easy to use, service and support, trust Apple brand, quality of apps, battery life, good value for price paid, ability to sync content using iTunes, web capabilities, the ability to download and use apps, and multitasking.[214]

92.   Similarly, in his comment #7, Mr. Musika points out that "32% of those surveyed in the U.S. liked the physical appearance and design as a reason that swayed them to purchase iPhone over Android."[215]   However, 41 percent and 34 percent of those surveyed in the U.S., respectively, named trust in Apple brand and a desire to easily transfer music, apps, video, contacts, etc., onto iPhone as reasons for buying iPhone after considering Android.[216]

93.   In his comment #8, Mr. Musika states that "[t]he 7th top reason for buying an iPhone is for better appearance/design (37%); better appearance/design is listed 10th top reason for buying an Android-based smartphone (27%)."[217]   However, trust in Apple brand (56%), latest technology (47%), touchscreen (45%), a large variety of apps (42%), ease of use (42%) and a desire to stay with current service provider (38%) were more frequently mentioned

---

[211] Musika Report, p. 82, Exhibit 24, Comment #53. [2.2]

[212] Musika Report, Exhibit 24, Comments #13, #14, and #29. [2.2]

[213] Musika Report, Exhibit 24, Comment #6. [2.2]

[214] Some of these features were not listed in every quarter, but each feature had a higher percentage of survey respondents rating it as "very important" to their purchase decision when the feature was included in the survey.

[215] Musika Report, Exhibit 24, Comment #7. [2.2]

[216] iPhone Owner Study, May 2011, APLNDC-Y0000025024-147 at '060. [3.16]

[217] Musika Report, Exhibit 24, Comment #8. [2.2]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

than better appearance and design as reasons for buying an iPhone.[218]  Better appearance and design was the last out of 10 top reasons for purchasing an Android-based smartphone.[219]

94.     According to Mr. Musika's comment #45, "Samsung describes "Design" as a main feature of the Galaxy S II in its internal presentation.[220]  However, Design is just one of the Galaxy S II's features highlighted in the presentation.[221]  Samsung also emphasizes the "ultra vivid and bright" display of the Galaxy S II, its "powerfully fast" performance and "rich and convenient" content.[222]  In fact, in a section entitled "Main Features" of  the Galaxy S II, Samsung dedicates only one slide to the description of the Galaxy S II's design, stating that it is "Slim and Light."[223]  The other 10 slides of this section highlight the Super AMOLED Plus display, Dual Core Application Processor, More Powerful Battery, Ultrafast Download Speeds, Voice Solution and 4 Hubs capabilities of the Galaxy S II.[224]

### (1) Apple's recognized design lead indicates that the design-related IP at issue is a small element of the "design" that is consistently referenced by Apple's experts.

95.     Even after Samsung has allegedly incorporated into its products the design-related IP at issue in this lawsuit, Apple still retains a widely recognized design advantage over Samsung.  This indicates that the importance of design referred to by Mr. Musika and other Apple experts has little to nothing to do with the specific design-related IP at issue.

96.     There is ample evidence that Apple's iPhones and iPads are rated significantly higher in overall design than Samsung's smartphones and tablets, even after Samsung is accused of infringement of the design-related IP.  In an August 2010 report presenting the findings of Strategy Analytics' User Evaluation of the iPhone 4, Strategy Analytics concluded that participants considered the design of the iPhone 4 to be very appealing.[225]  Strategy Analytics further detailed that "[p]articipants felt the glass casing of the device made it look very sleek and modern, and was an improvement on the plastic casing of the 3G and 3GS

---

[218] Smartphone Market Study US, January 2011, APLNDC0001434059-154 at '143-144. [3.17]

[219] Smartphone Market Study US, January 2011, APLNDC0001434059-154 at '144. [3.17]

[220] Musika Report, Exhibit 24, Comment #45. [2.2]

[221] Samsung Galaxy S II Presentation, SAMNDCA10775587-624 at '593. [3.19]

[222] Samsung Galaxy S II Presentation, SAMNDCA10775587-624 at '593. [3.19]

[223] Samsung Galaxy S II Presentation, SAMNDCA10775587-624 at '599. [3.19]

[224] Samsung Galaxy S II Presentation, SAMNDCA10775587-624 at '595-'598, '600-'605. [3.19]

[225] Mobile Device User Evaluation: Apple iPhone 4, Strategy Analytics, August 2010, SAMNDCA00252302-329 at '309. [13.6]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

models."[226]  Participants also liked the visual appearance of the stainless steel band around the edge of the device.[227]  The iPhone 4 also received high ratings for all attributes related to the display, including maximum rating for display resolution.[228]

97.    In 2011 Wireless Mobile Phone studies conducted by J.D. Power and Associates, Apple is ranked significantly above the industry average (at 95 percent confidence level) in smartphone physical design.[229]  According to the studies, "Apple outperforms all other manufacturers in the Physical Design factor" and "sets the bar for the competition with regard to styling and screen quality."[230]  As shown in Figure 22 below, Apple leads in all physical design attributes, including the visual appeal of wireless phone, size of display screen, brightness of background display screen lighting, and weight and size of wireless phone.[231]

---

[226] Mobile Device User Evaluation: Apple iPhone 4, Strategy Analytics, August 2010, SAMNDCA00252302-329 at '309. [13.6]

[227] Mobile Device User Evaluation: Apple iPhone 4, Strategy Analytics, August 2010, SAMNDCA00252302-329 at '309. [13.6]

[228] Mobile Device User Evaluation: Apple iPhone 4, Strategy Analytics, August 2010, SAMNDCA00252302-329 at '322. [13.6]

[229] 2011 U.S. Wireless Mobile Phone Study Results Presentation Volume2, J.D. Power and Associates, November 15, 2011, SAMNDCA00282033-088 at '064. [13.7]  See also 2011 Wireless Traditional Mobile Phone Satisfaction Study, Pre-Release Presentation V1, J.D. Power and Associates, March, 2011, SAMNDCA10340243-265 at '259 and '261. [13.8]  See also 2011 Wireless Smartphone Satisfaction Study, Management Report, J.D. Power and Associates, March, 2011, SAMNDCA10246338-445 at '372, '378, '382. [13.9]

[230] 2011 Wireless Smartphone Satisfaction Study, Management Report, J.D. Power and Associates, March, 2011, SAMNDCA10246338-445 at '384. [13.9]

[231] 2011 Wireless Smartphone Satisfaction Study, Management Report, J.D. Power and Associates, March, 2011, SAMNDCA10246338-445 at '388. [13.9]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 22: Physical Design Attribute Ratings Compared to Average[232]**

## Physical Design Attribute Ratings Compared to Average

| | Industry Average | Apple | HTC | Palm | Samsung | Motorola | RIM BlackBerry | Nokia |
|---|---|---|---|---|---|---|---|---|
| Physical Design Index | 795 | 831 | 808 | 782 | 780 | 777 | 763 | 761 |
| Visual appeal of wireless phone | 8.16 | 8.63 | 8.28 | 7.87 | 7.95 | 7.89 | 7.79 | 7.67 |
| Size of display screen | 7.93 | 8.37 | 8.16 | 7.32 | 7.90 | 8.24 | 7.34 | 7.34 |
| Brightness of background display screen lighting | 8.14 | 8.45 | 8.27 | 8.15 | 7.93 | 8.09 | 7.82 | 7.80 |
| Weight of phone (including battery) | 7.73 | 8.00 | 7.77 | 7.95 | 7.71 | 7.11 | 7.62 | 7.68 |
| Size of wireless phone | 7.75 | 8.01 | 7.88 | 7.80 | 7.47 | 7.43 | 7.57 | 7.55 |

For handsets used for less than 2 years.

= Significantly **ABOVE** Industry Average at 95% Confidence Level (excluding manufacturer).

= Significantly **BELOW** Industry Average at 95% Confidence Level (excluding manufacturer).

98.     CNET's iPhone 4 product review praises the "handset's striking design:"[233]

> With iPhone 4, Apple again shows that it's a powerful player in the smartphone wars. It won't be for everyone, and AT&T remains a sticking point, but the handset's striking design, loaded feature set, and satisfying performance make it the best iPhone yet.

99.     An iPhone 4S press release emphasizes that "iPhone 4S has the same beautifully thin glass and stainless steel design that millions of customers around the world love..."[234]

100.    In an iPad 2 press release, dated March 2, 2011, Apple features "an entirely new design [of the iPad 2] that is 33 percent thinner and up to 15 percent lighter than the original iPad...." Steve Jobs is quoted as saying, "While others have been scrambling to copy the first generation iPad, we're launching iPad 2, which moves the bar far ahead of the competition and will likely cause them to go back to the drawing boards yet again."[235]

---

[232] 2011 Wireless Smartphone Satisfaction Study, Management Report, J.D. Power and Associates, March, 2011, SAMNDCA10246338-445 at '388. [13.9]

[233] iPhone 4.0 Quick Report & Analysis, June 28, 2010, SAMNDCA00024872-941 at '890. [4.1]

[234] Apple Press Info: Apple Launches iPhone 4S, iOS 5 & iCloud, October 4, 2011, <http://www.apple.com/pr/library/2011/10/04Apple-Launches-iPhone-4S-iOS-5-iCloud.html>, accessed on October 10, 2011. [3.23]

[235] "Apple Launches iPad 2," Apple Inc. Press Release, March 2, 2011, <http://www.apple.com/pr/library/2011/03/02Apple-Launches-iPad-2.html>, accessed on April 5, 2012. [3.24]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

101.    The attractive design of Apple's iPad is also discussed in a September 25, 2011 New York Times article: "Apple also has a lead in design that will be tough to surmount. People want to own its products because they are so good-looking."[236]  This article is cited as evidence that "attractive appearance and design is a similarly important driver of iPad purchasing decisions" by Sanjay Sood, one of Apple's experts, who addresses the importance of design.[237] Apparently, Mr. Sood did not realize that this article was written long after Samsung is accused of infringing the design-related IP at issue in this lawsuit.

102.    An Argus Insights white paper on the iPad 2 launch draws the same conclusion, "the iPad family will continue to shine, and Apple will keep the lead on style and design."[238] Recently, in a March 14, 2012 interview with the London Evening Standard, Jonathan Ive, Apple's senior vice president of industrial design, explained Apple's goal as "to design and make better products."[239]  "If we can't make something that is better, we won't do it," he said.[240] Apple also highlights the advanced design of its new iPad on its website, stating that "with its advanced design, breakthrough technology, and amazing built-in apps, iPad changes the way you work."[241]

103.    If Mr. Musika's analysis is correct, one would not expect there to be any design advantage to Apple over Samsung because Samsung has used all of the value of Apple's designs according to his approach.

### (2)   The use of smartphone cases minimizes the importance of the design-related IP

104.    The majority of iPhone owners prefer to protect their iPhones from any type of damage and use an iPhone case to reduce this risk.  An iPhone case is the most used iPhone

---

[236] David Streitfeld, Amazon Has High Hopes for its iPad Competitor, N.Y. Times, September 25, 2011, <http://www.nytimes.com/2011/09/26/technology/anticipated-amazon-tablet-to-take-aim-at-apple-ipad.html?pagewanted=all>, accessed on April 6, 2012. [3.25]

[237] Expert Report of Sanjay Sood, March 22, 2012, p. 24. [4.7] (Hereafter, "Sood Report")

[238] Argus Insights White Paper: iPad 2 Launch Report - Mapping the Customer Experience Landscape for the Tablet Market, April 5, 2011, SAMNDCA00237364-371 at '370. [4.2]

[239] Sir Jonathan Ive: The iMan cometh, Mark Prigg meets Sir Jonathan Ive, the British man behind the design of Apple's iconic products, London Evening Standard, March 14, 2012, <http://www.thisislondon.co.uk/lifestyle/london-life/sir-jonathan-ive-the-iman-cometh-7562170.html>, accessed on April 6, 2012. [4.3]

[240] Sir Jonathan Ive: The iMan cometh, Mark Prigg meets Sir Jonathan Ive, the British man behind the design of Apple's iconic products, London Evening Standard, March 14, 2012, <http://www.thisislondon.co.uk/lifestyle/london-life/sir-jonathan-ive-the-iman-cometh-7562170.html>, accessed on April 6, 2012. [4.3]

[241] Apple - The new iPad - It's brilliant from the outside in, <http://www.apple.com/ipad/>, accessed on April 6, 2012. [4.4]

accessory in the U.S. According to the FY11-Q2 and FY11-Q3 iPhone Buyer Surveys, 71 percent of iPhone owners regularly use cases.[242]

**Figure 23: Accessories Regularly Used**[243]





105. Any protective iPhone cover would diminish the importance of the iPhone design because certain design elements related to the shape and appearance of the iPhone become covered in an iPhone case. The fact that 71 percent of iPhone owners prefer to cover their iPhones in cases is evidence of the lack of value these iPhone owners place on at least some of the specific design elements at issue in this lawsuit.

### b) Mr. Musika fails to provide evidence of demand for the specific utility patents at issue.

106. A similar criticism applies to Mr. Musika's analysis of Apple's utility patents. In Exhibit 25, Mr. Musika presents citations and quotes from documents that he argues demonstrate the "Demand for Utility Patents."[244] However, it appears that in his Exhibit 25 Mr.

---

[242] iPhone Buyer Survey, Apple Market Research & Analysis, FY11-Q2, APLNDC0000036266-348 at '345. [7.1] *See also* iPhone Buyer Survey, Apple Market Research & Analysis, FY11-Q3, APLNDC0000036172-365 at '262. [7.2]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

Musika attempts to illustrate the utility of features, not of functionalities taught by the '381, '915, '163 and '607 Patents.[245]   Mr. Musika offers little or no evidence in his Exhibit 25 that consumers demand functionalities enabled by '002, '891 and '129 Patents-in-Suit.[246]

107.   Moreover, many of the citations in Exhibit 25 do not provide evidence that consumers demand the limited *specific* functionalities enabled by '381, '915, '163 and '607 Patents-in-Suit.  For example, Mr. Musika references 11 commercials for iPhone, iPad, Galaxy Tab, Galaxy S, and Galaxy S II.[247]   While I do not disagree with Mr. Musika that scrolling and zooming functions are shown during the commercials, the commercials generally focus on advertising other functionalities of their products.  That is, the iPhone commercial features email and internet capabilities of the iPhone.[248]   In the iPhone 3G commercial, Apple advertises apps available on the iPhone 3G.[249]   In the commercial for the iPhone 4, Apple highlights the iPhone 4's high resolution screen.[250]   In a series of commercials for the Galaxy Tab and Galaxy Tab 10.1, Samsung emphasizes enhanced portability of the tablet under the campaign slogan of "More Possibilities On The Go."[251]   In addition, in the official global TV-commercial for the Galaxy Tab, Samsung advertises Web Browsing, E-reader, Navigation and Video Conferencing functionalities.[252]   In the "Time to Tab" commercial for Galaxy Tab 10.1, High Resolution Screen, Dual Core Processor, Web Browsing with Adobe Flash and Multitasking capabilities are highlighted.[253]   In the Samsung Galaxy Tab commercial "It's Go Time!," Samsung again features High Resolution Screen, Web Browsing, Navigation with Google Maps, and Video Calling as

---

[243] iPhone Buyer Survey, Apple Market Research & Analysis, FY11-Q2, APLNDC0000036266-348 at '345. [7.1] *See also* iPhone Buyer Survey, Apple Market Research & Analysis, FY11-Q3, APLNDC0000036172-365 at '262. [7.2]

[244] Musika Report, Exhibit 25. [2.2]

[245] Musika Report, Exhibit 25. [2.2]

[246] Musika Report, Exhibit 25. [2.2]

[247] Musika Report, Exhibit 25. [2.2]

[248] Musika Report, Exhibit 25, Comment #6. [2.2] *See also* Exhibit 10 to the Declaration of Sissie Twiggs,Apple Television Commercials 2007-2011 (video).

[249] Musika Report, Exhibit 25, Comment #7. [2.2] *See also* Exhibit 8 to the Declaration of Sissie Twiggs,Apple Television Commercials 2007-2011 (video).

[250] Musika Report, Exhibit 25, Comment #8. [2.2] *See also* Exhibit 10 to the Declaration of Sissie Twiggs,Apple Television Commercials 2007-2011 (video).

[251] Musika Report, Exhibit 25, Comments #28, #29, and #33. [2.2] *See also* Samsung Galaxy Tab Official Commercial, <http://www.youtube.com/watch?v=GHPJdqgsJ9g>. *See also* Time To Tab – Samsung Galaxy Tab 10.1 Global TV Commercial, <http://www.youtube.com/watch?v=QL8ePbYsdc8>. *See also* [GALAXY Tab 10.1] Official Demo – HD, <http://www.youtube.com/ watch?v=7tfX3Vlz0nI&feature=related>.

[252] Musika Report, Exhibit 25, Comment #28. [2.2] *See also* Samsung Galaxy Tab Official Commercial, <http://www.youtube.com/watch?v=GHPJdqgsJ9g>.

[253] Musika Report, Exhibit 25, Comment #29. [2.2] *See also* Time To Tab – Samsung Galaxy Tab 10.1 Global TV Commercial, <http://www.youtube.com/watch?v=QL8ePbYsdc8>.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

well as Samsung Media Hub, Battery Life, and Android apps.[254]  The Official Demo for Galaxy Tab 10.1 contains a detailed demonstration of such key features of the tablet as the Android 3.1. Honeycomb Platform, Google Mobile Services, Samsung TouchWiz, Web Browsing, Battery Life, and Samsung Media Hub.[255]  Similarly, in the commercial for the Galaxy S II, Samsung highlights its Super AMOLED Plus display, TouchWiz, Live Panel, and Web Browsing with Adobe Flash capabilities.[256]  The commercial for the Samsung Continuum, a Galaxy S phone, focuses on advertising a second screen ticker tape display.[257]

108.    In his Exhibit 25, comment #5, Mr. Musika points out that "[w]hen asked what was the most important features that prompted purchase of an iPad, multi-touch was the most important reason for 2% of those surveyed (4% choose this feature as second-most important, and 3% choose as third-most important).[258]  However, multi-touch was the least frequently mentioned as the most important feature that prompted iPad's purchase. In contrast, portability (9%), possibility of using computer less (8%), and Wi-Fi capabilities (5%) were the most frequently cited as the top features for wanting the iPad.[259]

109.    Mr. Musika also cites four press releases that highlight "advanced touch screen gestures capabilities" of Samsung Fascinate, Epic 4G, Mesmerize and Captivate smartphones.[260]  But Mr. Musika does not mention that advanced touch screen gestures capability is only one of many features and specifications highlighted in the press releases.  For example, in a Samsung Fascinate press release, Samsung lists 17 key features and specifications of the smartphone, including the Android 2.1 platform, Web browsing capabilities, 3G Mobile HotSpot capabilities, Super AMOLED Screen Technology and others.[261]  In addition,

---

[254] Musika Report, Exhibit 25, Comment #30. [2.2]  *See also* Introducing the Samsung Galaxy Tab - It's Go Time!, <http://www.youtube.com/watch?v=yGKthibnyTE>.

[255] Musika Report, Exhibit 25, Comment #33. [2.2]  *See also* [GALAXY Tab 10.1] Official Demo – HD, <http://www.youtube.com/watch?v=7tfX3Vlz0nI&feature=related>.

[256] Musika Report, Exhibit 25, Comment #34. [2.2]  *See also* GALAXY S II] Official Live Demo – Media, <http://www.youtube.com/watch?v=XA9IcemwkMk&feature=autoplay&list= PL3F63929F54D9A90A&lf=plpp_video&playnext=1>.

[257] Musika Report, Exhibit 25, Comment #31. [2.2]  *See also* Samsung Continuum – A Galaxy S Phone (Verizon),< http://www.youtube.com/watch?v=KIi32R3yciY>.

[258] Musika Report, Exhibit 25, Comment #5. [2.2]

[259] iPad Buyer Survey: Initial US Results, August 2010, APLNDC-Y0000023361-427 at '387. [3.20]

[260] Musika Report, Exhibit 25, Comments #19, #21, #22 and #23. [2.2]

[261] VZW News Release: Verizon Wireless Announces the Samsung Fascinate, A Galaxy S Smartphone, June 28, 2010, SAMNDCA00312249-251. [3.21]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

Samsung details seven lifestyle features.[262]   Overall, the advanced touch screen gestures capability is only one of 24 smartphone features described in the press release.[263]

110.   Further, as I discuss in my analysis of *Georgia-Pacific* factor 9, I understand that Apple did not invent the touchscreen or multitouch capabilities on a touchscreen with its Multitouch-Related Utility Patents.[264]   Therefore, Mr. Musika's citations to gestures and touchscreen capabilities are not specific to the benefits provided by the utility patents at issue in this lawsuit.

### 2.   Although Mr. Musika claims not to use the entire market value rule, in effect he does.

111.   Mr. Musika's report includes a discussion of the Entire Market Value Rule ("EMVR"), and Mr. Musika concludes that:[265]

> The individual accused smartphone and tablet products of Samsung are comprised of a number of patented and un-patented elements. Accordingly, I have considered the effect of the entire market value of the products and elected to structure my royalty damage on an individual per unit basis and not the total revenue of the accused products. Further, as discussed below, I take steps to apportion the overall royalty rate when considering the total profit contributions of the accused products. As reflected in Exhibit 20, I use the number of accused units sold and not revenue as the basis on which to calculate a royalty for each asserted item of Apple Intellectual Property In Suit.

112.   Apparently, Mr. Musika believes that as long as he expresses his royalty rate opinion as a per unit rate, then he is not using the Entire Market Value rule.  However, Mr. Musika is invoking the EMVR throughout his report because he continually bases his damages calculation on the entire profit of Apple's and Samsung's smartphones.

113.   In his lost profits calculation, Mr. Musika uses the incremental profitability of Apple's products in his calculation.  However, several of the intellectual property elements for which he is calculating lost profits relate to Apple's operating system, iOS – for example, the '381 Patent and the GUI Design Patents.  However, Mr. Musika does not limit his lost profit calculation to the profits that Apple would make on the operating system.

---

[262] VZW News Release: Verizon Wireless Announces the Samsung Fascinate, A Galaxy S Smartphone, June 28, 2010, SAMNDCA00312249-251. [3.21]

[263] VZW News Release: Verizon Wireless Announces the Samsung Fascinate, A Galaxy S Smartphone, June 28, 2010, SAMNDCA00312249-251. [3.21]

[264] Discussion with Brian Von Herzen, April 12, 2012.

[265] Musika Report, pp. 52-53. [2.2]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

114.    In his reasonable royalty analysis, Mr. Musika's primary benchmarks are both based on the profit of the entire device.  Mr. Musika's cost benchmark calculates the profit of Samsung's entire device for the period that he claims it would take for Samsung to design around the asserted intellectual property.  This measure of damages is clearly not related to the value of the intellectual property – in the extreme case, if Samsung were not able to design around a patent, Mr. Musika's methodology would calculate a royalty of 100% of Samsung's profits even if the patent had no effect whatsoever on the sales of the accused devices.

115.    Mr. Musika's income approach is similarly reliant on the entire profits of Apple's and Samsung's smartphones and tablets.  For Apple, Mr. Musika essentially compares the profits of Apple's smartphones and tablets to other Apple products and takes this "economic value" and attributes it to the intellectual property at issue in this lawsuit.  Importantly, one of the last steps in Mr. Musika's income approach is to multiply the percentage rate by the average selling price of the relevant products in order to express it as a dollar per unit.  Simply converting a percentage rate into a dollar per unit rate does not avoid the use of the EMVR.

116.    Further, If Mr. Musika was not using the entire market value rule then one would expect him to have the same royalty rate for a particular accused piece of intellectual property regardless of which Samsung accused product used that piece of intellectual property.  However, that is not what Mr. Musika does.  For example, in Exhibit 39.2 the royalty rate for accused tablets is $27.75 for the design patents, trade dress, and trademarks.  In Exhibit 39.1, the royalty rate for the exact same intellectual property is $22.50 for accused smartphones.  The reason for the difference is due to the different profitability of these two different product groups as calculated on Exhibit 39.4.  This demonstrates that a key element in determining the royalty rates that Mr. Musika uses is the full profitability of the accused products.

### 3.   Mr. Musika does not establish Apple's entitlement to lost profits related to Samsung's infringement of the intellectual property at issue.

117.    Upon proof of infringement, Title 35, Section 284 provides that the Court shall award the plaintiff "damages adequate to compensate for the infringement but in no event less than a reasonable royalty for the use made of the invention by the infringer, together with interest and costs as fixed by the court.[266]  In assessing damages, courts typically determine whether the plaintiff is entitled to lost profits, and if so, the extent of the plaintiff's lost profits.

---

[266] Title 35, U.S.C.A. §284. [14.2]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

For those sales that are not compensated through lost profits, a reasonable royalty is typically awarded.

118.    Courts have consistently upheld a "but-for" analysis of lost profits, determining lost profits damages based on the difference between the profits the plaintiff actually received and the profits the plaintiff would have received in a reconstructed market absent infringement. A Federal Circuit opinion in the *Grain Processing Corp. v. American Maize-Products Co.* provides a discussion of the assessment of lost profits damages:[267]

> To recover lost profits, the patent owner must show "causation in fact," establishing that "but for" the infringement, he would have made additional profits. [...] When basing the alleged lost profits on lost sales, the patent owner has an initial burden to show a reasonable probability that he would have made the asserted sales "but for" the infringement. [...] Once the patent owner establishes a reasonable probability of "but for" causation, "the burden then shifts to the accused infringer to show that [the patent owner's "but for" causation claim] is unreasonable for some or all of the lost sales.
>
> [...]
>
> In Aro Manufacturing, the Supreme Court stated that the statutory measure of "damages" is "the difference between [the patent owner's] pecuniary condition after the infringement, and what his condition would have been if the infringement had not occurred." [...] The determinative question, the Supreme Court stated, is: "had the Infringer not infringed, what would the Patent Holder-Licensee have made?" [...]The "but for" inquiry therefore requires a reconstruction of the market, as it would have developed absent the infringing product, to determine what the patentee "would . . . have made.

119.    A seminal case regarding recovery of lost profits for patent infringement is Panduit Corp. v. Stahlin Bros. Fibre Works, Inc.[268]   In Panduit, the court held that in order to recover lost profits, the patentee must prove:

- Demand for the patented product;
- Absence of acceptable, non-infringing substitutes;
- Manufacturing and marketing capability to exploit the demand; and
- The amount of lost profits.[269]

---

[267] *Grain Processing Corporation v. American Maize-Products Company,* CAFC, 185 F.3d 1341, August 4, 1999, p. 6 (citations omitted). [14.3]

[268] *Panduit Corp. v. Stahlin Bros. Fibre Works, Inc.,* 575 F.2d 1152, 1156; 1978 U.S. App. LEXIS 11500; 197 U.S.P.Q. (BNA) 726. U.S. Court of Appeals for the Sixth Circuit, April 25, 1978. [12.1]

[269] *Panduit Corp. v. Stahlin Bros. Fibre Works, Inc.,* 575 F.2d 1152, 1156; 1978 U.S. App. LEXIS 11500; 197 U.S.P.Q. (BNA) 726. U.S. Court of Appeals for the Sixth Circuit, April 25, 1978, p. 2. [12.1]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

120.   I address my disagreements with Mr. Musika's analysis of the first three *Panduit* factors in this section, and my disagreements with Mr. Musika's calculation of the amount of lost profits in the next section.

### a)   Mr. Musika has not provided sufficient evidence of demand for the intellectual property at issue

121.   To determine whether and to what extent Apple lost sales, an analysis of the demand for the patented feature is the critical and economically relevant inquiry. I understand that a 2009 opinion by the Federal Circuit in *Depuy Spine et al. v. Medtronic Sofamor Danek, Inc. et al.* indicates that the first Panduit factor is concerned only with the patented product and the focus on the patented feature goes to the availability of acceptable non-infringing substitutes under the second Panduit factor.[270]  However, I address the importance of the patented feature in this Panduit factor because if there is no demand for the feature, it can always be removed.

122.   Mr. Musika calculates lost profits for the '381, 607, '915, and '163 Patents; the Electronic Device Design Patents, and all asserted trade dress.[271]  As I discuss in detail above, Mr. Musika's evidence of demand for these intellectual property elements is not tied to the specific intellectual property at issue. Therefore, Mr. Musika has not satisfied the burden of providing evidence of demand related to the patented feature.

123.   Further, Mr. Musika has not provided any evidence that consumers would switch to a different smartphone brand or model based on the presence or absence of the accused functionalities or design. Apple submitted two different expert reports that discuss the importance of design to Apple's products[272] and a third expert conducted two surveys that attempted "to determine the price premium, if any, that Samsung consumers are willing to pay for the features associated with the patents at issue."[273]  None of these experts performed any study to determine whether any customers would switch their smartphone purchase decision if the accused functionality was removed, let alone how many would have switched.

124.   In his surveys, Mr. Hauser uses conjoint analysis to provide an estimate for the value of certain functionalities.[274]  I understand that a properly constructed conjoint analysis can

---

[270] *DePuy Spine, Inc. v. Medtronic Sofamor Danek, Inc.*, CAFC, 567 F.3d 1314, June 1, 2009, pp. 11-12, 21-22. [14.4]

[271] Musika Report, Exhibit 15. [2.2]

[272] Sood Report, p. 2. [4.7]  *See also* Expert Report of Russell S. Winer, March 22, 2012, p. 2. [4.6]

[273] Hauser Report, p. 6. [2.33]

[274] Hauser Report, p. 8. [2.33]

be used to estimate the effect on market share based on the presence and absence of specific functionalities, but apparently Apple did not ask for Mr. Hauser to perform this type of analysis.

### (1) Limited Value to Functionalities Enabled by the Patents-in-Suit

125.    I have reviewed iPhone / iPad buyer surveys commissioned by Apple, Samsung consumer surveys and focus groups, and third-party smartphone studies.  I found that the most important smartphone / iPhone / iPad functionalities that drive customer purchase decisions are different from those enabled by the Patents-in-Suit.  I also found that the most wanted smartphone features are different from those enabled by the Patents-in-Suit.  In addition, Apple and Samsung have not made use of the technology enabled by the Patents-in-Suit in their marketing and advertising materials.

### (a) Smartphone / iPhone / iPad / Tablet Consumers' Purchasing Factors

126.    Apple considers customer preferences and consumer feedback and conducts monthly surveys of iPhone buyers.[275]  In its July and November 2007 reports, Apple concluded that "[t]op features leading to an iPhone purchase include advanced capabilities in a well designed convergent device."[276]  The top reason for purchase of an iPhone 3G was "the need for a combination music, email and Web device."[277]  "iPhone buyers want[ed] an easy to use integrated device with Web capabilities," Apple noted in its FY2009-Q1 iPhone 3G Buyer Survey.[278]  Apple reached the same conclusion in later iPhone buyer studies.[279]

> By far, iPhone buyers want a mobile phone that combines email, Web, music, and downloadable games and other applications.[280]

---

[275] iPhone Buyer Survey, APLNDC0001218489-608 at '491. [5.36]

[276] iPhone Early Buyer Wave 1 Final Report, Apple Market Research & Analysis, July 2007, APLNDC-Y0000029092-135 at '095. [3.18]  See also iPhone Buyer Wave 2 Final Report, November 2007, Apple Market Research & Analysis, November 2007, APLNDC-Y0000029136-204 at '139. [5.37]

[277] iPhone 3G Buyer Survey, Apple Market Research & Analysis, November 14, 2008, APLNDC-Y0000027600-675 at '608. [5.38]  See also iPhone 3G Buyer Survey, Apple Market Research & Analysis, FY09-Q1, APLNDC-Y0000026173-256 at '182. [6.1]

[278] iPhone 3G Buyer Survey, Apple Market Research & Analysis, FY09-Q1, APLNDC-Y0000026173-256 at '181. [6.1]

[279] iPhone 3G Buyer Survey, Apple Market Research & Analysis, FY09-Q2, APLNDC-Y0000026257-347 at '266. [6.2]  See also iPhone Buyer Survey, Apple Market Research & Analysis, FY09–Q3, APLNDC-Y0000026348-460 at '352. [6.3]  See also iPhone Buyer Survey, Apple Market Research & Analysis, FY09-Q4, APLNDC-Y0000026461-573 at '473-478. [6.4]

[280] iPhone 3G Buyer Survey, FY09-Q2, Apple Market Research & Analysis, APLNDC-Y0000026257-347 at '261. [6.2]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

> The desire for a combination device that included phone, music, email, Web, and games and apps was the main purchase motivator for a large segment of iPhone buyers.[281]

127.    In a February 2010 iPhone Owner Study, Apple stated that "Internet capabilities and being a combination device (phone, Internet, and iPod) were the most important features or attributes at time of purchase."[282]   According to surveys fielded during FY2010-Q3, a large proportion of iPhone buyers purchased the iPhone because they wanted a phone with a combination of features, including music, email, Web, downloaded games and other applications.[283]   Apple noted that "[t]he most important features in the iPhone purchase decisions are Web capabilities, ease of use and a combination device (phone, iPod, internet, etc.)"[284]   In FY2010-Q4, FY2011-Q1, and FY2011-Q2 surveys, Apple found that web capabilities, ease of use, and the ability to download and use applications were rated the highest in importance by iPhone buyers in their purchase decisions.[285]   Similarly, according to surveys fielded during FY2011-Q3, the main reason for purchasing the iPhone in the US was a buyer's desire to have a phone that combines music, email, Web, downloaded games and other applications.[286]   In a May 2011 iPhone Owner Survey, ability to access email and the web, ease of use, and sound quality of phone calls were listed as the most important iPhone features that influenced consumers' purchase decisions.[287]   In a November 2011 survey, over one-third of respondents stated that they purchased an iPhone 4S for such specific features as Siri, 8 megapixel camera with improved optics, and dual-core A5 chip.[288]   The most important features and attributes in purchase decisions also included ease of use, battery life, and faster download

---

[281] iPhone Buyer Survey, FY09–Q3, Apple Market Research & Analysis, APLNDC-Y0000026348-460 at '352. [6.3]  *See also* iPhone Buyer Survey, FY10-Q1, Apple Market Research & Analysis, APLNDC-Y0000026574-868 at '578. [6.5]  *See also* iPhone Buyer Survey, FY10-Q2, Apple Market Research & Analysis, APLNDC-Y0000026687-807 at '691. [6.6]

[282] iPhone Owner Study, Apple Market Research & Analysis, February 2010, APLNDC-Y0000024334-548 at '339 and '353. [6.7]

[283] iPhone Buyer Survey, APLNDC0001218489-608 at '493, '497-505. [5.36]  *See also* iPhone Buyer Survey, Apple Market Research & Analysis, FY10-Q3, APLNDC-Y0000027136-255 at '140, '144-152. [6.8]

[284] iPhone Buyer Survey, APLNDC0001218489-608 at '493, '499-498. [5.36]  *See also* iPhone Buyer Survey, Apple Market Research & Analysis, FY10-Q3, APLNDC-Y0000027136-255 at '140. [6.8]

[285] iPhone Buyer Survey, Apple Market Research & Analysis, FY10-Q4, APLNDC-Y0000027256-340 at '261, '266-'272. [3.14]  *See also* iPhone Buyer Survey, Apple Market Research & Analysis, FY11-Q2, APLNDC0000036266-348 at '274, '282-286. [7.1]  *See also* iPhone Buyer Survey, Apple Market Research & Analysis, FY11-Q1, APLNDC-Y0000027341-422 at '356-'359. [3.15]

[286] iPhone Buyer Survey, Apple Market Research & Analysis, FY11-Q3, APLNDC0000036172-265 at '183. [7.2]

[287] iPhone Owner Study, May 2011, Apple Market Research & Analysis, May 2011, APLNDC-Y0000025024-147 at '063. [3.16]

[288] iPhone 4S Early Buyer Survey, Apple Market Research & Analysis, November 2011, APLNDC-X0000006506-547 at '511, '531. [7.3]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

speeds.[289]   Overall, "screen quality, ability to access email and the Web, and combining features and functions are the most important attributes in the smartphone purchase decision," according to a January 2011 US Smartphone Market study commissioned by Apple.[290]

128.    Apple also conducts monthly iPad buyer studies.[291]   In an August 2010 iPad Buyer Survey, Apple noted that the desire to own an iPad was based on such product features as being portable, lightweight, Wi-Fi capable, and easy to use.[292]   "Web browsing, email, ebooks, and apps from the App Store were the main activities that made owners want an iPad."[293]   In July 2010, FY10-Q4, FY11-Q1 iPad Tracking studies, Apple pointed out that "portability, Wi-Fi, and entertainment were key features in prompting [iPad] purchase in the US."[294]   In FY2011-Q2 and FY2011-Q3 studies, Apple analyzed purchase decision making and concluded that "[b]rowsing the web, checking personal email, using apps from the App Store, and reading eBooks were the top planned activities that made owners want an iPad."[295]   In addition, "the iPad's portability, Wi-Fi capabilities, and entertainment potential continued to have the greatest appeal to owners."[296]

129.    Samsung also conducts focus groups and consumer preference studies. According to its 2010 Focus Group Interview, "iPhone owners place the most importance on reputation, ability to download application and web browsing capabilities during the purchasing process; design and form factor are also important to these consumers."[297]   "Android owners place the most importance on phone's uniqueness and cool factor as well as operating system

---

[289] iPhone 4S Early Buyer Survey, Apple Market Research & Analysis, November 2011, APLNDC-X0000006506-547 at '511, '532. [7.3]

[290] Smartphone Market Study US, Apple Market Research & Analysis, January 2011, APLNDC000143059-154 at '063, '083-'085. [3.17]

[291] iPad Tracking Study, Apple Market Research & Analysis, FY11-Q2, APLNDC0000036349-570 at '351. [7.4]

[292] iPad Buyer Survey, Apple Market Research & Analysis, August 2010, APLNDC-Y0000023361-427 at '384, '386-'387. [3.20]

[293] iPad Buyer Survey, Apple Market Research & Analysis, August 2010, APLNDC-Y0000023361-427 at '388-'389. [3.20]

[294] iPad Tracking Study, July 2010 Report, Apple Market Research & Analysis, September 2010, APLNDC-Y0000023428-578 at '490. [7.5]  See also iPad Tracking Study, FY10-Q4 Report, Apple Market Research & Analysis, October 2010, APLNDC-Y0000023579-729 at '641. [7.6]  See also iPad Tracking Study, FY11-Q1 Report, Apple Market Research & Analysis, February 2011, APLNDC-Y0000023730-907 at '816. [7.7]

[295] iPad Tracking Study, FY11-Q2, Apple Market Research & Analysis, May 2011, APLNDC0000036349-570 at '451. [7.4]  See also iPad Tracking Study, FY11-Q3 Report, Apple Market Research & Analysis, August 2011, APLNDC-Y0000024130-333 at '136. [8.1]

[296] iPad Tracking Study, Apple Market Research & Analysis, FY11 – Q2, APLNDC0000036349-570 at '430. [7.4]  See also iPad Tracking Study, FY11-Q3 Report, Apple Market Research & Analysis, August 2011, APLNDC-Y0000024130-333 at '136. [8.1]

[297] Users Mobiles America 2010, April 15, 2010, SAMNDCA00221819-877 at '851. [8.2]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

during the purchasing process; design and form are also somewhat important to these consumers," according to a Focus Group Interview report.[298]  As reported in an August 4, 2010 Samsung study entitled "Understanding the iPad Market," iPad owners named portability, iTunes compatibility and screen size of the iPad as main factors that affected their purchase decisions.[299]

130.   Third party observers also noted a range of reasons for purchasing a smartphone.  A survey by independent app store GetJar pointed out that embedded content is an increasingly important factor that influences consumers' decisions to buy a smartphone.[300] GetJar stated that embedded content is more important in purchase decisions than price, design and touchscreen capability.[301]

131.   ChangeWave Research surveyed 1,212 consumers who had purchased a smartphone within the six months prior to November 2, 2010 to explain why they chose their particular model.[302]   iPhone owners named Features/Functionality, Upgrade and Ease of Use/Reliability as the top three reasons why they purchased their new Apple smartphone.[303] Features/Functionality, Price/Deals and Android OS were ranked as the top three reasons why buyers chose their new Samsung smartphone.[304]

---

[298] Users Mobiles America 2010, April 15, 2010, SAMNDCA00221819-877 at '851. [8.2]

[299]Understanding the iPad Market, Samsung, August 4, 2010, SAMNDCA00234369-405 at '382. [8.3]

[300] Design for Smartphone UX, Samsung Design America (SDA), September 6, 2009, SAMNDCA00204410-494 at '486. [8.4]

[301] Design for Smartphone UX, Samsung Design America (SDA), September 6, 2009, SAMNDCA00204410-494 at '486. [8.4]

[302] ChangeWave Research: Consumer New Smart Phone Owners Survey, November 4, 2010, SAMNDCA00235395-419 at '395, '398. [8.6]

[303] ChangeWave Research: Consumer New Smart Phone Owners Survey, November 4, 2010, SAMNDCA00235395-419 at '399. [8.6]

[304] ChangeWave Research: Consumer New Smart Phone Owners Survey, November 4, 2010, SAMNDCA00235395-419 at '399. [8.6]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 24: Reasons for Choosing a Smartphone[305]**





132.   In a January 2011 Smartphone Market Study commissioned by Apple, screen quality and size, email and web, combining features/functions, and the OS were named as the most important features and attributes in the smartphone purchase decision.[306] An August 2011 "Smartphone Purchase Influencers at Retail" study highlights the importance of screen quality, ease of use, and value for price paid in smartphone purchase decisions.[307]

---

[305] ChangeWave Research: Consumer New Smart Phone Owners Survey, November 4, 2010, SAMNDCA00235395-419 at '399. [8.6]

[306] Smartphone Market Study – US, Apple Market Research & Analysis, January 2011, APLNDC0001434059-154 at '083. [3.17]

[307] Smartphone Purchase Influences at Retail, Apple Market Research & Analysis, August 29, 2011, APLNDC0001793637-702 at '657. [13.12]

64

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

133.    According to a CEA Webinar entitled "State of Tablet Market," portability was the key reason for tablet purchase.[308]  Specifically, size, Android OS, and Flash player capabilities were named as top drivers for purchasing the Galaxy Tab.[309]  Resolve Market Research conducted a study on the impact of the iPad on other media and entertainment devices.[310]  The results of the study indicated that being "an entertaining and cool device" was the number one reason to own the iPad.[311]  A YUDU Media report also noted that "entertainment (56%)," "cool factor (42%)," "convenience (40%)" and "Apple brand (28%)" were the top reasons for wanting the iPad.[312]  Participants of a User Performance and Satisfaction study conducted by Strategy Analytics rated "Ease of Use" as the most important feature when considering purchasing a tablet device.[313]  "Portability" was the second most important feature, followed by "Display Quality" and "Display Size."[314]

134.    I have, however, noticed that in a January 2009 Global Mobile Phone Market study, a touchscreen capability of iPhone was ranked as the second most important factor in iPhone consideration.[315]  Forty-nine percent of US respondents placed a greater importance on this functionality of iPhone.[316]  At the same time, 18 percent of respondents did not consider purchasing an iPhone because they did not want a smartphone with a touchscreen.[317]  The NPD group also pointed out in its February 2011 study that "[a]s more and more devices offer touch screen interface, the appeal of touch screens as an interest driver for tablets seems to have waned over the last year, but the ability to use tablets without a desktop surface and the slim design seems to be gaining importance in attracting consumers to these devices."[318]

---

[308] CEA Webinar: "State of Tablet Market," Key Slides & Summary, May 5, 2011, SAMNDCA00237209-223 at '215. [8.7]

[309] Post Launch Consumer Insights Summary, March 2011, SAMNDCA00027737-770 at '768. [8.8]

[310] The Apple iPad Trends and Statistics, YUDU Media, SAMNDCA00184496-514 at '498. [13.10]

[311] The Apple iPad Trends and Statistics, YUDU Media, SAMNDCA00184496-514 at '498. [13.10]

[312] The Apple iPad Trends and Statistics, YUDU Media, SAMNDCA00184496-514 at '499. [13.10]

[313] Tablet Device Evaluation, August 2, 2010, User Experience & Strategic Marketing, Samsung Telecommunications of America, Strategy Analytics, SAMNDCA00250930-988 at '974. [13.11]

[314] Tablet Device Evaluation, August 2, 2010, User Experience & Strategic Marketing, Samsung Telecommunications of America, Strategy Analytics, SAMNDCA00250930-988 at '974. [13.11]

[315] Global Mobile Phone Market Study, Apple Market Research & Analysis, January 2009 (Fielded November 2008), APLNDC0001256422-504 at '487. [8.9]

[316] Global Mobile Phone Market Study, Apple Market Research & Analysis, January 2009 (Fielded November 2008), APLNDC0001256422-504 at '487. [8.9]

[317] Global Mobile Phone Market Study, Apple Market Research & Analysis, January 2009 (Fielded November 2008), APLNDC0001256422-504 at '485. [8.9]

[318] The NPD Group: Apple iPad Owner Study II: An Updated Look Into Tablet Awareness Ownership and Usage, February 2011, APL-ITC796-0000502479-588 at '500. [9.1]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

135.    According to a Q4 2010 ComTech report, only one percent of iPhone owners purchased iPhone because of its design and color.[319]  In a Q1 2011 ComTech report, two percent of respondents listed design and color as the reason for ownership.[320]  Similarly, in an Android Market Overview study commissioned by Apple, only one percent of respondents chose the iPhone for the reason of design and color.[321]

136.    It is also my understanding that the smartphone choice is frequently defined by the service provider.[322]  A January 2011 Smartphone market study suggests that smartphone buyers are likely to limit their smartphone choices to their current service provider.[323]  Mr. Joswiak also agreed that it is a general rule that "consumers are more likely to stick with their carrier provider than they are to switch."[324]

### (b)  Smartphone and Tablet Desired Features

137.    "Today's smartphone buyers are more mainstream adopters of technology" that "have simple needs," according to an Apple internal survey.[325]  Apple finds that fast internet access is a "key need" of smartphone buyers, while other needs include a "good" camera, email, some basic Apps, speed and attractive design.[326]  In a January 2009 Global Mobile Phone Market Study commissioned by Apple, camera, email and calendar were named as three top capabilities wanted by US smartphone buyers on their next phone.[327]  A Consumer Inside Framework study conducted between June and July 2010 points out that consumers desire a

---

[319] Deposition of Jared Gosler, February 22, 2012, p. 112. [8.10]  See also ComTech United States Report Q410, Apple Market Research & Analysis, February 11, 2011, APLNDC00010809-809.54 at '809.23. [8.11]

[320] Deposition of Gregory Joswiak, Volume II, February 24, 2012, p. 422. [9.3]  See also ComTech United States - Report Q111, Apple Market Research & Analysis, May 6, 2011, APLNDC0002831037-088 at '058. [4.10]

[321] Deposition of Gregory Joswiak, Volume II, February 24, 2012, pp. 419-420. [9.3]  See also Android Market Overview, Apple Market Research & Analysis, CY10-Q4, APLNDC00004618-736 at '646. [11.23]

[322] Deposition of Gregory Joswiak, Volume II, February 24, 2012, p. 386. [9.3]

[323] Deposition of Gregory Joswiak, Volume II, February 24, 2012, p. 384. [9.3]  See also Smartphone Market Study US, Apple Market Research & Analysis, January 2011, APLNDC0001434059-154 at '083. [3.17]

[324] Deposition of Gregory Joswiak, Volume II, February 24, 2012, pp. 384-385, 440. [9.3]  See also Deposition of Gregory Joswiak, Volume I, February 23, 2012, p. 60. [9.2]

[325] Point-of-Sale Influence on Smartphone Buyers, July 2011, Apple Market Research & Analysis, July 2011, APLNDC-Y0000025232-304 at '240, '242. [9.5]

[326] Deposition of Gregory Joswiak, Volume II, February 24, 2012, p. 366. [9.3]  See also Point-of-Sale Influence on Smartphone Buyers, July 2011, Apple Market Research & Analysis, July 2011, APLNDC-Y0000025232-304 at '243. [9.5]

[327] Global Mobile Phone Market Study - 12 Country Omnibus Study, Apple Market Research & Analysis, January 2009, APLNDC0001256422-504 at '480. [8.9]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

mobile device with reliable performance (such as memory, processor and battery) and network service, multitasking, most up to date technology (3D, video, photo), and compatibility across devices and services.[328]

138.    Business users rated Ease of Operation as the most important feature of the smartphone, according to J.D. Power and Associates.[329]   Other smartphone features that are important to users include Operating System, Physical Design, Handset Features and Battery Life.[330]  In particular, customers are more reluctant to let the battery on their phone run out than they would be on other devices, since this would leave them with no form of communication.[331]

**Figure 25:  Smartphone Features Important to Business Uses**[332]



Which Smartphone Features Matter Most?

- Ease of Operation
- Operating System
- Physical Design
- Handset Features
- Battery

Source: J.D. Power & Assoc.

Importance to Business Users

139.    Similarly, a 2010 comScore study found that Ease of Use and Length of Battery Life are most wanted smartphone features.[333]  New smartphone owners[334] also ranked Applications, Ease of Use and Internet Access as the most loved features of a smartphone.[335]

---

[328] CIF US Results Report Final, July 23, 2010, Iconmobile Group, SAMNDCA00225505-611 at '507, '631, '549, '561, '576. [9.6]

[329] 2009 Mobile UX Forecast: M.T.O.C., Samsung Electronics Co., LTD, November 10, 2008, SAMNDCA00214969-5201 at '5083. [6.5]

[330] 2009 Mobile UX Forecast: M.T.O.C., Samsung Electronics Co., LTD, November 10, 2008, SAMNDCA00214969-5201 at '5183. [6.5]

[331] Top Trends for the Next Year and Beyond, System Concepts, 2009 Mobile UX Forecast, SAMNDCA00214739-745 at '741. [9.4]

[332] 2009 Mobile UX Forecast: M.T.O.C., Samsung Electronics Co., LTD, November 10, 2008, SAMNDCA00214969-5201 at '5183. [6.5]

[333] comScore, Using Consumer Insights to Cover Opportunities in Next Generation Mobile Devices, Donovan Mark, CES 2010, SAMNDCA00230720-761 at '756. [9.7]

[334] New smartphone owners are defined as customers that purchased a smartphone within 6 months prior to May 2010, Samsung Lovemark Mobile & Web Research, June 23, 2010, SAMNDCA00207695-765 at '732. [9.8]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

Figure 26:  Most Loved Smartphone Features, May 2010[336]



140.    In November 2010, ChangeWave Research queried smartphone buyers on the specific feature they liked best about their smartphones.[337]  Ease of Use was the top thing new owners liked most about their smartphones, followed by Applications and Screen.[338]

[335] New smartphone owners are defined as customers that purchased a smartphone within 6 months prior to May 2010. Samsung Lovemark Mobile & Web Research, June 23, 2010, SAMNDCA00207695-765 at '736. [9.8]

[336] New smartphone owners are defined as customers that purchased a smartphone within 6 months prior to May 2010, Samsung Lovemark Mobile & Web Research, June 23, 2010, SAMNDCA00207695-765 at '736. [9.8]

[337] ChangeWave Research: Consumer New Smart Phone Owners Survey, November 4, 2010, SAMNDCA00235395-419 at '397. [8.6]

[338] ChangeWave Research: Consumer New Smart Phone Owners Survey, November 4, 2010, SAMNDCA00235395-419 at '397. [8.6]

**Figure 27: Best Feature of a Smartphone[339]**



141. Consumers increasingly value handsets that can perform more complicated processes.[340] According to ABI Research, a mobile handset has become an extension of the user's home computer.[341] For example, the App store can be accessed from iTunes from a Mac/PC, an iPod and an iPhone. According to System Concepts, iTunes has played a key role in the success of the iPhone.[342] According to the study, iTunes has made the iPhone familiar and easy to use.[343] According to a Smartphone Market Opportunity Study conducted by Ipsos Marketing, larger screen, multitasking, and portability are named as the most preferred features of a smartphone.[344]

142. Smartphone users also utilize faster speeds to use more services, such as video calls, web, streaming, VoIP, etc.[345] System Concepts predicts that 4G services may become

---

[339] ChangeWave Research: Consumer New Smart Phone Owners Survey, November 4, 2010, SAMNDCA00235395-419 at '397. [8.6]

[340] 2009 Mobile UX Forecast: M.T.O.C., Samsung Electronics Co., LTD, November 10, 2008, SAMNDCA00214969-5201 at '5063. [8.5]

[341] 2009 Mobile UX Forecast: M.T.O.C., Samsung Electronics Co., LTD, November 10, 2008, SAMNDCA00214969-5201 at '5063. [8.5]

[342] Top Trends for the Next Year and Beyond, System Concepts, 2009 Mobile UX Forecast, SAMNDCA00214739-745 at '742. [9.4]

[343] Top Trends for the Next Year and Beyond, System Concepts, 2009 Mobile UX Forecast, SAMNDCA00214739-745 at '742. [9.4]

[344] Smartphone Market Opportunity Study Final Report, April 2011, Prepared for Samsung Electronics, SAMNDCA00226589-816 at '697. [9.9]

[345] Top Trends for the Next Year and Beyond, System Concepts, 2009 Mobile UX Forecast, SAMNDCA00214739-745 at '745. [9.4]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

standard within the next few years.[346]  Smartphone customers also expect Wi-Fi as a standard capability of a smartphone.[347]

143.    According to a 2010 Focus Group Interview conducted by Samsung, smartphone users consider Web Browsers to be critical features because they provide a sense of security and instantaneous access to the world.[348]    The GPS feature is extremely important to smartphone users in the car.[349]  Taking Pictures is considered to be of high importance to users who like to take pictures on the go and send them to their family and friends instantaneously.[350]

144.    A study by Kelsey Group also shows an increase in mobile search activities such as downloading or looking at maps/directions, searching the internet for products and services, finding information about movies and other entertainment, and connecting to a social network (Facebook/MySpace) in the past years.[351]  Similarly, according to IBM research, an increasing number of users are researching products they plan to purchase through the mobile web.[352]

145.    A 2011 Wireless Smartphone Satisfaction Study conducted by J.D. Power and Associates finds that the top smartphone features desired on owners' future device include memory expansion, push-to-talk capability, touch screens and voice recognition.[353]    According to the study, Apple smartphone users are most interested in further developing their handset's ability to capture and record video and have memory expansion options.[354]

146.    When asked about their top-three favorite features, iPad owners pointed to portability, Wi-Fi connectivity and the ability to surf the web, as found in a February 2011 NPD Group survey.[355]    iPad owners who purchased the device for themselves appear more enthusiastic about Wi-Fi connectivity, ability to surf the web, 3G connectivity and the ability to

---

[346] Top Trends for the Next Year and Beyond, System Concepts, 2009 Mobile UX Forecast, SAMNDCA00214739-745 at '745. [9.4]

[347] Top Trends for the Next Year and Beyond, System Concepts, 2009 Mobile UX Forecast, SAMNDCA00214739-745 at '745. [9.4]

[348] Users Mobiles America 2010, April 15, 2010, SAMNDCA00221819-877 at '827-828, '840. [8.2]

[349] Users Mobiles America 2010, April 15, 2010, SAMNDCA00221819-877 at '840. [8.2]

[350] Users Mobiles America 2010, April 15, 2010, SAMNDCA00221819-877 at '840. [8.2]

[351] 2009 Mobile UX Forecast: M.T.O.C., Samsung Electronics Co., LTD, November 10, 2008, SAMNDCA00214969-5201 at '5060. [8.5]

[352] 2009 Mobile UX Forecast: M.T.O.C., Samsung Electronics Co., LTD, November 10, 2008, SAMNDCA00214969-5201 at '5068. [8.5]

[353] 2011 Wireless Smartphone Satisfaction Study, Management Report, J.D. Power and Associates, March, 2011, SAMNDCA10246338-445 at '360 and '366. [13.9]

[354] 2011 Wireless Smartphone Satisfaction Study, Management Report, J.D. Power and Associates, March, 2011, SAMNDCA10246338-445 at '360 and '367. [13.9]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

watch movies.  Those who received their device as a gift are more likely to rate portability, overall size, ability to read eBooks and the ability to play music.[356]

### (c)   Lack of Patents' Use for Overall Marketing Objectives

147.   As is evidenced in the paragraphs below, Apple and Samsung have made little or no use of the technology enabled by the Patents-in-Suit in their marketing and advertising materials.

148.   Apple's iPhone 3G and 3GS advertising campaigns focused on applications that fulfill various lifestyles and interests.  Apple realized the importance of applications to iPhone users and highlighted the quality and range of apps available on the iPhone in newspapers and magazines.[357]  In particular, the iPhone 3GS magazine advertising reads:[358]

> The iPhone 3GS. With amazing new features like video recording and voice control, plus over 50,000 apps on the App Store. It's the fastest, most powerful iPhone yet.

149.   Apple specifically rolled out several newspaper ads showing new apps and explaining how these apps make the user's life easier.[359]  Apple emphasized that the iPhone has all kinds of apps, including apps for specific genres and interests.[360]  For example, Apple suggested that iPhone 3GS users make Mother's Day special by using apps.  The iPhone 3GS ad reads, "From picking the perfect bouquet to booking a spa treatment, there are all kinds of apps on the App Store to help make Mother's Day special this year."[361]

150.   Stephanie Chen, Account Director at Media Arts Lab, testified that the iPhone 3G sustaining campaign[362] "was based around apps."[363]  "[T]he whole idea was around, like, 'There's an app for that.'  That's where we kind of coined the term or the slogan for it.  And so a

---

[355] The NPD Group: Apple iPad Owner Study II: An Updated Look Into Tablet Awareness Ownership and Usage, February 2011, APL-ITC796-0000502479-588 at '489 and '518. [9.1]

[356] The NPD Group: Apple iPad Owner Study II: An Updated Look Into Tablet Awareness Ownership and Usage, February 2011, APL-ITC796-0000502479-588 at '547. [9.1]

[357] iPhone Advertising Overview: US Market, APLNDC0001324059-066 at '061-062. [9.10]

[358] iPhone 3GS, APLNDC0001324015. [9.11]

[359] iPhone Advertising Overview: US Market, APLNDC0001324059-066 at '065. [9.10]  *See also* Introducing 16 apps that need no introduction, APLNDC0001323952. [9.12]  *See also* Taking the work out of summer vacation, one app at a time. APLNDC0001324014. [9.13]

[360] iPhone Advertising Overview: US Market, APLNDC0001324059-066 at '065. [9.10]  *See also* Demos – Groceries, APLNDC0001324010. [9.14]  *See also* Show mom she's app-reciated, APLNDC0001323981. [9.15]

[361] Show mom she's app-reciated, APLNDC0001323981. [9.15]

[362] Deposition of Stephanie Chen, March 8, 2012, p. 118. [12.24]

[363] Deposition of Stephanie Chen, March 8, 2012, pp. 21, 28, 121. [12.24]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

lot of it was just showing the breadth of what apps could do on the phone," Ms. Chen stated in her deposition.[364] The focus of the sustaining advertising for the iPhone 3GS was on more apps.[365] Ms. Chen explained that Apple "moved on to featuring six apps in one spot."[366]

151.    Apple also dedicated the largest portion of its TV spending to the "There's an App for that" campaign.[367] According to Samsung, Apple spent $286 million advertising apps available on the iPhone 3G and 3GS.[368]

152.    Apple's advertising campaign for iPhone 4 focused on the FaceTime video calling feature.[369] The iPhone 4 magazine ad's tagline is "Introducing FaceTime video calling. Smile." Apple also highlighted Retina Display, Multitasking and HD Video Recording functionalities of iPhone 4 on its website.[370] Ms. Chen testified that the retina screen, battery and HD video editing were emphasized in Apple advertising for the iPhone 4.[371]

153.    Later, the iPhone 4S advertising campaign featured iPhone 4S's advanced voice recognition technology.[372] Apple marketed its iPhone 4S as "a phone that can does *(sic)* almost all things just by voice activation."[373] The iPhone 4S magazine ad's tagline reads, "You speak. Siri helps. Say hello to the most amazing iPhone yet."[374]

154.    "Despite the myriad of functionality packaged in the iPad, Apple has made the Internet experience the heading feature [of iPad]," according to an August 4, 2010 Samsung study entitled "Understanding the iPad Market."[375] Apple spent significant time giving a simple

---

[364] Deposition of Stephanie Chen, March 8, 2012, p. 121. [12.24]

[365] Deposition of Stephanie Chen, March 8, 2012, p. 123. [12.24]

[366] Deposition of Stephanie Chen, March 8, 2012, p. 123. [12.24]

[367] Apple iPhone TV Spending by Marketing Message, December 1, 2011, SAMNDCA00235640-643 at '641. [9.16]

[368] Apple iPhone TV Spending by Marketing Message, December 1, 2011, SAMNDCA00235640-643 at '643. [9.16]

[369] iPhone 4 - Introducing FaceTime video calling. Smile., APLNDC-X0000007673. [9.17]

[370] Apple - iPhone 4 - Video Calls, Multitasking, HD Video, and More, <http://www.apple.com/iphone/>, accessed on July 27, 2011, APLNDC0001218644-645 at '645. [9.18]

[371] Deposition of Stephanie Chen, March 8, 2012, p. 125. [12.24]

[372] "Where's the nearest gas station?" APLNDC-X0000007735. [9.19] *See also* "Will I need an umbrella this weekend?" APLNDC-X0000007736. [9.20] *See also* "I feel like sushi," APLNDC-X0000007737. [9.21]

[373] Competitor Marketing Communication Analysis, October 2011, SAMNDCA00228621-742 at '624. [12.25]

[374] "Where's the nearest gas station?" APLNDC-X0000007735. [9.19] *See also* "Will I need an umbrella this weekend?" APLNDC-X0000007736. [9.20] *See also* "I feel like sushi," APLNDC-X0000007737. [9.21]

[375] Understanding the iPad Market, Samsung, August 4, 2010, SAMNDCA00234369-405 at '382. [8.3]