# EXHIBIT 4

Highly Confidential - Outside Counsel Eyes Only

Page 1

1               UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4     APPLE, INC., a California

5     Corporation,

6              Plaintiff,        Civil Action No.

7       vs.                      11-CV-01846-LHK

8     SAMSUNG ELECTRONICS CO., LTD.,

9     et. al.,

10             Defendants.

11    _____/

12

13

14    HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

15         VIDEOTAPED DEPOSITION OF JULIE DAVIS

16                 CHICAGO, ILLINOIS

17              MONDAY, AUGUST 26, 2013

18

19

20

21

22

23    Reported by:

24    DEBORAH HABIAN, RMR, CRR, CLR

25    JOB NO. 65086

Highly Confidential - Outside Counsel Eyes Only

Page 14

1    appearing on behalf of the alleged infringer,

2    correct?

3        A.  Yes.

4        Q.  In the cases where you testified on

5    behalf of the alleged infringer, in the           08:40AM

6    smartphone cases, did you address the subject of

7    lost profits in any of them?

8        A.  I don't believe any of those cases were

9    ones where the patentee asserted a lost profits

10   claim.                                             08:41AM

11       Q.  So your testimony was limited to

12   reasonable royalty?

13       A.  There may have been other aspects of

14   the testimony, but the primary role was related

15   to reasonable royalty.                             08:41AM

16       Q.  You never personally negotiated the

17   license; is that right?

18       A.  I have not ever negotiated a patent

19   license, that is correct.

20       Q.  Have you ever negotiated a nonpatent     08:41AM

21   license?

22       A.  There may have been such licenses

23   related to the business of Davis & Hosfield, but

24   I have not negotiated a license on behalf of a

25   client.                                            08:41AM

Highly Confidential - Outside Counsel Eyes Only

Page 15

1    Q.  Davis & Hosfield is your consulting

2  business, correct?

3    A.  That is correct.

4    Q.  And you're not a -- personally a

5  taxation expert, correct?                           08:41AM

6    A.  I do not hold myself out as a taxation

7  expert.  I certainly have some tax background

8  related to my education as an accountant.

9    Q.  You're not an economist are you?

10    A.  I do not think of myself as an           08:42AM

11  economist.

12    Q.  You're not an economist, not simply

13  that you don't think of yourself as an

14  economist, correct?

15    A.  People who don't know any better have    08:42AM

16  sometimes referred to me as an economist.  I do

17  not have a background in economics other than

18  the courses that I completed in pursuit of my

19  accounting and business administration degree.

20    Q.  You're not an expert on marketing,       08:42AM

21  correct?

22    A.  I do not hold myself out as an expert

23  in marketing.  I certainly have to address

24  marketing issues in each of my intellectual

25  property matters.                                   08:42AM

Highly Confidential - Outside Counsel Eyes Only

Page 16

1    Q.   You've never been qualified by a court

2  as an expert on marketing, correct?

3    A.   Not strictly marketing, that's correct.

4    Q.   You're not an expert on consumer

5  decision-making, correct?                          08:43AM

6    A.   I do not think of myself as an expert

7  on consumer decision-making.

8    Q.   And you're not an expert on the

9  telecommunications industry, correct?

10    A.   I certainly have worked on a number of    08:43AM

11  cases in the telecommunications industry, but I

12  have not worked within that industry as an

13  employee.  I do not think of myself as an expert

14  in that industry, other than the knowledge that

15  I have acquired through my work on cases in that  08:43AM

16  industry.

17    Q.   You're not an expert on US smartphone

18  market, right?

19    A.   I know a considerable amount about the

20  US smartphone market having studied it for a      08:43AM

21  number of cases, but I do not consider myself to

22  be an expert in that marketing area.

23    Q.   You're similarly not an expert on US

24  tablet market, correct?

25    A.   Once again, I have learned a great deal    08:43AM