# EXHIBIT 1

Highly Confidential - Outside Counsel Eyes Only

Page 1

1         UNITED STATES DISTRICT COURT
2         NORTHERN DISTRICT OF CALIFORNIA
3               SAN JOSE DIVISION
4   APPLE, INC., a California
5   Corporation,
6            Plaintiff,        Civil Action No.
7     vs.                       11-CV-01846-LHK
8   SAMSUNG ELECTRONICS CO., LTD.,
9   et. al.,
10           Defendants.
11   _____/
12
13
14   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
15         VIDEOTAPED DEPOSITION OF JULIE DAVIS
16                CHICAGO, ILLINOIS
17              MONDAY, AUGUST 26, 2013
18
19
20
21
22
23   Reported by:
24   DEBORAH HABIAN, RMR, CRR, CLR
25   JOB NO. 65086

Highly Confidential - Outside Counsel Eyes Only

1   A.  There isn't one that jumps out to me,
2   as I sit here right now, that addresses that
3   point in particular.
4   Q.  Most iPhone users put a case on their
5   phones when they use it, correct?                    10:54AM
6   A.  I think a lot of iPhone users do so,
7   but that doesn't necessarily cover the front of
8   the device.
9   Q.  Have you seen data in Apple surveys
10  that suggest that 70 or more percent of iPhone       10:55AM
11  users use a case on their phones?
12  A.  I have seen such data.  I don't recall
13  the specifics, but that number does not sound
14  out of line to me.
15  Q.  You did not address that evidence in             10:55AM
16  your report, correct?
17  A.  No, I don't think the percentage of
18  customers who put a cover on the device has
19  anything to do with the demand for the design,
20  particularly since the covers don't necessarily      10:55AM
21  cover up that design.
22  Q.  So, no, you have not considered that
23  evidence as part of your report?
24  A.  Not as it relates to the demand for the
25  patented feature or the patented product.            10:55AM

Highly Confidential - Outside Counsel Eyes Only

1  Q.  Okay.  A number of documents in the
2  24-PT mention words "beautiful" and such Apple
3  doesn't have a patent on beautiful design,
4  right?
5  A.  To my knowledge, you can't patent       10:56AM
6  beautiful design, but I think the designs that
7  Apple has patented are believed to be beautiful
8  by many.
9  Q.  You realize the patent has to claim
10 particular features or designs, correct?       10:56AM
11 A.  That's generally my understanding of
12 the law.
13 Q.  Okay.  And Apple cannot simply claim a
14 patent on beautiful or cool or any other
15 attributes.  Those are just descriptions;       10:56AM
16 they're not patented features, right?
17 A.  I think that's probably fair to say.
18 Q.  And Apple doesn't have a patent on a
19 rectangular device with round corners; is that
20 right?       10:56AM
21 A.  I don't know if it does or not, but I
22 don't believe that description alone is what's
23 covered by these patents.
24 Q.  Okay.  None of the documents on list
25 24-PT mention the placement of the speaker; is       10:57AM

Highly Confidential - Outside Counsel Eyes Only

1    that correct?
2        A.  I do not recall any documents on
3    Exhibit 24-PT that relate specifically to the
4    placement of the speakers.
5        Q.  We're going to switch topics now.           10:57AM
6            In addressing the availability of lost
7    profits, at what point in time is the
8    availability of acceptable noninfringement
9    alternative relevant?
10       A.  That would be relevant during the           10:57AM
11   damages period in which I compute lost profits.
12       Q.  At what point in time, though?  When
13   does the availability start?
14       A.  For the '381 patent, that would start
15   in August of 2010.  For the '915 and the '677       10:57AM
16   patent, it would start in April of 2011, as I
17   recall, and the remaining patent, the '163, as I
18   recall, starts in June based upon the judge's
19   order.
20       Q.  Now, when does the availability of          10:58AM
21   acceptable noninfringement alternatives become
22   relevant?  It's a slightly different question
23   than damages period.
24       A.  I view them to be related, though,
25   because the acceptability -- or the availability    10:58AM

Highly Confidential - Outside Counsel Eyes Only

1       A.   It may.

2       Q.   What about trade name for iPod?

3       A.   Well, we're not here to talk about

4  iPods, but to the extent --

5       Q.   But it does contribute to the brand of      01:29PM

6  Apple, right?

7       A.   If you're talking about iPod products,

8  it would, perhaps.

9       Q.   Has IP associated with Apple's Mac

10 computers contributed to Apple's overall brand?      01:29PM

11           THE REPORTER:  I'm sorry, Counsel, can

12 you repeat your question?  I lost you.

13 BY MS. MAROULIS:

14      Q.   Has IP associated with Mac computers

15 contributed to Apple's brand?                         01:30PM

16      A.   That's possible, but it would not

17 necessarily relate to the smartphones or tablets

18 at issue in this case.

19      Q.   So are you defining Apple's brand in

20 this paragraph as solely relating to smartphone       01:30PM

21 and tablet products?

22      A.   Not necessarily.  We're just talking

23 about smartphones and tablets in this case.

24      Q.   Does Apple logo contribute to Apple

25 brand?                                                01:30PM

Highly Confidential - Outside Counsel Eyes Only

```
 1        A.   I would expect it may contribute to the
 2   brand.
 3        Q.   Does Apple having its own retail stores
 4   contribute to its brand?
 5        A.   Contribute in what way?                    01:30PM
 6        Q.   Contribute to the brand that Apple has.
 7        A.   I think --
 8        Q.   As part of the brand.
 9        A.   I think the brand probably contributes
10   to the retail stores.  I don't know if it works     01:30PM
11   the other way around.
12        Q.   Does it comprise -- is it part of the
13   brand, having the stores?
14        A.   I don't know.
15        Q.   Okay.  Does Apple's alleged ecosystem     01:31PM
16   contribute to its brand?
17        A.   I think the brand is what contributes
18   to the ecosystem.  I don't know if it works the
19   other way around or not.
20        Q.   Does Apple's reputation for reliability   01:31PM
21   contribute to the brand?
22        A.   I would expect that Apple's reputation
23   for all aspects, including reliability, would be
24   interwoven with the brand.
25        Q.   So there are a lot of different things    01:31PM
```

Highly Confidential - Outside Counsel Eyes Only

| | | |
|---|---|---|
| 1 | that provide value to Apple's brand beyond the | |
| 2 | IP elements asserted in this case, correct? | |
| 3 | A.  Yes, I think there are other aspects of | |
| 4 | Apple's products and company that contribute to | |
| 5 | brand value. | 01:31PM |
| 6 | Q.  And you've attributed none of the value | |
| 7 | of Apple's brand to those other items in your | |
| 8 | analysis as opposed to the IP Apple asserted in | |
| 9 | this case, have you? | |
| 10 | A.  I have not tried to apportion value to | 01:31PM |
| 11 | each of those aspects separately, because I | |
| 12 | think that anything that contributes to the | |
| 13 | Apple brand would be something that Apple would | |
| 14 | prefer not to license, and it would only do so | |
| 15 | at the same price for any aspect. | 01:32PM |
| 16 | Q.  Now, among the IP that Apple holds, it | |
| 17 | has other design patents and trade dress rights | |
| 18 | than those asserted in this case, correct? | |
| 19 | A.  It does. | |
| 20 | Q.  How many?  Do you know? | 01:32PM |
| 21 | A.  I do not. | |
| 22 | Q.  But it's a lot more than the handful of | |
| 23 | patents asserted here, correct? | |
| 24 | A.  I would expect that to probably be | |
| 25 | true. | 01:32PM |

Highly Confidential - Outside Counsel Eyes Only

1    Q.   And you attributed none of the value of
2  Apple's brand to those other design patents and
3  trade dress rights as opposed to those asserted
4  in this case, correct?
5    A.   I have talked in the report and in my         01:33PM
6  calculation of the income-value reference points
7  about the overall value of the brand, and
8  discussed the fact that if Apple were to license
9  any element of the intellectual property that
10 contributes to that brand value, it'd ask for      01:33PM
11 the same royalty.  Therefore, I'm not
12 apportioning that royalty among any of these
13 various components, because it's not necessary
14 to do so.
15   Q.   So whether you license one design            01:33PM
16 patent or you license 300 design patents, you
17 have the same royalty, right?
18   A.   Yes.
19   Q.   In Apple's amended complaint, Apple
20 accused Samsung of infringing a particular icon.   01:34PM
21 It's the eighth note icon.  Do you recall that
22 one?
23   A.   I do not recall that one specifically.
24   Q.   Do you recall the phone icon?
25   A.   I do.                                        01:34PM

Highly Confidential - Outside Counsel Eyes Only

```
 1   STATE OF ILLINOIS        )
                              )   ss:
 2   COUNTY OF C O O K        )
 3            I, Deborah Habian, a Certified
     Shorthand Reporter within and for the State of
 4   Illinois, do hereby certify:
 5        That previous to the commencement of the
     examination of the witness, the witness was duly
 6   sworn to testify the whole truth concerning the
     matters herein;
 7
          That the foregoing deposition was reported
 8   stenographically by me, was thereafter
     reduced to printed transcript by me, and
 9   constitutes a true record of the testimony given
     and the proceedings had;
10
          That the said deposition was taken before
11   me at the time and place specified;
12        That the reading and signing by the witness
     of the deposition transcript was agreed upon as
13   stated herein;
14            That I am not a relative or
     employee of attorney or counsel, nor a relative
15   or employee of such attorney or counsel for any
     of the parties hereto, nor interested directly or
16   indirectly in the outcome of this action.
17            IN WITNESS WHEREOF, I do hereunto set
     my hand this 26th day of August, 2013.
18
19
20
21       _____
         DEBORAH HABIAN, CSR, RMR, CRR, CBC
22       Notary Public
         CSR No. 084-02432
23
24
25
```