| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Charles K. Verhoeven (Bar No. 170151) |
| 2 | charlesverhoeven@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| 4 | Facsimile: (415) 875-6700 |

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51855/5837382.1

Case No. 11-cv-01846-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") bring this Administrative Motion to File Under Seal Samsung's Reply in Support of its Motion to Compel Apple to Provide Information regarding its Public Disclosures of Confidential Information ("Samsung's Reply"), and Exhibit 3 of the Declaration of Robert J. Becher in support thereof ("Exhibit 3").

Apple Inc. has claimed confidentiality over the information included in Samsung's Reply and Exhibit 3. Samsung does not maintain a claim of confidentiality over Samsung's Reply and Exhibit 3, does not believe that the documents include any confidential information, and requests that this Administrative Motion be denied.

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Samsung's Reply in Support of its Motion to Compel Apple to Provide Information regarding its Public Disclosures of Confidential Information | Apple | See highlighted version to be filed within 7 days. |
| Exhibit 3 of the Declaration of Robert J. Becher in Support of Samsung's Reply in Support of its Motion to Compel Apple to Provide Information regarding its Public Disclosures of Confidential Information | Apple | See highlighted version to be filed within 7 days. |

Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel. Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal as a procedural mechanism for filing Samsung's Reply and Exhibit 3 under seal. Apple reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information. Within 7 days of Apple filing its declaration in support of sealing, the parties will prepare and Samsung will file a final consolidated and conformed copy of

1  Samsung's Reply and Exhibit 3 identifying what information Apple has supported sealing in its
2  declaration.
3    Pursuant to the Court's January 29, 2014 Order (Case No. 11-cv-01846, Dkt. 2935), the
4  confidential, unredacted versions of the aforementioned documents will be served on counsel for
5  Apple so that it may indicate what information Apple believes should be redacted from the public
6  version of Samsung's filing.   After receiving Apple's proposed redactions, Samsung will file
7  public, proposed redacted versions of these documents.

9  DATED: March 25, 2014    Respectfully submitted,

              QUINN EMANUEL URQUHART &
              SULLIVAN, LLP

              By /s/ *Victoria F. Maroulis*
                Charles K. Verhoeven
                Kevin P.B. Johnson
                Victoria F. Maroulis
                Michael T. Zeller

              Attorneys for SAMSUNG ELECTRONICS CO.,
              LTD., SAMSUNG ELECTRONICS AMERICA,
              INC. and SAMSUNG
              TELECOMMUNICATIONS AMERICA, LLC