1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20 APPLE INC., a California corporation,            CASE NO. 11-cv-01846-LHK

21              Plaintiff,                          **DECLARATION OF ROBERT J.
                                                    BECHER IN SUPPORT OF SAMSUNG'S
22        vs.                                       ADMINISTRATIVE MOTION TO FILE
                                                    DOCUMENT UNDER SEAL**
23 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
24 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
25 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
26
              Defendants.
27

28

                                                        Case No. 11-cv-01846-LHK
                                                   DECLARATION OF ROBERT J. BECHER

1    I, Robert J. Becher, declare:

2    1.    I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung

3    Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications

4    America, LLC (collectively "Samsung").    I have personal knowledge of the facts set forth in this

5    declaration, except as otherwise noted, and, if called as a witness, could and would testify to those

6    facts under oath.

7    2.    I submit this declaration in support of Samsung's Administrative Motion to File

8    Under Seal Samsung's Reply in Support of its Motion to Compel Apple to Provide Information

9    regarding its Public Disclosures of Confidential Information ("Samsung's Reply"), and Exhibit 3

10   of the Declaration of Robert J. Becher in support thereof ("Exhibit 3").

11   3.    Samsung does not maintain a claim of confidentiality over Samsung's Reply or

12   Exhibit 3.

13   4.    Samsung's Reply and Exhibit 3 include information Apple has claimed is

14   confidential.

15   5.    Pursuant to the Court's January 29, 2014 Order in Case No. 11-cv-01846, *Apple v.*

16   *Samsung*, the confidential, unredacted versions of the aforementioned documents will be served on

17   counsel for Apple so that it may indicate what information Apple believes should be redacted from

18   the public version of Samsung's filing. After receiving Apple's proposed redactions, Samsung will

19   file a public, proposed redacted version of these documents.

20

21   I declare under penalty of perjury of the laws of the United States that the foregoing is true

22   and correct.    Executed in Los Angeles, California on March 25, 2014.

23

24                                    /s/ Robert J. Becher
                                      Robert J. Becher
25

26

27

28

Case No. 11-cv-01846-LHK
DECLARATION OF ROBERT J. BECHER

1    **ATTESTATION**

2         I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this

3    Declaration.    In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert J. Becher

4    has concurred in this filing.

5

6    Dated:   March 25, 2014                    By:   */s/ Victoria Maroulis*
                                                      Victoria Maroulis
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 11-cv-01846-LHK
                                              DECLARATION OF ROBERT J. BECHER