UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-01846-LHK (PSG) <br><br> **[PROPOSED] ORDER [GRANTING / DENYING] SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Under Seal Samsung's Reply in Support of its Motion to Compel Apple to Provide Information regarding its Public Disclosures of Confidential Information ("Samsung's Reply"), and Exhibit 3 of the Declaration of Robert J. Becher in support thereof ("Exhibit 3").

1       Having considered Samsung's Motion the Court [GRANTS/ DENIES] Samsung's

2 Administrative Motion.

3       **IT IS SO ORDERED.**

4

5 DATED: _____, 2014

6

7                                         Honorable Paul S. Grewal
                                            United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28