# EXHIBIT 2

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION


 4
        APPLE, INC.,                    )   CV-11-1846-LHK
 5                                      )
                    PLAINTIFF,          )   SAN JOSE, CALIFORNIA
 6                                      )
                 VS.                    )   OCTOBER 22, 2013
 7                                      )
        SAMSUNG ELECTRONICS CO. LTD, ET  )  PAGES 1-96
 8      AL,                             )
                                        )
 9                  DEFENDANT.          )

10

11                    TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE PAUL S. GREWAL
12                   UNITED STATES DISTRICT JUDGE

13


14      A P P E A R A N C E S:

15      FOR THE PLAINTIFF:       WILMER HALE
                                 BY:  WILLIAM LEE
16                                    JOSEPH MUELLER
                                 60 STATE STREET
17                               BOSTON, MA 02109

18      FOR THE DEFENDANT:       QUINN EMANUEL
                                 BY:  JOHN B. QUINN
19                                    ROBERT BECHER
                                      DANIEL POSNER
20                                    MICHAEL ZELLER
                                 865 S. FIGUEROA ST., 10TH FL
21                               LOS ANGELES, CA 90017

22      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
        PRODUCED WITH COMPUTER.
23
                     APPEARANCES CONTINUED ON THE NEXT PAGE
24

25      OFFICIAL COURT REPORTER:     SUMMER FISHER, CSR, CRR
                                     CERTIFICATE NUMBER 13185
```

```
 1     FOR THE PLAINTIFF:      WILMER HALE
                               BY:  MARK SELWYN
 2                             950 PAGE MILL ROAD
                               PALO ALTO, CA 94304
 3

 4     FOR THE DEFENDANT:      QUINN EMANUEL
                               BY:  RACHEL KASSABIAN
 5                             555 TWIN DOLPHIN DRIVE, 5TH FL
                               REDWOOD SHORES, CA 94065
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           RANDALL ALLEN FOR NOKIA.
2                THE COURT:  MR. ALLEN, WELCOME BACK, SIR.
3           ALL RIGHT.  LET ME BEGIN BY OBSERVING OVER THE LAST
4    24 HOURS I HAVE DONE MY BEST TO UNDERSTAND WHAT HAS HAPPENED
5    BETWEEN THAT POINT IN TIME AND THE LAST TIME WE GOT TOGETHER
6    WHICH I BELIEVE WAS OCTOBER 1ST OR OCTOBER 2ND.
7           YOU HAVE GIVEN ME PLENTY OF PAPER TO READ AND IT'S PAPER
8    I ASKED FOR, SO I CAN'T COMPLAIN.
9           I HAVE A NUMBER OF QUESTIONS I WOULD LIKE TO ADDRESS BUT
10   CANDIDLY I'M EAGER TO HEAR ALL THREE OF YOUR PERSPECTIVES ON
11   WHAT THIS EXERCISE WE HAVE RUN OVER THE PAST FEW WEEKS HAS
12   TAUGHT US AND WHAT, IF ANYTHING, REMAINS TO BE UNDERSTOOD
13   BEFORE THE COURT CAN CONSIDER THE MOTION FOR SANCTIONS AND
14   ISSUE A FINAL DECISION.
15          MR. LEE, I WILL START WITH YOU SINCE YOU ARE THE ONE WHO
16   BROUGHT THE MOTION IN THE FIRST PLACE.
17               MR. LEE:  THANK YOU, YOUR HONOR.
18        WHEN WE LAST APPEARED BEFORE THE COURT ON OCTOBER 1ST WE
19   SUGGESTED THE ISSUES UNDERLYING THE MOTION FOR DISCOVERY AND
20   SANCTIONS WERE CRITICALLY IMPORTANT TO THIS LITIGATION.
21          EVERYTHING THAT HAS OCCURRED TO DATE WAS CONFIRMED AS
22   TRUE.  BUT AS THE COURT STATED IN YOUR OCTOBER 2ND ORDER,
23   ISSUES ARE ALSO CRITICALLY IMPORTANT TO THE LITIGANTS WHO RELY
24   UPON PROTECTIVE ORDERS FROM THE COURT SUCH AS THIS.
25          WHAT I'M GOING TO DESCRIBE NOW WITHOUT VIOLATING ANY

| | |
|---|---|
| 1 | PROTECTIVE ORDERS IS A MASSIVE UNAUTHORIZED DISCLOSURE OF |
| 2 | HIGHLY CONFIDENTIAL LICENSING INFORMATION.  IT'S A DISCLOSURE |
| 3 | WHICH UNDERMINES THE TRUST THAT CLIENTS, COMPANIES, LITIGANTS, |
| 4 | THEIR EXECUTIVES, AND FRANKLY, COUNSEL PLACE IN THE SYSTEM TO |
| 5 | PROTECT INFORMATION, INFORMATION THAT'S REQUIRED TO LITIGATE |
| 6 | DISPUTES FAIRLY AND SQUARELY, REQUIRED TO LITIGATE DISPUTES |
| 7 | WITHOUT COMPROMISING THE FUNDAMENTAL BUSINESSES OF PEOPLE. |
| 8 | WE ALL RELY UPON IT, SAMSUNG HAS RELIED UPON OUR LIVING |
| 9 | BY THE PROTECTIVE ORDER.  WE HAVE THOUGHT THE SAME. |
| 10 | I CAN TELL YOUR HONOR THAT ON A DAILY BASIS SINCE WE HAVE |
| 11 | APPEARED BEFORE YOUR HONOR WE ARE GETTING TELEPHONE CALLS AND |
| 12 | E-MAILS FROM OUR OTHER LICENSED PARTNERS OR OTHER CONTRACT |
| 13 | PARTNERS THAT SAY, DID YOU PRODUCE OUR INFORMATION DURING THE |
| 14 | DISCOVERY, WHAT HAS SAMSUNG DONE WITH IT?  AND WE DON'T HAVE AN |
| 15 | ANSWER. |
| 16 | WE THOUGHT AT THE TIME A WEEK AGO OR TWO WEEKS AGO THAT |
| 17 | WE HAD PRESENTED A CASE FOR DISCOVERY AND SANCTIONS THAT WAS IN |
| 18 | OUR VIEW AT THE TIME COMPELLING.  I KNOW SOME DISAGREE BUT WE |
| 19 | THOUGHT IT WAS COMPELLING. |
| 20 | WHAT I WOULD LIKE TO SAY FOR THE COURT NOW IS WHAT WE |
| 21 | HAVE DISCOVERED IS ACTUALLY REMARKABLE AT LEAST IN THE MY |
| 22 | EXPERIENCE. |
| 23 | IT IS REMARKABLE IN THE SCOPE AND EXTENT OF THE |
| 24 | VIOLATIONS.  WE NOW KNOW THAT APPLE'S CONFIDENTIAL INFORMATION |
| 25 | HAS GONE TO TWO 23 OR MORE PEOPLE.  OVER 90 SAMSUNG EMPLOYEES |