1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff and<br>                    Counterclaim-<br>                    Defendant,<br><br>          v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants and<br>                    Counterclaim-Plaintiffs. | CASE NO. 11-cv-01846-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR STAY OF THE COURT'S ORDER DENYING MOTION TO SEAL (DKT. NO. 3041)** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1        Apple has moved for an order staying a limited portion the Court's Order Denying

2    Motion to Seal ("Sealing Order") (Dkt. No. 3041) until the later of:  (1) a ruling on Apple's

3    Motion for Clarification, or (2) in the event that the Court denies Apple leave to file its Motion

4    for Clarification, or grants leave but denies the Motion for Clarification, pending resolution of

5    any appeal to the Federal Circuit.

6        The limited stay requested is warranted and there is no substantial countervailing public

7    or private interest in immediate disclosure of these documents.

8        Accordingly, the Court GRANTS Apple's Motion for Stay of the Court's Order Re

9    Various Administrative Motions to Seal .

10       IT IS HEREBY ORDERED that the Court's Sealing Order (Dkt. 3041) is stayed as it

11   relates to Exhibit 5 to the Declaration of Joseph Mueller in Support of Apple's Administrative

12   Motion to File Documents Under Seal until the later of:  (1) the Court's ruling on Apple's

13   Motion for Clarification, or (2) in the event that the Court denies Apple leave to file its Motion

14   for Clarification, or grants leave but denies the Motion for Clarification, pending resolution of

15   any appeal to the Federal Circuit.

16

17

18       **IT IS SO ORDERED.**

19

20   Dated: _____        By: _____

21                                                Hon. Paul S. Grewal
                                                 United States District Court Judge

22

23

24

25

26

27

28