HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S MOTION FOR CLARIFICATION OF ORDER DENYING MOTION TO SEAL (DKT. NO. 3041)** |

1  Apple seeks clarification regarding the Court's Order Denying Motion to Seal ("Order").
2  (Dkt. No. 3041.)
3  Apple had moved to seal Exhibits 5 and 6 to the Declaration of Joseph Mueller in
4  Support of Apple's Administrative Motion to File Documents Under Seal ("Exhibits 5 and 6")
5  insofar as they contain or discuss the confidential terms of Apple's licenses or licensing
6  negotiations. (*See* Dkt. Nos. 2374, 2374-1, 2374-8, and 2374-9.) In its Order, the Court granted
7  sealing specific figures regarding Apple's licensing negotiations in Exhibit 6. The Court denied
8  sealing Exhibit 5 in its entirety.
9  Apple seeks clarification regarding page 2, lines 35-36 and page 3, lines 1-2 of Exhibit 5.
10 The Court granted Apple's request to seal the same information in page 2, lines 25-26 of Exhibit
11 6. Clarification is necessary because the Order will lead to public disclosure of the same Apple
12 confidential information that the Court properly ruled in the same Order met the standard for
13 sealing.
14 Pursuant to Civil L.R. 7-1(b), Apple requests that this motion be determined without oral
15 argument.
16 Apple's counsel met and conferred with Samsung's counsel regarding this motion, and
17 Samsung does not take a position on Apple's Motion for Clarification.

| | |
|---|---|
| Dated:  March 25, 2014 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | |
| | /s/ Mark D. Selwyn |
| | Mark D. Selwyn (SBN 244180) |
| | (mark.selwyn@wilmerhale.com) |
| | 950 Page Mill Road |
| | Palo Alto, CA  94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6100 |
| | |
| | *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 25, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn<br>Mark D. Selwyn