1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff and<br>　　　　　Counterclaim-<br>　　　　　Defendant,<br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants and<br>　　　　　Counterclaim-Plaintiffs. | CASE NO. 11-cv-01846-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR CLARIFICATION OF ORDER DENYING MOTION TO SEAL (DKT. NO. 3041)** |

1     Apple has moved for clarification regarding the Court's Order Denying Motion to Seal ("Order").  (Dkt. No. 3041.)

    Apple's Motion for Clarification is GRANTED.  IT IS HEREBY ORDERED that page 2, lines 35-36 and page 3, lines 1-2 of Exhibit 5 to the Declaration of Joseph Mueller in Support of Apple's Administrative Motion to File Documents Under Seal (Dkt. No. 2374-8) be sealed.

**IT IS SO ORDERED.**

Dated: _____  By: _____
                                                                      Hon. Paul S. Grewal
                                                                       United States District Court Judge