# EXHIBIT B

**Contains Attorneys' Eyes Only Information Subject to Protective Order**

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |
| Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **FILED UNDER SEAL** <br><br> **DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER** |

**Contains Attorneys' Eyes Only Information Subject to Protective Order**

I, Joseph Mueller, hereby declare as follows:

1. I am member in good standing of the Massachusetts bar and a partner at WilmerHale. I am admitted *pro hac vice* in this case, in which I serve as outside counsel to Apple.

2. I have personal knowledge of the matters set out herein.

3. Attached as Exhibit 1 is a true and correct copy of a Daily Tech article titled, "Apple Fights to Keep Details of Nokia Settlement From the Public" by Jason Mick, available at http://www.dailytech.com/Apple+Fights+to+Keep+Details+of+Nokia+Settlement+From+the+Public/article22909.htm.

4. Attached as Exhibit 2 is a true and correct copy of a letter that Robert Becher (from Quinn Emanuel, counsel to Samsung) sent to my partner Mark Selwyn on August 1, 2013.

5. Attached as Exhibit 3 is a true and correct copy of a letter that my partner William Lee sent to Mr. Becher on August 5, 2013.

6. Attached as Exhibit 4 is a true and correct copy of a letter that Mr. Becher sent to Mr. Lee on August 9, 2013.

7. Attached as Exhibit 5 is a true and correct copy of a letter that Mr. Lee sent to Mr. Becher on August 11, 2013.

8. On August 13, 2013, my partner James Quarles and I had a telephone conference with Mr. Becher regarding the disclosures of confidential business information to Samsung in violation of the Protective Order. On that call, Mr. Becher informed us that Samsung had not yet begun collecting emails that contained or discussed the improperly-disclosed information, other than those emails that were sent or received by Quinn Emanuel. We told Mr. Becher that we had anticipated that process was already underway. In follow-up correspondence to Mr. Becher, I expressed our disappointment that Samsung had not yet made any effort to collect emails beyond those to or from Quinn Emanuel. I asked that Samsung propose a concrete, specific plan for collecting all relevant emails,

DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3317434

1

**Contains Attorneys' Eyes Only Information Subject to Protective Order**

1  with a timeline that will result in prompt production of information.

2        9.     Attached as Exhibit 6 is a true and correct copy of a letter that Mr. Becher

3  sent to Mr. Lee on August 16, 2013.

5        I declare under penalty of perjury that the foregoing is true and correct. Executed

6  this 23rd day of August, 2013 at Boston, Massachusetts.

7                                                                /s/ Joseph Mueller

8                                                                Joseph Mueller

DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3317434

2

**Contains Attorneys' Eyes Only Information Subject to Protective Order**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on August 23, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

　　　　　　　　　　　　　　　　　　　　　　/s/ Mark. D Selwyn
　　　　　　　　　　　　　　　　　　　　　　Mark D. Selwyn

### ATTESTATION OF E-FILED SIGNATURE

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Joseph Mueller has concurred in this filing.

Dated: August 23, 2013　　　　　　　　　/s/ Mark D. Selwyn
　　　　　　　　　　　　　　　　　　　　　　Mark D. Selwyn

DECLARATION OF JOSEPH MUELLER IN SUPPORT OF APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER
CASE NO. 11-CV-01846-LHK (PSG)
sf-3317434

3