# EXHIBIT 2
# (FILED UNDER SEAL)

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

August 1, 2013

**CONTAINS INFORMATION DESIGNATED**
**HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**

Mark D. Selwyn, Esq.
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304

Re:   Apple Inc. v. Samsung Elecs. Co. Ltd., No. 11-cv-1846 LHK (PSG)

Dear Mark:

I write on behalf of Samsung Electronics America, Inc., Samsung Telecommunications America LLC, and Samsung Electronics Co., Ltd. (collectively, "Samsung"), defendants in the above referenced action, and on behalf of the firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel").   I write to inform you of the potential inadvertent disclosure to Samsung of confidential information belonging to Apple Inc.

As part of Samsung's preparation for trial in *Apple Inc. v. Samsung Electronics Co.*, Case No. 11-cv-01846 (LHK) (N.D. Cal.) ("*Apple I*"), Samsung's expert Dr. David J. Teece authored an expert report regarding licensing, which was served on March 22, 2012.  As you are aware, Dr. Teece's report concerned damages to be awarded for Apple's alleged infringement of Samsung's asserted declared-essential patents in *Apple I*.  Dr. Teece's report contains discussion of Apple's sales information, various Apple internal memoranda and surveys, and Apple's licenses to other companies' declared-essential patents.  The report also contains exhibits summarizing Apple's sales information and the terms of Apple's licenses.

After Dr. Teece's report was signed and exchanged with Apple, lawyers from Quinn Emanuel prepared a redacted copy of the report intended for circulation to Samsung.  It was intended that the redacted report would not include any non-Samsung confidential information.  The name of the file was "(Redacted) Expert Report of David J Teece Samsung v Apple pdf."   Much of this document was redacted, removing information about Apple's sales, and Apple's internal

documents and surveys, and removing all summary exhibits. However, paragraphs 190-193 of the report were inadvertently not redacted. These paragraphs contain summary statements of some of the payment terms of Apple's licenses with Nokia and Ericsson, and a statement of the combined amount to be paid by Apple under its licenses with Sharp and Philips.

Quinn Emanuel has identified several instances when the incompletely redacted Teece report was disclosed to personnel at Samsung and one instance where it was provided to a foreign court as part of a filing that is not available to the public. While our investigation is ongoing, details regarding the transmission of the redacted Teece report are contained in Attachment A. In each case, the body of the emails that attached the incompletely redacted report did not include information regarding the Apple licenses, and in each case, the attorney providing the document was unaware that it was incompletely redacted.

We would like to speak with you about taking corrective action.

Very truly yours,

Robert J. Becher
02198.51855/5432844.1

2

## Attachment A
## Transmissions of Redacted Teece Report

- March 24, 2012 email from Todd Briggs of Quinn Emanuel, consisting of instructions to access an FTP site where the incompletely redacted report was placed, sent to Anthony Kahng, IlMan Bae, MinHyung Chung, Jae-Il Park, Jaehawk Lee, JaeHyun Park, SangHoon Jin, Karin Norton, Beyong Ho Yuu, Brian Kim, Byung-Gun Min, Julie Han, Cindi Moreland, Daniel Shim, Derrick Robinson, Seung Ho Ahn, Edward Kim, Eric Cha, EunHa Kim, Hankil Kang, Heungju Kwon, Hojin Chang, Hoshin Lee, Jaewan Chi, Jaehwan Kim, JaeHyoung Kim, James Shin, Jeff Myung, Johnda Crites, Jonghee Kim, JunHong Park, KyuHyuk Lee, Kenneth Korea, Michael Kang, Michelle Yang, Richard An, Rosa Kim, Samuel Lee, Seongwoo (Clayton) Kim, Soojin Lee, SungCheol Bae, Sung-Ho Lee, YongKu Park, YoonJung Shin, Youngjo Lim, YoungSoon Lee, Yunhee Kang, Jae N. Noh, Youngho Kim, Jonghee Kim, and SeungKyun Oh; and the following individuals and mailing lists at Quinn Emanuel:  Alan Whitehurst, Eric Huang, 'Samsung Patent Team,' and 'Samsung v. Apple.'

- April 5, 2012 email from Thomas Pease of Quinn Emanuel, attaching incompletely redacted Teece report, sent to Hojin Chang, Soojin Lee, Daniel Ko, Suyeul Lee, Kijoong Kang, Beyong Yuu, JaeHawk Lee, Jaehyun Park, Jin Hwan Kwak, Heungju Kwon, Clayton Kim, and Seungkyun Oh of Samsung.  The email was also sent to the following individuals at Ohno & Partners:  Seiji Ohno, Mamoru Suzuki, Hideaki Kobayashi, Akio Iizuka, Yoshitaka Inoue, and Tomomine Ichihashi.

- December 21, 2012 email from Guy Eddon, former associate of Quinn Emanuel, attaching the incompletely redacted Teece report, sent to Daniel Shim of Samsung.

- Counsel for Samsung in Italy, Vanzetti e Associati, submitted the incompletely redacted Teece report to First Instance Court of Milan on October 30, 2012, under seal.  The submission is not available to the public.

- In addition, the incompletely redacted Teece report was attached to a May 13, 2012 email from Daniel Shim to Thomas Pease, the "Samsung FRAND" distribution list, and Victoria Maroulis.

3