| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| RACHEL KREVANS (CA SBN 116421) | WILMER CUTLER PICKERING |
| rkrevans@mofo.com |   HALE AND DORR LLP |
| RUTH N. BORENSTEIN (CA SBN 133797) | 60 State Street |
| rborenstein@mofo.com | Boston, Massachusetts 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | MARK D. SELWYN (CA SBN 244180) |
| San Francisco, California 94105-2482 | mark.selwyn@wilmerhale.com |
| Telephone: (415) 268-7000 | WILMER CUTLER PICKERING |
| Facsimile: (415) 268-7522 |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
|     Plaintiff, | |
|   vs. | Case No. 11-cv-01846-LHK (PSG) |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **NOTICE REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
|     Defendants. | |

In accordance with Civil L.R. 79-5(e), Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") submits this Notice regarding Samsung's Administrative Motion to File Under Seal Samsung's Reply in Support of its Motion to Compel Apple to Provide Information regarding its Public Disclosures of Confidential Information ("Samsung's Reply"), and Exhibit 3 of the Declaration of Robert J. Becher in support thereof ("Exhibit 3") (Dkt. No. 3053).

Apple does not maintain a claim of confidentiality over any portion of Samsung's Reply or Exhibit 3.

Dated: March 29, 2014

WILMER CUTLER PICKERING
  HALE AND DORR LLP

*/s/* Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 29, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

》》》》》》》》》》》》》》》》》》》》》》》/s/ Mark D. Selwyn
》》》》》》》》》》》》》》》》》》》》》》》Mark D. Selwyn