# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: April 1, 2014                           Time in Court: 52 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: CV11-01846 LHK
Plaintiff Attorney(s) present: Joe Mueller
Defendant Attorney(s) present: Michael Zeller and Rob Becher
Non-Party Attorney(s) present: Randall Allen and Ryan Koppelman

### PROCEEDINGS:
**Non-Party Nokia Corporation's Motion to Compel Information for Remediation (Dkt. 2988)**

Declaration to be submitted confirming that remediation has been completed except where possession of the information is authorized or permitted by a court of competent jurisdiction. Attorney John Quinn to submit declaration within 2 weeks following CV12-00630 LHK Apple v. Samsung trial.

///