RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:     650-838-2000
Facsimile:     650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (pro hac vice)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:     404-881-7000
Facsimile:     404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

/ / /

/ / /

---

DECLARATION OF RYAN KOPPELMAN ISO NOKIA'S
ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL           CASE NO.: 11-CV-01846-LHK (PSG)

I, Ryan W. Koppelman, declare as follows:

1. I am an attorney with the law firm of Alston & Bird LLP, counsel for Nokia Corporation ("Nokia") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Nokia's Administrative Motion to File Documents Under Seal in connection with Nokia Corporation's Response to Samsung's Motion for Authorization to Submit Deposition Transcripts of Paul Melin and Eeva Hakoranta to the ITC (Nokia's "Response Brief").

3. Nokia maintains confidentiality over portions of its Response Brief.

4. Nokia's Response Brief contains information previously designated Highly Confidential/Attorneys' Eyes Only under the Protective Order in this case (Dkt. No. 687). The deposition transcript of Mr. Paul Melin was designated Highly Confidential – Attorneys' Eyes Only by both Nokia and Samsung. The deposition transcript of Ms. Eeva Hakoranta was also designated Highly Confidential/Attorneys' Eyes Only by both Nokia and Samsung.

5. Specifically, Nokia's Response Brief contains citations to the depositions of Mr. Paul Melin and Ms. Eeva Hakoranta, which are designated Highly Confidential –Attorneys' Eyes Only. Those depositions contain Nokia's confidential information relating to a 2011 license agreement between Apple and Nokia, Nokia's negotiation strategy with Apple and other companies, Nokia's litigation strategy with Samsung and other companies, and negotiation strategy possibly covered by a non-disclosure agreement between Nokia and Samsung.

6. Exhibit 1 to the Koppelman Declaration in Support of Nokia's Response ("Exhibit 1") details confidential negotiations between Nokia and Samsung and detailed negotiation and litigation strategies. Nokia believes Samsung may claim confidentiality over Exhibit 1. Nokia also believes that Apple may claim confidentiality over Exhibit 1.

7. Nokia's Response Brief also contains citations to Exhibit 1.

1  8. Nokia expects that Samsung will file a declaration in support of sealing to the extent it maintains confidentiality over Nokia's Response Brief and/or Exhibit 1.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 1st day of April, 2014 in Menlo Park, California.

        /s/ Ryan W. Koppelman
Ryan W. Koppelman
ryan.koppeman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:  650-838-2000
Facsimile:  650-838-2001

*Attorney for Non-Party NOKIA CORPORATION*