1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

1  Having considered the papers submitted in connection with non-party Nokia Corporation's
2  Administrative Motion to File Document Under Seal, filed on April 1, 2014, and good cause
3  appearing, the Court hereby GRANTS Nokia's motion to seal the confidential, unredacted versions
4  of the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Nokia Corporation's Response to Samsung's Motion for Authorization to Submit Deposition Transcripts of Paul Melin and Eeva Hakoranta to the ITC | See highlighted version. |
| Exhibit 1 to the Declaration of Ryan W. Koppelman | Entire document. |

IT IS SO ORDERED.

Dated: _____    _____
                                  Hon. Paul S. Grewal
                                  United States Magistrate Judge