1  RANDALL L. ALLEN (Ca. Bar No. 264067)
   randall.allen@alston.com
2  RYAN W. KOPPELMAN (Ca. Bar No. 290704)
   ryan.koppelman@alston.com
3  XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
   Xavier.brandwajn@alston.com
4  ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
5  Menlo Park, CA 94025
   Telephone:   650-838-2000
6  Facsimile:   650-838-2001

7  PATRICK J. FLINN (Ca. Bar No. 104423)
   patrick.flinn@alston.com
8  B. PARKER MILLER (*pro hac vice*)
   parker.miller@alston.com
9  ALSTON & BIRD LLP
   1201 West Peachtree Street
10 Atlanta, GA 30309
   Telephone:   404-881-7000
11 Facsimile:   404-881-7777

12 Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No.: 5:11-CV-01846-LHK (PSG)<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA CORPORATION'S RESPONSE RE: MOTION FOR AUTHORIZATION TO SUBMIT DEPOSITION TRANSCRIPTS TO THE ITC** |

I, Ryan W. Koppelman, declare as follows:

1.      I am an attorney with the law firm of Alston & Bird LLP, counsel for Nokia Corporation in the above-captioned action currently pending in the U.S. District Court for the Northern District of California.  I am a member in good standing of the State Bar of California and am admitted to practice before this Court.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of an email dated March 13, 2014, from Quinn Emanuel attorney Robert Becher to Mark Selwyn of WilmerHale and Alston & Bird attorneys Randall Allen, B. Parker Miller, and myself.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 1st day of April, 2014, in Menlo Park, California.

*/s/ Ryan W. Koppelman*
Ryan W. Koppelman (Ca. Bar No. 290704)
Ryan.Koppeman@alston.com
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:     650-838-2000
Facsimile:      650-838-2001

*Attorney for NOKIA CORPORATION*

1  I hereby certify that on April 1, 2014, I electronically filed the foregoing **DECLARATION OF**
2  **RYAN W. KOPPELMAN IN SUPPORT OF NOKIA CORPORATION'S RESPONSE RE:**
3  **MOTION FOR AUTHORIZATION TO SUBMIT DEPOSITION TRANSCRIPTS TO THE**
4  **ITC** with the Clerk of Court using the CM/ECF system, which will automatically send email
5  notification to the parties and counsel of record.
6  This 1st day of April, 2014.

*/s/Ryan W Koppelman*
RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2000
Facsimile:    650-838-2001

*Attorneys for NOKIA CORPORATION*

DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA CORPORATION'S RESPONSE RE: MOTION FOR AUTHORIZATION TO SUBMIT DEPOSITION TRANSCRIPTS TO THE ITC

**3**

CASE NO.: 5:11-CV-01846-LHK (PSG)