| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| JACK W. LONDEN (CA SBN 85776) | WILMER CUTLER PICKERING |
| jlonden@mofo.com |    HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, Massachusetts  02109 |
| RUTH N. BORENSTEIN (CA SBN 133797) | Telephone:  (617) 526-6000 |
| rborenstein@mofo.com | Facsimile:  (617) 526-5000 |
| ERIK J. OLSON (CA SBN 175815) | |
| ejolson@mofo.com | MARK D. SELWYN (CA SBN 244180) |
| MORRISON & FOERSTER LLP | mark.selwyn@wilmerhale.com |
| 425 Market Street | WILMER CUTLER PICKERING |
| San Francisco, California  94105-2482 |    HALE AND DORR LLP |
| Telephone:  (415) 268-7000 | 950 Page Mill Road |
| Facsimile:  (415) 268-7522 | Palo Alto, California  94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

1  In accordance with Civil L.R. 7-11 and 79-5, Plaintiff Apple Inc. ("Apple") hereby
2  moves for an order to seal portions of:
3    1. Apple Inc.'s Opposition to Samsung's Motion for Authorization to Submit
4       Deposition Transcript of Paul Melin and Eeva Hakoranta to the ITC ("Apple's
5       Opposition").
6    2. Declaration of Mark Selwyn in Support of (1) Apple Inc.'s Opposition to
7       Samsung's Motion for Authorization to Submit Deposition Transcripts to the ITC
8       and (2) Apple's Cross Motion to Submit Deposition Transcripts ("Selwyn
9       Declaration")
10   3. Exhibit 1 to Selwyn Declaration.
11  Pursuant to Civil L.R. 7-11, Apple's counsel requested Samsung's counsel meet and
12 confer regarding this motion but did not hear back from Samsung.  For other similar motions,
13 Samsung has not opposed Apple's motion as a procedural mechanism for filing portions of its
14 documents under seal, but has reserved the right to challenge any proposed redactions to the
15 extent it believes those redactions improperly seal non-confidential information.  Within 7 days
16 of Samsung filing its declaration in support of sealing, the parties will prepare and Apple will file
17 a final consolidated and conformed copy of the Opposition and exhibits thereto identifying what
18 information Apple, Samsung, and any third parties have supported sealing in their declarations.

Dated:  April 1, 2014

WILMER CUTLER PICKERING
  HALE AND DORR LLP

*/s/* Mark D. Selwyn  _____
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and*
*Counterclaim-Defendant Apple Inc.*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 1, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                  */s/* Mark D. Selwyn
                                                  Mark D. Selwyn