| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| JACK W. LONDEN (CA SBN 85776) | WILMER CUTLER PICKERING |
| jlonden@mofo.com |    HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, Massachusetts  02109 |
| RUTH N. BORENSTEIN (CA SBN 133797) | Telephone:  (617) 526-6000 |
| rborenstein@mofo.com | Facsimile:  (617) 526-5000 |
| ERIK J. OLSON (CA SBN 175815) | |
| ejolson@mofo.com | MARK D. SELWYN (CA SBN 244180) |
| MORRISON & FOERSTER LLP | mark.selwyn@wilmerhale.com |
| 425 Market Street | WILMER CUTLER PICKERING |
| San Francisco, California  94105-2482 |    HALE AND DORR LLP |
| Telephone:  (415) 268-7000 | 950 Page Mill Road |
| Facsimile:  (415) 268-7522 | Palo Alto, California  94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>         Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>         Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF PETER J. KOLOVOS IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

I, Peter J. Kolovos, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts, and have been admitted *pro hac vice* in this action. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts.

2. Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's Administrative Motion to Seal portions of Apple Inc.'s Opposition to Samsung's Motion for Authorization to Submit Deposition Transcript of Paul Melin and Eeva Hakoranta to the ITC ("Apple's Opposition"), the Declaration of Mark Selwyn in Support of (1) Apple Inc.'s Opposition to Samsung's Motion for Authorization to Submit Deposition Transcripts to the ITC and (2) Apple's Cross Motion to Submit Deposition Transcripts ("Selwyn Declaration") and Exhibit 1 to Selwyn Declaration.

3. Apple's Opposition, the Selwyn Declaration and Exhibit 1 to the Selwyn Declaration contain information that Samsung and/or Nokia may consider confidential.

4. Apple does not maintain a claim of confidentiality over Apple's Opposition, the Selwyn Declaration or Exhibit 1 to the Selwyn Declaration.

5. Apple expects that Samsung and/or Nokia will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary in order to confirm whether its/their information should be sealed.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge and that this Declaration was executed this 1st day of April, 2014, in San Jose, California.

Dated: April 1, 2014          */s/ Peter J. Kolovos*
                              Peter J. Kolovos

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 1, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

/s/ Mark D. Selwyn
Mark D. Selwyn

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45 X.B., I hereby attest that Peter J. Kolovos has concurred in this filing.

Dated: April 1, 2014                    /s/ Mark D. Selwyn
                                        Mark D. Selwyn