1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | Case No. 11-cv-01846-LHK (PSG) |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |
| Defendants. | |

1   By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple")
2   has filed Apple's Administrative Motion to File Document Under Seal ("Apple's Motion to
3   Seal") in connection with Apple Inc.'s Opposition to Samsung's Motion for Authorization to
4   Submit Deposition Transcript of Paul Melin and Eeva Hakoranta to the ITC ("Apple's
5   Opposition"), the Declaration of Mark Selwyn in Support of (1) Apple Inc.'s Opposition to
6   Samsung's Motion for Authorization to Submit Deposition Transcripts to the ITC and (2)
7   Apple's Cross Motion to Submit Deposition Transcripts ("Selwyn Declaration") and Exhibit 1 to
8   Selwyn Declaration.

9   Apple has filed the Declaration of Peter J. Kolovos in support of its Motion to Seal. For
10  good cause shown, the Court grants Apple's Motion to Seal the confidential unredacted version
11  of the aforementioned document as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Apple's Opposition | Portions identified by Samsung and/or Nokia |
| Selwyn Declaration | Portions identified by Samsung and/or Nokia |
| Exhibit 1 to Selwyn Declaration | Portions identified by Samsung and/or Nokia |

**IT IS SO ORDERED.**

Dated: _____, 2014    _____
                                   Hon. Paul S. Grewal
                                   United States Magistrate Judge

[PROPOSED] ORDER
1   Case No. 11-cv-01846 (LHK)