HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>     Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>     Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br><br>**APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, Plaintiff Apple Inc. ("Apple") hereby moves for an order to seal portions of:

1. Apple Inc.'s Notice of Motion and Cross Motion for Authorization to Submit Samsung Witness Deposition Transcripts to the ITC ("Apple's Cross Motion").

2. Declaration of Mark Selwyn in Support of (1) Apple Inc.'s Opposition to Samsung's Motion for Authorization to Submit Deposition Transcripts to the ITC and (2) Apple's Cross Motion to Submit Deposition Transcripts ("Selwyn Declaration")

3. Exhibit 1 to Selwyn Declaration.

Pursuant to Civil L.R. 7-11, Apple's counsel requested Samsung's counsel meet and confer regarding this motion but did not hear back from Samsung.   For other similar motions, Samsung has not opposed Apple's motion as a procedural mechanism for filing portions of its documents under seal, but has reserved the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.  Within 7 days of Samsung filing its declaration in support of sealing, the parties will prepare and Apple will file a final consolidated and conformed copy of the Cross Motion and exhibits thereto identifying what information Apple, Samsung, and any third parties have supported sealing in their declarations.

Dated:  April 1, 2014

WILMER CUTLER PICKERING
  HALE AND DORR LLP

/s/ Mark D. Selwyn                                _
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and*
*Counterclaim-Defendant Apple Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 1, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.


*/s/* Mark D. Selwyn
Mark D. Selwyn