1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

1. By administrative motion, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Document Under Seal ("Apple's Motion to Seal") in connection with Apple Inc.'s Notice of Motion and Cross Motion for Authorization to Submit Samsung Witness Deposition Transcripts to the ITC ("Apple's Cross Motion"), the Declaration of Mark Selwyn in Support of (1) Apple Inc.'s Opposition to Samsung's Motion for Authorization to Submit Deposition Transcripts to the ITC and (2) Apple's Cross Motion to Submit Deposition Transcripts ("Selwyn Declaration") and Exhibit 1 to Selwyn Declaration.

Apple has filed the Declaration of Peter J. Kolovos in support of its Motion to Seal. For good cause shown, the Court grants Apple's Motion to Seal the confidential unredacted version of the aforementioned document as indicated below:

| **Document** | **Portion to be Sealed** |
|---|---|
| Apple's Cross Motion | Portions identified by Samsung and/or Nokia |
| Selwyn Declaration | Portions identified by Samsung and/or Nokia |
| Exhibit 1 to Selwyn Declaration | Portions identified by Samsung and/or Nokia |

**IT IS SO ORDERED.**

Dated: _____, 2014            _____
                                          Hon. Paul S. Grewal
                                          United States Magistrate Judge