1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S CROSS MOTION FOR AUTHORIZATION TO SUBMIT SAMSUNG WITNESS DEPOSITION TRANSCRIPTS TO THE ITC** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

For the reasons stated in Apple's Cross Motion for Authorization to Submit Samsung Witness Deposition Transcripts to the ITC ("Apple's Cross Motion"), Apple's Cross Motion is hereby granted.

**IT IS SO ORDERED.**

Dated: _____, 2014            _____
                                          Hon. Paul S. Grewal
                                          United States Magistrate Judge