HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

I, Liv Herriot, declare as follows:

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party of the within-entitled action. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

On April 1, 2014, I served the following document(s):

1. Apple Inc.'s Opposition to Samsung's Motion for Authorization to Submit Deposition Transcript of Paul Melin and Eeva Hakoranta to the ITC ("Apple's Opposition").

2. Apple Inc.'s Notice of Motion and Cross Motion for Authorization to Submit Samsung Witness Deposition Transcripts to the ITC ("Apple's Cross Motion").

3. Declaration of Mark Selwyn in Support of (1) Apple Inc.'s Opposition to Samsung's Motion for Authorization to Submit Deposition Transcripts to the ITC and (2) Apple's Cross Motion to Submit Deposition Transcripts ("Selwyn Declaration")

4. Exhibit 1 to Selwyn Declaration.

BY ELECTRONIC SERVICE: I caused all documents to be sent by E-Mail to the Service E-mail Distribution List for Quinn Emanuel Urquhart & Sullivan LLP:

Samsungv.Apple@quinnemanuel.com

I caused all documents to be sent by E-Mail to counsel for Nokia:

Ryan.Koppelman@alston.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 1, 2014, at San Jose, California.

_____
Liv Herriot