# EXHIBIT 3

CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 1

1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

5    APPLE, INC., a California    )
     corporation,                 )
6                                 )
              Plaintiff,          )
7                                 )
              vs.                 )   No. 11-CV-01846-LHK
8                                 )
     SAMSUNG ELECTRONICS CO.,     )
9    LTD., a Korean business      )
     entity; SAMSUNG ELECTRONICS  )
10   AMERICA, INC., a New York    )
     corporation; SAMSUNG         )
11   TELECOMMUNICATIONS AMERICA,  )
     LLC, a Delaware limited      )
12   liability company,           )
                                  )
13            Defendants.         )
     ___                          )
14

15

16      CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

17         VIDEO DEPOSITION OF JEFFREY C. RISHER

18                    Palo Alto, CA

19           Wednesday, November 20, 2013

20

21   REPORTED BY:

22   SUSAN F. MAGEE, RPR, CCRR, CLR, CSR No. 11661

23

24   Job No. 68171

25

CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 2

1

2

3

4

5              November 20, 2013

6                 10:09 a.m.

7

8        CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

9        VIDEO DEPOSITION OF JEFFREY C. RISHER, held

10       at the offices of WILMERHALE,

11       950 Page Mill Road, Palo Alto, CA 94304,

12       pursuant to Notice before SUSAN F. MAGEE,

13       RPR, CCRR, CLR, CSR No. 11661.

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 3

1    APPEARANCES:

2

3            WILMERHALE

4            Attorneys for Plaintiff Apple, Inc.

5                60 State Street

6                Boston, MA 02109

7            BY: JOSEPH MUELLER, ESQ.

8

9            APPLE

10               One Infinite Loop

11               Cupertino, CA 95014

12           BY: IAIN CUNNINGHAM, In-house Counsel

13

14

15

16

17

18           QUINN EMANUEL URQUHART & SULLIVAN

19           Attorneys for Defendant Samsung

20           865 South Figueroa Street

21           Los Angeles, CA 90017

22           BY: MICHAEL ZELLER, ESQ.

23

24

25

CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 4

1    APPEARANCES (continued):

2              QUINN EMANUEL URQUHART & SULLIVAN

3              Attorneys for Defendant Samsung (continued)

4                  555 Twin Dolphin Drive

5                  Redwood Shores, CA 94065

6              BY: NATHAN SUN, ESQ.

7

8

9

10

11             ALSTON & BIRD

12             Attorneys for Nokia Corporation

13                 275 Middlefield Road

14                 Menlo Park, CA 94025

15             BY: RYAN KOPPELMAN, ESQ.

16                 TIMOTHY WATSON, ESQ.

17

18

19

20

21        The Videographer:

22             SEAN McGRATH:

23                      --o0o--

24

25

CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 69

1    other instances?

2        A.   None that I can think of.

3            MR. ZELLER:  Okay.  Now is a good time.

4            THE VIDEOGRAPHER:  This marks the end of

5    Volume I, Disk 1 in the deposition of Jeff Risher.      11:36

6            The time is 11:36 a.m., and we're off the

7    record.

8            (Recess taken from 11:36 a.m. to

9    11:56 a.m.)

10           THE VIDEOGRAPHER:  This marks the beginning    11:56

11   of Volume I, Disk 2 in the deposition of

12   Jeff Risher.

13           The time is 11:56 a.m., and we are on the

14   record.

15           BY MR. ZELLER:  Q.  Did you undertake any      11:56

16   investigation as Apple's corporate representative

17   here today to determine whether Apple had revealed

18   the terms of the Apple-Nokia license to anyone in

19   any context?

20       A.   Yes.                                          11:57

21       Q.   What did you do to investigate that?

22       A.   Well, when I understood the purpose of the

23   deposition, the general topics of the deposition, I

24   thought about my own negotiations, and that took

25   about two seconds to know that I wouldn't have done   11:57

CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 70

1    it.  Also had a conversation with one of our finance

2    people in connection with SEC filings and SEC

3    communications relating to the Nokia-Apple license

4    at the time that -- that the license was entered

5    into.                                              11:57

6         Q.  Anything else?

7         A.  No.

8         Q.  Did the finance person who was responsible

9    have dealings with these SEC filings tell you that

10   Apple had disclosed the terms of the Apple-Nokia    11:58

11   license to the government?

12        A.  No, he did not.

13        Q.  It's true that Apple has disclosed the

14   financial terms of the Apple-Nokia license to the

15   U.S. government; correct?                           11:58

16        A.  Confidentially, yes, that's correct.

17        Q.  Who did it disclose it to?

18        A.  The Securities and Exchange Commission.

19        Q.  Who there did it disclose it to?

20        A.  I don't know.                              11:58

21        Q.  What were the limits on the

22   confidentiality?

23        A.  I don't know.

24        Q.  Was there a written agreement?

25        A.  I believe there were writings reflecting   11:58

CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 125

1   our first large competitor lawsuit.

2         We -- up until then we had pretty much, as

3   I say, been a defendant in patent cases from NPEs

4   and some operating companies, but it was the first

5   large litigation that we had against a competitor.     01:22

6   So that agreement in particular was put under even

7   more strict access limitations than the typical

8   license agreement at Apple.

9       Q.  And what did that mean in terms of access

10  internally by Apple employees?                         01:23

11      A.  The number of people who had access to the

12  Nokia license agreement, especially in the --

13  contemporaneously with its execution, was very, very

14  small.  A handful.  Literally a handful of people

15  had access to the agreement.  Over time because of    01:23

16  the growth of our -- of the volume of our patent

17  litigation, that's expanded a little bit but not

18  greatly.  It's still among the group of licenses

19  that are -- that have very limited restricted

20  access.                                                01:23

21      Q.  And are you aware of any instance in any of

22  those cases that you worked on in which the Nokia

23  agreement was produced in anything other than the

24  highest confidentiality designation?

25      A.  I'm not aware of any.                          01:23