UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: April 8, 2014                                    Time in Court: 29 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: CV11-01846 LHK
Plaintiff Attorney(s) present: Mark Selwyn and Joseph Mueller
Defendant Attorney(s) present: Michael Zeller and Rachel Kassabian

**PROCEEDINGS:**
**Samsung's Motion to Compel Apple to Provide Information Regarding Its Public Disclosures of Confidential Information (Dkt. 3009)**

Within 7 days, Apple is to submit a declaration confirming the following: 1) Apple's process for safeguarding confidential information, as set forth in Mr. Buroker's letter; 2) Apple has not further disseminated the Samsung confidential business information posted on the public docket; 3) Apple has not further used the Samsung confidential business information posted on the public docket and 4) Apple has not received the Samsung confidential business information posted on the public docket put at issue by Samsung's brief.  Apple to inform opposing counsel if unable to tender declaration, and the court will entertain any request for relief.

///