QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

1   Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung
2   Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3   "Samsung") bring this Administrative Motion to File Under Seal Samsung's Reply in Support of
4   Motion for Authorization to Submit Deposition Transcripts of Paul Melin and Eeva Hakoranta to
5   the ITC ("Samsung's Reply").
6   Apple and Nokia might claim confidentiality over the information included in Samsung's
7   Reply.  Samsung does not maintain a claim of confidentiality over Samsung's Reply does not
8   believe that the document includes any confidential information, and requests that this
9   Administrative Motion be denied.

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Samsung's Reply in Support of Motion for Authorization to Submit Deposition Transcripts of Paul Melin and Eeva Hakoranta to the ITC | Apple and Nokia | See highlighted version to be filed within 7 days. |

16  Samsung understands that Apple and Nokia do not oppose Samsung's Administrative
17  Motion to File Documents Under Seal as a procedural mechanism for filing Samsung's Reply
18  under seal.  Apple and Nokia reserve the right to challenge any proposed redactions to the extent
19  they believe those redactions improperly seal non-confidential information.  Within 7 days of
20  Apple and Nokia filing their declarations in support of sealing, the parties will prepare and
21  Samsung will file a final consolidated and conformed copy of Samsung's Reply identifying what
22  information Apple and Nokia have supported sealing in their declarations.
23  Pursuant to the Court's January 29, 2014 Order (Case No. 11-cv-01846, Dkt. 2935), the
24  confidential, unredacted versions of the aforementioned document will be served on counsel for
25  Apple and Nokia so that they may indicate what information they believe should be redacted from
26  the public version of Samsung's filing.   After receiving their proposed redactions, Samsung will
27  file a public, proposed redacted version of the document.

1  DATED: April 8, 2014              Respectfully submitted,

2                                    QUINN EMANUEL URQUHART &
3                                    SULLIVAN, LLP

4                                       By  */s/ Victoria F. Maroulis*
                                        Charles K. Verhoeven
5                                       Kevin P.B. Johnson
                                        Victoria F. Maroulis
6                                       Michael T. Zeller

7
                                     Attorneys for SAMSUNG ELECTRONICS CO.,
8                                    LTD., SAMSUNG ELECTRONICS AMERICA,
                                     INC. and SAMSUNG
9                                    TELECOMMUNICATIONS AMERICA, LLC