QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

I, Robert J. Becher, declare:

1. I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Samsung's Administrative Motion to File Under Seal Samsung's Reply in Support of Motion for Authorization to Submit Deposition Transcripts of Paul Melin and Eeva Hakoranta to the ITC ("Samsung's Reply").

3. Samsung does not maintain a claim of confidentiality over Samsung's Reply.

4. Samsung's Reply includes information that Apple and Nokia might claim is confidential.

5. Pursuant to the Court's January 29, 2014 Order in Case No. 11-cv-01846, *Apple v. Samsung*, the confidential, unredacted version of the aforementioned document will be served on counsel for Apple and Nokia so that they may indicate what information they believe should be redacted from the public version of Samsung's filing. After receiving their proposed redactions, Samsung will file a public, proposed redacted version of the document.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.   Executed in Los Angeles, California on April 8, 2014.

                                                                  */s/ Robert J. Becher*
                                                                   Robert J. Becher

1 **ATTESTATION**

2     I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this
3 Declaration.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert J.
4 Becher has concurred in this filing.

5

6 Dated:   April 8, 2014                    By:   */s/ Victoria Maroulis*
                                                  Victoria Maroulis
7