UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER [GRANTING / DENYING] SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Under Seal Samsung's Reply in Support of Motion for Authorization to Submit Deposition Transcripts of Paul Melin and Eeva Hakoranta to the ITC ("Samsung's Reply").

Having considered the motion, the Court [GRANTS/ DENIES] Samsung's Administrative Motion.

1   **IT IS SO ORDERED.**

2   DATED: _____, 2014

3

4
   _____
5   Honorable Paul S. Grewal
    United States Magistrate Judge
6