# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
CAND 435
(CAND Rev. 7/2013)

COURT USE ONLY
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Sherrin Van Etta |
| 2a. CONTACT PHONE NUMBER | (650) 801-5046 |
| 3a. CONTACT EMAIL ADDRESS | sherrinvanetta@quinnemanuel.c |
| 1b. ATTORNEY NAME (if different) | Victoria Maroulis |
| 2b. ATTORNEY PHONE NUMBER | (650) 801-5000 |
| 3b. ATTORNEY EMAIL ADDRESS | victoriamaroulis@quinnemanuel. |
| 4. MAILING ADDRESS | Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, CA 94065 |
| 5. CASE NAME | Apple, Inc. v. Samsung Electronics Co., Ltd., et al |
| 6. CASE NUMBER | CV11-01846 |
| 7. COURT REPORTER NAME | Summer Fisher |

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis
☐ NON-APPEAL   ☑ CIVIL   ☐ CJA: Do not use this form; use Form CJA24

9. TRANSCRIPT(S) REQUESTED

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION |
|---|---|---|---|
| 04/01/14 | PSG | | |

b. SELECT FORMAT(S): PDF (email) ●, TEXT/ASCII (email) ●, PAPER, CONDENSED, ECF ACCESS

c. DELIVERY TYPE: DAILY (Next day) ● (selected); ORDINARY, 14-Day, EXPEDITED, HOURLY, REALTIME not selected

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/ Victoria Maroulis

12. DATE: 04/09/2014

DISTRIBUTION: ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY