RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2000
Facsimile:    650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (pro hac vice)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:    404-881-7000
Facsimile:    404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL [DOCKET NO. 3070]** |

/ / /

/ / /

---

DECLARATION OF RYAN KOPPELMAN ISO SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL           CASE NO.: 11-CV-01846-LHK (PSG)

1  I, Ryan W. Koppelman, declare as follows:

2  1. I am an attorney with the law firm of Alston & Bird LLP, counsel for Nokia Corporation ("Nokia") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. Pursuant to Civil Local Rule 79-5(e), I submit this declaration in support of sealing Docket Number 3070-3 at 4:19-27 on behalf of Nokia.

3. On April 9, 2014, Samsung filed an Administrative Motion to File Documents Under Seal (Dkt. No. 3070). In its Motion, Samsung noted that portions of Samsung's Reply in Support of Motion for Authorization to Submit Deposition Transcripts of Paul Melin and Eeva Hakoranta to the the ITC ("Samsung's Reply") contained information confidential to Nokia.

4. Samsung's Reply contains information previously designated Highly Confidential/Attorneys' Eyes Only under the Protective Order in this case (Dkt. No. 687). The deposition transcript of Mr. Paul Melin was designated Highly Confidential – Attorneys' Eyes Only by both Nokia and Samsung. The deposition transcript of Ms. Eeva Hakoranta was also designated Highly Confidential/Attorneys' Eyes Only by both Nokia and Samsung.

5. Specifically, Samsung's Reply (Dkt. No. 3070-3 at 4:19-27) contains citations to the depositions of Mr. Paul Melin and Ms. Eeva Hakoranta, which are designated Highly Confidential – Attorneys' Eyes Only. Those depositions contain Nokia's confidential information relating to a 2011 license agreement between Apple and Nokia, Nokia's negotiation strategy with Apple and other companies, Nokia's litigation strategy with Samsung and other companies, and negotiation strategy possibly covered by a non-disclosure agreement between Nokia and Samsung.

6. For the foregoing reasons, Nokia requests that Samsung's Administrative Motion be granted with respect to the above cited passage.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 14st day of April, 2014 in Menlo Park, California.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        /s/ Ryan W. Koppelman
Ryan W. Koppelman
ryan.koppeman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:     650-838-2000
Facsimile:      650-838-2001

*Attorney for Non-Party NOKIA CORPORATION*

---

DECLARATION OF RYAN KOPPELMAN ISO SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL    - 2 -    CASE NO.: 11-CV-01846-LHK (PSG)

1  I hereby certify that on April 14, 2014, I electronically filed the foregoing **DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL [DOCKET NO. 3070]** with the Clerk of Court using the CM/ECF system, which will automatically send email notification to the parties and counsel of record.

This 14th day of April, 2014.

      /s/ Ryan W. Koppelman
Ryan W. Koppelman
ryan.koppeman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone: 650-838-2000
Facsimile: 650-838-2001

*Attorney for Non-Party NOKIA CORPORATION*