1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16
                          UNITED STATES DISTRICT COURT
17
            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
18

19
   APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK
20
                        Plaintiff,               **SAMSUNG'S ADMINISTRATIVE**
21                                                **MOTION TO FILE DOCUMENT UNDER**
           vs.                                    **SEAL**
22
   SAMSUNG ELECTRONICS CO., LTD., a
23 Korean business entity; SAMSUNG
   ELECTRONICS AMERICA, INC., a New
24 York corporation; SAMSUNG
   TELECOMMUNICATIONS AMERICA,
25 LLC, a Delaware limited liability company,

26                       Defendants.

27

28

1    Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3  "Samsung") bring this Administrative Motion to File Under Seal Samsung's Response to Apple's

4  Motion for Authorization to Submit Samsung Witness Deposition Transcripts to the ITC

5  ("Samsung's Response").

6    Apple and Nokia might claim confidentiality over the information included in Samsung's

7  Response.   Samsung does not maintain a claim of confidentiality over Samsung's Response and

8  does not believe that the document includes any confidential information, and requests that this

9  Administrative Motion be denied.

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Samsung's Response to Apple's Motion for Authorization to Submit Samsung Witness Deposition Transcripts to the ITC | Apple and Nokia | See highlighted version to be filed within 7 days. |

16    Samsung understands that Apple and Nokia do not oppose Samsung's Administrative

17  Motion to File Documents Under Seal as a procedural mechanism for filing Samsung's Response

18  under seal.   Apple and Nokia reserve the right to challenge any proposed redactions to the extent

19  they believe those redactions improperly seal non-confidential information.   Within 7 days of

20  Apple and Nokia filing their declarations in support of sealing, the parties will prepare and

21  Samsung will file a final consolidated and conformed copy of Samsung's Response identifying

22  what information Apple and Nokia have supported sealing in their declarations.

23    Pursuant to the Court's January 29, 2014 Order (Case No. 11-cv-01846, Dkt. 2935), the

24  confidential, unredacted version of the aforementioned document will be served on counsel for

25  Apple and Nokia so that they may indicate what information they believe should be redacted from

26  the public version of Samsung's filing.   After receiving their proposed redactions, Samsung will

27  file a public, proposed redacted version of the document.

28

1   DATED: April 15, 2014

2                                            Respectfully submitted,

                                             QUINN EMANUEL URQUHART &
3                                            SULLIVAN, LLP

4                                            By  /s/ Victoria F. Maroulis
                                                 _____
5                                                 Charles K. Verhoeven
                                                  Kevin P.B. Johnson
6                                                 Victoria F. Maroulis
                                                  Michael T. Zeller

7                                            Attorneys for SAMSUNG ELECTRONICS CO.,
8                                            LTD., SAMSUNG ELECTRONICS AMERICA,
                                             INC. and SAMSUNG
9                                            TELECOMMUNICATIONS AMERICA, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28