UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER [GRANTING / DENYING] SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Under Seal Samsung's Response to Apple's Motion for Authorization to Submit Samsung Witness Deposition Transcripts to the ITC ("Samsung's Response").

Having considered Samsung's motion, the Court [GRANTS/ DENIES] Samsung's Administrative Motion.

-1-    Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER RE SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1 **IT IS SO ORDERED.**

DATED: _____, 2014

_____
Honorable Paul S. Grewal
United States Magistrate Judge