# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**

Courtroom 5 - 4th Floor

## Civil Minute Order

Date: April 22, 2014                                Time in Court: 13 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: CV11-01846 LHK
Plaintiff Attorney(s) present: Joseph Mueller
Defendant Attorney(s) present: Michael Zeller
Non-Party Attorney(s) present: Ryan Koppelman

### PROCEEDINGS:
**Samsung's Motion for Authorization to Submit Deposition Transcripts of Paul Melin & Eeva Hakoranta to the ITC (Dkt. 3037-3)**

The court grants Samsung's Motion for Authorization.

///