1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK  (PSG) |
|---|---|
| Plaintiff and Counterclaim-Defendant, | ~~[PROPOSED]~~ **ORDER GRANTING APPLE'S MOTION FOR CLARIFICATION OF ORDER RE VARIOUS ADMINISTRATIVE MOTIONS TO SEAL (DKT. NO. 3034)** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants and Counterclaim-Plaintiffs. | |

1    Apple has moved for clarification regarding the Court's Order re Various Administrative
2    Motions to Seal ("Order").  (Dkt. No. 3034.)
3    Apple's Motion for Clarification is GRANTED.  For the reasons set forth in the
4    Declaration of Cyndi Wheeler in Support of Apple's Motion to Seal Regarding Apple's
5    Opposition to Samsung's Administrative Motion for Relief from April 29, 2013 Case
6    Management Order ("Wheeler Declaration") (Dkt. No. 2332-1), IT IS HEREBY ORDERED that
7    the two profit/loss figures on lines 7-8 on page 34 of Exhibit A to the Declaration of Erik J.
8    Olson in Support of Apple's Opposition to Motion for Relief from Case Management Order
9    (Dkt. No. 2332-2) be sealed.

**IT IS SO ORDERED.**

Dated:  4/23/2014         By:  *Lucy H. Koh*
                               Hon. Lucy H. Koh
                               United States District Court Judge