UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff and Counterdefendant,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants and Counterclaimants. | Case No.: 11-CV-01846-LHK<br><br>ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFS ON MOTION FOR ATTORNEYS' FEES |

The Court orders the parties file supplemental briefs regarding the effect, if any, of the Supreme Court's decisions in *Highmark Inc. v. Allcare Management System, Inc.*, No. 12-1163, 572 U.S. ____ (April 29, 2014), and *Octane Fitness, LLC v. Icon Health & Fitness, Inc.*, No. 12-1184, 572 U.S. ____ (April 29, 2014), on Apple's motion for attorneys' fees, ECF No. 2851. Apple shall file a brief of a maximum of five pages addressing this issue by May 13, 2014. Samsung shall respond with a brief of a maximum of five pages by May 27, 2014. Apple may file a reply of a maximum of three pages by June 3, 2014.

**IT IS SO ORDERED.**

Dated: April 29, 2014

_____
LUCY H. KOH
United States District Judge

1