QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") bring this Administrative Motion to File Under Seal Samsung's Declaration of Robert J. Becher regarding Request by Apple Inc. and Nokia Corporation for Attorneys' Fees and Costs Pursuant to Order Granting Motion for Sanctions (Dkt. 2935) ("Declaration").

Apple might claim confidentiality over the information included in Samsung's Declaration. Samsung does not maintain a claim of confidentiality over Samsung's Declaration and does not believe that the document includes any confidential information.

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Samsung's Declaration of Robert J. Becher regarding Request by Apple Inc. and Nokia Corporation for Attorneys' Fees and Costs Pursuant to Order Granting Motion for Sanctions (Dkts. 2935) | Apple | See highlighted version to be filed within 7 days. |

Samsung understands that Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal as a procedural mechanism for filing Samsung's Declaration under seal. Apple reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information. Within 7 days of Apple filing its declaration in support of sealing, the parties will prepare and Samsung will file a final consolidated and conformed copy of Samsung's Declaration identifying what information Apple has supported sealing in its declaration.

Pursuant to the Court's January 29, 2014 Order (Case No. 11-cv-01846, Dkt. 2935), the confidential, unredacted version of the aforementioned document will be served on counsel for Apple so that they may indicate what information they believe should be redacted from the public version of Samsung's filing. After receiving their proposed redactions, Samsung will file a public, proposed redacted version of the document.

1
2  DATED: May 23, 2014                 Respectfully submitted,
3                                      QUINN EMANUEL URQUHART &
4                                      SULLIVAN, LLP
5                                      By */s/ Victoria F. Maroulis*
                                           Charles K. Verhoeven
6                                          Kevin P.B. Johnson
                                           Victoria F. Maroulis
7                                          Michael T. Zeller
8
                                        Attorneys for SAMSUNG ELECTRONICS CO.,
9                                       LTD., SAMSUNG ELECTRONICS AMERICA,
                                        INC. and SAMSUNG
10                                      TELECOMMUNICATIONS AMERICA, LLC
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28