UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER [GRANTING / DENYING] SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Under Seal Samsung's Declaration of Robert J. Becher regarding Request by Apple Inc. and Nokia Corporation for Attorneys' Fees and Costs Pursuant to Order Granting Motion for Sanctions (Dkt. 2935) ("Declaration").

1   Having considered Samsung's motion, the Court [GRANTS/ DENIES] Samsung's
2   Administrative Motion.
3   **IT IS SO ORDERED.**
4
5   DATED: _____, 2014

    _____
    Honorable Paul S. Grewal
    United States Magistrate Judge