UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, <br><br>    Plaintiff, <br>v. <br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br>    Defendants. | Case No.: 11-CV-01846-LHK <br><br>ORDER REQUESTING STATEMENT REGARDING PRELIMINARY INJUNCTION BOND |

On March 11, 2014, the parties filed a joint statement regarding the preliminary injunction bond, indicating that they might meet and confer, and proposing a briefing schedule for any motion by Samsung to recover under the bond. ECF No. 3030. On March 17, 2014, the Court declined to adopt the parties' proposed briefing schedule and June 5, 2014 hearing date. ECF No. 3035.

By May 30, 2014, the parties shall file a joint status report as to any remaining disputes regarding the bond.

**IT IS SO ORDERED.**

Dated: May 27, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge