QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**NOTICE OF WITHDRAWAL OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 3100)** |

1   PLEASE TAKE NOTICE that pursuant to Civil L.R. 7-7, Samsung Electronics Co. Ltd.,
2  Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC
3  (collectively, "Samsung") withdraw their Administrative Motion to File Under Seal Samsung's
4  Declaration of Robert J. Becher regarding Request by Apple Inc. and Nokia Corporation for
5  Attorneys' Fees and Costs Pursuant to Order Granting Motion for Sanctions (Dkt. 2935)
6  ("Declaration"). Dkt. 3100.
7   On May 23, 2014, Samsung filed its Administrative Motion to File Under Seal because
8  Apple, Inc. ("Apple") might claim that the Declaration includes information that is confidential
9  under the Protective Order. Apple has now filed a declaration and notified Samsung that "Apple
10 does not maintain a claim of confidentiality with respect to the Becher Declaration." Dkt. 3101.
11 Furthermore, on May 27, Nokia notified Samsung via email that "Nokia does not claim
12 confidentiality as to the contents of this document." Concurrently with this Notice, Samsung files
13 the Declaration publicly.

16 DATED: May 28, 2014                Respectfully submitted,

                                      QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

                                      By */s/ Victoria F. Maroulis*
                                         Charles K. Verhoeven
                                         Kathleen M. Sullivan
                                         Kevin P.B. Johnson
                                         Victoria F. Maroulis
                                         William C. Price
                                         Michael T. Zeller

                                      Attorneys for SAMSUNG ELECTRONICS CO.,
                                      LTD., SAMSUNG ELECTRONICS AMERICA,
                                      INC. and SAMSUNG
                                      TELECOMMUNICATIONS AMERICA, LLC