QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-CV-01846-LHK<br><br>**DECLARATION OF ROBERT J. BECHER REGARDING REQUEST BY APPLE INC. AND NOKIA CORPORATION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO ORDER GRANTING MOTION FOR SANCTIONS (DKT. 2935)** |

I, Robert J. Becher, declare:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration to update the Court regarding developments relevant to Apple and Nokia's pending motions for attorneys' fees in connection with Samsung's inadvertent disclosures of information designated by them under the Protective Order in this litigation. I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Apple's counsel at Morrison & Foerster LLP has notified Samsung that its attorneys filed in error an unredacted copy of an opinion of the International Trade Commission from Investigation No. 337-TA-796 with the Federal Circuit as part of a public filing on March 27, 2014 and, in addition, shared the unredacted opinion with four in-house counsel at Apple.

3. The Commission's opinion in Investigation No. 337-TA-796 contains content Samsung has designated as confidential business information, including information about Samsung's sales volume, average sales price, and operating profit margin, descriptions of source code, and detailed descriptions of the circuitry of Samsung products.

4. Apple's counsel sent a letter to Samsung's counsel on May 16, 2014 with additional details regarding the disclosure of Samsung's confidential business information. I have asked Apple for permission to submit the letter to the Court so that the Court can review its contents, but Apple has not agreed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2014, at Los Angeles, California.

*/s/ Robert J. Becher*
Robert J. Becher

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Robert J. Becher has concurred in this filing.

Dated: May 23, 2014

*/s/ Victoria Maroulis*
Victoria Maroulis

02198.51855/5941016.2

-2-    Case No. 11-CV-01846-LHK (PSG)
BECHER DECLARATION REGARDING REQUEST BY APPLE AND NOKIA
FOR ATTORNEYS' FEES AND COSTS