| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California  94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone:  (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile:  (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF MARC HEARRON REGARDING SUBMISSION OF UNREDACTED ITC INVESTIGATION NO. 337-TA-796 OPINION TO FEDERAL CIRCUIT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Marc Hearron, hereby declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in Texas and the District of Columbia. I have personal knowledge of the matters stated herein. I submit this declaration regarding Apple's recent submission to the Federal Circuit of a confidential opinion from ITC Investigation No. 337-TA-796, which Samsung partially described in a declaration filed before this Court on May 23, 2014. (Dkt. 3100-3.)

2. The evening of March 27, 2014, Morrison & Foerster inadvertently submitted to the Federal Circuit as an attachment to a brief an unredacted version of an opinion from ITC Investigation No. 337-TA-796 containing information designated confidential by Samsung. Morrison & Foerster also transmitted copies of these documents to four in-house counsel for Apple.

3. The following afternoon, March 28, Morrison & Foerster discovered the error. Morrison & Foerster immediately contacted the Federal Circuit's clerk's office and alerted them not to accept the brief, as submissions to the Federal Circuit do not become publicly accessible until the Court reviews, accepts, and files a document. The clerk's office never accepted the version of the brief with the unredacted attachment, and it was therefore never made public.

4. Morrison & Foerster also immediately contacted the four individuals at Apple who received the documents and instructed them to delete the brief and confidential attachment. The four individuals responded the same day, March 28. Each confirmed that they had deleted the documents and that they had neither opened the documents at issue nor forwarded them to anyone else.

5. Morrison & Foerster promptly notified both Samsung's counsel Quinn Emanuel and the ITC of the inadvertent filing and the corrective actions that Morrison & Foerster took to resolve the issue.

Decl. of Marc Hearron Re Submission of Unredacted ITC Investigation No. 337-TA-796 Opinion
To Fed. Cir.
Case No. 11-cv-01846-LHK (PSG)
sf-3420669

1

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed this
2  28th day of May, 2014 in the District of Columbia.

*/s/ Marc Hearron*
Marc Hearron

DECL. OF MARC HEARRON RE SUBMISSION OF UNREDACTED ITC INVESTIGATION NO. 337-TA-796 OPINION
TO FED. CIR.
CASE NO. 11-CV-01846-LHK (PSG)
sf-3420669

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Marc Hearron has concurred in this filing.

Dated: May 28, 2014              */s/ Rachel Krevans*
                                  RACHEL KREVANS

DECL. OF MARC HEARRON RE SUBMISSION OF UNREDACTED ITC INVESTIGATION NO. 337-TA-796 OPINION TO FED. CIR.
CASE NO. 11-CV-01846-LHK (PSG)
sf-3420669

3