QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF JOHN B. QUINN PURSUANT TO APRIL 1, 2014 ORDER (DKT. 3061)** |

Case No. 11-cv-01846-LHK
DECLARATION OF JOHN B. QUINN PURSUANT TO APRIL 1, 2014 ORDER (DKT. 3061)

1    I, John B. Quinn, declare:

2    1.   I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I submit this declaration pursuant to the Order Denying Nokia's Motion to Compel (Dkt. 3061).  I am informed and believe the matters contained herein are true and correct based upon my interviews of attorneys from Quinn Emanuel and personnel at Stroz responsible for overseeing the remediation.

2.   Remediation of the information in question at Samsung has been completed "except where possession of the information is authorized or permitted by a court of competent jurisdiction . . . (e.g. an anonymized spreadsheet created in the Netherlands litigation with Apple's consent and at the Dutch court's invitation)."  (Dkt. 3060, Dkt. 3061, at 2).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed in Los Angeles, California on May 29, 2014.

                                            */s/ John B. Quinn*
                                            John B. Quinn

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that John B. Quinn has concurred in this filing.

Dated:   May 29, 2014

/s/ *Victoria Maroulis*
Victoria Maroulis