UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff,<br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER ON BRIEFING SCHEDULE AND HEARING FOR PRELIMINARY INJUNCTION BOND |

In light of the parties' joint statement regarding the preliminary injunction bond (ECF No. 3107), the following schedule is hereby set for Samsung's motion to recover under the bond:

Opening brief, not to exceed 10 pages: June 10, 2014.

Reply brief, not to exceed 10 pages: June 30, 2014.

Hearing: July 17, 2014 at 1:30 P.M. in Courtroom 8.

**IT IS SO ORDERED.**

Dated: June 3, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER ON BRIEFING SCHEDULE AND HEARING FOR PRELIMINARY INJUNCTION BOND