AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of California

APPLE INC. )
)
v. )    Case No.: Case No. 11-cv-01846-LHK (PSG)
SAMSUNG ELECTRONICS CO., LTD. et al. )
)

## AMENDED BILL OF COSTS

Judgment having been entered in the above entitled action on ___08/24/2012___ against ___Samsung___,
the Clerk is requested to tax the following as costs:                                          Date                      and 11/21/2013

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . | 557,330.37 | ~~751,214.54~~ |
| Disallowed $193,884.17 as outside the ambit of LR 54-3(b), (c) | | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,507,610.18 | ~~4,854,262.92~~ |
| Disallowed $3,346,652.74 as outside the ambit of LR 54-3(d) | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 | ~~282,500.00~~ |
| Disallowed $282,500.00 as outside the ambit of 28 USC sec. 1828 | | |
| Other costs (please itemize) | | 0.00 |

This Bill of Costs is supported by four declarations -- the two declarations filed with the December 5, 2013 Bill of Costs and the Supplemental Declaration of Rachel Krevans and Supplemental Declaration of Mark Selwyn, filed herewith.                                    $    ~~5,887,977.46~~

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.      $2,064,940.55

---

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the
services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties
in the following manner:

[✓] Electronic service              [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney:     /s/ Rachel Krevans and /s/ Mark D. Selwyn

Name of Attorney:  Rachel Krevans and Mark D. Selwyn

For:                   Apple Inc.                                    Date:    02/06/2014
                 Name of Claiming Party

---

### Taxation of Costs

Costs are taxed in the amount of     $2,064,940.55     and included in the judgment.

Richard W. Wieking                        Richard W. Wieking
                                    By:    Sandy Morris
     Clerk of Court                          Deputy Clerk                      6/6/2014
                                                                            Date