QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

1   Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") bring this Administrative Motion to File Under Seal portions of Samsung's Motion to
4  Enforce Preliminary Injunction Bond ("Bond Motion").
5   Samsung seeks to seal portions of the "Procedural Background" section that recount the
6  calculations Samsung presented to the Court in its May 25, 2012 Opposition to Apple's Motion
7  Pursuant to Rule 63(c) for Entry of Preliminary Injunction Without Further Hearing ("PI
8  Opposition") (Dkt. 977-03).   Samsung seeks to seal the number of units of the Galaxy Tab subject
9  to purchase order, the number of forecasted units, wholesale prices, and Samsung's per-unit
10 operating profit.   The Court previously found all the confidential financial information included
11 in the PI Opposition to be sealable.   Dkt. 1034 at 2.   Samsung continues to consider the financial
12 data included in the Bond Motion – orders, projected sales, wholesale prices, and operating profits
13 – highly confidential because competitors, suppliers, and carrier partners could use the insight
14 about Samsung's products to undercut Samsung prices, target marketing efforts, or as leverage
15 during pricing negotiations in the future.   Declaration of Robert J. Becher ¶ 6.
16   Samsung understands that Apple does not oppose Samsung's Administrative Motion to
17 File Documents Under Seal as a procedural mechanism for filing Samsung's Bond Motion under
18 seal.   Apple reserves the right to challenge any proposed redactions to the extent it believes those
19 redactions improperly seal non-confidential information.
20   Pursuant to the Court's Order (Dkt. 2984), the redacted and confidential, unredacted
21 versions of the aforementioned document will be served on counsel for Apple and Samsung will
22 file a public, proposed redacted version of the document after counsel for Apple confirms that the
23 proposed redactions.

| | |
|---|---|
| 1  DATED: June 10, 2014 | Respectfully submitted, |
| 2 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 4 | By */s/ Victoria F. Maroulis* |
| 5 | Charles K. Verhoeven<br>Kevin P.B. Johnson<br>Victoria F. Maroulis<br>Michael T. Zeller |
| 7 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |