QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-CV-01846-LHK<br><br>**DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Robert J. Becher, declare:

1.     I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2.     I make this declaration in support of Samsung's Administrative Motion to File Under Seal portions of Samsung's Motion to Enforce Preliminary Injunction Bond ("Bond Motion").

3.     The "Procedural Background" section of the Bond Motion recounts the calculations Samsung presented to the Court in its May 25, 2012 Opposition to Apple's Motion Pursuant to Rule 63(c) for Entry of Preliminary Injunction Without Further Hearing ("PI Opposition") (Dkt. 977-03) and includes the number of units of the Galaxy Tab subject to purchase orders, the number of forecasted units, wholesale prices, and Samsung's per-unit operating profit.

4.     As explained in the May 26, 2012 Declaration of Hankil Kang in Support of Samsung's Administrative Motion to File Under Seal (Dkt. 977-02), which I incorporate by reference, Samsung considers the financial data included in the PI Opposition to be highly confidential because of the competitive harm that could result from public disclosure.

5.     The Court previously granted Samsung's motion to seal the same confidential financial data that is included in its PI Opposition.  Dkt.  1034 at 2 (granting Samsung's request to seal portions of its PI Opposition with the exception of information not at issue here).

6.     I am informed and believe that Samsung continues to consider the financial data included in the Bond Motion – orders, projected sales, wholesale prices, and operating profits – highly confidential because competitors, suppliers, and carrier partners could use the insight about Samsung's products to undercut Samsung prices, target marketing efforts, or as leverage during pricing negotiations in the future.

Case No.  11-CV-01846-LHK
DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S ADMIN. MOT. TO FILE UNDER SEAL

1

2

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Los Angeles, California on June 10, 2014.

3

4

*/s/ Robert J. Becher*
Robert J. Becher

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S ADMIN. MOT. TO FILE UNDER SEAL

1

## **ATTESTATION**

2

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this

3

Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Robert J. Becher has

4

concurred in this filing.

5

Dated:  June 10, 2014                                    */s/ Victoria F. Maroulis*

6                                                                           Victoria F. Maroulis

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S ADMIN. MOT. TO FILE UNDER SEAL