| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Cal. Bar No. 170151) |
|   | charlesverhoeven@quinnemanuel.com |
| 3 | 50 California Street, 22nd Floor |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 875-6600 |
|   | Facsimile: (415) 875-6700 |
| 5 | |
|   | Kevin P.B. Johnson (Cal. Bar No. 177129) |
| 6 | kevinjohnson@quinnemanuel.com |
|   | Victoria F. Maroulis (Cal. Bar No. 202603) |
| 7 | victoriamaroulis@quinnemanuel.com |
|   | 555 Twin Dolphin Drive 5th Floor |
| 8 | Redwood Shores, California 94065 |
|   | Telephone: (650) 801-5000 |
| 9 | Facsimile: (650) 801-5100 |
| 10 | Michael T. Zeller (Cal. Bar No. 196417) |
|    | michaelzeller@quinnemanuel.com |
| 11 | 865 S. Figueroa St., 10th Floor |
|    | Los Angeles, California 90017 |
| 12 | Telephone: (213) 443-3000 |
|    | Facsimile: (213) 443-3100 |
| 13 | |
|    | Attorneys for SAMSUNG ELECTRONICS |
| 14 | CO., LTD., SAMSUNG ELECTRONICS |
|    | AMERICA, INC. and SAMSUNG |
| 15 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK |
| Plaintiff, | **DECLARATION OF SEUNGHEE HYUN IN SUPPORT OF MOTION TO ENFORCE PRELIMINARY INJUNCTION BOND** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   I, SeungHee Hyun, declare:

2   1.   I am a Senior Manager of the Procurement Planning Group at Samsung Electronics
3   Co., Ltd. ("Samsung").   I have personal knowledge of the facts set forth in this declaration,
4   except as otherwise noted and, if called as a witness, could and would testify to those facts under
5   oath.

6   2.   My responsibilities include tracking the components Samsung purchases for use in
7   its smartphones and tablets and ensuring that Samsung has a sufficient supply of components to
8   satisfy demand for its smartphones and tablets.   I have access to Samsung's books and records
9   and base the statements in this declaration on Samsung's books and records.

10   3.   The version of the Galaxy Tab 10.1 4G LTE that is connected to Verizon's carrier
11   network was referred to internally as model number SCH-I905 VZW.   Samsung also sold a
12   version of the Galaxy Tab 10.1 4G LTE that connected to U.S. Cellular's network, which was
13   internally referred to as SCH-I905 USC.   Samsung did not sell the SCH-I905 VZW or SCH-I905
14   USC (collectively, "SCH-I905") in any country other than the United States of America.

15   4.   As of June 26, 2012, the date the United States District Court for the Northern
16   District of California issued its preliminary injunction, Samsung had purchased and was in
17   possession of components for the SCH-I905 that it could not use that cost 2,329,149,000 Korean
18   won, the equivalent of $2,049,651.   The largest portion of this total was attributable to units of 32
19   gigabyte NAND flash memory that were unique to the SCH-I905 and could not be used in any
20   other Samsung products.   The 32 gigabyte NAND flash memory cost Samsung 1,976,318,000
21   Korean won, the equivalent of $1,739,160.

22   5.   The remaining portion of this total consisted of other components that were unique
23   to the SCH-I905 and could not be used in any other Samsung products.   These components cost
24   Samsung an additional 352,831,000 Korean won, the equivalent of $310,491.

25   6.   The following chart lists the component code, Samsung product description and
26   total monetary loss in thousands of Korean Won for the SCH-I905 components that Samsung was
27   unable to use:

28

Case No.   11-CV-01846-LHK
DECLARATION OF SEUNGHEE HYUN IN SUPPORT OF MOTION TO ENFORCE PRELIMINARY
INJUNCTION BOND

| Component Code | Samsung Product Description | Loss By Component (in thousands of Korean Won) |
|---|---|---|
| 1107-002054 | IC-NAND FLASH;SDIN5E1-32G-944H,32GByte,T | 1,976,318 |
| 1205-004318 | IC-TRANSCEIVER;FC7831V,MLF,137P,7X7mm,PL | 82,917 |
| 2910-000123 | DUPLEXER-SAW;751.0MHz,782.0MHz,2.1,1.9,T | 48,854 |
| GH41-03424A | PCB MAIN-SCH-I905;SCH-I905,FR-4,10,REV0. | 39,189 |
| 1105-002228 | IC-MOBILE SDRAM;K4X51323PI-8GC6,mDDR SDR | 36,563 |
| 0902-002716 | IC-MICROPROCESSOR;T20-H-R-A4,1GHz,FCBGA | 29,763 |
| GH59-11436A | ASSY ETC-30PIN I/F FPCB + MIC FPCB(I905; | 26,867 |
| GH96-05268A | ASSY MODULE-SIM SOCKET SHIELD RFPCB ASS' | 15,041 |
| GH59-11271A | KEY FPCB-POWER+VOL KEY ASSY(SCH-I905);SC | 14,014 |
| 1203-006782 | IC-DC/DC CONVERTER;AAT2113BIXS-0.6-T1,FT | 11,969 |
| 0505-002353 | FET-SILICON;US6M2G3TR,P,30V,+-6.0A,6.5W | 7,334 |
| GH98-20325A | ASSY CASE-REAR_VZW;SCH-I905,VZW,SILVER | 5,794 |
| GH59-11285A | MODULE-SPKMODULE(SCH-I905_R);SCH-I905,SI | 5,255 |
| 1205-004036 | IC-INTERFACE;SN75LVDS83BZQLR,BGA,56P,4.5 | 5,143 |
| GH59-11284A | MODULE-SPKMODULE(RIGHT);SCH-I905,SI-SCH- | 3,762 |
| GH39-01491A | CBF COAXIAL CABLE-128MM (SCH-I905);SCH-I | 2,769 |
| GH98-20325B | ASSY CASE-REAR_VZW;SCH-I905,VZW,WHITE | 2,574 |
| 2703-003249 | INDUCTOR-SMD;56nH,5%,1005,1.17ohm,200mA | 2,127 |
| GH39-01490A | CBF COAXIAL CABLE-51MM (SCH-I905);SCH-I9 | 1,657 |
| GH31-00546A | MOTOR LINEAR VIBRATION-SCH-I905_MOTOR;DM | 1,633 |
| GH39-01492A | CBF COAXIAL CABLE-17MM (SCH-I905);SCH-I9 | 1,573 |
| GH42-03101A | ANTENNA-CDMA MAIN+GPS(SCH-I905);3001220 | 1,445 |
| GH42-03127A | ANTENNA-CDMA DIVERSITY (SCH-I905);B11001 | 1,433 |
| GH69-14156A | UNIT BOX-P4-LTE;SCH-I905,PAPER,SLIDE,267 | 1,064 |
| 3705-001225 | CONNECTOR-COAXIAL;JACK,3GHz,50ohm,0dB | 830 |
| 2904-001999 | FILTER-SAW;751MHz,TP,1.5dB | 589 |
| GH42-03098A | ANTENNA-BT/WIFI (SCH-I905);B110015,SCH-I | 566 |
| GH42-03100A | ANTENNA-LTE MAIN (SCH-I905);B110013,SCH- | 509 |
| GH98-20321A | ASSY COVER-SHIELD MAIN R;SCH-I905,VZW,SI | 468 |
| GH98-20320A | ASSY COVER-SHIELD MAIN L;SCH-I905,VZW,SI | 371 |
| 0801-003227 | IC-CMOS LOGIC;7SG125,Inverter,SON,5P,1.0 | 195 |
| GH68-35956A | MANUAL USERS-ORG_TOUCHWIZ;SCH-I905,VZW,E | 125 |
| GH69-13108A | CUSHION-CASE(VERIZON ONLY);SCH-I905,T0.8 | 120 |
| 2203-005483 | C-CER,CHIP;68nF,10%,10V,X5R,TP,1005 | 115 |
| GH68-36397A | MANUAL USERS-PSW_TW;SCH-I905,VZW,SPANISH | 80 |
| GH68-34953A | MANUAL USERS-ICI;SCH-I905,VZW,SPANISH/EN | 52 |
| 2203-006438 | C-CER,CHIP;330nF,10%,6.3V,X5R,TP,1005 | 25 |
| 2007-008549 | R-CHIP;1.8Kohm,5%,1/20W,TP,0603 | 16 |
| GH68-34954A | MANUAL USERS-RF BROCHURE;SCH-I905,VZW,SP | 12 |
| GH74-56357A | TAPE-TAPE_PCB_INS_1;SCH-I905,3M 1361B 0. | 12 |
| GH41-03533A | PCB MAIN-SCH-I905_USCC MAIN;SCH-I905U,FR | 6 |

7.    After the preliminary injunction issued, it did not make sense for Samsung to keep the components for the SCH-I905 for which it is seeking reimbursement.    We did not believe that

Verizon or U.S. Cellular would purchase the SCH-I905 in the event the preliminary injunction was subsequently dissolved because we knew that they would be focusing their efforts on selling other, more recently released tablet products by the time the injunction was lifted.

8. Because Samsung had no use for the components for which it is seeking reimbursement, it scrapped them in or about July 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Suwon, Korea on June 10, 2014.

_____
SeungHee Hyun

-3-     Case No. 11-CV-01846-LHK
DECLARATION OF SEUNGHEE HYUN IN SUPPORT OF MOTION TO ENFORCE PRELIMINARY INJUNCTION BOND

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that SeungHee Hyun has concurred in this filing.

Dated:   June 10, 2014              */s/ Victoria Maroulis*
                                                   Victoria Maroulis

-4-                                         Case No.   11-CV-01846-LHK
DECLARATION OF SEUNGHEE HYUN IN SUPPORT OF MOTION TO ENFORCE PRELIMINARY INJUNCTION BOND