UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| APPLE INC., a California Corporation, | ) | Case No. 5:11-cv-01846-LHK-PSG |
| Plaintiff, | ) ) | **ORDER RE: MOTIONS TO SEAL** |
| v. | ) ) | **(Re: Docket Nos. 2395, 2410, 2471, 2556,** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) | **2557, 2558, 2564, 2610, 2624, 2633, 2664, 2825, 2835, 2836, 2838, 2871, 2872, 2873, 2974, 2975, 2976, 2977, 2991, 2993, 3037, 3039)** |
| Defendants. | ) ) | |

This court has decried sealing practices in this and related cases on multiple occasions.[1] In recent filings, however, the parties have become more judicious in deciding what information they choose to defend as confidential. Old dogs, it turns out, can learn new tricks. Yet there remains a backlog of sealing requests from prior motions to be addressed. It is to these motions, which were

---

[1] *See, e.g.,* Case No. 5:11-cv-01846-LHK (PSG), Docket Nos. 1115, 2222; Case No. 5:12-cv-00630-LHK (PSG), Docket Nos. 1415, 1136.

1

Case No. 5:11-cv-01846-LHK-PSG
ORDER RE: MOTIONS TO SEAL

filed before the parties made any real progress in reforming their sealing practices, that the court now turns.

In 26 separate administrative motions the parties seek to seal 134 documents. "Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'"[2] Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point."[3] Parties seeking to seal judicial records relating to dispositive motions bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure.[4]

However, "while protecting the public's interest in access to the courts, we must remain mindful of the parties' right to access those same courts upon terms which will not unduly harm their competitive interest."[5] Records attached to nondispositive motions therefore are not subject to the strong presumption of access.[6] Because the documents attached to nondispositive motions "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving to seal must meet the lower "good cause" standard of Rule 26(c).[7] As with dispositive motions, the standard applicable to nondispositive motions requires a "particularized showing"[8] that "specific

---

[2] *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)).

[3] *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

[4] *Id.* at 1178-79.

[5] *Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013).

[6] *See id.* at 1180.

[7] *Id.* at 1179 (internal quotations and citations omitted).

[8] *Id.*

2
Case No. 5:11-cv-01846-LHK-PSG
ORDER RE: MOTIONS TO SEAL

prejudice or harm will result" if the information is disclosed.[9] "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice.[10] A protective order sealing the documents during discovery may reflect the court's previous determination that good cause exists to keep the documents sealed,[11] but a blanket protective order that allows the parties to designate confidential documents does not provide sufficient judicial scrutiny to determine whether each particular document should remain sealed.[12]

In addition to making particularized showings of good cause, parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5.  Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law."  "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)."[13] "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."[14]

---

[9] *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002); *see* Fed. R. Civ. P. 26(c).

[10] *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

[11] *See Kamakana,* 447 F.3d at 1179-80.

[12] *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable.").

[13] Civ. L.R. 79-5(b).  In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d).

[14] Civ. L.R. 79-5(e)(1).  The Civil Local Rules have recently been amended shortening the time available to the designating party to file a supporting declaration from seven days to four days.  As this rule change was only recently implemented the court applies the prior form of Civ. L.R. 79-5 for the purposes of this order.

3

Case No. 5:11-cv-01846-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| Motion to Seal | Document to be Sealed | Result | Reason/Explanation |
|---|---|---|---|
| 2395 | Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2395 | Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2395 | Exhibit A to the Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions Infringement Contention | UNSEALED | Not narrowly tailored to confidential business information |
| 2395 | Exhibit B to the Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2395 | Exhibit C to the Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2395 | Exhibit D to the Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2395 | Exhibit E to the Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2395 | Exhibit F to the Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions | UNSEALED | Not narrowly tailored to confidential business information |

Case No. 5:11-cv-01846-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | | |
|---|---|---|---|---|
| 2410 | Apple's Reply ISO Motion To Compel Further Discovery And For Sanctions | UNSEALED | | No supporting declaration was filed |
| 2410 | Exhibit A to the Mueller Declaration ISO Apple's Reply ISO Motion To Compel Further Discovery And For Sanctions | UNSEALED | | No supporting declaration was filed |
| 2471 | Apple's Response To Samsung's Motion For Leave To File Supplemental Declaration Of Thomas D. Pease | UNSEALED | | No supporting declaration was filed; not narrowly tailored to confidential business information |
| 2556 | Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | SEALED<br>6:3, 9-11, 13-20 | UNSEALED<br>4:6-8<br>4:14-5:25<br>8:1-4 | Sealed portions reflect narrow tailoring to protect confidential business information. Unsealed portions do not or lack a supporting declaration. |
| 2556 | Ahn Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | SEALED<br>2:26-28 | UNSEALED<br>2:16-25<br>3: 4-4:24<br>5:6-9<br>5:27-6:1 | Sealed portions reflect narrow tailoring to protect confidential business information. Unsealed portions do not or lack a supporting declaration. |
| 2556 | Korea Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | SEALED<br>5:17-19<br>5:21-6:18 | UNSEALED<br>2:1-4, 21<br>5:5-6, 17<br>4:7-8<br>4:27-5:13 | Sealed portions reflect narrow tailoring to protect confidential business information. Unsealed portions do not or lack a supporting declaration. |
| 2556 | Exhibit 1 to the Korea Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | UNSEALED | | No supporting declaration was filed. |

**United States District Court**
For the Northern District of California

| 2556 | Exhibit 2 to the Korea Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | UNSEALED | No supporting declaration was filed. |
|---|---|---|---|
| 2556 | Exhibit 3 to the Korea Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | UNSEALED | No supporting declaration was filed. |
| 2556 | Exhibit 4 to the Korea Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | SEALED | Narrowly tailored to confidential business information |
| 2556 | Exhibit 5 to the Korea Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | SEALED | Narrowly tailored to confidential business information |
| 2556 | McGowan Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | UNSEALED | Not narrowly tailored to confidential business information |
| 2556 | Kwak Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | UNSEALED, except 2:10-12. | Sealed portions reflect narrow tailoring to protect confidential business information. Unsealed portions lack a supporting declaration. |

6

Case No. 5:11-cv-01846-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | | |
|---|---|---|---|---|
| 2556 | Shim Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | UNSEALED | | Not narrowly tailored to confidential business information |
| 2556 | Kang Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | SEALED<br>2:7-10<br>2:15-18 | UNSEALED<br>2:10-15<br>2:19-3:15<br>3:17-19, 21-22, 26-27<br>4:2-4 | Sealed portions reflect narrow tailoring to protect confidential business information. Unsealed portions do not or lack a supporting declaration. |
| 2556 | Exhibit A to the Kang Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | SEALED | | Narrowly tailored to confidential business information |
| 2556 | Exhibit C to the Becher Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | UNSEALED | | Declaration filed indicating no confidentiality claimed |
| 2556 | Exhibit F to the Becher Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | UNSEALED | | Declaration filed indicating no confidentiality claimed |
| 2556 | Exhibit N to the Becher Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | UNSEALED | | Declaration filed indicating no confidentiality claimed |

Case No. 5:11-cv-01846-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 2556 | Exhibit O to the Becher Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of  Protective Order ns | UNSEALED | Declaration filed indicating no confidentiality claimed |
| 2556 | Exhibit P to the Becher Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of  Protective Order | UNSEALED | Declaration filed indicating no confidentiality claimed |
| 2556 | Exhibit Q to the Becher Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of  Protective Order s | UNSEALED | Declaration filed indicating no confidentiality claimed |
| 2556 | Exhibit R to the Becher Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of  Protective Order | UNSEALED | Not narrowly tailored to confidential business information |
| 2556 | Exhibit S to the Becher Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of  Protective Order | UNSEALED | Declaration filed indicating no confidentiality claimed |
| 2556 | Exhibit X to the Becher Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of  Protective Order | UNSEALED | Declaration filed indicating no confidentiality claimed |

| | | | |
|---|---|---|---|
| 2556 | Camesasca Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | UNSEALED | Declaration filed indicating no confidentiality claimed |
| 2556 | Vanzetti Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order | UNSEALED | Declaration filed indicating no confidentiality claimed |
| 2557 | Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED, except 5:4-7 | Sealed portions reflect narrow tailoring to protect confidential business information. Unsealed portions do not. |
| 2557 | Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Declaration filed indicating no confidentiality claimed or no supporting declaration was filed |
| 2557 | Exhibit 1 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2557 | Exhibit 2 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2557 | Exhibit 3 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2557 | Exhibit 4 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2557 | Exhibit 6 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | SEALED | Narrowly tailored to confidential business information |

9

Case No. 5:11-cv-01846-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| 2557 | Exhibit 8 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
|---|---|---|---|
| 2557 | Exhibit 9 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2557 | Exhibit 10 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2557 | Exhibit 11 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2557 | Exhibit 12 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2557 | Exhibit 13 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2557 | Exhibit 14 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2557 | Exhibit 15 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2557 | Exhibit 16 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2557 | Exhibit 17 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2557 | Exhibit 18 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |

Case No. 5:11-cv-01846-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 2557 | Exhibit 19 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2557 | Exhibit 20 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2557 | Exhibit 21 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | UNSEALED | Not narrowly tailored to confidential business information |
| 2558 | Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | No supporting declaration was filed |
| 2558 | Exhibit 1 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | No supporting declaration was filed |
| 2558 | Exhibit 2 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | SEALED | Narrowly tailored to confidential business information |
| 2558 | Exhibit 3 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | Not narrowly tailored to confidential business information |
| 2558 | Exhibit 4 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | Not narrowly tailored to confidential business information |
| 2558 | Exhibit 5 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | Not narrowly tailored to confidential business information |
| 2558 | Exhibit 6 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | Not narrowly tailored to confidential business information |
| 2558 | Exhibit 7 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | Not narrowly tailored to confidential business information |

| | | | |
|---|---|---|---|
| 2558 | Exhibit 8 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | SEALED | Narrowly tailored to confidential business information |
| 2558 | Exhibit 9 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | Not narrowly tailored to confidential business information |
| 2558 | Exhibit 10 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | Not narrowly tailored to confidential business information |
| 2558 | Exhibit 11 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | Not narrowly tailored to confidential business information |
| 2558 | Exhibit 12 of the Koppelman Declaration ISO Nokia Corporation and Nokia Inc.'s Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | Not narrowly tailored to confidential business information |
| 2558 | Exhibit 13 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | Not narrowly tailored to confidential business information |
| 2558 | Exhibit 14 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | Not narrowly tailored to confidential business information |
| 2558 | Exhibit 15 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | Not narrowly tailored to confidential business information |
| 2558 | Exhibit 16 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | Not narrowly tailored to confidential business information |
| 2558 | Exhibit 17 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | No supporting declaration was filed |

Case No. 5:11-cv-01846-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 2558 | Exhibit 18 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | No supporting declaration was filed |
| 2558 | Exhibit 19 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | No supporting declaration was filed |
| 2558 | Exhibit 20 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | No supporting declaration was filed |
| 2558 | Exhibit 21 of the Koppelman Declaration ISO Nokia Corporation and Nokia Inc.'s Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | No supporting declaration was filed |
| 2558 | Exhibit 22 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | No supporting declaration was filed |
| 2558 | Exhibit 23 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | No supporting declaration was filed |
| 2558 | Exhibit 25 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | UNSEALED | No supporting declaration was filed |
| 2610 | Becher Declaration in Support of Administrative Motion to File Documents Under Seal | UNSEALED | No supporting declaration was filed |
| 2610 | Samsung's Motion for Leave to Take Discovery | UNSEALED | Not narrowly tailored to protect confidential business information |
| 2624 | Apple Inc.'s Opposition to Samsung's Motion for Leave to Take Discovery | UNSEALED | Not narrowly tailored to confidential business information |
| 2633 | Samsung's Reply in Support of its Motion for Leave to Take Discovery | UNSEALED | Not narrowly tailored to confidential business information |
| 2664 | Becher Declaration in Support of Samsung's Administrative Motion to Seal | UNSEALED | No supporting declaration was filed |

13

Case No. 5:11-cv-01846-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | | |
|---|---|---|---|---|
| 2664 | Samsung's Notice Related to In Camera Submission | UNSEALED | | Not narrowly tailored to confidential business information |
| 2825 | Apple Inc.'s Response to Samsung's Brief Regarding Attorney-Client Privilege and Work-Product Production in Response to Order of November 8, 2013 | UNSEALED | | Not narrowly tailored to confidential business information |
| 2835 | Samsung's Response to November 8, 2013Order to Show Cause Why Sanctions Are Not Warranted | SEALED<br>3:13<br>17:2-14 | UNSEALED<br>12:18-23<br>15:1-8, 10-16:3, n.6<br>16:7, 12-15, n.7, 17-17:1<br>17: 21-18:18 | Sealed portions reflect narrow tailoring to protect confidential business information. Unsealed portions do not. |
| 2835 | Exhibit 31 of the Becher Declaration ISO Samsung's Response to November 2, 2013 Order to Show Cause Why Sanctions Are Not Warranted | UNSEALED | | Not narrowly tailored to confidential business information |
| 2835 | Exhibit 32 of the Becher Declaration ISO Samsung's Response to November 2, 2013 Order to Show Cause Why Sanctions Are Not Warranted | UNSEALED | | Not narrowly tailored to confidential business information |
| 2835 | Exhibit 33 of the Becher Declaration ISO Samsung's Response to November 2, 2013 Order to Show Cause Why Sanctions Are Not Warranted | UNSEALED | | Not narrowly tailored to confidential business information |
| 2835 | Exhibit 39 of the Becher Declaration ISO Samsung's Response to November 2, 2013 Order to Show Cause Why Sanctions Are Not Warranted | UNSEALED, except 257-262 (Transcript of Record at 87-92) | | Sealed portions reflect narrow tailoring to protect confidential business information. Unsealed portions do not. |
| 2835 | Exhibit 40 of the Becher Declaration ISO Samsung's Response to November 2, 2013 Order to Show Cause Why Sanctions Are Not Warranted | UNSEALED | | Not narrowly tailored to confidential business information |

| | | | |
|---|---|---|---|
| 2835 | Exhibit 41 of the Becher Declaration ISO Samsung's Response to November 2, 2013 Order to Show Cause Why Sanctions Are Not Warranted | SEALED | Narrowly tailored to confidential business information |
| 2835 | Exhibit 42 of the Becher Declaration ISO Samsung's Response to November 2, 2013 Order to Show Cause Why Sanctions Are Not Warranted | SEALED | Narrowly tailored to confidential business information |
| 2836 | Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | UNSEALED | Not narrowly tailored to confidential business information |
| 2836 | Exhibit 1 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | UNSEALED | Not narrowly tailored to confidential business information |
| 2836 | Exhibit 2 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | UNSEALED | Not narrowly tailored to confidential business information |
| 2836 | Exhibit 3 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | UNSEALED | Not narrowly tailored to confidential business information |
| 2836 | Exhibit 4 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | UNSEALED | Not narrowly tailored to confidential business information |
| 2836 | Exhibit 5 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | UNSEALED, except 58:4-59:25 | Not narrowly tailored to confidential business information |
| 2836 | Exhibit 6 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | SEALED | Narrowly tailored to confidential business information |

15

Case No. 5:11-cv-01846-LHK-PSG
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 2836 | Exhibit 7 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | UNSEALED | Not narrowly tailored to confidential business information |
| 2836 | Exhibit 8 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | UNSEALED | Not narrowly tailored to confidential business information |
| 2836 | Exhibit 9 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | UNSEALED | Not narrowly tailored to confidential business information |
| 2836 | Exhibit 11 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | UNSEALED | Declaration filed indicating no confidentiality claimed |
| 2836 | Exhibit 12 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | UNSEALED | Declaration filed indicating no confidentiality claimed |
| 2838 | Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | UNSEALED | Not narrowly tailored to confidential business information |
| 2838 | Exhibit 22 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | UNSEALED | Not narrowly tailored to confidential business information |
| 2838 | Exhibit 23 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | UNSEALED | Not narrowly tailored to confidential business information |
| 2838 | Exhibit 24 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | UNSEALED | Not narrowly tailored to confidential business information |
| 2838 | Exhibit 25 to Selwyn Declaration ISO Apple's Brief Regarding | UNSEALED | Not narrowly tailored to confidential business information |

| | | | |
|---|---|---|---|
| | Appropriate Sanctions for Samsung's Protective Order Violations | | |
| 2838 | Exhibit 26 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | UNSEALED | Not narrowly tailored to confidential business information |
| 2871 | Samsung's Supplemental Response | UNSEALED | Not narrowly tailored to confidential business information |
| 2871 | Exhibit 1 to Becher Declaration ISO Samsung's Supplemental Response | UNSEALED | Not narrowly tailored to confidential business information |
| 2872 | Nokia's Supplemental Brief | UNSEALED | Not narrowly tailored to confidential business information. |
| 2872 | Exhibit 1 to Koppelman Declaration ISO Nokia's Supplemental Brief | UNSEALED | Not narrowly tailored to confidential business information |
| 2873 | Apple's Post-Hearing Brief in Support of Sanctions | UNSEALED except 4:15-17, 4:24-5:6 | Sealed portions reflect narrow tailoring to protect confidential business information. Unsealed portions do not. |
| 2974 | Apples February 17, 2014 Letter Brief | UNSEALED | Motion denied at Feb. 27 hearing (*see* Docket No. 2997) |
| 2975 | NishiNo supporting declaration ISO of Apple's Motion to File Under Seal | UNSEALED | Motion denied at Feb. 27 hearing (*see* Docket No. 2997) |
| 2975 | NishiNo supporting declaration ISO of Samsung's Motion to File Under Seal | UNSEALED | Motion denied at Feb. 27 hearing (*see* Docket No. 2997) |
| 2976 | Kolovos Sealing Declaration | UNSEALED | Motion denied at Feb. 27 hearing (*see* Docket No. 2997) |
| 2977 | Samsung's Opposition to Administrative Motion to Seal | UNSEALED | Motion denied at Feb. 27 hearing (*see* Docket No. 2997) |
| 2991 | Kolovos Sealing Declaration | UNSEALED | Motion denied at Feb. 27 hearing (*see* Docket No. 2997) |
| 2993 | Samsung's Opposition to Administrative Motion to Seal | UNSEALED | Motion denied at Feb. 27 hearing (*see* Docket No. 2997) |

| | | | |
|---|---|---|---|
| 3037 | Samsung's Motion for Authorization to Submit Deposition Transcripts of Paul Melin and Eeva Hakoranta to The ITC | UNSEALED | Notice filed from Apple indicating no sealing necessary; No supporting declaration was filed by Nokia |
| 3037 | Becher Declaration ISO Samsung's Motion for Authorization to Submit Deposition Transcripts of Paul Melin and Eeva Hakoranta to The ITC | UNSEALED | Declaration filed indicating no confidentiality claimed or no supporting declaration was filed |
| 3037 | Exhibit 1 to Becher Declaration ISO Samsung's Motion for Authorization to Submit Deposition Transcripts of Paul Melin and Eeva Hakoranta to The ITC | UNSEALED | Declaration filed indicating no confidentiality claimed or no supporting declaration was filed |
| 3037 | Exhibit 2 to Becher Declaration ISO Samsung's Motion for Authorization to Submit Deposition Transcripts of Paul Melin and Eeva Hakoranta to The ITC | UNSEALED | Declaration filed indicating no confidentiality claimed or no supporting declaration was filed |
| 3039 | Nokia's Reply to Samsung's Opposition to Nokia's Motion to Compel Information for Remediation | UNSEALED | Declaration filed indicating no confidentiality claimed |
| 3039 | Exhibit 1 to Koppelman Declaration ISO Reply to Samsung's Opposition to Nokia's Motion to Compel Information for Remediation | UNSEALED | Declaration filed indicating no confidentiality claimed or not narrowly tailored to confidential business information |

**IT IS SO ORDERED.**

Dated: June 11, 2014

_Paul S. Grewal_

PAUL S. GREWAL
United States Magistrate Judge

18

Case No. 5:11-cv-01846-LHK-PSG
ORDER RE: MOTIONS TO SEAL