QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXPAND TIME FOR RE-FILING DOCUMENTS IN RESPONSE TO JUNE 11 ORDER [DKT. NO. 3113]** |

02198.51855/6066617.2

Case No. 11-cv-01846-LHK (PSG)
STIPULATED REQUEST AND [PROPOSED] ORDER TO EXPAND TIME
FOR RE-FILING DOCUMENTS IN RESPONSE TO JUNE 11 ORDER [DKT. NO. 3113]

1   Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple"), Nokia Corporation ("Nokia"), and
2   Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
3   Telecommunications America, LLC (collectively "Samsung") file this Stipulated Request to
4   expand the time for re-filing documents relating to the Court's June 11 Order Granting-in-Part and
5   Denying-in-Part Apple's, Nokia's and Samsung's Administrative Motions to File Documents
6   Under Seal (Dkt. No. 3113).
7   WHEREAS, the Court entered an Order on June 11, 2014, addressing sealing issues
8   related to 26 different motions to seal covering 134 documents and thousands of pages;
9   WHEREAS, the Parties have conferred regarding the Court's Order and are working
10  diligently to review the documents at issue, in particular so as to make any follow-up requests as
11  narrow as possible and to notify third parties whose confidentiality interests are implicated;
12  WHEREAS, based on their review of the information at issue, the Parties may desire to file
13  narrow renewed motions to seal or motions for reconsideration seeking to seal a subset of the
14  documents and information at issue in the June 11 Order or, in the alternative, to stay disclosure of
15  certain information pending any and all appeals to the district court or any appellate court from the
16  Court's June 11 Order;
17  WHEREAS, given the volume of the information at issue, the Parties agree that additional
18  time is necessary to allow them to complete a meaningful review of the information at issue and to
19  assess whether to seek any narrow relief based on that information.
20  NOW THEREFORE, the parties jointly request that the following schedule be entered:
21  1.   The parties may file any renewed motions to seal, motions for reconsideration, or
22  motions to stay based on the June 11 Order by Wednesday, July 2, 2014, and the parties will not
23  file or otherwise disclose in a manner not permitted by the Protective Order any documents or
24  information covered by such motions until 7 days after final disposition of those motions,
25  including any and all appeals in connection therewith; and
26  2.   The parties shall file all documents not covered by a motion to seal, motion for
27  reconsideration, or motion to stay, publicly or with redactions, consistent with the June 11 Order,
28  by Tuesday, July 8, 2014, at 5 p.m. PDT.

1    **IT IS SO STIPULATED**.

2  DATED: June 16, 2014

3                                           By:   *s/ Mark Selwyn*
                                                   Mark Selwyn

4                                                 Attorneys for Plaintiff and Counterclaim-
                                                   Defendant APPLE INC.
5

6

7  DATED: June 16, 2014                     By:   */s/ Robert J. Becher*
                                                   Robert J. Becher

8                                                 Attorneys for Defendants and Counterclaim-
                                                   Plaintiffs
9                                                 SAMSUNG ELECTRONICS CO., LTD.,
                                                   SAMSUNG ELECTRONICS AMERICA, INC.
10                                                and SAMSUNG TELECOMMUNICATIONS
                                                   AMERICA, LLC
11

12 DATED: June 16, 2014                     By:   */s/ Ryan Koppelman*
                                                   Ryan Koppelman
13
                                                  Attorney for Third Party
14                                                NOKIA CORPORATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02198.51855/6066617.2

-3-                              Case No. 11-cv-01846-LHK (PSG)
STIPULATED REQUEST AND [PROPOSED] ORDER TO EXPAND TIME
FOR RE-FILING DOCUMENTS IN RESPONSE TO JUNE 11 ORDER [DKT. NO. 3113]

## ORDER

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated:  June 18, 2014

*Paul S. Grewal*
The Honorable Paul S. Grewal
United States Magistrate Judge

02198.51855/6066617.2

-4-   Case No. 11-cv-01846-LHK (PSG)
STIPULATED REQUEST AND [PROPOSED] ORDER TO EXPAND TIME
FOR RE-FILING DOCUMENTS IN RESPONSE TO JUNE 11 ORDER [DKT. NO. 3113]