1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO REVIEW THE CLERK'S TAXATION OF COSTS** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion to Review the Clerk's Taxation of Costs.

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's motion to stay review, resolution, and enforcement of the Clerk's taxation of costs (Dkt. 3110) until such time as the parties' merits appeal process is complete, including any further litigation that may occur as a result.

-1-   Case No. 11-cv-01846-LHK-PSG
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO REVIEW THE CLERK'S TAXATION OF COSTS**

**IT IS SO ORDERED.**

DATED: _____, 2014

_____
HONORABLE LUCY H. KOH
United States District Court Judge

-2-   Case No. 11-cv-01846-LHK-PSG
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO REVIEW THE CLERK'S TAXATION OF COSTS**