UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR REVIEW OF CLERK'S TAXATION OF COSTS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Apple filed a motion to review the Clerk's award of costs in this case.  Having considered
2  the arguments of the parties and the papers submitted, and GOOD CAUSE HAVING BEEN
3  SHOWN, IT IS ORDERED that Apple's Motion for Review of Clerk's Taxation of Costs is
4  GRANTED.

Costs are taxed in the amount of $5,887,977.46 and included in the judgment.

**IT IS SO ORDERED.**

Dated: _____   _____
                                                               Hon. Lucy H. Koh
                                                               United States District Judge

[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR REVIEW OF CLERK'S TAXATION OF COSTS
Case No. 11-cv-01846-LHK (PSG)
sf-3430066

1