[COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Civ. A. No. 11-CV-01846-LHK (PSG) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR OPPOSITIONS AND REPLIES ON THE PARTIES' MOTIONS FOR REVIEW OF THE CLERK'S TAXATION OF COSTS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd.,
2 Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, (collectively
3 "Samsung") file this Stipulation regarding extending opposition and reply briefing deadlines in
4 connection with the parties' motions to review the clerk's taxation of costs.
5   WHEREAS, on June 20, 2014, Samsung filed a Notice of Motion and Motion to Review the
6 Clerk's Taxation of Costs (Dkt. 3118);
7   WHEREAS, on June 20, 2014, Apple filed a Notice of Motion and Motion for Review of
8 Clerk's Taxation of Costs (Dkt. 3119);
9   WHEREAS, by prior stipulation and order (Dkt. 2896), the parties agreed that opposition
10 briefs would be due 14 days after the filing of motions to review the clerk's taxation of costs (*i.e.*,
11 July 7, 2014), and replies would be due 7 days after that (*i.e.*, July 14, 2014);
12   WHEREAS, the parties' noticed their motions to review the clerk's taxation of costs for
13 hearing on August 14, 2014—one month after the current deadline for reply briefs;
14   WHEREAS, the parties would benefit from additional time to prepare their opposition and
15 reply briefs, and have agreed to a revised briefing schedule that will not affect the August 14, 2014,
16 hearing date or any other deadline in this case;
17   NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
18 parties, subject to the approval of the Court, that:
19   1.   Opposition briefs on the parties' motions to review the clerk's taxation of costs shall
20 be due July 17, 2014; and
21   2.   Reply briefs shall be due July 31, 2014.

IT IS SO STIPULATED.

Dated: June 25, 2014

By: */s/ Rachel Krevans*

Attorney for Plaintiff and Counterclaim-Defendant

APPLE INC.

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

By: */s/ Victoria F. Maroulis*

Attorney for Defendants and Counterclaim-Plaintiffs

SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

CHARLES K. VERHOEVEN
(Bar No. 170151)
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

KEVIN P.B. JOHNSON (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
VICTORIA F. MAROULIS (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

WILLIAM C. PRICE (Bar No. 108542)
williamprice@quinnemanuel.com
MICHAEL T. ZELLER (Bar No. 19417)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

**ORDER**

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated: June ___, 2014

_____
The Honorable Lucy H. Koh
United States District Judge

**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  June 25, 2014                     */s/  Rachel Krevans*

RACHEL KREVANS
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522