[COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Civ. A. No. 11-CV-01846-LHK (PSG) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR OPPOSITIONS AND REPLIES ON THE PARTIES' MOTIONS FOR REVIEW OF THE CLERK'S TAXATION OF COSTS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple") and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, (collectively "Samsung") file this Stipulation regarding extending opposition and reply briefing deadlines in connection with the parties' motions to review the clerk's taxation of costs.

WHEREAS, on June 20, 2014, Samsung filed a Notice of Motion and Motion to Review the Clerk's Taxation of Costs (Dkt. 3118);

WHEREAS, on June 20, 2014, Apple filed a Notice of Motion and Motion for Review of Clerk's Taxation of Costs (Dkt. 3119);

WHEREAS, by prior stipulation and order (Dkt. 2896), the parties agreed that opposition briefs would be due 14 days after the filing of motions to review the clerk's taxation of costs (*i.e.*, July 7, 2014), and replies would be due 7 days after that (*i.e.*, July 14, 2014);

WHEREAS, the parties' noticed their motions to review the clerk's taxation of costs for hearing on August 14, 2014—one month after the current deadline for reply briefs;

WHEREAS, the parties would benefit from additional time to prepare their opposition and reply briefs, and have agreed to a revised briefing schedule that will not affect the August 14, 2014, hearing date or any other deadline in this case;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties, subject to the approval of the Court, that:

1.   Opposition briefs on the parties' motions to review the clerk's taxation of costs shall be due July 17, 2014; and

2.   Reply briefs shall be due July 31, 2014.

1 | IT IS SO STIPULATED.

2 | Dated: June 25, 2014

3

4 | By: */s/ Rachel Krevans*                                     By: */s/ Victoria F. Maroulis*

5 | Attorney for Plaintiff and Counterclaim-Defendant            Attorney for Defendants and Counterclaim-Plaintiffs

6 | APPLE INC.                                                   SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
JACK W. LONDEN (CA SBN 85776)
jlonden@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
RUTH N. BORENSTEIN (CA SBN 133797)
rborenstein@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
William.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

CHARLES K. VERHOEVEN
(Bar No. 170151)
charlesverhoeven@quinnemanuel.com
KEVIN A. SMITH (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

KEVIN P.B. JOHNSON (Bar No. 177129 (CA); 2542082 (NY))
kevinjohnson@quinnemanuel.com
VICTORIA F. MAROULIS (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

WILLIAM C. PRICE (Bar No. 108542)
williamprice@quinnemanuel.com
MICHAEL T. ZELLER (Bar No. 19417)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

**ORDER**

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated: June 26 , 2014

*Lucy H. Koh*

The Honorable Lucy H. Koh

United States District Judge

**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  June 25, 2014                    */s/  Rachel Krevans*

                                              RACHEL KREVANS
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522