| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

APPLE INC., a California corporation,

    Plaintiff,

  vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

    Defendants.

Case No. 11-cv-01846-LHK

**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") has filed Apple's Administrative Motion to File Under Seal ("Apple's Motion to Seal") regarding portions of Apple's Opposition to Samsung's Motion to Enforce Preliminary Injunction Bond ("Apple's Opposition").  Apple has filed the Declaration of Mark D. Selwyn in support of Apple's Motion to Seal.  The Court hereby grants Apple's Motion to Seal as indicated below:

| **Document** | **Portion to be Sealed** |
| --- | --- |
| Apple's Opposition | Any portions identified by Samsung. |

**IT IS SO ORDERED.**

Dated: _____, 2014          _____
                                        Hon. Lucy H. Koh
                                        United States District Judge