UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUN 27 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Apple Inc.,
Plaintiff
v.
Samsung Electronics Co Ltd,
Defendants

Case No. 11-CV-01846-LLK

Christopher Donnelly, Intervenor
Christopher Wirth, Intervenor
Frank Taylor, Intervenor
Aasim Stibbins, Intervenor
Jonathan Rich, Intervenor
Jimmy Thule, Intervenor
Damone Coleman, Intervenor
William Parker, Intervenor
Jodi Arias, Intervenor
James Holmes, Intervenor

Motion to Intervene As Plaintiffs with Newly discovered Evidence Under Rule 24(A)², 24(B)

Intervenors have new Evidence in support of Apple. Intervenors have a common vested interest. Rule 24(A)². As a matter of Right. Rule 24(B) - permissive Intervention. Intervenors will provide Documents, Exhibits, Phone records and Photographs that will support Apple. Intervenors Pray this Court For relief.

Respectfully,

_[signature]_ 6-20-14

Christopher Wirth
LA 2120
301 Institution DR
Bellefonte, PA 16823

_[signature]_ 6-20-14

Christopher Donnelly
JK 5048
301 Institution DR
Bellefonte, PA 16823

_[signature]_ 6-20-14

Aasim Stibbins
KY 6466
301 Institution DR
Bellefonte, PA 16823

_[signature]_ 6/20/14

Frank Taylor
BI 0102
301 Institution DR
Bellefonte, PA 16823

_[signature]_ 6-16-14

Jimmy Thule
518 George Rd
Toms River, NJ 08753

_[signature]_ 6-20-14

Jonathan Rich
KX 9662
301 Institution DR
Bellefonte, PA 16823

_[signature]_ 6-20-14

William Parker
JX 4097
301 Institution DR
Bellefonte, PA 16823

_[signature]_ 6-20-14

Damone Coleman
KF 8254
301 Institution DR
Bellefonte, PA 16823

_[signature]_ 6-11-14

James Holmes
7375 S. Potomac St.
Centennial, CO 80112

_[signature]_ 6-16-14

Jodi Arias
P458434
2939 West Durango St
Phoenix, AZ 85009