William Parker
TX 4099
301 Institution Dr.
Bellefonte, PA 16823

U.S. Courthouse
1301 Clay St.
Oakland, CA 94612

INMATE MAIL
PA DEPT OF
CORRECTIONS

ZIP 16823
02 1W
0001364647

U.S. POSTAGE >> PITNEY BOWES
$ 000.48⁰
JUN 23 2014