1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NOKIA CORPORATION'S MOTION FOR STAY OF THE COURT'S ORDER RE: MOTIONS TO SEAL (DKT. 3113)** |

/ / /

/ / /

/ / /

/ / /

/ / /

[PROPOSED] ORDER GRANTING NOKIA'S MOTION FOR STAY

CASE NO.: 11-CV-01846-LHK (PSG)

1   Nokia has moved for an order staying a limited portion of the Court's Order Re: Motions to
2   Seal (Dkt. No. 3113) until the later of: (1) its ruling of Nokia's Motion for Reconsideration, or (2) in
3   the event that the Court denies Nokia leave to file its Motion for Reconsideration, or grants leave but
4   denies the Motion for Reconsideration, a ruling by Judge Koh on Nokia's motion for relief from
5   non-dispositive order pursuant to Fed. R. Civ. P. 72(a) and 28 U.S.C. §636(b)(1)(A) (or in the
6   alternative pending resolution of any appeal to the Federal Circuit Court of Appeals).

   Having considered the papers submitted in connection with non-party Nokia Corporation's
Motion for Stay of the Court's Order Re: Motions to Seal (Dkt. No. 3113), filed on July 2, 2014, and
good cause appearing, the Court hereby GRANTS Nokia's Motion. The Court's Order Re: Motions
to Seal is stayed as it relates to the dockets listed in Exhibit 1 to the Declaration of Ryan W.
Koppelman in Support of Nokia's Motion for Reconsideration of the Court's Order Re: Motion to
Seal until the later of: (1) its ruling of Nokia's Motion for Reconsideration, or (2) in the event that
the Court denies Nokia leave to file its Motion for Reconsideration, or grants leave but denies the
Motion for Reconsideration, a ruling by Judge Koh on Nokia's motion for relief from non-
dispositive order pursuant to Fed. R. Civ. P. 72(a) and 28 U.S.C. §636(b)(1)(A) (or in the alternative
pending resolution of any appeal to the Federal Circuit Court of Appeals).

IT IS SO ORDERED.

Dated: _____         _____
                                       Hon. Paul S. Grewal
                                       United States Magistrate Judge