QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF JAE-HWAN KIM IN SUPPORT OF SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Paul S. Grewal |

02198.00010/6070343.3

Case No. 11-cv-01846-LHK (PSG)
DECLARATION OF JAE-HWAN KIM IN SUPPORT OF SAMSUNG'S RENEWED ADMINISTRATIVE
MOTION TO FILE UNDER SEAL

I, Jae-Hwan Kim, declare:

1. I am Senior Legal Counsel at Samsung Electronics Co., Ltd. ("SEC"). I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Samsung's Renewed Administrative Motion to File Under Seal the following documents:

1. (i) Exhibit E to 9/6/2013 Declaration of Thomas D. Pease in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order; and (ii) Exhibit 10 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (8/16/2013 Letter from Robert Becher to William F. Lee at page 2, paragraph 4, lines 1-2) (ECF NOS. 2395-03 and 2557-16);

2. Samsung's Supplemental Brief in Support of Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order dated 10/21/2013, at 4:16-17 (ECF NO. 2556-03);

3. 10/20/2013 Declaration of Kenneth Korea in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order at 5:8-12 (ECF NO. 2556-14);

4. Exhibit 4 to 10/20/2013 Declaration of Kenneth Korea in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order at 5 (ECF NO. 2556-14);

5. Exhibit 5 to 10/20/2013 Declaration of Kenneth Korea in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order at 1, paragraphs 2 and 3 and footnote 1 (ECF NO. 2556-14);

6. Exhibit 2 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (10/17/2013 Deposition Transcript of SeungHo Ahn at 80:16-25, 81:10-14, 82:15-16, 172:10-11, 172:16-25, 173:8-13, 173:16-18, 174:5-7, 174:9-13) (ECF NO. 2557-08);

7. Exhibit 3 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (10/17/2013 Deposition Transcript of Ken Korea at 203:25-204:8, 206:20-21, 207:6-8, 207:22-208:9, 210:11-20) (ECF NO. 2557-09);

8. Exhibit 6 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (Excerpt of Samsung's Initial Submission in Response to the Commission's March 13, 2013 Notice on Remedy and the Public Interest at 29, from "Yet" to "Nokia" in penultimate paragraph) (ECF NO. 2557-12);

9. Exhibit 8 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (10/15/2013 Deposition Transcript of Seongwoo (Clayton) Kim at 168:1-5, 168:18-19) (ECF NO. 2557-14);

02198.00010/6070343.3

-1-   Case No. 11-cv-01846-LHK (PSG)
DECLARATION OF JAE-HWAN KIM IN SUPPORT OF SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL

10. Exhibit 9 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (10/18/2013 Deposition Transcript of Jin Hwan Kwak at 61:4-7) (ECF NO. 2557-15);

11. Nokia Corporation's Brief in Support of Sanctions against Samsung Electronics Co., Ltd. and Quinn Emanuel Urquhart & Sullivan dated 12/2/2013, at 5:25-6:5, 6:13-14, 6:17-19, 18:21-25 (ECF NO. 2836-04);

12. (i) Exhibit 39 to 12/2/13 Declaration of Robert J. Becher in Support of Samsung's Response to November 8, 2013 Order to Show Cause Why Sanctions Are Not Warranted; (ii) Exhibit 1 to December 2, 2013 Declaration of Ryan W. Koppelman in Support of Nokia Corporation's Brief in Support of Sanctions Against Samsung Electronics Co., Ltd. and Quinn Emanuel Urquhart & Sullivan and (iii) Exhibit 23 to Declaration of Mark Selwyn in Support of Apple Inc.'s Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations (11/25/2013 Deposition Transcript of Paul Melin at 94:3-8, 94:12-96:8, 96:16-97:4, 97:10-98:7, 98:12-21, 99:21-25, 153:19-21, 153:6-153:14, 153:24-154:12, 156:25-157:4) (ECF NOS. 2835-06 (contains portions of the testimony), 2836-06 (contains portions of the testimony) and 2838-07);

13. (i) Exhibit 5 to December 2, 2013 Declaration of Ryan W. Koppelman in Support of Nokia Corporation's Brief in Support of Sanctions Against Samsung Electronics Co., Ltd. and Quinn Emanuel Urquhart & Sullivan and (ii) Exhibit 26 to Declaration of Mark Selwyn in Support of Apple Inc.'s Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations (11/25/2013 Deposition Transcript of Eeva Hakoranta at 42:6-7, 54:12-20) (ECF NOS. 2836-10 (contains only 54:12-20) and 2838-10); and

14. Apple Inc.'s Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations dated 12/2/2013, at 12:4-11, 13:5, 8, 11- 21, 14:5-6 (ECF NO. 2838-03).

3. For purposes of preparing this declaration, I have not reviewed the foregoing documents as I understand they include, or may include, information designated highly confidential by Apple and Nokia. I am, however, informed and believe that the portions of the documents identified above include references to financial terms discussed during Samsung's licensing negotiations with Apple and Nokia.

4. The licensing information contained in the portions of the documents identified above is not publicly available. Samsung considers information about its licensing negotiations with third parties, particularly when those third parties are business competitors, highly confidential. Samsung's licensing negotiations with Apple and Nokia also are governed by non-disclosure agreements.

5. Samsung frequently negotiates licensing agreements, and counterparties could use to Samsung's disadvantage during negotiations information about Samsung's past or existing licensing negotiations and offers.

6. It is my understanding that the Court has previously found financial terms included in licensing agreements, including information of the sort included in the portions of the documents identified above, sealable. (Dkt. No. 1649.)

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in Suwon, South Korea, on July 3, 2014.

 /s/ Jae-Hwan Kim  
Jae-Hwan Kim

02198.00010/6070343.3

-3-   Case No. 11-cv-01846-LHK (PSG)  
DECLARATION OF JAE-HWAN KIM IN SUPPORT OF SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1

**ATTESTATION**

2    I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this

3 Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jae-Hwan Kim has

4 concurred in this filing.

5 Dated: July 2, 2014                                  */s/ Victoria Maroulis*
                                                       Victoria Maroulis

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28