1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Renewed Administrative Motion to File Under Seal in connection with the Court's order on various administrative motions to file under seal (Dkt. No. 3113; see also Dkt. No. 3116 at 2 (granting parties leave to file renewed sealing motions)).

Having considered Samsung's Motion the Court GRANTS Samsung's Renewed Administrative Motion and ORDERS sealed the documents listed below.

//

//

//

| Documents | Portions to be Filed Under Seal |
|---|---|
| (i) Exhibit E to 9/6/2013 Declaration of Thomas D. Pease in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order; and (ii) Exhibit 10 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (8/16/2013 Letter from Robert Becher to William F. Lee at page 2, paragraph 4, lines 1-2) (ECF NOS. 2395-03 and 2557-16) | See highlighted versions filed concurrently with Samsung's Administrative Motion. |
| Samsung's Supplemental Brief in Support of Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order dated 10/21/2013, at 4:16-17 (ECF NO. 2556-03); | See highlighted version filed concurrently with Samsung's Administrative Motion. |
| 10/20/2013 Declaration of Kenneth Korea in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order at 5:8-12 (ECF NO. 2556-14) | See highlighted version filed concurrently with Samsung's Administrative Motion. |
| Exhibit 4 to 10/20/2013 Declaration of Kenneth Korea in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order at 5 (ECF NO. 2556-14) | See highlighted version filed concurrently with Samsung's Administrative Motion. |
| Exhibit 5 to 10/20/2013 Declaration of Kenneth Korea in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order at 1, paragraphs 2 and 3 and footnote 1 (ECF NO. 2556-14) | See highlighted version filed concurrently with Samsung's Administrative Motion. |
| Exhibit 2 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (10/17/2013 Deposition Transcript of SeungHo Ahn at 80:16-25, 81:10-14, 82:15-16, 172:10-11, 172:16-25, 173:8-13, 173:16-18, 174:5-7, 174:9-13) (ECF NO. 2557-08) | See highlighted version filed concurrently with Samsung's Administrative Motion. |
| Exhibit 3 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (10/17/2013 Deposition Transcript of Ken Korea at 203:25-204:8, 206:20-21, 207:6-8, 207:22-208:9, 210:11-20) (ECF NO. 2557-09) | See highlighted version filed concurrently with Samsung's Administrative Motion. |
| Exhibit 6 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (Excerpt of Samsung's Initial Submission in Response to the Commission's March 13, 2013 Notice on Remedy and the Public Interest at 29, from "Yet" | See highlighted version filed concurrently with Samsung's Administrative Motion. |

| Documents | Portions to be Filed Under Seal |
|---|---|
| to "Nokia" in penultimate paragraph) (ECF NO. 2557-12) | |
| Exhibit 8 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (10/15/2013 Deposition Transcript of Seongwoo (Clayton) Kim at 168:1-5, 168:18-19) (ECF NO. 2557-14) | See highlighted version filed concurrently with Samsung's Administrative Motion. |
| Exhibit 9 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (10/18/2013 Deposition Transcript of Jin Hwan Kwak at 61:4-7) (ECF NO. 2557-15) | See highlighted version filed concurrently with Samsung's Administrative Motion. |
| Nokia Corporation's Brief in Support of Sanctions against Samsung Electronics Co., Ltd. and Quinn Emanuel Urquhart & Sullivan dated 12/2/2013, at 5:25-6:5, 6:13-14, 6:17-19, 18:21-25 (ECF NO. 2836-04) | See highlighted version filed concurrently with Samsung's Administrative Motion. |
| (i) Exhibit 39 to 12/2/13 Declaration of Robert J. Becher in Support of Samsung's Response to November 8, 2013 Order to Show Cause Why Sanctions Are Not Warranted; (ii) Exhibit 1 to December 2, 2013 Declaration of Ryan W. Koppelman in Support of Nokia Corporation's Brief in Support of Sanctions Against Samsung Electronics Co., Ltd. and Quinn Emanuel Urquhart & Sullivan and (iii) Exhibit 23 to Declaration of Mark Selwyn in Support of Apple Inc.'s Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations (11/25/2013 Deposition Transcript of Paul Melin at 94:3-8, 94:12-96:8, 96:16-97:4, 97:10-98:7, 98:12-21, 99:21-25, 153:19-21, 153:6-153:14, 153:24-154:12, 156:25-157:4) (ECF NOS. 2835-06 (contains portions of the testimony), 2836-06 (contains portions of the testimony) and 2838-07) | See highlighted versions filed concurrently with Samsung's Administrative Motion. |
| (i) Exhibit 5 to December 2, 2013 Declaration of Ryan W. Koppelman in Support of Nokia Corporation's Brief in Support of Sanctions Against Samsung Electronics Co., Ltd. and Quinn Emanuel Urquhart & Sullivan and (ii) Exhibit 26 to Declaration of Mark Selwyn in Support of Apple Inc.'s Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations (11/25/2013 Deposition Transcript of Eeva Hakoranta at 42:6-7, 54:12-20) (ECF NOS. 2836-10 (contains only 54:12-20) and 2838-10) | See highlighted versions filed concurrently with Samsung's Administrative Motion. |
| Apple Inc.'s Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations dated 12/2/2013, at 12:4-11, 13:5, 8, 11- 21, 14:5-6 (ECF NO. 2838-03) | See highlighted version filed concurrently with Samsung's Administrative Motion. |

1    **IT IS SO ORDERED.**

3    DATED: _____, 2014

                                                      Honorable Paul S. Grewal
                                                      United States Magistrate Judge