HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (pro hac vice)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff and Counterclaim-Defendant,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants and Counterclaim-Plaintiffs. | CASE NO. 11-cv-01846-LHK  (PSG)<br><br>**APPLE INC.'S MOTION FOR RECONSIDERATION OF ORDER RE: MOTIONS TO SEAL (DKT. NO. 3113)** |

1    Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves for reconsideration
2 of the Court's June 11, 2014 Sealing Order (Dkt. 3113), and for an order to seal portions of certain
3 documents that were the subject of the Court's June 11, 2014 Order that disclose the confidential
4 terms of the Apple/Nokia license agreement and the confidential terms of a proposed Apple/Samsung
5 license agreement.

6    Apple moves to seal the confidential terms of the Apple/Nokia license agreement, the
7 confidential terms of a proposed Apple/Samsung license agreement, and any discussion of these
8 agreements that reveal what these terms are. Apple does not seek to seal any content related to the
9 *purported* terms of the Apple/Nokia license agreement that were disclosed in public news reports.

10    The Court has previously allowed Apple to seal "pricing terms, royalty rates, and guaranteed
11 minimum payment terms" of license agreements because such information falls within the definition
12 of "trade secrets." *See, e.g.*, Dkt. No. 1649 at 10-11 (*citing In re Electronic Arts*, 298 Fed. App'x
13 568, 569 (9th Cir. 2008)). As the Court previously noted, disclosure of such information "could
14 result in significant competitive harm to the licensing parties as it would provide insight into the
15 structure of their licensing deals, forcing them into an uneven bargaining position in future
16 negotiations." *Id.* at 16. Further, since these documents all pertain to non-dispositive motions, the
17 lesser "good cause" standard applies. *See Apple Inc. v. Samsung Elecs. Co., Ltd.*, No. 2012-1600 at
18 11-12 (Fed. Cir. Aug. 23, 2013) ("the public has less of a need for access to court records attached
19 only to non-dispositive motions because those documents are often unrelated, or only tangentially
20 related, to the underlying cause of action") (*citing Kamakana v. City & Cnty. of Honolulu*, 447 F.3d
21 1172, 1179 (9th Cir. 2006) (internal quotation marks omitted)). The Court has sealed the same
22 license information in its prior orders that Apple seeks to seal by this motion for reconsideration. *See*
23 Dkt. No. 3113 at 9 (sealing terms from the Apple/Nokia license agreement in Dkt. No. 2557-12); Dkt.
24 3041 at 1-2 (granting motion to seal terms from the Apple/Nokia license agreement and the
25 confidential terms of a proposed Apple/Samsung license agreement).

26    For the reasons set forth above, Apple moves to file the following portions of the following
27 documents under seal.

28

| Selwyn Ex. # | Motion to Seal | Document to be Sealed | Portion to be Sealed |
|---|---|---|---|
| 1 | 2395 | Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions | Highlighted Portions |
| 2 | 2395 | Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions | Highlighted Portions |
| 3 | 2395 | Exhibit A to the Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions Infringement Contention | Highlighted Portions |
| 4 | 2395 | Exhibit D to the Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions | Highlighted Portions |
| 5 | 2395 | Exhibit E to the Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions | Highlighted Portions |
| 6 | 2557 | Exhibit 2 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | 82:18-83:5<br>163:16-17, 21-23<br>166:1-5, 18, 25<br>167:6<br>215 (index) |
| 7 | 2557 | Exhibit 3 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | 203:25-204:3<br>206:20-21<br>207:6-8, 25<br>208:7<br>210:12, 19<br>339 (index) |
| 8 | 2557 | Exhibit 9 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | 61:5-7<br>159:5-7<br>225-226 (index) |
| 9 | 2557 | Exhibit 10 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | Highlighted Portions |
| 10 | 2558 | Exhibit 15 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | Highlighted Portions |

| Selwyn Ex. # | Motion to Seal | Document to be Sealed | Portion to be Sealed |
|---|---|---|---|
| 11 | 2610 | Samsung's Motion for Leave to Take Discovery | Highlighted Portions |
| 12 | 2835 | Samsung's Response to November 8, 2013 Order to Show Cause Why Sanctions Are Not Warranted | 16:17-17:3<br>17:7-9 |
| 13 | 2835 | Exhibit 39 of the Becher Declaration ISO Samsung's Response to November 2, 2013 Order to Show Cause Why Sanctions Are Not Warranted | 96:24 - 97:4<br>174:24 - 175:1<br>175:5-6, 12-13 |
| 15 | 2836 | Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | 6:2-5, 13-14<br>18:12-19, 21-25 |
| 16 | 2836 | Exhibit 1 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | 53:12-13<br>54: 7-9<br>72:10-14<br>73:19-24<br>96:24 - 97:4 |
| 17 | 2838 | Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | 12:9-11, 13-16<br>13:5, 7-8, 12, 21<br>14:5-8 |
| 18 | 2838 | Exhibit 22 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | 38:11-12, 14-15<br>38:22-39:21<br>40:21-41:2 |
| 19 | 2838 | Exhibit 23 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | 45:25<br>53:12-13<br>54: 7-9<br>72:10-14<br>73:19-24<br>80:17-18<br>96:24 - 97:4<br>154:1, 8-12<br>157:2<br>174:24-175:1<br>175:5-6, 12-13<br>246:24<br>247:1-10, 15-16, 18-21, 24-25<br>248:1-7<br>249:14-19<br>250:13-19<br>251:11-20, 22-23<br>252:2-13<br>page 12, 39 of index |

| Selwyn Ex. # | Motion to Seal | Document to be Sealed | Portion to be Sealed |
|---|---|---|---|
| 21 | 2838 | Exhibit 25 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | Highlighted Portions |
| 22 | 2838 | Exhibit 26 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | 58:6-7, 15, 22<br>59:4, 9, 10, 13-17, 19-20, 22-23<br>60:1<br>13 (index) |
| 23 | 2872 | Nokia's Supplemental Brief | 4:16-17, 19<br>5:6-7, 22-24 |
| N/A | 2556 | Samsung's Supplemental Brief in Support of Opposition to Apple Inc.'s Motion to Compel | In addition to the portions already sealed by the Court:<br>4:24-26 (the portion of the sentence that follows "stated that he understood that")<br>5:11-14 |
| N/A | 2556 | Declaration of SeungHo Ahn | In addition to the portions already sealed by the Court:<br>4:24 |

| | | |
|---|---|---|
| Date: July 2, 2014 | By: | */s/ Mark D. Selwyn* |

                                Mark D. Selwyn (CA SBN 244180)
                                mark.selwyn@wilmerhale.com
                                WILMER CUTLER PICKERING
                                  HALE AND DORR LLP
                                950 Page Mill Road
                                Palo Alto, CA 94304
                                Telephone: (650) 858-6000
                                Facsimile: (650) 858-6100

                                Attorney for Plaintiff and Counterclaim-Defendant APPLE INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 2, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                               */s/* Mark D. Selwyn
                                               Mark D. Selwyn