HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE INC.'S MOTION FOR RECONSIDERATION OF ORDER RE: MOTIONS TO SEAL (DKT. NO. 3113)** |

I, Mark D. Selwyn, hereby declare as follows:

1.     I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation.  I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California.  I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2.     I submit this declaration in support of Apple Inc.'s Motion for Reconsideration of Order Re: Motions To Seal (Dkt. No. 3113) ("Apple's Motion").

3.     As discussed in Apple's Motion, Apple seeks reconsideration of the Court's June 11, 2014 Sealing Order (Dkt. 3113), and for an order to seal portions of certain documents that were the subject of the Court's June 11, 2014 Order that disclose the confidential terms of the Apple/Nokia license agreement and the confidential terms of a proposed Apple/Samsung license agreement.

4.     The documents that Apple seeks an order to seal have already been filed with the Court in their respective administrative sealing motions.  For the Court's convenience, Apple is providing under seal unredacted versions of these documents as exhibits to my Declaration with Apple's proposed redactions highlighted.

5.     Attached hereto as **Exhibit 1** is a true and correct copy of Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions (Dkt. No. 2395) with Apple's proposed redactions highlighted.

6.     Attached hereto as **Exhibit 2** is a true and correct copy of Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions (Dkt. No. 2395) with Apple's proposed redactions highlighted.

7.     Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit A to the Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And

For Sanctions Infringement Contention (Dkt. No. 2395) with Apple's proposed redactions highlighted.

8. Attached hereto as **Exhibit 4** is a true and correct copy of Exhibit D to the Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions (Dkt. No. 2395) with Apple's proposed redactions highlighted.

9. Attached hereto as **Exhibit 5** is a true and correct copy of Exhibit E to the Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions (Dkt. No. 2395) with Apple's proposed redactions highlighted.

10. Attached hereto as **Exhibit 6** is a true and correct copy of Exhibit 2 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions (Dkt. No. 2557) with Apple's proposed redactions highlighted.

11. Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit 3 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions (Dkt. No. 2557) with Apple's proposed redactions highlighted.

12. Attached hereto as **Exhibit 8** is a true and correct copy of Exhibit 9 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions (Dkt. No. 2557) with Apple's proposed redactions highlighted.

13. Attached hereto as **Exhibit 9** is a true and correct copy of Exhibit 10 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions (Dkt. No. 2557) with Apple's proposed redactions highlighted.

14. Attached hereto as **Exhibit 10** is a true and correct copy of Exhibit 15 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal (Dkt. No. 2558) with Apple's proposed redactions highlighted.

15. Attached hereto as **Exhibit 11** is a true and correct copy of Samsung's Motion for Leave to Take Discovery (Dkt. No. 2610) with Apple's proposed redactions highlighted.

16. Attached hereto as **Exhibit 12** is a true and correct copy of Samsung's Response to November 8, 2013 Order to Show Cause Why Sanctions Are Not Warranted (Dkt. No. 2835) with Apple's proposed redactions highlighted.

17. Attached hereto as **Exhibit 13** is a true and correct copy of Exhibit 39 of the Becher Declaration ISO Samsung's Response to November 2, 2013 Order to Show Cause Why Sanctions Are Not Warranted (Dkt. No. 2835) with Apple's proposed redactions highlighted.

18. Attached hereto as **Exhibit 15** is a true and correct copy of Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel (Dkt. No. 2836) with Apple's proposed redactions highlighted.

19. Attached hereto as **Exhibit 16** is a true and correct copy of Exhibit 1 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel (Dkt. No. 2836) with Apple's proposed redactions highlighted.

20. Attached hereto as **Exhibit 17** is a true and correct copy of Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations (Dkt. No. 2838) with Apple's proposed redactions highlighted.

21. Attached hereto as **Exhibit 18** is a true and correct copy of Exhibit 22 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations (Dkt. No. 2838) with Apple's proposed redactions highlighted.

22. Attached hereto as **Exhibit 19** is a true and correct copy of Exhibit 23 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations (Dkt. No. 2838) with Apple's proposed redactions highlighted.

23. Attached hereto as **Exhibit 21** is a true and correct copy of Exhibit 25 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations (Dkt. No. 2838) with Apple's proposed redactions highlighted.

24. Attached hereto as **Exhibit 22** is a true and correct copy of Exhibit 26 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations (Dkt. No. 2838) with Apple's proposed redactions highlighted.

25. Attached hereto as **Exhibit 23** is a true and correct copy of Nokia's Supplemental Brief (Dkt. No. 2872) with Apple's proposed redactions highlighted.

26. I have personally reviewed Apple's proposed redactions in Exhibits 1 through 23 and, in my professional judgment, they are consistent with prior sealing orders of this Court.

27. Samsung never served or otherwise provided Apple with unredacted versions of the filings listed below. Apple understands that it is Samsung's position that it need not provide these filings to Apple in unredacted form because they purportedly contain confidential information of a third party:

  a. Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order (Dkt. No. 2556);

  b. Ahn Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order (Dkt. No. 2556);

  c. Kang Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order (Dkt. No. 2556);

  d. Exhibit A to the Kang Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order (Dkt. No. 2556); and

  e. Kwak Declaration ISO Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel Further Discovery And For Sanctions For Violations Of Protective Order (Dkt. No. 2556).

28. Samsung has provided Apple certain excerpts from these documents, and Apple has moved to seal portions of these documents in its Motion for Reconsideration. Apple may seek to seal additional portions of these documents if and when Samsung provides unredacted

1  versions of these documents to Apple.  To the extent those documents disclose the confidential
2  terms of the Apple/Nokia license agreement and the confidential terms of a proposed
3  Apple/Samsung license agreement, Apple requests that the Court seal those discussions.
4      I declare under the penalty of perjury that the foregoing is true and correct to the best of
5  my knowledge and that this Declaration was executed this 2nd day of July, 2014, in Palo Alto,
6  California.

7
8  Dated:  July 2, 2014                      */s/ Mark D. Selwyn*
                                                            Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 2, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                        */s/ Mark D. Selwyn*
                                        Mark D. Selwyn