1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation,<br><br>        Plaintiff and Counterclaim-Defendant,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants and Counterclaim-Plaintiffs. | CASE NO. 11-cv-01846-LHK  (PSG)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER RE: MOTIONS TO SEAL (DKT. NO. 3113)** |
|---|---|

Apple Inc. ("Apple") has moved for reconsideration of the Court's June 11, 2014 Sealing Order (Dkt. 3113).

Having considered Apple's motion, and good cause having been shown, the Court hereby GRANTS Apple's Motion for Reconsideration and ORDERS sealed the following portions of the following documents.

| Selwyn Ex. # | Motion to Seal | Document to be Sealed | Portion to be Sealed |
|---|---|---|---|
| 1 | 2395 | Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions | Highlighted Portions |
| 2 | 2395 | Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions | Highlighted Portions |
| 3 | 2395 | Exhibit A to the Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions Infringement Contention | Highlighted Portions |
| 4 | 2395 | Exhibit D to the Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions | Highlighted Portions |
| 5 | 2395 | Exhibit E to the Pease Declaration ISO Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions | Highlighted Portions |
| 6 | 2557 | Exhibit 2 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | 82:18-83:5<br>163:16-17, 21-23<br>166:1-5, 18, 25<br>167:6<br>215 (index) |
| 7 | 2557 | Exhibit 3 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | 203:25-204:3<br>206:20-21<br>207:6-8, 25<br>208:7<br>210:12, 19<br>339 (index) |
| 8 | 2557 | Exhibit 9 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | 61:5-7<br>159:5-7<br>225-226 (index) |

| Selwyn Ex. # | Motion to Seal | Document to be Sealed | Portion to be Sealed |
|---|---|---|---|
| 9 | 2557 | Exhibit 10 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | Highlighted Portions |
| 10 | 2558 | Exhibit 15 of the Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | Highlighted Portions |
| 11 | 2610 | Samsung's Motion for Leave to Take Discovery | Highlighted Portions |
| 12 | 2835 | Samsung's Response to November 8, 2013 Order to Show Cause Why Sanctions Are Not Warranted | 16:17-17:3<br>17:7-9 |
| 13 | 2835 | Exhibit 39 of the Becher Declaration ISO Samsung's Response to November 2, 2013 Order to Show Cause Why Sanctions Are Not Warranted | 96:24 - 97:4<br>174:24 - 175:1<br>175:5-6, 12-13 |
| 15 | 2836 | Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | 6:2-5, 13-14<br>18:12-19, 21-25 |
| 16 | 2836 | Exhibit 1 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | 53:12-13<br>54: 7-9<br>72:10-14<br>73:19-24<br>96:24 - 97:4 |
| 17 | 2838 | Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | 12:9-11, 13-16<br>13:5, 7-8, 12, 21<br>14:5-8 |
| 18 | 2838 | Exhibit 22 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | 38:11-12, 14-15<br>38:22-39:21<br>40:21-41:2 |

| Selwyn Ex. # | Motion to Seal | Document to be Sealed | Portion to be Sealed |
|---|---|---|---|
| 19 | 2838 | Exhibit 23 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | 45:25<br>53:12-13<br>54: 7-9<br>72:10-14<br>73:19-24<br>80:17-18<br>96:24 - 97:4<br>154:1, 8-12<br>157:2<br>174:24-175:1<br>175:5-6, 12-13<br>246:24<br>247:1-10, 15-16, 18-21, 24-25<br>248:1-7<br>249:14-19<br>250:13-19<br>251:11-20, 22-23<br>252:2-13<br>page 12, 39 of index |
| 21 | 2838 | Exhibit 25 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | Highlighted Portions |
| 22 | 2838 | Exhibit 26 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | 58:6-7, 15, 22<br>59:4, 9, 10, 13-17, 19-20, 22-23<br>60:1<br>13 (index) |
| 23 | 2872 | Nokia's Supplemental Brief | 4:16-17, 19<br>5:6-7, 22-24 |
| N/A | 2556 | Samsung's Supplemental Brief in Support of Opposition to Apple Inc.'s Motion to Compel | In addition to the portions already sealed by the Court:<br>4:24-26 (the portion of the sentence that follows "stated that he understood that")<br>5:11-14 |
| N/A | 2556 | Declaration of SeungHo Ahn | In addition to the portions already sealed by the Court:<br>4:24 |

1  **IT IS SO ORDERED.**

2

3  Dated: _____   By: _____
4                                                        Hon. Paul S. Grewal
                                                      United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28