RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
1950 University Circle, Fifth Floor
East Palo Alto, CA 94303-2282
Telephone:     650-838-2000
Facsimile:      650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (pro hac vice)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:     404-881-7000
Facsimile:      404-881-7777

Attorneys for Non-Party
NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**NON-PARTY NOKIA CORPORATION'S MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION OF LIMITED PORTIONS OF THE COURT'S ORDER RE: MOTIONS TO SEAL (DKT. 3113)** |

Pursuant to Civil Local Rule 7-9, non-party Nokia Corporation ("Nokia") respectfully moves for leave to file Nokia's Motion for Partial Reconsideration of Limited Portions of the Court's Order Re: Motions to Seal (Dkt. 3113), filed herewith as Exhibit A.

The parties in the litigation, as well as Nokia, filed administrative motions to file under seal confidential information contained in or attached to various motions, responses, and replies. (*See generally* Dkt. No. 3113 at 4-18). On June 11, 2014, the Court entered an order granting-in-part and denying-in-part portions of several of those motions to seal. (*See* Dkt. No. 3113). The Court, in denying sealing of certain filings by Nokia, ruled that the proposed sealing was "not narrowly tailored to confidential business information."

Heeding the Court's June 11 order, and consistent with the procedure agreed upon by the parties and entered by the Court (*see* Dkt. No. 3116), Nokia has addressed this issue by conducting a careful review of the exhibits affected by the Court's June 11 order and redacting only those narrow portions of a small subset of filings that contain the following categories of confidential information to comport to Nokia's contractual obligations and this Court's Protective Order: (i) nonpublic, competitively sensitive patent license terms, which the Court has previously ruled are properly sealable, (ii) confidential licensing negotiations covered by non-disclosure agreements ("NDA") which Nokia is obligated to keep secret and which if made public would create competitive harm to Nokia, (iii) certain revealing analysis of Nokia's confidential licensing terms in comparison to various public information, (iv) the content of Nokia's internal confidential discussions about licensing issues and strategy, and (v) nonpublic details about confidential arbitrations that are also subject to NDAs. Nokia's Motion for Partial Reconsideration sets forth in detail the reasons for sealing these discrete and narrow categories of information in 32 of the 134 documents that are the subject of the Court's June 11 order. Nokia's new redactions, as well as the detailed facts supporting sealing that are contained in the Declaration of Ryan W. Koppelman in Support of Nokia's Motion for Partial Reconsideration filed herewith, constitute new material facts occurring after the Court's interlocutory June 11 order and warrant reconsideration of the Court's June 11 order. *See* Civil L.R. 7-9(b).

Accordingly, Nokia's request for leave to file its Motion for Partial Reconsideration should be granted.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: July 2, 2014 | Respectfully submitted, |
| 3 | | ALSTON & BIRD LLP |
| 4 | | */s/ Ryan W. Koppelman* |
| | | RANDALL L. ALLEN |
| 5 | | RYAN W. KOPPELMAN |
| | | XAVIER M. BRANDWAJN |
| 6 | | |
| | | Attorneys for Non-Party Nokia Corporation |

NOKIA'S MOTION FOR LEAVE TO FILE MOTION FOR
PARTIAL RECONSIDERATION OF LIMITED PORTIONS OF
THE COURT'S ORDER RE: MOTIONS TO SEAL (DKT. 3113)

3

CASE NO.: 11-CV-01846-LHK (PSG)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 2nd day of July 2014.

          /s/ Ryan W. Koppelman
          Ryan W. Koppelman