1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NOKIA CORPORATION'S MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S ORDER RE: MOTIONS TO SEAL (DKT. 3113)** |

/ / /

/ / /

/ / /

/ / /

/ / /

1    Pursuant to Civil Local Rule 7-9, Nokia has moved for leave to file a motion for partial
2    reconsideration of the Court's June 11, 2014 Order Re: Motions to Seal (Dkt. No. 3113).
3    Accordingly, the Court GRANTS the Motion for Leave to File a Motion for Partial
4    Reconsideration of the Court's Order.
5    IT IS HEREBY ORDERED that Nokia may file a motion for partial reconsideration of the
6    Court's Order Re: Motions to Seal (Dkt. No. 3113).
7    IT IS SO ORDERED.
8    Dated: _____          _____
                                             Hon. Paul S. Grewal
9                                            United States Magistrate Judge