| Motion to Seal | Document to be Sealed | Nokia CBI requiring Sealing | Reason |
|---|---|---|---|
| 2395 | Samsung's Opposition To Apple's Motion To Compel Further Discovery And For Sanctions | 6:11, 13-21; 7:1-7, 12-14 | License terms; arguments on terms |
| 2395 | Pease Declaration ISO Samsung's Opposition | 2:5-8; 5:7-9, 21-27 | License terms; arguments on terms |
| 2395 | Exhibit A to the Pease Declaration | p.1, par. 2 | License terms |
| 2395 | Exhibit D to the Pease Declaration | p.2, par. 1 | License terms |
| 2395 | Exhibit E to the Pease Declaration | p. 2, par. 4 | License terms |
| 2556 | Samsung's Supplemental Brief In Support Of Opposition To Apple Inc.'s Motion To Compel | 4:16-27; 5:1-5, 17-18, 23-25; 6:13-15, 19 | License terms; negotiation details; arguments on terms |
| 2556 | Ahn Declaration In Support of Samsung's Supplemental Brief | 2:26-28; 3:4-17, 23-28; 4:1-4, 5-6, 24-25; 5:6-9 | Negotiation details; arguments on terms |
| 2556 | Kwak Declaration In Support of Samsung's Supplemental Brief | 2:14-22; 3:1-3 | Negotiation details; arguments on terms |
| 2556 | Shim Declaration In Support of Samsung's Supplemental Brief | 3:2 | Arguments on terms |
| 2556 | Kang Declaration In Support of Samsung's Supplemental Brief | 2:13, 19-28; 3:17-19, 21-22, 26-27 | Negotiation details; arguments on terms |
| 2557 | Apple Inc.'s Supplemental Brief In Support of Its Motion for Sanctions | 6:12-14, 16-17 | Arguments on terms |
| 2557 | Exhibit 2 of the Selwyn Declaration | *Passim*; See highlighted version submitted | Negotiation details; arguments on terms |
| 2557 | Exhibit 9 of the Selwyn Declaration | *Passim*; See highlighted version submitted | Negotiation details; arguments on terms |

LEGAL02/34939356v1

| | | | |
|---|---|---|---|
| 2557 | Exhibit 10 of the Selwyn Declaration | p. 2, par. 4 | License terms |
| 2558 | Exhibit 15 of the Koppelman Declaration In Support of Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | p. 1, par. 2 | License terms |
| 2610 | Samsung's Motion for Leave to Take Discovery | 1:24-26; 2:25-27; 3:1-5, 18-20, 22-27; 4:8-11, 13-14, 15-18, 20-25; 5:22-24; 7:7-8 | License terms; negotiation details; arguments on terms |
| 2624 | Apple Inc.'s Opposition to Samsung's Motion for Leave to Take Discovery | 1:21-27; 2:1-6, 22-28; | Negotiation details; arguments on terms |
| 2633 | Samsung's Reply In Support of its Motion for Leave to Take Discovery | 3:17-20; 4:14-16 | Negotiation details; arguments on terms |
| 2835 | Samsung's Response to November 8, 2013 Order to Show Cause Why Sanctions Are Not Warranted | 3:13; 15:16-20, 16:17-19; 17:1-14; 18:9-17 | License terms; negotiation details; arguments on terms |
| 2835 | Exhibit 39 of the Becher Declaration | *Passim*; See highlighted version submitted | Arbitration details; license terms; negotiation details; internal licensing strategy; arguments on terms |
| 2835 | Exhibit 40 of the Becher Declaration | *Passim*; See highlighted version submitted | Negotiation details; arguments on terms |
| 2836 | Nokia's Brief In Support of Sanctions Against Samsung and Quinn Emmanuel | 5:19-26; 6:1-19, 21, 23-25; 17:2-9; 18:12-19, 21-25, 27-28 | License terms; Negotiation details |
| 2836 | Exhibit 1 of the Koppelman Declaration | *Passim*; See highlighted version submitted | License terms; negotiation details; internal licensing strategy; arguments on terms |
| 2836 | Exhibit 5 of the Koppelman Declaration | *Passim*; See highlighted version submitted | License terms; negotiation details; internal licensing strategy; arguments on terms |
| 2838 | Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | 12:9-11, 14-16; 13:5, 8, 12, 21; 14:5-11 | License terms; arguments on terms |

LEGAL02/34939356v1

| 2838 | Exhibit 22 to Selwyn Declaration | 38:12, 23-24; 34:1-2, 4, 14, 19; 40:22-24; 119:9, 11, 21; 124:25 | License terms; arguments on terms |
|---|---|---|---|
| 2838 | Exhibit 23 to Selwyn Declaration | *Passim*; See highlighted version submitted | Arbitration details; license terms; negotiation details; internal licensing strategy; arguments on terms |
| 2838 | Exhibit 25 to Selwyn Declaration | p. 1 | License terms |
| 2838 | Exhibit 26 to Selwyn Declaration | *Passim*; See highlighted version submitted | Arbitration details; license terms; negotiation details; internal licensing strategy; arguments on terms |
| 2871 | Samsung's Supplemental Response | 6:6-8 | Negotiation details; arguments on terms |
| 2872 | Nokia's Supplemental Brief | 2:13-21; 4:16-19, 25; 5:1-12, 15-16, 18-27 | License terms; negotiation details; arguments on terms |
| 2873 | Apple's Post-Hearing Brief in Support of Sanctions | 5:14-16 | Negotiation details |

LEGAL02/34939356v1