1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NOKIA CORPORATION'S MOTION FOR PARTIAL RECONSIDERATION OF LIMITED PORTIONS OF THE COURT'S ORDER RE: MOTIONS TO SEAL (DKT. 3113)** |

/ / /

/ / /

/ / /

/ / /

/ / /

1   Having considered the papers submitted in connection with non-party Nokia Corporation's
2   Motion for Partial Reconsideration of Limited Portions of the Court's Order Re: Motions to Seal
3   (Dkt. No. 3113), filed on July 2, 2014, and good cause appearing, the Court hereby GRANTS
4   Nokia's Motion.  The portions of the documents as redacted in the Koppelman Declaration Exhibit 1
5   shall be filed under seal.
6   IT IS SO ORDERED.
7   Dated: _____              _____
8                                               Hon. Paul S. Grewal
                                                United States Magistrate Judge