| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 <br><br> MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 <br><br> ***Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*** |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)

ActiveUS 131151470v.1

1  I, Michael Silhasek, hereby declare:

    I am employed in Santa Clara County, California.  I am over the age of eighteen years and am not a party to the above-captioned action.  My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, CA 94304.

    On July 2, 2014, I served the following documents by electronic service:

1. Exhibits 1-13, 15-19, and 21-23 to the Declaration of Mark D. Selwyn in Support of Apple Inc.'s Motion for Reconsideration of Order Re: Motions to Seal (Dkt. No. 3113).

    BY ELECTRONIC SERVICE:  I caused the documents to be sent by E-Mail to the Counsel for Samsung: Samsungv.Apple@quinnemanuel.com

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on July 2, 2014, at Palo Alto, California.

                                    */s/ Michael Silhasek*
                                    Michael Silhasek

ActiveUS 131151470v.1

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)

1