RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
Xavier.brandwajn@alston.com
ALSTON & BIRD LLP
1950 University Circle, Fifth Floor
East Palo Alto, CA 94303-2282
Telephone:    650-838-2000
Facsimile:    650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (pro hac vice)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:    404-881-7000
Facsimile:    404-881-7777

Attorneys for Non-Party
NOKIA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**NON-PARTY NOKIA CORPORATION'S LODGING OF PROPOSED HIGHLIGHTED VERSIONS OF DOCUMENTS PURSUANT TO THE COURT'S ORDER (DKT 3113) AND NOKIA CORPORATION'S MOTION FOR RECONSIDERATION (DKT 3128)** |

1  Attached, under seal, please find Nokia Corporation's proposed highlighted versions of
2  documents pursuant to the Court's Order (Dkt. No. 3113) and Nokia's Motion for Reconsideration (Dkt.
3  No. 3128).

5  DATED: July 2, 2014              Respectfully submitted,

6                                   ALSTON & BIRD LLP

7                                   */s/ Ryan W. Koppelman*
                                    RANDALL L. ALLEN
                                    RYAN W. KOPPELMAN
8                                   XAVIER M. BRANDWAJN

9                                   Attorneys for Non-Party Nokia Corporation

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 2nd day of July 2014.

                                         */s/ Ryan W. Koppelman*
                                         Ryan W. Koppelman