1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Susan R. Estrich (Cal. Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
16 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

17                    UNITED STATES DISTRICT COURT

18        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

20 APPLE INC., a California corporation,          CASE NO. 11-cv-01846-LHK (PSG)

21              Plaintiff,                        **NOTICE OF PARTIAL WITHDRAWAL**
                                                  **OF RENEWED ADMINISTRATIVE**
22        vs.                                     **MOTION TO FILE UNDER SEAL (ECF**
                                                  **NO. 3126)**
23 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG               Judge: Hon. Paul S. Grewal
24 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
25 TELECOMMUNICATIONS
   AMERICA, LLC, a Delaware limited liability
26 company,

27              Defendants.

28

02198.00010/6097255.2

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 7-7, Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby partially withdraw their Renewed Administrative Motion to File Under Seal (ECF No. 3126).  Samsung withdraws its motion as to the following three documents on the ground they have previously been sealed and no further relief is needed (ECF No. 3113 at 6, 9):

(i)     Exhibit 4 to 10/20/2013 Declaration of Kenneth Korea in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order at 5 (ECF No. 2556-14);

(ii)    Exhibit 5 to 10/20/2013 Declaration of Kenneth Korea in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order at 1, paragraphs 2 and 3 and footnote 1 (ECF No. 2556-14); and

(iii)   Exhibit 6 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (Excerpt of Samsung's Initial Submission in Response to the Commission's March 13, 2013 Notice on Remedy and the Public Interest at 29, from "Yet" to "Nokia" in penultimate paragraph) (ECF No. 2557-12).

DATED:  July 6, 2014                     Respectfully submitted,

                                         QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP


                                         By  /s/ Victoria F. Maroulis
                                            Charles K. Verhoeven
                                            Kevin P.B. Johnson
                                            Victoria F. Maroulis
                                            Attorneys for SAMSUNG ELECTRONICS
                                            CO., LTD., SAMSUNG ELECTRONICS
                                            AMERICA, INC. and SAMSUNG
                                            TELECOMMUNICATIONS AMERICA, LLC