UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE (RE: DOCKET NO. 3117), ORDER SETTING REASONABLE ATTORNEY'S FEES AND COSTS** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge (re: Dkt. 3117) (the "Motion").

Having considered the arguments of the parties and the papers submitted, the Court GRANTS Samsung's Motion.  The Court hereby reduces the total awards of costs and fees to Apple Inc. ("Apple") and Nokia Corporation ("Nokia") to the following amounts:

1  _____ to Apple and _____ to Nokia.   These amounts shall be paid within 30
2  days hereof.

4  **IT IS SO ORDERED.**

6  DATED:   _____, 2014

_____
Honorable Lucy H. Koh
United States District Judge