# EXHIBIT 2

WILMERHALE

October 5, 2013

Joseph J. Mueller

+1 617 526 6396 (t)
+1 617 526 5000 (f)
joseph.mueller@wilmerhale.com

Robert J. Becher, Esq.
Quinn Emanuel
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017

Re:   *Apple Inc. v. Samsung Electronics Co. Ltd., et al.,*
      Case No. 11-cv-01846-LHK (PSG)

Dear Rob:

In a September 27, 2013 letter, you provided a list of search terms to which Samsung and Nokia have agreed under their stipulation, and requested Apple's input on those search terms. On September 30, 2013, I informed you that Apple believed the search terms were too narrow in multiple respects, but would provide the requested additional search terms.

On October 2, Magistrate Judge Grewal ordered Samsung to produce by October 16, 2013, "[a]ll e-mails and other communications sent or received since March 24, 2012 by the Samsung employees who received the confidential information (more specifically, the Samsung employees listed in the attachments to Mr. Becher's August 1 letter) to the extent that they relate to Apple's licenses with Nokia, Ericsson, Sharp, and Philips." Order Re: Apple's Motion for Sanctions, Dkt. 2483 (Oct. 2, 2013). Samsung has an obligation to comply fully with that Order.

As you have acknowledged, Apple is not a party to the Samsung-Nokia stipulation.. Apple has not been involved in the negotiations between Samsung and Nokia regarding their stipulation, does not believe that the Samsung-Nokia protocol is adequate to determine when and how Apple's confidential licensing information was used, and does not have any control over the manner in which Stroz Friedberg is conducting searches under the stipulation. In addition, Apple does not have access to the Samsung employees who improperly received Apple's highly confidential license information and therefore cannot seek information from them on additional terms that would be relevant. As such, we are in no position to agree that the use of search terms would result in a complete identification of the documents that Judge Grewal has ordered to be produced. Samsung has the obligation to conduct its search in a manner that will which will identify every document that relates to Apple's licenses with Nokia, Ericsson, Sharp, and Philips.

However, because has Samsung requested that Apple do so, below I provide some additional search terms. To be clear, we are providing these terms to you as an accommodation and are in no way approving the stipulation or the protocols being used. These terms would be relevant in English and Korean. Also, any abbreviations used within Samsung for any of the terms (e.g., AAPL for Apple, or SS for Samsung) should also be included in any searches.

WILMERHALE

Robert J. Becher, Esq.
October 5, 2013
Page 2

| | | |
|---|---|---|
| Apple w/25 Nokia w/25 licen! | Apple w/25 Eric! w/25 licen! | "unwilling licensee" |
| Apple w/25 Sharp w/25 licen! | Apple w/25 Phil! w/25 licen! | "protective order" w/25 Nokia |
| Samsung w/25 Nokia w/25 licen! | Samsung w/25 Eric! w/25 licen! | "protective order" w/25 Sharp |
| Samsung w/25 Sharp w/25 licen! | Samsung w/25 Phil! w/25 licen! | PO w/25 Nokia |
| Apple w/25 Nokia w/25 royalt! | Apple w/25 Eric! w/25 royalt! | PO w/25 Sharp |
| Apple w/25 Sharp w/25 royalt! | Apple w/25 Phil! w/25 royalt! | Noreen |
| Samsung w/25 Nokia w/25 royalt! | Samsung w/25 Eric! w/25 royalt! | Bruce |
| Samsung w/25 Sharp w/25 royalt! | Samsung w/25 Phil! w/25 royalt! | Sewell |
| Apple w/25 Nokia w/25 negotiat! | Apple w/25 Eric! w/25 negotiat! | Teece |
| Apple w/25 Sharp w/25 negotiat! | Apple w/25 Phil! w/25 negotiat! | Licen! w/25 ▮ w/25 ITC |
| Samsung w/25 Nokia w/25 negotiat! | Samsung w/25 Eric! w/25 negotiat! | "protective order" w/25 ▮ |
| Samsung w/25 Sharp w/25 negotiat! | Samsung w/25 Phil! w/25 negotiat! | ITC w/25 "good faith" w/25 FRAND |
| Nokia w/25 ▮ | Offer w/25 ▮ w/25 ITC | Phil! w/25 ▮ |
| Eric! w/25 ▮ | Sharp w/25 ▮ | Nokia w/25 ▮ |

WILMERHALE

Robert J. Becher, Esq.
October 5, 2013
Page 3

| Eric! w/25 ▮ | Nokia w/25 ▮ | [ITC or Cal or DGComp or Europ! or Italy or Australia or Britain or England or Netherlands or Dutch or France or Japan] w/25 "good faith" w/25 negot! |
|---|---|---|
| [ITC or Cal or DGComp or Europ! or Italy or Australia or Britain or England or Netherlands or Dutch or France or Japan] w/25 licen! w/25 Nokia | [ITC or Cal or DGComp or Europ! or Italy or Australia or Britain or England or Netherlands or Dutch or France or Japan] w/25 licen! w/25 Phil! | [ITC or Cal or DGComp or Europ! or Italy or Australia or Britain or England or Netherlands or Dutch or France or Japan] w/25 licen! w/25 Sharp |
| [ITC or Cal or DGComp or Europ! or Italy or Australia or Britain or England or Netherlands or Dutch or France or Japan] w/25 licen! w/25 Eric! | [ITC or Cal or DGComp or Europ! or Italy or Australia or Britain or England or Netherlands or Dutch or France or Japan] w/25 "good faith" w/25 licen! | [ITC or Cal or DGComp or Europ! or Italy or Australia or Britain or England or Netherlands or Dutch or France or Japan] w/25 "good faith" w/25 FRAND |
| Apple! w/25 expert! w/25 damage! | Apple! w/25 licen! w/25 royalt! | Apple! w/25 counsel! w/25 licen! |
| Apple! w/25 report! w/25 damage! | Apple! w/25 licen! w/25 payment! | Apple! w/25 FTP! w/25 damage! |
| Apple! w/25 David! w/25 damage! | Apple! w/25 licen! w/25 term! | Apple! w/25 FTP! w/25 report! |
| Apple! w/25 David! w/25 report! | Apple! w/25 licen! w/25 agreement! | Apple! w/25 FTP! w/25 licen! |
| Apple! w/25 Professor! w/25 damage! | Apple! w/25 licen! w/25 structure! | Apple! w/25 FTP! w/25 expert! |
| Apple! w/25 Professor! w/25 report! | Apple! w/25 licen! w/25 arrangement! | Apple! w/25 FTP! w/25 Dr! |
| Apple! w/25 Dr! w/25 | Apple! w/25 damage! w/25 | Apple! w/25 FTP! w/25 |

WILMERHALE

Robert J. Becher, Esq.
October 5, 2013
Page 4

| damage!                      | royalt!                          | Professor!                          |
|------------------------------|----------------------------------|-------------------------------------|
| Apple! w/25 Dr! w/25 report! | Apple! w/25 damage! w/25 payment! | Apple! w/25 FTP! w/25 David!        |
| Melin                        | Paul w/25 Nokia                  |                                     |

Separately, last night you sent an email requesting that Apple stipulate that:

> (i) nothing in the Stipulation will constitute a waiver of any claim of attorney-client privilege or attorney work product or other claim of confidentiality in the NDCA II case, the NDCA I case or any other federal or state action or administrative proceeding and it will not argue to the contrary; (ii) that Stroz Friedberg's review of Samsung's documents pursuant to the Stipulation will not constitute a waiver of any claim of attorney-client privilege or attorney work product or other claim of confidentiality protection in the NDCA II case, the NDCA I case or any other federal or state action or administrative proceeding and it will not argue to the contrary; and (iii) that Samsung's voluntary or inadvertent production of documents pursuant to the Stipulation shall not be deemed a waiver of any claimed privilege or protection in the NDCA II case, the NDCA I case or any other federal or state action or administrative proceeding.

Apple does not stipulate to those conditions. As noted above, Apple is not a party to the Nokia-Samsung stipulation, and has never agreed that any actions taken under the stipulation are entitled to the privilege. The issue of privilege was briefed and argued and Samsung has been ordered to produce the documents identified in the order.

We expect that Samsung will do so without further delay.

Sincerely yours,

*Joseph J. Mueller*
Joseph J. Mueller

JJM:le