# EXHIBIT 3

WILMERHALE

October 4, 2013

**Joseph J. Mueller**

+1 617 526 6396 (t)
+1 617 526 5000 (f)
joseph.mueller@wilmerhale.com

**Contains Confidential Business Information
Subject to Protective Orders**

**BY EMAIL**

Robert Becher, Esq.
Quinn Emanuel
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017

Re:   *Apple Inc. v. Samsung Elecs. Co. Ltd.*, No. 11-cv-1846 LHK (PSG)

Dear Rob:

I write regarding the Court's October 2, 2013 Order Re: Apple's Motion for Sanctions. In that Order, the Court required (among other things) the production of two categories of documents by October 16, 2013.

The second category—i.e., "[a]ll e-mails and other communications sent or received since March 24, 2012 by the Samsung employees who received the confidential information (more specifically, the Samsung employees listed in the attachments to Mr. Becher's August 1 letter) to the extent that they relate to Apple's licenses with Nokia, Ericsson, Sharp, and Philips"—are documents that Samsung has delayed in identifying and collecting. We look forward to their prompt production and will follow up with you to coordinate the timing of their production vis-à-vis the depositions ordered by the Court.

But the first category—i.e., "[t]he e-mails listed on Attachment A to Mr. Becher's August 1, 2013 letter to Mr. Selwyn"—are documents that have already been identified and collected. Indeed, you previously sent us redacted versions of these documents.

Because the documents identified in your August 1, 2013 letter are already collected, we ask you to produce the unredacted versions today. Please confirm that you will do so.

Sincerely,

/s/ Joe Mueller

Joe Mueller