# EXHIBIT 4

| | |
|---|---|
| **From:** | Mueller, Joseph [Joseph.Mueller@wilmerhale.com] |
| **Sent:** | Friday, October 04, 2013 12:26 PM |
| **To:** | Robert Becher |
| **Cc:** | Amar Thakur |
| **Subject:** | RE: Apple/Samsung (1846) |

Rob,

The parties briefed the privilege issues.  The Court's Order obligates Samsung to produce unredacted versions of the documents.

Thanks,
Joe

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Friday, October 04, 2013 2:35 PM
**To:** Mueller, Joseph
**Cc:** Amar Thakur
**Subject:** RE: Apple/Samsung (1846)

Joe,

We understand from this letter that Apple believes Samsung is required to produce documents in response to the Magistrate Judge's Order, including the documents listed in the first category, without regard for assertions of the attorney-client privilege or attorney work product protections.  If we are incorrect about Apple's position, please let us know promptly.

Regards, Rob

**From:** Mueller, Joseph [mailto:Joseph.Mueller@wilmerhale.com]
**Sent:** Friday, October 04, 2013 11:15 AM
**To:** Robert Becher
**Cc:** Amar Thakur
**Subject:** Apple/Samsung (1846)

Rob,

Please see attached letter.  I'll be responding separately to your recent correspondence.

Thanks,
Joe

**Joseph J. Mueller | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6396 (t)
+1 617 526 5000 (f)
joseph.mueller@wilmerhale.com

**Please consider the environment before printing this email.**

1

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.