# EXHIBIT 9

**From:** "Mueller, Joseph" <Joseph.Mueller@wilmerhale.com>
**Date:** October 13, 2013 at 8:54:13 AM PDT
**To:** Robert Becher <robertbecher@quinnemanuel.com>, "'Randall.Allen@alston.com'" <Randall.Allen@alston.com>
**Cc:** "Susan R. Estrich" <susanestrich@quinnemanuel.com>
**Subject: Re: Letter**

Rob,

We do not see any basis for entering into a stipulation as to the application of privilege law to these facts -- the law is the law, and moreover Samsung appears to be asserting privilege claims that Apple disputes, the parties briefed, and the Court has rejected through its discovery order. Apple's position is simply that Samsung needs to comply with the Court's order.

Separately, a few questions:

Will you be producing any documents before the depositions? If so, when?

Is Mr. Kwak confirmed for deposition on October 16 in Los Angeles?

Is Dr. Ahn confirmed for deposition on October 17 in Los Angeles?

Thanks,
Joe

---

**From**: Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent**: Sunday, October 13, 2013 02:02 AM Eastern Standard Time
**To**: Mueller, Joseph; 'Allen, Randall' <Randall.Allen@alston.com>
**Cc**: Susan R. Estrich <susanestrich@quinnemanuel.com>
**Subject**: Letter

Please see attached.