# EXHIBIT 10

# ALSTON&BIRD LLP

275 Middlefield Road, Suite 150
Menlo Park, CA  94025-4008

650-838-2000
Fax: 404-253-8542
www.alston.com

Ryan W. Koppelman                    Direct Dial: 650-838-2009                    Email: ryan.koppelman@alston.com

October 13, 2013

VIA EMAIL

Robert J. Becher
Quinn Emanuel
865 South Figueroa Street, 10th Floor,
Los Angeles, California 90017-2543

  Re: *Apple Inc. v. Samsung Elecs. Co. Ltd.,* No. 11-cv-1846 LHK and
    No. 12-cv-0630 LHK

Dear Rob:

I write in response to your October 12, 2013 letter regarding privilege.  In an effort to short circuit needless haggling, Nokia will agree that it will not contend that production of documents as a result of Judge Grewal's October 2, 2013 Order waives any applicable privilege.  Based on Apple, Samsung and Nokia's agreement that production of documents in response to Judge Grewal's Order will not independently waive any privilege that may exist, we see no need for any further discussion, negotiation or stipulation on this issue.

Samsung has also raised the issue of whether the parties will contend that use of privilege documents to prepare witnesses will independently waive any applicable privilege.  Once again, Nokia believes that the law is fairly clearly established on the use of privilege materials for witness preparation and waiver.  There is nothing about this litigation that would merit a different approach.

            Sincerely,

            Ryan W. Koppelman

LEGAL02/34447603v1