# EXHIBIT 11

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3182

WRITER'S INTERNET ADDRESS
robertbecher@quinnemanuel.com

<u>VIA EMAIL / CONFIDENTIAL</u>

October 14, 2013

Randall Allen, Esq.                         Joseph Mueller, Esq.
Alston & Bird LLP                           Wilmer Cutler Pickering Hale & Dorr LLP
275 Middlefield Road, Suite 150             60 State Street
Menlo Park, CA 94025                        Boston, Massachusetts 02109
*Attorneys for Nokia Corporation*           *Attorneys for Apple, Inc.*

Re:   <u>Apple Inc. v. Samsung Elecs. Co. Ltd., No. 11-cv-1846 LHK (PSG)</u>

Dear Randall and Joe:

We write in response to Nokia's letter of October 13, 2013 regarding privilege issues.

We do not understand Apple's and Nokia's reluctance to enter into a stipulation confirming that they will not argue that Samsung is waiving any privilege by producing documents in response to the Court's October 2 orders, particularly in light of Nokia's acknowledgment in its October 13 letter that Samsung, Apple, and Nokia all agree "that production of documents in response to Judge Grewal's Order will not independently waive any privilege that may exist."  We write one final time to request a stipulation which can be submitted to the Court on this issue.  Please let us know immediately if Apple and Nokia are willing to enter into the attached stipulation.

Please find attached a proposed stipulation for your consideration and comments.

Very truly yours,

Robert J. Becher

Attachment:   proposed stipulation