# EXHIBIT 12

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 12-cv-00630-LHK &<br>CASE NO. 11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER RE PRIVILEGE ISSUES RELATED TO SAMSUNG'S EFFORTS TO COMPLY WITH THE COURT'S OCTOBER 2, 2013 ORDERS** |

1    WHEREAS, on October 2, 2013, the Court entered an Order Re: Apple's Motion For
2 Sanctions (Re: Docket No. 2374-2 and 2434) in Case No. 11-cv-01846-LHK, *see* Dkt. 2483, and a
3 Stipulation And [Proposed] Order Re Motion For Protective Order By Nokia Corporation in Case
4 No. 12-cv-00630-LHK, *see* Dkt. 785 (collectively, "October 2 Orders"); and

5    WHEREAS, the parties are entering into this stipulation without prejudice to any positions,
6 including positions on privilege issues, not set forth herein, including without limitation Apple's
7 and Nokia's position that the October 2 Orders abrogated Samsung's privileges and did so
8 correctly, and Samsung's disagreement with that position;

9    NOW THEREFORE, the parties, through their undersigned counsel of record, stipulate as
10 follows ("Stipulation"):

11    1.    Samsung's production of documents in response to the Court's October 2
12 Orders, including without limitation draft pleadings, attorney-client communications or other
13 documents protected by the attorney-client privilege or work product doctrine, is not a waiver and
14 will not be argued to be a waiver of the attorney-client privilege, work product doctrine or any
15 other claim of confidentiality protection as to any non-disclosed documents or portions of
16 documents or non-disclosed communications or information, and will not effect or be argued to
17 effect a subject matter waiver as to any subject matter, whether in this action or any other action or
18 proceeding. This non-waiver provision specifically applies to, without limitation, Samsung's
19 production of documents that refer to the financial terms of the Apple/Nokia license at issue
20 and documents reflecting the "dissemination of and use by Samsung of the confidential
21 information."

23    IT IS SO STIPULATED.

-1-   Case Nos. 12-cv-00630-LHK & 11-cv-01846-LHK
STIPULATION AND [PROPOSED] ORDER RE PRIVILEGE ISSUES

| | | |
|---|---|---|
| 1 | DATED: October ___, 2013 | ALSTON & BIRD, LLP |

By  */s/ Ryan W. Koppelman*
   Ryan W. Koppelman
   Attorneys for NOKIA CORPORATION

DATED: October ___, 2013        WILMER CUTLER PICKERING HALE & DORR

By  */s/ Joseph J. Mueller*
   Joseph J. Mueller
   Attorneys for APPLE, INC.

DATED: October ___, 2013        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Victoria F. Maroulis*
   Victoria F. Maroulis
   Attorneys for
   SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG ELECTRONICS AMERICA, INC.,
   and SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC

## ORDER

Based on the foregoing stipulation, and for good cause shown,

**IT IS SO ORDERED.**

DATED: _____

The Honorable Paul S. Grewal
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October ___, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

Dated:   October ___, 2013                    By:  */s/ Victoria F. Maroulis*
                                                   Victoria F. Maroulis