# EXHIBIT 15

**From:** Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
**Sent:** Sunday, December 01, 2013 9:26 PM
**To:** Dan Posner; 'Koppelman, Ryan'; 'Allen, Randall'; Mueller, Joseph
**Cc:** Robert Becher
**Subject:** RE: Apple v. Samsung

Rob and Dan:

We disagree that Samsung's offer to provide 5 WilmerHale attorneys with access to 7 of the documents over which Samsung has claimed privilege would eliminate the need for Magistrate Judge Grewal to rule on the issue of whether those, or the many other documents Samsung has withheld as privileged, are properly subject to the privilege. For the reasons stated in Apple's brief on the privilege issue, Samsung is not entitled to claim any privilege over those documents, and Judge Grewal needs to resolve the parties' dispute.

We are, however, willing to enter into a stipulation along the lines you propose in order to enable a limited number of WilmerHale attorneys to review documents over which Samsung is claiming privilege, so that we can bring the current litigation over potential sanctions for violations of the protective order to a prompt resolution, as you suggest. However, Samsung should produce all of the documents provided to Judge Grewal for *in camera* review to WilmerHale subject to such a stipulation. There is no principled reason why the stipulation is sufficient to protect Samsung's interests with respect to the documents identified in Judge Grewal's Order to Show Cause, but not also sufficient with respect to the remaining documents. If Samsung believes there is a reason to treat the 7 documents differently from the remaining documents submitted to Judge Grewal for *in camera* review, please explain.

To the extent Samsung believes it necessary to carve out certain documents pursuant to a mediation privilege, please let us know whether and when Samsung has sought consent from the third party, and whether, assuming the third party consents, Samsung would consent as well.

Please confirm that Samsung will agree to provide a limited set of WilmerHale attorneys with access to the full set of documents Samsung produced to the Court for *in camera* review. We expect the parties can agree on terms of a stipulation along the lines you propose if so.

Mark

**From:** Dan Posner [mailto:danposner@quinnemanuel.com]
**Sent:** Tuesday, November 26, 2013 10:35 PM
**To:** 'Koppelman, Ryan'; Selwyn, Mark; 'Allen, Randall'; Mueller, Joseph
**Cc:** Robert Becher
**Subject:** Apple v. Samsung

Counsel,

Please see the attached correspondence.

Thanks,

Dan

Dan Posner
**Quinn Emanuel Urquhart & Sullivan, LLP**

1

865 S. Figueroa St 10th Floor
Los Angeles, Ca 90017
213-443-3220 Direct
213.443.3000 Main Office Number
213.443.3100 FAX
danposner@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.