# EXHIBIT 16

# WILMERHALE

Mark D. Selwyn

+1 650 858 6031 (t)
+1 650 858 6100 (f)
mark.selwyn@wilmerhale.com

February 2, 2014

**By E-mail**

Robert Becher, Esq.
Quinn Emanuel
865 S. Figueroa St., 10th Floor
Los Angeles, California  90017

Re:     **Apple Inc. v. Samsung Electronics et al., Case No. 5:11-cv-01846-LHK**

Dear Rob:

In its Order Granting Motion for Sanctions, the Court found that Samsung had waived any claim of privilege with respect to those documents cited in the Order that Samsung had offered to turn over to Apple and Nokia. The Court wrote that these constituted "the vast majority of the documents cited in [the Court's] order." (Docket No. 2935, at 4 n.13.)

Please produce these documents to us tomorrow.

Sincerely yours,

Mark D. Selwyn

MDS:le


cc:     Ryan Koppelman, Esq.