1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.: 11-CV-01846-LHK (PSG) <br><br> **[PROPOSED] ORDER GRANTING NON-PARTY NOKIA CORPORATION'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

/ / /

/ / /

/ / /

/ / /

/ / /

1       Non-Party Nokia Corporation ("Nokia") has moved for partial relief from the Court's Order
2  Granting Motion for Sanctions (Dkt. No. 2935).
3       Having considered the arguments of the parties and the papers submitted, the Court
4  GRANTS Nokia's Motion.  The Court hereby reverses the finding that there was insufficient
5  evidence to show that Samsung used Nokia's confidential information and orders that 1) the full
6  scope of the record must be clarified and 2) Nokia may have full access to the record and may argue
7  if any further sanctions are warranted.
8       IT IS SO ORDERED.
9       Dated: _____          _____
10                                                Hon. Lucy H. Koh
                                                  United States District Judge