HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT C
# FILED UNDER SEAL

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

August 1, 2013

**CONTAINS INFORMATION DESIGNATED**
**HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**

Randall Allen, Esq.
Alston & Bird LLP
275 Middlefield Road
Suite 150 Menlo Park, CA 94025-4008

Re:     Apple Inc. v. Samsung Elecs. Co. Ltd., No. 11-cv-1846 LHK (PSG)

Dear Mr. Allen:

I write on behalf of Samsung Electronics America, Inc., Samsung Telecommunications America LLC, and Samsung Electronics Co., Ltd. (collectively, "Samsung"), defendants in the above referenced action, and on behalf of the firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel").

I wrote on July 16, 2013, to inform you of the inadvertent disclosure to Samsung of confidential information relating to Nokia.  I write now to inform you that Quinn Emanuel has identified an additional instance where the incompletely redacted report of Dr. David J. Teece was shared with Samsung.  On March 24, 2012, that version of the report was placed on an FTP site, along with other expert reports submitted in the 1846 action.  Instructions to access the FTP site were emailed by Todd Briggs of Quinn Emanuel to the following:

- Anthony Kahng, IlMan Bae, MinHyung Chung, Jae-Il Park, Jaehawk Lee, JaeHyun Park, SangHoon Jin, Karin Norton, Beyong Ho Yuu, Brian Kim, Byung-Gun Min, Julie Han, Cindi Moreland, Daniel Shim, Derrick Robinson, Seung Ho Ahn, Edward Kim, Eric Cha, EunHa Kim, Hankil Kang, Heungju Kwon, Hojin Chang, Hoshin Lee, Jaewan Chi, Jaehwan Kim, JaeHyoung Kim, James Shin, Jeff Myung, Johnda Crites, Jonghee Kim, JunHong Park, KyuHyuk Lee, Kenneth Korea, Michael Kang, Michelle Yang, Richard An, Rosa Kim, Samuel Lee, Seongwoo (Clayton) Kim, Soojin Lee, SungCheol Bae, Sung-Ho Lee, YongKu Park, YoonJung Shin, Youngjo Lim, YoungSoon Lee, Yunhee

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Kang, Jae N. Noh, Youngho Kim, Jonghee Kim, and SeungKyun Oh; and the following individuals and mailing lists at Quinn Emanuel:  Alan Whitehurst, Eric Huang, 'Samsung Patent Team,' and 'Samsung v. Apple.'

In addition, we have discovered that counsel for Samsung in Italy, Vanzetti e Associati, submitted the partially redacted Teece report to the First Instance Court of Milan on October 30, 2012, under seal.  The submission is not available to the public.

On July 16, 2013, you requested that we not instruct Samsung to delete the emails discussed in our previous letter.  We will treat the above noted email in the same manner.  We would like to speak with you about taking remedial action with respect to the filing in Italy.

Very truly yours,

Robert J. Becher

02198.51855/5427425.2

2