# EXHIBIT 2
# FILED UNDER SEAL

# Summary of Interviews with Recipients of Inadvertent Disclosure Emails Attaching Teece Report

| Recipient of one or more partially redacted Teece Report emails from Quinn Emanuel | Recalls receiving or reviewing the email(s)? | Recalls reviewing the attached Teece Report? | Recalls reviewing any Apple / Nokia license terms within the Teece Report? | Recalls reviewing any Apple / Sharp, Philips, or Ericsson license terms within the Teece Report? | [For those who forwarded the email(s) to others] Recalls disseminating the Apple / Nokia license terms contained in the Teece Report any further? | [For those who did not forward the email(s) to others] Recalls disseminating the Apple / Nokia license terms contained in the Teece Report? | [For those who forwarded the email(s) to others] Recalls disseminating the Apple / Sharp, Philips, or Ericsson license terms contained in the Teece Report any further? | [For those who did not forward the email(s) to others] Recalls disseminating the Apple / Sharp, Philips, or Ericsson license terms contained in the Teece Report? | Recalls using the Apple / Nokia license terms within the Teece Report for any purpose? | Recalls using the Apple / Sharp, Philips, or Ericsson license terms within the Teece Report for any purpose? |
|---|---|---|---|---|---|---|---|---|---|---|
| Anthony Kahng | No | No | No | No | N/A | No | N/A | No | No | No |
| Beyong Ho Yuu | No | No | No | No | N/A | No | N/A | No | No | No |
| Brian Kim | No | No | No | No | N/A | No | N/A | No | No | No |
| Byung-Gun Min | No | No | No | No | N/A | No | N/A | No | No | No |
| Christopher (Jinho) Park | No | No | No | No | No | N/A | No | N/A | No | No |
| Cindi Moreland | No | No | No | No | N/A | No | N/A | No | No | No |
| Clayton (Seongwoo) Kim | Yes | No | No | No | No | N/A | No | N/A | No | No |
| Daniel Ko | Yes | Yes | No | No | N/A | No | N/A | No | No | No |
| Daniel Shim | Yes | Yes | No | No | No | N/A | No | N/A | No | No |
| Derrick Robinson | Former employee (as of 5/11/12); unable to reach at last known contact number. | | | | | | | | | |
| Dong Hun Kang | No | No | No | No | N/A | No | N/A | No | No | No |
| DS Park | No | No | No | No | N/A | No | N/A | No | No | No |
| Edward Kim | No | No | No | No | N/A | No | N/A | No | No | No |
| Eric Cha | Yes | No | No | No | N/A | No | N/A | No | No | No |
| Eunha Kim | No | No | No | No | N/A | No | N/A | No | No | No |
| Eun Hye Choi | Former employee (as of 10/11/13); unable to reach at last known contact number. | | | | | | | | | |
| Hankil Kang | No | No | No | No | N/A | No | N/A | No | No | No |
| HanSung Kang | No | No | No | No | N/A | No | N/A | No | No | No |
| Han Yong (Hanyoung) Uhm | No | No | No | No | N/A | No | N/A | No | No | No |
| Heungju Kwon | Yes | Yes | No | No | No | N/A | No | N/A | No | No |
| Hojin Chang | Yes | Yes | No | No | No | N/A | No | N/A | No | No |
| Hoshin Lee | No | No | No | No | N/A | No | N/A | No | No | No |

| Recipient of one or more partially redacted Teece Report emails from Quinn Emanuel | Recalls receiving or reviewing the email(s)? | Recalls reviewing the attached Teece Report? | Recalls reviewing any Apple / Nokia license terms within the Teece Report? | Recalls reviewing any Apple / Sharp, Philips, or Ericsson license terms within the Teece Report? | *[For those who forwarded the email(s) to others]* Recalls disseminating the Apple / Nokia license terms contained in the Teece Report any further? | *[For those who did not forward the email(s) to others]* Recalls disseminating the Apple / Nokia license terms contained in the Teece Report? | *[For those who forwarded the email(s) to others]* Recalls disseminating the Apple / Sharp, Philips, or Ericsson license terms contained in the Teece Report any further? | *[For those who did not forward the email(s) to others]* Recalls disseminating the Apple / Sharp, Philips, or Ericsson license terms contained in the Teece Report? | Recalls using the Apple / Nokia license terms within the Teece Report for any purpose? | Recalls using the Apple / Sharp, Philips, or Ericsson license terms within the Teece Report for any purpose? |
|---|---|---|---|---|---|---|---|---|---|---|
| Hyojae Kim | No | No | No | No | N/A | No | N/A | No | No | No |
| HyuckSon (Hyucksun) Kwon | No | No | No | No | No | N/A | No | N/A | No | No |
| Ief Daems | No | No | No | No | No | N/A | No | N/A | No | No |
| IlMan Bae | No | No | No | No | N/A | No | N/A | No | No | No |
| Jae N. Noh | No | No | No | No | N/A | No | N/A | No | No | No |
| Jaehawk Lee | No | No | No | No | N/A | No | N/A | No | No | No |
| JaeHwan Kim | No | No | No | No | N/A | No | N/A | No | No | No |
| JaeHyoung Kim | No | No | No | No | N/A | No | N/A | No | No | No |
| JaeHyun Park | No | No | No | No | N/A | No | N/A | No | No | No |
| Jae-il Park | No | No | No | No | N/A | No | N/A | No | No | No |
| Jaewan Chi | No | No | No | No | N/A | No | N/A | No | No | No |
| James Kwak | No | No | No | No | N/A | No | N/A | No | No | No |
| James Shin | Yes | No | No | No | No | N/A | No | N/A | No | No |
| Jay Shim | No | No | No | No | N/A | No | N/A | No | No | No |
| Jeff Myung | No | No | No | No | N/A | No | N/A | No | No | No |
| Johnda Crites | No | No | No | No | N/A | No | N/A | No | No | No |
| Jonghee Kim | No | No | No | No | N/A | No | N/A | No | No | No |
| Joong Hyub (Joonghyub) Lee | No | No | No | No | N/A | No | N/A | No | No | No |
| Julie Han | No | No | No | No | N/A | No | N/A | No | No | No |
| Jun Won (Junwon) Lee | No | No | No | No | N/A | No | N/A | No | No | No |
| JunHong Park | No | No | No | No | N/A | No | N/A | No | No | No |
| Karin Norton | No | No | No | No | N/A | No | N/A | No | No | No |
| Kenneth Korea | No | No | No | No | N/A | No | N/A | No | No | No |
| KiJoong Kang | No | No | No | No | N/A | No | N/A | No | No | No |

| Recipient of one or more partially redacted Teece Report emails from Quinn Emanuel | Recalls receiving or reviewing the email(s)? | Recalls reviewing the attached Teece Report? | Recalls reviewing any Apple / Nokia license terms within the Teece Report? | Recalls reviewing any Apple / Sharp, Philips, or Ericsson license terms within the Teece Report? | *[For those who forwarded the email(s) to others]* Recalls disseminating the Apple / Nokia license terms contained in the Teece Report any further? | *[For those who did not forward the email(s) to others]* Recalls disseminating the Apple / Nokia license terms contained in the Teece Report? | *[For those who forwarded the email(s) to others]* Recalls disseminating the Apple / Sharp, Philips, or Ericsson license terms contained in the Teece Report any further? | *[For those who did not forward the email(s) to others]* Recalls disseminating the Apple / Sharp, Philips, or Ericsson license terms contained in the Teece Report? | Recalls using the Apple / Nokia license terms within the Teece Report for any purpose? | Recalls using the Apple / Sharp, Philips, or Ericsson license terms within the Teece Report for any purpose? |
|---|---|---|---|---|---|---|---|---|---|---|
| KyuHyuk Lee | No | No | No | No | N/A | No | N/A | No | No | No |
| KyungSeok Lee | *Former employee (as of 4/30/12), unable to reach at last known contact number.* | | | | | | | | | |
| KyuSung (Caleb) Lee | No | No | No | No | N/A | No | N/A | No | No | No |
| | | | | | | | | | | |
| Marc Bellefont | No | No | No | No | N/A | No | N/A | No | No | No |
| Michael Kang | No | No | No | No | No | N/A | No | N/A | No | No |
| Michelle Yang | No | No | No | No | N/A | No | N/A | No | No | No |
| MinHyung Chung | Yes | No | No | No | N/A | No | N/A | No | No | Yes |
| Richard An | Yes | No | No | No | N/A | No | N/A | No | No | Yes |
| Rosa Kim | No | No | No | No | N/A | No | N/A | No | No | No |
| Samuel Lee | No | No | No | No | N/A | No | N/A | No | No | No |
| SangHoon Jin | No | No | No | No | N/A | No | N/A | No | No | No |
| Sanghoon Park | No | No | No | No | N/A | No | N/A | No | No | No |
| Sangjoo Lee | No | No | No | No | N/A | No | N/A | No | No | No |
| Seung Ho (Seungho) Ahn | No | No | No | No | N/A | No | N/A | No | No | No |
| Seungkyun Oh | No | No | No | No | N/A | No | N/A | No | No | No |
| Soojin Lee | No | No | No | No | N/A | No | N/A | No | No | No |
| SungCheol Bae | No | No | No | No | N/A | No | N/A | No | No | No |
| Sung-Ho Lee | No | No | No | No | N/A | No | N/A | No | No | No |
| Suyeul Lee | No | No | No | No | N/A | No | N/A | No | No | No |
| Wonsuk Park | No | No | No | No | N/A | No | N/A | No | No | No |
| Yeonwook (Sunny) Son | No | No | No | No | N/A | No | N/A | No | No | No |
| YongKu Park | No | No | No | No | N/A | No | N/A | No | No | No |
| YoonJung Shin | *Former employee (as of 8/15/12), unable to reach at last known contact number.* | | | | | | | | | |

| Recipient of one or more partially redacted Teece Report emails from Quinn Emanuel | Recalls receiving or reviewing the email(s)? | Recalls reviewing the attached Teece Report? | Recalls reviewing any Apple / Nokia license terms within the Teece Report? | Recalls reviewing any Apple / Sharp, Philips, or Ericsson license terms within the Teece Report? | *[For those who forwarded the email(s) to others]* Recalls disseminating the Apple / Nokia license terms contained in the Teece Report any further? | *[For those who did not forward the email(s) to others]* Recalls disseminating the Apple / Nokia license terms contained in the Teece Report? | *[For those who forwarded the email(s) to others]* Recalls disseminating the Apple / Sharp, Philips, or Ericsson license terms contained in the Teece Report any further? | *[For those who did not forward the email(s) to others]* Recalls disseminating the Apple / Sharp, Philips, or Ericsson license terms contained in the Teece Report? | Recalls using the Apple / Nokia license terms within the Teece Report for any purpose? | Recalls using the Apple / Sharp, Philips, or Ericsson license terms within the Teece Report for any purpose? |
|---|---|---|---|---|---|---|---|---|---|---|
| Youngho Kim | No | No | No | No | N/A | No | N/A | No | No | No |
| Youngjo Lim | No | No | No | No | N/A | No | N/A | No | No | No |
| YoungSoon Lee | *On education sabbatical; unable to reach.* |||||||||||
| YunHee Kang | No | No | No | No | No | N/A | No | N/A | No | No |