# EXHIBIT 3
# FILED UNDER SEAL

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
robertbecher@quinnemanuel.com

**VIA EMAIL**

October 15, 2013

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
CONTAINS INFORMATION DESIGNATED HIGHLY-CONFIDENTIAL – ATTORNEYS'
EYES ONLY

Joseph Mueller, Esq.                   Randall Allen, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP   Alston & Bird LLP
60 State Street                        275 Middlefield Road, Suite 150
Boston, Massachusetts 02109            Menlo Park, CA 94025
*Attorneys for Apple, Inc.*              *Attorneys for Nokia Corporation*

Re:    Apple Inc. v. Samsung Elecs. Co. Ltd., No. 11-cv-1846 LHK (PSG)

Dear Joe and Randall:

We write to provide Nokia and Apple with information regarding any dissemination or use of the inadvertently disclosed information by outside counsel. The attachments to this letter provide this information for firms that were sent or received the inadvertent disclosures.

Very truly yours,

Robert J. Becher

*Korea* EXHIBIT 5
FOR IDENTIFICATION
LISA MICHAELS, CSR 6361, RPR
DATE: 10-16-13
WITNESS: Korea, Kenneth

**quinn emanuel urquhart & sullivan, llp**
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

**Modiano & Partners:** A May 1, 2012 email from Helen Hopson of Bristows LLP, attaching comments on a French pleading in which the incompletely redacted Teece report is embedded as a pdf, listed as an addressee legal@modiano.com, which is an email address for Modiano & Partners.  Modiano & Partners has no record of receiving the email, likely because the file was too large.  In response to the email of Helen Hopson, the mail server of Modiano & Partners generated and logged an automatic refusal message, identified by the following unique id: "B97A3442F0289940B7EBD907C082686004E1BE43@MAILSERVICE.bristows.com", which  reported the following error code and message: "552 5.3.4 Error: message file too big".

**rospatt osten pross:**

A May 1, 2012 email from Helen Hopson of Bristows LLP, attaching comments on a French pleading in which the incompletely redacted Teece report is embedded as a pdf, listed Max von Rospatt and Dr. Henrik Timmann of rospatt osten pross as recipients.  rospatt osten pross currently has no record of receiving the May 1, 2012 email and no record of disseminating it further.

**Simmons & Simmons**

**Simmons & Simmons** received a May 1, 2012 email from Helen Hopson of Bristows LLP, attaching comments on a French pleading in which the incompletely redacted Teece report is embedded as a pdf.  In addition, Mr. M.W. De Koning obtained the redacted Teece report from an extranet set up by Bristows.  Simmons & Simmons is not aware of any response to the May 1, 2012 email or further dissemination of the information contained in the report.

No information from the Teece report regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or with any motion or filing by Simmons & Simmons nor was the information otherwise used by Simmons & Simmons.

**Studio Vanzetti e Associati** received a May 1, 2012 email from Helen Hopson of Bristows LLP, which was sent to studio@vanzettieassociati.it. The email attached comments on a French pleading in which the incompletely redacted Teece report was embedded as a pdf. Studio Vanzetti e Associati received an October 26, 2012 email from Nathan Capone, attaching comments on an Italian pleading and the incompletely redacted Teece report. These emails and their attachments were viewed by Adriano Vanzetti, Giulio Sironi, Anna Colmano, and Riccardo Perotti of Vanzetti e Associati. They did not send the emails to anyone outside of the firm.

Studio Vanzetti e Associati sent to Nathan Capone of Bristows LLP a May 4, 2013 email with attached the incompletely redacted Teece report. This email was also copied to Helen Hopson and Amy Cullen of Bristows LLP.

Vanzetti e Associati submitted the incompletely redacted Teece report to First Instance Court of Milan on October 30, 2012. By order of the Court, the docket of the case can only be accessed by the parties and their lawyers. No information from the Teece report regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or cited in the body of any motion or brief filed and prepared by Studio Vanzetti nor was the information otherwise used by Studio Vanzetti. The attorneys representing Apple in the lawsuit in Italy also had access to the Teece report by virtue of its submission to the Court.

**Peter Camesasca Advocaat BVBA**

On June 27, 2012, Peter Camesasca received an email from Helen Hopson of Bristows LLP, containing the incompletely redacted Teece Report. On October 26, 2012, Mr. Camesasca received the incompletely redacted Teece report in an email from Nathan Capone of Bristows. Mr. Camesasca has not found any instance in which he forwarded either of these emails from Bristows.

Peter Camesasca received a July 4, 2012 email from Thomas Vinje of Clifford Chance to DG COMP, submitting the Teece report as Annex 6 to the supplemental factual paper on July 4, 2012 ("CC Email 1"). Mr. Vinje also forwarded CC Email 1 to Mr. Camesasca.("CC Email 2."). Samsung only referred to paragraphs 73 and 176 of the redacted Teece report in its supplemental factual paper filed with the European Commission. Mr. Camesasca forwarded CC Email 2 to the following people from CRA: Cristina Caffarra, Damien Neven, Anne Layne Farrar, and Gregor Langus.

On August 16, 2012, Julie Vandenbussche and Peter Camesasca of Peter Camesasca Advocaat BVBA received a pdf copy of the incompletely redacted Teece expert report from Ief Daems of Samsung. This email was sent as background information to Julie Vandenbussche, a new joiner. No instance in which this email was forwarded has been identified.

On December 21, 2012, Peter Camesasca provided Clifford Chance a DVD containing the contents of the European Commission's investigative file into Samsung in Case COMP/39.939 (the "DVD"), which included the incompletely redacted Teece report as Annex 6 to the supplemental factual paper of July 4, 2012. Clifford Chance subsequently uploaded the aforementioned DVD and provided access to a data room to Julie Vandenbussche and Peter Camesasca of Peter Camesasca Advocaat BVBA. Also Shearman and Sterling was given access to the contents of the European Commission's investigative file, including the incompletely redacted Teece report. Peter Camesasca Advocaat BVBA has no recollection of accessing the data room.

Mr. Camesasca received an email from Daniel Shim on March 25, 2013 containing an outline of Samsung's Response to the International Trade Commission's Request for Additional Submissions on Remedy and the Public Interest. Mr. Camesasca has not identified any instance in which he forwarded this email.

No information from the Teece Report regarding the terms, including the financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or cited in any motion or filing prepared by Mr. Camesasca's firm nor was the information otherwise used by Mr. Camesasca.

**Bristows LLP ("Bristows")**

On March 21, 2012 Bristows received an email attaching an incompletely redacted draft of the expert report of David Teece. The email was from Eric Wall to daniel.shim@samsung.com; Karin Norton; anthony.k@samsung.com; jae-il.park@samsung.com; hojin.chang@samsung.com; daniel.ko@samsung.com; james1.shin@samsung.com; eric43.cha@samsung.com; brians.kim@samsung.com; and kijoong.kang@samsung.com with the following copyees: Thomas Pease; Samsung FRAND; Pat Treacy; and Helen Hopson. On March 22, 2012, Pat Treacy of Bristows responded to the persons on the email chain commenting on the draft report. This email was not further disseminated by Bristows.

On March 26, 2012 Pat Treacy and Helen Hopson received an email from Daniel Shim (of Samsung) which forwarded an email from Todd Briggs (of Quinn Emanuel) which had been sent to various Samsung employees on March 25, 2012. The email contained a File Transfer Protocol ("FTP") link to a redacted final version of the Teece report as filed (which was also incompletely redacted) (the *"Teece Report"*).

The Teece Report was subsequently downloaded from the FTP site onto Bristows' electronic file and then uploaded to the Bristows' Samsung/Apple extranet. The Samsung/Apple extranet is a password protected site containing documents produced in the Apple dispute which can be accessed by Samsung and Samsung's attorneys. The Teece Report was removed from the extranet on approximately July 23, 2013.

Bristows' information technology team has determined that the following individuals accessed the Teece Report from the Extranet on the following dates: Kate Boomer of Ashurst on May 15, 2012, June 21 and 26, 2012, and November 16, 2012; Angela Lin of Ashurst on May 4, 7, 8, 9, and 17, 2012 and June 27, 2012; Jung Hyun Jun of Lee & Ko on May 3, 2012; Mona Solouki of Sheppard Mullin on May 7, 2012 and Mattie DeKoning of Simmons & Simmons on October 17, 2012.

On May 1, 2012 Helen Hopson sent an email attaching comments on a French pleading in which the incompletely redacted Teece Report was embedded as a pdf. It was sent to Yunhee Kang, Daniel Ko, Seung Ho Ahn, Jaewan Chi, Richard An, Brian Kim, Youngjo Lim, Clayton Kim, Daniel Shim, Beyong Ho Yuu, KyuHyuk Lee, KyungSeok Lee; Hoshin Lee, SeungKyun Oh JaeHyun Park, Jaehawk Lee, Kijoong Kang, Jay Shim, Han Yong Uhm, Jin Hwan Kwak, and Marc Bellefont of Samsung; the following individuals at Bristows: Pat Treacy and Myles Jelf; the following individuals and distribution list at Allen & Overy LLP: Laetitia Benard, and "Samsung_team @AllenOvery.com"; the following individuals at Quinn Emanuel: Thomas Pease, Marcus Grosch, Jan Ebersohl, Eric Wall and Victoria Maroulis; the following individuals at Blake Dawson/Ashurst: Amanda Lees, Peter Chalk and Wen-Ts'ai Lim; the following email distribution list at Vanzetti e Associati: studio@vanzettieassociati.it; the following individual at Ohno & Partners: Seiji Ohno; the following individuals at Simmons & Simmons: Bas Berghius van Woortman and Mattie de Koning; the following individuals at rospatt osten pross: Max von Rospatt and Henrik Timmann Dr.; the following individuals at Lee & Ko: Young Mo Kwon and Hyeon Gil Ryoo; the following individuals at Clifford Chance: Thomas Vinje, Michel Petite and Ashwin van Rooijen; the following email distribution list at Modiano & Partners: "legal@modiano.com"; and the following individual at Zimmermann & Partner: Joel Naegerl.

On June 27, 2012, Helen Hopson emailed the Teece Report to Michel Struys and Charles Pommies of Allen & Overy; Cristina Caffara, Gregor Langus, and Damien Neven of Charles River Associates; Thomas Vinje, Ashwin van Rooijen, Dieter Paemen, and Michel Petite of Clifford Chance; Peter Camesasca of Peter Camesasca Advocaat BVBA; Sunny Cho, Jinho Park, Sanghoon Park and Ief Daems of Samsung ("Bristows Email 2"). A written document titled "Samsung Supplemental Submission on Licensing Negotiations between Samsung and Apple" was later given to the EU Commission on July 5, 2012. Paragraphs 73 and 176 of the Teece Report were referenced in the submission and it was also annexed as a whole.

On September 7, 2012 the Teece Report was emailed by Pat Treacy to the following people at Charles River Associates: Jenny Haydock, Anne Layne-Farrar, Debra Freedman, Cristina Caffara, Matthew Bennet, Damien Neven, and Gregor Langus.

On October 26, 2012, Nathan Capone emailed the Teece Report to the following individuals: Helen Hopson and Pat Treacy at Bristows; Thomas Vinje at Clifford Chance; Hojin Chang, Soojin Lee, Caleb Lee, JH Kwak, Daniel Ko, Clayton Kim, Daniel Shim, Sanghoon Park, and Jinho Park at Samsung; Peter Camesasca of Peter Camesasca Advocaat BVBA and studio@vanzettieassociati.it, a distribution list at Vanzetti e Associati.

Helen Hopson and Pat Treacy received an email attaching an outline of Samsung's response to the International Trade Commission's Request for Additional Submissions on Remedy and the Public Interest from Daniel Shim of Samsung, dated March 25, 2013. This document referred to the incompletely redacted information in the Teece Report. On March 25, 2013, Pat Treacy emailed Daniel Shim and copied Helen Hopson and Sophie Lawrance, including a revised outline of Samsung's Response to the International Trade Commission's Request for Additional Submissions on Remedy and the Public Interest. This email was forwarded by Daniel Shim on March 26, 2013 to Brian Kim, Injung Lee, and KiJoong Kang; the following individuals at Bristows: Helen Hopson, and Pat Treacy; and the following individuals and distribution list at Quinn Emanuel: Maxim Price, Alex Baxter, Thomas Pease, Victoria Maroulis, Eric Wall, and "Samsung ITC." Bristows has not identified any further instances in which this email or the attached memo was disseminated in its files.

On 4 May 2013, Vanzetti e Associati emailed the Teece Report to Nathan Capone, Helen Hopson and Amy Cullen in response to a request from Nathan Capone on May 1, 2013. The Teece Report received from Vanzetti e Associati on May 4, 2013 was identical to the version which Vanzetti e Associati had received in the email from Nathan Capone on October 26, 2012.

On May 16, 2013, the Teece Report was emailed to Williams & Connolly (Cadence Mertz, Samuel Davidoff and Amelia Ashton) by Nathan Capone.

On June 20, 2013 two identical copies of the Teece Report were e-mailed from Amelia Ashton at Williams & Connolly to Nathan Capone. Bristows did not further disseminate this email.

On July 3, 2013 Nathan Capone sent one copy of the Teece Report via an e-mail containing a link to an FTP site to Amelia Ashton, Cadence Mertz and Samuel Davidoff. This FTP site is no longer active.

No information from the Teece Report regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or with any motion or filing by Bristows nor was the information otherwise used by Bristows.

Bristows is a party to the confidentiality regime in the Australian action in which Apple has produced its licenses with Nokia, Ericsson, Sharp and Philips and is able to view these licenses.

**Allen & Overy**

On May 1, 2012, Laetitia Benard and Samsung_team@AllenOvery.com received an email from Helen Hopson of Bristows LLP, attaching a document containing comments on a French pleading in which the incompletely redacted Teece report was embedded as a pdf. Allen & Overy is unable to confirm the membership of the Samsung_team@AllenOvery.com at the time the email was received, but Allen & Overy employees are the only people who receive emails sent to this address. At the time the email was received (i.e. on May 1, 2012), the membership of the list was likely the following: Alexandra Abello (associate), Frédéric Chevallier (associate), Benjamin Goldenberg (associate), Elodie Govare (associate), Olivia Klimis (associate), Thierry Lautier (associate), Emma Leguillon (associate), Renaud Maillard (associate at the time of the email – has left the firm since then), David Por (partner, associate at the time of the email), Vanessa Rieu (associate at the time of the email – has left the firm since then), Alexandre Rudoni (counsel), Diane Souffront-Vendeuvre (associate), Michel Struys (partner), Alexis Valot (associate), Florence Archambault de Beaune (paralegal) and Charlotte Gerrish (paralegal). The French pleading and redacted Teece report were filed in Allen & Overy's document management system. According to the audit history of the document from the document management system, the report was accessed by an Allen and Overy associate, Benjamin Goldenberg, on May 2, 2012 (who was in charge of filing the documents received into the document management system). Although Allen & Overy is not able to track the full history of emails that are not embedded in its document management system, Allen & Overy believes that only its employees had access to any emails transmitting the incompletely redacted Teece report.

Allen & Overy received a July 4, 2012 email from Thomas Vinje (CC) to DG COMP, submitting the Teece report as Annex 6 to a supplemental factual paper. Mr. Vinje's email was sent to the DG COMP Greffe (a generic mail address for submissions to DG COMP); the following EU personnel: Linsey McCallum, Nick Banasevic; and copied to Cecilio Madero, Theofanis Christoforou, Carles Esteva Mosso, Guillaume Loriot, and Thomas Kramler; Michel Petite of Clifford Chance; Michel Struys of Allen & Overy; and Peter Camesasca of Peter Camesasca Advocaat BVBA. Allen & Overy believes that only its employees had access to this email.

Allen & Overy received a June 27, 2012 email from Helen Hopson attaching the incompletely redacted Teece Report. It was sent to Michel Struys and Charles Pommies of Allen & Overy; Cristina Caffara, Gregor Langus, and Damien Neven of Charles River Associates; Thomas Vinje, Ashwin van Rooijen, Dieter Paemen, and Michel Petite of Clifford Chance; Peter Camesasca of Peter Camesasca Advocaat BVBA; and Sunny Cho, Jinho Park, Sanghoon Park and Ief Daems of Samsung. Allen & Overy believes that only its employees had access to this email.

No information from the incompletely redacted Teece report regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or with any motion or filing by Allen & Overy nor was the information otherwise used by Allen & Overy.

**Clifford Chance:**

Clifford Chance has been retained by Samsung to represent it in the ongoing antitrust investigation by the European Commission in Case COMP/39.939. In that capacity, and along with other advisers, Clifford Chance lawyers have, *inter alia*, prepared and submitted various papers to the European Commission.

Clifford Chance received a May 1, 2012 e-mail from Helen Hopson of Bristows, attaching comments on a French pleading in which the incompletely redacted Teece report is embedded as a PDF document. Based on available information, the May 1, 2012 e-mail was received by Thomas Vinje, Michel Petite, and Ashwin van Rooijen of Clifford Chance, none of whom have forwarded this e-mail to anyone else.

Michel Petite of Clifford Chance received a July 4, 2012 e-mail from Thomas Vinje of Clifford Chance to DG COMP, submitting the Teece report as Annex 6 to the supplemental factual paper on July 4, 2012. Mr. Vinje's e-mail was sent to the DG COMP Greffe (a generic mail address for submissions to DG COMP), and the following EU personnel: Linsey McCallum, Nick Banasevic, Cecilio Madero, Theofanis Christoforou, Carles Esteva Mosso, Guillaume Loriot, and Thomas Kramler; Michel Petite of Clifford Chance; Michel Struys of Allen & Overy and Peter Camesasca ("CC E-mail 1"). On July 4, 2012, Michel Petite forwarded CC E-mail 1 to Barbara Dilschneider of Clifford Chance, who has not forwarded the e-mail to anyone else.

On July 4, 2012, Thomas Vinje forwarded CC E-mail 1 to the following people from Samsung: Michael Kang, Hansung Kang, JH Kwak, Clayton Kim, Hyojae Kim, Richard An, Sanghoon Park, Nyquist, Chris Park, Caleb Lee, Sangjoo Lee, Hojin Chang, Jae Chi, Sunny Son, Ief Daems; the following people from Allen & Overy: Athene Chanter, Charles Pommies, David Gabathuler, Diane Souffront, Francesca Miotto, Liliana Eskenazi, Michel Struys, Olivier Freget; copying Noelle Chitachi, Marie-Laure Combet, Dieter Paemen, Vanessa Marsland, Frans Muller, Miguel Odriozola, Michel Petite, Milena Robotham, Ashwin van Rooijen; and copying Peter Camesasca ("CC E-mail 2").

CC E-mail 2 was received by Noelle Chitachi, Marie-Laure Combet, Dieter Paemen, Vanessa Marsland, Frans Muller, Miguel Odriozola, Michel Petite, Milena Robotham, and Ashwin van Rooijen of Clifford Chance. Thomas Vinje was also a recipient of his own e-mail. On July 4, 2012, Frans Muller forwarded CC E-mail 2 to the internal e-mail distribution list "Service Team 1A." Clifford Chance has no record of who was part of this internal e-mail distribution list at the time. On July 4, 2012 at 16:16 CET, Michel Petite forwarded CC E-mail 2 to Barbara Dilschneider of Clifford Chance, who has not forwarded this e-mail to anyone else. On July 4, 2012 at 14:33 CET, Ashwin van Rooijen forwarded CC E-mail 2 to Thomas Vinje, Dieter Paemen and Milena Robotham of Clifford Chance. Neither Thomas Vinje nor Dieter Paemen have forwarded CC E-mail 2 to anyone else. On August 20, 2012, Milena Robotham forwarded CC E-mail 2 to Noelle Chitachi of Clifford Chance, who has not forwarded the e-mail to anyone else. Clifford Chance has no record of any other recipients of the e-mail having forwarded the e-mail to anyone else.

On July 5, 2012, Ashwin van Rooijen re-circulated the annexes to the July 4 submission to Thomas Vinje and Dieter Paemen of Clifford Chance and Peter Camesasca ("CC E-mail 3"). CC E-mail 3 was received by Thomas Vinje and Dieter Paemen of Clifford Chance, neither of whom have forwarded the e-mail to anyone else.

On May 4, 2012 the incompletely redacted Teece Report was e-mailed by Nathan Capone (of Bristows) to three individuals at Clifford Chance:  Thomas Vinje, Marie-Laure Combet and Milena Robotham.  This e-mail was received by Thomas Vinje, Marie-Laure Combet, and Milena Robotham of Clifford Chance.  Thomas Vinje has not forwarded this e-mail to anyone else.  Marie-Laure Combet forwarded the e-mail to Frances Dethmers, Michel Petite, Ashwin van Rooijen, and Milena Robotham of Clifford Chance on May 4, 2012.  Michel Petite, Ashwin van Rooijen, and Milena Robotham have not forwarded the e-mail to anyone else.  Frances Dethmers forwarded the e-mail to Monica Michiels van Kessenich of Clifford Chance on May 7, 2012.  Monica Michiels van Kessenich has not forwarded the e-mail to anyone else.  Marie-Laure Combet also forwarded the e-mail to the internal distribution list "PARRepro@CliffordChance.com" on May 15, 2012 at 11:58 CET.  Clifford Chance has no record of who was part of this internal e-mail distribution list at the time.  Milena Robotham forwarded the e-mail to Ashwin van Rooijen of Clifford Chance on May 21, 2012 at 18:40 CET.  Ashwin van Rooijen has not forwarded the e-mail to anyone else.

On June 27, 2012, Helen Hopson e-mailed the incompletely redacted Teece Report to Michel Struys and Charles Pommies of Allen & Overy; Cristina Caffara, Gregor Langus, and Damien Neven of Charles River Associates; Thomas Vinje, Ashwin van Rooijen, Dieter Paemen, and Michel Petite of Clifford Chance; Peter Camesasca of Peter Camesasca Advocaat BVBA; and Sunny Cho, Jinho Park, Sanghoon Park and Ief Daems of Samsung.  This e-mail was received by Thomas Vinje, Michel Petite, Dieter Paemen, and Ashwin van Rooijen of Clifford Chance.  Thomas Vinje, Michel Petite, and Dieter Paemen have not forwarded the e-mail to anyone else.  On June 28, 2012 at 9:16 CET, Ashwin van Rooijen forwarded the e-mail to Milena Robotham of Clifford Chance.  Milena Robotham has not forwarded the e-mail to anyone else.  On June 28, 2012, Ashwin van Rooijen forwarded the e-mail to Marie-Laure Combet of Clifford Chance.  On June 28, 2012 at 16:44 CET, Marie-Laure Combet forwarded the e-mail to Anne-Marie Kelleher of Clifford Chance.  On June 28, 2012 at 16:57 CET, Anne-Marie Kelleher forwarded the e-mail to Marie-Laure Combet and to the internal distribution list "#PAR:Copy & Outgoing Fax Room."  Clifford Chance has no record of who was part of this internal e-mail distribution list at the time.

On October 26, 2012, Nathan Capone e-mailed the incompletely redacted Teece report to the following individuals:  Helen Hopson and Pat Treacy at Bristows; Thomas Vinje at Clifford Chance; Hojin Chang, Soojin Lee, Calypso Lee, JH Kwak, Daniel Ko, Clayton Kim, Daniel Shim, Sanghoon Park, and Jinho Park at Samsung; Peter Camesasca of Peter Camesasca Advocaat BVBA and studio@vanzettieassociati.it, a distribution list at Vanzetti e Associati.  The e-mail was received by Thomas Vinje of Clifford Chance.  On October 26, 2012, Thomas Vinje forwarded the e-mail to Ashwin van Rooijen, Dieter Paemen, Milena Robotham, and Noelle Chitachi of Clifford Chance, none of whom have forwarded the e-mail.

On December 21, 2012, Clifford Chance received from Peter Camesasca a DVD containing the contents of the European Commission's investigative file into Samsung in Case COMP/39.939 (the "DVD"), which included the incompletely redacted Teece report as Annex 6 to the supplemental factual paper of July 4, 2012. On the same day, Clifford Chance handed a copy of the DVD to Shearman & Sterling, and sent a copy of the DVD by courier to Peter Camesasca and to J. Chi of Samsung.

On December 21, 2012, Noelle Chitachi of Clifford Chance uploaded the contents of the DVD to a secure online storage space (the "Data Room").

On January 5, 2013, Ashwin van Rooijen of Clifford Chance uploaded to the Data Room a copy of various submissions made on behalf of Samsung to the European Commission, including the incompletely redacted Teece report as Annex 6 to the supplemental factual paper of July 4, 2012.

On December 21, 2012, Noelle Chitachi, Ashwin van Rooijen, Lindsay Otis, Masafumi Shikakura, Milena Robotham, and Shuchi Desai of Clifford Chance were provided with login credentials necessary to access the Data Room. On December 22, 2012, Dieter Paemen and Frances Dethmers of Clifford Chance, Peter Camesasca and Julie VandenBussche of Peter Camesasca Advocaat BVBA, Athina Kontosakou, Marixenia Davilla, Mark English, Miguel Rato, and Trevor Soames of Shearman & Sterling, and Caleb Lee, Christopher Park, Hojin Chang, Ief Daems, Jae Chi, Peter Sanghoon Park, and Sunny Son of Samsung were provided with login credentials necessary to access the Data Room. On January 5, 2013, Collette Rawnsley of Shearman & Sterling was provided with login credentials necessary to access the Data Room. No other persons were provided with login credentials necessary to access the Data Room.

We have no record of which users have downloaded which documents from the Data Room.

On December 22, 2012, Christopher Park and Hojin Chang of Samsung last accessed the Data Room. On December 27, 2012, Ief Daems of Samsung last accessed the Data Room.

On December 21, 2012, Frans Muller of Clifford Chance last accessed the Data Room. On December 25, 2012, Dieter Paemen of Clifford Chance last accessed the Data Room. On January 4, 2013, Noelle Chitachi of Clifford Chance last accessed the Data Room. On January 8, 2013, Shuchi Desai of Clifford Chance last accessed the Data Room. On January 10, 2013, Milena Robotham of Clifford Chance last accessed the Data Room. On October 11, 2013, Ashwin van Rooijen of Clifford Chance last accessed the Data Room. On October 15, 2013, Masafumi Shikakura of Clifford Chance last accessed the Data Room.

On December 26, 2012, Peter Camesasca of Peter Camesasca Advocaat BVBA last accessed the Data Room. On December 29, 2012, Julie Vandenbussche of Peter Camesasca Advocaat BVBA last accessed the Data Room.

On December 26, 2012, Mark English of Shearman & Sterling last accessed the Data Room. On December 27, 2012, Marixenia Davilla of Shearman & Sterling last accessed the Data Room. On January 7, 2013, Collette Rawnsley of Shearman & Sterling last accessed the Data Room.

We have no record of anyone else having accessed the Data Room.

Apart from the above, and based on available information, no information from the Teece report regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or cited in any motion or brief filed and prepared by Clifford Chance nor was the information otherwise used by Clifford Chance.

**Ohno and Partners**

On April 5, 2012 Seiji Ohno, Mamoru Suzuki, Hideaki Kobayashi, Akio Iizuka, Yoshitaka Inoue, and Tomomine Ichihashi received an email from Thomas Pease of Quinn Emanuel, attaching an incompletely redacted Teece report.  On May 1, 2012, Seiji Ohno received an email from received an email from Helen Hopson of Bristows LLP, attaching comments on a French pleading in which the incompletely redacted Teece report is embedded as a pdf.  None of the recipients forwarded the Teece Report to any third parties.

No information from the Teece report regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or with any motion or filing by Ohno & Partners nor was the information otherwise used by Ohno & Partners.

**Shearman & Sterling**

In the context of its representation of Samsung in the ongoing antitrust investigation by the European Commission in Case COMP/39.939, Shearman & Sterling received the Expert Report of David Teece in several ways, notably: (i) as part of the background files provided by Peter Camesasca in December 2012 (which were returned to Julie Vandenbussche in January 2013); (ii) as part of the European Commission's Investigation File which accompanied the Statement of Objections (a copy of which was provided to Shearman & Sterling by Clifford Chance on 21 December 2012); and (iii) via the Clifford Chance data room.

Shearman & Sterling personnel have saved copies of (i) the files provided by Peter Camesasca; and (ii) the European Commission's Investigation File (both of which include the Teece Report) in its internal filing system.

On the basis of its initial review of its files, and to the best of its knowledge and belief at this time, no information from the Teece Report regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or with any motion or filing by Shearman & Sterling.

**Sheppard Mullin:** On May 16, 2012, Thomas Pease of Quinn Emanuel emailed Mona Solouki of Sheppard Mullin the redacted Teece Report. Ms. Solouki forwarded the email to David Garcia on May 16, 2012. On January 24, 2013, Thomas Pease emailed the redacted Teece Report to Jennifer Selendy, Michael Becker, and Edward Donovan of Kirkland and Ellis, Gary Halling, David Garcia and Mona Solouki of Sheppard Mullin, copying David Hecht of Quinn Emanuel.

On July 5, 2012, Gary Halling of Sheppard Mullin received a submission containing the incompletely redacted Teece Report from Hojin Chang. Mr. Halling forwarded the email to Mona Solouki, David Garcia, and Leo Caseria of Sheppard Mullin. Ms. Solouki also forwarded the email to three paralegals at Sheppard Mullin on July 5, 2012, copying Gary Halling and David Garcia, and to the same three paralegals at Sheppard Mullin on July 23, 2012. Sheppard Mullin does not believe that it forwarded any of the emails outside the firm.

Garry Halling, David Garcia, and Mona Solouki from Sheppard Mullin entered notices of appearance in the *Apple v. Samsung*, No. 11-cv-1846-LHK (N.D. Cal.) case on February 12, 2013 and are subject to the protective order in this action.

No information from the Teece Report regarding the terms, including the financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or cited in any motion or filing prepared by Sheppard Mullin nor was the information otherwise used by Sheppard Mullin.

**Williams & Connolly:** Williams & Connolly LLP received a redacted version of the March 22, 2012 Teece Report as part of a document-collection protocol undertaken during the firm's representation of Samsung in another matter. The redacted document is an attachment to an e-mail from Nathan Capone at Bristows LLP, on May 16, 2013 at 12:12 pm. The e-mail was sent to Williams & Connolly attorney Amelia Ashton; and copied Williams & Connolly attorneys Samuel Davidoff and Cadence Mertz, as well as Bristows attorneys Helen Hopson and Amy Cullen. The e-mail was forwarded to Williams & Connolly paralegals Stacie Hauza and Jessica Seedyke on May 20, 2013 at 12:10 pm. The document in question was then uploaded to Williams & Connolly's internal document review database, where it was subsequently viewed by Amelia Ashton, Cadence Mertz, Stacie Hauza, Litigation Support Project Managers Carl Schimke and Shannon Johnson, and Agency Contract Attorney Stephanie Yost. The document was also saved to the Williams & Connolly network drive.

On June 19, 2013, two identical copies of the redacted Teece Report were e-mailed from Williams & Connolly back to Nathan Capone of Bristows by Amelia Ashton, copying Samuel Davidoff, and Cadence Mertz of Williams & Connolly and Helen Hopson of Bristows.

On July 3, 2013 Nathan Capone sent one copy of the Teece Report via an e-mail containing a link to a File Transfer Protocol ("FTP") on which that document resided with a number of other documents. The email was sent to Amelia Ashton and Cadence Mertz; it copied Samuel Davidoff, and Bristows attorneys Helen Hopson, and Pat Treacy. The e-mail was subsequently sent on to Stacie Hauza, Jessica Seedyke and to Williams & Connolly Legal Secretary Mashawn VanHoose. The document in question was subsequently downloaded from the FTP site, along with others, and saved to Williams & Connolly's network drive.

On February 1, 2013, Thomas Pease of Quinn Emanuel emailed a copy of the incompletely redacted Teece report to Ari Zymelman and Kevin Hardy of Williams & Connolly.

This information was derived by reviewing sent and received e-mails and the document review database within the Williams & Connolly system. This review was necessarily limited by the fact that the e-mail program automatically deletes sent mail after 30 days and by the fact that the document review program reveals only those persons who alter the "tag" associated with a document, and not all those who view it. Regardless, there is no indication that this document was ever provided to anyone outside of Williams & Connolly other than the counsel mentioned above.

Samuel Davidoff, Kevin Hardy, Ari Zymelman, Cadence Mertz, and Amelia Ashton have signed the Protective Order in the 337-ITC-862 Investigation in which an unredacted copy of the Teece report has been produced. Mr. Davidoff signed the Protective Order on March 11, 2013. Mr. Hardy signed the Protective Order on April 8, 2013. Mr. Zymelman signed the Protective Order on April 8, 2013. Ms. Mertz signed the Protective Order on June 7, 2013. Ms. Ashton signed the Protective Order on July 31, 2013.

No information from the Teece report regarding the terms, including financial terms, of the Apple-Nokia license was included in or with any motion or filing nor was the information otherwise used by Williams & Connolly.

## Fish & Richardson PC

These emails have been identified as being received by Fish & Richardson in connection with its representation of Samsung against Ericsson including defending Samsung in the ITC Investigation styled *Certain Electronic Devices, Including Certain Wireless Communication Devices, Tablet Computers, Media Players, and Televisions, and Components Thereof*, ITC Inv. No. 337-TA-862 ("the ITC 862 Investigation").

- **A March 25, 2013 email** from Hojin Chang of Samsung, attaching a draft outline of Samsung's response to the International Trade Commission's Request for Additional Submissions on Remedy and the Public Interest, sent to TaeHyoung Kim, Hojin Chang, Anthony Kahng, Injung Lee, Brian Kim, Michael Kang, Daniel Ko, Daniel Shim, Eric Cha, Heungju Kwon, James Kwak, JaeHyoung Kim, Jae-il Park, James Shin, Kenneth Korea, Richard An, Rosa Kim, Seongwoo (Clayton) Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim, Yunhee Kang, Karin Norton, Jay Shim, InDong Kang, Jun Won Lee, Hyuckson Kwon of Samsung ("Samsung List B"); as well as to Michael McKeon and Ruffin Cordell of Fish & Richardson P.C.; the following individuals from Kirkland & Ellis, LLP: Ed Donovan, Jennifer Selendy, and Greg Arovas; and the following distribution address at Quinn Emanuel: "Samsung ITC."

This email was forward to an email list internal to Fish & Richardson PC that includes the following lawyers affiliated with the firm: Britnee Reamy; Carl Bruce; Linda Kordziel; Linhong Zhang; Michael Tyler; Robert Earle; Thomas H. Reger II. This email was also forwarded to Eckqualyn Hedges (secretary at Fish & Richardson). Other than those noted herein, Fish & Richardson is not aware of anyone else receiving a copy of this email.

- **A March 26, 2013 email** from Ed Donovan of Kirkland & Ellis, LLP, attaching comments on the previously identified outline, sent to Samsung List B, as well as to Michael McKeon and Ruffin Cordell of Fish & Richardson P.C.; the following individuals from Kirkland & Ellis, LLP: Jennifer Selendy, and Greg Arovas; and the following distribution address at Quinn Emanuel: "Samsung ITC."

Fish & Richardson is not aware of this email being forwarded to anyone else.

- **A March 27, 2013 email** from Hojin Chang of Samsung, attaching comments on the previously identified outline, sent to Samsung List B, as well as to Michael McKeon and Ruffin Cordell of Fish & Richardson P.C.; and the following individuals from Kirkland & Ellis, LLP: Ed Donovan, Jennifer Selendy, and Greg Arovas.

Fish & Richardson is not aware of this email being forwarded to anyone else.

- **A March 28, 2013 email** from Hojin Chang of Samsung, that attaches comments on the previously identified outline, sent to Samsung List B, as well as to Michael McKeon and Ruffin Cordell of Fish & Richardson P.C.; and the following individuals from Kirkland & Ellis, LLP: Ed Donovan, Jennifer Selendy, and Greg Arovas.

Fish & Richardson is not aware of this email being forwarded to anyone else.

1

With respect to the attachments identified in the above noted emails, Fish & Richardson has not attached a copy of any of the "attachments" in any filing made in connection with the Samsung/Ericsson litigations or any other litigation or proceeding.  In addition, to the extent the attachments contain confidential information regarding licenses between parties other than Samsung or Ericsson, Fish & Richardson has not used any such information in any court or administrative filing or otherwise.

\* \* \*

In addition, with respect to an email dated February 11, 2013 from Jennifer Selendy to Michael McKeon and Linda Kordziel attaching redacted Teece Reports, this email was forwarded to the following lawyers at Fish & Richardson PC:  Linhong Zhang; Michael Tyler; Frank Albert, Drew Schoentrup (no longer with Fish & Richardson), and John Kaplan (contract attorney working for Fish & Richardson).  In addition, with respect to the production of the Teece Reports in the ITC 862 Investigation, the following relevant facts are provided:

- On April 18, 2013, after the grant of a motion to compel filed by Ericsson, Samsung was ordered to produce unredacted versions of the Teece reports and related materials in our case.  Quinn Emanuel forwarded versions of the Teece reports that had been redacted for the investigation to Fish & Richardson on April 23, 2013.  Fish & Richardson produced those redacted versions of the Teece reports on April 26, 2013, the deadline set by the court order.  Quinn Emanuel participated on a discovery committee meeting call on May 2, 2013 with Fish & Richardson, McKool Smith and the OUII Investigative Staff Attorney, Lisa Kattan, to discuss the Teece materials.

- Fish & Richardson and McKool Smith continued to ask for unredacted versions of the Teece report, pursuant to the court order.  On May 7, 2013, Quinn Emanuel (Maxim Price) informed Fish & Richardson that Quinn Emanuel conferred with Ericsson's and Apple's counsel that day.  They agreed to give the third parties, including Apple, one more day (until end of day, May 8, 2013) to respond to notices Quinn Emanuel sent to the third parties regarding production of unredacted versions of the Teece reports and related documents.  On May 8, 2013, Fish & Richardson received authorization to produce the second round of Teece productions, which included the unredacted Teece reports.  On May 10, Fish & Richardson produced the unredacted Teece reports with a CBI header in the ITC 862 Investigation.

**Lee & Ko:** On May 1, 2012, Young Mo Kwon and Hyeon Gil Ryoo received an email from Helen Hopson of Bristows LLP, attaching comments on a French pleading in which the incompletely redacted Teece report is embedded as a pdf. This email was forwarded internally within Lee & Ko to the following attorneys: Eun Woo (Vera) Lee; Hui Jin Yang; Hyung Woo Lee; Jung Hyun Jun; In Ho Choi; and Marrianne Pak. The redacted Teece report downloaded from the Bristows internet was shared with the same persons.

On July 5, 2012 Hojin Chang emailed a submission containing the incompletely redacted Teece report to Young Mo Kwon , Pyoung Keun Song , and Hyeon Gil Ryoo. The email from Mr. Chang was shared among the following people at the time it was received in July 5, 2012 or thereafter: Hui Jun Yang, Jung Hyon Jun, Hyun Woo Lee, In Ho Choi, Jun Pil Ha, Eun Woo (Vera) Lee, Marrianne Pak, Jung Won Park, Suryun Kim, Seung Ho Choi, Yong Seok Ahn, and Min-Ho Lee.

No information from the Teece report, other than any information that is publicly available, regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or with any motion or filing prepared by Lee & Ko nor was the information otherwise used by Lee & Ko.

**Ashurst:**

On April 30, 2012, Susan Palese of Bristows sent one copy of the incompletely redacted Teece report as an attachment to an email to Ross Zaurrini of Ashurst, copied to Helen Hopson of Bristows. The email, including its attachments, was forwarded by Ross Zaurrini to Wen Ts'ai Lim, Angela Lin, Christopher Evans and Amanda Lees of Ashurst on April 30, 2012. The email, including its attachments, was forwarded by Angela Lin to John McKellar of Ashurst on May 4, 2012.

Amanda Lees, Peter Chalk and Wen-Ts'ai Lim of Ashurst received a May 1, 2012 email from Helen Hopson of Bristows LLP, attaching comments on a French pleading in which the incompletely redacted Teece report is embedded as a pdf. The email, including its attachments was forwarded to Ross Zaurrini and Sally Morris of Ashurst. Ashurst has found no record of the attachments to that email being further sent electronically.

On May 3, 2012, Nathan Capone of Bristows sent one copy of the incompletely redacted Teece report as an attachment to an email to Ross Zaurrini, Angela Lin and Sally Morris of Ashurst. The email including its attachments was forwarded by Angela Lin to Nathan Bellgrove of Ashurst on May 10 and 17, 2012 and to Nicky Thiyavutican of Ashurst on May 15 and 18, 2012. Ashurst has found no record of the attachments to that email being further sent electronically.

On July 3, 2012, Nathan Capone of Bristows sent one copy of the incompletely redacted Teece Report via an e-mail containing a link to a File Transfer Protocol site ("FTP"). As reported by Bristows, Kate Boomer and Angela Lin of Ashurst downloaded the incompletely redacted Teece report from the Bristows extranet.

On July 5, 2012, Hojin Chang of Samsung attached the incompletely redacted Teece Report in an email to Ross Zaurrini of Ashurst, and copied Sally Morris, Nathan Bellgrove, Angela Lin, and Wen-Tsai Lim of Ashurst. Ashurst has found no record of the attachments to that email being further sent electronically.

Ashurst provided the incompletely redacted Teece report to trial counsel Neil Young QC, Ian Wylie and Stephanie Patterson, from about May 2012 and John Marshall SC in or about March 2013.

Copies of the incompletely redacted Teece report have been stored by Ashurst on its electronic database used in the litigation.

The incompletely redacted Teece report has not been provided by Ashurst to any person other than to Ashurst lawyers and trial counsel working on the Australian litigation.

Ashurst lawyers and trial counsel are all parties to the Australian external counsel only confidentiality group. They would have been entitled to access to the Apple-Nokia license, the Apple-Ericsson license, the Apple-Sharp license and the Apple-Philips license pursuant to the confidentiality regimes in place in the Australian litigation, in which they are counsel of record.

No information obtained from the incompletely redacted Teece report regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses has been included in or with any motion or filing by Ashurst or otherwise used by Ashurst or trial counsel.

On February 1, 2013, Steven Pepe of Ropes & Gray received an email attaching the incompletely redacted Teece report from Thomas Pease of Quinn Emanuel.   Linda Kordziel of Fish & Richardson, Ari Zymelman and Kevin Hardy of Williams & Connolly, and Anthony Kahng and Karin J. Norton of Samsung were also recipients of the email.  Steven Pepe did not forward the email and/or the Teece report to any individuals, either  inside or outside the firm.  Consistent with his practice, the email was archived in Steven Pepe's email.

No information from the Teece report regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or with any motion or filing prepared by Ropes & Gray nor was the information otherwise used by Ropes & Gray.