QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>FILED UNDER SEAL<br><br>**DECLARATION OF PETER CAMESASCA IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER**<br><br>**Date**: October 22, 2013<br>**Time**: 10:00 a.m.<br>**Place**: Courtroom 5, 4th Floor<br>**Judge**: Hon. Paul S. Grewal |

I, Peter Camesasca, declare:

1. I am a partner in the law firm of Peter Camesasca Advocaat BVBA, counsel for Samsung Electronics Co., Ltd., Samsung Electronics France, Samsung Electronics GmbH, Samsung Electronics Holding GmbH, and Samsung Electronics Italia s.p.a. (hereinafter "Samsung"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify competently to such facts under oath.

2. I represent Samsung in an investigation brought by DG COMP, the Directorate General for Competition of the European Commission. The subject matter of the investigation related to whether Samsung failed to honor commitments it gave to the European Telecommunications Standards Institute (ETSI) regarding the license of Universal Mobile Telecommunication Service (UMTS) standard essential patents on fair, reasonable and non-discriminatory (FRAND) terms. On July 4, 2012, Samsung submitted a supplemental factual paper to DG COMP, the Directorate General for Competition of the European Commission. The supplemental factual paper was submitted to provide the European Commission with additional details about the facts of the case and Samsung's licensing offers to Apple. The supplemental factual paper was a confidential submission and outside DG COMP only Samsung and its outside lawyers have had access to the supplemental factual paper and the annexes to the paper.

3. Samsung included a redacted version of the Expert Report of Professor David J. Teece dated March 22, 2013 ("Teece Report") as Annex 6 to the supplemental factual paper. In the body of the supplemental factual paper, Samsung cited only to paragraphs 73 and 176 of the Teece Report. The cited paragraphs of the Teece Report make no mention of Apple's licenses with Nokia, Sharp, Philips or Ericsson. The factual paper cited paragraphs 73 and 176 of the Teece Report to support the proposition that cross-licensing is common in the industry and that it would be nonsensical for individual standard-essential patents to be separately licensed. The

1  factual paper did not mention Apple's licenses with Nokia, Sharp, Philips or Ericsson.

2  4. I have notified representatives of DG COMP that the Teece Report was
3  incompletely redacted and that Samsung will be seeking to replace it with another copy.

4  5. No information from the Teece Report regarding the terms, including the financial
5  terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included

in or cited in any motion or filing prepared by my firm, nor was any such information otherwise used by me.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed in Brussels, Belgium on October 20, 2013.

_____
Peter Camesasca