QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**FILED UNDER SEAL**<br><br>**DECLARATION OF ADRIANO VANZETTI IN SUPPORT OF SAMSUNG'S SUPPLEMENTAL BRIEF IN SUPPORT OF OPPOSITION TO APPLE INC.'S MOTION TO COMPEL FURTHER DISCOVERY AND FOR SANCTIONS FOR VIOLATIONS OF PROTECTIVE ORDER**<br><br>**Date**: October 22, 2013<br>**Time**: 10:00 a.m.<br>**Place**: Courtroom 5, 4th Floor<br>**Judge**: Hon. Paul S. Grewal |

I, Adriano Vanzetti, declare:

1. I am the founding partner of Studio Vanzetti e Associati, counsel for Samsung Electronics Co. Ltd. and Samsung Electronics Italia s.p.a. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify competently to such facts under oath.

2. Studio Vanzetti e Associati represents Samsung Electronics Co. Ltd. and Samsung Electronics Italia s.p.a. (collectively "Samsung") in an action in the First Instance Court of Milan.

3. Studio Vanzetti e Associati received a May 1, 2012 email message from Helen Hopson of Bristows LLP, sent to the following email address: studio@vanzettieassociati.it. Bristows represents Samsung and has a coordinating role with respect to litigation between Samsung and Apple pending in various jurisdictions. The May 1, 2012 email message attached comments on a French pleading. A redacted version of the Expert Report of Professor David J. Teece, dated March 22, 2012 ("Teece Report") was embedded in the comments on the French pleading as a pdf. Studio Vanzetti e Associati also received an October 26, 2012 email message from Nathan Capone of Bristows LLP, attaching both comments on an Italian pleading and the Teece Report. My colleagues--Giulio E. Sironi, Anna Colmano, and Riccardo Perotti of Vanzetti e Associati--and I viewed both email messages from Bristows and the attachments. On May 4, 2013, in reply to a request by Nathan Capone, we sent him an email with some briefs and documents attached, including the same incompletely redacted Teece report we received from him. This email was also copied to Helen Hopson and Amy Cullen of Bristows. Other than that email, neither I, nor Mr. Sironi, Ms. Colmano, or Mr. Perotti forwarded the email messages to anyone outside the firm.

4. At a July 18, 2012 hearing before the First Instance Court of Milan, Studio Vanzetti e Associati requested permission to file a brief summarizing Samsung's position on FRAND licensing and the Court granted permission. On October 30, 2012, Studio Vanzetti e Associati submitted a 15-page brief to the First Instance Court of Milan regarding licensing of Samsung's entire worldwide portfolio of patents essential to the WCDMA/UMTS standard. Along with the

brief, Studio Vanzetti e Associati submitted five documents, one of which was the Teece report. The Teece report is mentioned in paragraph 9 of the brief. This paragraph cites to and almost fully quotes paragraph 98 of the Teece Report. Paragraph 98 of the Teece Report makes no mention of Apple's licenses with Nokia, Sharp, Philips or Ericsson. Instead, it discusses the economic reasons for certain common licensing practices. The brief does not cite to any other paragraphs of the Teece Report.

5. On January 30, 2013, Apple filed a reply brief responding to Samsung's brief. The reply brief referenced pages of Samsung's brief that included the opinions of "different experts cited by Plaintiffs," including the page of Samsung's brief that cites the Teece Report. Apple's counsel never objected to the submission of the incompletely redacted Teece report to the First Instance Court of Milan.

6. By order of the Court, the docket of the case in the First Instance Court of Milan, which includes all briefs and attachments to briefs, can be accessed only by the parties and their lawyers. Apple is represented in the action before the First Instance Court of Milan by the Studio Legale Sena e Tarchini and Jacobacci law firms.

7. Studio Vanzetti e Associati plans to seek approval from Apple to file an application to remove the document filed with the First Instance Court of Milan from the docket and replace it with a further redacted version. Studio Vanzetti e Associati has informally explored this issue with the Court and been advised that the Court is prepared to grant the petition if Apple consents.

8. No information from the Teece report regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included or cited in the body of any motion or brief filed and prepared by Studio Vanzetti e Associati nor has the information otherwise been used by Studio Vanzetti e Associati.

Case No. 11-cv-01846-LHK
DECLARATION OF ADRIANO VANZETTI

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed in Milan, Italy on October 21, 2013.

_____
Adriano Vanzetti