QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-01846-LHK <br><br> **DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SAMSUNG'S MOTION FOR LEAVE TO TAKE DISCOVERY** |

I, Robert J. Becher, declare:

1. I am a Partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Samsung's Administrative Motion to File Under Seal Samsung's Motion for Leave to Take Discovery.

3. For the redacted portions of the brief, Samsung maintains a claim of confidentiality because and to the extent those documents reveal Samsung's actual and proposed terms for licensing agreements, details about Samsung's licensing negotiations with Apple and Nokia, and detailed information about Samsung's attorney-client relationships and litigation strategies in this lawsuit and in other legal matters in which it is engaged.  Apple and/or Nokia may also consider the redacted portions of the brief confidential.

4. Samsung considers details about its licensing negotiations, including actual and proposed royalty rates, highly confidential because this information has not been disclosed either publicly or to any third party except under strict confidentiality agreements.  In addition, Samsung's licensing negotiations with Apple and Nokia are governed by non-disclosure agreements between Samsung, on the one hand, and the respective negotiating counterparties, on the other hand.  As the Court has previously found, details about licensing negotiations, including royalty rates are sealable.  (Dkt. No. 2538 at 4.)

5. For the foregoing reasons, Samsung requests its Administrative Motion be granted in part.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed in Los Angeles, California on October 29, 2013.

/s/ Robert J. Becher
Robert J. Becher

02198.51855/5593135.1

-1-  Case No. 11-cv-01846-LHK
DECLARATION OF ROBERT J. BECHER

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration.   In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert J. Becher has concurred in this filing.

Dated:   October 29, 2013                             By:  */s/ Victoria F. Maroulis*
                                                                      Victoria F. Maroulis