QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 5:11-cv-01846-LHK (PSG)<br><br>**SAMSUNG'S NOTICE RELATED TO *IN CAMERA* SUBMISSION**<br><br>**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

1    Samsung hereby notifies the Court that it has not submitted for *in camera* review the
2    document identified at Tab 262.1 of Samsung's Amended Privilege Log, dated November 4,
3    2013.  The document in question is the European Commission's Statement of Objections relating
4    to a proceeding under Article 102 of the Treaty on the Functioning of the European Union and
5    Article 54 of the EEA Agreement ("Statement of Objections").  The Statement of Objections is an
6    attachment to an email listed on the privilege log.  Because the author of this document – the
7    European Commission Directorate-General for Competition ("DG COMP") – advised Samsung in
8    December 2012 that Samsung was required to obtain prior explicit authorization before disclosing
9    the Statement of Objections to "any person, body or agency," Samsung is not able to submit the
10   Statement of Objections for *in camera* review at this time.  Immediately after discovering that the
11   Statement of Objections was contained in Samsung's emails that were potentially subject to *in
12   camera* review, Samsung contacted DG COMP.  DG COMP has re-confirmed that it considers the
13   Statement of Objections to be DG COMP's document and Samsung is not authorized to provide it
14   to the Court.  DG COMP has notified Samsung that its policy principle is to not permit disclosure
15   of a Statement of Objections in any matter that is not related to a European Commission
16   proceeding.  DG COMP has also notified Samsung that, if the Court wishes to contact DG COMP
17   directly, it can contact the Director in charge, Linsey McCallum, and/or the Head of Unit, Nick
18   Banasevic.  DG COMP has authorized Samsung to disclose that the Statement of Objections
19   specifies that certain license agreements have been entered into by Apple but does not contain any
20   details relating to the content of any such agreements.  Samsung believes that Apple has received
21   from DG COMP a redacted version of the Statement of Objections that contains the paragraphs
22   referring to its license agreements.

| | | |
|---|---|---|
| 1 | DATED: November 7, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By /s/ *Victoria F. Maroulis*
    Charles K. Verhoeven
    Kevin P.B. Johnson
    Victoria F. Maroulis
    William C. Price
    Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC