# EXHIBIT 33
# Unredacted Version of Document Sought to be Sealed

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

<u>VIA EMAIL</u>

October 16, 2013

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
CONTAINS INFORMATION DESIGNATED HIGHLY-CONFIDENTIAL – ATTORNEYS'
EYES ONLY

| | |
|---|---|
| Joseph Mueller, Esq. | Randall Allen, Esq. |
| Wilmer Cutler Pickering Hale & Dorr LLP | Alston & Bird LLP |
| 60 State Street | 275 Middlefield Road, Suite 150 |
| Boston, Massachusetts 02109 | Menlo Park, CA 94025 |
| *Attorneys for Apple, Inc.* | *Attorneys for Nokia Corporation* |

Re:  Apple Inc. v. Samsung Elecs. Co. Ltd., No. 11-cv-1846 LHK (PSG)

Dear Joe and Randall:

We write to provide Nokia and Apple with information regarding any dissemination or use of the inadvertently disclosed information by outside counsel.  The attachment to this letter pertains to Kirkland & Ellis LLP.

Very truly yours,

Robert J. Becher

quinn emanuel urquhart & sullivan, llp
NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**Attachment A** provides information regarding the subsequent history of certain emails identified as being received by Kirkland & Ellis LLP and identified below in bold print.  These emails were received by Kirkland in connection with its representation of Samsung against Ericsson.  The subsequent history described below was identified by Kirkland after a reasonable inquiry of its email in response to Samsung's request.

Based on Kirkland's reasonable inquiry and review, it believes that no information from the attachments to the emails from Hojin Chang (dated March 26 and 28, 2013) and Daniel Shim (March 27, 2013) regarding any terms, including financial terms, of the Apple-Nokia license was included in, or filed with, any motion or filing prepared by Kirkland.  Likewise, based on Kirkland's reasonable inquiry and review it believes that no term of this license was otherwise used by Kirkland.

Also based on Kirkland's reasonable inquiry and review, it believes that no information from the Teece Report regarding any terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in, or filed with, any motion or filing prepared by Kirkland and Kirkland further believes that no term of those licenses taken from this Teece Report was otherwise used by Kirkland.

Kirkland did subsequently receive access to a copy of the Teece Report subject to the attorneys-eyes-only provisions of the 337-ITC-866 and 377-ITC-862 protective orders after Ericsson won a motion to compel its production.  To the extent any use was made of this document, it was done consistent with the protective orders, and did not involve the Apple-Nokia, Apple-Sharp, or Apple-Phillips licenses.  Kirkland also had access to the Ericsson-Apple license agreement subject to the attorneys-eyes-only provisions of the 866 and 862 protective orders after Ericsson produced that license.  To the extent any use was made of this document, it was done consistent with the protective orders.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

## Attachment A (Kirkland)

## Relevant Emails Sent From or To Samsung Personnel

On **March 26, 2013**, from Hojin Chang of Samsung, attaching a draft outline of Samsung's response to the International Trade Commission's Request for Additional Submissions on Remedy and the Public Interest, sent to TaeHyoung Kim, Hojin Chang, Anthony Kahng, Injung Lee, Brian Kim, Michael Kang, Daniel Ko, Daniel Shim, Eric Cha, Heungju Kwon, James Kwak, JaeHyoung Kim, Jae-il Park, James Shin, Kenneth Korea, Richard An, Rosa Kim, Seongwoo (Clayton) Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim, Yunhee Kang, Karin Norton, Jay Shim, InDong Kang, Jun Won Lee, Hyuckson Kwon of Samsung ("Samsung List B"); as well as to Michael McKeon and Ruffin Cordell of Fish & Richardson P.C.; the following individuals from Kirkland & Ellis, LLP:  Ed Donovan, Jennifer Selendy, and Greg Arovas; and the following distribution address at Quinn Emanuel:  "Samsung ITC."

### Selendy Mailbox

On March 26, 2013:
Selendy received email from Hojin Chang; Donovan forwarded email to Linda Kordziel, Michael Tyler (cc:  McKeon, Selendy, Simmons, Arovas); Donovan emailed attachment to Joshua Simmons (cc:  Selendy, Arovas);Simmons emailed attachment to Selendy (cc:  Flugman); Tyler emailed attachment to Donovan, Linda Kordziel (cc: McKeon, Selendy, Simmons, Arovas); Simmons emailed attachment to Donovan (cc: Selendy, Arovas); Simmons emailed attachment to Donovan (cc:  Arovas, Selendy, Flugman); Donovan emailed attachment to McKeon, Tyler, Kordziel (cc: Arovas, Selendy, Simmons)

### Donovan Mailbox

On March 26, 2013:
Donovan received email from Hojin Chang; Donovan forwarded email to Linda Kordziel, Michael Tyler (cc:  McKeon, Selendy, Simmons, Arovas); Donovan emailed attachment to Joshua Simmons (cc:  Selendy, Arovas); Tyler emailed attachment to Donovan, Linda Kordziel (cc: McKeon, Selendy, Simmons, Arovas); Simmons emailed attachment to Donovan (cc: Selendy, Arovas); Simmons emailed attachment to Donovan (cc:  Arovas, Selendy, Flugman); Donovan emailed attachment to McKeon, Tyler, Kordziel (cc: Arovas, Selendy, Simmons)

### Arovas Mailbox

There is no record in the Greg Arovas mailbox of the March 26, 2013 Hojin Chang email.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**A March 26, 2013 email** from Ed Donovan of Kirkland & Ellis, LLP, attaching comments on the previously identified outline, sent to Samsung List B, as well as to Michael McKeon and Ruffin Cordell of Fish & Richardson P.C.; the following individuals from Kirkland & Ellis, LLP: Jennifer Selendy, and Greg Arovas; and the following distribution address at Quinn Emanuel: "Samsung ITC."

### Donovan Mailbox

On March 26, 2013:
Donovan sent the email identified above.

### Selendy Mailbox

On March 26, 2013, Selendy received the email from Donovan described above.

### Arovas Mailbox

There is no record in the Greg Arovas mailbox of the March 26, 2013 Ed Donovan email.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**A March 28, 2013 email** from Hojin Chang of Samsung, that attaches comments on the previously identified outline, sent to Samsung List B, as well as to Michael McKeon and Ruffin Cordell of Fish & Richardson P.C.; and the following individuals from Kirkland & Ellis, LLP:  Ed Donovan, Jennifer Selendy, and Greg Arovas.

### Selendy Mailbox

> On March 28, 2013,
> Selendy received email from Hojin Chang.

### Donovan Mailbox

> On March 28, 2013,
> Donovan received email from Hojin Chang.

### Arovas Mailbox

There is no record in the Greg Arovas mailbox of the March 28, 2013 Ed Donovan email.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**An April 3, 2013 email** from Alex Lasher of Quinn Emanuel, attaching Samsung's Initial Submission in Response to the Commission's March 13, 2013 Notice on Remedy and the Public Interest, sent to Samsung List B and KiJoong Kang of Samsung, as well as to Ed Donovan of Kirkland; and the following individuals and distribution list at Quinn Emanuel: Thomas Pease, Alan Whitehurst, Marissa Ducca, and "Samsung FRAND."

**Donovan Mailbox**

On April 3, 2013: this email was only sent to Donovan and there were no additional forwards of the attachment.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

On **March 27, 2013** Greg Arovas received an email from Daniel Shim forwarding a copy of an email from Thomas Pease from Quinn Emanuel attaching an outline.

**Arovas Mailbox**

There is no record in the Greg Arovas mailbox of the March 27, 2013 Daniel Shim email.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

On **January 24, 2013**, Thomas Pease emailed the redacted Teece Report to Jennifer Selendy, Michael Becker, and Edward Donovan of Kirkland and Ellis, Gary Halling, David Garcia and Mona Solouki of Sheppard Mullin, copying David Hecht of Quinn Emanuel.

### Selendy Mailbox

On January 24, 2013, Selendy received email from Thomas Pease; forwarded email to Jasmine Diaz on January 28; forwarded email to Jasmine Diaz; Jasmine then forwarded to NY Document Services and to Michael McKeon and Linda Kordziel on February 11, 2013; Jasmine Diaz forwarded attachments to Robert Mason and attachments forwarded to David Flugman and Joshua Simmons on February 12, 2013; forwarded to Randall Heeb (Bates White) on February 18; forwarded to self on February 19; forwarded to Ed Donovan on March 5; forwarded to Jasmine Diaz on March 5.

### Edward Donovan

On January 24, 2013, Donovan received email from Thomas Pease; received email from Jennifer Selendy and forwarded email to Carla Hurley on March 5.

### Michael Becker

On January 24, 2013, Becker received email from Thomas Pease and forwarded email to Kim Conte on January 25.