QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S MOTION FOR AUTHORIZATION TO SUBMIT DEPOSITION TRANSCRIPTS OF PAUL MELIN AND EEVA HAKORANTA TO THE ITC**<br><br>**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |

I, Robert J. Becher, declare:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I submit this declaration in support of Samsung's Motion for Authorization to Submit Deposition Transcripts of Paul Melin and Eeva Hakoranta to the ITC.

3. Apple filed a Motion for Sanctions in ITC Investigation 337-TA-794 on August 22, 2013.  Apple filed a Renewed Motion for Sanctions on February 26, 2014.  Apple filed the Declaration of Paul Melin from the 630 case along with both of its motions for sanctions.  In its Renewed Motion for Sanctions, Apple did not mention the depositions of Mr. Melin and Ms. Hakoranta.

4. Nokia has never moved to intervene or otherwise participate in ITC Investigation 337-TA-794.

5. On March 8, 2014, I emailed counsel for Apple and Nokia and asked for their permission to file excerpts of the deposition transcript of Paul Melin under seal with the International Trade Commission along with Samsung's Opposition to Apple's Renewed Motion for Sanctions.  On March 10, 2014, Nokia's counsel responded and indicated Nokia would not consent.  Apple's counsel did not provide a substantive response in writing.

6. On March 10, 2014, I met and conferred on the telephone with Nokia's counsel, Ryan Koppelman, and he continued to refuse to allow Samsung to file Mr. Melin's deposition transcript with the ITC.

7. On March 13, 2014, I emailed counsel for Apple and Nokia to ask for their permission to file the deposition transcript of Eeva Hakoranta with the ITC.  Attached is Exhibit 1 is a true and correct copy of an email chain containing my March 8, 2014 and March 13, 2014 emails to counsel for Apple and Nokia and their responses.  Attached as Exhibit 2 is a true and

1  correct copy of an email chain containing my March 8, 2014 email to counsel for Apple and Nokia
2  and certain exchanges with counsel for Apple that are not part of Exhibit 1.
3        8.    On March 17, 2014, I engaged in a telephonic meet and confer with Mark Selwyn,
4  counsel for Apple.   Mr. Selwyn did not agree to allow Samsung to file the deposition transcripts
5  of Paul Melin and Eeva Hakoranta with the ITC.   During our call, Mr. Selwyn asked if Samsung
6  was willing to agree to Apple's request for permission to file deposition transcripts from six
7  Samsung witnesses—Ken Korea, Daniel Shim, Seungho Ahn, Jin Kwak, Jaewan Chi, and Clayton
8  Kim—with the ITC in exchange for Apple's authorization to file the deposition transcripts of Mr.
9  Melin and Ms. Hakoranta with the ITC.   The first time Apple requested Samsung's permission to
10  file these transcripts with the ITC was in an email on March 11, 2014.   I told Mr. Selwyn that
11  Samsung was not amenable to his proposal.   I pointed out that Apple had already filed its Motion
12  for Sanctions and Renewed Motion for Sanctions with the ITC, and Apple never cited to the
13  deposition testimony from these six witnesses or asked Samsung for permission to cite to their
14  testimony.
15        9.    On March 17, 2014, I engaged in a telephonic meet and confer with Ryan
16  Koppelman and Parker Miller, counsel for Nokia.   Nokia's counsel said they would not agree to
17  allow Samsung to file the deposition transcripts of Paul Melin and Eeva Hakoranta with the ITC.
18  Nokia's counsel confirmed that they did not ask Apple to share its proposed ITC filing before they
19  agreed to allow Apple to file the Melin Declaration with the ITC and did not ask Apple for a copy
20  of its ITC filing after it was filed.   They also confirmed that they have never seen Apple's ITC
21  filings.
22        I declare under penalty of perjury of the laws of the United States that the foregoing is true
23  and correct.   Executed in Los Angeles, California on March 18, 2014.
24
25                                          /s/ Robert J. Becher
                                        Robert J. Becher
26
27
28

**ATTESTATION**

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert J. Becher has concurred in this filing.

Dated:  March 18, 2014                    By:  /s/ *Victoria F. Maroulis*
                                               Victoria F. Maroulis