# EXHIBIT 2

# Unredacted Version of Exhibit Sought to be Sealed

| | |
|---|---|
| From: | Selwyn, Mark [Mark.Selwyn@wilmerhale.com] |
| Sent: | Tuesday, March 11, 2014 2:30 PM |
| To: | Robert Becher; Koppelman, Ryan; Allen, Randall; Miller, Parker |
| Subject: | RE: Apple v. Samsung |

Rob:

Apple does not object to Samsung citing testimony from the November 25, 2013 deposition of Paul Melin to the ITC in Samsung's opposition brief, provided that Samsung agrees to allow Apple to use in, and cite to, the ITC the depositions of Ken Korea, Daniel Shim, Seungho Ahn, Jin Kwak, Jaewan Chi, and Clayton Kim taken in the NDCal. case in October 2013.

Mark

-----Original Message-----
From: Robert Becher [mailto:robertbecher@quinnemanuel.com]
Sent: Tuesday, March 11, 2014 12:07 PM
To: Selwyn, Mark; Koppelman, Ryan; Allen, Randall; Miller, Parker
Subject: RE: Apple v. Samsung

Mark--It is still live.  The form of the submission will depend on when we get approval.

Rob

-----Original Message-----
From: Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
Sent: Tuesday, March 11, 2014 11:15 AM
To: Robert Becher; Koppelman, Ryan; Allen, Randall; Miller, Parker
Subject: RE: Apple v. Samsung

We assumed that your request was moot based on your filing yesterday afternoon.

If it is still a live issue, I will get you an answer today.

Since Samsung has already made its filing, in what form does Samsung now intend to make this additional submission to the ITC?

-----Original Message-----
From: Robert Becher [mailto:robertbecher@quinnemanuel.com]
Sent: Tuesday, March 11, 2014 10:41 AM
To: Robert Becher; Koppelman, Ryan; Selwyn, Mark; Allen, Randall; Miller, Parker
Subject: RE: Apple v. Samsung

Mark--I did not hear back from you yesterday regarding our meet and confer request.  Are you available this morning?  Thanks, Rob

-----Original Message-----
From: Robert Becher
Sent: Monday, March 10, 2014 11:22 AM
To: 'Koppelman, Ryan'; 'Selwyn, Mark'; 'Allen, Randall'; 'Miller, Parker'
Subject: RE: Apple v. Samsung

I will call you soon.  Did Nokia ever authorize Apple to file the Melin declaration with the ITC?

1

```
-----Original Message-----
From: Koppelman, Ryan [mailto:Ryan.Koppelman@alston.com]
Sent: Monday, March 10, 2014 11:05 AM
To: Robert Becher; 'Selwyn, Mark'; Allen, Randall; Miller, Parker
Subject: RE: Apple v. Samsung

Rob -- You may call my office number listed below.

Ryan W. Koppelman - Partner, IP Litigation Alston & Bird LLP -  (650) 838-2009


-----Original Message-----
From: Robert Becher [mailto:robertbecher@quinnemanuel.com]
Sent: Monday, March 10, 2014 10:50 AM
To: Koppelman, Ryan; 'Selwyn, Mark'; Allen, Randall; Miller, Parker
Subject: RE: Apple v. Samsung

Ryan--What number can I call to reach you?

Mark--Does Apple consent?
_____
From: Koppelman, Ryan [Ryan.Koppelman@alston.com]
Sent: Monday, March 10, 2014 9:58 AM
To: Robert Becher; 'Selwyn, Mark'; Allen, Randall; Miller, Parker
Subject: RE: Apple v. Samsung

Rob,

Samsung's Saturday night request for a proposed Monday filing, for which Nokia had no prior
notice, does not provide Nokia sufficient notice. Nonetheless, we are trying to get in touch
with our international client on this issue. At a minimum, we object to Samsung's late and
insufficient notice.

Further, we do not have enough information in order to understand Samsung's purported need to
use Paul Melin's testimony in the ITC proceeding. We have not seen any of the proposed or
previous related filings. In any event, it is not at all clear why Samsung has been preparing
ITC filings with Nokia's confidential information designated under the protective order in
the Northern District of California.

Based on what we know so far, Nokia cannot consent to such use by Samsung. Samsung has
previously mischaracterized Mr. Melin's testimony to the Court, and if his testimony is
allowed to be used in the ITC, there is a significant danger of that happening again. Because
Nokia is not a participant to these ITC proceedings, however, it would not be able to defend
itself against such character attacks.

For at least these reasons, Nokia cannot consent to your belated request at this time. I am
available to discuss this morning if you would like.

Regards,
Ryan

Ryan W. Koppelman - Partner, IP Litigation Alston & Bird LLP -  (650) 838-2009

From: Robert Becher [mailto:robertbecher@quinnemanuel.com]
Sent: Sunday, March 09, 2014 6:46 PM
To: 'Selwyn, Mark'; Allen, Randall; Koppelman, Ryan; Miller, Parker
```

Subject: RE: Apple v. Samsung

Mark-The testimony we intend to cite all relates to the statements in Mr. Melin's declaration and/or the June 4, 2013 meeting. Samsung intends to cite this testimony to respond to claims made in Mr. Melin's declaration and in Apple's ITC briefs. Please let us know if Apple and Nokia will consent or, if not, please confirm your availability to meet and confer tomorrow morning. Thanks, Rob

From: Selwyn, Mark [mailto:Mark.Selwyn@wilmerhale.com]
Sent: Sunday, March 09, 2014 6:08 PM
To: Robert Becher; 'Allen, Randall'; 'Koppelman, Ryan'; 'Miller, Parker'
Subject: RE: Apple v. Samsung

Can you specify the testimony, and explain why Samsung wishes to cite to it?

Mark

From: Robert Becher [mailto:robertbecher@quinnemanuel.com]
Sent: Sunday, March 09, 2014 6:01 PM
To: Robert Becher; 'Allen, Randall'; 'Koppelman, Ryan'; Selwyn, Mark; 'Miller, Parker'
Subject: RE: Apple v. Samsung

Counsel: Please let me know if you approve. Thanks, Rob

From: Robert Becher
Sent: Saturday, March 08, 2014 6:42 PM
To: 'Allen, Randall'; 'Koppelman, Ryan'; 'Selwyn, Mark'; 'Miller, Parker'
Subject: Apple v. Samsung

Ryan and Mark: In connection with an opposition brief that will be filed with the ITC on Monday in connection with the 794 Investigation, Samsung intends to cite testimony from the November 25, 2013 deposition of Paul Melin. Please confirm by tomorrow at noon that you do not have any objection. Of course, the filing will be under seal and will not be available to the public. We look forward to hearing from you. If you are unwilling to agree, we ask that you confirm that you are able to participate in a meet and confer on this issue on Monday morning.

Regards, Rob

---

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.