# Exhibit 3

**Bristows LLP ("Bristows")**

On March 21, 2012 Bristows received an email attaching an incompletely redacted draft of the expert report of David Teece. The email was from Eric Wall to daniel.shim@samsung.com; Karin Norton; anthony.k@samsung.com; jae-il.park@samsung.com; hojin.chang@samsung.com; daniel.ko@samsung.com; james1.shin@samsung.com; eric43.cha@samsung.com; brians.kim@samsung.com; and kijoong.kang@samsung.com with the following copyees: Thomas Pease; Samsung FRAND; Pat Treacy; and Helen Hopson. On March 22, 2012, Pat Treacy of Bristows responded to the persons on the email chain commenting on the draft report. This email was not further disseminated by Bristows.

On March 26, 2012 Pat Treacy and Helen Hopson received an email from Daniel Shim (of Samsung) which forwarded an email from Todd Briggs (of Quinn Emanuel) which had been sent to various Samsung employees on March 25, 2012. The email contained a File Transfer Protocol ("FTP") link to a redacted final version of the Teece report as filed *(*which was also incompletely redacted*) (*the *"Teece Report")*.

The Teece Report was subsequently downloaded from the FTP site onto Bristows' electronic file and then uploaded to the Bristows' Samsung/Apple extranet. The Samsung/Apple extranet is a password protected site containing documents produced in the Apple dispute which can be accessed by Samsung and Samsung's attorneys. The Teece Report was removed from the extranet on approximately July 23, 2013.

Bristows' information technology team has determined that the following individuals accessed the Teece Report from the Extranet on the following dates: Kate Boomer of Ashurst on May 15, 2012, June 21 and 26, 2012, and November 16, 2012; Angela Lin of Ashurst on May 4, 7, 8, 9, and 17, 2012 and June 27, 2012; Jung Hyun Jun of Lee & Ko on May 3, 2012; Mona Solouki of Sheppard Mullin on May 7, 2012 and Mattie DeKoning of Simmons & Simmons on October 17, 2012.

On May 1, 2012 Helen Hopson sent an email attaching comments on a French pleading in which the incompletely redacted Teece Report was embedded as a pdf. It was sent to Yunhee Kang, Daniel Ko, Seung Ho Ahn, Jaewan Chi, Richard An, Brian Kim, Youngjo Lim, Clayton Kim, Daniel Shim, Beyong Ho Yuu, KyuHyuk Lee, KyungSeok Lee; Hoshin Lee, SeungKyun Oh JaeHyun Park, Jaehawk Lee, Kijoong Kang, Jay Shim, Han Yong Uhm, Jin Hwan Kwak, and Marc Bellefont of Samsung; the following individuals at Bristows: Pat Treacy and Myles Jelf; the following individuals and distribution list at Allen & Overy LLP: Laetitia Benard, and "Samsung_team @AllenOvery.com"; the following individuals at Quinn Emanuel: Thomas Pease, Marcus Grosch, Jan Ebersohl, Eric Wall and Victoria Maroulis; the following individuals at Blake Dawson/Ashurst: Amanda Lees, Peter Chalk and Wen-Ts'ai Lim; the following email distribution list at Vanzetti e Associati: studio@vanzettieassociati.it; the following individual at Ohno & Partners: Seiji Ohno; the following individuals at Simmons & Simmons: Bas Berghius van Woortman and Mattie de Koning; the following individuals at rospatt osten pross: Max von Rospatt and Henrik Timmann Dr.; the following individuals at Lee & Ko: Young Mo Kwon and Hyeon Gil Ryoo; the following individuals at Clifford Chance: Thomas Vinje, Michel Petite and Ashwin van Rooijen; the following email distribution list at Modiano & Partners: "legal@modiano.com"; and the following individual at Zimmermann & Partner: Joel Naegerl.

On June 27, 2012, Helen Hopson emailed the Teece Report to Michel Struys and Charles Pommies of Allen & Overy; Cristina Caffara, Gregor Langus, and Damien Neven of Charles River Associates; Thomas Vinje, Ashwin van Rooijen, Dieter Paemen, and Michel Petite of Clifford Chance; Peter Camesasca of Peter Camesasca Advocaat BVBA; Sunny Cho, Jinho Park, Sanghoon Park and Ief Daems of Samsung ("Bristows Email 2").  A written document titled "Samsung Supplemental Submission on Licensing Negotiations between Samsung and Apple" was later given to the EU Commission on July 5, 2012.  Paragraphs 73 and 176 of the Teece Report were referenced in the submission and it was also annexed as a whole.

On September 7, 2012 the Teece Report was emailed by Pat Treacy to the following people at Charles River Associates:  Jenny Haydock, Anne Layne-Farrar, Debra Freedman, Cristina Caffara, Matthew Bennet, Damien Neven, and Gregor Langus.

On October 26, 2012, Nathan Capone emailed the Teece Report to the following individuals: Helen Hopson and Pat Treacy at Bristows; Thomas Vinje at Clifford Chance; Hojin Chang, Soojin Lee, Caleb Lee, JH Kwak, Daniel Ko, Clayton Kim, Daniel Shim, Sanghoon Park, and Jinho Park at Samsung; Peter Camesasca of Peter Camesasca Advocaat BVBA and studio@vanzettieassociati.it, a distribution list at Vanzetti e Associati.

Helen Hopson and Pat Treacy received an email attaching an outline of Samsung's response to the International Trade Commission's Request for Additional Submissions on Remedy and the Public Interest from Daniel Shim of Samsung, dated March 25, 2013. This document referred to the incompletely redacted information in the Teece Report.  On March 25, 2013, Pat Treacy emailed Daniel Shim and copied Helen Hopson and Sophie Lawrance, including a revised outline of Samsung's Response to the International Trade Commission's Request for Additional Submissions on Remedy and the Public Interest.  This email was forwarded by Daniel Shim on March 26, 2013 to Brian Kim, Injung Lee, and KiJoong Kang; the following individuals at Bristows: Helen Hopson, and Pat Treacy; and the following individuals and distribution list at Quinn Emanuel:  Maxim Price, Alex Baxter, Thomas Pease, Victoria Maroulis, Eric Wall, and "Samsung ITC." Bristows has not identified any further instances in which this email or the attached memo was disseminated in its files.

On 4 May 2013, Vanzetti e Associati emailed the Teece Report to Nathan Capone, Helen Hopson and Amy Cullen in response to a request from Nathan Capone on May 1, 2013.  The Teece Report received from Vanzetti e Associati on May 4, 2013 was identical to the version which Vanzetti e Associati had received in the email from Nathan Capone on October 26, 2012.

On May 16, 2013, the Teece Report was emailed to Williams & Connolly (Cadence Mertz, Samuel Davidoff and Amelia Ashton) by Nathan Capone.

On June 20, 2013 two identical copies of the Teece Report were e-mailed from Amelia Ashton at Williams & Connolly to Nathan Capone.  Bristows did not further disseminate this email.

On July 3, 2013 Nathan Capone sent one copy of the Teece Report via an e-mail containing a link to an FTP site to Amelia Ashton, Cadence Mertz and Samuel Davidoff. This FTP site is no longer active.

No information from the Teece Report regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or with any motion or filing by Bristows nor was the information otherwise used by Bristows.

Bristows is a party to the confidentiality regime in the Australian action in which Apple has produced its licenses with Nokia, Ericsson, Sharp and Philips and is able to view these licenses.

02198.51855/5570024.1 .