# Exhibit 4

| | |
|---|---|
| From: | Eric Wall [ericwall@quinnemanuel.com] |
| Sent: | Thursday, March 22, 2012 5:22 AM |
| To: | daniel.shim@samsung.com; Karin Norton; 강호진; 박재일; 장호진; 고다니엘; 신민재; 차정훈; 김성윤; 강기중 |
| Cc: | Thomas Pease; Samsung FRAND; Treacy, Pat; Hopson, Helen |
| Subject: | ███████████████████████ |
| Attachments: | SAMSA RAND and Reasonable Royalties 20Mar2012 1115PM [REDACTED].doc |

Privileged and Confidential

