# Exhibit 7

## Chronology of Disclosures of Nokia Confidential Information

| Date | Event |
|---|---|
| March 22, 2012 | **Quinn Emmanuel** serves report of expert Dr. David J. Teece in the 1846 action, "(Redacted Expert Report of David J Teece ("Teece Report") Samsung v Apple pdf)." It is designated highly confidential, in part because it contains the precise financial terms of Apple and Nokia's June 2011 license agreement.<br>Koppelman Decl., Exh. 2, Robert Becher Letter to Randall Allen (Teece), 07/16/13. |
| March 22, 2012 | **Quinn Emmanuel** ("QE") sends the improperly redacted expert witness report from David J. Teece[1] to internal **QE** lawyers, **Bristows LLP**, and **Samsung**, including Samsung's internal FRAND listserv.<br>Koppelman Decl., Exh. 3, October 16, 2013 Becher Letter to Mueller and Allen (Attachment re: Bristows); *See e.g.* Z0002515.[2] |
| March 24, 2012 | **QE** discloses the Teece Report by FTP site to **Samsung** (including **Daniel Shim**, Samsung Legal Counsel ) and **QE** (including the "Samsung Patent Team" and "Samsung v. Apple" mailing lists).<br>Koppelman Decl., Exh. 6, Robert Becher Letter to Randall Allen, 08/01/13; Z0000707. |
| March 26, 2012 | **Daniel Shim** (**SS**) forwards FTP link to **Bristows LLP**. The Teece Report is downloaded onto Bristow's Extranet and accessed by at least 13 individuals before it is taken down on July 23, 2013 following Nokia's Motion.<br>Koppelman Decl., Exh. 3, October 16, 2013 Becher Letter to Mueller and Allen (Attachment re: Bristows). |
| April 5-6, 2012 | **Thomas Pease (QE)** sends Teece Report to several individuals at **Ohno and Partners, Oslaw**, and **Samsung**.<br>Robert Brecher Letter to Randall Allen, 08/01/13; Z0002329. |
| April 30, 2012 | **Bristows LLP** sends the Teece Report to **Ashurst**. The email is forwarded to at least five individuals at **Ashurst**.<br>October 16, 2013 Becher Letter to Mueller and Allen (Attachment re: Ashurt). |
| May 1, 2012 | **Bristows LLP** sends the Teece Report to **Daniel Shim (SS), Allen & Overy, Blake Dawson/Ashurst, Vanzetti e Associati, Ohno & Partners, Simmons & Simmons, rospatt osten pross, Lee & Ko, Clifford Chance, Modiano & Partners, Zimmermann & Partner,** and **QE** (including Thomas Pease).<br>Robert Becher Letter to Randall Allen, 09/25/13; *See e.g.* Z0002639. |

---

[1]    "Teece Report" throughout this document refers to the improperly redacted Teece Report.

[2]    We have attempted to match each disclosure to a Samsung produced document.  Due to Samsung's complete redaction of each document and failure to provide us with attachments, we have been unable to confirm that listed Bates numbers definitely match each disclosure.

| | |
|---|---|
| May 4-8, 2012 | **Samsung** employees (including Heungju Kwon and Yunhee Kang) email the Teece Report internally at least four times. *See e.g.* Z0001964; Z0005156. |
| May 16, 2012 | **Thomas Pease (QE)** sends Teece Report to **Sheppard Mullin**. October 16, 2013 Becher Letter to Mueller and Allen (Attachment re: Sheppard Mullin). |
| June 27, 2012 | **Bristows LLP** sends Teece Report to **Camesasca Advocaat BVBA, Allen & Overy, Charles River Associates, Clifford Chance,** and **Samsung**. Koppelman Decl., Exh. 11, October 16, 2013 Becher Letter to Mueller and Allen (Attachment re: Clifford Chance); *See e.g.* Z0000646. |
| July 4, 2012 | **Clifford Chance** sends Teece Report as "Annex 6"[3] to supplemental factual submission to **European Commission's DG COMP**, copying **Camesasca Advocaat BVBA,** and **Allen & Overy**. **Camesasca** forwards the submission to **Charles River Associates**. Koppelman Decl., Exh. 11, October 16, 2013 Becher Letter to Mueller and Allen (Attachment re: Clifford Chance); *See e.g.* Z0000584. |
| July 5, 2012 | **Hojin Chang (SS)** sends the above supplemental factual paper including Annex 6 to **Sheppard Mullin, Ashurst, Lee & Ko, Thomas Pease (QE),** and **Samsung (including Kenneth Korea)**. *See e.g.* Z0002268. |
| July 9, 2012 | **Anthony Alden (QE)** sends Teece Report to **Michael Kang (SS)**. Z0008847. |
| October 30, 2012 | **Studio Vanzetti e Associati** files Teece Report to **First Instance Court of Milan**. Robert Becher Letter to Randall Allen, 08/01/13. |
| December 21, 2012 | **Camesasca Advocaat BVBA** sends DVD containing Annex 6 to **Clifford Chance**. **Clifford Chance** uploads the DVD to a "Data Room" and grants **Camesasca Advocaat BVBA** and **Shearman & Sterling** access. Koppelman Decl., Exh. 11, October 16, 2013 Becher Letter to Mueller and Allen (Attachment re: Clifford Chance). |
| December 22, 2012 | **Guy Eddon (QE)** sends Teece Report to a list of Korean-language email addresses. Shortly after, another associate at **QE** emailed **SS** employees noting the incomplete redaction at least one employee of **SS**, who apparently deleted the attachment upon receipt. Koppelman Decl., Exh. 15, Robert Becher ITC Letter to Randall Allen, 07/16/13; Z0000720; Z0010201; Koppelman Decl., Exh. 8 Robert Becher Letter to William F. Lee, 08/16/13. |

---

[3] "Annex 6" throughout refers to Annex 6 of this submission to the European Commission.

| January 24, 2013 | **Thomas Pease (QE)** sends Teece Report to **Kirkland & Ellis**, **Sheppard Mullin**. October 16, 2013 Becher Letter to Mueller and Allen (Attachment re: Kirkland & Ellis, Attachment re: Sheppard Mullin). |
|---|---|
| February 1, 2013 | **Thomas Pease (QE)** emailed the Teece Report to **Williams & Connolly** Koppelman Decl., Exh. 13, October 16, 2013 Becher Letter to Mueller and Allen (Attachment re: Williams & Connolly) |
| February 11, 2013 | **Kirkland & Ellis** sends Teece Report to **Fish & Richardson**. October 16, 2013 Becher Letter to Mueller and Allen (Attachment re: Fish & Richardson). |
| March 23, 2013 | **Thomas Pease (QE)** sends ITC Responses to **SS (**including **Seungho Ahn, James Kwak)** Koppelman Decl., Exh. 15, Robert Becher ITC Letter to Randall Allen, 07/16/13; *See e.g.* Z0000364. |
| March 25, 2013 | **Indong Kang** sends ITC Responses to **Seungho Ahn, James Kwak**. Z0000122. |
| March 25, 2013 | **Daniel Shim (SS)** sends a draft of SS's outline responses to a request for information for an ongoing case in the ITC ("ITC Responses")[4] to **Bristows LLP**. **Daniel Shim** refers to Teece Report's incompletely redacted information in the email. Koppelman Decl., Exh. 3, October 16, 2013 Becher Letter to Mueller and Allen (Attachment re: Bristows LLP); Z0000109. |
| March 25, 2013 | **Hojin Chang (SS)** sends ITC Responses to **Fish & Richardson, Kirkland & Ellis,** and **QE**. Koppelman Decl., Exh. 15, Robert Becher ITC Letter to Randall Allen, 07/16/13. |
| March 26, 2013 | **Thomas Pease (QE)** sends ITC Responses to **Kenneth Korea**, and others at **Samsung**. Z0000073. |
| March 26, 2013 | **Hojin Chang (SS)** sends ITC Responses to **Fish & Richardson, Kirkland & Ellis,** and **QE.** October 16, 2013 Becher Letter to Mueller and Allen (Attachment re: Kirkland & Ellis). |
| March 31, 2013 | **Williams & Connolly** sends "Nokia – Apple License Memo.docx", 2011 and 2012 20F forms, and an article on the Nokia-Apple agreement to **SS Employees (**Including **Indon Kang, James Kwak**). *See e.g.* Z0011218. |
| April 1, 2013 | **Alex Lasher (QE)** and **Thomas Pease (QE)** each email ITC Responses to **Kenneth Korea** and others at **SS**. |

---

[4] "ITC Responses" refers throughout to any draft or outline of those responses which we believe contains Nokia confidential information.

| | |
|---|---|
| | Z0000209; Z0000181. |
| May 4, 2013 | **Vanzetti e Associati** sends Teece Report to **Bristows LLP**, responding to request for that report from **Bristows LLP**. October 16, 2013 Becher Letter to Mueller and Allen (Attachment re: Studio Vanzetti e Associati). |
| May 6, 2013 | **James Shin (SS)** forwards "Nokia – Apple License Memo.docx" to Korean-language email addresses. Z0010621. |
| May 13, 2013 | **James Shin (SS)** sends Teece Report to Korean-language email addresses and **QE**. Koppelman Decl., Exh. 15, Robert Becher ITC Letter to Randall Allen, 07/16/13; Z0001114. |
| May 13, 2013 | **Daniel Shim (SS)** sends Teece Report in two separate emails to Korean-language email addresses, and **QE**. Z0000917; Z0001114. |
| May 16, 2013 | **Bristows LLP** sends Teece Report to **Williams & Connolly**. **Williams & Connolly** saves the Report internally. Koppelman Decl., Exh. 13, October 16, 2013 Becher Letter to Mueller and Allen (Attachment re: Williams & Connolly). |
| Prior to June, 2013 | **Sengho Ahn (SS)** becomes personally involved in Nokia-Samsung license negotiation, joining **Indong Kang, James Kwak**. Deposition of Seungho Ahn, 120:1-24. |
| June 4, 2013 | **Seungo Ahn, James Kwak, Indong Kang (SS)** meet with **Paul Melin, Eeva Hakoranta (Nokia)** to negotiate a potential licensing agreement. According to Mr. Melin, Dr. Ahn told him that he knew the terms of the Nokia-Apple licensing agreement, reciting those terms in front of Mr. Melin. Dr. Ahn also told Mr. Melin that "all information leaks." Dkt. No. 2483 at 3, Case No. 5:11-CV-1846. |

4