# Exhibit 11

**Clifford Chance:**

Clifford Chance has been retained by Samsung to represent it in the ongoing antitrust investigation by the European Commission in Case COMP/39.939. In that capacity, and along with other advisers, Clifford Chance lawyers have, *inter alia*, prepared and submitted various papers to the European Commission.

Clifford Chance received a May 1, 2012 e-mail from Helen Hopson of Bristows, attaching comments on a French pleading in which the incompletely redacted Teece report is embedded as a PDF document. Based on available information, the May 1, 2012 e-mail was received by Thomas Vinje, Michel Petite, and Ashwin van Rooijen of Clifford Chance, none of whom have forwarded this e-mail to anyone else.

Michel Petite of Clifford Chance received a July 4, 2012 e-mail from Thomas Vinje of Clifford Chance to DG COMP, submitting the Teece report as Annex 6 to the supplemental factual paper on July 4, 2012. Mr. Vinje's e-mail was sent to the DG COMP Greffe (a generic mail address for submissions to DG COMP), and the following EU personnel: Linsey McCallum, Nick Banasevic, Cecilio Madero, Theofanis Christoforou, Carles Esteva Mosso, Guillaume Loriot, and Thomas Kramler; Michel Petite of Clifford Chance; Michel Struys of Allen & Overy and Peter Camesasca ("CC E-mail 1"). On July 4, 2012, Michel Petite forwarded CC E-mail 1 to Barbara Dilschneider of Clifford Chance, who has not forwarded the e-mail to anyone else.

On July 4, 2012, Thomas Vinje forwarded CC E-mail 1 to the following people from Samsung: Michael Kang, Hansung Kang, JH Kwak, Clayton Kim, Hyojae Kim, Richard An, Sanghoon Park, Nyquist, Chris Park, Caleb Lee, Sangjoo Lee, Hojin Chang, Jae Chi, Sunny Son, Ief Daems; the following people from Allen & Overy: Athene Chanter, Charles Pommies, David Gabathuler, Diane Souffront, Francesca Miotto, Liliana Eskenazi, Michel Struys, Olivier Freget; copying Noelle Chitachi, Marie-Laure Combet, Dieter Paemen, Vanessa Marsland, Frans Muller, Miguel Odriozola, Michel Petite, Milena Robotham, Ashwin van Rooijen; and copying Peter Camesasca ("CC E-mail 2").

CC E-mail 2 was received by Noelle Chitachi, Marie-Laure Combet, Dieter Paemen, Vanessa Marsland, Frans Muller, Miguel Odriozola, Michel Petite, Milena Robotham, and Ashwin van Rooijen of Clifford Chance. Thomas Vinje was also a recipient of his own e-mail. On July 4, 2012, Frans Muller forwarded CC E-mail 2 to the internal e-mail distribution list "Service Team 1A." Clifford Chance has no record of who was part of this internal e-mail distribution list at the time. On July 4, 2012 at 16:16 CET, Michel Petite forwarded CC E-mail 2 to Barbara Dilschneider of Clifford Chance, who has not forwarded this e-mail to anyone else. On July 4, 2012 at 14:33 CET, Ashwin van Rooijen forwarded CC E-mail 2 to Thomas Vinje, Dieter Paemen and Milena Robotham of Clifford Chance. Neither Thomas Vinje nor Dieter Paemen have forwarded CC E-mail 2 to anyone else. On August 20, 2012, Milena Robotham forwarded CC E-mail 2 to Noelle Chitachi of Clifford Chance, who has not forwarded the e-mail to anyone else. Clifford Chance has no record of any other recipients of the e-mail having forwarded the e-mail to anyone else.

On July 5, 2012, Ashwin van Rooijen re-circulated the annexes to the July 4 submission to Thomas Vinje and Dieter Paemen of Clifford Chance and Peter Camesasca ("CC E-mail 3").  CC E-mail 3 was received by Thomas Vinje and Dieter Paemen of Clifford Chance, neither of whom have forwarded the e-mail to anyone else.

On May 4, 2012 the incompletely redacted Teece Report was e-mailed by Nathan Capone (of Bristows) to three individuals at Clifford Chance:  Thomas Vinje, Marie-Laure Combet and Milena Robotham.  This e-mail was received by Thomas Vinje, Marie-Laure Combet, and Milena Robotham of Clifford Chance.  Thomas Vinje has not forwarded this e-mail to anyone else.  Marie-Laure Combet forwarded the e-mail to Frances Dethmers, Michel Petite, Ashwin van Rooijen, and Milena Robotham of Clifford Chance on May 4, 2012.  Michel Petite, Ashwin van Rooijen, and Milena Robotham have not forwarded the e-mail to anyone else.  Frances Dethmers forwarded the e-mail to Monica Michiels van Kessenich of Clifford Chance on May 7, 2012.  Monica Michiels van Kessenich has not forwarded the e-mail to anyone else.  Marie-Laure Combet also forwarded the e-mail to the internal distribution list "PARRepro@CliffordChance.com" on May 15, 2012 at 11:58 CET.  Clifford Chance has no record of who was part of this internal e-mail distribution list at the time.  Milena Robotham forwarded the e-mail to Ashwin van Rooijen of Clifford Chance on May 21, 2012 at 18:40 CET.  Ashwin van Rooijen has not forwarded the e-mail to anyone else.

On June 27, 2012, Helen Hopson e-mailed the incompletely redacted Teece Report to Michel Struys and Charles Pommies of Allen & Overy; Cristina Caffara, Gregor Langus, and Damien Neven of Charles River Associates; Thomas Vinje, Ashwin van Rooijen, Dieter Paemen, and Michel Petite of Clifford Chance; Peter Camesasca of Peter Camesasca Advocaat BVBA; and Sunny Cho, Jinho Park, Sanghoon Park and Ief Daems of Samsung.  This e-mail was received by Thomas Vinje, Michel Petite, Dieter Paemen, and Ashwin van Rooijen of Clifford Chance.  Thomas Vinje, Michel Petite, and Dieter Paemen have not forwarded the e-mail to anyone else.  On June 28, 2012 at 9:16 CET, Ashwin van Rooijen forwarded the e-mail to Milena Robotham of Clifford Chance.  Milena Robotham has not forwarded the e-mail to anyone else.  On June 28, 2012, Ashwin van Rooijen forwarded the e-mail to Marie-Laure Combet of Clifford Chance.  On June 28, 2012 at 16:44 CET, Marie-Laure Combet forwarded the e-mail to Anne-Marie Kelleher of Clifford Chance.  On June 28, 2012 at 16:57 CET, Anne-Marie Kelleher forwarded the e-mail to Marie-Laure Combet and to the internal distribution list "#PAR:Copy & Outgoing Fax Room."  Clifford Chance has no record of who was part of this internal e-mail distribution list at the time.

On October 26, 2012, Nathan Capone e-mailed the incompletely redacted Teece report to the following individuals:  Helen Hopson and Pat Treacy at Bristows; Thomas Vinje at Clifford Chance; Hojin Chang, Soojin Lee, Calypso Lee, JH Kwak, Daniel Ko, Clayton Kim, Daniel Shim, Sanghoon Park, and Jinho Park at Samsung; Peter Camesasca of Peter Camesasca Advocaat BVBA and studio@vanzettieassociati.it, a distribution list at Vanzetti e Associati.  The e-mail was received by Thomas Vinje of Clifford Chance.  On October 26, 2012, Thomas Vinje forwarded the e-mail to Ashwin van Rooijen, Dieter Paemen, Milena Robotham, and Noelle Chitachi of Clifford Chance, none of whom have forwarded the e-mail.

On December 21, 2012, Clifford Chance received from Peter Camesasca a DVD containing the contents of the European Commission's investigative file into Samsung in Case COMP/39.939 (the "DVD"), which included the incompletely redacted Teece report as Annex 6 to the supplemental factual paper of July 4, 2012.  On the same day, Clifford Chance handed a copy of the DVD to Shearman & Sterling, and sent a copy of the DVD by courier to Peter Camesasca and to J. Chi of Samsung.

On December 21, 2012, Noelle Chitachi of Clifford Chance uploaded the contents of the DVD to a secure online storage space (the "Data Room").

On January 5, 2013, Ashwin van Rooijen of Clifford Chance uploaded to the Data Room a copy of various submissions made on behalf of Samsung to the European Commission, including the incompletely redacted Teece report as Annex 6 to the supplemental factual paper of July 4, 2012.

On December 21, 2012, Noelle Chitachi, Ashwin van Rooijen, Lindsay Otis, Masafumi Shikakura, Milena Robotham, and Shuchi Desai of Clifford Chance were provided with login credentials necessary to access the Data Room.  On December 22, 2012, Dieter Paemen and Frances Dethmers of Clifford Chance, Peter Camesasca and Julie VandenBussche of Peter Camesasca Advocaat BVBA, Athina Kontosakou, Marixenia Davilla, Mark English, Miguel Rato, and Trevor Soames of Shearman & Sterling, and Caleb Lee, Christopher Park, Hojin Chang, Ief Daems, Jae Chi, Peter Sanghoon Park, and Sunny Son of Samsung were provided with login credentials necessary to access the Data Room.  On January 5, 2013, Collette Rawnsley of Shearman & Sterling was provided with login credentials necessary to access the Data Room.  No other persons were provided with login credentials necessary to access the Data Room.

We have no record of which users have downloaded which documents from the Data Room.

On December 22, 2012, Christopher Park and Hojin Chang of Samsung last accessed the Data Room.  On December 27, 2012, Ief Daems of Samsung last accessed the Data Room.

On December 21, 2012, Frans Muller of Clifford Chance last accessed the Data Room.  On December 25, 2012, Dieter Paemen of Clifford Chance last accessed the Data Room.  On January 4, 2013, Noelle Chitachi of Clifford Chance last accessed the Data Room.  On January 8, 2013, Shuchi Desai of Clifford Chance last accessed the Data Room.  On January 10, 2013, Milena Robotham of Clifford Chance last accessed the Data Room.  On October 11, 2013, Ashwin van Rooijen of Clifford Chance last accessed the Data Room.  On October 15, 2013, Masafumi Shikakura of Clifford Chance last accessed the Data Room.

On December 26, 2012, Peter Camesasca of Peter Camesasca Advocaat BVBA last accessed the Data Room.  On December 29, 2012, Julie Vandenbussche of Peter Camesasca Advocaat BVBA last accessed the Data Room.

On December 26, 2012, Mark English of Shearman & Sterling last accessed the Data Room.  On December 27, 2012, Marixenia Davilla of Shearman & Sterling last accessed the Data Room.  On January 7, 2013, Collette Rawnsley of Shearman & Sterling last accessed the Data Room.

We have no record of anyone else having accessed the Data Room.

Apart from the above, and based on available information, no information from the Teece report regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or cited in any motion or brief filed and prepared by Clifford Chance nor was the information otherwise used by Clifford Chance.