# Exhibit 12

**Allen & Overy**

On May 1, 2012, Laetitia Benard and Samsung_team@AllenOvery.com received an email from Helen Hopson of Bristows LLP, attaching a document containing comments on a French pleading in which the incompletely redacted Teece report was embedded as a pdf.  Allen & Overy is unable to confirm the membership of the Samsung_team@AllenOvery.com at the time the email was received, but Allen & Overy employees are the only people who receive emails sent to this address.  At the time the email was received (i.e. on May 1, 2012), the membership of the list was likely the following:  Alexandra Abello (associate), Frédéric Chevallier (associate), Benjamin Goldenberg (associate), Elodie Govare (associate), Olivia Klimis (associate), Thierry Lautier  (associate), Emma Leguillon (associate), Renaud Maillard  (associate at the time of the email – has left the firm since then), David Por (partner, associate at the time of the email), Vanessa Rieu (associate at the time of the email – has left the firm since then), Alexandre Rudoni (counsel), Diane Souffront-Vendeuvre  (associate), Michel Struys (partner), Alexis Valot (associate), Florence Archambault de Beaune (paralegal) and Charlotte Gerrish (paralegal).  The French pleading and redacted Teece report were filed in Allen & Overy's document management system.  According to the audit history of the document from the document management system, the report was accessed by an Allen and Overy associate, Benjamin Goldenberg, on May 2, 2012 (who was in charge of filing the documents received into the document management system).   Although Allen & Overy is not able to track the full history of emails that are not embedded in its document management system, Allen & Overy believes that only its employees had access to any emails transmitting the incompletely redacted Teece report.

Allen & Overy received a July 4, 2012 email from Thomas Vinje (CC) to DG COMP, submitting the Teece report as Annex 6 to a supplemental factual paper.  Mr. Vinje's email was sent to the DG COMP Greffe (a generic mail address for submissions to DG COMP); the following EU personnel:  Linsey McCallum, Nick Banasevic; and copied to Cecilio Madero, Theofanis Christoforou, Carles Esteva Mosso, Guillaume Loriot, and Thomas Kramler; Michel Petite of Clifford Chance; Michel Struys of Allen & Overy; and Peter Camesasca of Peter Camesasca Advocaat BVBA.  Allen & Overy believes that only its employees had access to this email.

Allen & Overy received a June 27, 2012 email from Helen Hopson attaching the incompletely redacted Teece Report.  It was sent to Michel Struys and Charles Pommies of Allen & Overy; Cristina Caffara, Gregor Langus, and Damien Neven of Charles River Associates; Thomas Vinje, Ashwin van Rooijen, Dieter Paemen, and Michel Petite of Clifford Chance; Peter Camesasca of Peter Camesasca Advocaat BVBA; and Sunny Cho, Jinho Park, Sanghoon Park and Ief Daems of Samsung.  Allen & Overy believes that only its employees had access to this email.

No information from the incompletely redacted Teece report regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or with any motion or filing by Allen & Overy nor was the information otherwise used by Allen & Overy.