# Exhibit 13

**Williams & Connolly:** Williams & Connolly LLP received a redacted version of the March 22, 2012 Teece Report as part of a document-collection protocol undertaken during the firm's representation of Samsung in another matter. The redacted document is an attachment to an e-mail from Nathan Capone at Bristows LLP, on May 16, 2013 at 12:12 pm. The e-mail was sent to Williams & Connolly attorney Amelia Ashton; and copied Williams & Connolly attorneys Samuel Davidoff and Cadence Mertz, as well as Bristows attorneys Helen Hopson and Amy Cullen. The e-mail was forwarded to Williams & Connolly paralegals Stacie Hauza and Jessica Seedyke on May 20, 2013 at 12:10 pm. The document in question was then uploaded to Williams & Connolly's internal document review database, where it was subsequently viewed by Amelia Ashton, Cadence Mertz, Stacie Hauza, Litigation Support Project Managers Carl Schimke and Shannon Johnson, and Agency Contract Attorney Stephanie Yost. The document was also saved to the Williams & Connolly network drive.

On June 19, 2013, two identical copies of the redacted Teece Report were e-mailed from Williams & Connolly back to Nathan Capone of Bristows by Amelia Ashton, copying Samuel Davidoff, and Cadence Mertz of Williams & Connolly and Helen Hopson of Bristows.

On July 3, 2013 Nathan Capone sent one copy of the Teece Report via an e-mail containing a link to a File Transfer Protocol ("FTP") on which that document resided with a number of other documents. The email was sent to Amelia Ashton and Cadence Mertz; it copied Samuel Davidoff, and Bristows attorneys Helen Hopson, and Pat Treacy. The e-mail was subsequently sent on to Stacie Hauza, Jessica Seedyke and to Williams & Connolly Legal Secretary Mashawn VanHoose. The document in question was subsequently downloaded from the FTP site, along with others, and saved to Williams & Connolly's network drive.

On February 1, 2013, Thomas Pease of Quinn Emanuel emailed a copy of the incompletely redacted Teece report to Ari Zymelman and Kevin Hardy of Williams & Connolly.

This information was derived by reviewing sent and received e-mails and the document review database within the Williams & Connolly system. This review was necessarily limited by the fact that the e-mail program automatically deletes sent mail after 30 days and by the fact that the document review program reveals only those persons who alter the "tag" associated with a document, and not all those who view it. Regardless, there is no indication that this document was ever provided to anyone outside of Williams & Connolly other than the counsel mentioned above.

Samuel Davidoff, Kevin Hardy, Ari Zymelman, Cadence Mertz, and Amelia Ashton have signed the Protective Order in the 337-ITC-862 Investigation in which an unredacted copy of the Teece report has been produced. Mr. Davidoff signed the Protective Order on March 11, 2013. Mr. Hardy signed the Protective Order on April 8, 2013. Mr. Zymelman signed the Protective Order on April 8, 2013. Ms. Mertz signed the Protective Order on June 7, 2013. Ms. Ashton signed the Protective Order on July 31, 2013.

No information from the Teece report regarding the terms, including financial terms, of the Apple-Nokia license was included in or with any motion or filing nor was the information otherwise used by Williams & Connolly.

02198.51855/5570975.1