# Exhibit 16

| | |
|---|---|
| **From:** | 강인동 [indong@samsung.com] |
| **Sent:** | Monday, March 25, 2013 11:41 PM |
| **To:** | 안승호 부사장 IP센터 삼성전자; 곽진환 상무 라이센싱1그룹(IP) 삼성전자 |
| **Subject:** | |
| **Attachments:** | 5224213_10_ITC 794 Resp re FRAND.DOC |

Privileged and Confidential

Attorney-Client Communication and Attorney Work Product



CONFIDENTIAL AND ATTORNEY-CLIENT PRIVILEGED INFORMATION:
The enclosed message and any attachments are intended for the addressee only and may be confidential and protected by attorney-client privilege. If you are not the addressee or have received the message in error, please reply to the sender and delete it. Thank you.

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

1

CONFIDENTIAL BUSINESS INFORMATION                                          SAMNDCA-Z0000122