# Exhibit 17

**Englund, Jason**

| | |
|---|---|
| **From:** | Robert Becher <robertbecher@quinnemanuel.com> |
| **Sent:** | Sunday, October 13, 2013 7:58 PM |
| **To:** | Allen, Randall; 'Mueller, Joseph'; mark.selwyn@wilmerhale.com |
| **Cc:** | Susan R. Estrich; Flinn, Pat; Koppelman, Ryan; Miller, Parker |
| **Subject:** | RE: Letter |

Pat/Ryan/Parker/Joe:

Dr. Ahn is confirmed for deposition on October 17 at our office in Los Angeles. We will get back to you regarding Mr. Kwak.

Separately, we asked you late last night if you objected if we produced to Nokia the redacted documents we provided to you via FTP. We are now preparing additional documents for production too. We need confirmation from Apple that it will not argue that the production to Nokia of the documents produced last night, other documents containing the inadvertent disclosures or other documents responsive to the Court's order is a violation of any protective order or confidentiality obligation. We also need confirmation from Nokia that it too will not claim that the production of any documents containing the inadvertent disclosures or other responsive documents to Apple is a violation of any protective order or confidentiality obligations. Please provide this confirmation immediately to avoid delays in production.

Regards, Rob

**From:** Allen, Randall [mailto:Randall.Allen@alston.com]
**Sent:** Sunday, October 13, 2013 4:09 AM
**To:** Robert Becher; 'Mueller, Joseph'; mark.selwyn@wilmerhale.com
**Cc:** Susan R. Estrich; Flinn, Pat; Koppelman, Ryan; Miller, Parker
**Subject:** RE: Letter

All- I am traveling this week and will not be attending the depositions. Please copy Pat Flinn, Ryan Koppelman and Parker Miller on any correspondence related to this matter. Their email addresses are above.

Thank you in advance for your assistance.
Randall

**From:** Robert Becher [mailto:robertbecher@quinnemanuel.com]
**Sent:** Sunday, October 13, 2013 2:02 AM
**To:** 'Mueller, Joseph'; Allen, Randall
**Cc:** Susan R. Estrich
**Subject:** Letter

Please see attached.

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified

that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.