# Exhibit 18

# Englund, Jason

| | |
|---|---|
| **From:** | Dan Posner <danposner@quinnemanuel.com> |
| **Sent:** | Monday, October 14, 2013 3:10 PM |
| **To:** | Koppelman, Ryan; Robert Becher; Allen, Randall; Joseph.Mueller@wilmerhale.com; mark.selwyn@wilmerhale.com |
| **Cc:** | Susan R. Estrich; Flinn, Pat; Miller, Parker; Michael T Zeller |
| **Subject:** | RE: Letter |

Ryan,

I am responding to your email on behalf of Rob.

We will respond to your letter regarding the stipulation under separate cover.

Regarding Samsung's document production, it is not our position that every document that may be responsive to Judge Grewal's Order requires Apple's consent before it can be disclosed to Nokia.  However, certain documents do require Apple's consent because Apple contends they contain non-Nokia confidential information.  As to those documents, Apple has not authorized Samsung to produce them to Nokia without redactions. Thus, unless we hear otherwise from Apple, we will produce these documents to Nokia with redactions.  Please let us know immediately if Nokia objects to Samsung's production of these documents to Nokia with redactions, and if so, on what basis.

Thanks,

Dan

-----Original Message-----
From: Koppelman, Ryan [mailto:Ryan.Koppelman@alston.com]
Sent: Monday, October 14, 2013 12:41 PM
To: Koppelman, Ryan; Robert Becher; Allen, Randall; Joseph.Mueller@wilmerhale.com; mark.selwyn@wilmerhale.com
Cc: Susan R. Estrich; Flinn, Pat; Miller, Parker
Subject: RE: Letter

Rob: We are still waiting for a production of Samsung's documents, a response to my question below, and a response to my letter from yesterday regarding the information you agreed to provide under the stipulated order. When can we expect these things?

Ryan W. Koppelman - Partner, IP Litigation Alston & Bird LLP -  (650) 838-2009

Sent from my Nokia Lumia 920 Windows Phone _____
From: Koppelman, Ryan<mailto:Ryan.Koppelman@alston.com>
Sent: 10/14/2013 9:27 AM
To: Robert Becher<mailto:robertbecher@quinnemanuel.com>; Allen, Randall<mailto:Randall.Allen@alston.com>; Joseph.Mueller@wilmerhale.com<mailto:Joseph.Mueller@wilmerhale.com>; mark.selwyn@wilmerhale.com<mailto:mark.selwyn@wilmerhale.com>
Cc: Susan R. Estrich<mailto:susanestrich@quinnemanuel.com>; Flinn, Pat<mailto:Patrick.Flinn@alston.com>; Miller, Parker<mailto:Parker.Miller@alston.com>
Subject: RE: Letter

Yes. I have not been able to reach them yet. Please respond to my question.

1

Ryan W. Koppelman - Partner, IP Litigation Alston & Bird LLP -  (650) 838-2009

Sent from my Nokia Lumia 920 Windows Phone _____
From: Robert Becher<mailto:robertbecher@quinnemanuel.com>
Sent: 10/14/2013 9:25 AM
To: Robert Becher<mailto:robertbecher@quinnemanuel.com>; Allen, Randall<mailto:Randall.Allen@alston.com>; Joseph.Mueller@wilmerhale.com<mailto:Joseph.Mueller@wilmerhale.com>; mark.selwyn@wilmerhale.com<mailto:mark.selwyn@wilmerhale.com>; Koppelman, Ryan<mailto:Ryan.Koppelman@alston.com>
Cc: Susan R. Estrich<mailto:susanestrich@quinnemanuel.com>; Flinn, Pat<mailto:Patrick.Flinn@alston.com>; Miller, Parker<mailto:Parker.Miller@alston.com>
Subject: RE: Letter

Have you contacted Apple?

-----Original Message-----
From: Koppelman, Ryan [Ryan.Koppelman@alston.com]
Received: Monday, 14 Oct 2013, 9:22am
To: Robert Becher [robertbecher@quinnemanuel.com]; Allen, Randall [Randall.Allen@alston.com]; Joseph.Mueller@wilmerhale.com [Joseph.Mueller@wilmerhale.com]; mark.selwyn@wilmerhale.com [mark.selwyn@wilmerhale.com]
CC: Susan R. Estrich [susanestrich@quinnemanuel.com]; Flinn, Pat [Patrick.Flinn@alston.com]; Miller, Parker [Parker.Miller@alston.com]
Subject: RE: Letter

Rob,

Nokia can only do so much here. We see no reason you cannot give us what you can now. To be clear, are you representing that every Samsung document that you intend to produce to Nokia requires Apple's consent for you to produce it to Nokia?

Ryan

Ryan W. Koppelman - Partner, IP Litigation Alston & Bird LLP -  (650) 838-2009

Sent from my Nokia Lumia 920 Windows Phone _____
From: Robert Becher<mailto:robertbecher@quinnemanuel.com>
Sent: 10/14/2013 9:03 AM
To: Robert Becher<mailto:robertbecher@quinnemanuel.com>; Allen, Randall<mailto:Randall.Allen@alston.com>; Joseph.Mueller@wilmerhale.com<mailto:Joseph.Mueller@wilmerhale.com>; mark.selwyn@wilmerhale.com<mailto:mark.selwyn@wilmerhale.com>; Koppelman, Ryan<mailto:Ryan.Koppelman@alston.com>
Cc: Susan R. Estrich<mailto:susanestrich@quinnemanuel.com>; Flinn, Pat<mailto:Patrick.Flinn@alston.com>; Miller, Parker<mailto:Parker.Miller@alston.com>
Subject: RE: Letter

I need a response from Apple to my below email. Please call them.

-----Original Message-----
From: Koppelman, Ryan [Ryan.Koppelman@alston.com]
Received: Monday, 14 Oct 2013, 9:00am

To: Robert Becher [robertbecher@quinnemanuel.com]; Allen, Randall [Randall.Allen@alston.com]; 'Mueller, Joseph' [Joseph.Mueller@wilmerhale.com]; 'mark.selwyn@wilmerhale.com' [mark.selwyn@wilmerhale.com]
CC: Susan R. Estrich [susanestrich@quinnemanuel.com]; Flinn, Pat [Patrick.Flinn@alston.com]; Miller, Parker [Parker.Miller@alston.com]
Subject: RE: Letter

Rob,

We need your FTP information immediately without further delay, so we can download your document production. You are further prejudicing our ability to take the depositions this week.

Ryan

Ryan W. Koppelman - Partner, IP Litigation Alston & Bird LLP -  (650) 838-2009

Sent from my Nokia Lumia 920 Windows Phone _____
From: Robert Becher<mailto:robertbecher@quinnemanuel.com>
Sent: 10/14/2013 7:51 AM
To: Robert Becher<mailto:robertbecher@quinnemanuel.com>; Allen, Randall<mailto:Randall.Allen@alston.com>; 'Mueller, Joseph'<mailto:Joseph.Mueller@wilmerhale.com>; 'mark.selwyn@wilmerhale.com'<mailto:mark.selwyn@wilmerhale.com>
Cc: Susan R. Estrich<mailto:susanestrich@quinnemanuel.com>; Flinn, Pat<mailto:Patrick.Flinn@alston.com>; Koppelman, Ryan<mailto:Ryan.Koppelman@alston.com>; Miller, Parker<mailto:Parker.Miller@alston.com>
Subject: RE: Letter

Please see attached.

From: Robert Becher
Sent: Sunday, October 13, 2013 7:58 PM
To: Allen, Randall; 'Mueller, Joseph'; mark.selwyn@wilmerhale.com<mailto:mark.selwyn@wilmerhale.com>
Cc: Susan R. Estrich; Flinn, Pat; Koppelman, Ryan; Miller, Parker
Subject: RE: Letter

Pat/Ryan/Parker/Joe:

Dr. Ahn is confirmed for deposition on October 17 at our office in Los Angeles.  We will get back to you regarding Mr. Kwak.

Separately, we asked you late last night if you objected if we produced to Nokia the redacted documents we provided to you via FTP.  We are now preparing additional documents for production too.  We need confirmation from Apple that it will not argue that the production to Nokia of the documents produced last night, other documents containing the inadvertent disclosures or other documents responsive to the Court's order is a violation of any protective order or confidentiality obligation.  We also need confirmation from Nokia that it too will not claim that the production of any documents containing the inadvertent disclosures or other responsive documents to Apple is a violation of any protective order or confidentiality obligations.  Please provide this confirmation immediately to avoid delays in production.

Regards, Rob

From: Allen, Randall [mailto:Randall.Allen@alston.com]
Sent: Sunday, October 13, 2013 4:09 AM
To: Robert Becher; 'Mueller, Joseph'; mark.selwyn@wilmerhale.com<mailto:mark.selwyn@wilmerhale.com>

3

Cc: Susan R. Estrich; Flinn, Pat; Koppelman, Ryan; Miller, Parker
Subject: RE: Letter

All- I am traveling this week and will not be attending the depositions.  Please copy Pat Flinn, Ryan Koppelman and Parker Miller on any correspondence related to this matter. Their email addresses are above.

Thank you in advance for your assistance.
Randall

From: Robert Becher [mailto:robertbecher@quinnemanuel.com]
Sent: Sunday, October 13, 2013 2:02 AM
To: 'Mueller, Joseph'; Allen, Randall
Cc: Susan R. Estrich
Subject: Letter

Please see attached.


_____
NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.