# Exhibit 19

**Englund, Jason**

| | |
|---|---|
| **From:** | Dan Posner <danposner@quinnemanuel.com> |
| **Sent:** | Monday, October 14, 2013 9:13 PM |
| **To:** | Koppelman, Ryan; Allen, Randall; Flinn, Pat; Miller, Parker |
| **Cc:** | Peter Klivans; Randa Osman |
| **Subject:** | RE: FTP |

Ryan, the documents available on this ftp site are documents that Apple has authorized Nokia to review without redactions.  We have produced additional documents to Apple and are waiting for its authorization that we may produce those documents to Nokia, either with or without redactions.  Please contact Apple if you would like further information about the status of that process.

Thanks,

Dan

**From:** Robert Becher
**Sent:** Monday, October 14, 2013 9:02 PM
**To:** 'Koppelman, Ryan'; 'Allen, Randall'; Flinn, Pat; Miller, Parker
**Cc:** Dan Posner; Peter Klivans; Randa Osman
**Subject:** FTP

Ryan:

Below are FTP instructions.  A further explanation will follow.

Regards, Rob

FTP Account Information:

Access via web browser:     http://webftp.quinnemanuel.com

Access via FTP client software:     ftp.quinnemanuel.com

FTP Username:     ftp797

FTP Password:     3F91lc3J