# Exhibit 20

# Englund, Jason

| | |
|---|---|
| **From:** | Robert Becher <robertbecher@quinnemanuel.com> |
| **Sent:** | Tuesday, October 15, 2013 11:43 PM |
| **To:** | Koppelman, Ryan; Flinn, Pat; Miller, Parker |
| **Cc:** | Peter Klivans |
| **Subject:** | Nokia |

Ryan,

We have received confirmation from Apple that certain documents may be shared with Nokia.  We have placed them on the below FTP site.  These documents are being provided to Nokia's outside counsel with the understanding that the confidentiality designations on them will be otherwise maintained and that they will not be provided directly to Nokia, nor anyone else other than Nokia's outside counsel.

Among the documents included on the FTP is Samsung's April 3, 2013 submission to the ITC.  This document appeared twice in the production, at SAMNDCA-Z0000226 and SAMNDCA-Z0000458.   The FTP contains a single redacted version for both produced copies.

We will also not be providing multiple copies of the small number of attachments that appear repeatedly in redacted form throughout the production.  For this and any other attachments that are redacted, we will provide an exemplar version and a chart showing every place such documents appear in the main production.

We will provide the remainder of the documents once we receive confirmation from Apple.

Regards,
Rob

```
FTP Account Information:

Access via web browser:     http://webftp.quinnemanuel.com

Access via FTP client software:    ftp.quinnemanuel.com

FTP Username:    ftp797

FTP Password:    3F91lc3J
```