# Exhibit 21

**From:** Jaehawk Lee [jaehawk.lee@samsung.com]

**Sent:** Monday, March 25, 2013 12:40 AM

**To:** 곽현선 E5(책임) 기술분석3그룹(IP) 삼성전자; 김양선 E5(책임) 기술분석3그룹(IP) 삼성전자; 박재현 E5(책임) 기술분석3그룹(IP) 삼성전자; 오승균 E5(책임) 기술분석3그룹(IP) 삼성전자; 이성호 E5(책임) 기술분석3그룹(IP) 삼성전자; 이수열 E5(책임) 기술분석3그룹(IP) 삼성전자; 김태은 E4(선임) 기술분석3그룹(IP) 삼성전자; 이재혁 E6(수석) 기술분석3그룹(IP) 삼성전자; 김태석 E6(수석) 기술분석3그룹(IP) 삼성전자

**Subject:** Fwd:█████████████████████

**Attachments:** 5224213_10_ITC 794 Resp re FRAND.DOC

Confidential and Privileged

████████████████████████████████████████████████

------- **Original Message** -------

**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>

**Date** : 2013-03-23 13:48 (GMT+09:00)

**Title** :██████████████████████████████

**To** : 강호진<anthony.k@samsung.com>

**Cc** : 안승호<s.ahn@samsung.com> 강기중<kijoong.kang@samsung.com> 지재완<jchi@samsung.com> 이인정<injung.lee@samsung.com> 정민형<minh.chung@samsung.com> 김성윤<brians.kim@samsung.com> 강마이클<michael.kang@samsung.com> 장호식<hosikjang@samsung.com> 'Cindi Moreland'<cmoreland@sta.samsung.com> 진범준<bj.jin@samsung.com> 유병호<beyong.yuu@samsung.com> 민병건<byungun.min@samsung.com> 김병식<byungsik.kim@samsung.com> 안천우<cw.ahn@samsung.com> 고다니엘<daniel.ko@samsung.com> 심우섭<daniel.shim@samsung.com> 차정훈<eric43.cha@samsung.com> 김은하<ehkim@samsung.com> 강한길<hankil.kang@samsung.com> 권홍주<heungju.kwon@samsung.com> 장호진<hojin.chang@samsung.com> 이호신<lee.hoshin@samsung.com> 배일만<ilman.bae@samsung.com> 곽진환<jhkwak@samsung.com> 김재환<jae.h.kim@samsung.com> 김재형<jhg.kim@samsung.com> 박제현<jhyun75.park@samsung.com> 박재일<jae-il.park@samsung.com> 신민재<james1.shin@samsung.com> Jeff Myung<jeff.myung@samsung.com> 김선미<jena.kim@partner.samsung.com> 'Johnda Crites'<j.crites@sta.samsung.com> 김종희<kjh8941@samsung.com> Julie Han<julie.han@samsung.com> 박준홍<jun2hong.park@samsung.com> 이규혁<khlee1221@samsung.com> Kenneth Korea<ken.korea@samsung.com> 'Megan Drahos'<mdrahos@sea.samsung.com> 'Michelangelo Troisi'<mtroisi@sea.samsung.com> Michelle Yang<m1.yang@samsung.com>

1

리차드<richard.an@samsung.com> 'Richard Rosalez'<r.rosalez@sta.samsung.com>
김우선<rosa.w.kim@samsung.com> 진상훈<sanghoon78.jin@samsung.com>
정세진<br1321.chung@samsung.com> 김성우<clayton.kim@samsung.com>
이세혁<jaehawk.lee@samsung.com> 이수진<sooj.lee@samsung.com>
배성철<sam.bae@samsung.com> 이성호<sung-ho.lee@samsung.com>
박원석<nyquist@samsung.com> 김원선<w_sun.kim@samsung.com> 'Yeowan
Youn'<yeowanyoun@sea.samsung.com> 장영규<iamiskra@samsung.com>
김영호<yh1025.kim@samsung.com> 임영조<youngjo.lim@samsung.com>
이영순<ameth.lee@samsung.com> 강윤희<yunhee3.kang@samsung.com> Karin
Norton<k.norton@samsung.com> Samsung ITC<SamsungITC@quinnemanuel.com>

PRIVILEGED AND CONFIDENTIAL





3

CONFIDENTIAL BUSINESS INFORMATION

SAMNDCA-Z0000003

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

CONFIDENTIAL BUSINESS INFORMATION

SAMNDCA-Z0000004

| | |
|---|---|
| **From:** | HOJIN CHANG [hojin.chang@samsung.com] |
| **Sent:** | Thursday, March 28, 2013 7:53 AM |
| **To:** | 장호진 책임변호사 라이센싱1그룹(IP) 삼성전자; Donovan, Edward C.; 김태형 책임변호사 라이센싱2그룹(IP) 삼성전자; McKeon@fr.com; Selendy, Jennifer M. |
| **Cc:** | 강호진 . Washington IP Office 삼성전자; 이인정 전무 IP법무1그룹(IP) 삼성전자; 김성윤 상무 IP법무2그룹(IP) 삼성전자; 강마이클 수석변호사 IP법무1그룹(IP) 삼성전자; 고다니엘 수석변호사 라이센싱1그룹(IP) 삼성전자; 심우섭 수석변호사 IP법무2그룹(IP) 삼성전자; 차정훈 책임변호사 IP법무2그룹(IP) 삼성전자; 권흥주 E6(수석) 라이센싱1그룹(IP) 삼성전자; 곽진환 상무 라이센싱1그룹(IP) 삼성전자; 김재형 E5(책임) 라이센싱1그룹(IP) 삼성전자; 박재일 선임변호사 IP법무1그룹(IP) 삼성전자; 신민재 책임변호사 IP법무1그룹(IP) 삼성전자; **Kenneth Korea** . 산호세사무소(IP) 삼성전자; 리차드 책임변호사 IP법무1그룹(IP) 삼성전자; 김우선 수석변호사 IP법무1그룹(IP) 삼성전자; 김성우 E6(수석) 사업운영그룹(무선) 삼성전자; 이수진 E6(수석) IP법무1그룹(IP) 삼성전자; 박원석 E5(책임) 매입2그룹(IP) 삼성전자; 김원선 E4(선임) 라이센싱1그룹(IP) 삼성전자; 임영조 E6(수석) IP법무1그룹(IP) 삼성전자; 강윤희 선임변호사 IP법무1그룹(IP) 삼성전자; **Karin Norton** . 워싱턴사무소(IP) 삼성전자; 심제이 전무 라이센싱2그룹(IP) 삼성전자; 강인동 E6(수석) 라이센싱1그룹(IP) 삼성전자; 이준원 **E6(수석)** 라이센싱1그룹(IP) 삼성전자; 권혁선 E5(책임) 라이센싱2그룹(IP) 삼성전자; Arovas, Greg; rbc@fr.com |
| **Subject:** | Fwd: Re: RE█████████ |
| **Attachments:** | 130327 Revised ITC FRAND Answer ████████████ 5224213_17_ITC 794 Resp re FRAND.DOC |

## Confidential, Attorney-Client Privileged



1



**From:** Thomas Pease [mailto:thomaspease@quinnemanuel.com]
**Sent:** Thursday, March 28, 2013 4:04 PM
**To:** 'hojin.chang@samsung.com'
**Cc:** '강호진'; '이인정'; '김성윤'; '강마이클'; '고다니엘'; '심우섭'; '차정훈'; '권흥주'; '곽진환'; '김재형'; '박재일'; '신민재'; 'Kenneth Korea'; '리차드'; '김우선'; '김성우'; '이수진'; '박원석'; '김원선'; '임영조'; '강윤희'; 'Karin Norton'; Samsung FRAND; '김태형'; '심제이'; '강인동'; '이준원'; '권혁선'; Alan Whitehurst; Alex Lasher; Marissa Ducca
**Subject:**



------- **Original Message** -------

**Sender** : HOJIN CHANG<hojin.chang@samsung.com> Senior Legal Counsel/Licensing Group 1/Samsung Electronics

**Date** : 2013-03-27 17:54 (GMT+09:00)

**Title** : Re: RE: ███████████████████████

**To** : Donovan, Edward C.<edonovan@kirkland.com> 김태형<th5.kim@samsung.com> McKeon@fr.com Selendy, Jennifer M.<jselendy@kirkland.com>

**Cc** : 강호진<anthony.k@samsung.com> 이인정<injung.lee@samsung.com> 김성윤<brians.kim@samsung.com> 강마이클<michael.kang@samsung.com> 고다니엘<daniel.ko@samsung.com> 심우섭<daniel.shim@samsung.com> 차정훈<eric43.cha@samsung.com> 권흥주<heungju.kwon@samsung.com> 곽진환<jhkwak@samsung.com> 김재형<jhg.kim@samsung.com> 박재일<jae-il.park@samsung.com> 신민제<james1.shin@samsung.com> Kenneth Korea<ken.korea@samsung.com> 리차드<richard.an@samsung.com> 김우선<rosa.w.kim@samsung.com> 김성우<clayton.kim@samsung.com> 이수진<sooj.lee@samsung.com> 박원석<nyquist@samsung.com> 김원선<w_sun.kim@samsung.com> 임영조<youngjo.lim@samsung.com> 강윤희<yunhee3.kang@samsung.com> Karin Norton<k.norton@samsung.com> 심제이<jshim@samsung.com> 강인동<indong@samsung.com> 이준원<jnwnlee@samsung.com> 권혁선<hyucksun.kwon@samsung.com> Arovas, Greg<garovas@kirkland.com> rbc@fr.com

**Confidential, Attorney-Client Privileged**



3

CONFIDENTIAL BUSINESS INFORMATION



PRIVILEGED AND CONFIDENTIAL



------- **Original Message** -------

**Sender** : Donovan, Edward C.<edonovan@kirkland.com>

**Date** : 2013-03-27 08:20 (GMT+09:00)

**Title** : RE:

4



**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Tuesday, March 26, 2013 2:46 AM
**To:** *th5.kim@samsung.com; McKeon@fr.com; Donovan, Edward C.; Selendy, Jennifer M.
**Cc:** *hojin.chang@samsung.com; *anthony.k@samsung.com; *injung.lee@samsung.com;
*brians.kim@samsung.com; *michael.kang@samsung.com; 고다니엘; *daniel.shim@samsung.com;
*eric43.cha@samsung.com; 권흥주; *jhkwak@samsung.com; 김재형; 박재일; 신민재; Kenneth Korea;
*richard.an@samsung.com; 김우선; *clayton.kim@samsung.com; *sooj.lee@samsung.com; 박원석; 김원선;
*youngjo.lim@samsung.com; *yunhee3.kang@samsung.com; *k.norton@samsung.com; Samsung ITC;
*jshim@samsung.com; *indong@samsung.com; *jnwnlee@samsung.com; *hyucksun.kwon@samsung.com; Arovas,
Greg; rbc@fr.com
**Subject:** Re: ██████████████████████

PRIVILEGED AND CONFIDENTIAL

------- **Original Message** -------
**Sender** : TAEHYUNG KIM<th5.kim@samsung.com> Senior Legal Counsel/Licensing Group
2/Samsung Electronics
**Date** : 2013-03-25 17:58 (GMT+09:00)

5

**Title** 

PRIVILEGED AND CONFIDENTIAL

------- **Original Message** -------

**Sender** : HOJIN CHANG<hojin.chang@samsung.com> Senior Legal Counsel/Licensing Group 1/Samsung Electronics

**Date** : 2013-03-25 17:31 (GMT+09:00)

**Title** : Re:

PRIVILEGED AND CONFIDENTIAL



------- **Original Message** -------

**Sender** : Thomas Pease<<u>thomaspease@quinnemanuel.com</u>>

**Date** : 2013-03-23 13:48 (GMT+09:00)

**Title** :

PRIVILEGED AND CONFIDENTIAL

7

CONFIDENTIAL BUSINESS INFORMATION                    SAMNDCA-Z0000011



8

CONFIDENTIAL BUSINESS INFORMATION

SAMNDCA-Z0000012



9

CONFIDENTIAL BUSINESS INFORMATION

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여
관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에
포함된 정보의전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지
됩니다.  본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial
technology or privileged and confidential information otherwise protected under applicable law including the
Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution,
copying or use of the information contained in this communication is strictly prohibited. If you have received
this communication in error, please notify the sender by email and delete this communication immediately.



**********************************************************
IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax
advice contained in this communication (including any attachments) was not intended or written to be used, and
cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue
Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute
inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or
Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is
strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately
by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof,
including all attachments.
**********************************************************



CONFIDENTIAL BUSINESS INFORMATION                                                                 SAMNDCA-Z0000014



CONFIDENTIAL BUSINESS INFORMATION                    SAMNDCA-Z0000015

| | |
|---|---|
| **From:** | HOJIN CHANG [hojin.chang@samsung.com] |
| **Sent:** | Monday, April 01, 2013 11:00 AM |
| **To:** | 장호진 책임변호사 라이센싱1그룹(IP) 삼성전자; 심우섭 수석변호사 IP법무2그룹(IP) 삼성전자; Thomas Pease |
| **Cc:** | 강호진 . Washington IP Office 삼성전자; 이인정 전무 IP법무1그룹(IP) 삼성전자; 김성윤 상무 IP법무2그룹(IP) 삼성전자; 강마이클 수석변호사 IP법무1그룹(IP) 삼성전자; 고다니엘 수석변호사 라이센싱1그룹(IP) 삼성전자; 차정훈 책임변호사 IP법무2그룹(IP) 삼성전자; 권흥주 E6(수석) 라이센싱1그룹(IP) 삼성전자; 곽진환 상무 라이센싱1그룹(IP) 삼성전자; 김재형 E5(책임) 라이센싱1그룹(IP) 삼성전자; 박재일 선임변호사 IP법무1그룹(IP) 삼성전자; 신민재 책임변호사 IP법무1그룹(IP) 삼성전자; Kenneth Korea . 산호세사무소(IP) 삼성전자; 리차드 책임변호사 IP법무1그룹(IP) 삼성전자; 김우선 수석변호사 IP법무1그룹(IP) 삼성전자; 김성우 E6(수석) 사업운영그룹(무선) 삼성전자; 이수진 E6(수석) IP법무1그룹(IP) 삼성전자; 박원석 E5(책임) 매입2그룹(IP) 삼성전자; 김원선 E4(선임) 라이센싱1그룹(IP) 삼성전자; 임영조 E6(수석) IP법무1그룹(IP) 삼성전자; 강윤희 선임변호사 IP법무1그룹(IP) 삼성전자; Karin Norton . 워싱턴사무소(IP) 삼성전자; Samsung FRAND; 김태형 책임변호사 라이센싱2그룹(IP) 삼성전자; 심제이 전무 라이센싱2그룹(IP) 삼성전자; 강인동 E6(수석) 라이센싱1그룹(IP) 삼성전자; 이준원 E6(수석) 라이센싱1그룹(IP) 삼성전자; 권혁선 E5(책임) 라이센싱2그룹(IP) 삼성전자; 강기중 부사장 IP법무팀(IP) 삼성전자; Alan Whitehurst; Alex Lasher; Marissa Ducca |
| **Subject:** | Fwd: Re: ▆▆▆▆▆▆▆▆▆▆▆ |
| **Attachments:** | 5234898_6_Samsung Response to Comm Questions SEC comments.doc |

### Confidential, Attorney-Client Privileged



-------- Original Message --------

1

**Sender** : HOJIN CHANG<hojin.chang@samsung.com> Senior Legal Counsel/Licensing Group 1/Samsung Electronics

**Date** : 2013-04-01 18:26 (GMT+09:00)

**Title** : Re: ███████████████████████████

**To** : 심우섭<daniel.shim@samsung.com> Thomas Pease<thomaspease@quinnemanuel.com>

**Cc** : 장호진<hojin.chang@samsung.com> 강호진<anthony.k@samsung.com>
이인정<injung.lee@samsung.com> 김성윤<brians.kim@samsung.com>
강마이클<michael.kang@samsung.com> 고다니엘<daniel.ko@samsung.com>
차정훈<eric43.cha@samsung.com> 권흥주<heungju.kwon@samsung.com>
곽진환<jhkwak@samsung.com> 김재형<jhg.kim@samsung.com> 박제일<jae-il.park@samsung.com> 신민재<james1.shin@samsung.com> Kenneth
Korea<ken.korea@samsung.com> 리차드<richard.an@samsung.com>
김우선<rosa.w.kim@samsung.com> 김성우<clayton.kim@samsung.com>
이수진<sooj.lee@samsung.com> 박원석<nyquist@samsung.com>
김원선<w_sun.kim@samsung.com> 임영조<youngjo.lim@samsung.com>
강윤희<yunhee3.kang@samsung.com> Karin Norton<k.norton@samsung.com> Samsung
FRAND<SamsungFRAND@quinnemanuel.com> 김태형<th5.kim@samsung.com>
심제이<jshim@samsung.com> 강인동<indong@samsung.com> 이준원<jnwnlee@samsung.com>
권혁선<hyucksun.kwon@samsung.com> 강기중<kijoong.kang@samsung.com> Alan
Whitehurst<AlanWhitehurst@quinnemanuel.com> Alex Lasher<AlexLasher@quinnemanuel.com>
Marissa Ducca<marissaducca@quinnemanuel.com>

**Privileged & Confidential**



------- **Original Message** -------

**Sender** : DANIEL W. SHIM<daniel.shim@samsung.com> Senior Legal Counsel/Intellectual Property Legal Group 2/Samsung Electronics

**Date** : 2013-04-01 15:01 (GMT+09:00)

**Title** : ██████████████████████████

2

                                      SAMNDCA-Z0000017

Privileged & Confidential



------- **Original Message** -------

**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>

**Date** : 2013-04-01 09:04 (GMT+09:00)

**Title** : RE: Re: <span style="background:black"> </span>

PRIVILEGED AND CONFIDENTIAL



**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Thursday, March 28, 2013 11:41 PM
**To:** Thomas Pease; 장호진
**Cc:** 강호진; 이인정; 김성윤; 강마이클; 고다니엘; 심우섭; 차정훈; 권홍주; 곽진환; 김재형; 박재일; 신민재; Kenneth Korea; 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; Karin Norton; Samsung FRAND; 김태형; 심제이; 강인동; 이준원; 권혁선; Alan Whitehurst; Alex Lasher; Marissa Ducca
**Subject:** Re: Re: <span style="background:black"> </span>

### Confidential, Attorney-Client Privileged



3



------- **Original Message** -------
**Sender** : Thomas Pease<<u>thomaspease@quinnemanuel.com</u>>
**Date** : 2013-03-29 00:05 (GMT+09:00)
**Title** : Re: █████████████████████



**<u>Confidential, Attorney-Client Privileged</u>**

4

  SAMNDCA-Z0000019



------- **Original Message** -------
**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>
**Date** : 2013-03-28 16:03 (GMT+09:00)
**Title** :

**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Wednesday, March 27, 2013 9:04 PM
**To:** Thomas Pease; 장호진
**Cc:** 강호진; 이인정; 김성윤; 강마이클; 고다니엘; 심우섭; 차정훈; 권흥주; 곽진환; 김재형; 박재일; 신민재; Kenneth Korea; 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; Karin Norton; Samsung FRAND; 김태형; 심제이; 강인동; 이준원; Victoria Maroulis; 권혁선; Alan Whitehurst; Alex Lasher; Marissa Ducca
**Subject:** Re: RE:
Ok.  Thanks.
------- **Original Message** -------
**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>
**Date** : 2013-03-28 08:51 (GMT+09:00)
**Title** : RE:

CONFIDENTIAL BUSINESS INFORMATION                    SAMNDCA-Z0000020

**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Wednesday, March 27, 2013 4:34 AM
**To:** Thomas Pease; 장호진
**Cc:** 강호진; 이인정; 김성윤; 강마이클; 고다니엘; 심우섭; 차정훈; 권흥주; 곽진환; 김재형; 박재일; 신민재; Kenneth Korea; 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; Karin Norton; Samsung FRAND; 김태형; 심제이; 강인동; 이준원; Victoria Maroulis; 권혁선; Alan Whitehurst; Alex Lasher; Marissa Ducca
**Subject:** Re: ███████████████████

PRIVILEGED AND CONFIDENTIAL

------- **Original Message** -------
**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>
**Date** : 2013-03-26 15:19 (GMT+09:00)
**Title** : ████████████████████

PRIVILEGED AND CONFIDENTIAL

CONFIDENTIAL BUSINESS INFORMATION                    SAMNDCA-Z0000021



**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Monday, March 25, 2013 4:32 AM
**To:** Thomas Pease
**Cc:** 강호진; 이인정; 김성윤; 강마이클; 고다니엘; 심우섭; 차정훈; 권흥주; 장호진; 곽진환; 김재형; 박재일; 신민재; **Kenneth Korea;** 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; Karin Norton; **Samsung ITC;** 김태형; 심제이; 강인동; 이준원; Victoria Maroulis; 권혁선
**Subject:** Re: █████████████████████
PRIVILEGED AND CONFIDENTIAL

Dear Tom,

CONFIDENTIAL BUSINESS INFORMATION        SAMNDCA-Z0000022

------- **Original Message** -------

**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>

**Date** : 2013-03-23 13:48 (GMT+09:00)

**Title** :

PRIVILEGED AND CONFIDENTIAL

8

CONFIDENTIAL BUSINESS INFORMATION



CONFIDENTIAL BUSINESS INFORMATION

SAMNDCA-Z0000025



11

CONFIDENTIAL BUSINESS INFORMATION



12

CONFIDENTIAL BUSINESS INFORMATION

**From:** HOJIN CHANG [hojin.chang@samsung.com]
**Sent:** Wednesday, March 27, 2013 8:34 AM
**To:** Thomas Pease; 장호진 책임변호사 라이센싱1그룹(IP) 삼성전자
**Cc:** 강호진 . Washington IP Office 삼성전자; 이인정 전무 IP법무1그룹(IP) 삼성전자; 김성윤 상무 IP법무2그룹(IP) 삼성전자; 강마이클 수석변호사 IP법무1그룹(IP) 삼성전자; 고다니엘 수석변호사 라이센싱1그룹(IP) 삼성전자; 심우섭 수석변호사 IP법무2그룹(IP) 삼성전자; 차정훈 책임변호사 IP법무2그룹(IP) 삼성전자; 권흥주 E6(수석) 라이센싱1그룹(IP) 삼성전자; 곽진환 상무 라이센싱1그룹(IP) 삼성전자; 김재형 E5(책임) 라이센싱1그룹(IP) 삼성전자; 박재일 선임변호사 IP법무1그룹(IP) 삼성전자; 신민재 책임변호사 IP법무1그룹(IP) 삼성전자; Kenneth Korea . 산호세사무소(IP) 삼성전자; 리차드 책임변호사 IP법무1그룹(IP) 삼성전자; 김우선 수석변호사 IP법무1그룹(IP) 삼성전자; 김성우 E6(수석) 사업운영그룹(무선) 삼성전자; 이수진 E6(수석) IP법무1그룹(IP) 삼성전자; 박원석 E5(책임) 매입2그룹(IP) 삼성전자; 김원선 E4(선임) 라이센싱1그룹(IP) 삼성전자; 임영조 E6(수석) IP법무1그룹(IP) 삼성전자; 강윤희 선임변호사 IP법무1그룹(IP) 삼성전자; Karin Norton . 워싱턴사무소(IP) 삼성전자; Samsung FRAND; 김태형 책임변호사 라이센싱2그룹(IP) 삼성전자; 심제이 전무 라이센싱2그룹(IP) 삼성전자; 강인동 E6(수석) 라이센싱1그룹(IP) 삼성전자; 이준원 E6(수석) 라이센싱1그룹(IP) 삼성전자; Victoria Maroulis; 권혁선 E5(책임) 라이센싱2그룹(IP) 삼성전자; Alan Whitehurst; Alex Lasher; Marissa Ducca
**Subject:** Re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Attachments:** 130327 Revised ITC FRAND Answer for Quinn.doc

PRIVILEGED AND CONFIDENTIAL



1



------- **Original Message** -------
**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>
**Date** : 2013-03-26 15:19 (GMT+09:00)
**Title** : 

PRIVILEGED AND CONFIDENTIAL

2

                                                    SAMNDCA-Z0000029



**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Monday, March 25, 2013 4:32 AM
**To:** Thomas Pease
**Cc:** 강호진; 이인정; 김성윤; 강마이클; 고다니엘; 심우섭; 차정훈; 권흥주; 장호진; 곽진환; 김재형; 박재일; 신민재; Kenneth Korea; 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; Karin Norton; Samsung ITC; 김태형; 심제이; 강인동; 이준원; Victoria Maroulis; 권혁선
**Subject:** Re: ███████████████████

PRIVILEGED AND CONFIDENTIAL

------- **Original Message** ------
**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>
**Date** : 2013-03-23 13:48 (GMT+09:00)

3

**Title** : 

PRIVILEGED AND CONFIDENTIAL

4

CONFIDENTIAL BUSINESS INFORMATION

SAMNDCA-Z0000031



CONFIDENTIAL BUSINESS INFORMATION    SAMNDCA-Z0000032



6

CONFIDENTIAL BUSINESS INFORMATION

| From: | Thomas Pease [thomaspease@quinnemanuel.com] |
|---|---|
| Sent: | Saturday, March 23, 2013 4:49 AM |
| To: | 강호진 . Washington IP Office 삼성전자 |
| Cc: | 안승호 부사장 IP센터 삼성전자; 강기종 부사장 IP법무팀(IP) 삼성전자; 지재완 부사장 라이센싱팀(IP) 삼성전자; 이인정 전무 IP법무1그룹(IP) 삼성전자; 정민형 전무 기술분석팀(IP) 삼성전자; 김성윤 상무 IP법무2그룹(IP) 삼성전자; 강마이클 수석변호사 IP법무1그룹(IP) 삼성전자; 장호식 상무 매입1그룹(IP) 삼성전자; 'Cindi Moreland'; 진범준 E5(책임) IP법무1그룹(IP) 삼성전자; 유병호 상무 기술분석3그룹(IP) 삼성전자; 민병건 E5(책임) 기술분석1그룹(IP) 삼성전자; 김병석 E5(책임) 매입1그룹(IP) 삼성전자; 안철우 E6(수석) 기술분석3그룹(IP) 삼성전자; 고다니엘 수석변호사 라이센싱1그룹(IP) 삼성전자; 심우섭 수석변호사 IP법무2그룹(IP) 삼성전자; 차정훈 책임변호사 IP법무2그룹(IP) 삼성전자; 김은하 E6(수석) 산호세사무소(IP) 삼성전자; 강한길 선임변호사 IP법무2그룹(IP) 삼성전자; 권홍주 E6(수석) 라이센싱1그룹(IP) 삼성전자; 장호진 책임변호사 라이센싱1그룹(IP) 삼성전자; 이호신 수석변호사 기술분석3그룹(IP) 삼성전자; 배일만 E6(수석) 기술분석3그룹(IP) 삼성전자; 곽진환 상무 라이센싱1그룹(IP) 삼성전자; 김재환 책임변호사 IP법무2그룹(IP) 삼성전자; 김재형 E5(책임) 라이센싱1그룹(IP) 삼성전자; 박재현 E5(책임) 기술분석3그룹(IP) 삼성전자; 박재일 선임변호사 IP법무1그룹(IP) 삼성전자; 신민재 책임변호사 IP법무1그룹(IP) 삼성전자; Jeff Myung . 산호세사무소(IP) 삼성전자; 김선미 사원 IP법무1그룹(IP) 삼성전자; 'Johnda Crites'; 김종희 E6(수석) 기술분석3그룹(IP) 삼성전자; Julie Han . San Jose IP Office 삼성전자; 박준홍 E5(책임) 기술분석3그룹(IP) 삼성전자; 이규혁 E6(수석) 기술분석3그룹(IP) 삼성전자; Kenneth Korea . 산호세사무소(IP) 삼성전자; 'Megan Drahos'; 'Michelangelo Troisi'; Michelle Yang . San Jose IP Office 삼성전자; 리차드 책임변호사 IP법무1그룹(IP) 삼성전자; 'Richard Rosalez'; 김우선 수석변호사 IP법무1그룹(IP) 삼성전자; 진상훈 E5(책임) 기술분석3그룹(IP) 삼성전자; 정세진 E6(수석) 매입2그룹(IP) 삼성전자; 김성우 E6(수석) 사업운영그룹(무선) 삼성전자; 이재혁 E6(수석) 기술분석3그룹(IP) 삼성전자; 이수진 E6(수석) IP법무1그룹(IP) 삼성전자; 배성철 E5(책임) 기술분석3그룹(IP) 삼성전자; 이성호 E5(책임) 기술분석3그룹(IP) 삼성전자; 박원석 E5(책임) 매입2그룹(IP) 삼성전자; 김원선 E4(선임) 라이센싱1그룹(IP) 삼성전자; 'Yeowan Youn'; 장영규 E5(책임) IP법무1그룹(IP) 삼성전자; 김영호 E5(책임) 기술분석3그룹(IP) 삼성전자; 임영조 E6(수석) IP법무1그룹(IP) 삼성전자; 이영순 E5(책임) 기술분석3그룹(IP) 삼성전자; 강윤희 선임변호사 IP법무1그룹(IP) 삼성전자; Karin Norton . 워싱턴사무소(IP) 삼성전자; Samsung ITC |
| Subject: | ██████████████████ |
| Attachments: | 5224213_10_ITC 794 Resp re FRAND.DOC |

PRIVILEGED AND CONFIDENTIAL

1



CONFIDENTIAL BUSINESS INFORMATION   SAMNDCA-Z0000035



CONFIDENTIAL BUSINESS INFORMATION                         SAMNDCA-Z0000036