# Exhibit 22

| | |
|---|---|
| **From:** | 심우섭 [daniel.shim@samsung.com] |
| **Sent:** | Friday, June 29, 2012 6:56 AM |
| **To:** | 김성우 |
| **Subject:** | Re: Re: Fwd: ██████████████████ |
| **Attachments:** | HIGLY CONFIDENTIAL_Apple-Samsung_Spreadsheet_75914.pdf |

**Privileged & Confidential**





1



SAMNDCA-Z0010491



------- **Original Message** -------

**Sender** : 김성우<<u>clayton.kim@samsung.com</u>> E6(수석)/수석/라이센싱 1 그룹(IP)/삼성전자

**Date** : 2012-06-29 14:03 (GMT+09:00)

**Title** : Re: Fwd:

---원본 메시지---
발신인 : DANIEL W. SHIM
발신일자 : 2012/06/29 13:50 (GMT+09:00)
제목 : Fwd:

**Privileged & Confidential**



SAMNDCA-Z0010492

------- **Original Message** -------

**Sender** : Ruben Ladde<Ruben.Ladde@simmons-simmons.com>

**Date** : 2012-02-23 17:39 (GMT+09:00)

**Title** :



**From:** rutger.kleemans@freshfields.com [mailto:rutger.kleemans@freshfields.com]
**Sent:** donderdag 23 februari 2012 9:20
**To:** j.th.van.walderveen@rechtspraak.nl; e.brinkman@rechtspraak.nl
**Cc:** theo.blomme@freshfields.com; jelle.drok@freshfields.com; p.h.blok@rechtspraak.nl; Mattie de Koning;
a.raghoenandan@rechtspraak.nl; Ruben Ladde; Bas Berghuis
**Subject:** STRIKT VERTROUWELIJK Samsung / Apple VRO procedures met pleidooien in maart en april 2012

STRIKT VERTROUWELIJK

Edelachtbare heren,

Gelieve hierbij aan te treffen de door u verzochte informatie.

Met de meeste hoogachting,

R.M. Kleemans

_____

***Simmons & Simmons was named a top tier law firm in the Financial Times Innovative Lawyers Report 2011 and we were winners in the Dispute Resolution
and Anti-bribery and Corruption categories. We put collaborative relationships and innovation at the heart of how we work.***

This email is sent on behalf of Simmons & Simmons LLP PO Box 79023 1070 NB / Claude Debussylaan 247 1082 MC Amsterdam The Netherlands T +31 20

SAMNDCA-Z0010493

722 2500 F +31 20 722 2599 simmons-simmons.com. Simmons & Simmons LLP is a limited liability partnership registered in England & Wales with number CC352713 and with its registered office at CityPoint, One Ropemaker Street, London EC2Y 9SS, United Kingdom. The word "partner" refers to a member of Simmons & Simmons LLP or an employee or consultant with equivalent standing and qualifications. A list of members and other partners together with their professional qualifications is available for inspection at the above address. The content of this email and any attachments ("the email") is confidential, may be privileged, is subject to copyright and may be read, copied and used only by the intended recipient. If you are not the intended recipient please notify us by return email or telephone and erase all copies and do not disclose the email or any part of it to any person. We monitor email communications through our networks for regulatory compliance purposes and to protect our clients, employees and business.

elexica.com is the award winning online legal resource powered by knowledge from Simmons & Simmons.

Simmons & Simmons is a CarbonNeutral® organisation. Please consider your carbon emissions before you print this email.

상기 메일은 지정된 수신인만을 위한 것이며, 부정경쟁방지 및 영업비밀보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려주시고 본 메일을 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

SAMNDCA-Z0010494