# Exhibit 23

## Summary of Interviews with Recipients of Inadvertent Disclosure Emails Attaching ITC Public Interest Brief

(4)

| Recipient of one or more partially redacted ITC Samsung public interest outline / brief emails from Quinn Emanuel | Recalls receiving or reviewing the email(s)? | Recalls reviewing the attached Samsung public interest outline / brief? | Recalls reviewing any Apple / Nokia license terms within the Samsung public interest outline / brief? | Recalls reviewing any Apple / Sharp, Philips or Ericsson license terms within the Samsung public interest outline / brief? | [For those who forwarded the email(s) to others] Recalls disseminating the Apple / Nokia license terms contained in the Samsung public interest outline / brief any further? | [For those who did not forward the email(s) to others] Recalls disseminating the Apple / Nokia license terms contained in the Samsung public interest outline / brief? | [For those who forwarded the email(s) to others] Recalls disseminating the Apple / Sharp, Philips, or Ericsson license terms contained in the Samsung public interest outline / brief any further? | [For those who did not forward the email(s) to others] Recalls disseminating the Apple / Sharp, Philips, or Ericsson license terms contained in the Samsung public interest outline / brief? | Recalls using the Apple / Nokia license terms within the Samsung public interest outline / brief for any purpose? | Recalls using the Apple / Sharp, Philips or Ericsson license terms within the Samsung public interest outline / brief for any purpose? |
|---|---|---|---|---|---|---|---|---|---|---|
| Anthony Kahng | Yes | Yes | No | No | No | No | No | No | No | No |
| Beomjun Jin | No | No | No | No | No | No | No | No | No | No |
| Beyong Ho Yuu | Yes | No | No | No | No | No | No | No | No | No |
| Brian Kim | Yes | Yes | No | No | No | N/A | No | N/A | No | No |
| Byung-Gun Min | No | No | No | No | No | No | No | No | No | No |
| Byungsik Kim | No | No | No | No | No | No | No | No | No | No |
| Cheolwoo Ahn | No | No | No | No | No | No | No | No | No | No |
| Cindi Moreland | Yes | Yes | No | No | No | No | No | No | No | No |
| Clayton Kim | No | No | No | No | No | No | No | No | No | No |
| Daniel Ko | Yes | Yes | No | No | No | No | No | No | No | No |
| Daniel Laurence Girdwood | Yes | No | No | No | No | No | No | No | No | No |
| Daniel Shim | Yes | Yes | No | No | No | N/A | No | N/A | No | No |
| Eric Cha | Yes | No | No | No | No | No | No | No | No | No |
| Eun Hye Choi | Former employee (as of 10/11/13); unable to reach at last known contact number. | | | | | | | | | |
| Eunha Kim | No | No | No | No | No | No | No | No | No | No |
| Everrette Rett Snotherly | No | No | No | No | No | No | No | No | No | No |
| Hankil Kang | No | No | No | No | No | No | No | No | No | No |
| Heungju Kwon | Yes | Yes | No | No | No | N/A | No | N/A | No | No |
| Hojin Chang | Yes | Yes | No | No | No | N/A | No | N/A | No | No |
| Hoshin Lee | No | No | No | No | No | No | No | No | No | No |
| Hosik Jang | No | No | No | No | No | No | No | No | No | No |
| HyuckSon Kwon | No | No | No | No | No | No | No | No | No | No |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

| Recipient of one or more partially redacted ITC Samsung public interest outline / brief emails from Quinn Emanuel | Recalls receiving or reviewing the email(s)? | Recalls reviewing the attached Samsung public interest outline / brief? | Recalls reviewing any Apple / Nokia license terms within the Samsung public interest outline / brief? | Recalls reviewing any Apple / Sharp, Philips or Ericsson license terms within the Samsung public interest outline / brief? | *[For those who forwarded the email(s) to others]* Recalls disseminating the Apple / Nokia license terms contained in the Samsung public interest outline / brief any further? | *[For those who did not forward the email(s) to others]* Recalls disseminating the Apple / Nokia license terms contained in the Samsung public interest outline / brief?  | *[For those who forwarded the email(s) to others]* Recalls disseminating the Apple / Sharp, Philips, or Ericsson license terms contained in the Samsung public interest outline / brief any further? | *[For those who did not forward the email(s) to others]* Recalls disseminating the Apple / Sharp, Philips, or Ericsson license terms contained in the Samsung public interest outline / brief? | Recalls using the Apple / Nokia license terms within the Samsung public interest outline / brief for any purpose? | Recalls using the Apple / Sharp, Philips or Ericsson license terms within the Samsung public interest outline / brief for any purpose? |
|---|---|---|---|---|---|---|---|---|---|---|
| IlMan Bae | No | No | No | No | No | No | No | No | No | No |
| InDong Kang | No | No | No | No | No | N/A | No | N/A | No | No |
| Injung Lee | Yes | No | No | No | No | No | No | No | No | No |
| Jaehawk Lee | No | No | No | No | No | N/A | No | N/A | No | No |
| JaeHwan Kim | No | No | No | No | No | No | No | No | No | No |
| JaeHyoung Kim | No | No | No | No | No | No | No | No | No | No |
| JaeHyun Park | No | No | No | No | No | No | No | No | No | No |
| Jae-il Park | No | No | No | No | No | No | No | No | No | No |
| Jaewan Chi | No | No | No | No | No | No | No | No | No | No |
| James Kwak | Yes | No | No | No | No | No | No | No | No | No |
| James Shin | Yes | No | No | No | No | No | No | No | No | No |
| Jay Shim | Yes | Yes | No | No | No | No | No | No | No | No |
| Jeff Myung | No | No | No | No | No | No | No | No | No | No |
| Johnda Crites | No | No | No | No | No | No | No | No | No | No |
| Jonghee Kim | No | No | No | No | No | No | No | No | No | No |
| Julie Han | No | No | No | No | No | No | No | No | No | No |
| Jun Won Lee | No | No | No | No | No | No | No | No | No | No |
| JunHong Park | No | No | No | No | No | No | No | No | No | No |
| Karin Norton | Yes | Yes | No | No | No | N/A | No | N/A | No | No |
| Kenneth Korea | No | No | No | No | No | No | No | No | No | No |
| KiJoong Kang | Yes | No | No | No | No | No | No | No | No | No |
| KyuHyuk Lee | No | No | No | No | No | No | No | No | No | No |
| Megan Drahos | No | No | No | No | No | No | No | No | No | No |
| Michael Kang | No | No | No | No | No | No | No | No | No | No |
| Michelangelo Troisi | No | No | No | No | No | No | No | No | No | No |

| Recipient of one or more partially redacted ITC Samsung public interest outline / brief emails from Quinn Emanuel | Recalls receiving or reviewing the email(s)? | Recalls reviewing the attached Samsung public interest outline / brief? | Recalls reviewing any Apple / Nokia license terms within the Samsung public interest outline / brief? | Recalls reviewing any Apple / Sharp, Philips or Ericsson license terms within the Samsung public interest outline / brief? | *[For those who forwarded the email(s) to others]* Recalls disseminating the Apple / Nokia license terms contained in the Samsung public interest outline / brief any further? | *[For those who did not forward the email(s) to others]* Recalls disseminating the Apple / Nokia license terms contained in the Samsung public interest outline / brief?  | *[For those who forwarded the email(s) to others]* Recalls disseminating the Apple / Sharp, Philips, or Ericsson license terms contained in the Samsung public interest outline / brief any further? | *[For those who did not forward the email(s) to others]* Recalls disseminating the Apple / Sharp, Philips, or Ericsson license terms contained in the Samsung public interest outline / brief? | Recalls using the Apple / Nokia license terms within the Samsung public interest outline / brief for any purpose? | Recalls using the Apple / Sharp, Philips or Ericsson license terms within the Samsung public interest outline / brief for any purpose? |
|---|---|---|---|---|---|---|---|---|---|---|
| Michelle Yang | No | No | No | No | No | No | No | No | No | No |
| MinHyung Chung | Yes | No | No | No | No | No | No | No | No | No |
| Richard An | No | No | No | No | No | No | No | No | No | No |
| Richard Rosalez (Rosales) | No | No | No | No | No | No | No | No | No | No |
| Rosa Kim | No | No | No | No | No | No | No | No | No | No |
| SangHoon Jin | No | No | No | No | No | No | No | No | No | No |
| Se-Jin Chung | No | No | No | No | No | No | No | No | No | No |
| Seungho Ahn | No | No | No | No | No | No | No | No | No | No |
| Seungkyun Oh | No | No | No | No | No | No | No | No | No | No |
| Soojin Lee | No | No | No | No | No | No | No | No | No | No |
| SungCheol Bae | Yes | Yes | No | No | No | No | No | No | No | No |
| Sung-Ho Lee | Yes | No | No | No | No | No | No | No | No | No |
| Sunmi Kim | *Former employee (as of 6/14/13); unable to reach at last known contact number.* | | | | | | | | | |
| Suyeul Lee | No | No | No | No | No | No | No | No | No | No |
| Tae Suk Kim | No | No | No | No | No | No | No | No | No | No |
| TaeHyoung Kim | Yes | Yes | No | No | No | No | No | No | No | No |
| Wonsuk Park | Yes | Yes | Yes | No | | | | | No | No |
| Wonsun Kim | No | No | No | No | No | N/A | No | N/A | No | No |
| Yeowan Youn | No | No | No | No | No | No | No | No | No | No |
| Young Kyoo Jang | No | No | No | No | No | No | No | No | No | No |
| Youngho Kim | No | No | No | No | No | No | No | No | No | No |
| Youngjo Lim | No | No | No | No | No | No | No | No | No | No |
| YoungSoon Lee | *Currently on education sabbatical; unable to reach.* | | | | | | | | | |

| Recipient of one or more partially redacted ITC Samsung public interest outline / brief emails from Quinn Emanuel | Recalls receiving or reviewing the email(s)? | Recalls reviewing the attached Samsung public interest outline / brief? | Recalls reviewing any Apple / Nokia license terms within the Samsung public interest outline / brief? | Recalls reviewing any Apple / Sharp, Philips or Ericsson license terms within the Samsung public interest outline / brief? | *[For those who forwarded the email(s) to others]* Recalls disseminating the Apple / Nokia license terms contained in the Samsung public interest outline / brief any further? | *[For those who did not forward the email(s) to others]* Recalls disseminating the Apple / Nokia license terms contained in the Samsung public interest outline / brief? | *[For those who forwarded the email(s) to others]* Recalls disseminating the Apple / Sharp, Philips, or Ericsson license terms contained in the Samsung public interest outline / brief any further? | *[For those who did not forward the email(s) to others]* Recalls disseminating the Apple / Sharp, Philips, or Ericsson license terms contained in the Samsung public interest outline / brief? | Recalls using the Apple / Nokia license terms within the Samsung public interest outline / brief for any purpose? | Recalls using the Apple / Sharp, Philips or Ericsson license terms within the Samsung public interest outline / brief for any purpose? |
|---|---|---|---|---|---|---|---|---|---|---|
| YunHee Kang | No | No | No | No | No | No | No | No | No | No |