# Exhibit 25

**Englund, Jason**

| | |
|---|---|
| **From:** | Robert Becher <robertbecher@quinnemanuel.com> |
| **Sent:** | Sunday, October 20, 2013 11:09 AM |
| **To:** | Allen, Randall |
| **Cc:** | Koppelman, Ryan; Miller, Parker; Flinn, Pat |
| **Subject:** | RE: Samsung |

Randall—The Stipulation does not provide for telephone conferences with Stroz to obtain status updates.  In light of the plain language of the Stipulation, it would be inappropriate for you or attorneys from Alston & Bird LLP to contact Stroz directly.  Given the positions that Apple and Nokia have taken with respect to privilege issues, we cannot facilitate or authorize a call with Stroz.  We will provide information, as appropriate, in our filing on Monday.

As you know, Samsung has now produced documents in response to the Court's order on Apple's motion for sanctions, provided a privilege and redaction log and sent letters addressing whether the law firms that received the inadvertent disclosures used or disseminated the documents containing the inadvertent disclosures or any information contained in the documents regarding Apple's licenses with Nokia, Ericsson, Sharp and Philips.  We believe that these steps fulfill the spirit and substance of the Stipulation between the parties regarding the log.  To the extent you are asking that Stroz provide the log of documents referenced in paragraph 9 of the Stipulation, we do not believe a log is necessary now that nonprivileged documents themselves have been produced and Samsung has served a privilege and redaction log.  If you, however, believe some aspect of the log is required by the Stipulation and is not contained in the information that has already been provided to Nokia as a result of Samsung's compliance with the Court's Order on Apple's motion for sanctions, please let me know and we will consider your request.

Regards, Rob

**From:** Allen, Randall [mailto:Randall.Allen@alston.com]
**Sent:** Saturday, October 19, 2013 6:14 AM
**To:** Robert Becher
**Cc:** Koppelman, Ryan; Miller, Parker; Flinn, Pat
**Subject:** Samsung

Rob,
As you know, we are concerned about the lack of progress on the Stipulated Order.  We would like to arrange a telephone conference with Stroz Friedberg on Sunday or Monday so that the parties will be able to make a full report to Court on the status of Stroz Friedberg's work. Please let us know if you would like to arrange the call.  Otherwise we will reach out to Stroz Friedberg directly.

**Randall L. Allen**
**Alston & Bird LLP**
1201 W. Peachtree St. | Atlanta, Ga. 30309
404.881.7196 – *direct* | 404.253.8473 – *fax*
randall.allen@alston.com

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.