1  RANDALL L. ALLEN (Ca. Bar No. 264067)
   randall.allen@alston.com
2  RYAN W. KOPPELMAN (Ca. Bar No. 290704)
   ryan.koppelman@alston.com
3  ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
4  Menlo Park, CA 94025
   Telephone:    650-838-2000
5  Facsimile:    650-838-2001

6  PATRICK J. FLINN (Ca. Bar No. 104423)
   patrick.flinn@alston.com
7  B. PARKER MILLER (*pro hac vice*)
   parker.miller@alston.com
8  ALSTON & BIRD LLP
   1201 West Peachtree Street
9  Atlanta, GA 30309
   Telephone:    404-881-7000
10 Facsimile:    404-881-7777

11 Attorneys for Non-Party
   NOKIA CORPORATION
12
                   UNITED STATES DISTRICT COURT
13
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN JOSE DIVISION
15

16
17 APPLE, INC., a California corporation,        Case No.:  5:11-CV-01846-LHK (PSG)
                                                            5:12-CV-00630-LHK (PSG)
                   Plaintiff,
18
         v.
19                                               DECLARATION RYAN W.
   SAMSUNG ELECTRONICS CO., LTD., a              KOPPLEMAN IN SUPPORT OF NOKIA
20 Korean corporation, SAMSUNG                   CORPORATION AND NOKIA INC.'S
   ELECTRONICS AMERICA, INC., a New York         EX-PARTE ADMINISTRATIVE
21 corporation; SAMSUNG                          MOTION TO FILE DOCUMENTS
   TELECOMMUNICATIONS AMERICA, LLC,              UNDER SEAL
22 a Delaware limited liability company,
23                 Defendants.
24
25
26
27
28

I, Ryan W. Koppelman, declare as follows:

1.      I am an attorney with the law firm of Alston & Bird LLP, counsel for Non-Party Nokia Corporation in the above-captioned action currently pending in the U.S. District Court for the Northern District of California.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2.      I am a member in good standing of the State Bar of California and am admitted to practice before this Court.

3.      Nokia's Memorandum on Samsung's Protective Order (the "Memorandum") is attached as **Exhibit 1**.  Nokia does not contend that the Memorandum contains any Nokia confidential information, but it contains information which Samsung has designated as "Highly Confidential" pursuant to the Protective Order in this case.

4.      A letter from Robert Becher, attorney for Samsung, to Randall Allen, attorney for Nokia, dated July 16, 2013 is attached as **Exhibit 2**.  This letter addresses disclosures of Nokia's confidential information contained in the Teece Report and specifically lists the confidential terms of Nokia's license with Apple.  To the best of my knowledge, these terms are not publicly available and are highly confidential to Nokia and Apple.  As described in Exhibits 26 to this Declaration, maintaining the confidentiality of licensing information is highly important to Nokia's business.  It is also my understanding that Samsung considers this document confidential as to Samsung.

5.      An attachment to a letter from Robert Becher to Randall Allen, dated August 16, 2013 is attached as **Exhibit 3**.  This letter describes additional disclosures of Nokia's confidential information by Samsung and its outside counsel, Bristows LLP.  It is my understanding that Samsung considers this document confidential as to Samsung.

6.      An email from Eric Wall at Quinn Emanuel, attorney for Samsung, to individuals at Samsung, Bristows, and Quinn Emanuel, attaching the "SAMSA RAND" royalties analysis is attached as **Exhibit 4**.  It is my understanding that Samsung considers this document confidential to Samsung as to Samsung.

7.      Exhibit 3 to the Deposition of Kenneth Korea, taken October 16, 2013, is attached as **Exhibit 5**.  It is my understanding that Samsung considers this document confidential as to Samsung.

8.      A letter from Robert Becher to Mark Selwyn, attorney for Apple, dated August 1, 2013, is attached as **Exhibit 6**.  It is my understanding that Samsung considers this document confidential as to Samsung.

9.      A chronology of disclosures of Nokia's confidential information by Samsung employees and Samsung's outside counsel is attached as **Exhibit 7**.  This chronology contains details on licensing negotiations that are confidential to Nokia.   The chronology also details Samsung's internal communications and communications with outside counsel designated by Samsung as "Highly Confidential."

10.     A partially redacted letter from Robert Becher to William Lee, attorney for Apple, dated August 16, 2013, is attached as **Exhibit 8**.  This letter contains specific terms of Nokia's confidential license with Apple, information highly confidential to Nokia and Apple.  To the best of my knowledge, these terms are not publicly available and are highly confidential to Nokia.  As described in Exhibit 26 to this Declaration, maintaining the confidentiality of licensing information is highly important to Nokia's business.  This letter also details Samsung's internal communications and communications with outside counsel, information previously designated by Samsung as confidential.

11.     An email from Daniel Shim, employee of Samsung, to other Samsung employees, dated May 13, 2013, is attached as **Exhibit 9**.  It is my understanding that Samsung considers this document confidential as to Samsung.

12.     An email from Daniel Shim to Thomas Pease, attorney for Samsung at Quinn Emanuel, dated May 13, 2013, is attached as **Exhibit 10**.  It is my understanding that Samsung considers this document confidential as to Samsung.

13.     An attachment to a letter from Robert Becher to Randall Allen, dated October 16, 2013, is attached as **Exhibit 11**.  This letter describes additional disclosures of Nokia's confidential information by Samsung and its outside counsel, Clifford Chance.  It is my understanding that Samsung considers this document confidential as to Samsung.

DECLARATION RYAN W. KOPPLEMAN IN SUPPORT OF
NOKIA CORPORATION AND NOKIA INC.'S EX-PARTE
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER
SEAL

**3**

CASE NO.:  5:11-CV-01846-LHK (PSG)
5:12-CV-00630-LHK (PSG)

14.     An attachment to a letter from Robert Becher to Randall Allen, dated October 16, 2013, is attached as **Exhibit 12**.  This letter describes additional disclosures of Nokia's confidential information by Samsung and its outside counsel, Allen & Overy.  It is my understanding that Samsung considers this document confidential as to Samsung.

15.     An attachment to a letter from Robert Becher to Randall Allen, dated October 16, 2013, is attached as **Exhibit 13**.  This letter describes additional disclosures of Nokia's confidential information by Samsung and its outside counsel, Williams & Connolly.  It is my understanding that Samsung considers this document confidential as to Samsung.

16.     An email from James Shin of Samsung to several recipients forwarding the "Nokia – Apple License Memo" from Williams & Connolly is attached as **Exhibit 14**.  It is my understanding that Samsung considers this document confidential as to Samsung.

17.     A letter from Robert Becher to Randall Allen, dated July 16, 2013, is attached as **Exhibit 15**.  This letter contains specific terms of Nokia's licensing agreement with Apple, and is therefore highly confidential to both Nokia and Apple.  As described in Exhibit 26 to this Declaration, maintaining the confidentiality of licensing information is highly important to Nokia's business.  It is also my understanding that Samsung considers this document confidential as to Samsung.

18.     An email from Indong Kang of Samsung to Seungho Ahn and James Kwak of Samsung, dated March 25, 2013, is attached as **Exhibit 16**.  It is my understanding that Samsung considers this document confidential as to Samsung.

19.     An email from Robert Becher addressed to Randall Allen, Pat Flinn, and Ryan Koppelman, attorneys for Nokia, and Joseph Mueller, attorney for Apple, dated October 14, 2013 at 7:58 PM, is attached as **Exhibit 17**.  It is my understanding that Samsung may consider this document confidential as to Samsung.

20.     An email from Daniel Posner, attorney for Samsung at Quinn Emanuel, to Ryan Koppelman, dated October 14, 2013 at 3:10 PM, is attached as **Exhibit 18**.  It is my understanding that Samsung may consider this document confidential as to Samsung.

DECLARATION RYAN W. KOPPELMAN IN SUPPORT OF
NOKIA CORPORATION AND NOKIA INC.'S EX-PARTE
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER
SEAL

**4**

CASE NO.:  5:11-CV-01846-LHK (PSG)
5:12-CV-00630-LHK (PSG)

21.     An email from Daniel Posner to Ryan Koppelman, dated October 14, 2013 at 9:13 PM, is attached as **Exhibit 19**.  It is my understanding that Samsung may consider this document confidential as to Samsung.

22.     An email from Robert Becher to Ryan Koppelman, dated October 15, 2013 at 11:43 PM, is attached as **Exhibit 20**.  It is my understanding that Samsung may consider this document confidential as to Samsung.

23.     The first five documents in Samsung's production to Nokia, identified as Bates Numbers SAMNDCA-Z0000001–SAMNDCA-Z0000036, are attached as **Exhibit 21**.  It is my understanding that Samsung considers these documents confidential as to Samsung.

24.     An email from Rutger Kleemans at Fresh Fields to the Netherlands judiciary, dated originally dated February 23, 2012 and forwarded by Daniel Shim on June 29, 2012, is attached as **Exhibit 22**.  It is my understanding that Samsung considers these documents confidential as to Samsung.

25.     Exhibit 4 to the Deposition of Kenneth Korea, a document titled "Summary of Interviews with Recipients of Inadvertent Disclosure Emails Attaching ITC Public Interest Brief," is attached as **Exhibit 23**.  It is my understanding that Samsung considers these documents confidential as to Samsung.

26.     Excerpts from the October 1, 2013 hearing held before United States Magistrate Judge Paul Grewal in *Apple, Inc. v. Samsung Electronics Co., Ltd. et al.*, Case No. 5:11-cv-01846 and 5:12-cv-000630 are attached as **Exhibit 24**. This document is not confidential and is not being filed under seal.

27.     An email from Robert Becher to Randall Allen, dated October 20, 2013 at 11:09 AM, is attached as **Exhibit 25**.  It is my understanding that Samsung may consider this document confidential as to Samsung.

28.     A Declaration of Paul Melin, Vice President, Intellectual Property for Nokia, is attached as **Exhibit 26**.  The Declaration details the importance of licensing information to Nokia and specifically why Nokia considers its licensing information highly confidential. This declaration is not itself confidential and is not being filed under seal.

DECLARATION RYAN W. KOPPELMAN IN SUPPORT OF
NOKIA CORPORATION AND NOKIA INC.'S EX-PARTE
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER
SEAL                                          **5**

CASE NO.:  5:11-CV-01846-LHK (PSG)
5:12-CV-00630-LHK (PSG)

Therefore, Nokia respectfully requests an order granting its Ex-Parte Administrative Motion to Seal.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 21th day of October, 2013, in Menlo Park, California.

/s/ Ryan W. Koppelman

**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025
Telephone:    650-838-2000
Facsimile:    650-838-2001

DECLARATION RYAN W. KOPPLEMAN IN SUPPORT OF
NOKIA CORPORATION AND NOKIA INC.'S EX-PARTE
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER
SEAL

6

CASE NO.:  5:11-CV-01846-LHK (PSG)
5:12-CV-00630-LHK (PSG)