# Exhibit 3

# Filed Under Seal

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-CV-01846-LHK<br><br>**DECLARATION OF ROBERT BECHER PURSUANT TO THE STIPULATION AND ORDER RE MOTION FOR PROTECTIVE ORDER BY NOKIA CORPORATION**<br><br>**<u>HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY</u>** |

1    I, Robert Becher, hereby declare as follows:

2    1.    I make this declaration in response to the Stipulation and Order regarding the

3    Motion for Protective Order by Nokia Corporation dated October 2, 2013.    I have personal

4    knowledge of the facts set forth in this declaration except to the extent stated herein and, if called

5    upon as a witness, I could and would testify to the following facts.

6    2.    I am a partner at Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel").

7    Quinn Emanuel has investigated whether any disclosed information identified in the letters sent to

8    Nokia, through its outside counsel Alston & Bird, on July 16, 2013 and August 1, 2013 has been

9    further disseminated or used by outside law firms and outside lawyers other than Quinn Emanuel.

10    3.    Quinn Emanuel is representing Samsung in multiple U.S. proceedings adverse to

11    Apple, as well as other companies, and in addition acts as coordinating counsel with respect to

12    related actions in both the U.S. and in foreign jurisdictions.    Upon information and belief, Quinn

13    Emanuel attorneys provided the Teece report materials and the ITC public interest materials to

14    other outside counsel representing Samsung for the purpose of consistency among actions

15    involving the assertion of patents declared essential or potentially essential to telecommunications

16    standards.

17    4.    Each of the law firms representing Samsung that may have received a copy of a

18    partially redacted expert report of David Teece or the ITC public interest materials provided

19    detailed information concerning any possible dissemination or use of the inadvertently disclosed

20    information.   The results are summarized below on a firm-by-firm basis based on information and

21    belief.

22    **Sheppard Mullin**

23    5.    Sheppard Mullin has been retained by Samsung to represent it in antitrust matters

24    including litigation between Samsung and Apple in the United States including this court.    On

25    May 16, 2012, Thomas Pease of Quinn Emanuel emailed Mona Solouki of Sheppard Mullin the

26    redacted Teece Report. Ms. Solouki forwarded the email to Sheppard Mullin partner David Garcia

27    on May 16, 2012.    On January 24, 2013, Thomas Pease also emailed the redacted Teece Report

28

to Jennifer Selendy, Michael Becker, and Edward Donovan of Kirkland and Ellis, Gary Halling, David Garcia and Mona Solouki of Sheppard Mullin, copying David Hecht of Quinn Emanuel.

6.    On July 5, 2012, Gary Halling of Sheppard Mullin received a submission containing the incompletely redacted Teece Report from Hojin Chang. Mr. Halling forwarded the email to Mona Solouki, David Garcia, and Leo Caseria of Sheppard Mullin.   Ms. Solouki also forwarded the email to three paralegals at Sheppard Mullin on July 5, 2012, copying Gary Halling and David Garcia, and to the same three paralegals at Sheppard Mullin on July 23, 2012. Sheppard Mullin does not believe that it forwarded any of the emails outside the firm.

7.    Gary Halling, David Garcia, and Mona Solouki from Sheppard Mullin entered notices of appearance in the *Apple v. Samsung*, No. 11-cv-1846-LHK (N.D. Cal.) case on February 12, 2013 and are subject to the protective order in this action.

8.    No information from the Teece Report regarding the terms, including the financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or cited in any motion or filing prepared by Sheppard Mullin and that the information was not otherwise used by Sheppard Mullin.

**Williams & Connolly**

9.    Williams & Connolly is counsel for Samsung in several pending ITC cases including 794 (Apple); 862 (Ericsson); and 868 (Interdigital).   Williams & Connolly received a redacted version of the March 22, 2012 Teece Report as part of a document-collection protocol undertaken during the firm's representation of Samsung in another matter.   The redacted document is an attachment to an e-mail from Nathan Capone at Bristows on May 16, 2013 at 12:12 pm.   The e-mail was sent to Williams & Connolly attorney Amelia Ashton; and copied Williams & Connolly attorneys Samuel Davidoff and Cadence Mertz, as well as Bristows attorneys Helen Hopson and Amy Cullen. The e-mail was forwarded to Williams & Connolly paralegals Stacie Hauza and Jessica Seedyke on May 20, 2013 at 12:10 pm.   The document in question was then uploaded to Williams & Connolly's internal document review database, where it was subsequently viewed by Amelia Ashton, Cadence Mertz, Stacie Hauza, Litigation Support

Project Managers Carl Schimke and Shannon Johnson, and Agency Contract Attorney Stephanie Yost.    The document was also saved to the Williams & Connolly network drive.

10.    On June 19, 2013, two identical copies of the redacted Teece Report were e-mailed from Williams & Connolly back to Nathan Capone of Bristows by Amelia Ashton, copying Samuel Davidoff, and Cadence Mertz of Williams & Connolly and Helen Hopson of Bristows.

11.    On July 3, 2013 Nathan Capone sent one copy of the Teece Report via an e-mail containing a link to a File Transfer Protocol ("FTP") on which that document resided with a number of other documents.    The email was sent to Amelia Ashton and Cadence Mertz; it copied Samuel Davidoff, and Bristows attorneys Helen Hopson, and Pat Treacy.    The e-mail was subsequently sent on to Stacie Hauza, Jessica Seedyke and to Williams & Connolly Legal Secretary Mashawn VanHoose.    Williams & Connolly reports that the document in question was subsequently downloaded from the FTP site, along with others, and saved to Williams & Connolly's network drive.

12.    On February 1, 2013, Thomas Pease of Quinn Emanuel emailed a copy of the incompletely redacted Teece report to Ari Zymelman and Kevin Hardy of Williams & Connolly.

13.    The above information regarding Williams & Connolly was derived by reviewing sent and received e-mails and the document review database within the Williams & Connolly system. This review was necessarily limited by the fact that the e-mail program automatically deletes sent mail after 30 days and by the fact that the document review program reveals only those persons who alter the "tag" associated with a document, and not all those who view it. Regardless, there is no indication that this document was ever provided to anyone outside of Williams & Connolly other than the counsel mentioned above.

14.    Samuel Davidoff, Kevin Hardy, Ari Zymelman, Cadence Mertz, and Amelia Ashton have signed the Protective Order in the 337-ITC-862 Investigation in which an unredacted copy of the Teece report has been produced. Mr. Davidoff signed the Protective Order on March 11, 2013. Mr. Hardy signed the Protective Order on April 8, 2013. Mr. Zymelman signed the Protective Order on April 8, 2013. Ms. Mertz signed the Protective Order on June 7, 2013. Ms. Ashton signed the Protective Order on July 31, 2013.

15.     No information from the Teece report regarding the terms, including financial terms, of the Apple-Nokia license was included in or with any motion or filing and that the information was not otherwise used by Williams & Connolly.

**Fish & Richardson PC**

16.     Fish & Richardson PC is counsel for Samsung in several pending ITC cases including the 862 investigation involving Ericsson.   Fish & Richardson has identified the following emails as being received by Fish & Richardson in connection with its representation of Samsung against Ericsson including defending Samsung in the ITC Investigation styled *Certain Electronic Devices, Including Certain Wireless Communication Devices, Tablet Computers, Media Players, and Televisions, and Components Thereof*, ITC Inv. No. 337-TA-862 ("the ITC 862 Investigation").

17.     Fish & Richardson received a March 26, 2013 email from Hojin Chang of Samsung, attaching a draft outline of Samsung's response to the International Trade Commission's Request for Additional Submissions on Remedy and the Public Interest, sent to TaeHyoung Kim, Hojin Chang, Anthony Kahng, Injung Lee, Brian Kim, Michael Kang, Daniel Ko, Daniel Shim, Eric Cha, Heungju Kwon, James Kwak, JaeHyoung Kim, Jae-il Park, James Shin, Kenneth Korea, Richard An, Rosa Kim, Seongwoo (Clayton) Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim, Yunhee Kang, Karin Norton, Jay Shim, InDong Kang, Jun Won Lee, Hyuckson Kwon of Samsung ("Samsung List B"); as well as to Michael McKeon and Ruffin Cordell of Fish & Richardson P.C.; the following individuals from Kirkland & Ellis, LLP: Ed Donovan, Jennifer Selendy, and Greg Arovas; and the following distribution address at Quinn Emanuel: "Samsung ITC."

18.     The March 26, 2013 email was forward to an email list internal to Fish & Richardson PC that includes the following lawyers affiliated with the firm: Britnee Reamy; Carl Bruce; Linda Kordziel; Linhong Zhang; Michael Tyler; Robert Earle; Thomas H. Reger II.   The March 26, 2013 email was also forwarded to Eckqualyn Hedges (secretary at Fish & Richardson). Other than those noted herein, Fish & Richardson is not aware of anyone else receiving a copy of the March 26, 2013 email.

19.     Fish & Richardson received a March 26, 2013 email from Ed Donovan of Kirkland & Ellis, LLP, attaching comments on the previously identified outline, sent to Samsung List B, as well as to Michael McKeon and Ruffin Cordell of Fish & Richardson P.C.; the following individuals from Kirkland & Ellis, LLP: Jennifer Selendy, and Greg Arovas; and the following distribution address at Quinn Emanuel: "Samsung ITC."     Fish & Richardson is not aware of the March 26, 2013 email being forwarded to anyone else.

20.     Fish & Richardson received a March 28, 2013 email from Hojin Chang of Samsung, that attaches comments on the previously identified outline, sent to Samsung List B, as well as to Michael McKeon and Ruffin Cordell of Fish & Richardson P.C.; and the following individuals from Kirkland & Ellis, LLP: Ed Donovan, Jennifer Selendy, and Greg Arovas.

21.     Fish & Richardson is not aware of the March 28, 2013 email being forwarded to anyone else.

22.     With respect to the attachments identified in the above noted emails, Fish & Richardson has not attached a copy of any of the "attachments" in any filing made in connection with the Samsung/Ericsson litigations or any other litigation or proceeding.     In addition, to the extent the attachments contain confidential information regarding licenses between parties other than Samsung or Ericsson, Fish & Richardson has not used any such information in any court or administrative filing or otherwise.

23.     In addition, with respect to an email dated February 11, 2013 from Jennifer Selendy to Michael McKeon and Linda Kordziel attaching redacted Teece Reports, this email was forwarded to the following lawyers at Fish & Richardson PC: Linhong Zhang; Michael Tyler; Frank Albert, Drew Schoentrup (no longer with Fish & Richardson), and John Kaplan (contract attorney working for Fish & Richardson).

24.     With respect to the production of the Teece Reports in the ITC 862 Investigation, on April 18, 2013, after the grant of a motion to compel filed by Ericsson, Samsung was ordered to produce unredacted versions of the Teece reports and related materials in that case. Quinn Emanuel forwarded versions of the Teece reports that had been redacted for the investigation to Fish & Richardson on April 23, 2013. Fish & Richardson produced those redacted versions of the

1    Teece reports on April 26, 2013, the deadline set by the court order. Quinn Emanuel participated

2    on a discovery committee meeting call on May 2, 2013 with Fish & Richardson, McKool Smith

3    and the OUII Investigative Staff Attorney, Lisa Kattan, to discuss the Teece materials.

4           25.     Fish & Richardson and McKool Smith continued to ask for unredacted versions of

5    the Teece report, pursuant to the court order. On May 7, 2013, Quinn Emanuel (Maxim Price)

6    informed Fish & Richardson that Quinn Emanuel conferred with Ericsson's and Apple's counsel

7    that day. They agreed to give the third parties, including Apple, one more day (until end of day,

8    May 8, 2013) to respond to notices Quinn Emanuel sent to the third parties regarding production

9    of unredacted versions of the Teece reports and related documents. On May 8, 2013, Fish &

10   Richardson received authorization to produce the second round of Teece productions, which

11   included the unredacted Teece reports. On May 10, Fish & Richardson produced the unredacted

12   Teece reports with a CBI header in the ITC 862 Investigation.

13          **Kirkland & Ellis**

14          26.     Kirkland & Ellis is counsel for Samsung in several pending ITC cases including the

15   337-ITC-866 investigation involving Ericsson.    On March 26, 2013, Kirkland and Ellis received

16   an email from Hojin Chang of Samsung, attaching a draft outline of Samsung's response to the

17   International Trade Commission's Request for Additional Submissions on Remedy and the Public

18   Interest, sent to TaeHyoung Kim, Hojin Chang, Anthony Kahng, Injung Lee, Brian Kim, Michael

19   Kang, Daniel Ko, Daniel Shim, Eric Cha, Heungju Kwon, James Kwak, JaeHyoung Kim, Jae-il

20   Park, James Shin, Kenneth Korea, Richard An, Rosa Kim, Seongwoo (Clayton) Kim, Soojin Lee,

21   Wonsuk Park, Wonsun Kim, Youngjo Lim, Yunhee Kang, Karin Norton, Jay Shim, InDong Kang,

22   Jun Won Lee, Hyuckson Kwon of Samsung ("Samsung List B"); as well as to Michael McKeon

23   and Ruffin Cordell of Fish & Richardson P.C.; the following individuals from Kirkland & Ellis,

24   LLP: Ed Donovan, Jennifer Selendy, and Greg Arovas; and the following distribution address at

25   Quinn Emanuel: "Samsung ITC."

26          27.     On March 26, 2013, Ed Donovan forwarded the email to Linda Kordziel, Michael

27   Tyler (cc: McKeon, Selendy, Simmons, Arovas); Donovan emailed attachment to Joshua

28   Simmons (cc: Selendy, Arovas); Simmons emailed the attachment to Selendy (cc: Flugman);

1   Tyler emailed the attachment to Donovan, Linda Kordziel (cc: McKeon, Selendy, Simmons,

2   Arovas); Tyler emailed attachment to Donovan, Linda Kordziel (cc: McKeon, Selendy, Simmons,

3   Arovas); Simmons emailed the attachment to Donovan (cc: Selendy, Arovas); Simmons emailed

4   the attachment to Donovan (cc: Arovas, Selendy, Flugman); Donovan emailed the attachment to

5   McKeon, Tyler, Kordziel (cc: Arovas, Selendy, Simmons).    There is no record in Greg Arovas'

6   mailbox of the March 26, 2013 Hojin Chang email.

7           28.     On March 26, 2013 Ed Donovan of Kirkland & Ellis, LLP sent an email attaching

8   comments on the previously identified outline to Samsung List B, as well as to Michael McKeon

9   and Ruffin Cordell of Fish & Richardson P.C.; the following individuals from Kirkland & Ellis,

10  LLP: Jennifer Selendy, and Greg Arovas; and the following distribution address at Quinn

11  Emanuel: "Samsung ITC."    Jennifer Selendy's mailbox indicates that she received the email from

12  Donovan described above.    There is no record in Greg Arovas' mailbox of the March 26, 2013

13  Ed Donovan email.

14          29.     On March 28, 2013 Kirkland & Ellis received an email from Hojin Chang of

15  Samsung, that attaches comments on the previously identified outline, sent to Samsung List B, as

16  well as to Michael McKeon and Ruffin Cordell of Fish & Richardson P.C.; and the following

17  individuals from Kirkland & Ellis, LLP: Ed Donovan, Jennifer Selendy, and Greg Arovas.

18  Jennifer Selendy's mailbox indicates that she received the email from Mr. Chang described above,

19  Ed Donovan's mailbox also indicates that he received the email from Mr. Chang described above,

20  but there is no record in Greg Arovas' mailbox of the March 28, 2013 email.

21          30.     On April 3, 2013 Kirkland & Ellis received an email from Alex Lasher of Quinn

22  Emanuel, attaching Samsung's Initial Submission in Response to the Commission's March 13,

23  2013 Notice on Remedy and the Public Interest, sent to Samsung List B and KiJoong Kang of

24  Samsung, as well as to Ed Donovan of Kirkland; and the following individuals and distribution list

25  at Quinn Emanuel: Thomas Pease, Alan Whitehurst, Marissa Ducca, and "Samsung FRAND."

26  Ed Donovan's mailbox indicates that he received the email without any additional forwards.

27

28

Case No. 11-CV-01846-LHK
DECLARATION OF ROBERT BECHER

31.     On March 27, 2013 Greg Arovas received an email from Daniel Shim forwarding a copy of an email from Thomas Pease from Quinn Emanuel attaching an outline.   There is no record in Greg Arovas' mailbox of the March 27, 2013 Daniel Shim email.

32.     On January 24, 2013, Thomas Pease emailed the redacted Teece Report to Jennifer Selendy, Michael Becker, and Edward Donovan of Kirkland and Ellis; Gary Halling, David Garcia and Mona Solouki of Sheppard Mullin; copying David Hecht of Quinn Emanuel.    Jennifer Selendy forwarded the email to Jasmine Diaz on January 28, who then forwarded to NY Document Services and to Michael McKeon and Linda Kordziel on February 11, 2013.    Jasmine Diaz forwarded attachments to Robert Mason, David Flugman, and Joshua Simmons on February 12, 2013; forwarded to Randall Heeb (Bates White) on February 18; forwarded to self on February 19.    Jennifer Selendy forwarded to Ed Donovan and Jasmine Diaz on March 5.

33.     Ed Donovan received the January 24, 2013 email from Thomas Pease on January 24, 2013 and from Jennifer Selendy and forwarded the email to Carla Hurley on March 5. Michael Becker received the January 24, 2013 email from Thomas Pease and forwarded the email to Kim Conte on January 25.

34.     Based on Kirkland's reasonable inquiry and review, no information from the attachments to the emails from Hojin Chang (dated March 26 and 28, 2013) and Daniel Shim (March 27, 2013) regarding any terms, including financial terms, of the Apple-Nokia license was included in, or filed with, any motion or filing prepared by Kirkland. Likewise, based on Kirkland's reasonable inquiry and review, no term of this license was otherwise used by Kirkland.

35.     Also based on Kirkland's reasonable inquiry and review, no information from the Teece Report regarding any terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in, or filed with, any motion or filing prepared by Kirkland and Kirkland further believes that no term of those licenses taken from this Teece Report was otherwise used by Kirkland.

36.     Kirkland did subsequently receive access to a copy of the Teece Report subject to the attorneys-eyes-only provisions of the 337-ITC-866 and 377-ITC-862 protective orders after Ericsson won a motion to compel its production. To the extent any use was made of this

Case No. 11-CV-01846-LHK
DECLARATION OF ROBERT BECHER

document, it was done consistent with the protective orders, and did not involve the Apple-Nokia, Apple-Sharp, or Apple-Phillips licenses. Kirkland also had access to the Ericsson-Apple license agreement subject to the attorneys-eyes-only provisions of the 866 and 862 protective orders after Ericsson produced that license. To the extent any use was made of this document, it was done consistent with the protective orders.

**Modiano & Partners**

37.    Modiano & Partners, a law firm with offices in Italy, serves as Samsung's counsel in Italy.   On May 1, 2012, Helen Hopson of Bristows, LLP ("Bristows"), counsel for Samsung in connection with litigation against Apple in Europe, sent an email that attached comments on a French pleading in which the incompletely redacted Teece report had been embedded as a pdf. Modiano & Partners had been identified as an addressee on the email through its email address, legal@modiano.com.   Modiano & Partners has no record of receiving of this email.

**rospatt osten pross**

38.    Rospatt osten pross is counsel to Samsung in litigation against Apple pending in Germany.   On May 1, 2012, Helen Hopson of Bristows sent an email that attached comments on a French pleading in which the incompletely redacted Teece report had been embedded as a pdf. Max von Rospatt and Dr. Henrik Timmann of the rospatt firm were listed as recipients on the email.   rospatt osten pross has no record of receiving the May 1, 2012 email from Helen Hopson.

**Simmons & Simmons**

39.    Simmons & Simmons is counsel for Samsung in litigation pending between Samsung and Apple in the Netherlands.   On May 1, 2012, Helen Hopson of Bristows sent an email that attached comments on a French pleading in which the incompletely redacted Teece report had been embedded as a pdf.   Simmons & Simmons received the May 1, 2012 email from Helen Hopson.   In addition, Mr. M.W. De Koning of the firm reports that he obtained a copy of the redacted Teece report from an extranet set up by Bristows.   Simmons & Simmons is not aware of any response that it might have received or sent in connection with the May 1, 2012 email or any further dissemination of the information contained in the report.   No information from the Teece report regarding the terms, including financial terms, of the Apple-Nokia, Apple-

1   Sharp, Apple-Philips or Apple-Ericsson licenses was included in or with any motion or filing by

2   Simmons & Simmons, and that the information was not otherwise used by Simmons & Simmons.

3       **Ashurst**

4       40.     Ashurst is counsel to Samsung on actions pending between Samsung and Apple in

5   Australia.    On April 30, 2012, Susan Palese of Bristows sent one copy of the incompletely

6   redacted Teece report as an attachment to an email to Ross Zaurrini of Ashurst, copied to Helen

7   Hopson of Bristows.    The email, including its attachments, was forwarded by Ross Zaurrini to

8   Wen Ts'ai Lim, Angela Lin, Christopher Evans and Amanda Lees of Ashurst on April 30, 2012.

9   The email, including its attachments, was forwarded by Angela Lin to John McKellar of Ashurst

10  on May 4, 2012.

11      41.     Amanda Lees, Peter Chalk and Wen-Ts'ai Lim of Ashurst received a May 1, 2012

12  email from Helen Hopson of Bristows LLP, attaching comments on a French pleading in which

13  the incompletely redacted Teece report is embedded as a pdf.    The email, including its

14  attachments was forwarded to Ross Zaurrini and Sally Morris of Ashurst.    Ashurst has found no

15  record of the attachments to that email being further sent electronically.

16      42.     On May 3, 2012, Nathan Capone of Bristows sent one copy of the incompletely

17  redacted Teece report as an attachment to an email to Ross Zaurrini, Angela Lin and Sally Morris

18  of Ashurst.    The email including its attachments was forwarded by Angela Lin to Nathan

19  Bellgrove of Ashurst on May 10 and 17, 2012 and to Nicky Thiyavutican of Ashurst on May 15

20  and 18, 2012.    Ashurst has found no record of the attachments to that email being further sent

21  electronically.

22      43.     On July 3, 2012, Nathan Capone of Bristows sent one copy of the incompletely

23  redacted Teece Report via an e-mail containing a link to a File Transfer Protocol site ("FTP"). As

24  reported by Bristows, Kate Boomer and Angela Lin of Ashurst downloaded the incompletely

25  redacted Teece report from the Bristows extranet.

26      44.     On July 5, 2012, Hojin Chang of Samsung attached the incompletely redacted

27  Teece Report in an email to Ross Zaurrini of Ashurst, and copied Sally Morris, Nathan Bellgrove,

28

Case No. 11-CV-01846-LHK
DECLARATION OF ROBERT BECHER

1  Angela Lin, and Wen-Tsai Lim of Ashurst. Ashurst has found no record of the attachments to that

2  email being further sent electronically.

3          45.      Ashurst provided the incompletely redacted Teece report to trial counsel Neil

4  Young QC, Ian Wylie and Stephanie Patterson, from about May 2012 and John Marshall SC in or

5  about March 2013.

6          46.      Copies of the incompletely redacted Teece report have been stored by Ashurst on

7  its electronic database used in the litigation.

8          47.      The incompletely redacted Teece report has not been provided by Ashurst to any

9  person other than to Ashurst lawyers and trial counsel working on the Australian litigation.

10          48.      Ashurst lawyers and trial counsel are all parties to the Australian external counsel

11  only confidentiality group. They would have been entitled to access to the Apple-Nokia license,

12  the Apple-Ericsson license, the Apple-Sharp license and the Apple-Philips license pursuant to the

13  confidentiality regimes in place in the Australian litigation, in which they are counsel of record.

14          49.      No information obtained from the incompletely redacted Teece report regarding the

15  terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-

16  Ericsson licenses has been included in or with any motion or filing by Ashurst or otherwise used

17  by Ashurst or trial counsel.

18          **Bristows LLP**

19          50.      Bristows is counsel to Samsung in litigation pending between Samsung and Apple

20  in Europe.    On March 21, 2012 Bristows received an email attaching an incompletely redacted

21  draft of the expert report of David Teece.    The email was from Eric Wall of Quinn Emanuel to

22  daniel.shim@samsung.com; Karin Norton; anthony.k@samsung.com; jae-il.park@samsung.com;

23  hojin.chang@samsung.com; daniel.ko@samsung.com; james1.shin@samsung.com;

24  eric43.cha@samsung.com; brians.kim@samsung.com; and kijoong.kang@samsung.com with the

25  following copyees: Thomas Pease of Quinn Emanuel; Samsung FRAND, an internal Quinn

26  Emanuel email distribution list; Pat Treacy and Helen Hopson of Bristows. On March 22, 2012,

27  Pat Treacy responded to the persons on the email chain commenting on the draft report.

28  Bristows reports that it did not further disseminate this email.

Case No. 11-CV-01846-LHK
DECLARATION OF ROBERT BECHER

51.     On March 26, 2012 Pat Treacy and Helen Hopson received an email from Daniel Shim of Samsung that forwarded an email from Todd Briggs of Quinn Emanuel, which had been sent to various Samsung employees on March 25, 2012. The email contained a File Transfer Protocol ("FTP") link to a redacted final version of the Teece report as filed (which was also incompletely redacted).

52.     The Teece Report was subsequently downloaded from the FTP site onto Bristows' electronic file and then uploaded to the Bristows' Samsung/Apple extranet.   The Samsung/Apple extranet is a password protected site containing documents produced in the Apple dispute which can be accessed by Samsung and Samsung's attorneys.   The Teece Report was removed from Bristow's extranet on approximately July 23, 2013.

53.     Bristows' information technology team has determined that the following individuals accessed the Teece Report from the Extranet on the following dates: Kate Boomer of Ashurst, counsel for Samsung against Apple in Australia-based litigation, on May 15, 2012, June 21 and 26, 2012, and November 16, 2012; Angela Lin of Ashurst on May 4, 7, 8, 9, and 17, 2012 and June 27, 2012; Jung Hyun Jun of Lee & Ko, counsel for Samsung in litigation against Apple in Korea, on May 3, 2012; Mona Solouki of Sheppard Mullin, counsel for Samsung against Apple in the United States, on May 7, 2012 and Mattie DeKoning of Simmons & Simmons, Samsung's Netherlands' counsel, on October 17, 2012.

54.     On April 27, 2012, Susan Palese sent an email attaching the Teece Report to Ross Zaurrini of Ashurst, copying Helen Hopson.

55.     On May 1, 2012 Helen Hopson sent an email attaching comments on a French pleading in which the incompletely redacted Teece Report was embedded as a pdf.   It was sent to Yunhee Kang, Daniel Ko, Seung Ho Ahn, Jaewan Chi, Richard An, Brian Kim, Youngjo Lim, Clayton Kim, Daniel Shim, Beyong Ho Yuu, KyuHyuk Lee, KyungSeok Lee; Hoshin Lee, SeungKyun Oh JaeHyun Park, Jaehawk Lee, Kijoong Kang, Jay Shim, Han Yong Uhm, Jin Hwan Kwak, and Marc Bellefont of Samsung; the following individuals at Bristows: Pat Treacy and Myles Jelf; the following individuals and distribution list at Allen & Overy LLP: Laetitia Benard, and "Samsung_team @AllenOvery.com"; the following individuals at Quinn Emanuel: Thomas

Pease, Marcus Grosch, Jan Ebersohl, Eric Wall and Victoria Maroulis; the following individuals at Blake Dawson/Ashurst: Amanda Lees, Peter Chalk and Wen-Ts'ai Lim; the following email distribution list at Vanzetti e Associati: studio@vanzettieassociati.it; the following individual at Ohno & Partners: Seiji Ohno; the following individuals at Simmons & Simmons: Bas Berghius van Woortman and Mattie de Koning; the following individuals at rospatt osten pross: Max von Rospatt and Dr. Henrik Timmann; the following individuals at Lee & Ko: Young Mo Kwon and Hyeon Gil Ryoo; the following individuals at Clifford Chance: Thomas Vinje, Michel Petite and Ashwin van Rooijen; the following email distribution list at Modiano & Partners: "legal@modiano.com"; and the following individual at Zimmermann & Partner: Joel Naegerl.

56.     On June 27, 2012, Helen Hopson emailed the Teece Report to Michel Struys and Charles Pommies of Allen & Overy; Cristina Caffara, Gregor Langus, and Damien Neven of Charles River Associates; Thomas Vinje, Ashwin van Rooijen, Dieter Paemen, and Michel Petite of Clifford Chance; Peter Camesasca of Peter Camesasca Advocaat BVBA; Sunny Cho, Jinho Park, Sanghoon Park and Ief Daems of Samsung ("Bristows Email 2").    A written document titled "Samsung Supplemental Submission on Licensing Negotiations between Samsung and Apple" was later given to the EU Commission on July 5, 2012.    Paragraphs 73 and 176 of the Teece Report were referenced in the submission and it was also annexed as a whole.

57.     On October 26, 2012, Nathan Capone emailed the Teece Report to the following individuals: Helen Hopson and Pat Treacy at Bristows; Thomas Vinje at Clifford Chance; Hojin Chang, Soojin Lee, Caleb Lee, JH Kwak, Daniel Ko, Clayton Kim, Daniel Shim, Sanghoon Park, and Jinho Park at Samsung; Peter Camesasca of Peter Camesasca Advocaat BVBA and studio@vanzettieassociati.it, a distribution list at Vanzetti e Associati.

58.     Helen Hopson, Pat Treacy, and Sophie Lawrance received an email attaching an outline of Samsung's response to the International Trade Commission's Request for Additional Submissions on Remedy and the Public Interest from Daniel Shim of Samsung, dated March 25, 2013.    This document referred to the incompletely redacted information in the Teece Report. On March 25, 2013, Pat Treacy emailed Daniel Shim and copied Helen Hopson and Sophie Lawrance, including a revised outline of Samsung's Response to the International Trade

Case No. 11-CV-01846-LHK
DECLARATION OF ROBERT BECHER

1    Commission's Request for Additional Submissions on Remedy and the Public Interest.    This

2    email was forwarded by Daniel Shim on March 26, 2013 to Brian Kim, Injung Lee, and KiJoong

3    Kang of Samsung; the following individuals at Bristows: Helen Hopson, and Pat Treacy; and the

4    following individuals and distribution list at Quinn Emanuel: Maxim Price, Alex Baxter, Thomas

5    Pease, Victoria Maroulis, Eric Wall, and "Samsung ITC."    Bristows has not identified any further

6    instances in which this email or the attached memo was disseminated in its files.

7           59.    On 4 May 2013, Vanzetti e Associati emailed the Teece Report to Nathan Capone,

8    Helen Hopson and Amy Cullen in response to a request from Nathan Capone on May 1, 2013.

9    The Teece Report received from Vanzetti e Associati on May 4, 2013 was identical to the version

10   which Vanzetti e Associati had received in the email from Nathan Capone on October 26, 2012.

11          60.    On May 16, 2013, the Teece Report was emailed to Williams & Connolly (Cadence

12   Mertz, Samuel Davidoff and Amelia Ashton) by Nathan Capone.

13          61.    On June 20, 2013 two identical copies of the Teece Report were e-mailed from

14   Amelia Ashton at Williams & Connolly to Nathan Capone.    Bristows reports that it did not

15   further disseminate this email.

16          62.    On July 3, 2013 Nathan Capone sent one copy of the Teece Report via an e-mail

17   containing a link to an FTP site to Amelia Ashton, Cadence Mertz and Samuel Davidoff.    This

18   FTP site is no longer active.

19          63.    No information from the Teece Report regarding the terms, including financial

20   terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included

21   in or with any motion or filing by Bristows and that the information was not otherwise used by

22   Bristows.

23          64.    Bristows is a party to the confidentiality regime in the Australian action in which

24   Apple has produced its licenses with Nokia, Ericsson, Sharp and Philips and is able to view these

25   licenses.

26   **Studio Vanzetti e Associati**

27          65.    Studio Vanzetti e Associati ("Studio Vanzetti") is counsel to Samsung in litigation

28   pending in Italy between Samsung and Apple.    On May 1, 2012, Helen Hopson of Bristows sent

Case No. 11-CV-01846-LHK
DECLARATION OF ROBERT BECHER

an email that attached comments on a French pleading in which the incompletely redacted Teece report had been embedded as a pdf.    Studio Vanzetti was identified as a recipient on the email through the email address studio@vanzettieassociati.it.    Studio Vanzetti received the May 1, 2012 email.    Studio Vanzetti also received an October 26, 2012 email from Nathan Capone of Bristows, which attached comments on an Italian pleading and the incompletely redacted Teece report.    These emails and their attachments were viewed by Adriano Vanzetti, Giulio Sironi, Anna Colmano, and Riccardo Perotti of Studio Vanzetti.    Studio Vanzetti has confirmed that it did not send the emails to anyone outside of the firm.

66.    Studio Vanzetti sent to Nathan Capone of Bristows, cc'ing Helen Hopson and Amy Cullen, a May 4, 2013 email, which attached the incompletely redacted Teece report.    In addition, Studio Vanzetti submitted the incompletely redacted Teece report to the First Instance Court of Milan on October 30, 2012.    By order of the Court, the docket of the case can only be accessed by the parties and their lawyers.    No information from the Teece report regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or cited in the body of any motion or brief filed and prepared by Studio Vanzetti and that the information was not otherwise used by Studio Vanzetti.    The Studio Vanzetti attorneys representing Apple in the lawsuit in Italy also had access to the Teece report by virtue of its submission to the Court and Apple never objected to the submission of the incompletely redacted Teece report to the First Instance Court of Milan.

**Peter Camesasca Advocaat BVBA**

67.    Peter Camesasca Advocaat BVBA is a firm in Belgium that has been retained by Samsung to represent it in the ongoing antitrust investigation by the European Commission in Case COMP/39.939.    Peter Camesasca, a partner in the firm, on June 27, 2012, received an email from Helen Hopson of Bristows containing the incompletely redacted Teece Report.    On October 26, 2012, Mr. Camesasca also received the incompletely redacted Teece report in an email from Nathan Capone of Bristows.    Mr. Camesasca has not found any instance in which he forwarded either of these emails from Bristows.

Case No. 11-CV-01846-LHK
DECLARATION OF ROBERT BECHER

68.     Mr. Camesasca received a July 4, 2012 email from Thomas Vinje of Clifford Chance to DG COMP, which submitted the Teece report as Annex 6 to the supplemental factual paper on July 4, 2012 ("CC Email 1").   Mr. Vinje also forwarded CC Email 1 to Mr. Camesasca. ("CC Email 2.").   Mr. Camesasca reports that Samsung only referred to paragraphs 73 and 176 of the redacted Teece report in its supplemental factual paper filed with the European Commission. Mr. Camesasca forwarded CC Email 2 to the following people from CRA: Cristina Caffarra, Damien Neven, Anne Layne Farrar, and Gregor Langus.

69.     On August 16, 2012, Mr. Camesasca and Julie Vandenbussche, also of Peter Camesasca Advocaat BVBA, received a pdf copy of the incompletely redacted Teece expert report from Ief Daems of Samsung.   This email was sent as background information to Julie Vandenbussche, a new joiner.   Mr. Camesasca is unaware of any instance in which this email was forwarded.

70.     On December 21, 2012, Mr. Camesasca provided Clifford Chance a DVD containing the contents of the European Commission's investigative file into Samsung in Case COMP/39.939 (the "DVD"), which included the incompletely redacted Teece report as Annex 6 to the supplemental factual paper of July 4, 2012.   Clifford Chance subsequently uploaded the aforementioned DVD and provided access to a data room to him and Julie Vandenbussche of Peter Camesasca Advocaat BVBA.   Shearman and Sterling was given access to the contents of the European Commission's investigative file, including the incompletely redacted Teece report.   Mr. Camesasca has no recollection of accessing the data room.

71.     Mr. Camesasca received an email from Daniel Shim on March 25, 2013 containing an outline of Samsung's Response to the International Trade Commission's Request for Additional Submissions on Remedy and the Public Interest.   Mr. Camesasca has not identified any instance in which he forwarded this email.

72.     No information from the Teece Report regarding the terms, including the financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or cited in any motion or filing prepared by Mr. Camesasca's firm and that the information was not otherwise used by Mr. Camesasca.

Case No. 11-CV-01846-LHK
DECLARATION OF ROBERT BECHER

**Allen & Overy**

73.     Allen & Overy is counsel to Samsung in litigation pending between Samsung and Apple in France.    On May 1, 2012, Laetitia Benard and Samsung_team@AllenOvery.com received an email from Helen Hopson of Bristows LLP, attaching a document containing comments on a French pleading in which the incompletely redacted Teece report was embedded as a pdf.    Allen & Overy is unable to confirm the membership of the Samsung_team@AllenOvery.com at the time the email was received, but only Allen & Overy employees at the time would have been able to receive emails sent to this address.    At the time the email was received (i.e., on May 1, 2012), the membership of the list was likely the following: Alexandra Abello (associate), Frédéric Chevallier (associate), Benjamin Goldenberg (associate), Elodie Govare (associate), Olivia Klimis (associate), Thierry Lautier (associate), Emma Leguillon (associate), Renaud Maillard (associate at the time of the email – has left the firm since then), David Por (partner, associate at the time of the email), Vanessa Rieu (associate at the time of the email – has left the firm since then), Alexandre Rudoni (counsel), Diane Souffront-Vendeuvre (associate), Michel Struys (partner), Alexis Valot (associate), Florence Archambault de Beaune (paralegal) and Charlotte Gerrish (paralegal).    Allen & Overy reports that the French pleading and redacted Teece report were filed in Allen & Overy's document management system. According to the audit history of the document from the document management system, the report was accessed by an Allen and Overy associate, Benjamin Goldenberg, on May 2, 2012 (who was in charge of filing the documents received into the document management system).    Although Allen & Overy is not able to track the full history of emails that are not embedded in its document management system, Allen & Overy believes that only its employees had access to any emails transmitting the incompletely redacted Teece report.

74.     Allen & Overy received a July 4, 2012 email from Thomas Vinje of Clifford Chance to DG COMP, submitting the Teece report as Annex 6 to a supplemental factual paper. Mr. Vinje's email was sent to the DG COMP Greffe (a generic mail address for submissions to DG COMP); the following EU personnel: Linsey McCallum, Nick Banasevic; and copied to Cecilio Madero, Theofanis Christoforou, Carles Esteva Mosso, Guillaume Loriot, and Thomas Kramler;

Michel Petite of Clifford Chance; Michel Struys of Allen & Overy; and Peter Camesasca of Peter Camesasca Advocaat BVBA.    Allen & Overy believes that only its employees had access to this email.

75.    Allen & Overy received a June 27, 2012 email from Helen Hopson attaching the incompletely redacted Teece Report.    The email was sent to Michel Struys and Charles Pommies of Allen & Overy; Cristina Caffara, Gregor Langus, and Damien Neven of Charles River Associates; Thomas Vinje, Ashwin van Rooijen, Dieter Paemen, and Michel Petite of Clifford Chance; Peter Camesasca of Peter Camesasca Advocaat BVBA; and Sunny Cho, Jinho Park, Sanghoon Park and Ief Daems of Samsung. Allen & Overy believes that only its employees had access to this email.

76.    No information from the incompletely redacted Teece report regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or with any motion or filing by Allen & Overy and that the information was not otherwise used by Allen & Overy.

**Clifford Chance**

77.    Clifford Chance has been retained by Samsung to represent it in the ongoing antitrust investigation by the European Commission in Case COMP/39.939.    In that capacity, and along with other advisers, Clifford Chance lawyers have, *inter alia*, prepared and submitted various papers to the European Commission.

78.    Clifford Chance received a May 1, 2012 e-mail from Helen Hopson of Bristows, attaching comments on a French pleading in which the incompletely redacted Teece report is embedded as a PDF document.    The May 1, 2012 e-mail was received by Thomas Vinje, Michel Petite, and Ashwin van Rooijen of Clifford Chance, none of whom have forwarded this e-mail to anyone else.

79.    Michel Petite of Clifford Chance received a July 4, 2012 e-mail from Thomas Vinje of Clifford Chance to DG COMP, submitting the Teece report as Annex 6 to the supplemental factual paper on July 4, 2012.    Clifford Chance reports that Mr. Vinje's e-mail was sent to the DG COMP Greffe (a generic mail address for submissions to DG COMP), and the

following EU personnel: Linsey McCallum, Nick Banasevic, Cecilio Madero, Theofanis Christoforou, Carles Esteva Mosso, Guillaume Loriot, and Thomas Kramler; Michel Petite of Clifford Chance; Michel Struys of Allen & Overy and Peter Camesasca ("CC E-mail 1").   On July 4, 2012, Michel Petite forwarded CC E-mail 1 to Barbara Dilschneider of Clifford Chance, who has not forwarded the e-mail to anyone else.

80.   On July 4, 2012, Thomas Vinje forwarded CC E-mail 1 to the following people from Samsung: Michael Kang, Hansung Kang, JH Kwak, Clayton Kim, Hyojae Kim, Richard An, Sanghoon Park, Nyquist, Chris Park, Caleb Lee, Sangjoo Lee, Hojin Chang, Jae Chi, Sunny Son, Ief Daems; the following people from Allen & Overy: Athene Chanter, Charles Pommies, David Gabathuler, Diane Souffront, Francesca Miotto, Liliana Eskenazi, Michel Struys, Olivier Freget; copying Noelle Chitachi, Marie-Laure Combet, Dieter Paemen, Vanessa Marsland, Frans Muller, Miguel Odriozola, Michel Petite, Milena Robotham, Ashwin van Rooijen; and copying Peter Camesasca ("CC E-mail 2").

81.   CC E-mail 2 was received by Noelle Chitachi, Marie-Laure Combet, Dieter Paemen, Vanessa Marsland, Frans Muller, Miguel Odriozola, Michel Petite, Milena Robotham, and Ashwin van Rooijen of Clifford Chance.   Thomas Vinje was also a recipient of his own e-mail.   On July 4, 2012, Frans Muller forwarded CC E-mail 2 to the internal e-mail distribution list "Service Team 1A."   Clifford Chance has no record of who was part of this internal e-mail distribution list at the time.   On July 4, 2012 at 16:16 CET, Michel Petite forwarded CC E-mail 2 to Barbara Dilschneider of Clifford Chance, who has not forwarded this e-mail to anyone else. On July 4, 2012 at 14:33 CET, Ashwin van Rooijen forwarded CC E-mail 2 to Thomas Vinje, Dieter Paemen and Milena Robotham of Clifford Chance.   Neither Thomas Vinje nor Dieter Paemen have forwarded CC E-mail 2 to anyone else.   On August 20, 2012, Milena Robotham forwarded CC E-mail 2 to Noelle Chitachi of Clifford Chance, who has not forwarded the e-mail to anyone else.   Clifford Chance has no record of any other recipients of the e-mail having forwarded the e-mail to anyone else.

82.   On July 5, 2012, Ashwin van Rooijen re-circulated the annexes to the July 4 submission to Thomas Vinje and Dieter Paemen of Clifford Chance and Peter Camesasca ("CC E-

mail 3"). CC E-mail 3 was received by Thomas Vinje and Dieter Paemen of Clifford Chance, neither of whom have forwarded the e-mail to anyone else.

83.     On May 4, 2012 the incompletely redacted Teece Report was e-mailed by Nathan Capone (of Bristows) to three individuals at Clifford Chance: Thomas Vinje, Marie-Laure Combet and Milena Robotham.    This e-mail was received by Thomas Vinje, Marie-Laure Combet, and Milena Robotham of Clifford Chance. Thomas Vinje has not forwarded this e-mail to anyone else. Marie-Laure Combet forwarded the e-mail to Frances Dethmers, Michel Petite, Ashwin van Rooijen, and Milena Robotham of Clifford Chance on May 4, 2012. Michel Petite, Ashwin van Rooijen, and Milena Robotham have not forwarded the e-mail to anyone else.    Frances Dethmers forwarded the e-mail to Monica Michiels van Kessenich of Clifford Chance on May 7, 2012. Monica Michiels van Kessenich has not forwarded the e-mail to anyone else.    Marie-Laure Combet also forwarded the e-mail to the internal distribution list "PARRepro@ClifffordChance.com" on May 15, 2012 at 11:58 CET. Clifford Chance has no record of who was part of this internal e-mail distribution list at the time. Milena Robotham forwarded the e-mail to Ashwin van Rooijen of Clifford Chance on May 21, 2012 at 18:40 CET. Ashwin van Rooijen has not forwarded the e-mail to anyone else.

84.     On June 27, 2012, Helen Hopson e-mailed the incompletely redacted Teece Report to Michel Struys and Charles Pommies of Allen & Overy; Cristina Caffara, Gregor Langus, and Damien Neven of Charles River Associates; Thomas Vinje, Ashwin van Rooijen, Dieter Paemen, and Michel Petite of Clifford Chance; Peter Camesasca of Peter Camesasca Advocaat BVBA; and Sunny Cho, Jinho Park, Sanghoon Park and Ief Daems of Samsung.    This e-mail was received by Thomas Vinje, Michel Petite, Dieter Paemen, and Ashwin van Rooijen of Clifford Chance. Thomas Vinje, Michel Petite, and Dieter Paemen have not forwarded the e-mail to anyone else. Clifford Chance reports that on June 28, 2012 at 9:16 CET, Ashwin van Rooijen forwarded the e-mail to Milena Robotham of Clifford Chance. Milena Robotham has not forwarded the e-mail to anyone else.    On June 28, 2012, Ashwin van Rooijen forwarded the e-mail to Marie-Laure Combet of Clifford Chance.    On June 28, 2012 at 16:44 CET, Marie-Laure Combet forwarded the e-mail to Anne-Marie Kelleher of Clifford Chance.    On June 28, 2012 at 16:57 CET, Anne-

Marie Kelleher forwarded the e-mail to Marie-Laure Combet and to the internal distribution list "#PAR:Copy & Outgoing Fax Room."   Clifford Chance has no record of who was part of this internal e-mail distribution list at the time.

85.     On October 26, 2012, Nathan Capone e-mailed the incompletely redacted Teece report to the following individuals: Helen Hopson and Pat Treacy at Bristows; Thomas Vinje at Clifford Chance; Hojin Chang, Soojin Lee, Calypso Lee, JH Kwak, Daniel Ko, Clayton Kim, Daniel Shim, Sanghoon Park, and Jinho Park at Samsung; Peter Camesasca of Peter Camesasca Advocaat BVBA and studio@vanzettieassociati.it, a distribution list at Vanzetti e Associati.   The e-mail was received by Thomas Vinje of Clifford Chance.   On October 26, 2012, Thomas Vinje forwarded the e-mail to Ashwin van Rooijen, Dieter Paemen, Milena Robotham, and Noelle Chitachi of Clifford Chance, none of whom have forwarded the e-mail.

86.     On December 21, 2012, Clifford Chance received from Peter Camesasca a DVD containing the contents of the European Commission's investigative file into Samsung in Case COMP/39.939 (the "DVD"), which included the incompletely redacted Teece report as Annex 6 to the supplemental factual paper of July 4, 2012.   On the same day, Clifford Chance handed a copy of the DVD to Shearman & Sterling, and sent a copy of the DVD by courier to Peter Camesasca and to J. Chi of Samsung.

87.     On December 21, 2012, Noelle Chitachi of Clifford Chance uploaded the contents of the DVD to a secure online storage space (the "Data Room").

88.     On January 5, 2013, Ashwin van Rooijen of Clifford Chance uploaded to the Data Room a copy of various submissions made on behalf of Samsung to the European Commission, including the incompletely redacted Teece report as Annex 6 to the supplemental factual paper of July 4, 2012.

89.     On December 21, 2012, Noelle Chitachi, Ashwin van Rooijen, Lindsay Otis, Masafumi Shikakura, Milena Robotham, and Shuchi Desai of Clifford Chance were provided with login credentials necessary to access the Data Room.   Clifford Chance reports that on December 22, 2012, Dieter Paemen and Frances Dethmers of Clifford Chance, Peter Camesasca and Julie Vandenbussche of Peter Camesasca Advocaat BVBA, Athina Kontosakou, Marixenia Davilla,

1   Mark English, Miguel Rato, and Trevor Soames of Shearman & Sterling, and Caleb Lee,

2   Christopher Park, Hojin Chang, Ief Daems, Jae Chi, Peter Sanghoon Park, and Sunny Son of

3   Samsung were provided with login credentials necessary to access the Data Room.    On January

4   5, 2013, Collette Rawnsley of Shearman & Sterling was provided with login credentials necessary

5   to access the Data Room.    No other persons were provided with login credentials necessary to

6   access the Data Room.

7           90.     Clifford Chance does not have any records of which users have downloaded which

8   documents from the Data Room.

9           91.     On December 22, 2012, Christopher Park and Hojin Chang of Samsung last

10  accessed the Data Room. On December 27, 2012, Ief Daems of Samsung last accessed the Data

11  Room.

12          92.     On December 21, 2012, Frans Muller of Clifford Chance last accessed the Data

13  Room. On December 25, 2012, Dieter Paemen of Clifford Chance last accessed the Data Room.

14  On January 4, 2013, Noelle Chitachi of Clifford Chance last accessed the Data Room.    On

15  January 8, 2013, Shuchi Desai of Clifford Chance last accessed the Data Room.    On January 10,

16  2013, Milena Robotham of Clifford Chance last accessed the Data Room.    On October 11, 2013,

17  Ashwin van Rooijen of Clifford Chance last accessed the Data Room.    On October 15, 2013,

18  Masafumi Shikakura of Clifford Chance last accessed the Data Room.

19          93.     On December 26, 2012, Peter Camesasca of Peter Camesasca Advocaat BVBA last

20  accessed the Data Room.    On December 29, 2012, Julie Vandenbussche of Peter Camesasca

21  Advocaat BVBA last accessed the Data Room.

22          94.     On December 26, 2012, Mark English of Shearman & Sterling last accessed the

23  Data Room.    On December 27, 2012, Marixenia Davilla of Shearman & Sterling last accessed the

24  Data Room.    On January 7, 2013, Collette Rawnsley of Shearman & Sterling last accessed the

25  Data Room.

26          95.     There is no record of anyone else having accessed the Data Room.

27          96.     Apart from the above, and based on available information, no information from the

28  Teece report regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp,

Case No. 11-CV-01846-LHK

DECLARATION OF ROBERT BECHER

Apple-Philips or Apple-Ericsson licenses was included in or cited in any motion or brief filed and prepared by Clifford Chance and that the information was not otherwise used by Clifford Chance.

**Ohno and Partners**

97.     Ohno and Partners is counsel to Samsung in litigation pending between Samsung and Apple in Japan.    On April 5, 2012 Seiji Ohno, Mamoru Suzuki, Hideaki Kobayashi, Akio Iizuka, Yoshitaka Inoue, and Tomomine Ichihashi received an email from Thomas Pease of Quinn Emanuel, attaching an incompletely redacted Teece report.    On May 1, 2012, Seiji Ohno received an email from received an email from Helen Hopson of Bristows LLP, attaching comments on a French pleading in which the incompletely redacted Teece report is embedded as a pdf.    None of the recipients forwarded the Teece Report to any third parties.

98.     No information from the Teece report regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included in or with any motion or filing by Ohno & Partners and that the information was not otherwise used by Ohno & Partners.

**Shearman & Sterling**

99.     Shearman & Sterling has been retained by Samsung to represent it in the ongoing antitrust investigation by the European Commission in Case COMP/39.939.    In that context, Shearman & Sterling reports that it received the Expert Report of David Teece in several ways, notably: (i) as part of the background files provided by Peter Camesasca in December 2012 (which were returned to Julie Vandenbussche in January 2013); (ii) as part of the European Commission's Investigation File which accompanied the Statement of Objections (a copy of which was provided to Shearman & Sterling by Clifford Chance on 21 December 2012); and (iii) via the Clifford Chance data room.

100.     Shearman & Sterling personnel have saved copies of (i) the files provided by Peter Camesasca; and (ii) the European Commission's Investigation File (both of which include the Teece Report) in its internal filing system.

101.     On the basis of Shearman & Sterling's initial review of its files, and to the best of its knowledge and belief at this time, no information from the Teece Report regarding the terms,

Case No. 11-CV-01846-LHK
DECLARATION OF ROBERT BECHER

1  including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson

2  licenses was included in or with any motion or filing by Shearman & Sterling.

3  **Lee & Ko**

4  102.    Lee & Ko is counsel to Samsung in litigation pending between Samsung and Apple

5  in Korea.   On May 1, 2012, Young Mo Kwon and Hyeon Gil Ryoo received an email from Helen

6  Hopson of Bristows, attaching comments on a French pleading in which the incompletely redacted

7  Teece report is embedded as a pdf.   This email was forwarded internally within Lee & Ko to the

8  following attorneys: Eun Woo (Vera) Lee; Hui Jin Yang; Hyung Woo Lee; Jung Hyun Jun; In Ho

9  Choi; and Marrianne Pak.   The redacted Teece report downloaded from the Bristows internet was

10  shared with the same persons.

11  103.    On July 5, 2012 Hojin Chang emailed a submission containing the incompletely

12  redacted Teece report to Young Mo Kwon, Pyoung Keun Song, and Hyeon Gil Ryoo.   The email

13  from Mr. Chang was shared among the following people at the time it was received in July 5,

14  2012 or thereafter: Hui Jun Yang, Jung Hyon Jun, Hyun Woo Lee, In Ho Choi, Jun Pil Ha, Eun

15  Woo (Vera) Lee, Marrianne Pak, Jung Won Park, Suryun Kim, Seung Ho Choi, Yong Seok Ahn,

16  and Min-Ho Lee.

17  104.    No information from the Teece report, other than any information that is publicly

18  available, regarding the terms, including financial terms, of the Apple-Nokia, Apple-Sharp, Apple-

19  Philips or Apple-Ericsson licenses was included in or with any motion or filing prepared by Lee &

20  Ko and that the information was not otherwise used by Lee & Ko.

21  **Ropes & Gray**

22  105.    Ropes & Gray is counsel for Samsung in several pending ITC cases including the

23  868 investigation involving Interdigital.   On February 1, 2013, Steven Pepe of the firm received

24  an email attaching the incompletely redacted Teece report from Thomas Pease of Quinn Emanuel.

25  Linda Kordziel of Fish & Richardson, Ari Zymelman and Kevin Hardy of Williams & Connolly,

26  and Anthony Kahng and Karin J. Norton of Samsung were also recipients of the email. Steven

27  Pepe did not forward the email and/or the Teece report to any individuals, either inside or outside

28  the firm. Consistent with his practice, the email was archived in Steven Pepe's email.

Case No. 11-CV-01846-LHK

DECLARATION OF ROBERT BECHER

1      106.    No information from the Teece report regarding the terms, including financial

2  terms, of the Apple-Nokia, Apple-Sharp, Apple-Philips or Apple-Ericsson licenses was included

3  in or with any motion or filing prepared by Ropes & Gray and that the information was not

4  otherwise used by Ropes & Gray.

5      107.    I declare under penalty of perjury under the laws of the United States that the

6  foregoing is true and correct.

7      Executed in Los Angeles, California on October 22, 2013.

8

9

10  By _____

         Robert Becher

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28