# Exhibit 4

# Filed Under Seal

# ERRATA SHEET

NAME OF CASE:     Apple v. Samsung, No. 11-cv-01846-LHK (ND Cal)

DATE OF DEPOSITION:     October 15, 2013

NAME OF WITNESS:     Daniel Shim

Reason Codes:
1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.

| Page | Line(s) | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 34 | 25 | The judge goes on to append the… | The judge goes on to pen the… | 3 |
| 66 | 5 | product documents. | product doctrine. | 3 |
| 93 | 3 | . . . he was not right. | . . . he was right. | 2 |
| 119 | 24 | That's correct. | I assume that's correct but I do not know for sure. | 2 |
| 120 | 4 | That's correct. | I assume that's correct but I do not know for sure. | 2 |
| 120 | 7-9 | Yes.  It was only to be discussed among the ten that were going to be specifically named, yeah, as part of the Dutch proceeding. | I assume yes but I do not know for sure.  I assume that it was only to be discussed among the ten that were going to be specifically named, yeah, as part of the Dutch proceeding, but I do not know for sure. | 2 |
| 120 | 12 | Correct. | I assume that's correct but I do not know for sure. | 2 |
| 153 | 12-13 | I read what Guy Eddon sent to me on December 21, 2012 | I assume that I read what Guy Eddon sent to me on December 21, 2012, but I do not know for sure. | 2 |
| 221 | 17-18 | No.  I believe I have answered that question already.  The answer is no. | I assume no, but I do not know for sure.  I believe I have answered that question already.  The answer is I assume no, but I do not know for sure. | 2 |
| 222 | 9-12 | I do not know whether they – I do not know whether they literally knew about the | I do not know whether they – I do not know whether they literally knew about what I assume | 2 |

| | | limitations. I don't know. If I can say definitively that -- I don't know. | were the limitations. I don't know. If I can say definitively that -- I don't know. | |

Signed: _/s/ Daniel Shim_                                    Date: _November 13, 2013_