# Exhibit 7

# Filed Under Seal

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3180**

WRITER'S INTERNET ADDRESS
**michaelzeller@quinnemanuel.com**

October 22, 2013

**CONTAINS INFORMATION DESIGNATED**
**HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**

Randall Allen
Alston & Bird LLP
275 Middlefield Road
Suite 150
Menlo Park, CA 94025-4008

Re:   Samsung adv. Apple and Nokia

Dear Counsel:

I am writing in connection with Apple's violation of the Samsung-Apple NDA and Nokia's tortious interference with that agreement.

At the deposition of Jae Wan Chi last week, Apple's counsel Timothy Syrett provided to Nokia's counsel Ryan Koppelman a copy of Samsung's March 22, 2013 letter to Apple's Chief IP Counsel, B.J. Watrous.  The letter, which concerns Samsung's licensing and settlement negotiations with Apple, is labeled on its face as "Samsung Confidential pursuant to NDA: Communications Pursuant to Federal Rule of Evidence 408."  Counsel for Samsung specifically stated that Apple's sharing of this letter with Nokia, as well as questioning of the witness about it in Nokia's presence, was a violation of the NDA.  Apple nevertheless made no effort to retrieve the letter and questioned Mr. Chi, also over Samsung's objections, about the specific terms of the March 22, 2013 letter and other matters subject to the NDA, in the presence of Nokia's counsel.

Later in the deposition, Apple committed a further breach of the NDA, with Nokia's complicity, when Apple's counsel provided to Nokia's counsel a second letter that was clearly labeled "Samsung Confidential Pursuant to NDA."  That letter, from Samsung to Mr. Watrous dated December 3, 2012, also contained confidential Samsung offer terms to Apple.  Notwithstanding

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

Samsung's objections, counsel for Apple questioned Mr. Chi about the December 3, 2012 letter in the presence of Nokia's counsel.

At the subsequent depositions of Dr. Ahn and Mr. Kwak, Samsung again objected to Apple's sharing of correspondence and other information covered by the Samsung-Apple NDA. Indeed, at the Ahn deposition, Samsung asked for the return of the correspondence from Nokia. We have heard nothing further from either Apple or Nokia regarding that demand.

At those subsequent depositions, Apple and Nokia also offered various, evolving excuses for their improper conduct. None of them has merit. First, Apple and Nokia have claimed that Judge Grewal's Order allowed them to share information in violation of the Samsung-Apple NDA. The Order says nothing to support that claim. In fact, Apple has argued that the Order does not require or authorize the sharing of information that would be contrary to any protective order, and on that basis has insisted that Samsung redact protected information before being produced to Nokia pursuant to the Order. In any event, Apple did not provide, and Nokia did not appropriate, the letters pursuant to the Order. To the contrary, the letters were from Apple's files and turned over by Apple to Nokia. Nothing in the Order authorized or required Apple to provide Nokia with Samsung's confidential information, let alone letters that were not produced pursuant to the Order.

Second, Apple and Nokia have suggested that somehow Samsung waived its objections to their conduct. The record is clear, however, that Samsung's counsel promptly and repeatedly has objected. It also took Nokia over a month to raise the alleged breach of protective order concerning the Apple-Nokia license terms. Given that Samsung has made its position known in a far more timely manner, any waiver argument is groundless.

Third, Nokia professed not to know that the letters Apple provided were subject to an NDA. Far from being ignorant, however, Nokia was specifically informed by the clear legend on the letters and by Samsung's express statements. Indeed, Nokia has entered into many NDAs for its licensing negotiations, including with Samsung, which renders Nokia's claims even more implausible.

We expect Apple to immediately identify any and all other instances in which it shared Samsung's offers or other Samsung-Apple Nokia information subject to the NDA with Nokia. This should include without limitation by specific reference to the date when such information was shared, the specific names of the individuals involved, their affiliations, the nature of the information that was shared and the manner in which it was shared. We further demand that Apple refrain from further violations of the NDA, including without limitation by improperly disclosing Samsung information designated under that agreement to Nokia.

Samsung reiterates its demand that counsel for Nokia immediately return any and all copies of these letters. We expect Nokia to immediately identify any and all other instances in which it received Samsung's offers or other Samsung-Apple Nokia information subject to the NDA. This should include without limitation by specific reference to the date when such information was

02198.51855/5581711.1                           2

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

obtained, the specific names of the individuals involved, their affiliations, the nature of the information that was obtained and the manner in which it was obtained.  Samsung further requests that Nokia specifically identify all instances where it made or distributed electronic copies of the letters or other information subject to the NDA.  We further demand that Nokia refrain from further interference of the NDA, including without limitation by any further receipt or distribution of Samsung information designated under that agreement.

Finally, other than the return of copies as set forth above, Samsung demands that both Apple and Nokia and their counsel preserve all documents referring or relating to their sharing of information subject to the Samsung-Apple NDA, including without limitation the letters containing Samsung's offers to Apple.

Samsung reserves all of its rights in this matter, including its rights under the NDA.  We look forward to immediate responses by Apple and Nokia.


Very truly yours,

Michael T. Zeller