# Exhibit 9

# Filed Under Seal

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
(213) 443-3182

WRITER'S INTERNET ADDRESS
robertbecher@quinnemanuel.com

<u>VIA EMAIL</u>

October 15, 2013

Ryan W. Koppelman, Esq.
Alston & Bird LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025

Re:     <u>Apple Inc. v. Samsung Elecs. Co. Ltd., No. 11-cv-1846 LHK (PSG)</u>

Dear Ryan:

I write in response to your letter dated October 13, 2013, regarding the Stipulation between Samsung and Nokia.

Since the entry of Magistrate Judge Grewal's Order re: Apple's Motion for Sanctions on October 3, 2013 (the "Order"), Samsung has been working around the clock to comply with that Order. To the extent Samsung's obligations under the Order overlap with its obligations under the Stipulation, Samsung will comply with its obligations under both by the deadlines provided for in the Order.  After Samsung satisfies its obligations under the Order (and the Stipulation to the extent its requirements are overlapping), Samsung and Nokia will be in a better position to assess what tasks, if any, properly remain to be accomplished pursuant to the Stipulation, and when those tasks can be completed.  As you recall, as of the October 2 hearing on Apple's motion for sanctions, Samsung estimated, based on Stroz Friedberg's recommendation, that it would need three additional weeks to comply with the Stipulation.

Finally, I note that contrary to your assertion that the parties agreed that the discovery process contemplated by the Stipulation would be completed within 45 days, the Stipulation requires Samsung and Quinn Emanuel to use their "best efforts" to accomplish that goal.  By any standard, and particularly in light of the tremendous additional burdens imposed on Samsung by the intervening entry of the Order, Samsung and Quinn Emanuel are fully complying with their obligations under the Stipulation.

quinn emanuel urquhart & sullivan, llp

02198.51855/5566165.2 NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

Very truly yours,

Robert J. Becher