**Contains Attorneys' Eyes Only Information Subject to Protective Order**

| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |
| Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**<br><br>**DECLARATION OF MARK SELWYN IN SUPPORT OF APPLE INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR SANCTIONS** |

**Contains Attorneys' Eyes Only Information Subject to Protective Order**

I, Mark Selwyn, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned action. I am licensed to practice law in the State of California, Commonwealth of Massachusetts, and State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein and, if called as a witness, I could and would testify competently to those facts under oath.

2. Attached as Exhibit 1 is a true and correct copy of a document produced by Samsung with Bates number SAMNDCA-Z0001902 [March 22, 2012 e-mail from Eric Wall (Quinn Emanuel) to Daniel Shim (Samsung), Karin Norton (Samsung), and others, copying Thomas Pease (Quinn Emanuel), "Samsung FRAND" (Quinn Emanuel), Pat Treacy (Bristows LLP), and Helen Hopson (Bristows LLP)].

3. Attached as Exhibit 2 is a true and correct copy of the transcript of the October 17, 2013 deposition of Seungho Ahn.

4. Attached as Exhibit 3 is a true and correct copy of the transcript of the October 16, 2013 deposition of Kenneth Korea.

5. Attached as Exhibit 4 is a true and correct copy of the transcript of the October 15, 2013 deposition of Daniel Shim.

6. Attached as Exhibit 5 is a true and correct copy of Orders dated October 11, 2013 made by Justice Bennett in the Federal Court of Australia proceeding NSD 315 of 2013.

7. Attached as Exhibit 6 is a true and correct copy of an excerpt from Samsung's April 3, 2013 Initial Submission in Response to the Commission's Notice on Remedy and the Public Interest.

8. Attached as Exhibit 7 is a true and correct copy of the transcript of the October 1, 2013 hearing on Apple and non-party Nokia's Motion to Compel Further Discovery and Motion for Sanctions.

DECLARATION OF MARK SELWYN IN SUPPORT OF APPLE INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR SANCTIONS
CASE NO. 11-CV-01846-LHK (PSG)

1

9. Attached as Exhibit 8 is a true and correct copy of the transcript of the October 15, 2013 deposition of Clayton Kim.

10. Attached as Exhibit 9 is a true and correct copy of the transcript of the October 18, 2013 deposition of James Kwak.

11. Attached as Exhibit 10 is a true and correct copy of an August 16, 2013 letter from Robert Becher to Mark Selwyn.

12. Attached as Exhibit 11 is a true and correct copy of a document produced by Samsung with Bates numbers SAMNDCA-Z0001114-116 [May 13, 2013 e-mail from Daniel Shim (Samsung) to Thomas Pease (Quinn Emanuel) and "Samsung FRAND" (Quinn Emanuel), copying Victoria Maroulis (Quinn Emanuel)].

13. Attached as Exhibit 12 is a true and correct copy of a document produced by Samsung with Bates numbers SAMNDCA-Z0000917-18 [May 13, 2013 e-mail from Daniel Shim (Samsung)].

14. Attached as Exhibit 13 is a true and correct copy of a document produced by Samsung with Bates numbers SAMNDCA-Z0000298-96 [March 28, 2013 e-mail from Thomas Pease (Quinn Emanuel)].

15. Attached as Exhibit 14 is a true and correct copy of a document produced by Samsung with Bates numbers SAMNDCA-Z0012355 [March 31, 2013 e-mail from Ari Zymelman (Williams & Connolly)].

16. Attached as Exhibit 15 are true and correct copies of the following documents produced by Samsung: Bates numbers SAMNDCA-Z0000209-25 [April 4, 2013 e-mail from Alex Lasher (Quinn Emanuel)]; SAMNDCA-Z0005830-33 [April 20, 2012 e-mail from Heungju Kwon (Samsung)]; SAMNDCA-Z0000073-77 [March 26, 2013 e-mail from Thomas Pease (Quinn Emanuel)].

17. Attached as Exhibit 16 is a true and correct copy of a document produced by Samsung with Bates numbers SAMNDCA-Z0010621-22 [May 6, 2013 e-mail from James Shin (Samsung)].

DECLARATION OF MARK SELWYN IN SUPPORT OF APPLE INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR SANCTIONS
CASE NO. 11-CV-01846-LHK (PSG)

2

**Contains Attorneys' Eyes Only Information Subject to Protective Order**

18. Attached as Exhibit 17 is a true and correct copy of the October 18, 2013 "Corrected Samsung Redacted Log."

19. Attached as Exhibit 18 is a true and correct copy of the October 18, 2013 "Corrected Samsung Privilege Log."

20. Attached as Exhibit 19 is a chart listing Samsung law firms that Apple believes to have received information disclosed in breach of the Protective Order.

21. Attached as Exhibit 20 are true and correct copies of summaries produced by Samsung on October 15 and 16, 2013 from law firms that have received information that Apple believes to have been disclosed in breach of the Protective Order.

22. Attached as Exhibit 21 is a chart listing recipients of information that Apple believes to have been disclosed in breach of the Protective Order.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of October, 2013 at Palo Alto, California.

                                          */s/* Mark Selwyn
                                          Mark Selwyn

DECLARATION OF MARK SELWYN IN SUPPORT OF APPLE INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR SANCTIONS
CASE NO. 11-CV-01846-LHK (PSG)

3

**Contains Attorneys' Eyes Only Information Subject to Protective Order**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 21, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

>  */s/* Mark D. Selwyn
> Mark D. Selwyn

DECLARATION OF MARK SELWYN IN SUPPORT OF APPLE INC.'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR SANCTIONS
CASE NO. 11-CV-01846-LHK (PSG)

4