# EXHIBIT 4

1

1            UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

3      - - - - - - - - - - - - - - - X

4    APPLE INC., a California              :

5    Corporation,                          :

6                  Plaintiff,              :

7    v.                                    :

8    SAMSUNG ELECTRONICS CO., LTD., a :

9    Korean corporation; SAMSUNG       : Civil Action No.

10   ELECTRONICS AMERICA, INC., a New : 11-cv-01846-LHK

11   York corporation; and SAMSUNG       :

12   TELECOMMUNICATIONS AMERICA, LLC, :

13   a Delaware limited liability       :

14   Company,                           :

15        Defendants.                   :

16   - - - - - - - - - - - - - - - X

17   (Caption continued on next page)

18     HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

19              SUBJECT TO PROTECTIVE ORDER

20          VIDEOTAPED DEPOSITION OF DANIEL SHIM

21                Los Angeles, California

22          Tuesday, October 15, 2013, 9:10 a.m.

23   Job No.: 46316

24   Pages: 1 – 266

25   Reported by: Kristi Johnson, SCR

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

2

1    (Caption continued from previous page)

2    - - - - - - - - - - - - - - - - X

3    SAMSUNG ELECTRONICS CO., LTD, a    :

4    Korean corporation; SAMSUNG         :

5    ELECTRONICS AMERICA, INC., a New    :

6    York corporation; and SAMSUNG       :

7    TELECOMMUNICATIONS AMERICA, LLC     :

8    a Delaware limited liability        :

9    company,                            :

10          Counterclaim-Plaintiffs,    :

11   v.                                  :

12   APPLE INC., a California            :

13   corporation,                        :

14          Counterclaim-Defendant.     :

15   - - - - - - - - - - - - - - - - X

16

17        Videotaped deposition of DANIEL SHIM, held

18   at the offices of:

19            WILMER CUTLER PICKERING HALE AND DORR LLP

20            350 South Grand Avenue

21            Suite 2100

22            Los Angeles, California 90071

23            (213) 443-5300

24        Pursuant to agreement, before Kristi Johnson, a

25   Notary Public in and for the State of California.

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

3

1                    A P P E A R A N C E S

2      ON BEHALF OF PLAINTIFF AND

3      COUNTERCLAIM-DEFENDANT APPLE INC.:

4               JOSEPH MUELLER, ESQUIRE

5               WILMER CUTLER PICKERING HALE and DORR, LLP

6               60 State Street

7               Boston, Massachusetts 02109

8               (617) 526-6396

9

10              DEREK A. GOSMA, ESQUIRE

11              WILMER CUTLER PICKERING HALE and DORR, LLP

12              350 South Grand Avenue

13              Suite 2100

14              Los Angeles, California 90071

15              (213) 443-5308

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

4

1      A P P E A R A N C E S   C O N T I N U E D

2   ON BEHALF DEFENDANT SAMSUNG ELECTRONICS CO., LTD.,

3   SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG

4   TELECOMMUNICATIONS AMERICA, LLC:

5           JOHN S. GORDON, ESQUIRE

6           QUINN EMANUEL URQUHART& SULLIVAN, LLP

7           865 South Figueroa Street

8           Tenth Floor

9           Los Angeles, California 90017

10          (213) 443-3613

11

12   ON BEHALF OF NOKIA CORPORATION:

13          PATRICK J. FLINN, ESQUIRE

14          ALSTON & BIRD

15          1201 West Peachtree Street

16          Atlanta, Georgia 30309

17          (408) 881-7000

18

19   Also Present:

20          Tom Bishel, Videographer

21

22

23

24

25

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

5

1                    C O N T E N T S

2    EXAMINATION OF DANIEL SHIM                   PAGGE

3         By Mr. Mueller                          16

4         By Mr. Flinn                            213

5

6

7                    E X H I B I T S

8              (Attached to transcript)

9    SHIM DEPOSITION EXHIBIT                      PAGE

10   Exhibit 1     Agreed Upon Protective Order    28

11                 Regarding Disclosure and Use of

12                 Discovery Materials, 38 pages

13   Exhibit 2     Apple's Motion For Sanctions,   33

14                 6 pages

15   Exhibit 3     Protective Order, 11 pages      49

16   Exhibit 4     Letter dated April 29, 2011,    90

17                 2 pages

18   Exhibit 5     Letter dated May 13, 2011, 2 pages   91

19   Exhibit 6     Letter dated June 3, 2011, 6 pages   93

20   Exhibit 7     Letter dated July 1, 2011,      95

21                 10 pages

22   Exhibit 8     Email Bates stamped SAMNDCA    109

23                 Z0001902, 1 page

24   Exhibit 9     Email Bates stamped SAMNDCA    115

25                 Z0010490, 5 pages

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

6

```
 1          E X H I B I T S    C O N T I N U E D

 2     SHIM DEPOSITION EXHIBIT                          PAGE

 3     Exhibit 10    Email Bates stamped SAMNDCA         124

 4                   Z0002024, 2 pages

 5     Exhibit 11    Email Bates stamped SAMNDCA         135

 6                   Z0000720 – SAMNDCA Z0000721,

 7                   2 pages

 8     Exhibit 12    Letter dated August 1, 2013,        149

 9                   3 pages

10     Exhibit 13    Letter dated September 25, 201,     151

11                   2 pages

12     Exhibit 14    Email Bates stamped SAMNDCA         178

13                   Z0001144 – SAMNDCA Z0001146,

14                   3 pages

15     Exhibit 15    Email Bates stamped SAMNDCA         182

16                   Z0000917 – SAMNDCA Z000918,

17                   2 pages

18     Exhibit 16    Letter dated August 1, 2013,        183

19                   4 pages

20     Exhibit 17    Letter dated September 25, 2013,    195

21                   3 pages

22     Exhibit 18    Email Bates stamped SAMNDCA         198

23                   Z000057, 1 page

24

25
```

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

7

1                E X H I B I T S    C O N T I N U E D

2     SHIM DEPOSITION EXHIBIT                          PAGE

3     Exhibit 19    Email Bates stamped SAMNDCA          199

4                   Z0000203 - SAMNDCA Z0000208,

5                   6 pages

6     Exhibit 20    Declaration of Daniel W. Shim,       227

7                   9 pages

8     Exhibit 21    Declaration of Daniel W. Shim in     232

9                   Support of Samsung's

10                  Administrative Motion to File

11                  Documents Under Seal, 3 page

12    Exhibit 22    Declaration of Daniel W. Shim,       238

13                  3 pages

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

8

1      LOS ANGELES, CALIFORNIA; TUESDAY, OCTOBER 15, 2013

2                      9:18 A.M.

3                                                                08:59:51

4          THE VIDEOGRAPHER:  Good morning.  Here begins       09:18:10

5      Tape Number 1 in the videotaped deposition of Daniel    09:18:12

6      Shim in the matter of Apple, Inc., versus Samsung       09:18:16

7      Electronics Company Limited, et al., in United States   09:18:23

8      District Court, Northern District of California,        09:18:28

9      San Jose Division, Case Number CV-11-01846 LHK.         09:18:30

10          Today's date is October 15th, 2013.  The time      09:18:41

11      on the video monitor is 9:18.  The videographer today is  09:18:45

12      Tom Bishel.  This deposition is taking place at 350     09:18:52

13      South Grand Avenue, Suite 2100, Los Angeles, California  09:18:57

14      90071.                                                  09:19:01

15          Will Counsel please voice identity -- identify     09:19:04

16      themselves and state whom you represent.                09:19:08

17          MR. MUELLER:  Joe Mueller, WilmerHale, on          09:19:10

18      behalf of Apple.                                        09:19:12

19          MR. FLINN:  Patrick Flinn, Alston & Bird, on       09:19:13

20      behalf of Nokia.                                        09:19:17

21          MR. GORDON:  John Gordon, Quinn Emanuel, on        09:19:17

22      behalf of Samsung and the witness.                      09:19:21

23          MR. KIM:  Jae Kim of Samsung Electronics.          09:19:23

24          MR. GORDON:  All right.  Also -- you want me to    09:19:27

25      announce the live feed?  The deposition is also being  09:19:29

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

9

| | | |
|---|---|---|
| 1 | live fed to Quinn Emanuel.  The only people I have been | 09:19:34 |
| 2 | informed who will or may watch this video are Thomas | 09:19:41 |
| 3 | Watson of our San Francisco office, Quinn Emanuel. | 09:19:45 |
| 4 | Rachel Kassabian of our San Francisco office may watch | 09:19:49 |
| 5 | part of the video.  And Samsung's 30(b)(6) witness, Ken | 09:19:53 |
| 6 | Korea -- Ken Korea, may also watch part of the video. | 09:20:00 |
| 7 | MR. MUELLER:  I would just ask for your | 09:20:03 |
| 8 | representation that if anyone else watches the video, | 09:20:04 |
| 9 | you let us know on the record, please. | 09:20:07 |
| 10 | MR. GORDON:  Tom, you just heard that request, | 09:20:09 |
| 11 | so I have been told those are the only people that are | 09:20:14 |
| 12 | going to watch.  If, for any reason, anyone else comes | 09:20:18 |
| 13 | in to watch, you need to email me immediately and notify | 09:20:21 |
| 14 | me that someone else is watching the video so I can | 09:20:26 |
| 15 | announce their appearance.  Would you send me an email | 09:20:28 |
| 16 | confirming you just understood what I said? | 09:20:31 |
| 17 | Say that again.  Are you and Rachel both | 09:21:38 |
| 18 | Silicon Valley?  Okay.  All right.  Are you -- do you | 09:21:41 |
| 19 | have the only camera?  I mean, you have the only monitor | 09:21:41 |
| 20 | to the live feed?  All right.  All right.  That's fine. | 09:21:44 |
| 21 | Bye. | 09:21:44 |
| 22 | All right.  So two things.  Number one, we | 09:21:51 |
| 23 | confirmed with Tom Watson that he will inform me | 09:21:53 |
| 24 | immediately if anyone else who we don't expect to watch | 09:21:56 |
| 25 | any part of the video , in fact, does come in to watch | 09:21:59 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

10

| | | |
|---|---|---|
| 1 | part of the video.  Secondly, to clarify for the record, | 09:22:02 |
| 2 | Rachel Kassabian and Thomas Watson are in our Silicon | 09:22:07 |
| 3 | Valley, not our San Francisco office. | 09:22:11 |
| 4 | THE VIDEOGRAPHER:  The court reporter today is | 09:22:13 |
| 5 | Kristi Johnson presenting on behalf of Planet Depos. | 09:22:14 |
| 6 | Would the reporter please swear in the witness. | 09:22:18 |
| 7 | | |
| 8 | DANIEL SHIM, | |
| 9 | called as a witness, having been first duly sworn, was | |
| 10 | examined and testified as follows: | |
| 11 | | |
| 12 | MR. FLINN:  A couple things.  Nokia does not | 09:22:29 |
| 13 | consent to the disclosure of any its -- any of its | 09:22:32 |
| 14 | confidential business information of Mr. Korea.  And | 09:22:35 |
| 15 | secondly, I want to put on for the record Nokia's | 09:22:40 |
| 16 | position that Samsung has not complied with Judge | 09:22:44 |
| 17 | Grewal's order requiring Nokia to have full access to | 09:22:48 |
| 18 | the discovery produced to Apple, and that Samsung has | 09:22:51 |
| 19 | not complied with the terms of its stipulation and order | 09:22:58 |
| 20 | entered into with Nokia, and that both failures have | 09:23:01 |
| 21 | prejudiced Nokia.  And we will proceed with this | 09:23:06 |
| 22 | deposition as best as we can under the circumstances, | 09:23:10 |
| 23 | but I wanted to note that for the record. | 09:23:12 |
| 24 | MR. MUELLER:  And I also have a couple | 09:23:14 |
| 25 | preliminary notes.  The first is, I echo Mr. Flinn's | 09:23:16 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

11

| | | |
|---|---|---|
| 1 | objection to Mr. Korea listening to any confidential | 09:23:21 |
| 2 | information from third parties limited -- not limited to | 09:23:25 |
| 3 | Nokia, but also perhaps including other third parties | 09:23:29 |
| 4 | whose information has been improperly disclosed to | 09:23:33 |
| 5 | Samsung.  We object to the re-publication of any such | 09:23:36 |
| 6 | information to Mr. Korea.  I don't know if that's going | 09:23:40 |
| 7 | to happen today or not, whether we'll get into that | 09:23:42 |
| 8 | information today or not, but my suggestion is that | 09:23:44 |
| 9 | Mr. Korea not watch the video and that we hash out any | 09:23:47 |
| 10 | transcript issues after the deposition takes place to | 09:23:50 |
| 11 | ensure that he's not improperly listening or watching | 09:23:52 |
| 12 | information that he shouldn't be seeing. | 09:23:56 |
| 13 | The second thing is -- | 09:23:58 |
| 14 | MR. GORDON:  Hold on.  So let me just make sure | 09:23:59 |
| 15 | I understand.  "My suggestion is that he not watch the | 09:24:00 |
| 16 | video," so are you objecting to him watching the video? | 09:24:04 |
| 17 | MR. MUELLER:  I'm going to object at this point | 09:24:08 |
| 18 | because I don't know what we're going to get into today, | 09:24:09 |
| 19 | and to the extent that documents or testimony surfaces | 09:24:11 |
| 20 | that involves information that he shouldn't have seen, | 09:24:17 |
| 21 | he shouldn't be seeing it today either.  So I don't know | 09:24:21 |
| 22 | if that's going to happen or not, but it strikes me the | 09:24:24 |
| 23 | safest course is to wait until the deposition is | 09:24:28 |
| 24 | complete, we collectively review the transcript and make | 09:24:31 |
| 25 | sure there's no such issues.  On that basis, I will | 09:24:31 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

12

| Line | | Time |
|---|---|---|
| 1 | object. | 09:24:35 |
| 2 | MR. GORDON:  When is he due to be deposed? | 09:24:35 |
| 3 | MR. MUELLER:  Tomorrow. | 09:24:37 |
| 4 | MR. GORDON:  I'm stepping out -- I'm stepping | 09:24:39 |
| 5 | out for a minute to call about that issue. | 09:24:40 |
| 6 | MR. MUELLER:  You can go off the record. | 09:24:47 |
| 7 | THE VIDEOGRAPHER:  We're going off the record | 09:24:49 |
| 8 | at 9:24. | 09:24:50 |
| 9 | (Recess.) | 09:25:45 |
| 10 | THE VIDEOGRAPHER:  We are back on record at | 09:29:14 |
| 11 | 9:29. | 09:29:33 |
| 12 | MR. GORDON:  So in response to your objection, | 09:29:34 |
| 13 | our position is as follows:  Number one, we think if you | 09:29:38 |
| 14 | refuse to allow Mr. Korea to watch any portion of the | 09:29:41 |
| 15 | video, then you're prejudicing his ability to prepare to | 09:29:45 |
| 16 | be the 30(b)(6) because he's going on tomorrow morning, | 09:29:49 |
| 17 | and this deposition, I assume, will last a number of | 09:29:53 |
| 18 | hours today and will not allow us sufficient time to get | 09:29:56 |
| 19 | him the information. | 09:30:00 |
| 20 | Number two, I'm not sure I understand the | 09:30:02 |
| 21 | objection because I didn't expect -- I didn't expect | 09:30:04 |
| 22 | that you would be voluntarily or unilaterally disclosing | 09:30:09 |
| 23 | what you claim is confidential Apple information to the | 09:30:14 |
| 24 | witness and -- | 09:30:18 |
| 25 | MR. MUELLER:  I don't believe I said that, | 09:30:22 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

13

| | | |
|---|---|---|
| 1 | actually. | 09:30:23 |
| 2 | MR. GORDON:  Pardon me? | 09:30:23 |
| 3 | MR. MUELLER:  I don't think I said that.  I | 09:30:24 |
| 4 | said if the information might come up from the witness, | 09:30:24 |
| 5 | I have no idea. | 09:30:27 |
| 6 | MR. GORDON:  Well, I thought I heard two parts. | 09:30:28 |
| 7 | Number one, if it comes out from him -- obviously, if it | 09:30:31 |
| 8 | comes out from him, you can't control that, but I | 09:30:33 |
| 9 | thought you also said if I show -- I thought you said if | 09:30:34 |
| 10 | I show him documents. | 09:30:36 |
| 11 | MR. MUELLER:  No.  If I did, I misspoke.  I | 09:30:37 |
| 12 | just said if information comes out today that he, | 09:30:39 |
| 13 | Mr. Korea, should not be hearing, we would object. | 09:30:43 |
| 14 | MR. GORDON:  Okay.  So you don't intend, | 09:30:45 |
| 15 | unilaterally, to be showing him confidential -- | 09:30:48 |
| 16 | MR. MUELLER:  No, I don't intend to be showing | 09:30:50 |
| 17 | him information that he shouldn't see. | 09:30:53 |
| 18 | MR. GORDON:  Right.  Okay.  All right.  So | 09:30:54 |
| 19 | then, I don't think that's a -- I don't think that's a | 09:30:55 |
| 20 | separate issue. | 09:30:56 |
| 21 | Obviously, Mr. Shim, I don't expect to hear any | 09:30:57 |
| 22 | confidential Apple information coming out of his mouth | 09:31:02 |
| 23 | this morning, but if, for some reason, you think you're | 09:31:05 |
| 24 | about to discuss any confidential Apple patent licensing | 09:31:08 |
| 25 | or any confidential third party licensing or other | 09:31:14 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

14

| | | |
|---|---|---|
| 1 | confidential information, then I need you to stop, step | 09:31:19 |
| 2 | outside with me.  Let's confirm it is.  Then I'm going | 09:31:24 |
| 3 | to -- I'm going to go on the record on the camera and | 09:31:26 |
| 4 | say we're about to disclose what may be what Apple | 09:31:30 |
| 5 | considers, or a third party considers, confidential | 09:31:33 |
| 6 | information.  Mr. Korea should leave the room and should | 09:31:37 |
| 7 | not watch this portion of the video.  All right? | 09:31:39 |
| 8 | MR. MUELLER:  Fair enough.  I think that works. | 09:31:42 |
| 9 | MR. GORDON:  All right. | 09:31:42 |
| 10 | MR. MUELLER:  We have a second objection, | 09:31:43 |
| 11 | though, which is unrelated to Mr. Korea.  And that is, | 09:31:44 |
| 12 | we received thousands and thousands of pages of | 09:31:48 |
| 13 | documents over the weekend, yesterday, last night, in | 09:31:51 |
| 14 | the middle of the night.  And we believe, on two | 09:31:54 |
| 15 | grounds, this document production is prejudicing our | 09:31:58 |
| 16 | ability to take this deposition.  First, the vast | 09:32:01 |
| 17 | majority are almost entirely redacted, and we believe | 09:32:04 |
| 18 | that conflicts with the Court's order.  Second, we just | 09:32:07 |
| 19 | received them.  We have not even had time to review them | 09:32:11 |
| 20 | yet, so I'm going to hold the deposition open on that | 09:32:15 |
| 21 | basis.  And I'm presuming you don't agree with my | 09:32:17 |
| 22 | position, but we can hash that out later on.  I'm just | 09:32:20 |
| 23 | saying on the record, I am going to hold this deposition | 09:32:22 |
| 24 | open. | 09:32:25 |
| 25 | MR. GORDON:  Right.  And we object, but, as you | 09:32:25 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

15

| | | |
|---|---|---|
| 1 | stated, we're not going to resolve it right now because | 09:32:27 |
| 2 | I don't think we're going to walk out and say that we're | 09:32:30 |
| 3 | not going to go forward with your objection.  We'll just | 09:32:32 |
| 4 | deal with it as we need to later. | 09:32:34 |
| 5 | MR. FLINN:  Obviously, we have the same | 09:32:37 |
| 6 | objection. | 09:32:38 |
| 7 | I have one other point, and I'm sorry we can't | 09:32:38 |
| 8 | get this deposition under way, but this is a very minor | 09:32:41 |
| 9 | point.  And Mr. Gordon, I don't need you to address it | 09:32:44 |
| 10 | this minute, but if you would, sort of, before we get | 09:32:48 |
| 11 | too far into the day.  This deposition is clearly being | 09:32:51 |
| 12 | taken pursuant to Judge Grewal's order of October 2nd, | 09:32:55 |
| 13 | but in addition, there is a separate stipulation in | 09:32:59 |
| 14 | order, entered into between Nokia and Samsung, that | 09:33:03 |
| 15 | contemplates further discovery but doesn't specify it. | 09:33:05 |
| 16 | It says there may be further discovery.  I am interested | 09:33:09 |
| 17 | in Samsung's position as to whether or not this | 09:33:13 |
| 18 | deposition, and the two others that are taking place in | 09:33:16 |
| 19 | the next three days, are -- is part of that discovery | 09:33:19 |
| 20 | contemplated by the stipulation or is completely | 09:33:26 |
| 21 | independent of it and let you think about that.  Don't | 09:33:29 |
| 22 | need your response right now. | 09:33:33 |
| 23 | MR. GORDON:  Just to be clear, at this point, I | 09:33:34 |
| 24 | have a limited role in this case, and I think you're | 09:33:38 |
| 25 | raising an issue that, frankly, is separate from my role | 09:33:41 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

16

| | | |
|---|---|---|
| 1 | in the case, so I'd prefer it if you just send an email | 09:33:44 |
| 2 | to -- who is your contact at -- at Quinn Emanuel | 09:33:49 |
| 3 | regarding this matter? | 09:33:53 |
| 4 | MR. FLINN:  That's a real good question.  I | 09:33:55 |
| 5 | guess we have been dealing with Mr. Becker, I guess. | 09:33:57 |
| 6 | MR. GORDON:  Yeah, so he's the one. | 09:34:00 |
| 7 | MR. FLINN:  We'll shoot an email to him. | 09:34:01 |
| 8 | MR. GORDON:  Yeah, he's the one I have been | 09:34:03 |
| 9 | dealing with.  So, frankly, he's the one -- | 09:34:04 |
| 10 | MR. FLINN:  We'll do that this morning. | 09:34:06 |
| 11 | MR. GORDON:  Okay.  All right.  Thanks. | 09:34:07 |
| 12 | MR. MUELLER:  Okay? | 09:34:08 |
| 13 | MR. GORDON:  All right. | 09:34:10 |
| 14 | | 09:34:10 |
| 15 | EXAMINATION | 09:34:10 |
| 16 | BY MR. MUELLER: | 09:34:10 |
| 17 | Q.    Could you please state your name for the | 09:34:11 |
| 18 | record? | 09:34:12 |
| 19 | A.    Sure.  Daniel Shim. | 09:34:12 |
| 20 | Q.    Mr. Shim, where do you live? | 09:34:15 |
| 21 | A.    I currently reside in Seoul, Korea. | 09:34:16 |
| 22 | Q.    And where are you employed? | 09:34:20 |
| 23 | A.    Samsung Electronics Co., Limited. | 09:34:22 |
| 24 | Q.    For how long have you worked at Samsung? | 09:34:25 |
| 25 | A.    A little over four years now. | 09:34:28 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

17

| | | |
|---|---|---|
| 1 | Q.    What is your title? | 09:34:30 |
| 2 | A.    Senior legal counsel. | 09:34:31 |
| 3 | THE REPORTER:  I'm sorry? | 09:34:31 |
| 4 | THE WITNESS:  Senior legal counsel. | 09:34:31 |
| 5 | BY MR. MUELLER: | 09:34:37 |
| 6 | Q.    Have you been deposed before? | 09:34:37 |
| 7 | A.    No.  This is my first time. | 09:34:39 |
| 8 | Q.    Now, you speak fluent English? | 09:34:42 |
| 9 | A.    I speak English. | 09:34:45 |
| 10 | Q.    Do you disagree with the characterization that | 09:34:46 |
| 11 | you're fluent? | 09:34:51 |
| 12 | A.    I speak English. | 09:34:52 |
| 13 | MR. GORDON:  He's asking if you speak -- do you | 09:34:54 |
| 14 | consider yourself to speak fluent English? | 09:34:55 |
| 15 | THE WITNESS:  Yes, I'm -- | 09:34:58 |
| 16 | MR. GORDON:  Okay. | 09:34:58 |
| 17 | THE WITNESS:  -- a fluent speaker. | 09:34:59 |
| 18 | BY MR. MUELLER: | 09:35:00 |
| 19 | Q.    Mr. Shim, what did you do to prepare for | 09:35:03 |
| 20 | today's deposition? | 09:35:05 |
| 21 | A.    I met with Mr. Gordon.  We went over the issues | 09:35:05 |
| 22 | that are likely going to be surfacing during this | 09:35:12 |
| 23 | deposition for about eight hours. | 09:35:16 |
| 24 | Q.    And when did that take place? | 09:35:18 |
| 25 | A.    Yesterday and the afternoon part of Sunday. | 09:35:20 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

18

| | | |
|---|---|---|
| 1 | Q.     Did you review any documents during that | 09:35:27 |
| 2 | preparation session? | 09:35:31 |
| 3 | MR. GORDON:  You can answer that yes or no at | 09:35:32 |
| 4 | this point. | 09:35:36 |
| 5 | THE WITNESS:  Yes. | 09:35:36 |
| 6 | BY MR. MUELLER: | 09:35:36 |
| 7 | Q.     And which documents in particular? | 09:35:37 |
| 8 | MR. GORDON:  And I'm instructing you not to | 09:35:39 |
| 9 | disclose any particular document you reviewed that did | 09:35:41 |
| 10 | not refresh your recollection about any factual matter, | 09:35:46 |
| 11 | but you're free to mention any documents that you | 09:35:48 |
| 12 | reviewed that did refresh your recollection. | 09:35:52 |
| 13 | BY MR. MUELLER: | 09:35:52 |
| 14 | Q.     So let me just take this in parts, and | 09:35:54 |
| 15 | Mr. Gordon can object to my breakdown as appropriate. | 09:35:57 |
| 16 | The first is, can you describe for me the | 09:36:01 |
| 17 | categories of documents that you reviewed, the types of | 09:36:03 |
| 18 | documents? | 09:36:07 |
| 19 | MR. GORDON:  Objection.  Vague and ambiguous. | 09:36:08 |
| 20 | THE WITNESS:  What do you mean by "categories," | 09:36:12 |
| 21 | sir?  Would you kindly -- | 09:36:15 |
| 22 | BY MR. MUELLER: | 09:36:15 |
| 23 | Q.     Sure.  I mean, if you had to group them into | 09:36:15 |
| 24 | types of documents, could you do so? | 09:36:18 |
| 25 | A.     I think my own emails is one category.  Certain | 09:36:20 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

19

| | | |
|---|---|---|
| 1 | attachments that were attached to the emails.  I think | 09:36:28 |
| 2 | those are two main categories, I would say. | 09:36:39 |
| 3 | Q.     Anything else? | 09:36:43 |
| 4 | A.     Possibly, but nothing really comes to my mind. | 09:36:44 |
| 5 | Q.     Did any of the documents that you reviewed | 09:36:47 |
| 6 | refresh your memory as to the subject matter of those | 09:36:58 |
| 7 | documents? | 09:37:00 |
| 8 | A.     I think one did. | 09:37:01 |
| 9 | Q.     And which one was that? | 09:37:09 |
| 10 | A.     It's going to sound funny, but I'm not able to | 09:37:11 |
| 11 | recall which one that is, sitting here right now.  I may | 09:37:18 |
| 12 | be able to recall later. | 09:37:23 |
| 13 | Q.     As for the remainder, those did not refresh | 09:37:27 |
| 14 | your memory as to the subject matter of the documents? | 09:37:33 |
| 15 | A.     That's correct. | 09:37:36 |
| 16 | Q.     And that's because you had a perfect memory | 09:37:36 |
| 17 | before you reviewed those? | 09:37:40 |
| 18 | A.     No, because I have an imperfect memory, and the | 09:37:41 |
| 19 | majority of what I saw were redacted emails that I just | 09:37:47 |
| 20 | told you about. | 09:37:52 |
| 21 | Q.     And the redactions prevented you from | 09:37:53 |
| 22 | refreshing your memory? | 09:37:56 |
| 23 | MR. GORDON:  Well, objection.  Lack of | 09:37:57 |
| 24 | foundation.  Calls for speculation. | 09:37:58 |
| 25 | /// | |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

20

| | | |
|---|---|---|
| 1 | BY MR. MUELLER: | 09:38:02 |
| 2 | Q.    You can answer, sir. | 09:38:02 |
| 3 | A.    I don't know. | 09:38:04 |
| 4 | Q.    With respect to your emails, did you see those | 09:38:04 |
| 5 | in redacted or un-redacted form? | 09:38:21 |
| 6 | A.    I reviewed those in a redacted form. | 09:38:23 |
| 7 | Q.    Were any of them un-redacted? | 09:38:27 |
| 8 | A.    I don't know. | 09:38:41 |
| 9 | Q.    The attachments to the emails that you | 09:38:42 |
| 10 | reviewed, were those redacted or un-redacted? | 09:38:49 |
| 11 | A.    I think both. | 09:38:53 |
| 12 | Q.    Do you recall in particular any that were | 09:38:59 |
| 13 | un-redacted? | 09:39:05 |
| 14 | A.    Yes. | 09:39:06 |
| 15 | MR. GORDON:  And I would object and instruct | 09:39:11 |
| 16 | you not to answer as to specifying any particular | 09:39:13 |
| 17 | documents if they did not refresh your recollection as | 09:39:16 |
| 18 | to the matters contained therein. | 09:39:20 |
| 19 | THE WITNESS:  Then I can't say. | 09:39:25 |
| 20 | BY MR. MUELLER: | 09:39:27 |
| 21 | Q.    So the record is clear, you reviewed at least | 09:39:28 |
| 22 | one un-redacted document, and it did not refresh your | 09:39:31 |
| 23 | recollection as to the subject matter of that document? | 09:39:35 |
| 24 | A.    That's correct, sir. | 09:39:37 |
| 25 | Q.    And why not? | 09:39:38 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

21

| | | |
|---|---|---|
| 1 | A.      Because I remembered what was found in the | 09:39:39 |
| 2 | document that I reviewed. | 09:39:47 |
| 3 | Q.      Sir, have you seen privilege logs before?  Are | 09:40:02 |
| 4 | you familiar with that? | 09:40:07 |
| 5 | A.      I'm familiar with privilege logs.  I have not | 09:40:07 |
| 6 | seen the log itself. | 09:40:11 |
| 7 | Q.      But you have seen privilege logs in the past | 09:40:13 |
| 8 | for U.S. litigation? | 09:40:16 |
| 9 | A.      In other case context, yes. | 09:40:17 |
| 10 | Q.      So focusing on this document that you just | 09:40:20 |
| 11 | mentioned, could you give me the type of information | 09:40:22 |
| 12 | that I would find on a privilege log entry for that | 09:40:26 |
| 13 | document; to, from, subject matter, at the privilege log | 09:40:29 |
| 14 | level? | 09:40:35 |
| 15 | A.      Sure. | 09:40:36 |
| 16 | MR. GORDON:  Objection.  That assumes a fact. | 09:40:36 |
| 17 | MR. MUELLER:  Well, you just instructed on | 09:40:38 |
| 18 | privilege grounds, and I'm asking for the type of | 09:40:39 |
| 19 | information we'd get for a log entry. | 09:40:43 |
| 20 | MR. GORDON:  No, no.  I'm saying you've assumed | 09:40:45 |
| 21 | the fact that the document that he's talking about would | 09:40:47 |
| 22 | be in a privilege log.  That's assuming there it's a | 09:40:50 |
| 23 | privileged document.  You haven't -- I don't know that | 09:40:53 |
| 24 | what he's talking about is a privileged document.  I | 09:40:53 |
| 25 | don't think it is, but you can ask him. | 09:40:55 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

22

| | | |
|---|---|---|
| 1 | MR. MUELLER:  So you're saying it's not a | 09:40:57 |
| 2 | privileged document, but you won't let me -- you won't | 09:40:58 |
| 3 | let him identify. | 09:41:00 |
| 4 | MR. GORDON:  I don't know which document it is. | 09:41:01 |
| 5 | That's -- I didn't object on the ground of privilege.  I | 09:41:03 |
| 6 | objected on the ground of work product that he's -- | 09:41:05 |
| 7 | you're not entitled to find out our work product unless | 09:41:07 |
| 8 | it refreshes his recollection.  You got him to | 09:41:09 |
| 9 | acknowledge that he did look at one redacted document | 09:41:12 |
| 10 | that refreshed his recollection, and he said, I | 09:41:16 |
| 11 | already -- what did he say?  I already -- I think he | 09:41:19 |
| 12 | said, I already was aware of the document.  If it's the | 09:41:23 |
| 13 | document I'm thinking of, it's not a privileged | 09:41:26 |
| 14 | document.  It's not an attorney/client privileged | 09:41:29 |
| 15 | document.  I'm not asserting privilege as to it.  So I'm | 09:41:31 |
| 16 | just saying you didn't -- you didn't establish, as a | 09:41:35 |
| 17 | foundational fact for your question, that it was a | 09:41:37 |
| 18 | privileged document.  That's all I'm saying. | 09:41:39 |
| 19 | MR. MUELLER:  Will you allow the witness to | 09:41:42 |
| 20 | tell me anything about this document? | 09:41:43 |
| 21 | MR. GORDON:  Would you ask him whether it's a | 09:41:45 |
| 22 | privileged document? | 09:41:47 |
| 23 | MR. MUELLER:  Sure. | 09:41:48 |
| 24 | BY MR. MUELLER: | 09:41:49 |
| 25 | Q.    Is it a privileged document? | 09:41:49 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

23

| | | |
|---|---|---|
| 1 | A.     What are we talking about, sir? | 09:41:51 |
| 2 | Q.     The document that you said you reviewed in | 09:41:53 |
| 3 | un-redacted form. | 09:41:56 |
| 4 | A.     Oh. | 09:41:59 |
| 5 | MR. GORDON:  I think he's referring, at this | 09:41:59 |
| 6 | point, is it an attorney/client privileged document? | 09:42:01 |
| 7 | THE WITNESS:  Right, and my answer to that is | 09:42:04 |
| 8 | no, it's not a privileged document. | 09:42:07 |
| 9 | BY MR. MUELLER: | 09:42:10 |
| 10 | Q.     Okay.  What is it? | 09:42:11 |
| 11 | A.     It was a -- it was an opinion rendered by one | 09:42:12 |
| 12 | of the foreign tribunals. | 09:42:23 |
| 13 | Q.     Which foreign tribunal? | 09:42:25 |
| 14 | A.     The District Court of Hague in the Netherlands. | 09:42:28 |
| 15 | Q.     And what was the subject matter of that | 09:42:32 |
| 16 | opinion? | 09:42:34 |
| 17 | MR. GORDON:  Just to be clear, let me ask you | 09:42:36 |
| 18 | one question.  Are you saying this is a document that | 09:42:39 |
| 19 | refreshed your recollection or did not? | 09:42:45 |
| 20 | THE WITNESS:  No, I'm not saying that. | 09:42:46 |
| 21 | MR. GORDON:  All right.  Then we object -- | 09:42:47 |
| 22 | THE WITNESS:  Mr. Mueller's question -- | 09:42:47 |
| 23 | MR. GORDON:  All right.  We object to any | 09:42:48 |
| 24 | further questioning about this document. | 09:42:49 |
| 25 | /// | |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

24

| | | |
|---|---|---|
| 1 | BY MR. MUELLER: | 09:42:50 |
| 2 | Q.    You have already told me it's a subject -- that | 09:42:51 |
| 3 | this is an opinion from The Hague, and what was the | 09:42:52 |
| 4 | subject matter of that opinion? | 09:42:55 |
| 5 | MR. GORDON:  Same objection. | 09:42:57 |
| 6 | THE WITNESS:  It related, among others, to the | 09:43:00 |
| 7 | FRAND issues, the fair, reasonable, non-discriminatory | 09:43:04 |
| 8 | prong. | 09:43:12 |
| 9 | THE REPORTER:  I'm sorry.  I need you to keep | 09:43:12 |
| 10 | your voice up.  The fair? | 09:43:12 |
| 11 | THE WITNESS:  The fair, reasonable, and | 09:43:12 |
| 12 | non-discriminatory prong. | 09:43:14 |
| 13 | BY MR. MUELLER: | 09:43:14 |
| 14 | Q.    Had you seen this opinion before you reviewed | 09:43:14 |
| 15 | it during deposition preparation? | 09:43:17 |
| 16 | A.    Yes, I have. | 09:43:20 |
| 17 | Q.    Why did you review this during deposition | 09:43:20 |
| 18 | preparation? | 09:43:32 |
| 19 | MR. GORDON:  Objection.  Instruct you not to | 09:43:32 |
| 20 | answer.  Work product.  Attorney/client privilege. | 09:43:35 |
| 21 | THE WITNESS:  Follow Counsel's instruction. | 09:43:37 |
| 22 | BY MR. MUELLER: | 09:43:39 |
| 23 | Q.    Mr. Shim, have you been involved in Samsung's | 09:43:40 |
| 24 | development of its positions regarding fair, reasonable, | 09:43:44 |
| 25 | and non-discriminatory licensing? | 09:43:49 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

25

| | | |
|---|---|---|
| 1 | A.     Would you clarify what you mean by "involved" | 09:43:51 |
| 2 | and -- I forget the word. | 09:43:56 |
| 3 | MR. GORDON:  There's the question (indicating). | 09:44:01 |
| 4 | THE WITNESS:  Development of our positions?  I | 09:44:02 |
| 5 | would much appreciate it if you could be a little more | 09:44:08 |
| 6 | precise.  Thank you. | 09:44:11 |
| 7 | BY MR. MUELLER: | 09:44:12 |
| 8 | Q.     Have you worked on Samsung's development of its | 09:44:12 |
| 9 | positions regarding fair, reasonable, and | 09:44:15 |
| 10 | non-discriminatory licensing? | 09:44:19 |
| 11 | MR. GORDON:  It's the exact same question. | 09:44:20 |
| 12 | MR. MUELLER:  It's not.  I changed "involved" | 09:44:22 |
| 13 | to "worked on." | 09:44:24 |
| 14 | THE WITNESS:  Would you clarify for me, what | 09:44:27 |
| 15 | you mean by development of our positions? | 09:44:28 |
| 16 | BY MR. MUELLER: | 09:44:31 |
| 17 | Q.     Sure.  Samsung has taken certain positions | 09:44:33 |
| 18 | regarding fair, reasonable, and non-discriminatory | 09:44:35 |
| 19 | licensing; correct? | 09:44:37 |
| 20 | A.     Yes, we have. | 09:44:37 |
| 21 | Q.     Including in the course of its litigations with | 09:44:38 |
| 22 | Apple; correct? | 09:44:40 |
| 23 | A.     Yes, we have. | 09:44:41 |
| 24 | Q.     Let's start with those. | 09:44:42 |
| 25 | Have you been involved in the development of | 09:44:43 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

26

| | | |
|---|---|---|
| 1 | those positions, the positions that Samsung took in its | 09:44:45 |
| 2 | litigations against Apple with respect to fair, | 09:44:48 |
| 3 | reasonable, and non-discriminatory licensing? | 09:44:54 |
| 4 | A.    I'm trying to answer the question again.  I | 09:44:54 |
| 5 | don't know what you mean by "development." | 09:44:56 |
| 6 | Q.    Sir, have you worked on those positions? | 09:44:58 |
| 7 | A.    I've dealt with the issues, yes. | 09:45:04 |
| 8 | Q.    I'm going to return to the documents that you | 09:45:14 |
| 9 | reviewed yesterday. | 09:45:26 |
| 10 | Aside from the opinion The Hague, did you | 09:45:27 |
| 11 | review any other documents that were un-redacted? | 09:45:30 |
| 12 | MR. GORDON:  Objection.  You shouldn't disclose | 09:45:36 |
| 13 | any documents which did not refresh your recollection. | 09:45:39 |
| 14 | BY MR. MUELLER: | 09:45:49 |
| 15 | Q.    My first question is just, did you review any | 09:45:49 |
| 16 | other documents?  And that's a question that calls for a | 09:45:52 |
| 17 | yes or no answer. | 09:45:55 |
| 18 | A.    Sure.  I'll answer yes. | 09:45:55 |
| 19 | Q.    And did any of those documents refresh your | 09:45:57 |
| 20 | recollection as to the subject matter of those | 09:45:59 |
| 21 | documents? | 09:46:01 |
| 22 | A.    No. | 09:46:02 |
| 23 | Q.    How many documents did you review that were | 09:46:02 |
| 24 | un-redacted? | 09:46:06 |
| 25 | A.    In total? | 09:46:07 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

27

| 1 | Q. In total. | 09:46:10 |
| 2 | A. I want to say three. | 09:46:11 |
| 3 | Q. And did those three documents not refresh your | 09:46:20 |
| 4 | memory because you already remembered the subject matter | 09:46:33 |
| 5 | of those three? | 09:46:35 |
| 6 | A. Yes, I have come across them. | 09:46:35 |
| 7 | Q. What were the three? | 09:46:38 |
| 8 | MR. GORDON: Objection. Instruct you not to | 09:46:41 |
| 9 | answer. | 09:46:43 |
| 10 | THE WITNESS: Follow Counsel's advice. | 09:46:43 |
| 11 | MR. GORDON: If they -- to the extent they | 09:46:46 |
| 12 | didn't refresh your recollection about anything. | 09:46:47 |
| 13 | THE WITNESS: They did not. | 09:46:49 |
| 14 | BY MR. MUELLER: | 09:46:49 |
| 15 | Q. So I believe you testified that you reviewed | 09:46:56 |
| 16 | four un-redacted documents; is that right? | 09:46:58 |
| 17 | MR. GORDON: Objection. Misstates witness's | 09:47:02 |
| 18 | testimony. | 09:47:05 |
| 19 | THE WITNESS: No. I believe I said three in | 09:47:05 |
| 20 | total. | 09:47:09 |
| 21 | BY MR. MUELLER: | 09:47:10 |
| 22 | Q. Okay. So the three included the Dutch opinion, | 09:47:10 |
| 23 | as well? | 09:47:14 |
| 24 | A. That's what I -- how I understood your question | 09:47:14 |
| 25 | was. | 09:47:16 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

28

| | | |
|---|---|---|
| 1 | Q.    Fair enough.  Fair enough. | 09:47:17 |
| 2 | And the remainder of the documents that you | 09:47:18 |
| 3 | reviewed were redacted? | 09:47:20 |
| 4 | A.    Yes, sir. | 09:47:23 |
| 5 | Q.    Do you know whether all of the documents that | 09:47:24 |
| 6 | you reviewed have been produced to Apple? | 09:47:28 |
| 7 | A.    That is my understanding. | 09:47:32 |
| 8 | Q.    Sir, have you reviewed the protective order | 09:47:37 |
| 9 | that was issued by the Court in this case?  And I'll | 09:48:00 |
| 10 | show this to you in a minute, but just so the record is | 09:48:04 |
| 11 | clear, when I say "this case," I'm referring to Civil | 09:48:07 |
| 12 | Action Number 11-CV-1846 in the Northern District of | 09:48:11 |
| 13 | California, and I'll call that the 1846 case. | 09:48:16 |
| 14 | A.    Sure. | 09:48:20 |
| 15 | Q.    Have you seen the protective order in this case | 09:48:21 |
| 16 | before? | 09:48:24 |
| 17 | A.    Yes. | 09:48:25 |
| 18 | MR. MUELLER:  I'll ask the court reporter to | 09:48:38 |
| 19 | mark as Shim Exhibit 1 the agreed-upon protective order. | 09:48:39 |
| 20 | (Plaintiffs' Exhibit 1 was marked | 09:48:39 |
| 21 | for identification by the court | 09:48:39 |
| 22 | reporter and is attached hereto.) | 09:48:58 |
| 23 | BY MR. MUELLER: | 09:48:58 |
| 24 | Q.    And, sir, have you seen this before? | 09:48:58 |
| 25 | A.    Yes, I have. | 09:49:00 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

29

| | | |
|---|---|---|
| 1 | Q.   Have you reviewed it? | 09:49:01 |
| 2 | A.   Yes. | 09:49:03 |
| 3 | Q.   And when did you first see it? | 09:49:05 |
| 4 | A.   I do not remember. | 09:49:08 |
| 5 | Q.   Do you recall if it was more than a year ago? | 09:49:10 |
| 6 | A.   I do not remember. | 09:49:14 |
| 7 | Q.   Did you review this during deposition | 09:49:22 |
| 8 | preparation? | 09:49:25 |
| 9 | MR. GORDON:  Objection.  Objection.  Unless it | 09:49:26 |
| 10 | refreshed your recollection about any matter contained | 09:49:28 |
| 11 | therein, I instruct you not to answer on work product | 09:49:31 |
| 12 | grounds. | 09:49:36 |
| 13 | BY MR. MUELLER: | 09:49:37 |
| 14 | Q.   You're following the instruction? | 09:49:39 |
| 15 | A.   Yes, I will. | 09:49:39 |
| 16 | MR. GORDON:  You need to answer the question | 09:49:40 |
| 17 | one way or another, though. | 09:49:41 |
| 18 | THE WITNESS:  I believe I answered no. | 09:49:44 |
| 19 | BY MR. MUELLER: | 09:49:45 |
| 20 | Q.   Okay.  And you have read this entire protective | 09:49:54 |
| 21 | order? | 09:49:59 |
| 22 | A.   I do not remember. | 09:50:00 |
| 23 | Q.   Have you seen protective orders in other cases | 09:50:02 |
| 24 | and reviewed them? | 09:50:08 |
| 25 | A.   In cases other than the 1846? | 09:50:10 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

30

| | | |
|---|---|---|
| 1 | Q.    Yes.  We'll start with other than the 1846 | 09:50:15 |
| 2 | case. | 09:50:18 |
| 3 | A.    Yes, I have. | 09:50:18 |
| 4 | Q.    And have you reviewed protective orders in | 09:50:19 |
| 5 | cases not against Apple, against other parties that | 09:50:23 |
| 6 | Samsung has litigated against? | 09:50:27 |
| 7 | A.    Yes. | 09:50:30 |
| 8 | Q.    And you understand the purpose of a protective | 09:50:32 |
| 9 | order? | 09:50:36 |
| 10 | MR. GORDON:  Objection.  Vague and ambiguous. | 09:50:37 |
| 11 | THE WITNESS:  I have a general understanding, | 09:50:42 |
| 12 | yes. | 09:50:44 |
| 13 | BY MR. MUELLER: | 09:50:44 |
| 14 | Q.    And what's your general understanding? | 09:50:44 |
| 15 | A.    My understanding is that the protective order | 09:50:46 |
| 16 | protects the confidentiality of the party's information, | 09:50:55 |
| 17 | any third party confidential information, et cetera. | 09:51:00 |
| 18 | Q.    Do you take protective orders seriously | 09:51:04 |
| 19 | yourself? | 09:51:08 |
| 20 | A.    I do, sir. | 09:51:09 |
| 21 | Q.    Do others at Samsung take them seriously? | 09:51:11 |
| 22 | MR. GORDON:  Objection.  Lack of foundation. | 09:51:13 |
| 23 | Calls for speculation.  Vague and ambiguous. | 09:51:15 |
| 24 | BY MR. MUELLER: | 09:51:16 |
| 25 | Q.    Well, do you know whether others at Samsung | 09:51:17 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

31

| | | |
|---|---|---|
| 1 | take them seriously? | 09:51:19 |
| 2 | MR. GORDON:  Same objections as to vague and | 09:51:21 |
| 3 | ambiguous. | 09:51:25 |
| 4 | THE WITNESS:  I believe so. | 09:51:25 |
| 5 | BY MR. MUELLER: | 09:51:26 |
| 6 | Q.    Sir, have you broken this protective order in | 09:51:35 |
| 7 | this case? | 09:51:39 |
| 8 | A.    No, I have not. | 09:51:39 |
| 9 | Q.    Have you received information from Samsung's | 09:51:42 |
| 10 | outside counsel in a way that violates the protective | 09:51:46 |
| 11 | order? | 09:51:51 |
| 12 | A.    No. | 09:51:52 |
| 13 | MR. GORDON:  Time out.  Can you tell me -- it | 09:51:58 |
| 14 | stops.  It stops going.  Can you just tell me how to -- | 09:52:02 |
| 15 | THE WITNESS:  Scroll down. | 09:52:02 |
| 16 | MR. GORDON:  Well, I did scroll down, and it | 09:52:08 |
| 17 | won't -- | 09:52:15 |
| 18 | THE REPORTER:  If you -- there's a large icon | |
| 19 | on the top left. | |
| 20 | MR. GORDON:  Follow -- | |
| 21 | THE REPORTER:  It says, "Follow Real Time." | |
| 22 | MR. GORDON:  Yeah. | |
| 23 | THE REPORTER:  Click it. | |
| 24 | MR. GORDON:  That -- this -- it won't let me -- | 09:52:17 |
| 25 | there's no arrow.  Oh, there it is.  Maybe that will do | 09:52:17 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

32

| | | |
|---|---|---|
| 1 | it.  Hold on.  All right.  Thanks.  Sorry. | 09:52:21 |
| 2 | BY MR. MUELLER: | 09:52:24 |
| 3 | Q.    Sir, are you aware of any others at Samsung who | 09:52:26 |
| 4 | have broken the protective order in this case? | 09:52:31 |
| 5 | A.    I do not believe so. | 09:52:33 |
| 6 | Q.    Are you aware of any instances in which | 09:52:42 |
| 7 | Samsung's outside counsel have broken the protective | 09:52:45 |
| 8 | order in this case? | 09:52:49 |
| 9 | MR. GORDON:  Objection.  Attorney/client | 09:52:49 |
| 10 | privilege.  Work product. | 09:52:51 |
| 11 | You can answer that if you know it outside of | 09:52:52 |
| 12 | any confidential attorney/client communications. | 09:52:55 |
| 13 | THE WITNESS:  I'll decline to answer. | 09:53:04 |
| 14 | MR. GORDON:  You need to answer one -- I mean, | 09:53:06 |
| 15 | are you saying you can't answer that without disclosing | 09:53:09 |
| 16 | attorney/client communication? | 09:53:12 |
| 17 | THE WITNESS:  What was the question again, sir? | 09:53:17 |
| 18 | BY MR. MUELLER: | 09:53:19 |
| 19 | Q.    Sure.  Are you aware of any instances in which | 09:53:20 |
| 20 | Samsung's outside counsel have broken the protective | 09:53:23 |
| 21 | order in this case? | 09:53:25 |
| 22 | MR. GORDON:  Same objection.  I also object on | 09:53:26 |
| 23 | vague and ambiguous grounds. | 09:53:30 |
| 24 | THE WITNESS:  I'll answer, I do not believe so. | 09:53:31 |
| 25 | /// | |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

33

| | | |
|---|---|---|
| 1 | BY MR. MUELLER: | 09:53:35 |
| 2 | Q.    So is your testimony that your understanding is | 09:53:38 |
| 3 | that no one at Samsung, nor any of Samsung's outside | 09:53:42 |
| 4 | counsel, have broken the protective order in this case? | 09:53:47 |
| 5 | MR. GORDON:  Objection.  Vague and ambiguous | 09:53:51 |
| 6 | and attorney/client privileged work product. | 09:53:52 |
| 7 | THE WITNESS:  I believe I said I know | 09:53:55 |
| 8 | personally that I have not, and my -- it is my belief | 09:53:56 |
| 9 | that my colleagues at Samsung, and also my counsel, | 09:54:00 |
| 10 | outside counsel, have not broken the protective order. | 09:54:04 |
| 11 | (Plaintiffs' Exhibit 2 was marked | 09:54:04 |
| 12 | for identification by the court | 09:54:04 |
| 13 | reporter and is attached hereto.) | 09:54:06 |
| 14 | BY MR. MUELLER: | 09:54:06 |
| 15 | Q.    The court reporter has handed you what's been | 09:54:32 |
| 16 | marked as Shim Exhibit 2, order regarding Apple's motion | 09:54:34 |
| 17 | for sanctions. | 09:54:38 |
| 18 | Have you seen this before, sir? | 09:54:40 |
| 19 | A.    May I review it? | 09:54:41 |
| 20 | Q.    Sure. | 09:54:44 |
| 21 | MR. GORDON:  By the way, just for the record, | 09:54:46 |
| 22 | you don't need to ask.  You're always entitled to review | 09:54:48 |
| 23 | a document before you answer questions about it. | 09:54:52 |
| 24 | THE WITNESS:  I have reviewed this document. | 09:55:14 |
| 25 | /// | |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

34

| | | |
|---|---|---|
| 1 | BY MR. MUELLER: | 09:55:16 |
| 2 | Q.    Sir, would you please turn to page 2? | 09:55:16 |
| 3 | A.    I'm there. | 09:55:21 |
| 4 | Q.    And let's start at the top.  Do you see where | 09:55:22 |
| 5 | the Court said, "A casual observer might reasonably | 09:55:24 |
| 6 | wonder what magic a protective order works that allows | 09:55:29 |
| 7 | outside counsel access to confidential information to | 09:55:33 |
| 8 | advance the case without countenancing untoward uses by | 09:55:36 |
| 9 | the client.  The answer is not a magical one at all. | 09:55:41 |
| 10 | The confidential information remains confidential | 09:55:43 |
| 11 | because counsel and clients alike follow court orders. | 09:55:45 |
| 12 | If parties breach this basic rule, the Court's | 09:55:49 |
| 13 | assurances becomes meaningless." | 09:55:52 |
| 14 |        Do you see that, sir? | 09:55:55 |
| 15 | A.    Yes, I do. | 09:55:56 |
| 16 | Q.    And then do you see the next sentence?  The | 09:55:57 |
| 17 | Court states, "There is reason to believe the rule has | 09:55:58 |
| 18 | been breached in the present case." | 09:56:01 |
| 19 |        Do you see that, sir? | 09:56:03 |
| 20 | A.    I do. | 09:56:03 |
| 21 | Q.    And the judge went on to explain that; correct? | 09:56:04 |
| 22 | You have seen this opinion? | 09:56:07 |
| 23 |        MR. GORDON:  Objection.  Misstates -- | 09:56:08 |
| 24 | mischaracterizes the document. | 09:56:10 |
| 25 |        THE WITNESS:  The judge goes on to append the | 09:56:13 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

35

| | | |
|---|---|---|
| 1 | order, yes. | 09:56:17 |
| 2 | BY MR. MUELLER: | 09:56:18 |
| 3 | Q.    And do you agree with the judge? | 09:56:18 |
| 4 | MR. GORDON:  Objection.  Vague and ambiguous. | 09:56:19 |
| 5 | BY MR. MUELLER: | 09:56:21 |
| 6 | Q.    Well, let's start with the sentence that | 09:56:21 |
| 7 | states, "There is reason to believe the rule has been | 09:56:24 |
| 8 | breached in the present case." | 09:56:26 |
| 9 | Is the judge right? | 09:56:27 |
| 10 | MR. GORDON:  Objection.  Vague and ambiguous. | 09:56:29 |
| 11 | Lack of foundation.  Calls for speculation.  And work | 09:56:31 |
| 12 | product. | 09:56:35 |
| 13 | Instruct you not to disclosure your mental | 09:56:36 |
| 14 | impressions that haven't been publicly disclosed or | 09:56:39 |
| 15 | otherwise waived. | 09:56:43 |
| 16 | THE WITNESS:  I do not know. | 09:56:47 |
| 17 | BY MR. MUELLER: | 09:56:48 |
| 18 | Q.    You don't know if the judge is right? | 09:56:49 |
| 19 | A.    I -- it relates to my mental impression, I | 09:56:51 |
| 20 | believe, and on that ground, I choose not to answer the | 09:57:05 |
| 21 | question. | 09:57:10 |
| 22 | Q.    Well, you testified a few moments ago that your | 09:57:10 |
| 23 | belief was neither your colleagues at Samsung nor | 09:57:13 |
| 24 | Samsung's outside counsel had broken the protective | 09:57:18 |
| 25 | order; correct? | 09:57:23 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

36

| | | |
|---|---|---|
| 1 | A.     Yes, I did mention that. | 09:57:24 |
| 2 | Q.     That is inconsistent with what the Court has | 09:57:25 |
| 3 | stated here; correct? | 09:57:26 |
| 4 |         MR. GORDON:  Objection.  Lack of foundation. | 09:57:28 |
| 5 | Calls for speculation.  Vague and ambiguous.  Calls for | 09:57:30 |
| 6 | mental impressions.  Work product. | 09:57:33 |
| 7 |         THE WITNESS:  I do not know. | 09:57:35 |
| 8 | BY MR. MUELLER: | 09:57:36 |
| 9 | Q.     Well, fair to say the judge does think that the | 09:57:38 |
| 10 | protective order has been broken; correct? | 09:57:41 |
| 11 |         MR. GORDON:  Objection.  Lack of foundation. | 09:57:43 |
| 12 | Calls for speculation. | 09:57:46 |
| 13 |         THE WITNESS:  No. | 09:57:52 |
| 14 | BY MR. MUELLER: | 09:57:52 |
| 15 | Q.     You don't think so? | 09:57:52 |
| 16 | A.     No. | 09:57:53 |
| 17 |         MR. GORDON:  Same objections. | 09:57:54 |
| 18 | BY MR. MUELLER: | 09:57:54 |
| 19 | Q.     So you don't think the sentence that states, | 09:57:55 |
| 20 | "There is reason to believe the rule has been breached | 09:57:57 |
| 21 | in the present case," means the judge believes the | 09:57:58 |
| 22 | protective order has been broken? | 09:58:03 |
| 23 |         MR. GORDON:  Same objections. | 09:58:05 |
| 24 |         THE WITNESS:  Slightly different from the way | 09:58:07 |
| 25 | in which you had worded the statement before, Counsel. | 09:58:10 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

37

| | | |
|---|---|---|
| 1 | BY MR. MUELLER: | 09:58:13 |
| 2 | Q.    Could you explain?  Why do you think that that | 09:58:13 |
| 3 | is consistent with what the judge -- | 09:58:15 |
| 4 | A.    Well, Judge Grewal here -- | 09:58:15 |
| 5 | MR. MUELLER:  Go ahead, sir. | 09:58:22 |
| 6 | MR. GORDON:  Objection.  Lack of foundation. | 09:58:22 |
| 7 | Calls for speculation.  And work product.  Calls for | 09:58:25 |
| 8 | mental impressions. | 09:58:28 |
| 9 | Instruct you not to reveal any unwaived or | 09:58:29 |
| 10 | undisclosed mental impressions about your view of the | 09:58:33 |
| 11 | order. | 09:58:36 |
| 12 | THE WITNESS:  I'm just reading line 9 of | 09:58:38 |
| 13 | page 2.  It -- all it says is, "There is reason to | 09:58:42 |
| 14 | believe," at this point.  He didn't definitively say | 09:58:45 |
| 15 | that the protective order has been breached. | 09:58:49 |
| 16 | BY MR. MUELLER: | 09:58:53 |
| 17 | Q.    And you don't think it has? | 09:58:58 |
| 18 | MR. GORDON:  Same objections. | 09:59:01 |
| 19 | THE WITNESS:  Again, it's my mental impression. | 09:59:02 |
| 20 | On that ground, I decline to answer the question. | 09:59:06 |
| 21 | BY MR. MUELLER: | 09:59:08 |
| 22 | Q.    You decline to answer whether the protective | 09:59:08 |
| 23 | order has been breached? | 09:59:11 |
| 24 | A.    Yes. | 09:59:22 |
| 25 | MR. GORDON:  Objection to Counsel's | 09:59:22 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

38

| | | |
|---|---|---|
| 1 | mischaracterization.  His question declined whether the | 09:59:23 |
| 2 | protective order has been breached. | 09:59:27 |
| 3 | MR. MUELLER:  Well, he answered yes.  I'll ask | 09:59:28 |
| 4 | it again. | 09:59:28 |
| 5 | BY MR. MUELLER: | 09:59:28 |
| 6 | Q.    Do you believe the protective order has been | 09:59:31 |
| 7 | breached? | 09:59:33 |
| 8 | MR. GORDON:  Same objections as to work product | 09:59:34 |
| 9 | and vague and ambiguous. | 09:59:39 |
| 10 | THE WITNESS:  I can't answer that question, | 09:59:46 |
| 11 | Counsel, without revealing my own mental impression as | 09:59:48 |
| 12 | legal counsel.  I, therefore, decline to answer that | 09:59:53 |
| 13 | question. | 09:59:55 |
| 14 | BY MR. MUELLER: | 10:00:10 |
| 15 | Q.    Are you aware of any instances in which Samsung | 10:00:10 |
| 16 | has been found to have breached protective orders in | 10:00:12 |
| 17 | other cases? | 10:00:15 |
| 18 | A.    I do not know, sir. | 10:00:17 |
| 19 | Q.    Are you aware of any instances in which Samsung | 10:00:20 |
| 20 | has been sanctioned by a court for violating discovery | 10:00:25 |
| 21 | obligations? | 10:00:31 |
| 22 | A.    Yes. | 10:00:31 |
| 23 | Q.    What were those? | 10:00:33 |
| 24 | MR. GORDON:  I would object on attorney/client | 10:00:36 |
| 25 | privilege grounds if you know only through | 10:00:39 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

39

| | | |
|---|---|---|
| 1 | attorney/client privileged communications. | 10:00:41 |
| 2 | THE WITNESS:  I believe it was the first N.D. | 10:00:52 |
| 3 | Cal case where parties Apple and Samsung were | 10:01:00 |
| 4 | sanctioned. | 10:01:03 |
| 5 | BY MR. MUELLER: | 10:01:04 |
| 6 | Q.    For what? | 10:01:04 |
| 7 | MR. GORDON:  Same objections as to | 10:01:06 |
| 8 | attorney/client privilege. | 10:01:07 |
| 9 | THE WITNESS:  I do not remember precisely for | 10:01:10 |
| 10 | what. | 10:01:17 |
| 11 | BY MR. MUELLER: | 10:01:17 |
| 12 | Q.    Sir, do you understand we're here today because | 10:01:32 |
| 13 | Judge Grewal, in the order that is Shim Exhibit 2, has | 10:01:35 |
| 14 | ordered discovery into certain disclosures of licensing | 10:01:41 |
| 15 | information that originally took place by Quinn Emanuel | 10:01:45 |
| 16 | to Samsung? | 10:01:48 |
| 17 | MR. GORDON:  Objection.  Attorney/client | 10:01:50 |
| 18 | privilege. | 10:01:52 |
| 19 | You can answer that if you can answer without | 10:01:52 |
| 20 | privileged information. | 10:01:54 |
| 21 | THE WITNESS:  Yes. | 10:01:55 |
| 22 | BY MR. MUELLER: | 10:01:56 |
| 23 | Q.    And when did you first become aware of the | 10:01:57 |
| 24 | disclosures at issue? | 10:02:01 |
| 25 | MR. GORDON:  Objection.  Vague -- vague and | 10:02:04 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

40

| | | |
|---|---|---|
| 1 | ambiguous and attorney/client privilege. | 10:02:07 |
| 2 | You can answer if you understand the question | 10:02:09 |
| 3 | and you can answer without disclosing attorney/client | 10:02:11 |
| 4 | privileged communications. | 10:02:17 |
| 5 | THE WITNESS:  What disclosure are we talking | 10:02:17 |
| 6 | about? | 10:02:18 |
| 7 | BY MR. MUELLER: | 10:02:18 |
| 8 | Q.    Sure.  So you understand that Judge Grewal | 10:02:19 |
| 9 | is -- has ordered discovery into disclosures of certain | 10:02:20 |
| 10 | licensing information? | 10:02:24 |
| 11 | MR. GORDON:  Same objections. | 10:02:26 |
| 12 | THE WITNESS:  Yes, as stated in the order. | 10:02:28 |
| 13 | BY MR. MUELLER: | 10:02:32 |
| 14 | Q.    And I'm going to take you through some very | 10:02:32 |
| 15 | specific documents a bit later in the deposition, but | 10:02:36 |
| 16 | for now I just want to get your -- the context here. | 10:02:39 |
| 17 | When did you first become aware that there were | 10:02:43 |
| 18 | disclosures of licensing information to Samsung that | 10:02:46 |
| 19 | third parties and Apple considered confidential? | 10:02:52 |
| 20 | MR. GORDON:  Objection.  Vague and ambiguous | 10:02:56 |
| 21 | and attorney/client privilege. | 10:02:59 |
| 22 | You can answer with unprivileged information if | 10:03:01 |
| 23 | you understand. | 10:03:07 |
| 24 | THE REPORTER:  I'm sorry.  You can answer? | 10:03:07 |
| 25 | MR. GORDON:  With unprivileged information if | 10:03:07 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

41

| | | |
|---|---|---|
| 1 | you can understand -- if you understand the question. | 10:03:12 |
| 2 | THE WITNESS:  Counsel, you're still talking | 10:03:12 |
| 3 | about the disclosure as stated in this order; right? | 10:03:14 |
| 4 | BY MR. MUELLER: | 10:03:17 |
| 5 | Q.    We'll start there. | 10:03:17 |
| 6 | MR. GORDON:  Same objections. | 10:03:19 |
| 7 | THE WITNESS:  I do not recall the precise time. | 10:03:20 |
| 8 | BY MR. MUELLER: | 10:03:23 |
| 9 | Q.    Now, do you understand that in early July, | 10:03:23 |
| 10 | July 2nd specifically, Nokia sought a protective order | 10:03:26 |
| 11 | in this case? | 10:03:31 |
| 12 | A.    I do not know. | 10:03:33 |
| 13 | Q.    You have not heard about that? | 10:03:34 |
| 14 | A.    I have heard about it.  I'm not aware that it | 10:03:36 |
| 15 | precisely took place on July 2nd, 2013. | 10:03:43 |
| 16 | Q.    But you do know that Nokia sought a protective | 10:03:45 |
| 17 | order? | 10:03:49 |
| 18 | A.    Yes, I'm aware. | 10:03:50 |
| 19 | Q.    And do you understand that Nokia sought that | 10:03:51 |
| 20 | protective order on the basis of its allegation that | 10:03:53 |
| 21 | certain of its own licensing information had been | 10:03:57 |
| 22 | misused? | 10:03:59 |
| 23 | MR. GORDON:  Objection.  Attorney/client | 10:04:00 |
| 24 | privilege as to all of these questions. | 10:04:02 |
| 25 | I'm instructing you, you can answer with | 10:04:04 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

42

| | | |
|---|---|---|
| 1 | unprivileged information, assuming you understand the | 10:04:05 |
| 2 | question, but you should not -- you should not disclose | 10:04:08 |
| 3 | information that you know only through attorney/client | 10:04:11 |
| 4 | privileged communications. | 10:04:15 |
| 5 | THE WITNESS:  I understand that that is Nokia's | 10:04:17 |
| 6 | allegation. | 10:04:20 |
| 7 | BY MR. MUELLER: | 10:04:21 |
| 8 | Q.    And when did you first learn that Nokia had | 10:04:22 |
| 9 | made this allegation? | 10:04:24 |
| 10 | A.    I do not remember. | 10:04:25 |
| 11 | Q.    Sir, have you been retaining documents that | 10:04:31 |
| 12 | relate to the issues on which Judge Grewal has ordered | 10:04:41 |
| 13 | discovery in Shim Exhibit 2? | 10:04:47 |
| 14 | A.    May I ask you, what do you mean by "retaining"? | 10:04:49 |
| 15 | Q.    Sure.  Preserving. | 10:04:51 |
| 16 | A.    Would you provide more context? | 10:04:55 |
| 17 | Q.    Sir, have you been making any attempt to | 10:05:01 |
| 18 | preserve documents that relate to the discovery that | 10:05:03 |
| 19 | Judge Grewal ordered in Shim Exhibit 2? | 10:05:07 |
| 20 | A.    Yes. | 10:05:11 |
| 21 | Q.    What have you been doing? | 10:05:18 |
| 22 | A.    I have been saving my emails.  I have been | 10:05:19 |
| 23 | saving, generally, materials that I receive on any given | 10:05:29 |
| 24 | day. | 10:05:38 |
| 25 | Q.    Have you made any attempt to identify documents | 10:05:40 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

43

| | | |
|---|---|---|
| 1 | that relate to the issues on which Judge Grewal has | 10:05:45 |
| 2 | ordered discovery? | 10:05:49 |
| 3 | A.    To be precise, Counsel, may I ask you, what do | 10:05:50 |
| 4 | you mean by "documents that relate to the issues"? | 10:05:55 |
| 5 | Q.    Sir, I'm not going to be -- that's as precise | 10:06:00 |
| 6 | as I'm going to be for this question. | 10:06:04 |
| 7 | You've read the order; correct? | 10:06:06 |
| 8 | A.    I said I reviewed the order. | 10:06:07 |
| 9 | Q.    And you have seen that he ordered discovery? | 10:06:09 |
| 10 | A.    Yes, I have. | 10:06:11 |
| 11 | Q.    Okay.  And you understand the order; right? | 10:06:11 |
| 12 | A.    I have an understanding of what it says, yes. | 10:06:13 |
| 13 | Q.    Right.  So my question is, have you attempted | 10:06:17 |
| 14 | to preserve documents that relate to the discovery that | 10:06:19 |
| 15 | Judge Grewal has ordered? | 10:06:22 |
| 16 | A.    Sir, I'm trying to answer the question.  I'm | 10:06:24 |
| 17 | just trying to understand, what do you mean by, again, | 10:06:32 |
| 18 | "documents that relate to the discovery that Judge | 10:06:35 |
| 19 | Grewal has ordered"? | 10:06:39 |
| 20 | Q.    Well, actually, it's going to be -- | 10:06:39 |
| 21 | A.    He -- he talks about a lot of things, so... | 10:06:41 |
| 22 | Q.    And have you tried to preserve documents that | 10:06:43 |
| 23 | relate to all of them? | 10:06:45 |
| 24 | A.    I try to save all documents, if that's what | 10:06:47 |
| 25 | you're saying, sir. | 10:06:51 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

44

1    Q.    No, it's not.  What I'm asking you is, have you          10:06:52

2  made an attempt to preserve documents that relate to the         10:06:54

3  issues on which Judge Grewal has ordered discovery?              10:06:57

4    A.    I save all documents.                                    10:07:03

5    Q.    So you have not made any special effort to               10:07:05

6  preserve documents that relate to the issues on which            10:07:07

7  Judge Grewal has ordered discovery?                              10:07:10

8    A.    No.  I would say I save all documents,                   10:07:12

9  inclusive of any -- any issues discussed by Judge                10:07:17

10  Grewal.                                                          10:07:24

11    Q.    Okay.  When you say you "save all documents,"           10:07:24

12  does that mean, for example, you don't delete any emails        10:07:26

13  at all?                                                          10:07:29

14    A.    I delete some emails.                                   10:07:30

15    Q.    So how do you know that the emails you have             10:07:32

16  deleted -- well, withdrawn.                                      10:07:35

17          Do you know whether any of the emails that you          10:07:38

18  have deleted relate to the issues on which Judge Grewal         10:07:40

19  has ordered discovery?                                          10:07:43

20    A.    Not as far as I know.                                   10:07:44

21    Q.    Have you made any attempt to identify, within          10:07:47

22  the documents that you have saved, those documents that         10:07:53

23  relate to Judge Grewal's order?                                 10:07:57

24    A.    Not as far as I can recall.                             10:07:59

25    Q.    Does Samsung have in place a system that                10:08:09

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

45

| | | |
|---|---|---|
| 1 | automatically deletes certain emails? | 10:08:16 |
| 2 | A.    Yes. | 10:08:19 |
| 3 | Q.    Is that system active? | 10:08:26 |
| 4 | A.    Yes. | 10:08:29 |
| 5 | Q.    Does that system apply to your emails? | 10:08:35 |
| 6 | A.    Yes, but I have my own ways of circumventing | 10:08:39 |
| 7 | that. | 10:08:48 |
| 8 | Q.    Let's just take this in pieces. | 10:08:48 |
| 9 | The system is active with respect to your own | 10:08:50 |
| 10 | emails? | 10:08:52 |
| 11 | A.    Pertaining to certain aspects of my email | 10:08:53 |
| 12 | system that I utilize, yes, it is active. | 10:08:59 |
| 13 | Q.    And I think you said you have taken steps or | 10:09:03 |
| 14 | you have your own ways of circumventing the system? | 10:09:05 |
| 15 | A.    Circumventing the deletion, auto delete feature | 10:09:08 |
| 16 | that I think you mentioned, Counsel. | 10:09:12 |
| 17 | Q.    Could you explain? | 10:09:13 |
| 18 | A.    I preserve emails, among others, through | 10:09:14 |
| 19 | manually saving my emails so that the auto delete | 10:09:22 |
| 20 | feature is not -- is not affected.  Also, there is a | 10:09:33 |
| 21 | system in place that automatically saves, archives all | 10:09:46 |
| 22 | of my emails, regardless of whether I manually save, | 10:09:55 |
| 23 | regardless of whether I hit the delete button, | 10:09:59 |
| 24 | regardless of -- no matter what I do, they're archived. | 10:10:02 |
| 25 | Q.    And when did your manual system take effect? | 10:10:08 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

46

| | | |
|---|---|---|
| 1 | When did you start manually saving emails? | 10:10:13 |
| 2 | A. As far as I can remember -- as far as I can | 10:10:15 |
| 3 | recall, since I began at the company, since I started at | 10:10:23 |
| 4 | Samsung. | 10:10:27 |
| 5 | Q. So four years ago? | 10:10:27 |
| 6 | A. About four years ago, yes, sir. | 10:10:29 |
| 7 | Q. And when did this archive system take effect? | 10:10:30 |
| 8 | A. I do not remember. | 10:10:34 |
| 9 | Q. Sir, is it your belief that this auto delete | 10:10:41 |
| 10 | system has not resulted in the deletion of any documents | 10:10:47 |
| 11 | that might be relevant to the discovery ordered by Judge | 10:10:52 |
| 12 | Grewal? | 10:10:58 |
| 13 | A. Are you asking about my emails? | 10:10:58 |
| 14 | Q. Yes. I'm sorry. I meant your own documents, | 10:11:02 |
| 15 | including your emails. | 10:11:04 |
| 16 | A. Right. | 10:11:04 |
| 17 | Q. Is it your belief that the auto delete system | 10:11:05 |
| 18 | has not deleted any of your own documents that might be | 10:11:08 |
| 19 | relevant to Judge Grewal's discovery? | 10:11:13 |
| 20 | A. That is my belief. | 10:11:16 |
| 21 | Q. Have you received a document preservation | 10:11:18 |
| 22 | memorandum in the last three months relating to the | 10:11:29 |
| 23 | information that Judge Grewal has ordered discovery? | 10:11:36 |
| 24 | A. I do not remember. | 10:11:46 |
| 25 | Q. You don't remember seeing any such document, | 10:11:48 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

47

| | | |
|---|---|---|
| 1 | preservation memorandum? | 10:11:52 |
| 2 | A.     No.  I recall seeing it.  You specifically | 10:11:54 |
| 3 | inquired regarding the time period as within the past | 10:11:59 |
| 4 | three months, and that's the recollection that I do not | 10:12:03 |
| 5 | have. | 10:12:06 |
| 6 | Q.     But you do recall seeing a document, | 10:12:06 |
| 7 | preservation memorandum, specific to the issues on which | 10:12:08 |
| 8 | Judge Grewal has ordered discovery? | 10:12:13 |
| 9 | A.     Yes, I have. | 10:12:15 |
| 10 | Q.     Do you know who sent that? | 10:12:16 |
| 11 | A.     I do not remember. | 10:12:19 |
| 12 | Q.     Since these disclosure issues arose, has anyone | 10:12:27 |
| 13 | imaged your hard drive to preserve the documents on that | 10:12:38 |
| 14 | hard drive? | 10:12:42 |
| 15 | MR. GORDON:  Objection.  Lack of foundation. | 10:12:43 |
| 16 | May call for speculation. | 10:12:45 |
| 17 | THE WITNESS:  Yes, they have. | 10:12:47 |
| 18 | BY MR. MUELLER: | 10:12:49 |
| 19 | Q.     And when did that take place? | 10:12:50 |
| 20 | A.     I'm -- I don't want to speculate, Counsel, but | 10:12:51 |
| 21 | I can give you a rough time period. | 10:12:58 |
| 22 | Q.     Sure. | 10:13:00 |
| 23 | A.     I would say about a month ago. | 10:13:02 |
| 24 | Q.     Since these issues arose, have you gone back | 10:13:06 |
| 25 | yourself to review your documents to see which documents | 10:13:20 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

48

| | | |
|---|---|---|
| 1 | might relate to the issues on which Judge Grewal has | 10:13:26 |
| 2 | ordered discovery? | 10:13:28 |
| 3 | MR. GORDON:  Objection.  Vague and ambiguous. | 10:13:32 |
| 4 | THE WITNESS:  As far as I can recall, no, I | 10:13:35 |
| 5 | have not. | 10:13:38 |
| 6 | BY MR. MUELLER: | 10:13:43 |
| 7 | Q.    Who imaged your hard drive? | 10:13:49 |
| 8 | A.    It's an independent third party vendor.  I | 10:13:51 |
| 9 | believe they are the -- I think they're called Stroz | 10:14:00 |
| 10 | Friedberg. | 10:14:08 |
| 11 | Q.    Sir, your current position is senior legal | 10:14:18 |
| 12 | counsel; is that correct? | 10:14:25 |
| 13 | A.    That's correct, sir. | 10:14:26 |
| 14 | Q.    Have you held any other positions at Samsung? | 10:14:27 |
| 15 | A.    Yes, I have. | 10:14:31 |
| 16 | Q.    What were those? | 10:14:34 |
| 17 | A.    Legal counsel. | 10:14:36 |
| 18 | Q.    Any others? | 10:14:40 |
| 19 | A.    No. | 10:14:44 |
| 20 | Q.    What did you do before joining Samsung? | 10:14:46 |
| 21 | A.    I worked in Washington, DC, as a law firm | 10:14:49 |
| 22 | associate. | 10:14:55 |
| 23 | Q.    Which firm? | 10:14:55 |
| 24 | A.    Steptoe and Johnson. | 10:14:57 |
| 25 | Q.    And for how long did you work at | 10:15:01 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

49

| | | |
|---|---|---|
| 1 | Steptoe and Johnson? | 10:15:03 |
| 2 | A.    Roughly three, three and a half years. | 10:15:04 |
| 3 | Q.    Did you work on litigation? | 10:15:09 |
| 4 | A.    I did. | 10:15:14 |
| 5 | Q.    What types of cases? | 10:15:15 |
| 6 | A.    District Court patent, IP actions, ITC.  That's | 10:15:17 |
| 7 | my answer. | 10:15:33 |
| 8 | Q.    Sir, you understand there's also an ITC case -- | 10:15:35 |
| 9 | actually, multiple ITC cases between Apple and Samsung? | 10:15:44 |
| 10 | A.    Yes, I'm aware of such actions. | 10:15:49 |
| 11 | Q.    Including one of which that involves Samsung as | 10:15:50 |
| 12 | the complainant and Apple as the respondent? | 10:15:53 |
| 13 | A.    I believe you're referring to the 794 action. | 10:15:56 |
| 14 | Q.    That is correct. | 10:16:00 |
| 15 | (Plaintiffs' Exhibit 3 was marked | 10:16:00 |
| 16 | for identification by the court | 10:16:00 |
| 17 | reporter and is attached hereto.) | 10:16:15 |
| 18 | BY MR. MUELLER: | 10:16:15 |
| 19 | Q.    The court reporter has handed you what has been | 10:16:15 |
| 20 | marked as Shim Exhibit 3.  This is the protective order | 10:16:18 |
| 21 | from the 794 case. | 10:16:21 |
| 22 | Have you seen this before? | 10:16:24 |
| 23 | A.    Yes, I have. | 10:16:27 |
| 24 | Q.    Now, when you worked at Steptoe and Johnson, | 10:16:28 |
| 25 | were you familiar or did you have experience with | 10:16:32 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

50

| | | |
|---|---|---|
| 1 | protective orders? | 10:16:35 |
| 2 | A.    Yes, I had familiarity. | 10:16:37 |
| 3 | Q.    Including in the ITC? | 10:16:38 |
| 4 | A.    Yes. | 10:16:40 |
| 5 | Q.    Did you subscribe to any ITC protective orders | 10:16:42 |
| 6 | by filing a written acknowledgment? | 10:16:47 |
| 7 | A.    I do not remember. | 10:16:52 |
| 8 | Q.    But you did have direct experience at that time | 10:16:53 |
| 9 | with ITC protective orders? | 10:16:58 |
| 10 | A.    Yes, I have. | 10:17:02 |
| 11 | Q.    What did you do before you joined Steptoe and | 10:17:03 |
| 12 | Johnson? | 10:17:09 |
| 13 | A.    I was also a law firm associate for about a | 10:17:09 |
| 14 | year doing mostly patent prosecution line of work. | 10:17:13 |
| 15 | Q.    Where was that? | 10:17:19 |
| 16 | A.    Also in Washington, DC. | 10:17:20 |
| 17 | Q.    Which firm? | 10:17:23 |
| 18 | A.    Sughrue Mion. | 10:17:23 |
| 19 | Q.    And what did you do before your year there? | 10:17:27 |
| 20 | A.    I was in school. | 10:17:35 |
| 21 | Q.    Which school did you go to? | 10:17:36 |
| 22 | A.    I went to Cardozo Law School. | 10:17:38 |
| 23 | Q.    And did you go to law school immediately after | 10:17:44 |
| 24 | your undergraduate degree? | 10:17:51 |
| 25 | A.    I did. | 10:17:53 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

51

| | | |
|---|---|---|
| 1 | Q.    And where did you earn your undergraduate | 10:17:54 |
| 2 | degree? | 10:17:58 |
| 3 | A.    At Rutgers, New Brunswick. | 10:17:58 |
| 4 | Q.    Before you went to Rutgers, were you living in | 10:18:03 |
| 5 | the U.S. or in Korea? | 10:18:13 |
| 6 | A.    I was living in the States. | 10:18:14 |
| 7 | Q.    And for how long did you live in the States | 10:18:18 |
| 8 | before going to Rutgers? | 10:18:21 |
| 9 | A.    Before I started college, I was in the States | 10:18:22 |
| 10 | for about five years. | 10:18:38 |
| 11 | Q.    Before that, you were in Korea? | 10:18:41 |
| 12 | A.    Yes, I was. | 10:18:44 |
| 13 | Q.    So adding up the time before you went to | 10:18:48 |
| 14 | college, with your college experience, with your law | 10:19:06 |
| 15 | school experience, with your pre-Samsung work | 10:19:10 |
| 16 | experience, you spent over 15 years in the U.S.? | 10:19:13 |
| 17 | A.    That's correct, sir. | 10:19:17 |
| 18 | Q.    When you first joined Samsung as legal counsel, | 10:19:24 |
| 19 | what were your responsibilities? | 10:19:29 |
| 20 | A.    Rendering legal advice, reporting to my client, | 10:19:31 |
| 21 | to management on different legal issues that Samsung | 10:19:47 |
| 22 | fields on any given matters, specifically in a litigious | 10:19:53 |
| 23 | setting, litigation management. | 10:19:59 |
| 24 | Q.    Do you recall any of the cases that you helped | 10:20:04 |
| 25 | supervise? | 10:20:07 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

52

| | | |
|---|---|---|
| 1 | A.      You want me to name them? | 10:20:08 |
| 2 | Q.      Yes. | 10:20:11 |
| 3 | A.      There are quite a few.  I'll give you -- any | 10:20:12 |
| 4 | relevant time period that you want me to specify?  I | 10:20:31 |
| 5 | mean, there is quite a list. | 10:20:34 |
| 6 | Q.      Well, just some examples if you have any that | 10:20:38 |
| 7 | you recall. | 10:20:41 |
| 8 | A.      Sure.  I worked on the ITC case, I believe, and | 10:20:42 |
| 9 | I'm speculating here, Investigation Number 753, | 10:20:48 |
| 10 | involving a complainant by the name of BTG. | 10:20:55 |
| 11 | Worked on a case -- a dozen of Texas cases, | 10:20:59 |
| 12 | East Texas cases, where Samsung was being sued as a | 10:21:12 |
| 13 | defendant. | 10:21:18 |
| 14 | Q.      Sir, are you familiar with the concept of | 10:21:23 |
| 15 | standard essential patents? | 10:21:28 |
| 16 | A.      I know what it is. | 10:21:30 |
| 17 | Q.      Were you involved in any cases in this time | 10:21:36 |
| 18 | period, while serving as legal counsel, that involved | 10:21:38 |
| 19 | allegedly standard essential patents? | 10:21:42 |
| 20 | A.      Not as far as I can recall, no. | 10:21:48 |
| 21 | Q.      And you spoke a bit earlier about fair, | 10:21:54 |
| 22 | reasonable, and non-discriminatory licensing. | 10:22:01 |
| 23 | I'm going to use the term "FRAND licensing" as | 10:22:02 |
| 24 | shorthand; is that fair? | 10:22:05 |
| 25 | A.      That's fine, sir. | 10:22:06 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

53

| | | |
|---|---|---|
| 1 | Q.    Were you involved in this time period, when you | 10:22:07 |
| 2 | were serving as legal counsel, in any cases that | 10:22:10 |
| 3 | involved FRAND licensing issues? | 10:22:13 |
| 4 | MR. GORDON:  Objection.  Vague and ambiguous as | 10:22:18 |
| 5 | to time. | 10:22:19 |
| 6 | THE WITNESS:  When you say "FRAND licensing | 10:22:21 |
| 7 | issues," you mean specifically in the licensing context? | 10:22:28 |
| 8 | BY MR. MUELLER: | 10:22:32 |
| 9 | Q.    I mean litigations that raised -- | 10:22:32 |
| 10 | A.    Okay. | 10:22:32 |
| 11 | Q.    -- FRAND licensing issues. | 10:22:34 |
| 12 | A.    No. | 10:22:35 |
| 13 | Q.    Setting litigations to the side, were you | 10:22:41 |
| 14 | involved in any FRAND licensing issues outside of | 10:22:44 |
| 15 | litigation in this time period while you were serving as | 10:22:46 |
| 16 | legal counsel? | 10:22:49 |
| 17 | A.    No. | 10:22:50 |
| 18 | Q.    When did you become senior legal counsel, what | 10:22:52 |
| 19 | year? | 10:22:54 |
| 20 | A.    I want to say 2010. | 10:22:55 |
| 21 | Q.    About a year after you joined the company? | 10:23:02 |
| 22 | A.    That's correct. | 10:23:07 |
| 23 | MR. MUELLER:  Why don't we take a quick break? | 10:23:13 |
| 24 | THE VIDEOGRAPHER:  We're going off the record | 10:23:17 |
| 25 | at 10:23. | 10:23:19 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

54

| | | |
|---|---|---|
| 1 | (Recess.) | 10:23:21 |
| 2 | THE VIDEOGRAPHER:  We are back on the record at | 10:38:48 |
| 3 | 10:39. | 10:39:06 |
| 4 | MR. MUELLER:  Before I get started, I just want | 10:39:07 |
| 5 | to note that my colleague, Derek Gosma from WilmerHale | 10:39:09 |
| 6 | in our L.A. office here, has joined the deposition. | 10:39:13 |
| 7 | BY MR. MUELLER: | 10:39:17 |
| 8 | Q.    Mr. Shim, when we left off, we were discussing | 10:39:19 |
| 9 | your start date for your role as senior legal counsel. | 10:39:22 |
| 10 | I think you said it was 2010, if I recall | 10:39:27 |
| 11 | correctly? | 10:39:30 |
| 12 | A.    I believe so. | 10:39:30 |
| 13 | Q.    How did your responsibilities change, if at | 10:39:32 |
| 14 | all, when you assumed the position of senior legal | 10:39:37 |
| 15 | counsel? | 10:39:39 |
| 16 | A.    In terms of the actual role, I don't think it | 10:39:40 |
| 17 | changed much.  It just -- I was -- it was basically a | 10:39:52 |
| 18 | promotion. | 10:39:57 |
| 19 | Q.    I'd like you to set to the side, for the | 10:39:58 |
| 20 | moment, the Samsung, Apple litigations, and I want to | 10:40:03 |
| 21 | ask you about the other litigations you have helped | 10:40:06 |
| 22 | supervise as senior legal counsel. | 10:40:09 |
| 23 | Do you have that in mind? | 10:40:11 |
| 24 | A.    I do. | 10:40:12 |
| 25 | Q.    Did any of the other non-Apple litigations | 10:40:13 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

55

| | | |
|---|---|---|
| 1 | involve allegedly standard essential patents? | 10:40:17 |
| 2 | A.    Can you give me a time period? | 10:40:21 |
| 3 | Q.    Sure.  I'm referring to the period since you | 10:40:22 |
| 4 | have become senior legal counsel in 2010 to the present. | 10:40:25 |
| 5 | A.    I understand your question to be asking for my | 10:40:29 |
| 6 | involvement in cases where standard essential patents | 10:40:36 |
| 7 | are at issue? | 10:40:41 |
| 8 | Q.    Correct. | 10:40:43 |
| 9 | MR. GORDON:  Non-Apple. | 10:40:44 |
| 10 | BY MR. MUELLER: | 10:40:45 |
| 11 | Q.    Non-Apple? | 10:40:46 |
| 12 | A.    Non-Apple.  There's the Ericsson matter.  And | 10:40:47 |
| 13 | then there's the InterDigital matter.  Those are two | 10:40:59 |
| 14 | prominent pending cases. | 10:41:04 |
| 15 | Q.    Any others? | 10:41:06 |
| 16 | A.    I believe there is -- I don't want to | 10:41:10 |
| 17 | speculate.  I don't know. | 10:41:13 |
| 18 | Q.    You don't know whether there's any others at | 10:41:16 |
| 19 | all? | 10:41:19 |
| 20 | A.    I don't. | 10:41:19 |
| 21 | Q.    Now, the Ericsson matters, those are ongoing; | 10:41:22 |
| 22 | is that right? | 10:41:25 |
| 23 | A.    That's correct. | 10:41:25 |
| 24 | Q.    In both the ITC and District Court? | 10:41:26 |
| 25 | A.    That's correct. | 10:41:29 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

56

| | | |
|---|---|---|
| 1 | Q.      And in those cases, Samsung has asserted | 10:41:31 |
| 2 | certain patents that it considers standard essential; | 10:41:35 |
| 3 | correct? | 10:41:35 |
| 4 | A.      In one of the cases, yes. | 10:41:41 |
| 5 | Q.      The ITC case? | 10:41:43 |
| 6 | A.      In the ITC case, yes. | 10:41:44 |
| 7 | Q.      And Ericsson, for its part, has asserted | 10:41:47 |
| 8 | patents it alleges to be standard essential? | 10:41:52 |
| 9 | A.      Yes, Ericsson being the first party to -- to | 10:41:55 |
| 10 | having sued Samsung. | 10:42:00 |
| 11 | Q.      Ericsson has asserted allegedly standard | 10:42:02 |
| 12 | essential patents in the ITC and in District Court; | 10:42:06 |
| 13 | correct? | 10:42:06 |
| 14 | A.      Correct. | 10:42:09 |
| 15 | Q.      The Ericsson cases involve FRAND licensing | 10:42:11 |
| 16 | issues; correct? | 10:42:15 |
| 17 | A.      It's a component, yes. | 10:42:18 |
| 18 | Q.      The InterDigital case, was that in the ITC? | 10:42:20 |
| 19 | A.      That is in the ITC. | 10:42:24 |
| 20 | Q.      And in that case, InterDigital has asserted | 10:42:26 |
| 21 | allegedly standard essential patents? | 10:42:31 |
| 22 | A.      Indeed. | 10:42:34 |
| 23 | Q.      Does that case involve FRAND licensing issues? | 10:42:35 |
| 24 | A.      Again, it's a component of the case. | 10:42:38 |
| 25 | Q.      Since becoming senior legal counsel, have you | 10:42:41 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

57

| | | |
|---|---|---|
| 1 | worked on FRAND licensing issues outside of litigation? | 10:42:45 |
| 2 | A.    No, to the extent -- no.  No. | 10:42:49 |
| 3 | Q.    When were you -- when did you first hear the | 10:43:07 |
| 4 | term "FRAND" with respect to licensing? | 10:43:12 |
| 5 | A.    I do not remember. | 10:43:15 |
| 6 | Q.    Was it since joining Samsung? | 10:43:19 |
| 7 | A.    No. | 10:43:23 |
| 8 | Q.    What was the first FRAND case that you worked | 10:43:26 |
| 9 | on since joining Samsung, or first case that involved | 10:43:29 |
| 10 | FRAND licensing issues? | 10:43:33 |
| 11 | A.    I would say Apple, the litigation, the pending | 10:43:36 |
| 12 | litigation between Apple and Samsung. | 10:43:46 |
| 13 | Q.    Let's talk a bit about those cases.  There have | 10:43:50 |
| 14 | been multiple District Court cases between Apple and | 10:43:55 |
| 15 | Samsung in the United States; correct? | 10:43:58 |
| 16 | A.    That -- that is correct. | 10:44:02 |
| 17 | Q.    There have been multiple International Trade | 10:44:03 |
| 18 | Commission cases involving the parties; correct? | 10:44:07 |
| 19 | A.    Yes. | 10:44:07 |
| 20 | Q.    And there have been a variety of cases outside | 10:44:10 |
| 21 | of the United States; correct? | 10:44:13 |
| 22 | A.    Indeed. | 10:44:15 |
| 23 | Q.    What has been your role with respect to -- | 10:44:16 |
| 24 | let's start with the United States -- cases between | 10:44:20 |
| 25 | Apple and Samsung? | 10:44:22 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

58

| | | |
|---|---|---|
| 1 | A.     I -- as senior legal counsel, I handle a number | 10:44:23 |
| 2 | of issues and matters in rendering legal advice for my | 10:44:31 |
| 3 | client, specifically in the context of Samsung, Apple | 10:44:38 |
| 4 | litigation.  I advise the client involving issues of | 10:44:42 |
| 5 | discovery, issues relating to the FRAND issues I think | 10:44:47 |
| 6 | that you mentioned.  It could be a whole host of things, | 10:44:54 |
| 7 | but those two probably I could say are -- they stand out | 10:44:59 |
| 8 | in my mind, sitting here. | 10:45:05 |
| 9 | Q.     Have you worked on any of the technical issues | 10:45:06 |
| 10 | with respect to the patents in suit between Samsung and | 10:45:09 |
| 11 | Apple; infringement issues, for example? | 10:45:14 |
| 12 | A.     I think I understand what you're asking.  I | 10:45:25 |
| 13 | think FRAND issues inherently entail, I think, grasping | 10:45:29 |
| 14 | with the technical aspects of the case.  So in that | 10:45:36 |
| 15 | context, I would like to say yes. | 10:45:39 |
| 16 | Q.     But from what I take your -- withdrawn. | 10:45:42 |
| 17 | I take your testimony to be that your primary | 10:45:47 |
| 18 | responsibility has been these FRAND licensing issues? | 10:45:51 |
| 19 | A.     That's accurate. | 10:45:53 |
| 20 | Q.     And is your responsibility with respect to | 10:45:55 |
| 21 | FRAND licensing limited to the United States cases, or | 10:46:04 |
| 22 | do you have that responsibility with respect to the | 10:46:07 |
| 23 | foreign cases, as well? | 10:46:11 |
| 24 | A.     It extends to the foreign cases. | 10:46:12 |
| 25 | Q.     I'm not going to ask you with this question any | 10:46:16 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

59

| | | |
|---|---|---|
| 1 | particular aspects of the communications you've had | 10:46:20 |
| 2 | about FRAND licensing, but would you describe your role | 10:46:26 |
| 3 | as helping to supervise and coordinate the FRAND | 10:46:28 |
| 4 | licensing strategy? | 10:46:33 |
| 5 | A.    I think "coordinate" is a very broadly termed | 10:46:34 |
| 6 | word.  I field similar issues, as I described that I do | 10:46:41 |
| 7 | in the United States, in the foreign venues, as well. | 10:46:47 |
| 8 | Q.    When you say you "field similar issues," you | 10:46:51 |
| 9 | attempt to ensure consistency in the positions that | 10:46:54 |
| 10 | Samsung is taking across jurisdictions? | 10:46:59 |
| 11 | A.    That's one -- that's one aspect, yes. | 10:47:03 |
| 12 | Q.    What are the other aspects? | 10:47:06 |
| 13 | A.    Ensuring, again, that our position is | 10:47:09 |
| 14 | accurately reflected in various submissions that we put | 10:47:17 |
| 15 | in the venues around the world. | 10:47:25 |
| 16 | Q.    And to execute your responsibilities, do you | 10:47:29 |
| 17 | review draft briefs? | 10:47:32 |
| 18 | A.    I do. | 10:47:34 |
| 19 | Q.    Do you review draft expert reports? | 10:47:37 |
| 20 | A.    To the extent there is -- the venue calls for | 10:47:39 |
| 21 | an expert report, yes, I do. | 10:47:45 |
| 22 | Q.    Do you meet with counsel in person, outside | 10:47:47 |
| 23 | counsel? | 10:47:52 |
| 24 | A.    For a select few venues where I'm personally, | 10:47:53 |
| 25 | you know, working on, in terms of the foreign venue, | 10:48:01 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

60

| | | |
|---|---|---|
| 1 | yes, I do. | 10:48:05 |
| 2 | Q.    Do you communicate with outside counsel by | 10:48:06 |
| 3 | email? | 10:48:08 |
| 4 | A.    Yes. | 10:48:09 |
| 5 | Q.    Do you communicate with outside counsel by | 10:48:10 |
| 6 | phone? | 10:48:13 |
| 7 | A.    Yes. | 10:48:13 |
| 8 | Q.    Do you review with outside counsel potential | 10:48:17 |
| 9 | arguments on FRAND licensing issues before counsel | 10:48:21 |
| 10 | presents such arguments to a court; for example, in a | 10:48:26 |
| 11 | hearing? | 10:48:29 |
| 12 | A.    Yes, I do. | 10:48:30 |
| 13 | Q.    And you comment on those arguments, potential | 10:48:36 |
| 14 | arguments? | 10:48:43 |
| 15 | A.    Only to the extent I think it's warranted to | 10:48:45 |
| 16 | best serve my client's needs. | 10:48:50 |
| 17 | Q.    Who do you report to at Samsung? | 10:48:55 |
| 18 | A.    Vice president, Mr. Brian Kim. | 10:48:59 |
| 19 | Q.    And who does Mr. Kim report to? | 10:49:09 |
| 20 | A.    Executive vice president, Kijoong Kang. | 10:49:14 |
| 21 | Q.    And could you spell that, sir? | 10:49:22 |
| 22 | A.    Yeah.  First name Kijoong, K-I-J-O-O-N-G, last | 10:49:24 |
| 23 | name Kang, K-A-N-G. | 10:49:31 |
| 24 | Q.    And who does Mr. Kang report to? | 10:49:36 |
| 25 | A.    Our CIPO, chief intellectual property officer, | 10:49:38 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

61

| | | |
|---|---|---|
| 1 | Dr. Seung Ho Ahn. | 10:49:47 |
| 2 | Q.    And Dr. Ahn reports to the CEO? | 10:49:53 |
| 3 | A.    I do not know. | 10:49:58 |
| 4 | Q.    Do you know who he reports to? | 10:49:59 |
| 5 | A.    Who reports to whom? | 10:50:00 |
| 6 | Q.    Do you know who Dr. Ahn reports to? | 10:50:03 |
| 7 | A.    I do not, no. | 10:50:05 |
| 8 | Q.    Is Dr. Ahn an attorney? | 10:50:07 |
| 9 | A.    I'm not sure.  I don't know. | 10:50:12 |
| 10 | Q.    Is Mr. Kang an attorney? | 10:50:17 |
| 11 | A.    He's a Korean attorney. | 10:50:20 |
| 12 | Q.    And is Mr. Kim an attorney? | 10:50:26 |
| 13 | A.    When you say "Mr. Kim," VP Brian Kim? | 10:50:28 |
| 14 | Q.    Yes, VP Brian Kim. | 10:50:32 |
| 15 | A.    Yes, he is an attorney. | 10:50:35 |
| 16 | Q.    Does Mr. Kim have any particular title, other | 10:50:36 |
| 17 | than vice president? | 10:50:40 |
| 18 | A.    I think it's -- I don't know. | 10:50:42 |
| 19 | Q.    Does Mr. Kang or Kang -- I may be | 10:50:50 |
| 20 | mispronouncing that -- have any particular title, other | 10:50:54 |
| 21 | than executive vice president? | 10:50:56 |
| 22 | A.    I think he also goes by the title of being the | 10:50:58 |
| 23 | head of IP litigation at Samsung Electronics Co., | 10:51:02 |
| 24 | Limited. | 10:51:13 |
| 25 | Q.    Who reports to you? | 10:51:13 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

62

| | | |
|---|---|---|
| 1 | A.    No one. | 10:51:14 |
| 2 | Q.    So let's return to your litigation | 10:51:20 |
| 3 | responsibilities. | 10:51:33 |
| 4 | Is one of your goals to ensure that your | 10:51:34 |
| 5 | outside counsel accurately represents Samsung's FRAND | 10:51:37 |
| 6 | licensing positions in the litigations that they're | 10:51:42 |
| 7 | working on? | 10:51:44 |
| 8 | A.    You could say that, yes. | 10:51:44 |
| 9 | Q.    And you understand Samsung's FRAND licensing | 10:51:49 |
| 10 | positions? | 10:51:53 |
| 11 | MR. GORDON:  Objection.  Vague and ambiguous. | 10:51:54 |
| 12 | THE WITNESS:  I know the different positions | 10:51:56 |
| 13 | that Samsung has taken in a different fact-specific | 10:52:06 |
| 14 | context on a -- on a case-by-case basis. | 10:52:12 |
| 15 | BY MR. MUELLER: | 10:52:19 |
| 16 | Q.    And I think you said the Apple -- I may have | 10:52:20 |
| 17 | this wrong, and if so, please correct me, but I think | 10:52:22 |
| 18 | you said Apple was the first case you worked on at | 10:52:25 |
| 19 | Samsung that involved FRAND licensing issues? | 10:52:30 |
| 20 | A.    I believe that is what I said, yes. | 10:52:33 |
| 21 | Q.    When you started working on the Apple case, did | 10:52:34 |
| 22 | anyone speak to you to convey to you Samsung's FRAND | 10:52:37 |
| 23 | licensing positions?  I'm not asking what they are.  I | 10:52:42 |
| 24 | just want to know if anyone had that conversation with | 10:52:44 |
| 25 | you. | 10:52:47 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

63

| | | |
|---|---|---|
| 1 | A.    I'm not sure if I can answer that question, | 10:52:47 |
| 2 | sir. | 10:52:58 |
| 3 | Q.    Sure.  I mean, just to cut to the chase here, | 10:52:59 |
| 4 | I'm trying to understand how you developed an | 10:53:02 |
| 5 | understanding of Samsung's FRAND licensing positions so | 10:53:04 |
| 6 | that you could then supervise these cases involving | 10:53:07 |
| 7 | those issues. | 10:53:11 |
| 8 | A.    I'm not sure if I can answer that question | 10:53:13 |
| 9 | without divulging information covered by attorney/client | 10:53:18 |
| 10 | privilege. | 10:53:22 |
| 11 | Q.    Well, I'm not asking you for any particular | 10:53:22 |
| 12 | communications.  I just want to know the general process | 10:53:25 |
| 13 | by which you developed an understanding of Samsung's | 10:53:27 |
| 14 | FRAND licensing positions. | 10:53:33 |
| 15 | A.    I talked to our outside counsel advising on | 10:53:37 |
| 16 | different -- working on different -- different cases, | 10:53:49 |
| 17 | advising Samsung relating to the FRAND issues at hand. | 10:53:56 |
| 18 | Q.    Did you speak with anyone inside of Samsung? | 10:54:01 |
| 19 | MR. GORDON:  Objection.  Vague and ambiguous. | 10:54:11 |
| 20 | THE WITNESS:  Yes. | 10:54:14 |
| 21 | BY MR. MUELLER: | 10:54:15 |
| 22 | Q.    Do you recall who? | 10:54:16 |
| 23 | A.    Not particularly. | 10:54:16 |
| 24 | Q.    Did you review any documents to become familiar | 10:54:22 |
| 25 | with Samsung's positions on FRAND licensing? | 10:54:31 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

64

| | | |
|---|---|---|
| 1 | A.     Yes. | 10:54:37 |
| 2 | Q.     Which documents? | 10:54:38 |
| 3 | A.     Various pleadings, various -- various materials | 10:54:41 |
| 4 | that would clue me in regarding the facts specific to | 10:54:56 |
| 5 | the case surrounding the circumstances at hand in each | 10:55:00 |
| 6 | of the cases. | 10:55:05 |
| 7 | Q.     Do you recall which cases those pleadings came | 10:55:05 |
| 8 | from? | 10:55:09 |
| 9 | A.     I think past cases where Samsung had either | 10:55:09 |
| 10 | gotten sued as a licensee or where Samsung has enforced | 10:55:30 |
| 11 | its SEPs in the past. | 10:55:38 |
| 12 | Q.     Do you recall any of the other parties involved | 10:55:42 |
| 13 | in those cases? | 10:55:45 |
| 14 | A.     The Ericsson litigation comes to my mind. | 10:55:46 |
| 15 | Q.     And this was a case in the United Kingdom? | 10:55:56 |
| 16 | A.     No.  I believe -- I believe it was at -- I | 10:56:01 |
| 17 | don't know. | 10:56:08 |
| 18 | Q.     So I'm going to ask you some questions about | 10:56:09 |
| 19 | Samsung's FRAND licensing positions, and just so we | 10:56:28 |
| 20 | don't -- so we can try to minimize the privilege | 10:56:31 |
| 21 | objections -- | 10:56:34 |
| 22 | A.     Sure. | 10:56:35 |
| 23 | Q.     -- I want you to answer, if you could, based on | 10:56:35 |
| 24 | statements that Samsung has made in court or in | 10:56:40 |
| 25 | correspondence to third parties.  So I'm not asking you | 10:56:45 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

65

| | | |
|---|---|---|
| 1 | for internal privileged communications.  I'm asking you | 10:56:48 |
| 2 | about Samsung's licensing positions as it has expressed | 10:56:51 |
| 3 | them in court filings or correspondence with third | 10:56:54 |
| 4 | parties. | 10:56:57 |
| 5 | Do you have that in mind? | 10:56:58 |
| 6 | A.    I do.  I do. | 10:57:02 |
| 7 | MR. GORDON:  And let me just make clear, so | 10:57:06 |
| 8 | long as you're basing it on pleadings that you have seen | 10:57:08 |
| 9 | or being in court or otherwise reading about it publicly | 10:57:11 |
| 10 | or in an unprivileged document, you're free to answer | 10:57:14 |
| 11 | all of those questions.  You should not disclose any | 10:57:18 |
| 12 | internal confidential communications; for example, if | 10:57:21 |
| 13 | someone says, well, we argued A in this case and B in | 10:57:24 |
| 14 | this case, if that's not otherwise publicly disclosed | 10:57:28 |
| 15 | and it was for the purposes of obtaining or providing | 10:57:31 |
| 16 | legal advice.  Do you understand that? | 10:57:34 |
| 17 | THE WITNESS:  I do, sir. | 10:57:37 |
| 18 | MR. GORDON:  Okay. | 10:57:37 |
| 19 | BY MR. MUELLER: | 10:57:37 |
| 20 | Q.    So with that as a prelude, I'm going to ask you | 10:57:38 |
| 21 | a few questions. | 10:57:40 |
| 22 | What is Samsung's position on whether FRAND | 10:57:41 |
| 23 | commitments allow for seeking injunctions on declared | 10:57:45 |
| 24 | essential patents? | 10:57:50 |
| 25 | MR. GORDON:  Objection.  Vague and ambiguous. | 10:57:52 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

66

| | | |
|---|---|---|
| 1 | Lack of foundation.  Calls for speculation. | 10:57:55 |
| 2 | THE WITNESS:  I'm afraid I'm not able to answer | 10:57:58 |
| 3 | that question on the grounds that it relates to mental | 10:58:12 |
| 4 | impression covered by attorney/client privileged work | 10:58:17 |
| 5 | product documents. | 10:58:21 |
| 6 | BY MR. MUELLER: | 10:58:22 |
| 7 | Q.    You can't provide any non-privileged answer to | 10:58:23 |
| 8 | that question? | 10:58:26 |
| 9 | A.    That's correct. | 10:58:28 |
| 10 | Q.    Now, Samsung has sought injunctions on patents | 10:58:29 |
| 11 | that have FRAND commitments; correct? | 10:58:34 |
| 12 | A.    Yes. | 10:58:42 |
| 13 | Q.    And Samsung has justified its pursuit of | 10:58:42 |
| 14 | injunctions on patents that have FRAND commitments, at | 10:58:50 |
| 15 | least in part, by arguing that the other party was a | 10:58:54 |
| 16 | so-called unwilling licensee; correct? | 10:58:59 |
| 17 | A.    Are you talking about Apple, Samsung | 10:59:07 |
| 18 | litigation? | 10:59:09 |
| 19 | Q.    We -- sure.  We can take the Apple case as an | 10:59:09 |
| 20 | example. | 10:59:12 |
| 21 | Samsung has sought injunctions against Apple on | 10:59:13 |
| 22 | patents that have FRAND commitments by arguing that | 10:59:17 |
| 23 | Apple is an unwilling licensee; correct? | 10:59:21 |
| 24 | A.    That is my understanding.  I think you can say | 10:59:28 |
| 25 | that, yes. | 10:59:31 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

67

| | | |
|---|---|---|
| 1 | Q.    And Samsung -- | 10:59:31 |
| 2 | MR. GORDON:  Sorry.  I just want to make clear, | 10:59:34 |
| 3 | when you say, "That is my understanding," I'm reminding | 10:59:36 |
| 4 | you to abide by my instruction on attorney/client | 10:59:39 |
| 5 | privilege and work product.  So if that's your | 10:59:42 |
| 6 | understanding from a non-privileged source, that's fine. | 10:59:44 |
| 7 | BY MR. MUELLER: | 10:59:48 |
| 8 | Q.    And, in fact, sir, Samsung has said that in | 10:59:49 |
| 9 | non-privileged communications to courts; correct? | 10:59:51 |
| 10 | A.    We have. | 10:59:54 |
| 11 | Q.    And Samsung has argued that Apple has not | 10:59:54 |
| 12 | negotiated in good faith with Samsung for a FRAND | 11:00:00 |
| 13 | license; correct? | 11:00:04 |
| 14 | A.    I don't want to divulge any confidential | 11:00:17 |
| 15 | privileged information, Counsel.  I'm not sure.  I'm | 11:00:20 |
| 16 | unsure whether it would be appropriate for me to | 11:00:26 |
| 17 | comment -- to answer the question in the way that it's | 11:00:29 |
| 18 | phrased, I think. | 11:00:33 |
| 19 | Q.    Well, Samsung has stated in court filings and | 11:00:35 |
| 20 | its experts' reports that Apple has not negotiated in | 11:00:39 |
| 21 | good faith for a FRAND license and, therefore, is an | 11:00:42 |
| 22 | unwilling licensee; correct? | 11:00:46 |
| 23 | MR. GORDON:  Same objections. | 11:00:49 |
| 24 | THE WITNESS:  Again, Counsel, I'm not trying to | 11:00:51 |
| 25 | be difficult.  It's -- I'm not sure if there's any | 11:01:01 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

68

| | | |
|---|---|---|
| 1 | such -- I'm not sure if I can answer in a way that won't | 11:01:06 |
| 2 | be divulging confidential privileged information. | 11:01:16 |
| 3 | Therefore, I'm not able to answer your question. | 11:01:23 |
| 4 | BY MR. MUELLER: | 11:01:28 |
| 5 | Q.    Samsung has taken the position that it is a | 11:01:37 |
| 6 | willing licenser; correct? | 11:01:41 |
| 7 | MR. GORDON:  Same objections as to privilege | 11:01:44 |
| 8 | and work product.  Answer it if you can do so without | 11:01:46 |
| 9 | relying on privileged information. | 11:01:48 |
| 10 | THE WITNESS:  I -- with respect, Counsel, | 11:01:52 |
| 11 | that's privileged.  This is privileged. | 11:01:55 |
| 12 | BY MR. MUELLER: | 11:01:58 |
| 13 | Q.    Well, you understand I'm asking whether Samsung | 11:01:58 |
| 14 | has taken the position, and by that I mean in | 11:02:00 |
| 15 | litigation -- let's start there -- that it is a willing | 11:02:03 |
| 16 | licenser.  That's not privileged. | 11:02:08 |
| 17 | MR. GORDON:  Well, if the basis for his | 11:02:10 |
| 18 | knowledge is from a privileged internal communication as | 11:02:13 |
| 19 | opposed to seeing it in a pleading, listening in court, | 11:02:15 |
| 20 | reading it, then it can be.  So I'm just instructing | 11:02:19 |
| 21 | you, if you can answer it based on a non-privileged | 11:02:21 |
| 22 | source, then answer it, but if your only basis for | 11:02:25 |
| 23 | knowing that is because someone inside Samsung in a | 11:02:28 |
| 24 | privileged communication told you, then you shouldn't | 11:02:32 |
| 25 | disclose that. | 11:02:34 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

69

| | | |
|---|---|---|
| 1 | THE WITNESS:  Thank you, Counsel. | 11:02:35 |
| 2 | MR. MUELLER:  Well, I would disagree with that. | 11:02:35 |
| 3 | I'm asking for a fact that occurred in a litigation, not | 11:02:37 |
| 4 | some legal advice that surrounded that fact. | 11:02:40 |
| 5 | BY MR. MUELLER: | 11:02:40 |
| 6 | Q.    The question I'm asking right now is just, | 11:02:43 |
| 7 | straightforward, has Samsung taken the position in | 11:02:45 |
| 8 | litigation that it is a willing licenser? | 11:02:48 |
| 9 | MR. GORDON:  And my instruction stands.  If you | 11:02:51 |
| 10 | can answer it without relying on a confidential | 11:02:54 |
| 11 | attorney/client communication, then you have to do so. | 11:02:57 |
| 12 | THE WITNESS:  I -- I can't answer that | 11:03:02 |
| 13 | question.  I cannot. | 11:03:05 |
| 14 | BY MR. MUELLER: | 11:03:08 |
| 15 | Q.    Samsung has taken positions in its cases | 11:03:08 |
| 16 | against Apple on what would be appropriate FRAND royalty | 11:03:13 |
| 17 | terms; correct? | 11:03:19 |
| 18 | MR. GORDON:  Same objections about privilege | 11:03:21 |
| 19 | and work product. | 11:03:22 |
| 20 | Answer it if you can without relying on any | 11:03:24 |
| 21 | privileged information. | 11:03:27 |
| 22 | THE WITNESS:  I cannot answer that question. | 11:03:28 |
| 23 | BY MR. MUELLER: | 11:03:30 |
| 24 | Q.    You can't answer the question? | 11:03:30 |
| 25 | A.    I cannot answer that question. | 11:03:31 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

70

| | | |
|---|---|---|
| 1 | Q.    So as the supervising attorney, or one of the | 11:03:32 |
| 2 | supervising attorneys on FRAND licensing issues, you | 11:03:36 |
| 3 | don't know the fact of whether Samsung has taken | 11:03:39 |
| 4 | positions on FRAND licensing terms in its litigations | 11:03:42 |
| 5 | against Apple? | 11:03:47 |
| 6 | A.    Counsel, I -- | 11:03:48 |
| 7 | MR. GORDON:  Same objections.  Let me talk to | 11:03:51 |
| 8 | him and see if we can sidestep this and make sure he's | 11:03:55 |
| 9 | understanding that he can't -- that he's got | 11:03:59 |
| 10 | non-privileged basis.  Step outside.  I'm going to run | 11:04:03 |
| 11 | to the restroom, so let's go off. | 11:04:06 |
| 12 | THE VIDEOGRAPHER:  We're going off the record | 11:04:07 |
| 13 | at 11:04. | 11:04:09 |
| 14 | (Recess.) | 11:04:10 |
| 15 | THE VIDEOGRAPHER:  We are back on the record at | 11:14:01 |
| 16 | 11:16. | 11:16:00 |
| 17 | BY MR. MUELLER: | 11:16:02 |
| 18 | Q.    Mr. Shim, do you know that in its litigations | 11:16:04 |
| 19 | with Samsung, Apple has taken the position that Samsung | 11:16:10 |
| 20 | has made excessive demands for its FRAND-committed | 11:16:14 |
| 21 | patents? | 11:16:20 |
| 22 | MR. GORDON:  Objection.  Attorney/client | 11:16:20 |
| 23 | privilege.  Work product.  You can answer it without | 11:16:23 |
| 24 | relying on such information. | 11:16:25 |
| 25 | THE WITNESS:  That is my understanding. | 11:16:31 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

71

| | | |
|---|---|---|
| 1 | BY MR. MUELLER: | 11:16:34 |
| 2 | Q.    And you understand that Samsung has responded | 11:16:35 |
| 3 | to Apple's arguments in court filings -- let's stop | 11:16:39 |
| 4 | right there.  You understand that Samsung has responded | 11:16:45 |
| 5 | to Apple's arguments in court filings? | 11:16:47 |
| 6 | MR. GORDON:  Same objections. | 11:16:50 |
| 7 | THE WITNESS:  Yes, we have. | 11:16:51 |
| 8 | BY MR. MUELLER: | 11:16:55 |
| 9 | Q.    Samsung has taken the position that it has not | 11:16:56 |
| 10 | made excessive demands for its FRAND-committed patents; | 11:17:01 |
| 11 | correct? | 11:17:05 |
| 12 | MR. GORDON:  Same objections. | 11:17:05 |
| 13 | THE WITNESS:  Sorry.  I'm just trying to | 11:17:06 |
| 14 | understand the question.  Among others, yes. | 11:17:18 |
| 15 | BY MR. MUELLER: | 11:17:31 |
| 16 | Q.    And just so we're on the same page, Samsung has | 11:17:34 |
| 17 | made royalty proposals to Apple for Samsung's | 11:17:38 |
| 18 | FRAND-committed patents; correct? | 11:17:44 |
| 19 | MR. GORDON:  Same objections. | 11:17:47 |
| 20 | THE WITNESS:  As you said, Mr. Mueller, I think | 11:17:49 |
| 21 | it's in the court pleadings that Samsung has made good | 11:17:56 |
| 22 | faith offers -- | 11:18:01 |
| 23 | THE REPORTER:  I'm sorry.  Good faith? | 11:18:01 |
| 24 | THE WITNESS:  Good faith offers for its | 11:18:05 |
| 25 | FRAND-committed standard essential patents. | 11:18:06 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

72

| | | |
|---|---|---|
| 1 | BY MR. MUELLER: | 11:18:12 |
| 2 | Q.      So, for example, one offer that was litigated | 11:18:12 |
| 3 | publicly in the Northern District of California jury | 11:18:16 |
| 4 | trial was Samsung's proposal that Apple pay 2.4 percent | 11:18:20 |
| 5 | of the price of each of its cellular products as | 11:18:26 |
| 6 | royalties to Samsung; correct? | 11:18:30 |
| 7 | MR. GORDON:  Same objections.  Lack of | 11:18:32 |
| 8 | foundation.  Calls for speculation. | 11:18:35 |
| 9 | THE WITNESS:  No, not -- no. | 11:18:37 |
| 10 | BY MR. MUELLER: | 11:18:47 |
| 11 | Q.      Did Samsung make an offer under which Apple | 11:18:48 |
| 12 | would have paid 2.4 percent of the price of its cellular | 11:18:52 |
| 13 | products to Samsung? | 11:18:56 |
| 14 | MR. GORDON:  Attorney/client -- objection. | 11:18:59 |
| 15 | Attorney/client privilege and work product.  You can | 11:19:01 |
| 16 | answer it without relying on any such information. | 11:19:02 |
| 17 | THE WITNESS:  As you know, that was Samsung's | 11:19:06 |
| 18 | headline initial offer to Apple to engage Apple in the | 11:19:08 |
| 19 | negotiations so that Apple can license Samsung's | 11:19:14 |
| 20 | standard essential patent portfolio. | 11:19:19 |
| 21 | BY MR. MUELLER: | 11:19:22 |
| 22 | Q.      What do you mean by "headline initial offer"? | 11:19:22 |
| 23 | A.      The very first offer that is made to a | 11:19:26 |
| 24 | potential licensee to engage them in a negotiation. | 11:19:30 |
| 25 | Q.      Must the very first offer be consistent with | 11:19:35 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

73

| | | |
|---|---|---|
| 1 | FRAND requirements? | 11:19:40 |
| 2 | MR. GORDON:  Objection.  Lack of foundation. | 11:19:41 |
| 3 | Calls for speculation.  Vague and ambiguous. | 11:19:43 |
| 4 | THE WITNESS:  Calls for my mental impression, | 11:19:50 |
| 5 | sir. | 11:19:58 |
| 6 | MR. GORDON:  Also, calls for an expert opinion. | 11:19:58 |
| 7 | THE WITNESS:  I, therefore, cannot answer. | 11:20:03 |
| 8 | BY MR. MUELLER: | 11:20:05 |
| 9 | Q.    You're not answering on privilege ground; is | 11:20:15 |
| 10 | that right? | 11:20:18 |
| 11 | MR. GORDON:  I think he said work product. | 11:20:18 |
| 12 | BY MR. MUELLER: | 11:20:21 |
| 13 | Q.    You're not answering on work product ground; is | 11:20:22 |
| 14 | that correct? | 11:20:25 |
| 15 | A.    I think it's both. | 11:20:25 |
| 16 | Q.    You're not answering on the grounds of | 11:20:30 |
| 17 | privilege and work product? | 11:20:34 |
| 18 | A.    That is correct. | 11:20:36 |
| 19 | MR. GORDON:  Do you have any non-privilege | 11:20:41 |
| 20 | basis upon which to answer the question -- non-privilege | 11:20:43 |
| 21 | or non-work product basis to answer the question? | 11:20:46 |
| 22 | THE WITNESS:  I -- if you -- if Mr. Mueller | 11:20:49 |
| 23 | asked the question in a different way, not my own | 11:20:54 |
| 24 | personal knowledge, but what -- perhaps what certain | 11:20:57 |
| 25 | venues and certain judges may have said on the | 11:21:01 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

74

| | | |
|---|---|---|
| 1 | particular issue, I could probably weigh in since those | 11:21:04 |
| 2 | are public and not privileged. | 11:21:08 |
| 3 | BY MR. MUELLER: | 11:21:10 |
| 4 | Q.    I'm asking for Samsung's position -- | 11:21:10 |
| 5 | MR. GORDON:  Objection. | 11:21:12 |
| 6 | BY MR. MUELLER: | 11:21:12 |
| 7 | Q.    -- your understanding of Samsung's position. | 11:21:13 |
| 8 | MR. GORDON:  Objection.  Lack of foundation. | 11:21:14 |
| 9 | Calls for speculation.  Attorney/client privilege and | 11:21:16 |
| 10 | work product. | 11:21:18 |
| 11 | THE WITNESS:  Then I'm not able to answer based | 11:21:18 |
| 12 | on the same reason that I just gave you; that is, | 11:21:21 |
| 13 | involves attorney/client privileged information, | 11:21:27 |
| 14 | implicates work product doctrine. | 11:21:30 |
| 15 | BY MR. MUELLER: | 11:21:33 |
| 16 | Q.    Now, you know that Samsung has made other | 11:21:33 |
| 17 | license proposals for its FRAND-committed patents to | 11:21:35 |
| 18 | Apple since it first made this 2.4 percent of average | 11:21:39 |
| 19 | sales price offer; right? | 11:21:44 |
| 20 | MR. GORDON:  Same objection. | 11:21:46 |
| 21 | THE WITNESS:  Yes. | 11:21:47 |
| 22 | BY MR. MUELLER: | 11:21:48 |
| 23 | Q.    And has made other offers within the last 12 | 11:21:50 |
| 24 | months; correct? | 11:21:54 |
| 25 | MR. GORDON:  Same objections. | 11:21:55 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

75

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yes. | 11:21:56 |
| 2 | BY MR. MUELLER: | 11:21:59 |
| 3 | Q.    Did you participate in helping to formulate | 11:21:59 |
| 4 | those offers? | 11:22:02 |
| 5 | A.    Would you kindly clarify what you mean by | 11:22:05 |
| 6 | "participate in formulating"? | 11:22:12 |
| 7 | Q.    Were you involved in the discussions at Samsung | 11:22:16 |
| 8 | that led to those offers? | 11:22:19 |
| 9 | A.    Again, I'm just trying to understand the | 11:22:22 |
| 10 | question.  Do you mean in actual -- like, how we came up | 11:22:30 |
| 11 | with the actual figure, the number? | 11:22:37 |
| 12 | Q.    We could start there. | 11:22:42 |
| 13 | Were you involved in the determinations of the | 11:22:43 |
| 14 | numbers in those offers? | 11:22:46 |
| 15 | A.    No. | 11:22:48 |
| 16 | Q.    Were you involved in any of the discussions | 11:22:48 |
| 17 | that led up to the determinations of the numbers? | 11:22:52 |
| 18 | MR. GORDON:  Objection.  Vague and ambiguous. | 11:22:58 |
| 19 | THE WITNESS:  Yeah, I -- would you, again, | 11:23:01 |
| 20 | clarify what you mean by "the discussions leading up to | 11:23:04 |
| 21 | that period"?  What -- what discussions? | 11:23:08 |
| 22 | BY MR. MUELLER: | 11:23:10 |
| 23 | Q.    Well, sir, Samsung has had discussions | 11:23:10 |
| 24 | internally about what offers to make to Sam -- to Apple; | 11:23:13 |
| 25 | correct? | 11:23:13 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

76

| | | |
|---|---|---|
| 1 | A.    Yes, we have had privileged conversations. | 11:23:21 |
| 2 | Q.    And were you involved in those conversations? | 11:23:24 |
| 3 | A.    I don't know.  I do not remember. | 11:23:29 |
| 4 | Q.    You don't know and you don't remember whether | 11:23:36 |
| 5 | you were involved in any of those discussions? | 11:23:40 |
| 6 | A.    That's my answer. | 11:23:42 |
| 7 | Q.    How did you know the discussions occurred if | 11:23:44 |
| 8 | you weren't involved? | 11:23:48 |
| 9 | A.    It's privileged. | 11:23:49 |
| 10 | Q.    Someone told you the discussions occurred, but | 11:23:53 |
| 11 | you -- | 11:24:03 |
| 12 | MR. GORDON:  Objection.  Attorney/client | 11:24:09 |
| 13 | privilege.  Work product. | 11:24:10 |
| 14 | You can answer if you can rely on | 11:24:11 |
| 15 | non-privileged -- non-privileged, non-work product | 11:24:14 |
| 16 | information. | 11:24:16 |
| 17 | BY MR. MUELLER: | 11:24:16 |
| 18 | Q.    And I'm not asking you anything about the | 11:24:17 |
| 19 | specifics.  I just want to know, were there discussions | 11:24:18 |
| 20 | and were you a party?  And that, respectfully, is not | 11:24:21 |
| 21 | privileged. | 11:24:24 |
| 22 | A.    And I believe I answered, Counsel, that I do | 11:24:25 |
| 23 | not recall. | 11:24:27 |
| 24 | Q.    So you somehow know that conversations | 11:24:27 |
| 25 | occurred, but you were not involved? | 11:24:29 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

77

| | | |
|---|---|---|
| 1 | MR. GORDON:  Objection.  Argumentative. | 11:24:32 |
| 2 | Compound. | 11:24:34 |
| 3 | THE WITNESS:  I do not know. | 11:24:34 |
| 4 | BY MR. MUELLER: | 11:24:35 |
| 5 | Q.    You do not know what? | 11:24:36 |
| 6 | A.    I do not know whether I took part in the | 11:24:38 |
| 7 | conversation that I think you're referring to. | 11:24:40 |
| 8 | Q.    Have you seen the written proposals that | 11:24:45 |
| 9 | Samsung has made to Apple since these litigations began? | 11:24:58 |
| 10 | And when I say "written proposals," I'm referring to the | 11:25:03 |
| 11 | proposals for royalty terms for Samsung's | 11:25:07 |
| 12 | FRAND-committed patents. | 11:25:11 |
| 13 | Have you seen any of those written proposals? | 11:25:13 |
| 14 | A.    If you're referring to the correspondences that | 11:25:17 |
| 15 | have been exchanged by the parties, is that what you're | 11:25:21 |
| 16 | talking about? | 11:25:25 |
| 17 | Q.    Yeah, we can start there. | 11:25:25 |
| 18 | Have you seen any of the correspondence between | 11:25:26 |
| 19 | the parties? | 11:25:27 |
| 20 | A.    Yes, I have. | 11:25:28 |
| 21 | Q.    And certainly, you would have to have seen that | 11:25:28 |
| 22 | to help coordinate the FRAND licensing issues in the | 11:25:31 |
| 23 | cases; correct? | 11:25:34 |
| 24 | A.    You could say that. | 11:25:35 |
| 25 | Q.    Were you involved in the discussions that led | 11:25:37 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

78

| | | |
|---|---|---|
| 1 | to that correspondence? | 11:25:39 |
| 2 | A.    Again, I don't quite understand what you mean | 11:25:41 |
| 3 | by "discussions leading up to that correspondence." | 11:25:50 |
| 4 | Q.    Sure.  So let me be more specific. | 11:25:54 |
| 5 | Do you know a gentleman at Samsung whose name | 11:25:59 |
| 6 | is Clayton Kim? | 11:26:03 |
| 7 | A.    Of course.  Yes, I do. | 11:26:05 |
| 8 | Q.    And Mr. Kim sent some letters making proposals | 11:26:05 |
| 9 | to Apple; correct? | 11:26:09 |
| 10 | A.    Correct. | 11:26:10 |
| 11 | Q.    Do you know a gentleman at Samsung named Jaewan | 11:26:11 |
| 12 | Chi? | 11:26:17 |
| 13 | A.    Yes, I do. | 11:26:17 |
| 14 | Q.    He also sent licensing correspondence to Apple; | 11:26:17 |
| 15 | correct? | 11:26:17 |
| 16 | A.    Yes. | 11:26:17 |
| 17 | Q.    And do you know Ken Korea? | 11:26:23 |
| 18 | A.    I do. | 11:26:25 |
| 19 | Q.    And Mr. Korea also sent licensing | 11:26:26 |
| 20 | correspondence to Apple? | 11:26:29 |
| 21 | A.    Yes. | 11:26:30 |
| 22 | Q.    Did any of Mr. Kim, Mr. Chi, or Mr. Korea speak | 11:26:31 |
| 23 | to you about licensing issues before sending those | 11:26:36 |
| 24 | letters? | 11:26:40 |
| 25 | MR. GORDON:  Objection.  Vague and ambiguous. | 11:26:44 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

79

| | | |
|---|---|---|
| 1 | THE WITNESS:  I do not remember. | 11:26:47 |
| 2 | BY MR. MUELLER: | 11:26:48 |
| 3 | Q.    You don't remember speaking to any of them | 11:26:49 |
| 4 | about FRAND licensing issues to help them prepare the | 11:26:51 |
| 5 | letters they sent? | 11:26:55 |
| 6 | A.    That's correct. | 11:26:56 |
| 7 | Q.    Now, you're not saying you didn't; you're just | 11:27:01 |
| 8 | saying you don't remember? | 11:27:05 |
| 9 | A.    That's correct. | 11:27:07 |
| 10 | Q.    You testified earlier that you had reviewed | 11:27:08 |
| 11 | draft briefs as part of your work on the Samsung cases; | 11:27:20 |
| 12 | correct? | 11:27:20 |
| 13 | A.    Yes, I did. | 11:27:25 |
| 14 | Q.    And in particular, you have reviewed draft | 11:27:26 |
| 15 | briefs on FRAND licensing issues; correct? | 11:27:29 |
| 16 | A.    Yes. | 11:27:35 |
| 17 | Q.    And did you have any discussions with others at | 11:27:36 |
| 18 | Samsung about the licensing positions taken in those | 11:27:39 |
| 19 | briefs as part of your review process? | 11:27:42 |
| 20 | A.    Yes. | 11:27:45 |
| 21 | Q.    Who did you speak to? | 11:27:52 |
| 22 | A.    I -- I do not recall off the top of my head. | 11:27:54 |
| 23 | If you'd point to a particular submission, perhaps I | 11:28:04 |
| 24 | can, you know, try to give my recollection.  As you | 11:28:08 |
| 25 | know, there are many submissions between the parties. | 11:28:14 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

80

| | | |
|---|---|---|
| 1 | Q.    Ever speak to Mr. Kim, Clayton Kim, in the | 11:28:16 |
| 2 | context of your review of FRAND licensing issues and | 11:28:20 |
| 3 | briefs? | 11:28:24 |
| 4 | A.    I do not remember. | 11:28:24 |
| 5 | Q.    Ever speak to Mr. Chi in the context of your | 11:28:34 |
| 6 | review of FRAND licensing issues and briefs? | 11:28:38 |
| 7 | A.    I cannot -- I do not remember. | 11:28:42 |
| 8 | Q.    Ever speak to Mr. Korea in the context of your | 11:28:44 |
| 9 | review of FRAND licensing issues and briefs? | 11:28:46 |
| 10 | A.    I do not remember. | 11:28:49 |
| 11 | Q.    What do you remember about who you spoke to at | 11:28:54 |
| 12 | Samsung to help develop and coordinate FRAND licensing | 11:28:56 |
| 13 | strategy in the Apple cases? | 11:29:02 |
| 14 | A.    I can recall -- I can't independently recall an | 11:29:04 |
| 15 | instance where I talked to a specific person.  I don't | 11:29:08 |
| 16 | want to guess.  I -- | 11:29:17 |
| 17 | MR. GORDON:  Hold on.  Did you say, "I can | 11:29:18 |
| 18 | recall"? | 11:29:21 |
| 19 | THE WITNESS:  I cannot. | 11:29:21 |
| 20 | MR. GORDON:  All right. | 11:29:21 |
| 21 | THE REPORTER:  Thank you. | 11:29:24 |
| 22 | BY MR. MUELLER: | 11:29:24 |
| 23 | Q.    Now, sir, these cases began in 2011; correct? | 11:29:24 |
| 24 | A.    The Apple, Samsung matter, obviously? | 11:29:31 |
| 25 | Q.    Yes. | 11:29:33 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

81

| | | |
|---|---|---|
| 1 | A.      April 15, 2011, yes. | 11:29:33 |
| 2 | Q.      Continued to 2012; correct? | 11:29:36 |
| 3 | A.      That's correct. | 11:29:38 |
| 4 | Q.      Continued to today in 2013; correct? | 11:29:38 |
| 5 | A.      Seems to be the case. | 11:29:42 |
| 6 | Q.      And you have worked on them continuously in | 11:29:44 |
| 7 | that time period? | 11:29:46 |
| 8 | A.      Yes, I have. | 11:29:47 |
| 9 | Q.      And if I understand your testimony, you can't | 11:29:48 |
| 10 | recall anyone in particular you have spoken to at | 11:29:50 |
| 11 | Samsung about FRAND licensing issues as part of the | 11:29:54 |
| 12 | execution of your coordination of FRAND licensing issues | 11:29:58 |
| 13 | in those cases? | 11:30:03 |
| 14 | MR. GORDON:  Objection.  Mischaracterizes the | 11:30:04 |
| 15 | witness's testimony. | 11:30:06 |
| 16 | THE WITNESS:  I'm not sure if that's what I | 11:30:06 |
| 17 | said.  I said -- you had asked for whether I have | 11:30:08 |
| 18 | recollection of having spoken to a Samsung personnel, | 11:30:17 |
| 19 | and my answer to that was I have no independent | 11:30:22 |
| 20 | recollection of having done so. | 11:30:25 |
| 21 | BY MR. MUELLER: | 11:30:28 |
| 22 | Q.      But again, you have no independent recollection | 11:30:28 |
| 23 | of speaking to any particular person at Samsung in the | 11:30:31 |
| 24 | three years of the Apple, Samsung litigations about | 11:30:34 |
| 25 | FRAND licensing issues; is that right? | 11:30:40 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

82

| | | |
|---|---|---|
| 1 | MR. GORDON:  Hold on.  Objection.  Vague and | 11:30:41 |
| 2 | ambiguous.  And I believe assumes a fact as to the | 11:30:43 |
| 3 | number of years. | 11:30:48 |
| 4 | THE WITNESS:  I have no independent | 11:30:52 |
| 5 | recollection, yes, you're -- that's -- if that's the | 11:31:03 |
| 6 | question, that is my answer.  The answer is no. | 11:31:06 |
| 7 | BY MR. MUELLER: | 11:31:09 |
| 8 | Q.    Now, I understand you can't identify any | 11:31:10 |
| 9 | particular person, but have you, in fact, spoken to | 11:31:12 |
| 10 | persons at Samsung, whoever they might be, about FRAND | 11:31:15 |
| 11 | licensing issues during the Apple, Samsung litigations? | 11:31:21 |
| 12 | A.    Yes. | 11:31:23 |
| 13 | Q.    But you don't remember any of them? | 11:31:24 |
| 14 | A.    Again, I don't have any independent | 11:31:25 |
| 15 | recollection where I can call out a particular instance | 11:31:28 |
| 16 | where I had a conversation about a select topic relating | 11:31:32 |
| 17 | to or touching on the FRAND issues. | 11:31:37 |
| 18 | Q.    I think you may be rewording this a bit more | 11:31:41 |
| 19 | narrowly than I am asking. | 11:31:45 |
| 20 | Have you spoken to anyone at Samsung, any | 11:31:47 |
| 21 | person you can identify at Samsung, about FRAND | 11:31:48 |
| 22 | licensing issues during the Apple, Samsung litigations? | 11:31:52 |
| 23 | A.    Yes. | 11:31:55 |
| 24 | Q.    Who? | 11:32:09 |
| 25 | A.    VP Brian Kim, my direct supervisor.  EVP | 11:32:10 |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS – ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

83

| | | |
|---|---|---|
| 1 | Kijoong Kang, who is my supervisor's supervisor.  I | 11:32:35 |
| 2 | think -- I think those two come to my mind. | 11:32:47 |
| 3 | Q.     How about Dr. Ahn? | 11:32:50 |
| 4 | A.     I do not remember. | 11:32:54 |
| 5 | Q.     And you spoke to Mr. Kim -- or did you speak to | 11:32:57 |
| 6 | Mr. Kim about the FRAND licensing positions that Samsung | 11:33:04 |
| 7 | was taking in its litigations with Apple? | 11:33:09 |
| 8 | A.     Yes. | 11:33:12 |
| 9 | Q.     Did you speak to Mr. Kang about the FRAND | 11:33:13 |
| 10 | licensing positions that Samsung was taking in its | 11:33:18 |
| 11 | litigations with Apple? | 11:33:20 |
| 12 | A.     Mr. Kijoong Kang, yes. | 11:33:21 |
| 13 | Q.     Are those the only two individuals that you can | 11:33:27 |
| 14 | identify for me with whom you spoke at Samsung about | 11:33:30 |
| 15 | FRAND licensing positions? | 11:33:35 |
| 16 | A.     That I can currently call out and identify here | 11:33:37 |
| 17 | today. | 11:33:39 |
| 18 | Q.     Apple and Samsung are currently involved in | 11:33:40 |
| 19 | litigation in Australia; correct? | 11:33:47 |
| 20 | A.     Yes. | 11:33:51 |
| 21 | Q.     Are you involved in helping to supervise the | 11:33:51 |
| 22 | FRAND licensing issues in that case? | 11:33:55 |
| 23 | A.     Yes. | 11:33:59 |
| 24 | Q.     Apple and Samsung are currently involved in | 11:34:02 |
| 25 | litigation in the Netherlands; correct? | 11:34:05 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

84

| | | |
|---|---|---|
| 1 | A.    Yes, there are proceedings in the Netherlands, | 11:34:11 |
| 2 | yes. | 11:34:11 |
| 3 | Q.    And have you been involved in helping to | 11:34:16 |
| 4 | coordinate FRAND licensing strategy in that case? | 11:34:17 |
| 5 | A.    Yes. | 11:34:22 |
| 6 | Q.    Apple and Samsung are in litigation in Italy; | 11:34:23 |
| 7 | correct? | 11:34:23 |
| 8 | A.    Correct. | 11:34:27 |
| 9 | Q.    Have you been involved in coordinating FRAND | 11:34:27 |
| 10 | licensing strategy in that case? | 11:34:31 |
| 11 | A.    Yes. | 11:34:33 |
| 12 | Q.    Apple and Samsung are in litigation in France; | 11:34:35 |
| 13 | correct? | 11:34:35 |
| 14 | A.    Yes. | 11:34:40 |
| 15 | Q.    Are you involved in helping to coordinate FRAND | 11:34:40 |
| 16 | licensing strategy in that case? | 11:34:43 |
| 17 | A.    Yes. | 11:34:46 |
| 18 | Q.    Apple and Samsung are in litigation in Japan; | 11:34:50 |
| 19 | correct? | 11:34:50 |
| 20 | A.    That's my understanding. | 11:34:55 |
| 21 | Q.    Are you involved in helping to coordinate FRAND | 11:34:56 |
| 22 | licensing strategy in that case? | 11:35:00 |
| 23 | A.    Yes. | 11:35:02 |
| 24 | Q.    Apple and Samsung are in litigation in South | 11:35:03 |
| 25 | Korea; correct? | 11:35:07 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

85

| | | |
|---|---|---|
| 1 | A.    That's correct. | 11:35:08 |
| 2 | Q.    Are you involved in helping to coordinate FRAND | 11:35:08 |
| 3 | licensing strategy in that case? | 11:35:11 |
| 4 | A.    Yes. | 11:35:13 |
| 5 | Q.    Apple and Samsung are in litigation in the | 11:35:14 |
| 6 | United Kingdom; correct? | 11:35:18 |
| 7 | A.    Yes. | 11:35:23 |
| 8 | Q.    And have you been involved in helping to | 11:35:23 |
| 9 | coordinate FRAND licensing strategy in that case? | 11:35:25 |
| 10 | A.    Yes. | 11:35:32 |
| 11 | Q.    And we have already dealt with this a bit, but | 11:35:33 |
| 12 | just so the record is clear, you have also been involved | 11:35:35 |
| 13 | in helping to coordinate FRAND licensing strategy in the | 11:35:38 |
| 14 | United States cases between the parties; correct? | 11:35:41 |
| 15 | A.    You could say that. | 11:35:46 |
| 16 | Q.    Including in both the International Trade | 11:35:46 |
| 17 | Commission and District Court; correct? | 11:35:50 |
| 18 | A.    Yes. | 11:35:52 |
| 19 | Q.    Has Samsung -- well, withdrawn. | 11:35:52 |
| 20 | Samsung has had discussions with certain | 11:35:59 |
| 21 | administrative agencies over the last couple years in | 11:36:02 |
| 22 | connection with the Apple litigations; correct? | 11:36:07 |
| 23 | MR. GORDON:  Objection.  Vague and ambiguous. | 11:36:09 |
| 24 | THE WITNESS:  Yeah, would you -- would you | 11:36:10 |
| 25 | kindly clarify?  What do you mean? | 11:36:12 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

86

| | | |
|---|---|---|
| 1 | BY MR. MUELLER: | 11:36:15 |
| 2 | Q.    Sure.  I'll give you one example.  The European | 11:36:15 |
| 3 | Commission in Europe. | 11:36:19 |
| 4 | A.    What's the question, sir? | 11:36:21 |
| 5 | Q.    Samsung has had communications with the | 11:36:22 |
| 6 | European Commission regarding FRAND licensing issues; | 11:36:24 |
| 7 | correct? | 11:36:24 |
| 8 | A.    That is my understanding. | 11:36:31 |
| 9 | Q.    And did you help to coordinate the FRAND | 11:36:32 |
| 10 | licensing strategy in the European Commission? | 11:36:35 |
| 11 | A.    Again, "coordinate" is a bit of an ambiguous | 11:36:38 |
| 12 | and broadly worded term.  I -- I know of the positions | 11:36:50 |
| 13 | that we have taken before that particular European | 11:36:59 |
| 14 | agency. | 11:37:05 |
| 15 | Q.    And, in fact, you reviewed certain | 11:37:05 |
| 16 | communications with the European Commission before they | 11:37:07 |
| 17 | were submitted; correct, certain draft communications? | 11:37:11 |
| 18 | A.    Yes. | 11:37:15 |
| 19 | Q.    Did you review, or have you reviewed, any draft | 11:37:20 |
| 20 | communications with other antitrust agencies in any | 11:37:26 |
| 21 | country in the world in connection with the Apple, | 11:37:30 |
| 22 | Samsung disputes? | 11:37:32 |
| 23 | MR. GORDON:  Objection.  Compound. | 11:37:36 |
| 24 | THE WITNESS:  I do not recall.  I don't | 11:37:40 |
| 25 | remember. | 11:37:45 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

87

| | | |
|---|---|---|
| 1 | BY MR. MUELLER: | 11:37:45 |
| 2 | Q.    Do you know if Samsung has communicated with | 11:37:45 |
| 3 | any other antitrust agencies anywhere in connection with | 11:37:49 |
| 4 | the Apple, Samsung disputes? | 11:37:54 |
| 5 | MR. GORDON:  Objection.  Attorney/client | 11:37:57 |
| 6 | privilege and work product. | 11:38:00 |
| 7 | You can answer if you don't rely on such | 11:38:02 |
| 8 | information. | 11:38:05 |
| 9 | BY MR. MUELLER: | 11:38:05 |
| 10 | Q.    Again, I'm not asking for the communications or | 11:38:05 |
| 11 | any legal advice, just the fact of whether Samsung has | 11:38:07 |
| 12 | communicated with any other antitrust agencies? | 11:38:11 |
| 13 | MR. GORDON:  And I'm instructing you the same | 11:38:14 |
| 14 | way.  If you only knew it because someone told you in an | 11:38:16 |
| 15 | attorney/client privileged communication, then you | 11:38:20 |
| 16 | couldn't reveal that because your only basis for knowing | 11:38:25 |
| 17 | it would be privileged communication. | 11:38:27 |
| 18 | MR. MUELLER:  Respectfully, that's wrong, but | 11:38:28 |
| 19 | we'll take that up elsewhere. | 11:38:30 |
| 20 | BY MR. MUELLER: | 11:38:30 |
| 21 | Q.    Can you answer the question, sir? | 11:38:32 |
| 22 | A.    Yes. | 11:38:34 |
| 23 | Q.    The answer is yes? | 11:38:34 |
| 24 | A.    The answer is yes. | 11:38:35 |
| 25 | Q.    Which agencies? | 11:38:36 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

88

| | |
|---|---|
| 1 | A.    Department of Justice in the United States. | 11:38:37 |
| 2 | Q.    Any other ones? | 11:38:43 |
| 3 | A.    Nothing comes to my mind.  Nothing else comes | 11:38:45 |
| 4 | to my mind. | 11:38:48 |
| 5 | Q.    And did you review draft communications to the | 11:38:49 |
| 6 | Department of Justice before those communications were | 11:38:53 |
| 7 | made? | 11:38:56 |
| 8 | A.    I do not remember. | 11:38:57 |
| 9 | Q.    Have you had any communications with Samsung's | 11:38:59 |
| 10 | licensing attorneys during the time period that you have | 11:39:11 |
| 11 | worked on the Apple, Samsung cases? | 11:39:15 |
| 12 | A.    Could you clarify, what do you mean by | 11:39:17 |
| 13 | "Samsung's licensing attorneys"? | 11:39:22 |
| 14 | Q.    Sure.  Samsung has certain attorneys that work | 11:39:22 |
| 15 | on licenses; correct? | 11:39:25 |
| 16 | A.    Yes. | 11:39:25 |
| 17 | Q.    I'm going to refer to that group as the | 11:39:27 |
| 18 | "licensing attorneys." | 11:39:29 |
| 19 | Do you have that in mind? | 11:39:30 |
| 20 | A.    I do.  I just want to know whether you're | 11:39:31 |
| 21 | referring to outside counsel or within -- within | 11:39:33 |
| 22 | Samsung, my colleagues. | 11:39:38 |
| 23 | Q.    Fair enough.  Fair enough.  Let's start with | 11:39:39 |
| 24 | within Samsung. | 11:39:42 |
| 25 | Have you had any communications with Samsung | 11:39:43 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

89

| | | |
|---|---|---|
| 1 | licensing attorneys during the time period you have | 11:39:46 |
| 2 | worked on the Apple, Samsung cases? | 11:39:49 |
| 3 | A.    Yes, I have. | 11:39:52 |
| 4 | Q.    Do you recall which ones? | 11:39:56 |
| 5 | A.    Clayton Kim.  Mr. Hojin Chang.  That's -- those | 11:39:58 |
| 6 | are the names that come to my mind. | 11:40:24 |
| 7 | Q.    And what were the general subject matters that | 11:40:26 |
| 8 | you communicated with these licensing attorneys on? | 11:40:28 |
| 9 | MR. GORDON:  You can answer that question in | 11:40:34 |
| 10 | the most general sense without disclosing any | 11:40:37 |
| 11 | attorney/client privileged communications or work | 11:40:40 |
| 12 | product. | 11:40:42 |
| 13 | THE WITNESS:  Again, along the line of what I | 11:40:43 |
| 14 | had said before, ensuring that Samsung's positions | 11:40:47 |
| 15 | relating to FRAND issues are accurately reflected in | 11:40:52 |
| 16 | various venues where Samsung is involved in litigations. | 11:40:57 |
| 17 | BY MR. MUELLER: | 11:41:02 |
| 18 | Q.    And you consulted with them to make sure you | 11:41:04 |
| 19 | understood those positions? | 11:41:06 |
| 20 | A.    You could say that. | 11:41:07 |
| 21 | Q.    Did you convey any information to them to help | 11:41:20 |
| 22 | them develop those positions?  I'm not asking whether -- | 11:41:23 |
| 23 | I'm just asking, yes or no, did you convey any | 11:41:29 |
| 24 | information to help them develop FRAND licensing | 11:41:33 |
| 25 | positions? | 11:41:38 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

90

| | | |
|---|---|---|
| 1 | A.    I still don't understand what you mean by | 11:41:38 |
| 2 | developing our FRAND positions.  I -- as I testified | 11:41:41 |
| 3 | just now, I do talk to them. | 11:41:44 |
| 4 | Q.    Do you give them any information to assist them | 11:41:47 |
| 5 | in FRAND license negotiations? | 11:41:49 |
| 6 | A.    I give them information regarding the status of | 11:41:59 |
| 7 | various litigations that's happening around the world. | 11:42:02 |
| 8 | Q.    Anything else? | 11:42:07 |
| 9 | A.    I think that's the main thrust of the generic | 11:42:08 |
| 10 | subject of what we discuss. | 11:42:16 |
| 11 | Q.    Does Samsung try to keep confidential the terms | 11:42:17 |
| 12 | of its own licenses for patents? | 11:42:21 |
| 13 | MR. GORDON:  Objection.  Lack of foundation. | 11:42:24 |
| 14 | Calls for speculation. | 11:42:25 |
| 15 | THE WITNESS:  I do not know. | 11:42:26 |
| 16 | BY MR. MUELLER: | 11:42:26 |
| 17 | Q.    You don't know? | 11:42:27 |
| 18 | A.    I don't know. | 11:42:28 |
| 19 | (Plaintiffs' Exhibit 4 was marked | 11:42:28 |
| 20 | for identification by the court | 11:42:28 |
| 21 | reporter and is attached hereto.) | 11:42:51 |
| 22 | BY MR. MUELLER: | 11:42:51 |
| 23 | Q.    The court reporter has marked as Shim Exhibit 4 | 11:42:51 |
| 24 | a letter from Boris Teksler, who was working at Apple at | 11:42:55 |
| 25 | the time, to Dr. Seung Ho Ahn.  This letter is dated | 11:43:01 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

91

| | | |
|---|---|---|
| 1 | April 29th, 2011. | 11:43:06 |
| 2 | Have you seen this before? | 11:43:08 |
| 3 | A.     Yes, I have. | 11:43:11 |
| 4 | Q.     If I could direct your attention, please, to | 11:43:33 |
| 5 | the third to last paragraph on page 1, do you see where | 11:43:37 |
| 6 | it states, "Apple requests that Samsung provide the | 11:43:40 |
| 7 | following information"? | 11:43:44 |
| 8 | A.     What? | 11:43:46 |
| 9 | Q.     Page 1, towards the bottom. | 11:43:47 |
| 10 | A.     Sorry.  Yes, I do. | 11:43:50 |
| 11 | Q.     And among that information that Mr. Teksler | 11:43:52 |
| 12 | requested was Samsung's FRAND rates for certain patents; | 11:43:55 |
| 13 | correct? | 11:43:55 |
| 14 | A.     It says, "For each allegedly standard essential | 11:44:03 |
| 15 | patent Samsung has asserted" -- I'm just reading.  Oh, | 11:44:08 |
| 16 | yeah.  Samsung's -- "For each allegedly standard | 11:44:12 |
| 17 | essential patent Samsung has asserted against Apple in | 11:44:16 |
| 18 | litigation."  That's what it says. | 11:44:19 |
| 19 | Q.     And if you turn the page, do you see Item 4 | 11:44:21 |
| 20 | asks for confirmation that other companies have agreed | 11:44:25 |
| 21 | to pay Samsung the rates identified in Items 1 and 2, | 11:44:28 |
| 22 | including the names of each such company? | 11:44:33 |
| 23 | A.     I do see that. | 11:44:36 |
| 24 | (Plaintiffs' Exhibit 5 was marked | 11:44:36 |
| 25 | for identification by the court | 11:44:36 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

92

| | | |
|---|---|---|
| 1 | reporter and is attached hereto.) | 11:44:56 |
| 2 | BY MR. MUELLER: | 11:44:56 |
| 3 | Q.    The court reporter has marked as Shim Exhibit 5 | 11:44:57 |
| 4 | a letter from Seong Wo Kim, and let me pause there. | 11:45:00 |
| 5 | Seong Wo Kim is also known as Clayton Kim; | 11:45:06 |
| 6 | correct? | 11:45:06 |
| 7 | A.    That's -- that's right. | 11:45:10 |
| 8 | Q.    -- from Mr. Kim to Mr. Teksler, and this letter | 11:45:12 |
| 9 | is dated May 13th, 2011. | 11:45:16 |
| 10 | Have you seen this before? | 11:45:19 |
| 11 | A.    I read it a long time ago. | 11:45:20 |
| 12 | Q.    So you had seen it before? | 11:46:27 |
| 13 | A.    I had seen it. | 11:46:28 |
| 14 | Q.    If you turn to the second page, second to the | 11:46:29 |
| 15 | last paragraph, the sentence beginning with, "Moreover," | 11:46:33 |
| 16 | it states, quote, "Moreover, the terms in existence of | 11:46:37 |
| 17 | certain potential Samsung licenses, such as those you | 11:46:41 |
| 18 | inquired about, are almost certainly governed by | 11:46:44 |
| 19 | confidentiality restrictions that prevent us from | 11:46:48 |
| 20 | disclosing them to in-house Apple personnel, let alone | 11:46:51 |
| 21 | publicly." | 11:46:54 |
| 22 | Do you see that? | 11:46:55 |
| 23 | A.    Yes, I do. | 11:46:56 |
| 24 | Q.    Was Mr. Kim right? | 11:46:56 |
| 25 | MR. GORDON:  Objection.  Lack of foundation. | 11:46:58 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

93

| | | |
|---|---|---|
| 1 | Calls for speculation. | 11:47:00 |
| 2 | THE WITNESS:  I don't have any reason to doubt | 11:47:01 |
| 3 | that he was -- he was not right. | 11:47:03 |
| 4 | (Plaintiffs' Exhibit 6 was marked | 11:47:03 |
| 5 | for identification by the court | 11:47:03 |
| 6 | reporter and is attached hereto.) | 11:47:05 |
| 7 | BY MR. MUELLER: | 11:47:05 |
| 8 | Q.    The court reporter has handed you Shim | 11:47:23 |
| 9 | Exhibit 6, another letter from Mr. Kim to Mr. Teksler. | 11:47:29 |
| 10 | This is dated June 3rd, 2011. | 11:47:35 |
| 11 | Have you seen this before? | 11:47:38 |
| 12 | Actually, let's just break to change the DVD | 11:47:45 |
| 13 | tape. | 11:47:47 |
| 14 | MR. GORDON:  Yeah.  And obviously, like I said, | 11:47:48 |
| 15 | you don't have to ask to read.  If you need to read, | 11:47:50 |
| 16 | just read. | 11:47:53 |
| 17 | THE WITNESS:  Yeah. | 11:47:54 |
| 18 | THE VIDEOGRAPHER:  This marks the end of Tape | 11:47:55 |
| 19 | Number 1 in the deposition of Daniel Shim.  Going off | 11:47:58 |
| 20 | the record.  The time is 11 -- 11:48. | 11:48:00 |
| 21 | (Recess.) | 11:48:03 |
| 22 | THE VIDEOGRAPHER:  Back on record.  Here begins | 11:49:51 |
| 23 | Tape Number 1 (sic) in the deposition of Daniel Shim. | 11:50:02 |
| 24 | The time is 11:50. | 11:50:06 |
| 25 | /// | |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

94

| | | |
|---|---|---|
| 1 | BY MR. MUELLER: | 11:50:10 |
| 2 | Q.    Mr. Shim, have you had a chance to review Shim | 11:50:10 |
| 3 | Exhibit 6? | 11:50:13 |
| 4 | A.    Not in its entirety.  It's quite a lengthy | 11:50:14 |
| 5 | document. | 11:50:23 |
| 6 | Q.    Have you seen this before? | 11:50:24 |
| 7 | A.    I have. | 11:50:26 |
| 8 | Q.    And if I could direct your attention to the | 11:50:30 |
| 9 | first page, second to the last paragraph, it states, | 11:50:34 |
| 10 | "But before we can set forth the terms for such a | 11:50:39 |
| 11 | license, we need to ensure that Apple will maintain | 11:50:42 |
| 12 | those terms in confidence.  Samsung is unaware of any | 11:50:45 |
| 13 | requirement that it provide the information Apple has | 11:50:51 |
| 14 | requested in a non-confidential basis.  Rather, | 11:50:54 |
| 15 | standard-setting organizations, including ETSI, | 11:50:58 |
| 16 | specifically contemplate the use of nondisclosure | 11:51:01 |
| 17 | agreements to protect the commercial interests of both | 11:51:05 |
| 18 | licensors and licensees during licensing negotiations." | 11:51:08 |
| 19 | Do you see that? | 11:51:11 |
| 20 | A.    Yes, I do. | 11:51:12 |
| 21 | Q.    And then Mr. Kim went on to say, quote, "And, | 11:51:12 |
| 22 | indeed, it has been Samsung's standard practice, | 11:51:15 |
| 23 | including in its past exchanges of presentations and | 11:51:19 |
| 24 | other negotiation-related materials with Apple, to | 11:51:22 |
| 25 | conduct licensing negotiations on a confidential basis," | 11:51:27 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

95

| | | |
|---|---|---|
| 1 | end quote. | 11:51:30 |
| 2 | Do you see that? | 11:51:31 |
| 3 | A.    I do. | 11:51:31 |
| 4 | Q.    Do you have any reason to dispute Mr. Kim's | 11:51:31 |
| 5 | description of what he called "Samsung's standard | 11:51:34 |
| 6 | practice"? | 11:51:36 |
| 7 | A.    No, I do not. | 11:51:37 |
| 8 | (Plaintiffs' Exhibit 7 was marked | 11:51:37 |
| 9 | for identification by the court | 11:51:37 |
| 10 | reporter and is attached hereto.) | 11:51:51 |
| 11 | BY MR. MUELLER: | 11:51:51 |
| 12 | Q.    This is another letter from -- I should say | 11:52:02 |
| 13 | Shim Exhibit 7, as the court reporter has marked it, is | 11:52:04 |
| 14 | another letter from Mr. Kim to Mr. Teksler dated July | 11:52:08 |
| 15 | 1st, 2011. | 11:52:12 |
| 16 | Have you seen this? | 11:52:14 |
| 17 | A.    I -- I read it at some point. | 11:52:15 |
| 18 | Q.    Do you see in the first page, last paragraph, | 11:52:35 |
| 19 | Mr. Kim stated, quote, "Samsung, however, cannot reveal | 11:52:38 |
| 20 | the terms of its existing licenses to Apple since those | 11:52:42 |
| 21 | terms are confidential and subject to contractual | 11:52:45 |
| 22 | provisions that restrict Samsung's ability to reveal | 11:52:49 |
| 23 | them.  We assume that Apple's license agreements must | 11:52:54 |
| 24 | have similar provisions and, therefore, find it hard to | 11:52:57 |
| 25 | understand your position on this issue." | 11:53:01 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

96

| | | |
|---|---|---|
| 1 | Do you see that? | 11:53:03 |
| 2 | A.   Yes, I do see them as you read it. | 11:53:05 |
| 3 | Q.   And in that paragraph, Mr. Kim was once again | 11:53:07 |
| 4 | emphasizing the confidentiality of license terms; | 11:53:10 |
| 5 | correct? | 11:53:13 |
| 6 | MR. GORDON:  Objection.  Lack of foundation. | 11:53:14 |
| 7 | Calls for speculation.  Document speaks for itself. | 11:53:16 |
| 8 | THE WITNESS:  It -- it says what you just read. | 11:53:18 |
| 9 | BY MR. MUELLER: | 11:53:21 |
| 10 | Q.   Any reason to dispute Mr. Kim's description of | 11:53:22 |
| 11 | the confidentiality restrictions in the licenses that he | 11:53:24 |
| 12 | was discussing? | 11:53:30 |
| 13 | A.   No, I have no reason to do so. | 11:53:31 |
| 14 | Q.   Do these letters refresh your recollection as | 11:53:37 |
| 15 | to Samsung's general treatment of -- well, withdrawn. | 11:53:39 |
| 16 | Do these letters refresh your recollection that | 11:53:45 |
| 17 | Samsung tries to keep confidential the terms of its | 11:53:48 |
| 18 | licenses for cellular patents? | 11:53:52 |
| 19 | A.    It refreshed my recollection specifically with | 11:53:55 |
| 20 | regard and in the context of Apple, Samsung negotiation | 11:54:01 |
| 21 | that was taking place around the time, as stated in each | 11:54:05 |
| 22 | of these letters, which is around the summer months of | 11:54:09 |
| 23 | 2011. | 11:54:12 |
| 24 | Q.   Are there any other contexts in which Samsung | 11:54:13 |
| 25 | has not kept license terms confidential as -- | 11:54:16 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

97

| | | |
|---|---|---|
| 1 | MR. GORDON:  Objection.  Are you finished? | 11:54:21 |
| 2 | MR. MUELLER:  Yeah. | 11:54:23 |
| 3 | MR. GORDON:  Objection.  Lack of foundation. | 11:54:23 |
| 4 | Calls for speculation.  Attorney/client privilege.  Work | 11:54:25 |
| 5 | product. | 11:54:28 |
| 6 | You can answer if you don't rely on privileged | 11:54:28 |
| 7 | or work product information. | 11:54:31 |
| 8 | THE WITNESS:  I believe I answered that | 11:54:32 |
| 9 | question.  I do not know. | 11:54:33 |
| 10 | BY MR. MUELLER: | 11:54:36 |
| 11 | Q.    So as far as you do know, Samsung has tried to | 11:54:36 |
| 12 | keep its patent license terms confidential; correct? | 11:54:40 |
| 13 | A.    In the Apple, Samsung negotiation context, | 11:54:46 |
| 14 | that's what Mr. Clayton Kim has stated in the | 11:54:50 |
| 15 | correspondences, yes. | 11:54:53 |
| 16 | Q.    Please stay with my question, sir. | 11:54:55 |
| 17 | So far as you do know, Samsung has tried to | 11:54:57 |
| 18 | keep its patent license terms confidential; correct? | 11:55:00 |
| 19 | A.    Again, that's what is stated in one of the | 11:55:06 |
| 20 | letters that you pointed to, and you -- I believe you | 11:55:09 |
| 21 | recited the particular sentences. | 11:55:12 |
| 22 | Q.    Sir, I'm asking a more general question. | 11:55:14 |
| 23 | So far as you know, Samsung has tried to keep | 11:55:16 |
| 24 | its patent license terms confidential; correct? | 11:55:19 |
| 25 | A.    Again, personal knowledge-wise, I do not know. | 11:55:25 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

98

| | | |
|---|---|---|
| 1 | That's what is stated in the letter in the portions that | 11:55:30 |
| 2 | you read to me. | 11:55:34 |
| 3 | Q.    As part of your review of briefs -- | 11:55:35 |
| 4 | A.    Yes. | 11:55:35 |
| 5 | Q.    -- is one of your responsibilities to check | 11:55:45 |
| 6 | information in briefs that is confidential to ensure | 11:55:49 |
| 7 | it's not publicly disclosed? | 11:55:54 |
| 8 | A.    Sorry, Counsel, what do you mean by checking | 11:55:56 |
| 9 | for confidential information?  I'm in-house counsel. | 11:56:04 |
| 10 | Q.    Sure.  When you review draft briefs from | 11:56:09 |
| 11 | counsel -- | 11:56:11 |
| 12 | A.    Right. | 11:56:11 |
| 13 | Q.    -- it's one of your responsibilities to | 11:56:11 |
| 14 | determine if any of the content of the draft brief is | 11:56:13 |
| 15 | confidential such that it should be redacted or filed | 11:56:17 |
| 16 | under seal? | 11:56:21 |
| 17 | A.    I wouldn't characterize it in the way that you | 11:56:28 |
| 18 | had posed the question, Mr. Mueller, calling it my | 11:56:33 |
| 19 | responsibility.  If anything, being an in-house counsel, | 11:56:36 |
| 20 | and my responsibility and the role as such, would be to | 11:56:42 |
| 21 | expect my outside counsel to have scrubbed any such | 11:56:46 |
| 22 | third party confidential information by the time it | 11:56:52 |
| 23 | reaches my desk or the inbox. | 11:56:55 |
| 24 | Q.    Understood.  But do you independently consider | 11:56:58 |
| 25 | that as part of your review of documents?  When you're | 11:57:02 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

99

| | | |
|---|---|---|
| 1 | reviewing draft briefs -- | 11:57:09 |
| 2 | A.    Right. | 11:57:09 |
| 3 | Q.    -- do you consider confidentiality issues in | 11:57:11 |
| 4 | the course of your review? | 11:57:12 |
| 5 | MR. GORDON:  Objection.  Vague and ambiguous. | 11:57:14 |
| 6 | THE WITNESS:  As I testified before, I take the | 11:57:17 |
| 7 | protective order issues very seriously, and in that -- | 11:57:29 |
| 8 | to that end, I do consider the confidentiality issues, | 11:57:31 |
| 9 | as you put it. | 11:57:37 |
| 10 | BY MR. MUELLER: | 11:57:39 |
| 11 | Q.    Have you ever received a draft brief and told | 11:57:39 |
| 12 | outside counsel, we need to file this under seal because | 11:57:42 |
| 13 | of confidential license information contained in this | 11:57:48 |
| 14 | draft brief? | 11:57:52 |
| 15 | A.    Yes. | 11:57:55 |
| 16 | Q.    Have you ever received a draft brief from | 11:58:06 |
| 17 | outside counsel and said, this appears to contain | 11:58:09 |
| 18 | information that I shouldn't see; I'm going to delete it | 11:58:15 |
| 19 | and ask you to send me a new version with that | 11:58:18 |
| 20 | information redacted? | 11:58:22 |
| 21 | A.    Are you asking me hypothetically, or are you | 11:58:25 |
| 22 | asking me whether I can independently recall such an | 11:58:36 |
| 23 | instance of having done so? | 11:58:38 |
| 24 | Q.    Sure.  I'm asking if you ever had that | 11:58:39 |
| 25 | situation where you received a draft brief, you were | 11:58:43 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

100

1    reading it --                                           11:58:45

2        A.     Right.                                       11:58:45

3        Q.     -- you realized it hadn't been fully redacted, 11:58:46

4    and you wrote back to outside counsel and said, this    11:58:48

5    does not appear to have been fully redacted.  I'm going 11:58:51

6    to delete.  Please send me a new version.               11:58:54

7        A.     Not as far as I can recall, no.              11:58:57

8        Q.     You don't recall that ever happening?        11:58:59

9        A.     I do not recall.                             11:59:00

10       Q.     Where does Samsung keep its patent license   11:59:01

11   documents at Samsung?                                   11:59:20

12             MR. GORDON:  Objection.  Lack of foundation.  11:59:22

13   Calls for speculation.                                  11:59:25

14             THE WITNESS:  I do not know.                  11:59:26

15   BY MR. MUELLER:                                         11:59:26

16       Q.     Who -- do you know who keeps them?  Is it     11:59:28

17   licensing group, presumably?                            11:59:34

18             THE REPORTER:  I'm sorry, Counsel.  Do you -- 11:59:34

19             MR. MUELLER:  Sure.  The licensing group,     11:59:34

20   presumably?                                             11:59:34

21             THE WITNESS:  I don't have a thought regarding 11:59:38

22   the presumption that you presented.  I don't know.      11:59:39

23   BY MR. MUELLER:                                         11:59:42

24       Q.     If you needed to access a patent license     11:59:42

25   document, who would you go to?                          11:59:44

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

101

| | | |
|---|---|---|
| 1 | A.    I would -- I would call up any number of my | 11:59:46 |
| 2 | colleagues, one of whom may be or may not be in the | 11:59:56 |
| 3 | licensing department, someone within the IP department. | 12:00:00 |
| 4 | Q.    Who, for example? | 12:00:04 |
| 5 | A.    I would -- I would talk to my supervisor, VP | 12:00:05 |
| 6 | Brian Kim. | 12:00:13 |
| 7 | Q.    Within the last few months, Samsung has had | 12:00:28 |
| 8 | certain negotiations with Nokia; correct? | 12:00:31 |
| 9 | MR. GORDON:  Objection.  Lack of foundation. | 12:00:36 |
| 10 | Calls for speculation.  Attorney/client privilege. | 12:00:38 |
| 11 | THE WITNESS:  Yes. | 12:00:44 |
| 12 | BY MR. MUELLER: | 12:00:44 |
| 13 | Q.    Have you participated in those negotiations? | 12:00:45 |
| 14 | A.    What do you mean by "participate," Counsel? | 12:00:47 |
| 15 | Again, just, would you kindly clarify? | 12:00:52 |
| 16 | Q.    Well, we'll take it in steps. | 12:00:55 |
| 17 | Have you negotiated with -- have you been on a | 12:00:57 |
| 18 | negotiating team that met with Nokia personnel? | 12:00:58 |
| 19 | A.    No. | 12:01:01 |
| 20 | Q.    Have you met with the Samsung negotiators prior | 12:01:01 |
| 21 | to any discussions with Nokia? | 12:01:05 |
| 22 | MR. GORDON:  Objection.  Vague and ambiguous. | 12:01:08 |
| 23 | THE WITNESS:  No. | 12:01:17 |
| 24 | BY MR. MUELLER: | 12:01:17 |
| 25 | Q.    Have you had any email communications with the | 12:01:19 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

102

| | | |
|---|---|---|
| 1 | Samsung negotiators before they met with Nokia? | 12:01:24 |
| 2 | MR. GORDON:  Vague and ambiguous. | 12:01:31 |
| 3 | THE WITNESS:  No. | 12:01:35 |
| 4 | BY MR. MUELLER: | 12:01:36 |
| 5 | Q.    Have you had any communications at all with | 12:01:36 |
| 6 | anyone at Samsung relating to the Samsung, Nokia | 12:01:38 |
| 7 | discussions? | 12:01:42 |
| 8 | MR. GORDON:  Objection.  Hold on.  You're | 12:01:46 |
| 9 | talking about the most -- you're talking about these | 12:01:46 |
| 10 | most recent ones, I assume? | 12:01:48 |
| 11 | MR. MUELLER:  Yes. | 12:01:50 |
| 12 | THE WITNESS:  You mean just generically, any -- | 12:01:52 |
| 13 | any sort of discussion relating to the Nokia -- | 12:01:55 |
| 14 | BY MR. MUELLER: | 12:01:59 |
| 15 | Q.    Right. | 12:01:59 |
| 16 | A.    Even -- | 12:01:59 |
| 17 | Q.    I want to know if you've had any discussions | 12:02:00 |
| 18 | with anyone at Samsung about the recent Samsung, Nokia | 12:02:02 |
| 19 | discussions? | 12:02:05 |
| 20 | A.    The fact that we talk -- yes. | 12:02:06 |
| 21 | Q.    Who have you spoken to? | 12:02:13 |
| 22 | A.    VP Brian Kim, my supervisor. | 12:02:16 |
| 23 | Q.    Who else? | 12:02:21 |
| 24 | A.    I can't recall, off the top of my head, sitting | 12:02:29 |
| 25 | here right now. | 12:02:33 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

103

| | | |
|---|---|---|
| 1 | Q.    And can you identify for me the general subject | 12:02:34 |
| 2 | matter of those discussions?  I'm not asking for the | 12:02:37 |
| 3 | particulars but the general subject matter. | 12:02:39 |
| 4 | A.    I'd be happy to.  We talked about the fact that | 12:02:41 |
| 5 | there is a negotiation taking place between Samsung and | 12:02:44 |
| 6 | Nokia. | 12:02:48 |
| 7 | Q.    That's it? | 12:02:49 |
| 8 | A.    That's it. | 12:02:52 |
| 9 | Q.    Did you provide any information that could be | 12:02:57 |
| 10 | used to help develop Samsung's positions in that | 12:02:59 |
| 11 | negotiation? | 12:03:04 |
| 12 | MR. GORDON:  Objection.  Lack of foundation. | 12:03:05 |
| 13 | Calls for speculation. | 12:03:06 |
| 14 | THE WITNESS:  No. | 12:03:11 |
| 15 | BY MR. MUELLER: | 12:03:11 |
| 16 | Q.    Did you offer any thoughts as to the position | 12:03:12 |
| 17 | Samsung might take in those negotiations? | 12:03:17 |
| 18 | A.    Again, that's a very broadly worded question. | 12:03:19 |
| 19 | Offering any thought, that could be anything.  Yes, I | 12:03:30 |
| 20 | have. | 12:03:39 |
| 21 | Q.    And did you offer thoughts on royalty rates, | 12:03:39 |
| 22 | for example? | 12:03:50 |
| 23 | A.    No. | 12:03:52 |
| 24 | Q.    Did you offer your thoughts on any other terms | 12:03:53 |
| 25 | in a potential agreement between Samsung and Nokia? | 12:04:00 |

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

104

| | | |
|---|---|---|
| 1 | A.    No. | 12:04:03 |
| 2 | Q.    So what thoughts did you offer? | 12:04:06 |
| 3 | MR. GORDON:  Objection.  Attorney/client | 12:04:10 |
| 4 | privilege.  Work product. | 12:04:11 |
| 5 | Instruct you not to answer unless there was a | 12:04:12 |
| 6 | third party present and it was otherwise unprivileged. | 12:04:22 |
| 7 | THE WITNESS:  I will follow my counsel's | 12:04:27 |
| 8 | instruction and decline to answer on privilege grounds. | 12:04:29 |
| 9 | BY MR. MUELLER: | 12:04:33 |
| 10 | Q.    Have you reviewed any draft presentations | 12:04:34 |
| 11 | before such presentations were made by Samsung to Nokia? | 12:04:38 |
| 12 | A.    For purposes of use in the negotiation -- | 12:04:42 |
| 13 | current negotiations between Samsung and Nokia? | 12:04:48 |
| 14 | Q.    Yes. | 12:04:51 |
| 15 | A.    No. | 12:04:52 |
| 16 | Q.    Have you ever reviewed any draft presentations | 12:04:53 |
| 17 | for use by Samsung with Nokia? | 12:04:58 |
| 18 | A.    No. | 12:05:00 |
| 19 | Q.    Have you ever reviewed any draft correspondence | 12:05:06 |
| 20 | that was later sent from Samsung to Nokia? | 12:05:11 |
| 21 | MR. GORDON:  Objection.  Lack of foundation. | 12:05:14 |
| 22 | Calls for speculation. | 12:05:15 |
| 23 | THE WITNESS:  No. | 12:05:18 |
| 24 | BY MR. MUELLER: | 12:05:20 |
| 25 | Q.    Are you familiar with the details of the | 12:05:37 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

105

| | | |
|---|---|---|
| 1 | Samsung, Nokia negotiations, the recent negotiations? | 12:05:41 |
| 2 | MR. GORDON:  Objection.  Vague and ambiguous. | 12:05:46 |
| 3 | THE WITNESS:  Again, Counsel, I'm not trying to | 12:05:48 |
| 4 | be difficult, but that's a very broadly worded question. | 12:05:51 |
| 5 | BY MR. MUELLER: | 12:05:55 |
| 6 | Q.    I'm just trying to get a sense of how closely | 12:05:55 |
| 7 | you're following them. | 12:05:59 |
| 8 | A.    I think I have answered.  I don't know the | 12:06:01 |
| 9 | terms, the royalty rates as such.  I know that we are in | 12:06:04 |
| 10 | negotiation in good faith with Nokia to discuss a | 12:06:13 |
| 11 | license. | 12:06:18 |
| 12 | Q.    Why do you say "good faith"? | 12:06:18 |
| 13 | MR. GORDON:  Objection.  Attorney/client | 12:06:24 |
| 14 | privilege.  Work product. | 12:06:25 |
| 15 | THE WITNESS:  It's -- to elaborate, I think | 12:06:27 |
| 16 | that would implicate the work product doctrine and | 12:06:33 |
| 17 | attorney/client privilege. | 12:06:37 |
| 18 | BY MR. MUELLER: | 12:06:38 |
| 19 | Q.    Could you turn back to Judge Grewal's order, | 12:06:38 |
| 20 | which I believe is Exhibit 2. | 12:06:42 |
| 21 | A.    Sure.  I'm there. | 12:06:48 |
| 22 | Q.    And do you see on page 3, the judge offers an | 12:06:50 |
| 23 | account of what a Nokia licensing executive -- his name | 12:06:57 |
| 24 | is Paul Melin -- said in a declaration to the Court? | 12:07:01 |
| 25 | I'm referring in particular to the section that begins, | 12:07:17 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

106

| | | |
|---|---|---|
| 1 | "According to a declaration from Nokia's chief | 12:07:21 |
| 2 | intellectual property officer." | 12:07:23 |
| 3 | A.    Right. | 12:07:27 |
| 4 | Q.    Do you see that? | 12:07:28 |
| 5 | A.    I do. | 12:07:28 |
| 6 | Q.    And Judge Grewal said that according to this | 12:07:29 |
| 7 | declaration, "Dr. Ahn informed Nokia that the terms of | 12:07:32 |
| 8 | the Apple, Nokia license were known to him. | 12:07:38 |
| 9 | Specifically, according to Mr. Melin, Dr. Ahn stated | 12:07:40 |
| 10 | that Apple had produced the Apple, Nokia license in its | 12:07:44 |
| 11 | litigation with Samsung and that Samsung's outside | 12:07:48 |
| 12 | counsel had provided his team with the terms of the | 12:07:51 |
| 13 | Apple, Nokia license.  Mr. Melin recounts that to prove | 12:07:54 |
| 14 | to Nokia that he knew the confidential terms of the | 12:08:00 |
| 15 | Apple, Nokia license, Dr. Ahn recited the terms of the | 12:08:03 |
| 16 | license and even went so far as to tell Nokia that 'All | 12:08:07 |
| 17 | information leaks.'  Mr. Melin also reports that Dr. Ahn | 12:08:11 |
| 18 | and Samsung then proceeded to use his knowledge of the | 12:08:16 |
| 19 | terms of the Apple, Nokia license to gain an unfair | 12:08:18 |
| 20 | advantage in their negotiations with Nokia by asserting | 12:08:22 |
| 21 | that the Apple, Nokia terms should dictate terms of a | 12:08:25 |
| 22 | Samsung, Nokia license." | 12:08:29 |
| 23 | Do you see that paragraph? | 12:08:31 |
| 24 | A.    I do see them as you read them, yes. | 12:08:33 |
| 25 | Q.    And you understand the judge is referring to | 12:08:37 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

107

| | | |
|---|---|---|
| 1 | certain factual allegations made by Mr. Melin? | 12:08:39 |
| 2 | A.    Yes, allegations. | 12:08:42 |
| 3 | Q.    Do you have any reason to dispute those | 12:08:46 |
| 4 | allegations? | 12:08:49 |
| 5 | MR. GORDON:  Objection.  Vague and ambiguous. | 12:08:53 |
| 6 | And objection.  Attorney/client privilege and work | 12:09:01 |
| 7 | product. | 12:09:03 |
| 8 | If you can answer that without revealing | 12:09:04 |
| 9 | attorney/client privileged communications, you should do | 12:09:08 |
| 10 | so. | 12:09:10 |
| 11 | THE WITNESS:  I'm going to follow my counsel's | 12:09:10 |
| 12 | instruction.  I'm not able to answer. | 12:09:13 |
| 13 | BY MR. MUELLER: | 12:09:14 |
| 14 | Q.    So, just so the record is clear, you are not | 12:09:14 |
| 15 | able to provide a non-privileged explanation for why -- | 12:09:16 |
| 16 | withdrawn. | 12:09:22 |
| 17 | You are not able to dispute these allegations | 12:09:22 |
| 18 | with non-privileged information; is that right? | 12:09:28 |
| 19 | A.    Sitting here right now, that is the case.  That | 12:09:30 |
| 20 | seems to be the case. | 12:09:40 |
| 21 | Q.    Well, you understand that this discovery | 12:09:41 |
| 22 | process Judge Grewal has ordered is clearly designed for | 12:09:45 |
| 23 | us to get to the bottom of the facts, and Apple and | 12:09:48 |
| 24 | Nokia are entitled to know if these allegations are true | 12:09:52 |
| 25 | or not. | 12:09:55 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

108

| | | |
|---|---|---|
| 1 | And as you sit here today, you cannot offer me | 12:09:56 |
| 2 | any non-privileged information that bears on whether | 12:09:59 |
| 3 | these allegations are true; is that right? | 12:10:03 |
| 4 | MR. GORDON:  Objection to the prelude prior to | 12:10:05 |
| 5 | the question.  Move to strike, but you can answer the | 12:10:07 |
| 6 | question that he asked at the end. | 12:10:09 |
| 7 | THE WITNESS:  What was the question Mr. Mueller | 12:10:13 |
| 8 | was asking? | 12:10:15 |
| 9 | BY MR. MUELLER: | 12:10:15 |
| 10 | Q.     Sure.  As you sit here today, you cannot offer | 12:10:15 |
| 11 | me any non-privileged information that bears on whether | 12:10:19 |
| 12 | Mr. Melin's allegations are true? | 12:10:22 |
| 13 | A.     That's -- that's correct.  My client is owed | 12:10:24 |
| 14 | privileges, and they haven't made -- | 12:10:37 |
| 15 | THE REPORTER:  I'm sorry? | 12:10:37 |
| 16 | THE WITNESS:  My client is owed privileges, and | 12:10:40 |
| 17 | it hasn't been instructed to me that they are waiving | 12:10:40 |
| 18 | the privilege. | 12:10:44 |
| 19 | MR. GORDON:  Just to be clear, you don't need | 12:10:45 |
| 20 | to explain -- | 12:10:47 |
| 21 | THE WITNESS:  Right. | 12:10:47 |
| 22 | MR. GORDON:  -- your own subjective reason for | 12:10:47 |
| 23 | asserting the privilege.  You just need to answer the | 12:10:51 |
| 24 | question that he asked you, whether you can offer any | 12:10:54 |
| 25 | non-privileged information.  If you can, say yes.  If | 12:10:56 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

109

| | | |
|---|---|---|
| 1 | you can't, say no. | 12:10:58 |
| 2 | BY MR. MUELLER: | 12:10:59 |
| 3 | Q.    So let's just make sure the record is clear | 12:10:59 |
| 4 | here.  I have referred you to page 3 of Judge Grewal's | 12:11:01 |
| 5 | order in which he recounts factual allegations made by | 12:11:05 |
| 6 | Nokia's chief intellectual property officer, Paul Melin, | 12:11:09 |
| 7 | and I have asked you to review those allegations; right? | 12:11:13 |
| 8 | A.    You have read that paragraph to me, yes. | 12:11:15 |
| 9 | Q.    And you have read it along with me; correct? | 12:11:18 |
| 10 | A.    Yes, I have. | 12:11:21 |
| 11 | Q.    And as you sit here today, you cannot offer me | 12:11:21 |
| 12 | any non-privileged information that bears on whether | 12:11:25 |
| 13 | Mr. Melin was right? | 12:11:28 |
| 14 | A.    Again, that -- that is correct. | 12:11:34 |
| 15 | MR. MUELLER:  Let's take a break for lunch. | 12:11:38 |
| 16 | THE VIDEOGRAPHER:  We are going off the record | 12:11:41 |
| 17 | at 12:11. | 12:11:43 |
| 18 | (Recess.) | 12:11:44 |
| 19 | THE VIDEOGRAPHER:  We are back on record at | 13:15:52 |
| 20 | 1:17. | 13:17:18 |
| 21 | THE REPORTER:  Eight. | 13:17:33 |
| 22 | (Plaintiffs' Exhibit 8 was marked | 13:17:33 |
| 23 | for identification by the court | 13:17:33 |
| 24 | reporter and is attached hereto.) | 13:17:34 |
| 25 | /// | |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

110

| | | |
|---|---|---|
| 1 | BY MR. MUELLER: | 13:17:34 |
| 2 | Q.     Mr. Shim, the reporter has marked as Shim | 13:17:34 |
| 3 | Exhibit 8 an email from Eric Wall at Quinn Emanuel to | 13:17:37 |
| 4 | you and several other recipients.  Please take a moment | 13:17:42 |
| 5 | to review this and let me know when you're finished. | 13:17:45 |
| 6 | A.     I have reviewed it. | 13:18:06 |
| 7 | Q.     Have you seen this before? | 13:18:07 |
| 8 | A.     No. | 13:18:09 |
| 9 | Q.     If you look at the "To" line, do you see your | 13:18:11 |
| 10 | name is the first one listed? | 13:18:16 |
| 11 | A.     Yes.  That is my email, yes. | 13:18:18 |
| 12 | Q.     Do you think you received this? | 13:18:21 |
| 13 | A.     I -- I have every reason to believe that I | 13:18:23 |
| 14 | received it. | 13:18:28 |
| 15 | Q.     Let me ask you about the other folks who are | 13:18:29 |
| 16 | listed in the "To" line. | 13:18:31 |
| 17 | Who is Karin Norton? | 13:18:33 |
| 18 | A.     She's a colleague of mine, senior legal counsel | 13:18:35 |
| 19 | from our Washington, DC office based in DC. | 13:18:43 |
| 20 | Q.     And did she also, or has she also worked on the | 13:18:45 |
| 21 | Apple matters? | 13:18:48 |
| 22 | A.     Yes. | 13:18:49 |
| 23 | Q.     Has she also worked on FRAND licensing issues | 13:18:51 |
| 24 | in connection with those matters? | 13:18:55 |
| 25 | A.     Yes. | 13:18:56 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

111

| | | |
|---|---|---|
| 1 | Q.    And she's a former lawyer from the | 13:18:59 |
| 2 | International Trade Commission; correct? | 13:19:01 |
| 3 | A.    That's correct. | 13:19:04 |
| 4 | Q.    Now, there are several names written in Korean. | 13:19:04 |
| 5 | Do you speak Korean? | 13:19:08 |
| 6 | A.    I do. | 13:19:10 |
| 7 | Q.    Could you please identify for me the names, | 13:19:10 |
| 8 | beginning with the one immediately to the right of | 13:19:13 |
| 9 | Ms. Norton? | 13:19:17 |
| 10 | A.    That's VP Anthony Kahng from our DC office | 13:19:17 |
| 11 | also, Washington, DC. | 13:19:26 |
| 12 | Q.    Next to Mr. Kong? | 13:19:28 |
| 13 | A.    That's Jae Park, a colleague of mine in the | 13:19:31 |
| 14 | Suwon headquarters office. | 13:19:39 |
| 15 | Q.    I'm sorry, in the -- which headquarters? | 13:19:40 |
| 16 | A.    In the Suwon headquarters office. | 13:19:41 |
| 17 | Q.    And next to Mr. Park? | 13:19:44 |
| 18 | A.    That's Hojin Chang, a colleague of mine in the | 13:19:46 |
| 19 | licensing department. | 13:19:52 |
| 20 | Q.    Next to Mr. Chang? | 13:19:53 |
| 21 | A.    It's Daniel Ko, a colleague of mine -- I mean a | 13:19:56 |
| 22 | colleague of mine in the licensing department, also. | 13:20:01 |
| 23 | Q.    Next to Mr. Ko? | 13:20:03 |
| 24 | A.    Mr. Jimmy Shin, a colleague of mine. | 13:20:06 |
| 25 | Q.    In which department? | 13:20:12 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

112

| | | |
|---|---|---|
| 1 | A.    The legal department. | 13:20:14 |
| 2 | Q.    Next to Mr. Shin? | 13:20:17 |
| 3 | A.    It's Eric Cha, a colleague of mine in the legal | 13:20:21 |
| 4 | department. | 13:20:26 |
| 5 | Q.    And Mr. Cha's name carries over to the next | 13:20:28 |
| 6 | line; is that right? | 13:20:32 |
| 7 | A.    That's correct. | 13:20:32 |
| 8 | Q.    Who is next to Mr. Cha? | 13:20:33 |
| 9 | A.    It's VP Brian Kim from the legal department. | 13:20:35 |
| 10 | Q.    And next to Mr. Kim? | 13:20:43 |
| 11 | A.    That's EVP Kijoong Kang, my supervisor's | 13:20:45 |
| 12 | supervisor, head of IP litigation at Samsung. | 13:20:52 |
| 13 | Q.    Now, below the -- well, let me pause there. | 13:20:56 |
| 14 | That group, are all of them involved, in some | 13:20:59 |
| 15 | capacity, with FRAND licensing issues? | 13:21:03 |
| 16 | A.    I think you can say that. | 13:21:07 |
| 17 | Q.    The "CC" line, Thomas Pease, who is he? | 13:21:10 |
| 18 | A.    He's a partner at Quinn Emanuel's New York | 13:21:15 |
| 19 | office. | 13:21:19 |
| 20 | Q.    And he's been working for Samsung in connection | 13:21:19 |
| 21 | with FRAND licensing issues? | 13:21:25 |
| 22 | A.    As part of the Apple, Samsung dispute | 13:21:27 |
| 23 | litigation, yes. | 13:21:31 |
| 24 | Q.    "Samsung FRAND," that appears to be an email | 13:21:32 |
| 25 | list; is that right? | 13:21:38 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

113

| | | |
|---|---|---|
| 1 | A.     Yes. | 13:21:40 |
| 2 | Q.     Who is -- what is the membership of the Samsung | 13:21:42 |
| 3 | FRAND email list? | 13:21:47 |
| 4 | A.     I think there are quite a few people.  I do not | 13:21:48 |
| 5 | know. | 13:21:54 |
| 6 | Q.     Are they internal at Samsung? | 13:21:55 |
| 7 | A.     No. | 13:21:59 |
| 8 | Q.     Where are they? | 13:22:00 |
| 9 | A.     At our outside counsel, Quinn Emanuel's office. | 13:22:02 |
| 10 | Q.     All Quinn Emanuel? | 13:22:08 |
| 11 | A.     I don't know. | 13:22:09 |
| 12 | Q.     What other law firms have worked for Samsung | 13:22:11 |
| 13 | during the pendency of the Apple, Samsung litigations on | 13:22:15 |
| 14 | FRAND licensing issues? | 13:22:19 |
| 15 | A.     Are you asking as part of the Apple, Samsung | 13:22:20 |
| 16 | dispute or just widely? | 13:22:27 |
| 17 | Q.     Beyond Apple, Samsung or on Apple, Samsung as | 13:22:29 |
| 18 | well, but not limited to Apple, Samsung. | 13:22:33 |
| 19 | A.     Okay.  Kirkland and Ellis.  Fish and | 13:22:39 |
| 20 | Richardson.  Williams and Connolly.  Quinn Emanuel. | 13:22:54 |
| 21 | Q.     In which cases has Kirkland and Ellis | 13:23:02 |
| 22 | represented Samsung in connection with FRAND licensing | 13:23:07 |
| 23 | issues? | 13:23:10 |
| 24 | A.     They are currently representing Samsung in the | 13:23:10 |
| 25 | Ericsson matter. | 13:23:13 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

114

| | | |
|---|---|---|
| 1 | Q.    Same question for Fish and Richardson? | 13:23:15 |
| 2 | A.    Same answer, they're currently working for | 13:23:19 |
| 3 | Samsung on the Ericsson matter. | 13:23:22 |
| 4 | Q.    Williams and Connolly? | 13:23:25 |
| 5 | A.    They are currently working for Samsung on the | 13:23:27 |
| 6 | InterDigital matter. | 13:23:31 |
| 7 | Q.    And Quinn Emanuel, are there any other cases, | 13:23:34 |
| 8 | aside from the Samsung case, in which Quinn Emanuel is | 13:23:37 |
| 9 | representing Samsung regarding FRAND licensing issues? | 13:23:40 |
| 10 | MR. FLINN:  Did you mean Apple? | 13:23:46 |
| 11 | BY MR. MUELLER: | 13:23:47 |
| 12 | Q.    Yeah, I'm sorry, on the Apple matters? | 13:23:48 |
| 13 | A.    I believe there are.  None of them involve | 13:23:51 |
| 14 | SEPs, however. | 13:23:58 |
| 15 | Q.    What do they involve? | 13:24:00 |
| 16 | A.    I think non-SEP patent rights at issue where | 13:24:03 |
| 17 | Samsung is a defendant. | 13:24:08 |
| 18 | Q.    If you look at the "Attachment" line, do you | 13:24:17 |
| 19 | see there's a reference to what's described as "Samsa | 13:24:19 |
| 20 | RAND," S-A-M-S-A, RAND "and reasonable royalties, 20 | 13:24:28 |
| 21 | March 2012, 11:15 p.m., redacted." | 13:24:34 |
| 22 | Do you see that? | 13:24:37 |
| 23 | A.    Yes, I do. | 13:24:38 |
| 24 | Q.    Do you know what that attachment was? | 13:24:38 |
| 25 | A.    I do not. | 13:24:41 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

115

| | | |
|---|---|---|
| 1 | Q.    What does S-A-M-S-A stand for, if you know? | 13:24:42 |
| 2 | A.    I do not know. | 13:24:46 |
| 3 | Q.    It doesn't relate to Samsung RAND? | 13:24:47 |
| 4 | A.    I don't know. | 13:25:05 |
| 5 | (Plaintiffs' Exhibit 9 was marked | 13:25:05 |
| 6 | for identification by the court | 13:25:05 |
| 7 | reporter and is attached hereto.) | 13:26:03 |
| 8 | BY MR. MUELLER: | 13:26:03 |
| 9 | Q.    Mr. Shim, what's been marked as Shim Exhibit 9 | 13:26:06 |
| 10 | is an email or an email string, the top one of which on | 13:26:09 |
| 11 | page 1 is from you. | 13:26:22 |
| 12 | Have you seen this before?  And the date is | 13:26:25 |
| 13 | June 29th, 2012. | 13:26:28 |
| 14 | A.    No. | 13:26:36 |
| 15 | Q.    Do you doubt that this came from you? | 13:26:36 |
| 16 | A.    I have no doubt that this probably came from | 13:26:41 |
| 17 | me. | 13:26:45 |
| 18 | Q.    And who is the recipient? | 13:26:45 |
| 19 | MR. GORDON:  Objection.  Vague and ambiguous. | 13:26:49 |
| 20 | Are you talking about on the first page only? | 13:26:51 |
| 21 | BY MR. MUELLER: | 13:26:51 |
| 22 | Q.    Yes, the first page only, just starting with | 13:26:53 |
| 23 | the one that appears to have been sent by you on | 13:26:54 |
| 24 | June 29th at -- June 29th, 2012, at 6:56 a.m. | 13:26:58 |
| 25 | A.    That's Mr. Clayton Kim. | 13:27:06 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

116

| | | |
|---|---|---|
| 1 | Q.    And do you see there's an attachment, the | 13:27:12 |
| 2 | highly confidential Apple, Samsung spreadsheet? | 13:27:14 |
| 3 | A.    Yes, I do. | 13:27:18 |
| 4 | Q.    Do you know what that is? | 13:27:18 |
| 5 | A.    I do not.  I don't remember. | 13:27:21 |
| 6 | Q.    Why don't we start at the last email in this | 13:27:30 |
| 7 | string. | 13:27:34 |
| 8 | A.    The very last one? | 13:27:34 |
| 9 | Q.    Yes, which is, I think, on page 4 towards the | 13:27:35 |
| 10 | bottom of the page.  And do you see that there's an | 13:27:38 |
| 11 | email sent by Rutger Kleemans from Freshfields on | 13:27:42 |
| 12 | February 23rd, 2012? | 13:27:47 |
| 13 | A.    Yes, I do. | 13:27:51 |
| 14 | Q.    I'm going to represent to you that Mr. Kleemans | 13:27:51 |
| 15 | is among Apple's outside counsel in the Netherlands. | 13:27:54 |
| 16 | Does this refresh your recollection that this | 13:27:59 |
| 17 | email string relates to certain court filings in the | 13:28:01 |
| 18 | Netherlands? | 13:28:08 |
| 19 | A.    Yes, it does refresh my recollection.  I also | 13:28:08 |
| 20 | see that it's an email from Mr. Kleemans to the Dutch | 13:28:12 |
| 21 | court.  I see the judge's name. | 13:28:18 |
| 22 | Q.    Right.  And among the judges was Judge | 13:28:20 |
| 23 | Brinkman; right? | 13:28:25 |
| 24 | A.    That's correct. | 13:28:26 |
| 25 | Q.    And he's listed as -- on the "To" line? | 13:28:26 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

117

| | | |
|---|---|---|
| 1 | A.      Yes. | 13:28:28 |
| 2 | Q.      Above that is an email from Ruben Ladde, | 13:28:30 |
| 3 | L-A-D-D-E, February 23rd, 2012. | 13:28:34 |
| 4 | Do you know who Ruben Ladde is? | 13:28:38 |
| 5 | A.      Yes. | 13:28:41 |
| 6 | Q.      Who is Ruben Ladde? | 13:28:42 |
| 7 | A.      Ruben is an associate in the Amsterdam office | 13:28:44 |
| 8 | of Simmons and Simmons.  He represents Samsung. | 13:28:51 |
| 9 | Q.      In the Netherlands case with Apple? | 13:28:54 |
| 10 | A.      That's correct. | 13:28:58 |
| 11 | Q.      And you've dealt with Simmons and Simmons in | 13:28:59 |
| 12 | connection with your work on that case? | 13:29:02 |
| 13 | A.      They're our counsel in the Dutch litigation, | 13:29:03 |
| 14 | yes. | 13:29:07 |
| 15 | Q.      Now, I asked you earlier about whether you had | 13:29:09 |
| 16 | been involved in FRAND licensing strategy in the | 13:29:13 |
| 17 | Netherlands. | 13:29:17 |
| 18 | You recall the submissions that were made to | 13:29:19 |
| 19 | the Court in February of 2012 by both parties; correct? | 13:29:21 |
| 20 | A.      Yes. | 13:29:26 |
| 21 | Q.      And the Court had asked the parties to submit | 13:29:28 |
| 22 | certain license information to the Court; correct? | 13:29:33 |
| 23 | A.      That's correct, that the courts, Dutch courts, | 13:29:44 |
| 24 | prompting -- both parties submitted, I think, major SEP | 13:29:47 |
| 25 | licenses that the Court ordered as part of the | 13:29:54 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

118

| | | |
|---|---|---|
| 1 | bifurcated FRAND trial that was taking place at the | 13:29:58 |
| 2 | time -- | 13:29:58 |
| 3 | THE REPORTER:  I'm sorry.  Bifurcated? | 13:29:58 |
| 4 | THE WITNESS:  FRAND trial that was taking place | 13:29:58 |
| 5 | at the time in the Netherlands. | 13:30:03 |
| 6 | BY MR. MUELLER: | 13:30:04 |
| 7 | Q.    And, in fact, what had happened was that at a | 13:30:04 |
| 8 | hearing, as part of that FRAND proceeding, the Court had | 13:30:08 |
| 9 | requested both parties to make those submissions; | 13:30:12 |
| 10 | correct? | 13:30:12 |
| 11 | A.    That is my recollection. | 13:30:17 |
| 12 | Q.    And then follow that up with a written request? | 13:30:18 |
| 13 | A.    That is my recollection, yes. | 13:30:20 |
| 14 | Q.    And both parties responded to that request by | 13:30:25 |
| 15 | making submissions; correct? | 13:30:29 |
| 16 | A.    Yes. | 13:30:31 |
| 17 | Q.    And there were simultaneous opening submissions | 13:30:31 |
| 18 | and simultaneous reply submissions; correct? | 13:30:35 |
| 19 | A.    That is my recollection. | 13:30:42 |
| 20 | Q.    And in those submissions, the parties submitted | 13:30:43 |
| 21 | anonymized license information; correct? | 13:30:47 |
| 22 | A.    Yes. | 13:30:47 |
| 23 | Q.    And in particular, they took certain of their | 13:30:53 |
| 24 | cellular patent licenses and removed the parties' names; | 13:30:57 |
| 25 | correct? | 13:30:57 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

119

| | | |
|---|---|---|
| 1 | A.    Correct.  When you say "cellular," I think | 13:31:05 |
| 2 | we're talking about UMTS 3G portfolio, yes. | 13:31:08 |
| 3 | Q.    Fair enough.  Among -- just so we're on the | 13:31:12 |
| 4 | same page, the cellular standards would include, as an | 13:31:14 |
| 5 | example, UMTS; right? | 13:31:18 |
| 6 | A.    Absolutely. | 13:31:20 |
| 7 | Q.    And the parties submitted to the Court | 13:31:21 |
| 8 | summaries of certain license information from their | 13:31:24 |
| 9 | respective cellular licenses? | 13:31:28 |
| 10 | A.    That is my recollection, yes. | 13:31:32 |
| 11 | Q.    They didn't actually submit the licenses | 13:31:34 |
| 12 | themselves; correct? | 13:31:37 |
| 13 | A.    I do not remember. | 13:31:44 |
| 14 | Q.    But they did submit summaries of certain of the | 13:31:46 |
| 15 | license information? | 13:31:50 |
| 16 | A.    Yes, the redacted, I think -- the information | 13:31:51 |
| 17 | chart that you discussed, yes. | 13:31:56 |
| 18 | Q.    And as I think we have already discussed, they | 13:31:58 |
| 19 | were anonymized summaries to remove all parties' names? | 13:32:01 |
| 20 | A.    That's correct. | 13:32:04 |
| 21 | Q.    And the Court imposed restrictions on how many | 13:32:05 |
| 22 | people could receive those summaries on both sides; | 13:32:08 |
| 23 | correct? | 13:32:08 |
| 24 | A.    That's correct. | 13:32:12 |
| 25 | Q.    Limit of ten individuals; correct? | 13:32:12 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

120

| | | |
|---|---|---|
| 1 | A.      That's correct. | 13:32:16 |
| 2 | Q.      And the information was for use in the Dutch | 13:32:17 |
| 3 | proceeding; correct? | 13:32:19 |
| 4 | A.      That's correct. | 13:32:22 |
| 5 | Q.      And that was part of the restrictions that the | 13:32:22 |
| 6 | Court imposed; correct? | 13:32:25 |
| 7 | A.      Yes.  It was only to be discussed among the ten | 13:32:29 |
| 8 | that were going to be specifically named, yeah, as part | 13:32:34 |
| 9 | of the Dutch proceeding. | 13:32:40 |
| 10 | Q.      Right.  It was only to be used for the Dutch | 13:32:41 |
| 11 | proceedings; correct? | 13:32:43 |
| 12 | A.      Correct. | 13:32:45 |
| 13 | Q.      Now, I'm not going to go through the | 13:32:45 |
| 14 | particulars of what information both sides submitted, | 13:32:51 |
| 15 | but I am going to ask you a couple of questions. | 13:32:57 |
| 16 | Samsung's opening submission included summaries | 13:33:01 |
| 17 | of several licenses that Samsung has; correct? | 13:33:04 |
| 18 | A.      That is my recollection. | 13:33:13 |
| 19 | Q.      And did those include Samsung's license with | 13:33:14 |
| 20 | Nokia? | 13:33:22 |
| 21 | A.      I do not know. | 13:33:22 |
| 22 | Q.      Do you recall if Samsung requested permission | 13:33:28 |
| 23 | from Nokia, or any of its other licensees, to make the | 13:33:33 |
| 24 | submission to the Dutch court? | 13:33:37 |
| 25 | A.      I do not remember. | 13:33:38 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

121

| | | |
|---|---|---|
| 1 | Q.    As you sit here today, you have no memory of | 13:33:46 |
| 2 | Samsung seeking permission? | 13:33:50 |
| 3 | A.    I have no memory of doing so either way. | 13:33:51 |
| 4 | Q.    But Samsung made its submission at the request | 13:34:01 |
| 5 | of the Court? | 13:34:05 |
| 6 | A.    The Court mandated that Samsung provide such | 13:34:06 |
| 7 | information and same to Apple. | 13:34:10 |
| 8 | Q.    Now, if you go back to this email chain, this | 13:34:13 |
| 9 | does not appear to show who Mr. Ladde sent his email to, | 13:34:25 |
| 10 | does it? | 13:34:32 |
| 11 | A.    If you were looking at the second to last page, | 13:34:32 |
| 12 | the top one, I think you're right. | 13:34:38 |
| 13 | Q.    But if we look at the next one in the chain, | 13:34:40 |
| 14 | which is the bottom of page 3, this appears to be from | 13:34:44 |
| 15 | you; is that right, sir? | 13:34:49 |
| 16 | A.    Has my name on it, yes. | 13:34:51 |
| 17 | Q.    And you -- can you identify who you sent this | 13:34:53 |
| 18 | to from the information on the page? | 13:34:56 |
| 19 | A.    I'm not able to identify such information. | 13:35:01 |
| 20 | Q.    Above that, there's an email from Clayton Kim; | 13:35:03 |
| 21 | correct? | 13:35:03 |
| 22 | A.    Right. | 13:35:09 |
| 23 | Q.    Does that suggest that one of the folks you | 13:35:09 |
| 24 | sent this to was Clayton Kim? | 13:35:12 |
| 25 | A.    No. | 13:35:14 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

122

| | | |
|---|---|---|
| 1 | Q.    Do you know who was on the group of ten | 13:35:19 |
| 2 | individuals at Samsung to receive the anonymized, | 13:35:22 |
| 3 | restricted Dutch submissions? | 13:35:27 |
| 4 | A.    I used to. | 13:35:31 |
| 5 | Q.    You were on the list? | 13:35:33 |
| 6 | A.    I was on the list. | 13:35:34 |
| 7 | Q.    Mr. Clayton Kim? | 13:35:35 |
| 8 | A.    He was -- he was on the list. | 13:35:37 |
| 9 | Q.    Brian Kim? | 13:35:44 |
| 10 | A.    He was on the list. | 13:35:45 |
| 11 | Q.    Hojin Chang? | 13:35:48 |
| 12 | A.    I do not know. | 13:35:51 |
| 13 | Q.    Dr. Ahn? | 13:35:56 |
| 14 | A.    No. | 13:35:58 |
| 15 | Q.    No, he was not on the list? | 13:36:05 |
| 16 | A.    He was not.  We, however, contemplated putting | 13:36:06 |
| 17 | on Dr. Ahn, and that is why you see only nine people | 13:36:12 |
| 18 | listed of the ten slots available. | 13:36:17 |
| 19 | Q.    But ultimately, he was not put on the list? | 13:36:20 |
| 20 | A.    That's correct. | 13:36:24 |
| 21 | Q.    If you go back to the email on the front of | 13:36:26 |
| 22 | this exhibit from you to -- it's from you to Clayton | 13:36:54 |
| 23 | Kim; correct? | 13:36:58 |
| 24 | A.    Which one? | 13:36:59 |
| 25 | Q.    The June 29th, 2012 email. | 13:37:01 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

123

| | | | |
|---|---|---|---|
| 1 | A. | The very first page? | 13:37:04 |
| 2 | Q. | Yes. | 13:37:05 |
| 3 | A. | Yes. | 13:37:06 |
| 4 | Q. | This is to Mr. Kim? | 13:37:06 |
| 5 | A. | Right. | 13:37:08 |
| 6 | Q. | Clayton Kim? | 13:37:09 |
| 7 | A. | That's right. | 13:37:10 |

8   Q.   My question is this:  The Dutch disclosures     13:37:12
9   were made in February of that year; right?        13:37:15
10   A.   That's what it -- I don't know.  What I can   13:37:19
11   tell you, page 4 shows February 2012 as being the date.   13:37:32
12   Q.   Right.  Do you have any memory at all as to why   13:37:39
13   you were sending this spreadsheet to Mr. Kim in June of   13:37:52
14   that year?                                        13:37:56
15   A.   I do not.                                    13:37:59
16   Q.   Did it have anything to do with the Dutch case,   13:38:01
17   or was it related to other matters?              13:38:03
18   A.   I do not remember.                           13:38:07
19   Q.   It could have been related to other matters?   13:38:09
20   A.   I think it could have been related to the Dutch   13:38:12
21   litigation.                                       13:38:14
22   Q.   Could it have been related to other matters?   13:38:16
23   A.   Possibilities are endless, in my view.       13:38:19
24   Q.   But you can't rule it out?                    13:38:24
25   A.   You could say that.                          13:38:27

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

124

| | | |
|---|---|---|
| 1 | (Plaintiffs' Exhibit 10 was marked | 13:38:27 |
| 2 | for identification by the court | 13:38:27 |
| 3 | reporter and is attached hereto.) | 13:39:07 |
| 4 | BY MR. MUELLER: | 13:39:09 |
| 5 | Q.    This has been marked as Shim Exhibit 10, and | 13:39:09 |
| 6 | this is an email from Hojin Chang dated July 5th, 2012. | 13:39:12 |
| 7 | Mr. Shim, have you seen this before? | 13:39:17 |
| 8 | A.    No. | 13:39:26 |
| 9 | Q.    Do you -- could you look at the CC list and, in | 13:39:26 |
| 10 | particular, the names in Korean. | 13:39:28 |
| 11 | Are any of those names yours? | 13:39:30 |
| 12 | A.    Yes, they are.  One of them is. | 13:39:32 |
| 13 | Q.    Is it the far right? | 13:39:35 |
| 14 | A.    It's the very last one on the CC row. | 13:39:36 |
| 15 | Q.    Do you have any reason to dispute that you | 13:39:40 |
| 16 | received this? | 13:39:42 |
| 17 | A.    No, I probably received this. | 13:39:42 |
| 18 | Q.    Who else is listed in the CC line? | 13:39:45 |
| 19 | A.    I'll just go in the order as before from left | 13:39:47 |
| 20 | to right.  First person, VP James Kwak. | 13:39:56 |
| 21 | Q.    And what's Mr. Kwak's position? | 13:40:07 |
| 22 | A.    He's a vice president on our licensing team. | 13:40:10 |
| 23 | Q.    And who is next to Mr. Kwak? | 13:40:19 |
| 24 | A.    It's VP Caleb Lee.  He's a vice president on | 13:40:21 |
| 25 | our antitrust team. | 13:40:30 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

125

| | | |
|---|---|---|
| 1 | Q.    And I'm sorry, how do you spell his name? | 13:40:33 |
| 2 | A.    Caleb, C-A-L-E-B.  Last name Lee, L-E-E. | 13:40:36 |
| 3 | Q.    And who is next to Mr. Lee? | 13:40:42 |
| 4 | A.    That's Peter Park, senior counsel, also in the | 13:40:44 |
| 5 | antitrust group. | 13:40:52 |
| 6 | Q.    And next to Mr. Park? | 13:40:55 |
| 7 | A.    That's Chris Park, also in the antitrust group, | 13:41:00 |
| 8 | legal counsel. | 13:41:08 |
| 9 | Q.    And both Peter Park and Chris Park are at | 13:41:09 |
| 10 | Samsung? | 13:41:13 |
| 11 | A.    They are.  Everyone listed here are at Samsung. | 13:41:13 |
| 12 | Q.    Next to Chris Park? | 13:41:17 |
| 13 | A.    I -- phonetically it's pronounced -- it's -- | 13:41:19 |
| 14 | her name sounds like Yeon-wook Son.  I don't know who | 13:41:29 |
| 15 | she is. | 13:41:37 |
| 16 | Q.    And next to -- next to her, who do we have? | 13:41:42 |
| 17 | A.    Clayton Kim. | 13:41:48 |
| 18 | Q.    And next to Mr. Kim? | 13:41:50 |
| 19 | A.    It's VP Brian Kim. | 13:41:52 |
| 20 | Q.    And then Ken Korea and you; is that right? | 13:41:55 |
| 21 | A.    That's right. | 13:41:59 |
| 22 | Q.    Now, this lists as an attachment the 120704 SEC | 13:42:00 |
| 23 | supplemental factual paper; 120704 supplemental factual | 13:42:08 |
| 24 | in Annexes. | 13:42:16 |
| 25 | Do you know what these are? | 13:42:17 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

126

| | | |
|---|---|---|
| 1 | A.    I do not. | 13:42:18 |
| 2 | Q.    Do you recall any interaction with the | 13:42:19 |
| 3 | Securities and Exchange Commission in this time period, | 13:42:24 |
| 4 | July of 2012? | 13:42:27 |
| 5 | A.    No. | 13:42:28 |
| 6 | Q.    Is SEC Samsung Electronics Company? | 13:42:38 |
| 7 | A.    I do not know.  If you're asking about the SEC | 13:42:45 |
| 8 | as listed in the attachment row, I cannot say | 13:42:49 |
| 9 | definitively. | 13:42:53 |
| 10 | Q.    Is this a factual or draft factual paper for | 13:43:00 |
| 11 | the European Commission? | 13:43:04 |
| 12 | A.    Again, I do not know. | 13:43:10 |
| 13 | Q.    Is it a draft factual paper for the Department | 13:43:11 |
| 14 | of Justice? | |
| 15 | THE REPORTER:  I'm sorry.  Is it a draft? | |
| 16 | MR. MUELLER:  Factual paper for the Department | |
| 17 | of Justice. | |
| 18 | THE REPORTER:  Thank you. | |
| 19 | THE WITNESS:  I do not remember.  I do not | 13:43:19 |
| 20 | know. | 13:43:22 |
| 21 | BY MR. MUELLER: | 13:43:22 |
| 22 | Q.    In this time period, July of 2012, was Samsung | 13:43:22 |
| 23 | in communication with the European Commission? | 13:43:27 |
| 24 | MR. GORDON:  Objection.  Lack of foundation. | 13:43:31 |
| 25 | Calls for speculation.  Attorney/client privilege. | 13:43:33 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

127

| | | |
|---|---|---|
| 1 | You can answer if you can do so without relying | 13:43:36 |
| 2 | on attorney/client communications, confidential | 13:43:41 |
| 3 | attorney/client communications. | 13:43:44 |
| 4 | MR. MUELLER:  Again, that's a fact I'm asking | 13:43:46 |
| 5 | for, not a privileged communication. | 13:43:47 |
| 6 | MR. GORDON:  Just to be clear, my objection is | 13:43:50 |
| 7 | the same. | 13:43:52 |
| 8 | THE WITNESS:  I understand. | 13:43:52 |
| 9 | What do you mean by "in communication with the | 13:43:54 |
| 10 | Commission"? | 13:43:59 |
| 11 | BY MR. MUELLER: | 13:43:59 |
| 12 | Q.   Was Samsung having any discussions in this time | 13:44:00 |
| 13 | period?  To make it more specific, was Samsung having | 13:44:03 |
| 14 | any discussions in this time period regarding FRAND | 13:44:06 |
| 15 | issues with the European Commission? | 13:44:10 |
| 16 | A.   We were having certain discussions around this | 13:44:12 |
| 17 | time period, as I recall. | 13:44:19 |
| 18 | Q.   Was Samsung having any discussions in this time | 13:44:21 |
| 19 | period regarding FRAND issues with the Department of | 13:44:24 |
| 20 | Justice? | 13:44:28 |
| 21 | A.   I do not know. | 13:44:28 |
| 22 | Q.   I believe you mentioned a couple of your | 13:44:31 |
| 23 | colleagues were listed on the CC list, and in | 13:44:34 |
| 24 | particular, Peter Park and Chris Park are antitrust | 13:44:39 |
| 25 | lawyers; is that right? | 13:44:42 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

128

| | | |
|---|---|---|
| 1 | A.    They're counsel in our antitrust group, yes. | 13:44:43 |
| 2 | Q.    And I think there may be at least one more | 13:44:47 |
| 3 | individual on this list who works on antitrust issues? | 13:44:50 |
| 4 | A.    That's correct. | 13:44:52 |
| 5 | Q.    And who is that? | 13:44:53 |
| 6 | A.    The second name that you find, VP Caleb Lee. | 13:44:54 |
| 7 | Q.    Mr. Lee, Mr. Peter Park, and Chris Park, have | 13:45:00 |
| 8 | they worked on FRAND licensing issues in the context of | 13:45:05 |
| 9 | discussions with antitrust agencies? | 13:45:11 |
| 10 | A.    They're -- I mean, they're in the antitrust | 13:45:14 |
| 11 | group. | 13:45:29 |
| 12 | Q.    Right.  And my question is, have they worked on | 13:45:33 |
| 13 | FRAND licensing issues in the context of discussions | 13:45:36 |
| 14 | with antitrust agencies? | 13:45:40 |
| 15 | MR. GORDON:  Objection.  Lack of foundation. | 13:45:41 |
| 16 | Calls for speculation. | 13:45:43 |
| 17 | THE WITNESS:  I don't know. | 13:45:44 |
| 18 | BY MR. MUELLER: | 13:45:51 |
| 19 | Q.    Do you know whether they have been involved in | 13:45:53 |
| 20 | the European Commission discussions that you testified | 13:45:54 |
| 21 | to a few moments ago? | 13:45:57 |
| 22 | A.    They are staffed on the matter.  I'm not sure | 13:45:59 |
| 23 | the precise extent nor the scope of their involvement in | 13:46:11 |
| 24 | the -- in the European Commission investigation. | 13:46:17 |
| 25 | Q.    Did they receive the Dutch submissions that | 13:46:32 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

129

| | | |
|---|---|---|
| 1 | Apple made to the Dutch court setting out the | 13:46:36 |
| 2 | anonymized, restricted Apple license terms? | 13:46:39 |
| 3 | MR. GORDON:  Objection.  Lack of foundation. | 13:46:42 |
| 4 | Calls for speculation. | 13:46:44 |
| 5 | THE WITNESS:  I do not know. | 13:46:44 |
| 6 | BY MR. MUELLER: | 13:46:46 |
| 7 | Q.    In the Northern California litigation between | 13:47:31 |
| 8 | Apple and Samsung, and to be precise, the first Northern | 13:47:33 |
| 9 | California litigation between Apple and Samsung, did you | 13:47:38 |
| 10 | review an expert report authored by Dr. Teece, | 13:47:42 |
| 11 | T-E-E-C-E? | 13:47:48 |
| 12 | A.    Yes. | 13:47:54 |
| 13 | Q.    And more generally, have you reviewed expert | 13:47:58 |
| 14 | reports in the context of the Apple, Samsung cases | 13:48:01 |
| 15 | regarding FRAND licensing issues? | 13:48:06 |
| 16 | A.    Yes, I have. | 13:48:13 |
| 17 | Q.    And for what purpose did you review those | 13:48:13 |
| 18 | reports? | 13:48:16 |
| 19 | A.    I think we talked about it during the morning | 13:48:16 |
| 20 | session, to make sure that Samsung's positions are | 13:48:21 |
| 21 | accurately reflected in the various expert reports that | 13:48:25 |
| 22 | were being submitted to various courts and tribunals. | 13:48:30 |
| 23 | Q.    And when you reviewed these expert reports, and | 13:48:40 |
| 24 | when you reviewed Dr. Teece's report specifically, did | 13:48:44 |
| 25 | you read every page? | 13:48:49 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

130

| | | |
|---|---|---|
| 1 | A.    I do not know. | 13:48:50 |
| 2 | Q.    Is that -- generally, is that your practice, to | 13:48:52 |
| 3 | read the entire draft? | 13:48:59 |
| 4 | A.    I think it depends on the circumstance, and it | 13:49:00 |
| 5 | differs in the context of each instance.  I don't | 13:49:04 |
| 6 | remember.  If you have a particular report in mind, | 13:49:08 |
| 7 | perhaps I can better elaborate. | 13:49:12 |
| 8 | Q.    Sure.  Well, if you turn to Shim Exhibit 2, | 13:49:14 |
| 9 | which is Judge Grewal's order -- | 13:49:20 |
| 10 | A.    Yes. | 13:49:28 |
| 11 | Q.    -- he makes reference to Dr. Teece's report; | 13:49:28 |
| 12 | right? | 13:49:32 |
| 13 | A.    Where are we looking at, Counsel? | 13:49:33 |
| 14 | Q.    I believe if you turn to page 3, he has a | 13:49:43 |
| 15 | discussion of the report. | 13:49:45 |
| 16 | A.    I don't see any reference.  I mean, maybe I'm | 13:49:59 |
| 17 | just -- | 13:50:04 |
| 18 | Q.    Sure.  I actually don't have it right in front | 13:50:05 |
| 19 | of me, but if you look in -- if you take a look through | 13:50:10 |
| 20 | the decision, you will see a reference to Dr. Teece's | 13:50:12 |
| 21 | report. | 13:50:15 |
| 22 | A.    I see at least one reference to Dr. Teece's | 13:50:47 |
| 23 | report on page 2, line 17 -- starting from line 17, that | 13:50:51 |
| 24 | paragraph. | 13:50:56 |
| 25 | Q.    And you recall that report; right? | 13:50:58 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

131

| | | |
|---|---|---|
| 1 | A.    I do not, Counsel, because Dr. Teece submitted | 13:51:02 |
| 2 | numerous -- I think, a number of -- multiple reports, | 13:51:16 |
| 3 | even in the N.D. Cal case, and there were numerous | 13:51:21 |
| 4 | drafts being exchanged, so I don't know exactly which | 13:51:26 |
| 5 | draft the judge is referring to here. | 13:51:31 |
| 6 | Q.    Well, who is Dr. Teece?  What was his role in | 13:51:33 |
| 7 | that case? | 13:51:37 |
| 8 | A.    Dr. Teece, among other roles, that he -- he was | 13:51:40 |
| 9 | Samsung's damages expert. | 13:51:46 |
| 10 | Q.    And he was Samsung's damages expert with | 13:51:51 |
| 11 | respect to patents that Samsung alleged were essential | 13:51:54 |
| 12 | to the UMTS standard; correct? | 13:51:58 |
| 13 | A.    That's correct. | 13:52:02 |
| 14 | Q.    Samsung had another damages expert for the | 13:52:03 |
| 15 | other patents in the case; correct? | 13:52:05 |
| 16 | A.    Yes. | 13:52:11 |
| 17 | Q.    And Dr. Teece offered his views on what an | 13:52:11 |
| 18 | appropriate royalty would be for FRAND-committed, | 13:52:17 |
| 19 | allegedly UMTS essential patents; correct? | 13:52:21 |
| 20 | A.    Yes, for the -- yes. | 13:52:29 |
| 21 | Q.    And Dr. Teece also attempted to justify | 13:52:31 |
| 22 | Samsung's position with respect to its 2.4 percent of | 13:52:36 |
| 23 | average sales price offer; right? | 13:52:42 |
| 24 | A.    Among many things that Dr. Teece discussed in | 13:52:45 |
| 25 | his report, I think the 2.4 percent headline offer made | 13:52:48 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

132

1    by Samsung to Apple was discussed in the context of the          13:52:56

2    negotiation between Samsung and Apple.                            13:53:00

3        Q.    Right.  And Dr. Teece said that offer was               13:53:05

4    consistent with Samsung's FRAND obligations; correct?            13:53:09

5             MR. GORDON:  Objection.  Vague and ambiguous.           13:53:15

6             THE WITNESS:  I do not remember.                        13:53:17

7    BY MR. MUELLER:                                                   13:53:21

8        Q.    Did you see Dr. Teece testify at trial?                 13:53:21

9        A.    I did.                                                  13:53:24

10       Q.    And you saw that he did defend that offer at           13:53:26

11   trial?                                                            13:53:29

12       A.    I think I understand your question.  I think he        13:53:29

13   defended the offer in the sense that it was within the           13:53:36

14   spirit, and it comports with the spirit of FRAND, to             13:53:42

15   make an opening offer of 2.4 percent in order to engage          13:53:46

16   Apple in the negotiations between Apple and Samsung.             13:53:51

17       Q.    In fact, Dr. Teece said that 2.4 percent could         13:53:56

18   be an appropriate royalty for as few as two Samsung              13:54:00

19   patents; correct?                                                13:54:05

20       A.    That is not my recollection.                           13:54:06

21       Q.    Dr. Teece reviewed the Samsung cellular                13:54:09

22   licenses as part of his work on the case; correct?              13:54:20

23            MR. GORDON:  Objection.  Lack of foundation.           13:54:22

24   Calls for speculation.                                           13:54:24

25            THE WITNESS:  Sorry.  Would you ask --                  13:54:28

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

133

| | | |
|---|---|---|
| 1 | BY MR. MUELLER: | 13:54:28 |
| 2 | Q.    Dr. Teece reviewed Samsung's cellular licenses | 13:54:30 |
| 3 | as part of his work on the case; correct? | 13:54:33 |
| 4 | MR. GORDON:  Same objection. | 13:54:36 |
| 5 | THE WITNESS:  I do not remember. | 13:54:37 |
| 6 | BY MR. MUELLER: | 13:54:37 |
| 7 | Q.    Dr. Teece reviewed certain Apple licenses as | 13:54:38 |
| 8 | part of his work on the case; correct? | 13:54:41 |
| 9 | MR. GORDON:  Same objection. | 13:54:44 |
| 10 | THE WITNESS:  I do not know. | 13:54:44 |
| 11 | BY MR. MUELLER: | 13:54:46 |
| 12 | Q.    Now, did you see Apple's licensing expert, | 13:54:55 |
| 13 | Dr. -- not doctor -- Mr. Richard Donaldson, testify at | 13:54:59 |
| 14 | trial? | 13:55:03 |
| 15 | A.    I do not recall.  I don't remember. | 13:55:04 |
| 16 | Q.    But you know that Apple put on its own expert | 13:55:10 |
| 17 | testimony on FRAND issues; correct? | 13:55:13 |
| 18 | A.    They put on experts, yes. | 13:55:16 |
| 19 | Q.    And Dr. Teece, prior to trial, prepared a | 13:55:20 |
| 20 | rebuttal expert report in opposition to Apple's experts; | 13:55:26 |
| 21 | correct? | 13:55:26 |
| 22 | A.    As I stated, he submitted multiple reports, and | 13:55:35 |
| 23 | I think the rebuttal that you're referring to is one of | 13:55:40 |
| 24 | the reports that he submitted, yes. | 13:55:43 |
| 25 | Q.    So in the context of the California case, | 13:55:46 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

134

| | | |
|---|---|---|
| 1 | Dr. Teece submitted an opening report and a rebuttal | 13:55:48 |
| 2 | report; correct? | 13:55:53 |
| 3 | A.    That is my recollection. | 13:55:54 |
| 4 | Q.    And you reviewed both of those reports when | 13:55:54 |
| 5 | they were in the draft stage; correct? | 13:55:57 |
| 6 | A.    That is my recollection, yes. | 13:56:00 |
| 7 | Q.    And did you provide comments to Counsel | 13:56:02 |
| 8 | regarding those reports? | 13:56:05 |
| 9 | A.    Yes. | 13:56:06 |
| 10 | Q.    Is part of your responsibility, in your role as | 13:56:14 |
| 11 | senior legal counsel, to approve expert reports before | 13:56:17 |
| 12 | they can be served? | 13:56:22 |
| 13 | A.    I don't -- would you -- would you clarify what | 13:56:34 |
| 14 | you mean by "approve"? | 13:56:36 |
| 15 | Q.    So do outside counsel send you a draft and wait | 13:56:37 |
| 16 | for your approval before actually serving? | 13:56:40 |
| 17 | A.    I think I understand what you're getting at.  I | 13:56:44 |
| 18 | wouldn't -- I wouldn't call that approval.  It's a | 13:56:47 |
| 19 | collective process where we jointly work on the reports | 13:56:50 |
| 20 | together.  I do review the reports, yes. | 13:56:56 |
| 21 | Q.    And if you were to object, your counsel would | 13:57:01 |
| 22 | not serve the report; correct? | 13:57:05 |
| 23 | MR. GORDON:  Objection.  Lack of foundation. | 13:57:06 |
| 24 | Calls for speculation. | 13:57:08 |
| 25 | THE WITNESS:  I do not know. | 13:57:10 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

135

| | | |
|---|---|---|
| 1 | BY MR. MUELLER: | 13:57:11 |
| 2 |    Q.    In any event, Counsel has provided expert | 13:57:13 |
| 3 | reports to you for your review before service? | 13:57:15 |
| 4 |    A.    Yes, they have. | 13:57:19 |
| 5 |    Q.    Including Dr. Teece's opening report? | 13:57:20 |
| 6 |    A.    Yes. | 13:57:24 |
| 7 |    Q.    Including Dr. Teece's rebuttal report? | 13:57:25 |
| 8 |    A.    Yes. | 13:57:30 |
| 9 |    Q.    And you reviewed those reports with care; | 13:57:30 |
| 10 | right? | 13:57:33 |
| 11 |    A.    Again, to ensure that Samsung's positions, | 13:57:33 |
| 12 | FRAND positions, are accurately reflected in the report | 13:57:41 |
| 13 | that we're going to be submitting, yes. | 13:57:47 |
| 14 |        (Plaintiffs' Exhibit 11 was marked | 13:57:47 |
| 15 |        for identification by the court | 13:57:47 |
| 16 |        reporter and is attached hereto.) | 13:58:01 |
| 17 | BY MR. MUELLER: | 13:58:01 |
| 18 |    Q.    This is an email chain, and this is Exhibit 11, | 13:58:10 |
| 19 | that begins on the bottom of page 1.  The first email | 13:58:14 |
| 20 | appears to be from you to Guy Eddon, E-D-D-O-N, with a | 13:58:19 |
| 21 | CC to Tom Pease. | 13:58:25 |
| 22 |        Who is Guy Eddon? | 13:58:27 |
| 23 |    A.    Guy Eddon was an associate at Quinn Emanuel | 13:58:29 |
| 24 | working on the FRAND-related matters, among others. | 13:58:34 |
| 25 |    Q.    Is he still at Quinn Emanuel? | 13:58:38 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

136

| | | |
|---|---|---|
| 1 | A.    No. | 13:58:40 |
| 2 | Q.    Do you know when he left? | 13:58:42 |
| 3 | A.    I do not remember. | 13:58:44 |
| 4 | Q.    This is dated -- the first email is dated | 13:58:51 |
| 5 | December 21st, 2012. | 13:58:57 |
| 6 | Do you recall that email? | 13:58:59 |
| 7 | MR. GORDON:  Just to be clear, "the first | 13:59:06 |
| 8 | email," are you talking about on the bottom of the page? | 13:59:09 |
| 9 | MR. MUELLER:  Yes. | 13:59:11 |
| 10 | THE WITNESS:  I -- I don't know.  It's heavily | 13:59:13 |
| 11 | redacted.  I can't recall precisely what this is. | 13:59:23 |
| 12 | BY MR. MUELLER: | 13:59:27 |
| 13 | Q.    Do you see above that first email, there's a | 13:59:28 |
| 14 | second email from Guy Eddon dated December 22nd? | 13:59:32 |
| 15 | A.    Yes, I see it. | 13:59:38 |
| 16 | Q.    Do you recall that email? | 13:59:38 |
| 17 | A.    I don't have a particular recollection, no.  I | 13:59:48 |
| 18 | don't remember. | 13:59:52 |
| 19 | Q.    Above that, there's an email from you.  This | 13:59:52 |
| 20 | one is dated December 21st, 2012, to Guy Eddon and Tom | 13:59:58 |
| 21 | Pease. | 14:00:05 |
| 22 | Do you see that? | 14:00:05 |
| 23 | A.    I do. | 14:00:06 |
| 24 | Q.    Do you recall that email? | 14:00:06 |
| 25 | A.    Again, I don't have an independent recollection | 14:00:07 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

137

| | | |
|---|---|---|
| 1 | of this email. | 14:00:13 |
| 2 | Q.    When you say definitive recollection -- I'm | 14:00:16 |
| 3 | sorry, "independent recollection," do you have any | 14:00:19 |
| 4 | recollection at all? | 14:00:21 |
| 5 | A.    From looking at this document, I have no reason | 14:00:22 |
| 6 | to doubt that I sent the email on December 21st. | 14:00:31 |
| 7 | Q.    Above that is an email from Guy Eddon to | 14:00:45 |
| 8 | several recipients in Korean, CC'ing Thomas Pease and | 14:00:50 |
| 9 | Alex Baxter. | 14:00:56 |
| 10 | Who is Alex Baxter? | 14:00:58 |
| 11 | A.    Mr. Baxter is an associate at the law firm of | 14:01:01 |
| 12 | Quinn Emanuel, also working on the FRAND-related issues. | 14:01:05 |
| 13 | Q.    Can you identify for me the recipients whose | 14:01:08 |
| 14 | names are in Korean in the "To" line? | 14:01:13 |
| 15 | A.    It's a single person, and it is me, Daniel | 14:01:19 |
| 16 | Shim. | 14:01:22 |
| 17 | Q.    I'm sorry? | 14:01:23 |
| 18 | A.    It's a single person. | 14:01:27 |
| 19 | Q.    It's just you? | 14:01:28 |
| 20 | A.    Yeah, it's just me. | 14:01:29 |
| 21 | Q.    Okay.  And is that your job title, or what is | 14:01:30 |
| 22 | the -- | 14:01:33 |
| 23 | A.    It's my -- it's my title, yes, and listing the | 14:01:34 |
| 24 | company name. | 14:01:37 |
| 25 | Q.    Now, you don't deny that you had this exchange | 14:01:39 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

138

| | | |
|---|---|---|
| 1 | of emails with Tom Pease, Guy Eddon, and Alex Baxter in | 14:01:44 |
| 2 | December of 2012; right? | 14:01:52 |
| 3 | A.    I do not. | 14:01:53 |
| 4 | Q.    And do you see that the attachment line on the | 14:01:53 |
| 5 | top email states, "(Redacted) Rebuttal Report of David | 14:01:56 |
| 6 | Teece," and, "(Redacted) Expert Report of David Teece"? | 14:02:01 |
| 7 | A.    Yes, I do see it. | 14:02:06 |
| 8 | Q.    I'm going to represent to you that Quinn | 14:02:08 |
| 9 | Emanuel has represented to us that those two reports | 14:02:11 |
| 10 | were incompletely redacted. | 14:02:16 |
| 11 |       Is that consistent with your memory? | 14:02:23 |
| 12 |       THE REPORTER:  I'm sorry.  Were not? | 14:02:23 |
| 13 |       MR. MUELLER:  Incompletely redacted. | 14:02:23 |
| 14 |       THE WITNESS:  I do not know. | 14:02:26 |
| 15 | BY MR. MUELLER: | 14:02:27 |
| 16 | Q.    Or at least one of them was incompletely | 14:02:27 |
| 17 | redacted.  Let me make sure I'm precise. | 14:02:30 |
| 18 | A.    I'll take your representation.  I do not -- I | 14:02:33 |
| 19 | do not recall. | 14:02:36 |
| 20 | Q.    Why would you need to see any of the expert | 14:02:36 |
| 21 | reports of Mr. Teece, Dr. Teece, in December of 2012? | 14:02:39 |
| 22 |       MR. GORDON:  Objection.  Attorney/client | 14:02:44 |
| 23 | privilege.  Work product. | 14:02:46 |
| 24 |       You can answer that so long as you're not | 14:02:52 |
| 25 | revealing confidential attorney/client privileged | 14:02:55 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

139

| | | |
|---|---|---|
| 1 | communications that haven't been waived, and I believe | 14:02:58 |
| 2 | Quinn Emanuel made a representation in court to the | 14:03:02 |
| 3 | judge as to which case this was in connection to. | 14:03:05 |
| 4 | THE WITNESS:  I'm going to follow my counsel's | 14:03:11 |
| 5 | advice.  My answer is, it was for the MicroUnity case, | 14:03:14 |
| 6 | which was a case pending in the Eastern District of | 14:03:21 |
| 7 | Texas where Samsung was situated as a defendant. | 14:03:26 |
| 8 | BY MR. MUELLER: | 14:03:30 |
| 9 | Q.    Did that case involve FRAND licensing issues? | 14:03:31 |
| 10 | A.    I do not know. | 14:03:33 |
| 11 | Q.    Were you responsible for supervising that case? | 14:03:38 |
| 12 | A.    Again, Counsel, "supervising" is a very broadly | 14:03:42 |
| 13 | termed word.  I was -- no, I'm not -- I was not the | 14:03:50 |
| 14 | person mainly working on the case. | 14:03:55 |
| 15 | Q.    Did you have any role in connection with that | 14:03:59 |
| 16 | case? | 14:04:02 |
| 17 | A.    No, nothing -- nothing of substance. | 14:04:02 |
| 18 | Q.    Why were you requesting a report for assistance | 14:04:13 |
| 19 | with the MicroUnity case if you weren't working the | 14:04:17 |
| 20 | MicroUnity case? | 14:04:20 |
| 21 | MR. GORDON:  Objection.  Attorney/client | 14:04:21 |
| 22 | privilege.  Work product. | 14:04:23 |
| 23 | You can disclose any non-confidential | 14:04:24 |
| 24 | attorney/client privileged communications or anything | 14:04:29 |
| 25 | that's been waived, and I don't know if you're familiar | 14:04:31 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

140

| | | |
|---|---|---|
| 1 | with the representation by Quinn Emanuel to the Court at | 14:04:34 |
| 2 | the hearing on the sanctions motion as to what | 14:04:40 |
| 3 | Mr. Becker said as to the reason. | 14:04:45 |
| 4 | THE WITNESS:  I'm going to follow my counsel's | 14:04:49 |
| 5 | advice again and repeat that it was for the MicroUnity | 14:04:51 |
| 6 | matter.  I cannot go into the details. | 14:04:57 |
| 7 | BY MR. MUELLER: | 14:05:00 |
| 8 | Q.    Were you involved in the MicroUnity matter in | 14:05:01 |
| 9 | any way? | 14:05:03 |
| 10 | A.    I believe I answered that question.  The answer | 14:05:06 |
| 11 | is no. | 14:05:08 |
| 12 | Q.    So did somebody else ask you to obtain this | 14:05:10 |
| 13 | report for the MicroUnity matter? | 14:05:13 |
| 14 | A.    I think that implicates privilege issues.  I'm | 14:05:21 |
| 15 | not able to answer that question. | 14:05:25 |
| 16 | Q.    Well, Quinn Emanuel has represented to us and | 14:05:27 |
| 17 | to the Court that the report was obtained for the | 14:05:32 |
| 18 | MicroUnity matter.  You're telling me you were not | 14:05:35 |
| 19 | involved in the MicroUnity matter, yet you're the person | 14:05:36 |
| 20 | on this email.  I think I'm absolutely entitled to know | 14:05:39 |
| 21 | more about the circumstances than you have told me thus | 14:05:42 |
| 22 | far.  If you want to take a break and talk it over with | 14:05:44 |
| 23 | your counsel, that's fine, but this is not enough -- | 14:05:47 |
| 24 | MR. GORDON:  Why don't we -- why don't we go | 14:05:50 |
| 25 | through the questions you want to ask so I'm not making | 14:05:51 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

141

| | | |
|---|---|---|
| 1 | three phone calls sequentially. | 14:05:53 |
| 2 | MR. MUELLER:  Sure.  The first question is, did | 14:05:56 |
| 3 | somebody else ask you to obtain the Teece report for the | 14:05:57 |
| 4 | MicroUnity matter? | 14:06:02 |
| 5 | THE WITNESS:  With respect, Counsel, I | 14:06:05 |
| 6 | cannot -- | 14:06:08 |
| 7 | MR. GORDON:  No, no.  He's just telling me | 14:06:08 |
| 8 | which questions. | 14:06:09 |
| 9 | THE WITNESS:  I'm sorry. | 14:06:11 |
| 10 | MR. GORDON:  That's the first question.  Now | 14:06:11 |
| 11 | we're going to get to the second one. | 14:06:13 |
| 12 | MR. MUELLER:  If the answer is yes, who is it? | 14:06:14 |
| 13 | MR. GORDON:  Okay. | 14:06:14 |
| 14 | MR. MUELLER:  What was their role with respect | 14:06:18 |
| 15 | to the MicroUnity case? | 14:06:19 |
| 16 | And ultimately, what was done with this report | 14:06:25 |
| 17 | in connection with the MicroUnity case? | 14:06:28 |
| 18 | You want to take a break and check into those | 14:06:34 |
| 19 | and we can go back on? | 14:06:38 |
| 20 | MR. GORDON:  Yeah. | 14:06:40 |
| 21 | THE VIDEOGRAPHER:  We're going off the record | 14:06:40 |
| 22 | at 2:06. | 14:06:40 |
| 23 | (Recess.) | 14:06:43 |
| 24 | THE VIDEOGRAPHER:  We are back on the record at | 14:19:41 |
| 25 | 2:44. | 14:44:01 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

142

| | | |
|---|---|---|
| 1 | BY MR. MUELLER: | 14:44:02 |
| 2 | Q.    Mr. Shim, when we left off, I was asking you | 14:44:04 |
| 3 | some questions about why you had requested the Teece | 14:44:07 |
| 4 | expert reports in December of 2012, and I believe you | 14:44:11 |
| 5 | testified they were for the MicroUnity case; is that | 14:44:17 |
| 6 | right? | 14:44:20 |
| 7 | A.    That's correct. | 14:44:20 |
| 8 | Q.    Were you requested by someone else at Samsung | 14:44:21 |
| 9 | to seek the Teece reports for the MicroUnity case? | 14:44:24 |
| 10 | MR. GORDON:  You can answer that question yes | 14:44:29 |
| 11 | or no. | 14:44:32 |
| 12 | THE WITNESS:  Yes. | 14:44:32 |
| 13 | BY MR. MUELLER: | 14:44:34 |
| 14 | Q.    Who requested it? | 14:44:34 |
| 15 | MR. GORDON:  You can answer that question. | 14:44:42 |
| 16 | THE WITNESS:  I don't remember. | 14:44:44 |
| 17 | BY MR. MUELLER: | 14:44:44 |
| 18 | Q.    Did you give it to them? | 14:44:47 |
| 19 | A.    I believe I forwarded the report to an attorney | 14:44:49 |
| 20 | working on the MicroUnity matter. | 14:44:57 |
| 21 | Q.    But you don't remember who that attorney was? | 14:45:00 |
| 22 | A.    I know of two.  Ryan Yagura at O'Melveny. | 14:45:03 |
| 23 | Michael Kang at Samsung.  I probably sent it to them.  I | 14:45:10 |
| 24 | don't recall. | 14:45:10 |
| 25 | Q.    Could you spell the first person's name, | 14:45:19 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

143

| | | |
|---|---|---|
| 1 | please? | 14:45:21 |
| 2 | A.    The first person that I mentioned was | 14:45:22 |
| 3 | Mr. Yagura, first name Ryan, Yagura, Y-A-G-U-R-A, at | 14:45:26 |
| 4 | O'Melveny and Myers. | 14:45:37 |
| 5 | Q.    And the second person was? | 14:45:39 |
| 6 | A.    My colleague in the litigation department, | 14:45:40 |
| 7 | Michael Kang, K-A-N-G. | 14:45:44 |
| 8 | Q.    What is his position at Samsung? | 14:45:48 |
| 9 | A.    He's also senior legal counsel. | 14:45:51 |
| 10 | Q.    And he was working on the MicroUnity case? | 14:45:53 |
| 11 | A.    Yes. | 14:45:55 |
| 12 | Q.    As was O'Melveny and Myers? | 14:45:57 |
| 13 | A.    Yes. | 14:46:05 |
| 14 | Q.    On behalf of Samsung? | 14:46:05 |
| 15 | A.    That's correct. | 14:46:10 |
| 16 | Q.    Do you know if they actually used the Teece | 14:46:10 |
| 17 | report in connection with their work in the MicroUnity | 14:46:13 |
| 18 | case? | 14:46:18 |
| 19 | A.    I do not know. | 14:46:18 |
| 20 | Q.    Do you know anything else at all that you | 14:46:19 |
| 21 | haven't told me about the use that was put of the Teece | 14:46:26 |
| 22 | report that you received in December of 2012? | 14:46:31 |
| 23 | A.    Regarding the use, no. | 14:46:35 |
| 24 | Q.    Do you know anything else about other | 14:46:39 |
| 25 | recipients at Samsung of the report in 2012, December? | 14:46:41 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

144

1    A.    I do not remember, besides the names that I        14:46:47

2    just gave you for the MicroUnity matter, both of whom    14:46:51

3    are attorneys.                                           14:46:58

4    Q.    For the Samsung matter, has Quinn Emanuel          14:47:01

5    transmitted drafts to you by way of an FTP site?         14:47:08

6    A.    Are you asking just generally?                     14:47:15

7    Q.    Generally, over the course of those               14:47:18

8    litigations, has Quinn Emanuel used an FTP site to send  14:47:20

9    you materials?                                           14:47:25

10   A.    If you're asking me has Quinn Emanuel ever used    14:47:26

11   an FTP site to -- to pass on materials throughout --     14:47:29

12   through the course of litigation between Samsung and      14:47:39

13   Apple, the answer is yes.                                14:47:42

14   Q.    And have you downloaded drafts from that site?     14:47:43

15   A.    Which drafts?  The draft that we have been        14:47:47

16   talking about?                                           14:47:50

17   Q.    Well, I'm just asking generally, has your         14:47:50

18   practice been to download materials, including drafts,   14:47:53

19   from that site?                                          14:47:56

20   A.    I don't -- I don't have a general practice, per    14:47:58

21   se, in the manner that you had, I think, stated.         14:48:02

22   Depends.  If it's a big attachment, then obviously I     14:48:07

23   would be more leaning towards utilizing the FTP.  If I   14:48:11

24   got it as a PDF or a dot DOC attachment, chances are     14:48:15

25   probably less that I would go to the FTP.                14:48:20

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

145

| | | |
|---|---|---|
| 1 | Q.    Do others at Samsung download materials from | 14:48:23 |
| 2 | the FTP site that Quinn maintains? | 14:48:27 |
| 3 | MR. GORDON:  Objection.  Lack of foundation. | 14:48:31 |
| 4 | Calls for speculation. | 14:48:34 |
| 5 | THE WITNESS:  I do not know. | 14:48:34 |
| 6 | BY MR. MUELLER: | 14:48:38 |
| 7 | Q.    I want to return to the Dutch submissions that | 14:48:38 |
| 8 | we discussed earlier. | 14:48:41 |
| 9 | Do you have those in mind? | 14:48:43 |
| 10 | A.    Yes.  Are you turning to a specific exhibit? | 14:48:45 |
| 11 | Q.    No.  I'm actually just -- the subject of the | 14:48:48 |
| 12 | Dutch submissions that were made in February 2012. | 14:48:51 |
| 13 | A.    Okay. | 14:48:54 |
| 14 | Q.    And as we discussed, there were two -- excuse | 14:48:54 |
| 15 | me -- two Apple submissions and two Samsung submissions? | 14:48:59 |
| 16 | A.    That's my recollection, yes. | 14:49:02 |
| 17 | Q.    And you received the Apple submissions because | 14:49:04 |
| 18 | you were on the list of recipients? | 14:49:07 |
| 19 | A.    We call it the confidentiality club. | 14:49:10 |
| 20 | Q.    The confidentiality club? | 14:49:13 |
| 21 | A.    Yes. | 14:49:13 |
| 22 | Q.    You were a member of that club? | 14:49:15 |
| 23 | A.    Yes. | 14:49:17 |
| 24 | Q.    With respect to those submissions; correct? | 14:49:17 |
| 25 | A.    That's correct. | 14:49:20 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

146

| | | |
|---|---|---|
| 1 | Q.    And I think you testified you couldn't recall | 14:49:20 |
| 2 | all of the members, but you knew a few of them? | 14:49:22 |
| 3 | A.    That's correct. | 14:49:26 |
| 4 | Q.    Now, in the time after you received the Apple | 14:49:28 |
| 5 | submissions, did you ever send the Apple submissions to | 14:49:32 |
| 6 | anyone who wasn't a member of the confidentiality club? | 14:49:36 |
| 7 | A.    Not as far as I can recall, no. | 14:49:39 |
| 8 | Q.    Do you know of anyone else who received those | 14:49:44 |
| 9 | submissions and forwarded them to persons who were not a | 14:49:48 |
| 10 | member of the confidentiality club? | 14:49:55 |
| 11 | A.    Not that I know of, no.  No. | 14:49:58 |
| 12 | Q.    And you specifically told me earlier that | 14:50:03 |
| 13 | Dr. Ahn was not a member of the club; correct? | 14:50:07 |
| 14 | MR. GORDON:  Object.  We're talking about the | 14:50:11 |
| 15 | confidentiality club for the Dutch case? | 14:50:13 |
| 16 | MR. MUELLER:  For the Dutch case, yes. | 14:50:15 |
| 17 | THE WITNESS:  I also elaborated that response | 14:50:19 |
| 18 | by saying that we contemplated putting Dr. Ahn.  That is | 14:50:21 |
| 19 | why we only utilized nine out of the ten spots | 14:50:24 |
| 20 | available. | 14:50:24 |
| 21 | BY MR. MUELLER: | 14:50:28 |
| 22 | Q.    Right, but he wasn't designated as a member of | 14:50:28 |
| 23 | the confidentiality club? | 14:50:30 |
| 24 | A.    That's correct. | 14:50:31 |
| 25 | Q.    Did you ever send him any of the Dutch | 14:50:32 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

147

| | | |
|---|---|---|
| 1 | submissions? | 14:50:34 |
| 2 | A.     What do you mean by "submissions," sir? | 14:50:35 |
| 3 | Q.     Did you send him the Apple submissions to the | 14:50:37 |
| 4 | Dutch court? | 14:50:40 |
| 5 | A.     No. | 14:50:42 |
| 6 | Q.     Did you ever provide him with any of the | 14:50:45 |
| 7 | information from those submissions? | 14:50:48 |
| 8 | MR. GORDON:   Objection.  Vague and ambiguous. | 14:50:50 |
| 9 | Are we just talking about the -- can you specify what | 14:50:51 |
| 10 | you're talking about?  Was there more than one | 14:50:55 |
| 11 | submission?  Was it just the spreadsheet and the | 14:50:57 |
| 12 | attached documents you're referring to? | 14:50:59 |
| 13 | BY MR. MUELLER: | 14:50:59 |
| 14 | Q.     I'm referring to the Apple submissions.  It was | 14:51:02 |
| 15 | the opening submission and the response submissions. | 14:51:04 |
| 16 | Did you ever provide information from those | 14:51:07 |
| 17 | submissions to Dr. Ahn? | 14:51:09 |
| 18 | A.     Not as far as I can recall, no. | 14:51:12 |
| 19 | Q.     Now, did you review the Dutch submissions, the | 14:51:15 |
| 20 | Apple submissions? | 14:51:21 |
| 21 | A.     Yes, I did. | 14:51:23 |
| 22 | Q.     You also reviewed the Samsung submissions? | 14:51:23 |
| 23 | A.     That Samsung submitted to the Dutch court, yes, | 14:51:28 |
| 24 | I did. | 14:51:32 |
| 25 | Q.     Did you review those before they were | 14:51:32 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

148

| | | |
|---|---|---|
| 1 | submitted? | 14:51:34 |
| 2 | A.    Yes, I did. | 14:51:35 |
| 3 | Q.    And you reviewed the Apple submissions after | 14:51:35 |
| 4 | Samsung received them? | 14:51:40 |
| 5 | A.    Yes. | 14:51:40 |
| 6 | Q.    And both the Apple and the Samsung submissions | 14:51:41 |
| 7 | were anonymized, as we discussed earlier; right? | 14:51:45 |
| 8 | A.    That's correct, sir. | 14:51:49 |
| 9 | Q.    And there's no way, just looking at the | 14:51:50 |
| 10 | submissions themselves, to know which party is which; | 14:51:51 |
| 11 | correct? | 14:51:51 |
| 12 | A.    Not necessarily. | 14:51:55 |
| 13 | Q.    Well, there's no way to know definitively which | 14:51:59 |
| 14 | party is which by looking at the anonymous list? | 14:52:02 |
| 15 | A.    If you mean, by "definitive," 100 percent, I | 14:52:06 |
| 16 | agree with you.  But I think within the range of | 14:52:09 |
| 17 | reasonableness, I could probably discern a party that | 14:52:11 |
| 18 | was listed still having been anonymized. | 14:52:17 |
| 19 | Q.    Fair enough.  Fair enough.  But if we take a | 14:52:22 |
| 20 | hundred percent certainty as the touchstone, there was | 14:52:25 |
| 21 | no way to know which license related to which party by | 14:52:28 |
| 22 | reviewing these anonymized spreadsheets? | 14:52:32 |
| 23 | A.    Right, not definitely, to use your words. | 14:52:36 |
| 24 | Q.    And thus, for example, there was no way to know | 14:52:39 |
| 25 | definitively which entry on the Apple spreadsheet | 14:52:41 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

149

| | | |
|---|---|---|
| 1 | corresponded, if any of them did, to the Apple, Nokia | 14:52:45 |
| 2 | license? | 14:52:49 |
| 3 | A.    Under your definition of definitive, yes, 100 | 14:52:52 |
| 4 | percent certainty, but I was personally able to discern, | 14:52:57 |
| 5 | with a reasonable amount of certainty, that it was | 14:53:03 |
| 6 | probably the Nokia, Apple license from the review of the | 14:53:06 |
| 7 | spreadsheet that Apple submitted to the Dutch court. | 14:53:11 |
| 8 | Q.    Right.  But so the record is clear, it was not | 14:53:14 |
| 9 | possible to know, with a hundred percent certainty, | 14:53:17 |
| 10 | which entry on the spreadsheet corresponded to the | 14:53:20 |
| 11 | Nokia, Apple license; correct? | 14:53:25 |
| 12 | A.    Again, with a reasonable probability, I was | 14:53:28 |
| 13 | able to discern the identity of which of the entries | 14:53:33 |
| 14 | belonged to the Nokia, Apple license.  Definitively, no, | 14:53:37 |
| 15 | you're right. | 14:53:43 |
| 16 | Q.    I'm going to ask the court reporter to hand you | 14:53:50 |
| 17 | a series of letters that one of my partners received | 14:54:00 |
| 18 | from Quinn Emanuel.  There's four letters.  Two of them | 14:54:03 |
| 19 | were sent on August 1st of 2013.  Two were sent on | 14:54:06 |
| 20 | September 25th of 2013.  I'm going to introduce them as | 14:54:10 |
| 21 | a group, and then I'll ask you about them one by one. | 14:54:14 |
| 22 | A.    Sure. | 14:54:17 |
| 23 | (Plaintiffs' Exhibit 12 was marked | 14:54:17 |
| 24 | for identification by the court | 14:54:17 |
| 25 | reporter and is attached hereto.) | 14:54:37 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

150

1    BY MR. MUELLER:                                                14:54:37

2         Q.    Shim Exhibit 12 is a letter from Rob Becher to      14:54:38

3    Mark Selwyn dated August 1st, 2013, and this letter has        14:54:42

4    the case caption for the first Northern District of            14:54:46

5    California case between Apple and Samsung.                     14:54:50

6         A.    You're asking me, Counsel?                          14:54:58

7         Q.    I'm just identifying it.  I'm going to ask you      14:54:59

8    some questions in a moment, but let me first give you          14:54:59

9    the rest.                                                      14:54:59

10        A.    Sure.                                                14:54:59

11        Q.    Thirteen, Exhibit 13 is a letter from Rob           14:55:15

12   Becher to Mark Selwyn dated August 1st, 2013.  This one        14:55:17

13   has the case caption of the 794 case.  And actually, you       14:55:22

14   know what?  I'm going to pull that one back for a moment

15   just to be careful here.  I'm sorry.

16        MR. GORDON:  So are we not numbering it

17   Number 13?

18        MR. MUELLER:  Yeah, let's not number that 13.

19   Number -- make sure I have this straight.  Twelve was          14:55:42

20   the August 1st letter with the 1846 caption?                   14:55:44

21        MR. GORDON:  Yeah, I've got that.                         14:55:47

22        MR. MUELLER:  Okay.                                       14:55:48

23        THE WITNESS:  Yeah.                                       14:55:48

24        MR. MUELLER:  Thirteen, I'm going to hold back            14:55:49

25   for a moment because I want to redact.  Something was          14:55:52

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

151

| | | |
|---|---|---|
| 1 | not redacted in the exhibit version that was meant to be | 14:55:55 |
| 2 | redacted, and if I could just pull that back, please. | 14:56:03 |
| 3 | So I will not give that to you right now.  Excuse me. | 14:56:04 |
| 4 | Instead, I'm going to give you a new Exhibit | 14:56:07 |
| 5 | 13, which is a September 25th letter from Rob Becher to | 14:56:19 |
| 6 | Mark Selwyn, again, for the first Northern District of | 14:56:23 |
| 7 | California case. | 14:56:26 |
| 8 | (Plaintiffs' Exhibit 13 was marked | 14:56:26 |
| 9 | for identification by the court | 14:56:26 |
| 10 | reporter and is attached hereto.) | 14:56:46 |
| 11 | THE WITNESS:  Thank you. | 14:56:46 |
| 12 | BY MR. MUELLER: | 14:56:46 |
| 13 | Q.    So just to be safe, for right now, I'm going to | 14:57:09 |
| 14 | only use the exhibits that I've marked 12 and 13, which | 14:57:11 |
| 15 | are both for the 1846 case.  Let's turn, if we could, to | 14:57:15 |
| 16 | the August 1st letter, Exhibit 12. | 14:57:21 |
| 17 | Have you seen this before? | 14:57:24 |
| 18 | A.    I must say that I have not. | 14:57:26 |
| 19 | Q.    Please take a moment to review it. | 14:57:28 |
| 20 | A.    Sure. | 14:57:30 |
| 21 | MR. GORDON:  You should -- you can't answer | 14:57:31 |
| 22 | that unless you read the whole thing or unless you're | 14:57:34 |
| 23 | absolutely positive from reading the first part. | 14:57:38 |
| 24 | THE WITNESS:  Well, I recognize the document. | 14:57:40 |
| 25 | I mean, I see the document and I don't recognize it. | 14:57:42 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

152

| | | |
|---|---|---|
| 1 | MR. GORDON:  Okay.  Just be certain that | 14:57:45 |
| 2 | you're -- before you answer that you don't recognize | 14:57:50 |
| 3 | something, that you have looked at the whole thing. | 14:57:52 |
| 4 | THE WITNESS:  Understood. | 14:57:55 |
| 5 | With regard to Exhibit 12, Counsel, I have | 14:59:14 |
| 6 | reviewed it. | 14:59:16 |
| 7 | BY MR. MUELLER: | 14:59:18 |
| 8 | Q.     You have reviewed it? | 14:59:18 |
| 9 | A.     Yes. | 14:59:19 |
| 10 | Q.     And have you seen Exhibit 13 before, the | 14:59:19 |
| 11 | September 25th letter? | 14:59:23 |
| 12 | A.     Let me take a quick look.  Okay.  I have not | 14:59:27 |
| 13 | seen this letter either. | 15:00:09 |
| 14 | Q.     Please take a minute to review it. | 15:00:10 |
| 15 | A.     Okay.  I have reviewed it, Counsel. | 15:00:14 |
| 16 | Q.     If we start with Exhibit 12, and I'd like to | 15:01:13 |
| 17 | focus your attention on the second paragraph, do you see | 15:01:20 |
| 18 | that it discusses Dr. Teece's expert report regarding | 15:01:24 |
| 19 | licensing served on March 22nd, 2012? | 15:01:29 |
| 20 | A.     I see that. | 15:01:33 |
| 21 | Q.     And this is referring to his opening expert | 15:01:35 |
| 22 | report in the 1846 California case; right? | 15:01:39 |
| 23 | A.     I do not know.  If you show me the report, | 15:01:43 |
| 24 | perhaps I can -- if you show me a redacted copy, I can | 15:01:48 |
| 25 | probably identify it. | 15:01:52 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

153

| | | |
|---|---|---|
| 1 | Q.    Well, if you look at the third paragraph, | 15:01:54 |
| 2 | Mr. Becher's letter states, quote, "After Dr. Teece's | 15:01:57 |
| 3 | report was signed and exchanged with Apple, lawyers from | 15:02:01 |
| 4 | Quinn Emanuel prepared a redacted copy of the report | 15:02:06 |
| 5 | intended for circulation to Samsung.  It was intended | 15:02:10 |
| 6 | that the redacted report would not include any | 15:02:15 |
| 7 | non-Samsung confidential information.  The name of the | 15:02:18 |
| 8 | file was 'Redacted Expert Report of David J. Teece, | 15:02:21 |
| 9 | Samsung versus Apple PDF.'" | 15:02:29 |
| 10 |         Do you see that? | 15:02:31 |
| 11 | A.    I do. | 15:02:32 |
| 12 | Q.    Now, if you could turn back to the December | 15:02:32 |
| 13 | emails that we were looking at before the break, I | 15:02:35 |
| 14 | believe this is Exhibit 11. | 15:02:38 |
| 15 | A.    Sure.  Yes, I have the exhibit. | 15:02:42 |
| 16 | Q.    Do you see the December 22nd, 2012 email from | 15:02:47 |
| 17 | Guy Eddon? | 15:02:51 |
| 18 | A.    Yes, I do. | 15:02:51 |
| 19 | Q.    And do you see the attachments list two | 15:02:52 |
| 20 | reports, a rebuttal report of David Teece and, after a | 15:02:56 |
| 21 | semicolon, the redacted expert report of David J. Teece, | 15:03:01 |
| 22 | Samsung versus Apple, PDF? | 15:03:06 |
| 23 | A.    Yes, I do. | 15:03:07 |
| 24 | Q.    That's the same title that's referred to in the | 15:03:08 |
| 25 | last paragraph on page 1 of Mr. Becher's August 1st | 15:03:11 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

154

| | | |
|---|---|---|
| 1 | letter; correct? | 15:03:14 |
| 2 | A.    You're right, it is.  It is the same title. | 15:03:18 |
| 3 | Q.    Now, Mr. Becher's letter continues, "Much of | 15:03:21 |
| 4 | this document was redacted, removing information about | 15:03:25 |
| 5 | Apple's sales and Apple's internal documents and surveys | 15:03:28 |
| 6 | and removing all summary exhibits.  However, paragraphs | 15:03:31 |
| 7 | 190 to 193 of the report were inadvertently not | 15:03:36 |
| 8 | redacted.  These paragraphs contain summary statements | 15:03:41 |
| 9 | of some of the payment terms of Apple's licenses with | 15:03:44 |
| 10 | Nokia and Ericsson and a statement of the combined | 15:03:48 |
| 11 | amount to be paid by Apple under its licenses with Sharp | 15:03:52 |
| 12 | and Phillips." | 15:03:53 |
| 13 | Do you see that? | 15:03:55 |
| 14 | A.    I do. | 15:03:56 |
| 15 | Q.    Have you seen that information that was not | 15:03:56 |
| 16 | redacted in the report of Dr. Teece? | 15:03:58 |
| 17 | A.    Not as far as I can recall, no. | 15:04:02 |
| 18 | Q.    You never read it? | 15:04:10 |
| 19 | A.    I read the -- I read the report.  I don't | 15:04:13 |
| 20 | recall seeing this information as stated in the letter, | 15:04:15 |
| 21 | Mr. Becher's letter. | 15:04:18 |
| 22 | Q.    And to be clear, when you say you read the | 15:04:19 |
| 23 | report, you read what is being described here as the | 15:04:22 |
| 24 | incompletely redacted report? | |
| 25 | THE REPORTER:  I'm sorry, Counsel. | |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

155

1        MR. MUELLER:  Sure.  I'll --

2        THE REPORTER:  To be clear, when you say you

3   read the report?

4   BY MR. MUELLER:

5        Q.    When you say you read the report, you're          15:04:31

6   referring to what Mr. Becher has described as the           15:04:31

7   incompletely redacted report?                                15:04:36

8        A.    That's right.                                     15:04:39

9        Q.    So you read that report, but you don't recall     15:04:44

10  today the particular paragraphs mentioned here?             15:04:48

11       A.    That is correct.                                  15:04:52

12       Q.    The letter continues, "Quinn Emanuel has          15:04:54

13  identified several instances when the incompletely          15:04:58

14  redacted Teece report was disclosed to personnel at        15:05:02

15  Samsung and one instance where it was provided to a        15:05:04

16  foreign court as part of a filing that is not available    15:05:09

17  to the public.  While our investigation is ongoing,        15:05:13

18  details regarding the transmission of the redacted Teece   15:05:15

19  report are contained in Attachment A."  I'd like you to    15:05:19

20  turn, if we could, to Attachment A.                         15:05:25

21       A.    Sure.                                             15:05:25

22       Q.    The third bullet point on Attachment A refers    15:05:34

23  to a December 21st, 2012 email from Guy Eddon, former      15:05:38

24  associate of Quinn Emanuel, attaching the incompletely     15:05:42

25  redacted Teece report, sent to Daniel Shim of Samsung.     15:05:45

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

156

1        Do you see that?                                15:05:49

2    A.    Yes, sir, I do.                               15:05:51

3    Q.    Does that refresh your recollection that the  15:05:52

4  email string we looked at earlier included, as an     15:05:55

5  attachment, the incompletely redacted Teece report?   15:05:59

6    A.    I cannot definitively connect the two, but I  15:06:09

7  can see why you would say that, yes.  The very last   15:06:23

8  email in Exhibit 11 is dated December 21st, 2012.     15:06:27

9    Q.    And in any event, you're not disputing that you 15:06:35

10 did receive that incompletely redacted report; in fact, 15:06:38

11 you read it?                                          15:06:48

12   A.    I read what Guy Eddon sent to me on December  15:06:49

13 21st, 2012.                                           15:06:54

14        MR. GORDON:  Just to be clear, so when we're   15:06:57

15 talking about December 21st, what are you referring to? 15:06:59

16 Are you talking about the top email dated December 22nd? 15:07:04

17        MR. MUELLER:  Well, actually, I'm referring to 15:07:08

18 the string which begins on December 21st and then     15:07:10

19 continues in a series of communications.              15:07:13

20 BY MR. MUELLER:                                       15:07:13

21   Q.    And one thing I should make clear, when the   15:07:17

22 dates in this email string toggle back and forth from 15:07:19

23 December 21st to December 22nd, is that because of the 15:07:25

24 Korean time zone being further ahead?                 15:07:29

25   A.    I believe it is due to the time difference.   15:07:33

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

157

| | | |
|---|---|---|
| 1 | Q.    And, in fact, these communications were likely | 15:07:35 |
| 2 | on the same day? | 15:07:37 |
| 3 | A.    I think -- I think the very last -- the very | 15:07:41 |
| 4 | first email dated December 21st and Mr. Eddon's response | 15:07:48 |
| 5 | on the -- as stated on the date line as being the 22nd | 15:07:55 |
| 6 | was actually on the same day, within 24 hours. | 15:07:59 |
| 7 | Q.    And as part of this exchange of emails between | 15:08:02 |
| 8 | you, Mr. Eddon, Mr. Pease, and Mr. Baxter, you received | 15:08:06 |
| 9 | the incompletely redacted expert report of Dr. Teece? | 15:08:11 |
| 10 | A.    That's what this letter from Mr. Becher, | 15:08:25 |
| 11 | Exhibit 12, seems to be referring to, although I cannot | 15:08:28 |
| 12 | be definitively sure. | 15:08:33 |
| 13 | Q.    Do you see, the first bullet point in | 15:08:35 |
| 14 | Attachment A to Mr. Becher's letter refers to a March | 15:08:38 |
| 15 | 24th, 2012 email from Todd Briggs at Quinn Emanuel | 15:08:44 |
| 16 | consisting of instructions to access an FTP site. | 15:08:50 |
| 17 | Do you see that? | 15:08:55 |
| 18 | A.    I do. | 15:08:55 |
| 19 | Q.    And who is Mr. Briggs? | 15:08:56 |
| 20 | A.    He is a partner at the law firm of Quinn | 15:08:58 |
| 21 | Emanuel. | 15:09:01 |
| 22 | Q.    And these instructions were sent to a large | 15:09:01 |
| 23 | group of people that included, according to this, you. | 15:09:04 |
| 24 | Do you see your name on the third line or | 15:09:08 |
| 25 | fourth line down? | 15:09:11 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

158

| | | |
|---|---|---|
| 1 | A.      I do. | 15:09:13 |
| 2 | Q.      As well as many others. | 15:09:14 |
| 3 | Do you know why this report was sent to so many | 15:09:17 |
| 4 | people? | 15:09:21 |
| 5 | MR. GORDON:  Objection.  Are you finished? | 15:09:23 |
| 6 | Objection.  Attorney/client privilege.  Work product. | 15:09:25 |
| 7 | You can answer that if you know without relying | 15:09:28 |
| 8 | solely on privileged or work product information. | 15:09:30 |
| 9 | THE WITNESS:  I don't know why. | 15:09:34 |
| 10 | BY MR. MUELLER: | 15:09:35 |
| 11 | Q.     As part of the review of drafts process during | 15:09:36 |
| 12 | the Apple and Samsung cases, was it customary for so | 15:09:40 |
| 13 | many people to review a draft or a final submission? | 15:09:45 |
| 14 | MR. GORDON:  Objection.  Vague and ambiguous. | 15:09:50 |
| 15 | THE WITNESS:  Again, I don't know what you mean | 15:09:51 |
| 16 | by "customary."  I think we went over this.  I would | 15:09:54 |
| 17 | phrase it more as it depends on the work product at | 15:10:00 |
| 18 | issue, the situation, and the particular filing that was | 15:10:05 |
| 19 | pertinent to whatever the time period. | 15:10:10 |
| 20 | BY MR. MUELLER: | 15:10:13 |
| 21 | Q.     Well, let's take FRAND licensing submissions. | 15:10:13 |
| 22 | Were those typically circulated to such a large | 15:10:17 |
| 23 | group, or have those been typically circulated to such a | 15:10:20 |
| 24 | large group over the course of the Samsung cases? | 15:10:23 |
| 25 | MR. GORDON:  Objection.  Lack of foundation. | 15:10:26 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

159

| | | |
|---|---|---|
| 1 | Calls for speculation. | 15:10:27 |
| 2 | THE WITNESS:  Again, I do not know, and I add | 15:10:31 |
| 3 | the qualification that it would depend on the situation, | 15:10:35 |
| 4 | depending on the submissions and -- you know, any | 15:10:39 |
| 5 | submissions relating to the FRAND issues. | 15:10:43 |
| 6 | BY MR. MUELLER: | 15:10:45 |
| 7 | Q.    Sir, if you could, could you walk through this | 15:10:45 |
| 8 | list and, for each person, identify what their position | 15:10:48 |
| 9 | is, if you know it, beginning with Mr. Kahng? | 15:10:50 |
| 10 | A.    One by one? | 15:10:54 |
| 11 | Q.    One by one.  This is the first bullet point in | 15:10:55 |
| 12 | the Attachment A to Mr. Becher's letter. | 15:10:58 |
| 13 | A.    Anthony Kahng, vice president in our | 15:11:01 |
| 14 | Washington, DC office. | 15:11:06 |
| 15 | The next person, Mr. IlMan Bae, engineer | 15:11:10 |
| 16 | working in our IP center in the headquarters in Suwon. | 15:11:19 |
| 17 | THE REPORTER:  Headquarters in? | 15:11:19 |
| 18 | THE WITNESS:  In Suwon, S-U-W-O-N.  That's a | 15:11:26 |
| 19 | city in Korea. | 15:11:29 |
| 20 | SVP, senior vice president MinHyung Chung, head | 15:11:32 |
| 21 | of the technology analysis team. | 15:11:43 |
| 22 | Mr. Jae-il Park, legal counsel and my colleague | 15:11:46 |
| 23 | in the IP legal team. | 15:11:54 |
| 24 | Mr. Jaehawk Lee, engineer in our technology | 15:11:56 |
| 25 | analysis team. | 15:12:03 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

160

| | | |
|---|---|---|
| 1 | Mr. JaeHyun Park, also an engineer in our | 15:12:04 |
| 2 | technology analysis team. | 15:12:12 |
| 3 | Ms. Cindi Moreland, I -- she's -- | 15:12:15 |
| 4 | BY MR. MUELLER: | 15:12:15 |
| 5 | Q.    I think you actually may have skipped one line | 15:12:23 |
| 6 | there by accident, SangHoon Jin. | 15:12:25 |
| 7 | A.    My apologies.  Mr. SangHoon Jin, an engineer in | 15:12:32 |
| 8 | our technology analysis team. | 15:12:35 |
| 9 | Ms. Karin Norton, senior legal counsel in our | 15:12:37 |
| 10 | Washington, DC office. | 15:12:43 |
| 11 | VP Beyong Ho Yuu, vice president in our | 15:12:45 |
| 12 | technology analysis team. | 15:12:52 |
| 13 | Vice president Brian Kim in our IP legal team. | 15:12:56 |
| 14 | Mr. Byung-Gun Min, an engineer in our | 15:13:00 |
| 15 | technology analysis team. | 15:13:08 |
| 16 | Ms. Julie Han, senior counsel in our Silicon | 15:13:11 |
| 17 | Valley IP office. | 15:13:18 |
| 18 | Ms. Cindi Moreland, vice president of the legal | 15:13:20 |
| 19 | department in our -- in STA, Samsung Technologies | 15:13:29 |
| 20 | America, our U.S. subsidiary. | 15:13:36 |
| 21 | Daniel Shim, that's me. | 15:13:40 |
| 22 | Mr. Derrick Robinson, I don't know his title. | 15:13:42 |
| 23 | Dr. Seung Ho Ahn, our head of the IP center in | 15:13:55 |
| 24 | Korea for Samsung Electronics. | 15:14:04 |
| 25 | Mr. Edward Kim, formerly senior legal counsel | 15:14:07 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

161

| | | |
|---|---|---|
| 1 | at Samsung Electronics. | 15:14:14 |
| 2 | Mr. Eric Cha, counsel, a colleague of mine in | 15:14:17 |
| 3 | the legal department. | 15:14:25 |
| 4 | Ms. EunHa Kim, she is -- she's an engineer in | 15:14:26 |
| 5 | our Silicon Valley IP office. | 15:14:36 |
| 6 | Mr. Hankil Kang, formerly counsel in IP legal | 15:14:40 |
| 7 | department in Suwon, Korea. | 15:14:50 |
| 8 | Mr. Heungju Kwon, licensing manager in the | 15:14:54 |
| 9 | licensing department. | 15:14:59 |
| 10 | Mr. Hojin Chang, senior legal counsel in our | 15:15:01 |
| 11 | licensing department. | 15:15:06 |
| 12 | Mr. Hoshin Lee, senior legal counsel in our | 15:15:07 |
| 13 | technology analysis team. | 15:15:14 |
| 14 | Executive vice president Jaewan Chi in our | 15:15:16 |
| 15 | licensing team. | 15:15:24 |
| 16 | Senior legal counsel, Mr. Jaehwan Kim, a | 15:15:28 |
| 17 | colleague of mine in the IP legal team. | 15:15:33 |
| 18 | Mr. JaeHyoung Kim, senior engineer in our | 15:15:36 |
| 19 | licensing department. | 15:15:41 |
| 20 | Mr. James Shin, senior legal counsel in our -- | 15:15:43 |
| 21 | a colleague of mine in the IP legal team. | 15:15:50 |
| 22 | Mr. Jeff Myung, legal counsel in our Silicon | 15:15:52 |
| 23 | Valley IP office. | 15:15:58 |
| 24 | Johnda Crites, I don't know her title, but | 15:15:59 |
| 25 | she's part of STA working with -- working under | 15:16:07 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

162

| | | |
|---|---|---|
| 1 | Ms. Cindi Moreland. | 15:16:11 |
| 2 | Mr. Jonghee Kim, principal engineer working in | 15:16:13 |
| 3 | the technology analysis team. | 15:16:21 |
| 4 | JunHong -- Mr. JunHong Park, engineer working | 15:16:24 |
| 5 | in our technology analysis team. | 15:16:31 |
| 6 | Mr. KyuHyuk Lee, an engineer working in our | 15:16:33 |
| 7 | technology analysis team. | 15:16:39 |
| 8 | Vice president Ken -- Kenneth Korea, vice | 15:16:41 |
| 9 | president and head of our Silicon Valley IP office. | 15:16:48 |
| 10 | Mr. Michael Kang, senior legal counsel working | 15:16:52 |
| 11 | in IP legal team. | 15:16:59 |
| 12 | Ms. Michelle Yang, counsel working in our | 15:17:01 |
| 13 | Silicon Valley IP office. | 15:17:08 |
| 14 | Richard An, Mr. Richard An, working in the IP | 15:17:11 |
| 15 | legal team in Suwon, Korea. | 15:17:16 |
| 16 | Ms. Rosa Kim, senior legal counsel working in | 15:17:20 |
| 17 | the IP legal team. | 15:17:24 |
| 18 | Mr. Samuel Lee, formerly counsel working in the | 15:17:27 |
| 19 | IP legal team. | 15:17:35 |
| 20 | Mr. Seongwoo Clayton Kim, principal engineer | 15:17:37 |
| 21 | working in our -- who used to work at our licensing | 15:17:45 |
| 22 | department. | 15:17:50 |
| 23 | Ms. Soojin Lee, engineer working in IP legal | 15:17:51 |
| 24 | team. | 15:18:00 |
| 25 | Mr. SungCheol Bae, an engineer working in our | 15:18:02 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

163

| | | |
|---|---|---|
| 1 | technology analysis team. | 15:18:08 |
| 2 | Mr. Sung-Ho Lee, an engineer working in our | 15:18:11 |
| 3 | technology analysis team. | 15:18:15 |
| 4 | Mr. YongKu Park, formerly an engineer working | 15:18:17 |
| 5 | in the -- at the IP legal team. | 15:18:27 |
| 6 | Ms. YoonJung Shin, formerly an engineer working | 15:18:29 |
| 7 | in the technology analysis team. | 15:18:38 |
| 8 | Mr. Youngjo Lim, an engineer working in the IP | 15:18:40 |
| 9 | legal team. | 15:18:46 |
| 10 | Ms. YoungSoon Lee, an engineer working in the | 15:18:47 |
| 11 | technology analysis team. | 15:18:53 |
| 12 | Ms. Yunhee Kang, working -- counsel working in | 15:18:56 |
| 13 | the IP legal team. | 15:19:03 |
| 14 | Jae N. Noh, I don't know who that is. | 15:19:05 |
| 15 | Mr. Youngho Kim, engineer working in our | 15:19:12 |
| 16 | technology analysis team. | 15:19:19 |
| 17 | Jonghee -- Jonghee Kim, I thought his name came | 15:19:21 |
| 18 | up before.  Mr. Jonghee Kim, engineer working in the | 15:19:34 |
| 19 | technology analysis team. | 15:19:39 |
| 20 | Mr. SeungKyun Oh, an engineer working in the | 15:19:41 |
| 21 | technology analysis team. | 15:19:46 |
| 22 | Those appear to be all of the personnel from | 15:19:48 |
| 23 | the Samsung IP center from the in-house end. | 15:19:57 |
| 24 | Q.    Now, were all of those individuals that you | 15:20:03 |
| 25 | named working on the Apple litigations at that point in | 15:20:06 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

164

1    time?                                                    15:20:09

2          MR. GORDON:  Objection.  Lack of foundation.       15:20:09

3    Calls for speculation.                                   15:20:12

4          THE WITNESS:  I do not know.  I do not know.       15:20:13

5    BY MR. MUELLER:                                          15:20:20

6     Q.    Had you personally worked with each of those      15:20:22

7    individuals in connection with the Apple litigations?    15:20:23

8     A.    Each and every one of these people?               15:20:26

9     Q.    Right.                                            15:20:27

10    A.    No.                                               15:20:28

11    Q.    If you look at the second bullet point, this      15:20:29

12   refers to an April 5th, 2012 email from Tom Pease,       15:20:44

13   attaching an incompletely redacted Teece report, sent to 15:20:48

14   another list of individuals.  And if you could identify  15:20:52

15   for me the persons who do not appear in the first list,  15:20:56

16   their positions, in the same way that you did?  You      15:21:01

17   don't need to repeat names you just gave me.             15:21:05

18    A.    Okay.  I think a lot of the names repeated, so    15:21:10

19   I'll just go one by one just like before.                15:21:13

20          Hojin Chang, senior counsel from our licensing    15:21:16

21   team.                                                    15:21:19

22          Ms. Soojin Lee, an engineer in our IP legal       15:21:20

23   team.                                                    15:21:24

24          Mr. Daniel Ko, counsel in our licensing team.     15:21:25

25          Mr. Suyeul Lee, engineer in our technology        15:21:30

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

165

| | | |
|---|---|---|
| 1 | analysis team. | 15:21:36 |
| 2 | Executive vice president Kijoong Kang, head of | 15:21:37 |
| 3 | IP legal team. | 15:21:46 |
| 4 | Vice president Beyong Yuu, that's vice | 15:21:49 |
| 5 | president of the technology analysis team. | 15:21:57 |
| 6 | Mr. Jaehawk Lee, an engineer in our technology | 15:22:00 |
| 7 | analysis team. | 15:22:03 |
| 8 | Jaehyun Park, an engineer in our technology | 15:22:04 |
| 9 | analysis team. | 15:22:09 |
| 10 | Vice president Jin Hwan Kwak, VP in our | 15:22:10 |
| 11 | licensing team. | 15:22:18 |
| 12 | Mr. Heungju Kwon -- excuse me -- engineer in | 15:22:20 |
| 13 | our licensing team. | 15:22:26 |
| 14 | Mr. Clayton Kim, formerly an engineer in our | 15:22:28 |
| 15 | licensing team. | 15:22:35 |
| 16 | Mr. SeungKyun Oh, an engineer in our technology | 15:22:37 |
| 17 | analysis team. | 15:22:43 |
| 18 | Those seem to be the names from Samsung. | 15:22:46 |
| 19 | Q.    And were all of those individuals working on | 15:22:50 |
| 20 | the Apple versus Samsung litigations? | 15:22:53 |
| 21 | MR. GORDON:  Same objection.  Lack of | 15:22:55 |
| 22 | foundation.  Calls for speculation. | 15:22:56 |
| 23 | THE WITNESS:  I do not know. | 15:23:01 |
| 24 | BY MR. MUELLER: | 15:23:03 |
| 25 | Q.    Now, this bullet point also refers to the email | 15:23:03 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

166

| | | |
|---|---|---|
| 1 | with the report being sent to certain individuals at | 15:23:07 |
| 2 | Ohno and Partners. | 15:23:10 |
| 3 | Do you recognize their names? | 15:23:13 |
| 4 | A. I do, sir. | 15:23:13 |
| 5 | Q. And Ohno and Partners represents Samsung in | 15:23:14 |
| 6 | connection with Apple litigation? | 15:23:19 |
| 7 | A. That is my understanding. | 15:23:21 |
| 8 | Q. Have you worked with Ohno and Partners in | 15:23:22 |
| 9 | connection with the Japanese litigation? | 15:23:25 |
| 10 | A. I have communicated with them, yes. | 15:23:31 |
| 11 | Q. And have they worked on FRAND licensing issues? | 15:23:33 |
| 12 | A. We have made FRAND-related submissions in | 15:23:37 |
| 13 | Japan. | 15:23:46 |
| 14 | Q. And the Samsung employees listed in the second | 15:23:47 |
| 15 | bullet point, have they worked on FRAND licensing | 15:23:48 |
| 16 | issues, either for the Apple litigations or otherwise? | 15:23:56 |
| 17 | MR. GORDON: Objection. Lack of foundation. | 15:23:56 |
| 18 | Calls for speculation. | 15:23:59 |
| 19 | THE REPORTER: Counsel, I lost your question. | 15:23:59 |
| 20 | BY MR. MUELLER: | 15:23:59 |
| 21 | Q. Have they worked on FRAND licensing issues, | 15:24:00 |
| 22 | either for the Apple litigations or otherwise? | 15:24:02 |
| 23 | MR. GORDON: Same -- same objection. | 15:24:05 |
| 24 | THE WITNESS: I do not know. | 15:24:07 |
| 25 | /// | |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

167

| | | |
|---|---|---|
| 1 | BY MR. MUELLER: | 15:24:12 |
| 2 | Q.     Some of them have; right?  You do know that? | 15:24:13 |
| 3 | A.     Some.  Some, yes. | 15:24:16 |
| 4 | Q.     And the same for the longer list in the first | 15:24:18 |
| 5 | bullet point, some of those individuals have worked on | 15:24:21 |
| 6 | FRAND licensing issues; correct? | 15:24:24 |
| 7 | A.     Yes, sir. | 15:24:25 |
| 8 | Q.     The fourth bullet point refers to counsel for | 15:24:25 |
| 9 | Samsung in Italy, the Vanzetti firm, submitting the | 15:24:34 |
| 10 | incompletely redacted Teece report to a court in Milan | 15:24:42 |
| 11 | on October 30th, 2012. | 15:24:44 |
| 12 | Are you aware of that submission? | 15:24:46 |
| 13 | A.     I do not recall, but it says here it was made | 15:24:48 |
| 14 | under seal. | 15:24:53 |
| 15 | Q.     Do you -- well, have you worked with the | 15:24:54 |
| 16 | Italian firm that's named here in connection with the | 15:24:59 |
| 17 | Italian litigation with Apple? | 15:25:02 |
| 18 | A.     Again, we have made FRAND-related submissions | 15:25:04 |
| 19 | in Italy, and Vanzetti is our Italian counsel as part of | 15:25:09 |
| 20 | the Samsung, Apple matter, representing Samsung. | 15:25:15 |
| 21 | Q.     Sir, if you could turn to Exhibit 13, this is | 15:25:17 |
| 22 | the September 25th letter from Mr. Becher to Mark | 15:25:20 |
| 23 | Selwyn. | 15:25:29 |
| 24 | A.     Sure. | 15:25:29 |
| 25 | Q.     And this letter, in the words of Mr. Becher, | 15:25:30 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

168

1    provides Apple "with information regarding additional        15:25:33

2    emails attaching the incompletely redacted Teece Report       15:25:35

3    identified in my August 1st, 2013 letter.  Details            15:25:40

4    regarding these inadvertent disclosures are contained        15:25:47

5    in" Exhibit A -- "Attachment A."  And if you could turn       15:25:51

6    to Attachment A, I'm afraid we're going to have to do         15:25:55

7    this one more time.  The first bullet point refers to a       15:26:01

8    May 1st, 2012 email from Helen Hopson of Bristows, LLP.       15:26:05

9           Are you familiar with the Bristows firm?              15:26:09

10   A.     Yes, I am.                                             15:26:11

11   Q.     Is that Samsung's counsel in Europe?                   15:26:12

12   A.     In the United Kingdom, to be --                        15:26:14

13   Q.     United Kingdom?                                        15:26:20

14   A.     Yes.                                                   15:26:20

15   Q.     Has Bristows also worked on the European               15:26:20

16   Commission proceedings?                                       15:26:23

17   A.     Again, that's such a broad term that you're            15:26:27

18   using, Counsel.  I -- they certainly -- they certainly        15:26:31

19   are aware of what's going on, yes.                            15:26:37

20   Q.     And they have worked on FRAND licensing issues;        15:26:40

21   correct?                                                      15:26:40

22   A.     They have, yes.                                        15:26:44

23   Q.     This refers to this May 1st, 2012 email from           15:26:45

24   Ms. Hopson, "Attaching comments on a French pleading in       15:26:50

25   which the incompletely redacted Teece report is embedded      15:26:54

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

169

| | | |
|---|---|---|
| 1 | as a PDF."  And again, if you could walk through the | 15:27:00 |
| 2 | list of folks here and identify who they are.  And | 15:27:02 |
| 3 | you'll see there are some new ones on this list. | 15:27:06 |
| 4 | A.     Sure. | 15:27:08 |
| 5 | Ms. Yunhee Kang, legal counsel in our IP legal | 15:27:10 |
| 6 | team. | 15:27:16 |
| 7 | Mr. Daniel Ko, legal counsel in our licensing | 15:27:17 |
| 8 | team. | 15:27:21 |
| 9 | Dr. Seung Ho Ahn, the head of IP center in -- | 15:27:23 |
| 10 | head of IP center for Samsung Electronics. | 15:27:29 |
| 11 | Executive vice president Jaewan Chi, head of | 15:27:32 |
| 12 | our licensing team. | 15:27:37 |
| 13 | Mr. Richard An, legal counsel in the IP legal | 15:27:39 |
| 14 | team. | 15:27:44 |
| 15 | Vice president Brian Kim in our IP legal team. | 15:27:45 |
| 16 | Mr. Youngjo Lim, an engineer in the IP legal | 15:27:51 |
| 17 | team. | 15:27:57 |
| 18 | Mr. Clayton Kim, former engineer, used to work | 15:27:58 |
| 19 | at IP licensing team. | 15:28:02 |
| 20 | Daniel Shim, that's me. | 15:28:08 |
| 21 | Vice president Beyong Ho Yuu, VP in our | 15:28:10 |
| 22 | technology analysis team. | 15:28:17 |
| 23 | Mr. KyuHyuk Lee, an engineer in our technology | 15:28:19 |
| 24 | analysis team. | 15:28:24 |
| 25 | Mr. KyungSeok Lee, formerly an engineer in our | 15:28:26 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

170

| | | |
|---|---|---|
| 1 | technology analysis -- formerly an engineer in the IP | 15:28:36 |
| 2 | legal team. | 15:28:42 |
| 3 | Mr. Hoshin Lee, legal counsel in our technology | 15:28:45 |
| 4 | analysis team. | 15:28:49 |
| 5 | Mr. SeungKyun Oh, an engineer in our technology | 15:28:50 |
| 6 | analysis team. | 15:28:57 |
| 7 | Mr. JaeHyun Park, an engineer in our technology | 15:28:58 |
| 8 | analysis team. | 15:29:02 |
| 9 | Mr. Jaehawk Lee, an engineer in our technology | 15:29:04 |
| 10 | analysis team. | 15:29:08 |
| 11 | Executive vice president Kijoong Kang, head of | 15:29:10 |
| 12 | IP legal team. | 15:29:15 |
| 13 | Senior vice president Jay Shim, SVP in our | 15:29:17 |
| 14 | licensing team. | 15:29:22 |
| 15 | Mr. Han Yong Uhm, engineer in our IP | 15:29:27 |
| 16 | transaction team. | 15:29:34 |
| 17 | Vice president Jin Hwan Kwak, a VP in our | 15:29:40 |
| 18 | licensing team. | 15:29:45 |
| 19 | Marc Bellefont, in-house counsel in Samsung's | 15:29:46 |
| 20 | French subsidiary. | 15:29:53 |
| 21 | I believe those are the list. | 15:29:57 |
| 22 | MR. MUELLER:  Let's take a quick break to | 15:29:59 |
| 23 | change the DVD. | 15:30:01 |
| 24 | THE VIDEOGRAPHER:  This marks the end of Tape | 15:30:03 |
| 25 | Number 2 in the deposition of Daniel Shim.  Going off | 15:30:05 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

171

| | | |
|---|---|---|
| 1 | the record.  The time is 3:30. | 15:30:08 |
| 2 | (Recess.) | 15:30:11 |
| 3 | THE VIDEOGRAPHER:  Back on the record.  Here | 15:45:34 |
| 4 | begins Tape Number 3 in the deposition of Daniel Shim. | 15:45:38 |
| 5 | The time is 3:45. | 15:45:43 |
| 6 | BY MR. MUELLER: | 15:45:46 |
| 7 | Q.    Mr. Shim, when we left off, we were going | 15:45:46 |
| 8 | through some of the names in the first bullet point in | 15:45:49 |
| 9 | Attachment A to Mr. Becher's September 25th, 2013 | 15:45:51 |
| 10 | letter.  I'd like to pick up, if we could, where we left | 15:45:57 |
| 11 | off. | 15:46:00 |
| 12 | I think the last name you had explained to us | 15:46:01 |
| 13 | was Marc Bellefont; is that right? | 15:46:04 |
| 14 | A.    Yes, Mr. Bellefont. | 15:46:07 |
| 15 | Q.    After that, there's a reference to Bristows, | 15:46:09 |
| 16 | which we already have discussed.  Allen & Overy is | 15:46:12 |
| 17 | listed. | 15:46:12 |
| 18 | Is Allen & Overy counsel to Samsung? | 15:46:17 |
| 19 | A.    Yes, they are. | 15:46:18 |
| 20 | Q.    On what matters? | 15:46:18 |
| 21 | A.    In the French proceeding between Samsung and | 15:46:21 |
| 22 | Apple. | 15:46:23 |
| 23 | Q.    And have they worked on FRAND licensing issues | 15:46:23 |
| 24 | in connection with that matter? | 15:46:25 |
| 25 | A.    They have made submissions relating to FRAND | 15:46:29 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

172

| | | |
|---|---|---|
| 1 | issues. | 15:46:38 |
| 2 | THE REPORTER:  I'm sorry.  I made? | 15:46:38 |
| 3 | THE WITNESS:  They have made submissions | 15:46:38 |
| 4 | relating to FRAND issues. | 15:46:38 |
| 5 | BY MR. MUELLER: | 15:46:38 |
| 6 | Q.    Blake Dawson/Ashurst firm. | 15:46:38 |
| 7 | Do you see that? | 15:46:42 |
| 8 | A.    Yes, I do. | 15:46:44 |
| 9 | Q.    And which firm is that? | 15:46:45 |
| 10 | A.    That's our Australian counsel. | 15:46:47 |
| 11 | Q.    And have they worked on the Apple litigations | 15:46:51 |
| 12 | in Australia? | 15:46:53 |
| 13 | A.    Yes, they have. | 15:46:55 |
| 14 | Q.    And have they worked on FRAND licensing issues | 15:46:55 |
| 15 | in connection with those matters? | 15:47:00 |
| 16 | A.    We have made FRAND-related submissions in | 15:47:02 |
| 17 | Australia. | 15:47:04 |
| 18 | Q.    This also refers to the Vanzetti firm that we | 15:47:05 |
| 19 | discussed earlier; right? | 15:47:08 |
| 20 | A.    Correct. | 15:47:09 |
| 21 | Q.    The Ohno and Partners firm that we discussed | 15:47:09 |
| 22 | earlier? | 15:47:12 |
| 23 | A.    They're our Japanese counsel. | 15:47:12 |
| 24 | Q.    Simmons and Simmons is your Dutch counsel; | 15:47:15 |
| 25 | correct? | 15:47:15 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

173

| | | |
|---|---|---|
| 1 | A.    Yes. | 15:47:19 |
| 2 | Q.    And then there's a reference to -- I'm sorry, | 15:47:19 |
| 3 | Lee and Ko. | 15:47:23 |
| 4 | Which firm is that? | 15:47:24 |
| 5 | A.    It's a law firm based in Seoul, Korea. | 15:47:26 |
| 6 | Q.    And have they represented Samsung in connection | 15:47:29 |
| 7 | with its Apple litigations in Korea? | 15:47:32 |
| 8 | A.    Yes, they have. | 15:47:34 |
| 9 | Q.    Have they worked on FRAND licensing issues? | 15:47:35 |
| 10 | A.    They have made submissions relating to FRAND | 15:47:37 |
| 11 | issues. | 15:47:37 |
| 12 | Q.    There's also a reference to Clifford Chance. | 15:47:42 |
| 13 | Do you see that? | 15:47:45 |
| 14 | A.    Yes, I do. | 15:47:46 |
| 15 | Q.    Clifford Chance, what matters has that firm | 15:47:46 |
| 16 | worked on for Samsung? | 15:47:50 |
| 17 | A.    I believe they're one of the counsels for the | 15:47:51 |
| 18 | EU investigation matter. | 15:47:51 |
| 19 | Q.    The European Commission investigation? | 15:48:01 |
| 20 | A.    That's correct. | 15:48:06 |
| 21 | Q.    There's a reference to Modiano and Partners. | 15:48:06 |
| 22 | Do you see that? | 15:48:10 |
| 23 | A.    Yes, I do. | 15:48:10 |
| 24 | Q.    Which firm is that? | 15:48:11 |
| 25 | A.    I do not know. | 15:48:12 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

174

| | | |
|---|---|---|
| 1 | Q.    Zimmermann & Partner, do you know what that's a | 15:48:18 |
| 2 | reference to? | 15:48:22 |
| 3 | A.    Yes.  They're our patent attorneys in Germany. | 15:48:22 |
| 4 | Q.    And have they worked on litigation in | 15:48:27 |
| 5 | connection with the Apple Germany matters? | 15:48:29 |
| 6 | A.    Yes, between Apple and Samsung in Germany, yes. | 15:48:32 |
| 7 | Q.    So in sum, this first bullet point lists a | 15:48:35 |
| 8 | variety of law firms that have worked on litigations for | 15:48:39 |
| 9 | Samsung against Apple in various countries; correct? | 15:48:43 |
| 10 | A.    Yes, Samsung in-house people as well as outside | 15:48:47 |
| 11 | counsel, yes. | 15:48:51 |
| 12 | Q.    As well as the European Commission | 15:48:52 |
| 13 | investigation; correct? | 15:48:54 |
| 14 | A.    Yes. | 15:48:56 |
| 15 | Q.    And this list of law firms and individuals have | 15:48:57 |
| 16 | worked on FRAND licensing issues for Samsung in these | 15:49:00 |
| 17 | various litigations; correct? | 15:49:06 |
| 18 | A.    To the extent we made FRAND-related submissions | 15:49:08 |
| 19 | in their respective venue, yes. | 15:49:12 |
| 20 | Q.    And the same for the European Commission | 15:49:14 |
| 21 | proceeding, that also involved FRAND-related issues; | 15:49:17 |
| 22 | correct? | 15:49:17 |
| 23 | A.    Yes. | 15:49:17 |
| 24 | Q.    The second bullet point on this email -- I'm | 15:49:28 |
| 25 | sorry, on this page refers to a July 5th, 2012 email | 15:49:31 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

175

| | | |
|---|---|---|
| 1 | from Hojin Chang of Samsung, attaching a zip file | 15:49:36 |
| 2 | containing the incompletely redacted Teece report. And | 15:49:42 |
| 3 | this is a fairly short list. I'll ask you to go through | 15:49:45 |
| 4 | it quickly, if you could. | 15:49:48 |
| 5 | A.    Sure thing. | 15:49:49 |
| 6 | Mr. Hojin Chang, again, legal counsel from the | 15:49:52 |
| 7 | IP legal -- I mean IP licensing team. | 15:49:55 |
| 8 | Vice president Jin Hwan Kwak, VP in our IP | 15:49:59 |
| 9 | licensing team. | 15:50:06 |
| 10 | VP Caleb Lee, VP in our antitrust team. | 15:50:07 |
| 11 | Mr. SangHoon Park, counsel in our antitrust | 15:50:15 |
| 12 | team. | 15:50:21 |
| 13 | Mr. Jinho Park, counsel in our antitrust team. | 15:50:22 |
| 14 | Ms. Yeon-wook Son, I do not know who this | 15:50:27 |
| 15 | person is. | 15:50:37 |
| 16 | Mr. Clayton Kim, formerly an engineer working | 15:50:38 |
| 17 | in our licensing team. | 15:50:41 |
| 18 | Vice president Brian Kim, VP in our IP legal | 15:50:43 |
| 19 | team. | 15:50:50 |
| 20 | VP Kenneth Korea, VP in our Silicon Valley IP | 15:50:50 |
| 21 | office. | 15:50:57 |
| 22 | Daniel Shim, that's me. | 15:50:57 |
| 23 | Yeah, I believe that's everyone on the list, on | 15:51:02 |
| 24 | that bullet. | 15:51:07 |
| 25 | Q.    And do you see, the last sentence in the second | 15:51:09 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

176

1    bullet point refers to the incompletely redacted Teece          15:51:12

2    report being attached as an annex to a July 4th, 2012           15:51:15

3    filing with the European Commission?                            15:51:20

4        A.    I do see the sentence as you read them.               15:51:24

5        Q.    And were you aware that the Teece report had          15:51:26

6    been submitted to the European Commission?                      15:51:30

7              MR. GORDON:  Objection.  Vague and ambiguous.         15:51:32

8              THE WITNESS:  As far as I know, no.                    15:51:35

9    BY MR. MUELLER:                                                 15:51:38

10       Q.    Taking these two bullet points in Attachment A        15:51:41

11   to this August -- I'm sorry, to this September 25th,            15:51:47

12   2013 letter from Mr. Becher, we can see that a large            15:51:51

13   number of individuals working on FRAND licensing issues         15:51:54

14   received the incompletely redacted Teece report;               15:51:58

15   correct?                                                        15:51:58

16       A.    For the first bullet, I think, covering the May       15:52:04

17   1st, 2012 email, you see a number of counsel.                   15:52:07

18       Q.    And many of them are working and have been            15:52:14

19   working on FRAND licensing issues; correct?                     15:52:16

20       A.    They do, yes.                                         15:52:21

21       Q.    And same with the second bullet point, some of       15:52:21

22   those folks have been working on FRAND licensing issues;        15:52:24

23   correct?                                                        15:52:24

24       A.    You're talking about the July 5th, 2012 email?        15:52:29

25       Q.    That's right.                                         15:52:32

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

177

| | | |
|---|---|---|
| 1 | A.    Yes. | 15:52:33 |
| 2 | Q.    And the incompletely redacted Teece report was | 15:52:34 |
| 3 | directly relevant to the work that they were doing; | 15:52:37 |
| 4 | right? | 15:52:40 |
| 5 | MR. GORDON:  Objection.  Lack of foundation. | 15:52:41 |
| 6 | Calls for speculation. | 15:52:43 |
| 7 | THE WITNESS:  What Dr. Teece had to say, yes, | 15:52:45 |
| 8 | it was relevant. | 15:52:51 |
| 9 | BY MR. MUELLER: | 15:52:52 |
| 10 | Q.    And the same is true, it was relevant to the | 15:52:52 |
| 11 | individuals in the first bullet point; correct? | 15:52:54 |
| 12 | MR. GORDON:  Same objection. | 15:52:57 |
| 13 | THE WITNESS:  I don't know. | 15:52:58 |
| 14 | BY MR. MUELLER: | 15:53:04 |
| 15 | Q.    Well, Dr. Teece's report on FRAND licensing was | 15:53:05 |
| 16 | certainly relevant to the individuals working on FRAND | 15:53:08 |
| 17 | licensing issues? | 15:53:14 |
| 18 | A.    They did receive a copy, it seems. | 15:53:14 |
| 19 | Q.    And the information that that report contained | 15:53:17 |
| 20 | about Apple's licenses was relevant to their own work on | 15:53:20 |
| 21 | FRAND licensing; correct? | 15:53:24 |
| 22 | MR. GORDON:  Same objection. | 15:53:27 |
| 23 | THE WITNESS:  I do not know. | 15:53:30 |
| 24 | BY MR. MUELLER: | 15:53:31 |
| 25 | Q.    You don't know if the information about Apple's | 15:53:32 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

178

| | | |
|---|---|---|
| 1 | licenses was relevant to FRAND licensing arguments? | 15:53:34 |
| 2 | A.     That's my answer. | 15:53:38 |
| 3 | Q.     If we go back to the August 1st letter for a | 15:53:41 |
| 4 | moment, the very last bullet point in Attachment A to | 15:53:43 |
| 5 | the August 1st letter refers to the incompletely | 15:53:55 |
| 6 | redacted Teece report being attached to a May 13th, 2012 | 15:53:59 |
| 7 | email from you to Thomas Pease, the Samsung FRAND | 15:54:02 |
| 8 | distribution list, and Victoria Maroulis. | 15:54:09 |
| 9 |          Do you see that? | 15:54:13 |
| 10 | A.     I'm sorry.  Where are we at, Counsel?  I'm | 15:54:13 |
| 11 | sorry. | 15:54:15 |
| 12 | Q.     This is the last bullet point in Attachment A. | 15:54:15 |
| 13 | A.     Yes, I do see the bullet as you read them. | 15:54:26 |
| 14 | Q.     Did you send the incompletely redacted Teece | 15:54:29 |
| 15 | report on May 13th, 2012? | 15:54:34 |
| 16 | A.     It is stated as such in this bullet. | 15:54:43 |
| 17 | Q.     And actually, I think this bullet point may | 15:54:47 |
| 18 | have the year wrong, but I'm going to verify that by | 15:54:50 |
| 19 | showing you a document. | 15:54:54 |
| 20 |          (Plaintiffs' Exhibit 14 was marked | 15:54:54 |
| 21 |          for identification by the court | 15:54:54 |
| 22 |          reporter and is attached hereto.) | 15:55:17 |
| 23 | BY MR. MUELLER: | 15:55:17 |
| 24 | Q.     The court reporter has handed you Exhibit 14, | 15:55:17 |
| 25 | which is a May 13th, 2013 email from you to Thomas | 15:55:19 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

179

| | | |
|---|---|---|
| 1 | Pease, the Samsung FRAND distribution list, and Victoria | 15:55:28 |
| 2 | Maroulis. | 15:55:34 |
| 3 | Have you seen this before? | 15:55:36 |
| 4 | A.    No, although I see my name appearing. | 15:55:37 |
| 5 | Q.    Do you have any reason to dispute that you sent | 15:55:40 |
| 6 | this email on May 13th? | 15:55:43 |
| 7 | A.    No, I do not have any reason to dispute. | 15:55:44 |
| 8 | Q.    Do you see below this email, there's another | 15:55:46 |
| 9 | email from a Mr. Kwon? | 15:55:49 |
| 10 | A.    Yes. | 15:55:52 |
| 11 | Q.    Who is Mr. Kwon? | 15:55:52 |
| 12 | A.    He's a senior engineer in our licensing team. | 15:55:55 |
| 13 | Q.    Do you recall Mr. Kwon sending you the Teece | 15:55:59 |
| 14 | report? | 15:56:05 |
| 15 | A.    As far as I recall, no, not -- | 15:56:06 |
| 16 | Q.    If you turn the page, do you see there's a | 15:56:12 |
| 17 | reference to Jennifer Selendy, S-E-L-E-N-D-Y? | 15:56:15 |
| 18 | A.    Yes, I do see here. | 15:56:21 |
| 19 | Q.    Who is Jennifer Selendy, if you know? | 15:56:22 |
| 20 | A.    Ms. Selendy is our counsel in the Samsung, | 15:56:25 |
| 21 | Ericsson matter. | 15:56:32 |
| 22 | Q.    Did she receive the incompletely redacted Teece | 15:56:32 |
| 23 | report? | 15:56:39 |
| 24 | MR. GORDON:  Objection.  Lack of foundation. | 15:56:40 |
| 25 | Calls for speculation. | 15:56:41 |

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

180

| | | |
|---|---|---|
| 1 | THE WITNESS:  I do not know. | 15:56:42 |
| 2 | BY MR. MUELLER: | 15:56:44 |
| 3 | Q.    Let's go back to the top email from you on | 15:56:45 |
| 4 | May 13th, 2013. | 15:56:48 |
| 5 | Can you give us any reason at all why you would | 15:56:50 |
| 6 | be sending the Teece report in May of 2013? | 15:56:53 |
| 7 | MR. GORDON:  Objection.  Attorney/client | 15:56:59 |
| 8 | privilege.  Work product. | 15:57:01 |
| 9 | You shouldn't disclose any confidential | 15:57:02 |
| 10 | attorney/client communications or work product reasons. | 15:57:04 |
| 11 | THE WITNESS:  I do not know. | 15:57:08 |
| 12 | BY MR. MUELLER: | 15:57:11 |
| 13 | Q.    Just so the record is clear, is your testimony | 15:57:11 |
| 14 | you don't know why you sent this, or you cannot answer | 15:57:13 |
| 15 | on account of the privilege instruction? | 15:57:18 |
| 16 | A.    My response is the former, that I do not know. | 15:57:20 |
| 17 | Q.    You do not know why you sent this? | 15:57:23 |
| 18 | A.    That's correct. | 15:57:25 |
| 19 | Q.    Has Kirkland and Ellis worked on FRAND | 15:57:26 |
| 20 | licensing issues for Samsung? | 15:57:31 |
| 21 | A.    They have worked on issues relating to FRAND as | 15:57:33 |
| 22 | part of the Samsung, Ericsson dispute litigation. | 15:57:40 |
| 23 | Q.    Has Fish and Richardson worked on FRAND | 15:57:43 |
| 24 | licensing issues for Samsung? | 15:57:48 |
| 25 | A.    They have, again, in the context of Samsung, | 15:57:48 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

181

| | | |
|---|---|---|
| 1 | Ericsson dispute litigation. | 15:57:51 |
| 2 | Q. Have you sent drafts of Apple litigation | 15:57:53 |
| 3 | documents to Kirkland and Ellis for them to review | 15:57:59 |
| 4 | before filing in Apple matters? | 15:58:03 |
| 5 | A. I do not remember. | 15:58:08 |
| 6 | Q. Same question for Fish and Richardson? | 15:58:13 |
| 7 | A. I do not recall. | 15:58:16 |
| 8 | Q. Williams and Connolly is another firm that | 15:58:16 |
| 9 | represents Samsung; is that right? | 15:58:20 |
| 10 | A. That's correct. | 15:58:21 |
| 11 | Q. In connection with the Apple matters? | 15:58:21 |
| 12 | A. No. | 15:58:24 |
| 13 | MR. GORDON: Objection. Vague. Well, you can | 15:58:24 |
| 14 | answer. I think it's vague and ambiguous, but if you | 15:58:26 |
| 15 | understand it, go ahead. | 15:58:28 |
| 16 | BY MR. MUELLER: | 15:58:28 |
| 17 | Q. Well, why don't you tell me, in what matters do | 15:58:31 |
| 18 | they represent Samsung? | 15:58:32 |
| 19 | A. They're our counsel for the InterDigital matter | 15:58:33 |
| 20 | where InterDigital is asserting SEPs against Samsung at | 15:58:38 |
| 21 | the ITC. | 15:58:44 |
| 22 | Q. Ropes and Gray, is that another firm that | 15:58:44 |
| 23 | represents Samsung? | 15:58:47 |
| 24 | A. That's correct. | 15:58:48 |
| 25 | Q. In connection with what? | 15:58:48 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

182

| | | |
|---|---|---|
| 1 | A.       Also the InterDigital matter. | 15:58:50 |
| 2 | Q.       Has Williams and Connolly worked on FRAND | 15:58:53 |
| 3 | licensing issues for Samsung? | 15:58:56 |
| 4 | A.       As part of the dispute and litigation between | 15:58:56 |
| 5 | Samsung and InterDigital, yes. | 15:59:02 |
| 6 | Q.       Has Ropes and Gray worked on FRAND licensing | 15:59:04 |
| 7 | issues for Samsung? | 15:59:08 |
| 8 | A.       Again, as part of the Samsung, InterDigital | 15:59:09 |
| 9 | dispute and litigation. | 15:59:12 |
| 10 | THE REPORTER:  I'm sorry.  InterDigital | |
| 11 | dispute? | |
| 12 | THE WITNESS:  And litigation. | |
| 13 | (Plaintiffs' Exhibit 15 was marked | |
| 14 | for identification by the court | |
| 15 | reporter and is attached hereto.) | 15:59:31 |
| 16 | BY MR. MUELLER: | 15:59:31 |
| 17 | Q.       The court reporter has marked as Exhibit 15 | 15:59:31 |
| 18 | another email sent by you on May 13th, 2013. | 15:59:34 |
| 19 | Could you tell me who this was sent to?  The | 15:59:40 |
| 20 | name is in Korean. | 15:59:42 |
| 21 | A.       This is the same Mr. -- this is the same | 15:59:43 |
| 22 | Mr. Kwon in our licensing team as referenced in the | 15:59:48 |
| 23 | first page of Exhibit 14. | 15:59:53 |
| 24 | Q.       So if we look at this chain, it's the same | 15:59:57 |
| 25 | chain as the last exhibit until the end; is that right? | 16:00:00 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

183

| | | |
|---|---|---|
| 1 | To be clear, the chain goes from Jennifer Selendy to | 16:00:08 |
| 2 | Mr. Kwon.  And then in this chain, you responded to Mr. | 16:00:11 |
| 3 | Kwon.  In the other chain, you forwarded the emails to | 16:00:15 |
| 4 | Mr. Pease, the Samsung FRAND team at Quinn Emanuel, and | 16:00:19 |
| 5 | Victoria Maroulis; is that right? | 16:00:23 |
| 6 | A.    That is what I'm seeing in this email chain, | 16:00:27 |
| 7 | Exhibit 15. | 16:00:34 |
| 8 | Q.    Now, sir, you have also worked, I believe you | 16:00:38 |
| 9 | told us earlier, on the 794 ITC case; correct? | 16:00:42 |
| 10 | A.    That's correct. | 16:00:47 |
| 11 | Q.    And FRAND licensing issues in the context of | 16:00:48 |
| 12 | that case, as well; correct? | 16:00:51 |
| 13 | A.    That's right. | 16:00:53 |
| 14 | (Plaintiffs' Exhibit 16 was marked | 16:00:53 |
| 15 | for identification by the court | 16:00:53 |
| 16 | reporter and is attached hereto.) | 16:01:14 |
| 17 | BY MR. MUELLER: | 16:01:14 |
| 18 | Q.    The court reporter has marked as Exhibit 16 | 16:01:14 |
| 19 | another letter from Mr. Becher to Mr. Selwyn dated | 16:01:17 |
| 20 | August 1st, 2013.  I'm going to represent to you that | 16:01:22 |
| 21 | the redacted text, and I have redacted it before giving | 16:01:24 |
| 22 | this to you, refers to certain terms of Apple's license | 16:01:29 |
| 23 | agreement with Nokia. | 16:01:35 |
| 24 | Have you seen this letter before? | 16:01:37 |
| 25 | A.    No, I have not seen this before. | 16:01:40 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

184

1    Q.    The first page states, "In late March of 2013,      16:02:30

2   Quinn Emanuel submitted responses to the International      16:02:40

3   Trade Commission's request for additional submissions on    16:02:44

4   remedy and the public interest."  Let me pause there.       16:02:47

5         Do you know what this is referring to?  Do you        16:02:52

6   recall the Commission posing questions to the parties in    16:02:54

7   March of 2013?                                              16:02:57

8    A.    I do recall the Commission requesting briefing       16:02:57

9   on those issues, yes.                                       16:03:01

10   Q.    And those questions were directly aimed at,          16:03:01

11  among other things, FRAND licensing issues; correct?        16:03:04

12   A.    Yes.                                                 16:03:07

13   Q.    The letter continues, Mr. Becher's letter            16:03:09

14  continues, "In the course of preparing this response,       16:03:15

15  Quinn Emanuel created several early drafts of responses     16:03:17

16  to Questions 5 through 8, primarily in skeletal outline     16:03:21

17  form, for Samsung to review."  Do you see, the next         16:03:26

18  paragraph starts, "At some point during the preparation     16:03:30

19  of the draft, a member of the Quinn Emanuel team            16:03:32

20  inserted a bullet point stating that Apple's patent         16:03:35

21  license with Nokia included A," and then I have blacked     16:03:39

22  out the text.                                               16:03:43

23        Do you see that?                                      16:03:43

24   A.    I see that.                                          16:03:44

25   Q.    The letter continues, "This was the only             16:03:46

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

185

| | | |
|---|---|---|
| 1 | statement in the draft that contained any information | 16:03:48 |
| 2 | regarding any Apple license.  Quinn Emanuel exchanged | 16:03:50 |
| 3 | several revised versions of the outline and an initial | 16:03:53 |
| 4 | draft brief containing the same information with | 16:03:57 |
| 5 | Samsung, and Samsung sent some of these documents to | 16:04:00 |
| 6 | other Samsung counsel." | 16:04:03 |
| 7 | Now, let me start with this:  Did you review | 16:04:08 |
| 8 | this outline that Mr. Becher is referring to here? | 16:04:10 |
| 9 | A.    Yes. | 16:04:13 |
| 10 | Q.    And you reviewed the draft briefs, as well? | 16:04:26 |
| 11 | A.    I do not remember. | 16:04:28 |
| 12 | Q.    But you do recall that Samsung submitted | 16:04:30 |
| 13 | responses to the Commission questions? | 16:04:34 |
| 14 | A.    I do. | 16:04:35 |
| 15 | Q.    Did you review at least the FRAND sections of | 16:04:36 |
| 16 | those responses as part of your responsibilities in the | 16:04:39 |
| 17 | Apple matters? | 16:04:42 |
| 18 | A.    Yes. | 16:04:43 |
| 19 | Q.    And you used your customary care in reviewing | 16:04:43 |
| 20 | those drafts? | 16:04:46 |
| 21 | A.    Yes. | 16:04:47 |
| 22 | Q.    Same with the outline? | 16:04:49 |
| 23 | A.    Yes. | 16:04:50 |
| 24 | MR. GORDON:  I would belatedly object as vague | 16:05:05 |
| 25 | and ambiguous, separating the outline from the drafts. | 16:05:09 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

186

| | | |
|---|---|---|
| 1 | Maybe I'm missing something. | 16:05:11 |
| 2 | BY MR. MUELLER: | 16:05:13 |
| 3 | Q.    Let's turn to Attachment A, if we could, and I | 16:05:14 |
| 4 | apologize for having to do this, but we're going to have | 16:05:17 |
| 5 | to walk through these names one more time.  This is | 16:05:20 |
| 6 | another list of disclosures, this time of the | 16:05:24 |
| 7 | incompletely redacted materials relating to the | 16:05:29 |
| 8 | Commission briefing. | 16:05:35 |
| 9 | A.    Yes. | 16:05:42 |
| 10 | Q.    Can you take us through the bullet point, the | 16:05:42 |
| 11 | first bullet point on page 3? | 16:05:46 |
| 12 | A.    Sure thing. | 16:05:48 |
| 13 | So I'll start with the first name, Anthony | 16:05:50 |
| 14 | Kahng, vice president Anthony Kahng, VP in our | 16:06:01 |
| 15 | Washington, DC, IP office. | 16:06:07 |
| 16 | Dr. Seung Ho Ahn, head of the IP center in | 16:06:08 |
| 17 | Suwon, Korea. | 16:06:13 |
| 18 | Executive vice president Kijoong Kang, head of | 16:06:15 |
| 19 | IP litigation team. | 16:06:22 |
| 20 | Executive vice president Jaewan Chi, head of | 16:06:23 |
| 21 | our licensing team. | 16:06:28 |
| 22 | Senior vice president Injung Lee, an SVP in the | 16:06:31 |
| 23 | IP legal team. | 16:06:37 |
| 24 | Senior vice president MinHyung Chung, SVP in | 16:06:40 |
| 25 | our technology analysis team. | 16:06:46 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

187

| | | |
|---|---|---|
| 1 | Vice president Brian Kim, VP in the IP legal | 16:06:48 |
| 2 | team. | 16:06:53 |
| 3 | Mr. Michael Kang, counsel in IP legal team. | 16:06:53 |
| 4 | Vice president Hosik Jang, vice president | 16:07:00 |
| 5 | formerly in our IP acquisition team. | 16:07:10 |
| 6 | Ms. Cindi Moreland, vice president, VP Cindi | 16:07:14 |
| 7 | Moreland, VP and, I think, head of legal at STA, | 16:07:21 |
| 8 | Samsung's U.S. subsidiary. | 16:07:28 |
| 9 | Mr. Beomjum Jin, an engineer at IP legal team. | 16:07:31 |
| 10 | Vice president Beyong Ho Yuu, VP in our | 16:07:38 |
| 11 | technology analysis team. | 16:07:43 |
| 12 | Mr. Byung-Gun Min, an engineer in our | 16:07:44 |
| 13 | technology analysis team. | 16:07:49 |
| 14 | Mr. Byungsik Kim, an engineer in our IP | 16:07:51 |
| 15 | acquisition team. | 16:07:57 |
| 16 | Mr. Cheolwoo Ahn, an engineer in our technology | 16:08:00 |
| 17 | analysis team. | 16:08:06 |
| 18 | Mr. Daniel Ko, counsel in our licensing team. | 16:08:07 |
| 19 | Daniel W. Shim, that's me. | 16:08:12 |
| 20 | Eric Cha, counsel in IP legal team. | 16:08:15 |
| 21 | Ms. EunHa Kim, engineer in our Silicon Valley | 16:08:19 |
| 22 | IP office. | 16:08:24 |
| 23 | Mr. Hankil Kang, formerly counsel in our -- in | 16:08:26 |
| 24 | the IP legal team. | 16:08:32 |
| 25 | Mr. Heungju Kwon, engineer in our licensing | 16:08:34 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

188

1    team.                                                    16:08:40

2            Mr. Hojin Chang, counsel in our licensing team.  16:08:42

3            Mr. Hoshin Lee, counsel in our technology        16:08:47

4    analysis team.                                           16:08:53

5            Mr. IlMan Bae, engineer in our technology        16:08:55

6    analysis team.                                           16:09:00

7            James Kwak, VP in our -- vice president in our   16:09:02

8    licensing team.                                          16:09:08

9            Mr. Jaehwan Kim, counsel in our IP legal team.   16:09:09

10           Mr. JaeHyoung Kim, engineer in our licensing     16:09:16

11   team.                                                    16:09:21

12           Mr. JaeHyun Park, engineer in our technology     16:09:21

13   analysis team.                                           16:09:26

14           Mr. Jae-il Park, counsel in our IP legal team.   16:09:27

15           Mr. James Shin, counsel in the IP legal team.    16:09:34

16           Mr. Jeff Myung, counsel in our Silicon Valley    16:09:41

17   IP office.                                               16:09:46

18           Sunmi Kim, I do not know who that is.            16:09:49

19           Johnda Crites, she works under VP Cindi          16:09:58

20   Moreland at STA, the U.S. subsidiary.                    16:10:01

21           Mr. Jonghee Kim, an engineer in our technology   16:10:05

22   analysis team.                                           16:10:09

23           Ms. Julie Han, counsel in our Silicon Valley IP  16:10:11

24   office.                                                  16:10:17

25           Mr. JunHong Park, engineer in our technology     16:10:18

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

189

| | | |
|---|---|---|
| 1 | analysis team. | 16:10:23 |
| 2 | Mr. KyuHyuk Lee, an engineer in our technology | 16:10:24 |
| 3 | analysis team. | 16:10:29 |
| 4 | Vice president Kenneth Korea, VP in our Silicon | 16:10:31 |
| 5 | Valley IP office. | 16:10:36 |
| 6 | Megan Drahos, a paralegal at SCA, another U.S. | 16:10:38 |
| 7 | subsidiary of Samsung. | 16:10:45 |
| 8 | Michelangelo Troisi, counsel at SCA, U.S. | 16:10:47 |
| 9 | subsidiary. | 16:10:54 |
| 10 | Ms. Michelle Yang, counsel in our Silicon | 16:10:55 |
| 11 | Valley IP office. | 16:10:59 |
| 12 | Richard An, counsel in our IP legal team. | 16:11:02 |
| 13 | Mr. Richard Rosales, counsel at STA legal, a | 16:11:08 |
| 14 | U.S. subsidiary of Samsung. | 16:11:16 |
| 15 | Ms. Rosa Kim, counsel at IP legal team. | 16:11:19 |
| 16 | Mr. SangHoon Jin, engineer in our technology | 16:11:30 |
| 17 | analysis team. | 16:11:35 |
| 18 | Se-Jin Chung, I don't know who that is. | 16:11:38 |
| 19 | Seong-woo Clayton Kim, engineer, formerly used | 16:11:39 |
| 20 | to be part of our licensing team. | 16:11:43 |
| 21 | Jaehawk Lee, an engineer, part of our | 16:11:46 |
| 22 | technology analysis team. | 16:11:50 |
| 23 | Ms. Soojin Lee, an engineer, part of IP legal | 16:11:54 |
| 24 | team. | 16:11:58 |
| 25 | Mr. SungCheol Bae, an engineer in our | 16:11:58 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

190

| | | |
|---|---|---|
| 1 | technology analysis team. | 16:12:03 |
| 2 | Mr. Sung-Ho Lee, an engineer in our technology | 16:12:05 |
| 3 | analysis team. | 16:12:08 |
| 4 | Mr. Wonsuk Park, an engineer in our IP | 16:12:10 |
| 5 | acquisition team. | 16:12:15 |
| 6 | Ms. Wonsun Kim, an engineer in our IP licensing | 16:12:17 |
| 7 | team. | 16:12:23 |
| 8 | Mr. Yeowan Youn, counsel at SCA, Samsung's U.S. | 16:12:24 |
| 9 | subsidiary. | 16:12:33 |
| 10 | Young Kyoo Jang, engineer at IP legal team. | 16:12:34 |
| 11 | Youngho Kim, an engineer at the technology | 16:12:39 |
| 12 | analysis team. | 16:12:42 |
| 13 | Youngjo Lim, an engineer at IP legal team. | 16:12:44 |
| 14 | YoungSoon Lee, an engineer at the technology | 16:12:50 |
| 15 | analysis team. | 16:12:56 |
| 16 | Yun Hee Kong, counsel at IP legal team. | 16:13:01 |
| 17 | Karin Norton, counsel at our Washington, DC, IP | 16:13:05 |
| 18 | office. | 16:13:05 |
| 19 | I believe that marks the end of the first list | 16:13:09 |
| 20 | of people in the March 22nd, 2013 email. | 16:13:19 |
| 21 | Q.    And I think the last list we're going to need | 16:13:23 |
| 22 | you to go through is the next one, which is the March | 16:13:26 |
| 23 | 25th, 2013 list. | 16:13:29 |
| 24 | Do you see that, right below there?  It's a | 16:13:31 |
| 25 | shorter list. | 16:13:32 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

191

| | | |
|---|---|---|
| 1 | A. Yes, I do. Okay. I'll start. | 16:13:35 |
| 2 | Again, Mr. Hojin Chang, counsel in our | 16:13:39 |
| 3 | licensing team. | 16:13:43 |
| 4 | Vice president Anthony Kahng, VP in our | 16:13:46 |
| 5 | Washington, DC, IP office. | 16:13:50 |
| 6 | Senior vice president Injung Lee, SVP in IP | 16:13:52 |
| 7 | legal team. | 16:14:00 |
| 8 | Vice president Brian Kim, VP in IP legal team. | 16:14:01 |
| 9 | Mr. Michael Kang, counsel in IP legal team. | 16:14:05 |
| 10 | Mr. Daniel Ko, counsel in licensing team. | 16:14:09 |
| 11 | Daniel Shim, that's me. | 16:14:13 |
| 12 | Eric Cha, counsel on IP legal team. | 16:14:15 |
| 13 | Mr. Heungju Kwon, engineer in our licensing | 16:14:20 |
| 14 | team. | 16:14:25 |
| 15 | James Kwak, vice president in our licensing | 16:14:27 |
| 16 | team. | 16:14:31 |
| 17 | Mr. JaeHyoung Kim, engineer in our licensing | 16:14:32 |
| 18 | team. | 16:14:37 |
| 19 | Mr. Jae-il Park, counsel in IP legal team. | 16:14:39 |
| 20 | Mr. James Shin, counsel in IP legal team. | 16:14:44 |
| 21 | VP Ken Korea, vice president in our Silicon | 16:14:50 |
| 22 | Valley IP office. | 16:14:57 |
| 23 | Mr. Richard An, counsel in IP legal team. | 16:14:58 |
| 24 | Ms. Rosa Kim, counsel in IP legal team. | 16:15:02 |
| 25 | Clayton Kim, formerly an engineer in our | 16:15:07 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

192

| | | |
|---|---|---|
| 1 | licensing team. | 16:15:12 |
| 2 | Ms. Soojin Lee, an engineer in IP legal team. | 16:15:14 |
| 3 | Mr. Wonsuk Park, engineer in our IP acquisition | 16:15:19 |
| 4 | team. | 16:15:25 |
| 5 | Ms. Wonsun Kim, engineer in our licensing team. | 16:15:26 |
| 6 | Mr. Youngjo Lim, engineer in IP legal team. | 16:15:32 |
| 7 | Ms. YunHee Kang, counsel in IP legal team. | 16:15:38 |
| 8 | TaeHyoung Kim, counsel in our licensing team. | 16:15:45 |
| 9 | Jay Shim, senior vice president in our | 16:15:48 |
| 10 | licensing team. | 16:15:52 |
| 11 | Mr. InDong Kang, an engineer in our licensing | 16:15:54 |
| 12 | team. | 16:15:59 |
| 13 | Mr. Jun Won Lee, an engineer at our licensing | 16:16:00 |
| 14 | team. | 16:16:04 |
| 15 | Ms. Karin Norton, counsel in our Washington, | 16:16:06 |
| 16 | DC, IP office. | 16:16:10 |
| 17 | Mr. Hojin Chang, again, counsel in our | 16:16:12 |
| 18 | licensing team. | 16:16:18 |
| 19 | Mr. HyuckSon Kwon, again, an engineer in our | 16:16:20 |
| 20 | licensing team. | 16:16:26 |
| 21 | Q.    When you say "engineer on the licensing team," | 16:16:26 |
| 22 | do you mean a technical engineer or some different type | 16:16:29 |
| 23 | of engineer? | 16:16:32 |
| 24 | A.    When I say engineer, I mean -- I mean, that's | 16:16:33 |
| 25 | the title, official title that they have at my company, | 16:16:37 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

193

| | | |
|---|---|---|
| 1 | Samsung Electronics. | 16:16:41 |
| 2 | Q.    Are they actually engineers in a technical | 16:16:42 |
| 3 | sense, or is that simply a seniority designation? | 16:16:47 |
| 4 | A.    I think, depends on -- depends on your | 16:16:52 |
| 5 | definition of what constitutes an engineer.  I think | 16:16:57 |
| 6 | people -- I don't know.  I don't know. | 16:17:02 |
| 7 | Q.    If you turn to the second page in this | 16:17:08 |
| 8 | attachment, the second to the last bullet, do you see it | 16:17:11 |
| 9 | refers to Kirkland & Ellis and Fish & Richardson? | 16:17:15 |
| 10 | A.    Excuse me.  Yes, I do. | 16:17:22 |
| 11 | Q.    And it identifies certain individuals from | 16:17:31 |
| 12 | those firms? | 16:17:34 |
| 13 | A.    I do see them, yes. | 16:17:36 |
| 14 | Q.    Were they working on FRAND licensing issues for | 16:17:37 |
| 15 | Samsung as individuals? | 16:17:41 |
| 16 | A.    Those are -- I think you're referring to the | 16:17:43 |
| 17 | Fish and Kirkland attorneys? | 16:17:49 |
| 18 | Q.    Yes. | 16:17:50 |
| 19 | A.    They work on, again, the dispute between | 16:17:51 |
| 20 | Samsung -- dispute and the litigation between Samsung | 16:17:55 |
| 21 | and Ericsson matter. | 16:17:58 |
| 22 | Q.    So if we take these two pages together, they | 16:18:00 |
| 23 | collectively show disclosures of Apple, Nokia financial | 16:18:03 |
| 24 | information to a very large number of people, including | 16:18:08 |
| 25 | many working on FRAND licensing issues; correct? | 16:18:11 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

194

| | | |
|---|---|---|
| 1 | A.     No. | 16:18:14 |
| 2 | Q.     Not correct? | 16:18:15 |
| 3 | A.     Not correct. | 16:18:16 |
| 4 | Q.     Why is that incorrect? | 16:18:16 |
| 5 | A.     It's inadvertent disclosure, not disclosure. | 16:18:19 |
| 6 | Q.     Well, my question was just disclosure. | 16:18:23 |
| 7 |        This is a disclosure of Apple, Nokia financial | 16:18:25 |
| 8 | information to a large number of individuals working on | 16:18:28 |
| 9 | FRAND licensing issues; correct? | 16:18:32 |
| 10 | A.     And Mr. Mueller, I'm noting, again, as stated | 16:18:34 |
| 11 | in Mr. Becher's letter, this was an inadvertent | 16:18:36 |
| 12 | disclosure to the large list of personnel that I just | 16:18:40 |
| 13 | read out loud. | 16:18:45 |
| 14 | Q.     Understood, but if you could just stay with my | 16:18:46 |
| 15 | question for just a moment. | 16:18:48 |
| 16 | A.     Okay. | 16:18:48 |
| 17 | Q.     This was a set of disclosures -- I understand | 16:18:50 |
| 18 | your position that they were inadvertent, but | 16:18:52 |
| 19 | disclosures to a large number of people working on FRAND | 16:18:55 |
| 20 | licensing issues; correct? | 16:18:58 |
| 21 |        MR. GORDON:  Objection.  Lack of foundation. | 16:18:59 |
| 22 | Calls for speculation.  The document speaks for itself. | 16:19:03 |
| 23 | BY MR. MUELLER: | 16:19:05 |
| 24 | Q.     Can you answer the question, sir? | 16:19:05 |
| 25 | A.     It is a long list of people, and the disclosure | 16:19:06 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

195

| | | |
|---|---|---|
| 1 | was made.  However, the manner in which it was made was | 16:19:10 |
| 2 | inadvertently done so. | 16:19:13 |
| 3 | Q.     Right, but it was a large number of people | 16:19:15 |
| 4 | working on FRAND licensing issues; correct? | 16:19:17 |
| 5 | A.     Yes. | 16:19:21 |
| 6 | (Plaintiffs' Exhibit 17 was marked | 16:19:21 |
| 7 | for identification by the court | 16:19:21 |
| 8 | reporter and is attached hereto.) | 16:19:45 |
| 9 | BY MR. MUELLER: | 16:19:45 |
| 10 | Q.     This is another letter.  This is Exhibit 18 -- | 16:19:45 |
| 11 | 17, from Mr. Becher to Mr. Selwyn, dated September 25th, | 16:19:52 |
| 12 | 2013. | 16:19:57 |
| 13 | Have you seen this before? | 16:19:57 |
| 14 | A.     No. | 16:19:59 |
| 15 | Q.     This letter states, on the first page, second | 16:20:29 |
| 16 | paragraph, "Quinn Emanuel has identified additional | 16:20:32 |
| 17 | instances where information regarding terms of the | 16:20:34 |
| 18 | Apple, Nokia license that Apple has designated as | 16:20:38 |
| 19 | confidential was contained in an email attachment that | 16:20:42 |
| 20 | was sent to or from Samsung personnel," and there's yet | 16:20:45 |
| 21 | another Attachment A here.  If we could turn to that | 16:20:49 |
| 22 | Attachment A. | 16:20:53 |
| 23 | A.     Sure. | 16:20:53 |
| 24 | Q.     The second bullet point refers to Fish & | 16:20:57 |
| 25 | Richardson and Kirkland & Ellis; right? | 16:21:01 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

196

| | | |
|---|---|---|
| 1 | A.      I do see the law firms' names, Fish & | 16:21:06 |
| 2 | Richardson and Kirkland & Ellis. | 16:21:17 |
| 3 | Q.      And it refers to an email sent by you on March | 16:21:18 |
| 4 | 26th, 2013, to, among others, Kirkland & Ellis and | 16:21:24 |
| 5 | Fish & Richardson; right? | 16:21:28 |
| 6 | A.      Yes. | 16:21:30 |
| 7 | Q.      Do you recall why you sent that email? | 16:21:30 |
| 8 | A.      I do not. | 16:21:32 |
| 9 | Q.      Was this part of your effort to coordinate | 16:21:32 |
| 10 | FRAND licensing issues among Samsung's various outside | 16:21:40 |
| 11 | counsel as well as its in-house employees? | 16:21:45 |
| 12 | A.      I do not recall as far as -- I do not recall. | 16:21:47 |
| 13 | Q.      But you do recall that that was your practice, | 16:21:49 |
| 14 | to try to coordinate FRAND licensing issues among | 16:21:52 |
| 15 | Samsung's outside counsel and in-house employees? | 16:21:57 |
| 16 | A.      As a general matter, that would be one of the | 16:22:00 |
| 17 | things that I'd be doing, yes. | 16:22:04 |
| 18 | Q.      If you look at the second to last bullet on | 16:22:10 |
| 19 | this page, it refers to a letter you sent to -- an email | 16:22:14 |
| 20 | you sent to Tom Pease, and among the recipients were | 16:22:18 |
| 21 | Everrette Snotherly and Daniel Girdwood. | 16:22:27 |
| 22 |         What are their positions at Samsung? | 16:22:31 |
| 23 | A.      They are attorneys working in our Washington, | 16:22:33 |
| 24 | DC, IP office. | 16:22:37 |
| 25 | Q.      Last bullet on this page refers to an April | 16:22:37 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

197

| | | |
|---|---|---|
| 1 | 3rd, 2012 email from Alex Lasher of Quinn Emanuel to | 16:22:46 |
| 2 | various recipients, including Samsung and Kirkland and | 16:22:50 |
| 3 | Quinn Emanuel. | 16:22:57 |
| 4 | Do you see, in the last sentence, which is | 16:22:57 |
| 5 | actually on the next page, it states, "Mr. Lasher | 16:22:59 |
| 6 | subsequently instructed recipients to delete this email | 16:23:04 |
| 7 | and provided a redacted version"? | 16:23:08 |
| 8 | A.   I do.  I do -- I do see them as you read them. | 16:23:11 |
| 9 | Q.   Do you recall receiving the original email and | 16:23:14 |
| 10 | receiving the request to delete? | 16:23:17 |
| 11 | A.   I cannot personally recall, sitting here right | 16:23:20 |
| 12 | now. | 16:23:25 |
| 13 | Q.   Did any of the law firms that received these | 16:23:27 |
| 14 | draft ITC materials comment on them? | 16:23:30 |
| 15 | MR. GORDON:  Objection.  Lack of foundation. | 16:23:40 |
| 16 | Calls for speculation as phrased. | 16:23:42 |
| 17 | BY MR. MUELLER: | 16:23:43 |
| 18 | Q.   Well, you coordinated with the outside firms; | 16:23:44 |
| 19 | right? | 16:23:47 |
| 20 | A.   As I answered, that's one of the things I | 16:23:48 |
| 21 | would -- I would do, generally speaking, yes. | 16:23:50 |
| 22 | Q.   And did any of those firms that you coordinated | 16:23:52 |
| 23 | with provide comments on the ITC brief? | 16:23:55 |
| 24 | A.   To the extent they had anything to say, there's | 16:23:59 |
| 25 | no reason for me to believe that they would not have | 16:24:04 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

198

| | | |
|---|---|---|
| 1 | commented on a draft related to FRAND issues.  For | 16:24:07 |
| 2 | purposes of rendering legal advice, indicates that they | 16:24:11 |
| 3 | are handling respectively. | 16:24:15 |
| 4 | (Plaintiffs' Exhibit 18 was marked | 16:24:15 |
| 5 | for identification by the court | 16:24:15 |
| 6 | reporter and is attached hereto.) | 16:24:28 |
| 7 | BY MR. MUELLER: | 16:24:28 |
| 8 | Q.    Exhibit 18 is an email from you to various | 16:24:29 |
| 9 | recipients, including the Bristow firm; correct?  And | 16:24:33 |
| 10 | they're listed as a CC. | 16:24:46 |
| 11 | A.    That's correct, Counsel, yes. | 16:24:51 |
| 12 | Q.    Who are the names in Korean on the CC list? | 16:24:56 |
| 13 | You don't have to give their positions, just the names. | 16:24:59 |
| 14 | A.    Sure.  Brian Kim, Injung Lee, Kijoong Kang. | 16:25:02 |
| 15 | Those are the three names I see in Korean. | 16:25:15 |
| 16 | Q.    And the attachment states, "Bristow comments QE | 16:25:17 |
| 17 | ITC brief responses;" right? | 16:25:23 |
| 18 | A.    Yes, I see them as you read them. | 16:25:25 |
| 19 | Q.    And this is Bristow commenting on the ITC | 16:25:28 |
| 20 | brief? | 16:25:32 |
| 21 | A.    I don't want to speculate.  I don't know. | 16:25:34 |
| 22 | Q.    You don't recall, but you did send this email? | 16:25:36 |
| 23 | A.    I do not, although I do see my name.  And as | 16:25:42 |
| 24 | you would think, I have no reason to doubt that I | 16:25:46 |
| 25 | actually sent this. | 16:25:48 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

199

| | | |
|---|---|---|
| 1 | (Plaintiffs' Exhibit 19 was marked | 16:25:48 |
| 2 | for identification by the court | 16:25:48 |
| 3 | reporter and is attached hereto.) | 16:26:03 |
| 4 | BY MR. MUELLER: | 16:26:03 |
| 5 | Q.    Exhibit 19 is an email from Edward Donovan at | 16:26:04 |
| 6 | Kirkland, and has he worked on FRAND licensing issues | 16:26:08 |
| 7 | for Samsung? | 16:26:10 |
| 8 | A.    Mr. Donovan is a partner at the law firm | 16:26:12 |
| 9 | Kirkland, and as I relayed to you, Kirkland & Ellis is | 16:26:18 |
| 10 | Samsung's counsel in the dispute and litigation between | 16:26:23 |
| 11 | Ericsson and Samsung. | 16:26:27 |
| 12 | Q.    And do you see the CC line includes you? | 16:26:29 |
| 13 | A.    Yes, I do recognize my email address. | 16:26:33 |
| 14 | Q.    And this is a March 26th, 2013 email. | 16:26:40 |
| 15 | Do you see the attachments are partially | 16:26:44 |
| 16 | redacted, but the second attachment appears to read, at | 16:26:48 |
| 17 | least in part, "RESP Re:  FRAND 3/26/2013, KE-FR | 16:26:54 |
| 18 | comments." | 16:27:05 |
| 19 | Do you see that? | 16:27:06 |
| 20 | A.    I do see them as you read them. | 16:27:08 |
| 21 | Q.    And, in fact, this attachment was -- Kirkland & | 16:27:10 |
| 22 | Ellis and Fish & Richardson comments on this draft | 16:27:14 |
| 23 | brief; correct? | 16:27:18 |
| 24 | A.    Again, I don't want to speculate.  I do not | 16:27:19 |
| 25 | know. | 16:27:21 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

200

| | | |
|---|---|---|
| 1 | Q.    Mr. Shim, we have reviewed now a variety of | 16:27:22 |
| 2 | disclosures that Mr. Becher identified in letters to | 16:27:27 |
| 3 | Mr. Selwyn; correct? | 16:27:30 |
| 4 | A.    I do not know. | 16:27:35 |
| 5 | Q.    Well, we have looked at letters that identify a | 16:27:37 |
| 6 | variety of disclosures; correct? | 16:27:40 |
| 7 | A.    Have we?  I do not know. | 16:27:44 |
| 8 | Q.    Well, they're right in front of you. | 16:27:47 |
| 9 | The August 1st letters and the September 25th | 16:27:48 |
| 10 | letters, those each have an Attachment A, and each of | 16:27:51 |
| 11 | those attachments identify disclosures; correct? | 16:27:55 |
| 12 | A.    Yes. | 16:27:59 |
| 13 | Q.    And according to these letters, Samsung | 16:28:00 |
| 14 | provided information, that Apple and third parties | 16:28:03 |
| 15 | consider confidential, to various Samsung employees and | 16:28:09 |
| 16 | outside lawyers; correct? | 16:28:12 |
| 17 | MR. GORDON:  Objection.  The documents speak | 16:28:13 |
| 18 | for themselves.  Lack of foundation.  Calls for | 16:28:15 |
| 19 | speculation. | 16:28:33 |
| 20 | BY MR. MUELLER: | 16:28:33 |
| 21 | Q.    You can answer the question, sir. | 16:28:34 |
| 22 | A.    I'm trying to understand your question. | 16:28:35 |
| 23 | Mr. Mueller, I don't understand what you mean by Samsung | 16:28:45 |
| 24 | providing information to Apple and third parties. | 16:28:48 |
| 25 | Q.    So you understand, sir, there was a | 16:28:50 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

201

| | | |
|---|---|---|
| 1 | incompletely redacted version of the Teece report; | 16:28:52 |
| 2 | right? | 16:28:56 |
| 3 | A.    That I read from Mr. Becher's letters that you | 16:28:56 |
| 4 | showed me, yes. | 16:28:59 |
| 5 | Q.    And as Mr. Becher's letters said, that report | 16:28:59 |
| 6 | contained Sharp, Ericsson, Nokia, and Apple confidential | 16:29:02 |
| 7 | information; correct? | 16:29:07 |
| 8 | MR. GORDON:  Objection.  Lack of foundation. | 16:29:07 |
| 9 | Calls for speculation.  The documents speak for | 16:29:11 |
| 10 | themselves. | 16:29:13 |
| 11 | THE WITNESS:  I only recall Nokia, not the | 16:29:14 |
| 12 | other -- | 16:29:17 |
| 13 | BY MR. MUELLER: | 16:29:20 |
| 14 | Q.    Well, we can go back to it. | 16:29:20 |
| 15 | A.    Sure. | 16:29:20 |
| 16 | Q.    The August 1st letters, there's two of them. | 16:29:22 |
| 17 | There's one for the ITC case, and there's one for the | 16:29:25 |
| 18 | 1846 case.  If you could take the one for the 1846 case. | 16:29:28 |
| 19 | MR. GORDON:  Which exhibit? | 16:29:33 |
| 20 | THE WITNESS:  Yeah, what's the exhibit number, | 16:29:35 |
| 21 | please? | 16:29:37 |
| 22 | BY MR. MUELLER: | 16:29:37 |
| 23 | Q.    I believe it is exhibit -- I'm not sure, but | 16:29:37 |
| 24 | it's the August 1st, 2013 letter that has this caption, | 16:29:41 |
| 25 | the 1846 caption. | 16:29:46 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

202

1    A.    Okay.  I have Exhibit 12, I think.                16:29:58

2    Q.    And just to make sure we're on the same page      16:30:02

3  here --                                                    16:30:04

4    A.    Sure.                                              16:30:06

5    Q.    -- bottom of page 1 says, "Much of this           16:30:07

6  document was redacted, removing information about          16:30:10

7  Apple's sales and Apple's internal documents and           16:30:13

8  surveys, and removing all summary exhibits."               16:30:16

9    A.    Yes.                                               16:30:16

10    Q.    "However, paragraphs 190 to 193 were              16:30:19

11  inadvertently not redacted.  These paragraphs contain     16:30:22

12  summary statements of some of the payment terms of        16:30:27

13  Apple's licenses with Nokia and Ericsson in a statement   16:30:30

14  of the combined amount to be paid by Apple under its      16:30:33

15  licenses with Sharp and Phillips."                        16:30:37

16          Do you see that, sir?                             16:30:39

17    A.    I now see it, yes.                                16:30:40

18    Q.    And the next exhibit was the September 25th       16:30:41

19  letter.  Do you recall that, sir?  It's also in front of  16:30:44

20  you.                                                      16:30:52

21    A.    Yeah, also for the 1846 case?                     16:30:52

22    Q.    Correct.  And that refers to other disclosures    16:30:54

23  of the incompletely redacted report; right?               16:30:57

24          MR. GORDON:  Which exhibit are we on now?         16:31:00

25          MR. MUELLER:  Thirteen?                           16:31:00

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

203

| | | |
|---|---|---|
| 1 | THE WITNESS:  Thirteen, yes.  Sorry.  I just | 16:31:08 |
| 2 | got to 13.  What were you pointing to in Exhibit 13? | 16:31:09 |
| 3 | BY MR. MUELLER: | 16:31:12 |
| 4 | Q.    This includes an entire additional Attachment A | 16:31:13 |
| 5 | of other disclosures; right? | 16:31:16 |
| 6 | A.    It references the August 1st, 2013 letter as | 16:31:19 |
| 7 | stated in the first paragraph by Mr. Becher. | 16:31:28 |
| 8 | Q.    And this letter also refers to other paragraphs | 16:31:32 |
| 9 | that were not redacted; right? | 16:31:35 |
| 10 | MR. GORDON:  Same objection.  Document speaks | 16:31:37 |
| 11 | for itself. | 16:31:39 |
| 12 | THE WITNESS:  In the second paragraph, that's | 16:31:41 |
| 13 | what it states. | 16:31:42 |
| 14 | BY MR. MUELLER: | 16:31:44 |
| 15 | Q.    And then there's the two ITC letters, one for | 16:31:44 |
| 16 | August 1st and one for September 25th, and we have | 16:31:47 |
| 17 | reviewed those in some length; right, sir? | 16:31:49 |
| 18 | A.    Yes, Exhibits 16 and 17, for the record. | 16:31:54 |
| 19 | Q.    So my question, sir, is, how did this happen? | 16:32:02 |
| 20 | MR. GORDON:  Objection.  Lack of foundation. | 16:32:06 |
| 21 | Calls for speculation.  Attorney/client privilege.  Work | 16:32:08 |
| 22 | product. | 16:32:11 |
| 23 | BY MR. MUELLER: | 16:32:11 |
| 24 | Q.    How did all of these disclosures happen? | 16:32:11 |
| 25 | MR. GORDON:  Same objection.  And vague and | 16:32:14 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

204

| | | |
|---|---|---|
| 1 | ambiguous. | 16:32:15 |
| 2 | THE WITNESS:  I do not know. | 16:32:19 |
| 3 | BY MR. MUELLER: | 16:32:20 |
| 4 | Q.    Do you think that Samsung had in place | 16:32:22 |
| 5 | appropriate controls to ensure compliance with the | 16:32:24 |
| 6 | protective orders in these cases? | 16:32:28 |
| 7 | MR. GORDON:  Objection.  Lack of foundation. | 16:32:30 |
| 8 | Vague and ambiguous. | 16:32:32 |
| 9 | THE WITNESS:  I believe so. | 16:32:33 |
| 10 | BY MR. MUELLER: | 16:32:40 |
| 11 | Q.    How do you explain so many disclosures to so | 16:32:41 |
| 12 | many people? | 16:32:45 |
| 13 | MR. GORDON:  Objection.  Lack of foundation. | 16:32:45 |
| 14 | Calls for speculation.  Vague and ambiguous. | 16:32:48 |
| 15 | THE WITNESS:  With respect, Counsel, I just | 16:32:54 |
| 16 | told you that I'm not able to provide an explanation as | 16:32:56 |
| 17 | to why this inadvertent disclosure took place. | 16:32:58 |
| 18 | BY MR. MUELLER: | 16:33:03 |
| 19 | Q.    Now, I asked you at the beginning if you | 16:33:03 |
| 20 | thought that any breaches of the protective order had | 16:33:05 |
| 21 | taken place, and you said no; right? | 16:33:09 |
| 22 | A.    That's my recollection, yes. | 16:33:11 |
| 23 | Q.    Do you stand by that? | 16:33:12 |
| 24 | A.    I -- I do stand by that. | 16:33:13 |
| 25 | Q.    Why do -- what is your explanation for how | 16:33:13 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

205

1    these disclosures did not breach the protective order?        16:33:15

2        A.    Again, I do not know.  I don't want to              16:33:21

3    speculate.                                                    16:33:30

4        Q.    But you have the view that these were not a         16:33:31

5    breach?                                                       16:33:34

6        A.    These are not -- these are not a breach.            16:33:34

7        Q.    What are your reasons for that view?                16:33:37

8        A.    Again, I don't want to speculate, besides          16:33:39

9    saying what is stated in Mr. Becher's letter repeatedly;      16:33:44

10   that is, these are inadvertent disclosure of select few       16:33:49

11   portions of reports, various submissions made to the         16:33:54

12   ITC.                                                          16:33:57

13       Q.    Is it your understanding that protective orders     16:33:58

14   in the 1846 case and the 794 case only prevented or were     16:34:01

15   designed to prevent advertent disclosures, intentional       16:34:06

16   disclosures?                                                  16:34:11

17       A.    No.  I think it's -- I think my understand --      16:34:16

18   my understanding is that it's -- the protective order is     16:34:23

19   to protect all confidential business information.            16:34:28

20       Q.    From disclosure, period, whether inadvertent or    16:34:32

21   intentional?                                                  16:34:36

22       A.    Yes, I understand POs typically have, also,        16:34:37

23   provisions that deal with inadvertent disclosure taking      16:34:40

24   place.                                                        16:34:47

25       Q.    Well, if the protective orders were designed to    16:34:47

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

206

| | | |
|---|---|---|
| 1 | prevent inadvertent and intentional disclosures, both of | 16:34:51 |
| 2 | them, how can you say that -- | 16:35:00 |
| 3 | THE REPORTER:  I'm sorry.  Inadvertent and? | 16:35:00 |
| 4 | MR. MUELLER:  Sure. | 16:35:00 |
| 5 | BY MR. MUELLER: | 16:35:00 |
| 6 | Q.     -- inadvertent and intentional disclosures, how | 16:35:00 |
| 7 | can you stand by your position that Samsung did not | 16:35:01 |
| 8 | breach the protective order? | 16:35:03 |
| 9 | MR. GORDON:  Objection.  Incomplete | 16:35:04 |
| 10 | hypothetical.  Lack of foundation.  Calls for | 16:35:06 |
| 11 | speculation.  Argumentative. | 16:35:08 |
| 12 | THE WITNESS:  I don't want to speculate, sir. | 16:35:16 |
| 13 | I don't know. | 16:35:18 |
| 14 | BY MR. MUELLER: | 16:35:19 |
| 15 | Q.     I'm a little confused, though.  You say you'd | 16:35:20 |
| 16 | be speculating, but you also hold the view that Samsung | 16:35:22 |
| 17 | has not breached the protective order. | 16:35:25 |
| 18 | If you hold that view, I'm entitled to know the | 16:35:27 |
| 19 | reasons, and I'm asking you what they are. | 16:35:31 |
| 20 | MR. GORDON:  Same objections.  Incomplete | 16:35:31 |
| 21 | hypothetical.  Lack of foundation.  Calls for | 16:35:34 |
| 22 | speculation.  Argumentative. | 16:35:34 |
| 23 | THE WITNESS:  Samsung -- | 16:35:37 |
| 24 | MR. GORDON:  And calls for a legal opinion. | 16:35:45 |
| 25 | THE WITNESS:  Yeah. | 16:35:47 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

207

| | | |
|---|---|---|
| 1 | MR. GORDON:  And attorney/client privilege and | 16:35:55 |
| 2 | work product. | 16:35:57 |
| 3 | So if you have any knowledge based solely on | 16:35:57 |
| 4 | attorney/client privilege or work product, I'm | 16:36:02 |
| 5 | instructing you not to disclose on this basis. | 16:36:04 |
| 6 | THE WITNESS:  With respect, I'm going to follow | 16:36:07 |
| 7 | my counsel's advice and decline to answer the question | 16:36:09 |
| 8 | based on privilege grounds. | 16:36:12 |
| 9 | BY MR. MUELLER: | 16:36:13 |
| 10 | Q.    So just so we're clear, you're not providing me | 16:36:14 |
| 11 | any reasons why you believe Samsung did not breach the | 16:36:15 |
| 12 | protective order, and the reason why you're not | 16:36:18 |
| 13 | providing me any reasons is your counsel's instruction | 16:36:20 |
| 14 | not to answer on privilege grounds; is that right? | 16:36:23 |
| 15 | A.    You're putting words into my mouth, Counsel. | 16:36:25 |
| 16 | Q.    Well, sir, I want your answer.  Either you can | 16:36:28 |
| 17 | tell me why you believe Samsung did not break the | 16:36:30 |
| 18 | protective order or you won't.  And if you won't, I'm | 16:36:35 |
| 19 | entitled to know, is it because you don't have any | 16:36:38 |
| 20 | reasons to support that, or you have reasons but you | 16:36:40 |
| 21 | won't give them to me because they're privileged?  Which | 16:36:44 |
| 22 | is it? | 16:36:48 |
| 23 | A.    Samsung, as I have stated, takes protective | 16:36:48 |
| 24 | order issues, confidentiality issues, any implications | 16:36:54 |
| 25 | of breach of confidentiality issues very, very | 16:36:58 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

208

| | | |
|---|---|---|
| 1 | seriously.  We have protocols.  We talk to outside | 16:37:01 |
| 2 | counsel, take a number of measures.  With that general | 16:37:07 |
| 3 | understanding, I am able to tell you that I believe, | 16:37:12 |
| 4 | personally, that no breach of protective order took | 16:37:17 |
| 5 | place in these instances.  However, the specific reason | 16:37:22 |
| 6 | as to why it's -- I'm going to withhold my answer on | 16:37:26 |
| 7 | another ground based on the attorney/client privilege | 16:37:37 |
| 8 | and the work product doctrine. | 16:37:40 |
| 9 | Q.    Mr. Becher's letters refer to license | 16:37:43 |
| 10 | information from the Apple, Ericsson license; correct? | 16:37:46 |
| 11 | And feel free to refer to them.  This is not a trick | 16:37:55 |
| 12 | question. | 16:37:58 |
| 13 | A.    Sure. | 16:37:58 |
| 14 | Q.    I just want to put us on the same page. | 16:37:58 |
| 15 | A.    Yeah. | 16:37:58 |
| 16 | Q.    It's the August 1st letter in the 1846 case.  I | 16:38:01 |
| 17 | believe it's Exhibit 12. | 16:38:05 |
| 18 | A.    You're right.  Yes, they do. | 16:38:12 |
| 19 | Q.    He also referred to Apple license information | 16:38:14 |
| 20 | with Phillips and Sharp; correct? | 16:38:18 |
| 21 | A.    Correct. | 16:38:20 |
| 22 | Q.    And Apple license information with Nokia; | 16:38:20 |
| 23 | correct? | 16:38:20 |
| 24 | A.    Correct. | 16:38:22 |
| 25 | Q.    To your knowledge, has anyone at Samsung used | 16:38:23 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

209

1    that information, that was disclosed, in developing          16:38:28

2    FRAND licensing arguments to be used against Apple?          16:38:34

3         A.    Not as far as I know, Counsel.                    16:38:38

4         Q.    Have you done anything to investigate whether     16:38:47

5    someone at Samsung or Samsung's outside counsel used         16:38:51

6    this information to develop FRAND licensing arguments        16:38:56

7    against Apple?                                               16:39:02

8         A.    I certainly have not come across anything,        16:39:03

9    personally, that would lead me to believe that we have       16:39:05

10   misused, quote, unquote -- I don't know what that            16:39:09

11   means -- the inadvertently disclosed information.            16:39:11

12        Q.    To your knowledge, did anyone at Samsung use      16:39:18

13   this information from the Apple licenses with the            16:39:20

14   parties that I named to develop arguments in briefs that     16:39:22

15   were submitted in cases against Apple?                       16:39:28

16        A.    Again, not as far as I know.                      16:39:34

17        Q.    To your knowledge, has anyone at Samsung used     16:39:37

18   this information from the Apple licenses to develop          16:39:43

19   license proposals or arguments to use in negotiations        16:39:49

20   with Apple?                                                  16:39:53

21        A.    Again, not to my knowledge.                       16:39:54

22        Q.    What would be the way we could find out for       16:39:59

23   sure if these things had happened?                           16:40:06

24             MR. GORDON:   Objection.  Lack of foundation.      16:40:08

25   Calls for speculation.  Incomplete hypothetical.             16:40:10

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

210

| | | |
|---|---|---|
| 1 | THE WITNESS:  I do not know, Counsel. | 16:40:11 |
| 2 | BY MR. MUELLER: | 16:40:14 |
| 3 | Q.    If we reviewed the un-redacted versions of the | 16:40:15 |
| 4 | correspondence between Samsung and its outside counsel, | 16:40:20 |
| 5 | would we know the answer as to whether or not this | 16:40:24 |
| 6 | information was used? | 16:40:26 |
| 7 | MR. GORDON:  Objection.  Lack of foundation. | 16:40:27 |
| 8 | Calls for speculation.  Incomplete hypothetical. | 16:40:30 |
| 9 | THE WITNESS:  I do not know. | 16:40:31 |
| 10 | BY MR. MUELLER: | 16:40:32 |
| 11 | Q.    Have you gone back and looked at your | 16:40:36 |
| 12 | communications with outside counsel to see if the | 16:40:39 |
| 13 | information was used? | 16:40:41 |
| 14 | A.    Again, Counsel, would you kindly clarify for | 16:40:43 |
| 15 | me, what do you mean by "use"? | 16:40:52 |
| 16 | Q.    Sure.  Have you asked your outside counsel | 16:40:54 |
| 17 | whether they used the information from the Apple | 16:40:57 |
| 18 | licenses to develop FRAND licensing arguments against | 16:41:00 |
| 19 | Apple?  Have you asked your outside counsel that? | 16:41:03 |
| 20 | A.    I do not recall. | 16:41:09 |
| 21 | Q.    Have you asked your fellow employees at Samsung | 16:41:22 |
| 22 | if any of them used the information from the Apple | 16:41:25 |
| 23 | licenses to develop FRAND licensing arguments or | 16:41:28 |
| 24 | positions against Apple? | 16:41:33 |
| 25 | A.    I do not remember. | 16:41:40 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

211

| | | |
|---|---|---|
| 1 | Q.    Has anyone asked you if you used this | 16:41:42 |
| 2 | information to develop FRAND licensing arguments? | 16:41:45 |
| 3 | MR. GORDON:  Objection.  Attorney/client | 16:41:48 |
| 4 | privilege and work product. | 16:41:51 |
| 5 | You shouldn't disclose any confidential | 16:41:52 |
| 6 | communications with Counsel. | 16:41:55 |
| 7 | THE WITNESS:  I'm going to follow my counsel's | 16:41:56 |
| 8 | advice and decline to answer the question. | 16:41:59 |
| 9 | BY MR. MUELLER: | 16:42:01 |
| 10 | Q.    Sir, as you sit here today, can you rule out | 16:42:04 |
| 11 | that Samsung used this information to develop FRAND | 16:42:09 |
| 12 | licensing arguments against Apple? | 16:42:11 |
| 13 | A.    Again, Mr. Mueller, Samsung takes its PO | 16:42:15 |
| 14 | obligations very seriously.  Specifically, in answer to | 16:42:20 |
| 15 | your question, I do not know. | 16:42:24 |
| 16 | Q.    And can you rule out that Samsung's outside | 16:42:28 |
| 17 | attorneys used this information to develop FRAND | 16:42:33 |
| 18 | licensing arguments against Apple? | 16:42:35 |
| 19 | A.    I have no reason to doubt that my counsel would | 16:42:37 |
| 20 | also not take PO obligations seriously, but to answer | 16:42:40 |
| 21 | your question, I do not know. | 16:42:45 |
| 22 | MR. MUELLER:  Let's take a quick break.  I just | 16:42:47 |
| 23 | want to see if I have anything left to do, and if not, | 16:42:49 |
| 24 | I'll it turn over to Mr. Flinn. | 16:42:52 |
| 25 | THE VIDEOGRAPHER:  We're going off the record | 16:42:54 |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

212

| | | |
|---|---|---|
| 1 | at 4:42. | 16:42:55 |
| 2 | (Recess.) | 16:42:59 |
| 3 | THE VIDEOGRAPHER:  We're back on the record at | 16:52:18 |
| 4 | 4:52. | 16:52:30 |
| 5 | BY MR. MUELLER: | 16:52:32 |
| 6 | Q.    Mr. Shim, just a few final questions. | 16:52:32 |
| 7 | Of the financial information in the | 16:52:36 |
| 8 | Apple/Nokia, Apple/Ericsson, Sharp, and Phillips | 16:52:40 |
| 9 | licenses, do you take the view, personally, that you | 16:52:43 |
| 10 | knew the financial terms in those licenses from public | 16:52:48 |
| 11 | accounts; you personally? | 16:52:52 |
| 12 | MR. GORDON:  Objection.  Vague and ambiguous. | 16:52:59 |
| 13 | THE WITNESS:  No.  However, vis-à-vis Nokia, as | 16:53:00 |
| 14 | we went over in detail, I gleaned, with a reasonable | 16:53:08 |
| 15 | degree of certainty, what I thought was the Nokia, Apple | 16:53:14 |
| 16 | license as my participation in the Apple, Samsung Dutch | 16:53:20 |
| 17 | litigation. | 16:53:27 |
| 18 | BY MR. MUELLER: | 16:53:28 |
| 19 | Q.    But just to take this in pieces, you don't take | 16:53:28 |
| 20 | the position that you learned the terms of any of these | 16:53:31 |
| 21 | licenses from public accounts? | 16:53:34 |
| 22 | A.    No, I don't consider the Dutch submissions to | 16:53:36 |
| 23 | be a public source. | 16:53:41 |
| 24 | Q.    And as we discussed earlier, the Dutch | 16:53:44 |
| 25 | submissions did not provide a hundred percent certainty | 16:53:47 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

213

| | | |
|---|---|---|
| 1 | as to the terms of any of the licenses? | 16:53:52 |
| 2 | A.    That's right.  As discussed, the names of the | 16:53:55 |
| 3 | parties were redacted, but the remaining telltale signs | 16:53:59 |
| 4 | of, I think, a major license that Apple had entered into | 16:54:04 |
| 5 | around that time, that pointed me to the conclusion, | 16:54:09 |
| 6 | with a reasonable amount of certainty, that it was the | 16:54:15 |
| 7 | Apple, Nokia license. | 16:54:19 |
| 8 | Q.    But again, that was your inference, not a | 16:54:20 |
| 9 | definitive conclusion? | 16:54:23 |
| 10 | A.    That is correct. | 16:54:24 |
| 11 | MR. MUELLER:  Thank you, sir.  I have no | 16:54:25 |
| 12 | further questions at this time. | 16:54:27 |
| 13 | THE WITNESS:  Thank you. | |
| 14 | | |
| 15 | | |
| 16 | EXAMINATION | |
| 17 | BY MR. FLINN: | |
| 18 | Q.    Mr. Shim, I want to ask you some questions | 16:54:29 |
| 19 | about your -- among other things, your prior testimony. | 16:54:32 |
| 20 | I'm going to read from the court reporter's rough | 16:54:47 |
| 21 | transcript. | 16:54:50 |
| 22 | Question, "Are you familiar with the details of | 16:54:53 |
| 23 | the Samsung, Nokia negotiations, the recent | 16:54:57 |
| 24 | negotiations?" | 16:54:59 |
| 25 | "Objection." | 16:55:02 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

214

| | | |
|---|---|---|
| 1 | You said, "Again, Counsel, I'm not trying to be | 16:55:03 |
| 2 | difficult, but that's a broadly worded question." | 16:55:05 |
| 3 | Mr. Mueller, "I'm just trying to get a sense | 16:55:07 |
| 4 | how closely you're following them." | 16:55:10 |
| 5 | Answer, "I think I answered.  I don't know the | 16:55:12 |
| 6 | terms, royalty rates as such.  I know that we are in a | 16:55:14 |
| 7 | negotiation in good faith with Nokia to discuss a | 16:55:18 |
| 8 | license." | 16:55:21 |
| 9 | Do you remember giving that testimony? | 16:55:22 |
| 10 | A.     I do have the recollection, yes, sir. | 16:55:24 |
| 11 | Q.     And you just heard, from my questions, that | 16:55:26 |
| 12 | Mr. Mueller didn't ask you whether or not you were | 16:55:29 |
| 13 | negotiating in good faith with Nokia.  You made the | 16:55:32 |
| 14 | decision to include the words "good faith" in your | 16:55:36 |
| 15 | answer. | 16:55:40 |
| 16 | Can you tell us what you meant by "good faith" | 16:55:40 |
| 17 | in your answer? | 16:55:44 |
| 18 | MR. GORDON:  Objection to the prelude other | 16:55:46 |
| 19 | than the question.  Move to strike everything but the | 16:55:49 |
| 20 | question. | 16:55:51 |
| 21 | THE WITNESS:  So the question that you're | 16:55:53 |
| 22 | posing is what I meant by "good faith" in the response | 16:55:55 |
| 23 | that I gave to Mr. Mueller's question earlier, the one | 16:56:01 |
| 24 | that you just read out loud? | 16:56:06 |
| 25 | /// | |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

215

| | | |
|---|---|---|
| 1 | BY MR. FLINN: | 16:56:08 |
| 2 | Q.    Can you tell us what you meant by "good faith" | 16:56:09 |
| 3 | in your answer? | 16:56:11 |
| 4 | A.    With an eye towards consuming a license. | 16:56:12 |
| 5 | Q.    Were you intending to express a view as to | 16:56:23 |
| 6 | whether or not, in those negotiations, Samsung was using | 16:56:28 |
| 7 | information it improperly obtained about other Nokia | 16:56:34 |
| 8 | licenses? | 16:56:38 |
| 9 | A.    No, sir. | 16:56:39 |
| 10 | Q.    I'm going to ask you about another question and | 16:56:40 |
| 11 | answer that you gave earlier in the deposition. | 16:57:16 |
| 12 | Question by Mr. Mueller, "So is your testimony | 16:57:18 |
| 13 | that your understanding is that no one at Samsung, nor | 16:57:22 |
| 14 | any of Samsung's outside counsel, have broken the | 16:57:26 |
| 15 | protective order in this case?" | 16:57:29 |
| 16 | "Objection." | 16:57:31 |
| 17 | The witness, "I believe I said I know, | 16:57:32 |
| 18 | personally, that I have not, and it is my belief that my | 16:57:35 |
| 19 | colleagues at Samsung and also my counsel, outside | 16:57:39 |
| 20 | counsel, have not broken the protective order." | 16:57:44 |
| 21 | Do you recall being asked that question and | 16:57:46 |
| 22 | giving that answer? | 16:57:48 |
| 23 | A.    I do have a recollection, yes. | 16:57:49 |
| 24 | Q.    And I believe there were some follow-up | 16:57:55 |
| 25 | questions towards the end of the deposition, Mr. Mueller | 16:57:59 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

216

| | | |
|---|---|---|
| 1 | asked you questions about that, and I just want to make | 16:58:02 |
| 2 | sure I understand your position. | 16:58:07 |
| 3 | Am I correct that if I were to ask you why you | 16:58:10 |
| 4 | believe that, you won't tell me because you believe it's | 16:58:13 |
| 5 | covered by privilege and work product? | 16:58:16 |
| 6 | A.    Why Samsung has breached its PO obligation, the | 16:58:19 |
| 7 | question going to that. | 16:58:29 |
| 8 | Q.    Let me reread the question and your answer. | 16:58:32 |
| 9 | A.    Sure. | 16:58:32 |
| 10 | Q.    And then my question to you is, am I correct | 16:58:35 |
| 11 | that you won't tell us why you believe that?  I mean, | 16:58:39 |
| 12 | let me just read you the question and answer, and I'm | 16:58:42 |
| 13 | going to reask my question. | 16:58:45 |
| 14 | A.    Okay. | 16:58:45 |
| 15 | Q.    Previous question, "So is your testimony that | 16:58:46 |
| 16 | your understanding is that no one at Samsung, nor any of | 16:58:49 |
| 17 | Samsung's outside counsel, have broken the protective | 16:58:52 |
| 18 | order in this case?" | 16:58:55 |
| 19 | "Objection." | 16:58:56 |
| 20 | The witness, "I believe I said I know, | 16:58:56 |
| 21 | personally, that I have not, and it is my belief that my | 16:59:00 |
| 22 | colleagues at Samsung and also my counsel, outside | 16:59:03 |
| 23 | counsel, have not broken the protective order." | 16:59:07 |
| 24 | Am I correct, sir, that if I were to ask you | 16:59:10 |
| 25 | why you believe that, you won't answer because of | 16:59:13 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

217

| | | |
|---|---|---|
| 1 | attorney/client privilege and attorney work product? | 16:59:18 |
| 2 | A.   I think I understand your question.  Among | 16:59:24 |
| 3 | others, yes, I would -- I would be standing on the | 16:59:26 |
| 4 | privilege grounds. | 16:59:31 |
| 5 | Q.   Was it important to you to put on the record of | 16:59:33 |
| 6 | this deposition your belief that you and your colleagues | 16:59:43 |
| 7 | at Samsung and your outside counsel have not broken the | 16:59:47 |
| 8 | protective order? | 16:59:51 |
| 9 | A.   With respect, I don't understand what you mean | 16:59:54 |
| 10 | by whether it was important or not to me to put on the | 16:59:57 |
| 11 | record.  I answered Mr. Mueller's question to the best | 17:00:00 |
| 12 | of my abilities as truthful as I can. | 17:00:05 |
| 13 | Q.   You were being very careful, weren't you, not | 17:00:08 |
| 14 | to violate the attorney/client privilege in the answers | 17:00:11 |
| 15 | to your questions; correct?  Strike that. | 17:00:15 |
| 16 |      You were very careful about knowing when there | 17:00:19 |
| 17 | might be a question that would call for a privileged | 17:00:24 |
| 18 | communication or attorney work product during the course | 17:00:27 |
| 19 | of this deposition; correct? | 17:00:29 |
| 20 | A.   I'm a licensed attorney.  That is, generally | 17:00:31 |
| 21 | speaking, true, yes. | 17:00:35 |
| 22 | Q.   You're licensed to practice in three states, | 17:00:37 |
| 23 | aren't you? | 17:00:39 |
| 24 | A.   Active in one, but -- | 17:00:40 |
| 25 | Q.   But you're licensed in three? | 17:00:43 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

218

| | | |
|---|---|---|
| 1 | A.    Yes, I am. | 17:00:44 |
| 2 | Q.    Taken the bar exam in at least one state? | 17:00:45 |
| 3 | A.    Yes. | 17:00:49 |
| 4 | Q.    And you've practiced with two different U.S. | 17:00:50 |
| 5 | law firms? | 17:00:52 |
| 6 | A.    Yes, I have. | 17:00:53 |
| 7 | Q.    So if you made a decision to testify about | 17:00:53 |
| 8 | something in this case in answer to Mr. Mueller's | 17:00:56 |
| 9 | questions -- | 17:01:01 |
| 10 | A.    Yes. | 17:01:01 |
| 11 | Q.    -- you made so with deliberate cognizance of | 17:01:01 |
| 12 | the attorney/client privilege and attorney work product? | 17:01:06 |
| 13 | A.    Yes. | 17:01:09 |
| 14 | Q.    So you made the decision to specifically put on | 17:01:11 |
| 15 | the record your belief about not only your own | 17:01:15 |
| 16 | innocence, but Samsung's innocence and outside counsel's | 17:01:20 |
| 17 | innocence, didn't you? | 17:01:22 |
| 18 | A.    I am not understanding your question.  I -- | 17:01:25 |
| 19 | number one, I don't necessarily agree with the | 17:01:35 |
| 20 | characterization that I had deliberately -- I'm sorry. | 17:01:38 |
| 21 | I don't agree with your characterization of what I was | 17:01:47 |
| 22 | trying to do when I was answering Mr. Mueller. | 17:01:50 |
| 23 | Q.    If we were to go to the judge and say, Your | 17:01:54 |
| 24 | Honor, Mr. Shim has waived the attorney/client privilege | 17:01:57 |
| 25 | by deliberately injecting his own personal belief in his | 17:02:01 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

219

1    innocence --                                          17:02:04

2         A.    I --                                        17:02:04

3         Q.    Let me finish my question.                  17:02:06

4              -- as well as the innocence of his employer and   17:02:07

5    his outside counsel and is trying to use the privilege   17:02:09

6    as a sword and a shield, that is as a sword to proclaim   17:02:13

7    his innocence, but refusing to explain why he believes   17:02:17

8    in that innocence, what would be your answer to the   17:02:21

9    judge as to why you have not waived the privilege?   17:02:24

10        MR. GORDON:  Objection.  Objection.               17:02:27

11   Mischaracterizes the witness's testimony.  Incomplete   17:02:28

12   hypothetical.  Vague and ambiguous.                    17:02:30

13        THE WITNESS:  I don't understand the premise of   17:02:33

14   your question, I think, Counsel.  I don't -- it has   17:02:41

15   nothing to do with a particular characterization of how   17:02:47

16   I went about answering Mr. Mueller's question.  Again, I   17:02:50

17   state that I tried, to the best of my abilities, to   17:02:53

18   answer the questions that was put at hand truthfully.   17:02:57

19   Whether it was deliberate, whether it was important or   17:03:01

20   not, those are characterizations.  I don't agree with   17:03:04

21   those.                                                  17:03:07

22   BY MR. FLINN:                                          17:03:08

23        Q.    Your answers to deposition questions today have   17:03:10

24   been deliberate, haven't they?                         17:03:12

25        A.    They were deliberate in trying to be truthful   17:03:14

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

220

| | | |
|---|---|---|
| 1 | to the full extent possible, under oath, as an attorney, | 17:03:19 |
| 2 | yes. | 17:03:23 |
| 3 | Q.    I want to change subjects, sir.  I want to talk | 17:03:24 |
| 4 | about this Netherlands issue. | 17:03:31 |
| 5 | A.    Sure thing. | 17:03:34 |
| 6 | Q.    It was a little unclear to me.  I'm not | 17:03:35 |
| 7 | familiar at all with the process that led to the | 17:03:36 |
| 8 | Netherlands disclosures. | 17:03:38 |
| 9 | A.    Okay. | 17:03:38 |
| 10 | Q.    You were a member of a group that consisted of | 17:03:40 |
| 11 | nine, but could have consisted of ten, people | 17:03:43 |
| 12 | internally at Samsung with access to this anonymized | 17:03:46 |
| 13 | information; is that correct? | 17:03:52 |
| 14 | A.    I was part of the confidentiality club, yes, | 17:03:52 |
| 15 | sir. | 17:03:54 |
| 16 | Q.    That was a group that could be ten people, | 17:03:54 |
| 17 | consisted of nine, with authorized access to the | 17:03:56 |
| 18 | anonymized information; correct? | 17:04:03 |
| 19 | A.    That's correct, the information that was | 17:04:07 |
| 20 | submitted by Apple at the request of the Dutch court, | 17:04:08 |
| 21 | yes. | 17:04:13 |
| 22 | Q.    Now, were you under any limitations as to whom | 17:04:13 |
| 23 | you could disclose that information? | 17:04:21 |
| 24 | A.    It is my understanding that the -- I mean, it | 17:04:25 |
| 25 | is my understanding that the information disclosed as | 17:04:29 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

221

| | | |
|---|---|---|
| 1 | part of the Dutch proceeding were to stay among the | 17:04:34 |
| 2 | people listed in the confidentiality cloak, and I | 17:04:38 |
| 3 | believe I have answered so to one of Mr. Mueller's | 17:04:43 |
| 4 | questions. | 17:04:48 |
| 5 | Q.    And were you under any obligation, as a result | 17:04:48 |
| 6 | of that Dutch proceeding, were you under any | 17:04:52 |
| 7 | restrictions on your ability to use that information? | 17:04:56 |
| 8 | A.    Again, I'm going to -- I'm going to ask you, | 17:05:00 |
| 9 | Counsel, with respect, what do you mean by "using that | 17:05:05 |
| 10 | information"?  I was allowed to have access to the | 17:05:08 |
| 11 | information at the order of the Dutch District Court of | 17:05:13 |
| 12 | Hague, so I -- yeah, please, would you kindly clarify? | 17:05:19 |
| 13 | Q.    Sure.  Were you allowed to use that | 17:05:22 |
| 14 | information, for example, to help Samsung make decisions | 17:05:24 |
| 15 | about what license terms it ought to negotiate with | 17:05:27 |
| 16 | third parties? | 17:05:30 |
| 17 | A.    No.  I believe I have answered that question | 17:05:31 |
| 18 | already.  The answer is no. | 17:05:33 |
| 19 | Q.    And was it generally aware -- were people who | 17:05:35 |
| 20 | knew of the Netherlands disclosure, within the Samsung | 17:05:43 |
| 21 | in-house legal team, aware of these restrictions on | 17:05:47 |
| 22 | disclosure and use of the Netherlands information? | 17:05:52 |
| 23 | MR. GORDON:  Objection.  Vague and ambiguous. | 17:05:54 |
| 24 | I think you misstated the question at the beginning. | 17:05:56 |
| 25 | /// | |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

222

| | | |
|---|---|---|
| 1 | BY MR. FLINN: | 17:05:59 |
| 2 | Q.    I'll reask it. | 17:05:59 |
| 3 | Were the people within the Samsung legal team, | 17:06:01 |
| 4 | in house, who were aware of the existence of the | 17:06:07 |
| 5 | Netherlands disclosures, aware of the limitations on use | 17:06:12 |
| 6 | and disclosure that you just testified to? | 17:06:16 |
| 7 | MR. GORDON:  Objection.  Lack of foundation. | 17:06:19 |
| 8 | Calls for speculation as framed. | 17:06:21 |
| 9 | THE WITNESS:  I do not know whether they -- I | 17:06:22 |
| 10 | do not know whether they literally knew about the | 17:06:39 |
| 11 | limitations.  I don't know.  If I can say definitively | 17:06:42 |
| 12 | that -- I don't know. | 17:06:52 |
| 13 | BY MR. FLINN: | 17:06:54 |
| 14 | Q.    Do you know, sitting here -- and answer this | 17:06:56 |
| 15 | yes or no -- | 17:06:59 |
| 16 | A.    Sure. | 17:06:59 |
| 17 | Q.    -- do you know the financial terms of the | 17:07:00 |
| 18 | Nokia, Apple patent license? | 17:07:04 |
| 19 | A.    I know certain aspects of it that, again, with | 17:07:06 |
| 20 | the qualifier being with a reasonable degree of | 17:07:17 |
| 21 | certainty, given the telltale signs that I saw in the | 17:07:20 |
| 22 | production that was made in the Dutch Apple, Samsung | 17:07:24 |
| 23 | litigation, I believe I know certain aspects of the | 17:07:27 |
| 24 | license consummated between Apple and Nokia. | 17:07:32 |
| 25 | Q.    But you don't know for sure; is that your | 17:07:36 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

223

1    testimony?                                                    17:07:41

2        A.    Yes, sir.                                           17:07:41

3        Q.    Have you ever discussed with anybody -- and        17:07:43

4    answer this yes or no.  Have you ever discussed with         17:07:45

5    anybody what you believe to be the terms of the Apple,       17:07:47

6    Samsung -- to the Apple, Nokia license?                      17:07:53

7        A.    I do not remember.                                 17:07:56

8        Q.    Has anybody at Samsung -- and answer this yes      17:08:05

9    or no, as well.  Has anybody at Samsung ever told you        17:08:09

10   that they know, or believe they know, the terms of the       17:08:11

11   Apple, Nokia patent license?                                 17:08:18

12       A.    Again, I do not know.                              17:08:20

13       Q.    Is it your testimony that you never saw the        17:08:33

14   provisions of the Teece report that disclosed financial      17:08:39

15   terms of the Apple, Nokia license?                           17:08:46

16       A.    That is not my testimony, sir.  The               17:08:47

17   inadvertently disclosed information, I take, that you're     17:08:53

18   referring to.                                                17:08:56

19       Q.    Regardless of the intent, did you see the         17:08:58

20   provisions of the Teece report that contained the           17:09:11

21   financial terms of the Apple, Nokia license?                17:09:15

22       A.    Not as far as I recall, no.                       17:09:18

23       Q.    When did you first learn that the Teece report    17:09:34

24   that had been provided to Samsung contained financial       17:09:40

25   terms of the Apple, Nokia license?                          17:09:46

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

224

| | | |
|---|---|---|
| 1 | A.    I'm not going to be absolutely accurate, but I | 17:09:49 |
| 2 | feel comfortable enough saying summer of this year, one | 17:10:00 |
| 3 | of the summer months, 2013. | 17:10:05 |
| 4 | Q.    Was there an occasion associated with you | 17:10:07 |
| 5 | learning that information? | 17:10:11 |
| 6 | A.    Yes. | 17:10:12 |
| 7 | Q.    What was that occasion? | 17:10:17 |
| 8 | MR. GORDON:  Objection.  Attorney/client | 17:10:19 |
| 9 | privilege.  Work product. | 17:10:21 |
| 10 | You can answer that question if you can | 17:10:23 |
| 11 | disclose -- if you can answer the question without | 17:10:25 |
| 12 | relying solely on confidential attorney/client | 17:10:27 |
| 13 | communications or work product. | 17:10:31 |
| 14 | THE WITNESS:  I received -- I received the | 17:10:35 |
| 15 | document hold notice. | 17:10:42 |
| 16 | THE REPORTER:  I'm sorry? | 17:10:42 |
| 17 | THE WITNESS:  Document hold notice, litigation | 17:10:45 |
| 18 | document hold notice. | 17:10:46 |
| 19 | BY MR. FLINN: | 17:10:48 |
| 20 | Q.    Prior to receiving this litigation document | 17:10:49 |
| 21 | hold notice, had you ever heard, from any source, that a | 17:10:51 |
| 22 | version of the Teece report had been sent to Samsung | 17:11:01 |
| 23 | that had material that should have been redacted? | 17:11:07 |
| 24 | A.    I do not remember. | 17:11:12 |
| 25 | Q.    Were you, personally, ever contacted by a | 17:11:22 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

225

| | | |
|---|---|---|
| 1 | lawyer from Quinn Emanuel telling you that a version of | 17:11:26 |
| 2 | the Teece report had been made available with Samsung | 17:11:35 |
| 3 | that contained information that should have been | 17:11:44 |
| 4 | redacted and asking you to delete it and not review it? | 17:11:46 |
| 5 | A.    Yes. | 17:11:55 |
| 6 | Q.    Who was the lawyer at Quinn Emanuel who | 17:11:58 |
| 7 | contacted you? | 17:12:01 |
| 8 | A.    I do not remember. | 17:12:04 |
| 9 | Q.    What was the method of contact?  Email?  Phone? | 17:12:10 |
| 10 | A.    I don't want to speculate.  I believe it was an | 17:12:14 |
| 11 | email. | 17:12:20 |
| 12 | Q.    Okay.  And was this before or after you got | 17:12:21 |
| 13 | this document hold notice that you had mentioned? | 17:12:25 |
| 14 | A.    I believe it was contemporaneous with the | 17:12:37 |
| 15 | sending of the hold notice.  I do not know. | 17:12:41 |
| 16 | Q.    Just to be sure, just to be clear, your best | 17:12:49 |
| 17 | recollection, it was sometime in the summer of 2013, and | 17:12:52 |
| 18 | that would rule out December of 2012; correct? | 17:12:56 |
| 19 | A.    December of 2012.  I do not remember. | 17:13:23 |
| 20 | Q.    If Quinn Emanuel has said that in December of | 17:13:24 |
| 21 | 2012 -- | 17:13:34 |
| 22 | A.    Sure. | 17:13:34 |
| 23 | Q.    -- they contacted someone at Samsung to tell | 17:13:37 |
| 24 | them the Teece report had been improperly redacted and | 17:13:40 |
| 25 | they should not look at it, you don't know anything | 17:13:44 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

226

| | | |
|---|---|---|
| 1 | about that? | 17:13:48 |
| 2 | A.    It's not -- I cannot, personally, independently | 17:13:49 |
| 3 | recall such an occasion taking place in 2012, | 17:13:58 |
| 4 | specifically in 2012. | 17:14:08 |
| 5 | Q.    Who, besides -- was there one person internally | 17:14:09 |
| 6 | at Samsung responsible for the Teece report, besides | 17:14:14 |
| 7 | you? | 17:14:19 |
| 8 | A.    No.  As I think I testified earlier, it was | 17:14:22 |
| 9 | a -- it's a collective effort among many attorneys | 17:14:26 |
| 10 | working in the licensing department, legal team coming | 17:14:32 |
| 11 | together along with outside counsel and working on it | 17:14:37 |
| 12 | together. | 17:14:40 |
| 13 | Q.    Why was the licensing department involved with | 17:14:42 |
| 14 | this litigation report? | 17:14:47 |
| 15 | A.    You're -- | 17:14:50 |
| 16 | MR. GORDON:  Hold on.  Objection.  Lack of | 17:14:51 |
| 17 | foundation.  Calls for speculation.  Attorney/client | 17:14:53 |
| 18 | privilege.  Work product. | 17:14:56 |
| 19 | You can answer that if you can say it without | 17:14:57 |
| 20 | relying solely on attorney/client communications. | 17:14:59 |
| 21 | THE WITNESS:  You're referring to the -- when | 17:15:07 |
| 22 | you say "litigation report," Dr. Teece's report? | 17:15:08 |
| 23 | BY MR. FLINN: | 17:15:11 |
| 24 | Q.    Litigation reports like Dr. Teece's report. | 17:15:12 |
| 25 | A.    Like Dr. Teece's report? | 17:15:15 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

227

| | | |
|---|---|---|
| 1 | Q.    Yes. | 17:15:17 |
| 2 | A.    Why my licensing team colleagues are involved, | 17:15:18 |
| 3 | because it involves -- | 17:15:23 |
| 4 | MR. GORDON:  Same objections. | 17:15:24 |
| 5 | THE WITNESS:  Because it involves negotiations. | 17:15:25 |
| 6 | Though the litigation takes place in parallel, it is -- | 17:15:29 |
| 7 | it is difficult to separate negotiations in the context | 17:15:36 |
| 8 | of licensing from what goes on in litigation, in my own | 17:15:40 |
| 9 | personal view. | 17:15:45 |
| 10 | MR. FLINN:  I'm going to ask the reporter to | 17:15:48 |
| 11 | mark as the Shim exhibit next in order the declaration | 17:15:49 |
| 12 | of Daniel Shim filed May 21st, 2013.  What number will | 17:15:55 |
| 13 | this be? | 17:16:18 |
| 14 | THE REPORTER:  Twenty. | 17:16:18 |
| 15 | (Plaintiffs' Exhibit 20 was marked | 17:16:18 |
| 16 | for identification by the court | 17:16:18 |
| 17 | reporter and is attached hereto.) | 17:16:19 |
| 18 | BY MR. FLINN: | 17:16:19 |
| 19 | Q.    Mr. Shim, I'd like you to take a look at this | 17:16:19 |
| 20 | document long enough to tell me whether you recognize | 17:16:22 |
| 21 | ever having seen any part of it before? | 17:16:24 |
| 22 | A.    Sure.  I have taken a look at it, Counsel. | 17:16:29 |
| 23 | Q.    Do you recognize it? | 17:18:04 |
| 24 | A.    I do. | 17:18:04 |
| 25 | Q.    What is it? | 17:18:05 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

228

| | | |
|---|---|---|
| 1 | A.    It's a declaration that I submitted to seal | 17:18:06 |
| 2 | certain information that is confidential to Samsung | 17:18:12 |
| 3 | Electronics. | 17:18:16 |
| 4 | Q.    That's your signature that appears on the third | 17:18:16 |
| 5 | page? | 17:18:18 |
| 6 | A.    It is. | 17:18:19 |
| 7 | Q.    And you, in fact, signed this declaration under | 17:18:20 |
| 8 | penalty of perjury on May 21st, 2013? | 17:18:23 |
| 9 | A.    I have, sir. | 17:18:26 |
| 10 | Q.    In paragraph 3 of your sworn declaration, the | 17:18:27 |
| 11 | end, starting at line 18, you wrote, quote, "Samsung | 17:18:31 |
| 12 | frequently negotiates patent licensing and purchase | 17:18:35 |
| 13 | agreements, and disclosure of the amount Samsung offered | 17:18:38 |
| 14 | for the request patent will create an asymmetry of | 17:18:42 |
| 15 | information in future negotiations that could be used to | 17:18:46 |
| 16 | Samsung's disadvantage." | 17:18:49 |
| 17 | Do you see where I have read from? | 17:18:51 |
| 18 | A.    I see them as you read them, yes. | 17:18:56 |
| 19 | Q.    Can you explain what you meant by the | 17:18:58 |
| 20 | "asymmetry of information"? | 17:19:01 |
| 21 | A.    Asymmetry in terms of the bargaining leverage | 17:19:04 |
| 22 | that a party armed with the confidential business | 17:19:11 |
| 23 | information would have, to the extent they're | 17:19:16 |
| 24 | negotiating a similar license, a comparable license with | 17:19:18 |
| 25 | Samsung Electronics. | 17:19:23 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

229

1    Q.    Now, let me ask you this:  Do you believe that          17:19:27

2    your knowledge of the Nokia, Apple license that you           17:19:34

3    believe you got from the Netherlands process would            17:19:44

4    create an asymmetry of information that could be used to       17:19:49

5    Nokia's disadvantage in Samsung's negotiations with           17:19:53

6    Nokia?                                                         17:19:57

7            MR. GORDON:  Objection.  Incomplete                    17:20:05

8    hypothetical.                                                  17:20:07

9            THE WITNESS:  I don't know, sir.                       17:20:09

10   BY MR. FLINN:                                                  17:20:10

11   Q.    Can you explain why the same threat of                   17:20:12

12   asymmetry, that you swore under penalty of perjury in          17:20:17

13   Exhibit 20, would not be present in Samsung's                  17:20:22

14   negotiations with Nokia?                                       17:20:25

15           MR. GORDON:  Objection.  Misstates the                 17:20:28

16   witness's testimony.                                           17:20:29

17           THE WITNESS:  I -- I'm not sure we're                  17:20:32

18   comparing.  I think these are -- I don't think these are      17:20:45

19   comparable.  One relates to Samsung request, and I think      17:20:47

20   what you're asking is a completely different thing and        17:20:52

21   it's a hypothetical.                                           17:20:54

22   BY MR. FLINN:                                                  17:20:58

23   Q.    Who else was in the confidentiality club,               17:20:58

24   besides you?                                                   17:21:01

25   A.    There were eight other people besides me.  I            17:21:01

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

230

| | | |
|---|---|---|
| 1 | cannot, unfortunately, list every single one of them.  A | 17:21:08 |
| 2 | lot of my colleagues in the litigation and licensing | 17:21:13 |
| 3 | team were on it.  I can give you some names that come to | 17:21:16 |
| 4 | my mind.  I think I have testified earlier, Mr. -- my | 17:21:20 |
| 5 | boss, VP Brian Kim.  His supervisor, executive vice | 17:21:28 |
| 6 | president, Kijoong Kang.  Vice president James Kwak.  I | 17:21:34 |
| 7 | can't think of anyone else. | 17:21:53 |
| 8 | Q.    Did Samsung take any steps to ensure that the | 17:21:55 |
| 9 | people who had access to the Netherlands information | 17:22:01 |
| 10 | would not be in a position to use it in license | 17:22:04 |
| 11 | negotiations with Nokia? | 17:22:08 |
| 12 | MR. GORDON:  Objection.  Lack of foundation. | 17:22:11 |
| 13 | Calls for speculation as framed. | 17:22:12 |
| 14 | THE WITNESS:  I do not know. | 17:22:17 |
| 15 | BY MR. FLINN: | 17:22:20 |
| 16 | Q.    Were you given any instructions that would have | 17:22:21 |
| 17 | protected against the use of the Netherlands information | 17:22:32 |
| 18 | in license negotiations with Nokia? | 17:22:37 |
| 19 | A.    As far as I can recall, no.  However, I wasn't | 17:22:40 |
| 20 | given any instruction to the contrary either. | 17:23:05 |
| 21 | Q.    You describe -- I take it, from your | 17:23:08 |
| 22 | description, the reason why licensing people and the | 17:23:11 |
| 23 | litigation people all got access to the same information | 17:23:14 |
| 24 | was that you worked collaboratively in both your | 17:23:18 |
| 25 | litigation and licensing enterprises ; is that correct? | 17:23:20 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

231

1    A.    You could say that, sir, yes.                      17:23:24

2    Q.    And would that include Samsung's licensing         17:23:26

3    negotiations with Nokia?                                 17:23:31

4    A.    No.  Actually, I don't know.  I shouldn't          17:23:38

5    guess.                                                   17:23:43

6    Q.    Is there some reason why Samsung's licensing       17:23:43

7    negotiations with Nokia would be outside this otherwise  17:23:47

8    collaborative process that Samsung has developed between 17:23:51

9    its litigators and licensors?                            17:23:54

10   A.    I do not want to speculate.  I do not know,        17:23:58

11   sir.                                                     17:24:01

12   Q.    Just so we're clear, you weren't told, in          17:24:01

13   substance, make sure you don't talk to the Nokia,        17:24:11

14   Samsung licensing people about the Apple license because 17:24:14

15   we're not allowed to use what we know about that in our  17:24:18

16   license negotiations?  No one said that to you in        17:24:22

17   substance; is that correct?                              17:24:25

18   A.    Yes.  However, again, no one said anything         17:24:26

19   otherwise to the contrary either, and it goes without    17:24:33

20   saying that my company, as a matter of practice, takes   17:24:38

21   PO third party confidential information very seriously.  17:24:42

22   I don't think that's something my company does.          17:24:50

23   Q.    Can you assure the judge in this case that         17:24:58

24   there were no casual conversations, between people who   17:25:02

25   knew the secret and people who didn't, that could have   17:25:04

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

232

| | | |
|---|---|---|
| 1 | influenced the positions that Samsung was deciding to | 17:25:08 |
| 2 | take in its negotiations with Nokia? | 17:25:10 |
| 3 | MR. GORDON:  Objection.  Lack of foundation. | 17:25:13 |
| 4 | Calls for speculation. | 17:25:15 |
| 5 | THE WITNESS:  I do not know, sir. | 17:25:17 |
| 6 | MR. FLINN:  Let's have the reporter mark as | 17:25:37 |
| 7 | Shim Exhibit 21 a declaration of Daniel W. Shim in | 17:25:40 |
| 8 | support of Samsung's administrative motion to file | 17:25:44 |
| 9 | documents under seal, dated June 13th, 2013. | 17:25:47 |
| 10 | (Plaintiffs' Exhibit 21 was marked | 17:25:47 |
| 11 | for identification by the court | 17:25:47 |
| 12 | reporter and is attached hereto.) | 17:25:47 |
| 13 | BY MR. FLINN: | 17:25:47 |
| 14 | Q.    Can you look at that document long enough to | 17:26:06 |
| 15 | tell me whether or not you recognize it? | 17:26:08 |
| 16 | A.    You gave me two copies.  Okay.  I have so | 17:26:29 |
| 17 | reviewed. | 17:27:04 |
| 18 | Q.    Do you recognize it? | 17:27:05 |
| 19 | A.    I now have a recollection. | 17:27:06 |
| 20 | Q.    Could you tell us what it is? | 17:27:09 |
| 21 | A.    It's another declaration that I submitted on | 17:27:11 |
| 22 | June 13 of this year to seal certain highly confidential | 17:27:16 |
| 23 | information, information that is CBI to Samsung. | 17:27:21 |
| 24 | Q.    That's your signature that appears on the | 17:27:28 |
| 25 | second page? | 17:27:30 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

233

| | | |
|---|---|---|
| 1 | A.    Yes, it is. | 17:27:30 |
| 2 | Q.    And you signed this declaration under penalty | 17:27:31 |
| 3 | of perjury on June 13th, 2013? | 17:27:34 |
| 4 | A.    Yes, sir. | 17:27:37 |
| 5 | Q.    Paragraph 3, you say, "Exhibit 2 contains | 17:27:37 |
| 6 | highly confidential information that is proprietary to | 17:27:44 |
| 7 | Samsung.  This exhibit discusses negotiations between | 17:27:48 |
| 8 | Apple and Samsung for licenses to intellectual property. | 17:27:50 |
| 9 | This information is non-public." | 17:27:53 |
| 10 | Do you see that? | 17:27:55 |
| 11 | A.    I do.  I do see them as you read them, yes. | 17:27:56 |
| 12 | Q.    Why is that information non-public? | 17:27:59 |
| 13 | A.    May I point to paragraph 5? | 17:28:02 |
| 14 | Q.    You can do whatever you want as long as you | 17:28:13 |
| 15 | answer the question. | 17:28:16 |
| 16 | A.    I'm trying to answer your question.  I would | 17:28:16 |
| 17 | like to point to paragraph 5.  It says there are NDA, | 17:28:18 |
| 18 | non-disclosure agreements, at play here between the two | 17:28:23 |
| 19 | parties. | 17:28:26 |
| 20 | Q.    And did Samsung desire that the information | 17:28:27 |
| 21 | remain non-public? | 17:28:31 |
| 22 | A.    Yes. | 17:28:34 |
| 23 | Q.    Why did Samsung want to keep the information | 17:28:36 |
| 24 | non-public? | 17:28:40 |
| 25 | MR. GORDON:  Objection.  Lacks foundation. | 17:28:49 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

234

| | | |
|---|---|---|
| 1 | Calls for speculation as framed. | 17:28:52 |
| 2 | THE WITNESS:  I don't want to speculate.  I | 17:28:57 |
| 3 | don't know, sir. | 17:28:59 |
| 4 | BY MR. FLINN: | 17:29:00 |
| 5 | Q.    You can't answer the question why Samsung would | 17:29:00 |
| 6 | want to keep its patent licensing negotiations | 17:29:03 |
| 7 | non-public without speculating? | 17:29:06 |
| 8 | A.    I don't know definitively.  One thing I can | 17:29:10 |
| 9 | tell for certain, as I stated in paragraph 5 of my | 17:29:14 |
| 10 | declaration here, that it is contractually subject to | 17:29:17 |
| 11 | confidentiality. | 17:29:23 |
| 12 | Q.    I understand.  I recall earlier the | 17:29:26 |
| 13 | correspondence between Apple and Samsung in which Apple | 17:29:28 |
| 14 | wanted it to be public and Samsung said no, it should be | 17:29:32 |
| 15 | confidential. | 17:29:35 |
| 16 | Do you recall seeing that? | 17:29:35 |
| 17 | A.    Yes.  Mr. Mueller did point and we went over | 17:29:36 |
| 18 | those, yes. | 17:29:41 |
| 19 | Q.    It's not a very controversial proposition, is | 17:29:42 |
| 20 | it, that companies like Samsung, when they engage in | 17:29:46 |
| 21 | significant patent licensing discussions and | 17:29:49 |
| 22 | negotiations, want to keep those negotiations | 17:29:51 |
| 23 | confidential? | 17:29:54 |
| 24 | A.    I agree. | 17:29:56 |
| 25 | Q.    And they do that to protect themselves from | 17:29:57 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

235

| | | |
|---|---|---|
| 1 | other negotiations so there's not this asymmetry of | 17:30:00 |
| 2 | information you mentioned in your earlier declaration; | 17:30:03 |
| 3 | correct? | 17:30:06 |
| 4 | MR. GORDON:  Objection.  Lack of foundation. | 17:30:06 |
| 5 | Calls for speculation as framed. | 17:30:08 |
| 6 | THE WITNESS:  That's what my earlier | 17:30:09 |
| 7 | declaration so stated, yes. | 17:30:11 |
| 8 | BY MR. FLINN: | 17:30:13 |
| 9 | Q.    And that's why you understand Samsung likes to | 17:30:13 |
| 10 | keep its patent licensing negotiations confidential; | 17:30:17 |
| 11 | correct? | 17:30:17 |
| 12 | A.    I think -- I'm not trying to be difficult.  I | 17:30:25 |
| 13 | think that would be -- that would be an inference.  I | 17:30:28 |
| 14 | don't know definitively that is the case at hand here, | 17:30:31 |
| 15 | specifically pertaining to the facts of the declaration | 17:30:34 |
| 16 | that I made here.  I think that's generally a true | 17:30:37 |
| 17 | statement. | 17:30:42 |
| 18 | Q.    In your many years in work as an intellectual | 17:30:42 |
| 19 | property attorney, it's fairly common for you to see | 17:30:45 |
| 20 | that companies like Apple, Samsung, and Nokia keep their | 17:30:48 |
| 21 | patent license negotiations and their patent license | 17:30:51 |
| 22 | agreements, by and large, confidential; correct? | 17:30:54 |
| 23 | A.    Yes, it's common industry practice, and we have | 17:30:58 |
| 24 | so done to this day as we litigate for Samsung. | 17:31:02 |
| 25 | Q.    And you do that for important reasons; correct? | 17:31:06 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

236

| | | |
|---|---|---|
| 1 | MR. GORDON:  Objection.  Vague and ambiguous. | 17:31:11 |
| 2 | Are you asking him or Samsung or everyone that you just | 17:31:12 |
| 3 | referred to, common industry practice? | 17:31:16 |
| 4 | BY MR. FLINN: | 17:31:20 |
| 5 | Q.    You can answer the question. | 17:31:21 |
| 6 | MR. GORDON:  If you understand the question, | 17:31:22 |
| 7 | you can answer. | 17:31:23 |
| 8 | THE WITNESS:  Would you -- would you reask the | 17:31:26 |
| 9 | question?  What's the question? | 17:31:28 |
| 10 | BY MR. FLINN: | 17:31:30 |
| 11 | Q.    You testified that it's common industry | 17:31:30 |
| 12 | practice, and we have done this to this day as we | 17:31:33 |
| 13 | litigate for Samsung, and I asked, and you do that for | 17:31:36 |
| 14 | important reasons; correct? | 17:31:40 |
| 15 | A.    It is common industry practice.  I just don't | 17:31:43 |
| 16 | want to come out and say -- I mean, what's an "important | 17:31:47 |
| 17 | reason"?  What do you mean by that? | 17:31:51 |
| 18 | Q.    Like the problem, the asymmetrical use of | 17:31:53 |
| 19 | information you testified to; correct? | 17:31:57 |
| 20 | A.    Yes, as so stated in my declaration, yes. | 17:32:00 |
| 21 | Whether that constitutes as being an important reason, | 17:32:02 |
| 22 | that's a characterization. | 17:32:06 |
| 23 | Q.    In fact, it's pretty rare, isn't it, for a | 17:32:07 |
| 24 | company like Samsung to have knowledge of the financial | 17:32:12 |
| 25 | terms, for example, of a patent license between Ericsson | 17:32:17 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

237

| | | |
|---|---|---|
| 1 | and Nokia? | 17:32:21 |
| 2 | MR. GORDON:  Objection.  Lack of foundation. | 17:32:23 |
| 3 | Calls for speculation. | 17:32:26 |
| 4 | THE WITNESS:  Between Ericsson and -- | 17:32:26 |
| 5 | MR. GORDON:  And vague and ambiguous. | 17:32:36 |
| 6 | THE WITNESS:  Sir, I do not -- I'm not a | 17:32:40 |
| 7 | 30(b)(6).  I don't pretend to speak on behalf of my | 17:32:43 |
| 8 | company.  I do not know. | 17:32:49 |
| 9 | BY MR. FLINN: | 17:32:51 |
| 10 | Q.    I'm talking about your experience as a very | 17:32:51 |
| 11 | seasoned, experienced senior intellectual property | 17:32:53 |
| 12 | lawyer. | 17:32:57 |
| 13 | It's pretty rare for competitors in the mobile | 17:32:57 |
| 14 | telephone industry to have any information about the | 17:33:02 |
| 15 | financial terms of their rivals' licenses? | 17:33:04 |
| 16 | MR. GORDON:  Objection.  Lack of foundation. | 17:33:09 |
| 17 | Calls for speculation. | 17:33:11 |
| 18 | THE WITNESS:  So you're now talking in general | 17:33:11 |
| 19 | terms and discussing, again, the common industry | 17:33:14 |
| 20 | practice; is that right? | 17:33:18 |
| 21 | BY MR. FLINN: | 17:33:18 |
| 22 | Q.    Yes. | 17:33:22 |
| 23 | A.    I think that's right, yes. | 17:33:23 |
| 24 | Q.    Can you think of the financial terms of any | 17:33:26 |
| 25 | Samsung competitor's license that you know, or believe | 17:33:28 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

238

| | | |
|---|---|---|
| 1 | you know of, besides the Apple, Nokia license? | 17:33:31 |
| 2 | A.     Again, I -- | 17:33:39 |
| 3 | MR. GORDON:  Hold on.  Also, object to | 17:33:55 |
| 4 | mischaracterizing the witness's testimony. | 17:34:00 |
| 5 | THE WITNESS:  I do not know. | 17:34:22 |
| 6 | MR. MUELLER:  Let's mark as Shim Exhibit next | 17:34:25 |
| 7 | in order, which should be 22, a declaration of Daniel W. | 17:34:29 |
| 8 | Shim executed on April 10th, 2013. | 17:34:35 |
| 9 | (Plaintiffs' Exhibit 22 was marked | 17:34:35 |
| 10 | for identification by the court | 17:34:35 |
| 11 | reporter and is attached hereto.) | 17:34:35 |
| 12 | BY MR. FLINN: | 17:34:35 |
| 13 | Q.     Take a look at that document, sir, long enough | 17:34:58 |
| 14 | to tell me whether or not you recognize it. | 17:35:01 |
| 15 | A.     Sure.  Okay.  I have reviewed the document. | 17:35:03 |
| 16 | Q.     Can you tell us what it is? | 17:36:18 |
| 17 | A.     It, again, is a declaration that I submitted in | 17:36:20 |
| 18 | the California District Court proceeding where we are | 17:36:23 |
| 19 | sealing highly confidential information, information | 17:36:28 |
| 20 | that is CBI to Samsung. | 17:36:33 |
| 21 | Q.     And that's your signature that appears on | 17:36:35 |
| 22 | page 2? | 17:36:39 |
| 23 | A.     Yes, it is. | 17:36:40 |
| 24 | Q.     And you signed this on April 10th, 2013? | 17:36:41 |
| 25 | A.     Yes, I did. | 17:36:45 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

239

| | | |
|---|---|---|
| 1 | Q.    I want to ask you questions about paragraph 6. | 17:36:46 |
| 2 | A.    Okay. | 17:36:51 |
| 3 | Q.    Here you say, "The disclosure of revenues, | 17:36:52 |
| 4 | sales, and profits would permit competitors to undercut | 17:36:56 |
| 5 | Samsung's prices and allow business partners to gain | 17:37:01 |
| 6 | leverage that can be used to Samsung's disadvantage | 17:37:04 |
| 7 | during negotiation.  Release of this information will | 17:37:05 |
| 8 | create an information asymmetry that will affect | 17:37:08 |
| 9 | negotiations to Samsung's detriment.  Suppliers and | 17:37:13 |
| 10 | business partners would have details of Samsung's | 17:37:13 |
| 11 | financial data while Samsung would not have access to | 17:37:16 |
| 12 | the same data of its suppliers and business partners." | 17:37:20 |
| 13 | Do you see where I have read from? | 17:37:23 |
| 14 | A.    I see them as you read them, sir, yes. | 17:37:24 |
| 15 | Q.    I want to focus on what you said there about | 17:37:27 |
| 16 | business partners. | 17:37:30 |
| 17 | Can you explain how business partners could | 17:37:32 |
| 18 | gain leverage from access to this financial information | 17:37:36 |
| 19 | that could be used to Samsung's disadvantage during | 17:37:40 |
| 20 | negotiations? | 17:37:44 |
| 21 | A.    I think the disadvantage that is stated in the | 17:37:49 |
| 22 | declaration could relate to, again, the information | 17:37:53 |
| 23 | asymmetry that is stated in the very next sentence from | 17:37:57 |
| 24 | lines 20 through 21 on page 1, armed with just -- the | 17:38:01 |
| 25 | business partner having the information could result in | 17:38:07 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

240

| | | |
|---|---|---|
| 1 | asymmetry of bargaining power of leverage that could | 17:38:13 |
| 2 | lead to harm to Samsung. | 17:38:20 |
| 3 | Q.    And you'd agree with me, wouldn't you, that | 17:38:22 |
| 4 | that same asymmetry of information would apply to | 17:38:24 |
| 5 | disclosure of patent license terms in dealings with | 17:38:33 |
| 6 | parties with whom you're having patent license | 17:38:41 |
| 7 | negotiations? | 17:38:44 |
| 8 | MR. GORDON:  Objection.  Incomplete | 17:38:46 |
| 9 | hypothetical.  Vague and ambiguous. | 17:38:49 |
| 10 | THE WITNESS:  Again, I'm not sure if you're | 17:38:51 |
| 11 | putting -- if we're comparing the same thing.  I do not | 17:39:02 |
| 12 | know.  The way that you pose the question, I cannot | 17:39:07 |
| 13 | answer. | 17:39:13 |
| 14 | BY MR. FLINN: | 17:39:15 |
| 15 | Q.    Can you give any difference, if we were to move | 17:39:15 |
| 16 | from revenues, sales, and profits to patent license | 17:39:20 |
| 17 | terms, why the same asymmetry would not be present? | 17:39:23 |
| 18 | A.    I think any number of speculations could be | 17:39:28 |
| 19 | read of the -- come up with by people grappling with any | 17:39:31 |
| 20 | such issues or such questions that you just posed. | 17:39:37 |
| 21 | Q.    I'll repeat my question.  You described an | 17:39:41 |
| 22 | injury to Samsung due to asymmetry of information in | 17:39:48 |
| 23 | connection with disclosure of one kind of financial | 17:39:52 |
| 24 | information.  I have asked you, wouldn't that same | 17:39:55 |
| 25 | injury occur if we were in the realm of the financial | 17:39:57 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

241

| | | |
|---|---|---|
| 1 | terms of patent licenses?  And you said you don't know. | 17:40:01 |
| 2 | And I'm asking you, can you explain how the | 17:40:04 |
| 3 | injury would not occur? | 17:40:11 |
| 4 | A.    And I -- | 17:40:14 |
| 5 | MR. GORDON:  Objection.  Mischaracterizes the | 17:40:15 |
| 6 | witness's testimony. | 17:40:18 |
| 7 | THE WITNESS:  Again, I stand by my answer.  I | 17:40:19 |
| 8 | do not know. | 17:40:27 |
| 9 | BY MR. FLINN: | 17:40:37 |
| 10 | Q.    Can you find in your stack -- | 17:40:37 |
| 11 | A.    Sure. | 17:40:37 |
| 12 | Q.    -- Exhibit 9, which is an email chain, the | 17:40:39 |
| 13 | front page of which is dated Friday, June 29th, 2012. | 17:40:43 |
| 14 | A.    Yes, I do have the exhibit, Exhibit 9. | 17:41:09 |
| 15 | Q.    Okay.  I want to go to the first email in the | 17:41:11 |
| 16 | chain, which I think is substantively on the next to the | 17:41:14 |
| 17 | last page of the exhibit.  It is the email from Rutger | 17:41:17 |
| 18 | Kleemans of Freshfields to a person named Walderveen and | 17:41:22 |
| 19 | Brinkman. | 17:41:30 |
| 20 | Do you see that? | 17:41:31 |
| 21 | A.    I do see it. | 17:41:31 |
| 22 | Q.    If I heard you correctly in answering | 17:41:35 |
| 23 | Mr. Mueller's questions, this bottom one is an email | 17:41:39 |
| 24 | from a Freshfields lawyer to judges in the Netherlands? | 17:41:42 |
| 25 | A.    That is my understanding and I have so | 17:41:47 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

242

| | | |
|---|---|---|
| 1 | testified, yes. | 17:41:50 |
| 2 | Q.     The subject line and the substance of the email | 17:41:52 |
| 3 | are redacted on my copy. | 17:41:57 |
| 4 | Are they redacted on yours? | 17:42:02 |
| 5 | A.     They are, I believe.  Yeah, they are. | 17:42:04 |
| 6 | Q.     That couldn't possibly be covered by | 17:42:06 |
| 7 | attorney/client privilege, could it? | 17:42:09 |
| 8 | MR. GORDON:  Objection.  Lack of foundation. | 17:42:11 |
| 9 | Calls for speculation. | 17:42:14 |
| 10 | THE WITNESS:  I do not know, sir. | 17:42:14 |
| 11 | BY MR. FLINN: | 17:42:16 |
| 12 | Q.     I mean, you're an expert intellectual property | 17:42:17 |
| 13 | lawyer, licensed to practice in three states in the | 17:42:19 |
| 14 | United States. | 17:42:22 |
| 15 | Have you ever come to believe that | 17:42:24 |
| 16 | communications from a party to a court, to judges in a | 17:42:26 |
| 17 | court, are protected by the attorney/client privilege? | 17:42:31 |
| 18 | A.     I don't know.  This is a communication arising | 17:42:34 |
| 19 | from a foreign proceeding.  Without looking at the | 17:42:37 |
| 20 | content, I'm not sure if I'd be able to answer your | 17:42:41 |
| 21 | question, sir. | 17:42:44 |
| 22 | Q.     Can you identify any basis Samsung would have | 17:42:45 |
| 23 | for redacting the information in this email from | 17:42:48 |
| 24 | Mr. Kleemans to the two Netherlands judges? | 17:42:53 |
| 25 | A.     I can speculate, but I'd rather not. | 17:43:02 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

243

1    Q.    Well, we're going to ask the judge to order     17:43:05

2    Samsung to give us the un-redacted document, and I'm    17:43:10

3    asking you if there's any basis you want to give the    17:43:13

4    judge for us not getting it?                            17:43:16

5          MR. GORDON:  Objection.  Lack of foundation.     17:43:18

6    Calls for speculation.  Calls for a legal opinion.      17:43:22

7          THE WITNESS:  I think any such response, to the   17:43:29

8    extent it is posed to me or my company, would have to be 17:43:31

9    discussed among -- at least involving outside counsel.   17:43:38

10   BY MR. FLINN:                                            17:43:44

11   Q.    Are there any facts of which you are personally    17:43:45

12   aware that could justify the redaction of that email?    17:43:47

13   A.    Again, I stand by my answer.  I do not know,       17:43:53

14   sir.  I don't have the email.                            17:43:56

15   Q.    Give me a minute.  Can you get Exhibit 11 out?     17:44:24

16   A.    Okay.  I now have the exhibit.                     17:44:58

17   Q.    The very bottom email is an email from you to      17:45:01

18   Guy Eddon with a copy to Thomas Pease; correct?          17:45:06

19   A.    That's correct.                                    17:45:10

20   Q.    Can you tell us what facts you're aware of         17:45:10

21   justify the redaction of the subject and content of the  17:45:15

22   email?                                                   17:45:20

23   A.    I don't want to sound argumentative, sir.  I       17:45:22

24   think I will be speculating to the extent I'm proffering 17:45:38

25   any response to your question.                           17:45:43

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

244

1    Q.    So the answer is you can't give me any facts          17:45:45

2    that you know of that would justify the redaction?          17:45:50

3    A.    No, sir, my answer is I do not know.                  17:46:04

4         THE REPORTER:  I'm sorry.  I didn't get the end

5    of your question.  So the answer is you can't give me

6    facts that would justify redaction?

7         MR. FLINN:  Redaction.  Then did you get his

8    answer?

9         THE REPORTER:  No.

10        THE WITNESS:  My answer was no, that's not what      17:46:07

11   I said.                                                    17:46:07

12   BY MR. FLINN:                                              17:46:09

13   Q.    And if I were to ask you about any of the           17:46:09

14   redactions on Exhibit 11, your answer would be the same;  17:46:12

15   correct?                                                  17:46:12

16   A.    Yes.  It's communication between outside            17:46:22

17   counsel and me.  I can probably proffer a number of       17:46:24

18   reasons.  I would rather not speculate.                   17:46:30

19   Q.    The attachment -- there are two attachments         17:46:33

20   listed on the top email from Guy Eddon to you; correct?  17:46:41

21   A.    Yes.  In the December 22nd email from               17:46:48

22   Mr. Eddon, I do see the two PDF files.                     17:46:51

23   Q.    And one of those is entitled "Redacted Expert       17:46:55

24   Report of David J. Teece;" correct?                       17:47:00

25   A.    Yes, I see it.                                       17:47:04

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

245

| | | |
|---|---|---|
| 1 | Q.    As you sit here today, do you know whether or | 17:47:05 |
| 2 | not that redacted report contained the information that | 17:47:10 |
| 3 | was supposed to have been redacted but was not, that | 17:47:20 |
| 4 | disclosed financial terms of, among other things, Nokia | 17:47:25 |
| 5 | and Apple's license? | 17:47:29 |
| 6 | A.    As far as I recall, no, I cannot. | 17:47:31 |
| 7 | Q.    My question was pretty unclear, and so your | 17:47:39 |
| 8 | answer, I don't think, is clear. | 17:47:45 |
| 9 | A.    Okay. | 17:47:49 |
| 10 | Q.    So let me ask it again -- | 17:47:50 |
| 11 | A.    Sure. | 17:47:52 |
| 12 | Q.    -- this way:  Did that redacted expert report | 17:47:53 |
| 13 | of David J. Teece contain information about the | 17:47:57 |
| 14 | financial details of Nokia's license with Apple? | 17:48:02 |
| 15 | A.    If you're probing, sir, whether I, sitting here | 17:48:07 |
| 16 | now, whether I know, with all of these ex post facts and | 17:48:12 |
| 17 | communications having taken place, the answer is yes. | 17:48:15 |
| 18 | But at the time, did I know or have any reason to | 17:48:18 |
| 19 | believe it had any confidential third party information, | 17:48:22 |
| 20 | the answer is no.  As far as I recall, I would have -- I | 17:48:28 |
| 21 | do not recall having come across any such information. | 17:48:34 |
| 22 | Q.    Just so we're clear, you know now -- | 17:48:39 |
| 23 | A.    Yes. | 17:48:39 |
| 24 | Q.    -- that this attachment had the financial | 17:48:43 |
| 25 | information that should have been redacted; correct? | 17:48:46 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

246

| | | |
|---|---|---|
| 1 | MR. GORDON:  Objection.  Mischaracterizes the | 17:48:48 |
| 2 | witness's testimony. | 17:48:49 |
| 3 | THE WITNESS:  That -- I understand that is the | 17:48:50 |
| 4 | allegation being made by Nokia and Apple, yes. | 17:48:52 |
| 5 | BY MR. FLINN: | 17:48:58 |
| 6 | Q.    Okay.  I'm actually trying to find out whether | 17:48:58 |
| 7 | it, in fact, did. | 17:49:00 |
| 8 | Do you -- so the answer is you don't know, one | 17:49:02 |
| 9 | way or the other, whether or not, on Saturday, December | 17:49:03 |
| 10 | 22nd, 2012, you received from Mr. Eddon -- | 17:49:07 |
| 11 | A.    Oh, okay. | 17:49:11 |
| 12 | Q.    -- a report that had this information in it? | 17:49:11 |
| 13 | A.    That's helpful.  So you're asking specifically | 17:49:14 |
| 14 | on Saturday, December 22nd? | 17:49:17 |
| 15 | Q.    No.  I'm sorry.  I'm still getting it wrong. | 17:49:19 |
| 16 | The judge -- just so we're -- I'm not trying to hide | 17:49:23 |
| 17 | where I'm going here. | 17:49:25 |
| 18 | A.    Sure. | 17:49:25 |
| 19 | Q.    The judge has asked -- has ordered that up to | 17:49:26 |
| 20 | five Samsung employees be deposed regarding any and all | 17:49:30 |
| 21 | communications they have had since March 24th, 2012 | 17:49:39 |
| 22 | regarding Apple's licenses with Nokia, Ericsson, Sharp, | 17:49:43 |
| 23 | and Phillips.  I'm trying to find out if -- do we know | 17:49:50 |
| 24 | whether this redacted report was a clean, proper, | 17:49:52 |
| 25 | redacted report or whether or not it had the information | 17:49:56 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

247

| | | |
|---|---|---|
| 1 | that disclosed the financial terms of the license?  And | 17:49:59 |
| 2 | I'm just trying to find out, as a fact, whether or not | 17:50:04 |
| 3 | that's true.  And if you know, you can say yes, I know | 17:50:07 |
| 4 | it's there, or you can say, I just don't know whether or | 17:50:10 |
| 5 | not that redacted report had that information. | 17:50:13 |
| 6 | A.    The latter.  I do not know. | 17:50:15 |
| 7 | Q.    Okay.  To find out, all you would have to do | 17:50:17 |
| 8 | would be to open that attachment in the email and look; | 17:50:20 |
| 9 | correct? | 17:50:24 |
| 10 | MR. GORDON:  Objection.  Lack of foundation. | 17:50:25 |
| 11 | Calls for speculation. | 17:50:28 |
| 12 | THE WITNESS:  I don't want to speculate, sir. | 17:50:29 |
| 13 | I don't know. | 17:50:32 |
| 14 | BY MR. FLINN: | 17:50:35 |
| 15 | Q.    Why wouldn't looking at the actual redacted | 17:50:35 |
| 16 | expert report that was the attachment disclose whether | 17:50:39 |
| 17 | or not it contained the improper information? | 17:50:42 |
| 18 | A.    The least of which, I don't know what's -- what | 17:50:48 |
| 19 | was or what was not contained, so I -- it could be one | 17:50:53 |
| 20 | of the many, many speculated things that one can go | 17:51:00 |
| 21 | about doing to try to discern the facts, I think, that | 17:51:06 |
| 22 | you're looking for, but whether definitively I can say | 17:51:10 |
| 23 | opening up this redacted report will lead to such fact | 17:51:14 |
| 24 | finding, I do not know. | 17:51:19 |
| 25 | Q.    Another way for the judge to know whether or | 17:51:23 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

248

| | | |
|---|---|---|
| 1 | not, on December 22nd, 2012, there was a disclosure of | 17:51:26 |
| 2 | Nokia, Apple financial information that shouldn't have | 17:51:31 |
| 3 | happened would be to produce this redacted report that | 17:51:36 |
| 4 | was attached, but that hasn't been done either, has it? | 17:51:39 |
| 5 | A.    I'm sorry, sir, produce it -- what do you mean | 17:51:43 |
| 6 | by "produce it"? | 17:51:47 |
| 7 | Q.    Bring it to this deposition and give it to | 17:51:47 |
| 8 | Mr. Mueller and to me. | 17:51:51 |
| 9 | A.    Okay.  Let me understand your question. | 17:51:53 |
| 10 | MR. GORDON:  Objection.  Lack of foundation. | 17:52:01 |
| 11 | Calls for speculation.  Incomplete hypothetical. | 17:52:03 |
| 12 | THE WITNESS:  I do not know. | 17:52:11 |
| 13 | BY MR. FLINN: | 17:52:13 |
| 14 | Q.    You said that, again and again, Samsung takes | 17:52:14 |
| 15 | protective order issues very seriously. | 17:52:17 |
| 16 | If it takes it very seriously, why don't we | 17:52:19 |
| 17 | know, after a day of deposition, whether or not the | 17:52:21 |
| 18 | redacted report that Mr. Eddon sent to you on December | 17:52:27 |
| 19 | 22nd, 2012 had the financial information of Apple's | 17:52:32 |
| 20 | license with Nokia? | 17:52:38 |
| 21 | MR. GORDON:  Objection.  Lack of foundation. | 17:52:39 |
| 22 | Calls for speculation.  Argumentative. | 17:52:41 |
| 23 | THE WITNESS:  Sir, I mean, I'm not -- I'm not | 17:52:47 |
| 24 | trying to be difficult.  Again, it's my understanding | 17:52:51 |
| 25 | that there are certain stipulations that were entered | 17:52:54 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

249

| | | |
|---|---|---|
| 1 | between my client and yours that would lead to the very | 17:52:59 |
| 2 | fact-finding mission that I think you're discussing | 17:53:04 |
| 3 | here.  As to the question that I think you're posing, | 17:53:09 |
| 4 | I'm not able to answer.  I can't speculate. | 17:53:13 |
| 5 | MR. FLINN:  We're about at the end of the -- | 17:53:18 |
| 6 | I'm sorry.  Were you done with your answer? | 17:53:19 |
| 7 | THE WITNESS:  Yes, I am. | 17:53:20 |
| 8 | MR. FLINN:  We're running at the end of the | 17:53:21 |
| 9 | DVD.  Let's go off the record and -- let's go off the | 17:53:23 |
| 10 | record. | 17:53:28 |
| 11 | THE VIDEOGRAPHER:  This marks the end of Tape | 17:53:28 |
| 12 | Number 3 in the deposition of Daniel Shim.  Going off | 17:53:31 |
| 13 | the record.  The time is 5:53. | 17:53:35 |
| 14 | (Recess.) | 17:53:40 |
| 15 | THE VIDEOGRAPHER:  Back on the record.  Here | 18:03:17 |
| 16 | begins Tape Number 4 in the deposition of Daniel Shim. | 18:03:37 |
| 17 | The time is 6:03. | 18:03:41 |
| 18 | BY MR. FLINN: | 18:03:45 |
| 19 | Q.    A couple more questions, Mr. Shim. | 18:03:46 |
| 20 | A.    Sure. | 18:03:48 |
| 21 | Q.    Just, I want to make sure I understand your | 18:03:49 |
| 22 | testimony.  In answer to the questions during the course | 18:03:54 |
| 23 | of the day, you have been shown a number of instances | 18:03:57 |
| 24 | and letters in which it has been stated that details of | 18:04:01 |
| 25 | the Nokia, Apple license were communicated to a fairly | 18:04:07 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

250

1    large number of people, and you were a party to many of          18:04:10

2    those communications.                                             18:04:14

3          Do you recall, generally, that testimony?                   18:04:15

4          MR. GORDON:  Objection.  Mischaracterizes the               18:04:17

5    witness's testimony.                                              18:04:20

6          THE WITNESS:  I recall seeing many of the                   18:04:22

7    marked exhibit -- exhibits that discussed, among others,          18:04:24

8    the inadvertent disclosure that was contained in                  18:04:33

9    Dr. Teece's report, yes.                                          18:04:37

10   BY MR. FLINN:                                                     18:04:39

11         Q.    And in the ITC brief?                                  18:04:39

12         A.    And in the ITC, the PI briefing submission.           18:04:41

13         Q.    And when you say "PI," you're talking about           18:04:45

14   public interest briefing?                                         18:04:48

15         A.    That's correct, sir.                                   18:04:49

16         Q.    And it's your testimony that despite all of           18:04:50

17   those instances, you, yourself, never once saw that              18:04:55

18   confidential information; that's your testimony?                  18:05:02

19         MR. GORDON:  Objection.  Mischaracterizes the               18:05:05

20   witness's testimony.                                             18:05:07

21         THE WITNESS:  No, that's not what I'm saying.                18:05:09

22   BY MR. FLINN:                                                     18:05:14

23         Q.    Okay.  When you were a party to these various        18:05:14

24   communications regarding the Teece report and the ITC            18:05:19

25   public interest brief, did you, in fact, see that those          18:05:23

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

251

| | | |
|---|---|---|
| 1 | documents contained confidential information disclosing | 18:05:28 |
| 2 | the terms of the Apple, Nokia license? | 18:05:33 |
| 3 | A.    Not as far as I can recall. | 18:05:40 |
| 4 | Q.    And is it your testimony that as far as you | 18:05:42 |
| 5 | know, nobody who got access to that document saw that | 18:05:45 |
| 6 | information? | 18:05:50 |
| 7 | MR. GORDON:  Objection.  Vague and ambiguous. | 18:05:53 |
| 8 | THE WITNESS:  I'm not saying that, sir. | 18:05:55 |
| 9 | BY MR. FLINN: | 18:05:57 |
| 10 | Q.    Did anybody, of all of those people you | 18:06:02 |
| 11 | collaborate with on a day-to-day basis, ever say to you, | 18:06:04 |
| 12 | in substance, hey, I saw now in one of the documents | 18:06:08 |
| 13 | what the deal is with Apple and Nokia? | 18:06:13 |
| 14 | MR. GORDON:  Objection.  Attorney/client | 18:06:16 |
| 15 | privilege and work product. | 18:06:18 |
| 16 | You can answer that if you don't disclose | 18:06:19 |
| 17 | attorney/client privileged information. | 18:06:23 |
| 18 | THE WITNESS:  I'm going to follow my counsel's | 18:06:33 |
| 19 | advice and decline to answer the question, sir, on the | 18:06:35 |
| 20 | basis of privilege. | 18:06:38 |
| 21 | BY MR. FLINN: | 18:06:39 |
| 22 | Q.    I don't want you to disclose the substance of | 18:06:39 |
| 23 | any communication. | 18:06:41 |
| 24 | A.    Sure. | 18:06:42 |
| 25 | Q.    But did anybody at Samsung ever say anything | 18:06:46 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

252

| | | |
|---|---|---|
| 1 | that led you to believe that they had learned the | 18:06:57 |
| 2 | financial terms of the Apple, Nokia license? | 18:07:03 |
| 3 | MR. GORDON:  Objection.  Attorney/client | 18:07:10 |
| 4 | privilege.  Work product. | 18:07:12 |
| 5 | You can answer that so long as you're not | 18:07:13 |
| 6 | basing it solely on privileged communication. | 18:07:15 |
| 7 | THE WITNESS:  I can't answer the question, sir. | 18:07:27 |
| 8 | I cannot answer the question. | 18:07:31 |
| 9 | BY MR. FLINN: | 18:07:33 |
| 10 | Q.    Can you assure the judge that, based on your | 18:07:39 |
| 11 | personal knowledge, no one who negotiated with Nokia | 18:07:42 |
| 12 | learned of the financial terms of the Apple, Nokia | 18:07:48 |
| 13 | license from either the Teece report or the ITC public | 18:07:53 |
| 14 | interest brief? | 18:07:57 |
| 15 | A.    No, I cannot give the judge personal assurance. | 18:08:02 |
| 16 | I don't read the other people's state of mind. | 18:08:13 |
| 17 | THE REPORTER:  I'm sorry.  I don't? | 18:08:13 |
| 18 | THE WITNESS:  Read other people's state of | 18:08:13 |
| 19 | mind. | 18:08:13 |
| 20 | BY MR. FLINN: | 18:08:17 |
| 21 | Q.    I'm asking not based on reading other people's | 18:08:17 |
| 22 | state of mind.  I'm asking based on your personal | 18:08:21 |
| 23 | knowledge. | 18:08:23 |
| 24 | And the answer is, you can't give the judge | 18:08:24 |
| 25 | that assurance; correct? | 18:08:26 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

253

| | | |
|---|---|---|
| 1 | MR. GORDON:  Objection.  Mischaracterizes the | 18:08:27 |
| 2 | witness's testimony.  Attorney/client privilege.  Work | 18:08:29 |
| 3 | product. | 18:08:32 |
| 4 | You can answer that so long as your only basis | 18:08:32 |
| 5 | for answering is not based on any privileged | 18:08:35 |
| 6 | communication, if you understand it. | 18:08:38 |
| 7 | And vague and ambiguous. | 18:08:44 |
| 8 | THE WITNESS:  I cannot. | 18:08:54 |
| 9 | BY MR. FLINN: | 18:08:58 |
| 10 | Q.    Finally, I want you to take a look at | 18:09:01 |
| 11 | Exhibit 1, the protective order, and I want to make sure | 18:09:04 |
| 12 | I understand how you understood this protective order. | 18:09:07 |
| 13 | A.    Okay. | 18:09:07 |
| 14 | Q.    It's Exhibit 1. | 18:09:15 |
| 15 | A.    Sure.  Yes, I'm there. | 18:09:17 |
| 16 | Q.    Can you turn to page 5, paragraph 6, lines 14 | 18:09:26 |
| 17 | through 20, section labeled "Basic Principles." | 18:09:39 |
| 18 | A.    Yes, I'm there. | 18:09:44 |
| 19 | Q.    Okay.  And did you understand, as it says, | 18:09:45 |
| 20 | starting at page (sic) 19, "Protected material shall not | 18:09:49 |
| 21 | voluntary be distributed, disclosed, or made available | 18:09:54 |
| 22 | to anyone except as expressly provided in this order"? | 18:09:57 |
| 23 | You understood that was one of the basic principles of | 18:10:01 |
| 24 | the order? | 18:10:03 |
| 25 | A.    Yes. | 18:10:06 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

254

| | | |
|---|---|---|
| 1 | Q.    And you understood, didn't you, that the | 18:10:06 |
| 2 | financial terms of the Apple, Nokia license was | 18:10:07 |
| 3 | protected material as defined by this order? | 18:10:10 |
| 4 | A.    I do understand that.  I do also know, for the | 18:10:14 |
| 5 | record, that line 19 says and utilizes the adverb | 18:10:18 |
| 6 | "voluntarily" be distributed.  It is my personal thought | 18:10:23 |
| 7 | that what we're discussing at hand is, again, | 18:10:30 |
| 8 | inadvertent disclosure of Nokia's -- what I understand | 18:10:34 |
| 9 | Nokia to be saying is third party -- it's their | 18:10:38 |
| 10 | confidential business information. | 18:10:44 |
| 11 | MR. GORDON:  Hold on.  Hold on. Can you -- can | 18:10:46 |
| 12 | I have someone email to you the un-redacted first email | 18:10:49 |
| 13 | on Exhibit 9 now, and you can print it? | 18:10:55 |
| 14 | MR. MUELLER:  Sure. | 18:11:01 |
| 15 | MR. GORDON:  All right.  Can you give me -- | 18:11:02 |
| 16 | could you tell me the email address? | 18:11:02 |
| 17 | MR. MUELLER:  Joseph.Mueller -- | 18:11:11 |
| 18 | MR. GORDON:  Hold on one second.  Okay.  At? | 18:11:14 |
| 19 | MR. MUELLER:  Joseph.Mueller@WilmerHale.com. | 18:11:22 |
| 20 | You know it's going to be in Dutch; right? | 18:11:54 |
| 21 | MR. FLINN:  Should I continue? | 18:11:57 |
| 22 | MR. GORDON:  Yeah. | 18:11:59 |
| 23 | BY MR. FLINN: | 18:12:00 |
| 24 | Q.    You understand, don't you, that the license | 18:12:01 |
| 25 | agreement between Apple and Nokia was designated as | 18:12:05 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

255

| | | |
|---|---|---|
| 1 | highly confidential, attorneys' eyes only, under the | 18:12:10 |
| 2 | protective order? | 18:12:14 |
| 3 | A.     I have no reason to doubt your representation | 18:12:15 |
| 4 | that it was designated as such. | 18:12:17 |
| 5 | Q.     And if you look at page 11, paragraph 9-B, | 18:12:20 |
| 6 | starting at line 16 -- | 18:12:26 |
| 7 | A.     Page 11 of Exhibit -- | 18:12:29 |
| 8 | Q.     Page 11 of Exhibit 1. | 18:12:31 |
| 9 | A.     Okay. | 18:12:31 |
| 10 | Q.     The protective order. | 18:12:33 |
| 11 | A.     Okay. | 18:12:33 |
| 12 | Q.     Paragraph 9-B, starting at line 16. | 18:12:34 |
| 13 | A.     Yes. | 18:12:38 |
| 14 | Q.     That lists the people who are allowed to have | 18:12:38 |
| 15 | access to highly confidential, attorneys' eyes only, | 18:12:41 |
| 16 | information; correct? | 18:12:54 |
| 17 | A.     Yes, it is stated so here on page 11 of the | 18:12:55 |
| 18 | protective order, yes. | 18:13:00 |
| 19 | Q.     You're not one of those people, are you? | 18:13:01 |
| 20 | A.     I'm an in-house counsel. | 18:13:03 |
| 21 | Q.     And so you're not one of the people entitled to | 18:13:05 |
| 22 | that access; correct? | 18:13:07 |
| 23 | A.     That is correct. | 18:13:10 |
| 24 | Q.     Now, you testified earlier that there was a | 18:13:11 |
| 25 | provision dealing with inadvertent disclosure. | 18:13:24 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

256

| | | |
|---|---|---|
| 1 | Do you recall that? | 18:13:27 |
| 2 | A.    Yes. | 18:13:28 |
| 3 | Q.    Do you recall what this order actually says | 18:13:31 |
| 4 | about inadvertent disclosure? | 18:13:34 |
| 5 | A.    Let me take a look. | 18:13:38 |
| 6 | Q.    Without looking?  We'll get to it in a second. | 18:13:42 |
| 7 | A.    Sure. | 18:13:45 |
| 8 | Q.    But as your memory, as you sit here now, do you | 18:13:46 |
| 9 | know what this order says about inadvertent disclosure? | 18:13:50 |
| 10 | A.    As you said, it's been a while.  If you're | 18:13:55 |
| 11 | asking just strictly from my memory of having reviewed | 18:13:58 |
| 12 | this more than a year ago, I would think that it mirrors | 18:14:03 |
| 13 | many of the provisions that are typically found in a PO, | 18:14:11 |
| 14 | one of the measures being a clawback provision and | 18:14:17 |
| 15 | specific ways in which the parties may go about | 18:14:23 |
| 16 | remedying the potential harm that could arise from the | 18:14:27 |
| 17 | inadvertent disclosure. | 18:14:31 |
| 18 | Q.    None of the protective orders you recall seeing | 18:14:34 |
| 19 | ever say something like, inadvertent disclosure of | 18:14:37 |
| 20 | protected information is not a violation of this order. | 18:14:41 |
| 21 | You don't see those in common federal court protective | 18:14:45 |
| 22 | orders, do you? | 18:14:49 |
| 23 | MR. GORDON:  Objection.  Vague and ambiguous. | 18:14:51 |
| 24 | Lack of foundation.  Calls for speculation. | 18:14:53 |
| 25 | THE WITNESS:  I do not know, sir.  What you | 18:14:55 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

257

| | | |
|---|---|---|
| 1 | have pointed to before, the basic principles page, I | 18:14:58 |
| 2 | forget what page, but it says, the principle says | 18:15:03 |
| 3 | "deliberate."  It protects against deliberate, | 18:15:06 |
| 4 | voluntarily disclosure of confidential information. | 18:15:10 |
| 5 | That's not what we're discussing here. | 18:15:14 |
| 6 | BY MR. FLINN: | 18:15:18 |
| 7 | Q.    Let's look at what it says.  You'll find it on | 18:15:18 |
| 8 | page 30, paragraph 18, starting at line 6.  The first | 18:15:21 |
| 9 | sentence reads, "In the event of a disclosure of any | 18:15:40 |
| 10 | discovery material, pursuant to this order, to any | 18:15:44 |
| 11 | person or persons not authorized to receive such | 18:15:45 |
| 12 | disclosure under this protective order, the party | 18:15:47 |
| 13 | responsible for having made such disclosure, and each | 18:15:51 |
| 14 | party with knowledge thereof, shall immediately notify | 18:15:54 |
| 15 | counsel for the producing party whose discovery material | 18:15:57 |
| 16 | has been disclosed and provide to such counsel all known | 18:15:59 |
| 17 | relevant information concerning the nature and | 18:16:01 |
| 18 | circumstances of the disclosure." | 18:16:03 |
| 19 | Does that refresh your recollection as to at | 18:16:07 |
| 20 | least one of the inadvertent disclosure provisions of | 18:16:09 |
| 21 | this order? | 18:16:14 |
| 22 | A.    Let me review it.  Okay.  I have reviewed it | 18:17:04 |
| 23 | and I have a recollection as to what this means, yes. | 18:17:06 |
| 24 | Q.    And, in fact, Samsung did not comply with that | 18:17:09 |
| 25 | provision of the protective order either, did it? | 18:17:13 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

258

1        MR. GORDON:  Objection.  Lack of foundation.                    18:17:16

2   Calls for speculation.  Attorney/client privilege.  Work            18:17:26

3   product.                                                            18:17:29

4        You can answer that if you can do so without --                18:17:29

5        THE REPORTER:  Counsel?

6        MR. GORDON:  Objection.  Lack of foundation.                    18:17:35

7   Calls for speculation.  Attorney/client privilege and               18:17:35

8   work product.

9        You can answer that question if you can do so                   18:17:35

10  without relying solely on privileged communications.                18:17:32

11       THE REPORTER:  Thank you.                                      18:17:35

12       THE WITNESS:  I will follow my counsel's                       18:17:35

13  instruction and decline to answer that question on                  18:17:39

14  privilege grounds.                                                  18:17:42

15  BY MR. FLINN:                                                       18:17:43

16       Q.    You're aware, aren't you, that Nokia was                 18:17:44

17  informed that its license with Apple -- information                 18:17:47

18  about its license with Apple was disclosed to internal              18:17:51

19  Samsung people on July 16th, 2013?                                  18:17:59

20       MR. GORDON:  Objection.  Vague and ambiguous.                   18:18:02

21       THE WITNESS:  My apologies, but was that in one                18:18:14

22  of the exhibits that we went over?                                  18:18:20

23  BY MR. FLINN:                                                       18:18:24

24       Q.    No.                                                      18:18:25

25       A.    Okay.  I -- my answer to the question that you           18:18:27

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

259

| | | |
|---|---|---|
| 1 | had posed, in the form that you had, is no. | 18:18:29 |
| 2 | Q.     If the judge is interested in an explanation | 18:18:35 |
| 3 | for why Samsung told Nokia about the disclosure on July | 18:18:39 |
| 4 | 16th but waited until August 1st to tell Apple, can you | 18:18:48 |
| 5 | help the judge at all? | 18:18:54 |
| 6 | MR. GORDON:  Objection.  Vague and ambiguous. | 18:18:55 |
| 7 | Misstates the witness's testimony.  Lack of foundation. | 18:18:57 |
| 8 | Calls for speculation.  And incomplete hypothetical. | 18:19:01 |
| 9 | And attorney/client privilege and work product. | 18:19:09 |
| 10 | THE WITNESS:  I think I can answer it in a | 18:19:11 |
| 11 | number of ways, but I'd like to begin by saying I don't | 18:19:18 |
| 12 | understand your question.  I don't understand what it is | 18:19:22 |
| 13 | that you're looking for. | 18:19:26 |
| 14 | BY MR. FLINN: | 18:19:27 |
| 15 | Q.     Sure.  Let me ask you this:  Are you aware of | 18:19:27 |
| 16 | when Samsung disclosed to Nokia that the Quinn Emanuel | 18:20:02 |
| 17 | firm had disclosed to Samsung in-house personnel | 18:20:13 |
| 18 | financial details of the Apple, Nokia license? | 18:20:16 |
| 19 | MR. GORDON:  Objection.  Attorney/client | 18:20:23 |
| 20 | privilege.  Work product. | 18:20:24 |
| 21 | You can answer that if you can do so without | 18:20:27 |
| 22 | relying solely on privileged communications. | 18:20:29 |
| 23 | THE WITNESS:  I don't know. | 18:20:34 |
| 24 | MR. FLINN:  All right.  Subject to all of the | 18:20:38 |
| 25 | objections I stated at the beginning, those are all of | 18:20:43 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

260

| | | |
|---|---|---|
| 1 | the questions I'm in the position to ask now. | 18:20:46 |
| 2 | MR. MUELLER:  I just also want to note for the | 18:20:49 |
| 3 | record that we'd like this transcript to be designated | 18:20:50 |
| 4 | highly confidential, attorneys -- outside attorneys' | 18:20:53 |
| 5 | eyes only, and we can hash out any downshifting of the | 18:20:56 |
| 6 | confidentiality afterward. | 18:21:00 |
| 7 | MR. GORDON:  So you didn't get the | 18:21:04 |
| 8 | un-redacted -- | 18:21:05 |
| 9 | MR. MUELLER:  I haven't received any emails, | 18:21:06 |
| 10 | no.  And if that's the Apple Dutch submission in its | 18:21:08 |
| 11 | entirety -- I don't know what it is -- we would want to | 18:21:13 |
| 12 | redact out the non-Nokia portions before we use it, but | 18:21:15 |
| 13 | I haven't received anything. | 18:21:20 |
| 14 | All set? | 18:23:03 |
| 15 | MR. FLINN:  I've said what I was going to say. | 18:23:05 |
| 16 | I don't have anything more to say. | 18:23:06 |
| 17 | MR. MUELLER:  Yeah, are we done? | 18:23:08 |
| 18 | MR. FLINN:  We can go off the record? | 18:23:09 |
| 19 | MR. GORDON:  Well, no because I'm trying to | 18:23:09 |
| 20 | get the email. | 18:23:10 |
| 21 | MR. MUELLER:  I don't know what -- I don't know | 18:23:11 |
| 22 | what you think we're going to do with this right now, | 18:23:12 |
| 23 | but as I just said, if this is the full Dutch | 18:23:15 |
| 24 | submission -- | 18:23:17 |
| 25 | MR. GORDON:  Yeah. | 18:23:17 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

261

| | | |
|---|---|---|
| 1 | MR. MUELLER:  -- we need to redact it -- | 18:23:18 |
| 2 | MR. GORDON:  Yeah. | 18:23:18 |
| 3 | MR. MUELLER:  -- to remove non-Nokia | 18:23:19 |
| 4 | information before we actually use it.  I don't know if | 18:23:22 |
| 5 | Mr. Flinn even wants to use it right now if you're | 18:23:24 |
| 6 | giving it to him at the end of the -- | 18:23:25 |
| 7 | MR. GORDON:  No, I just want to make sure that | 18:23:25 |
| 8 | you both have an opportunity to question him, even | 18:23:27 |
| 9 | though it's in Dutch.  I'm sure he doesn't speak Dutch. | 18:23:29 |
| 10 | He's not going to be able to understand it, but I don't | 18:23:31 |
| 11 | want there to be -- | 18:23:32 |
| 12 | MR. FLINN:  I'm not going to be able to | 18:23:32 |
| 13 | understand it.  Although I made an offhanded joke about | 18:23:34 |
| 14 | staying at Holiday Inn Express, I don't speak Dutch and | 18:23:38 |
| 15 | don't have the ability to get it translated, so I'm not | 18:23:39 |
| 16 | going to ask the witness any question about it right now | 18:23:42 |
| 17 | anyway. | 18:23:44 |
| 18 | MR. GORDON:  Okay.  All right.  So we're going | 18:23:45 |
| 19 | to end the depo for tonight.  We're going to get you the | 18:23:46 |
| 20 | email.  It's stipulated that even if you got it right | 18:23:49 |
| 21 | now, you're not going to ask him any -- you weren't | 18:23:54 |
| 22 | going to ask him anything about it today? | 18:23:56 |
| 23 | MR. FLINN:  I couldn't ask anything about it | 18:23:58 |
| 24 | today.  That's correct. | 18:24:02 |
| 25 | MR. GORDON:  That's fine.  All right.  That's | 18:24:02 |

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

262

1    all on the record; right?  All right.                     18:24:04

2           THE VIDEOGRAPHER:  Here marks the end of           18:24:04

3    Videotape Number 4 in the deposition of Daniel Shim.      18:24:08

4    Going off the record.  The time is 6:24.                  18:24:08

5           (Signature having not been waived, the

6    videotaped deposition of DANIEL SHIM was concluded at

7    6:24 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

263

1                    ACKNOWLEDGMENT OF DEPONENT

2

3          I, DANIEL SHIM, do hereby acknowledge that I

4    have read and examined the foregoing testimony, and the

5    same is a true, correct and complete transcription of

6    the testimony given by me and any  corrections appear

7    on the attached Errata sheet signed by me.

8

9

10   _____     _____

11       (DATE)                    (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

264

1                    REPORTER'S CERTIFICATION

2        I, KRISTI JOHNSON, CSR No. 12585, Certified

3   Shorthand Reporter, certify;

4        That the foregoing proceedings were taken before me

5   at the time and place therein set forth, at which time

6   the witness declared under penalty of perjury; that the

7   testimony of the witness and all objections made at the

8   time of the examination were recorded stenographically

9   by me and were thereafter transcribed under my direction

10  and supervision;

11       That the foregoing is a full, true, and correct

12  transcript of my shorthand notes so taken and of the

13  testimony so given;

14       (xx) Reading and signing was requested.

15       I further certify that I am not financially

16  interested in the action, and I am not a relative or

17  employee of any attorney of the parties, nor of any of

18  the parties.

19       I declare under penalty of perjury under the laws

20  of California that the foregoing is true and correct.

21       Dated this 17th day of October, 2013.

22

23

24       _____

25       KRISTI JOHNSON, CSR No. 12585

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

265

1               E R R A T A   S H E E T

2        IN RE:  Apple -v- Samsung (01846)

3        WITNESS:  Daniel Shim

4     PAGE      LINE        CORRECTION AND REASON

5     _____     _____       _____

6     _____     _____       _____

7     _____     _____       _____

8     _____     _____       _____

9     _____     _____       _____

10    _____     _____       _____

11    _____     _____       _____

12    _____     _____       _____

13    _____     _____       _____

14    _____     _____       _____

15    _____     _____       _____

16    _____     _____       _____

17    _____     _____       _____

18    _____     _____       _____

19    _____     _____       _____

20    _____     _____       _____

21    _____     _____       _____

22    _____     _____       _____

23    _____     _____       _____

24    _____       _____

25        (DATE)                    (SIGNATURE)

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

266

1        E R R A T A   S H E E T   C O N T I N U E D

2        IN RE:  Apple -v- Samsung (01846)

3        WITNESS:  Daniel Shim

4     PAGE    LINE      CORRECTION AND REASON

5     _____   _____     _____

6     _____   _____     _____

7     _____   _____     _____

8     _____   _____     _____

9     _____   _____     _____

10    _____   _____     _____

11    _____   _____     _____

12    _____   _____     _____

13    _____   _____     _____

14    _____   _____     _____

15    _____   _____     _____

16    _____   _____     _____

17    _____   _____     _____

18    _____   _____     _____

19    _____   _____     _____

20    _____   _____     _____

21    _____   _____     _____

22    _____   _____     _____

23    _____   _____     _____

24    _____   _____

25       (DATE)                  (SIGNATURE)

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

**A**

**abide**
67:4
**abilities**
217:12 219:17
**ability**
12:15 14:16
95:22 221:7
261:15
**able**
19:10,12 66:2
68:3 74:11
107:12,15,17
121:19 140:15
149:4,13 204:16
208:3 242:20
249:4 261:10,12
**absolutely**
119:6 140:20
151:23 224:1
**access**
10:17 34:7
100:24 157:16
220:12,17
221:10 230:9,23
239:11,18 251:5
255:15,22
**accident**
160:6
**account**
105:23 180:15
**accounts**
212:11,21
**accurate**
58:19 224:1
**accurately**
59:14 62:5 89:15
129:21 135:12
**acknowledge**
22:9 263:3
**acknowledgment**
50:6 263:1
**acquisition**
187:5,15 190:5
192:3
**action**
1:9 28:12 49:13

264:16
**actions**
49:6,10
**active**
45:3,9,12 217:24
**actual**
54:16 75:10,11
247:15
**add**
159:2
**adding**
51:13
**addition**
15:13
**additional**
168:1 184:3
195:16 203:4
**address**
15:9 199:13
254:16
**administrative**
7:10 85:21 232:8
**advance**
34:8
**advantage**
106:20
**adverb**
254:5
**advertent**
205:15
**advice**
27:10 51:20 58:2
65:16 69:4
87:11 139:5
140:5 198:2
207:7 211:8
251:19
**advise**
58:4
**advising**
63:15,17
**affect**
239:8
**afraid**
66:2 168:6
**afternoon**
17:25

**afterward**
260:6
**agencies**
85:21 86:20 87:3
87:12,25 128:9
128:14
**agency**
86:14
**ago**
29:5 35:22 46:5,6
47:23 92:11
128:21 256:12
**agree**
14:21 35:3
148:16 218:19
218:21 219:20
234:24 240:3
**agreed**
5:10 91:20
**agreed-upon**
28:19
**agreement**
2:24 103:25
183:23 254:25
**agreements**
94:17 95:23
228:13 233:18
235:22
**ahead**
37:5 156:24
181:15
**Ahn**
61:1,2,6,8 83:3
90:25 106:7,9
106:15,17
122:13,17
146:13,18
147:17 160:23
169:9 186:16
187:16
**aimed**
184:10
**al**
8:7
**Alex**
137:9,10 138:1
197:1

**alike**
34:11
**allegation**
41:20 42:6,9
246:4
**allegations**
107:1,2,4,17,24
108:3,12 109:5
109:7
**alleged**
131:11
**allegedly**
52:19 55:1 56:11
56:21 91:14,16
131:19
**alleges**
56:8
**Allen**
171:16,18
**allow**
12:14,18 22:19
65:23 239:5
**allowed**
221:10,13 231:15
255:14
**allows**
34:6
**Alston**
4:14 8:19
**ambiguous**
18:19 30:10,23
31:3 32:23 33:5
35:4,10 36:5
38:9 40:1,20
48:3 53:4 62:11
63:19 65:25
73:3 75:18
78:25 82:2
85:23 86:11
99:5 101:22
102:2 105:2
107:5 115:19
132:5 147:8
158:14 176:7
181:14 185:25
204:1,8,14
212:12 219:12

221:23 236:1
237:5 240:9
251:7 253:7
256:23 258:20
259:6
**America**
1:10,12 2:5,7 4:3
4:4 160:20
**amount**
149:5 154:11
202:14 213:6
228:13
**Amsterdam**
117:7
**analysis**
159:21,25 160:2,8
160:12,15
161:13 162:3,5
162:7 163:1,3,7
163:11,16,19,21
165:1,5,7,9,17
169:22,24 170:1
170:4,6,8,10
186:25 187:11
187:13,17 188:4
188:6,13,22
189:1,3,17,22
190:1,3,12,15
**Angeles**
1:21 2:22 3:14
4:9 8:1,13
**annex**
176:2
**Annexes**
125:24
**announce**
8:25 9:15
**anonymized**
118:21 119:19
122:2 129:2
148:7,18,22
220:12,18
**anonymous**
148:14
**answer**
18:3 20:2,16 23:7
24:20 26:4,17

Case 5:11-cv-01846-LHK   Document 3142-5   Filed 07/08/14   Page 269 of 311
HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

268

26:18 27:9
29:11,16 32:11
32:13,14,15,24
33:23 34:9
35:20 37:20,22
38:10,12 39:19
39:19 40:2,3,22
40:24 41:25
43:16 49:7 63:1
63:8 64:23
65:10 66:2,7
67:17 68:1,3,8
68:21,22 69:10
69:12,20,22,24
69:25 70:23
72:16 73:7,20
73:21 74:11
76:6,14 81:19
82:6,6 87:7,21
87:23,24 89:9
97:6 104:5,8
107:8,12 108:5
108:23 114:2
127:1 138:24
139:5 140:10,15
141:12 142:10
142:15 144:13
151:21 152:2
158:7 178:2
180:14 181:14
194:24 200:21
207:7,14,16
208:6 210:5
211:8,14,20
214:5,15,17
215:3,11,22
216:8,12,25
218:8 219:8,18
221:18 222:14
223:4,8 224:10
224:11 226:19
233:15,16 234:5
236:5,7 240:13
241:7 242:20
243:13 244:1,3
244:5,8,10,14
245:8,17,20

246:8 249:4,6
249:22 251:16
251:19 252:5,7
252:8,24 253:4
258:4,9,13,25
259:10,21
**answered**
29:18 38:3 76:22
97:8 105:8
140:10 197:20
214:5 217:11
221:3,17
**answering**
73:9,13,16 218:22
219:16 241:22
253:5
**answers**
217:14 219:23
**Anthony**
111:10 159:13
186:13,14 191:4
**antitrust**
86:20 87:3,12
124:25 125:5,7
127:24 128:1,3
128:9,10,14
175:10,11,13
**anybody**
223:3,5,8,9
251:10,25
**anyway**
261:17
**apologies**
160:7 258:21
**apologize**
186:4
**appear**
100:5 121:9
163:22 164:15
263:6
**appearance**
9:15
**appearing**
179:4
**appears**
99:17 112:24
115:23 121:14

135:20 199:16
228:4 232:24
238:21
**append**
34:25
**Apple**
1:4 2:12 3:3 8:6
8:18 10:18
12:23 13:22,24
14:4 25:22 26:2
28:6 30:5 39:3
40:19 49:9,12
54:20 57:11,12
57:14,25 58:3
58:11 62:16,18
62:21 66:17,19
66:21,23 67:11
67:20 69:16
70:5,19 71:17
72:4,11,18,18
72:19 74:18
75:24 77:9 78:9
78:14,20 80:13
80:24 81:24
82:11,22 83:7
83:11,18,24
84:6,12,18,24
85:5,22 86:21
87:4 88:11 89:2
90:24 91:6,17
92:20 94:11,13
94:24 95:20
96:20 97:13
106:8,10,10,13
106:15,19,21
107:23 110:21
112:22 113:13
113:15,17,17,18
114:10,12 116:2
117:9 121:7
129:1,2,8,9,14
132:1,2,16,16
133:7,16 144:13
145:15,17 146:4
146:5 147:3,14
147:20 148:3,6
148:25 149:1,6

149:7,11,14
150:5 153:3,9
153:22 154:11
158:12 163:25
164:7 165:20
166:6,16,22
167:17,20 168:1
171:22 172:11
173:7 174:5,6,9
181:2,4,11
185:2,17 193:23
194:7 195:18,18
200:14,24 201:6
202:14 208:10
208:19,22 209:2
209:7,13,15,18
209:20 210:17
210:19,22,24
211:12,18
212:15,16 213:4
213:7 220:20
222:18,22,24
223:5,6,11,15
223:21,25 229:2
231:14 233:8
234:13,13
235:20 238:1
245:14 246:4
248:2 249:25
251:2,13 252:2
252:12 254:2,25
258:17,18 259:4
259:18 260:10
265:2 266:2
**Apple's**
5:13 33:16 71:3,5
95:23 116:15
133:12,20 154:5
154:5,9 177:20
177:25 183:22
184:20 202:7,7
202:13 245:5
246:22 248:19
**Apple/Ericsson**
212:8
**Apple/Nokia**
212:8

**apply**
45:5 240:4
**appreciate**
25:5
**appropriate**
18:15 67:16
69:16 131:18
132:18 204:5
**approval**
134:16,18
**approve**
134:11,14
**April**
5:16 81:1 91:1
164:12 196:25
238:8,24
**archive**
46:7
**archived**
45:24
**archives**
45:21
**argued**
65:13 67:11
**arguing**
66:15,22
**argumentative**
77:1 206:11,22
243:23 248:22
**arguments**
60:9,10,13,14
71:3,5 178:1
209:2,6,14,19
210:18,23 211:2
211:12,18
**arising**
242:18
**armed**
228:22 239:24
**arose**
47:12,24
**arrow**
31:25
**aside**
26:10 114:8
**asked**
73:23 81:17

Case 5:11-cv-01846-LHK   Document 3142-5   Filed 07/08/14   Page 270 of 311
HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

269

108:6,24 109:7
117:15,21
204:19 210:16
210:19,21 211:1
215:21 216:1
236:13 240:24
246:19
**asking**
17:13 21:18 44:1
46:13 55:5
58:12 62:23
63:11 64:25
65:1 68:13 69:3
69:6 74:4 76:18
82:19 87:10
89:22,23 97:22
99:21,22,24
103:2 108:8
113:15 126:7
127:4 142:2
144:6,10,17
150:6 206:19
225:4 229:20
236:2 241:2
243:3 246:13
252:21,22
256:11
**asks**
91:20
**aspect**
59:11
**aspects**
45:11 58:14 59:1
59:12 222:19,23
**asserted**
56:1,7,11,20
91:15,17
**asserting**
22:15 106:20
108:23 181:20
**assist**
90:4
**assistance**
139:18
**associate**
48:22 50:13
117:7 135:23

137:11 155:24
**associated**
224:4
**assume**
12:17 95:23
102:10
**assumed**
21:20 54:14
**assumes**
21:16 82:2
**assuming**
21:22 42:1
**assurance**
252:15,25
**assurances**
34:13
**assure**
231:23 252:10
**asymmetrical**
236:18
**asymmetry**
228:14,20,21
229:4,12 235:1
239:8,23 240:1
240:4,17,22
**Atlanta**
4:16
**attached**
5:8 19:1 28:22
33:13 49:17
90:21 92:1 93:6
95:10 109:24
115:7 124:3
135:16 147:12
149:25 151:10
176:2 178:6,22
182:15 183:16
195:8 198:6
199:3 227:17
232:12 238:11
248:4 263:7
**attaching**
155:24 164:13
168:2,24 175:1
**attachment**
114:18,24 116:1
125:22 126:8

138:4 144:22,24
155:19,20,22
156:5 157:14
159:12 168:5,6
171:9 176:10
178:4,12 186:3
193:8 195:19,21
195:22 198:16
199:16,21
200:10 203:4
244:19 245:24
247:8,16
**attachments**
19:1 20:9 153:19
199:15 200:11
244:19
**attempt**
42:17,25 44:2,21
59:9
**attempted**
43:13 131:21
**attention**
91:4 94:8 152:17
**attorney**
61:8,10,11,12,15
70:1 142:19,21
217:1,18,20
218:12 220:1
235:19 264:17
**attorneys**
1:18 70:2 88:10
88:13,14,18
89:1,8 144:3
174:3 193:17
196:23 211:17
226:9 255:1,15
260:4,4
**attorney/client**
22:14 23:6 24:20
32:9,12,16 33:6
38:24 39:1,8,17
40:1,3,21 41:23
42:3 63:9 66:4
67:4 69:11
70:22 72:14,15
74:9,13 76:12
87:5,15 89:11

97:4 101:10
104:3 105:13,17
107:6,9 126:25
127:2,3 138:22
138:25 139:21
139:24 158:6
180:7,10 203:21
207:1,4 208:7
211:3 217:1,14
218:12,24 224:8
224:12 226:17
226:20 242:7,17
251:14,17 252:3
253:2 258:2,7
259:9,19
**August**
6:8,18 149:19
150:3,12,20
151:16 153:25
168:3 176:11
178:3,5 183:20
200:9 201:16,24
203:6,16 208:16
259:4
**Australia**
83:19 172:12,17
**Australian**
172:10
**authored**
129:10
**authorized**
220:17 257:11
**auto**
45:15,19 46:9,17
**automatically**
45:1,21
**available**
122:18 146:20
155:16 225:2
253:21
**Avenue**
2:20 3:12 8:13
**average**
74:18 131:23
**aware**
22:12 32:3,6,19
38:15,19 39:23

40:17 41:14,18
49:10 167:12
168:19 176:5
221:19,21 222:4
222:5 243:12,20
258:16 259:15
**a.m**
1:22 8:2 115:24

—————————

**B**

**B**
5:7 6:1 7:1 65:13
**back**
12:10 47:24 54:2
70:15 93:22
100:4 105:19
109:19 121:8
122:21 141:19
141:24 150:14
150:24 151:2
153:12 156:22
171:3 178:3
180:3 201:14
210:11 212:3
249:15
**Bae**
159:15 162:25
188:5 189:25
**bar**
218:2
**bargaining**
228:21 240:1
**based**
64:23 68:21
74:11 110:19
173:5 207:3,8
208:7 252:10,21
252:22 253:5
**basic**
34:12 253:17,23
257:1
**basically**
54:17
**basing**
65:8 252:6
**basis**
11:25 14:21
41:20 62:14

68:17,22 70:10
73:20,21 87:16
94:14,25 207:5
242:22 243:3
251:11,20 253:4
**Bates**
5:22,24 6:3,5,12
6:15,22 7:3
**Baxter**
137:9,10,11 138:1
157:8
bears
108:2,11 109:12
**Becher**
150:2,12 151:5
155:6 157:10
167:22,25
176:12 183:19
185:8 195:11
200:2 203:7
**Becher's**
153:2,25 154:3,21
157:14 159:12
171:9 184:13
194:11 201:3,5
205:9 208:9
**Becker**
16:5 140:3
becoming
56:25
began
46:3 77:9 80:23
beginning
92:15 111:8
159:9 204:19
221:24 259:25
begins
8:4 93:22 105:25
135:19 156:18
171:4 249:16
behalf
3:2 4:2,12 8:18
8:20,22 10:5
143:14 237:7
belatedly
185:24
belief

33:8 35:23 46:9
46:17,20 215:18
216:21 217:6
218:15,25
believe
12:25 14:14,17
27:15,19 29:18
31:4 32:5,24
33:7 34:17 35:7
35:20 36:20
37:14 38:6 39:2
48:9 49:13 52:8
54:12 55:16
62:20 64:16,16
76:22 82:2 97:8
97:20 105:20
110:13 114:13
127:22 130:14
139:1 140:10
142:4,19 153:14
156:25 170:21
173:17 175:23
183:8 190:19
197:25 201:23
204:9 207:11,17
208:3,17 209:9
215:17,24 216:4
216:4,11,20,25
221:3,17 222:23
223:5,10 225:10
225:14 229:1,3
237:25 242:5,15
245:19 252:1
believes
36:21 219:7
**Bellefont**
170:19 171:13,14
belonged
149:14
**Beomjum**
187:9
best
10:22 60:16
217:11 219:17
225:16
better
130:7

**Beyond**
113:17
**Beyong**
160:11 165:4
169:21 187:10
bifurcated
118:1,3
big
144:22
**Bird**
4:14 8:19
**Bishel**
4:20 8:12
bit
40:15 52:21
57:13 82:18
85:11 86:11
blacked
184:21
**Blake**
172:6
**Boris**
90:24
boss
230:5
**Boston**
3:7
bottom
91:9 107:23
116:10 121:14
135:19 136:8
202:5 241:23
243:17
breach
34:12 205:1,5,6
206:8 207:11,25
208:4
breached
34:18 35:8 36:20
37:15,23 38:2,7
38:16 206:17
216:6
breaches
204:20
break
53:23 93:12
109:15 140:22

141:18 153:13
170:22 207:17
211:22
breakdown
18:15
**Brian**
60:18 61:13,14
82:25 101:6
102:22 112:9
122:9 125:19
160:13 169:15
175:18 187:1
191:8 198:14
230:5
brief
98:14 99:11,14,16
99:25 185:4
197:23 198:17
198:20 199:23
250:11,25
252:14
briefing
184:8 186:8
250:12,14
briefs
59:17 79:11,15,19
80:3,6,9 98:3,6
98:10 99:1
185:10 209:14
**Briggs**
157:15,19
**Bring**
248:7
**Brinkman**
116:23 241:19
**Bristow**
198:9,16,19
**Bristows**
168:8,9,15 171:15
broad
168:17
broadly
59:5 86:12
103:18 105:4
139:12 214:2
broken
31:6 32:4,7,20

33:4,10 35:24
36:10,22 215:14
215:20 216:17
216:23 217:7
**Brunswick**
51:3
**BTG**
52:10
bullet
155:22 157:13
159:11 164:11
165:25 166:15
167:5,8 168:7
171:8 174:7,24
175:24 176:1,10
176:16,21
177:11 178:4,12
178:13,16,17
184:20 186:10
186:11 193:8
195:24 196:18
196:25
business
10:14 205:19
228:22 239:5,10
239:12,16,17,25
254:10
button
45:23
**Bye**
9:21
**Byungsik**
187:14
**Byung-Gun**
160:14 187:12

─────── **C** ───────
**C**
3:1 4:1,1 5:1 6:1
7:1 266:1
**Cal**
39:3 131:3
**Caleb**
124:24 125:2
128:6 175:10
**California**
1:2,4,21 2:12,22
2:25 3:14 4:9

Case 5:11-cv-01846-LHK Document 3142-5 Filed 07/08/14 Page 272 of 311
HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

271

8:1,8,13 28:13
72:3 129:7,9
133:25 150:5
151:7 152:22
238:18 264:20
**call**
12:5 28:13 47:16
82:15 83:16
101:1 134:18
145:19 217:17
**called**
10:9 48:9 95:5
**calling**
98:18
**calls**
19:24 26:16
30:23 35:11
36:5,5,12 37:7,7
59:20 66:1 72:8
73:3,4,6 74:9
90:14 93:1 96:7
97:4 100:13
101:10 103:13
104:22 126:25
128:16 129:4
132:24 134:24
141:1 145:4
159:1 164:3
165:22 166:18
177:6 179:25
194:22 197:16
200:18 201:9
203:21 204:14
206:10,21,24
209:25 210:8
222:8 226:17
230:13 232:4
234:1 235:5
237:3,17 242:9
243:6,6 247:11
248:11,22
256:24 258:2,7
259:8
**camera**
9:19 14:3
**capacity**
112:15

**caption**
1:17 2:1 150:4,13
150:20 201:24
201:25
**Cardozo**
50:22
**care**
135:9 185:19
**careful**
150:15 217:13,16
**carries**
112:5
**case**
8:9 15:24 16:1
21:9 28:9,11,13
28:15 30:2 31:7
32:4,8,21 33:4
34:8,18 35:8
36:21 39:3
41:11 49:8,21
52:8,11 56:5,6
56:18,20,23,24
57:8,9 58:14
62:18,21 64:5
64:15 65:13,14
66:19 81:5
83:22 84:4,10
84:16,22 85:3,9
107:19,20 114:8
117:9,12 123:16
131:3,7,15
132:22 133:3,8
133:25 139:3,5
139:6,9,11,14
139:16,19,20
141:15,17 142:5
142:9 143:10,18
146:15,16 150:4
150:5,13,13
151:7,15 152:22
183:9,12 201:17
201:18,18
202:21 205:14
205:14 208:16
215:15 216:18
218:8 231:23
235:14

**cases**
29:23,25 30:5
38:17 49:5,9
51:24 52:11,12
52:17 53:2 55:6
55:14 56:1,4,15
57:13,14,18,20
57:24 58:21,23
58:24 63:6,16
64:6,7,9,13
69:15 77:23
79:11 80:13,23
81:13 85:14
88:11 89:2
113:21 114:7
129:14 158:12
158:24 204:6
209:15
**case-by-case**
62:14
**casual**
34:5 231:24
**categories**
18:17,20 19:2
**category**
18:25
**CBI**
232:23 238:20
**CC**
112:17 124:9,14
124:18 127:23
135:21 198:10
198:12 199:12
**CC'ing**
137:8
**cellular**
72:5,12 96:18
118:24 119:1,4
119:9 132:21
133:2
**center**
159:16 160:23
163:23 169:9,10
186:16
**CEO**
61:2
**certain**

18:25 25:17
39:14 40:9
41:21 45:1,11
56:2 73:24,25
85:20 86:15,17
88:14 91:12
92:17 101:8
107:1 116:17
117:22 118:23
119:8,14 127:16
133:7 152:1
166:1 183:22
193:11 222:19
222:23 228:2
232:22 234:9
248:25
**certainly**
77:21 92:18
168:18,18
177:16 209:8
**certainty**
148:20 149:4,5,9
212:15,25 213:6
222:21
**CERTIFICATI...**
264:1
**Certified**
264:2
**certify**
264:3,15
**cetera**
30:17
**Cha**
112:3,8 161:2
187:20 191:12
**chain**
121:8,13 135:18
182:24,25 183:1
183:2,3,6
241:12,16
**chance**
94:2 173:12,15
**chances**
144:24
**Chang**
89:5 111:18,20
122:11 124:6

161:10 164:20
175:1,6 188:2
191:2 192:17
**change**
54:13 93:12
170:23 220:3
**changed**
25:12 54:17
**characterization**
17:10 218:20,21
219:15 236:22
**characterizations**
219:20
**characterize**
98:17
**chart**
119:17
**chase**
63:3
**Cha's**
112:5
**check**
98:5 141:18
**checking**
98:8
**Cheolwoo**
187:16
**Chi**
78:12,22 80:5
161:14 169:11
186:20
**chief**
60:25 106:1
109:6
**choose**
35:20
**Chris**
125:7,9,12 127:24
128:7
**Chung**
159:20 186:24
189:18
**Cindi**
160:3,18 162:1
187:6,6 188:19
**CIPO**
60:25

circulated
158:22,23
circulation
153:5
circumstance
130:4
circumstances
10:22 64:5
  140:21 257:18
circumventing
45:6,14,15
city
159:19
Civil
1:9 28:11
claim
12:23
clarify
10:1 25:1,14 75:5
  75:20 85:25
  88:12 101:15
  134:13 210:14
  221:12
clawback
256:14
Clayton
78:6 80:1 89:5
  92:5 97:14
  115:25 121:20
  121:24 122:7,22
  123:6 125:17
  162:20 165:14
  169:18 175:16
  189:19 191:25
clean
246:24
clear
15:23 20:21
  23:17 28:11
  65:7 67:2 85:12
  107:14 108:19
  109:3 127:6
  136:7 149:8
  154:22 155:2
  156:14,21
  180:13 183:1
  207:10 225:16

231:12 245:8,22
clearly
15:11 107:22
Click
31:23
client
34:9 51:20 58:3,4
  108:13,16 249:1
clients
34:11
client's
60:16
Clifford
173:12,15
cloak
221:2
closely
105:6 214:4
club
145:19,20,22
  146:6,10,13,15
  146:23 220:14
  229:23
clue
64:4
cognizance
218:11
collaborate
251:11
collaborative
231:8
collaboratively
230:24
colleague
54:5 110:18
  111:13,18,21,22
  111:24 112:3
  143:6 159:22
  161:2,17,21
colleagues
33:9 35:23 88:22
  101:2 127:23
  215:19 216:22
  217:6 227:2
  230:2
collective
134:19 226:9

collectively
11:24 193:23
college
51:9,14,14
combined
154:10 202:14
come
9:25 13:4 27:6
  83:2 89:6 209:8
  230:3 236:16
  240:19 242:15
  245:21
comes
9:12 13:7,8,12
  19:4 64:14 88:3
  88:3
comfortable
224:2
coming
13:22 226:10
comment
60:13 67:17
  197:14
commented
198:1
commenting
198:19
comments
134:7 168:24
  197:23 198:16
  199:18,22
commercial
94:17
Commission
57:18 85:17 86:3
  86:6,10,16
  111:2 126:3,11
  126:23 127:10
  127:15 128:20
  128:24 168:16
  173:19 174:12
  174:20 176:3,6
  184:6,8 185:13
  186:8
Commission's
184:3
commitments

65:23 66:11,14,22
common
235:19,23 236:3
  236:11,15
  237:19 256:21
communicate
60:2,5
communicated
87:2,12 89:8
  166:10 249:25
communication
32:16 68:18,24
  69:11 87:15,17
  126:23 127:5,9
  217:18 242:18
  244:16 251:23
  252:6 253:6
communications
32:12 39:1 40:4
  42:4 59:1 63:12
  65:1,12 67:9
  86:5,16,17,20
  87:10 88:5,6,9
  88:25 89:11
  101:25 102:5
  107:9 127:2,3
  139:1,24 156:19
  157:1 180:10
  210:12 211:6
  224:13 226:20
  242:16 245:17
  246:21 250:2,24
  258:10 259:22
companies
91:20 234:20
  235:20
company
1:14 2:9 8:7 46:3
  53:21 91:22
  126:6 137:24
  192:25 231:20
  231:22 236:24
  237:8 243:8
comparable
228:24 229:19
comparing
229:18 240:11

competitors
237:13 239:4
competitor's
237:25
complainant
49:12 52:10
complete
11:24 263:5
completely
15:20 229:20
compliance
204:5
complied
10:16,19
comply
257:24
component
56:17,24
comports
132:14
Compound
77:2 86:23
concept
52:14
concerning
257:17
concluded
262:6
conclusion
213:5,9
conduct
94:25
confidence
94:12
confidential
1:18 10:14 11:1
  12:23 13:15,22
  13:24,25 14:1,5
  30:17 32:12
  34:7,10,10
  40:19 65:12
  67:14 68:2
  69:10 90:11
  94:25 95:21
  96:17,25 97:12
  97:18,24 98:6,9
  98:15,22 99:13

106:14 116:2
127:2 138:25
153:7 180:9
195:19 200:15
201:6 205:19
211:5 224:12
228:2,22 231:21
232:22 233:6
234:15,23
235:10,22
238:19 245:19
250:18 251:1
254:10 255:1,15
257:4 260:4
**confidentiality**
30:16 92:19 96:4
96:11 99:3,8
145:19,20 146:6
146:10,15,23
207:24,25
220:14 221:2
229:23 234:11
260:6
**confirm**
14:2
**confirmation**
91:20
**confirmed**
9:23
**confirming**
9:16
**conflicts**
14:18
**confused**
206:15
**connect**
156:6
**connection**
85:22 86:21 87:3
110:24 112:20
113:22 117:12
139:3,15 141:17
143:17 164:7
166:6,9 167:16
171:24 172:15
173:6 174:5
181:11,25

240:23
**Connolly**
113:20 114:4
181:8 182:2
**consent**
10:13
**consider**
17:14 98:24 99:3
99:8 200:15
212:22
**considered**
40:19
**considers**
14:5,5 56:2
**consisted**
220:10,11,17
**consistency**
59:9
**consistent**
37:3 72:25 132:4
138:11
**consisting**
157:16
**constitutes**
193:5 236:21
**consulted**
89:18
**consuming**
215:4
**consummated**
222:24
**contact**
16:2 225:9
**contacted**
224:25 225:7,23
**contain**
99:17 154:8
202:11 245:13
**contained**
20:18 29:10
99:13 155:19
168:4 177:19
185:1 195:19
201:6 223:20,24
225:3 245:2
247:17,19 250:8
251:1

**containing**
175:2 185:4
**contains**
233:5
**contemplate**
94:16
**contemplated**
15:20 122:16
146:18
**contemplates**
15:15
**contemporaneo...**
225:14
**content**
98:14 242:20
243:21
**context**
21:9 40:16 42:16
53:7 58:3,15
62:14 80:2,5,8
96:20 97:13
128:8,13 129:14
130:5 132:1
133:25 180:25
183:11 227:7
**contexts**
96:24
**continue**
254:21
**continued**
1:17 2:1 81:2,4
**continues**
154:3 155:12
156:19 184:13
184:14,25
**continuously**
81:6
**contractual**
95:21
**contractually**
234:10
**contrary**
230:20 231:19
**control**
13:8
**controls**
204:5

**controversial**
234:19
**conversation**
62:24 77:7 82:16
**conversations**
76:1,2,24 231:24
**convey**
62:22 89:21,23
**coordinate**
59:3,5 77:22
80:12 84:4,15
84:21 85:2,9,13
86:9,11 196:9
196:14
**coordinated**
197:18,22
**coordinating**
84:9
**coordination**
81:12
**copies**
232:16
**copy**
152:24 153:4
177:18 242:3
243:18
**corporation**
1:5,9,11 2:4,6,13
4:12
**correct**
19:15 20:24
25:19,22 34:21
35:25 36:3,10
43:7 48:12,13
49:14 51:17
53:22 55:8,23
55:25 56:3,13
56:14,16 57:15
57:16,18,21
62:17 66:9,11
66:16,23 67:9
67:13,22 68:6
69:17 71:11,18
72:6 73:14,18
74:24 75:25
77:23 78:9,10
78:15 79:6,9,12

79:15 80:23
81:2,3,4 83:19
83:25 84:7,8,13
84:19,25 85:1,6
85:14,17,22
86:7,17 88:15
91:13 92:6 96:5
97:12,18,24
101:8 108:13
109:9,14 111:2
111:3 112:7
116:24 117:10
117:19,22,23
118:10,15,18,21
118:25 119:1,12
119:20,23,24,25
120:1,3,4,6,11
120:12,17
121:21 122:20
122:23 128:4
131:12,13,15,19
132:4,19,22
133:3,8,17,21
134:2,5,22
142:7 143:15
145:24,25 146:3
146:13,24 148:8
148:11 149:11
154:1 155:11
167:6 168:21
172:20,25
173:20 174:9,13
174:17,22
176:15,19,23
177:11,21
180:18 181:10
181:24 183:9,10
183:12 184:11
193:25 194:2,3
194:9,20 195:4
198:9,11 199:23
200:3,6,11,16
201:7 202:22
208:10,20,21,23
208:24 213:10
216:3,10,24
217:15,19

Case 5:11-cv-01846-LHK   Document 3142-5   Filed 07/08/14   Page 275 of 311
HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

274

220:13,18,19
225:18 230:25
231:17 235:3,11
235:22,25
236:14,19
243:18,19
244:15,20,24
245:25 247:9
250:15 252:25
255:16,22,23
261:24 263:5
264:11,20
**CORRECTION**
265:4 266:4
**corrections**
263:6
**correctly**
54:11 241:22
**corresponded**
149:1,10
**correspondence**
64:25 65:3 77:18
78:1,3,14,20
104:19 210:4
234:13
**correspondences**
77:14 97:15
**counsel**
8:15 17:2,4 31:10
32:7,20 33:4,9
33:10 34:7,11
35:24 36:25
38:11,12 41:2
43:3 45:16
47:20 48:12,17
51:18 52:18
53:2,16,18 54:9
54:15,22 55:4
56:25 58:1
59:22,23 60:2,5
60:8,9 62:5
63:15 67:15,24
68:10 69:1 70:6
76:22 88:21
98:8,9,11,19,21
99:12,17 100:4
100:18 101:14

105:3 106:12
110:18 113:9
116:15 117:13
125:4,8 128:1
130:13 131:1
134:7,11,15,21
135:2 139:12
140:23 141:5
143:9 150:6
152:5,15 154:25
159:22 160:9,16
160:25 161:2,6
161:10,12,16,20
161:22 162:10
162:12,16,18
163:12 164:20
164:24 166:19
167:8,19 168:11
168:18 169:5,7
169:13 170:3,19
171:18 172:10
172:23,24
174:11 175:6,11
175:13 176:17
178:10 179:20
181:19 185:6
187:3,18,20,23
188:2,3,9,14,15
188:16,23 189:8
189:10,12,13,15
190:8,16,17
191:2,9,10,12
191:19,20,23,24
192:7,8,15,17
196:11,15
198:11 199:10
204:15 207:15
208:2 209:3,5
210:1,4,12,14
210:16,19 211:6
211:19 214:1
215:14,19,20
216:17,22,23
217:7 219:5,14
221:9 226:11
227:22 243:9
244:17 255:20

257:15,16 258:5
**counsels**
173:17
**counsel's**
24:21 27:10
37:25 104:7
107:11 139:4
140:4 207:7,13
211:7 218:16
251:18 258:12
**countenancing**
34:8
**Counterclaim-...**
2:14 3:3
**Counterclaim-...**
2:10
**countries**
174:9
**country**
86:21
**couple**
10:12,24 85:21
120:15 127:22
249:19
**course**
11:23 25:21 78:7
99:4 144:7,12
158:24 184:14
217:18 249:22
**court**
1:1 8:8 10:4
23:14 28:9,18
28:21 33:12,15
34:5,11,17 36:2
38:20 49:6,16
49:19 55:24
56:12 57:14
60:10 64:24
65:3,9 67:19
68:19 71:3,5,21
85:17 90:20,23
91:25 92:3 93:5
93:8 95:9,13
105:24 109:23
115:6 116:17,21
117:19,21,22,25
118:8 119:7,21

120:6,24 121:5
121:6 124:2
129:1 135:15
139:2 140:1,17
147:4,23 149:7
149:16,24 151:9
155:16 167:10
178:21,24
182:14,17
183:15,18 195:7
198:5 199:2
213:20 220:20
221:11 227:16
232:11 238:10
238:18 242:16
242:17 256:21
**courts**
67:9 117:23,23
129:22
**Court's**
14:18 34:12
**covered**
63:9 66:4 216:5
242:6
**covering**
176:16
**create**
228:14 229:4
239:8
**created**
184:15
**Crites**
161:24 188:19
**CSR**
264:2,25
**current**
48:11 104:13
**currently**
16:21 83:16,18,24
113:24 114:2,5
**customary**
158:12,16 185:19
**cut**
63:3
**CUTLER**
2:19 3:5,11
**CV-11-01846**

8:9
**C-A-L-E-B**
125:2

**D**
**D**
4:1 6:1 7:1 266:1
**damages**
131:9,10,14
**Daniel**
1:20 2:17 5:2 7:6
7:8,12 8:5 10:8
16:19 93:19,23
111:21 137:15
155:25 160:21
164:24 169:7,20
170:25 171:4
175:22 187:18
187:19 191:10
191:11 196:13
227:12 232:7
238:7 249:12,16
262:3,6 263:3
265:3 266:3
**data**
239:11,12
**date**
8:10 54:9 115:12
123:11 157:5
263:11 265:25
266:25
**dated**
5:16,18,19,20 6:8
6:10,18,20
90:25 92:9
93:10 95:14
124:6 136:4,4
136:14,20 150:3
150:12 156:8,16
157:4 183:19
195:11 232:9
241:13 264:21
**dates**
156:22
**David**
138:5,6 153:8,20
153:21 244:24
245:13

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

275

Dawson/Ashurst
172:6
**day**
15:11 42:24
  157:2,6 235:24
  236:12 248:17
  249:23 264:21
**days**
15:19
**day-to-day**
251:11
**DC**
48:21 50:16
  110:19,19
  111:10,11
  159:14 160:10
  186:15 190:17
  191:5 192:16
  196:24
**deal**
15:4 205:23
  251:13
**dealing**
16:5,9 255:25
**dealings**
240:5
**dealt**
26:7 85:11
  117:11
**December**
136:5,14,20 137:6
  138:2,21 142:4
  143:22,25
  153:12,16
  155:23 156:8,12
  156:15,16,18,23
  156:23 157:4
  225:18,19,20
  244:21 246:9,14
  248:1,18
**deciding**
232:1
**decision**
130:20 214:14
  218:7,14
**decisions**
221:14

**declaration**
7:6,8,12 105:24
  106:1,7 227:11
  228:1,7,10
  232:7,21 233:2
  234:10 235:2,7
  235:15 236:20
  238:7,17 239:22
**declare**
264:19
**declared**
65:23 264:6
**decline**
32:13 37:20,22
  38:12 104:8
  207:7 211:8
  251:19 258:13
**declined**
38:1
**defend**
132:10
**defendant**
4:2 52:13 114:17
  139:7
**Defendants**
1:15
**defended**
132:13
**defined**
254:3
**definitely**
148:23
**definition**
149:3 193:5
**definitive**
137:2 148:15
  149:3 213:9
**definitively**
37:14 126:9
  148:13,25
  149:14 156:6
  157:12 222:11
  234:8 235:14
  247:22
**degree**
50:24 51:2
  212:15 222:20

**Delaware**
1:13 2:8
**delete**
44:12,14 45:15,19
  45:23 46:9,17
  99:18 100:6
  197:6,10 225:4
**deleted**
44:16,18 46:18
**deletes**
45:1
**deletion**
45:15 46:10
**deliberate**
218:11 219:19,24
  219:25 257:3,3
**deliberately**
218:20,25
**demands**
70:20 71:10
**deny**
137:25
**department**
88:1,6 101:3,3
  111:19,22,25
  112:1,4,9
  126:13,16
  127:19 143:6
  160:19 161:3,7
  161:9,11,19
  162:22 226:10
  226:13
**depend**
159:3
**depending**
159:4
**depends**
130:4 144:22
  158:17 193:4,4
**depo**
261:19
**DEPONENT**
263:1
**Depos**
10:5
**deposed**
12:2 17:6 246:20

**deposition**
1:20 2:17 5:9 6:2
  7:2 8:5,12,25
  10:22 11:10,23
  12:17 14:16,20
  14:23 15:8,11
  15:18 17:20,23
  24:15,17 29:7
  40:15 54:6
  93:19,23 170:25
  171:4 215:11,25
  217:6,19 219:23
  248:7,17 249:12
  249:16 262:3,6
**Derek**
3:10 54:5
**Derrick**
160:22
**describe**
18:16 59:2
  230:21
**described**
59:6 114:19
  154:23 155:6
  240:21
**description**
95:5 96:10
  230:22
**designated**
146:22 195:18
  254:25 255:4
  260:3
**designation**
193:3
**designed**
107:22 205:15,25
**desire**
233:20
**desk**
98:23
**despite**
250:16
**detail**
212:14
**details**
104:25 140:6
  155:18 168:3

213:22 239:10
  245:14 249:24
  259:18
**determinations**
75:13,17
**determine**
98:14
**detriment**
239:9
**develop**
80:12 89:22,24
  103:10 209:6,14
  209:18 210:18
  210:23 211:2,11
  211:17
**developed**
63:4,13 231:8
**developing**
90:2 209:1
**development**
24:24 25:4,8,15
  25:25 26:5
**dictate**
106:21
**difference**
156:25 240:15
**different**
36:24 51:21
  62:12,13 63:16
  63:16,16 73:23
  192:22 218:4
  229:20
**differs**
130:5
**difficult**
67:25 105:4
  214:2 227:7
  235:12 248:24
**direct**
50:8 82:25 91:4
  94:8
**direction**
264:9
**directly**
177:3 184:10
**disadvantage**
228:16 229:5

239:6,19,21
**disagree**
17:10 69:2
**discern**
148:17 149:4,13
247:21
**disclose**
14:4 18:9 26:12
42:2 65:11
68:25 139:23
180:9 207:5
211:5 220:23
224:11 247:16
251:16,22
**disclosed**
11:4 35:14 65:14
98:7 155:14
209:1,11 220:25
223:14,17 245:4
247:1 253:21
257:16 258:18
259:16,17
**disclosing**
12:22 32:15 40:3
89:10 92:20
251:1
**disclosure**
5:11 10:13 35:13
40:5 41:3 47:12
194:5,5,6,7,12
194:25 204:17
205:10,20,23
221:20,22 222:6
228:13 239:3
240:5,23 248:1
250:8 254:8
255:25 256:4,9
256:17,19 257:4
257:9,12,13,18
257:20 259:3
**disclosures**
39:14,24 40:9,18
123:8 168:4
186:6 193:23
194:17,19 200:2
200:6,11 202:22
203:5,24 204:11

205:1,15,16
206:1,6 220:8
222:5
**discovery**
5:12 10:18 15:15
15:16,19 38:20
39:14 40:9
42:13,18 43:2,9
43:14,18 44:3,7
44:19 46:11,19
46:23 47:8 48:2
58:5 107:21
257:10,15
**discuss**
13:24 90:10
105:10 214:7
**discussed**
44:9 119:17,18
120:7 131:24
132:1 145:8,14
148:7 171:16
172:19,21
212:24 213:2
223:3,4 243:9
250:7
**discusses**
152:18 233:7
**discussing**
54:8 96:12
237:19 249:2
254:7 257:5
**discussion**
102:13 130:15
**discussions**
75:7,16,20,21,23
76:5,7,10,19
77:25 78:3
79:17 85:20
101:21 102:7,17
102:19 103:2
127:12,14,16,18
128:9,13,20
234:21
**dispute**
95:4 96:10 107:3
107:17 112:22
113:16 124:15

179:5,7 180:22
181:1 182:4,9
182:11 193:19
193:20 199:10
**disputes**
86:22 87:4
**disputing**
156:9
**distributed**
253:21 254:6
**distribution**
178:8 179:1
**District**
1:1,2 8:8,8 23:14
28:12 49:6
55:24 56:12
57:14 72:3
85:17 139:6
150:4 151:6
221:11 238:18
**Division**
1:2 8:9
**divulge**
67:14
**divulging**
63:9 68:2
**DOC**
144:24
**doctor**
133:13
**doctrine**
74:14 105:16
208:8
**document**
14:15 18:9 20:22
20:23 21:2,10
21:13,21,23,24
22:2,4,9,12,13
22:14,15,18,20
22:22,25 23:2,6
23:8,18,24
33:23,24 34:24
46:21,25 47:6
65:10 94:5 96:7
100:25 137:5
151:24,25 154:4
178:19 194:22

202:6 203:10
224:15,17,18,20
225:13 227:20
232:14 238:13
238:15 243:2
251:5
**documents**
7:11 11:19 13:10
14:13 18:1,7,11
18:17,18,24
19:5,7,14 20:17
26:8,11,13,16
26:19,21,23
27:3,16 28:2,5
40:15 42:11,18
42:25 43:4,14
43:18,22,24
44:2,4,6,8,11,22
44:22 46:10,14
46:18 47:13,25
47:25 63:24
64:2 66:5 98:25
100:11 147:12
154:5 181:3
185:5 200:17
201:9 202:7
232:9 251:1,12
**doing**
42:21 50:14
121:3 177:3
196:17 247:21
**Donaldson**
133:13
**Donovan**
199:5,8
**DORR**
2:19 3:5,11
**dot**
144:24
**doubt**
93:2 115:15,16
137:6 198:24
211:19 255:3
**download**
144:18 145:1
**downloaded**
144:14

**downshifting**
260:5
**dozen**
52:11
**Dr**
61:1,2,6,8 83:3
90:25 106:7,9
106:15,17
122:13,17
129:10,24
130:11,20,22
131:1,6,8,17,21
131:24 132:3,8
132:17,21 133:2
133:7,13,19
134:1 135:5,7
138:21 146:13
146:18 147:17
152:18 153:2
154:16 157:9
160:23 169:9
177:7,15 186:16
226:22,24,25
250:9
**draft**
59:17,19 79:11,14
86:17,19 88:5
98:10,14 99:1
99:11,14,16,25
104:10,16,19
126:10,13,15
130:3 131:5
134:5,15 144:15
158:13 184:19
185:1,4,10
197:14 198:1
199:22
**drafts**
131:4 144:5,14,15
144:18 158:11
181:2 184:15
185:20,25
**Drahos**
189:6
**drive**
47:13,14 48:7
**due**

Case 5:11-cv-01846-LHK Document 3142-5 Filed 07/08/14 Page 278 of 311
HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

277

12:2 156:25
240:22
**duly**
10:9
**Dutch**
27:22 116:20
117:13,23 120:2
120:9,10,24
122:3 123:8,16
123:20 128:25
129:1 145:7,12
146:15,16,25
147:4,19,23
149:7 172:24
212:16,22,24
220:20 221:1,6
221:11 222:22
254:20 260:10
260:23 261:9,9
261:14
**DVD**
93:12 170:23
249:9

**E**

**E**
3:1,1 4:1,1,1 5:1
5:7 6:1,1 7:1,1
265:1,1,1 266:1
266:1,1,1
**earlier**
52:21 79:10
117:15 145:8
146:12 148:7
156:4 172:19,22
183:9 212:24
214:23 215:11
226:8 230:4
234:12 235:2,6
255:24
**early**
41:9 184:15
**earn**
51:1
**East**
52:12
**Eastern**
139:6

**echo**
10:25
**Eddon**
135:20,22,23
136:14,20 137:7
138:1 153:17
155:23 156:12
157:8 243:18
244:20,22
246:10 248:18
**Eddon's**
157:4
**Edward**
160:25 199:5
**effect**
45:25 46:7
**effort**
44:5 196:9 226:9
**eight**
17:23 109:21
229:25
**either**
11:21 64:9 121:3
152:13 166:16
166:22 207:16
230:20 231:19
248:4 252:13
257:25
**elaborate**
105:15 130:7
**elaborated**
146:17
**Electronics**
1:8,10 2:3,5 4:2,3
8:7,23 16:23
61:23 126:6
160:24 161:1
169:10 193:1
228:3,25
**Ellis**
113:19,21 180:19
181:3 193:9
195:25 196:2,4
199:9,22
**email**
5:22,24 6:3,5,12
6:15,22 7:3 9:13

9:15 16:1,7
45:11 60:3
101:25 110:3,11
112:24 113:3
115:10,10 116:6
116:11,17,20
117:2 121:8,9
121:20 122:21
122:25 124:6
135:18,19 136:4
136:6,8,13,14
136:16,19,24
137:1,6,7 138:5
140:20 153:16
155:23 156:4,8
156:16,22 157:4
157:15 164:12
165:25 168:8,23
174:24,25
176:17,24 178:7
178:25 179:6,8
179:9 180:3
182:18 183:6
190:20 195:19
196:3,7,19
197:1,6,9 198:8
198:22 199:5,13
199:14 225:9,11
241:12,15,17,23
242:2,23 243:12
243:14,17,17,22
244:20,21 247:8
254:12,12,16
260:20 261:20
**emails**
18:25 19:1,19
20:4,9 42:22
44:12,14,15,17
45:1,5,10,18,19
45:22 46:1,13
46:15 138:1
153:13 157:7
168:2 183:3
260:9
**Emanuel**
4:6 8:21 9:1,3
16:2 39:15

110:3 113:10,20
114:7,8 135:23
135:25 137:12
138:9 139:2
140:1,16 144:4
144:8,10 149:18
153:4 155:12,24
157:15,21 183:4
184:2,15,19
185:2 195:16
197:1,3 225:1,6
225:20 259:16
**Emanuel's**
112:18 113:9
**embedded**
168:25
**emphasizing**
96:4
**employed**
16:22
**employee**
264:17
**employees**
166:14 196:11,15
200:15 210:21
246:20
**employer**
219:4
**endless**
123:23
**enforced**
64:10
**engage**
72:18,24 132:15
234:20
**engineer**
159:15,24 160:1,7
160:14 161:4,18
162:2,4,6,20,23
162:25 163:2,4
163:6,8,10,15
163:18,20
164:22,25 165:6
165:8,12,14,16
169:16,18,23,25
170:1,5,7,9,15
175:16 179:12

187:9,12,14,16
187:21,25 188:5
188:10,12,21,25
189:2,16,19,21
189:23,25 190:2
190:4,6,10,11
190:13,14
191:13,17,25
192:2,3,5,6,11
192:13,19,21,22
192:23,24 193:5
**engineers**
193:2
**English**
17:8,9,12,14
**ensure**
11:11 59:9 62:4
94:11 98:6
135:11 204:5
230:8
**ensuring**
59:13 89:14
**entail**
58:13
**entered**
10:20 15:14
213:4 248:25
**enterprises**
230:25
**entire**
29:20 130:3
203:4
**entirely**
14:17
**entirety**
94:4 260:11
**entitled**
22:7 33:22
107:24 140:20
206:18 207:19
244:23 255:21
**entries**
149:13
**entry**
21:12,19 148:25
149:10
**Eric**

110:3 112:3
161:2 187:20
191:12
**Ericsson**
55:12,21 56:7,9
56:11,15 64:14
113:25 114:3
154:10 179:21
180:22 181:1
193:21 199:11
201:6 202:13
208:10 236:25
237:4 246:22
**Errata**
263:7
**ESQUIRE**
3:4,10 4:5,13
**essential**
52:15,19 55:1,6
56:2,8,12,21
65:24 71:25
72:20 91:14,17
131:11,19
**establish**
22:16
**et**
8:7 30:17
**ETSI**
94:15
**EU**
173:18
**EunHa**
161:4 187:21
**Europe**
86:3 168:11
**European**
86:2,6,10,13,16
126:11,23
127:15 128:20
128:24 168:15
173:19 174:12
174:20 176:3,6
**event**
135:2 156:9
257:9
**Everrette**
196:21

**EVP**
82:25 112:11
**ex**
245:16
**exact**
25:11
**exactly**
131:4
**exam**
218:2
**examination**
5:2 16:15 213:16
264:8
**examined**
10:10 263:4
**example**
44:12 58:11
60:10 65:12
66:20 72:2 86:2
101:4 103:22
119:5 148:24
221:14 236:25
**examples**
52:6
**excessive**
70:20 71:10
**exchange**
126:3 137:25
157:7
**exchanged**
77:15 131:4
153:3 185:2
**exchanges**
94:23
**excuse**
145:14 151:3
165:12 193:10
**execute**
59:16
**executed**
238:8
**execution**
81:12
**executive**
60:20 61:21
105:23 161:14
165:2 169:11

170:11 186:18
186:20 230:5
**exhibit**
5:9,10,13,15,16
5:18,19,20,22
5:24 6:2,3,5,8
6:10,12,15,18
6:20,22 7:2,3,6
7:8,12 28:19,20
33:11,16 39:13
42:13,19 49:15
49:20 90:19,23
91:24 92:3 93:4
93:9 94:3 95:8
95:13 105:20
109:22 110:3
115:5,9 122:22
124:1,5 130:8
135:14,18
145:10 149:23
150:2,11 151:1
151:4,8,16
152:5,10,16
153:14,15 156:8
157:11 167:21
168:5 178:20,24
182:13,17,23,25
183:7,14,18
195:6,10 198:4
198:8 199:1,5
201:19,20,23
202:1,18,24
203:2 208:17
227:11,15
229:13 232:7,10
233:5,7 238:6,9
241:12,14,14,17
243:15,16
244:14 250:7
253:11,14
254:13 255:7,8
**exhibits**
151:14 154:6
202:8 203:18
250:7 258:22
**existence**
92:16 222:4

existing
95:20
**expect**
9:24 12:21,21
13:21 98:21
**experience**
49:25 50:8 51:14
51:15,16 237:10
**experienced**
237:11
**expert**
59:19,21 73:6
129:10,13,21,23
131:9,10,14
133:12,16,20
134:11 135:2
138:6,20 142:4
152:18,21 153:8
153:21 157:9
242:12 244:23
245:12 247:16
**experts**
67:20 133:18,20
**explain**
34:21 37:2 45:17
108:20 204:11
219:7 228:19
229:11 239:17
241:2
**explained**
171:12
**explanation**
107:15 204:16,25
259:2
**express**
215:5 261:14
**expressed**
65:2
**expressly**
253:22
**extends**
58:24
**extent**
11:11 27:11 57:2
59:20 60:15
128:23 174:18
197:24 220:1

228:23 243:8,24
**eye**
215:4
**eyes**
1:18 255:1,15
260:5
**E-D-D-O-N**
135:20

**F**
**fact**
9:25 21:16,21
22:17 67:8 69:3
69:4 70:3 82:2,9
86:15 87:11
102:20 103:4
118:7 127:4
132:17 156:10
157:1 199:21
228:7 236:23
246:7 247:2,23
250:25 257:24
**facts**
64:4 107:23
235:15 243:11
243:20 244:1,6
245:16 247:21
**factual**
18:10 107:1
109:5 125:23,23
126:10,10,13,16
**fact-finding**
249:2
**fact-specific**
62:13
**failures**
10:20
**fair**
14:8 24:7,10,11
24:24 25:9,18
26:2 28:1,1 36:9
52:21,24 88:23
88:23 119:3
148:19,19
**fairly**
175:3 235:19
249:25
**faith**

Case 5:11-cv-01846-LHK   Document 3142-5   Filed 07/08/14   Page 280 of 311
HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

279

67:12,21 71:22
71:23,24 105:10
105:12 214:7,13
214:14,16,22
215:2
**familiar**
21:4,5 49:25
52:14 63:24
104:25 139:25
168:9 213:22
220:7
**familiarity**
50:2
**far**
15:11 44:20,24
46:2,2 48:4
52:20 97:11,17
97:23 100:7
106:16 124:13
140:22 146:7
147:18 154:17
176:8 179:15
196:12 209:3,16
223:22 230:19
245:6,20 251:3
251:4
**feature**
45:15,20
**February**
116:12 117:3,19
123:9,11 145:12
**fed**
9:1
**federal**
256:21
**feed**
8:25 9:20
**feel**
208:11 224:2
**fellow**
210:21
**field**
59:6,8
**fields**
51:22
**Figueroa**
4:7

**figure**
75:11
**file**
7:10 99:12 153:8
175:1 232:8
**filed**
98:15 227:12
**files**
244:22
**filing**
50:6 155:16
158:18 176:3
181:4
**filings**
65:3 67:19 71:3,5
116:17
**final**
158:13 212:6
**Finally**
253:10
**financial**
193:23 194:7
212:7,10 222:17
223:14,21,24
236:24 237:15
237:24 239:11
239:18 240:23
240:25 245:4,14
245:24 247:1
248:2,19 252:2
252:12 254:2
259:18
**financially**
264:15
**find**
21:12 22:7 95:24
128:6 209:22
241:10 246:6,23
247:2,7 257:7
**finding**
247:24
**fine**
9:20 52:25 67:6
140:23 261:25
**finish**
219:3
**finished**

97:1 110:5 158:5
**firm**
48:21,23 50:13,17
137:11 157:20
167:9,16 168:9
172:6,9,18,21
173:4,5,15,24
181:8,22 198:9
199:8 259:17
**firms**
113:12 174:8,15
193:12 196:1
197:13,18,22
218:5
**first**
10:9,25 14:16
17:7 18:16
26:15 29:3 39:2
39:23 40:17
42:8 51:18 56:9
57:3,8,9 60:22
62:18 72:23,25
74:18 94:9
95:18 110:10
115:20,22 123:1
124:20 129:8
135:19 136:4,7
136:13 141:2,10
142:25 143:2,3
150:4,8 151:6
151:23 157:4,13
159:11 164:15
167:4 168:7
171:8 174:7
176:16 177:11
182:23 184:1
186:11,13
190:19 195:15
203:7 223:23
241:15 254:12
257:8
**Fish**
113:19 114:1
180:23 181:6
193:9,17 195:24
196:1,5 199:22
**five**

51:10 246:20
**Flinn**
4:13 5:4 8:19,19
10:12 15:5 16:4
16:7,10 114:10
211:24 213:17
215:1 219:22
222:1,13 224:19
226:23 227:10
227:18 229:10
229:22 230:15
232:6,13 234:4
235:8 236:4,10
237:9,21 238:12
240:14 241:9
242:11 243:10
244:7,12 246:5
247:14 248:13
249:5,8,18
250:10,22 251:9
251:21 252:9,20
253:9 254:21,23
257:6 258:15,23
259:14,24
260:15,18 261:5
261:12,23
**Flinn's**
10:25
**Floor**
4:8
**fluent**
17:8,11,14,17
**focus**
152:17 239:15
**focusing**
21:10
**folks**
110:15 121:23
169:2 176:22
**follow**
24:21 27:10
31:20,21 34:11
104:7 107:11
118:12 139:4
140:4 207:6
211:7 251:18
258:12

**following**
29:14 91:7 105:7
214:4
**follows**
10:10 12:13
**follow-up**
215:24
**foregoing**
263:4 264:4,11,20
**foreign**
23:12,13 58:23,24
59:7,25 155:16
242:19
**forget**
25:2 257:2
**form**
20:5,6 23:3
184:17 259:1
**former**
111:1 155:23
169:18 180:16
**formerly**
160:25 161:6
162:18 163:4,6
165:14 169:25
170:1 175:16
187:5,23 189:19
191:25
**formulate**
75:3
**formulating**
75:6
**forth**
94:10 156:22
264:5
**forward**
15:3
**forwarded**
142:19 146:9
183:3
**found**
21:1 38:16
256:13
**foundation**
19:24 30:22
35:11 36:4,11
37:6 47:15 66:1

90:13 92:25
96:6 97:3
100:12 101:9
103:12 104:21
126:24 128:15
129:3 132:23
134:23 145:3
158:25 164:2
165:22 166:17
177:5 179:24
194:21 197:15
200:18 201:8
203:20 204:7,13
206:10,21
209:24 210:7
222:7 226:17
230:12 232:3
233:25 235:4
237:2,16 242:8
243:5 247:10
248:10,21
256:24 258:1,6
259:7
**foundational**
22:17
**four**
16:25 27:16 46:5
46:6 149:18
**fourth**
157:25 167:8
**framed**
222:8 230:13
234:1 235:5
**France**
84:12
**Francisco**
9:3,4 10:3
**FRAND**
24:7 52:23 53:3,6
53:11,14 56:15
56:23 57:1,4,8
57:10 58:5,13
58:18,21 59:2,3
60:9 62:5,9,19
62:22 63:5,14
63:17,25 64:19
65:22 66:11,14

66:22 67:12,21
69:16 70:2,4
73:1 77:22 79:4
79:15 80:2,6,9
80:12 81:11,12
81:25 82:10,17
82:21 83:6,9,15
83:22 84:4,9,15
84:21 85:2,9,13
86:6,9 89:15,24
90:2,5 91:12
110:23 112:15
112:21,24 113:3
113:14,22 114:9
117:16 118:1,4
118:8 127:14,19
128:8,13 129:15
132:4,14 133:17
135:12 139:9
158:21 159:5
166:11,15,21
167:6 168:20
171:23,25 172:4
172:14 173:9,10
174:16 176:13
176:19,22
177:15,16,21
178:1,7 179:1
180:19,21,23
182:2,6 183:4
183:11 184:11
185:15 193:14
193:25 194:9,19
195:4 196:10,14
198:1 199:6,17
209:2,6 210:18
210:23 211:2,11
211:17
**FRAND-commi...**
70:20 71:10,18,25
74:17 77:12
131:18
**FRAND-related**
135:24 137:12
166:12 167:18
172:16 174:18
174:21

**frankly**
15:25 16:9
**free**
18:11 65:10
208:11
**French**
168:24 170:20
171:21
**frequently**
228:12
**Freshfields**
116:11 241:18,24
**Friday**
241:13
**Friedberg**
48:10
**front**
122:21 130:18
200:8 202:19
241:13
**FTP**
144:5,8,11,23,25
145:2 157:16
**full**
10:17 220:1
260:23 264:11
**fully**
100:3,5
**funny**
19:10
**further**
15:15,16 23:24
156:24 213:12
264:15
**future**
228:15

────── G ──────
**gain**
106:19 239:5,18
**general**
30:11,14 63:12
89:7,10 96:15
97:22 103:1,3
144:20 196:16
208:2 237:18
**generally**
42:23 129:13

130:2 144:6,7
144:17 197:21
217:20 221:19
235:16 250:3
**generic**
90:9
**generically**
102:12
**gentleman**
78:5,11
**Georgia**
4:16
**Germany**
174:3,5,6
**getting**
134:17 243:4
246:15
**Girdwood**
196:21
**give**
21:11 47:21 52:3
55:2 79:24 86:2
90:4,6 142:18
150:8 151:3,4
180:5 198:13
207:21 230:3
240:15 243:2,3
243:15 244:1,5
248:7 252:15,24
254:15
**given**
42:23 51:22
222:21 230:16
230:20 263:6
264:13
**giving**
183:21 214:9
215:22 261:6
**gleaned**
212:14
**go**
12:6 14:3 15:3
37:5 50:21,23
70:11 100:25
120:13 121:8
122:21 124:19
140:6,24 141:19

144:25 164:19
175:3 178:3
180:3 181:15
190:22 201:14
218:23 241:15
247:20 249:9,9
256:15 260:18
**goals**
62:4
**goes**
34:25 61:22
183:1 227:8
231:19
**going**
9:12 11:6,17,18
11:22 12:7,16
14:2,3,20,23
15:1,2,3 17:22
19:10 26:8
31:14 40:14
43:5,6,20 51:8
52:23 53:24
58:25 64:18
65:20 70:10,12
88:17 93:19
99:18 100:5
107:11 109:16
116:14 120:8,13
120:15 135:13
138:8 139:4
140:4 141:11,21
149:16,20 150:7
150:14,24 151:4
151:13 168:6,19
170:25 171:7
178:18 183:20
186:4 190:21
207:6 208:6
211:7,25 213:20
215:10 216:7,13
221:8,8 224:1
227:10 243:1
246:17 249:12
251:18 254:20
260:15,22
261:10,12,16,18
261:19,21,22

262:4
**good**
8:4 16:4 67:12,21
71:21,23,24
105:10,12 214:7
214:13,14,16,22
215:2
**Gordon**
4:5 8:21,21,24
9:10 11:14 12:2
12:4,12 13:2,6
13:14,18 14:9
14:25 15:9,23
16:6,8,11,13
17:13,16,21
18:3,8,15,19
19:23 20:15
21:16,20 22:4
22:21 23:5,17
23:21,23 24:5
24:19 25:3,11
26:12 27:8,11
27:17 29:9,16
30:10,22 31:2
31:13,16,20,22
31:24 32:9,14
32:22 33:5,21
34:23 35:4,10
36:4,11,17,23
37:6,18,25 38:8
38:24 39:7,17
39:25 40:11,20
40:25 41:6,23
47:15 48:3 53:4
55:9 62:11
63:19 65:7,18
65:25 67:2,23
68:7,17 69:9,18
70:7,22 71:6,12
71:19 72:7,14
73:2,6,11,19
74:5,8,20,25
75:18 76:12
77:1 78:25
80:17,20 81:14
82:1 85:23
86:23 87:5,13

89:9 90:13
92:25 93:14
96:6 97:1,3 99:5
100:12 101:9,22
102:2,8 103:12
104:3,21 105:2
105:13 107:5
108:4,19,22
115:19 126:24
127:6 128:15
129:3 132:5,23
133:4,9 134:23
136:7 138:22
139:21 140:24
141:7,10,13,20
142:10,15 145:3
146:14 147:8
150:16,21
151:21 152:1
156:14 158:5,14
158:25 164:2
165:21 166:17
166:23 176:7
177:5,12,22
179:24 180:7
181:13 185:24
194:21 197:15
200:17 201:8,19
202:24 203:10
203:20,25 204:7
204:13 206:9,20
206:24 207:1
209:24 210:7
211:3 212:12
214:18 219:10
221:23 222:7
224:8 226:16
227:4 229:7,15
230:12 232:3
233:25 235:4
236:1,6 237:2,5
237:16 238:3
240:8 241:5
242:8 243:5
246:1 247:10
248:10,21 250:4
250:19 251:7,14

252:3 253:1
254:11,15,18,22
256:23 258:1,6
258:20 259:6,19
260:7,19,25
261:2,7,18,25
**Gosma**
3:10 54:5
**gotten**
64:10
**governed**
92:18
**Grand**
2:20 3:12 8:13
**grappling**
240:19
**grasping**
58:13
**Gray**
181:22 182:6
**Grewal**
37:4 39:13 40:8
42:12,19 43:1
43:15,19 44:3,7
44:10,18 46:12
46:23 47:8 48:1
106:6 107:22
**Grewal's**
10:17 15:12
44:23 46:19
105:19 109:4
130:9
**ground**
22:5,6 35:20
37:20 73:9,13
208:7
**grounds**
14:15 21:18
29:12 32:23
38:25 66:3
73:16 104:8
207:8,14 217:4
258:14
**group**
18:23 88:17
100:17,19
112:14 122:1

125:5,7 128:1
128:11 149:21
157:23 158:23
158:24 220:10
220:16
**guess**
16:5,5 80:16
231:5
**Guy**
135:20,22,23
136:14,20 137:7
138:1 153:17
155:23 156:12
243:18 244:20

_____
**H**
_____
**H**
5:7 6:1 7:1 265:1
266:1
**Hague**
23:14 24:3 26:10
221:12
**HALE**
2:19 3:5,11
**half**
49:2
**Han**
160:16 170:15
188:23
**hand**
63:17 64:5
149:16 219:18
235:14 254:7
**handed**
33:15 49:19 93:8
178:24
**handle**
58:1
**handling**
198:3
**Hankil**
161:6 187:23
**happen**
11:7,22 203:19,24
**happened**
118:7 209:23
248:3
**happening**

90:7 100:8
**happy**
103:4
**hard**
47:13,14 48:7
95:24
**harm**
240:2 256:16
**hash**
11:9 14:22 260:5
**head**
61:23 79:22
102:24 112:12
159:20 160:23
162:9 165:2
169:9,10,11
170:11 186:16
186:18,20 187:7
**headline**
72:18,22 131:25
**headquarters**
111:14,15,16
159:16,17
**hear**
13:21 57:3
**heard**
9:10 13:6 41:13
41:14 214:11
224:21 241:22
**hearing**
13:13 60:11
118:8 140:2
**heavily**
136:10
**Hee**
190:16
**held**
2:17 48:14
**Helen**
168:8
**help**
77:22 79:4 80:12
86:9 89:21,24
103:10 221:14
259:5
**helped**
51:24 54:21

Case 5:11-cv-01846-LHK   Document 3142-5   Filed 07/08/14   Page 283 of 311
HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

282

**helpful**
246:13
**helping**
59:3 75:3 83:21
84:3,15,21 85:2
85:8,13
**hereto**
28:22 33:13
49:17 90:21
92:1 93:6 95:10
109:24 115:7
124:3 135:16
149:25 151:10
178:22 182:15
183:16 195:8
198:6 199:3
227:17 232:12
238:11
**Heungju**
161:8 165:12
187:25 191:13
**hey**
251:12
**hide**
246:16
**highly**
1:18 116:2
232:22 233:6
238:19 255:1,15
260:4
**hit**
45:23
**Ho**
61:1 90:25
160:11,23 169:9
169:21 186:16
187:10
**Hojin**
89:5 111:18
122:11 124:6
161:10 164:20
175:1,6 188:2
191:2 192:17
**hold**
11:14 14:20,23
32:1 80:17 82:1
102:8 150:24

206:16,18
224:15,17,18,21
225:13,15
226:16 238:3
254:11,11,18
**Holiday**
261:14
**Honor**
218:24
**Hopson**
168:8,24
**Hoshin**
161:12 170:3
188:3
**Hosik**
187:4
**host**
58:6
**hours**
12:18 17:23
157:6
**house**
222:4
**hundred**
148:20 149:9
212:25
**Hwan**
165:10 170:17
175:8
**hypothetical**
206:10,21 209:25
210:8 219:12
229:8,21 240:9
248:11 259:8
**hypothetically**
99:21
**HyuckSon**
192:19

_____
**I**
**icon**
31:18
**idea**
13:5
**identification**
28:21 33:12
49:16 90:20
91:25 93:5 95:9

109:23 115:6
124:2 135:15
149:24 151:9
178:21 182:14
183:15 195:7
198:5 199:2
227:16 232:11
238:10
**identified**
91:21 155:13
168:3 195:16
200:2
**identifies**
193:11
**identify**
8:15 22:3 42:25
44:21 82:8,21
83:14,16 103:1
111:7 121:17,19
137:13 152:25
159:8 164:14
169:2 200:5,11
242:22
**identifying**
150:7
**identity**
8:15 149:13
**IlMan**
159:15 188:5
**imaged**
47:13 48:7
**immediately**
9:13,24 50:23
111:8 257:14
**imperfect**
19:18
**implicate**
105:16
**implicates**
74:14 140:14
**implications**
207:24
**important**
217:5,10 219:19
235:25 236:14
236:16,21
**imposed**

119:21 120:6
**impression**
35:19 37:19
38:11 66:4 73:4
**impressions**
35:14 36:6 37:8
37:10
**improper**
247:17
**improperly**
11:4,11 215:7
225:24
**inadvertent**
168:4 194:5,11,18
204:17 205:10
205:20,23 206:1
206:3,6 250:8
254:8 255:25
256:4,9,17,19
257:20
**inadvertently**
154:7 195:2
202:11 209:11
223:17
**inbox**
98:23
**include**
119:4 120:19
153:6 214:14
231:2
**included**
27:22 120:16
156:4 157:23
184:21
**includes**
199:12 203:4
**including**
11:3 25:21 46:15
49:11 50:3
85:16 91:22
94:15,23 135:5
135:7 144:18
193:24 197:2
198:9
**inclusive**
44:9
**incomplete**

206:9,20 209:25
210:8 219:11
229:7 240:8
248:11 259:8
**incompletely**
138:10,13,16
154:24 155:7,13
155:24 156:5,10
157:9 164:13
167:10 168:2,25
175:2 176:1,14
177:2 178:5,14
179:22 186:7
201:1 202:23
**inconsistent**
36:2
**incorrect**
194:4
**independent**
15:21 48:8 81:19
81:22 82:4,14
136:25 137:3
**independently**
80:14 98:24
99:22 226:2
**indicates**
198:2
**indicating**
25:3
**individual**
128:3
**individuals**
83:13 119:25
122:2 163:24
164:7,14 165:19
166:1 167:5
174:15 176:13
177:11,16
193:11,15 194:8
**InDong**
192:11
**industry**
235:23 236:3,11
236:15 237:14
237:19
**inference**
213:8 235:13

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

283

**influenced**
232:1
**inform**
9:23
**information**
10:14 11:2,4,6,8
11:12,20 12:19
12:23 13:4,12
13:17,22 14:1,6
21:11,19 30:16
30:17 31:9 34:7
34:10 39:15,20
40:10,18,22,25
41:21 42:1,3
46:23 63:9
67:15 68:2,9
69:21 70:24
72:16 74:13
76:16 87:8
89:21,24 90:4,6
91:7,11 94:13
97:7 98:6,9,22
99:13,18,20
103:9 106:17
107:18 108:2,11
108:25 109:12
117:22 118:21
119:8,15,16
120:2,14 121:7
121:18,19 147:7
147:16 153:7
154:4,15,20
158:8 168:1
177:19,25 185:1
185:4 193:24
194:8 195:17
200:14,24 201:7
202:6 205:19
208:10,19,22
209:1,6,11,13
209:18 210:6,13
210:17,22 211:2
211:11,17 212:7
215:7 220:13,18
220:19,23,25
221:7,10,11,14
221:22 223:17

224:5 225:3
228:2,15,20,23
229:4 230:9,17
230:23 231:21
232:23,23 233:6
233:9,12,20,23
235:2 236:19
237:14 238:19
238:19 239:7,8
239:18,22,25
240:4,22,24
242:23 245:2,13
245:19,21,25
246:12,25 247:5
247:17 248:2,19
250:18 251:1,6
251:17 254:10
255:16 256:20
257:4,17 258:17
261:4
**informed**
9:2 106:7 258:17
**infringement**
58:11
**inherently**
58:13
**initial**
72:18,22 185:3
**injecting**
218:25
**injunctions**
65:23 66:10,14,21
**Injung**
186:22 191:6
198:14
**injury**
240:22,25 241:3
**Inn**
261:14
**innocence**
218:16,16,17
219:1,4,7,8
**inquired**
47:3 92:18
**inserted**
184:20
**inside**

63:18 68:23
**instance**
80:15 82:15
99:23 130:5
155:15
**instances**
32:6,19 38:15,19
155:13 195:17
208:5 249:23
250:17
**instruct**
20:15 24:19 27:8
29:11 35:13
37:9 104:5
**instructed**
21:17 108:17
197:6
**instructing**
18:8 41:25 68:20
87:13 207:5
**instruction**
24:21 29:14 67:4
69:9 104:8
107:12 180:15
207:13 230:20
258:13
**instructions**
157:16,22 230:16
**intellectual**
60:25 106:2
109:6 233:8
235:18 237:11
242:12
**intend**
13:14,16
**intended**
153:5,5
**intending**
215:5
**intent**
223:19
**intentional**
205:15,21 206:1,6
**interaction**
126:2
**InterDigital**
55:13 56:18,20

114:6 181:19,20
182:1,5,8,10
**interest**
184:4 250:14,25
252:14
**interested**
15:16 259:2
264:16
**interests**
94:17
**internal**
65:1,12 68:18
113:6 154:5
202:7 258:18
**internally**
75:24 220:12
226:5
**International**
57:17 85:16
111:2 184:2
**introduce**
149:20
**investigate**
209:4
**investigation**
52:9 128:24
155:17 173:18
173:19 174:13
**involve**
55:1 56:15,23
114:13,15 139:9
**involved**
24:23 25:1,12,25
52:17,18 53:1,3
53:14 57:9
62:19 64:12
75:7,13,16 76:2
76:5,8,25 77:25
83:18,21,24
84:3,9,15,21
85:2,8,12 89:16
112:14 117:16
128:19 140:8,19
174:21 226:13
227:2
**involvement**
55:6 128:23

**involves**
11:20 49:11
74:13 227:3,5
**involving**
52:10 57:18 58:4
63:6 243:9
**in-house**
92:20 98:9,19
163:23 170:19
174:10 196:11
196:15 221:21
255:20 259:17
**IP**
49:6 61:23 101:3
112:12 159:16
159:23 160:13
160:17,23 161:5
161:6,17,21,23
162:9,11,13,14
162:17,19,23
163:5,8,13,23
164:22 165:3
169:5,9,10,13
169:15,16,19
170:1,12,15
175:7,7,8,18,20
186:15,16,19,23
187:1,3,5,9,14
187:20,22,24
188:9,14,15,17
188:23 189:5,11
189:12,15,23
190:4,6,10,13
190:16,17 191:5
191:6,8,9,12,19
191:20,22,23,24
192:2,3,6,7,16
196:24
**issue**
12:5 13:20 15:25
39:24 55:7 74:1
95:25 114:16
158:18 220:4
**issued**
28:9
**issues**
11:10,25 17:21

Case 5:11-cv-01846-LHK   Document 3142-5   Filed 07/08/14   Page 285 of 311
HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

284

24:7 26:7 42:12
43:1,4 44:3,6,9
44:18 47:7,12
47:24 48:1
51:21 53:3,7,11
53:14 56:16,23
57:1,10 58:2,4,5
58:5,9,11,13,18
59:6,8 60:9
62:19 63:7,17
70:2 77:22
78:23 79:4,15
80:2,6,9 81:11
81:12,25 82:11
82:17,22 83:22
86:6 89:15 99:3
99:7,8 110:23
112:15,21
113:14,23 114:9
127:15,19 128:3
128:8,13 129:15
133:17 137:12
139:9 140:14
159:5 166:11,16
166:21 167:6
168:20 171:23
172:1,4,14
173:9,11 174:16
174:21 176:13
176:19,22
177:17 180:20
180:21,24 182:3
182:7 183:11
184:9,11 193:14
193:25 194:9,20
195:4 196:10,14
198:1 199:6
207:24,24,25
240:20 248:15
**Italian**
167:16,17,19
**Italy**
84:6 167:9,19
**ITC**
49:6,8,9 50:3,5,9
52:8 55:24 56:5
56:6,12,18,19

181:21 183:9
197:14,23
198:17,19
201:17 203:15
205:12 250:11
250:12,24
252:13
**Item**
91:19
**Items**
91:21

_____ **J** _____

**J**
4:13 153:8,21
244:24 245:13
**Jae**
8:23 111:13
163:14
**Jaehawk**
159:24 165:6
170:9 189:21
**Jaehwan**
161:16 188:9
**JaeHyoung**
161:18 188:10
191:17
**JaeHyun**
160:1 165:8
170:7 188:12
**Jaewan**
78:11 161:14
169:11 186:20
**Jae-il**
159:22 188:14
191:19
**James**
124:20 161:20
188:7,15 191:15
191:20 230:6
**Jang**
187:4 190:10
**Japan**
84:18 166:13
**Japanese**
166:9 172:23
**Jay**
170:13 192:9

**Jeff**
161:22 188:16
**Jennifer**
179:17,19 183:1
**Jimmy**
111:24
**Jin**
160:6,7 165:10
170:17 175:8
187:9 189:16
**Jinho**
175:13
**job**
1:23 137:21
**Joe**
8:17
**John**
4:5 8:21
**Johnda**
161:24 188:19
**Johnson**
1:25 2:24 10:5
48:24 49:1,24
50:12 264:2,25
**joined**
50:11 51:18
53:21 54:6
**joining**
48:20 57:6,9
**jointly**
134:19
**joke**
261:13
**Jonghee**
162:2 163:17,17
163:18 188:21
**Jose**
1:2 8:9
**JOSEPH**
3:4
**Joseph.Mueller**
254:17
**Joseph.Mueller...**
254:19
**judge**
10:16 15:12
34:21,25 35:3,9

35:18 36:9,21
37:3,4 39:13
40:8 42:12,19
43:1,15,18 44:3
44:7,9,18,23
46:11,19,23
47:8 48:1
105:19,22 106:6
106:25 107:22
109:4 116:22
130:9 131:5
139:3 218:23
219:9 231:23
243:1,4 246:16
246:19 247:25
252:10,15,24
259:2,5
**judges**
73:25 116:22
241:24 242:16
242:24
**judge's**
116:21
**Julie**
160:16 188:23
**July**
5:20 41:9,10,15
95:14 124:6
126:4,22 174:25
176:2,24 258:19
259:3
**Jun**
192:13
**June**
5:19 93:10
115:13,24,24
122:25 123:13
232:9,22 233:3
241:13
**JunHong**
162:4,4 188:25
**jurisdictions**
59:10
**jury**
72:3
**Justice**
88:1,6 126:14,17

127:20
**justified**
66:13
**justify**
131:21 243:12,21
244:2,6

_____ **K** _____

**Kahng**
111:10 159:9,13
186:14,14 191:3
**Kang**
60:20,23,24 61:10
61:19,19 83:1,9
83:12 112:11
142:23 143:7
161:6 162:10
163:12 165:2
169:5 170:11
186:18 187:3,23
191:9 192:7,11
198:14 230:6
**Karin**
110:17 160:9
190:17 192:15
**Kassabian**
9:4 10:2
**keep**
24:9 90:11 96:17
97:12,18,23
100:10 233:23
234:6,22 235:10
235:20
**keeps**
100:16
**Ken**
9:5,6 78:17
125:20 162:8
191:21
**Kenneth**
162:8 175:20
189:4
**kept**
96:25
**KE-FR**
199:17
**Kijoong**
60:20,22 83:1,12

112:11 165:2
170:11 186:18
198:14 230:6
**Kim**
8:23,23 60:18,19
61:12,13,13,14
61:16 78:6,8,22
80:1,1 82:25
83:5,6 89:5 92:4
92:5,5,8,24 93:9
94:21 95:14,19
96:3 97:14
101:6 102:22
112:9,10 115:25
121:20,24 122:7
122:9,23 123:4
123:6,13 125:17
125:18,19
160:13,25 161:4
161:16,18 162:2
162:16,20
163:15,17,18
165:14 169:15
169:18 175:16
175:18 187:1,14
187:21 188:9,10
188:18,21
189:15,19 190:6
190:11 191:8,17
191:24,25 192:5
192:8 198:14
230:5
**Kim's**
95:4 96:10
**kind**
240:23
**kindly**
18:21 75:5 85:25
101:15 210:14
221:12
**Kingdom**
64:15 85:6
168:12,13
**Kirkland**
113:19,21 180:19
181:3 193:9,17
195:25 196:2,4

197:2 199:6,9,9
199:21
**Kleemans**
116:11,14,20
241:18 242:24
**knew**
87:14 106:14
146:2 212:10
221:20 222:10
231:25
**know**
9:9 11:6,18,21
20:3,8 21:23
22:4 26:5 28:5
30:25 32:11
33:7 35:16,18
36:7 38:18,25
41:12,16 42:3
44:15,17,20
47:10 52:16
55:17,18 59:25
61:3,4,6,9,18
62:12,24 63:12
64:17 70:3,18
72:17 74:16
76:3,4,7,19,24
77:3,5,6 78:5,11
78:17 79:24,25
86:12 87:2
88:20 90:15,17
90:18 97:9,11
97:17,23,25
100:14,16,22
102:17 105:8,9
107:24 110:5
113:5,11 114:24
115:1,2,4 116:4
117:4 120:21
122:1,12 123:10
125:14,25 126:7
126:12,20
127:21 128:17
128:19 129:5
130:1 131:4
133:10,16
134:25 136:2,10
138:14 139:10

139:25 140:20
142:22 143:16
143:19,20,24
145:5 146:8,11
148:10,13,21,24
149:9 150:14
152:23 158:3,7
158:9,15 159:2
159:4,9 160:22
161:24 163:14
164:4,4 165:23
166:24 167:2
173:25 174:1
175:14 176:8
177:13,23,25
179:19 180:1,11
180:14,16,17
184:5 188:18
189:18 193:6,6
198:21 199:25
200:4,7 204:2
205:2 206:13,18
207:19 209:3,10
209:16 210:1,5
210:9 211:15,21
214:5,6 215:17
216:20 222:9,10
222:11,12,14,17
222:19,23,25
223:10,10,12
225:15,25 229:9
230:14 231:4,10
231:15 232:5
234:3,8 235:14
237:8,25 238:1
238:5 240:12
241:1,8 242:10
242:18 243:13
244:2,3 245:1
245:16,18,22
246:8,23 247:3
247:3,4,6,13,18
247:24,25
248:12,17 251:5
254:4,20 256:9
256:25 259:23
260:11,21,21

261:4
**knowing**
68:23 87:16
217:16
**knowledge**
68:18 73:24
106:18 207:3
208:25 209:12
209:17,21 229:2
236:24 252:11
252:23 257:14
**knowledge-wise**
97:25
**known**
92:5 106:8
257:16
**Ko**
111:21,23 164:24
169:7 173:3
187:18 191:10
**Kong**
111:12 190:16
**Korea**
9:6,6 10:14 11:1
11:6,9 12:14
13:13 14:6,11
16:21 51:5,11
78:17,19,22
80:8 84:25
125:20 159:19
160:24 161:7
162:8,15 173:5
173:7 175:20
186:17 189:4
191:21
**Korean**
1:9 2:4 61:11
111:4,5 124:10
137:8,14 156:24
182:20 198:12
198:15
**Kristi**
1:25 2:24 10:5
264:2,25
**Kwak**
124:20,23 165:10
170:17 175:8

188:7 191:15
230:6
**Kwak's**
124:21
**Kwon**
161:8 165:12
179:9,11,13
182:22 183:2,3
187:25 191:13
192:19
**Kyoo**
190:10
**KyuHyuk**
162:6 169:23
189:2
**KyungSeok**
169:25
**K-A-N-G**
60:23 143:7
**K-I-J-O-O-N-G**
60:22

---

**L**
**labeled**
253:17
**Lack**
19:23 30:22
35:11 36:4,11
37:6 47:15 66:1
72:7 73:2 74:8
90:13 92:25
96:6 97:3
100:12 101:9
103:12 104:21
126:24 128:15
129:3 132:23
134:23 145:3
158:25 164:2
165:21 166:17
177:5 179:24
194:21 197:15
200:18 201:8
203:20 204:7,13
206:10,21
209:24 210:7
222:7 226:16
230:12 232:3
235:4 237:2,16

Case 5:11-cv-01846-LHK   Document 3142-5   Filed 07/08/14   Page 287 of 311
HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

286

242:8 243:5
247:10 248:10
248:21 256:24
258:1,6 259:7
**Lacks**
233:25
**Ladde**
117:2,4,6 121:9
**large**
31:18 157:22
158:22,24
176:12 193:24
194:8,12,19
195:3 235:22
250:1
**Lasher**
197:1,5
**late**
184:1
**law**
48:21 50:13,22,23
51:14 113:12
137:11 157:20
173:5 174:8,15
196:1 197:13
199:8 218:5
**laws**
264:19
**lawyer**
111:1 225:1,6
237:12 241:24
242:13
**lawyers**
127:25 153:3
200:16
**lead**
209:9 240:2
247:23 249:1
**leading**
75:20 78:3
**leaks**
106:17
**leaning**
144:23
**learn**
42:8 223:23
**learned**

212:20 252:1,12
**learning**
224:5
**leave**
14:6
**led**
75:8,17 77:25
220:7 252:1
**Lee**
124:24 125:2,3
128:6,7 159:24
161:12 162:6,18
162:23 163:2,10
164:22,25 165:6
169:23,25 170:3
170:9 173:3
175:10 186:22
188:3 189:2,21
189:23 190:2,14
191:6 192:2,13
198:14
**left**
31:19 54:8
124:19 136:2
142:2 171:7,10
211:23
**legal**
17:2,4 38:12
48:11,17 51:18
51:20,21 52:18
53:2,16,18 54:9
54:14,22 55:4
56:25 58:1,2
65:16 69:4
87:11 110:18
112:1,3,9 125:8
134:11 143:9
159:22,23 160:9
160:13,18,25
161:3,6,10,12
161:16,17,20,21
161:22 162:10
162:11,15,16,17
162:19,23 163:5
163:9,13 164:22
165:3 169:5,5,7
169:13,13,15,16

170:2,3,12
175:6,7,18
186:23 187:1,3
187:7,9,20,24
188:9,14,15
189:12,13,15,23
190:10,13,16
191:7,8,9,12,19
191:20,23,24
192:2,6,7 198:2
206:24 221:21
222:3 226:10
243:6
**length**
203:17
**lengthy**
94:4
**letter**
5:16,18,19,20 6:8
6:10,18,20
90:24,25 92:4,8
93:9 95:12,14
98:1 150:2,3,11
150:20 151:5,16
152:11,13 153:2
154:1,3,20,21
155:12 157:10
157:14 159:12
167:22,25 168:3
171:10 176:12
178:3,5 183:19
183:24 184:13
184:13,25
194:11 195:10
195:15 196:19
201:24 202:19
203:6,8 205:9
208:16
**letters**
78:8,24 79:5
96:14,16,22
97:20 149:17,18
200:2,5,9,10,13
201:3,5,16
203:15 208:9
249:24
**let's**

14:2 25:24 34:4
35:6 45:8 57:13
57:24 62:2
68:15 70:11
71:3 88:23
93:12 109:3,15
150:18 151:15
158:21 170:22
180:3 186:3
211:22 232:6
238:6 249:9,9
257:7
**level**
21:14
**leverage**
228:21 239:6,18
240:1
**LHK**
8:9
**liability**
1:13 2:8
**license**
67:13,21 72:19
74:17 90:5
94:11 95:23
96:4,25 97:12
97:18,24 99:13
100:10,24
105:11 106:8,10
106:13,15,16,19
106:22 117:22
118:21 119:8,15
120:19 129:2
148:21 149:2,6
149:11,14
183:22 184:21
185:2 195:18
208:9,10,19,22
209:19 212:16
213:4,7 214:8
215:4 221:15
222:18,24 223:6
223:11,15,21,25
228:24,24 229:2
230:10,18
231:14,16
235:21,21

236:25 237:25
238:1 240:5,6
240:16 245:5,14
247:1 248:20
249:25 251:2
252:2,13 254:2
254:24 258:17
258:18 259:18
**licensed**
217:20,22,25
242:13
**licensee**
64:10 66:16,23
67:22 72:24
**licensees**
94:18 120:23
**licenser**
68:6,16 69:8
**licenses**
88:15 90:12
92:17 95:20
96:11,18 117:25
118:24 119:9,11
120:17 132:22
133:2,7 154:9
154:11 177:20
178:1 202:13,15
209:13,18
210:18,23 212:9
212:10,21 213:1
215:8 233:8
237:15 241:1
246:22
**licensing**
13:24,25 24:25
25:10,19 26:3
39:14 40:10,18
41:21 52:22,23
53:3,6,7,11,14
56:15,23 57:1,4
57:10 58:18,21
59:2,4 60:9 62:6
62:9,19,23 63:5
63:14,25 64:19
65:2 70:2,4
77:22 78:14,19
78:23 79:4,15

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

287

79:18 80:2,6,9
80:12 81:11,12
81:25 82:11,22
83:6,10,15,22
84:4,10,16,22
85:3,9,13 86:6
86:10 88:10,13
88:18 89:1,8,24
94:18,25 100:17
100:19 101:3
105:23 110:23
111:19,22
112:15,21
113:14,22 114:9
117:16 124:22
128:8,13 129:15
133:12 139:9
152:19 158:21
161:8,9,11,15
161:19 162:21
164:20,24
165:11,13,15
166:11,15,21
167:6 168:20
169:7,12,19
170:14,18
171:23 172:14
173:9 174:16
175:7,9,17
176:13,19,22
177:15,17,21
178:1 179:12
180:20,24 182:3
182:6,22 183:11
184:11 186:21
187:18,25 188:2
188:8,10 189:20
190:6 191:3,10
191:13,15,17
192:1,5,8,10,11
192:13,18,20,21
193:14,25 194:9
194:20 195:4
196:10,14 199:6
209:2,6 210:18
210:23 211:2,12
211:18 226:10

226:13 227:2,8
228:12 230:2,22
230:25 231:2,6
231:14 234:6,21
235:10
**licensors**
94:18 231:9
**likes**
235:9
**Lim**
163:8 169:16
190:13 192:6
**Limit**
119:25
**limitations**
220:22 222:5,11
**limited**
1:13 2:8 8:7 11:2
11:2 15:24
16:23 58:21
61:24 113:18
**line**
37:12 50:14
89:13 110:9,16
112:6,17 114:18
116:25 124:18
130:23,23
137:14 138:4
157:5,24,25
160:5 199:12
228:11 242:2
254:5 255:6,12
257:8 265:4
266:4
**lines**
239:24 253:16
**list**
52:5 112:25
113:3 122:5,6,8
122:10,15,19
124:9 127:23
128:3 145:18
148:14 153:19
159:8 164:14,15
167:4 169:2,3
170:21 174:15
175:3,23 178:8

179:1 186:6
190:19,21,23,25
194:12,25
198:12 230:1
**listed**
110:10,16 116:25
122:18 124:18
125:11 126:8
127:23 148:18
166:14 171:17
198:10 221:2
244:20
**listening**
11:1,11 68:19
**listing**
137:23
**lists**
125:22 174:7
255:14
**literally**
222:10
**litigate**
235:24 236:13
**litigated**
30:6 72:2
**litigation**
21:8 49:3 51:23
53:15 57:1,11
57:12 58:4
61:23 62:2
64:14 66:18
68:15 69:3,8
83:19,25 84:6
84:12,18,24
85:5 91:18
106:11 112:12
112:23 117:13
123:21 129:7,9
143:6 144:12
166:6,9 167:17
174:4 180:22
181:1,2 182:4,9
182:12 186:19
193:20 199:10
212:17 222:23
224:17,20
226:14,22,24

227:6,8 230:2
230:23,25
**litigations**
25:21 26:2 53:9
53:13 54:20,21
54:25 62:6 70:4
70:18 77:9
81:24 82:11,22
83:7,11 85:22
89:16 90:7
113:13 144:8
163:25 164:7
165:20 166:16
166:22 172:11
173:7 174:8,17
**litigators**
231:9
**litigious**
51:22
**little**
16:25 25:5
206:15 220:6
**live**
8:25 9:1,20 16:20
51:7
**living**
51:4,6
**LLC**
1:12 2:7 4:4
**LLP**
2:19 3:5,11 4:6
168:8
**log**
21:6,12,13,19,22
**logs**
21:3,5,7
**long**
16:24 48:25 51:7
65:8 92:11
138:24 194:25
227:20 232:14
233:14 238:13
252:5 253:4
**longer**
167:4
**look**
22:9 110:9

114:18 121:13
124:9 130:19,19
152:12 153:1
164:11 182:24
196:18 225:25
227:19,22
232:14 238:13
247:8 253:10
255:5 256:5
257:7
**looked**
152:3 156:4
200:5 210:11
**looking**
121:11 130:13
137:5 148:9,14
153:13 242:19
247:15,22 256:6
259:13
**Los**
1:21 2:22 3:14
4:9 8:1,13
**lost**
166:19
**lot**
43:21 164:18
230:2
**loud**
194:13 214:24
**lunch**
109:15
**L-A-D-D-E**
117:3
**L-E-E**
125:2
**L.A**
54:6

——————
**M**
**magic**
34:6
**magical**
34:9
**main**
19:2 90:9
**maintain**
94:11
**maintains**

145:2
**major**
117:24 213:4
**majority**
14:17 19:19
**making**
42:17 78:8
118:15 140:25
**management**
51:21,23
**manager**
161:8
**mandated**
121:6
**manner**
144:21 195:1
**manual**
45:25
**manually**
45:19,22 46:1
**Marc**
170:19 171:13
**March**
114:21 152:19
157:14 184:1,7
190:20,22 196:3
199:14 246:21
**mark**
28:19 150:3,12
151:6 167:22
227:11 232:6
238:6
**marked**
28:20 33:11,16
49:15,20 90:19
90:23 91:24
92:3 93:4 95:8
95:13 109:22
110:2 115:5,9
124:1,5 135:14
149:23 151:8,14
178:20 182:13
182:17 183:14
183:18 195:6
198:4 199:1
227:15 232:10
238:9 250:7

**marks**
93:18 170:24
190:19 249:11
262:2
**Maroulis**
178:8 179:2
183:5
**Massachusetts**
3:7
**material**
224:23 253:20
254:3 257:10,15
**materials**
5:12 42:23 64:3
94:24 144:9,11
144:18 145:1
186:7 197:14
**matter**
8:6 16:3 18:10
19:6,14 20:23
21:13 23:15
24:4 26:20 27:4
29:10 45:24
55:12,13 80:24
103:2,3 113:25
114:3,6 128:22
140:6,8,13,18
140:19 141:4
142:20 144:2,4
167:20 171:24
173:18 179:21
181:19 182:1
193:21 196:16
231:20
**matters**
20:18 51:22
55:21 58:2 89:7
110:21,24
114:12 123:17
123:19,22
135:24 171:20
172:15 173:15
174:5 181:4,11
181:17 185:17
**mean**
9:19 18:20,23
25:1,15 26:5

32:14 42:14
43:4,17 44:12
52:5 53:7,9 63:3
68:14 72:22
75:5,10,20 78:2
85:25 88:12
90:1 98:8
101:14 102:12
111:21 114:10
127:9 128:10
130:16 134:14
147:2 148:15
151:25 158:15
175:7 192:22,24
192:24 200:23
210:15 216:11
217:9 220:24
221:9 236:16,17
242:12 248:5,23
**meaningless**
34:13
**means**
36:21 209:11
257:23
**meant**
46:14 151:1
214:16,22 215:2
228:19
**measures**
208:2 256:14
**meet**
59:22
**Megan**
189:6
**Melin**
105:24 106:9,13
106:17 107:1
109:6,13
**Melin's**
108:12
**member**
145:22 146:6,10
146:13,22
184:19 220:10
**members**
146:2
**membership**

113:2
**memorandum**
46:22 47:1,7
**memory**
19:6,14,16,18,22
27:4 121:1,3
123:12 138:11
256:8,11
**mental**
35:13,19 36:6
37:8,10,19
38:11 66:3 73:4
**mention**
18:11 36:1
**mentioned**
21:11 45:16 58:6
127:22 143:2
155:10 225:13
235:2
**met**
17:21 101:18,20
102:1
**method**
225:9
**Michael**
142:23 143:7
162:10 187:3
191:9
**Michelangelo**
189:8
**Michelle**
162:12 189:10
**MicroUnity**
139:5,19,20 140:5
140:8,13,18,19
141:4,15,17
142:5,9,20
143:10,17 144:2
**middle**
14:14
**Milan**
167:10
**Min**
160:14 187:12
**mind**
19:4 54:23 58:8
64:14 65:5 83:2

88:3,4,19 89:6
130:6 145:9
230:4 252:16,19
252:22
**mine**
110:18 111:13,18
111:21,22,24
112:3 161:2,17
161:21
**MinHyung**
159:20 186:24
**minimize**
64:20
**minor**
15:8
**minute**
12:5 15:10 28:10
152:14 243:15
**Mion**
50:18
**mirrors**
256:12
**mischaracteriz...**
38:1
**mischaracterizes**
34:24 81:14
219:11 241:5
246:1 250:4,19
253:1
**mischaracterizi...**
238:4
**mispronouncing**
61:20
**missing**
186:1
**mission**
249:2
**misspoke**
13:11
**misstated**
221:24
**Misstates**
27:17 34:23
229:15 259:7
**misused**
41:22 209:10
**mobile**

Case 5:11-cv-01846-LHK   Document 3142-5   Filed 07/08/14   Page 290 of 311
HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

289

| | | | | |
|---|---|---|---|---|
| 237:13 | 32:2,18 33:1,14 | 147:13 150:1,18 | 3:1 4:1,1,1 5:1,1 | 190:21 261:1 |
| **Modiano** | 34:1 35:2,5,17 | 150:22,24 | 6:1,1 7:1,1 | **needed** |
| 173:21 | 36:8,14,18 37:1 | 151:12 152:7 | 163:14 266:1,1 | 100:24 |
| **moment** | 37:5,16,21 38:3 | 155:1,4 156:17 | **name** | **needs** |
| 54:20 110:4 | 38:5,14 39:5,11 | 156:20 158:10 | 16:17 52:1,10 | 60:16 |
| 150:8,14,25 | 39:22 40:7,13 | 158:20 159:6 | 60:22,23 78:5 | **negotiate** |
| 151:19 178:4 | 41:4,8 42:7 | 160:4 164:5 | 105:23 110:10 | 221:15 |
| 194:15 | 47:18 48:6 | 165:24 166:20 | 112:5 116:21 | **negotiated** |
| **moments** | 49:18 53:8,23 | 167:1 170:22 | 121:16 125:1,2 | 67:12,20 101:17 |
| 35:22 128:21 | 54:4,7 55:10 | 171:6 172:5 | 125:14 128:6 | 252:11 |
| **monitor** | 62:15 63:21 | 176:9 177:9,14 | 137:24 142:25 | **negotiates** |
| 8:11 9:19 | 65:19 66:6 67:7 | 177:24 178:23 | 143:3 153:7 | 228:12 |
| **month** | 68:4,12 69:2,5 | 180:2,12 181:16 | 157:24 163:17 | **negotiating** |
| 47:23 | 69:14,23 70:17 | 182:16 183:17 | 171:12 179:4 | 101:18 214:13 |
| **months** | 71:1,8,15,20 | 186:2 194:10,23 | 182:20 186:13 | 228:24 |
| 46:22 47:4 74:24 | 72:1,10,21 73:8 | 195:9 197:17 | 198:23 | **negotiation** |
| 96:22 101:7 | 73:12,22 74:3,6 | 198:7 199:4 | **named** | 72:24 96:20 |
| 224:3 | 74:15,22 75:2 | 200:20,23 | 78:11 120:8 | 97:13 103:5,11 |
| **Moreland** | 75:22 76:17 | 201:13,22 | 163:25 167:16 | 104:12 105:10 |
| 160:3,18 162:1 | 77:4 79:2 80:22 | 202:25 203:3,14 | 209:14 241:18 | 132:2 214:7 |
| 187:6,7 188:20 | 81:21 82:7 86:1 | 203:23 204:3,10 | **names** | 239:7 |
| **morning** | 87:1,9,18,20 | 204:18 206:4,5 | 89:6 91:22 111:4 | **negotiations** |
| 8:4 12:16 13:23 | 89:17 90:16,22 | 206:14 207:9 | 111:7 118:24 | 72:19 90:5 94:18 |
| 16:10 129:19 | 92:2 93:7 94:1 | 210:2,10 211:9 | 119:19 124:10 | 94:25 101:8,13 |
| **motion** | 95:11 96:9 97:2 | 211:13,22 212:5 | 124:11 137:14 | 103:17 104:13 |
| 5:13 7:10 33:16 | 97:10 98:18 | 212:18 213:11 | 144:1 164:17,18 | 105:1,1 106:20 |
| 140:2 232:8 | 99:10 100:15,19 | 214:3,12 215:12 | 165:18 166:3 | 132:16 209:19 |
| **mouth** | 100:23 101:12 | 215:25 218:22 | 171:8 186:5 | 213:23,24 215:6 |
| 13:22 207:15 | 101:24 102:4,11 | 234:17 238:6 | 196:1 198:12,13 | 227:5,7 228:15 |
| **move** | 102:14 103:15 | 248:8 254:14,17 | 198:15 213:2 | 229:5,14 230:11 |
| 108:5 214:19 | 104:9,24 105:5 | 254:19 260:2,9 | 230:3 | 230:18 231:3,7 |
| 240:15 | 105:18 107:13 | 260:17,21 261:1 | **narrowly** | 231:16 232:2 |
| **Mueller** | 108:7,9 109:2 | 261:3 | 82:19 | 233:7 234:6,22 |
| 3:4 5:3 8:17,17 | 109:15 110:1 | **Mueller's** | **nature** | 234:22 235:1,10 |
| 9:7 10:24 11:17 | 114:11 115:8,21 | 23:22 214:23 | 257:17 | 235:21 239:9,20 |
| 12:3,6,25 13:3 | 118:6 124:4 | 217:11 218:8 | **NDA** | 240:7 |
| 13:11,16 14:8 | 126:16,21 127:4 | 219:16 221:3 | 233:17 | **negotiation-rel...** |
| 14:10 16:12,16 | 127:11 128:18 | 241:23 | **necessarily** | 94:24 |
| 17:5,18 18:6,13 | 129:6 132:7 | **multiple** | 148:12 218:19 | **negotiators** |
| 18:22 20:1,20 | 133:1,6,11 | 49:9 57:14,17 | **need** | 101:20 102:1 |
| 21:17 22:1,19 | 135:1,17 136:9 | 131:2 133:22 | 9:13 14:1 15:4,9 | **neither** |
| 22:23,24 23:9 | 136:12 138:13 | **Myers** | 15:22 24:9 | 35:23 |
| 24:1,13,22 25:7 | 138:15 139:8 | 143:4,12 | 29:16 32:14 | **Netherlands** |
| 25:12,16 26:14 | 140:7 141:2,12 | **Myung** | 33:22 93:15 | 23:14 83:25 84:1 |
| 27:14,21 28:18 | 141:14 142:1,13 | 161:22 188:16 | 94:11 99:12 | 116:15,18 117:9 |
| 28:23 29:13,19 | 142:17 145:6 | ——————— | 108:19,23 | 117:17 118:5 |
| 30:13,24 31:5 | 146:16,21 | **N** | 138:20 164:17 | 220:4,8 221:20 |
| | | **N** | | |

221:22 222:5
229:3 230:9,17
241:24 242:24
**never**
154:18 223:13
250:17
**new**
1:10 2:5 51:3
99:19 100:6
112:18 151:4
169:3
**night**
14:13,14
**nine**
122:17 146:19
220:11,17
**Noh**
163:14
**Nokia**
4:12 8:20 10:12
10:17,20,21
11:3 15:14
41:10,16,19
42:8 101:8,18
101:21 102:1,6
102:13,18 103:6
103:25 104:11
104:13,17,20
105:1,10,23
106:7,8,10,13
106:14,15,16,19
106:20,21,22
107:24 120:20
120:23 149:1,6
149:11,14
154:10 183:23
184:21 193:23
194:7 195:18
201:6,11 202:13
208:22 212:13
212:15 213:7,23
214:7,13 215:7
222:18,24 223:6
223:11,15,21,25
229:2,6,14
230:11,18 231:3
231:7,13 232:2

235:20 237:1
238:1 245:4
246:4,22 248:2
248:20 249:25
251:2,13 252:2
252:11,12 254:2
254:9,25 258:16
259:3,16,18
**Nokia's**
10:15 42:5 106:1
109:6 229:5
245:14 254:8
**nondisclosure**
94:16
**non-Apple**
54:25 55:9,11,12
**non-confidential**
94:14 139:23
**non-disclosure**
233:18
**non-discrimina...**
24:7,12,25 25:10
25:18 26:3
52:22
**non-Nokia**
260:12 261:3
**non-privilege**
73:19,20
**non-privileged**
66:7 67:6,9 68:21
70:10 76:15,15
107:15,18 108:2
108:11,25
109:12
**non-public**
233:9,12,21,24
234:7
**non-Samsung**
153:7
**non-SEP**
114:16
**non-work**
73:21 76:15
**Northern**
1:2 8:8 28:12
72:3 129:7,8
150:4 151:6

**Norton**
110:17 111:9
160:9 190:17
192:15
**Notary**
2:25
**note**
10:23 54:5 260:2
**notes**
10:25 264:12
**notice**
224:15,17,18,21
225:13,15
**notify**
9:13 257:14
**noting**
194:10
**number**
8:5,9 9:22 12:13
12:17,20 13:7
28:12 52:9 58:1
75:11 82:3
93:19,23 101:1
131:2 150:17,18
150:19 170:25
171:4 176:13,17
193:24 194:8,19
195:3 201:20
208:2 218:19
227:12 240:18
244:17 249:12
249:16,23 250:1
259:11 262:3
**numbering**
150:16
**numbers**
75:14,17
**numerous**
131:2,3
**N.D**
39:2 131:3

——————————
**O**
——————————
**O**
4:1 5:1 6:1 7:1
266:1
**oath**
220:1

**object**
11:5,17 12:1
13:13 14:25
18:15 20:15
22:5 23:21,23
32:22 38:24
134:21 146:14
185:24 238:3
**objected**
22:6
**objecting**
11:16
**objection**
11:1 12:12,21
14:10 15:3,6
18:19 19:23
21:16 24:5,19
26:12 27:8,17
29:9,9 30:10,22
32:9,22 33:5
34:23 35:4,10
36:4,11 37:6,25
39:17,25 40:20
41:23 47:15
48:3 53:4 62:11
63:19 65:25
70:22 72:14
73:2 74:5,8,20
75:18 76:12
77:1 78:25
81:14 82:1
85:23 86:23
87:5 90:13
92:25 96:6 97:1
97:3 99:5
100:12 101:9,22
102:8 103:12
104:3,21 105:2
105:13 107:5,6
108:4 115:19
126:24 127:6
128:15 129:3
132:5,23 133:4
133:9 134:23
138:22 139:21
145:3 147:8
158:5,6,14,25

164:2 165:21
166:17,23 176:7
177:5,12,22
179:24 180:7
181:13 194:21
197:15 200:17
201:8 203:10,20
203:25 204:7,13
206:9 209:24
210:7 211:3
212:12 213:25
214:18 215:16
216:19 219:10
219:10 221:23
222:7 224:8
226:16 229:7,15
230:12 232:3
233:25 235:4
236:1 237:2,16
240:8 241:5
242:8 243:5
246:1 247:10
248:10,21 250:4
250:19 251:7,14
252:3 253:1
256:23 258:1,6
258:20 259:6,19
**objections**
31:2 36:17,23
37:18 38:8 39:7
40:11 41:6
64:21 67:23
68:7 69:18 70:7
71:6,12,19 72:7
74:25 206:20
227:4 259:25
264:7
**obligation**
216:6 221:5
**obligations**
38:21 132:4
211:14,20
**observer**
34:5
**obtain**
140:12 141:3
**obtained**

Case 5:11-cv-01846-LHK   Document 3142-5   Filed 07/08/14   Page 292 of 311
HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

291

140:17 215:7
**obtaining**
65:15
**obviously**
13:7,21 15:5
80:24 93:14
144:22
**occasion**
224:4,7 226:3
**occur**
240:25 241:3
**occurred**
69:3 76:7,10,25
**October**
1:22 8:1,10 15:12
167:11 264:21
**offer**
72:2,11,18,22,23
72:25 74:19
103:16,21,24
104:2 108:1,10
108:24 109:11
131:23,25 132:3
132:10,13,15
**offered**
131:17 228:13
**Offering**
103:19
**offers**
71:22,24 74:23
75:4,8,14,24
105:22
**offhanded**
261:13
**office**
9:3,4 10:3 54:6
110:19 111:10
111:14,16
112:19 113:9
117:7 159:14
160:10,17 161:5
161:23 162:9,13
175:21 186:15
187:22 188:17
188:24 189:5,11
190:18 191:5,22
192:16 196:24

**officer**
60:25 106:2
109:6
**offices**
2:18
**official**
192:25
**Oh**
23:4 31:25 91:15
163:20 165:16
170:5 246:11
**Ohno**
166:2,5,8 172:21
**okay**
9:18 13:14,18
16:11,12 17:16
23:10 27:22
29:20 43:11
44:11 53:10
65:18 113:19
137:21 141:13
145:13 150:22
152:1,12,15
164:18 191:1
194:16 202:1
216:14 220:9
225:12 232:16
238:15 239:2
241:15 243:16
245:9 246:6,11
247:7 248:9
250:23 253:13
253:19 254:18
255:9,11 257:22
258:25 261:18
**once**
96:3 250:17
**ones**
88:2 89:4 102:10
169:3
**ongoing**
55:21 155:17
**open**
14:20,24 247:8
**opening**
118:17 120:16
132:15 134:1

135:5 147:15
152:21 247:23
**opinion**
23:11,16 24:3,4
24:14 26:10
27:22 34:22
73:6 206:24
243:6
**opportunity**
261:8
**opposed**
68:19
**opposition**
133:20
**order**
1:19 5:10,15
10:17,19 14:18
15:12,14 28:8
28:15,19 29:21
30:9,15 31:6,11
32:4,8,21 33:4
33:10,16 34:6
35:1,25 36:10
36:22 37:11,15
37:23 38:2,6
39:13 40:12
41:3,10,17,20
43:7,8,11 44:23
49:20 99:7
105:19 109:5
124:19 130:9
132:15 204:20
205:1,18 206:8
206:17 207:12
207:18,24 208:4
215:15,20
216:18,23 217:8
221:11 227:11
238:7 243:1
248:15 253:11
253:12,22,24
254:3 255:2,10
255:18 256:3,9
256:20 257:10
257:12,21,25
**ordered**
39:14 40:9 42:12

42:19 43:2,9,15
43:19 44:3,7,19
46:11,23 47:8
48:2 107:22
117:25 246:19
**orders**
29:23 30:4,18
34:11 38:16
50:1,5,9 204:6
205:13,25
256:18,22
**organizations**
94:15
**original**
197:9
**originally**
39:15
**ought**
221:15
**outline**
184:16 185:3,8,22
185:25
**outside**
1:18 14:2 31:10
32:7,11,20 33:3
33:10 34:7
35:24 53:14
57:1,20 59:22
60:2,5,8 62:5
63:15 70:10
88:21 98:21
99:12,17 100:4
106:11 113:9
116:15 134:15
174:10 196:10
196:15 197:18
200:16 208:1
209:5 210:4,12
210:16,19
211:16 215:14
215:19 216:17
216:22 217:7
218:16 219:5
226:11 231:7
243:9 244:16
260:4
**Overy**

171:16,18
**owed**
108:13,16
**O'Melveny**
142:22 143:4,12

_____
**P**
**P**
3:1,1 4:1,1
**page**
1:17 2:1 5:9,23
6:2,23 7:2,11
34:2 37:13
71:16 91:5,9,19
92:14 94:9
95:18 105:22
109:4 115:11,20
115:22 116:9,10
119:4 121:11,14
121:18 123:1,11
129:25 130:14
130:23 135:19
136:8 153:25
174:25 179:16
182:23 184:1
186:11 193:7
195:15 196:19
196:25 197:5
202:2,5 208:14
228:5 232:25
238:22 239:24
241:13,17
253:16,20 255:5
255:7,8,17
257:1,2,8 265:4
266:4
**pages**
1:24 5:12,14,15
5:17,18,19,21
5:25 6:4,7,9,11
6:14,17,19,21
7:5,7,13 14:12
193:22
**PAGGE**
5:2
**paid**
72:12 154:11
202:14

Case 5:11-cv-01846-LHK   Document 3142-5   Filed 07/08/14   Page 293 of 311
HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

292

**paper**
125:23 126:10,13
 126:16
**paragraph**
91:5 92:15 94:9
 95:18 96:3
 106:23 109:8
 130:24 152:17
 153:1,25 184:18
 195:16 203:7,12
 228:10 233:5,13
 233:17 234:9
 239:1 253:16
 255:5,12 257:8
**paragraphs**
154:6,8 155:10
 202:10,11 203:8
**paralegal**
189:6
**parallel**
227:6
**Pardon**
13:2
**Park**
111:13,17 125:4,6
 125:7,9,9,12
 127:24,24 128:7
 128:7 159:22
 160:1 162:4
 163:4 165:8
 170:7 175:11,13
 188:12,14,25
 190:4 191:19
 192:3
**part**
9:5,6,25 10:1
 15:19 17:25
 56:7 66:15 77:6
 79:11,19 81:11
 98:3,25 112:22
 113:15 117:25
 118:8 120:5,8
 132:22 133:3,8
 134:10 151:23
 155:16 157:7
 158:11 161:25
 167:19 180:22

182:4,8 185:16
 189:20,21,23
 196:9 199:17
 220:14 221:1
 227:21
**partially**
199:15
**participate**
75:3,6 101:14
**participated**
101:13
**participation**
212:16
**particular**
18:7,9 20:12,16
 59:1 61:16,20
 63:11 74:1
 79:14,23 81:10
 81:23 82:9,15
 86:13 97:21
 105:25 118:23
 124:10 127:24
 130:6 136:17
 155:10 158:18
 219:15
**particularly**
63:23
**particulars**
103:3 120:14
**parties**
11:2,3 30:5 34:12
 39:3 40:19
 57:18 64:12,25
 65:4 77:15,19
 79:25 85:14
 117:19,21,24
 118:9,14,20,24
 119:7,19 184:6
 200:14,24
 209:14 213:3
 221:16 233:19
 240:6 256:15
 264:17,18
**partner**
112:18 157:20
 174:1 199:8
 239:25

**partners**
149:17 166:2,5,8
 172:21 173:21
 239:5,10,12,16
 239:17
**parts**
13:6 18:14
**party**
13:25 14:5 30:17
 48:8 56:9 66:15
 76:20 98:22
 104:6 148:10,14
 148:17,21
 228:22 231:21
 242:16 245:19
 250:1,23 254:9
 257:12,14,15
**party's**
30:16
**pass**
144:11
**patent**
13:24 49:6 50:14
 72:20 91:15,17
 97:12,18,24
 100:10,24
 114:16 118:24
 174:3 184:20
 222:18 223:11
 228:12,14 234:6
 234:21 235:10
 235:21,21
 236:25 240:5,6
 240:16 241:1
**patents**
52:15,19 55:1,6
 56:2,8,12,21
 58:10 65:24
 66:10,14,22
 70:21 71:10,18
 71:25 74:17
 77:12 90:12
 91:12 96:18
 131:11,15,19
 132:19
**Patrick**
4:13 8:19

**Paul**
105:24 109:6
**pause**
92:4 112:13
 184:4
**pay**
72:4 91:21
**payment**
154:9 202:12
**PDF**
144:24 153:9,22
 169:1 244:22
**Peachtree**
4:15
**Pease**
112:17 135:21
 136:21 137:8
 138:1 157:8
 164:12 178:7
 179:1 183:4
 196:20 243:18
**penalty**
228:8 229:12
 233:2 264:6,19
**pendency**
113:13
**pending**
55:14 57:11
 139:6
**people**
9:1,11 113:4
 119:22 122:17
 157:23 158:4,13
 164:8 174:10
 190:20 193:6,24
 194:19,25 195:3
 204:12 220:11
 220:16 221:2,19
 222:3 229:25
 230:9,22,23
 231:14,24,25
 240:19 250:1
 251:10 255:14
 255:19,21
 258:19
**people's**
252:16,18,21

**percent**
72:4,12 74:18
 131:22,25
 132:15,17
 148:15,20 149:4
 149:9 212:25
**perfect**
19:16
**period**
47:3,21 52:4,18
 53:1,15 55:2,3
 75:21 81:7
 88:10 89:1
 126:3,22 127:13
 127:14,17,19
 158:19 205:20
**perjury**
228:8 229:12
 233:3 264:6,19
**permission**
120:22 121:2
**permit**
239:4
**person**
59:22 80:15
 81:23 82:9,21
 124:20 137:15
 137:18 139:14
 140:19 143:2,5
 159:8,15 175:15
 226:5 241:18
 257:11
**personal**
73:24 97:25
 218:25 227:9
 252:11,15,22
 254:6
**personally**
33:8 59:24 149:4
 164:6 197:11
 208:4 209:9
 212:9,11 215:18
 216:21 224:25
 226:2 243:11
**personnel**
81:18 92:20
 101:18 155:14

Case 5:11-cv-01846-LHK   Document 3142-5   Filed 07/08/14   Page 294 of 311
HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

293

163:22 194:12
195:20 259:17
**persons**
82:10 146:9
164:15 257:11
**person's**
142:25
**pertaining**
45:11 235:15
**pertinent**
158:19
**Peter**
125:4,9 127:24
128:7
**Phillips**
154:12 202:15
208:20 212:8
246:23
**phone**
60:6 141:1 225:9
**phonetically**
125:13
**phrase**
158:17
**phrased**
67:18 197:16
**PI**
250:12,13
**pick**
171:10
**PICKERING**
2:19 3:5,11
**pieces**
45:8 212:19
**place**
8:12 11:10 15:18
17:24 39:15
41:15 44:25
45:21 47:19
96:21 103:5
118:1,4 204:4
204:17,21
205:24 208:5
226:3 227:6
245:17 264:5
**Plaintiff**
1:6 3:2

**Plaintiffs**
28:20 33:11
49:15 90:19
91:24 93:4 95:8
109:22 115:5
124:1 135:14
149:23 151:8
178:20 182:13
183:14 195:6
198:4 199:1
227:15 232:10
238:9
**Planet**
10:5
**play**
233:18
**pleading**
68:19 168:24
**pleadings**
64:3,7 65:8 71:21
**please**
8:15 9:9 10:6
16:17 34:2
62:17 91:4
97:16 100:6
110:4 111:7
143:1 151:2,19
152:14 201:21
221:12
**PO**
211:13,20 216:6
231:21 256:13
**point**
11:17 15:7,9,23
18:4 23:6 37:14
79:23 95:17
155:22 157:13
159:11 163:25
164:11 165:25
166:15 167:5,8
168:7 171:8
174:7,24 176:1
176:21 177:11
178:4,12,17
184:18,20
186:10,11
195:24 233:13

233:17 234:17
**pointed**
97:20 213:5
257:1
**pointing**
203:2
**points**
176:10
**portfolio**
72:20 119:2
**portion**
12:14 14:7
**portions**
98:1 205:11
260:12
**POs**
205:22
**pose**
240:12
**posed**
98:18 240:20
243:8 259:1
**posing**
184:6 214:22
249:3
**position**
10:16 12:13
14:22 15:17
48:11 54:14
59:13 65:22
68:5,14 69:7
70:19 71:9 74:4
74:7 95:25
103:16 124:21
131:22 143:8
159:8 194:18
206:7 212:20
216:2 230:10
260:1
**positions**
24:24 25:4,9,15
25:17 26:1,1,6
48:14 59:9 62:6
62:10,12,23
63:5,14,25
64:19 65:2
69:15 70:4

79:18 83:6,10
83:15 86:12
89:14,19,22,25
90:2 103:10
129:20 135:11
135:12 164:16
196:22 198:13
210:24 232:1
**positive**
151:23
**Possibilities**
123:23
**possible**
149:9 220:1
**possibly**
19:4 242:6
**post**
245:16
**potential**
60:8,13 72:24
92:17 103:25
256:16
**power**
240:1
**practice**
94:22 95:6 130:2
144:18,20
196:13 217:22
231:20 235:23
236:3,12,15
237:20 242:13
**practiced**
218:4
**precise**
25:6 41:7 43:3,5
128:23 129:8
138:17
**precisely**
39:9 41:15
136:11
**prefer**
16:1
**prejudiced**
10:21
**prejudicing**
12:15 14:15
**preliminary**

10:25
**prelude**
65:20 108:4
214:18
**premise**
219:13
**preparation**
18:2 24:15,18
29:8 184:18
**prepare**
12:15 17:19 79:4
**prepared**
133:19 153:4
**preparing**
184:14
**present**
4:19 34:18 35:8
36:21 55:4
104:6 229:13
240:17
**presentations**
94:23 104:10,11
104:16
**presented**
100:22
**presenting**
10:5
**presents**
60:10
**preservation**
46:21 47:1,7
**preserve**
42:18 43:14,22
44:2,6 45:18
47:13
**Preserving**
42:15
**president**
60:18,20 61:17,21
124:22,24
159:13,20
160:11,13,18
161:14 162:8,9
165:2,4,5,10
169:11,15,21
170:11,13,17
175:8,18 186:14

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

186:18,20,22,24
187:1,4,4,6,10
188:7 189:4
191:4,6,8,15,21
192:9 230:6,6
**presumably**
100:17,20
**presuming**
14:21
**presumption**
100:22
**pretend**
237:7
**pretty**
236:23 237:13
245:7
**prevent**
92:19 205:15
206:1
**prevented**
19:21 205:14
**previous**
2:1 216:15
**pre-Samsung**
51:15
**price**
72:5,12 74:19
131:23
**prices**
239:5
**primarily**
184:16
**primary**
58:17
**principal**
162:2,20
**principle**
257:2
**principles**
253:17,23 257:1
**print**
254:13
**prior**
101:20 108:4
133:19 213:19
224:20
**privilege**

21:3,5,7,12,13,18
21:22 22:5,15
24:20 32:10
38:25 39:8,18
40:1,21 41:24
63:10 64:20
67:5 68:7 69:18
70:23 72:15
73:9,17 74:9
76:13 87:6 97:4
101:10 104:4,8
105:14,17 107:6
108:18,23
126:25 138:23
139:22 140:14
158:6 180:8,15
203:21 207:1,4
207:8,14 208:7
211:4 216:5
217:1,4,14
218:12,24 219:5
219:9 224:9
226:18 242:7,17
251:15,20 252:4
253:2 258:2,7
258:14 259:9,20
**privileged**
21:23,24 22:2,13
22:14,18,22,25
23:6,8 33:6 39:1
39:20 40:4 42:4
65:1 66:4 67:15
68:2,9,11,11,16
68:18,24 69:21
74:2,13 76:1,9
76:21 87:15,17
89:11 97:6
107:9 127:5
138:25 139:24
158:8 207:21
217:17 251:17
252:6 253:5
258:10 259:22
**privileges**
108:14,16
**probability**
149:12

**probably**
58:7 74:1 115:16
124:17 142:23
144:25 148:17
149:6 152:25
244:17
**probing**
245:15
**problem**
236:18
**proceed**
10:21
**proceeded**
106:18
**proceeding**
118:8 120:3,9
171:21 174:21
221:1,6 238:18
242:19
**proceedings**
84:1 120:11
168:16 264:4
**process**
63:12 79:19
107:22 134:19
158:11 220:7
229:3 231:8
**proclaim**
219:6
**produce**
248:3,5,6
**produced**
10:18 28:6
106:10
**producing**
257:15
**product**
22:6,7 24:20
29:11 32:10
33:6 35:12 36:6
37:7 38:8 66:5
67:5 68:8 69:19
70:23 72:15
73:11,13,17,21
74:10,14 76:13
76:15 87:6
89:12 97:5,7

104:4 105:14,16
107:7 138:23
139:22 158:6,8
158:17 180:8,10
203:22 207:2,4
208:8 211:4
216:5 217:1,18
218:12 224:9,13
226:18 251:15
252:4 253:3
258:3,8 259:9
259:20
**production**
14:15 222:22
**products**
72:5,13
**proffer**
244:17
**proffering**
243:24
**profits**
239:4 240:16
**prominent**
55:14
**promotion**
54:18
**prompting**
117:24
**prong**
24:8,12
**pronounced**
125:13
**proper**
246:24
**property**
60:25 106:2
109:6 233:8
235:19 237:11
242:12
**proposal**
72:4
**proposals**
71:17 74:17 77:8
77:10,11,13
78:8 209:19
**proposition**
234:19

**proprietary**
233:6
**prosecution**
50:14
**protect**
94:17 205:19
234:25
**protected**
230:17 242:17
253:20 254:3
256:20
**protective**
1:19 5:10,15 28:8
28:15,19 29:20
29:23 30:4,8,15
30:18 31:6,10
32:4,7,20 33:4
33:10 34:6
35:24 36:10,22
37:15,22 38:2,6
38:16 41:10,16
41:20 49:20
50:1,5,9 99:7
204:6,20 205:1
205:13,18,25
206:8,17 207:12
207:18,23 208:4
215:15,20
216:17,23 217:8
248:15 253:11
253:12 255:2,10
255:18 256:18
256:21 257:12
257:25
**protects**
30:16 257:3
**protocols**
208:1
**prove**
106:13
**provide**
42:16 66:7 91:6
94:13 103:9
107:15 121:6
134:7 147:6,16
197:23 204:16
212:25 257:16

**provided**
106:12 135:2
155:15 197:7
200:14 223:24
253:22
**provides**
168:1
**providing**
65:15 200:24
207:10,13
**provision**
255:25 256:14
257:25
**provisions**
95:22,24 205:23
223:14,20
256:13 257:20
**public**
2:25 74:2 155:17
184:4 212:10,21
212:23 234:14
250:14,25
252:13
**publicly**
35:14 65:9,14
72:3 92:21 98:7
**pull**
150:14 151:2
**purchase**
228:12
**purpose**
30:8 129:17
**purposes**
65:15 104:12
198:2
**pursuant**
2:24 15:12
257:10
**pursuit**
66:13
**put**
10:15 59:14 99:9
122:19 133:16
133:18 143:21
208:14 217:5,10
218:14 219:18
**putting**

122:16 146:18
207:15 240:11
**p.m**
114:21 262:7

_____
Q
_____

**QE**
198:16
**qualification**
159:3
**qualifier**
222:20
**question**
16:4 22:17 23:18
23:22 25:3,11
26:4,15,16
27:24 29:16
32:17 35:21
37:20 38:1,10
38:13 40:2 41:1
42:2 43:6,13,16
55:5 58:25 63:1
63:8 66:3,8
67:17 68:3 69:6
69:13,22,24,25
71:14 73:20,21
73:23 75:10
82:6 86:4 87:21
89:9 97:9,16,22
98:18 103:18
105:4 108:5,6,7
108:24 114:1
123:8 128:12
132:12 140:10
140:15 141:2,10
142:10,15
166:19 181:6
194:6,15,24
200:21,22
203:19 207:7
208:12 211:8,15
211:21 213:22
214:2,19,20,21
214:23 215:10
215:12,21 216:7
216:8,10,12,13
216:15 217:2,11
217:17 218:18

219:3,14,16
221:17,24
224:10,11
233:15,16 234:5
236:5,6,9,9
240:12,21
242:21 243:25
244:5 245:7
248:9 249:3
251:19 252:7,8
258:9,13,25
259:12 261:8,16
**questioning**
23:24
**questions**
33:23 41:24
64:18 65:11,21
120:15 140:25
141:8 142:3
150:8 184:6,10
184:16 185:13
212:6 213:12,18
214:11 215:25
216:1 217:15
218:9 219:18,23
221:4 239:1
240:20 241:23
249:19,22 260:1
**quick**
53:23 152:12
170:22 211:22
**quickly**
175:4
**Quinn**
4:6 8:21 9:1,3
16:2 39:15
110:3 112:18
113:9,10,20
114:7,8 135:23
135:25 137:12
138:8 139:2
140:1,16 144:4
144:8,10 145:2
149:18 153:4
155:12,24
157:15,20 183:4
184:2,15,19

185:2 195:16
197:1,3 225:1,6
225:20 259:16
**quite**
52:3,5 78:2 94:4
113:4
**quote**
92:16 94:21 95:1
95:19 153:2
209:10 228:11

_____
R
_____

**R**
3:1 4:1 265:1,1
266:1,1
**Rachel**
9:4,17 10:2
**raised**
53:9
**raising**
15:25
**RAND**
114:20,20 115:3
**range**
148:16
**rare**
236:23 237:13
**rates**
91:12,21 103:21
105:9 214:6
**reaches**
98:23
**read**
29:20 43:7 92:11
93:15,15,16
95:17 96:2,8
98:2 106:24
109:8,9 129:25
130:3 151:22
154:18,19,19,22
154:23 155:3,5
155:9 156:11,12
176:4 178:13
194:13 197:8
198:18 199:16
199:20 201:3
213:20 214:24
216:12 228:17

228:18 233:11
239:13,14
240:19 252:16
252:18 263:4
**reading**
37:12 65:9 68:20
91:15 100:1
151:23 252:21
264:14
**reads**
257:9
**real**
16:4 31:21
**realized**
100:3
**really**
19:4
**realm**
240:25
**reask**
216:13 222:2
236:8
**reason**
9:12 13:23 34:17
35:7 36:20
37:13 74:12
93:2 95:4 96:10
96:13 107:3
108:22 110:13
124:15 137:5
140:3 179:5,7
180:5 197:25
198:24 207:12
208:5 211:19
230:22 231:6
236:17,21
245:18 255:3
265:4 266:4
**reasonable**
24:7,11,24 25:9
25:18 26:3
52:22 114:20
149:5,12 212:14
213:6 222:20
**reasonableness**
148:17
**reasonably**

Case 5:11-cv-01846-LHK   Document 3142-5   Filed 07/08/14   Page 297 of 311
HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

296

34:5
**reasons**
180:10 205:7
206:19 207:11
207:13,20,20
235:25 236:14
244:18
**rebuttal**
133:20,23 134:1
135:7 138:5
153:20
**recall**
19:11,12 20:12
29:5 41:7 44:24
46:3 47:2,6 48:4
51:24 52:7,20
54:10 63:22
64:7,12 76:23
79:22 80:14,14
80:18 81:10
86:24 89:4
99:22 100:7,8,9
102:24 117:18
120:22 126:2
127:17 130:25
133:15 136:6,11
136:16,24
138:19 142:24
146:1,7 147:18
154:17,20 155:9
167:13 179:13
179:15 181:7
184:6,8 185:12
196:7,12,12,13
197:9,11 198:22
201:11 202:19
210:20 215:21
223:22 226:3
230:19 234:12
234:16 245:6,20
245:21 250:3,6
251:3 256:1,3
256:18
**receive**
42:23 119:22
122:2 128:25
156:10 177:18

179:22 257:11
**received**
14:12,19 31:9
46:21 99:11,16
99:25 110:12,14
124:16,17
143:22 145:17
146:4,8 148:4
149:17 157:8
176:14 197:13
224:14,14
246:10 260:9,13
**receiving**
197:9,10 224:20
**Recess**
12:9 54:1 70:14
93:21 109:18
141:23 171:2
212:2 249:14
**recipient**
115:18
**recipients**
110:4 137:8,13
143:25 145:18
196:20 197:2,6
198:9
**recited**
97:21 106:15
**recognize**
151:24,25 152:2
166:3 199:13
227:20,23
232:15,18
238:14
**recollection**
18:10,12 20:17,23
22:8,10 23:19
26:13,20 27:12
29:10 47:4
79:24 81:18,20
81:22 82:5,15
96:14,16,19
116:16,19
118:11,13,19
119:10 120:18
132:20 134:3,6
136:17,25 137:2

137:3,4 145:16
156:3 204:22
214:10 215:23
225:17 232:19
257:19,23
**record**
9:9 10:1,15,23
12:6,7,10 14:3
14:23 16:18
20:21 28:10
33:21 53:24
54:2 70:12,15
85:12 93:20,22
107:14 109:3,16
109:19 141:21
141:24 149:8
171:1,3 180:13
203:18 211:25
212:3 217:5,11
218:15 249:9,10
249:13,15 254:5
260:3,18 262:1
262:4
**recorded**
264:8
**recounts**
106:13 109:5
**redact**
150:25 260:12
261:1
**redacted**
14:17 19:19 20:5
20:6,10 22:9
28:3 98:15
99:20 100:3,5
114:21 119:16
136:11 138:5,6
138:10,13,17
151:1,2 152:24
153:4,6,8,21
154:4,8,16,24
155:7,14,18,25
156:5,10 157:9
164:13 167:10
168:2,25 175:2
176:1,14 177:2
178:6,14 179:22

183:21,21 186:7
197:7 199:16
201:1 202:6,11
202:23 203:9
213:3 224:23
225:4,24 242:3
242:4 244:23
245:2,3,12,25
246:24,25 247:5
247:15,23 248:3
248:18
**redacting**
242:23
**redaction**
243:12,21 244:2,6
244:7
**redactions**
19:21 244:14
**refer**
88:17 208:9,11
**reference**
114:19 130:11,16
130:20,22
171:15 173:2,12
173:21 174:2
179:17
**referenced**
182:22
**references**
203:6
**referred**
109:4 153:24
208:19 236:3
**referring**
23:5 28:11 49:13
55:3 77:7,10,14
88:21 105:25
106:25 131:5
133:23 147:12
147:14 152:21
155:6 156:15,17
157:11 184:5
185:8 193:16
223:18 226:21
**refers**
155:22 157:14
164:12 165:25

167:8 168:7,23
172:18 174:25
176:1 178:5
183:22 193:19
195:24 196:3,19
196:25 202:22
203:8
**reflected**
59:14 89:15
129:21 135:12
**refresh**
18:10,12 19:6,13
20:17,22 26:13
26:19 27:3,12
96:14,16 116:16
116:19 156:3
257:19
**refreshed**
22:10 23:19
29:10 96:19
**refreshes**
22:8
**refreshing**
19:22
**refuse**
12:14
**refusing**
219:7
**regard**
96:20 152:5
**regarding**
5:11 16:3 24:24
25:9,18 33:16
47:3 64:4 86:6
90:6 100:21
114:9 127:14,19
129:15 134:8
143:23 152:18
155:18 168:1,4
185:2 195:17
246:20,22
250:24
**regardless**
45:22,23,24
223:19
**relate**
42:12,18 43:1,4

Case 5:11-cv-01846-LHK   Document 3142-5   Filed 07/08/14   Page 298 of 311
HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

297

43:14,18,23
44:2,6,18,23
48:1 115:3
239:22
**related**
24:6 123:17,19,20
123:22 148:21
198:1
**relates**
35:19 66:3
116:17 229:19
**relating**
46:22 58:5 63:17
82:16 89:15
102:6,13 159:5
171:25 172:4
173:10 180:21
186:7
**relative**
264:16
**relayed**
199:9
**Release**
239:7
**relevant**
46:11,19 52:4
177:3,8,10,16
177:20 178:1
257:17
**rely**
76:14 87:7 97:6
**relying**
68:9 69:10,20
70:24 72:16
127:1 158:7
224:12 226:20
258:10 259:22
**remain**
233:21
**remainder**
19:13 28:2
**remaining**
213:3
**remains**
34:10
**remedy**
184:4

**remedying**
256:16
**remember**
29:4,6,22 39:9
42:10 46:2,8,24
46:25 47:11
50:7 57:5 76:3,4
79:1,3,8 80:4,7
80:10,11 82:13
83:4 86:25 88:8
116:5 119:13
120:25 123:18
126:19 130:6
132:6 133:5,15
136:3,18 142:16
142:21 144:1
181:5 185:11
210:25 214:9
223:7 224:24
225:8,19
**remembered**
21:1 27:4
**reminding**
67:3
**remove**
119:19 261:3
**removed**
118:24
**removing**
154:4,6 202:6,8
**rendered**
23:11
**rendering**
51:20 58:2 198:2
**repeat**
140:5 164:17
240:21
**repeated**
164:18
**repeatedly**
205:9
**reply**
118:18
**report**
59:21 60:17,19,24
129:10,24 130:6
130:11,15,21,23

130:25 131:25
133:20 134:1,2
134:22 135:5,7
135:12 138:5,6
139:18 140:13
140:17 141:3,16
142:19 143:17
143:22,25
152:18,22,23
153:3,4,6,8,20
153:21 154:7,16
154:19,23,24
155:3,5,7,9,14
155:19,25 156:5
156:10 157:9
158:3 164:13
166:1 167:10
168:2,25 175:2
176:2,5,14
177:2,15,19
178:6,15 179:14
179:23 180:6
201:1,5 202:23
223:14,20,23
224:22 225:2,24
226:6,14,22,22
226:24,25
244:24 245:2,12
246:12,24,25
247:5,16,23
248:3,18 250:9
250:24 252:13
**Reported**
1:25
**reporter**
10:4,6 17:3 24:9
28:18,22 31:18
31:21,23 33:13
33:15 40:24
49:17,19 71:23
80:21 90:21,23
92:1,3 93:6,8
95:10,13 100:18
108:15 109:21
109:24 110:2
115:7 118:3
124:3 126:15,18

135:16 138:12
149:16,25
151:10 154:25
155:2 159:17
166:19 172:2
178:22,24
182:10,15,17
183:16,18 195:8
198:6 199:3
206:3 224:15
227:10,14,17
232:6,12 238:11
244:4,9 252:17
258:5,11 264:3
**reporter's**
213:20 264:1
**reporting**
51:20
**reports**
59:19 61:2,4,5,6
61:25 67:20
106:17 129:14
129:18,21,23
131:2 133:22,24
134:4,8,11,19
134:20 135:3,9
138:9,21 142:4
142:9 153:20
205:11 226:24
**represent**
8:16 116:14
138:8 181:18
183:20
**representation**
9:8 138:18 139:2
140:1 255:3
**represented**
113:22 138:9
140:16 173:6
**representing**
113:24 114:9
167:20
**represents**
62:5 117:8 166:5
181:9,23
**request**
9:10 118:12,14

121:4 184:3
197:10 220:20
228:14 229:19
**requested**
91:12 94:14
118:9 120:22
142:3,8,14
264:14
**requesting**
139:18 184:8
**requests**
91:6
**requirement**
94:13
**requirements**
73:1
**requiring**
10:17
**reread**
216:8
**reside**
16:21
**resolve**
15:1
**RESP**
199:17
**respect**
20:4 26:2 45:9
57:4,23 58:10
58:20,22 68:10
131:11,22 141:5
141:14 145:24
204:15 207:6
217:9 221:9
**respectfully**
76:20 87:18
**respective**
119:9 174:19
**respectively**
198:3
**responded**
71:2,4 118:14
183:2
**respondent**
49:12
**response**
12:12 15:22

146:17 147:15
157:4 180:16
184:14 214:22
243:7,25
**responses**
184:2,15 185:13
185:16 198:17
**responsibilities**
51:19 54:13
59:16 62:3 98:5
98:13 185:16
**responsibility**
58:18,20,22 98:19
98:20 134:10
**responsible**
139:11 226:6
257:13
**rest**
150:9
**restrict**
95:22
**restricted**
122:3 129:2
**restrictions**
92:19 96:11
119:21 120:5
221:7,21
**restroom**
70:11
**result**
221:5 239:25
**resulted**
46:10
**retaining**
42:11,14
**return**
26:8 62:2 145:7
**reveal**
37:9 87:16 95:19
95:22
**revealing**
38:11 107:8
138:25
**revenues**
239:3 240:16
**review**
11:24 14:19 18:1

24:17 26:11,15
26:23 29:7
33:19,22 47:25
59:17,19 60:8
63:24 79:19
80:2,6,9 86:19
88:5 94:2 98:3
98:10,25 99:4
109:7 110:5
129:10,17
134:20 135:3
147:19,25 149:6
151:19 152:14
158:11,13 181:3
184:17 185:7,15
225:4 257:22
**reviewed**
18:9,12,17 19:5
19:17 20:6,10
20:21 21:2 23:2
24:14 26:9
27:15 28:3,6,8
29:1,24 30:4
33:24 43:8
79:10,14 86:15
86:19 104:10,16
104:19 110:6
129:13,23,24
132:21 133:2,7
134:4 135:9
147:22 148:3
152:6,8,15
185:10 200:1
203:17 210:3
232:17 238:15
256:11 257:22
**reviewing**
99:1 148:22
185:19
**revised**
185:3
**rewording**
82:18
**re-publication**
11:5
**Richard**
133:13 162:14,14

169:13 189:12
189:13 191:23
**Richardson**
113:20 114:1
180:23 181:6
193:9 195:25
196:2,5 199:22
**right**
8:24 9:18,20,20
9:22 13:18,18
14:7,9,25 15:1
15:22 16:11,13
19:11 23:7,21
23:23 27:16
32:1 35:9,18
41:3 43:11,13
46:16 55:22
69:6 71:4 73:10
74:19 80:20
81:25 92:7,24
93:3 98:12 99:2
100:2 102:15,25
106:3 107:18,19
108:3,21 109:7
109:13 111:8
112:6,25 116:22
116:23 119:5
120:10 121:12
121:15,22 123:5
123:7,9,12
124:13,20
125:20,21
127:25 128:12
130:12,18,25
131:23 132:3
135:10 138:2
142:6 146:22
148:7,23 149:8
149:15 151:3,13
152:22 154:2
155:8 164:9
167:2 171:13
172:19 176:25
177:4 181:9
182:25 183:5,13
190:24 195:3,25
196:5 197:11,19

198:17 200:8
201:2 202:23
203:5,9,17
204:21 207:14
208:18 213:2
237:20,23
254:15,20
259:24 260:22
261:5,16,18,20
261:25 262:1,1
**rights**
114:16
**rivals**
237:15
**Rob**
150:2,11 151:5
**Robinson**
160:22
**role**
15:24,25 54:9,16
57:23 59:2
98:20 131:6
134:10 139:15
141:14
**roles**
131:8
**room**
14:6
**Ropes**
181:22 182:6
**Rosa**
162:16 189:15
191:24
**Rosales**
189:13
**rough**
47:21 213:20
**Roughly**
49:2
**row**
124:14 126:8
**royalties**
72:6 114:20
**royalty**
69:16 71:17
77:11 103:21
105:9 131:18

132:18 214:6
**Ruben**
117:2,4,6,7
**rule**
34:12,17 35:7
36:20 123:24
211:10,16
225:18
**run**
70:10
**running**
249:8
**Rutger**
116:11 241:17
**Rutgers**
51:3,4,8
**Ryan**
142:22 143:3

_____
**S**
_____
**S**
3:1 4:1,5 5:1,7
6:1 7:1 265:1
266:1
**safe**
151:13
**safest**
11:23
**sales**
74:19 131:23
154:5 202:7
239:4 240:16
**Sam**
75:24
**SAMNDCA**
5:22,24 6:3,5,6,12
6:13,15,16,22
7:3,4
**Samsa**
114:19
**Samsung**
1:8,9,11 2:3,4,6
4:2,3,3 8:6,22
8:23 10:16,18
11:5 15:14
16:23,24 25:17
26:1 30:6,21,25
32:3 33:3,9

35:23 38:15,19
39:3,16 40:18
44:25 46:4
48:14,20 49:9
49:11 51:18,21
52:12 54:20
56:1,10 57:6,9
57:12,15,25
58:3,10 59:10
60:17 61:23
62:13,19 63:17
63:18 64:9,10
64:24 66:10,13
66:17,21 67:1,8
67:11,12,19
68:5,13,23 69:7
69:15 70:3,19
70:19 71:2,4,9
71:16,21 72:6
72:11,13 74:16
75:7,23 77:9
78:5,11 79:11
79:18 80:12,24
81:11,18,23,24
82:10,11,20,21
82:22 83:6,10
83:14,18,24
84:6,12,18,24
85:5,19,20 86:5
86:22 87:2,4,11
88:11,14,22,24
88:25 89:2,16
90:11 91:6,15
91:17,21 92:17
94:12 95:19
96:17,20,24
97:11,13,17,23
100:10,11 101:7
101:20 102:1,6
102:6,18,18
103:5,17,25
104:11,13,17,20
105:1 106:11,18
106:22 112:12
112:20,22,24
113:2,6,12,13
113:15,17,17,18

113:22,24 114:3
114:5,8,9,17
115:3 116:2
117:8 120:17,22
121:2,4,6 122:2
125:10,11 126:6
126:22 127:12
127:13,18 129:8
129:9,14 131:11
131:14 132:1,2
132:16,18,21
139:7 142:8,23
143:8,14,25
144:4,12 145:1
145:15 147:22
147:23 148:4,6
150:5 153:5,9
153:22 155:15
155:25 158:12
158:24 160:19
160:24 161:1
163:23 165:18
165:20 166:5,14
167:9,20,20
169:10 171:18
171:21 173:6,16
174:6,9,10,16
175:1 178:7
179:1,20 180:20
180:22,24,25
181:9,18,20,23
182:3,5,7,8
183:4 184:17
185:5,5,6,12
189:7,14 193:1
193:15,20,20
195:20 196:22
197:2 199:7,11
200:13,15,23
204:4 206:7,16
206:23 207:11
207:17,23
208:25 209:5,12
209:17 210:4,21
211:11,13
212:16 213:23
215:6,13,19

216:6,16,22
217:7 220:12
221:14,20 222:3
222:22 223:6,8
223:9,24 224:22
225:2,23 226:6
228:2,11,13,25
229:19 230:8
231:8,14 232:1
232:23 233:7,8
233:20,23 234:5
234:13,14,20
235:9,20,24
236:2,13,24
237:25 238:20
239:11 240:2,22
242:22 243:2
246:20 248:14
251:25 257:24
258:19 259:3,16
259:17 265:2
266:2
**Samsung's**
7:9 9:5 15:17
24:23 25:8 31:9
32:7,20 33:3
35:24 62:5,9,22
63:5,13,25
64:19 65:2,22
71:17 72:4,17
72:19 74:4,7
77:11 88:9,13
89:14 91:12,16
94:22 95:5,22
96:15 103:10
106:11 120:16
120:19 129:20
131:9,10,22
132:4 133:2
135:11 168:11
170:19 187:8
190:8 196:10,15
199:10 209:5
211:16 215:14
216:17 218:16
228:16 229:5,13
231:2,6 232:8

239:5,6,9,10,19
**Samuel**
162:18
**San**
1:2 8:9 9:3,4 10:3
**sanctioned**
38:20 39:4
**sanctions**
5:13 33:17 140:2
**SangHoon**
160:6,7 175:11
189:16
**Saturday**
246:9,14
**save**
43:24 44:4,8,11
45:22
**saved**
44:22
**saves**
45:21
**saving**
42:22,23 45:19
46:1
**saw**
19:19 132:10
222:21 223:13
250:17 251:5,12
**saying**
14:23 21:20 22:1
22:16,18 23:18
23:20 32:15
43:25 79:7,8
146:18 205:9
224:2 231:20
250:21 251:8
254:9 259:11
**says**
15:16 31:21
37:13 43:12
65:13 91:14,18
96:8 167:13
202:5 233:17
253:19 254:5
256:3,9 257:2,2
257:7
**SCA**

189:6,8 190:8
**school**
50:20,21,22,23
51:15
**scope**
128:23
**SCR**
1:25
**scroll**
31:15,16
**scrubbed**
98:21
**se**
144:21
**seal**
7:11 98:16 99:12
167:14 228:1
232:9,22
**sealing**
238:19
**seasoned**
237:11
**SEC**
125:22 126:6,7
**second**
11:13 14:10,18
92:14,14 94:9
121:11 128:6
136:14 141:11
143:5 152:17
164:11 166:14
174:24 175:25
176:21 193:7,8
195:15,24
196:18 199:16
203:12 232:25
254:18 256:6
**secondly**
10:1,15
**secret**
231:25
**section**
105:25 253:17
**sections**
185:15
**Securities**
126:3

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

300

**see**
13:17 20:4 29:3
34:4,14,16,19
47:25 70:8 91:5
91:19,23 92:22
94:19 95:2,18
96:1,2 99:18
105:22 106:4,23
106:24 110:9
114:19,22 116:1
116:10,20,21
122:17 130:16
130:20,22 132:8
133:12 136:13
136:15,22 138:4
138:7,20 151:25
152:17,20
153:10,16,19
154:13 156:1,7
157:13,17,24
169:3 172:7
173:13,22
175:25 176:4,12
176:17 178:9,13
179:4,8,16,18
184:17,23,24
190:24 193:8,13
196:1 197:4,8
198:15,18,23
199:12,15,19,20
202:16,17
210:12 211:23
223:19 228:17
228:18 233:10
233:11 235:19
239:13,14
241:20,21
244:22,25
250:25 256:21
**seeing**
11:12,21 46:25
47:2,6 68:19
154:20 183:6
234:16 250:6
256:18
**seek**
142:9

**seeking**
65:23 121:2
**seen**
11:20 21:3,6,7
24:14 28:15,24
29:23 33:18
34:22 43:9
49:22 65:8 77:8
77:13,18,21
91:2 92:10,12
92:13 93:11
94:6 95:16
110:7 115:12
124:7 151:17
152:10,13
154:15 179:3
183:24,25
195:13 227:21
**select**
59:24 82:16
205:10
**Selendy**
179:17,19,20
183:1
**Selwyn**
150:3,12 151:6
167:23 183:19
195:11 200:3
**semicolon**
153:21
**send**
9:15 16:1 99:19
100:6 134:15
144:8 146:5,25
147:3 178:14
198:22
**sending**
78:23 123:13
179:13 180:6
225:15
**senior**
17:2,4 48:11
53:18 54:9,14
54:22 55:4
56:25 58:1
110:18 125:4
134:11 143:9

159:20 160:9,16
160:25 161:10
161:12,16,18,20
162:10,16
164:20 170:13
179:12 186:22
186:24 191:6
192:9 237:11
**seniority**
193:3
**sense**
89:10 105:6
132:13 193:3
214:3
**sent**
47:10 78:8,14,19
79:5 104:20
115:23 116:11
121:9,17,24
137:6 142:23
149:19,19
155:25 156:12
157:22 158:3
164:13 166:1
179:5 180:14,17
181:2 182:18,19
185:5 195:20
196:3,7,19,20
198:25 224:22
248:18
**sentence**
34:16 35:6 36:19
92:15 175:25
176:4 197:4
239:23 257:9
**sentences**
97:21
**Seong**
92:4,5
**Seongwoo**
162:20
**Seong-woo**
189:19
**Seoul**
16:21 173:5
**SEP**
117:24

**separate**
13:20 15:13,25
227:7
**separating**
185:25
**SEPs**
64:11 114:14
181:20
**September**
6:10,20 149:20
151:5 152:11
167:22 171:9
176:11 195:11
200:9 202:18
203:16
**sequentially**
141:1
**series**
149:17 156:19
**seriously**
30:18,21 31:1
99:7 208:1
211:14,20
231:21 248:15
248:16
**serve**
60:16 134:22
**served**
134:12 152:19
**service**
135:3
**serving**
52:18 53:2,15
134:16
**session**
18:2 129:20
**set**
54:19 94:10
194:17 260:14
264:5
**setting**
51:23 53:13
129:1
**Seung**
61:1 90:25
160:23 169:9
186:16

**SeungKyun**
163:20 165:16
170:5
**Se-Jin**
189:18
**Sharp**
154:11 201:6
202:15 208:20
212:8 246:22
**sheet**
263:7
**shield**
219:6
**Shim**
1:20 2:17 5:2,9
6:2 7:2,6,8,12
8:6 10:8 13:21
16:19,20 17:19
24:23 28:19
33:16 39:13
42:13,19 49:20
54:8 70:18
90:23 92:3 93:8
93:19,23 94:2,2
95:13 110:2,5
115:9,9 124:5,7
130:8 137:16
142:2 150:2
155:25 160:21
169:20 170:13
170:25 171:4,7
175:22 187:19
191:11 192:9
200:1 212:6
213:18 218:24
227:11,12,19
232:7,7 238:6,8
249:12,16,19
262:3,6 263:3
265:3 266:3
**Shin**
111:24 112:2
161:20 163:6
188:15 191:20
**shoot**
16:7
**short**

Case 5:11-cv-01846-LHK   Document 3142-5   Filed 07/08/14   Page 302 of 311
HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

301

175:3
**shorter**
190:25
**shorthand**
52:24 264:3,12
**show**
13:9,10 28:10
121:9 152:23,24
193:23
**showed**
201:4
**showing**
13:15,16 178:19
**shown**
249:23
**shows**
123:11
**sic**
93:23 253:20
**side**
53:13 54:19
**sides**
119:22 120:14
**sidestep**
70:8
**signature**
228:4 232:24
238:21 262:5
263:11 265:25
266:25
**signed**
153:3 228:7
233:2 238:24
263:7
**significant**
234:21
**signing**
264:14
**signs**
213:3 222:21
**Silicon**
9:18 10:2 160:16
161:5,22 162:9
162:13 175:20
187:21 188:16
188:23 189:4,10
191:21

**similar**
59:6,8 95:24
228:24
**Simmons**
117:8,8,11,11
172:24,24
**simply**
193:3
**simultaneous**
118:17,18
**single**
137:15,18 230:1
**sir**
18:21 20:2,24
21:3 23:1 26:6
28:4,8,24 30:20
31:6 32:3,17
33:18 34:2,14
34:19 37:5
38:18 39:12
42:11,17 43:5
43:16,25 46:6,9
48:11,13 49:8
51:17 52:14,25
60:21 63:2
65:17 67:8 73:5
75:23 80:23
86:4 87:21
97:16,22 121:15
147:2 148:8
156:2 159:7
166:4 167:7,21
183:8 194:24
200:21,25
202:16,19
203:17,19
206:12 207:16
211:10 213:11
214:10 215:9
216:24 220:3,15
223:2,16 228:9
229:9 231:1,11
232:5 233:4
234:3 237:6
238:13 239:14
242:10,21
243:14,23 244:3

245:15 247:12
248:5,23 250:15
251:8,19 252:7
256:25
**sit**
108:1,10 109:11
121:1 211:10
245:1 256:8
**site**
144:5,8,11,14,19
145:2 157:16
**sitting**
19:11 58:8
102:24 107:19
197:11 222:14
245:15
**situated**
139:7
**situation**
99:25 158:18
159:3
**skeletal**
184:16
**skipped**
160:5
**Slightly**
36:24
**slots**
122:18
**Snotherly**
196:21
**solely**
158:8 207:3
224:12 226:20
252:6 258:10
259:22
**somebody**
140:12 141:3
**Son**
125:14 175:14
**Soojin**
162:23 164:22
189:23 192:2
**sorry**
15:7 17:3 24:9
32:1 40:24
46:14 67:2

71:13,23 91:10
98:8 100:18
108:15 111:15
114:12 118:3
125:1 126:15
132:25 137:3,17
138:12 141:9
150:15 154:25
172:2 173:2
174:25 176:11
178:10,11
182:10 203:1
206:3 218:20
224:16 244:4
246:15 248:5
249:6 252:17
**sort**
15:10 102:13
**sought**
41:10,16,19 66:10
66:21
**sound**
19:10 243:23
**sounds**
125:14
**source**
67:6 68:22
212:23 224:21
**South**
2:20 3:12 4:7
8:13 84:24
**so-called**
66:16
**speak**
17:8,9,12,13,14
62:22 63:18
78:22 79:21
80:1,5,8 83:5,9
111:5 200:17
201:9 237:7
261:9,14
**speaker**
17:17
**speaking**
79:3 81:23
197:21 217:21
**speaks**

96:7 194:22
203:10
**special**
44:5
**specific**
40:15 47:7 64:4
78:4 80:15
127:13 145:10
208:5 256:15
**specifically**
41:10 47:2 51:22
53:7 58:3 94:16
96:19 106:9
120:8 129:24
146:12 211:14
218:14 226:4
235:15 246:13
**specifics**
76:19
**specify**
15:15 52:4 147:9
**specifying**
20:16
**speculate**
47:20 55:17
198:21 199:24
205:3,8 206:12
225:10 231:10
234:2 242:25
244:18 247:12
249:4
**speculated**
247:20
**speculating**
52:9 206:16
234:7 243:24
**speculation**
19:24 30:23
35:11 36:5,12
37:7 47:16 66:1
72:8 73:3 74:9
90:14 93:1 96:7
97:4 100:13
101:10 103:13
104:22 126:25
128:16 129:4
132:24 134:24

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

145:4 159:1
164:3 165:22
166:18 177:6
179:25 194:22
197:16 200:19
201:9 203:21
204:14 206:11
206:22 209:25
210:8 222:8
226:17 230:13
232:4 234:1
235:5 237:3,17
242:9 243:6
247:11 248:11
248:22 256:24
258:2,7 259:8
**speculations**
240:18
**spell**
60:21 125:1
142:25
**spent**
51:16
**spirit**
132:14,14
**spoke**
52:21 80:11 83:5
83:14
**spoken**
81:10,18 82:9,20
102:21
**spots**
146:19
**spreadsheet**
116:2 123:13
147:11 148:25
149:7,10
**spreadsheets**
148:22
**STA**
160:19 161:25
187:7 188:20
189:13
**stack**
241:10
**staffed**
128:22

**stage**
134:5
**stamped**
5:22,24 6:3,5,12
6:15,22 7:3
**stand**
58:7 115:1
204:23,24 206:7
241:7 243:13
**standard**
52:15,19 55:1,6
56:2,8,11,21
71:25 72:20
91:14,16 94:22
95:5 131:12
**standards**
119:4
**standard-setting**
94:15
**standing**
217:3
**stands**
69:9
**start**
25:24 30:1 34:4
35:6 41:5 46:1
54:9 57:24
68:15 75:12
77:17 88:23
116:6 152:16
185:7 186:13
191:1
**started**
46:3 51:9 54:4
62:21
**starting**
115:22 130:23
228:11 253:20
255:6,12 257:8
**starts**
184:18
**state**
2:25 3:6 8:16
16:17 218:2
219:17 252:16
252:18,22
**stated**

15:1 36:3 40:12
41:3 67:19
95:19 96:21
97:14,19 98:1
106:9 133:22
144:21 154:20
157:5 178:16
194:10 203:7
205:9 207:23
234:9 235:7
236:20 239:21
239:23 249:24
255:17 259:25
**statement**
36:25 154:10
185:1 202:13
235:17
**statements**
64:24 154:8
202:12
**states**
1:1 8:7 34:17
35:7 36:19 51:6
51:7,9 57:15,21
57:24 58:21
59:7 85:14 88:1
91:6 92:16 94:9
138:5 153:2
184:1 195:15
197:5 198:16
203:13 217:22
242:13,14
**stating**
184:20
**status**
90:6
**stay**
97:16 194:14
221:1
**staying**
261:14
**stenographically**
264:8
**step**
14:1 70:10
**stepping**
12:4,4

**steps**
45:13 101:16
230:8
**Steptoe**
48:24 49:1,24
50:11
**stipulated**
261:20
**stipulation**
10:19 15:13,20
**stipulations**
248:25
**stop**
14:1 71:3
**stops**
31:14,14
**straight**
150:19
**straightforward**
69:7
**strategy**
59:4 80:13 84:4
84:10,16,22
85:3,9,13 86:10
117:16
**Street**
3:6 4:7,15
**strictly**
256:11
**strike**
108:5 214:19
217:15
**strikes**
11:22
**string**
115:10 116:7,17
156:4,18,22
**Stroz**
48:9
**subject**
1:19 19:6,14
20:23 21:13
23:15 24:2,4
26:20 27:4 89:7
90:10 95:21
103:1,3 145:11
234:10 242:2

243:21 259:24
**subjective**
108:22
**subjects**
220:3
**submission**
79:23 120:16,24
121:4 147:11,15
158:13 167:12
250:12 260:10
260:24
**submissions**
59:14 79:25
117:18 118:9,15
118:17,18,20
122:3 128:25
145:7,12,15,15
145:17,24 146:5
146:5,9 147:1,2
147:3,7,14,15
147:17,19,20,22
148:3,6,10
158:21 159:4,5
166:12 167:18
171:25 172:3,16
173:10 174:18
184:3 205:11
212:22,25
**submit**
117:21 119:11,14
**submitted**
86:17 117:24
118:20 119:7
120:14 129:22
131:1 133:22,24
134:1 147:23
148:1 149:7
176:6 184:2
185:12 209:15
220:20 228:1
232:21 238:17
**submitting**
135:13 167:9
**subscribe**
50:5
**subsequently**
197:6

Case 5:11-cv-01846-LHK   Document 3142-5   Filed 07/08/14   Page 304 of 311
HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

303

subsidiary
160:20 170:20
187:8 188:20
189:7,9,14
190:9
substance
139:17 231:13,17
242:2 251:12,22
substantively
241:16
sued
52:12 56:10
64:10
sufficient
12:18
suggest
121:23
suggestion
11:8,15
Sughrue
50:18
suit
58:10
Suite
2:21 3:13 8:13
SULLIVAN
4:6
sum
174:7
summaries
119:8,14,19,22
120:16
summary
154:6,8 202:8,12
summer
96:22 224:2,3
225:17
Sunday
17:25
SungCheol
162:25 189:25
Sung-Ho
163:2 190:2
Sunmi
188:18
supervise
51:25 54:22 59:3

63:6 83:21
supervising
70:1,2 139:11,12
supervision
264:10
supervisor
82:25 83:1 101:5
102:22 112:12
230:5
supervisor's
83:1 112:11
supplemental
125:23,23
suppliers
239:9,12
support
7:9 207:20 232:8
supposed
245:3
sure
11:14,25 12:20
16:19 18:23
21:15 22:23
25:17 26:18
28:14 32:19
33:20 40:8
42:15 47:22
52:8 55:3 61:9
63:1,3,8 64:22
66:19 67:15,25
68:1 70:8 78:4
81:16 86:2
88:14 89:18
98:10 99:24
100:19 105:21
108:10 109:3
128:22 129:20
130:8,18 138:17
141:2 149:22
150:10,19
151:20 153:15
155:1,21 157:12
167:24 169:4
175:5 186:12
195:23 198:14
201:15,23 202:2
202:4 206:4

208:13 209:23
210:16 216:2,9
220:5 221:13
222:16,25
225:16,22
227:22 229:17
231:13 238:15
240:10 241:11
242:20 245:11
246:18 249:20
249:21 251:24
253:11,15
254:14 256:7
259:15 261:7,9
surfaces
11:19
surfacing
17:22
surrounded
69:4
surrounding
64:5
surveys
154:5 202:8
Suwon
111:14,16 159:16
159:18 161:7
162:15 186:17
Suyeul
164:25
SVP
159:20 170:13
186:22,24 191:6
swear
10:6
sword
219:6,6
swore
229:12
sworn
10:9 228:10
system
44:25 45:3,5,9,12
45:14,21,25
46:7,10,17
S-A-M-S-A
114:20 115:1

S-E-L-E-N-D-Y
179:17
S-U-W-O-N
159:18
_____
T
T
4:1 5:1,1,7 6:1,1
7:1,1 265:1,1
266:1,1,1
TaeHyoung
192:8
take
14:16 17:24
18:14 30:18,21
31:1 40:14 45:8
45:25 46:7
47:19 53:23
58:16,17 66:19
87:19 99:6
101:16 103:17
109:15 110:4
130:19 138:18
140:22 141:18
148:19 151:19
152:12,14
158:21 170:22
186:10 193:22
201:18 208:2
211:20,22 212:9
212:19,19
223:17 227:19
230:8,21 232:2
238:13 253:10
256:5
taken
15:12 25:17
45:13 62:13
68:5,14 69:7,15
70:3,19 71:9
79:18 86:13
204:21 218:2
227:22 245:17
264:4,12
takes
11:10 207:23
211:13 227:6
231:20 248:14

248:16
talk
57:13 70:7 90:3
101:5 102:20
140:22 208:1
220:3 231:13
talked
63:15 80:15
103:4 129:19
talking
21:21,24 23:1
40:5 41:2 66:17
77:16 102:9,9
115:20 119:2
136:8 144:16
146:14 147:9,10
156:15,16
176:24 237:10
237:18 250:13
talks
43:21
tape
8:5 93:13,18,23
170:24 171:4
249:11,16
team
101:18 106:12
124:22,25
159:21,23,25
160:2,8,12,13
160:15 161:13
161:15,17,21
162:3,5,7,11,15
162:17,19,24
163:1,3,5,7,9,11
163:13,16,19,21
164:21,23,24
165:1,3,5,7,9,11
165:13,15,17
169:6,8,12,14
169:15,17,19,22
169:24 170:2,4
170:6,8,10,12
170:14,16,18
175:7,9,10,12
175:13,17,19
179:12 182:22

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

304

183:4 184:19
186:19,21,23,25
187:2,3,5,9,11
187:13,15,17,18
187:20,24 188:1
188:2,4,6,8,9,11
188:13,14,15,22
189:1,3,12,15
189:17,20,22,24
190:1,3,5,7,10
190:12,13,15,16
191:3,7,8,9,10
191:12,14,16,18
191:19,20,23,24
192:1,2,4,5,6,7
192:8,10,12,14
192:18,20,21
221:21 222:3
226:10 227:2
230:3
**technical**
58:9,14 192:22
193:2
**Technologies**
160:19
**technology**
159:21,24 160:2,8
160:12,15
161:13 162:3,5
162:7 163:1,3,7
163:11,16,19,21
164:25 165:5,6
165:8,16 169:22
169:23 170:1,3
170:5,7,9
186:25 187:11
187:13,16 188:3
188:5,12,21,25
189:2,16,22
190:1,2,11,14
**Teece**
129:10 131:1,6,8
131:17,21,24
132:3,8,17,21
133:2,7,19
134:1 138:6,6
138:21,21 141:3

142:3,9 143:16
143:21 153:8,20
153:21 154:16
155:14,18,25
156:5 157:9
164:13 167:10
168:2,25 175:2
176:1,5,14
177:2,7 178:6
178:14 179:13
179:22 180:6
201:1 223:14,20
223:23 224:22
225:2,24 226:6
244:24 245:13
250:24 252:13
**Teece's**
129:24 130:11,20
130:22 135:5,7
152:18 153:2
177:15 226:22
226:24,25 250:9
**Teksler**
90:24 91:11 92:8
93:9 95:14
**TELECOMM...**
1:12 2:7 4:4
**telephone**
237:14
**tell**
22:20 31:13,14
106:16 123:11
181:17 182:19
207:17 208:3
214:16 215:2
216:4,11 225:23
227:20 232:15
232:20 234:9
238:14,16
243:20 254:16
259:4
**telling**
140:18 141:7
225:1
**telltale**
213:3 222:21
**ten**

119:25 120:7
122:1,18 146:19
220:11,16
**Tenth**
4:8
**term**
52:23 57:4 86:12
168:17
**termed**
59:5 139:13
**terms**
10:19 54:16
59:25 69:17
70:4 77:11
90:11 92:16
94:10,12 95:20
95:21 96:4,17
96:25 97:12,18
97:24 103:24
105:9 106:7,12
106:14,15,19,21
106:21 129:2
154:9 183:22
195:17 202:12
212:10,20 213:1
214:6 221:15
222:17 223:5,10
223:15,21,25
228:21 236:25
237:15,19,24
240:5,17 241:1
245:4 247:1
251:2 252:2,12
254:2
**testified**
10:10 27:15
35:22 79:10
90:2 99:6
128:20 142:5
146:1 222:6
226:8 230:4
236:11,19 242:1
255:24
**testify**
132:8 133:13
218:7
**testimony**

11:19 27:18 33:2
58:17 81:9,15
133:17 180:13
213:19 214:9
215:12 216:15
219:11 223:1,13
223:16 229:16
238:4 241:6
246:2 249:22
250:3,5,16,18
250:20 251:4
253:2 259:7
263:4,6 264:7
264:13
**Texas**
52:11,12 139:7
**text**
183:21 184:22
**Thank**
25:6 69:1 80:21
126:18 151:11
213:11,13
258:11
**Thanks**
16:11 32:1
**thereof**
257:14
**thing**
11:13 151:22
152:3 156:21
175:5 186:12
220:5 229:20
234:8 240:11
**things**
9:22 10:12 43:21
58:6 131:24
184:11 196:17
197:20 209:23
213:19 245:4
247:20
**think**
12:13 13:3,19,19
13:23 14:8 15:2
15:21,24 18:25
19:1,8 20:11
21:25 22:11
23:5 36:9,15,19

37:2,17 45:13
45:16 48:9
54:10,16 58:5
58:12,13,13
59:5 60:15
61:18,22 62:16
62:17 64:9
66:24 67:18
71:20 73:11,15
77:7 82:18 83:2
83:2 90:9 105:8
105:15 110:12
112:16 113:4
114:16 116:9
117:24 119:1,16
119:18 121:12
123:20 128:2
129:19 130:4
131:2,25 132:12
132:12 133:23
134:17 140:14
140:20 144:21
146:1 148:16
157:3,3 158:16
160:5 164:18
171:12 176:16
178:17 181:14
187:7 190:21
193:4,5,16
198:24 202:1
204:4 205:17,17
213:4 214:5
217:2 219:14
221:24 226:8
229:18,18,19
230:4,7 231:22
235:12,13,16
237:23,24
239:21 240:18
241:16 243:7,24
245:8 247:21
249:2,3 256:12
259:10 260:22
**thinking**
22:13
**third**
11:2,3 13:25 14:5

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

305

30:17 40:19
48:8 64:25 65:3
91:5 98:22
104:6 153:1
155:22 157:24
200:14,24
221:16 228:4
231:21 245:19
254:9
**Thirteen**
150:11,24 202:25
203:1
**Thomas**
9:2 10:2 112:17
137:8 178:7,25
243:18
**thought**
13:6,9,9 100:21
103:19 163:17
204:20 212:15
254:6
**thoughts**
103:16,21,24
104:2
**thousands**
14:12,12
**threat**
229:11
**three**
15:19 27:2,3,5,7
27:19,22 46:22
47:4 49:2,2
81:24 141:1
198:15 217:22
217:25 242:13
**thrust**
90:9
**time**
8:10 12:18 14:19
17:7 31:13,21
41:7 47:3,21
50:8 51:13 52:4
52:17 53:1,5,15
55:2 81:7 88:10
89:1 90:25
92:11 93:20,24
96:21 98:22

118:2,5 126:3
126:22 127:12
127:14,17,18
146:4 156:24,25
158:19 164:1
168:7 171:1,5
186:5,6 213:5
213:12 245:18
249:13,17 262:4
264:5,5,8
**title**
17:1 61:16,20,22
137:21,23
153:24 154:2
160:22 161:24
192:25,25
**today**
8:11 10:4 11:7,8
11:18,21 12:18
13:12 39:12
81:4 83:17
108:1,10 109:11
121:1 155:10
211:10 219:23
245:1 261:22,24
**today's**
8:10 17:20
**Todd**
157:15
**toggle**
156:22
**told**
9:11 19:20 24:2
68:24 76:10
87:14 99:11
140:21 143:21
146:12 183:9
204:16 223:9
231:12 259:3
**Tom**
4:20 8:12 9:10,23
135:21 136:20
138:1 164:12
196:20
**tomorrow**
12:3,16
**tonight**

261:19
**top**
31:19 34:4 79:22
102:24 115:10
121:12 138:5
156:16 180:3
244:20
**topic**
82:16
**total**
26:25 27:1,20
**touching**
82:17
**touchstone**
148:20
**Trade**
57:17 85:16
111:2 184:3
**transaction**
170:16
**transcribed**
264:9
**transcript**
5:8 11:10,24
213:21 260:3
264:12
**transcription**
263:5
**translated**
261:15
**transmission**
155:18
**transmitted**
144:5
**treatment**
96:15
**trial**
72:4 118:1,4
132:8,11 133:14
133:19
**tribunal**
23:13
**tribunals**
23:12 129:22
**trick**
208:11
**tried**

43:22 97:11,17,23
219:17
**tries**
96:17
**Troisi**
189:8
**true**
107:24 108:3,12
177:10 217:21
235:16 247:3
263:5 264:11,20
**truthful**
217:12 219:25
**truthfully**
219:18
**try**
43:24 64:20
79:24 90:11
196:14 247:21
**trying**
26:4 43:16,17
63:4 67:24
71:13 75:9
105:3,6 200:22
214:1,3 218:22
219:5,25 233:16
235:12 246:6,16
246:23 247:2
248:24 260:19
**Tuesday**
1:22 8:1
**turn**
34:2 91:19 92:14
105:19 130:8,14
151:15 153:12
155:20 167:21
168:5 179:16
186:3 193:7
195:21 211:24
253:16
**turning**
145:10
**Twelve**
150:19
**Twenty**
227:14
**two**

9:22 12:20 13:6
14:14 15:18
19:2 55:13 58:7
83:2,13 132:18
138:9 142:22
145:14,15,15
149:18,19
153:19 156:6
176:10 193:22
201:16 203:15
218:4 232:16
233:18 242:24
244:19,22
**type**
21:11,18 192:22
**types**
18:17,24 49:5
**typically**
158:22,23 205:22
256:13
**T-E-E-C-E**
129:11

---

**U**

**U**
4:1 6:1 7:1 266:1
**Uhm**
170:15
**ultimately**
122:19 141:16
**UMTS**
119:2,5 131:12,19
**unaware**
94:12
**unclear**
220:6 245:7
**undercut**
239:4
**undergraduate**
50:24 51:1
**understand**
11:15 12:20 30:8
39:12 40:2,8,23
41:1,1,9,19 42:1
42:5 43:11,17
49:8 55:5 58:12
62:9 63:4 65:16
68:13 71:2,4,14

75:9 78:2 81:9
82:8 90:1 95:25
106:25 107:21
127:8 132:12
134:17 181:15
194:17 200:22
200:23,25
205:17,22 216:2
217:2,9 219:13
234:12 235:9
236:6 246:3
248:9 249:21
253:6,12,19
254:4,8,24
259:12,12
261:10,13
**understanding**
28:7 30:11,14,15
33:2 43:12 63:5
63:13 66:24
67:3,6 70:9,25
74:7 84:20 86:8
166:7 205:13,18
208:3 215:13
216:16 218:18
220:24,25
241:25 248:24
**understood**
9:16 27:24 89:19
98:24 152:4
194:14 253:12
253:23 254:1
**undisclosed**
37:10
**unfair**
106:19
**unfortunately**
230:1
**unilaterally**
12:22 13:15
**United**
1:1 8:7 57:15,21
57:24 58:21
59:7 64:15 85:6
85:14 88:1
168:12,13
242:14

**unprivileged**
40:22,25 42:1
65:10 104:6
**unquote**
209:10
**unrelated**
14:11
**unsure**
67:16
**untoward**
34:8
**unwaived**
37:9
**unwilling**
66:16,23 67:22
**un-redacted**
20:5,7,10,13,22
23:3 26:11,24
27:16 210:3
243:2 254:12
260:8
**URQUHART**
4:6
**use**
5:11 52:23 94:16
104:12,17
106:18 120:2
143:21,23
148:23 151:14
209:12,19
210:15 219:5
221:7,13,22
222:5 230:10,17
231:15 236:18
260:12 261:4,5
**uses**
34:8
**utilize**
45:12
**utilized**
146:19
**utilizes**
254:5
**utilizing**
144:23
**U.S**
21:8 51:5,16

160:20 187:8
188:20 189:6,8
189:14 190:8
218:4

_____

**V**

**v**
1:7 2:11 265:2
266:2
**vague**
18:19 30:10,23
31:2 32:23 33:5
35:4,10 36:5
38:9 39:25,25
40:20 48:3 53:4
62:11 63:19
65:25 73:3
75:18 78:25
82:1 85:23 99:5
101:22 102:2
105:2 107:5
115:19 132:5
147:8 158:14
176:7 181:13,14
185:24 203:25
204:8,14 212:12
219:12 221:23
236:1 237:5
240:9 251:7
253:7 256:23
258:20 259:6
**Valley**
9:18 10:3 160:17
161:5,23 162:9
162:13 175:20
187:21 188:16
188:23 189:5,11
191:22
**Vanzetti**
167:9,19 172:18
**variety**
57:20 174:8
200:1,6
**various**
59:14 64:3,3,3
89:16 90:7
129:21,22 174:9
174:17 196:10

197:2 198:8
200:15 205:11
250:23
**vast**
14:16
**vendor**
48:8
**venue**
59:20,25 174:19
**venues**
59:7,15,24 73:25
89:16
**verify**
178:18
**version**
99:19 100:6
151:1 197:7
201:1 224:22
225:1
**versions**
185:3 210:3
**versus**
8:6 153:9,22
165:20
**vice**
60:18,20 61:17,21
124:22,24
159:13,20
160:11,13,18
161:14 162:8,8
165:2,4,4,10
169:11,15,21
170:11,13,17
175:8,18 186:14
186:18,20,22,24
187:1,4,4,6,10
188:7 189:4
191:4,6,8,15,21
192:9 230:5,6
**Victoria**
178:8 179:1
183:5
**video**
8:11 9:2,5,6,8,14
9:25 10:1 11:9
11:16,16 12:15
14:7

**videographer**
4:20 8:4,11 10:4
12:7,10 53:24
54:2 70:12,15
93:18,22 109:16
109:19 141:21
141:24 170:24
171:3 211:25
212:3 249:11,15
262:2
**Videotape**
262:3
**videotaped**
1:20 2:17 8:5
262:6
**view**
37:10 123:23
205:4,7 206:16
206:18 212:9
215:5 227:9
**views**
131:17
**violate**
217:14
**violates**
31:10
**violating**
38:20
**violation**
256:20
**vis-à-vis**
212:13
**voice**
8:15 24:10
**voluntarily**
12:22 254:6
257:4
**voluntary**
253:21
**VP**
61:13,14 82:25
101:5 102:22
111:10 112:9
124:20,24
125:19 128:6
160:11 165:10
169:21 170:17

175:8,10,10,18
175:20,20
186:14 187:1,6
187:7,10 188:7
188:19 189:4
191:4,8,21
230:5

---

**W**

**W**
7:6,8,12 187:19
232:7 238:7
**wait**
11:23 134:15
**waited**
259:4
**waived**
35:15 139:1,25
218:24 219:9
262:5
**waiving**
108:17
**Walderveen**
241:18
**walk**
15:2 159:7 169:1
186:5
**Wall**
110:3
**want**
8:24 10:15 27:2
40:16 47:20
52:1,4 53:20
54:4,20 55:16
62:24 63:12
64:23 67:2,14
76:19 80:16
88:20 102:17
140:22,25
141:18 145:7
150:25 198:21
199:24 205:2,8
206:12 207:16
208:14 211:23
213:18 216:1
220:3,3 225:10
231:10 233:14
233:23 234:2,6

234:22 236:16
239:1,15 241:15
243:3,23 247:12
249:21 251:22
253:10,11 260:2
260:11 261:7,11
**wanted**
10:23 234:14
**wants**
261:5
**warranted**
60:15
**Washington**
48:21 50:16
110:19 111:11
159:14 160:10
186:15 190:17
191:5 192:15
196:23
**wasn't**
146:6,22 230:19
**watch**
9:2,4,6,12,13,24
9:25 11:9,15
12:14 14:7
**watches**
9:8
**watching**
9:14 11:11,16
**Watson**
9:3,23 10:2
**way**
15:8 29:17 31:10
33:21 36:24
67:17 68:1
73:23 87:14
98:17 121:3
140:9 144:5
148:9,13,21,24
164:16 209:22
240:12 245:12
246:9 247:25
**ways**
45:6,14 256:15
259:11
**weekend**
14:13

**weigh**
74:1
**went**
17:21 34:21
50:22 51:4,13
94:21 106:16
158:16 212:14
219:16 234:17
258:22
**weren't**
76:8 139:19
217:13 231:12
261:21
**West**
4:15
**we'll**
11:7 15:3 16:7,10
30:1 41:5 87:19
101:16 256:6
**we're**
11:18 12:7 14:4
15:1,2,2 39:12
53:24 70:12
71:16 119:2,3
135:13 141:11
141:21 146:14
156:14 168:6
186:4 190:21
202:2 207:10
211:25 212:3
229:17 231:12
231:15 240:11
243:1 245:22
246:16 249:5,8
254:7 257:5
260:22 261:18
261:19
**widely**
113:16
**Williams**
113:20 114:4
181:8 182:2
**willing**
68:6,15 69:8
**WILMER**
2:19 3:5,11
**WilmerHale**

8:17 54:5
**withdrawn**
44:16 58:16
85:19 96:15
107:16
**withhold**
208:6
**witness**
8:22 9:5 10:6,9
12:24 13:4 17:4
17:15,17 18:5
18:20 20:19
22:19 23:7,20
23:22 24:6,11
24:21 25:4,14
27:10,13,19
29:18 30:11
31:4,15 32:13
32:17,24 33:7
33:24 34:25
35:16 36:7,13
36:24 37:12,19
38:10 39:2,9,21
40:5,12 41:2,7
42:5 47:17 48:4
53:6 62:12
63:20 65:17
66:2 67:24
68:10 69:1,12
69:22 70:25
71:7,13,20,24
72:9,17 73:4,7
73:22 74:11,21
75:1,19 77:3
79:1 80:19
81:16 82:4
85:24 86:24
89:13 90:15
93:2,17 96:8
97:8 99:6
100:14,21
101:11,23 102:3
102:12 103:14
104:7,23 105:3
105:15 107:11
108:7,16,21
118:4 126:19

127:8 128:17
129:5 132:6,25
133:5,10 134:25
136:10 138:14
139:4 140:4
141:5,9 142:12
142:16 145:5
146:17 150:23
151:11,24 152:4
158:9,15 159:2
159:18 164:4
165:23 166:24
172:3 176:8
177:7,13,23
180:1,11 182:12
201:11,20 203:1
203:12 204:2,9
204:15 206:12
206:23,25 207:6
210:1,9 211:7
212:13 213:13
214:21 215:17
216:20 219:13
222:9 224:14,17
226:21 227:5
229:9,17 230:14
232:5 234:2
235:6 236:8
237:4,6,18
238:5 240:10
241:7 242:10
243:7 244:10
246:3 247:12
248:12,23 249:7
250:6,21 251:8
251:18 252:7,18
253:8 256:25
258:12,21
259:10,23
261:16 264:6,7
265:3 266:3
**witness's**
27:17 81:15
219:11 229:16
238:4 241:6
246:2 250:5,20
253:2 259:7

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

**Wo**
92:4,5
**Won**
192:13
**wonder**
34:6
**Wonsuk**
190:4 192:3
**Wonsun**
190:6 192:5
**word**
25:2 59:6 139:13
**worded**
36:25 86:12
103:18 105:4
214:2
**words**
148:23 167:25
207:15 214:14
**work**
22:6,7 24:20
29:11 32:10
33:6 35:11 36:6
37:7 38:8 48:25
49:3 50:14
51:15 66:4 67:5
68:8 69:19
70:23 72:15
73:11,13,17
74:10,14 76:13
79:11 87:6
88:14 89:11
97:4,7 104:4
105:14,16 107:6
117:12 132:22
133:3,8 134:19
138:23 139:22
143:17 158:6,8
158:17 162:21
169:18 177:3,20
180:8,10 193:19
203:21 207:2,4
208:8 211:4
216:5 217:1,18
218:12 224:9,13
226:18 235:18
251:15 252:4

253:2 258:2,8
259:9,20
**worked**
16:24 25:8,13
26:6 48:21
49:24 52:8,11
57:1,8 58:9
62:18 81:6
88:11 89:2
110:20,23
113:12 128:8,12
164:6 166:8,11
166:15,21 167:5
167:15 168:15
168:20 171:23
172:11,14 173:9
173:16 174:4,8
174:16 180:19
180:21,23 182:2
182:6 183:8
199:6 230:24
**working**
59:25 62:7,21
63:16 90:24
112:20 114:2,5
135:24 137:12
139:14,19
142:20 143:10
159:16 161:25
161:25 162:2,4
162:6,10,12,14
162:16,18,21,23
162:25 163:2,4
163:6,8,10,12
163:12,15,18,20
163:25 165:19
175:16 176:13
176:18,19,22
177:16 193:14
193:25 194:8,19
195:4 196:23
226:10,11
**works**
14:8 34:6 128:3
188:19
**world**
59:15 86:21 90:7

**wouldn't**
98:17 134:18,18
240:3,24 247:15
**written**
50:6 77:8,10,13
111:4 118:12
**wrong**
62:17 87:18
178:18 246:15
**wrote**
100:4 228:11

---

**X**
___

**X**
1:3,16 2:2,15 5:7
6:1 7:1
**xx**
264:14

---

**Y**
___

**Yagura**
142:22 143:3,3
**Yang**
162:12 189:10
**yeah**
16:6,8 31:22
60:22 75:19
77:17 85:24
91:16 93:14,17
97:2 114:12
120:8 137:20
141:20 150:18
150:21,23
175:23 201:20
202:21 206:25
208:15 221:12
242:5 254:22
260:17,25 261:2
**year**
29:5 50:14,19
53:19,21 123:9
123:14 178:18
224:2 232:22
256:12
**years**
16:25 46:5,6 49:2
51:10,16 81:24
82:3 85:21

235:18
**Yeon-wook**
125:14 175:14
**Yeowan**
190:8
**yesterday**
14:13 17:25 26:9
**Yong**
170:15
**YongKu**
163:4
**YoonJung**
163:6
**York**
1:11 2:6 112:18
**Youn**
190:8
**Young**
190:10
**Youngho**
163:15 190:11
**Youngjo**
163:8 169:16
190:13 192:6
**YoungSoon**
163:10 190:14
**Yun**
190:16
**Yunhee**
163:12 169:5
192:7
**Yuu**
160:11 165:4
169:21 187:10
**Y-A-G-U-R-A**
143:3

---

**Z**
___

**Zimmermann**
174:1
**zip**
175:1
**zone**
156:24
**Z0000203**
7:4
**Z0000208**
7:4

**Z000057**
6:23
**Z0000720**
6:6
**Z0000721**
6:6
**Z0000917**
6:16
**Z0001144**
6:13
**Z0001146**
6:13
**Z0001902**
5:23
**Z0002024**
6:4
**Z000918**
6:16
**Z0010490**
5:25

---

**0**
___

**01846**
265:2 266:2
**02109**
3:7

---

**1**
___

**1**
1:24 5:10,20,23
6:8,18,23 8:5
28:19,20 91:5,9
91:21 93:19,23
115:11 135:19
153:25 202:5
239:24 253:11
253:14 255:8
**1st**
95:15 149:19
150:3,12,20
151:16 153:25
168:3,8,23
176:17 178:3,5
183:20 200:9
201:16,24 203:6
203:16 208:16
259:4
**1:17**

HIGHLY CONFIDENTIAL DEPOSITION OF DANIEL SHIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

309

109:20
**10**
5:21 6:3 124:1,5
**10th**
238:8,24
**10:23**
53:25
**10:39**
54:3
**100**
148:15 149:3
**109**
5:22
**11**
5:15 6:5 93:20
  135:14,18
  153:14 156:8
  243:15 244:14
  255:5,7,8,17
**11-cv-01846-L....**
1:10
**11-CV-1846**
28:12
**11:04**
70:13
**11:15**
114:21
**11:16**
70:16
**11:48**
93:20
**11:50**
93:24
**115**
5:24
**12**
6:8 74:23 149:23
  150:2 151:14,16
  152:5,16 157:11
  202:1 208:17
**12:11**
109:17
**1201**
4:15
**120704**
125:22,23
**124**

6:3
**12585**
264:2,25
**13**
5:18 6:10 150:11
  150:17,18 151:5
  151:8,14 152:10
  167:21 203:2,2
  232:22
**13th**
92:9 178:6,15,25
  179:6 180:4
  182:18 232:9
  233:3
**135**
6:5
**14**
6:12 178:20,24
  182:23 253:16
**149**
6:8
**15**
1:22 6:15 8:1
  51:16 81:1
  182:13,17 183:7
**15th**
8:10
**151**
6:10
**16**
5:3 6:18 183:14
  183:18 203:18
  255:6,12
**16th**
258:19 259:4
**17**
6:20 130:23,23
  195:6,11 203:18
**17th**
264:21
**178**
6:12
**18**
6:22 195:10
  198:4,8 228:11
  257:8
**182**

6:15
**183**
6:18
**1846**
28:13 29:25 30:1
  150:20 151:15
  152:22 201:18
  201:18,25
  202:21 205:14
  208:16
**19**
7:3 199:1,5
  253:20 254:5
**190**
154:7 202:10
**193**
154:7 202:10
**195**
6:20
**198**
6:22
**199**
7:3

---
**2**
---

**2**
5:13,17,18 6:4,7
  6:11,17 33:11
  33:16 34:2
  37:13 39:13
  42:13,19 91:21
  105:20 130:8,23
  170:25 233:5
  238:22
**2nd**
15:12 41:10,15
**2.4**
72:4,12 74:18
  131:22,25
  132:15,17
**2:06**
141:22
**2:44**
141:25
**20**
7:6 114:20
  227:15 229:13
  239:24 253:17

**201**
6:10
**2010**
53:20 54:10 55:4
**2011**
5:16,18,19,20
  80:23 81:1 91:1
  92:9 93:10
  95:15 96:23
**2012**
81:2 114:21
  115:13,24
  116:12 117:3,19
  122:25 123:11
  124:6 126:4,22
  136:5,20 138:2
  138:21 142:4
  143:22,25
  145:12 152:19
  153:16 155:23
  156:8,13 157:15
  164:12 167:11
  168:8,23 174:25
  176:2,17,24
  178:6,15 197:1
  225:18,19,21
  226:3,4 241:13
  246:10,21 248:1
  248:19
**2013**
1:22 6:8,18,20
  8:1,10 41:15
  81:4 149:19,20
  150:3,12 168:3
  171:9 176:12
  178:25 180:4,6
  182:18 183:20
  184:1,7 190:20
  190:23 195:12
  196:4 199:14
  201:24 203:6
  224:3 225:17
  227:12 228:8
  232:9 233:3
  238:8,24 258:19
  264:21
**21**

7:8 232:7,10
  239:24
**21st**
136:5,20 137:6
  155:23 156:8,13
  156:15,18,23
  157:4 227:12
  228:8
**2100**
2:21 3:13 8:13
**213**
2:23 3:15 4:10
  5:4
**22**
7:12 238:7,9
**22nd**
136:14 152:19
  153:16 156:16
  156:23 157:5
  190:20 244:21
  246:10,14 248:1
  248:19
**227**
7:6
**23rd**
116:12 117:3
**232**
7:8
**238**
7:12
**24**
157:6
**24th**
157:15 246:21
**25**
6:10,20
**25th**
149:20 151:5
  152:11 167:22
  171:9 176:11
  190:23 195:11
  200:9 202:18
  203:16
**26th**
196:4 199:14
**266**
1:24

310

**28**
5:10
**29**
5:16
**29th**
91:1 115:13,24,24
122:25 241:13

---
**3**

**3**
5:15,19 6:9,14,21
7:11,13 49:15
49:20 105:22
109:4 121:14
130:14 171:4
186:11 228:10
233:5 249:12
**3G**
119:2
**3rd**
93:10 197:1
**3/26/2013**
199:17
**3:30**
171:1
**3:45**
171:5
**30**
257:8
**30th**
167:11
**30(b)(6)**
9:5 12:16 237:7
**30309**
4:16
**33**
5:13
**350**
2:20 3:12 8:12
**38**
5:12

---
**4**

**4**
5:16 6:19 90:19
90:23 91:19
116:9 123:11
249:16 262:3

**4th**
176:2
**4:42**
212:1
**4:52**
212:4
**408**
4:17
**443-3613**
4:10
**443-5300**
2:23
**443-5308**
3:15
**46316**
1:23
**49**
5:15

---
**5**

**5**
5:18,25 91:24
92:3 184:16
233:13,17 234:9
253:16
**5th**
124:6 164:12
174:25 176:24
**5:53**
249:13
**526-6396**
3:8

---
**6**

**6**
5:14,19,19 7:5
93:4,9 94:3
239:1 253:16
257:8
**6:03**
249:17
**6:24**
262:4,7
**6:56**
115:24
**60**
3:6
**617**

3:8

---
**7**

**7**
5:20 95:8,13
**753**
52:9
**794**
49:13,21 150:13
183:9 205:14

---
**8**

**8**
5:22 109:22
110:3 184:16
**865**
4:7
**881-7000**
4:17

---
**9**

**9**
5:24 7:7 37:12
115:5,9 241:12
241:14 254:13
**9-B**
255:5,12
**9:10**
1:22
**9:18**
8:2,11
**9:24**
12:8
**9:29**
12:11
**90**
5:16
**90017**
4:9
**90071**
2:22 3:14 8:14
**91**
5:18
**93**
5:19
**95**
5:20