# EXHIBIT 11

| | |
|---|---|
| **From:** | DANIEL W. SHIM [daniel.shim@samsung.com] |
| **Sent:** | Monday, May 13, 2013 12:17 PM |
| **To:** | thomaspease@quinnemanuel.com; samsungFRAND@quinnemanuel.com |
| **Cc:** | victoriamaroulis@quinnemanuel.com |
| **Subject:** | Fwd |
| **Attachments:** | (Redacted) Expert Report of David J Teece Samsung v Apple.pdf; (Redacted) Rebuttal Report of David Teece.pdf; Teece Testimony from N.D. Cal - Samsung's sur-rebuttal..pdf; Teece Testimony from N.D. Cal..pdf |

**Privileged & Confidential**



------ **Original Message** ------
**Sender** : hyucksun kwon<hyucksun.kwon@samsung.com> E5/Senior Engineer/Licensing Group 2/Samsung Electronics
**Date** : 2013-05-13 17:15 (GMT+09:00)
**Title** :
**To** : 심우섭<daniel.shim@samsung.com>
**Cc** : 권혁선<hyucksun.kwon@samsung.com>

Privileged and Confidential

Attorney-Client Communication



------ **Original Message** ------
**Sender** : Selendy, Jennifer M.<<jselendy@kirkland.com>>
**Date** : 2013-05-10 23:51 (GMT+09:00)
**Title** :





2



상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.