# EXHIBIT 13

| | |
|---|---|
| From: | Thomas Pease [thomaspease@quinnemanuel.com] |
| Sent: | Thursday, March 28, 2013 7:04 AM |
| To: | 'hojin.chang@samsung.com' |
| Cc: | '강호진'; '이인정'; '김성윤'; '강마이클'; '고다니엘'; '심우섭'; '차정훈'; '권흥주'; '곽진환'; '김재형'; '박재일'; '신민재'; 'Kenneth Korea'; '리차드'; '김우선'; '김성우'; '이수진'; '박원석'; '김원선'; '임영조'; '강윤희'; 'Karin Norton'; Samsung FRAND; '김태형'; '심제이'; '강인동'; '이준원'; '권혁선'; Alan Whitehurst; Alex Lasher; Marissa Ducca |
| Subject: | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Attachments: | 5224213_17_ITC 794 Resp re FRAND.DOC |



**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Wednesday, March 27, 2013 9:04 PM
**To:** Thomas Pease; 장호진
**Cc:** 강호진; 이인정; 김성윤; 강마이클; 고다니엘; 심우섭; 차정훈; 권흥주; 곽진환; 김재형; 박재일; 신민재; Kenneth Korea; 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; Karin Norton; Samsung FRAND; 김태형; 심제이; 강인동; 이준원; Victoria Maroulis; 권혁선; Alan Whitehurst; Alex Lasher; Marissa Ducca
**Subject:** Re: RE: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇

------- Original Message -------
**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>
**Date** : 2013-03-28 08:51 (GMT+09:00)
**Title** : RE: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

1

CONFIDENTIAL BUSINESS INFORMATION                                              SAMNDCA-Z0000289



**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Wednesday, March 27, 2013 4:34 AM
**To:** Thomas Pease; 장호진
**Cc:** 강호진; 이인정; 김성윤; 강마이클; 고다니엘; 심우섭; 차정훈; 권흥주; 곽진환; 김재형; 박재일; 신민재; Kenneth Korea; 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; Karin Norton; Samsung FRAND; 김태형; 심제이; 강인동; 이준원; Victoria Maroulis; 권혁선; Alan Whitehurst; Alex Lasher; Marissa Ducca
**Subject:** Re:

PRIVILEGED AND CONFIDENTIAL



2

------- **Original Message** -------
**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>
**Date** : 2013-03-26 15:19 (GMT+09:00)
**Title** : ████████████████████████████

PRIVILEGED AND CONFIDENTIAL



**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Monday, March 25, 2013 4:32 AM
**To:** Thomas Pease
**Cc:** 강호진; 이인정; 김성윤; 강마이클; 고다니엘; 심우섭; 차정훈; 권흥주; 장호진; 곽진환; 김재형; 박재일; 신민재; Kenneth Korea; 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; Karin Norton; Samsung ITC; 김태형; 심제이; 강인등; 이준원; Victoria Maroulis; 권혁선
**Subject:** Re: ████████████████████████████

3

PRIVILEGED AND CONFIDENTIAL



------- **Original Message** -------

**Sender** : Thomas Pease<<u>thomaspease@quinnemanuel.com</u>>

**Date** : 2013-03-23 13:48 (GMT+09:00)

**Title** :

PRIVILEGED AND CONFIDENTIAL

4



CONFIDENTIAL BUSINESS INFORMATION

SAMNDCA-Z0000293



CONFIDENTIAL BUSINESS INFORMATION                                               SAMNDCA-Z0000294

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.



7

CONFIDENTIAL BUSINESS INFORMATION                                                            SAMNDCA-Z0000295

CONFIDENTIAL BUSINESS INFORMATION                    SAMNDCA-Z0000296