# EXHIBIT 14

| | |
|---|---|
| **From:** | Zymelman, Ari [AZymelman@wc.com] |
| **Sent:** | Sunday, March 31, 2013 10:36 PM |
| **To:** | 강인동 E6(수석) 라이센싱1그룹(IP) 삼성전자 |
| **Cc:** | 이인정 전무 IP법무1그룹(IP) 삼성전자; 김성윤 상무 IP법무2그룹(IP) 삼성전자; 신민재 책임변호사 IP법무1그룹(IP) 삼성전자; 김우선 수석변호사 IP법무1그룹(IP) 삼성전자; 김경만 E6(수석) IP법무2그룹(IP) 삼성전자; 곽진환 상무 라이센싱1그룹(IP) 삼성전자; 한제헌 E5(책임) 라이센싱1그룹(IP) 삼성전자; Genderson, Bruce; Hardy, Kevin; Fisher, Stanley |
| **Subject:** | |
| **Attachments:** | Nokia_20F_20120308.pdf; Nokia_20F_20130307.pdf; 2011.06.14 Nokia likely netted $600 million plus in Apple patent settlem....pdf; |



NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.

1