# EXHIBIT 15

**From:** Thomas Pease [thomaspease@quinnemanuel.com]
**Sent:** Tuesday, March 26, 2013 6:20 AM
**To:** 장호진 책임변호사 라이센싱1그룹(IP) 삼성전자
**Cc:** 강호진 . Washington IP Office 삼성전자; 이인정 전무 IP법무1그룹(IP) 삼성전자; 김성윤 상무 IP법무2그룹(IP) 삼성전자; 강마이클 수석변호사 IP법무1그룹(IP) 삼성전자; 고다니엘 수석변호사 라이센싱1그룹(IP) 삼성전자; 심우섭 수석변호사 IP법무2그룹(IP) 삼성전자; 차정훈 책임변호사 IP법무2그룹(IP) 삼성전자; 권흥주 E6(수석) 라이센싱1그룹(IP) 삼성전자; 곽진환 상무 라이센싱1그룹(IP) 삼성전자; 김재형 E5(책임) 라이센싱1그룹(IP) 삼성전자; 박재일 선임변호사 IP법무1그룹(IP) 삼성전자; 신민재 책임변호사 IP법무1그룹(IP) 삼성전자; **Kenneth Korea** . 산호세사무소(IP) 삼성전자; 리차드 책임변호사 IP법무1그룹(IP) 삼성전자; 김우선 수석변호사 IP법무1그룹(IP) 삼성전자; 김성우 E6(수석) 사업운영그룹(무선) 삼성전자; 이수진 E6(수석) IP법무1그룹(IP) 삼성전자; 박원석 E5(책임) 매입2그룹(IP) 삼성전자; 김원선 E4(선임) 라이센싱1그룹(IP) 삼성전자; 임영조 E6(수석) IP법무1그룹(IP) 삼성전자; 강윤희 선임변호사 IP법무1그룹(IP) 삼성전자; **Karin Norton** . 워싱턴사무소(IP) 삼성전자; **Samsung FRAND**; 김태형 책임변호사 라이센싱2그룹(IP) 삼성전자; 심제이 전무 라이센싱2그룹(IP) 삼성전자; 강인동 E6(수석) 라이센싱1그룹(IP) 삼성전자; 이준원 E6(수석) 라이센싱1그룹(IP) 삼성전자; **Victoria Maroulis**; 권혁선 E5(책임) 라이센싱2그룹(IP) 삼성전자; **Alan Whitehurst; Alex Lasher; Marissa Ducca**
**Subject:** ███████████████
**Attachments:** 5224213_14_ITC 794 Resp re FRAND.DOC

PRIVILEGED AND CONFIDENTIAL



1



**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Monday, March 25, 2013 4:32 AM
**To:** Thomas Pease
**Cc:** 강호진; 이인정; 김성윤; 강마이클; 고다니엘; 심우섭; 차정훈; 권흥주; 장호진; 곽진환; 김재형; 박재일; 신민재; **Kenneth Korea**; 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; **Karin Norton**; **Samsung ITC**; 김태형; 심제이; 강인동; 이준원; **Victoria Maroulis**; 권혁선
**Subject:** Re: ███████████████

PRIVILEGED AND CONFIDENTIAL



2

------- **Original Message** -------
**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>
**Date** : 2013-03-23 13:48 (GMT+09:00)
**Title** :

PRIVILEGED AND CONFIDENTIAL



CONFIDENTIAL BUSINESS INFORMATION     SAMNDCA-Z0000076



상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지 됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

CONFIDENTIAL BUSINESS INFORMATION

SAMNDCA-Z0000077

**From:**      Alex Lasher [AlexLasher@quinnemanuel.com]
**Sent:**      Thursday, April 04, 2013 12:10 AM
**To:**        Thomas Pease; 'hojin.chang@samsung.com'; 'Donovan, Edward C.'; '심우섭'
**Cc:**        '김성윤'; '김태형'; '강호진'; '이인정'; '강마이클'; '고다니엘'; '차정훈'; '권흥주'; '곽진환'; '김재형'; '박재일'; '신민재'; 'Kenneth Korea'; '리차드'; '김우선'; '김성우'; '이수진'; '박원석'; '김원선'; '임영조'; '강윤회'; 'Karin Norton'; '심제이'; '강인동'; '이준원'; '권혁선'; '강기중'; Alan Whitehurst; Marissa Ducca; Samsung FRAND
**Subject:**   RE: Re: <span style="background:black">████████████</span>
**Attachments:** 337-TA-794 Samsung's Initial Submission in Response to the Commission's ....pdf; OUII Response to Request for Further Briefing - PUBLIC.PDF



NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Thomas Pease
**Sent:** Wednesday, April 03, 2013 7:05 PM
**To:** 'hojin.chang@samsung.com'; 'Donovan, Edward C.'; '심우섭'
**Cc:** '김성윤'; '김태형'; '강호진'; '이인정'; '강마이클'; '고다니엘'; '차정훈'; '권흥주'; '곽진환'; '김재형'; '박재일'; '신민재'; 'Kenneth Korea'; '리차드'; '김우선'; '김성우'; '이수진'; '박원석'; '김원선'; '임영조'; '강윤회'; 'Karin Norton'; '심제이'; '강인동'; '이준원'; '권혁선'; '강기중'; Alan Whitehurst; Alex Lasher; Marissa Ducca; Samsung FRAND
**Subject:** RE: Re: <span style="background:black">████████████</span>

CONFIDENTIAL BUSINESS INFORMATION                                    SAMNDCA-Z0000209



**From:** 장호진 [mailto:hojin.chang@samsung.com]
**Sent:** Wednesday, April 03, 2013 6:51 PM
**To:** Donovan, Edward C.; 심우섭
**Cc:** 김성윤; 김태형; 장호진; Thomas Pease; 강호진; 이인정; 강마이클; 고다니엘; 차정훈; 권흥주; 곽진환; 김재형; 박재일; 신민재; Kenneth Korea; 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; Karin Norton; 심제이; 강인동; 이준원; 권혁선; 강기종; Alan Whitehurst; Alex Lasher; Marissa Ducca; Samsung FRAND
**Subject:** Re: Re:

------- **Original Message** -------
**Sender** : Donovan, Edward C.<edonovan@kirkland.com>
**Date** : 2013-04-03 22:12 (GMT+09:00)
**Title** : Re:



On Apr 3, 2013, at 9:10 AM, "심우섭" <daniel.shim@samsung.com> wrote:

    ---Original Message---
    Sender : Brian Sung Yun Kim
    Date : 2013/04/03 22:08 (GMT+09:00)
    Subject : Re: Re: RE: RE:

    ---원본 메시지---
    발신인 : 김태형
    발신일자 : 2013/04/03 22:06 (GMT+09:00)
    제목 : Re: RE: RE:

    ---원본 메시지---

CONFIDENTIAL BUSINESS INFORMATION                                                    SAMNDCA-Z0000210

발신인 : Donovan, Edward C.
발신일자 : 2013/04/03 21:03 (GMT+09:00)
제목 : RE: RE:



**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Wednesday, April 03, 2013 7:59 AM
**To:** Donovan, Edward C.; *hojin.chang@samsung.com; *daniel.shim@samsung.com;
thomaspease@quinnemanuel.com; *anthony.k@samsung.com
**Cc:** *injung.lee@samsung.com; *brians.kim@samsung.com; *michael.kang@samsung.com; 고다니엘;
*eric43.cha@samsung.com; 권홍주; *jhkwak@samsung.com; 김재형; 박재일; 신민재; Kenneth Korea;
*richard.an@samsung.com; 김우선; *clayton.kim@samsung.com; *sooj.lee@samsung.com; 박원석;
김원선; *youngjo.lim@samsung.com; *yunhee3.kang@samsung.com; *k.norton@samsung.com;
*th5.kim@samsung.com; *jshim@samsung.com; *indong@samsung.com; *jnwnlee@samsung.com;
*hyucksun.kwon@samsung.com; *kijoong.kang@samsung.com; AlanWhitehurst@quinnemanuel.com;
AlexLasher@quinnemanuel.com; marissaducca@quinnemanuel.com;
SamsungFRAND@quinnemanuel.com
**Subject:** Re: RE

------- **Original Message** -------

**Sender** : Donovan, Edward C.<edonovan@kirkland.com>
**Date** : 2013-04-03 20:42 (GMT+09:00)
**Title** : RE:



**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Wednesday, April 03, 2013 2:03 AM
**To:** *daniel.shim@samsung.com; thomaspease@quinnemanuel.com; Donovan, Edward C.;

CONFIDENTIAL BUSINESS INFORMATION                    SAMNDCA-Z0000211

*anthony.k@samsung.com
Cc: *hojin.chang@samsung.com; *injung.lee@samsung.com; *brians.kim@samsung.com;
*michael.kang@samsung.com; Daniel Ko; *eric43.cha@samsung.com; HEUNGJU KWON;
*jhkwak@samsung.com; JaeHyoung Kim; Jae-il Park; JAMES SHIN; Kenneth Korea;
*richard.an@samsung.com; ROSA KIM; *clayton.kim@samsung.com; *sooj.lee@samsung.com;
Wonsuk Park; WONSUN KIM; *youngjo.lim@samsung.com; *yunhee3.kang@samsung.com;
*k.norton@samsung.com; *th5.kim@samsung.com; *jshim@samsung.com; *indong@samsung.com;
*jnwnlee@samsung.com; *hyucksun.kwon@samsung.com; *kijoong.kang@samsung.com;
AlanWhitehurst@quinnemanuel.com; AlexLasher@quinnemanuel.com;
marissaducca@quinnemanuel.com; SamsungFRAND@quinnemanuel.com
Subject:



------- **Original Message** -------

**Sender** : DANIEL W. SHIM<daniel.shim@samsung.com> Senior Legal
Counsel/Intellectual Property Legal Group 2/Samsung Electronics

**Date** : 2013-04-03 14:54 (GMT+09:00)

**Title** : Re: RE:



---Original Message---
Sender : thomaspease@quinnemanuel.com
Date : 2013/04/03 14:38 (GMT+09:00)
Subject :

<!--[if mso 9]--> <!--[endif]-->

4

**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Wednesday, April 03, 2013 12:35 AM
**To:** Thomas Pease; 장호진; 심우섭
**Cc:** 강호진; 이인정; 김성윤; 강마이클; 고다니엘; 차정훈; 권흥주; 곽진환; 김재형; 박재일; 신민재; Kenneth Korea; 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; Karin Norton; 김태형; 심제이; 강인동; 이준원; 권혁선; 강기중; Alan Whitehurst; Alex Lasher; Marissa Ducca; Samsung FRAND
**Subject:** Re:

------- **Original Message** -------

**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>
**Date** : 2013-04-03 12:47 (GMT+09:00)
**Title** :

5

CONFIDENTIAL BUSINESS INFORMATION                    SAMNDCA-Z0000213



CONFIDENTIAL BUSINESS INFORMATION

SAMNDCA-Z0000214



**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Tuesday, April 02, 2013 4:50 AM
**To:** Thomas Pease; 장호진; 심우섭
**Cc:** 강호진; 이인정; 김성윤; 강마이클; 고다니엘; 차정훈; 권흥주; 곽진환; 김재형; 박재일; 신민재; Kenneth Korea; 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; Karin Norton; Samsung FRAND; 김태형; 심제이; 강인동; 이준원; 권혁선; 강기중; Alan Whitehurst; Alex Lasher; Marissa Ducca
**Subject:** Re: RE: ███████████████

**<u>Confidential, Attorney-Client Privileged</u>**



------- **Original Message** -------

**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>

**Date** : 2013-04-02 14:59 (GMT+09:00)

**Title** : RE:

**From:** Thomas Pease
**Sent:** Tuesday, April 02, 2013 1:48 AM
**To:** 'hojin.chang@samsung.com'; '심우섭'
**Cc:** '강호진'; '이인정'; '김성윤'; '강마이클'; '고다니엘'; '차정훈'; '권흥주'; '곽진환'; '김재형'; '박재일'; '신민재'; 'Kenneth Korea'; '리차드'; '김우선'; '김성우'; '이수진'; '박원석'; '김원선'; '임영조'; '강윤희'; 'Karin Norton'; Samsung FRAND; '김태형'; '심제이'; '강인동'; '이준원'; '권혁선'; '강기중'; Alan Whitehurst; Alex Lasher; Marissa Ducca
**Subject:**

**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Tuesday, April 02, 2013 1:40 AM
**To:** Thomas Pease; 장호진; 심우섭
**Cc:** 강호진; 이인정; 김성윤; 강마이클; 고다니엘; 차정훈; 권흥주; 곽진환; 김재형; 박재일; 신민재; Kenneth Korea; 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; Karin Norton; Samsung FRAND; 김태형; 심제이; 강인동; 이준원; 권혁선; 강기중; Alan Whitehurst; Alex Lasher; Marissa Ducca
**Subject:** Re: RE:

------- **Original Message** -------

**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>

**Date** : 2013-04-02 13:04 (GMT+09:00)

**Title** : RE:

PRIVILEGED AND CONFIDENTIAL

8

**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Monday, April 01, 2013 5:27 AM
**To:** DANIEL W. SHIM; Thomas Pease
**Cc:** 장호진; 강호진; 이인정; 김성윤; 강마이클; 고다니엘; 차정훈; 권흥주; 곽진환; 김재형; 박재일; 신민재; **Kenneth Korea;** 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; **Karin Norton; Samsung FRAND;** 김태형; 심제이; 강인동; 이준원; 권혁선; 강기중; **Alan Whitehurst; Alex Lasher; Marissa Ducca**
**Subject:** Re: ██████████████████████████
**Privileged & Confidential**

------- **Original Message** -------

**Sender** : DANIEL W. SHIM<daniel.shim@samsung.com> Senior Legal Counsel/Intellectual Property Legal Group 2/Samsung Electronics
**Date** : 2013-04-01 15:01 (GMT+09:00)
**Title** : ████████████████████████
**Privileged & Confidential**

------- **Original Message** -------

**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>
**Date** : 2013-04-01 09:04 (GMT+09:00)
**Title** ████████████████████

9

**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Thursday, March 28, 2013 11:41 PM
**To:** Thomas Pease; 장호진
**Cc:** 강호진; 이인정; 김성윤; 강마이클; 고다니엘; 심우섭; 차정훈; 권흥주; 곽진환; 김재형; 박재일; 신민재; Kenneth Korea; 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; Karin Norton; Samsung FRAND; 김태형; 심제이; 강인동; 이준원; 권혁선; Alan Whitehurst; Alex Lasher; Marissa Ducca
**Subject:** Re: Re: █████████████████████████

**<u>Confidential, Attorney-Client Privileged</u>**

-------- **Original Message** -------

**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>
**Date** : 2013-03-29 00:05 (GMT+09:00)
**Title** : Re: ████████████████████

On Mar 28, 2013, at 4:18 AM, "HOJIN CHANG" <hojin.chang@samsung.com> wrote:

**<u>Confidential, Attorney-Client Privileged</u>**

10

CONFIDENTIAL BUSINESS INFORMATION

SAMNDCA-Z0000218



------- **Original Message** -------

**Sender** : Thomas Pease<<u>thomaspease@quinnemanuel.com</u>>

**Date** : 2013-03-28 16:03 (GMT+09:00)

**Title** :

**From:** HOJIN CHANG [<u>mailto:hojin.chang@samsung.com</u>]
**Sent:** Wednesday, March 27, 2013 9:04 PM
**To:** Thomas Pease; 장호진
**Cc:** 강호진; 이인정; 김성윤; 강마이클; 고다니엘; 심우섭; 차정훈; 권흥주; 곽진환; 김재형; 박재일;
신민재; **Kenneth Korea;** 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; **Karin
Norton; Samsung FRAND;** 김태형; 심제이; 강인동; 이준원; **Victoria Maroulis;** 권혁선; **Alan Whitehurst;
Alex Lasher; Marissa Ducca**
**Subject:** Re: RE:

------- **Original Message** -------

**Sender** : Thomas Pease<<u>thomaspease@quinnemanuel.com</u>>

CONFIDENTIAL BUSINESS INFORMATION

SAMNDCA-Z0000219

**Date** : 2013-03-28 08:51 (GMT+09:00)
**Title** : RE: ███████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Wednesday, March 27, 2013 4:34 AM
**To:** Thomas Pease; 장호진
**Cc:** 강호진; 이인정; 김성윤; 강마이클; 고다니엘; 심우섭; 차정훈; 권흥주; 곽진환; 김재형; 박재일; 신민재; Kenneth Korea; 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; Karin Norton; Samsung FRAND; 김태형; 심제이; 강인동; 이준원; Victoria Maroulis; 권혁선; Alan Whitehurst; Alex Lasher; Marissa Ducca
**Subject:** Re: ███████████████████████
PRIVILEGED AND CONFIDENTIAL

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

------- **Original Message** -------
**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>
**Date** : 2013-03-26 15:19 (GMT+09:00)
**Title** ███████████████████████
PRIVILEGED AND CONFIDENTIAL

███████████████████████████████████████
███████████████████████████████████████

12

CONFIDENTIAL BUSINESS INFORMATION                    SAMNDCA-Z0000220



**From:** HOJIN CHANG [mailto:hojin.chang@samsung.com]
**Sent:** Monday, March 25, 2013 4:32 AM
**To:** Thomas Pease
**Cc:** 강호진; 이인정; 김성윤; 강마이클; 고다니엘; 심우섭; 차정훈; 권흥주; 장호진; 곽진환; 김재형; 박재일; 신민재; Kenneth Korea; 리차드; 김우선; 김성우; 이수진; 박원석; 김원선; 임영조; 강윤희; Karin Norton; Samsung ITC; 김태형; 심제이; 강인동; 이준원; Victoria Maroulis; 권혁선
**Subject:** Re

PRIVILEGED AND CONFIDENTIAL

13

------- **Original Message** -------

**Sender** : Thomas Pease<thomaspease@quinnemanuel.com>

**Date** : 2013-03-23 13:48 (GMT+09:00)

**Title** :

PRIVILEGED AND CONFIDENTIAL

14

CONFIDENTIAL BUSINESS INFORMATION                    SAMNDCA-Z0000222



CONFIDENTIAL BUSINESS INFORMATION

SAMNDCA-Z0000223



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 Disclosure:
To ensure compliance with requirements imposed by the U.S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of (1) avoiding tax-related penalties under the U.S. Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matters addressed herein.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



CONFIDENTIAL BUSINESS INFORMATION                                                           SAMNDCA-Z0000224

상기 메일은 지정된 수신인만을 위한 것이며 부정경쟁 방지 및 영업비밀 보호에 관한 법률을 포함하여
관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에
포함된 정보의전부 또는 일부를 무단으로 제3자에게 공개, 배포, 복사 또는 사용하는 것은 엄격히 금지
됩니다.  본 메일이 잘못 전송된 경우, 발신인에게 알려 주시고 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial
technology or privileged and confidential information otherwise protected under applicable law including the
Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution,
copying or use of the information contained in this communication is strictly prohibited. If you have received
this communication in error, please notify the sender by email and delete this communication immediately.



CONFIDENTIAL BUSINESS INFORMATION                                    SAMNDCA-Z0000225

| | |
|---|---|
| **From:** | HEUNGJU KWON [heungju.kwon@samsung.com] |
| **Sent:** | Friday, April 20, 2012 9:17 AM |
| **To:** | HEUNGJU KWON; 김성우 ; 장호진 |
| **Subject:** | Fwd: Fwd: FW: ██████████████ |
| **Attachments:** | 4679839_1_Samsung Chart.doc; 4679806_1_Apple_s Damages Claim Analysis 032812 (x2).xls; 당사 Damages for 5 Feature patent of O'Brien Report.pdf; 당사 Damages(Redacted) Expert Report for 7 Standard patent of David J Teece Samsung v Apple.pdf; 애플 Expert Report_Preliminary Summary o.doc; (안)2012-04-12 Draft Wagner Samsung Rebuttal Report.doc; 4679806_1_Apple_s Damages Claim Analysis 032812 (x2).xls; 4679839_1 _Samsung Chart.doc; 2012-04-10rev PRESENTATION - Overview of Damages.pptx; 4696036 _3_Daubert April 10 meeting slides.ppt |

Privileged and Confidential

Attorney-Client Communication

██████████████████████████████████████████████████

------- Original Message -------

**Sender** : HEUNGJU KWON<heungju.kwon@samsung.com> E6/Principal Engineer/Licensing Group 1/Samsung Electronics

**Date** : 2012-04-20 17:06 (GMT+09:00)

**Title** : Fwd: FW: ████████████████

Privileged and Confidential

Attorney-Client Communication



------- Original Message -------

**Sender** : 신민계<james1.shin@samsung.com> 책임변호사/IP법무1그룹(IP)/삼성전자

**Date** : 2012-04-06 16:21 (GMT+09:00)

**Title** : FW: ██████████████



**From:** Eric Wall [mailto:ericwall@quinnemanuel.com]
**Sent:** Thursday, March 29, 2012 11:11 AM

SAMNDCA-Z0005830

**To:** 'James Shin'; Anthony Alden
**Cc:** 'brians.kim@samsung.com'; '임영조'; Victoria Maroulis; Kevin Johnson
**Subject:** RE:

SAMNDCA-Z0005831

**From:** James Shin [mailto:james1.shin@samsung.com]
**Sent:** Tuesday, March 27, 2012 3:00 AM
**To:** Anthony Alden; Eric Wall
**Cc:** brians.kim@samsung.com; '임영조'
**Subject:** RE:

SAMNDCA-Z0005832



**From:** James Shin [mailto:james1.shin@samsung.com]
**Sent:** Tuesday, March 27, 2012 10:21 AM
**To:** 'Anthony Alden'
**Cc:** 'brians.kim@samsung.com'
**Subject:**

상기 메일은 지정된 수신인만을 위한 것이며, 부정경쟁방지 및 영업비밀보호에 관한 법률을 포함하여 관련 법령에 따라 보호의 대상이 되는 영업비밀, 산업기술 등을 포함하고 있을 수 있습니다. 본 문서에 포함된 정보의 전부 또는 일부를 무단으로 제3자에게 공개, 배포 복사 또는 사용하는 것은 엄격히 금지됩니다. 본 메일이 잘못 전송된 경우, 발신인에게 알려주시고 본 메일을 즉시 삭제하여 주시기 바랍니다.

The above message is intended solely for the named addressee and may contain trade secret, industrial technology or privileged and confidential information otherwise protected under applicable law including the Unfair Competition Prevention and Trade Secret Protection Act. Any unauthorized dissemination, distribution, copying or use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email and delete this communication immediately.

SAMNDCA-Z0005833