# EXHIBIT 16

CONTAINS INFORMATION DESIGNATED HIGHLY-CONFIDENTIAL -ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From:** | James Shin [james1.shin@samsung.com] |
| **Sent:** | Monday, May 06, 2013 9:41 AM |
| **To:** | 김재환 책임변호사 IP법무2그룹(IP) 삼성전자 |
| **Subject:** | FW: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Attachments:** | Nokia_20F_20120308.pdf; Nokia_20F_20130307.pdf; 2011.06.14 Nokia likely netted $600 million plus in Apple patent settlem....pdf; Nokia - Apple License Memo.DOCX |

**From:** Zymelman, Ari [mailto:AZymelman@wc.com]
**Sent:** Monday, April 01, 2013 6:36 AM
**To:** Indong Kang
**Cc:** ???; Brian Sung Yun Kim (brians.kim@samsung.com); James Shin (james1.shin@samsung.com); rosa.w.kim@samsung.com; ???; James Kwak (jhkwak@samsung.com); Jeahun Han (jeahun.han@samsung.com); Genderson, Bruce; Hardy, Kevin; Fisher, Stanley
**Subject:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone

1

(call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

2

SAMNDCA-Z0010622