CONTAINS CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER – OUTSIDE ATTORNEYS' EYES ONLY

# EXHIBIT 19

CONTAINS CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER – OUTSIDE ATTORNEYS' EYES ONLY

| *APPLE INC. v. SAMSUNG ELECTRONICS CO.*, CASE NO. 5:11-CV-01846  LIST OF LAW FIRMS IN RECEIPT OF INFORMATION DISCLOSED IN BREACH OF PROTECTIVE ORDER ||
|---|---|
| Ohno & Partners (Japan) | Represents Samsung in connection with litigation against Apple in Japan |
| Vanzetti e Associati (Italy) | Represents Samsung in connection with litigation against Apple in Italy |
| Bristows LLP (United Kingdom) | Represents Samsung in connection with litigation against Apple in U.K. |
| Simmons & Simmons (Netherlands) | Represents Samsung in connection with litigation against Apple in Netherlands |
| Rospatt Osten Pross (Germany) | Represents Samsung in connection with litigation against Apple in Germany |
| Lee & Ko (Korea) | Represents Samsung in connection with litigation against Apple in Korea |
| Clifford Chance, LLP (Belgium, France) | Represents Samsung in connection with antitrust investigation by European Commission |
| Modiano & Partners (Germany, Italy, Switzerland) | Represents Samsung in connection with antitrust investigation by European Commission |
| Zimmerman & Partner (Germany) | Represents Samsung in connection with litigation against Apple in Germany |
| Allen & Overy (France) | Represents Samsung in connection with litigation against Apple in France |

CONTAINS CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER – OUTSIDE ATTORNEYS' EYES ONLY

| *APPLE INC. v. SAMSUNG ELECTRONICS CO.*, CASE NO. 5:11-CV-01846 <br> **LIST OF LAW FIRMS IN RECEIPT OF INFORMATION DISCLOSED IN BREACH OF PROTECTIVE ORDER** | |
|---|---|
| Blake Dawson / Ashurst (Australia) | Represents Samsung in connection with litigation against Apple in Australia |
| Shearman & Sterling | Represents Samsung in connection with antitrust investigation by European Commission |
| Kirkland & Ellis (United States) | Represents Samsung in connection with: <br> • *Cascades Computer Innovation, LLC v. Motorola Mobility Holdings Inc., et al.*, Case No. 1:11-cv-04574 (N.D. Ill.); <br> • *Ericsson Inc. et al v. Samsung Electronics Co., Ltd., et al.*, Case Nos. 6:12-cv-00894, 00895 (E.D. Tex.); <br> • *Internet Machines v. ASUS Computer Int'l et al.*, Case No. 6:10-cv-00548 (E.D. Tex.); <br> • *Network-1 Security Solutions, Inc. v. Samsung Electronics America, Inc. et al.*, Case No. 6-13-cv-00077 (E.D. Tex.); <br> • *Rambus Inc. v. Hynix Semiconductor Inc. et al.,* Case No. 5-05-cv-00334 (N.D. Cal.); <br> • *SimpleAir, Inc. v. Microsoft Corp., et al.*, 2:11-cv-00416 (E.D. Tex.); <br> • ITC Investigation 337-TA-543; <br> • ITC Investigation 337-TA-866; <br> • ITC Investigation 337-TA-862. |

CONTAINS CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER – OUTSIDE ATTORNEYS' EYES ONLY

| *APPLE INC. v. SAMSUNG ELECTRONICS CO.*, CASE NO. 5:11-CV-01846<br>LIST OF LAW FIRMS IN RECEIPT OF INFORMATION DISCLOSED<br>IN BREACH OF PROTECTIVE ORDER ||
|---|---|
| Charles River Associates | Retained by Samsung in connection with antitrust investigation by European Commission |
| Ropes & Gray (United States) | Represents Samsung in connection with:<br>• *TQP Development, LLC v. Chrysler Group, LLC*, 2:13-cv-00219 (E.D. Tex.);<br>• *Affinity Labs of Texas, LLC v. Samsung Electronics Co. Ltd. et al.*, Case No. 1:12-cv-00557 (E.D. Tex.);<br>• *Interdigital Communications Inc. et al. v. Samsung Electronics Co. Ltd., et al.*, Case No. 1:13-cv-00011 (D. Del.);<br>• *Rotatable Technologies LLC v. Acer America Corporation et. al*, Case No. 2-12-cv-00263 (E.D. Tex.);<br>• *Tierra Intellectual Borinquen, Inc. v. Samsung Electronics Co., Ltd. et al.*, Case No. 2-13-cv-00045 (E.D. Tex.). |
| Fish & Richardson (United States) | Represents Samsung in connection with:<br>• *Ericsson Inc. et al v. Samsung Electronics Co., Ltd., et al.*, Case Nos 6:12-cv-00894, 00895 (E.D. Tex.);<br>• *LED Tech Dev. LLC v. Samsung Electronics America Inc. et al.,* Case No. 1:12-cv-01325 (D. Del.);<br>• *Monec Holding AG v. Motorola Mobility Inc.*, *et al*., Case No. 1:11-cv-00798 (D. Del.);<br>• *Profectus Tech. LLC v. Huawei Techs. Co., Ltd., et al.*, Case No. 6:11-cv-00474 (E.D. Tex.);<br>• *Rambus Inc. v. Hynix Semiconductor* |

CONTAINS CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER – OUTSIDE ATTORNEYS' EYES ONLY

| *APPLE INC. v. SAMSUNG ELECTRONICS CO.*, CASE NO. 5:11-CV-01846 LIST OF LAW FIRMS IN RECEIPT OF INFORMATION DISCLOSED IN BREACH OF PROTECTIVE ORDER | |
|---|---|
| | *Inc. et al.,* Case No. 5-05-cv-00334 (N.D. Cal.);<br><br>• *Synchrome Tech. Inc. v. LG Electronics U.S.A., Inc. et al.*, Case No. 1:09-cv-01736 (N.D. GA); ITC Investigation 337-TA-862;<br><br>• IPR Nos. 2013-00610, 2013-00611 |
| Williams & Connolly (United States) | Represents Samsung in connection with:<br><br>• *Apple Inc. v. Samsung Electronics Co. Ltd., et al.*, Case Nos. 5:12-cv-00630[1];<br><br>• *Interdigital Communications Inc. et al. v. Samsung Electronics Co. Ltd., et al.*, Case No. 1:13-cv-00011 (D. Del.);<br><br>• ITC Investigation 337-TA-862<br><br>• Samsung / Nokia licensing negotiations |
| Peter Camesasca Advocaat BVBA | Represents Samsung in connection with antitrust investigation by European Commission |
| Sheppard Mullin | Represents Samsung in connection with:<br><br>• *Apple Inc. v. Samsung Electronics Co. Ltd., et al.*, Case Nos. 5:12-cv-00630, 01846;[2]<br><br>• *Honeywell Int'l Inc. v. Nokia Corp.*, Case No. 12-1373, 1374 (Fed. Cir.);<br><br>• *Synchrome Tech. Inc. v. LG Electronics U.S.A., Inc. et al.*, Case No. 1:09-cv-01736 (N.D. GA) |

---

[1] Williams & Connolly first appeared as counsel for Samsung in the 00630 case on May 3, 2013.
[2] Sheppard Mullin first appeared as counsel for Samsung in the 01846 and 00630 cases on February 12, 2013.

CONTAINS CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER – OUTSIDE ATTORNEYS' EYES ONLY

| *APPLE INC. v. SAMSUNG ELECTRONICS CO.*, CASE NO. 5:11-CV-01846 LIST OF LAW FIRMS IN RECEIPT OF INFORMATION DISCLOSED IN BREACH OF PROTECTIVE ORDER ||
|---|---|
| O'Melveny & Myers | Represents Samsung in connection with: <br> • *Microunity Systems Eng. Inc. v. Acer Inc. et al*, 2:10-cv-00091 (E.D. Tex.) |