# EXHIBIT 21

| *APPLE INC. v. SAMSUNG ELECTRONICS CO.*, CASE NO. 5:11-CV-01846 | | | |
|---|---|---|---|
| LIST OF RECIPIENTS OF INFORMATION DISCLOSED IN BREACH OF PROTECTIVE ORDER | | | |
| **Samsung** **95 known recipients in Korea and United States** **listed below with name, dates of disclosure, and evidentiary citation** | | | |
| # | Recipient | Date | Supporting Document |
| 1. | Anthony Kahng | March 21, 2012 | SAMNDCA-Z0001902 |
|  |  | March 24, 2012 | SAMNDCA-Z0000707 |
|  |  | February 1, 2013 | SAMNDCA-Z0010261 |
|  |  | March 23, 2013 | SAMNDCA-Z0000034 |
|  |  | March 23, 2013 | SAMNDCA-Z0000113 |
|  |  | March 25, 2013 | SAMNDCA-Z0000160 |
|  |  | March 25, 2013 | SAMNDCA-Z0000716 |
|  |  | March 26, 2013 | SAMNDCA-Z0000066 |
|  |  | March 26, 2013 | SAMNDCA-Z0000326 |
|  |  | March 26, 2013 | SAMNDCA-Z0000145 |
|  |  | March 27, 2013 | SAMNDCA-Z0000175 |
|  |  | March 28, 2013 | SAMNDCA-Z0000289 |
|  |  | March 28, 2013 | SAMNDCA-Z0000005 |
|  |  | March 29, 2013 | SAMNDCA-Z0000193 |
|  |  | March 29, 2013 | SAMNDCA-Z0000266 |
|  |  | March 31, 2013 | SAMNDCA-Z0000416 |
|  |  | April 1, 2013 | SAMNDCA-Z0000373 |
|  |  | April 1, 2013 | SAMNCDA-Z0000181 |
| 2. | Beomjun Jin | March 23, 2013 | SAMNDCA-Z0000034 |

| 3. | Beyong Ho Yuu | March 24, 2012 | SAMNDCA-Z0000707 |
|---|---|---|---|
| | | April 5, 2012 | SAMNDCA-Z0002329 |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| 4. | Brian Kim | March 21, 2012 | SAMNDCA-Z0001902 |
| | | March 24, 2012 | SAMNDCA-Z0000707 |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | July 5, 2012 | SAMNDCA-Z0002024 |
| | | March 6, 2013 | SAMNDCA-Z0010467 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 25, 2013 | SAMNDCA-Z0000057 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000145 |
| | | March 26, 2013 | SAMNDCA-Z0000284 |
| | | March 27, 2013 | SAMNDCA-Z0000175 |
| | | March 27, 2013 | SAMNDCA-Z0000078 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 5. | Byung-Gun Min | March 24, 2012 | SAMNDCA-Z0000707 |

| | | March 23, 2013 | SAMNDCA-Z0000034 |
|---|---|---|---|
| 6. | Byungsik Kim | March 23, 2013 | SAMNDCA-Z0000034 |
| 7. | Caleb Lee | July 5, 2012 | SAMNDCA-Z0006264 |
| | | | SAMNDCA-Z0002207 |
| | | October 26, 2012 | SAMNDCA-Z0000513 |
| 8. | Calypso Lee | July 4, 2012 | SAMNDCA-Z0000584 |
| 9. | Cheolwoo Ahn | March 23, 2013 | SAMNDCA-Z0000034 |
| 10. | Cindi Moreland | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| 11. | Daniel Girdwood | March 29, 2013 | SAMNDCA-Z0000037 |
| 12. | Daniel Ko | March 21, 2012 | SAMNDCA-Z0001902 |
| | | April 5, 2012 | SAMNDCA-Z0002329 |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | July 14, 2012 | SAMNDCA-Z0010477 |
| | | October 26, 2012 | SAMNDCA-Z0000513 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 23, 2013 | SAMNDCA-Z0000113 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000145 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 27, 2013 | SAMNDCA-Z0000175 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |

| | | March 29, 2013 | SAMNDCA-Z0000266 |
|---|---|---|---|
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 13. | Daniel Shim | March 21, 2012 | SAMNDCA-Z0001902 |
| | | March 24, 2012 | SAMNDCA-Z0000707 |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | June 29, 2012 | SAMNDCA-Z0010490 |
| | | July 5, 2012 | SAMNDCA-Z0002024 |
| | | July 14, 2012 | SAMNDCA-Z0010477 |
| | | October 25, 2012 | SAMNDCAZ0000513 |
| | | December 21, 2012 | SAMNDCA-Z0000720 |
| | | January 4, 2013 | SAMNDCA-Z0010201 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 25, 2013 | SAMNDCA-Z0000103 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 26, 2013 | SAMNDCA-Z0000145 |
| | | March 27, 2013 | SAMNDCA-Z0000175 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |

| 14. | Derrick Robinson | March 24, 2012 | SAMNDCA-Z0000707 |
|---|---|---|---|
| 15. | Dong Hun Kang | July 5, 2012 | SAMNDCA-Z0011866 |
| 16. | DS Park | July 4, 2012 | SAMNDCA-Z0009710 |
| 17. | Edward Kim | March 24, 2012 | SAMNDCA-Z0000707 |
| 18. | Eric Cha | March 21, 2012 | SAMNDCA-Z0001902 |
| | | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000145 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 27, 2013 | SAMNDCA-Z0000175 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 19. | Eun Ha Kim | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| 20. | Eun Hye Choi | May 15, 2013 | SAMNDCA-Z0001508 |
| 21. | Everette Snotherly | March 29, 2013 | SAMNDCA-z0000037 |
| 22. | Han Yong Uhm | May 1, 2012 | SAMNDCA-Z0001903 |
| 23. | Hankil Kang | March 24, 2012 | SAMNDCA-Z0000707 |

| | | March 23, 2013 | SAMNDCA-Z0000034 |
|---|---|---|---|
| 24. | Hansung Kang | July 4, 2012 | SAMNDCA-Z0000584 |
| 25. | Heungju Kwon | March 24, 2012 | SAMNDCA-Z0000707 |
| | | April 5, 2012 | SAMNDCA-Z0002329 |
| | | April 20, 2012 | SAMNDCA-Z0006752 |
| | | April 20, 2012 | SAMNDCA-Z0006201 |
| | | May 4, 2012 | SAMNDCA-Z0001964 |
| | | July 5, 2012 | SAMNDCA-Z0006264 |
| | | July 6, 2012 | SAMNDCA-Z0006449 |
| | | March 23, 2013 | SAMNDCA-Z0000034 SAMNDCA-Z0000113 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 26, 2013 | SAMNDCA-Z0000145 |
| | | March 27, 2013 | SAMNDCA-Z0000175 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 26. | Hojin Chang | March 21, 2012 | SAMNDCA-Z0001902 |
| | | March 24, 2012 | SAMNDCA-Z0000707 |

|  |  | April 5, 2012 | SAMNDCA-Z0002329 |
|---|---|---|---|
|  |  | April 20, 2012 | SAMNDCA-Z0006752 |
|  |  | April 20, 2012 | SAMNDCA-Z0006201 |
|  |  | July 4, 2012 | SAMNDCA-Z0000584 |
|  |  | July 5, 2012 | SAMNDCA-Z0002024 |
|  |  | July 14, 2012 | SAMNDCA-Z0010477 |
|  |  | October 25, 2012 | SAMNDCAZ0000513 |
|  |  | March 23, 2013 | SAMNDCA-Z0000034 |
|  |  | March 23, 2013 | SAMNDCA-Z0000113 |
|  |  | March 25, 2013 | SAMNDCA-Z0000716 |
|  |  | March 25, 2013 | SAMNDCA-Z0000057 |
|  |  | March 26, 2013 | SAMNDCA-Z0000066 |
|  |  | March 26, 2013 | SAMNDCA-Z0000326 |
|  |  | March 27, 2013 | SAMNDCA-Z0000175 |
|  |  | March 28, 2013 | SAMNDCA-Z0000005 |
|  |  | March 28, 2013 | SAMNDCA-Z0000289 |
|  |  | March 29, 2013 | SAMNDCA-Z0000266 |
|  |  | March 31, 2013 | SAMNDCA-Z0000416 |
|  |  | April 1, 2013 | SAMNDCA-Z0000373 |
|  |  | April 1, 2013 | SAMNCDA-Z0000181 |
|  |  | April 1, 2013 | SAMNDCA-Z0000120 |
| 27. | Hoshin Lee | March 24, 2012 | SAMNDCA-Z0000707 |
|  |  | May 1, 2012 | SAMNDCA-Z0001903 |
|  |  | March 23, 2013 | SAMNDCA-Z0000034 |

| | | | |
|---|---|---|---|
| 28. | Hosik Jang | March 23, 2013 | SAMNDCA-Z0000034 |
| 29. | Hyojae Kim | July 4, 2012 | SAMNDCA-Z0000584 |
| 30. | Hyuckson Kwon | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000145 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 27, 2013 | SAMNDCA-Z0000175 |
| | | March 28, 2013 | SAMNCDA-Z0000289 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| | | May 13, 2013 | SAMNDCA-Z0000917 |
| | | May 15, 2013 | SAMNDCA-Z0001508 |
| 31. | Hyun Sun Kwak | March 25, 2013 | SAMNDCA-Z0000001 |
| 32. | Ief Daems | June 27, 2012 | SAMNDCA-Z0000646 |
| | | July 4, 2012 | SAMNDCA-Z0009710 |
| | | August 16, 2012 | SAMNDCA-Z0009834 |
| 33. | Il Man Bae | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| 34. | Indong Kang | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 25, 2013 | SAMNDCA-Z0000116 |
| | | March 26, 2013 | SAMNDCA-Z0000145 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 27, 2013 | SAMNDCA-Z0000175 |

| | | March 28, 2013 | SAMNDCA-Z0000289 |
|---|---|---|---|
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 35. | Injung Lee | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 25, 2013 | SAMNDCA-Z0000057 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 26, 2013 | SAMNDCA-Z0000145 |
| | | March 26, 2013 | SAMNDCA-Z0000284 |
| | | March 27, 2013 | SAMNDCA-Z0000175 |
| | | March 27, 2013 | SAMNDCA-Z0000079 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 36. | Jae N. Noh | March 24, 2012 | SAMNDCA-Z0000707 |
| 37. | Jaehawk Lee | March 24, 2012 | SAMNDCA-Z0000707 |
| | | April 5, 2012 | SAMNDCA-Z0002329 |
| | | May 1, 2012 | SAMNDCA-Z0001903 |

| | | March 23, 2013 | SAMNDCA-Z0000034 |
|---|---|---|---|
| 38. | Jaehwan Kim | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| 39. | JaeHyoung Kim | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 23, 2013 | SAMNDCA-Z0000113 |
| | | March 25, 2013 | SAMNDCA-Z0000057 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 27, 2013 | SAMNDCA-Z0000175 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 40. | JaeHyun Park | March 24, 2012 | SAMNDCA-Z0000707 |
| | | April 5, 2012 | SAMNDCA-Z0002329 |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | March 25, 2013 | SAMNDCA-Z0000001 |
| 41. | Jae-Il Park | March 21, 2012 | SAMNDCA-Z0001902 |
| | | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 25, 2013 | SAMNDCA-Z0000057 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |

| | | March 28, 2013 | SAMNDCA-Z0000289 |
|---|---|---|---|
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 42. | Jaewan Chi | March 24, 2012 | SAMNDCA-Z0000707 |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | July 4, 2012 | SAMNDCA-Z0000584 |
| | | July 5, 2012 | SAMNDCA-Z0006264 |
| | | July 14, 2012 | SAMNDCA-Z0010477 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| 43. | James Shin | March 21, 2012 | SAMNDCA-Z0001902 |
| | | March 24, 2012 | SAMNDCA-Z0000707 |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000145 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |

| | | April 1, 2013 | SAMNCDA-Z0000181 |
|---|---|---|---|
| 44. | Jay Shim | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000145 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 27, 2013 | SAMNDCA-Z0000175 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 45. | Jeff Myung | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| 46. | JinHo Park | June 27, 2012 | SAMNDCA-Z0000646 |
| | | July 4, 2012 | SAMNDCA-Z0000584 |
| | | July 5, 2012 | SAMNDCA-Z0006264 |
| | | October 26, 2012 | SAMNDCA-Z0000513 |
| 47. | Jin Hwan (James) Kwak | April 5, 2012 | SAMNDCA-Z0002329 |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | July 4, 2012 | SAMNDCA-Z0000584 |
| | | July 5, 2012 | SAMNDCA-Z0002207 |
| | | October 26, 2012 | SAMNDCA-Z0000513 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |

| | | March 23, 2013 | SAMNDCA-Z0000113 |
|---|---|---|---|
| | | March 25, 2013 | SAMNDCA-Z0000057 |
| | | March 25, 2013 | SAMNDCA-Z0000122 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 27, 2013 | SAMNDCA-Z0000175 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 48. | Johnda Crites | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| 49. | Jonghee Kim | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| 50. | Joonghyub Lee | September 7, 2013 | SAMNDCA-Z0001510 |
| 51. | Julie Han | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| 52. | JunHong Park | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| 53. | Jun Won Lee | March 24, 2013 | SAMNDCA-Z0000707 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |

| | | March 26, 2013 | SAMNDCA-Z0000326 |
|---|---|---|---|
| | | March 27, 2013 | SAMNDCA-Z0000175 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 54. | Karin Norton | March 21, 2012 | SAMNDCA-Z0001902 |
| | | March 24, 2012 | SAMNDCA-Z0000707 |
| | | February 1, 2013 | SAMNDCA-Z0010261 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 25, 2013 | SAMNDCA-Z0000160 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 27, 2013 | SAMNDCA-Z0000175 |
| | | March 27, 2013 | SAMNDCA-Z0000279 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 55. | Kenneth Korea | March 24, 2012 | SAMNDCA-Z0000707 |

| | | | |
|---|---|---|---|
| | | July 5, 2012 | SAMNDCA-Z0002024 |
| | | March 23, 2013 | SAMNDCA-Z0000034<br><br>SAMNDCA-Z0000113 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 26, 2013 | SAMNDCA-Z0000145 |
| | | March 28, 2013 | SAMNDCA-Z0000266 |
| | | March 29, 2013 | SAMNDCA-Z0000037 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 56. | Kijoong Kang | March 21, 2012 | SAMNDCA-Z0001902 |
| | | April 5, 2012 | SAMNDCA-Z0002329 |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | July 5, 2012 | SAMNDCA-Z0006264 |
| | | March 6, 2013 | SAMNDCA-Z0010467 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 25, 2013 | SAMNDCA-Z0000057 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| 57. | KyungSeok Lee | May 1, 2012 | SAMNDCA-Z0001903 |
| 58. | Kyuhyuk Lee | March 24, 2012 | SAMNDCA-Z0000707 |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |

| 59. | Marc Bellefont | May 1, 2012 | SAMNDCA-Z0001903 |
|-----|----------------|-------------|-------------------|
| 60. | Megan Drahos | March 23, 2013 | SAMNDCA-Z0000034 |
| 61. | Michael Kang | March 24, 2012 | SAMNDCA-Z0000707 |
| | | July 4, 2012 | SAMNDCA-Z0000584 |
| | | July 9, 2012 | SAMNDCA-Z0008847 |
| | | September 7, 2012 | SAMNDCA-Z0001510 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 26, 2013 | SAMNDCA-Z0000145 |
| | | March 27, 2013 | SAMNDCA-Z0000175 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 62. | Michelangelo Troisi | March 23, 2013 | SAMNDCA-Z0000034 |
| 63. | Michelle Yang | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| 64. | MinHyung Chung | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 24, 2012 | SAMNDCA-Z0000707 |
| 65. | Richard An | March 24, 2012 | SAMNDCA-Z0000707 |

| | | | |
|---|---|---|---|
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | July 4, 2012 | SAMNDCA-Z0000584 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 25, 2013 | SAMNDCA-Z0000057 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 66. | Richard Rosales | March 23, 2013 | SAMNDCA-Z0000034 |
| 67. | Rosa Kim | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 26, 2012 | SAMNDCA-Z0000145 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |

| | | April 1, 2013 | SAMNCDA-Z0000181 |
|---|---|---|---|
| 68. | Samuel Lee | March 24, 2012 | SAMNDCA-Z0000707 |
| 69. | Sanghoon Jin | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 24, 2012 | SAMNDCA-Z0000707 |
| 70. | Sanghoon Park | June 27, 2012 | SAMNDCA-Z0000646 |
| | | July 5, 2012 | SAMNDCA-Z0006264, SAMNDCA-Z0002207 |
| | | October 26, 2012 | SAMNDCA-Z0000513 |
| 71. | Sangjoo Lee | July 4, 2012 | SAMNDCA-Z0000584 |
| 72. | Se-Jin Chung | March 23, 2013 | SAMNDCA-Z0000034 |
| 73. | Seongwoo (Clayton) Kim | March 24, 2012 | SAMNDCA-Z0000707 |
| | | April 5, 2012 | SAMNDCA-Z0002329 |
| | | April 20, 2012 | SAMNDCA-Z0002145 |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | July 4, 2012 | SAMNDCA-Z0000584 |
| | | July 5, 2012 | SAMNDCA-Z0002207 |
| | | July 6, 2012 | SAMNDCA-Z0006449 |
| | | July 14, 2012 | SAMNDCA-Z0010477 |
| | | October 26, 2012 | SAMNDCA-Z0000513 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 25, 2013 | SAMNDCA-Z0000057 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |

| | | March 28, 2013 | SAMNDCA-Z0000005 |
|---|---|---|---|
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 74. | Seung Ho Ahn | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 25, 2013 | SAMNDCA-Z0000122 |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| 75. | SeungKyun Oh | March 24, 2012 | SAMNDCA-Z0000707 |
| | | April 5, 2012 | SAMNDCA-Z0002329 |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | March 25, 2013 | SAMNDCA-Z0000001 |
| 76. | Sonny Yeonwook Son | July 4, 2012 | SAMNDCA-Z0000584 |
| | | July 5, 2012 | SAMNDCA-Z0002024 |
| 77. | Soojin Lee | March 24, 2012 | SAMNDCA-Z0000707 |
| | | April 5, 2012 | SAMNDCA-Z0002329 |
| | | July 4, 2012 | SAMNDCA-Z0000584 |
| | | October 26, 2012 | SAMNDCA-Z0000513 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000145 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |

| | | March 28, 2013 | SAMNDCA-Z0000289 |
|---|---|---|---|
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 78. | SungCheol Bae | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 24, 2012 | SAMNDCA-Z0000707 |
| 79. | Sung-ho Lee | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 25, 2013 | SAMNDCA-Z0000001 |
| 80. | Sunmi Kim | March 23, 2013 | SAMNDCA-Z0000034 |
| 81. | Sunny Cho | June 27, 2012 | SAMNDCA-Z0000646 |
| 82. | Suyuel Lee | April 5, 2012 | SAMNDCA-Z0002329 |
| | | March 25, 2013 | SAMNDCA-Z0000001 |
| 83. | TaeHyoung Kim | March 25, 2013 | SAMNDCA-Z0000001 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000145 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 27, 2013 | SAMNDCA-Z0000175 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |

|   |   | March 31, 2013 | SAMNDCA-Z0000416 |
|---|---|---|---|
|   |   | April 1, 2013 | SAMNDCA-Z0000373 |
|   |   | April 1, 2013 | SAMNCDA-Z0000181 |
| 84. | Tae Suk Kim | March 25, 2013 | SAMNDCA-Z0000001 |
| 85. | Won Sun Kim | March 26, 2013 | SAMNDCA-Z0000145 |
|   |   | March 23, 2013 | SAMNDCA-Z0000113 |
|   |   | March 25, 2013 | SAMNDCA-Z0000716 |
|   |   | March 26, 2013 | SAMNDCA-Z0000066 |
|   |   | March 26, 2013 | SAMNDCA-Z0000326 |
|   |   | March 28, 2013 | SAMNDCA-Z0000289 |
|   |   | March 28, 2013 | SAMNDCA-Z0000005 |
|   |   | April 1, 2013 | SAMNCDA-Z0000181 |
| 86. | Wonsuk Park | July 4, 2012 | SAMNDCA-Z0000584 |
|   |   | March 23, 2013 | SAMNDCA-Z0000034 |
|   |   | March 23, 2013 | SAMNDCA-Z0000113 |
|   |   | March 25, 2013 | SAMNDCA-Z0000716 |
|   |   | March 26, 2013 | SAMNDCA-Z0000145 |
|   |   | March 26, 2013 | SAMNDCA-Z0000066 |
|   |   | March 26, 2013 | SAMNDCA-Z0000326 |
|   |   | March 28, 2013 | SAMNDCA-Z0000289 |
|   |   | March 28, 2013 | SAMNDCA-Z0000005 |
|   |   | March 29, 2013 | SAMNDCA-Z0000266 |
|   |   | March 31, 2013 | SAMNDCA-Z0000416 |
|   |   | April 1, 2013 | SAMNDCA-Z0000373 |

| | | April 1, 2013 | SAMNCDA-Z0000181 |
|---|---|---|---|
| 87. | Yang Sun Kim | March 25, 2013 | SAMNDCA-Z0000001 |
| 88. | Yeowan Youn | March 22, 2013 | SAMNDCA-Z0000034 |
| 89. | Yongku Park | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 27, 2012 | SAMNDCA-Z0009402 |
| | | March 27, 2012 | SAMNDCA-Z0009218 |
| 90. | YoonJung Shin | March 24, 2012 | SAMNDCA-Z0000707 |
| 91. | Youngho Kim | March 24, 2012 | SAMNDCA-Z0000707 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| 92. | Youngjo Lim | March 24, 2012 | SAMNDCA-Z0000707 |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 26, 2013 | SAMNDCA-Z0000145 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| 93. | Young Kyoo Jang | March 23, 2013 | SAMNDCA-Z0000034 |
| 94. | Youngsoon Lee | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 24, 2012 | SAMNDCA-Z0000707 |
| 95. | Yunhee Kang | March 24, 2012 | SAMNDCA-Z0000707 |

| | | April 9, 2012 | SAMNDCA-Z0002455 |
|---|---|---|---|
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | July 5, 2012 | SAMNDCA-Z0006264 |
| | | March 23, 2013 | SAMNDCA-Z0000034 |
| | | March 25, 2013 | SAMNDCA-Z0000716 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 26, 2013 | SAMNDCA-Z0000145 |
| | | March 28, 2013 | SAMNDCA-Z0000289 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| | | March 29, 2013 | SAMNDCA-Z0000266 |
| | | March 31, 2013 | SAMNDCA-Z0000416 |
| | | April 1, 2013 | SAMNDCA-Z0000373 |
| | | April 1, 2013 | SAMNCDA-Z0000181 |
| **Outside Counsel**<br>**126 known recipients in Korea, Europe and United States**<br>**listed below with name, dates of disclosure, and evidentiary citation** | | | |
| # | Recipient | Date | Bates Number |
| **Ohno & Partners** | | | |
| 1. | Akio Iizuka | April 5, 2012 | SAMNDCA-Z0002329 |
| 2. | Hideaki Kobayashi | April 5, 2012 | SAMNDCA-Z0002329 |
| 3. | Mamoru Suzuki | April 5, 2012 | SAMNDCA-Z0002329 |
| 4. | Seiji Ohno | April 5, 2012 | SAMNDCA-Z0002329 |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| 5. | Tomomine Ichihashi | April 5, 2012 | SAMNDCA-Z0002329 |

| 6. | Yoshitaka Inoue | April 5, 2012 | SAMNDCA-Z0002329 |
|---|---|---|---|
| **Vanzetti e Associati** | | | |
| 7. | Adriano Vanzetti | October 26, 2012 | SAMNDCA-Z0000513 |
| 8. | Giulio Sironi | October 26, 2012 | SAMNDCA-Z0000513 |
| 9. | Anna Colmano | October 26, 2012 | SAMNDCA-Z0000513 |
| 10. | Ricardo Perotti | October 26, 2012 | SAMNDCA-Z0000513 |
| **Bristows LLP** | | | |
| 11. | Helen Hopson | March 21, 2012 | SAMNDCA-Z0001902 |
| | | March 26, 2012 | Bristows Disclosure Summary[1] |
| | | April 30, 2012 | Ashurst Disclosure Summary |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | June 27, 2012 | Bristows Disclosure Summary |
| | | October 26, 2012 | SAMNDCA-Z0000513 |
| | | March 25, 2013 | SAMNDCA-Z0000057 |
| | | March 25, 2013 | SAMNDCA-Z0000103 |
| | | March 25, 2013 | SAMNDCA-Z0000109 |
| | | March 26, 2013 | SAMNDCA-Z0000057 |
| | | May 4, 2013 | Vanzetti Disclosure Summary |
| 12. | Myles Jelf | May 1, 2012 | SAMNDCA-Z0001903 |
| 13. | Pat Treacy | March 21, 2012 | SAMNDCA-Z0001902 |
| | | March 26, 2012 | Bristows Disclosure Summary |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | June 27, 2012 | SAMNDCA-Z0000646 |

---

[1] All of the disclosure summaries referenced here are attached in Exhibit 20 to the Selwyn declaration.

| | | July 14, 2012 | SAMNDCA-Z0010477 |
|---|---|---|---|
| | | October 26, 2012 | SAMNDCA-Z0000513 |
| | | March 25, 2013 | SAMNDCA-Z0000103 |
| | | March 25, 2013 | SAMNDCA-Z0000109 |
| | | March 26, 2013 | SAMNDCA-Z0000057 |
| 14. | Sophie Lawrance | March 25, 2013 | SAMNDCA-Z0000109 |
| 15. | Amy Cullen | May 4, 2013 | Vanzetti Disclosure Summary |
| 16. | Nathan Capone | May 4, 2013 | Vanzetti Disclosure Summary |
| | | June 20, 2013 | Bristows Disclosure Summary |
| **Simmons & Simmons** | | | |
| 17. | Bas Berghius van Woortman | May 1, 2012 | SAMNDCA-Z0001903 |
| 18. | Mattie de Koning | May 1, 2012 | SAMNDCA-Z0001903 |
| | | October 17, 2012 | Bristows Disclosure Summary |
| **Rospatt Osten Pross** | | | |
| 19. | Dr. Henrik Timmann | May 1, 2012 | SAMNDCA-Z0001903 |
| 20. | Max von Rospatt | May 1, 2012 | SAMNDCA-Z0001903 |
| **Lee & Ko** | | | |
| 21. | Hyeon Gil Ryoo | May 1, 2012 | SAMNDCA-Z0001903 |
| | | May 8, 2012 | SAMNDCA-Z0005156 |
| | | July 5, 2012 | SAMNDCA-Z0002024 |
| 22. | Young Mo Kwon | May 1, 2012 | SAMNDCA-Z0001903 |
| | | May 8, 2012 | SAMNDCA-Z0005156 |
| | | July 5, 2012 | SAMNDCA-Z0002024 |
| 23. | Hui Jin Yang | May 1, 2012 | SAMNDCA-Z0001903 |

| | | May 8, 2012 | SAMNDCA-Z0005156 |
|---|---|---|---|
| | | July 5, 2012 | SAMNDCA-Z0002024 |
| 24. | Pyoung Keun Song | July 5, 2012 | SAMNDCA-Z0002024 |
| 25. | Eun Woo (Vera) Lee | May 1, 2012 | SAMNDCA-Z0001903 |
| | | July 5, 2012 | SAMNDCA-Z0002024 |
| 26. | Hyung Woo Lee | May 1, 2012 | SAMNDCA-Z0001903 |
| | | July 5, 2012 | SAMNDCA-Z0002024 |
| 27. | Jung Hyun Jun | May 1, 2012 | SAMNDCA-Z0001903 |
| | | May 3, 2012 | Bristows Disclosure Summary |
| | | July 5, 2012 | SAMNDCA-Z0002024 |
| 28. | In Ho Choi | May 1, 2012 | SAMNDCA-Z0001903 |
| | | July 5, 2012 | SAMNDCA-Z0002024 |
| 29. | Marrianne Pak | May 1, 2012 | SAMNDCA-Z0001903 |
| | | July 5, 2012 | SAMNDCA-Z0002024 |
| 30. | Jun Pil Ha | July 5, 2012 | SAMNDCA-Z0002024 |
| 31. | Jung Won Park | July 5, 2012 | SAMNDCA-Z0002024 |
| 32. | Suryun Kim | July 5, 2012 | SAMNDCA-Z0002024 |
| 33. | Seung Ho Choi | July 5, 2012 | SAMNDCA-Z0002024 |
| 34. | Yong Seok Ahn | July 5, 2012 | SAMNDCA-Z0002024 |
| 35. | Min Ho Lee | July 5, 2012 | SAMNDCA-Z0002024 |
| **Clifford Chance** | | | |
| 36. | Ashwin van Rooijen | May 1, 2012 | SAMNDCA-Z0001903 |
| | | May 4, 2012 | Clifford Chance Disclosure Summary |
| | | May 21, 2012 | Clifford Chance Disclosure |

| | | | Summary |
|---|---|---|---|
| | | June 27, 2012 | SAMNDCA-Z0000646 |
| | | July 4, 2012 | SAMNDCA-Z0000584 |
| | | July 14, 2012 | SAMNDCA-Z0010477 |
| | | October 26, 2012 | Clifford Chance Disclosure Summary |
| 37. | Michel Petite | May 1, 2012 | SAMNDCA-Z0001903 |
| | | May 4, 2012 | Clifford Chance Disclosure Summary |
| | | June 27, 2012 | SAMNDCA-Z0000646 |
| | | July 4, 2012 | SAMNDCA-Z0000584 |
| 38. | Thomas Vinje | May 1, 2012 | SAMNDCA-Z0001903 |
| | | May 4, 2012 | Clifford Chance Disclosure Summary |
| | | June 27, 2012 | SAMNDCA-Z0000646 |
| | | July 4, 2012 | SAMNDCA-Z0000584 |
| | | July 5, 2012 | Clifford Chance Disclosure Summary |
| | | July 14, 2012 | SAMNDCA-Z0010477 |
| | | October 26, 2012 | SAMNDCA-Z0000513 |
| 39. | Dieter Paemen | June 27, 2012 | SAMNDCA-Z0000646 |
| | | July 4, 2012 | SAMNDCA-Z0000584 |
| | | July 5, 2012 | Clifford Chance Disclosure Summary |
| | | October 26, 2012 | Clifford Chance Disclosure Summary |
| 40. | Noelle Chitachi | July 4, 2012 | SAMNDCA-Z0000584 |

| | | August 20, 2012 | Clifford Chance Disclosure Summary |
| | | October 26, 2012 | Clifford Chance Disclosure Summary |
| 41. | Marie Laure Combet | May 4, 2012 | Clifford Chance Disclosure Summary |
| | | June 28, 2012 | Clifford Chance Disclosure Summary |
| | | July 4, 2012 | SAMNDCA-Z0000584 |
| 42. | Vanessa Marsland | July 4, 2012 | SAMNDCA-Z0000584 |
| 43. | Frans Muller | July 4, 2012 | SAMNDCA-Z0000584 |
| 44. | Miguel Odriozola | July 4, 2012 | SAMNDCA-Z0000584 |
| 45. | Milena Robotham | May 4, 2012 | Clifford Chance Disclosure Summary |
| | | June 28, 2012 | Clifford Chance Disclosure Summary |
| | | July 4, 2012 | SAMNDCA-Z0000584 |
| | | October 26, 2012 | Clifford Chance Disclosure Summary |
| 46. | Barbara Dilschneider | July 4, 2012 | Clifford Chance Disclosure Summary |
| 47. | Frances Dethmers | May 4, 2012 | Clifford Chance Disclosure Summary |
| 48. | Monica Michaels van Kessenich | May 7, 2012 | Clifford Chance Disclosure Summary |
| 49. | PARRepro@CliffordChance.com | May 15, 2012 | Clifford Chance Disclosure Summary |
| 50. | Anne-Marie Kelleher | June 28, 2012 | Clifford Chance Disclosure Summary |
| 51. | #PAR:Copy & Outgoing Fax | June 28, 2012 | Clifford Chance Disclosure |

| | Room distribution list | | Summary |
|---|---|---|---|
| 52. | Shuchi Desai | January 8, 2013 (last accessed Data Room including incompletely redacted Teece Report) | Clifford Chance Disclosure Summary |
| 53. | Masafumi Shikakura | October 15, 2013 (last accessed Data Room including incompletely redacted Teece Report) | Clifford Chance Disclosure Summary |
| **Modiano & Partners** | | | |
| 54. | Legal@modiano.com | May 1, 2012 | SAMNDCA-Z0001903 |
| **Zimmerman & Partner** | | | |
| 55. | Joel Naegerl | May 1, 2012 | SAMNDCA-Z0001903 |
| **Allen & Overy** | | | |
| 56. | Laetitia Bernard | May 1, 2012 | SAMNDCA-Z0001903 |
| 57. | samsungteam@allenovery.com (16 members) | May 1, 2012 | SAMNDCA-Z0001903 |
| 58. | Michel Struys | June 27, 2012 | SAMNDCA-Z0000646 |
| | | July 4, 2012 | SAMNDCA-Z0000584 |
| | | July 14, 2012 | SAMNDCA-Z0010477 |
| 59. | Charles Pommies | June 27, 2012 | SAMNDCA-Z0000646 |
| | | July 4, 2012 | SAMNDCA-Z0000584 |
| 60. | Athene  Chanter | July 4, 2012 | SAMNDCA-Z0000584 |
| 61. | David Gabathuler | July 4, 2012 | SAMNDCA-Z0000584 |
| 62. | Diane Souffront | July 4, 2012 | SAMNDCA-Z0000584 |
| 63. | Francesca Miotto | July 4, 2012 | SAMNDCA-Z0000584 |
| 64. | Liliana Eskenazi | July 4, 2012 | SAMNDCA-Z0000584 |

| 65. | Olivier Freget | July 4, 2012 | SAMNDCA-Z0000584 |
|---|---|---|---|
| **Blake Dawson/Ashurst** | | | |
| 66. | Amanda Lees | April 30, 2012 | Ashurst Disclosure Summary |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| 67. | Peter Chalk | May 1, 2012 | SAMNDCA-Z0001903 |
| 68. | Wen-Ts'ai Lim | April 30, 2012 | Ashurst Disclosure Summary |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | July 5, 2012 | SAMNDCA-Z0002207 |
| 69. | Ross Zaurrini | April 30, 2012 | Ashurst Disclosure Summary |
| | | May 1, 2012 | SAMNDCA-Z0001903 |
| | | May 3, 2012 | Ashurst Disclosure Summary |
| | | July 5, 2012 | SAMNDCA-Z0002207 |
| 70. | Sally Morris | May 1, 2012 | SAMNDCA-Z0001903 |
| | | May 3, 2012 | Ashurst Disclosure Summary |
| | | July 5, 2012 | SAMNDCA-Z0002207 |
| 71. | Nathan Bellgrove | May 10, 2012 | Ashurst Disclosure Summary |
| | | May 17, 2012 | Ashurst Disclosure Summary |
| | | July 5, 2012 | SAMNDCA-Z0002207 |
| 72. | Angela Lin | April 30, 2012 | Ashurst Disclosure Summary |
| | | May 3, 2012 | Ashurst Disclosure Summary |
| | | May 4, 2012 | Bristows Disclosure Summary |
| | | May 7, 2012 | Bristows Disclosure Summary |
| | | May 8, 2012 | Bristows Disclosure Summary |
| | | May 9, 2012 | Bristows Disclosure Summary |

| | | May 17, 2012 | Bristows Disclosure Summary |
|---|---|---|---|
| | | June 27, 2012 | SAMNDCA-Z0000646 |
| | | After July 3, 2012 | Ashurst Disclosure Summary |
| | | July 5, 2012 | SAMNDCA-Z0002207 |
| 73. | Christopher Evans | April 30, 2012 | Ashurst Disclosure Summary |
| 74. | John McKellar | May 4, 2012 | Ashurst Disclosure Summary |
| 75. | Nicky Thiyavutican | May 15, 2012 | Ashurst Disclosure Summary |
| | | May 18, 2012 | Ashurst Disclosure Summary |
| 76. | Kate Boomer | May 15, 2012 | Bristows Disclosure Summary |
| | | June 21, 2012 | Bristows Disclosure Summary |
| | | June 26, 2012 | Bristows Disclosure Summary |
| | | After July 3, 2012 | Ashurst Disclosure Summary |
| | | November 16, 2012 | Bristows Disclosure Summary |
| **Australian Trial Counsel** | | | |
| 77. | Neil Young QC | May, 2012 | Ashurst Disclosure Summary |
| 78. | Ian Wylie | May, 2012 | Ashurst Disclosure Summary |
| 79. | Stephanie Patterson | May, 2012 | Ashurst Disclosure Summary |
| 80. | John Marshall SC | March, 2013 | Ashurst Disclosure Summary |
| **Kirkland and Ellis** | | | |
| 81. | Greg Arovas | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 27, 2013 | SAMNDCA-Z0000079 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| 82. | Edward Donovan | April 3, 2012 | Kirkland Disclosure Summary |

| | | January 24, 2013 | Kirkland Disclosure Summary |
|---|---|---|---|
| | | March 25, 2013 | SAMNDCA-Z0000326 |
| | | March 26, 2013 | SAMNDCA-Z0000066; SAMNDCA-Z0000284 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| 83. | Jennifer Selendy | January 24, 2013 | Kirkland Disclosure Summary |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| 84. | Michael Becker | January 24, 2013 | Kirkland Disclosure Summary |
| **Charles River Associates** | | | |
| 85. | Cristina Caffarra | June 27, 2012 | SAMNDCA-Z0000646 |
| | | After July 4, 2012 | Camesasca Disclosure Summary |
| | | September 7, 2012 | Bristows Disclosure Summary |
| 86. | Gregor Langus | June 27, 2012 | SAMNDCA-Z0000646 |
| | | After July 4, 2012 | Camesasca Disclosure Summary |
| | | September 7, 2012 | Bristows Disclosure Summary |
| 87. | Damien Neven | June 27, 2012 | SAMNDCA-Z0000646 |
| | | After July 4, 2012 | Camesasca Disclosure Summary |
| | | September 7, 2012 | Bristows Disclosure Summary |
| 88. | Anne Layne Farrar | After July 4, 2012 | Camesasca Disclosure Summary |
| | | September 7, 2012 | Bristows Disclosure Summary |
| 89. | Jenny Haydock | September 7, 2012 | Bristows Disclosure Summary |
| 90. | Debra Freedman | September 7, 2012 | Bristows Disclosure Summary |

| 91. | Matthew Bennet | September 7, 2012 | Bristows Disclosure Summary |
|---|---|---|---|
| **Ropes & Gray** | | | |
| 92. | Steven Pepe | February 1, 2013 | SAMNDCA-Z0010261 |
| **Fish & Richardson** | | | |
| 93. | Linda Kordziel | February 1, 2013 | SAMNDCA-Z0010261 |
| | | February 11, 2013 | F&R Disclosure Summary |
| | | After March 25, 2013 | F&R Disclosure Summary |
| 94. | Mike McKeon | February 11, 2013 | F&R Disclosure Summary |
| | | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| 95. | Ruffin Cordell | March 26, 2013 | SAMNDCA-Z0000326 |
| | | March 26, 2013 | SAMNDCA-Z0000066 |
| | | March 28, 2013 | SAMNDCA-Z0000005 |
| 96. | Britnee Reamy | After March 25, 2013 | F&R Disclosure Summary |
| 97. | Carl Bruce | After March 25, 2013 | F&R Disclosure Summary |
| 98. | Linhong Zhang | After February 11, 2013 | F&R Disclosure Summary |
| | | After March 25, 2013 | F&R Disclosure Summary |
| 99. | Michael Tyler | After February 11, 2013 | F&R Disclosure Summary |
| | | After March 25, 2013 | F&R Disclosure Summary |
| 100. | Robert Earle | After March 25, 2013 | F&R Disclosure Summary |
| 101. | Thomas H. Reger II | After March 25, 2013 | F&R Disclosure Summary |
| 102. | Eckqualyn Hedges | After March 25, 2013 | F&R Disclosure Summary |
| 103. | Frank Albert | After February 11, 2013 | F&R Disclosure Summary |

| 104. | Drew Schoentrup | After February 11, 2013 | F&R Disclosure Summary |
|------|-----------------|-------------------------|------------------------|
| 105. | John Kaplan | February 11, 2013 | F&R Disclosure Summary |
| | **Williams & Connolly** | | |
| 106. | Ari Zymelman | February 1, 2013 | SAMNDCA-Z0010261 |
| 107. | Kevin Hardy | February 1, 2013 | SAMNDCA-Z0010261 |
| 108. | Amelia Ashton | May 16, 2013 | Bristows Disclosure Summary<br><br>W&C Disclosure Summary |
| | | After May 20, 2013 | W&C Disclosure Summary |
| | | July 3, 2013 | Bristows Disclosure Summary<br><br>W&C Disclosure Summary |
| 109. | Cadence Mertz | May 16, 2013 | Bristows Disclosure Summary<br><br>W&C Disclosure Summary |
| | | July 3, 2013 | Bristows Disclosure Summary<br><br>W&C Disclosure Summary |
| 110. | Samuel Davidoff | May 16, 2013 | Bristows Disclosure Summary |
| | | After May 20, 2013 | W&C Disclosure Summary |
| | | June 19, 2013 | W&C Disclosure Summary |
| | | July 3, 2013 | Bristows Disclosure Summary |
| 111. | Stacie Hauza | May 20, 2013 | W&C Disclosure Summary |
| 112. | Jessica Seedyke | May 20, 2013 | W&C Disclosure Summary |
| 113. | Carl Schimke | After May 20, 2013 | W&C Disclosure Summary |
| 114. | Shannon Johnson | After May 20, 2013 | W&C Disclosure Summary |
| | **Peter Camesasca Advocaat BVBA** | | |
| 115. | Julie Vandenbussche | August 16, 2012 | SAMNDCA-Z0009834 |

| 116. | Peter Camesasca | June 27, 2012 | SAMNDCA-Z0000646 |
|------|-----------------|---------------|-------------------|
| | | July 4, 2012 | SAMNDCA-Z0000584 |
| | | July 5, 2012 | SAMNDCA-Z0002024 |
| | | July 14, 2012 | SAMNDCA-Z0010477 |
| | | August 16, 2012 | SAMNDCA-Z0009834 |
| | | October 26, 2012 | SAMNDCA-Z0000513 |
| | | March 25, 2013 | SAMNDCA-Z0000105 |
| **Shearman & Sterling** | | | |
| 117. | Athina Kontosakou | After December 21, 2012 | Clifford Chance Disclosure Summary |
| 118. | Marixenia Davilla | After December 21, 2012 | Clifford Chance Disclosure Summary |
| 119. | Mark English | After December 21, 2012 | Clifford Chance Disclosure Summary |
| 120. | Miguel Rato | After December 21, 2012 | Clifford Chance Disclosure Summary |
| 121. | Trevor Somes | After December 21, 2012 | Clifford Chance Disclosure Summary |
| 122. | Collette Rawnsley | After December 21, 2012 | Clifford Chance Disclosure Summary |
| **Sheppard Mullin** | | | |
| 123. | Mona Solouki | May 7, 2012 | Bristows Disclosure Summary |
| | | May 16, 2012 | Sheppard Mullin Disclosure Summary |
| | | July 5, 2012 | Sheppard Mullin Disclosure Summary |
| | | January 24, 2013 | Sheppard Mullin Disclosure Summary |

| 124. | David Garcia | May 16, 2012 | Sheppard Mullin Disclosure Summary |
| | | July 5, 2012 | Sheppard Mullin Disclosure Summary |
| | | January 24, 2013 | Sheppard Mullin Disclosure Summary |
| 125. | Gary Halling | July 5, 2012 | SAMNDCA-Z0002268 |
| | | January 24, 2013 | Sheppard Mullin Disclosure Summary |
| 126. | Leo Caseria | July 5, 2012 | Sheppard Mullin Disclosure Summary |
| **O'Melveny & Myers** | | | |
| | Unknown # of Recipients | | |
| **Other Recipients**<br>**At least 7 known recipients in Europe** | | | |
| **First Instance Court of Milan** | | | |
| 1. | Unknown # of Recipients | October 30, 2012 | 2013.8.1 Letter from Becher to Selwyn; Vanzetti Disclosure Summary |
| **European Commission** | | | |
| 2. | Linsey McCallum | July 4, 2012 | Clifford Chance Disclosure Summary |
| 3. | Nick Banasevic | July 4, 2012 | Clifford Chance Disclosure Summary |
| 4. | Cecilio Madero | July 4, 2012 | Clifford Chance Disclosure Summary |
| 5. | Theofanis Chrisoforou | July 4, 2012 | Clifford Chance Disclosure Summary |
| 6. | Carles Esteve Mosso | July 4, 2012 | Clifford Chance Disclosure |

| | | | Summary |
|---|---|---|---|
| 7. | Guillaume Loriot | July 4, 2012 | Clifford Chance Disclosure Summary |
| 8. | Thomas Kramler | July 4, 2012 | Clifford Chance Disclosure Summary |