# EXHIBIT 24

(Unredacted Version of Document Sought To Be Sealed)

1

1              UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

3      - - - - - - - - - - - - - - - X

4    APPLE INC., a California            :

5    Corporation,                        :

6                    Plaintiff,          :

7    v.                                  :

8    SAMSUNG ELECTRONICS CO., LTD., a :

9    Korean corporation; SAMSUNG      : Civil Action No.

10   ELECTRONICS AMERICA, INC., a New : 11-cv-01846-LHK

11   York corporation; and SAMSUNG      :

12   TELECOMMUNICATIONS AMERICA, LLC, :

13   a Delaware limited liability      :

14   Company,                            :

15          Defendants.                  :

16   - - - - - - - - - - - - - - - X

17   (Caption continued on next page)

18          CONFIDENTIAL - ATTORNEYS' EYES ONLY

19             SUBJECT TO PROTECTIVE ORDER

20             DEPOSITION OF JAEWAN CHI

21             Los Angeles, California

22          Tuesday, October 15, 2013, 9:15 a.m.

23   Job No.: 46315

24   Pages: 1 - 160

25   Reported by: Clay J. Frazier, CSR, RMR, CRR

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

2

1    (Caption continued from previous page)

2    - - - - - - - - - - - - - - - - X

3    SAMSUNG ELECTRONICS CO., LTD, a   :

4    Korean corporation; SAMSUNG        :

5    ELECTRONICS AMERICA, INC., a New  :

6    York corporation; and SAMSUNG      :

7    TELECOMMUNICATIONS AMERICA, LLC    :

8    a Delaware limited liability       :

9    company,                           :

10          Counterclaim-Plaintiffs,   :

11   v.                                 :

12   APPLE INC., a California           :

13   corporation,                       :

14          Counterclaim-Defendant.    :

15   - - - - - - - - - - - - - - - - X

16          Deposition of JAEWAN CHI, held at the

17   offices of:

18

19              MORRISON & FOERSTER LLP

20              707 Wilshire Boulevard

21              Los Angeles, California 90017

22              (213) 892-5200

23

24          Pursuant to agreement before Clay Frazier,

25   a Notary Public in and for the State of California.

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

3

1                    A P P E A R A N C E S

2     ON BEHALF OF PLAINTIFF AND

3     COUNTERCLAIM-DEFENDANT APPLE INC.:

4          TIMOTHY D. SYRETT, ESQUIRE

5          WILMER CUTLER PICKERING HALE and DOOR LLP

6          60 State Street

7          Boston, Massachusetts 02109

8          (617) 526-5000

9

10    ON BEHALF DEFENDANT SAMSUNG ELECTRONICS CO., LTD.,

11    SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG

12    TELECOMMUNICATIONS AMERICA, LLC:

13         KENNETH R. CHIATE, ESQUIRE

14         QUINN EMANUEL URQUHART & SULLIVAN, LLP

15         865 South Figueroa Street

16         10th Floor

17         Los Angeles, California 90017

18         (213) 443-3000

19

20

21

22

23

24

25

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

4

```
 1          A P P E A R A N C E S   C O N T I N U E D

 2     ON BEHALF OF NOKIA CORPORATION:

 3          RYAN W. KOPPELMAN, ESQUIRE

 4          ALSTON & BIRD, LLP

 5          275 Middlefield Road

 6          Suite 150

 7          Menlo Park, California 94025-4008

 8          (650) 427-9090

 9

10     ALSO PRESENT:

11              BRIAN KIM

12              ALBERT KIM, Korean Interpreter

13              ANN PARK, Check Interpreter

14              PHIL MAZO, Videographer

15

16

17

18

19

20

21

22

23

24

25
```

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

5

1                    C O N T E N T S

2    EXAMINATION OF JAEWAN CHI                      PAGE

3      BY MR. SYRETT                                9

4      BY MR. KOPPELMAN                            121

5      BY MR. SYRETT                               132

6

7

8                    E X H I B I T S

9                (Attached to transcript)

10   CHI DEPOSITION EXHIBIT                        PAGE

11   Exhibit 1 -  Order Re: Apple's Motion for      38

12                Sanctions (6 pages)

13

14   Exhibit 2 -  5/13/11 Kim Seongwoo-Boris Teksler  69

15                correspondence (2 pages)

16   Exhibit 3 -  3/24/12 Briggs e-mail             87

17                correspondence (2 pages)

18

19   Exhibit 4 -  Expert Report of Professor David  96

20                J. Teece cover page (1 page)

21   Exhibit 5 -  5/1/12 Hopson e-mail              97

22                correspondence (2 pages)

23

24   Exhibit 6 -  3/23/13 Pease e-mail             100

25                correspondence (3 pages)

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

6

1                E X H I B I T S    C O N T I N U E D

2     CHI DEPOSITION EXHIBIT                              PAGE

3     Exhibit 7 -  Samsung's Initial Submission and     102

4                  Response to the Commissions March

5                  13th, 2013 Notice on Remedy and

6                  the Public Interest, Public

7                  Version (38 pages)

8     Exhibit 8 -  3/23/13 Heungju Kwon e-mail          103

9                  correspondence (3 pages)

10

11    Exhibit 9 -  8/1/13 Becher-Selwyn                 105

12                 correspondence (3 pages)

13    Exhibit 10 - 3/22/13 Chi-Watrous e-mail           110

14                 correspondence (2 pages)

15    Exhibit 11 - 7/4/12 Vinje e-mail correspondence   131

16                 (3 pages)

17    Exhibit 12 - 3/27/12 Chang e-mail                 141

18                 correspondence (2 pages)

19    Exhibit 13 - 3/27/12 Chang e-mail                 142

20                 correspondence (1 page)

21

22    Exhibit 14 - 4/9/12 Chang e-mail correspondence   143

23                 (1 page)

24    Exhibit 15 - 4/20/12 Kwon e-mail correspondence   144

25                 (4 pages)

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

7

1                E X H I B I T S   C O N T I N U E D

2      CHI DEPOSITION EXHIBIT                          PAGE

3      Exhibit 16 - 4/20/12 Seongwoo Kim e-mail         144

4                  correspondence (2 pages)

5      Exhibit 17 - 7/5/12 Chang e-mail correspondence  145

6                  (2 pages)

7

8      Exhibit 18 - 3/25/13 Jaehawk Lee e-mail with     147

9                  attachment (4 pages)

10     Exhibit 19 - 12/3/12 Chi-Watrous correspondence  152

11                 (2 pages)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

8

1    LOS ANGELES, CALIFORNIA; TUESDAY, OCTOBER 15, 2013

2                        9:15 A.M.

3

4          THE VIDEOGRAPHER:  Here begins Tape No. 1        09:14:40

5    in the videotaped deposition of Jaewan Chi in the     09:14:42

6    matter of Apple Inc. vs Samsung Electronics Company   09:14:46

7    Ltd., et al, in the United States District Court,     09:14:49

8    Northern District of California, San Jose Division,   09:14:53

9    case number 11-CV-01846-LKH.                          09:14:56

10         Today's date is October 15th, 2013.  The        09:15:03

11   time on the video monitor is 9:15 a.m.  The           09:15:07

12   videographer today is Phil Mazo.  This video          09:15:11

13   deposition is taking place at Morrison & Foerster,    09:15:14

14   707 Wilshire Boulevard, 59th floor, Los Angeles,      09:15:19

15   California 90017.                                     09:15:22

16         Will counsel please voice identify              09:15:25

17   themselves and state whom you represent.              09:15:27

18         MR. SYRETT:  Tim Syrett on behalf of            09:15:30

19   Apple Inc.                                            09:15:31

20         MR. KOPPELMAN:  Ryan Koppelman on behalf        09:15:34

21   of Nokia Corporation.                                 09:15:36

22         MR. KIM:  Brian Kim, Samsung in-house           09:15:38

23   legal department.                                     09:15:40

24         MR. CHIATE:  Ken Chiate, Quinn Emanuel, on      09:15:40

25   behalf of Samsung.                                    09:15:44

9

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  The court reporter | 09:15:45 |
| 2 | today is Clay Frazier, presenting on behalf of | 09:15:46 |
| 3 | Planet Depos.  Would the reporter please swear in | 09:15:49 |
| 4 | the witness. | 09:15:51 |
| 5 | THE REPORTER:  I'll swear in the | 09:16:17 |
| 6 | interpreters first, simultaneously. | 09:16:17 |
| 7 | Do you solemnly state you will interpret | 09:16:17 |
| 8 | from Korean into English and English into Korean to | 09:16:17 |
| 9 | the best of your abilities? | 09:16:17 |
| 10 | THE INTERPRETER:  I do. | 09:16:17 |
| 11 | CHECK INTERPRETER:  Yes, I do. | 09:16:17 |
| 12 | THE REPORTER:  Sir, would you please raise | 09:16:17 |
| 13 | your right hand. | 09:16:17 |
| 14 | Do you solemnly state the testimony you're | 09:16:17 |
| 15 | about to give in this matter will be the truth, the | 09:16:17 |
| 16 | whole truth, and nothing but the truth? | 09:16:17 |
| 17 | THE WITNESS:  I do. | 09:16:17 |
| 18 | THE REPORTER:  Thank you. | 09:16:17 |
| 19 | JAEWAN CHI, | 09:16:17 |
| 20 | having declared under penalty of perjury to tell the | 09:16:17 |
| 21 | truth, was examined and testified as follows: | 09:16:17 |
| 22 | | 09:16:17 |
| 23 | EXAMINATION | 09:16:17 |
| 24 | BY MR. SYRETT: | 09:16:17 |
| 25 | Q    Good morning, Mr. Chi. | 09:16:17 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

10

| | | |
|---|---|---|
| 1 | MR. SYRETT:  Before we get started, let me | 09:16:20 |
| 2 | just put on the record that we have been receiving a | 09:16:21 |
| 3 | production of several thousand pages of documents | 09:16:23 |
| 4 | last night into the early morning, so we're going to | 09:16:27 |
| 5 | hold open the deposition because we haven't had an | 09:16:30 |
| 6 | opportunity to look at and review those documents. | 09:16:32 |
| 7 | MR. CHIATE:  On behalf of Samsung, we're | 09:17:05 |
| 8 | not agreeing that it may be kept open, but we | 09:17:06 |
| 9 | understand your position. | 09:17:09 |
| 10 | BY MR. SYRETT: | 09:17:21 |
| 11 | Q    Mr. Chi, you understand that you are under | 09:17:21 |
| 12 | oath today? | 09:17:24 |
| 13 | A    Yes. | 09:17:30 |
| 14 | Q    And you understand that you must provide | 09:17:30 |
| 15 | full and complete answers, just as if you were in a | 09:17:31 |
| 16 | court of law? | 09:17:34 |
| 17 | A    Yes. | 09:17:44 |
| 18 | Q    Is there any reason you can't provide | 09:17:45 |
| 19 | complete and truthful answers today? | 09:17:46 |
| 20 | THE VIDEOGRAPHER:  I'm sorry.  I was | 09:17:55 |
| 21 | having feedback, but it stopped.  I apologize. | 09:17:56 |
| 22 | THE WITNESS:  No, sir. | 09:18:01 |
| 23 | BY MR. SYRETT: | 09:18:02 |
| 24 | Q    And you understand that it is a crime | 09:18:04 |
| 25 | under United States law if you break the oath that | 09:18:05 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

11

| | | |
|---|---|---|
| 1 | you've taken? | 09:18:08 |
| 2 | A    Yes. | 09:18:20 |
| 3 | Q    Are you aware of any instance in which | 09:18:21 |
| 4 | Samsung has breached a protective order in any of | 09:18:23 |
| 5 | its cases with Apple? | 09:18:27 |
| 6 | MR. CHIATE:  Objection.  Objection. | 09:18:30 |
| 7 | Instruct the witness not to answer if the answer | 09:18:44 |
| 8 | would require the witness to disclose any protected | 09:18:47 |
| 9 | attorney-client or work product privilege. | 09:18:51 |
| 10 | If he knows other than from the source of | 09:18:54 |
| 11 | lawyers that would be protected, he may answer.  But | 09:18:56 |
| 12 | if his only basis for knowing the answer to the | 09:18:59 |
| 13 | question comes from lawyers, I instruct him not to | 09:19:01 |
| 14 | answer. | 09:19:03 |
| 15 | THE WITNESS:  Well, for starters, I don't | 09:19:40 |
| 16 | quite understand that question. | 09:19:43 |
| 17 | BY MR. SYRETT: | 09:19:47 |
| 18 | Q    What about the question don't you | 09:19:47 |
| 19 | understand? | 09:19:49 |
| 20 | A    I am having some trouble answering that | 09:20:37 |
| 21 | particular question because I believe you asked me | 09:20:39 |
| 22 | if I happen to be aware of any instances in which | 09:20:42 |
| 23 | Samsung may have breached some duty of | 09:20:46 |
| 24 | confidentiality or something like that.  For | 09:20:49 |
| 25 | starters, it is unclear to me as to whether you're | 09:20:52 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

12

| | | |
|---|---|---|
| 1 | asking that about, say, me or whether it's about the | 09:20:55 |
| 2 | entire company.  That's unclear to me. | 09:20:58 |
| 3 | And also with respect to said duty, it's | 09:21:02 |
| 4 | unclear to me as to who it's in regard to and what | 09:21:04 |
| 5 | it's about. | 09:21:10 |
| 6 | Q    Do you have an understanding why we're | 09:21:19 |
| 7 | here today for your deposition? | 09:21:20 |
| 8 | MR. CHIATE:  Objection.  Instruct the | 09:21:34 |
| 9 | witness not to answer if the only basis for his | 09:21:34 |
| 10 | information is information which he received from | 09:21:37 |
| 11 | counsel.  And that would be protected by the | 09:21:38 |
| 12 | attorney-client work product privilege. | 09:21:42 |
| 13 | If he has some understanding other than | 09:21:44 |
| 14 | that which he received from counsel, he may answer | 09:21:45 |
| 15 | the question. | 09:21:47 |
| 16 | THE WITNESS:  I am unable to answer. | 09:22:16 |
| 17 | BY MR. SYRETT: | 09:22:17 |
| 18 | Q    Because all the information you have is | 09:22:17 |
| 19 | from attorneys? | 09:22:19 |
| 20 | A    Yes. | 09:22:24 |
| 21 | Q    Do you understand that Apple and Samsung | 09:22:35 |
| 22 | have been engaged in litigation in a variety of | 09:22:36 |
| 23 | forms? | 09:22:39 |
| 24 | A    Yes. | 09:22:53 |
| 25 | MR. CHIATE:  I'm going to -- okay.  Move | 09:22:55 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

13

| | | |
|---|---|---|
| 1 | to strike the answer. | 09:22:56 |
| 2 | And I'll object to the question to the | 09:22:57 |
| 3 | extent it calls for information that was imparted to | 09:22:58 |
| 4 | the witness by lawyers.  And if that's the only | 09:23:00 |
| 5 | basis for his answer, I would instruct him not to | 09:23:03 |
| 6 | answer.  If he knows from some other basis, then he | 09:23:06 |
| 7 | may answer. | 09:23:10 |
| 8 | BY MR. SYRETT: | 09:23:39 |
| 9 | Q    In light of your counsel's instruction, do | 09:23:40 |
| 10 | you understand that Apple and Samsung have been | 09:23:41 |
| 11 | engaged in a variety of forms? | 09:23:43 |
| 12 | MR. CHIATE:  I'm going to instruct.  The | 09:23:59 |
| 13 | answer if he may -- if he knows of such information | 09:24:01 |
| 14 | other than that which you received from counsel or | 09:24:03 |
| 15 | otherwise protected, you may answer. | 09:24:04 |
| 16 | THE WITNESS:  I am aware of the fact that | 09:24:26 |
| 17 | there is litigation that is ongoing. | 09:24:27 |
| 18 | BY MR. SYRETT: | 09:24:29 |
| 19 | Q    And do you understand that some of that | 09:24:32 |
| 20 | litigation has been ongoing in California and before | 09:24:34 |
| 21 | the International Trade Commission in Washington, | 09:24:36 |
| 22 | D.C.? | 09:24:38 |
| 23 | MR. CHIATE:  Same objection.  If he knows | 09:24:56 |
| 24 | of such -- if he knows the answer without disclosing | 09:24:57 |
| 25 | that which he received from counsel, he may answer. | 09:25:00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

14

| | | |
|---|---|---|
| 1 | Otherwise, he's instructed not to answer. | 09:25:03 |
| 2 | THE WITNESS:  I am aware. | 09:25:19 |
| 3 | BY MR. SYRETT: | 09:25:21 |
| 4 | Q    And do you have an understanding, as part | 09:25:21 |
| 5 | of the litigation in the United States, Apple has | 09:25:23 |
| 6 | produced to Samsung's outside counsel confidential | 09:25:25 |
| 7 | information? | 09:25:27 |
| 8 | MR. CHIATE:  Same instruction.  If he | 09:25:48 |
| 9 | knows the answer without disclosing information that | 09:25:51 |
| 10 | he received from counsel or otherwise protected, he | 09:25:53 |
| 11 | may answer.  Protected by either the work product or | 09:25:55 |
| 12 | attorney-client privilege.  Protected or otherwise | 09:25:58 |
| 13 | privileged. | 09:26:00 |
| 14 | THE WITNESS:  I am unable to answer. | 09:26:18 |
| 15 | BY MR. SYRETT: | 09:26:19 |
| 16 | Q    Because all of the information you have | 09:26:20 |
| 17 | comes from counsel? | 09:26:22 |
| 18 | A    Yes.  And/or based upon their work | 09:26:30 |
| 19 | product. | 09:26:32 |
| 20 | Q    Do you have an understanding what a | 09:26:36 |
| 21 | protective order is in the context of litigation? | 09:26:38 |
| 22 | A    More or less, yes. | 09:26:52 |
| 23 | Q    And what is your understanding? | 09:26:58 |
| 24 | A    My understanding is basically something to | 09:27:23 |
| 25 | the extent that when, as part of litigation, | 09:27:25 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

15

| | | |
|---|---|---|
| 1 | information has been disclosed between parties or | 09:27:28 |
| 2 | amongst parties, if you have the court system and | 09:27:32 |
| 3 | when one party moves the Court to seek protection in | 09:27:36 |
| 4 | some fashion and the Court grants leave in that | 09:27:40 |
| 5 | regard, the documents or said information may not be | 09:27:44 |
| 6 | used for anything other than the express purposes. | 09:27:47 |
| 7 |     Q    What is your knowledge of protective | 09:27:53 |
| 8 | orders based on? | 09:27:56 |
| 9 |     A    Just general common sense.  You know, | 09:28:10 |
| 10 | legal, let's say, understandings. | 09:28:12 |
| 11 |     Q    And are those legal understandings based | 09:28:17 |
| 12 | on your work on litigation involving Samsung? | 09:28:19 |
| 13 |     A    And, you know, things I learned back in my | 09:28:40 |
| 14 | school days too. | 09:28:42 |
| 15 |     Q    To go back to my earlier question, are you | 09:28:46 |
| 16 | aware of any instance in which anyone at Samsung or | 09:28:49 |
| 17 | its outside counsel has breached a protective order | 09:28:52 |
| 18 | in any of its cases with Apple? | 09:28:55 |
| 19 |     MR. CHIATE:  Objection.  I instruct the | 09:29:20 |
| 20 | witness not to answer for a variety of reasons, | 09:29:21 |
| 21 | including the attorney-client work product | 09:29:24 |
| 22 | privilege.  It would prevent an answer.  In | 09:29:28 |
| 23 | addition, I add the additional objection that it | 09:29:31 |
| 24 | calls for speculation on the part of the witness. | 09:29:36 |
| 25 | And no foundation. | 09:29:36 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

16

| | | |
|---|---|---|
| 1 | THE WITNESS:  I am not able to answer. | 09:30:12 |
| 2 | BY MR. SYRETT: | 09:30:13 |
| 3 | Q    Do you have any knowledge apart from that | 09:30:14 |
| 4 | which has been given to you by attorneys about any | 09:30:17 |
| 5 | instance in which a Samsung employee or outside | 09:30:20 |
| 6 | counsel has breached a protective order in any of | 09:30:24 |
| 7 | its cases with Apple? | 09:30:26 |
| 8 | A    No.  To my understanding, there hasn't | 09:30:56 |
| 9 | been anything. | 09:30:57 |
| 10 | Q    When you say there hasn't been anything, | 09:31:00 |
| 11 | your understanding is there has been no breach of | 09:31:02 |
| 12 | any protective order? | 09:31:04 |
| 13 | A    And, of course, I say this subject to my | 09:31:22 |
| 14 | attorney's objections. | 09:31:25 |
| 15 | Q    But can you answer my question?  Which is | 09:31:30 |
| 16 | when you say that there hasn't been anything, you | 09:31:32 |
| 17 | mean your understanding is that there has been no | 09:31:35 |
| 18 | breach of any protective order, apart from what | 09:31:37 |
| 19 | you've been told -- outside of what you may have | 09:31:40 |
| 20 | been told by counsel? | 09:31:41 |
| 21 | MR. CHIATE:  I'm going to object, Counsel. | 09:32:08 |
| 22 | I think your question is sort of like when did you | 09:32:09 |
| 23 | quit beating your wife.  There's a presumption that | 09:32:11 |
| 24 | he may have been told something by counsel that | 09:32:14 |
| 25 | would give one answer in the way you've asked it, | 09:32:17 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

17

| | | |
|---|---|---|
| 1 | but you don't know anything other than your | 09:32:19 |
| 2 | knowledge about a violation that didn't come from | 09:32:22 |
| 3 | us. | 09:32:26 |
| 4 | Could you just ask one question that | 09:32:26 |
| 5 | includes the whole thing you're trying to establish. | 09:32:28 |
| 6 | That other than anything he may have learned from | 09:32:29 |
| 7 | his lawyers that he's aware -- or words to that | 09:32:32 |
| 8 | effect.  But just have one complete question.  That | 09:32:36 |
| 9 | way I can -- | 09:32:38 |
| 10 | BY MR. SYRETT: | 09:33:11 |
| 11 | Q    Putting aside anything you've learned from | 09:33:12 |
| 12 | counsel, are you aware of any instance in which a | 09:33:13 |
| 13 | Samsung employee or Samsung outside counsel may have | 09:33:15 |
| 14 | breached a protective order in Samsung's litigation | 09:33:19 |
| 15 | with Apple? | 09:33:23 |
| 16 | A    There's nothing, to my understanding. | 09:33:50 |
| 17 | Q    Are you aware of anyone at Samsung who has | 09:33:52 |
| 18 | been told that he or she may have breached a | 09:33:55 |
| 19 | protective order entered in Samsung's litigations | 09:33:57 |
| 20 | with Apple? | 09:34:01 |
| 21 | MR. CHIATE:  I'm going to instruct the | 09:34:21 |
| 22 | witness not to answer if the answer would require | 09:34:23 |
| 23 | disclosure of that which he's received from counsel, | 09:34:24 |
| 24 | either as attorney-client or work product privilege. | 09:34:28 |
| 25 | And I might suggest, Counsel, if you want | 09:34:30 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

18

| | | |
|---|---|---|
| 1 | to shorten the deposition, if you would include | 09:34:32 |
| 2 | those caveats in your question, I would not have to | 09:34:34 |
| 3 | object. But if you continue to ask it without | 09:34:37 |
| 4 | asking where he's learned something, I'm going to be | 09:34:40 |
| 5 | required to object. So it's up to you. | 09:34:43 |
| 6 | BY MR. SYRETT: | 09:35:23 |
| 7 | Q    You can answer. | 09:35:23 |
| 8 | A    To my understanding, there has not been | 09:35:28 |
| 9 | any such instance. | 09:35:31 |
| 10 | Q    My next question goes beyond just | 09:35:34 |
| 11 | Samsung's litigation with Apple. Do you have that | 09:35:36 |
| 12 | in mind? | 09:35:39 |
| 13 | A    Yes. | 09:35:50 |
| 14 | Q    Are you aware of any instances in which | 09:35:51 |
| 15 | Samsung has been sanctioned by a court for violating | 09:35:53 |
| 16 | a protective order? | 09:35:56 |
| 17 | MR. CHIATE:  Objection. I'm going to | 09:36:11 |
| 18 | instruct the witness not to answer if the only basis | 09:36:11 |
| 19 | for the answer would be information he's received as | 09:36:13 |
| 20 | a result of attorney-client or work product | 09:36:16 |
| 21 | privilege. If he knows from some other source, he | 09:36:17 |
| 22 | may answer. | 09:36:21 |
| 23 | THE WITNESS:  Well, to my understanding -- | 09:36:59 |
| 24 | to my understanding, you see it's -- the time frame | 09:37:03 |
| 25 | when I returned to Samsung Electronics Company | 09:37:05 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA  888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

19

| | | |
|---|---|---|
| 1 | Limited was in October of 2011, and there is nothing | 09:37:08 |
| 2 | that I am aware in particular since that time. | 09:37:13 |
| 3 | BY MR. SYRETT: | 09:37:19 |
| 4 | Q    Are you aware of any instances in which | 09:37:20 |
| 5 | Samsung has been sanctioned by a court for violating | 09:37:22 |
| 6 | its discovery obligations? | 09:37:25 |
| 7 | MR. CHIATE:  Same objection.  The witness | 09:37:41 |
| 8 | may answer as long as his answer does not disclose | 09:37:41 |
| 9 | attorney-client work product or other privilege. | 09:37:45 |
| 10 | THE WITNESS:  I am, in that case, not able | 09:38:03 |
| 11 | to answer that question. | 09:38:04 |
| 12 | BY MR. SYRETT: | 09:38:05 |
| 13 | Q    Could you state and spell your full name | 09:38:06 |
| 14 | for the record, please. | 09:38:08 |
| 15 | A    J-a-e-w-a-n  C-h-i. | 09:38:16 |
| 16 | Q    Have you ever used any other names? | 09:38:24 |
| 17 | A    No. | 09:38:29 |
| 18 | Q    And where do you live? | 09:38:30 |
| 19 | A    In Seoul. | 09:38:33 |
| 20 | Q    And where are you employed? | 09:38:36 |
| 21 | A    Samsung Electronics Company Limited. | 09:38:39 |
| 22 | Q    And what is your title? | 09:38:42 |
| 23 | A    I serve as EVP. | 09:38:48 |
| 24 | Q    Is that Executive Vice President? | 09:38:50 |
| 25 | A    Yes.  Executive Vice President. | 09:38:54 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

20

| | | |
|---|---|---|
| 1 | Q    Are you in a particular group at | 09:38:55 |
| 2 | Samsung Electronics? | 09:38:57 |
| 3 | A    I am within the IP center. | 09:39:06 |
| 4 | Q    Your first language is Korean; is that | 09:39:13 |
| 5 | right? | 09:39:14 |
| 6 | A    Yes. | 09:39:16 |
| 7 | Q    And do you speak any English? | 09:39:17 |
| 8 | A    Yes. | 09:39:19 |
| 9 | Q    How much English do you speak? | 09:39:21 |
| 10 | A    To a certain extent.  I can carry on a | 09:39:28 |
| 11 | conversation. | 09:39:30 |
| 12 | Q    And do you read any English? | 09:39:30 |
| 13 | A    Yes. | 09:39:37 |
| 14 | Q    As part of your business responsibilities | 09:39:38 |
| 15 | at Samsung? | 09:39:39 |
| 16 | A    Yes. | 09:39:45 |
| 17 | Q    And if you testified before the Court in | 09:39:45 |
| 18 | this case, would it be in Korean? | 09:39:48 |
| 19 | MR. CHIATE:  Objection.  Calls for | 09:39:57 |
| 20 | conclusion and speculation on the part of the | 09:40:00 |
| 21 | witness. | 09:40:01 |
| 22 | THE WITNESS:  It would perhaps seem to me | 09:40:22 |
| 23 | that for the sake of accuracy, I obviously rely on | 09:40:23 |
| 24 | the help of an interpreter. | 09:40:26 |
| 25 | | |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

21

| | | |
|---|---|---|
| 1 | BY MR. SYRETT: | 09:40:29 |
| 2 | Q    How long have you been an Executive Vice | 09:40:29 |
| 3 | President in the IP center? | 09:40:30 |
| 4 | A    Almost two years. | 09:40:48 |
| 5 | Q    And you mentioned you returned to Samsung | 09:40:49 |
| 6 | in 2011; is that right? | 09:40:50 |
| 7 | A    Yes. | 09:40:58 |
| 8 | Q    And where were you prior to your 2011 | 09:40:58 |
| 9 | return? | 09:41:00 |
| 10 | A    I was then with Samsung SDI. | 09:41:08 |
| 11 | Q    And for how long had you been with Samsung | 09:41:10 |
| 12 | SDI? | 09:41:12 |
| 13 | A    12 years. | 09:41:17 |
| 14 | Q    And had you worked at Samsung Electronics | 09:41:18 |
| 15 | prior to your 12 years at Samsung SDI? | 09:41:21 |
| 16 | A    Yes. | 09:41:31 |
| 17 | Q    What was your role at Samsung Electronics | 09:41:32 |
| 18 | before you left for Samsung SDI? | 09:41:34 |
| 19 | A    Legal counsel. | 09:41:48 |
| 20 | Q    And what was the -- what was your position | 09:41:50 |
| 21 | at Samsung SDI at the time you left in 2011 to | 09:41:51 |
| 22 | return to Samsung Electronics? | 09:41:54 |
| 23 | A    Senior Vice President. | 09:42:09 |
| 24 | Q    In any particular group? | 09:42:11 |
| 25 | A    I was general counsel. | 09:42:17 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

22

| | | |
|---|---|---|
| 1 | Q    And, broadly speaking, what are the | 09:42:22 |
| 2 | responsibilities of Samsung Electronics IP center? | 09:42:25 |
| 3 | A    I would say that the center is responsible | 09:42:59 |
| 4 | for handling virtually all IP-related affairs, | 09:43:00 |
| 5 | including litigation, but excluding prosecution. | 09:43:06 |
| 6 | Q    Is the IP center responsible for patent | 09:43:11 |
| 7 | licensing? | 09:43:14 |
| 8 | A    Yes. | 09:43:21 |
| 9 | Q    For negotiating patent licenses? | 09:43:22 |
| 10 | A    Yes.  Indeed. | 09:43:28 |
| 11 | Q    And what are your responsibilities as an | 09:43:29 |
| 12 | Executive Vice President at the IP center? | 09:43:31 |
| 13 | A    I am overall in charge of the licensing | 09:43:43 |
| 14 | matters. | 09:43:50 |
| 15 | Q    Patent licensing? | 09:43:53 |
| 16 | A    Yes. | 09:43:54 |
| 17 | Q    Any other types of licensing? | 09:43:55 |
| 18 | A    Well, it's possible for there to be things | 09:44:05 |
| 19 | like copyright-related licensing.  But I would say | 09:44:08 |
| 20 | that for the most part it's patented licensing. | 09:44:10 |
| 21 | Q    And to whom do you report? | 09:44:14 |
| 22 | A    To Mr. Ahn. | 09:44:19 |
| 23 | Q    Is that Seung Ho Ahn? | 09:44:21 |
| 24 | A    Yes.  That is correct. | 09:44:23 |
| 25 | Q    And Mr. Ahn is the head of the IP center? | 09:44:25 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

23

| | | |
|---|---|---|
| 1 | A    That is right. | 09:44:32 |
| 2 | Q    And does anyone report to you? | 09:44:33 |
| 3 | A    Yes.  For instance, there is a vice | 09:44:52 |
| 4 | president named Mr. Kwak within the licensing team. | 09:44:54 |
| 5 | Q    Are there any other -- other people who | 09:45:00 |
| 6 | report directly to you? | 09:45:04 |
| 7 | A    Yes.  There are some others. | 09:45:11 |
| 8 | Q    Who are they? | 09:45:13 |
| 9 | A    Mr. Jaeshim.  He's a Senior Vice | 09:45:21 |
| 10 | President. | 09:45:23 |
| 11 | Of course, I do receive reports from my | 09:45:30 |
| 12 | team members, whether it be because I desired them | 09:45:52 |
| 13 | to or whether they do so of their own volition.  I | 09:45:54 |
| 14 | am basically possible -- it is possible for me to | 09:45:56 |
| 15 | receive reports from my team members. | 09:46:01 |
| 16 | Q    And when you refer to team members, do | 09:46:04 |
| 17 | you -- are you referring to people who report to | 09:46:07 |
| 18 | Mr. Kwak and Mr. Shim? | 09:46:09 |
| 19 | A    Yes.  That's right. | 09:46:19 |
| 20 | Q    Are Mr. Kwak and Mr. Shim the only people | 09:46:21 |
| 21 | who report directly to you? | 09:46:24 |
| 22 | A    No.  I wouldn't say it's limited to them | 09:46:39 |
| 23 | only. | 09:46:40 |
| 24 | Q    Let me try to ask a better question. | 09:46:41 |
| 25 | If you're to look at an organizational | 09:46:43 |

24

| | | |
|---|---|---|
| 1 | chart, would Mr. Kwak and Mr. Shim be the only | 09:46:44 |
| 2 | people who are directly underneath you or | 09:46:50 |
| 3 | immediately underneath you? | 09:46:56 |
| 4 | MR. CHIATE:  Objection.  Ambiguous.  You | 09:47:07 |
| 5 | mean underneath him on a chart? | 09:47:10 |
| 6 | MR. SYRETT:  Yes. | 09:47:25 |
| 7 | THE WITNESS:  That is right. | 09:47:25 |
| 8 | BY MR. SYRETT: | 09:47:29 |
| 9 | Q    And what are Mr. Kwak's responsibilities? | 09:47:29 |
| 10 | A    So he is responsible for handling the | 09:47:50 |
| 11 | licensing pertaining to the set products within our | 09:47:51 |
| 12 | company. | 09:47:55 |
| 13 | Q    What do you mean when you say a set | 09:47:57 |
| 14 | product? | 09:48:01 |
| 15 | A    By that I'm referring to consumer such | 09:48:16 |
| 16 | types of products as TVs, cordless phones, cameras. | 09:48:18 |
| 17 | Q    And what are Mr. Shim's responsibilities? | 09:48:23 |
| 18 | A    He is in charge with handling the | 09:48:33 |
| 19 | licensing pertaining to things at the parts level. | 09:48:36 |
| 20 | Q    And when you say "parts level," what do | 09:48:41 |
| 21 | you mean? | 09:48:45 |
| 22 | A    For instance, certainly semiconductor | 09:48:50 |
| 23 | products. | 09:48:52 |
| 24 | Q    Is there anyone who has primary | 09:48:55 |
| 25 | responsibility for licensing of mobile devices, such | 09:48:57 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

25

| | | |
|---|---|---|
| 1 | as cellular phones or tablets? | 09:49:00 |
| 2 | A    Mr. Kwak. | 09:49:20 |
| 3 | Q    Would you consider mobile devices as set | 09:49:22 |
| 4 | products? | 09:49:25 |
| 5 | A    Yes.  Indeed. | 09:49:33 |
| 6 | Q    And are there other -- strike that. | 09:49:34 |
| 7 | Apart from the licensing of set products | 09:49:37 |
| 8 | and licensing at the parts level, are there any | 09:49:40 |
| 9 | other broad areas of licensing which you oversee? | 09:49:41 |
| 10 | A    Now, the thing about that is if we are | 09:50:23 |
| 11 | talking per chance about a cross-licensing matter | 09:50:27 |
| 12 | between a company and another company or between the | 09:50:31 |
| 13 | company and another company, then that is not | 09:50:34 |
| 14 | undertaken by the licensing department per se but | 09:50:37 |
| 15 | rather by the licensing strategy side. | 09:50:41 |
| 16 | Q    Would that be the case for any cross | 09:50:47 |
| 17 | license? | 09:50:49 |
| 18 | A    No.  That's not the case. | 09:50:57 |
| 19 | Q    You understand that Apple and Samsung had | 09:51:01 |
| 20 | ongoing negotiations about a patent license; | 09:51:03 |
| 21 | correct? | 09:51:05 |
| 22 | A    Yes.  I am aware of that. | 09:51:19 |
| 23 | Q    And have you had any involvement with | 09:51:21 |
| 24 | those negotiations? | 09:51:24 |
| 25 | A    As for me, I have been involved in a | 09:51:44 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

26

| | | |
|---|---|---|
| 1 | negotiation but once only.  And as for all the rest | 09:51:47 |
| 2 | of them, Mr. Seung Ho Ahn, the head of our center, | 09:51:51 |
| 3 | has personally seen it fit to take it upon himself. | 09:51:56 |
| 4 | Q    And going back to the categories of | 09:52:05 |
| 5 | licensing that we were discussing, would the | 09:52:06 |
| 6 | negotiations with Apple fall within the set product | 09:52:10 |
| 7 | area or the licensing strategy group? | 09:52:14 |
| 8 | A    It would pertain or fall under the set | 09:52:36 |
| 9 | products area. | 09:52:38 |
| 10 | Q    Do you know why Mr. Ahn has taken it upon | 09:52:40 |
| 11 | himself to oversee the Apple negotiations? | 09:52:41 |
| 12 | MR. CHIATE:  Object.  Conclusion.  Calls | 09:52:56 |
| 13 | for a conclusion and speculation.  No foundation. | 09:52:57 |
| 14 | And I would instruct the witness not to answer if to | 09:52:59 |
| 15 | do so would disclose any attorney-client or work | 09:53:02 |
| 16 | product. | 09:53:04 |
| 17 | He may answer if he knows other than from | 09:53:05 |
| 18 | those protected legal attorney-client or work | 09:53:08 |
| 19 | product discussions. | 09:53:12 |
| 20 | THE WITNESS:  And -- I'm sorry.  Can you | 09:53:49 |
| 21 | ask me the question again?  Or -- | 09:53:51 |
| 22 | MR. SYRETT:  Sure. | 09:53:54 |
| 23 | BY MR. SYRETT: | 09:53:54 |
| 24 | Q    Do you know why Mr. Ahn has taken it upon | 09:53:55 |
| 25 | himself to oversee the Apple negotiations? | 09:53:56 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

27

1          MR. CHIATE:  Same objection and          09:54:11

2     instruction.                                   09:54:12

3          THE WITNESS:  Well, he is the head of the 09:54:18

4     center.  And on occasion, for important        09:54:20

5     negotiations, sometimes the man takes it upon  09:54:22

6     himself.                                        09:54:23

7     BY MR. SYRETT:                                  09:54:28

8          Q    Would you consider the Apple negotiations  09:54:28

9     important?                                      09:54:29

10         A    Sure.                                 09:54:37

11         Q    Can you identify any other important 09:54:38

12    negotiations?                                   09:54:40

13         MR. CHIATE:  Objection.  Calls for -- it's 09:54:51

14    ambiguous.  And I would instruct him not to answer  09:54:54

15    if to do so would disclose attorney-client or work  09:54:56

16    product privilege.                              09:54:57

17         THE WITNESS:  Well, one way or another,    09:55:29

18    the decision-making authority rests with the center  09:55:30

19    head.                                           09:55:35

20    BY MR. SYRETT:                                  09:55:38

21         Q    You said that on some occasions Mr. Ahn  09:55:39

22    takes responsibility for important negotiations;  09:55:41

23    correct?                                        09:55:43

24         A    Yes.                                  09:55:57

25         Q    Apart from the Apple negotiations, can you  09:55:58

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

28

| | | |
|---|---|---|
| 1 | identify any other negotiations that Mr. Ahn has | 09:56:00 |
| 2 | taken responsibility for because of their | 09:56:02 |
| 3 | importance? | 09:56:05 |
| 4 | MR. CHIATE:  Assumes a fact not in | 09:56:22 |
| 5 | evidence.  Calls for a conclusion and speculation on | 09:56:23 |
| 6 | the part of the witness.  And no foundation.  The | 09:56:25 |
| 7 | assumption is that he only calls -- he only decides | 09:56:29 |
| 8 | to take them upon himself if they're important.  So | 09:56:35 |
| 9 | that's an ambiguity, and it assumes a fact not in | 09:56:37 |
| 10 | evidence. | 09:56:39 |
| 11 | Otherwise, you may answer as long as you | 09:56:40 |
| 12 | don't disclose any attorney-client or work | 09:56:41 |
| 13 | product -- | 09:56:43 |
| 14 | MR. SYRETT:  And I'm going to ask you to | 09:56:45 |
| 15 | keep your objections brief.  We don't need the | 09:56:45 |
| 16 | speaking objections. | 09:56:47 |
| 17 | BY MR. SYRETT: | 09:56:48 |
| 18 | Q    You can answer. | 09:56:48 |
| 19 | A    Well, I guess regardless of the rationale, | 09:58:03 |
| 20 | ultimately the decision-making authority as to case | 09:58:07 |
| 21 | assignment rests with said center head. | 09:58:11 |
| 22 | Q    So your testimony I believe was that | 09:58:17 |
| 23 | Mr. Ahn decided to take over -- oversee the Apple | 09:58:19 |
| 24 | negotiations directly because of their importance. | 09:58:25 |
| 25 | Is that a fair statement? | 09:58:29 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

29

| | | |
|---|---|---|
| 1 | A    Yes.  That is correct. | 09:58:49 |
| 2 | Q    And I'm asking you if you can identify any | 09:58:49 |
| 3 | other instances where Mr. Ahn has similarly chosen | 09:58:51 |
| 4 | to directly oversee negotiations because of their | 09:58:56 |
| 5 | importance, as he has with Apple? | 09:58:58 |
| 6 | MR. CHIATE:  Objection.  No foundation. | 09:59:19 |
| 7 | Calls for conclusion, speculation on the part of the | 09:59:21 |
| 8 | witness. | 09:59:22 |
| 9 | THE WITNESS:  As to whether something is | 09:59:55 |
| 10 | important or not, that is not really something that | 09:59:56 |
| 11 | I am able to determine.  But there are cases that | 09:59:58 |
| 12 | the head of the center personally has taken upon | 10:00:02 |
| 13 | handling, such as that with Nokia. | 10:00:07 |
| 14 | BY MR. SYRETT: | 10:00:12 |
| 15 | Q    And apart from Apple and Nokia, can you | 10:00:12 |
| 16 | identify any other cases where Dr. Ahn has | 10:00:14 |
| 17 | personally taken it upon himself to handle them in | 10:00:17 |
| 18 | the same manner? | 10:00:19 |
| 19 | MR. CHIATE:  Objection.  Ambiguous and | 10:00:31 |
| 20 | uncertain.  No foundation.  Calls for conclusion, | 10:00:32 |
| 21 | speculation on the part of the witness. | 10:00:36 |
| 22 | THE WITNESS:  Well, it's a little "you | 10:00:59 |
| 23 | know what" for me to answer that question.  It's | 10:01:33 |
| 24 | unclear to me actually as to whether you're asking | 10:01:37 |
| 25 | me about facts or whether something is important or | 10:01:39 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

30

| | | |
|---|---|---|
| 1 | not.  I guess I don't understand the question in | 10:01:42 |
| 2 | that regard. | 10:01:45 |
| 3 | And my attorney continues to object, and | 10:01:48 |
| 4 | basically your questions actually strike me as being | 10:01:52 |
| 5 | really the same.  And so I guess what I'm not clear | 10:01:54 |
| 6 | about is whether you're asking me about facts or | 10:01:59 |
| 7 | what. | 10:02:01 |
| 8 | BY MR. SYRETT: | 10:02:03 |
| 9 | Q    I'm asking you about facts. | 10:02:03 |
| 10 | And you have identified for me the Apple | 10:02:06 |
| 11 | negotiations and the Nokia negotiations that Dr. Ahn | 10:02:07 |
| 12 | has personally overseen; correct? | 10:02:13 |
| 13 | A    That is correct. | 10:02:27 |
| 14 | Q    And he's directly overseen them; correct? | 10:02:28 |
| 15 | A    That is correct. | 10:02:36 |
| 16 | Q    And my question is:  Without regard to the | 10:02:37 |
| 17 | reason why, can you identify for me any other cases | 10:02:40 |
| 18 | apart from Apple and Nokia that Dr. Ahn has chosen | 10:02:44 |
| 19 | to directly oversee? | 10:02:47 |
| 20 | A    Yes. | 10:03:04 |
| 21 | Q    What cases are those? | 10:03:05 |
| 22 | A    Now, what have those got to do with this | 10:03:10 |
| 23 | case of ours? | 10:03:12 |
| 24 | Q    I'm entitled to ask questions, and you're | 10:03:14 |
| 25 | obligated to answer them.  Your counsel can instruct | 10:03:18 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

31

| | | |
|---|---|---|
| 1 | you as you see fit, but you're obligated to answer. | 10:03:20 |
| 2 | A    There's the Ericsson case. | 10:03:47 |
| 3 | Q    Any others? | 10:03:49 |
| 4 | A    Well, as far as any licensing-related | 10:04:12 |
| 5 | matters are concerned -- and, of course, in terms of | 10:04:15 |
| 6 | anything undertaken by the IP strategy side of | 10:04:19 |
| 7 | things, the head of the center certainly oversees | 10:04:23 |
| 8 | those. | 10:04:27 |
| 9 | Q    Is it fair to say that the Apple, Nokia, | 10:04:32 |
| 10 | and Ericsson licensing negotiations have related to | 10:04:34 |
| 11 | patents for cellular or mobile devices? | 10:04:39 |
| 12 | A    That is correct. | 10:05:07 |
| 13 | Q    And apart from Apple, Nokia, and Ericsson, | 10:05:07 |
| 14 | can you identify for me any other license | 10:05:10 |
| 15 | negotiations related to cellular or mobile devices | 10:05:14 |
| 16 | that Dr. Ahn has chosen to personally oversee? | 10:05:18 |
| 17 | A    To my understanding, I believe there to be | 10:05:50 |
| 18 | no other matters in which the man personally | 10:05:53 |
| 19 | actually would engage in any negotiations. | 10:05:57 |
| 20 | Q    You mentioned that you have attended one | 10:06:01 |
| 21 | negotiation meeting between Apple and Samsung; is | 10:06:04 |
| 22 | that right? | 10:06:06 |
| 23 | A    Yes.  That is correct. | 10:06:19 |
| 24 | Q    And have you had any other involvement | 10:06:20 |
| 25 | with the Apple negotiations within Samsung? | 10:06:22 |

32

| | | |
|---|---|---|
| 1 | MR. CHIATE:  I'm going to instruct the | 10:06:37 |
| 2 | witness not to answer or disclose any information | 10:06:37 |
| 3 | that would impart or disclose attorney-client or | 10:06:39 |
| 4 | work product privilege. | 10:06:42 |
| 5 | But you may otherwise answer as long as he | 10:06:44 |
| 6 | doesn't disclose such privileged information. | 10:06:46 |
| 7 | THE WITNESS:  I attended a mediation on | 10:07:11 |
| 8 | two occasions. | 10:07:13 |
| 9 | BY MR. SYRETT: | 10:07:14 |
| 10 | Q   Do you recall roughly the dates of those | 10:07:15 |
| 11 | mediations? | 10:07:17 |
| 12 | A   I'm thinking this -- these may have been | 10:07:41 |
| 13 | in the year 2012, in the beginning and the middle | 10:07:43 |
| 14 | thereof, of 2012. | 10:07:48 |
| 15 | Q   And did Samsung file any statement or | 10:07:51 |
| 16 | brief related to the mediation, with the mediator? | 10:07:53 |
| 17 | MR. CHIATE:  I'm going to instruct the | 10:08:12 |
| 18 | witness not to answer if his only information -- I'm | 10:08:12 |
| 19 | going to instruct the witness not to answer if his | 10:08:16 |
| 20 | only source of the information to answer the | 10:08:17 |
| 21 | question was provided by counsel or as a result of a | 10:08:19 |
| 22 | work product privilege.  If he knows otherwise | 10:08:24 |
| 23 | without waiving any mediation privilege, | 10:08:26 |
| 24 | attorney-client, or work product privilege, he may | 10:08:28 |
| 25 | answer. | 10:08:31 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

33

| | | |
|---|---|---|
| 1 | THE WITNESS:  In that case, I don't think | 10:09:02 |
| 2 | I'm going to be able to answer you. | 10:09:04 |
| 3 | BY MR. SYRETT: | 10:09:06 |
| 4 | Q    Well, were you provided with any briefs or | 10:09:06 |
| 5 | statements that Samsung filed with the mediator? | 10:09:10 |
| 6 | A    Yes.  That -- there was. | 10:09:37 |
| 7 | Q    And did you review the copies that you | 10:09:39 |
| 8 | were provided?  Or copy. | 10:09:41 |
| 9 | A    Not in any careful manner. | 10:09:51 |
| 10 | Q    But you did review it? | 10:09:53 |
| 11 | A    Yes. | 10:09:59 |
| 12 | Q    And apart from negotiations and attending | 10:10:01 |
| 13 | one meeting, have you had any other involvement with | 10:10:04 |
| 14 | the Apple negotiations? | 10:10:07 |
| 15 | A    Well, with respect to internal discussions | 10:10:31 |
| 16 | amongst ourselves, when important items are being | 10:10:34 |
| 17 | discussed, sometimes I participate. | 10:10:39 |
| 18 | Q    And when you say "sometimes," can you be | 10:10:47 |
| 19 | more specific? | 10:10:49 |
| 20 | A    The thing about that is if I am per chance | 10:11:08 |
| 21 | away on a business trip or have some other important | 10:11:12 |
| 22 | schedule, then I might be absent from such. | 10:11:15 |
| 23 | Q    But is it fair to say that apart from some | 10:11:18 |
| 24 | absence for a business trip or some other meeting, | 10:11:23 |
| 25 | you would routinely participate in meetings relating | 10:11:26 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

34

| | | |
|---|---|---|
| 1 | to the Apple strategy? | 10:11:29 |
| 2 | A    Well, I do attend strategy-related | 10:11:51 |
| 3 | meetings. | 10:11:55 |
| 4 | Q    And can you identify for me any other | 10:11:58 |
| 5 | reasons why you wouldn't attend a scheduled strategy | 10:11:59 |
| 6 | meeting apart from being away on business travel or | 10:12:02 |
| 7 | having another meeting? | 10:12:06 |
| 8 | A    Well, as long as I am available, I do | 10:12:34 |
| 9 | attend meetings. | 10:12:35 |
| 10 | Q    Do you understand that Apple and Samsung | 10:12:39 |
| 11 | have exchanged licensing -- or letters related to | 10:12:41 |
| 12 | licensing? | 10:12:45 |
| 13 | A    Yes. | 10:12:58 |
| 14 | Q    Have you had any role in drafting or | 10:12:59 |
| 15 | reviewing Samsung's letters to Apple? | 10:13:02 |
| 16 | A    On a few occasions, I did review such. | 10:13:20 |
| 17 | And a number of times those were sent out in my | 10:13:24 |
| 18 | name. | 10:13:26 |
| 19 | Q    And have you reviewed letters that Apple | 10:13:32 |
| 20 | has sent to Samsung? | 10:13:33 |
| 21 | A    Well, I see those that come in as a reply | 10:13:49 |
| 22 | to letters that got sent out under my name. | 10:13:53 |
| 23 | Q    Have you seen any other letters apart from | 10:13:57 |
| 24 | replies to letters sent under your name? | 10:13:59 |
| 25 | A    I would say that if it's something really | 10:14:28 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

35

| | | |
|---|---|---|
| 1 | short, I might get to see something.  But if it goes | 10:14:29 |
| 2 | beyond two, three pages, then I don't typically see | 10:14:34 |
| 3 | those. | 10:14:38 |
| 4 | Q    Is that a function of the time it would | 10:14:43 |
| 5 | take to read a letter? | 10:14:44 |
| 6 | A    It is both a matter of the available | 10:15:17 |
| 7 | amount of time on my part because -- in terms of | 10:15:20 |
| 8 | e-mails on a daily basis, I get several hundred I | 10:15:23 |
| 9 | would say.  And when it comes to particular levels | 10:15:27 |
| 10 | of detail, it's not necessary that I be on top of | 10:15:29 |
| 11 | all of those things because there are other people | 10:15:35 |
| 12 | who handle those things. | 10:15:36 |
| 13 | So -- and it's not really entirely | 10:15:38 |
| 14 | necessary that I, you know, go over everything. | 10:15:40 |
| 15 | Q    Have you had any role in determining the | 10:15:45 |
| 16 | licensing offers that Samsung has made to Apple? | 10:15:48 |
| 17 | A    To that, I would say that I have been in | 10:16:34 |
| 18 | attendance at such Samsung internal discussions, | 10:16:37 |
| 19 | meetings that were held for purposes of putting | 10:16:41 |
| 20 | together Samsung's proposal at such negotiation | 10:16:45 |
| 21 | meetings with Apple, post-2012. | 10:16:49 |
| 22 | Q    And to the extent -- well, to the extent | 10:16:54 |
| 23 | that counsel were involved, I'm not asking about the | 10:17:00 |
| 24 | specific communications during those meetings. | 10:17:03 |
| 25 | But is it fair to say that after Dr. Ahn, | 10:17:05 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

36

| | | |
|---|---|---|
| 1 | you would be the second highest ranking Samsung | 10:17:11 |
| 2 | executive in those meetings? | 10:17:13 |
| 3 | A    That is correct. | 10:17:45 |
| 4 | Q    And have you had any involvement in | 10:17:46 |
| 5 | evaluating licensing offers that Apple has made to | 10:17:48 |
| 6 | Samsung? | 10:17:49 |
| 7 | A    Like what offers are you talking about? | 10:18:09 |
| 8 | Q    Well, have you seen letters from Apple in | 10:18:13 |
| 9 | which it has made proposals for a resolution of the | 10:18:15 |
| 10 | parties' licensing negotiations? | 10:18:21 |
| 11 | A    Have I seen?  Is that what you asked? | 10:18:41 |
| 12 | Q    Yes. | 10:18:45 |
| 13 | A    Yes, I have. | 10:18:50 |
| 14 | Q    And when Samsung received those letters, | 10:18:50 |
| 15 | did you have any role in evaluating the proposals | 10:18:52 |
| 16 | made by Apple? | 10:18:56 |
| 17 | A    Well, I mean, I do attend some of those | 10:19:20 |
| 18 | discussions when they talk about those. | 10:19:22 |
| 19 | MR. CHIATE:  Whenever you get a convenient | 10:19:27 |
| 20 | time. | 10:19:28 |
| 21 | MR. SYRETT:  Yeah.  A couple of questions. | 10:19:28 |
| 22 | BY MR. SYRETT: | 10:19:30 |
| 23 | Q    Is it fair to say that you have made an | 10:19:31 |
| 24 | effort to generally keep up to date on the Apple | 10:19:32 |
| 25 | negotiations? | 10:19:35 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

37

| 1 | A     That I have made an effort?  What exactly | 10:19:59 |
| 2 | does that really mean? | 10:20:03 |
| 3 | Q     Well, let me try it a different way. | 10:20:05 |
| 4 | Have you generally kept up to date on the | 10:20:09 |
| 5 | Apple negotiations? | 10:20:10 |
| 6 | A     Well, I am aware of those things that we | 10:20:30 |
| 7 | have offered to them and them to us. | 10:20:33 |
| 8 | MR. SYRETT:  Let's take a break. | 10:20:38 |
| 9 | THE VIDEOGRAPHER:  We're ending Tape No. 1 | 10:20:39 |
| 10 | in the deposition of Jaewan Chi and going off the | 10:20:41 |
| 11 | record at 10:20 a.m. | 10:20:43 |
| 12 | (Recess.) | 10:43:32 |
| 13 | THE VIDEOGRAPHER:  This is Tape No. 2 in | 10:43:50 |
| 14 | the deposition of Jaewan Chi.  We're back on the | 10:43:51 |
| 15 | record at 10:43 a.m. | 10:43:55 |
| 16 | MR. SYRETT:  And we learned during the | 10:43:58 |
| 17 | break that there's a live feed of the deposition. | 10:43:58 |
| 18 | And if you can just identify who you understand to | 10:44:02 |
| 19 | be viewing it. | 10:44:04 |
| 20 | MR. CHIATE:  Watson and Kassabian are the | 10:44:06 |
| 21 | ones watching from Quinn Emanuel and no one else at | 10:44:08 |
| 22 | this point is my understanding. | 10:44:11 |
| 23 | MR. SYRETT:  Thank you. | 10:44:15 |
| 24 | I'd like to mark as Exhibit 1 a document | 10:44:16 |
| 25 | entitled Order Re: Apple's Motion for Sanctions. | 10:44:26 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

38

| | | |
|---|---|---|
| 1 | (Exhibit 1 was marked for | 10:44:55 |
| 2 | identification by the reporter.) | 10:44:55 |
| 3 | BY MR. SYRETT: | 10:44:55 |
| 4 | Q    Have you seen Exhibit 1 before? | 10:44:55 |
| 5 | A    I don't recall. | 10:45:06 |
| 6 | Q    Do you think there's some possibility | 10:45:08 |
| 7 | you've seen it? | 10:45:10 |
| 8 | MR. CHIATE:  Objection.  Calls for | 10:45:11 |
| 9 | conclusion, speculation. | 10:45:12 |
| 10 | Let the record reflect the witness | 10:45:28 |
| 11 | answered after looking at the first page only, and | 10:45:29 |
| 12 | it's a five-page document. | 10:45:32 |
| 13 | THE WITNESS:  The thing about this is, | 10:46:24 |
| 14 | generally, these things come to me by way of an | 10:46:25 |
| 15 | attachment, and I generally do not bother opening up | 10:46:28 |
| 16 | attachments. | 10:46:31 |
| 17 | BY MR. SYRETT: | 10:46:39 |
| 18 | Q    Well, I will represent to you that this is | 10:46:39 |
| 19 | the October 2nd, 2013 order by the judge in Apple | 10:46:40 |
| 20 | and Samsung's case, relating to Apple's motion for | 10:46:46 |
| 21 | sanctions. | 10:46:48 |
| 22 | And let me start you on page 1, and I'll | 10:47:16 |
| 23 | ask the translator -- well, let me ask this. | 10:47:19 |
| 24 | Are you comfortable reading this document | 10:47:22 |
| 25 | in English, or would you prefer that the translator | 10:47:24 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS – ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

39

| | | |
|---|---|---|
| 1 | translate the portions of it that I'm going to ask | 10:47:28 |
| 2 | you about? | 10:47:33 |
| 3 |     A    I think I could make my way through. | 10:47:41 |
| 4 |     Q    In English? | 10:47:43 |
| 5 |     A    Yes. | 10:47:45 |
| 6 |     Q    Well, can you read the first paragraph or | 10:47:48 |
| 7 | the paragraph on page 1 and the first two paragraphs | 10:47:50 |
| 8 | on page 2 and let me know when you're done. | 10:47:54 |
| 9 | And actually I'm sorry.  If I can have you | 10:48:18 |
| 10 | read through line 9 on the second page. | 10:48:21 |
| 11 |     A    All right. | 10:49:14 |
| 12 |     Q    And do you see that Judge Grewal found | 10:49:14 |
| 13 | that Samsung may have breached a protective order in | 10:49:15 |
| 14 | its litigations with Apple? | 10:49:19 |
| 15 |     A    Yes.  I think that is perhaps line number | 10:49:43 |
| 16 | 9. | 10:49:45 |
| 17 |     Q    Do you agree with that conclusion? | 10:49:48 |
| 18 | MR. CHIATE:  Objection.  Objection.  Are | 10:49:49 |
| 19 | you asking whether he agrees that that's what that | 10:49:56 |
| 20 | says or whether he agrees with what the magistrate | 10:49:58 |
| 21 | has said? | 10:50:01 |
| 22 | MR. SYRETT:  I'm asking whether he agrees | 10:50:10 |
| 23 | with the conclusion of the magistrate judge that a | 10:50:12 |
| 24 | protective order may have been broken. | 10:50:14 |
| 25 | MR. CHIATE:  I would object on the ground | 10:50:34 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS – ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

40

| | | |
|---|---|---|
| 1 | of no foundation.  Calls for a legal conclusion on | 10:50:34 |
| 2 | the part of the witness. | 10:50:36 |
| 3 | And to the extent that requires a | 10:50:38 |
| 4 | disclosure of any attorney-client or work product | 10:50:40 |
| 5 | privilege, that I would instruct the witness not to | 10:50:41 |
| 6 | answer.  If he can answer without disclosing | 10:50:44 |
| 7 | attorney-client or work product privilege, he may do | 10:50:48 |
| 8 | so. | 10:50:51 |
| 9 | THE WITNESS:  I'm unable to answer. | 10:51:24 |
| 10 | BY MR. SYRETT: | 10:51:29 |
| 11 | Q    Do you have any information -- strike | 10:51:30 |
| 12 | that. | 10:51:32 |
| 13 | Apart from communications with counsel, do | 10:51:34 |
| 14 | you have any information relating to the question of | 10:51:36 |
| 15 | whether a protective order has been breached? | 10:51:40 |
| 16 | A    Negative. | 10:52:02 |
| 17 | Q    If the judge was to ask you whether or not | 10:52:04 |
| 18 | Samsung has breached a protective order, would you | 10:52:08 |
| 19 | be able to give an answer? | 10:52:10 |
| 20 | MR. CHIATE:  Objection.  I'm going to | 10:52:21 |
| 21 | instruct the witness not to answer if the answer | 10:52:21 |
| 22 | would require the disclosure of attorney-client or | 10:52:23 |
| 23 | work product privilege or some other protective | 10:52:26 |
| 24 | order or mediation privilege. | 10:52:28 |
| 25 | He may answer it if his answer does not | 10:52:30 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

41

| | | |
|---|---|---|
| 1 | require such a disclosure or violation. | 10:52:32 |
| 2 | THE WITNESS:  Without making any reference | 10:53:40 |
| 3 | as to my discussions with in-house counsel, | 10:53:41 |
| 4 | concerning this matter as to whether has been any | 10:53:43 |
| 5 | breach on the part of Samsung or not, I do not | 10:53:48 |
| 6 | believe myself to be in any position to be able to | 10:53:51 |
| 7 | actually answer that because I am, for one thing, | 10:53:54 |
| 8 | not in the know as to everybody or as to everything. | 10:53:58 |
| 9 | And were I to answer this, I would have to answer | 10:54:03 |
| 10 | things within the extent of my knowledge and | 10:54:05 |
| 11 | understanding.  But insofar as my understanding | 10:54:08 |
| 12 | goes, there has not been any such breach. | 10:54:11 |
| 13 | BY MR. SYRETT: | 10:54:14 |
| 14 | Q    What is your understanding based on? | 10:54:15 |
| 15 | A    Based on that which I have personally | 10:54:45 |
| 16 | seen, heard, things that I have myself experienced | 10:54:46 |
| 17 | to date in that I have not, as far as I believe the | 10:54:49 |
| 18 | case to be, seen any -- seen or heard anybody | 10:54:55 |
| 19 | violating the protective order. | 10:54:59 |
| 20 | Q    Have you heard any discussion about the | 10:55:12 |
| 21 | protective order generally that's not privileged? | 10:55:18 |
| 22 | MR. CHIATE:  Just to be clear, you're | 10:55:39 |
| 23 | asking if he has heard anything other than | 10:55:39 |
| 24 | attorney-client or work product privileged | 10:55:41 |
| 25 | information? | 10:55:42 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

42

| | | |
|---|---|---|
| 1 | MR. SYRETT:  Yes. | 10:55:48 |
| 2 | THE WITNESS:  I am not quite able to | 10:55:59 |
| 3 | understand that question. | 10:56:01 |
| 4 | MR. SYRETT:  Let me try a different | 10:56:02 |
| 5 | question. | 10:56:02 |
| 6 | BY MR. SYRETT: | 10:56:04 |
| 7 | Q    You said based on what you have personally | 10:56:04 |
| 8 | seen, heard, and things that you, yourself, have | 10:56:06 |
| 9 | experienced to date, you don't believe there's been | 10:56:10 |
| 10 | a violation of the protective order; correct? | 10:56:11 |
| 11 | A    Correct. | 10:56:30 |
| 12 | Q    Can you identify for me specifically all | 10:56:30 |
| 13 | of the things you have seen, heard, and that you | 10:56:35 |
| 14 | have experienced that you're relying on for your | 10:56:37 |
| 15 | conclusion that there's been no breach of the | 10:56:38 |
| 16 | protective order? | 10:56:40 |
| 17 | A    Well, for starters, I myself have | 10:57:27 |
| 18 | certainly not violated any protective order.  And | 10:57:30 |
| 19 | then again, no one has come to me telling me that | 10:57:33 |
| 20 | someone has violated any protective order, nor have | 10:57:38 |
| 21 | I to date ever seen any such instance of a | 10:57:41 |
| 22 | violation. | 10:57:45 |
| 23 | Q    And how do you know that you have not | 10:57:46 |
| 24 | violated a protective order? | 10:57:48 |
| 25 | A    I myself believe that to be the case | 10:58:10 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

43

| | | |
|---|---|---|
| 1 | because I have never disclosed to anybody anything | 10:58:12 |
| 2 | concerning the Apple matter. | 10:58:15 |
| 3 | Q    Have you ever received confidential Apple | 10:58:18 |
| 4 | information from anyone within Samsung or Samsung's | 10:58:21 |
| 5 | outside counsel? | 10:58:29 |
| 6 | MR. CHIATE:  I'm going to instruct the | 10:58:48 |
| 7 | witness not to answer if it would require disclosure | 10:58:48 |
| 8 | of attorney-client or work product privileged | 10:58:51 |
| 9 | information. | 10:58:54 |
| 10 | If he may answer the question without | 10:58:55 |
| 11 | disclosing such privilege, you may do so. | 10:58:57 |
| 12 | THE WITNESS:  Well, I would say that while | 10:59:43 |
| 13 | it may be possible -- possible I say for such things | 10:59:45 |
| 14 | to have come my way, say, via some attachment -- | 10:59:48 |
| 15 | attached file, the fact is I, not having opened such | 10:59:53 |
| 16 | files, have not personally either seen or heard | 10:59:57 |
| 17 | anything of that nature, at least as far as my | 11:00:00 |
| 18 | recollection goes. | 11:00:04 |
| 19 | BY MR. SYRETT: | 11:00:08 |
| 20 | Q    You have no recollection of ever having | 11:00:08 |
| 21 | opened a file that contained Apple -- strike that. | 11:00:11 |
| 22 | You have no recollection of ever having | 11:00:17 |
| 23 | opened an attachment that contained confidential | 11:00:18 |
| 24 | information provided by Apple in litigation? | 11:00:21 |
| 25 | A    That is correct. | 11:00:37 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

44

1      Q     And apart from your discussions with          11:00:38

2    counsel, have you had any discussion with anyone at    11:00:40

3    Samsung about ever having opened an attachment or      11:00:44

4    seen a document that contained confidential            11:00:47

5    information provided by Apple in litigation?           11:00:51

6      A     No, I have not.                                11:01:21

7      Q     You testified that you disagree with           11:01:28

8    Judge Grewal's conclusion.  Is that a fair            11:01:31

9    statement?                                             11:01:34

10           MR. CHIATE:  Objection.  It's misleading.     11:01:42

11           THE WITNESS:  What I have said is that         11:01:55

12    insofar as my understanding goes, there have been no   11:01:56

13    such instances.                                        11:01:58

14   BY MR. SYRETT:                                          11:01:59

15     Q     And is your understanding limited to your      11:02:03

16   own conduct?                                            11:02:06

17     A     That, plus I have previously stated to you     11:02:29

18   that I have otherwise not heard or seen any             11:02:32

19   instances of violation.                                 11:02:35

20     Q     And have you taken any steps to determine      11:02:37

21   whether anyone else at Samsung has seen or              11:02:37

22   distributed confidential information that Apple         11:02:46

23   produced during litigation?                            11:02:48

24     A     I have not.                                     11:03:14

25     Q     Do you understand that Samsung has            11:03:21

CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS – ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

45

| | | |
|---|---|---|
| 1 | identified you as someone who has received | 11:03:22 |
| 2 | confidential information regarding Apple's licenses | 11:03:24 |
| 3 | with Nokia, Sharp, Ericsson, and Philips? | 11:03:28 |
| 4 | MR. CHIATE:  I'm going to instruct the | 11:03:52 |
| 5 | witness to not answer the question if to answer it | 11:03:52 |
| 6 | would require the disclosure of attorney-client or | 11:03:55 |
| 7 | work product privilege.  He may otherwise answer the | 11:03:57 |
| 8 | question if to do so would not violate that | 11:04:00 |
| 9 | privilege. | 11:04:08 |
| 10 | THE WITNESS:  Well, I have heard that I | 11:04:26 |
| 11 | was so listed. | 11:04:27 |
| 12 | BY MR. SYRETT: | 11:04:32 |
| 13 | Q    And do you understand that you are | 11:04:32 |
| 14 | appearing here today in response to the order in | 11:04:33 |
| 15 | Exhibit 1? | 11:04:37 |
| 16 | A    Yes.  That is right. | 11:04:52 |
| 17 | Q    Can you turn to page 5 of Exhibit 1, | 11:05:21 |
| 18 | please. | 11:05:23 |
| 19 | And do you see at line 12 it says by that | 11:05:35 |
| 20 | same date Samsung shall -- also shall make available | 11:05:37 |
| 21 | for deposition, and then it lists three categories. | 11:05:40 |
| 22 | A    Yes.  I see that. | 11:05:58 |
| 23 | Q    And let me direct you to subparagraph 3. | 11:05:59 |
| 24 | And do you see that it says up to five | 11:06:05 |
| 25 | additional Samsung employees who were identified by | 11:06:09 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

46

| | | |
|---|---|---|
| 1 | Apple from Mr. Becher's August 1st letter to address | 11:06:12 |
| 2 | any and all communications they have had since | 11:06:14 |
| 3 | March 24, 2012 regarding Apple's licenses with | 11:06:16 |
| 4 | Nokia, Ericsson, Sharp, and Philips, including the | 11:06:21 |
| 5 | dates of such discussion and the names of all | 11:06:25 |
| 6 | participants in such discussions? | 11:06:27 |
| 7 | A    Yes. | 11:06:54 |
| 8 | Q    And since March 24th, 2012, have you had | 11:07:09 |
| 9 | any communications relating to Apple's license with | 11:07:12 |
| 10 | Nokia? | 11:07:14 |
| 11 | THE INTERPRETER:  Clarification by the | 11:07:18 |
| 12 | interpreter.  "You" as in this witness singular | 11:07:19 |
| 13 | or -- | 11:07:24 |
| 14 | MR. SYRETT:  Yes. | 11:07:26 |
| 15 | THE WITNESS:  No. | 11:07:35 |
| 16 | BY MR. SYRETT: | 11:07:36 |
| 17 | Q    Since March 24th, 2012, have you had any | 11:07:37 |
| 18 | communications relating to Apple's license with | 11:07:41 |
| 19 | Ericsson? | 11:07:42 |
| 20 | A    No. | 11:08:01 |
| 21 | Q    Since March 24th, 2012, have you had any | 11:08:02 |
| 22 | communications relating to Apple's license with | 11:08:06 |
| 23 | Philips? | 11:08:08 |
| 24 | A    No. | 11:08:22 |
| 25 | Q    Since March 24th, 2012, have you had any | 11:08:22 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

47

| | | |
|---|---|---|
| 1 | communications relating to Apple's license with | 11:08:24 |
| 2 | Sharp? | 11:08:26 |
| 3 | A    No. | 11:08:38 |
| 4 | Q    What did you do to prepare for today's | 11:08:39 |
| 5 | deposition, if anything? | 11:08:39 |
| 6 | A    There is no privilege in that I did in | 11:08:53 |
| 7 | particular. | 11:08:58 |
| 8 | Q    Did you meet with anyone to discuss the | 11:08:58 |
| 9 | deposition?  And I'm not asking specifically what | 11:09:00 |
| 10 | was discussed. | 11:09:02 |
| 11 | A    I did have a brief conversation with our | 11:09:25 |
| 12 | internal counsel.  But other than that, nothing. | 11:09:28 |
| 13 | Q    Who was that discussion with? | 11:09:32 |
| 14 | A    I got some advice from Brian Kim seated | 11:09:40 |
| 15 | over here next to me. | 11:09:43 |
| 16 | Q    And when was that? | 11:09:45 |
| 17 | A    Yesterday. | 11:09:46 |
| 18 | Q    And for how long did you and Mr. Kim have | 11:09:47 |
| 19 | a conversation? | 11:09:49 |
| 20 | A    Between 30 minutes to an hour. | 11:09:59 |
| 21 | Q    And was there anyone else present or who | 11:10:01 |
| 22 | participated? | 11:10:03 |
| 23 | A    Counsel seated right next to me was also | 11:10:24 |
| 24 | there.  Not that I sought any advice directly from | 11:10:26 |
| 25 | said gentleman. | 11:10:30 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

48

| | |
|---|---|
| 1    Q    And was there anyone else? | 11:10:31 |
| 2    A    Our Madam Interpreter. | 11:10:39 |
| 3    Q    And when you say "counsel seated next to | 11:10:42 |
| 4   me," you're referring to Mr. -- is it -- | 11:10:44 |
| 5        MR. CHIATE:  Chiate. | 11:10:47 |
| 6        MR. SYRETT:  Chiate. | 11:10:49 |
| 7        THE WITNESS:  Yes. | 11:10:53 |
| 8   BY MR. SYRETT: | 11:10:53 |
| 9    Q    Did you review any documents? | 11:10:54 |
| 10    A    No. | 11:11:04 |
| 11    Q    Have any documents been collected from | 11:11:11 |
| 12   your files in connection with the order in | 11:11:14 |
| 13   Exhibit 1? | 11:11:18 |
| 14    A    No. | 11:11:18 |
| 15        MR. CHIATE:  Objection.  Calls -- I was | 11:11:32 |
| 16   going to say lacks foundation, but -- | 11:11:33 |
| 17        THE REPORTER:  Was there an answer? | 11:11:42 |
| 18        THE INTERPRETER:  The answer preceded the | 11:11:43 |
| 19   objection.  The answer was "no" by the witness. | 11:11:45 |
| 20   BY MR. SYRETT: | 11:11:49 |
| 21    Q    Since July 1st, 2013, have any documents | 11:11:50 |
| 22   been collected from you relating to -- strike that. | 11:11:51 |
| 23        Since July 1st, 2013, have any documents | 11:11:56 |
| 24   been collected from you by Samsung, in-house | 11:11:59 |
| 25   counsel, or outside counsel? | 11:12:02 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

49

| | | |
|---|---|---|
| 1 | MR. CHIATE:  Objection.  No foundation. | 11:12:22 |
| 2 | THE WITNESS:  No. | 11:12:26 |
| 3 | BY MR. SYRETT: | 11:12:27 |
| 4 | Q    And when I refer to documents, I mean | 11:12:28 |
| 5 | paper documents as well as electronic documents, | 11:12:31 |
| 6 | such as e-mail. | 11:12:33 |
| 7 | Would that change your answer? | 11:12:34 |
| 8 | A    No. | 11:12:49 |
| 9 | Q    Did you receive any notice to preserve | 11:12:52 |
| 10 | documents that might be relevant to the issues | 11:12:54 |
| 11 | addressed in Exhibit 1? | 11:12:57 |
| 12 | A    Yes, I did. | 11:13:18 |
| 13 | Q    When did you receive that notice? | 11:13:19 |
| 14 | A    I don't quite recall whether that was in | 11:13:24 |
| 15 | July or August, but -- | 11:13:26 |
| 16 | Q    Are you fairly certain it was in one of -- | 11:13:31 |
| 17 | July or August? | 11:13:34 |
| 18 | A    I'm sort of thinking it may have been in | 11:13:46 |
| 19 | August, but, yeah, I did receive it nonetheless. | 11:13:49 |
| 20 | Q    And if it wasn't in August, you think it | 11:13:52 |
| 21 | would have been in July? | 11:13:55 |
| 22 | A    Yes.  But, you know, we don't typically | 11:14:12 |
| 23 | always memorize these dates.  So I don't know that I | 11:14:14 |
| 24 | could speak with certainty as to the particular | 11:14:19 |
| 25 | date. | 11:14:22 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

50

| | | |
|---|---|---|
| 1 | Q    And have you taken any steps to preserve | 11:14:28 |
| 2 | any e-mails or documents that you have that | 11:14:29 |
| 3 | relate -- that may relate to the disclosure of | 11:14:32 |
| 4 | Apple's confidential information? | 11:14:34 |
| 5 | A    I would not say that I've personally | 11:15:06 |
| 6 | expended any efforts in that regard.  But the fact | 11:15:08 |
| 7 | is our system at the company is such that things | 11:15:13 |
| 8 | automatically get saved. | 11:15:16 |
| 9 | Q    Is it your understanding that your | 11:15:21 |
| 10 | documents have been saved from about the time when | 11:15:24 |
| 11 | you received the notice in July or in August? | 11:15:30 |
| 12 | A    Yes.  That is my understanding. | 11:15:43 |
| 13 | Q    And prior to receiving the notice in July | 11:15:46 |
| 14 | or August, had you deleted any documents that may | 11:15:48 |
| 15 | relate to the disclosure of Apple confidential | 11:15:51 |
| 16 | information? | 11:15:52 |
| 17 | A    Negative. | 11:16:14 |
| 18 | Q    And since receiving the notice in August | 11:16:15 |
| 19 | or July, have you deleted any documents that may be | 11:16:18 |
| 20 | relevant to the disclosure of Apple confidential | 11:16:22 |
| 21 | information? | 11:16:23 |
| 22 | A    No. | 11:16:38 |
| 23 | Q    And earlier you testified that you're a | 11:16:39 |
| 24 | lawyer; is that correct? | 11:16:42 |
| 25 | A    Yes.  That is correct. | 11:16:51 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

51

| | | |
|---|---|---|
| 1 | Q    Where did you go to law school? | 11:16:52 |
| 2 | A    The University of Illinois. | 11:16:56 |
| 3 | Q    And what type of degree did you receive? | 11:16:59 |
| 4 | A    A JD. | 11:17:04 |
| 5 | Q    And did you ever practice law in the | 11:17:06 |
| 6 | United States? | 11:17:07 |
| 7 | A    No. | 11:17:11 |
| 8 | Q    Have you had any involvement in Samsung | 11:17:27 |
| 9 | and Apple's litigation? | 11:17:28 |
| 10 | A    I get to hear about that by way of | 11:18:00 |
| 11 | internal meetings and what have you.  Sometimes I | 11:18:01 |
| 12 | would proffer my opinions. | 11:18:04 |
| 13 | Q    In what circumstances would you offer your | 11:18:12 |
| 14 | opinions? | 11:18:13 |
| 15 | MR. CHIATE:  I would object and instruct | 11:18:22 |
| 16 | the witness not to answer if to disclose the answer | 11:18:22 |
| 17 | would involve the disclosure of an attorney-client | 11:18:30 |
| 18 | or work product privilege. | 11:18:32 |
| 19 | If he may answer it without disclosing | 11:18:34 |
| 20 | attorney-client or work product privilege, he may do | 11:18:37 |
| 21 | so. | 11:18:38 |
| 22 | THE WITNESS:  If and when some sort of an | 11:19:15 |
| 23 | important, high level type of strategic decision | 11:19:17 |
| 24 | must be made, then I, by way of such meetings, | 11:19:21 |
| 25 | sometimes offer my opinions. | 11:19:25 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

52

| | | |
|---|---|---|
| 1 | BY MR. SYRETT: | 11:19:26 |
| 2 | Q    And going back to your training as a | 11:19:27 |
| 3 | lawyer. | 11:19:31 |
| 4 | Currently, do you have any legal | 11:19:32 |
| 5 | responsibilities at Samsung? | 11:19:33 |
| 6 | A    Yes.  That's right. | 11:19:52 |
| 7 | Q    And what sorts of responsibilities? | 11:19:55 |
| 8 | A    After all, when it comes to any IP-related | 11:20:35 |
| 9 | matters, the ultimate decision-making authority | 11:20:38 |
| 10 | happens to be the business division because they are | 11:20:40 |
| 11 | the ones who spend the monies.  And so ultimately | 11:20:42 |
| 12 | what we at the IP center do is to provide advice | 11:20:48 |
| 13 | vis-à-vis said business division -- legal advice is | 11:20:51 |
| 14 | what I'm talking about. | 11:20:56 |
| 15 | Q    And is it a requirement of your job | 11:21:00 |
| 16 | position that you have legal training? | 11:21:02 |
| 17 | A    I wouldn't say it's a prerequisite for | 11:21:37 |
| 18 | anything, but the company does have a strong | 11:21:38 |
| 19 | preference for that, I would say. | 11:21:40 |
| 20 | Q    Have you kept up to date on Apple and | 11:21:47 |
| 21 | Samsung's litigation with each other? | 11:21:49 |
| 22 | A    Well, the thing is I am not really privy | 11:22:06 |
| 23 | to any detailed aspects. | 11:22:09 |
| 24 | Q    What sorts of aspects are you privy to? | 11:22:12 |
| 25 | A    I'd say just such things in terms of at | 11:22:35 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

53

| | | |
|---|---|---|
| 1 | what stage the litigation happens to be at this | 11:22:38 |
| 2 | present moment, what happened to be the major issues | 11:22:45 |
| 3 | at any point in time. | 11:22:48 |
| 4 | Q    Is the status of Apple and Samsung's | 11:22:53 |
| 5 | litigation relevant to your licensing negotiations | 11:22:55 |
| 6 | with Apple? | 11:22:57 |
| 7 | MR. CHIATE:  I'm going to instruct the | 11:23:13 |
| 8 | witness not to answer if to do so would require | 11:23:13 |
| 9 | disclosure of either attorney-client privilege or | 11:23:17 |
| 10 | work product privilege.  If it wouldn't violate | 11:23:18 |
| 11 | those, he may otherwise answer. | 11:23:21 |
| 12 | THE WITNESS:  Without limiting this answer | 11:23:56 |
| 13 | to Apple only, speaking generally, any and all | 11:23:57 |
| 14 | negotiations, if there happens to be litigation that | 11:24:03 |
| 15 | is ongoing that happens to be going well for you, | 11:24:06 |
| 16 | then you gain leverage.  Thereby -- that's also the | 11:24:09 |
| 17 | case for the other party, one would say.  This is | 11:24:12 |
| 18 | all just general stuff. | 11:24:15 |
| 19 | BY MR. SYRETT: | 11:24:20 |
| 20 | Q    And that general -- those general | 11:24:20 |
| 21 | principles would apply to the Apple negotiations as | 11:24:22 |
| 22 | well; is that right? | 11:24:24 |
| 23 | A    That's what we used to think.  But in | 11:24:59 |
| 24 | terms of the respective perceptions on the part of | 11:25:01 |
| 25 | Apple, as well as on our part in terms of the | 11:25:05 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

54

| | | |
|---|---|---|
| 1 | present status of the litigation, there seems to be | 11:25:08 |
| 2 | quite a departure between the two parties such that, | 11:25:12 |
| 3 | as I gather the case to be, there have been some | 11:25:17 |
| 4 | difficulties in negotiating with each other. | 11:25:21 |
| 5 | THE INTERPRETER:  Strike the last part. | 11:25:30 |
| 6 | THE WITNESS:  It has not proven helpful at | 11:25:32 |
| 7 | all in negotiating with each other. | 11:25:34 |
| 8 | BY MR. SYRETT: | 11:25:38 |
| 9 | Q    And when you say that there are different | 11:25:39 |
| 10 | perceptions between Apple and Samsung, what do you | 11:25:41 |
| 11 | mean? | 11:25:42 |
| 12 | MR. CHIATE:  I'm going to instruct the | 11:26:28 |
| 13 | witness not to answer anything that would disclose | 11:26:28 |
| 14 | either mediation privilege or a -- otherwise | 11:26:31 |
| 15 | attorney-client privileged.  If it doesn't, then you | 11:26:37 |
| 16 | may otherwise answer. | 11:26:39 |
| 17 | THE INTERPRETER:  Objection -- with that | 11:26:41 |
| 18 | in mind and since the answer came before that, this | 11:26:41 |
| 19 | is by the witness: | 11:26:44 |
| 20 | THE WITNESS:  In terms of the present | 11:26:46 |
| 21 | litigation, Samsung believes it to be having the | 11:26:50 |
| 22 | advantage, whereas Apple appears to believe that it | 11:26:56 |
| 23 | has the advantage.  And that is what I mean by that. | 11:26:59 |
| 24 | And I'm not talking about just the district court, | 11:27:07 |
| 25 | at the district court level, but everything, | 11:27:10 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

55

| | | |
|---|---|---|
| 1 | including the appellate level, all those | 11:27:13 |
| 2 | possibilities taken into consideration. | 11:27:17 |
| 3 | And, as such, each company believes that | 11:27:20 |
| 4 | its own case -- it has its own respective take on | 11:27:24 |
| 5 | the likelihood of whether it's going to prevail or | 11:27:30 |
| 6 | not prevail in terms of its own case. | 11:27:33 |
| 7 | THE INTERPRETER:  And the objection. | 11:27:42 |
| 8 | BY MR. SYRETT: | 11:27:51 |
| 9 | Q    And to the extent that you stay informed | 11:27:52 |
| 10 | about the developments in the Apple litigation, how | 11:27:54 |
| 11 | do you do so? | 11:27:56 |
| 12 | MR. CHIATE:  Counsel, could we take a | 11:27:58 |
| 13 | break before?  I just need to talk to counsel. | 11:27:59 |
| 14 | MR. KIM:  It won't take long. | 11:28:03 |
| 15 | THE VIDEOGRAPHER:  We're going off the | 11:28:05 |
| 16 | record at 11:28 a.m. | 11:28:05 |
| 17 | (Recess.) | 11:39:25 |
| 18 | THE VIDEOGRAPHER:  We're back on the | 11:39:42 |
| 19 | record at 11:39 a.m. | 11:39:42 |
| 20 | MR. CHIATE:  Because questions have now | 11:39:45 |
| 21 | been asked and the witness has provided answers in | 11:39:47 |
| 22 | connection with, quote, negotiations between Samsung | 11:39:53 |
| 23 | and Apple in a very general sense, I would invite a | 11:39:55 |
| 24 | stipulation that until we determine, after review of | 11:40:00 |
| 25 | the record, what information is provided here is or | 11:40:03 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

56

| | | |
|---|---|---|
| 1 | is not potentially violative of some attorneys' eyes | 11:40:09 |
| 2 | only or mediation privilege or any other protected | 11:40:15 |
| 3 | umbrella, we stipulate that the deposition of this | 11:40:23 |
| 4 | witness will be deemed for attorneys' eyes only | 11:40:27 |
| 5 | until we sort through and come to an agreement as to | 11:40:29 |
| 6 | what can and cannot be disclosed to Nokia. | 11:40:32 |
| 7 | Do you have any problem with that? | 11:40:36 |
| 8 | MR. KOPPELMAN:  I do not object to this | 11:40:41 |
| 9 | being designated as attorneys' eyes only under the | 11:40:46 |
| 10 | protective order.  I don't know if I can comment | 11:40:51 |
| 11 | further on what you were proposing we stipulate to. | 11:40:54 |
| 12 | MR. CHIATE:  Just simply that the entire | 11:40:58 |
| 13 | transcript until we otherwise agree would be limited | 11:41:01 |
| 14 | to attorneys' eyes only. | 11:41:04 |
| 15 | MR. KOPPELMAN:  I can agree to that. | 11:41:06 |
| 16 | MR. CHIATE:  Is that agreeable to Apple? | 11:41:10 |
| 17 | MR. SYRETT:  Yes.  I agree with that. | 11:41:12 |
| 18 | As with Nokia, I'm not sure I agree | 11:41:13 |
| 19 | entirely with the rationale -- or to the extent that | 11:41:15 |
| 20 | you suggested that there may have been information | 11:41:18 |
| 21 | that's disclosed that violates some order, I'm not | 11:41:20 |
| 22 | in agreement.  But I'm certainly in agreement with | 11:41:22 |
| 23 | designating it attorneys' eyes only, and we can sort | 11:41:25 |
| 24 | out who has appropriate access after the fact. | 11:41:28 |
| 25 | MR. CHIATE:  Okay.  So stipulated on | 11:41:31 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

57

| | | |
|---|---|---|
| 1 | behalf of Samsung. | 11:41:32 |
| 2 | BY MR. SYRETT: | 11:41:49 |
| 3 | Q    I believe the question before we broke was | 11:41:49 |
| 4 | to the extent that you do remain -- | 11:41:51 |
| 5 | MR. CHIATE:  Can I just ask -- are you | 11:41:53 |
| 6 | going to fix this LiveNote so that we'll be able to | 11:41:55 |
| 7 | see the question as will the interpreter? | 11:41:57 |
| 8 | THE VIDEOGRAPHER:  I believe that -- | 11:41:59 |
| 9 | THE REPORTER:  We can take a break and do | 11:41:59 |
| 10 | that if you would like. | 11:41:59 |
| 11 | MR. CHIATE:  Well, I would like to do it | 11:41:59 |
| 12 | at some point. | 11:41:59 |
| 13 | THE REPORTER:  Lunch. | 11:42:07 |
| 14 | MR. CHIATE:  It doesn't have to be now. | 11:42:07 |
| 15 | We can do it at lunch because I think it's helpful | 11:42:07 |
| 16 | for the interpreters as well as the witness to see | 11:42:08 |
| 17 | the question. | 11:42:11 |
| 18 | BY MR. SYRETT: | 11:42:17 |
| 19 | Q    Okay.  So the question, sir, is:  To the | 11:42:17 |
| 20 | extent that you do remain updated or informed about | 11:42:18 |
| 21 | the Apple-Samsung litigation, how do you do so? | 11:42:22 |
| 22 | A    I would say that -- for the most part, | 11:43:05 |
| 23 | that would be by way of that which has been compiled | 11:43:06 |
| 24 | as to the goings on by the IP legal team members. | 11:43:11 |
| 25 | Q    And when you say "compiled," are you | 11:43:18 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

58

| | | |
|---|---|---|
| 1 | referring to a written summary or a collection of | 11:43:21 |
| 2 | documents? | 11:43:27 |
| 3 | A    I'm talking about a summary. | 11:43:43 |
| 4 | Q    And is the IP legal team within the IP | 11:43:45 |
| 5 | center? | 11:43:48 |
| 6 | A    Yes. | 11:43:56 |
| 7 | Q    And who is it that heads the IP legal | 11:43:57 |
| 8 | team? | 11:44:00 |
| 9 | A    KJ Kang. | 11:44:06 |
| 10 | Q    Could you spell that for the record. | 11:44:09 |
| 11 | A    KJ, last name K-a-n-g. | 11:44:15 |
| 12 | Q    Do you also receive pleadings or filings | 11:44:22 |
| 13 | that have been submitted in the Apple litigation? | 11:44:25 |
| 14 | A    I understand that those come in in the | 11:44:48 |
| 15 | form of attachments. | 11:44:50 |
| 16 | Q    Coming in to you, to your mailbox? | 11:44:55 |
| 17 | A    Yes. | 11:44:58 |
| 18 | Q    And what is your understanding based on? | 11:45:04 |
| 19 | A    Well, mind you since I don't actually | 11:45:23 |
| 20 | bother opening up these one by one, I only look at | 11:45:25 |
| 21 | the foregoing title, but I don't open these | 11:45:30 |
| 22 | attachments.  So -- | 11:45:34 |
| 23 | Q    When you refer to the title, you mean the | 11:45:36 |
| 24 | title of the attachment? | 11:45:37 |
| 25 | A    Yes.  Of the attachment and, say, the | 11:45:54 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

59

| | | |
|---|---|---|
| 1 | preceding little description of one to two lines as | 11:45:56 |
| 2 | to what it entails. | 11:46:01 |
| 3 | Q    And have you received drafts of pleadings | 11:46:03 |
| 4 | or submissions in the Apple litigation? | 11:46:06 |
| 5 | A    Not that I exactly recall that, have any | 11:46:34 |
| 6 | recollection to that effect.  But in terms of the | 11:46:36 |
| 7 | ongoing process, I would surmise that to be the case | 11:46:37 |
| 8 | perhaps. | 11:46:42 |
| 9 | Q    Is part of your job to help Samsung | 11:46:43 |
| 10 | formulate strategy in its litigation with Apple? | 11:46:45 |
| 11 | A    The first-line responsibility in terms of | 11:47:40 |
| 12 | the litigation rests with the IP legal team. | 11:47:42 |
| 13 | But when you speak in terms of strategy, | 11:47:45 |
| 14 | that is something that takes place at a very high | 11:47:48 |
| 15 | level, and, as such, nothing too detailed is | 11:47:50 |
| 16 | actually necessary because most of the salient | 11:47:54 |
| 17 | issues will have all been filtered out or filtered | 11:47:57 |
| 18 | in terms of being sent up as an issue. | 11:48:01 |
| 19 | Q    But you do play some role in the | 11:48:07 |
| 20 | high-level strategy relating to the Apple | 11:48:10 |
| 21 | litigation? | 11:48:12 |
| 22 | A    Yes.  That's right. | 11:48:28 |
| 23 | Q    And you also have some responsibility for | 11:48:28 |
| 24 | the strategy relating to the Apple patent | 11:48:30 |
| 25 | negotiations? | 11:48:33 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

60

| | | |
|---|---|---|
| 1 | A     Yes. | 11:48:46 |
| 2 | Q     Are there -- well, you understand that | 11:48:49 |
| 3 | Apple and Samsung have litigated in a variety of | 11:48:51 |
| 4 | countries and a variety of -- before a variety of | 11:48:54 |
| 5 | panels; correct? | 11:48:58 |
| 6 | A     Yes. | 11:49:20 |
| 7 | Q     And is there one country or panel or | 11:49:20 |
| 8 | tribunal with which you've had more involvement than | 11:49:26 |
| 9 | the others? | 11:49:29 |
| 10 | A     Nothing in particular. | 11:49:50 |
| 11 | Q     Have you been involved in Samsung's | 11:49:51 |
| 12 | litigation strategy for litigation before the | 11:49:53 |
| 13 | International Trade Commission? | 11:49:55 |
| 14 | A     No, I have not particularly involved | 11:50:12 |
| 15 | myself concerning any issue. | 11:50:14 |
| 16 | Q     Well, have you had any involvement | 11:50:18 |
| 17 | relating to Samsung's litigation against Apple | 11:50:20 |
| 18 | before the International Trade Commission? | 11:50:23 |
| 19 | A     It seems to me that my involvement with | 11:51:01 |
| 20 | the ITC matters was not necessarily bigger than that | 11:51:06 |
| 21 | which I have had in terms of the California matters. | 11:51:14 |
| 22 | Q     And how would you describe the extent of | 11:51:19 |
| 23 | your involvement with both the ITC matters and the | 11:51:26 |
| 24 | California matters? | 11:51:28 |
| 25 | A     Comparing the ITC matters against the | 11:52:41 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

61

| | |
|---|---|
| 1    California matters with the former -- although I did | 11:52:44 |
| 2    involve myself in some strategy types of things, | 11:52:48 |
| 3    really I don't think there was a whole lot of that | 11:52:51 |
| 4    compared to the California matters. | 11:52:58 |
| 5              In fact, it was more after the said | 11:53:00 |
| 6    litigation was conducted in terms of the issue | 11:53:03 |
| 7    concerning the presidential veto that we had more | 11:53:08 |
| 8    conversations, I would believe.  And as such, prior | 11:53:14 |
| 9    to that there really was not a whole lot of | 11:53:18 |
| 10   strategy-related involvement on my part before the | 11:53:23 |
| 11   actual results of the hearings that were handed | 11:53:29 |
| 12   down. | 11:53:33 |
| 13       Q    And when you refer to the presidential | 11:53:33 |
| 14   veto, are you referring to the veto of the exclusion | 11:53:35 |
| 15   order that was issued by the ITC against Apple? | 11:53:39 |
| 16       A    Yes. | 11:53:58 |
| 17       Q    Would you draw a distinction between the | 11:53:59 |
| 18   extent of your involvement in the litigation based | 11:54:00 |
| 19   in the United States as opposed to your involvement | 11:54:02 |
| 20   in litigation in other countries? | 11:54:05 |
| 21       A    I would say that I have had some | 11:54:34 |
| 22   involvement in terms of the Japan litigation.  But | 11:54:36 |
| 23   for the rest of it, no.  Not a whole lot really. | 11:54:39 |
| 24       Q    Are there any other countries where you've | 11:54:43 |
| 25   had -- you can recall specific involvement? | 11:54:45 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

62

| | | |
|---|---|---|
| 1 | A    No. | 11:54:59 |
| 2 | Q    Is your involvement with the Apple | 11:55:08 |
| 3 | litigation different in any way than your | 11:55:09 |
| 4 | involvement has been with past patent litigation in | 11:55:11 |
| 5 | which Samsung has been involved? | 11:55:14 |
| 6 | A    Well, mind you this case against Apple | 11:55:46 |
| 7 | happens to be the very first case that I've been | 11:55:49 |
| 8 | involved in ever since I have come over to | 11:55:53 |
| 9 | Samsung Electronics Company.  And so it's hard for | 11:55:55 |
| 10 | me to compare it to any other prior litigation. | 11:55:58 |
| 11 | Q    Samsung and Ericsson are currently | 11:56:06 |
| 12 | involved in litigation; correct? | 11:56:07 |
| 13 | A    Yes. | 11:56:16 |
| 14 | Q    And Samsung and InterDigital are currently | 11:56:16 |
| 15 | involved in patent litigation; correct? | 11:56:18 |
| 16 | A    Yes. | 11:56:23 |
| 17 | Q    Have you had any involvement with the | 11:56:25 |
| 18 | Ericsson or InterDigital litigations? | 11:56:26 |
| 19 | A    No. | 11:56:38 |
| 20 | Q    Is there any reason that you haven't been | 11:56:40 |
| 21 | involved with those? | 11:56:41 |
| 22 | A    The reason for that is because litigation | 11:57:24 |
| 23 | as I say is not really a part of my purview, and so | 11:57:27 |
| 24 | it's not necessary that I involve myself in | 11:57:31 |
| 25 | litigation. | 11:57:33 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

63

| | | |
|---|---|---|
| 1 | And in those pending cases that I do get | 11:57:35 |
| 2 | involved, that is either because the party that | 11:57:38 |
| 3 | brought suit has made a request to such effect | 11:57:43 |
| 4 | and/or when the head of the center, for reasons of | 11:57:48 |
| 5 | his being able to make a -- make certain decisions | 11:57:53 |
| 6 | deem it important enough to summon the team leaders. | 11:57:56 |
| 7 | And so for those reasons, I do get involved in | 11:58:01 |
| 8 | those. | 11:58:04 |
| 9 | Q    And when you say the party that brought | 11:58:09 |
| 10 | suit has made a request, are you referring to a | 11:58:10 |
| 11 | request that you be involved? | 11:58:13 |
| 12 | THE INTERPRETER:  Can I have the question | 11:58:54 |
| 13 | read? | 11:58:55 |
| 14 | (Record read by reporter as follows: | 11:58:58 |
| 15 | "Q   And when you say the party that | 11:58:57 |
| 16 | brought suit has made a request, are | 11:58:57 |
| 17 | you referring to a request that you be | 11:58:57 |
| 18 | involved?") | 11:58:57 |
| 19 | THE WITNESS:  Perhaps there was a | 11:59:23 |
| 20 | miscommunication here. | 11:59:24 |
| 21 | What I said was that if and when there is | 11:59:25 |
| 22 | a request internally within Samsung's IP team that I | 11:59:29 |
| 23 | get involved in, that's when I get involved.  I | 11:59:32 |
| 24 | didn't mean to say that if and when there is a | 11:59:36 |
| 25 | request by the other party that brought suit, that I | 11:59:38 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

64

| | | |
|---|---|---|
| 1 | get involved. | 11:59:42 |
| 2 | BY MR. SYRETT: | 11:59:43 |
| 3 | Q    And in the case of the Apple litigation, | 11:59:43 |
| 4 | what prompted your involvement? | 11:59:45 |
| 5 | A    Also in terms of the Apple litigation, | 12:00:07 |
| 6 | it's actually both instances. | 12:00:08 |
| 7 | Q    That there was a request from the IP | 12:00:11 |
| 8 | licensing -- or the IP litigation team, as well as | 12:00:13 |
| 9 | Dr. Ahn? | 12:00:15 |
| 10 | A    Yes. | 12:00:22 |
| 11 | Q    Is there any other ongoing litigation with | 12:00:27 |
| 12 | which you're involved in the same capacity as you | 12:00:28 |
| 13 | are in the Apple litigation? | 12:00:30 |
| 14 | MR. CHIATE:  Yes.  Counsel, I'm going to | 12:00:43 |
| 15 | object for the record. | 12:00:44 |
| 16 | Your questioning for the last, I don't | 12:00:47 |
| 17 | know, 15 or 20 minutes all has to do with this | 12:00:49 |
| 18 | witness' involvement in various negotiations.  And | 12:00:52 |
| 19 | the Court's order allows, as you point out in number | 12:00:55 |
| 20 | 3, Samsung employees who are identified to, quote, | 12:01:00 |
| 21 | address any and all communications they have had | 12:01:04 |
| 22 | since March 24, 2012 regarding Apple's licenses with | 12:01:08 |
| 23 | Nokia, Ericsson, Sharp, and Philips. | 12:01:12 |
| 24 | And so this deposition should be limited | 12:01:17 |
| 25 | to that subject:  Communications that Samsung has | 12:01:20 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

65

| | | |
|---|---|---|
| 1 | had regarding Apple's licenses with Nokia, Ericsson, | 12:01:25 |
| 2 | Sharp, and Philips.  And none of the questions that | 12:01:28 |
| 3 | you've been asking really go to that. | 12:01:30 |
| 4 | So you indicated you may not complete | 12:01:33 |
| 5 | today because of some other documents.  I'd hate to | 12:01:35 |
| 6 | think -- and I'm not suggesting that you're buying | 12:01:38 |
| 7 | time, but the questions really should address what | 12:01:40 |
| 8 | the Court's order addresses, which are limited to | 12:01:43 |
| 9 | Apple's licenses with Nokia, Ericsson, Sharp, and | 12:01:45 |
| 10 | Philips and this witness' knowledge of same. | 12:01:48 |
| 11 | MR. SYRETT:  I'm not going to get into an | 12:01:52 |
| 12 | argument with you on the record, but my questions | 12:01:53 |
| 13 | are directed to his involvement in the means and the | 12:01:55 |
| 14 | extent to which he gets such communications.  I'm | 12:01:59 |
| 15 | just trying to establish a baseline of what his | 12:02:02 |
| 16 | involvement is and what it entails. | 12:02:04 |
| 17 | MR. CHIATE:  Okay. | 12:02:05 |
| 18 | THE INTERPRETER:  In the interest of time, | 12:02:08 |
| 19 | may we skip? | 12:02:09 |
| 20 | MR. CHIATE:  It doesn't need to be | 12:02:13 |
| 21 | interpreted. | 12:02:14 |
| 22 | MR. SYRETT:  And actually, as we had | 12:02:18 |
| 23 | discussed -- 12:00.  If we could take a break for | 12:02:19 |
| 24 | lunch. | 12:02:22 |
| 25 | MR. CHIATE:  That's fine.  I thought you | 12:02:23 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

66

| | | |
|---|---|---|
| 1 | said 12:30. | 12:02:23 |
| 2 | MR. SYRETT:  Yeah.  And I think there was | 12:02:25 |
| 3 | a change. | 12:02:25 |
| 4 | MR. KOPPELMAN:  I'm trying to meet with my | 12:02:28 |
| 5 | team, and I think they're breaking other depositions | 12:02:29 |
| 6 | now.  So it would be helpful if we can take a break | 12:02:32 |
| 7 | now. | 12:02:35 |
| 8 | MR. CHIATE:  That's fine. | 12:02:35 |
| 9 | THE VIDEOGRAPHER:  We're ending Tape No. 2 | 12:02:36 |
| 10 | in the deposition of Jaewan Chi and going off the | 12:02:37 |
| 11 | record at 12:02 p.m. | 12:02:39 |
| 12 | (Lunch recess: 12:02 p.m.) | 12:23:04 |
| 13 | LOS ANGELES, CALIFORNIA; TUESDAY, OCTOBER 15, 2013 | 12:23:04 |
| 14 | 1:13 P.M. | 12:23:04 |
| 15 | | 12:23:04 |
| 16 | THE VIDEOGRAPHER:  This is Tape No. 3 in | 13:10:57 |
| 17 | the deposition of Jaewan Chi.  We're back on the | 13:13:19 |
| 18 | record at 1:13 p.m. | 13:13:22 |
| 19 | EXAMINATION (CONTINUED) | 13:13:23 |
| 20 | BY MR. SYRETT: | 13:13:24 |
| 21 | Q    Have you ever seen any of the protective | 13:13:24 |
| 22 | orders entered in the litigation between Apple and | 13:13:25 |
| 23 | Samsung in California? | 13:13:29 |
| 24 | A    No.  Nothing that I've personally seen. | 13:13:43 |
| 25 | Q    Do you have any knowledge of the terms of | 13:13:46 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

67

| | | |
|---|---|---|
| 1 | the protective orders in California? | 13:13:47 |
| 2 | A    I have heard as to the basic, say, terms | 13:14:03 |
| 3 | and conditions.  So that I sort of know about. | 13:14:09 |
| 4 | Q    And what is your understanding of the | 13:14:11 |
| 5 | basic terms and conditions? | 13:14:12 |
| 6 | MR. CHIATE:  I would instruct the witness | 13:14:21 |
| 7 | not to answer if to do so would require disclosure | 13:14:22 |
| 8 | of any discussions with counsel, correspondence, or | 13:14:26 |
| 9 | work product.  But if he has an understanding apart | 13:14:29 |
| 10 | from what he's learned from lawyers, he may answer. | 13:14:31 |
| 11 | THE WITNESS:  I am not able to answer | 13:14:53 |
| 12 | that. | 13:14:54 |
| 13 | BY MR. SYRETT: | 13:14:54 |
| 14 | Q    Because any knowledge you have was | 13:14:55 |
| 15 | received from lawyers? | 13:14:56 |
| 16 | A    Right. | 13:15:05 |
| 17 | Q    Have you ever seen the protective order | 13:15:06 |
| 18 | entered in the ITC litigation that Samsung brought | 13:15:07 |
| 19 | against Apple? | 13:15:12 |
| 20 | A    I haven't seen that either. | 13:15:22 |
| 21 | Q    And apart from anything that you've | 13:15:26 |
| 22 | learned from counsel, do you have any understanding | 13:15:28 |
| 23 | of the terms or requirements of the ITC protective | 13:15:29 |
| 24 | order? | 13:15:32 |
| 25 | A    No. | 13:15:45 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

68

| | | |
|---|---|---|
| 1 | Q    Now, in your experience, Samsung tries to | 13:15:47 |
| 2 | keep confidential the terms of its licenses for | 13:15:49 |
| 3 | cellular patents; is that right? | 13:15:52 |
| 4 | A    Yes.  That is correct. | 13:16:12 |
| 5 | Q    For what reasons? | 13:16:14 |
| 6 | A    Because others need not know about that; | 13:16:21 |
| 7 | right? | 13:16:26 |
| 8 | Q    Would you agree it could put Samsung at a | 13:16:26 |
| 9 | competitive disadvantage if others knew the terms of | 13:16:29 |
| 10 | its licenses? | 13:16:34 |
| 11 | MR. CHIATE:  Objection.  Calls for | 13:16:35 |
| 12 | conclusion and speculation on the part of the | 13:16:35 |
| 13 | witness. | 13:16:38 |
| 14 | THE WITNESS:  Well, as far as that's | 13:16:58 |
| 15 | concerned, maybe yes, maybe no. | 13:16:59 |
| 16 | BY MR. SYRETT: | 13:17:02 |
| 17 | Q    Well, do you have any concern that if | 13:17:03 |
| 18 | Samsung -- if the terms of Samsung's licenses were | 13:17:05 |
| 19 | provided to others, it would put Samsung at a | 13:17:07 |
| 20 | competitive disadvantage? | 13:17:09 |
| 21 | MR. CHIATE:  Same objection. | 13:17:12 |
| 22 | THE WITNESS:  Even then, I think it would | 13:17:28 |
| 23 | all depend on the circumstances. | 13:17:30 |
| 24 | BY MR. SYRETT: | 13:17:34 |
| 25 | Q    Has Samsung publicly disclosed the terms | 13:17:34 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

69

| | | |
|---|---|---|
| 1 | of any of its patent licenses? | 13:17:38 |
| 2 | A    As far as that is concerned, pursuant to | 13:18:07 |
| 3 | Korean security laws -- rather, securities laws, if | 13:18:11 |
| 4 | the law also requires the company to disclose | 13:18:16 |
| 5 | certain matters or aspects in that regard, then the | 13:18:19 |
| 6 | company needs to do that. | 13:18:22 |
| 7 | Q    Can you think or can you identify any | 13:18:24 |
| 8 | Samsung cellular patent license where Samsung has | 13:18:27 |
| 9 | disclosed the amount of money it has paid or | 13:18:32 |
| 10 | received under the license? | 13:18:35 |
| 11 | A    Personally, I have no recollection | 13:19:25 |
| 12 | whatsoever as to anything that may or may not have | 13:19:27 |
| 13 | been disclosed.  The only thing that I am aware of | 13:19:28 |
| 14 | would be those things that I myself have come across | 13:19:32 |
| 15 | by way of newspaper articles and whatnot in terms of | 13:19:35 |
| 16 | such terms. | 13:19:38 |
| 17 | MR. SYRETT:  Mark as Exhibit 2 a May 13th, | 13:19:40 |
| 18 | 2011 letter by Kim Seongwoo. | 13:19:51 |
| 19 | (Exhibit 2 was marked for | 13:20:00 |
| 20 | identification by the reporter.) | 13:20:00 |
| 21 | BY MR. SYRETT: | 13:20:01 |
| 22 | Q    Have you seen Exhibit 2 before? | 13:20:01 |
| 23 | A    This one I actually don't have an exact | 13:21:20 |
| 24 | recollection of. | 13:21:23 |
| 25 | Q    Let me direct you to the second page. | 13:21:23 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

70

| | | |
|---|---|---|
| 1 | Have you had an opportunity to read the | 13:21:26 |
| 2 | final -- the large paragraph on the second page? | 13:21:28 |
| 3 | A    Okay. | 13:22:38 |
| 4 | Q    Do you see where Mr. Kim wrote: | 13:22:39 |
| 5 | "The terms in existence of | 13:22:41 |
| 6 | certain potential Samsung licenses | 13:22:43 |
| 7 | such as those you inquired about are | 13:22:45 |
| 8 | almost certainly governed by | 13:22:47 |
| 9 | confidentiality restrictions that | 13:22:49 |
| 10 | prevent us from disclosing them to | 13:22:50 |
| 11 | in-house Apple personnel, let alone | 13:22:51 |
| 12 | publicly"? | 13:22:54 |
| 13 | A    I see it. | 13:23:56 |
| 14 | Q    Is that a true statement? | 13:23:57 |
| 15 | A    Say in terms of what? | 13:24:09 |
| 16 | Q    Is that a factually accurate statement | 13:24:11 |
| 17 | about Samsung's licenses? | 13:24:14 |
| 18 | MR. CHIATE:  Objection.  It's compound. | 13:24:16 |
| 19 | It's been asked. | 13:24:17 |
| 20 | THE WITNESS:  So by that, do you mean to | 13:24:43 |
| 21 | ask if what has been described here as pertaining to | 13:24:45 |
| 22 | Samsung licenses, that they are almost all | 13:24:51 |
| 23 | confidential in nature, is that a factually correct | 13:24:53 |
| 24 | statement?  Is that what you're asking me? | 13:24:57 |
| 25 | MR. SYRETT:  Yes. | 13:25:00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

71

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yes.  That is correct. | 13:25:00 |
| 2 | BY MR. SYRETT: | 13:25:01 |
| 3 | Q    And would your expectation based on your | 13:25:05 |
| 4 | licensing experience be that the same would be true | 13:25:07 |
| 5 | of Apple's licenses? | 13:25:10 |
| 6 | MR. CHIATE:  Objection.  That calls -- | 13:25:23 |
| 7 | lacks foundation that this witness knows. | 13:25:24 |
| 8 | THE WITNESS:  Were I to venture a guess, | 13:25:43 |
| 9 | just generally I think it would be sort of a similar | 13:25:44 |
| 10 | situation. | 13:25:47 |
| 11 | BY MR. SYRETT: | 13:25:50 |
| 12 | Q    Now -- | 13:25:50 |
| 13 | MR. CHIATE:  Move to strike as calling for | 13:25:51 |
| 14 | speculation on the part of the witness. | 13:25:52 |
| 15 | BY MR. SYRETT: | 13:26:04 |
| 16 | Q    Samsung and Nokia are in negotiations for | 13:26:04 |
| 17 | a new patent license; is that correct? | 13:26:07 |
| 18 | MR. CHIATE:  Objection.  Instruct the | 13:26:19 |
| 19 | witness not to answer unless the answer can be given | 13:26:20 |
| 20 | without waiving any attorney-client or work product | 13:26:23 |
| 21 | privilege. | 13:26:24 |
| 22 | THE WITNESS:  What was the question? | 13:26:43 |
| 23 | BY MR. SYRETT: | 13:26:48 |
| 24 | Q    Whether Samsung and Nokia are in | 13:26:48 |
| 25 | negotiations for a new patent license. | 13:26:51 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

72

1          MR. CHIATE:  I'm going to raise the                  13:27:04

2    objection now.  Earlier there was a comment that the    13:27:04

3    Court's order permits questions to these witnesses,     13:27:07

4    including Mr. Chi, of, quote, all communications        13:27:10

5    they have had since March 24, 2012 regarding Apple's    13:27:13

6    licenses with Nokia, Ericsson, Sharp, and Philips.      13:27:19

7          And the questions before lunch and now            13:27:23

8    again after lunch seem to be anything but what the      13:27:25

9    Court has ordered be addressed in this deposition.      13:27:30

10         So any time spent on things that are              13:27:34

11   unrelated to the communications regarding Apple's       13:27:37

12   licenses with Nokia, Ericsson, Sharp, and Philips is    13:27:40

13   a waste of time of the witness and the parties.  And    13:27:43

14   I would object to further questioning on things         13:27:46

15   other than what the Court has ordered be the subject    13:27:49

16   of this deposition.                                     13:27:51

17         MR. SYRETT:  Well, as you also know, the          13:27:52

18   Court has -- there's been an allegation that Samsung    13:27:54

19   has disclosed the terms of the Apple-Nokia license      13:27:56

20   during license negotiations with Nokia.                 13:28:01

21         So I'm trying to ascertain if Mr. Chi has         13:28:04

22   any knowledge or role or participation in those         13:28:09

23   negotiations to see if I can ask some questions         13:28:10

24   about that.                                             13:28:13

25         I assume you would object on foundation if        13:28:13

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

73

| | | |
|---|---|---|
| 1 | I hadn't, so I'm going to continue. | 13:28:15 |
| 2 | BY MR. SYRETT: | 13:28:18 |
| 3 | Q    So the question is, sir, do you know | 13:28:18 |
| 4 | whether Samsung and Nokia are negotiating a patent | 13:28:20 |
| 5 | license agreement? | 13:28:22 |
| 6 | MR. CHIATE:  My objection remains the | 13:28:25 |
| 7 | same.  If you can disclose -- if you can answer it | 13:28:26 |
| 8 | without disclosing any confidential information you | 13:28:28 |
| 9 | have from attorneys or work product of attorneys, | 13:28:30 |
| 10 | you may answer.  Otherwise, I instruct you not to | 13:28:34 |
| 11 | answer. | 13:28:35 |
| 12 | THE WITNESS:  Currently there is | 13:29:15 |
| 13 | licensing-related negotiations underway. | 13:29:16 |
| 14 | BY MR. SYRETT: | 13:29:21 |
| 15 | Q    Are you aware that Samsung and Nokia had a | 13:29:22 |
| 16 | negotiation meeting on June 4th, 2013? | 13:29:24 |
| 17 | A    I am unable to recall as to any particular | 13:29:38 |
| 18 | date. | 13:29:40 |
| 19 | Q    Are you able to recall as to a meeting | 13:29:42 |
| 20 | sometime around June of 2013? | 13:29:45 |
| 21 | MR. CHIATE:  I'm going to object.  If the | 13:29:57 |
| 22 | answer would require disclosure of information | 13:29:59 |
| 23 | received by the witness in connection with | 13:29:59 |
| 24 | attorney-client or work product privileged | 13:29:59 |
| 25 | communications.  Otherwise, he may answer if he | 13:30:03 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

74

| | | |
|---|---|---|
| 1 | personally knows. | 13:30:04 |
| 2 | THE WITNESS:  And what was the question? | 13:30:24 |
| 3 | BY MR. SYRETT: | 13:30:25 |
| 4 | Q    Are you able to recall whether there was a | 13:30:26 |
| 5 | meeting sometime around June of 2013? | 13:30:28 |
| 6 | MR. CHIATE:  Same objection, same | 13:30:40 |
| 7 | instruction. | 13:30:41 |
| 8 | THE WITNESS:  I am completely unable to | 13:30:51 |
| 9 | recall anything in terms of specific dates.  But I | 13:30:53 |
| 10 | do recall that there has been a negotiation, that | 13:30:56 |
| 11 | there has been one meeting at least. | 13:31:00 |
| 12 | | |
| 13 | BY MR. SYRETT: | 13:31:04 |
| 14 | Q    Are you aware of anything that occurred at | 13:31:08 |
| 15 | that meeting? | 13:31:09 |
| 16 | MR. CHIATE:  I'm going to instruct the | 13:31:18 |
| 17 | witness not to answer if the answer would require | 13:31:18 |
| 18 | the disclosure of information where the sole source | 13:31:20 |
| 19 | of information comes from attorneys as an | 13:31:23 |
| 20 | attorney-client or work product privilege. | 13:31:26 |
| 21 | Otherwise, the witness may answer the | 13:31:27 |
| 22 | question. | 13:31:29 |
| 23 | THE WITNESS:  So I know that there has | 13:32:05 |
| 24 | been a meeting.  But as to what was discussed | 13:32:06 |
| 25 | between the parties, that I do not know about. | 13:32:09 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

75

| | | |
|---|---|---|
| 1 | BY MR. SYRETT: | 13:32:13 |
| 2 |     Q    Do you know who attended on behalf of | 13:32:14 |
| 3 | Samsung? | 13:32:15 |
| 4 |     MR. CHIATE:  Again, I instruct the witness | 13:32:27 |
| 5 | not to answer if the only source of his information | 13:32:27 |
| 6 | is attorney-client privileged or work product | 13:32:29 |
| 7 | privileged information. | 13:32:30 |
| 8 |     Otherwise, he may answer the question. | 13:32:32 |
| 9 |     MR. SYRETT:  And let me just -- sorry. | 13:32:34 |
| 10 |     And I just want to be clear on the extent | 13:32:52 |
| 11 | of your privilege objection. | 13:32:54 |
| 12 |     Is it your position that the fact of who | 13:32:55 |
| 13 | might have attended a meeting is privileged merely | 13:32:57 |
| 14 | because it comes from an attorney? | 13:32:59 |
| 15 |     MR. CHIATE:  If the sole source of his -- | 13:33:01 |
| 16 | yes.  If the sole source of his information is what | 13:33:03 |
| 17 | he was told by an attorney, that would be an | 13:33:06 |
| 18 | attorney-client privileged communication, and he | 13:33:10 |
| 19 | should not disclose it, if that's the sole basis for | 13:33:12 |
| 20 | his information. | 13:33:15 |
| 21 |     There's a way to ask the question without | 13:33:16 |
| 22 | requiring me to make these objections, but you | 13:33:19 |
| 23 | choose not to do it. | 13:33:21 |
| 24 | BY MR. SYRETT: | 13:34:01 |
| 25 |     Q    And the pending question is:  Do you know | 13:34:01 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

76

| | |
|---|---|
| 1 who attended on behalf of Samsung? | 13:34:03 |
| 2     MR. CHIATE:  Same objection, same | 13:34:13 |
| 3 instruction.  If you know of your own personal | 13:34:13 |
| 4 knowledge, you may answer.  If the only basis for | 13:34:15 |
| 5 your knowledge comes from an attorney, it's | 13:34:16 |
| 6 protected by the attorney-client privilege. | 13:34:18 |
| 7     THE WITNESS:  So, to my understanding, | 13:34:50 |
| 8 there have been a few meetings.  And each time I | 13:34:51 |
| 9 believe there probably has been a change as to who | 13:34:54 |
| 10 attended.  At least one or two people differed as to | 13:34:57 |
| 11 each time, so I don't know when and at which meeting | 13:35:02 |
| 12 who was exactly in attendance. | 13:35:05 |
| 13 BY MR. SYRETT: | 13:35:07 |
| 14    Q    Let me direct you back to Exhibit 1, | 13:35:07 |
| 15 please.  If you could turn to page 3. | 13:35:09 |
| 16     If you could read the first full paragraph | 13:35:22 |
| 17 in the middle of the page. | 13:35:25 |
| 18     All right.  You understand there's an | 13:37:08 |
| 19 allegation by Mr. Mellin of Nokia that Dr. Ahn | 13:37:11 |
| 20 disclosed confidential Apple-Nokia information at | 13:37:14 |
| 21 this meeting? | 13:37:17 |
| 22    A    Yes. | 13:37:45 |
| 23    Q    Do you have any knowledge of the events | 13:37:48 |
| 24 described here in Exhibit 1? | 13:37:50 |
| 25     MR. CHIATE:  Instruct the witness not to | 13:37:58 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

77

| | | |
|---|---|---|
| 1 | answer except for information that he personally | 13:37:58 |
| 2 | knows other than information you received from | 13:38:03 |
| 3 | counsel or the result of attorney-client or work | 13:38:04 |
| 4 | product privilege. | 13:38:08 |
| 5 |     MR. SYRETT:  Well, it's a yes/no question, | 13:38:10 |
| 6 | and he can answer yes/no even if he received it from | 13:38:12 |
| 7 | counsel. | 13:38:16 |
| 8 |     MR. CHIATE:  I disagree. | 13:38:17 |
| 9 |     THE WITNESS:  None. | 13:38:52 |
| 10 | BY MR. SYRETT: | 13:38:52 |
| 11 |     Q    You have no knowledge? | 13:38:52 |
| 12 |     A    Right. | 13:38:54 |
| 13 |     Q    Have you had discussions with anyone about | 13:38:57 |
| 14 | the June 4th, 2013 meeting? | 13:38:59 |
| 15 |     MR. CHIATE:  Instruct the witness not to | 13:39:12 |
| 16 | answer if any discussions were with attorneys or the | 13:39:12 |
| 17 | result of attorney or work product privilege. | 13:39:15 |
| 18 |     You may otherwise answer the answer -- | 13:39:17 |
| 19 | otherwise may answer the question. | 13:39:20 |
| 20 |     THE WITNESS:  At a later point in time I | 13:40:15 |
| 21 | would get to be furnished a report as to what our | 13:40:16 |
| 22 | offer was and what Nokia's offer was during that | 13:40:19 |
| 23 | June 4th, 2013 meeting. | 13:40:23 |
| 24 |     But as far as this matter here is | 13:40:25 |
| 25 | concerned about how Mr. Ahn allegedly spoke about | 13:40:27 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

78

| | | |
|---|---|---|
| 1 | the Apple-Nokia terms and whatnot, that I know | 13:40:31 |
| 2 | nothing about. | 13:40:35 |
| 3 | BY MR. SYRETT: | 13:40:37 |
| 4 | Q    So you have had discussions with people at | 13:40:38 |
| 5 | Samsung about the terms that were offered by the | 13:40:41 |
| 6 | parties in June of 2013? | 13:40:45 |
| 7 | A    No.  There was no discussion per se in | 13:41:05 |
| 8 | that regard.  All I was given was a notification | 13:41:06 |
| 9 | that we would be making an offer along such-and-such | 13:41:15 |
| 10 | terms. | 13:41:18 |
| 11 | Q    And were you given that notification prior | 13:41:20 |
| 12 | to the meeting occurring? | 13:41:22 |
| 13 | A    That is my recollection. | 13:41:33 |
| 14 | Q    So is it fair to say that you're aware of | 13:41:35 |
| 15 | no facts relating to whether or not the allegations | 13:41:36 |
| 16 | by Mr. Mellin of Nokia are accurate or not? | 13:41:43 |
| 17 | A    That is correct. | 13:42:06 |
| 18 | Q    Do you have any knowledge of any of the | 13:42:12 |
| 19 | terms of the Apple-Nokia patent license agreement? | 13:42:16 |
| 20 | A    By way of the media, I have more or less | 13:42:40 |
| 21 | seen something about that. | 13:42:42 |
| 22 | Q    And do you recall specifically what you've | 13:42:47 |
| 23 | seen? | 13:42:49 |
| 24 | A    First of all, I recall this as being some | 13:43:12 |
| 25 | sort of a report by an analyst that entailed what | 13:43:14 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

79

| | | |
|---|---|---|
| 1 | the initial payment was going to be, what the annual | 13:43:16 |
| 2 | cap, et cetera, et cetera were going to be. | 13:43:20 |
| 3 | Basically about the terms and conditions. | 13:43:23 |
| 4 | Q    And do you recall which analyst? | 13:43:26 |
| 5 | A    I have no recollection whatsoever. | 13:43:35 |
| 6 | Q    Do you recall when you learned this | 13:43:35 |
| 7 | information? | 13:43:37 |
| 8 | A    That seems to have been quite some time. | 13:43:51 |
| 9 | I cannot really recall anything specific in terms of | 13:43:53 |
| 10 | dates or what have you. | 13:43:55 |
| 11 | Q    Do you think it might have been in 2011? | 13:43:57 |
| 12 | A    No. | 13:44:04 |
| 13 | Q    2012? | 13:44:05 |
| 14 | A    I don't quite recall if it was 2012 or | 13:44:16 |
| 15 | 2013. | 13:44:18 |
| 16 | Q    And can you recall what the reported | 13:44:19 |
| 17 | initial payment was? | 13:44:23 |
| 18 | A    Yes.  That I recall. | 13:44:36 |
| 19 | Q    What do you recall it to be? | 13:44:37 |
| 20 | A    It seems to me it was something like 500 | 13:44:47 |
| 21 | million euro. | 13:44:49 |
| 22 | Q    Paid by who? | 13:44:51 |
| 23 | A    Apple. | 13:44:52 |
| 24 | Q    And do you recall any information about | 13:44:52 |
| 25 | the annual payment you mentioned? | 13:44:54 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS – ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

80

| | |
|---|---|
| 1   A   I used to remember that, but at the moment | 13:45:07 |
| 2  I don't recall at all. | 13:45:09 |
| 3   Q   Do you recall any other details about the | 13:45:11 |
| 4  Apple-Nokia license from this report itself? | 13:45:13 |
| 5   A   So after coming across that particular | 13:45:44 |
| 6  article that referenced said report, we then got to | 13:45:49 |
| 7  see Nokia's financial statement as made publicly | 13:45:55 |
| 8  available. | 13:46:00 |
| 9   Q   And can you -- sorry.  Were you done?  I | 13:46:03 |
| 10  didn't mean to cut you off. | 13:46:06 |
| 11   A   And, as such, there was a certain amount | 13:46:15 |
| 12  that we guessed would be the case, but even that at | 13:46:17 |
| 13  the very moment I am not able to recall offhand. | 13:46:20 |
| 14   Q   And is the amount you guessed the amount | 13:46:24 |
| 15  that you saw in the Nokia financial statement? | 13:46:28 |
| 16   A   Yes.  I have a recollection to that | 13:46:42 |
| 17  effect. | 13:46:43 |
| 18   Q   And just so that I'm clear, you had seen a | 13:46:45 |
| 19  report, and then you saw a Nokia financial | 13:46:48 |
| 20  statement, which you thought you could draw a link | 13:46:51 |
| 21  between the report and the statement; is that right? | 13:46:56 |
| 22   A   Yes. | 13:47:12 |
| 23   Q   Do you remember when you saw the Nokia | 13:47:13 |
| 24  financial statement? | 13:47:13 |
| 25   A   It seems to me that that may have been a | 13:47:26 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

81

1    report from either 2011 or 2012.                    13:47:27

2         Q    And did you keep a copy of the Nokia       13:47:34

3    report?                                             13:47:37

4         A    No, I didn't.                             13:47:41

5         Q    Did you keep a copy of the article that    13:47:42

6    was reporting on the Apple-Nokia license terms?     13:47:44

7         A    No.                                       13:47:59

8         Q    And can you identify for me the           13:47:59

9    publication where the article was about the         13:48:02

10   Apple-Nokia financial terms?                        13:48:05

11        A    Even that, I don't quite recall if it was 13:48:28

12   the Wall Street Journal or Bloomberg or what.       13:48:30

13        Q    And do you recall having any              13:48:34

14   communications with your colleagues about either the 13:48:35

15   article or the Nokia financial statement?           13:48:37

16             MR. CHIATE:  Objection.  You may answer    13:48:39

17   the question as long as it does not disclose any    13:48:53

18   confidential attorney-client or work product        13:48:56

19   discussions.                                        13:48:58

20             Otherwise, you may answer the question.   13:48:59

21             THE WITNESS:  We discussed that amongst   13:49:10

22   ourselves on one occasion.                          13:49:11

23   BY MR. SYRETT:                                      13:49:13

24        Q    On one occasion?                          13:49:13

25        A    Yeah.  Once we discussed that, you know,  13:49:21

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

82

| | |
|---|---|
| 1 | around the time when that article came out. | 13:49:25 |
| 2 |     Q    And was that during a meeting? | 13:49:27 |
| 3 |     A    Well, not that it was a meeting that was | 13:49:36 |
| 4 | held around that as a subject. | 13:49:38 |
| 5 |     Q    But it would have -- your recollection is | 13:49:42 |
| 6 | that it was discussed at a meeting? | 13:49:43 |
| 7 |     A    That does not quite seem to be the case to | 13:49:53 |
| 8 | me. | 13:49:54 |
| 9 |     Q    Do you recall it as an oral or a written | 13:49:56 |
| 10 | communication? | 13:50:00 |
| 11 |     A    It was oral. | 13:50:09 |
| 12 |     Q    And did anyone take notes or make any | 13:50:13 |
| 13 | reporting on this issue? | 13:50:17 |
| 14 |     MR. CHIATE:  Objection.  Compound.  No | 13:50:28 |
| 15 | foundation. | 13:50:29 |
| 16 |     THE WITNESS:  This was just, you know, | 13:50:38 |
| 17 | some sort of a chat that we were having -- strike -- | 13:50:39 |
| 18 | we were just chatting amongst ourselves out of just | 13:50:42 |
| 19 | playful interest. | 13:50:47 |
| 20 | BY MR. SYRETT: | 13:50:48 |
| 21 |     Q    And do you recall who you were chatting | 13:50:48 |
| 22 | with? | 13:50:49 |
| 23 |     A    I'm thinking Mr. Ahn was also there. | 13:51:05 |
| 24 | Mr. Kwak also.  That was probably about it.  Maybe | 13:51:12 |
| 25 | there were maybe a couple other folks, but -- | 13:51:22 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

83

| | | |
|---|---|---|
| 1 | Q    And apart from this conversation with | 13:51:27 |
| 2 | Dr. Ahn and possibly Mr. Kwak, have you had any | 13:51:28 |
| 3 | communications -- any other communications with your | 13:51:33 |
| 4 | colleagues at Samsung about the Apple-Nokia license? | 13:51:34 |
| 5 | MR. CHIATE:  Objection. | 13:51:53 |
| 6 | THE WITNESS:  No. | 13:51:54 |
| 7 | BY MR. SYRETT: | 13:51:55 |
| 8 | Q    And you say you've had no written | 13:51:55 |
| 9 | communications with anyone within Samsung about the | 13:51:57 |
| 10 | Apple-Nokia license? | 13:52:00 |
| 11 | MR. CHIATE:  Instruct the witness not to | 13:52:13 |
| 12 | answer if the answer would disclose confidential | 13:52:13 |
| 13 | attorney-client or work product privilege. | 13:52:15 |
| 14 | Otherwise, the witness may answer. | 13:52:18 |
| 15 | THE WITNESS:  I personally, no. | 13:52:31 |
| 16 | BY MR. SYRETT: | 13:52:33 |
| 17 | Q    And are you aware of anyone else having | 13:52:34 |
| 18 | such communications? | 13:52:35 |
| 19 | MR. CHIATE:  Same objection -- | 13:52:43 |
| 20 | THE WITNESS:  No. | 13:52:44 |
| 21 | BY MR. SYRETT: | 13:52:48 |
| 22 | Q    Do you have any knowledge of the | 13:52:48 |
| 23 | Apple-Ericsson license? | 13:52:51 |
| 24 | A    No. | 13:52:59 |
| 25 | Q    You're not aware of any terms or | 13:53:01 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

84

| | | |
|---|---|---|
| 1 | provisions of the Apple-Ericsson license? | 13:53:02 |
| 2 | A   There's nothing specific with respect to | 13:53:28 |
| 3 | the Apple-Ericsson license that I know about in | 13:53:30 |
| 4 | terms of any terms or provisions. | 13:53:35 |
| 5 | Q   And you say specific.  Is there anything | 13:53:41 |
| 6 | general that you know about the Apple-Ericsson | 13:53:42 |
| 7 | license? | 13:53:44 |
| 8 | MR. CHIATE:  I'm going to instruct the | 13:53:55 |
| 9 | witness not to answer if to disclose -- if the | 13:53:55 |
| 10 | answer to the question would require the disclosure | 13:53:58 |
| 11 | of either attorney-client work product or violate | 13:53:59 |
| 12 | any mediation privilege from any mediation. | 13:54:03 |
| 13 | Otherwise, you may answer. | 13:54:06 |
| 14 | THE WITNESS:  I'm unable to answer. | 13:54:27 |
| 15 | BY MR. SYRETT: | 13:54:39 |
| 16 | Q   Have you had any communications apart from | 13:54:40 |
| 17 | with counsel where you've learned anything about the | 13:54:43 |
| 18 | Apple-Ericsson license? | 13:54:45 |
| 19 | MR. CHIATE:  Objection.  If the answer | 13:54:59 |
| 20 | would require the disclosure of any attorney- | 13:55:01 |
| 21 | client work product or violate the mediation privilege, I | 13:55:04 |
| 22 | instruct you not to answer. | 13:55:07 |
| 23 | If you have information other than those, | 13:55:09 |
| 24 | you may answer. | 13:55:11 |
| 25 | THE WITNESS:  None. | 13:55:27 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

85

1    BY MR. SYRETT:                                  13:55:28

2         Q    Let me go back to the Nokia license for a    13:55:29

3    moment.                                         13:55:30

4              Since seeing the article and the financial    13:55:32

5    report, have you learned anything more about the    13:55:35

6    terms of the Apple-Nokia license?               13:55:37

7              MR. CHIATE:  Other than --            13:55:40

8              MR. SYRETT:  Other than through       13:55:41

9    discussions with counsel.                       13:55:42

10             MR. CHIATE:  Or at a mediation.        13:55:43

11             MR. SYRETT:  Or at a mediation.        13:55:45

12             THE WITNESS:  And I told you about that    13:56:10

13   earlier, did I not?  There was that analyst report.    13:56:11

14             MR. SYRETT:  Right.  Sorry.           13:56:15

15   BY MR. SYRETT:                                  13:56:16

16        Q    Just to be clear, my question is:  Since    13:56:16

17   seeing the analyst's report and seeing the financial    13:56:19

18   statement, has there come a time when you've learned    13:56:21

19   additional information about the Apple-Nokia license    13:56:24

20   other than through your discussion with counsel?    13:56:27

21             MR. CHIATE:  Or at a mediation.        13:56:29

22             THE WITNESS:  No.  Nothing.           13:56:51

23   BY MR. SYRETT:                                  13:56:54

24        Q    Do you have any knowledge of the terms of    13:56:55

25   a patent license agreement between Apple and Sharp?    13:56:56

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

86

| | | |
|---|---|---|
| 1 | MR. CHIATE:  Other -- | 13:57:09 |
| 2 | THE WITNESS:  I told you earlier -- | 13:57:09 |
| 3 | MR. CHIATE:  Other than anything you | 13:57:10 |
| 4 | learned from your attorney or from a work product or | 13:57:10 |
| 5 | from a mediation, you can answer. | 13:57:16 |
| 6 | But if you learned it in one of those | 13:57:19 |
| 7 | ways, then I instruct you not to answer. | 13:57:22 |
| 8 | MR. SYRETT:  And let me just say for the | 13:57:39 |
| 9 | record my disagreement. | 13:57:39 |
| 10 | If, for example, a lawyer had provided him | 13:57:41 |
| 11 | with an article discussing the license, I'm not sure | 13:57:43 |
| 12 | that that's privileged.  But I think your | 13:57:47 |
| 13 | instructions are overbroad.  You can instruct as you | 13:57:48 |
| 14 | see fit, but I want our position to be clear that | 13:57:51 |
| 15 | I'm not agreeing with the extent of your | 13:57:53 |
| 16 | instructions, and I think they're overbroad. | 13:57:55 |
| 17 | MR. CHIATE:  And my position would be if | 13:57:58 |
| 18 | you want to clarify your question so that you're | 13:57:59 |
| 19 | excluding attorney-client privileged information or | 13:58:03 |
| 20 | work product or mediation, I wouldn't have to make | 13:58:06 |
| 21 | my objection.  You ask a broad question, I'm | 13:58:08 |
| 22 | required to make a broad objection and instruction. | 13:58:11 |
| 23 | But I agree with you.  If he was provided | 13:58:15 |
| 24 | something in writing and he saw that article, the | 13:58:18 |
| 25 | article itself might not be protected.  But since | 13:58:21 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

87

| | | |
|---|---|---|
| 1 | your questions don't exclude that, I'm forced to | 13:58:24 |
| 2 | make my objection and instruction. | 13:58:27 |
| 3 | THE WITNESS:  Nothing. | 13:59:00 |
| 4 | BY MR. SYRETT: | 13:59:10 |
| 5 | Q    And have you had any discussions or | 13:59:10 |
| 6 | conversations with any of your colleagues at Samsung | 13:59:12 |
| 7 | about an Apple-Sharp license? | 13:59:15 |
| 8 | MR. CHIATE:  Same objection and same | 13:59:17 |
| 9 | instruction. | 13:59:19 |
| 10 | THE WITNESS:  No, I have not. | 13:59:31 |
| 11 | BY MR. SYRETT: | 13:59:43 |
| 12 | Q    Do you have knowledge of -- sorry. | 13:59:44 |
| 13 | Did you review any draft expert reports in | 13:59:58 |
| 14 | the Apple-Samsung California case? | 13:59:59 |
| 15 | A    No. | 14:00:11 |
| 16 | Q    Do you know who someone named David Teece | 14:00:14 |
| 17 | is? | 14:00:18 |
| 18 | A    Yes, I do. | 14:00:20 |
| 19 | Q    Do you know who he is? | 14:00:22 |
| 20 | A    I understand him to be our expert. | 14:00:29 |
| 21 | Q    And do you know what issues he's been | 14:00:32 |
| 22 | Samsung's expert for? | 14:00:33 |
| 23 | A    That I'm unable to recall. | 14:00:41 |
| 24 | MR. SYRETT:  Mark as Exhibit 3 a | 14:01:04 |
| 25 | March 24th, 2012 e-mail from Todd Briggs. | 14:01:06 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

88

| | | |
|---|---|---|
| 1 | (Exhibit 3 was marked for | 14:01:24 |
| 2 | identification by the reporter.) | 14:01:24 |
| 3 | BY MR. SYRETT: | 14:01:37 |
| 4 | Q    Have you seen Exhibit 3 before? | 14:01:37 |
| 5 | A    I have no recollection. | 14:01:47 |
| 6 | Q    Do you see that you're listed as a | 14:01:57 |
| 7 | recipient of the e-mail? | 14:01:59 |
| 8 | A    Yes.  Here. | 14:02:03 |
| 9 | Q    Do you have any reason to doubt you did | 14:02:04 |
| 10 | not receive the e-mail? | 14:02:05 |
| 11 | THE INTERPRETER:  I believe counsel may | 14:02:11 |
| 12 | have misspoke.  I understand counsel's intent, | 14:02:12 |
| 13 | but -- an extra negative. | 14:02:15 |
| 14 | BY MR. SYRETT: | 14:02:21 |
| 15 | Q    Do you have any reason to believe that you | 14:02:22 |
| 16 | didn't actually receive the e-mail? | 14:02:23 |
| 17 | A    No particular reason. | 14:02:34 |
| 18 | Q    Samsung's counsel has represented to us | 14:02:40 |
| 19 | that this e-mail related to instructions to access | 14:02:41 |
| 20 | an FTP site to access expert reports. | 14:02:46 |
| 21 | Do you have any recollection of accessing | 14:03:09 |
| 22 | an FTP site sent from someone at Quinn Emanuel? | 14:03:10 |
| 23 | A    I don't think that was the question. | 14:03:33 |
| 24 | THE INTERPRETER:  Can we just have the | 14:03:35 |
| 25 | question repeated, please? | 14:03:35 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

89

| | | |
|---|---|---|
| 1 | BY MR. SYRETT: | 14:03:36 |
| 2 | Q    Do you have any recollection of accessing | 14:03:37 |
| 3 | a FTP site sent from someone at Quinn Emanuel? | 14:03:38 |
| 4 | A    I have no such recollection. | 14:03:56 |
| 5 | Q    And if I could ask you to take a look at | 14:03:57 |
| 6 | the recipients of the e-mail. | 14:03:57 |
| 7 | Can you identify for me what groups within | 14:04:07 |
| 8 | Samsung these personnel are in this e-mail? | 14:04:11 |
| 9 | A    Most of them belonged to IP legal. | 14:04:28 |
| 10 | Q    Any from any other groups? | 14:04:30 |
| 11 | A    And otherwise Seung Ho Ahn -- well, | 14:05:16 |
| 12 | Seung Ho is the head of the center.  And these other | 14:05:19 |
| 13 | guys -- Heungju Kwon, Hojin Chang -- they are with | 14:05:22 |
| 14 | licensing, as am I, actually.  And Hoshin Lee, that | 14:05:27 |
| 15 | person is with the technical analysis team.  And | 14:05:32 |
| 16 | yeah. | 14:05:36 |
| 17 | Q    Any other groups represented within | 14:05:38 |
| 18 | Samsung among those recipients? | 14:05:39 |
| 19 | A    They're mostly IP legal. | 14:05:52 |
| 20 | Q    But specifically can you identify anyone | 14:05:53 |
| 21 | from any other group? | 14:05:55 |
| 22 | A    I mean, the thing is the IP center is | 14:06:17 |
| 23 | comprised of 240 individuals.  I don't remember all | 14:06:20 |
| 24 | of their names. | 14:06:24 |
| 25 | Q    And I understand that you don't know what | 14:06:30 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

90

1   you don't know.  But my question is:  Apart from the        14:06:32

2   IP center, the IP legal team, and the technical            14:06:34

3   analysis team, do you see anyone on this list who          14:06:37

4   you know to be within another group at Samsung?            14:06:40

5       A    There isn't anybody here that I can              14:07:07

6   offhand say that, oh, this person is someone who           14:07:08

7   belongs to another team.                                   14:07:11

8       Q    What is the role of the technical analysis       14:07:12

9   team?                                                      14:07:13

10      A    They're charged with analyzing both sides,       14:07:42

11  patents, as part of any litigation, to do technical       14:07:46

12  analysis in that regard.  And also to aid in the          14:07:49

13  internal determination as to whether there's              14:07:53

14  infringement or not as to whether a patent is valid       14:07:56

15  or invalid.                                               14:08:01

16      Q    Is the technical analysis team within the       14:08:03

17  IP center?                                                 14:08:05

18      A    Yes.  That is correct.                           14:08:11

19      Q    Now, in your experience, is it common for       14:08:22

20  such a large group of Samsung recipients to receive       14:08:25

21  litigation documents?                                      14:08:28

22      A    Well, the fact of the matter is the case        14:09:19

23  with Apple to date has shown to be the biggest case       14:09:21

24  that Samsung has ever been involved in.  And indeed       14:09:26

25  it has been played out across many different              14:09:32

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

91

| | | |
|---|---|---|
| 1 | countries.  And as such, there could only be a whole | 14:09:35 |
| 2 | slew of people involved. | 14:09:39 |
| 3 |     Q    Do you have an understanding as to why you | 14:09:42 |
| 4 | received this e-mail? | 14:09:43 |
| 5 |         MR. CHIATE:  Objection.  Calls for a | 14:09:53 |
| 6 | conclusion and speculation.  No foundation. | 14:09:53 |
| 7 |         THE WITNESS:  Well, I would believe it to | 14:10:23 |
| 8 | be the case that I was sent this, given that I, | 14:10:25 |
| 9 | after all, am heading up an important post within | 14:10:31 |
| 10 | the IP center. | 14:10:36 |
| 11 | BY MR. SYRETT: | 14:10:43 |
| 12 |     Q    And is it your understanding that you | 14:10:43 |
| 13 | would have received this because you had | 14:10:44 |
| 14 | responsibilities for both licensing and litigation? | 14:10:46 |
| 15 |         MR. CHIATE:  Objection.  It assumes a fact | 14:11:03 |
| 16 | not in evidence. | 14:11:04 |
| 17 |         THE INTERPRETER:  Perhaps there was a | 14:11:17 |
| 18 | mistranslation.  May the interpreter just hear the | 14:11:17 |
| 19 | question back, please. | 14:11:19 |
| 20 |         (Record read by reporter as follows: | 14:11:20 |
| 21 |         "Q    Is it your understanding that you | 14:11:32 |
| 22 |         would have received this because you | 14:11:32 |
| 23 |         had responsibilities for both licensing | 14:11:32 |
| 24 |         and litigation?") | 14:11:32 |
| 25 |         THE INTERPRETER:  Okay.  The interpreter | 14:11:32 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

92

| | | |
|---|---|---|
| 1 | misinterpreted.  Apologies to the parties. | 14:11:34 |
| 2 | THE WITNESS:  Not litigation.  Litigation | 14:11:57 |
| 3 | falls under somebody else.  That would be a | 14:11:58 |
| 4 | different EVP. | 14:12:01 |
| 5 | MR. CHIATE:  At some point can we take a | 14:12:05 |
| 6 | break? | 14:12:06 |
| 7 | MR. SYRETT:  Sure.  One or two questions. | 14:12:08 |
| 8 | MR. CHIATE:  Sure. | 14:12:09 |
| 9 | BY MR. SYRETT: | 14:12:09 |
| 10 | Q    So your understanding would be that you | 14:12:10 |
| 11 | received this because of your licensing | 14:12:11 |
| 12 | responsibilities? | 14:12:13 |
| 13 | A    It would be kind of my responsibilities | 14:12:52 |
| 14 | concerning licensing as well as given the fact that | 14:12:56 |
| 15 | when important strategic issues are discussed within | 14:13:00 |
| 16 | the IP center, I, after all, am one of the leaders. | 14:13:03 |
| 17 | So -- but then again it's not really the case that I | 14:13:09 |
| 18 | need to be in the know as to these very detailed | 14:13:12 |
| 19 | types of matters. | 14:13:16 |
| 20 | MR. SYRETT:  Let's take a break. | 14:13:18 |
| 21 | THE VIDEOGRAPHER:  We're ending Tape No. 3 | 14:13:19 |
| 22 | in the deposition of Jaewan Chi and going off the | 14:13:20 |
| 23 | record at 2:13 p.m. | 14:13:23 |
| 24 | (Recess.) | 14:32:26 |
| 25 | THE VIDEOGRAPHER:  This is Tape No. 4 in | 14:32:58 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

93

| | | |
|---|---|---|
| 1 | the deposition of Jaewan Chi.  We're back on the | 14:33:02 |
| 2 | record at 2:33 p.m. | 14:33:05 |
| 3 | BY MR. SYRETT: | 14:33:09 |
| 4 | Q    Mr. Chi, has anyone from Quinn Emanuel | 14:33:09 |
| 5 | ever provided you with information about the terms | 14:33:12 |
| 6 | of the Apple-Nokia license? | 14:33:14 |
| 7 | A    No. | 14:33:30 |
| 8 | Q    Has any in-house Samsung lawyer ever | 14:33:31 |
| 9 | provided you with information about the terms of the | 14:33:34 |
| 10 | Apple-Nokia license? | 14:33:35 |
| 11 | MR. CHIATE:  Objection.  Objection. | 14:33:38 |
| 12 | Instruct the witness not to answer if that would | 14:33:48 |
| 13 | disclose attorney-client work product information. | 14:33:50 |
| 14 | THE WITNESS:  No. | 14:34:04 |
| 15 | BY MR. SYRETT: | 14:34:04 |
| 16 | Q    No, no in-house Samsung lawyer has ever | 14:34:07 |
| 17 | provided you with information about the terms of the | 14:34:10 |
| 18 | Apple-Nokia license? | 14:34:12 |
| 19 | MR. CHIATE:  Same objection, same | 14:34:18 |
| 20 | instruction. | 14:34:19 |
| 21 | THE WITNESS:  That is correct.  Nobody has | 14:34:27 |
| 22 | provided that to me. | 14:34:28 |
| 23 | BY MR. SYRETT: | 14:34:29 |
| 24 | Q    Has anyone from Quinn Emanuel provided you | 14:34:30 |
| 25 | information about the terms of the Apple-Philips | 14:34:31 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS – ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

94

1   license?                                              14:34:34

2        MR. CHIATE:  Same objection, same             14:34:45

3   instruction.                                          14:34:45

4        THE WITNESS:  No.                             14:34:51

5   BY MR. SYRETT:                                        14:34:51

6        Q    No one has provided you with that        14:34:52

7   information from Quinn Emanuel?                        14:34:53

8        MR. CHIATE:  Same objection, same             14:34:59

9   instruction.                                          14:35:00

10        THE WITNESS:  That is correct.               14:35:04

11   BY MR. SYRETT:                                       14:35:06

12        Q    Okay.  Has anyone -- has any in-house   14:35:06

13   Samsung lawyer provided you information about the    14:35:07

14   terms of the Apple-Philips license?                  14:35:09

15        MR. CHIATE:  Same objection, same            14:35:20

16   instruction.                                         14:35:21

17        THE WITNESS:  No.                            14:35:21

18   BY MR. SYRETT:                                       14:35:23

19        Q    Has any Quinn Emanuel lawyer provided you 14:35:24

20   information about the terms of the Apple-Ericsson    14:35:25

21   license?                                             14:35:28

22        MR. CHIATE:  Same objection, same            14:35:38

23   instruction.                                         14:35:39

24   BY MR. SYRETT:                                       14:35:39

25        Q    Has any in-house Samsung lawyer ever    14:35:41

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

95

| | | |
|---|---|---|
| 1 | provided you with information about the terms of the | 14:35:42 |
| 2 | Apple-Ericsson license? | 14:35:43 |
| 3 | MR. CHIATE:  Same objections, same | 14:35:53 |
| 4 | instruction. | 14:35:54 |
| 5 | THE WITNESS:  No. | 14:35:55 |
| 6 | BY MR. SYRETT: | 14:35:57 |
| 7 | Q    Has any Quinn Emanuel lawyer ever provided | 14:35:58 |
| 8 | you with information about the terms of the | 14:35:59 |
| 9 | Sharp-Apple license? | 14:36:01 |
| 10 | MR. CHIATE:  Same objection, same | 14:36:12 |
| 11 | instruction. | 14:36:13 |
| 12 | THE WITNESS:  No. | 14:36:14 |
| 13 | BY MR. SYRETT: | 14:36:15 |
| 14 | Q    Has any in-house Samsung lawyer ever | 14:36:15 |
| 15 | provided you with information about the terms of the | 14:36:17 |
| 16 | Apple-Sharp license? | 14:36:19 |
| 17 | MR. CHIATE:  Same instructions, same | 14:36:28 |
| 18 | objection. | 14:36:29 |
| 19 | THE WITNESS:  No. | 14:36:34 |
| 20 | BY MR. SYRETT: | 14:36:34 |
| 21 | Q    To your knowledge, has any Quinn Emanuel | 14:36:36 |
| 22 | attorney helped you develop licensing strategies | 14:36:38 |
| 23 | based on information -- confidential information | 14:36:41 |
| 24 | received from Apple during litigation? | 14:36:43 |
| 25 | MR. CHIATE:  Objection.  Same objection. | 14:36:46 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

96

| | | |
|---|---|---|
| 1 | THE WITNESS:  As far as my understanding | 14:37:15 |
| 2 | goes, no. | 14:37:16 |
| 3 | BY MR. SYRETT: | 14:37:18 |
| 4 | Q    To your knowledge, has any in-house | 14:37:18 |
| 5 | Samsung attorney helped you develop licensing | 14:37:20 |
| 6 | strategies based on confidential information | 14:37:21 |
| 7 | received from Apple during litigation? | 14:37:25 |
| 8 | MR. CHIATE:  Same objections, same | 14:37:44 |
| 9 | instruction. | 14:37:45 |
| 10 | THE WITNESS:  No. | 14:37:47 |
| 11 | MR. SYRETT:  I'd like to mark as Exhibit 4 | 14:37:51 |
| 12 | a cover page of the expert report of David Teece. | 14:37:52 |
| 13 | (Exhibit 4 was marked for | 14:38:14 |
| 14 | identification by the reporter.) | 14:38:14 |
| 15 | BY MR. SYRETT: | 14:38:14 |
| 16 | Q    Have you ever seen Exhibit 4 before? | 14:38:14 |
| 17 | A    I have no recollection whatsoever when it | 14:38:25 |
| 18 | comes to this. | 14:38:26 |
| 19 | Q    And let me just -- I'll represent to you, | 14:38:27 |
| 20 | as I said, this is a cover page from a much larger | 14:38:28 |
| 21 | document. | 14:38:33 |
| 22 | Does that change your answer in any way? | 14:38:33 |
| 23 | A    It's the same. | 14:38:50 |
| 24 | Q    Do you recall discussing the expert report | 14:38:51 |
| 25 | of David Teece with anyone? | 14:38:54 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

97

| | | |
|---|---|---|
| 1 | A    I do not have any recollection to that | 14:39:07 |
| 2 | effect. | 14:39:10 |
| 3 | MR. SYRETT:  I'd like to mark as Exhibit 5 | 14:39:36 |
| 4 | a May 1st, 2012 e-mail from Helen Hopson. | 14:39:37 |
| 5 | (Exhibit 5 was marked for | 14:39:55 |
| 6 | identification by the reporter.) | 14:39:55 |
| 7 | BY MR. SYRETT: | 14:40:09 |
| 8 | Q    Have you seen Exhibit 5 before? | 14:40:09 |
| 9 | A    I have no recollection. | 14:40:15 |
| 10 | Q    And if you look several lines down, | 14:40:17 |
| 11 | there's a JCHI@Samsung.com.  It's seven lines from | 14:40:20 |
| 12 | the bottom on the right-hand side. | 14:40:36 |
| 13 | A    Yes. | 14:40:46 |
| 14 | Q    Is that your e-mail address? | 14:40:47 |
| 15 | A    Yes.  That's correct. | 14:40:47 |
| 16 | Q    Do you have any reason to doubt that you | 14:40:49 |
| 17 | did receive this e-mail? | 14:40:49 |
| 18 | MR. CHIATE:  Calls for conclusion, | 14:40:57 |
| 19 | speculation on the part of the witness. | 14:40:58 |
| 20 | THE WITNESS:  Looking at this, I would | 14:41:10 |
| 21 | surmise that it probably has come to me. | 14:41:11 |
| 22 | BY MR. SYRETT: | 14:41:16 |
| 23 | Q    But you have no recollection of receiving | 14:41:16 |
| 24 | it? | 14:41:18 |
| 25 | A    That is right. | 14:41:22 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

98

| | | |
|---|---|---|
| 1 | Q    And you have no recollection of opening | 14:41:23 |
| 2 | any of the attachments? | 14:41:25 |
| 3 | A    None whatsoever. | 14:41:32 |
| 4 | Q    Do you have any recollection of discussing | 14:41:33 |
| 5 | this e-mail with anyone? | 14:41:34 |
| 6 | A    No. | 14:41:42 |
| 7 | Q    In the first line there's an e-mail | 14:41:45 |
| 8 | address Vanzettieassociati. | 14:41:47 |
| 9 | Do you see that? | 14:41:52 |
| 10 | A    Yes. | 14:42:01 |
| 11 | Q    Do you know what Vanzettieassociati is? | 14:42:02 |
| 12 | A    You know, I'm figuring this to be perhaps | 14:42:21 |
| 13 | our Italy-related counsel for Apple purposes. | 14:42:22 |
| 14 | Q    Do you know -- the next address is for | 14:42:29 |
| 15 | OSlaw.org. | 14:42:31 |
| 16 | Do you see that? | 14:42:34 |
| 17 | A    OS Law, yes. | 14:42:44 |
| 18 | Q    Do you know what OS Law is? | 14:42:46 |
| 19 | A    I would believe this perhaps to be a | 14:43:01 |
| 20 | Japan-based law firm that represents us for Apple | 14:43:03 |
| 21 | purposes. | 14:43:06 |
| 22 | Q    Is that Ohno & Partners? | 14:43:08 |
| 23 | A    Yes. | 14:43:11 |
| 24 | Q    And then you see in the next line | 14:43:13 |
| 25 | Simmons-Simmons. | 14:43:16 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

99

| | | |
|---|---|---|
| 1 | A    Simmons.  Maybe this is our UK folks -- | 14:43:21 |
| 2 | counsel.  UK counsel. | 14:43:29 |
| 3 | Q    Have you ever heard of Simmons & Simmons | 14:43:32 |
| 4 | in the Netherlands? | 14:43:34 |
| 5 | A    I have not. | 14:43:41 |
| 6 | Q    And next line down it lists Blake Dawson. | 14:43:42 |
| 7 | Do you see that? | 14:43:47 |
| 8 | A    Yes. | 14:43:47 |
| 9 | Q    Are you familiar with the firm called | 14:43:50 |
| 10 | Blake Dawson? | 14:43:52 |
| 11 | A    No.  I'm not too sure. | 14:43:58 |
| 12 | Q    And then the next line lists a recipient | 14:44:07 |
| 13 | of Ashurst.com. | 14:44:09 |
| 14 | Do you see that? | 14:44:10 |
| 15 | A    Yes. | 14:44:18 |
| 16 | Q    Are you familiar with a law firm called | 14:44:19 |
| 17 | Ashurst? | 14:44:21 |
| 18 | A    I've heard of them. | 14:44:25 |
| 19 | Q    Do you know -- do you know whether they | 14:44:27 |
| 20 | represent Samsung in litigation against Apple? | 14:44:29 |
| 21 | A    Yeah.  I sort of do. | 14:44:36 |
| 22 | Q    Do you know in which country? | 14:44:38 |
| 23 | A    I don't know. | 14:44:42 |
| 24 | Q    Do you see on the same line there's a | 14:44:52 |
| 25 | recipient Rospatt.DE? | 14:44:54 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

100

| | | |
|---|---|---|
| 1 | A    Rospatt, yes. | 14:45:09 |
| 2 | Q    Do you recognize that to be a German firm | 14:45:10 |
| 3 | that represents Samsung in litigation against Apple? | 14:45:12 |
| 4 | A    Yes. | 14:45:21 |
| 5 | Q    And next line down there's a leeko.com. | 14:45:22 |
| 6 | Do you see that? | 14:45:26 |
| 7 | A    Yes. | 14:45:31 |
| 8 | Q    Do you recognize that to be a Korean firm | 14:45:31 |
| 9 | called Lee & Co that represents Samsung against | 14:45:33 |
| 10 | Apple in litigation? | 14:45:37 |
| 11 | A    Yes. | 14:45:38 |
| 12 | Q    And do you have any understanding that | 14:45:51 |
| 13 | this e-mail from Ms. Hopson transmitted attachments | 14:45:52 |
| 14 | with Apple confidential information? | 14:45:56 |
| 15 | A    I have no such understanding whatsoever -- | 14:46:16 |
| 16 | strike that.  I have no understanding whatsoever | 14:46:18 |
| 17 | about that. | 14:46:20 |
| 18 | Q    Do you have any understanding about why | 14:46:21 |
| 19 | you were a recipient of this e-mail? | 14:46:23 |
| 20 | A    Simply because I see my name there. | 14:46:35 |
| 21 | Q    But do you know why she -- do you have any | 14:46:40 |
| 22 | understanding as to why she included you? | 14:46:41 |
| 23 | A    I don't know. | 14:46:49 |
| 24 | MR. SYRETT:  Let's mark as Exhibit 6 a | 14:47:03 |
| 25 | March 23rd, 2013 e-mail from Thomas Pease. | 14:47:27 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

101

| | | |
|---|---|---|
| 1 | (Exhibit 6 was marked for | 14:47:42 |
| 2 | identification by the reporter.) | 14:47:42 |
| 3 | BY MR. SYRETT: | 14:47:54 |
| 4 | Q    Have you seen Exhibit 6 before? | 14:47:54 |
| 5 | A    Just while I'm looking at this, I can't | 14:48:03 |
| 6 | tell. | 14:48:05 |
| 7 | Q    Do you see your name listed in the -- | 14:48:05 |
| 8 | first list [sic] of the cc? | 14:48:10 |
| 9 | A    Yes. | 14:48:15 |
| 10 | Q    Do you have any reason to believe you | 14:48:18 |
| 11 | didn't receive this e-mail? | 14:48:19 |
| 12 | MR. CHIATE:  Objection.  Calls for | 14:48:20 |
| 13 | conclusion and speculation on the part of the | 14:48:27 |
| 14 | witness. | 14:48:28 |
| 15 | THE WITNESS:  I've not actually | 14:48:48 |
| 16 | contemplated as to whether there is a reason that I | 14:48:48 |
| 17 | would believe this not to have come to me. | 14:48:50 |
| 18 | BY MR. SYRETT: | 14:48:52 |
| 19 | Q    Sitting here today, you can't identify a | 14:48:53 |
| 20 | reason for me?  Is that fair to say? | 14:48:54 |
| 21 | A    Right. | 14:49:05 |
| 22 | Q    And do you have any understanding that in | 14:49:10 |
| 23 | late March the International Trade Commission | 14:49:12 |
| 24 | requested further briefing from Apple and Samsung on | 14:49:15 |
| 25 | FRAND issues? | 14:49:19 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

102

| | | |
|---|---|---|
| 1 | A    I'm unable to recall. | 14:49:48 |
| 2 | MR. SYRETT:  Let me mark as Exhibit 7 a | 14:49:52 |
| 3 | document entitled Samsung's Initial Submission and | 14:49:57 |
| 4 | Response to the Commissions March 13th, 2013 Notice | 14:50:01 |
| 5 | on Remedy and the Public Interest, Public Version. | 14:50:03 |
| 6 | (Exhibit 7 was marked for | 14:50:35 |
| 7 | identification by the reporter.) | 14:50:35 |
| 8 | BY MR. SYRETT: | 14:50:36 |
| 9 | Q    Have you seen Exhibit 7 before? | 14:50:36 |
| 10 | A    Not that I actually recall. | 14:50:43 |
| 11 | Q    I'm going to direct you to page 12, | 14:50:48 |
| 12 | please. | 14:50:50 |
| 13 | A    All right. | 14:50:56 |
| 14 | Q    And if you could read question 5. | 14:50:56 |
| 15 | A    Okay.  I've gone through it. | 14:51:24 |
| 16 | Q    Having read question 5, does that refresh | 14:51:26 |
| 17 | your recollection about whether you had any | 14:51:27 |
| 18 | knowledge of this briefing? | 14:51:29 |
| 19 | A    No.  Nothing like that. | 14:51:43 |
| 20 | Q    Let me direct you to page 22.  And could | 14:51:46 |
| 21 | you please read question 7. | 14:51:58 |
| 22 | A    All right. | 14:52:33 |
| 23 | Q    Having read question 7, does that refresh | 14:52:35 |
| 24 | your recollection about this -- having any knowledge | 14:52:36 |
| 25 | about this briefing? | 14:52:42 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

103

| | | |
|---|---|---|
| 1 | A    No. | 14:52:54 |
| 2 | Q    Going back to Exhibit 6. | 14:53:09 |
| 3 | Do you recall having any discussions with | 14:53:14 |
| 4 | anyone about Exhibit 6? | 14:53:14 |
| 5 | A    What is this Exhibit 6?  Everything is | 14:53:29 |
| 6 | like blacked out. | 14:53:31 |
| 7 | Q    I don't know.  This is how it was produced | 14:53:33 |
| 8 | to us. | 14:53:36 |
| 9 | A    I have, you know, no idea whatsoever as to | 14:53:44 |
| 10 | what this is. | 14:53:46 |
| 11 | Q    And you don't recall receiving an outline | 14:53:51 |
| 12 | of -- related to Samsung's submission to the ITC on | 14:53:52 |
| 13 | RAND issues? | 14:53:58 |
| 14 | A    That is correct.  I don't. | 14:54:12 |
| 15 | MR. SYRETT:  And I mentioned at the start | 14:54:14 |
| 16 | that we wanted to hold it open because of the late | 14:54:18 |
| 17 | production, but we also want to hold the deposition | 14:54:20 |
| 18 | over because of the over-redaction of all of these | 14:54:22 |
| 19 | documents that have been received. | 14:54:25 |
| 20 | MR. KOPPELMAN:  And Nokia would join in | 14:54:49 |
| 21 | that. | 14:54:50 |
| 22 | MR. SYRETT:  I'd like to mark as Exhibit 8 | 14:55:00 |
| 23 | a March 23rd, 2013 e-mail from Heungju Kwon. | 14:55:01 |
| 24 | (Exhibit 8 was marked for | 14:55:35 |
| 25 | identification by the reporter.) | 14:55:35 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

104

| | | |
|---|---|---|
| 1 | BY MR. SYRETT: | 14:55:35 |
| 2 | Q    Have you seen Exhibit 8 before? | 14:55:35 |
| 3 | A    I mean, look at this.  You know. | 14:55:49 |
| 4 | Q    Do you -- you don't recall seeing it? | 14:55:55 |
| 5 | A    I mean, I don't know what this is. | 14:55:59 |
| 6 | Q    And that's -- you're referring to the | 14:56:02 |
| 7 | black marks? | 14:56:04 |
| 8 | A    Yes.  I mean, I don't know what this is. | 14:56:11 |
| 9 | Q    And do you see your -- and I apologize | 14:56:13 |
| 10 | because I can't read Korean, but is your name listed | 14:56:15 |
| 11 | among the recipients? | 14:56:17 |
| 12 | A    I am not here. | 14:56:37 |
| 13 | Q    And can you identify for me the groups | 14:56:39 |
| 14 | within Samsung of the recipients? | 14:56:43 |
| 15 | A    The licensing group.  Mr. Kwak, the first | 14:57:01 |
| 16 | one, for instance.  The second one, Mr. Kang, | 14:57:04 |
| 17 | Washington IP office. | 14:57:13 |
| 18 | The third one, Mr. Jang, he's part of the | 14:57:18 |
| 19 | licensing group.  And Mr. Ko is also with the | 14:57:25 |
| 20 | licensing group. | 14:57:34 |
| 21 | And then there's this Mr. Kim.  Followed | 14:57:35 |
| 22 | by the next one, Mr. Park.  And also a Mrs. Kim. | 14:57:39 |
| 23 | All part of the licensing group. | 14:57:49 |
| 24 | Q    Is there anyone that's a recipient of this | 14:57:54 |
| 25 | e-mail that you don't recognize to be a member of | 14:57:57 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

105

| | | |
|---|---|---|
| 1 | Samsung's licensing group? | 14:57:59 |
| 2 | A     Mr. Kang in the Washington office. | 14:58:08 |
| 3 | Q     Anyone else? | 14:58:15 |
| 4 | A     Not that I know of. | 14:58:20 |
| 5 | MR. SYRETT:  I don't think there's any -- | 14:59:06 |
| 6 | it's marked confidential information.  I don't think | 14:59:07 |
| 7 | there's anything -- you know, apart from who | 14:59:09 |
| 8 | received these documents.  But if you want to | 14:59:11 |
| 9 | confirm that before I do my -- | 14:59:14 |
| 10 | MR. CHIATE:  Well, it's between -- if you | 14:59:25 |
| 11 | have no objection on behalf of Apple, I don't see | 14:59:27 |
| 12 | any objection. | 14:59:30 |
| 13 | MR. SYRETT:  I'm going to mark as | 14:59:31 |
| 14 | Exhibit 9 an August 1st, 2013 letter from | 14:59:32 |
| 15 | Robert Becher to Mark Selwyn. | 14:59:36 |
| 16 | MR. CHIATE:  Since everything in the | 14:59:54 |
| 17 | record is attorneys' eyes only, I don't see a | 14:59:55 |
| 18 | problem with this. | 14:59:57 |
| 19 | (Exhibit 9 was marked for | 15:00:12 |
| 20 | identification by the reporter.) | 15:00:12 |
| 21 | BY MR. SYRETT: | 15:00:12 |
| 22 | Q     Have you seen Exhibit 9 before? | 15:00:13 |
| 23 | A     This I think I have seen. | 15:00:40 |
| 24 | Q     Do you recall when you've seen it? | 15:01:34 |
| 25 | A     I don't recall as to when. | 15:01:40 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

106

1     Q     Now, at the beginning of the deposition, I          15:01:48

2   believe you testified you don't think there's been          15:01:49

3   any -- or you have no knowledge of a breach of the          15:01:51

4   protective order; is that right?                            15:01:54

5     A     That is correct.                                    15:02:13

6     Q     And you see in Exhibit 9 that Mr. Becher            15:02:13

7   explains that on several occasions confidential             15:02:16

8   Apple licensing information was disclosed to Samsung        15:02:21

9   employees as well as Samsung outside counsel in            15:02:23

10  foreign cases?                                              15:02:29

11          MR. CHIATE:  Objection.  Misstates the             15:02:31

12  record.  Speaks for itself.                                 15:02:32

13          THE WITNESS:  Well, that is what this sets          15:03:07

14  forth.                                                      15:03:09

15  BY MR. SYRETT:                                              15:03:09

16    Q     Do you have any reason to doubt the                 15:03:10

17  accuracy of what's set forth on Exhibit 9?                  15:03:12

18    A     I do not know as to the underlying factual          15:03:31

19  details.  I only know as to what this states.              15:03:33

20    Q     But sitting here today, you're aware of no          15:03:40

21  factual -- of no facts that would call into question       15:03:43

22  the accuracy of Exhibit 9; correct?                         15:03:46

23    A     That is right.                                      15:04:01

24    Q     And having reviewed what's in Exhibit 9,            15:04:01

25  is it still your view that there's been no violation       15:04:05

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

107

| | | |
|---|---|---|
| 1 | of the protective order by Samsung? | 15:04:09 |
| 2 | MR. CHIATE:  Objection.  The question is | 15:04:28 |
| 3 | asked.  Assumes a fact not in evidence.  Calls for a | 15:04:29 |
| 4 | legal conclusion on the part of the witness. | 15:04:31 |
| 5 | THE WITNESS:  This is something that we | 15:05:02 |
| 6 | have received -- I have received courtesy of | 15:05:04 |
| 7 | counsel.  And as such, I was instructed that I need | 15:05:07 |
| 8 | not answer questions pertaining to this. | 15:05:12 |
| 9 | BY MR. SYRETT: | 15:05:16 |
| 10 | Q    Are you refusing to answer the question? | 15:05:17 |
| 11 | A    I'm not saying that I am refusing to give | 15:06:42 |
| 12 | you an answer in this regard.  However, what I told | 15:06:44 |
| 13 | you so far is that -- as far as there is any -- as | 15:06:47 |
| 14 | far as whether there is any violation in terms of | 15:06:52 |
| 15 | the protective order, I told you that I have -- I | 15:06:56 |
| 16 | don't -- I am not aware of any such instances.  And | 15:07:00 |
| 17 | in that regard, I think I have to give you the same | 15:07:06 |
| 18 | answer as the one that I previously -- previously | 15:07:08 |
| 19 | gave you. | 15:07:11 |
| 20 | And as far as this letter is concerned, I | 15:07:15 |
| 21 | grant you that Quinn is saying that at one time or | 15:07:20 |
| 22 | another, by some fluke of an -- inadvertently opened | 15:07:22 |
| 23 | up some confidential matter.  But I myself have not | 15:07:27 |
| 24 | ever seen anything like that, nor do I -- nor am I | 15:07:29 |
| 25 | aware of any other folks who have actually seen | 15:07:33 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

108

| | | |
|---|---|---|
| 1 | that. | 15:07:36 |
| 2 | And as such, I stand by what I had told | 15:07:37 |
| 3 | you previously about there being no violation as to | 15:07:40 |
| 4 | the protective order to my knowledge. | 15:07:43 |
| 5 | BY MR. SYRETT: | 15:07:47 |
| 6 | Q    We -- you had seen this -- you had seen | 15:07:48 |
| 7 | Exhibit 9 previously; correct? | 15:07:51 |
| 8 | A    Well, you say that I saw this before.  You | 15:08:03 |
| 9 | know, it's not like that was a whole while ago, | 15:08:05 |
| 10 | though. | 15:08:09 |
| 11 | Q    Let me direct you to the third page of | 15:08:21 |
| 12 | Exhibit 9.  And if you could read the first bullet | 15:08:23 |
| 13 | relating to March 24th, 2012. | 15:08:34 |
| 14 | A    Yes. | 15:09:00 |
| 15 | Q    Do you see that it indicates that you | 15:09:00 |
| 16 | received an e-mail with a link to an FTP site with a | 15:09:02 |
| 17 | copy of the completely redacted report of | 15:09:05 |
| 18 | David Teece? | 15:09:08 |
| 19 | A    Yes.  I see that. | 15:09:31 |
| 20 | Q    And it lists others in the licensing group | 15:09:33 |
| 21 | as recipients; is that right? | 15:09:37 |
| 22 | MR. CHIATE:  Counsel, I'm not sure why | 15:09:50 |
| 23 | you're going into this.  You went through Exhibit 3 | 15:09:51 |
| 24 | for quite a while.  Exhibit 3 is the same thing | 15:09:54 |
| 25 | that's referred to here. | 15:09:57 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

109

| | | |
|---|---|---|
| 1 | Are you going to go back and ask him again | 15:09:58 |
| 2 | everything that was already covered with respect to | 15:10:00 |
| 3 | Exhibit 3, which is the very subject of this? | 15:10:02 |
| 4 | Because all you're doing is wasting time. | 15:10:05 |
| 5 | MR. SYRETT:  Well, respectfully Exhibit 3 | 15:10:08 |
| 6 | was completely redacted, such that there's no | 15:10:10 |
| 7 | indication what it is.  So I need this letter, | 15:10:13 |
| 8 | because it was improperly redacted, to show what it | 15:10:15 |
| 9 | was. | 15:10:18 |
| 10 | MR. CHIATE:  But you're now asking about | 15:10:19 |
| 11 | all the people, and that's what you spent a ton of | 15:10:20 |
| 12 | time on Exhibit 3, all the people in the March 24 | 15:10:23 |
| 13 | e-mail, which is exactly what this paragraph refers | 15:10:26 |
| 14 | to, the March 24 e-mail. | 15:10:28 |
| 15 | So I don't know why you'd ask a single | 15:10:30 |
| 16 | question about all of these people because you've | 15:10:32 |
| 17 | already asked 20 about Exhibit 3, which is the same | 15:10:33 |
| 18 | e-mail. | 15:10:35 |
| 19 | If you want to just ask a question about | 15:10:36 |
| 20 | whether the e-mail refers to that, that's a | 15:10:38 |
| 21 | different story.  But to go through all these | 15:10:39 |
| 22 | people, you're just wasting time. | 15:10:42 |
| 23 | MR. SYRETT:  I haven't gone through a | 15:10:44 |
| 24 | specific person yet. | 15:10:45 |
| 25 | MR. CHIATE:  Well, you just asked him | 15:10:45 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS – ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

110

| | | |
|---|---|---|
| 1 | about it. | 15:10:46 |
| 2 | MR. SYRETT:  I think having -- you're | 15:10:47 |
| 3 | wasting time.  So if you can just let me carry on, | 15:10:48 |
| 4 | it will move a lot faster. | 15:10:51 |
| 5 | Mark as Exhibit 10 a March 22nd, 2013 | 15:11:18 |
| 6 | letter from Jaewan Chi to B.J. Watrous. | 15:11:25 |
| 7 | (Exhibit 10 was marked for | 15:11:55 |
| 8 | identification by the reporter.) | 15:11:55 |
| 9 | BY MR. SYRETT: | 15:11:55 |
| 10 | Q    Have you seen Exhibit 10 before? | 15:11:55 |
| 11 | A    Yes. | 15:12:00 |
| 12 | Q    Is this a letter you drafted? | 15:12:01 |
| 13 | A    I didn't write it myself, but it did get | 15:12:10 |
| 14 | sent out under my name. | 15:12:14 |
| 15 | Q    And this was a letter in which you made a | 15:12:16 |
| 16 | licensing proposal to Apple; is that right? | 15:12:20 |
| 17 | A    Sir, on the contrary.  This is simply an | 15:13:06 |
| 18 | invitation that we, the parties, get together again | 15:13:09 |
| 19 | to engage in negotiations.  This itself -- in and of | 15:13:14 |
| 20 | itself is not an offer, is it? | 15:13:20 |
| 21 | Q    Well, that was my question to you. | 15:13:24 |
| 22 | A    Isn't it obvious to you if you were to -- | 15:13:29 |
| 23 | but read through this, sir. | 15:13:32 |
| 24 | Q    On the first page it refers to meetings in | 15:13:40 |
| 25 | December of 2012. | 15:13:41 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

111

| | | |
|---|---|---|
| 1 | Do you see that? | 15:13:43 |
| 2 | A    Yes.  That's correct. | 15:13:51 |
| 3 | Q    Did you participate in those meetings? | 15:13:52 |
| 4 | A    No, I did not. | 15:13:57 |
| 5 | Q    And did you receive any reports or | 15:13:58 |
| 6 | summaries about those meetings? | 15:14:00 |
| 7 | A    Yes. | 15:14:07 |
| 8 | Q    Do you have an understanding of any offers | 15:14:11 |
| 9 | that Samsung may have made to Apple during those | 15:14:12 |
| 10 | meetings? | 15:14:14 |
| 11 | MR. CHIATE:  I'm going to object to the | 15:14:24 |
| 12 | question and instruct the witness not to answer to | 15:14:24 |
| 13 | the extent the answer would require the disclosure | 15:14:26 |
| 14 | of privileged information, either mediation or | 15:14:31 |
| 15 | attorney-client or work product. | 15:14:36 |
| 16 | If the witness has information other than | 15:14:37 |
| 17 | that which has been provided by counsel, he may | 15:14:39 |
| 18 | answer. | 15:14:43 |
| 19 | By the way, I presume that Apple is | 15:14:44 |
| 20 | intentionally disclosing this information despite | 15:14:47 |
| 21 | the nondisclosure reference in the caption. | 15:14:52 |
| 22 | MR. SYRETT:  Well, Apple is pursuing | 15:14:57 |
| 23 | investigation of the facts at issue here, and we | 15:14:59 |
| 24 | think this relates.  So it is what it is. | 15:15:02 |
| 25 | MR. CHIATE:  It is what it is, but you're | 15:15:05 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

112

| | | |
|---|---|---|
| 1 | disclosing information concerning negotiations | 15:15:07 |
| 2 | between Samsung and Apple, despite the existence of | 15:15:09 |
| 3 | an NDA.  So be my guest -- I mean not be my guest in | 15:15:11 |
| 4 | terms of continuing to do so, but you should be | 15:15:16 |
| 5 | aware of what you're doing. | 15:15:19 |
| 6 | MR. SYRETT:  But -- never mind. | 15:15:20 |
| 7 | THE WITNESS:  I mean, it's obvious what it | 15:15:35 |
| 8 | states.  All you need to do is look at it; right? | 15:15:37 |
| 9 | BY MR. SYRETT: | 15:15:42 |
| 10 | Q    My question is whether you have any | 15:15:42 |
| 11 | understanding of the offers or offer that Samsung | 15:15:46 |
| 12 | made to Apple during the December meetings? | 15:15:50 |
| 13 | MR. CHIATE:  Again, I'm instructing the | 15:16:09 |
| 14 | witness not to answer about any such discussions or | 15:16:09 |
| 15 | understanding to the extent they are protected by | 15:16:14 |
| 16 | the attorney-client or work product doctrine. | 15:16:15 |
| 17 | THE WITNESS:  Things aren't exactly as | 15:16:41 |
| 18 | they read here. | 15:16:42 |
| 19 | BY MR. SYRETT: | 15:16:43 |
| 20 | Q    And apart from what's described in | 15:16:44 |
| 21 | Exhibit 10, do you have any awareness of other | 15:16:45 |
| 22 | offers or proposals that Samsung made during these | 15:16:48 |
| 23 | December of 2012 meetings? | 15:16:51 |
| 24 | MR. CHIATE:  I would instruct the witness | 15:16:53 |
| 25 | not to answer to the extent the question would | 15:16:53 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

113

| | | |
|---|---|---|
| 1 | require an answer from anything that is an | 15:16:58 |
| 2 | attorney-client or work product privilege that has | 15:17:00 |
| 3 | not been disclosed in this letter. | 15:17:02 |
| 4 | THE WITNESS:  I'm unable to recall. | 15:17:29 |
| 5 | BY MR. SYRETT: | 15:17:33 |
| 6 | Q    Who was it that assisted you with drafting | 15:17:33 |
| 7 | Exhibit 10? | 15:17:35 |
| 8 | MR. CHIATE:  Assumes a fact not in | 15:17:43 |
| 9 | evidence.  I believe the witness testified he didn't | 15:17:43 |
| 10 | write this, unless I was mistaken. | 15:17:44 |
| 11 | MR. SYRETT:  Let me rephrase it. | 15:17:59 |
| 12 | | |
| 13 | BY MR. SYRETT: | 15:18:00 |
| 14 | Q    Do you know who drafted it on your behalf? | 15:18:00 |
| 15 | A    This is something drafted by an attorney. | 15:18:17 |
| 16 | Q    Do you know which attorney? | 15:18:18 |
| 17 | A    I don't know who it was by.  All I know is | 15:18:28 |
| 18 | what I was reported about it. | 15:18:31 |
| 19 | Q    Who were you reported about it -- who was | 15:18:36 |
| 20 | it that reported to you about it? | 15:18:39 |
| 21 | A    Mr. Kwon. | 15:18:44 |
| 22 | Q    What's Mr. Kwon's first name? | 15:18:46 |
| 23 | A    Heungjo. | 15:18:54 |
| 24 | Q    Do you know whether Daniel Shim | 15:18:54 |
| 25 | participated in the drafting of Exhibit 10? | 15:18:56 |

114

| | | |
|---|---|---|
| 1 | A    I don't know. | 15:19:05 |
| 2 | Q    Did you discuss Exhibit 10 with any of | 15:19:05 |
| 3 | your licensing colleagues? | 15:19:07 |
| 4 | MR. CHIATE:  I'm going to instruct the | 15:19:15 |
| 5 | witness not to answer if the answer would require | 15:19:15 |
| 6 | the disclosure of attorney-client or work product | 15:19:18 |
| 7 | privilege. | 15:19:18 |
| 8 | THE WITNESS:  I have no recollection. | 15:19:33 |
| 9 | BY MR. SYRETT: | 15:19:35 |
| 10 | Q    Do you know whether any of your colleagues | 15:19:37 |
| 11 | had an opportunity to review Exhibit 10 apart from | 15:19:38 |
| 12 | the individual who drafted it, before it was sent? | 15:19:43 |
| 13 | A    I would figure them to have seen it.  But | 15:20:11 |
| 14 | as to exactly who and to what extent they may have | 15:20:13 |
| 15 | gotten to actually see this, I have never been | 15:20:18 |
| 16 | furnished a report on that.  So -- | 15:20:20 |
| 17 | Q    Is there a group within the licensing | 15:20:23 |
| 18 | department who would customarily review a letter | 15:20:24 |
| 19 | such as this to Apple? | 15:20:27 |
| 20 | A    Mr. Kwon does that. | 15:20:46 |
| 21 | Q    Anyone else? | 15:20:49 |
| 22 | A    Within licensing, that would be Mr. Kwon. | 15:20:55 |
| 23 | Q    And outside of the licensing group, is | 15:20:57 |
| 24 | there anyone at Samsung who would customarily review | 15:21:00 |
| 25 | a letter such as Exhibit 10? | 15:21:04 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

115

| | | |
|---|---|---|
| 1 | A    Now, with respect to this question of | 15:21:43 |
| 2 | yours, the thing about that is you seem to be | 15:21:45 |
| 3 | insisting on wasting my time. | 15:21:48 |
| 4 | I've come all the way from Korea just for | 15:21:49 |
| 5 | these purposes.  And instead of getting to the crux | 15:21:51 |
| 6 | of the matter, you just seem to be beating around | 15:21:54 |
| 7 | the bush, wasting my time. | 15:21:56 |
| 8 | Q    What do you believe the crux of the | 15:22:01 |
| 9 | matter? | 15:22:02 |
| 10 | A    You have continued to ask me about the | 15:22:11 |
| 11 | issue of the protective order, had you not? | 15:22:13 |
| 12 | Q    Do you believe the protective order to be | 15:22:17 |
| 13 | the crux of the matter? | 15:22:18 |
| 14 | A    That's exactly what you told me. | 15:22:27 |
| 15 | Q    And you believe this process has been a | 15:22:30 |
| 16 | waste of your time? | 15:22:32 |
| 17 | MR. CHIATE:  It's argumentative.  He | 15:22:41 |
| 18 | didn't say the process was.  He said your last | 15:22:43 |
| 19 | questions were. | 15:22:46 |
| 20 | BY MR. SYRETT: | 15:22:54 |
| 21 | Q    You can answer. | 15:22:54 |
| 22 | A    I don't know. | 15:22:58 |
| 23 | Q    Do you know whether anyone at Samsung -- | 15:23:01 |
| 24 | actually, let me go back to my previous question. | 15:23:04 |
| 25 | Do you know if there's anyone outside of | 15:23:07 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

116

| | | |
|---|---|---|
| 1 | the licensing group who would customarily review a | 15:23:08 |
| 2 | letter such as Exhibit 10 before it was sent to | 15:23:12 |
| 3 | Apple? | 15:23:14 |
| 4 | MR. CHIATE:  Again -- | 15:23:30 |
| 5 | THE WITNESS:  I don't know. | 15:23:31 |
| 6 | MR. CHIATE:  Again, Counsel, I now agree. | 15:23:31 |
| 7 | You are wasting time.  You're now asking more about | 15:23:33 |
| 8 | negotiations.  And the Court's order was limited to, | 15:23:35 |
| 9 | as I've said many times, communications concerning | 15:23:40 |
| 10 | Apple's license with Nokia, Ericsson, Sharp, and | 15:23:44 |
| 11 | Philips.  And you've asked a half dozen questions of | 15:23:44 |
| 12 | those, and you've gotten your answers.  I won't | 15:23:49 |
| 13 | repeat them. | 15:23:52 |
| 14 | But all the rest of this seems to be | 15:23:53 |
| 15 | pursuing how Samsung writes its letters, makes its | 15:23:55 |
| 16 | offers, who is involved in the negotiation process, | 15:24:01 |
| 17 | and that is not part of what this deposition of this | 15:24:05 |
| 18 | witness is intended to do. | 15:24:09 |
| 19 | I presume he's been named as a witness to | 15:24:10 |
| 20 | the issue limited by the Court's order, and I again | 15:24:13 |
| 21 | request that you limit your questions to his | 15:24:17 |
| 22 | knowledge with respect to Apple's licenses with | 15:24:19 |
| 23 | Nokia, Ericsson, Sharp, and Philips. | 15:24:22 |
| 24 | And why don't we take a break, and you can | 15:24:25 |
| 25 | maybe hone down your questions to that issue if we | 15:24:27 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

117

| | | |
|---|---|---|
| 1 | can.  But can we take a break now?  Unless you have | 15:24:29 |
| 2 | a question pending. | 15:24:32 |
| 3 | MR. SYRETT:  One more question. | 15:24:32 |
| 4 | BY MR. SYRETT: | 15:24:34 |
| 5 | Q    Are you aware of anyone at Samsung using | 15:24:34 |
| 6 | confidential information produced by Apple during | 15:24:37 |
| 7 | litigation for the purposes of drafting Exhibit 10? | 15:24:39 |
| 8 | A    To my understanding, there has been no | 15:25:05 |
| 9 | one. | 15:25:06 |
| 10 | MR. SYRETT:  Let's take a break. | 15:25:07 |
| 11 | THE VIDEOGRAPHER:  We're ending Tape No. 4 | 15:25:08 |
| 12 | in the deposition of Jaewan Chi and going off the | 15:25:10 |
| 13 | record at 3:25 p.m. | 15:25:13 |
| 14 | (Recess.) | 15:25:15 |
| 15 | THE VIDEOGRAPHER:  This is Tape No. 5 in | 15:34:04 |
| 16 | the deposition of Jaewan Chi.  We're back on the | 15:34:06 |
| 17 | record at 3:34 p.m. | 15:34:09 |
| 18 | MR. CHIATE:  Counsel, I need to just put | 15:34:12 |
| 19 | something on the record relative to our earlier | 15:34:16 |
| 20 | discussion, which, as I recall now, was off the | 15:34:18 |
| 21 | record. | 15:34:23 |
| 22 | Early in the deposition I mentioned that I | 15:34:24 |
| 23 | saw a potential risk of violating either an NDA or a | 15:34:26 |
| 24 | protective order or a mediation privilege or some | 15:34:34 |
| 25 | other restriction on the use of certain evidence and | 15:34:37 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

118

| | | |
|---|---|---|
| 1 | answers by this witness in the presence of counsel | 15:34:41 |
| 2 | for Nokia. | 15:34:47 |
| 3 | And I requested that he be excused when we | 15:34:48 |
| 4 | get to such discussions, and your position was | 15:34:51 |
| 5 | essentially that you did not think you could ask him | 15:34:54 |
| 6 | to leave because of the court order. | 15:34:56 |
| 7 | And as a result following that, I simply | 15:35:04 |
| 8 | requested that we provide that the deposition itself | 15:35:05 |
| 9 | be considered for attorneys' eyes only until we sort | 15:35:09 |
| 10 | out what part of the testimony could and could not | 15:35:12 |
| 11 | be used.  I think you'll confirm that, that we had | 15:35:13 |
| 12 | that discussion. | 15:35:19 |
| 13 | MR. SYRETT:  Yes. | 15:35:20 |
| 14 | MR. CHIATE:  Okay. | 15:35:21 |
| 15 | I would like to add to the request that | 15:35:22 |
| 16 | the documents used likewise be considered for | 15:35:25 |
| 17 | attorneys' eyes only until further resolution of | 15:35:29 |
| 18 | what is and what is not permissible for Nokia to | 15:35:32 |
| 19 | see. | 15:35:36 |
| 20 | And particularly I have in mind | 15:35:37 |
| 21 | Exhibit 10, among the others.  But particularly | 15:35:39 |
| 22 | Exhibit 10 because, in my view, as I indicated, this | 15:35:43 |
| 23 | document does appear to be subject to a | 15:35:48 |
| 24 | nondisclosure agreement, and I think that Apple's | 15:35:50 |
| 25 | use of it in this deposition is a violation, and | 15:35:54 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

119

| | | |
|---|---|---|
| 1 | therefore Samsung would object to its use for any | 15:36:00 |
| 2 | purpose and would ask specifically that this | 15:36:03 |
| 3 | document not be shown to anyone other than | 15:36:07 |
| 4 | attorneys' eyes only by Nokia's counsel. | 15:36:10 |
| 5 | MR. SYRETT:  Apple has no objection to | 15:36:13 |
| 6 | maintaining all the exhibits as attorneys' eyes | 15:36:16 |
| 7 | only. | 15:36:18 |
| 8 | I disagree with your characterization of | 15:36:19 |
| 9 | the NDA.  I think a review of the NDA will | 15:36:21 |
| 10 | suggest -- as well as the parties' conduct during | 15:36:24 |
| 11 | the litigation where the licensing negotiations have | 15:36:26 |
| 12 | been discussed extensively during discovery.  This | 15:36:29 |
| 13 | is appropriate.  But we can work that out later. | 15:36:33 |
| 14 | MR. KOPPELMAN:  I guess I have one | 15:36:37 |
| 15 | comment. | 15:36:38 |
| 16 | I can agree to keep Exhibit 10 as AEO. | 15:36:38 |
| 17 | Exhibit 9 has already, I think, been circulated more | 15:36:43 |
| 18 | widely, although I'm not sure -- I know many of | 15:36:48 |
| 19 | Becher's letters we sought specific confirmation | 15:36:51 |
| 20 | that it be shared with our client. | 15:36:54 |
| 21 | Exhibit 2 is the order, which is not AEO. | 15:36:56 |
| 22 | So we may need to go exhibit by exhibit. | 15:37:00 |
| 23 | But at least agree on Exhibit 10, which seems to be | 15:37:03 |
| 24 | the one of concern. | 15:37:06 |
| 25 | MR. CHIATE:  That's fine. | 15:37:09 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

120

| | | |
|---|---|---|
| 1 | If it's already been agreed, it's been | 15:37:09 |
| 2 | agreed. I just want to make sure that we're | 15:37:10 |
| 3 | covering -- when I said attorneys' eyes only, I | 15:37:13 |
| 4 | meant it would all be deemed attorneys' eyes only | 15:37:14 |
| 5 | until we otherwise agree; I simply wanted to include | 15:37:17 |
| 6 | exhibits for that. To the extent it's already been | 15:37:19 |
| 7 | shown or it doesn't apply, then that's easy. But | 15:37:21 |
| 8 | until we agree on it, it's our request that they all | 15:37:24 |
| 9 | be considered attorneys' eyes only. | 15:37:27 |
| 10 | MR. SYRETT: Okay. Ready to go? | 15:37:30 |
| 11 | MR. CHIATE: Yeah. | 15:37:32 |
| 12 | MR. SYRETT: Actually, I apologize. I | 15:37:54 |
| 13 | thought I had another document, but I realize it's a | 15:37:55 |
| 14 | duplicate of something I've already marked, so I'm | 15:37:57 |
| 15 | not going to go into that. | 15:37:59 |
| 16 | And now would be a good time -- we can | 15:38:01 |
| 17 | take a -- just go off for a minute and switch | 15:38:02 |
| 18 | positions with Mr. Koppelman. | 15:38:04 |
| 19 | I may have more questions after, but let | 15:38:05 |
| 20 | me see what I have left, and Mr. Koppelman can take | 15:38:07 |
| 21 | over for a little bit. | 15:38:10 |
| 22 | MR. CHIATE: Okay. | 15:38:11 |
| 23 | THE VIDEOGRAPHER: We're going off the | 15:38:12 |
| 24 | record at 3:38 p.m. | 15:38:12 |
| 25 | (Recess.) | 15:39:03 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

121

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  We're back on the | 15:39:04 |
| 2 | record at 3:39 p.m. | 15:39:04 |
| 3 | | 15:39:06 |
| 4 | EXAMINATION | 15:39:06 |
| 5 | BY MR. KOPPELMAN: | 15:39:07 |
| 6 | Q    Good afternoon, Mr. Chi. | 15:39:07 |
| 7 | A    Good afternoon. | 15:39:10 |
| 8 | Q    Are you currently admitted as an attorney | 15:39:13 |
| 9 | to any bars in the U.S. or Korea? | 15:39:15 |
| 10 | A    Yes.  For Illinois. | 15:39:30 |
| 11 | Q    You're a member in good standing of the | 15:39:35 |
| 12 | Illinois Bar? | 15:39:37 |
| 13 | A    I don't know if I'm still a member in good | 15:39:50 |
| 14 | standing because for last year's CLE, I was a little | 15:39:52 |
| 15 | too busy.  I didn't quite, you know, get to fulfill | 15:39:57 |
| 16 | that.  So -- | 15:40:00 |
| 17 | Q    So are you no longer admitted currently as | 15:40:08 |
| 18 | an attorney in good standing in Illinois? | 15:40:11 |
| 19 | MR. CHIATE:  I'm going to object.  That | 15:40:25 |
| 20 | may call for a legal conclusion on what you mean by | 15:40:25 |
| 21 | "good standing." | 15:40:27 |
| 22 | The witness has testified that he was | 15:40:29 |
| 23 | admitted.  He has not complied with last year's CLE. | 15:40:31 |
| 24 | Whether that means he's not in good standing is a | 15:40:35 |
| 25 | matter of interpretation. | 15:40:36 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

122

| | | |
|---|---|---|
| 1 | MR. KOPPELMAN:  I'd rather hear his | 15:40:39 |
| 2 | answer. | 15:40:40 |
| 3 | THE WITNESS:  Except for the fact that I | 15:41:23 |
| 4 | was not able to fulfill last year's CLE | 15:41:24 |
| 5 | requirements, I do not believe there to be any | 15:41:27 |
| 6 | reason why I would not be deemed a member in good | 15:41:29 |
| 7 | standing. | 15:41:31 |
| 8 | BY MR. KOPPELMAN: | 15:41:37 |
| 9 | Q   In 2013, can you estimate what percentage | 15:41:38 |
| 10 | of your work time has been spent on matters related | 15:41:42 |
| 11 | to Apple? | 15:41:48 |
| 12 | A   I would estimate that the time that I have | 15:42:26 |
| 13 | expended in terms of any Apple patent litigation or | 15:42:28 |
| 14 | negotiations probably don't amount to even 10 | 15:42:32 |
| 15 | percent of my time. | 15:42:36 |
| 16 | Q   Would you have a different estimate for | 15:42:41 |
| 17 | 2012? | 15:42:43 |
| 18 | A   Yes.  If it's for the year 2012, then I | 15:42:58 |
| 19 | think I would have spent a little more time on the | 15:43:00 |
| 20 | Apple matter. | 15:43:04 |
| 21 | Q   For 2012, would you say as much as 25 | 15:43:06 |
| 22 | percent? | 15:43:08 |
| 23 | A   I'd say about 20 percent. | 15:43:21 |
| 24 | Q   For 2013, can you estimate what percentage | 15:43:23 |
| 25 | of your work time you spent on matters related to | 15:43:25 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

123

| | | |
|---|---|---|
| 1 | Nokia? | 15:43:30 |
| 2 | A    Almost none. | 15:43:43 |
| 3 | Q    Would you have a different answer for | 15:43:44 |
| 4 | 2012? | 15:43:45 |
| 5 | A    2012 on the Nokia case.  I would say I, | 15:43:56 |
| 6 | for the most part, spent no time. | 15:43:59 |
| 7 | Q    Have you ever been asked to delete | 15:44:22 |
| 8 | specific e-mails relating to the Apple-Samsung | 15:44:23 |
| 9 | litigation? | 15:44:28 |
| 10 | A    I have not. | 15:44:39 |
| 11 | Q    Do you know Paul Mellin at Nokia? | 15:45:00 |
| 12 | A    I don't. | 15:45:12 |
| 13 | Q    Have you seen his declaration that has | 15:45:12 |
| 14 | been filed in this case? | 15:45:14 |
| 15 | A    I have not. | 15:45:21 |
| 16 | Q    You were previously asked questions about | 15:45:47 |
| 17 | a June meeting between Samsung and Nokia.  I'd like | 15:45:50 |
| 18 | to ask a couple more questions about that. | 15:45:55 |
| 19 | A    All right. | 15:46:11 |
| 20 | Q    Do you recall having any discussions with | 15:46:15 |
| 21 | Mr. Ahn, Dr. Ahn about a June meeting with Nokia? | 15:46:17 |
| 22 | A    I have not had any such conversations with | 15:46:39 |
| 23 | Dr. Ahn. | 15:46:40 |
| 24 | Q    And to be clear, no discussions either | 15:46:44 |
| 25 | before or after a meeting with Nokia took place? | 15:46:47 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

124

| | | |
|---|---|---|
| 1 | MR. CHIATE:  Objection.  Counsel, you're | 15:47:02 |
| 2 | asking about conversations with Dr. Ahn relating to | 15:47:03 |
| 3 | that meeting? | 15:47:05 |
| 4 | MR. KOPPELMAN:  Correct. | 15:47:08 |
| 5 | MR. CHIATE:  And, again -- | 15:47:22 |
| 6 | THE WITNESS:  None. | 15:47:23 |
| 7 | BY MR. KOPPELMAN: | 15:47:29 |
| 8 | Q    Did you do anything to prepare for a June | 15:47:30 |
| 9 | meeting between Samsung and Nokia? | 15:47:32 |
| 10 | MR. CHIATE:  I would object and instruct | 15:47:44 |
| 11 | the witness not to answer the question with respect | 15:47:44 |
| 12 | to any work product or attorney-client privilege | 15:47:46 |
| 13 | that may be disclosed in connection with the answer. | 15:47:50 |
| 14 | But if it would not disclose an | 15:47:52 |
| 15 | attorney-client or work product privilege, the | 15:47:55 |
| 16 | witness may answer. | 15:47:56 |
| 17 | THE WITNESS:  Nothing that I have | 15:48:11 |
| 18 | personally undertaken. | 15:48:12 |
| 19 | BY MR. KOPPELMAN: | 15:48:29 |
| 20 | Q    Have you ever seen met David Teece? | 15:48:29 |
| 21 | A    No, I have not. | 15:48:35 |
| 22 | Q    Have you ever spoken to David Teece, | 15:48:36 |
| 23 | perhaps on the phone? | 15:48:38 |
| 24 | A    No. | 15:48:43 |
| 25 | Q    Do you know who Tom Pease is? | 15:48:46 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

125

| | | |
|---|---|---|
| 1 | A    Yes.  Tom Pease. | 15:48:52 |
| 2 | Q    Have you ever met in person with | 15:49:00 |
| 3 | Tom Pease? | 15:49:02 |
| 4 | A    Yes, I have. | 15:49:06 |
| 5 | Q    How many times have you met in person with | 15:49:08 |
| 6 | Tom Pease? | 15:49:09 |
| 7 | A    I think maybe a couple -- three times. | 15:49:22 |
| 8 | Q    When were those meetings? | 15:49:26 |
| 9 | A    Now, that was perhaps I think around | 15:50:02 |
| 10 | January, February time frame of this year.  And | 15:50:03 |
| 11 | before that, there was another occasion in the U.S. | 15:50:06 |
| 12 | The January and February encounter was in Korea. | 15:50:10 |
| 13 | Q    Other than one meeting in January and | 15:50:24 |
| 14 | February of 2013 in Korea and before in the U.S., do | 15:50:25 |
| 15 | you recall any other meetings with Tom Pease that | 15:50:29 |
| 16 | you had in person? | 15:50:32 |
| 17 | A    Other than those, I don't have any | 15:50:54 |
| 18 | recollection. | 15:50:56 |
| 19 | Q    For the January/February 2013 meeting in | 15:51:03 |
| 20 | Korea, who was present? | 15:51:05 |
| 21 | A    On that occasion, a number of people were | 15:51:24 |
| 22 | in attendance.  It's just that I don't quite recall | 15:51:25 |
| 23 | as to who. | 15:51:27 |
| 24 | Q    Do you recall if Dr. Ahn was present? | 15:51:32 |
| 25 | A    My recollection is rather vague to the | 15:51:50 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

126

| | | |
|---|---|---|
| 1 | extent that I am not even certain whether he had | 15:51:52 |
| 2 | come by briefly and then left or whether he was | 15:51:56 |
| 3 | there throughout or what -- or whether he had not | 15:51:58 |
| 4 | come at all. | 15:52:01 |
| 5 | THE INTERPRETER:  Let the interpreter | 15:52:06 |
| 6 | clean that up. | 15:52:06 |
| 7 | THE WITNESS:  I am not even sure if he had | 15:52:07 |
| 8 | come by briefly and left or whether he didn't come | 15:52:08 |
| 9 | at all. | 15:52:10 |
| 10 | BY MR. KOPPELMAN: | 15:52:27 |
| 11 | Q    What was the purpose of this meeting? | 15:52:27 |
| 12 | MR. CHIATE:  I'm going to object and | 15:52:32 |
| 13 | instruct the witness not to answer the question if | 15:52:32 |
| 14 | to do so would disclose any attorney-client or work | 15:52:36 |
| 15 | product privilege. | 15:52:38 |
| 16 | And I feel compelled to again remind | 15:52:41 |
| 17 | counsel that the Court's order for these witnesses, | 15:52:43 |
| 18 | including Mr. Chi, relate to communications they | 15:52:45 |
| 19 | have had subsequent to March 24, 2012 regarding | 15:52:50 |
| 20 | Apple's licenses with Nokia, Ericsson, Sharp, and | 15:52:52 |
| 21 | Philips.  This isn't open season for everything you | 15:52:58 |
| 22 | want to ask this witness. | 15:53:00 |
| 23 | So I can't instruct him not to answer, but | 15:53:02 |
| 24 | I can object and indicate you're wasting your time | 15:53:04 |
| 25 | by going beyond what the Court has permitted. | 15:53:06 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

127

| | | |
|---|---|---|
| 1 | But -- | 15:53:09 |
| 2 | MR. KOPPELMAN:  I strongly disagree with | 15:53:10 |
| 3 | your characterization of my question, but we should | 15:53:10 |
| 4 | continue. | 15:53:16 |
| 5 | THE WITNESS:  We got together on something | 15:53:47 |
| 6 | that was entirely unrelated to the pending patent | 15:53:48 |
| 7 | litigation with Apple or the Apple and Nokia matter. | 15:53:52 |
| 8 | And beyond that, I am not able to disclose. | 15:53:57 |
| 9 | BY MR. KOPPELMAN: | 15:54:12 |
| 10 | Q    Were the terms of the Apple-Nokia license | 15:54:12 |
| 11 | agreement discussed at this meeting? | 15:54:15 |
| 12 | A    None whatsoever. | 15:54:22 |
| 13 | Q    You referenced a previous meeting in the | 15:54:25 |
| 14 | U.S. | 15:54:27 |
| 15 | Do you recall what month and year that | 15:54:34 |
| 16 | meeting in the U.S. took place with Tom Pease? | 15:54:35 |
| 17 | A    That I do not recall. | 15:54:54 |
| 18 | Q    Do you recall who was present? | 15:54:55 |
| 19 | A    If memory serves, I think I came over here | 15:55:16 |
| 20 | and ended up meeting him on account of an | 15:55:20 |
| 21 | Apple-related mediation.  But I otherwise don't | 15:55:22 |
| 22 | quite recall. | 15:55:26 |
| 23 | Q    Were the terms of the Apple-Nokia license | 15:55:34 |
| 24 | agreement discussed at that meeting? | 15:55:36 |
| 25 | A    No. | 15:55:44 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

128

| | | |
|---|---|---|
| 1 | When it comes to anything about the | 15:56:09 |
| 2 | mediation, I am not able to discuss that. | 15:56:10 |
| 3 | Q   Have you had phone calls with Tom Pease? | 15:56:29 |
| 4 | A   It doesn't seem to me that I have had | 15:56:47 |
| 5 | phone conversations with Tom Pease. | 15:56:48 |
| 6 | Q   Do you recall ever discussing the terms of | 15:56:58 |
| 7 | the Nokia-Apple license with Tom Pease on the phone? | 15:57:00 |
| 8 | A   No, I don't. | 15:57:12 |
| 9 | Q   Do you know who Stroz Friedberg is? | 15:57:50 |
| 10 | A   Stroz? | 15:57:59 |
| 11 | Q   S-t-r-o-z Friedberg. | 15:58:00 |
| 12 | A   I don't know. | 15:58:07 |
| 13 | Q   Do you know if there was an image recently | 15:58:16 |
| 14 | taken of your hard drive? | 15:58:19 |
| 15 | A   Yes.  I've heard something to that effect. | 15:58:26 |
| 16 | Q   Did you receive information in connection | 15:59:27 |
| 17 | with the Apple-Samsung case proceeding in the | 15:59:27 |
| 18 | Netherlands that included licensing information? | 15:59:35 |
| 19 | A   I have at one time or another heard | 15:59:56 |
| 20 | something. | 15:59:58 |
| 21 | Q   Do you recall receiving any licensing | 16:00:04 |
| 22 | information in connection with that? | 16:00:07 |
| 23 | A   What kind of licensing information? | 16:00:17 |
| 24 | Q   Financial terms of various license | 16:00:19 |
| 25 | agreements. | 16:00:21 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

129

| | | |
|---|---|---|
| 1 | A   As between whom and whom? | 16:00:31 |
| 2 | Q   I don't know, so that's why I'm asking. | 16:00:43 |
| 3 | Does he know -- I'm sorry -- do you know, you know, | 16:00:47 |
| 4 | whether you've received any licensing information | 16:00:49 |
| 5 | from various parties in connection with the | 16:00:53 |
| 6 | Netherlands litigation? | 16:00:54 |
| 7 | A   Well, what I got to hear was about the | 16:01:30 |
| 8 | rate that Apple was offering to us. | 16:01:33 |
| 9 | Q   By "us," you mean Samsung? | 16:01:38 |
| 10 | A   Yes. | 16:01:42 |
| 11 | And I think, as a matter of fact, that was | 16:01:51 |
| 12 | done in open court.  They made that offer publicly | 16:01:52 |
| 13 | in court. | 16:01:56 |
| 14 | Q   Were there any other licensing terms of | 16:02:01 |
| 15 | any other licenses disclosed to you in connection | 16:02:04 |
| 16 | with the Netherlands litigation? | 16:02:06 |
| 17 | A   When you say "other licenses," do you mean | 16:02:46 |
| 18 | as between Apple and some other party? | 16:02:50 |
| 19 | Q   Yes. | 16:02:52 |
| 20 | A   No.  In that case, I have not heard | 16:02:55 |
| 21 | anything. | 16:02:57 |
| 22 | Q   You previously testified about an analyst | 16:03:24 |
| 23 | who -- I'll use the word "speculated"; that wasn't | 16:03:37 |
| 24 | your testimony, but there was an analyst who | 16:03:42 |
| 25 | speculated about the terms of the Nokia-Apple | 16:03:44 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

130

1    license.                                          16:03:47

2         Do you recall speaking about that earlier?   16:03:50

3         MR. CHIATE:  I'm going to object that it's    16:04:14

4    ambiguous and uncertain.                          16:04:15

5         Are you asking him now whether he             16:04:16

6    testified that there was a report that was        16:04:18

7    speculative, or are you simply recharacterizing what  16:04:22

8    he said, and you're asking him the question?      16:04:24

9         MR. KOPPELMAN:  I'm just asking him -- I'm    16:04:28

10   just trying to redirect his attention to that     16:04:43

11   general topic without getting him to necessarily  16:04:45

12   adopt my words.                                   16:04:48

13   BY MR. KOPPELMAN:                                 16:04:57

14        Q    Do you recall that general topic that you  16:04:57

15   have testified about earlier?                     16:04:58

16        A    Yes.                                     16:05:06

17        Q    The information you read about the analyst  16:05:19

18   report, was that ever used by you or someone in your  16:05:23

19   team in formulating its offers to Nokia licensing  16:05:28

20   negotiations?                                     16:05:36

21        MR. CHIATE:  I'm going to instruct the       16:06:01

22   witness not to answer if to disclose the answer   16:06:01

23   would disclose an attorney-client or work product  16:06:04

24   privilege.                                        16:06:06

25        To the extent that he has knowledge and      16:06:09

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

131

| | | |
|---|---|---|
| 1 | has a foundation on which to answer, he may | 16:06:11 |
| 2 | otherwise answer it if it does not disclose | 16:06:13 |
| 3 | attorney-client or work product privilege. | 16:06:16 |
| 4 | THE WITNESS:  As I mentioned earlier, I | 16:06:58 |
| 5 | did not involve myself to any great extent in the | 16:06:59 |
| 6 | Nokia-related negotiations.  And, as such, I do not | 16:07:01 |
| 7 | know as to what extent, if at all, the Nokia-related | 16:07:06 |
| 8 | article played a role in formulating our offer. | 16:07:10 |
| 9 | MR. KOPPELMAN:  Thank you. | 16:07:17 |
| 10 | We received our first document production | 16:08:57 |
| 11 | last night at after 9:00 p.m.  It was completely | 16:09:00 |
| 12 | redacted.  And my understanding is there's more | 16:09:03 |
| 13 | documents on the way. | 16:09:06 |
| 14 | Based on the documents I have in front of | 16:09:07 |
| 15 | me, it's hard to even ask questions because there's | 16:09:09 |
| 16 | so much redactions.  But I anticipate when we have | 16:09:12 |
| 17 | more documents, there may be more questions.  But | 16:09:16 |
| 18 | that's all I have at this time. | 16:09:18 |
| 19 | Can we go off the record for a second? | 16:09:21 |
| 20 | THE VIDEOGRAPHER:  We're going off the | 16:09:23 |
| 21 | record at 4:09 p.m. | 16:09:24 |
| 22 | (Recess.) | 16:16:00 |
| 23 | THE VIDEOGRAPHER:  We're back on the | 16:16:00 |
| 24 | record at 4:16 p.m. | 16:16:01 |
| 25 | MR. SYRETT:  I'll mark as Exhibit 11 a | 16:16:03 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

132

| | | |
|---|---|---|
| 1 | July 4th, 2012 e-mail from Thomas V-i-n-j-e.  I | 16:16:07 |
| 2 | apologize; I only have a few copies. | 16:16:25 |
| 3 | (Exhibit 11 was marked for | 16:16:38 |
| 4 | identification by the reporter.) | 16:16:38 |
| 5 | | 16:16:38 |
| 6 | EXAMINATION (CONTINUED) | 16:16:38 |
| 7 | BY MR. SYRETT: | 16:16:38 |
| 8 | Q    Have you seen Exhibit 11 before? | 16:16:38 |
| 9 | A    As far as any e-mails from Thomas Vinje | 16:17:19 |
| 10 | are concerned, I have received a few e-mails from | 16:17:20 |
| 11 | him. | 16:17:23 |
| 12 | But the way this appears right now with | 16:17:24 |
| 13 | basically nothing substantive shown here, it's not | 16:17:27 |
| 14 | possible for me to answer one way or another as to | 16:17:31 |
| 15 | whether I've seen this. | 16:17:34 |
| 16 | Q    Let me ask you.  You are listed as a | 16:17:38 |
| 17 | recipient in the bottom line; is that correct? | 16:17:39 |
| 18 | A    That is correct. | 16:17:51 |
| 19 | Q    And do you recall receiving this e-mail? | 16:17:52 |
| 20 | A    I mean, seeing how I'm there, I probably | 16:18:04 |
| 21 | have received this. | 16:18:07 |
| 22 | Q    You have no reason to doubt that you | 16:18:09 |
| 23 | received it? | 16:18:11 |
| 24 | A    That is correct.  I don't. | 16:18:17 |
| 25 | Q    And has Clifford Chance worked on behalf | 16:18:21 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

133

| | | |
|---|---|---|
| 1 | of Samsung litigation relating to Apple? | 16:18:23 |
| 2 | A    No.  They have not. | 16:18:36 |
| 3 | Q    Have they worked with the European | 16:18:38 |
| 4 | Commission on behalf of Samsung? | 16:18:39 |
| 5 | A    They have. | 16:18:49 |
| 6 | Q    And, specifically, has Thomas Vinje | 16:18:52 |
| 7 | communicated with the European Commission on behalf | 16:18:56 |
| 8 | of Samsung? | 16:18:58 |
| 9 | A    Yes.  He has. | 16:19:11 |
| 10 | Q    Have you had any -- well, strike that. | 16:19:14 |
| 11 | Do you recall -- if I can direct your | 16:19:20 |
| 12 | attention, it lists two attachments to this e-mail. | 16:19:22 |
| 13 | Do you see that? | 16:19:26 |
| 14 | A    Yes. | 16:19:37 |
| 15 | Q    Do you recall opening these attachments? | 16:19:38 |
| 16 | A    No.  I don't recall. | 16:19:52 |
| 17 | Q    Do you know whether Mr. Vinje disclosed | 16:19:53 |
| 18 | confidential Apple information to the European | 16:19:58 |
| 19 | Commission? | 16:20:02 |
| 20 | A    I do not believe that he would have done | 16:20:26 |
| 21 | anything like that without Apple's consent.  So | 16:20:28 |
| 22 | absent Apple's consent, he would not have done | 16:20:32 |
| 23 | anything like that. | 16:20:34 |
| 24 | Q    Why do you say that? | 16:20:35 |
| 25 | A    Because it is my understanding that even | 16:20:54 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

134

|    |                                                                        |          |
|----|------------------------------------------------------------------------|----------|
| 1  | when talking about one or two items, he went about                     | 16:20:56 |
| 2  | seeking Apple's consent.                                               | 16:21:02 |
| 3  | Q     And when you say "one or two items," what                       | 16:21:03 |
| 4  | do you mean?                                                            | 16:21:06 |
| 5  | A     I don't even recall what the one or two                        | 16:21:28 |
| 6  | matters were about at this time.  But it goes                          | 16:21:29 |
| 7  | without saying that absent any consent from Apple,                     | 16:21:32 |
| 8  | he would not have and has not disclosed any                            | 16:21:37 |
| 9  | confidential information.                                              | 16:21:39 |
| 10 | Q     Do you know for a fact that Mr. Vinje has                       | 16:22:10 |
| 11 | not disclosed Apple confidential information to the                    | 16:22:13 |
| 12 | European Commission without permission?                                | 16:22:16 |
| 13 | A     That is my understanding.                                       | 16:22:34 |
| 14 | Q     What is your understanding based on?                            | 16:22:36 |
| 15 | A     That would be based upon Thomas' and our                       | 16:22:59 |
| 16 | communication, et cetera, et cetera.                                   | 16:23:01 |
| 17 | Q     Any specific communication?                                     | 16:23:07 |
| 18 | A     No.                                                             | 16:23:08 |
| 19 | Q     Has Mr. Vinje told you explicitly that he                      | 16:23:11 |
| 20 | has never submitted Apple confidential information                     | 16:23:14 |
| 21 | to the European Commission without permission?                        | 16:23:16 |
| 22 | MR. CHIATE:  Objection.  Instruct the                                 | 16:23:35 |
| 23 | witness not to answer to the extent it calls for                      | 16:23:35 |
| 24 | attorney-client and work product privilege.  If he                    | 16:23:38 |
| 25 | knows some other way not protected as privileged, he                  | 16:23:39 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

135

| | | |
|---|---|---|
| 1 | may answer. | 16:23:43 |
| 2 | THE WITNESS:  It's difficult for me to | 16:24:05 |
| 3 | answer. | 16:24:06 |
| 4 | BY MR. SYRETT: | 16:24:09 |
| 5 | Q    Because of issues related to privilege? | 16:24:10 |
| 6 | A    Right. | 16:24:14 |
| 7 | Q    Did you participate in drafting or | 16:24:17 |
| 8 | reviewing any Samsung submission made to the | 16:24:20 |
| 9 | European Commission? | 16:24:25 |
| 10 | A    I have reviewed such. | 16:24:42 |
| 11 | Q    And during your review, have you seen any | 16:24:45 |
| 12 | Apple confidential licensing information? | 16:24:46 |
| 13 | A    I -- no.  I have no recollection of coming | 16:25:03 |
| 14 | across anything like that. | 16:25:06 |
| 15 | Q    Have you seen any indication of specific | 16:25:07 |
| 16 | financial payments made by Apple under any of its | 16:25:12 |
| 17 | licenses in the European Commission filings that you | 16:25:16 |
| 18 | have reviewed made by Samsung? | 16:25:18 |
| 19 | A    No.  I do not have any such recollection. | 16:25:43 |
| 20 | Q    You testified you have reviewed filings | 16:25:45 |
| 21 | Samsung has made. | 16:25:50 |
| 22 | Have you revised or otherwise edited or | 16:25:51 |
| 23 | suggested edits to any such filings? | 16:25:53 |
| 24 | A    Well, it's not like me making a | 16:26:51 |
| 25 | recommendation directly to Vinje. | 16:26:56 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

136

1    You see, we have a separate antitrust          16:26:58

2    team, which is not part of the IP legal center.   16:27:00

3    They are with a different legal team elsewhere.  And   16:27:03

4    when those guys would offer their comments, I would   16:27:07

5    be there.  Sometimes I would offer my own opinions.   16:27:12

6         THE INTERPRETER:  IP center, as opposed to   16:27:20

7    IP legal center.                                16:27:22

8    BY MR. SYRETT:                                  16:27:24

9    Q    So you have offered input on submissions    16:27:24

10   that Samsung has made to the European Commission   16:27:25

11   relating to Apple?                              16:27:27

12   A    I have seen things like that.              16:27:44

13   Q    But my question was whether you have        16:27:46

14   offered any input to filings that Samsung has made   16:27:48

15   to the European Commission.                     16:27:51

16   A    I just told you that.  Yes.  I just told    16:28:07

17   you yes.                                        16:28:08

18   Q    And directing you back to Exhibit 11, you   16:28:11

19   see the second attachment is titled SEC supplemental   16:28:13

20   factual paper?                                  16:28:18

21   A    Yes.                                       16:28:30

22   Q    And I take it SEC stands for Samsung        16:28:31

23   Electronic Company?                             16:28:34

24   A    Yes.                                       16:28:40

25   Q    Do you have any recollection of reviewing   16:28:42

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

137

| | | |
|---|---|---|
| 1 | a supplemental factual paper that Samsung submitted | 16:28:45 |
| 2 | to the European Commission? | 16:28:48 |
| 3 | A     Well, not that I would recall anything in | 16:29:11 |
| 4 | terms of the details, but that I have reviewed such, | 16:29:13 |
| 5 | yes.  That much I can tell you. | 16:29:16 |
| 6 | Q     And specifically I'm asking about a | 16:29:18 |
| 7 | supplemental factual paper. | 16:29:20 |
| 8 | Do you have a specific recollection of | 16:29:22 |
| 9 | that? | 16:29:23 |
| 10 | A     Well, as a matter of fact, without | 16:29:46 |
| 11 | actually looking at what this exactly was, I am not | 16:29:48 |
| 12 | sure if I would in fact be able to say, yes, that I | 16:29:52 |
| 13 | have gotten to see this or what without looking -- | 16:29:57 |
| 14 | knowing the title or just by way of the title. | 16:30:01 |
| 15 | Q     And do you recall ever having reviewed an | 16:30:05 |
| 16 | initial or a prior factual paper that Samsung | 16:30:10 |
| 17 | submitted to the European Commission? | 16:30:13 |
| 18 | A     Yes.  Sort of. | 16:30:32 |
| 19 | Q     What is your recollection? | 16:30:32 |
| 20 | A     Facts underlying the fact that Apple and | 16:30:52 |
| 21 | Samsung have been engaged in negotiations, and it | 16:30:54 |
| 22 | also entailed as to how the litigation was given | 16:30:57 |
| 23 | rise to. | 16:31:01 |
| 24 | Q     Was there any information in there about | 16:31:04 |
| 25 | Apple's license agreements? | 16:31:05 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

138

| | | |
|---|---|---|
| 1 | A   As far as my recollection goes, none. | 16:31:17 |
| 2 | Q   Earlier Mr. Koppelman asked you some | 16:31:20 |
| 3 | questions about a proceeding in the Netherlands. | 16:31:22 |
| 4 | Do you recall those questions? | 16:31:26 |
| 5 | A   Yes. | 16:31:36 |
| 6 | Q   Do you have any recollection of a court in | 16:31:37 |
| 7 | the Netherlands requesting Apple and Samsung to | 16:31:40 |
| 8 | provide licensing information in a spreadsheet on an | 16:31:44 |
| 9 | anonymous basis? | 16:31:48 |
| 10 | A   I've heard about that. | 16:32:13 |
| 11 | Q   Have you -- strike that. | 16:32:16 |
| 12 | Do you have an understanding that there | 16:32:20 |
| 13 | were a limited group of Samsung employees who were | 16:32:22 |
| 14 | allowed to see the licensing spreadsheet that Apple | 16:32:24 |
| 15 | submitted to the Netherlands court? | 16:32:28 |
| 16 | A   Yes.  That is what I've heard. | 16:32:49 |
| 17 | Q   And do you recall whether you were among | 16:32:51 |
| 18 | the group that was allowed to see the Apple | 16:32:52 |
| 19 | submission? | 16:32:54 |
| 20 | A   That is my understanding. | 16:33:08 |
| 21 | Q   That you were among the group? | 16:33:09 |
| 22 | A   Yes. | 16:33:13 |
| 23 | Q   Do you recall looking at the Apple | 16:33:14 |
| 24 | spreadsheet that was submitted in the Netherlands? | 16:33:16 |
| 25 | A   I don't have any recollection. | 16:33:24 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

139

| | | |
|---|---|---|
| 1 | Q   Do you recall -- well, do you recall | 16:33:30 |
| 2 | drawing any conclusions based on that spreadsheet? | 16:33:34 |
| 3 | A   I don't have any recollection to that | 16:33:49 |
| 4 | effect. | 16:33:50 |
| 5 | Q   And I take it it's fair to say that your | 16:33:58 |
| 6 | review of the Apple spreadsheet in the Netherlands | 16:34:00 |
| 7 | to your recollection does not form the basis of any | 16:34:04 |
| 8 | knowledge you have about the Nokia agreement? | 16:34:06 |
| 9 | MR. CHIATE:  Well, assumes a fact not in | 16:34:09 |
| 10 | evidence that he reviewed it, which he said he | 16:34:10 |
| 11 | didn't recall. | 16:34:12 |
| 12 | MR. SYRETT:  Fair enough.  Let me restate | 16:34:50 |
| 13 | it. | 16:34:50 |
| 14 | BY MR. SYRETT: | 16:34:54 |
| 15 | Q   It's not your position that you learned -- | 16:34:54 |
| 16 | or that you have any recollection or learned | 16:34:56 |
| 17 | anything about the Apple-Nokia license from that | 16:34:58 |
| 18 | spreadsheet; correct? | 16:35:02 |
| 19 | MR. CHIATE:  I don't think that was the | 16:35:18 |
| 20 | question. | 16:35:18 |
| 21 | THE WITNESS:  So am I still to answer? | 16:35:29 |
| 22 | MR. SYRETT:  Yes. | 16:35:31 |
| 23 | THE WITNESS:  What was the question? | 16:35:36 |
| 24 | MR. SYRETT:  Let me try it a third time. | 16:35:37 |
| 25 | BY MR. SYRETT: | 16:35:40 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

140

| | |
|---|---|
| 1      Q    We talked earlier about the analyst report | 16:35:40 |
| 2    and the Nokia financial statement that you recall | 16:35:43 |
| 3    seeing at some point; correct? | 16:35:47 |
| 4      A    Yes. | 16:36:05 |
| 5      Q    And I want to confirm that having now | 16:36:05 |
| 6    thought about this proceeding in the Netherlands, | 16:36:08 |
| 7    that it's not your recollection that you gained any | 16:36:09 |
| 8    knowledge about the Apple-Nokia license from the | 16:36:13 |
| 9    Netherlands proceeding? | 16:36:18 |
| 10      A    Right.  It is not. | 16:36:42 |
| 11      Q    Or about any other Apple license? | 16:36:43 |
| 12      A    Right.  That is correct. | 16:36:50 |
| 13      Q    Do you recall having any discussions with | 16:36:51 |
| 14    anyone at Samsung about the Apple submission in the | 16:36:52 |
| 15    Netherlands? | 16:36:55 |
| 16           MR. CHIATE:  Objection.  Instruct the | 16:37:07 |
| 17    witness not to answer if it would require the | 16:37:07 |
| 18    disclosure of any attorney-client or work product | 16:37:09 |
| 19    privilege. | 16:37:10 |
| 20           THE WITNESS:  I did have discussions or a | 16:37:35 |
| 21    discussion as to the offer that Apple made vis-à-vis | 16:37:37 |
| 22    Samsung as to at what rate they were willing to take | 16:37:41 |
| 23    a license as to Samsung's patents. | 16:37:44 |
| 24    BY MR. SYRETT: | 16:37:48 |
| 25      Q    Is that the earlier offer you've referred | 16:37:48 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

141

| | | |
|---|---|---|
| 1 | to that you believe was made in open court? | 16:37:50 |
| 2 | A    Yes.  That is right. | 16:38:02 |
| 3 | Q    But you cannot recall any discussion with | 16:38:03 |
| 4 | anyone at Samsung related specifically to Apple's | 16:38:05 |
| 5 | submission of a licensing spreadsheet in the | 16:38:07 |
| 6 | Netherlands? | 16:38:12 |
| 7 | A    That is right.  None whatsoever. | 16:38:30 |
| 8 | MR. SYRETT:  Mark as Exhibit 12 a | 16:38:37 |
| 9 | March 27th, 2012 e-mail from Hojin Chang. | 16:38:39 |
| 10 | (Exhibit 12 was marked for | 16:39:01 |
| 11 | identification by the reporter.) | 16:39:01 |
| 12 | | |
| 13 | BY MR. SYRETT: | 16:39:01 |
| 14 | Q    Have you seen Exhibit 12 before? | 16:39:01 |
| 15 | A    No. | 16:39:12 |
| 16 | Q    And I take it that that is not your name | 16:39:13 |
| 17 | in the cc field? | 16:39:15 |
| 18 | A    It is not. | 16:39:23 |
| 19 | Q    Do you know whose name that is? | 16:39:24 |
| 20 | A    Heungju Kwon. | 16:39:28 |
| 21 | Q    And Mr. -- is that Mr. Kwon who reports to | 16:39:30 |
| 22 | you? | 16:39:31 |
| 23 | A    Yes. | 16:39:34 |
| 24 | Q    Do you ever recall discussing the expert | 16:39:41 |
| 25 | report of David Teece with Mr. Kwon? | 16:39:42 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

142

| | | |
|---|---|---|
| 1 | A    No. | 16:39:53 |
| 2 | Q    Going back to the Netherlands issue -- and | 16:39:56 |
| 3 | I apologize if I've asked this, but just to make | 16:39:58 |
| 4 | sure.  Is it your recollection that you never saw | 16:40:00 |
| 5 | Apple's Nokia -- excuse me. | 16:40:03 |
| 6 | Is it your recollection that you never saw | 16:40:07 |
| 7 | the spreadsheet Apple submitted in the Netherlands? | 16:40:09 |
| 8 | A    Right.  To the extent I recall, I have not | 16:40:31 |
| 9 | seen that. | 16:40:33 |
| 10 | MR. SYRETT:  Let me mark as Exhibit 13 a | 16:40:37 |
| 11 | March 27th, 2012 e-mail from Hojin Chang. | 16:40:42 |
| 12 | | |
| 13 | (Exhibit 13 was marked for | 16:41:05 |
| 14 | identification by the reporter.) | 16:41:05 |
| 15 | BY MR. SYRETT: | 16:41:05 |
| 16 | Q    Have you seen Exhibit 13 before? | 16:41:06 |
| 17 | A    I have not. | 16:41:15 |
| 18 | Q    And I take it you're not one of the | 16:41:15 |
| 19 | recipients listed in the two fields? | 16:41:16 |
| 20 | A    Right. | 16:41:27 |
| 21 | Q    Do you know who those recipients are? | 16:41:28 |
| 22 | A    Heungju Kwon and Yong-Gu Park, who I don't | 16:41:30 |
| 23 | really know. | 16:41:44 |
| 24 | Q    Does Mr. Kwon have any responsibility for | 16:41:48 |
| 25 | Samsung's litigation? | 16:41:51 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

143

| | | |
|---|---|---|
| 1 | A    Well, he doesn't directly involve himself | 16:42:08 |
| 2 | in any of those matters, but he does conduct some | 16:42:10 |
| 3 | follow up. | 16:42:13 |
| 4 | Q    What sorts of follow up? | 16:42:14 |
| 5 | A    Such as drafting reports and what have | 16:42:23 |
| 6 | you. | 16:42:25 |
| 7 | Q    When you say "reports," do you mean | 16:42:28 |
| 8 | reports within Samsung or expert reports? | 16:42:30 |
| 9 | A    Internal reports. | 16:42:39 |
| 10 | Q    Internal reports about the status of | 16:42:41 |
| 11 | litigation? | 16:42:42 |
| 12 | A    Yes. | 16:42:50 |
| 13 | Q    And are those reports provided to you? | 16:42:50 |
| 14 | A    Some come to me. | 16:42:58 |
| 15 | And he basically reports on those things | 16:43:05 |
| 16 | that he deems important. | 16:43:07 |
| 17 | MR. SYRETT:  Mark as Exhibit 14 an | 16:43:10 |
| 18 | April 9th, 2012 e-mail from Hojin Chang. | 16:43:14 |
| 19 | (Exhibit 14 was marked for | 16:43:51 |
| 20 | identification by the reporter.) | 16:43:51 |
| 21 | BY MR. SYRETT: | 16:43:52 |
| 22 | Q    Have you seen Exhibit 14 before? | 16:43:52 |
| 23 | A    This one I have not come across. | 16:44:16 |
| 24 | Q    And I take it you're not one of the | 16:44:17 |
| 25 | recipients on the cc field? | 16:44:19 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS – ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

144

| | | |
|---|---|---|
| 1 | A    Right.  I am not. | 16:44:23 |
| 2 | Q    Do you know who those people are? | 16:44:25 |
| 3 | A    Yes.  One is Seongwoo Kim.  He's being | 16:44:29 |
| 4 | deposed right now. | 16:44:36 |
| 5 | And then Daniel Ko, internal counsel. | 16:44:40 |
| 6 | MR. SYRETT:  Mark as Exhibit 15 an | 16:44:55 |
| 7 | April 20th, 2012 e-mail from Heungju Kwon. | 16:44:56 |
| 8 | (Exhibit 15 was marked for | 16:45:27 |
| 9 | identification by the reporter.) | 16:45:27 |
| 10 | BY MR. SYRETT: | 16:45:28 |
| 11 | Q    Have you seen Exhibit 15 before? | 16:45:28 |
| 12 | A    No. | 16:45:36 |
| 13 | Q    And I take it you're not one of the | 16:45:37 |
| 14 | recipients in the two fields? | 16:45:39 |
| 15 | A    Right. | 16:45:47 |
| 16 | Q    Do you know who those recipients are? | 16:45:47 |
| 17 | A    Yes. | 16:45:50 |
| 18 | There's Seonghun Kim and Hojin Chang | 16:45:53 |
| 19 | and -- those two. | 16:45:58 |
| 20 | MR. SYRETT:  Mark as Exhibit 16 an | 16:46:13 |
| 21 | April 20th, 2012 e-mail from Seongwoo Kim. | 16:46:14 |
| 22 | (Exhibit 16 was marked for | 16:46:46 |
| 23 | identification by the reporter.) | 16:46:46 |
| 24 | BY MR. SYRETT: | 16:46:46 |
| 25 | Q    Have you seen this before? | 16:46:46 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

145

| | | |
|---|---|---|
| 1 | A    I have not. | 16:47:04 |
| 2 | Q    I take it you're not one of the recipients | 16:47:05 |
| 3 | in the "to" field at the top e-mail. | 16:47:06 |
| 4 | A    Right. | 16:47:11 |
| 5 | Q    And are you one of the recipients in the | 16:47:12 |
| 6 | "to" field in the second e-mail on the first page? | 16:47:14 |
| 7 | A    Say again. | 16:47:22 |
| 8 | Q    In the bottom e-mail on the first page, | 16:47:24 |
| 9 | are you listed as one of the two recipients? | 16:47:27 |
| 10 | A    I am not. | 16:47:36 |
| 11 | Q    And I direct you to the attachment that's | 16:47:37 |
| 12 | named at the top e-mail. | 16:47:42 |
| 13 | Do you see it says SAMSA RAND and | 16:47:48 |
| 14 | Reasonable Royalties? | 16:47:51 |
| 15 | A    Yes. | 16:47:59 |
| 16 | Q    Does the name of that attachment -- is | 16:47:59 |
| 17 | that familiar to you? | 16:48:00 |
| 18 | A    I don't know what SAMSA is. | 16:48:14 |
| 19 | MR. SYRETT:  Mark as Exhibit 17 a | 16:48:43 |
| 20 | July 5th, 2012 e-mail from Hojin Chang. | 16:48:44 |
| 21 | (Exhibit 17 was marked for | 16:49:07 |
| 22 | identification by the reporter.) | 16:49:07 |
| 23 | BY MR. SYRETT: | 16:49:07 |
| 24 | Q    Have you seen Exhibit 17 before? | 16:49:07 |
| 25 | A    I have not seen this either. | 16:49:20 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

146

| | | |
|---|---|---|
| 1 | Q    And you're not listed among the cc field? | 16:49:21 |
| 2 | A    I am, actually. | 16:49:29 |
| 3 | Q    And you don't recall seeing this e-mail? | 16:49:32 |
| 4 | A    Right.  This -- no. | 16:49:43 |
| 5 | Q    Do you have any reason to believe you | 16:49:48 |
| 6 | didn't receive the e-mail? | 16:49:49 |
| 7 | A    It's not so much that I have a reason. | 16:50:03 |
| 8 | It's just that I have no recollection whatsoever. | 16:50:04 |
| 9 | Q    If I could ask you to take a look at the | 16:50:09 |
| 10 | attachments listed here. | 16:50:11 |
| 11 | A    Which ones? | 16:50:17 |
| 12 | Q    If you could look through all the names of | 16:50:18 |
| 13 | the attachments. | 16:50:20 |
| 14 | A    I don't really quite recall receiving | 16:51:17 |
| 15 | this. | 16:51:18 |
| 16 | Q    Do any of the attachment names look | 16:51:20 |
| 17 | familiar to you, now that you've reviewed them? | 16:51:22 |
| 18 | A    I can't tell just by looking at this. | 16:51:49 |
| 19 | Q    Has Mr. Chang had any involvement, to your | 16:51:58 |
| 20 | knowledge, with the Samsung submissions to the | 16:52:00 |
| 21 | European Commission? | 16:52:03 |
| 22 | A    Yes.  He was involved in that. | 16:52:24 |
| 23 | Q    Do you know what his involvement has been? | 16:52:27 |
| 24 | A    For instance, he would confer with our | 16:52:52 |
| 25 | outside counsel and work together on the SO-related | 16:52:54 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

147

| | | |
|---|---|---|
| 1 | answers. | 16:53:02 |
| 2 | Q    When you say SO, what do you mean? | 16:53:04 |
| 3 | A    Statement of objections. | 16:53:09 |
| 4 | Q    To your knowledge, has Mr. Chang been | 16:53:11 |
| 5 | involved in litigation between Apple and Samsung? | 16:53:15 |
| 6 | A    He has not had a deep involvement. | 16:53:30 |
| 7 | Q    Has he had some involvement? | 16:53:32 |
| 8 | A    I do understand that he has had some minor | 16:53:47 |
| 9 | involvement, like reviewing things together and | 16:53:48 |
| 10 | whatnot. | 16:53:52 |
| 11 | Q    Reviewing submissions that Samsung has | 16:53:55 |
| 12 | made? | 16:53:58 |
| 13 | A    Yes. | 16:54:09 |
| 14 | Q    And has Mr. Chang had any involvement in | 16:54:09 |
| 15 | Samsung's licensing strategy with respect to Apple? | 16:54:11 |
| 16 | A    No.  Not in terms of strategy. | 16:54:26 |
| 17 | Q    Okay.  Has he had any involvement with | 16:54:27 |
| 18 | Samsung's licensing negotiations with Apple? | 16:54:30 |
| 19 | A    No. | 16:54:43 |
| 20 | MR. SYRETT:  Mark as Exhibit 18 a | 16:54:45 |
| 21 | March 25th, 2013 e-mail from Jaehawk Lee. | 16:54:47 |
| 22 | (Exhibit 18 was marked for | 16:55:06 |
| 23 | identification by the reporter.) | 16:55:06 |
| 24 | BY MR. SYRETT: | 16:55:06 |
| 25 | Q    Have you seen Exhibit 18 before? | 16:55:07 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

148

| | | |
|---|---|---|
| 1 | A    I've not -- I have no recollection of | 16:55:58 |
| 2 | coming across this in the past. | 16:55:59 |
| 3 | Q    Are you listed among the recipients on the | 16:56:01 |
| 4 | top e-mail on page 1? | 16:56:03 |
| 5 | A    Yes. | 16:56:16 |
| 6 | Q    Do you have any reason to doubt that you | 16:56:26 |
| 7 | received this e-mail? | 16:56:27 |
| 8 | MR. CHIATE:  Counsel, are you asking about | 16:56:42 |
| 9 | the top e-mail? | 16:56:42 |
| 10 | MR. SYRETT:  Top e-mail. | 16:56:44 |
| 11 | THE WITNESS:  You're talking about this | 16:56:52 |
| 12 | one over here? | 16:56:52 |
| 13 | MR. SYRETT:  The e-mail at the top of the | 16:56:54 |
| 14 | page from Mr. Jaehawk Lee. | 16:56:54 |
| 15 | THE WITNESS:  I don't have much of a | 16:57:06 |
| 16 | recollection. | 16:57:07 |
| 17 | BY MR. SYRETT: | 16:57:07 |
| 18 | Q    Do you have any recollection? | 16:57:08 |
| 19 | A    I have no recollection. | 16:57:16 |
| 20 | Q    Do you -- what is Mr. or Ms. Lee's -- | 16:57:17 |
| 21 | Ms. Lee's position at Samsung, if you know? | 16:57:22 |
| 22 | A    Who are you referring to? | 16:57:29 |
| 23 | Q    The author of the top e-mail, Jaehawk Lee. | 16:57:31 |
| 24 | A    So where are you looking at? | 16:57:38 |
| 25 | Q    At the top of the e-mail. | 16:57:41 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

149

| | | |
|---|---|---|
| 1 | A    I don't know. | 16:57:51 |
| 2 | Q    And just to be clear, you believe that -- | 16:57:54 |
| 3 | your name is listed among the top recipients on the | 16:57:57 |
| 4 | top e-mail? | 16:58:00 |
| 5 | A    No. | 16:58:17 |
| 6 | Q    So when you said that you received it, you | 16:58:18 |
| 7 | were referring to the bottom e-mail from Mr. Pease? | 16:58:20 |
| 8 | A    You know, I'm not too sure if I understand | 16:58:35 |
| 9 | what you're talking about. | 16:58:37 |
| 10 | Q    I apologize.  We received the e-mail -- | 16:58:39 |
| 11 | the production overnight, so we haven't had a chance | 16:58:42 |
| 12 | to review it with the help of a Korean interpreter. | 16:58:44 |
| 13 | My question is only just to confirm that | 16:58:48 |
| 14 | you are not listed among the recipients of the top | 16:58:51 |
| 15 | e-mail from Jaehawk Lee because I think I | 16:58:53 |
| 16 | misunderstood you before. | 16:58:56 |
| 17 | A    Correct. | 16:59:28 |
| 18 | MR. SYRETT:  We're near the end of the | 16:59:31 |
| 19 | tape, so let's go off and take a break. | 16:59:33 |
| 20 | THE VIDEOGRAPHER:  We're ending Tape No. 5 | 16:59:35 |
| 21 | in the deposition of Jaewan Chi and going off the | 16:59:36 |
| 22 | record at 4:59 p.m. | 16:59:39 |
| 23 | (Recess.) | 17:12:00 |
| 24 | THE VIDEOGRAPHER:  This is Tape No. 6 in | 17:12:19 |
| 25 | the deposition of Jaewan Chi.  We're back on the | 17:12:20 |

150

| | | |
|---|---|---|
| 1 | record at 5:12 p.m. | 17:12:22 |
| 2 | BY MR. SYRETT: | 17:12:28 |
| 3 | Q    Mr. Chi, I believe you testified earlier | 17:12:28 |
| 4 | that your understanding from the analyst report you | 17:12:29 |
| 5 | read about regarding the Apple-Nokia license is that | 17:12:33 |
| 6 | there was a cap on the payments. | 17:12:37 |
| 7 | Is that a fair statement? | 17:12:40 |
| 8 | A    Yes.  That is what I recall. | 17:13:00 |
| 9 | Q    And do you recall whether the article you | 17:13:01 |
| 10 | read referred to it as a cap, or is that your | 17:13:03 |
| 11 | interpretation? | 17:13:07 |
| 12 | A    I can't recall either one way at this | 17:13:21 |
| 13 | time. | 17:13:22 |
| 14 | Q    And do you have any recollection as to | 17:13:24 |
| 15 | what your understanding was of how the cap operated | 17:13:25 |
| 16 | as reported in this article? | 17:13:29 |
| 17 | A    I think that was what it was. | 17:13:42 |
| 18 | Q    Can you give me your best description of | 17:13:52 |
| 19 | what you recall the article describing about a cap | 17:13:53 |
| 20 | or a similar limitation on a payment? | 17:13:57 |
| 21 | A    I am unable to. | 17:14:20 |
| 22 | Q    You have no recollection beyond the fact | 17:14:25 |
| 23 | that there may have been a mention of a cap? | 17:14:28 |
| 24 | A    Right. | 17:14:35 |
| 25 | Q    And was it a cap or was it simply an | 17:14:40 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

151

| | | |
|---|---|---|
| 1 | annual payment that Apple would be required to make? | 17:14:43 |
| 2 | A    Well, if you were to, per chance, show | 17:15:16 |
| 3 | that to me, I think I could readily look at it and | 17:15:18 |
| 4 | tell you one way or the other, but what I can tell | 17:15:21 |
| 5 | you that I do definitely recall is that it mentioned | 17:15:35 |
| 6 | something in terms of an initial payment.  But as | 17:15:41 |
| 7 | for the rest, my recollection right now is rather | 17:15:43 |
| 8 | hazy. | 17:15:46 |
| 9 | Q    And to refresh your recollection, you'd | 17:15:50 |
| 10 | have to look at the article; is that right? | 17:15:51 |
| 11 | A    Yes. | 17:15:58 |
| 12 | Q    But you can't identify specifically where | 17:15:59 |
| 13 | you saw the article published? | 17:16:01 |
| 14 | MR. CHIATE:  Didn't you already ask this | 17:16:08 |
| 15 | question, Counsel?  The sources -- why are we going | 17:16:11 |
| 16 | back over stuff you already covered? | 17:16:13 |
| 17 | BY MR. SYRETT: | 17:16:21 |
| 18 | Q    You can answer. | 17:16:22 |
| 19 | A    I told you earlier, didn't I? | 17:16:28 |
| 20 | Q    You told me a couple of sources.  But you | 17:16:31 |
| 21 | had suggested if I showed you an article.  And I'm | 17:16:32 |
| 22 | asking you if you now know where the article was | 17:16:36 |
| 23 | published. | 17:16:38 |
| 24 | MR. CHIATE:  Would you show him? | 17:16:41 |
| 25 | MR. SYRETT:  I don't have it. | 17:16:45 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

152

1    THE WITNESS:  What I'm saying to you is          17:17:27

2    that were I to get to see that article, then just by   17:17:28

3    looking at it, I would be able to tell you as to    17:17:31

4    what the terms and conditions it describes as having   17:17:33

5    been -- the case might be.                          17:17:35

6        But it doesn't mean that I am able to          17:17:39

7    recall as to what that article was or where it was   17:17:40

8    from.  That just doesn't comport; right?            17:17:46

9        MR. SYRETT:  Let me mark as Exhibit 19 a       17:17:49

10   December 3rd, 2012 letter from Jaewan Chi to        17:17:51

11   BJ Watrous.  And Exhibit 19 we're happy to -- we can  17:17:53

12   agree that we'll mark this as highly confidential.   17:18:12

13       MR. CHIATE:  Well, I assume this is going      17:18:20

14   to be attorneys' eyes only.                         17:18:21

15       MR. SYRETT:  Right.  Exactly.  Yes.            17:18:22

16       MR. CHIATE:  Like all the other documents      17:18:23

17   that we've requested be held that.                  17:18:26

18       MR. SYRETT:  Right.  Sure.  I was just         17:18:28

19   trying to short-circuit.  Okay.                     17:18:29

20       (Exhibit 19 was marked for                     17:18:33

21       identification by the reporter.)               17:18:33

22   BY MR. SYRETT:                                      17:18:33

23   Q    Have you seen Exhibit 19 before?              17:18:34

24   A    Yes.                                           17:18:35

25       MR. CHIATE:  And this is subject to our        17:18:37

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

153

| | | |
|---|---|---|
| 1 | same objection we made earlier. | 17:18:38 |
| 2 | MR. SYRETT:  Fine. | 17:18:40 |
| 3 | BY MR. SYRETT: | 17:18:42 |
| 4 | Q    This is a letter that you sent to Apple? | 17:18:42 |
| 5 | A    Yes.  It went out under my name. | 17:18:50 |
| 6 | Q    Did you draft this letter? | 17:18:53 |
| 7 | A    I never drafted this personally. | 17:18:59 |
| 8 | Q    Do you know who did draft Exhibit 19? | 17:19:02 |
| 9 | A    My understanding is a number of people | 17:19:17 |
| 10 | worked on this together.  But I don't have an exact | 17:19:18 |
| 11 | understanding as to precisely who. | 17:19:21 |
| 12 | Q    Can you identify anyone that you know | 17:19:23 |
| 13 | worked on Exhibit 19? | 17:19:25 |
| 14 | A    Mr. Kwon reported on this to me. | 17:19:41 |
| 15 | Q    And do you know whether he participated in | 17:19:46 |
| 16 | drafting it? | 17:19:48 |
| 17 | A    I do not. | 17:19:58 |
| 18 | Q    And apart from the fact that Mr. Kwon | 17:20:00 |
| 19 | reported on it, are you aware of anyone else or can | 17:20:02 |
| 20 | you identify anyone else who participated in the | 17:20:04 |
| 21 | drafting or review of this letter? | 17:20:07 |
| 22 | A    I also understand that they received some | 17:20:27 |
| 23 | counsel from Quinn. | 17:20:30 |
| 24 | Q    Do you know specifically anyone at Quinn | 17:20:34 |
| 25 | who participated? | 17:20:38 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

154

| | | |
|---|---|---|
| 1 | A    I do not. | 17:20:48 |
| 2 | Q    Do you know whether Tom Pease participated | 17:20:48 |
| 3 | in drafting Exhibit 19? | 17:20:50 |
| 4 | A    I do not. | 17:20:59 |
| 5 | MR. SYRETT:  I have no further questions | 17:20:59 |
| 6 | at this time.  I will leave the deposition open | 17:21:00 |
| 7 | subject to the earlier reasons given. | 17:21:04 |
| 8 | MR. CHIATE:  Did you have anything to | 17:21:18 |
| 9 | offer?  I mean any further questions. | 17:21:19 |
| 10 | MR. KOPPELMAN:  I stated my position | 17:21:20 |
| 11 | earlier as to where I think the deposition stands. | 17:21:22 |
| 12 | MR. CHIATE:  Okay.  But I mean you have | 17:21:24 |
| 13 | nothing further after counsel's questions is what I | 17:21:25 |
| 14 | was asking. | 17:21:27 |
| 15 | MR. KOPPELMAN:  I have no further | 17:21:28 |
| 16 | questions at this time, subject to all of my | 17:21:29 |
| 17 | objections I made earlier about the late production, | 17:21:30 |
| 18 | the redactions.  But, no, not at this time. | 17:21:32 |
| 19 | MR. CHIATE:  I don't know what | 17:21:35 |
| 20 | stipulations you folks usually use at the end of | 17:21:36 |
| 21 | such a deposition.  So absent such a stipulation, I | 17:21:38 |
| 22 | presume we just go by the Code. | 17:21:41 |
| 23 | MR. SYRETT:  I think so, yeah. | 17:21:44 |
| 24 | MR. CHIATE:  Okay.  Unless a different | 17:21:45 |
| 25 | stipulation is set forth, the parties will comply | 17:21:46 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

155

| | | |
|---|---|---|
| 1 | with the Code with respect to the formalities. | 17:21:49 |
| 2 | THE REPORTER:  I'll just ask if the | 17:21:51 |
| 3 | witness intends to review the transcript and signing | 17:21:51 |
| 4 | or if he wants to waive signature. | 17:21:51 |
| 5 | MR. CHIATE:  No.  No.  He's not waiving | 17:21:59 |
| 6 | signature.  We'll just go by the Code, absent a | 17:22:01 |
| 7 | stipulation that's different the parties agreed to. | 17:22:04 |
| 8 | We'll just go by the Code.  I would ask the court | 17:22:05 |
| 9 | reporter send us the original. | 17:22:07 |
| 10 | THE REPORTER:  Okay.  Is that stipulated? | 17:22:09 |
| 11 | Sending you the original is outside the | 17:22:09 |
| 12 | Code.  Under the Code I retain the original and | 17:22:09 |
| 13 | lodge it with the Court. | 17:22:09 |
| 14 | MR. CHIATE:  Okay. | 17:22:24 |
| 15 | THE REPORTER:  So in that instance, I | 17:22:24 |
| 16 | would need a stipulation to send you the original. | 17:22:24 |
| 17 | MR. CHIATE:  I don't care.  You can keep | 17:22:24 |
| 18 | the original, send us a copy.  We'll deal with how | 17:22:25 |
| 19 | the parties are going to comply with the Code later. | 17:22:28 |
| 20 | But we will like an expedited copy. | 17:22:30 |
| 21 | THE REPORTER:  Okay.  What day would you | 17:22:40 |
| 22 | like it delivered? | 17:22:40 |
| 23 | MR. CHIATE:  When I say expedite, we get a | 17:22:40 |
| 24 | rough. | 17:22:40 |
| 25 | THE REPORTER:  Anything else for the | 17:22:41 |

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

156

1   record?                                                17:22:41

2            MR. SYRETT:  Not from me.                      17:22:41

3            THE VIDEOGRAPHER:  This concludes today's      17:22:43

4   proceedings in the deposition of Jaewan Chi.  We're     17:22:44

5   ending Tape No. 6 and going off the record at           17:22:47

6   5:22 p.m.                                               17:22:49

7            (Signature having not been waived, the

8   videotaped deposition of JAEWAN CHI was concluded

9   at 5:22 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

157

1                ACKNOWLEDGMENT OF DEPONENT

2

3        I, JAEWAN CHI, do hereby acknowledge that I

4   have read and examined the foregoing testimony, and the

5   same is a true, correct and complete transcription of

6   the testimony given by me and any corrections appear on

7   the attached Errata sheet signed by me.

8

9

10   _____   _____

11        (DATE)                    (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

158

1                    REPORTER'S CERTIFICATE

2

3          I, Clay J. Frazier, CSR No. 13401, RMR,

4    CRR, a Certified Shorthand Reporter in and for the

5    State of California, do hereby certify:

6          That prior to being examined, the witness

7    named in the foregoing proceedings declared under

8    penalty of perjury to testify to the truth, the

9    whole truth, and nothing but the truth;

10         That said proceedings were taken by me in

11   shorthand at the time and place herein named and was

12   thereafter transcribed into typewriting under my

13   direction, said transcript being a true and correct

14   transcription of my shorthand notes;

15         Pursuant to Federal Rule 30 (e),

16   transcript review was requested;

17         I further certify that I have no interest

18   in the outcome of this action.

19

20

21

22

23   _____

24   Clay J. Frazier

25   CSR No. 13401, RMR, CRR

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

159

1                    E R R A T A   S H E E T

2          IN RE:  Apple -v- Samsung (01846)

3          WITNESS:  Jaewan Chi

4     PAGE     LINE      CORRECTION AND REASON

5     _____    _____    _____

6     _____    _____    _____

7     _____    _____    _____

8     _____    _____    _____

9     _____    _____    _____

10    _____    _____    _____

11    _____    _____    _____

12    _____    _____    _____

13    _____    _____    _____

14    _____    _____    _____

15    _____    _____    _____

16    _____    _____    _____

17    _____    _____    _____

18    _____    _____    _____

19    _____    _____    _____

20    _____    _____    _____

21    _____    _____    _____

22    _____    _____    _____

23    _____    _____    _____

24    _____    _____

25         (DATE)                   (SIGNATURE)

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

160

1        E R R A T A   S H E E T   C O N T I N U E D

2        IN RE:  Apple -v- Samsung (01846)

3        WITNESS:  Jaewan Chi

4    PAGE      LINE      CORRECTION AND REASON

5    _____    _____    _____

6    _____    _____    _____

7    _____    _____    _____

8    _____    _____    _____

9    _____    _____    _____

10   _____    _____    _____

11   _____    _____    _____

12   _____    _____    _____

13   _____    _____    _____

14   _____    _____    _____

15   _____    _____    _____

16   _____    _____    _____

17   _____    _____    _____

18   _____    _____    _____

19   _____    _____    _____

20   _____    _____    _____

21   _____    _____    _____

22   _____    _____    _____

23   _____    _____    _____

24   _____        _____

25       (DATE)                (SIGNATURE)

**A**

abilities
9:9
able
16:1 19:10 29:11
33:2 40:19 41:6
42:2 57:6 63:5
67:11 73:19
74:4 80:13
122:4 127:8
128:2 137:12
152:3,6
absence
33:24
absent
33:22 133:22
134:7 154:21
155:6
access
56:24 88:19,20
accessing
88:21 89:2
account
127:20
accuracy
20:23 106:17,22
accurate
70:16 78:16
acknowledge
157:3
ACKNOWLE...
157:1
action
1:9 158:18
actual
61:11
add
15:23 118:15
addition
15:23
additional
15:23 45:25
85:19
address
46:1 64:21 65:7
97:14 98:8,14
addressed

49:11 72:9
addresses
65:8
admitted
121:8,17,23
adopt
130:12
advantage
54:22,23
advice
47:14,24 52:12,13
AEO
119:16,21
affairs
22:4
afternoon
121:6,7
ago
108:9
agree
39:17 56:13,15,17
56:18 68:8
86:23 116:6
119:16,23 120:5
120:8 152:12
agreeable
56:16
agreed
120:1,2 155:7
agreeing
10:8 86:15
agreement
2:24 56:5,22,22
73:5 78:19
85:25 118:24
127:11,24 139:8
agreements
128:25 137:25
agrees
39:19,20,22
Ahn
22:22,23,25 26:2
26:10,24 27:21
28:1,23 29:3,16
30:11,18 31:16
35:25 64:9
76:19 77:25

82:23 83:2
89:11 123:21,21
123:23 124:2
125:24
aid
90:12
al
8:7
ALBERT
4:12
allegation
72:18 76:19
allegations
78:15
allegedly
77:25
allowed
138:14,18
allows
64:19
ALSTON
4:4
ambiguity
28:9
ambiguous
24:4 27:14 29:19
130:4
AMERICA
1:10,12 2:5,7
3:11,12
amount
35:7 69:9 80:11
80:14,14 122:14
analysis
89:15 90:3,8,12
90:16
analyst
78:25 79:4 85:13
129:22,24
130:17 140:1
150:4
analyst's
85:17
analyzing
90:10
and/or
14:18 63:4

Angeles
1:21 2:21 3:17
8:1,14 66:13
ANN
4:13
annual
79:1,25 151:1
anonymous
138:9
answer
11:7,7,11,12,14
12:9,14,16 13:1
13:5,6,7,13,15
13:24,25 14:1,9
14:11,14 15:20
15:22 16:1,15
16:25 17:22,22
18:7,18,19,22
19:8,8,11 26:14
26:17 27:14
28:11,18 29:23
30:25 31:1 32:2
32:5,18,19,20
32:25 33:2 40:6
40:6,9,19,21,21
40:25,25 41:7,9
41:9 43:7,10
45:5,5,7 48:17
48:18,19 49:7
51:16,16,19
53:8,11,12
54:13,16,18
67:7,10,11
71:19,19 73:7
73:10,11,22,25
74:17,17,21
75:5,8 76:4 77:1
77:6,16,18,18
77:19 81:16,20
83:12,12,14
84:9,10,13,14
84:19,22,24
86:5,7 93:12
96:22 107:8,10
107:12,18
111:12,13,18
112:14,25 113:1

114:5,5 115:21
122:2 123:3
124:11,13,16
126:13,23
130:22,22 131:1
131:2 132:14
134:23 135:1,3
139:21 140:17
151:18
answered
38:11
answering
11:20
answers
10:15,19 55:21
116:12 118:1
147:1
anticipate
131:16
antitrust
136:1
anybody
41:18 43:1 90:5
apart
16:3,18 25:7
27:25 29:15
30:18 31:13
33:12,23 34:6
34:23 40:13
44:1 67:9,21
83:1 84:16 90:1
105:7 112:20
114:11 153:18
Apologies
92:1
apologize
10:21 104:9
120:12 132:2
142:3 149:10
appear
118:23 157:6
appearing
45:14
appears
54:22 132:12
appellate
55:1

**Apple**
1:4 2:12 3:3 8:6
8:19 11:5 12:21
13:10 14:5
15:18 16:7
17:15,20 18:11
25:19 26:6,11
26:25 27:8,25
28:23 29:5,15
30:10,18 31:9
31:13,21,25
33:14 34:1,10
34:15,19 35:16
35:21 36:5,8,16
36:24 37:5
38:19 39:14
43:2,3,21,24
44:5,22 46:1
50:15,20 52:20
53:4,6,13,21,25
54:10,22 55:10
55:23 56:16
58:13 59:4,10
59:20,24 60:3
60:17 61:15
62:2,6 64:3,5,13
66:22 67:19
70:11 79:23
85:25 90:23
95:24 96:7
98:13,20 99:20
100:3,10,14
101:24 105:11
106:8 110:16
111:9,19,22
112:2,12 114:19
116:3 117:6
119:5 122:11,13
122:20 127:7,7
129:8,18 133:1
133:18 134:7,11
134:20 135:12
135:16 136:11
137:20 138:7,14
138:18,23 139:6
140:11,14,21
142:7 147:5,15

147:18 151:1
153:4 159:2
160:2
**Apple's**
5:11 37:25 38:20
45:2 46:3,9,18
46:22 47:1 50:4
51:9 64:22 65:1
65:9 71:5 72:5
72:11 116:10,22
118:24 126:20
133:21,22 134:2
137:25 141:4
142:5
**Apple-Ericsson**
83:23 84:1,3,6,18
94:20 95:2
**Apple-Nokia**
72:19 76:20 78:1
78:19 80:4 81:6
81:10 83:4,10
85:6,19 93:6,10
93:18 127:10,23
139:17 140:8
150:5
**Apple-Philips**
93:25 94:14
**Apple-related**
127:21
**Apple-Samsung**
57:21 87:14
123:8 128:17
**Apple-Sharp**
87:7 95:16
**apply**
53:21 120:7
**appropriate**
56:24 119:13
**April**
143:18 144:7,21
**area**
26:7,9
**areas**
25:9
**argument**
65:12
**argumentative**

115:17
**article**
80:6 81:5,9,15
82:1 85:4 86:11
86:24,25 131:8
150:9,16,19
151:10,13,21,22
152:2,7
**articles**
69:15
**ascertain**
72:21
**Ashurst**
99:17
**Ashurst.com**
99:13
**aside**
17:11
**asked**
11:21 16:25
36:11 55:21
70:19 107:3
109:17,25
116:11 123:7,16
138:2 142:3
**asking**
12:1 18:4 29:2,24
30:6,9 35:23
39:19,22 41:23
47:9 65:3 70:24
109:10 116:7
124:2 129:2
130:5,8,9 137:6
148:8 151:22
154:14
**aspects**
52:23,24 69:5
**assignment**
28:21
**assisted**
113:6
**assume**
72:25 152:13
**assumes**
28:4,9 91:15
107:3 113:8
139:9

**assumption**
28:7
**attached**
5:9 43:15 157:7
**attachment**
7:9 38:15 43:14
43:23 44:3
58:24,25 136:19
145:11,16
146:16
**attachments**
38:16 58:15,22
98:2 100:13
133:12,15
146:10,13
**attend**
34:2,5,9 36:17
**attendance**
35:18 76:12
125:22
**attended**
31:20 32:7 75:2
75:13 76:1,10
**attending**
33:12
**attention**
130:10 133:12
**attorney**
30:3 75:14,17
76:5 77:17 86:4
95:22 96:5
113:15,16 121:8
121:18
**attorneys**
1:18 12:19 16:4
56:1,4,9,14,23
73:9,9 74:19
77:16 105:17
118:9,17 119:4
119:6 120:3,4,9
152:14
**attorney's**
16:14
**attorney-client**
11:9 12:12 14:12
15:21 17:24
18:20 19:9

26:15,18 27:15
28:12 32:3,24
40:4,7,22 41:24
43:8 45:6 51:17
51:20 53:9
54:15 71:20
73:24 74:20
75:6,18 76:6
77:3 81:18
83:13 84:11,20
86:19 93:13
111:15 112:16
113:2 114:6
124:12,15
126:14 130:23
131:3 134:24
140:18
**August**
46:1 49:15,17,19
49:20 50:11,14
50:18 105:14
**author**
148:23
**authority**
27:18 28:20 52:9
**automatically**
50:8
**available**
34:8 35:6 45:20
80:8
**aware**
11:3,22 13:16
14:2 15:16 17:7
17:12,17 18:14
19:2,4 25:22
37:6 69:13
73:15 74:14
78:14 83:17,25
106:20 107:16
107:25 112:5
117:5 153:19
**awareness**
112:21
**a.m**
1:22 8:2,11 37:11
37:15 55:16,19

**B**

CONFIDENTIAL DEPOSITION OF SAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

163

**B**
5:8 6:1 7:1
**back**
15:13,15 26:4
37:14 52:2
55:18 66:17
76:14 85:2
91:19 93:1
103:2 109:1
115:24 117:16
121:1 131:23
136:18 142:2
149:25 151:16
**Bar**
121:12
**bars**
121:9
**based**
14:18 15:8,11
41:14,15 42:7
58:18 61:18
71:3 95:23 96:6
131:14 134:14
134:15 139:2
**baseline**
65:15
**basic**
67:2,5
**basically**
14:24 23:14 30:4
79:3 132:13
143:15
**basis**
11:12 12:9 13:5,6
18:18 35:8
75:19 76:4
138:9 139:7
**beating**
16:23 115:6
**Becher**
105:15 106:6
**Becher's**
46:1 119:19
**Becher-Selwyn**
6:11
**beginning**
32:13 106:1

**begins**
8:4
**behalf**
3:2,10 4:2 8:18
8:20,25 9:2 10:7
57:1 75:2 76:1
105:11 113:14
132:25 133:4,7
**believe**
11:21 28:22
31:17 41:6,17
42:9,25 54:22
57:3,8 61:8 76:9
88:11,15 91:7
98:19 101:10,17
106:2 113:9
115:8,12,15
122:5 133:20
141:1 146:5
149:2 150:3
**believes**
54:21 55:3
**belonged**
89:9
**belongs**
90:7
**best**
9:9 150:18
**better**
23:24
**beyond**
18:10 35:2
126:25 127:8
150:22
**bigger**
60:20
**biggest**
90:23
**BIRD**
4:4
**bit**
120:21
**BJ**
152:11
**black**
104:7
**blacked**

103:6
**Blake**
99:6,10
**Bloomberg**
81:12
**Boston**
3:7
**bother**
38:15 58:20
**bottom**
97:12 132:17
145:8 149:7
**Boulevard**
2:20 8:14
**breach**
16:11,18 41:5,12
42:15 106:3
**breached**
11:4,23 15:17
16:6 17:14,18
39:13 40:15,18
**break**
10:25 37:8,17
55:13 57:9
65:23 66:6 92:6
92:20 116:24
117:1,10 149:19
**breaking**
66:5
**Brian**
4:11 8:22 47:14
**brief**
28:15 32:16
47:11
**briefing**
101:24 102:18,25
**briefly**
126:2,8
**briefs**
33:4
**Briggs**
5:16 87:25
**broad**
25:9 86:21,22
**broadly**
22:1
**broke**

57:3
**broken**
39:24
**brought**
63:3,9,16,25
67:18
**bullet**
108:12
**bush**
115:7
**business**
20:14 33:21,21
34:6 52:10,13
**busy**
121:15
**buying**
65:6
**B.J**
110:6

**C**

**C**
3:1 4:1,1 5:1 6:1
7:1 160:1
**California**
1:2,4,21 2:12,21
2:25 3:17 4:7
8:1,8,15 13:20
60:21,24 61:1,4
66:13,23 67:1
87:14 158:5
**call**
106:21 121:20
**called**
99:9,16 100:9
**calling**
71:13
**calls**
13:3 15:24 20:19
26:12 27:13
28:5,7 29:7,20
38:8 40:1 48:15
68:11 71:6 91:5
97:18 101:12
107:3 128:3
134:23
**cameras**
24:16

**cap**
79:2 150:6,10,15
150:19,23,25
**capacity**
64:12
**caption**
1:17 2:1 111:21
**care**
155:17
**careful**
33:9
**carry**
20:10 110:3
**case**
8:9 19:10 20:18
25:16,18 28:20
30:23 31:2 33:1
38:20 41:18
42:25 53:17
54:3 55:4,6 59:7
62:6,7 64:3
80:12 82:7
87:14 90:22,23
91:8 92:17
123:5,14 128:17
129:20 152:5
**cases**
11:5 15:18 16:7
29:11,16 30:17
30:21 63:1
106:10
**categories**
26:4 45:21
**caveats**
18:2
**cc**
101:8 141:17
143:25 146:1
**cellular**
25:1 31:11,15
68:3 69:8
**center**
20:3 21:3 22:2,3
22:6,12,25 26:2
27:4,18 28:21
29:12 31:7
52:12 58:5 63:4

CONFIDENTIAL DEPOSITION OF SAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

164

89:12,22 90:2
90:17 91:10
92:16 136:2,6,7
**certain**
20:10 49:16 63:5
69:5 70:6 80:11
117:25 126:1
**certainly**
24:22 31:7 42:18
56:22 70:8
**certainty**
49:24
**CERTIFICATE**
158:1
**Certified**
158:4
**certify**
158:5,17
**cetera**
79:2,2 134:16,16
**chance**
25:11 33:20
132:25 149:11
151:2
**Chang**
6:17,19,22 7:5
89:13 141:9
142:11 143:18
144:18 145:20
146:19 147:4,14
**change**
49:7 66:3 76:9
96:22
**characterization**
119:8 127:3
**charge**
22:13 24:18
**charged**
90:10
**chart**
24:1,5
**chat**
82:17
**chatting**
82:18,21
**Check**
4:13 9:11

**Chi**
1:20 2:16 5:2,10
6:2 7:2 8:5 9:19
9:25 10:11
37:10,14 66:10
66:17 72:4,21
92:22 93:1,4
110:6 117:12,16
121:6 126:18
149:21,25 150:3
152:10 156:4,8
157:3 159:3
160:3
**Chiate**
3:13 8:24,24 10:7
11:6 12:8,25
13:12,23 14:8
15:19 16:21
17:21 18:17
19:7 20:19 24:4
26:12 27:1,13
28:4 29:6,19
32:1,17 36:19
37:20 38:8
39:18,25 40:20
41:22 43:6
44:10 45:4 48:5
48:5,6,15 49:1
51:15 53:7
54:12 55:12,20
56:12,16,25
57:5,11,14
64:14 65:17,20
65:25 66:8 67:6
68:11,21 70:18
71:6,13,18 72:1
73:6,21 74:6,16
75:4,15 76:2,25
77:8,15 81:16
82:14 83:5,11
83:19 84:8,19
85:7,10,21 86:1
86:3,17 87:8
91:5,15 92:5,8
93:11,19 94:2,8
94:15,22 95:3
95:10,17,25

96:8 97:18
101:12 105:10
105:16 106:11
107:2 108:22
109:10,25
111:11,25
112:13,24 113:8
114:4 115:17
116:4,6 117:18
118:14 119:25
120:11,22
121:19 124:1,5
124:10 126:12
130:3,21 134:22
139:9,19 140:16
148:8 151:14,24
152:13,16,25
154:8,12,19,24
155:5,14,17,23
**Chi-Watrous**
6:13 7:10
**choose**
75:23
**chosen**
29:3 30:18 31:16
**circulated**
119:17
**circumstances**
51:13 68:23
**Civil**
1:9
**Clarification**
46:11
**clarify**
86:18
**Clay**
1:25 2:24 9:2
158:3,24
**CLE**
121:14,23 122:4
**clean**
126:6
**clear**
30:5 41:22 75:10
80:18 85:16
86:14 123:24
149:2

**client**
119:20
**Clifford**
132:25
**Code**
154:22 155:1,6,8
155:12,12,19
**colleagues**
81:14 83:4 87:6
114:3,10
**collected**
48:11,22,24
**collection**
58:1
**come**
17:2 34:21 38:14
42:19 43:14
56:5 58:14 62:8
69:14 85:18
97:21 101:17
115:4 126:2,4,8
126:8 143:14,23
**comes**
11:13 14:17 35:9
52:8 74:19
75:14 76:5
96:18 128:1
**comfortable**
38:24
**coming**
58:16 80:5
135:13 148:2
**comment**
56:10 72:2
119:15
**comments**
136:4
**Commission**
13:21 60:13,18
101:23 133:4,7
133:19 134:12
134:21 135:9,17
136:10,15 137:2
137:17 146:21
**Commissions**
6:4 102:4
**common**

15:9 90:19
**communicated**
133:7
**communication**
75:18 82:10
134:16,17
**communications**
35:24 40:13 46:2
46:9,18,22 47:1
64:21,25 65:14
72:4,11 73:25
81:14 83:3,3,9
83:18 84:16
116:9 126:18
**company**
1:14 2:9 8:6 12:2
18:25 19:21
24:12 25:12,12
25:13,13 50:7
52:18 55:3 62:9
69:4,6 136:23
**compare**
62:10
**compared**
61:4
**Comparing**
60:25
**compelled**
126:16
**competitive**
68:9,20
**compiled**
57:23,25
**complete**
10:15,19 17:8
65:4 157:5
**completely**
74:8 108:17
109:6 131:11
**complied**
121:23
**comply**
154:25 155:19
**comport**
152:8
**compound**
70:18 82:14

Case 5:11-cv-01846-LHK   Document 3142-18   Filed 07/08/14   Page 166 of 186
CONFIDENTIAL DEPOSITION OF SAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

165

**comprised**
89:23
**concern**
68:17 119:24
**concerned**
31:5 68:15 69:2
77:25 107:20
132:10
**concerning**
41:4 43:2 60:15
61:7 92:14
112:1 116:9
**concluded**
156:8
**concludes**
156:3
**conclusion**
20:20 26:12,13
28:5 29:7,20
38:9 39:17,23
40:1 42:15 44:8
68:12 91:6
97:18 101:13
107:4 121:20
**conclusions**
139:2
**conditions**
67:3,5 79:3 152:4
**conduct**
44:16 119:10
143:2
**conducted**
61:6
**confer**
146:24
**confidential**
1:18 14:6 43:3,23
44:4,22 45:2
50:4,15,20 68:2
70:23 73:8
76:20 81:18
83:12 95:23
96:6 100:14
105:6 106:7
107:23 117:6
133:18 134:9,11
134:20 135:12

152:12
**confidentiality**
11:24 70:9
**confirm**
105:9 118:11
140:5 149:13
**confirmation**
119:19
**connection**
48:12 55:22
73:23 124:13
128:16,22 129:5
129:15
**consent**
133:21,22 134:2,7
**consider**
25:3 27:8
**consideration**
55:2
**considered**
118:9,16 120:9
**consumer**
24:15
**contained**
43:21,23 44:4
**contemplated**
101:16
**context**
14:21
**continue**
18:3 73:1 127:4
**continued**
1:17 2:1 66:19
115:10 132:6
**continues**
30:3
**continuing**
112:4
**contrary**
110:17
**convenient**
36:19
**conversation**
20:11 47:11,19
83:1
**conversations**
61:8 87:6 123:22

124:2 128:5
**copies**
33:7 132:2
**copy**
33:8 81:2,5
108:17 155:18
155:20
**copyright-related**
22:19
**cordless**
24:16
**corporation**
1:5,9,11 2:4,6,13
4:2 8:21
**correct**
22:24 25:21
27:23 29:1
30:12,13,14,15
31:12,23 36:3
42:10,11 43:25
50:24,25 60:5
62:12,15 68:4
70:23 71:1,17
78:17 90:18
93:21 94:10
97:15 103:14
106:5,22 108:7
111:2 124:4
132:17,18,24
139:18 140:3,12
149:17 157:5
158:13
**CORRECTION**
159:4 160:4
**corrections**
157:6
**correspondence**
5:15,17,22,25 6:9
6:12,14,15,18
6:20,22,24 7:4,5
7:10 67:8
**counsel**
8:16 12:11,14
13:14,25 14:6
14:10,17 15:17
16:6,20,21,24
17:12,13,23,25

21:19,25 30:25
32:21 35:23
40:13 41:3 43:5
44:2 47:12,23
48:3,25,25
55:12,13 64:14
67:8,22 77:3,7
84:17 85:9,20
88:11,18 98:13
99:2,2 106:9
107:7 108:22
111:17 116:6
117:18 118:1
119:4 124:1
126:17 144:5
146:25 148:8
151:15 153:23
**counsel's**
13:9 88:12
154:13
**Counterclaim-...**
2:14 3:3
**Counterclaim-...**
2:10
**countries**
60:4 61:20,24
91:1
**country**
60:7 99:22
**couple**
36:21 82:25
123:18 125:7
151:20
**course**
16:13 23:11 31:5
**court**
1:1 8:7 9:1 10:16
15:2,3,4 18:15
19:5 20:17
54:24,25 72:9
72:15,18 118:6
126:25 129:12
129:13 138:6,15
141:1 155:8,13
**courtesy**
107:6
**Court's**

64:19 65:8 72:3
116:8,20 126:17
**cover**
5:20 96:12,20
**covered**
109:2 151:16
**covering**
120:3
**crime**
10:24
**cross**
25:16
**cross-licensing**
25:11
**CRR**
1:25 158:4,25
**crux**
115:5,8,13
**CSR**
1:25 158:3,25
**currently**
52:4 62:11,14
73:12 121:8,17
**customarily**
114:18,24 116:1
**cut**
80:10
**CUTLER**
3:5
**C-h-i**
19:15

                D

**D**
3:4 4:1 6:1 7:1
160:1
**daily**
35:8
**Daniel**
113:24 144:5
**date**
8:10 36:24 37:4
41:17 42:9,21
45:20 49:25
52:20 73:18
90:23 157:11
159:25 160:25
**dates**

32:10 46:5
49:23 74:9
79:10
**David**
5:19 87:16 96:12
96:25 108:18
124:20,22
141:25
**Dawson**
99:6,10
**day**
155:21
**days**
15:14
**deal**
155:18
**December**
110:25 112:12,23
152:10
**decided**
28:23
**decides**
28:7
**decision**
51:23
**decisions**
63:5
**decision-making**
27:18 28:20 52:9
**declaration**
123:13
**declared**
9:20 158:7
**deem**
63:6
**deemed**
56:4 120:4 122:6
**deems**
143:16
**deep**
147:6
**DEFENDANT**
3:10
**Defendants**
1:15
**definitely**
151:5

**degree**
51:3
**Delaware**
1:13 2:8
**delete**
123:7
**deleted**
50:14,19
**delivered**
155:22
**department**
8:23 25:14
114:18
**departure**
54:2
**depend**
68:23
**DEPONENT**
157:1
**Depos**
9:3
**deposed**
144:4
**deposition**
1:20 2:16 5:10
6:2 7:2 8:5,13
10:5 12:7 18:1
37:10,14,17
45:21 47:5,9
56:3 64:24
66:10,17 72:9
72:16 92:22
93:1 103:17
106:1 116:17
117:12,16,22
118:8,25 149:21
149:25 154:6,11
154:21 156:4,8
**depositions**
66:5
**describe**
60:22
**described**
70:21 76:24
112:20
**describes**
152:4

**describing**
150:19
**description**
59:1 150:18
**designated**
56:9
**designating**
56:23
**desired**
23:12
**despite**
111:20 112:2
**detail**
35:10
**detailed**
52:23 59:15
92:18
**details**
80:3 106:19
137:4
**determination**
90:13
**determine**
29:11 44:20
55:24
**determining**
35:15
**develop**
95:22 96:5
**developments**
55:10
**devices**
24:25 25:3 31:11
31:15
**differed**
76:10
**different**
37:3 42:4 54:9
62:3 90:25 92:4
109:21 122:16
123:3 136:3
154:24 155:7
**difficult**
135:2
**difficulties**
54:4
**direct**

45:23 69:25
76:14 102:11,20
108:11 133:11
145:11
**directed**
65:13
**directing**
136:18
**direction**
158:13
**directly**
23:6,21 24:2
28:24 29:4
30:14,19 47:24
135:25 143:1
**disadvantage**
68:9,20
**disagree**
44:7 77:8 119:8
127:2
**disagreement**
86:9
**disclose**
11:8 19:8 26:15
27:15 28:12
32:2,3,6 51:16
54:13 69:4 73:7
75:19 81:17
83:12 84:9
93:13 124:14
126:14 127:8
130:22,23 131:2
**disclosed**
15:1 43:1 56:6,21
68:25 69:9,13
72:19 76:20
106:8 113:3
124:13 129:15
133:17 134:8,11
**disclosing**
13:24 14:9 40:6
43:11 51:19
70:10 73:8
111:20 112:1
**disclosure**
17:23 40:4,22
41:1 43:7 45:6

50:3,15,20
51:17 53:9 67:7
73:22 74:18
84:10,20 111:13
114:6 140:18
**discovery**
19:6 119:12
**discuss**
47:8 114:2 128:2
**discussed**
33:17 47:10
65:23 74:24
81:21,25 82:6
92:15 119:12
127:11,24
**discussing**
26:5 86:11 96:24
98:4 128:6
141:24
**discussion**
41:20 44:2 46:5
47:13 78:7
85:20 117:20
118:12 140:21
141:3
**discussions**
26:19 33:15
35:18 36:18
41:3 44:1 46:6
67:8 77:13,16
78:4 81:19 85:9
87:5 103:3
112:14 118:4
123:20,24
140:13,20
**distinction**
61:17
**distributed**
44:22
**district**
1:1,2 8:7,8 54:24
54:25
**division**
1:2 8:8 52:10,13
**doctrine**
112:16
**document**

44:4 96:21
102:3 118:23
119:3 120:13
131:10
**documents**
10:3,6 15:5 48:9
48:11,21,23
49:4,5,5,10 50:2
50:10,14,19
58:2 65:5 90:21
103:19 105:8
118:16 131:13
131:14,17
152:16
**doing**
109:4 112:5
**DOOR**
3:5
**doubt**
88:9 97:16
106:16 132:22
148:6
**dozen**
116:11
**Dr**
29:16 30:11,18
31:16 35:25
64:9 76:19 83:2
123:21,23 124:2
125:24
**draft**
87:13 153:6,8
**drafted**
110:12 113:14,15
114:12 153:7
**drafting**
34:14 113:6,25
117:7 135:7
143:5 153:16,21
154:3
**drafts**
59:3
**draw**
61:17 80:20
**drawing**
139:2
**drive**

128:14
**duplicate**
120:14
**duty**
11:23 12:3
**D.C**
13:22

___
**E**
___

e
3:1,1 4:1,1,1 5:1
5:8 6:1,1 7:1,1
158:15 159:1,1
159:1 160:1,1,1
160:1
**earlier**
15:15 50:23 72:2
85:13 86:2
117:19 130:2,15
131:4 138:2
140:1,25 150:3
151:19 153:1
154:7,11,17
**early**
10:4 117:22
**easy**
120:7
**edited**
135:22
**edits**
135:23
**effect**
17:8 59:6 63:3
80:17 97:2
128:15 139:4
**effort**
36:24 37:1
**efforts**
50:6
**either**
14:11 17:24
43:16 53:9
54:14 63:2
67:20 81:1,14
84:11 111:14
117:23 123:24
145:25 150:12
**electronic**

49:5 136:23
**Electronics**
1:8,10 2:3,5 3:10
3:11 8:6 18:25
19:21 20:2
21:14,17,22
22:2 62:9
**Emanuel**
3:14 8:24 37:21
88:22 89:3 93:4
93:24 94:7,19
95:7,21
**employed**
19:20
**employee**
16:5 17:13
**employees**
45:25 64:20
106:9 138:13
**encounter**
125:12
**ended**
127:20
**engage**
31:19 110:19
**engaged**
12:22 13:11
137:21
**English**
9:8,8 20:7,9,12
38:25 39:4
**entailed**
78:25 137:22
**entails**
59:2 65:16
**entered**
17:19 66:22
67:18
**entire**
12:2 56:12
**entirely**
35:13 56:19
127:6
**entitled**
30:24 37:25
102:3
**Ericsson**

31:2,10,13 45:3
46:4,19 62:11
62:18 64:23
65:1,9 72:6,12
116:10,23
126:20
**Errata**
157:7
**ESQUIRE**
3:4,13 4:3
**essentially**
118:5
**establish**
17:5 65:15
**estimate**
122:9,12,16,24
**et**
8:7 79:2,2 134:16
134:16
**euro**
79:21
**European**
133:3,7,18 134:12
134:21 135:9,17
136:10,15 137:2
137:17 146:21
**evaluating**
36:5,15
**events**
76:23
**everybody**
41:8
**evidence**
28:5,10 91:16
107:3 113:9
117:25 139:10
**EVP**
19:23 92:4
**exact**
69:23 153:10
**exactly**
37:1 59:5 76:12
109:13 112:17
114:14 115:14
137:11 152:15
**EXAMINATION**
5:2 9:23 66:19

121:4 132:6
**examined**
9:21 157:4 158:6
**example**
86:10
**exchanged**
34:11
**exclude**
87:1
**excluding**
22:5 86:19
**exclusion**
61:14
**excuse**
142:5
**excused**
118:3
**executive**
19:24,25 21:2
22:12 36:2
**exhibit**
5:10,11,14,16,19
5:21,24 6:2,3,8
6:11,13,15,17
6:19,22,24 7:2,3
7:5,8,10 37:24
38:1,4 45:15,17
48:13 49:11
69:17,19,22
76:14,24 87:24
88:1,4 96:11,13
96:16 97:3,5,8
100:24 101:1,4
102:2,6,9 103:2
103:4,5,22,24
104:2 105:14,19
105:22 106:6,17
106:22,24 108:7
108:12,23,24
109:3,5,12,17
110:5,7,10
112:21 113:7,25
114:2,11,25
116:2 117:7
118:21,22
119:16,17,21,22
119:22,23

Case 5:11-cv-01846-LHK   Document 3142-18   Filed 07/08/14   Page 169 of 186
CONFIDENTIAL DEPOSITION OF SAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

168

131:25 132:3,8
136:18 141:8,10
141:14 142:10
142:13,16
143:17,19,22
144:6,8,11,20
144:22 145:19
145:21,24
147:20,22,25
152:9,11,20,23
153:8,13 154:3
**exhibits**
119:6 120:6
**existence**
70:5 112:2
**expectation**
71:3
**expedite**
155:23
**expedited**
155:20
**expended**
50:6 122:13
**experience**
68:1 71:4 90:19
**experienced**
41:16 42:9,14
**expert**
5:19 87:13,20,22
88:20 96:12,24
141:24 143:8
**explains**
106:7
**explicitly**
134:19
**express**
15:6
**extensively**
119:12
**extent**
13:3 14:25 20:10
35:22,22 40:3
41:10 55:9
56:19 57:4,20
60:22 61:18
65:14 75:10
86:15 111:13

112:15,25
114:14 120:6
126:1 130:25
131:5,7 134:23
142:8
**extra**
88:13
**eyes**
1:18 56:1,4,9,14
56:23 105:17
118:9,17 119:4
119:6 120:3,4,9
152:14
**e-mail**
5:16,21,24 6:8,13
6:15,17,19,22
6:24 7:3,5,8
49:6 87:25 88:7
88:10,16,19
89:6,8 91:4 97:4
97:14,17 98:5,7
100:13,19,25
101:11 103:23
104:25 108:16
109:13,14,18,20
132:1,19 133:12
141:9 142:11
143:18 144:7,21
145:3,6,8,12,20
146:3,6 147:21
148:4,7,9,10,13
148:23,25 149:4
149:7,10,15
**e-mails**
35:8 50:2 123:8
132:9,10

**F**

**fact**
13:16 28:4,9
43:15 50:6
56:24 61:5
75:12 90:22
91:15 92:14
107:3 113:8
122:3 129:11
134:10 137:10
137:12,20 139:9

150:22 153:18
**facts**
29:25 30:6,9
78:15 106:21
111:23 137:20
**factual**
106:18,21 136:20
137:1,7,16
**factually**
70:16,23
**fair**
28:25 31:9 33:23
35:25 36:23
44:8 78:14
101:20 139:5,12
150:7
**fairly**
49:16
**fall**
26:6,8
**falls**
92:3
**familiar**
99:9,16 145:17
146:17
**far**
31:4 41:17 43:17
68:14 69:2
77:24 96:1
107:13,13,14,20
132:9 138:1
**fashion**
15:4
**faster**
110:4
**February**
125:10,12,14
**Federal**
158:15
**feed**
37:17
**feedback**
10:21
**feel**
126:16
**field**
141:17 143:25

145:3,6 146:1
**fields**
142:19 144:14
**Figueroa**
3:15
**figure**
114:13
**figuring**
98:12
**file**
32:15 43:15,21
**filed**
33:5 123:14
**files**
43:16 48:12
**filings**
58:12 135:17,20
135:23 136:14
**filtered**
59:17,17
**final**
70:2
**financial**
80:7,15,19,24
81:10,15 85:4
85:17 128:24
135:16 140:2
**fine**
65:25 66:8
119:25 153:2
**firm**
98:20 99:9,16
100:2,8
**first**
9:6 20:4 38:11
39:6,7 62:7
76:16 78:24
98:7 101:8
104:15 108:12
110:24 113:22
131:10 145:6,8
**first-line**
59:11
**fit**
26:3 31:1 86:14
**five**
45:24

**five-page**
38:12
**fix**
57:6
**floor**
3:16 8:14
**fluke**
107:22
**Foerster**
2:19 8:13
**folks**
82:25 99:1
107:25 154:20
**follow**
143:3,4
**Followed**
104:21
**following**
118:7
**follows**
9:21 63:14 91:20
**forced**
87:1
**foregoing**
58:21 157:4
158:7
**foreign**
106:10
**form**
58:15 139:7
**formalities**
155:1
**former**
61:1
**forms**
12:23 13:11
**formulate**
59:10
**formulating**
130:19 131:8
**forth**
106:14,17 154:25
**found**
39:12
**foundation**
15:25 26:13 28:6
29:6,20 40:1

CONFIDENTIAL DEPOSITION OF SAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

169

48:16 49:1 71:7
72:25 82:15
91:6 131:1
**frame**
18:24 125:10
**FRAND**
101:25
**Frazier**
1:25 2:24 9:2
158:3,24
**Friedberg**
128:9,11
**front**
131:14
**FTP**
88:20,22 89:3
108:16
**fulfill**
121:15 122:4
**full**
10:15 19:13
76:16
**function**
35:4
**furnished**
77:21 114:16
**further**
56:11 72:14
101:24 118:17
154:5,9,13,15
158:17

**G**

**gain**
53:16
**gained**
140:7
**gather**
54:3
**general**
15:9 21:25 53:18
53:20,20 55:23
84:6 130:11,14
**generally**
36:24 37:4 38:14
38:15 41:21
53:13 71:9
**gentleman**

47:25
**German**
100:2
**getting**
115:5 130:11
**give**
9:15 16:25 40:19
107:11,17
150:18
**given**
16:4 71:19 78:8
78:11 91:8
92:14 137:22
154:7 157:6
**go**
15:15 35:14 51:1
65:3 85:2 109:1
109:21 115:24
119:22 120:10
120:15,17
131:19 149:19
154:22 155:6,8
**goes**
18:10 35:1 41:12
43:18 44:12
96:2 134:6
138:1
**going**
10:4 12:25 13:12
16:21 17:21
18:4,17 26:4
28:14 32:1,17
32:19 33:2
37:10 39:1
40:20 43:6 45:4
48:16 52:23 53:7
53:15 54:12
55:5,15 57:6
64:14 65:11
66:10 72:1 73:1
73:21 74:16
79:1,2 84:8
92:22 102:11
103:2 105:13
108:23 109:1
111:11 114:4
117:12 120:15

120:23 121:19
126:12,25 130:3
130:21 131:20
142:2 149:21
151:15 152:13
155:19 156:5
**goings**
57:24
**good**
9:25 120:16
121:6,7,11,13
121:18,21,24
122:6
**gotten**
114:15 116:12
137:13
**governed**
70:8
**grant**
107:21
**grants**
15:4
**great**
131:5
**Grewal**
39:12
**Grewal's**
44:8
**ground**
39:25
**group**
20:1 21:24 26:7
89:21 90:4,20
104:15,19,20,23
105:1 108:20
114:17,23 116:1
138:13,18,21
**groups**
89:7,10,17 104:13
**guess**
28:19 30:1,5 71:8
119:14
**guessed**
80:12,14
**guest**
112:3,3
**guys**

89:13 136:4

**H**

**H**
5:8 6:1 7:1 159:1
160:1
**HALE**
3:5
**half**
116:11
**hand**
9:13
**handed**
61:11
**handle**
29:17 35:12
**handling**
22:4 24:10,18
29:13
**happen**
11:22
**happened**
53:2
**happens**
52:10 53:1,14,15
62:7
**happy**
152:11
**hard**
62:9 128:14
131:15
**hate**
65:5
**hazy**
151:8
**head**
22:25 26:2 27:3
27:19 28:21
29:12 31:7 63:4
89:12
**heading**
91:9
**heads**
58:7
**hear**
51:10 91:18
122:1 129:7
**heard**

41:16,18,20,23
42:8,13 43:16
44:18 45:10
67:2 99:3,18
128:15,19
129:20 138:10
138:16
**hearings**
61:11
**held**
2:16 35:19 82:4
152:17
**Helen**
97:4
**help**
20:24 59:9
149:12
**helped**
95:22 96:5
**helpful**
54:6 57:15 66:6
**Heungjo**
113:23
**Heungju**
6:8 89:13 103:23
141:20 142:22
144:7
**high**
51:23 59:14
**highest**
36:1
**highly**
152:12
**high-level**
59:20
**Ho**
22:23 26:2 89:11
89:12
**Hojin**
89:13 141:9
142:11 143:18
144:18 145:20
**hold**
10:5 103:16,17
**hone**
116:25
**Hopson**

Case 5:11-cv-01846-LHK   Document 3142-18   Filed 07/08/14   Page 171 of 186
CONFIDENTIAL DEPOSITION OF SAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

170

5:21 97:4
100:13
**Hoshin**
89:14
**hour**
47:20
**hundred**
35:8

_____

**I**

**idea**
103:9
**identification**
38:2 69:20 88:2
96:14 97:6
101:2 102:7
103:25 105:20
110:8 132:4
141:11 142:14
143:20 144:9,23
145:22 147:23
152:21
**identified**
30:10 45:1,25
64:20
**identify**
8:16 27:11 28:1
29:2,16 30:17
31:14 34:4
37:18 42:12
69:7 81:8 89:7
89:20 101:19
104:13 151:12
153:12,20
**Illinois**
51:2 121:10,12,18
**image**
128:13
**immediately**
24:3
**impart**
32:3
**imparted**
13:3
**importance**
28:3,24 29:5
**important**
27:4,9,11,22 28:8

29:10,25 33:16
33:21 51:23
63:6 91:9 92:15
143:16
**improperly**
109:8
**inadvertently**
107:22
**include**
18:1 120:5
**included**
100:22 128:18
**includes**
17:5
**including**
15:21 22:5 46:4
55:1 72:4
126:18
**indicate**
126:24
**indicated**
65:4 118:22
**indicates**
108:15
**indication**
109:7 135:15
**individual**
114:12
**individuals**
89:23
**information**
12:10,10,18 13:3
13:13 14:7,9,16
15:1,5 18:19
32:2,6,18,20
40:11,14 41:25
43:4,9,24 44:5
44:22 45:2 50:4
50:16,21 55:25
56:20 73:8,22
74:18,19 75:5,7
75:16,20 76:20
77:1,2 79:7,24
84:23 85:19
86:19 93:5,9,13
93:17,25 94:7
94:13,20 95:1,8

95:15,23,23
96:6 100:14
105:6 106:8
111:14,16,20
112:1 117:6
128:16,18,22,23
129:4 130:17
133:18 134:9,11
134:20 135:12
137:24 138:8
**informed**
55:9 57:20
**infringement**
90:14
**initial**
6:3 79:1,17 102:3
137:16 151:6
**input**
136:9,14
**inquired**
70:7
**insisting**
115:3
**insofar**
41:11 44:12
**instance**
11:3 15:16 16:5
17:12 18:9 23:3
24:22 42:21
104:16 146:24
155:15
**instances**
11:22 18:14 19:4
29:3 44:13,19
64:6 107:16
**instruct**
11:7,13 12:8 13:5
13:12 15:19
17:21 18:18
26:14 27:14
30:25 32:1,17
32:19 40:5,21
43:6 45:4 51:15
53:7 54:12 67:6
71:18 73:10
74:16 75:4
76:25 77:15

83:11 84:8,22
86:7,13 93:12
111:12 112:24
114:4 124:10
126:13,23
130:21 134:22
140:16
**instructed**
14:1 107:7
**instructing**
112:13
**instruction**
13:9 14:8 27:2
74:7 76:3 86:22
87:2,9 93:20
94:3,9,16,23
95:4,11 96:9
**instructions**
86:13,16 88:19
95:17
**intended**
116:18
**intends**
155:3
**intent**
88:12
**intentionally**
111:20
**InterDigital**
62:14,18
**interest**
6:6 65:18 82:19
102:5 158:17
**internal**
33:15 35:18
47:12 51:11
90:13 143:9,10
144:5
**internally**
63:22
**International**
13:21 60:13,18
101:23
**interpret**
9:7
**interpretation**
121:25 150:11

**interpreted**
65:21
**interpreter**
4:12,13 9:10,11
20:24 46:11,12
48:2,18 54:5,17
55:7 57:7 63:12
65:18 88:11,24
91:17,18,25,25
126:5,5 136:6
149:12
**interpreters**
9:6 57:16
**invalid**
90:15
**investigation**
111:23
**invitation**
110:18
**invite**
55:23
**involve**
51:17 61:2 62:24
131:5 143:1
**involved**
25:25 35:23
60:11,14 62:5,8
62:12,15,21
63:2,7,11,18,23
63:23 64:1,12
90:24 91:2
116:16 146:22
147:5
**involvement**
25:23 31:24
33:13 36:4 51:8
60:8,16,19,23
61:10,18,19,22
61:25 62:2,4,17
64:4,18 65:13
65:16 146:19,23
147:6,7,9,14,17
**involving**
15:12
**in-house**
8:22 41:3 48:24
70:11 93:8,16

171

96:4
**IP**
20:3 21:3 22:2,6
  22:12,25 31:6
  52:12 57:24
  58:4,4,7 59:12
  63:22 64:7,8
  89:9,19,22 90:2
  90:2,17 91:10
  92:16 104:17
  136:2,6,7
**IP-related**
22:4 52:8
**issue**
59:18 60:15 61:6
  82:13 111:23
  115:11 116:20
  116:25 142:2
**issued**
61:15
**issues**
49:10 53:2 59:17
  87:21 92:15
  101:25 103:13
  135:5
**Italy-related**
98:13
**ITC**
60:20,23,25 61:15
  67:18,23 103:12
**items**
33:16 134:1,3

_____
**J**

**J**
1:25 5:20 158:3
  158:24
**Jaehawk**
7:8 147:21
  148:14,23
  149:15
**Jaeshim**
23:9
**Jaewan**
1:20 2:16 5:2 8:5
  9:19 37:10,14
  66:10,17 92:22
  93:1 110:6

117:12,16
149:21,25
152:10 156:4,8
157:3 159:3
160:3
**Jang**
104:18
**January**
125:10,12,13
**January/Febru...**
125:19
**Japan**
61:22
**Japan-based**
98:20
**JCHI@Samsun...**
97:11
**JD**
51:4
**job**
1:23 52:15 59:9
**join**
103:20
**Jose**
1:2 8:8
**Journal**
81:12
**judge**
38:19 39:12,23
  40:17 44:8
**July**
48:21,23 49:15,17
  49:21 50:11,13
  50:19 132:1
  145:20
**June**
73:16,20 74:5
  77:14,23 78:6
  123:17,21 124:8
**J-a-e-w-a-n**
19:15

_____
**K**

**Kang**
58:9 104:16
  105:2
**Kassabian**
37:20

**keep**
28:15 36:24 68:2
  81:2,5 119:16
  155:17
**Ken**
8:24
**KENNETH**
3:13
**kept**
10:8 37:4 52:20
**Kim**
4:11,12 5:14 7:3
  8:22,22 47:14
  47:18 55:14
  69:18 70:4
  104:21,22 144:3
  144:18,21
**kind**
92:13 128:23
**KJ**
58:9,11
**knew**
68:9
**know**
15:9,13 17:1
  26:10,24 29:23
  35:14 39:8 41:8
  42:23 49:22,23
  56:10 64:17
  67:3 68:6 72:17
  73:3 74:23,25
  75:2,25 76:3,11
  78:1 81:25
  82:16 84:3,6
  87:16,19,21
  89:25 90:1,4
  92:18 98:11,12
  98:14,18 99:19
  99:19,22,23
  100:21,23 103:7
  103:9 104:3,5,8
  105:4,7 106:18
  106:19 108:9
  109:15 113:14
  113:16,17,17,24
  114:1,10 115:22
  115:23,25 116:5

119:18 121:13
121:15 123:11
124:25 128:9,12
128:13 129:2,3
129:3,3 131:7
133:17 134:10
141:19 142:21
142:23 144:2,16
145:18 146:23
148:21 149:1,8
151:22 153:8,12
153:15,24 154:2
154:19
**knowing**
11:12 137:14
**knowledge**
15:7 16:3 17:2
  41:10 65:10
  66:25 67:14
  72:22 76:4,5,23
  77:11 78:18
  83:22 85:24
  87:12 95:21
  96:4 102:18,24
  106:3 108:4
  116:22 130:25
  139:8 140:8
  146:20 147:4
**knows**
11:10 13:6,13,23
  13:24 14:9
  18:21 26:17
  32:22 71:7 74:1
  77:2 134:25
**Ko**
104:19 144:5
**Koppelman**
4:3 5:4 8:20,20
  56:8,15 66:4
  103:20 119:14
  120:18,20 121:5
  122:1,8 124:4,7
  124:19 126:10
  127:2,9 130:9
  130:13 131:9
  138:2 154:10,15
**Korea**

115:4 121:9
125:12,14,20
**Korean**
1:9 2:4 4:12 9:8,8
  20:4,18 69:3
  100:8 104:10
  149:12
**Kwak**
23:4,18,20 24:1
  25:2 82:24 83:2
  104:15
**Kwak's**
24:9
**Kwon**
6:8,24 89:13
  103:23 113:21
  114:20,22
  141:20,21,25
  142:22,24 144:7
  153:14,18
**Kwon's**
113:22
**K-a-n-g**
58:11

_____
**L**

**lacks**
48:16 71:7
**language**
20:4
**large**
70:2 90:20
**larger**
96:20
**late**
101:23 103:16
  154:17
**law**
10:16,25 51:1,5
  69:4 98:17,18
  98:20 99:16
**laws**
69:3,3
**lawyer**
50:24 52:3 86:10
  93:8,16 94:13
  94:19,25 95:7
  95:14

Case 5:11-cv-01846-LHK   Document 3142-18   Filed 07/08/14   Page 173 of 186
CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

172

lawyers
  11:11,13 13:4
  17:7 67:10,15
leaders
  63:6 92:16
learned
  15:13 17:6,11
  18:4 37:16
  67:10,22 79:6
  84:17 85:5,18
  86:4,6 139:15
  139:16
leave
  15:4 118:6 154:6
Lee
  7:8 89:14 100:9
  147:21 148:14
  148:23 149:15
leeko.com
  100:5
Lee's
  148:20,21
left
  21:18,21 120:20
  126:2,8
legal
  8:23 15:10,11
  21:19 26:18
  40:1 52:4,13,16
  57:24 58:4,7
  59:12 89:9,19
  90:2 107:4
  121:20 136:2,3
  136:7
letter
  35:5 46:1 69:18
  105:14 107:20
  109:7 110:6,12
  110:15 113:3
  114:18,25 116:2
  152:10 153:4,6
  153:21
letters
  34:11,15,19,22,23
  34:24 36:8,14
  116:15 119:19
let's

15:10 37:8 92:20
100:24 117:10
149:19
level
  24:19,20 25:8
  51:23 54:25
  55:1 59:15
levels
  35:9
leverage
  53:16
liability
  1:13 2:8
license
  25:17,20 31:14
  46:9,18,22 47:1
  69:8,10 71:17
  71:25 72:19,20
  73:5 78:19 80:4
  81:6 83:4,10,23
  84:1,3,7,18 85:2
  85:6,19,25
  86:11 87:7 93:6
  93:10,18 94:1
  94:14,21 95:2,9
  95:16 116:10
  127:10,23 128:7
  128:24 130:1
  137:25 139:17
  140:8,11,23
  150:5
licenses
  22:9 45:2 46:3
  64:22 65:1,9
  68:2,10,18 69:1
  70:6,17,22 71:5
  72:6,12 116:22
  126:20 129:15
  129:17 135:17
licensing
  22:7,13,15,17,19
  22:20 23:4
  24:11,19,25
  25:7,8,9,14,15
  26:5,7 31:10
  34:11,12 35:16
  36:5,10 53:5

64:8 71:4 89:14
91:14,23 92:11
92:14 95:22
96:5 104:15,19
104:20,23 105:1
106:8 108:20
110:16 114:3,17
114:22,23 116:1
119:11 128:18
128:21,23 129:4
129:14 130:19
135:12 138:8,14
141:5 147:15,18
licensing-related
  31:4 73:13
light
  13:9
likelihood
  55:5
likewise
  118:16
limit
  116:21
limitation
  150:20
limited
  1:13 2:8 19:1,21
  23:22 44:15
  56:13 64:24
  65:8 116:8,20
  138:13
limiting
  53:12
line
  39:10,15 45:19
  98:7,24 99:6,12
  99:24 100:5
  132:17 159:4
  160:4
lines
  59:1 97:10,11
link
  80:20 108:16
list
  90:3 101:8
listed
  45:11 88:6 101:7

104:10 132:16
142:19 145:9
146:1,10 148:3
149:3,14
lists
  45:21 99:6,12
  108:20 133:12
litigated
  60:3
litigation
  12:22 13:17,20
  14:5,21,25
  15:12 17:14
  18:11 22:5
  43:24 44:5,23
  51:9 52:21 53:1
  53:5,14 54:1,21
  55:10 57:21
  58:13 59:4,10
  59:12,21 60:12
  60:12,17 61:6
  61:18,20,22
  62:3,4,10,12,15
  62:22,25 64:3,5
  64:8,11,13
  66:22 67:18
  90:11,21 91:14
  91:24 92:2,2
  95:24 96:7
  99:20 100:3,10
  117:7 119:11
  122:13 123:9
  127:7 129:6,16
  133:1 137:22
  142:25 143:11
  147:5
litigations
  17:19 39:14
  62:18
little
  29:22 59:1
  120:21 121:14
  122:19
live
  19:18 37:17
LiveNote
  57:6

LLC
  1:12 2:7 3:12
LLP
  2:19 3:5,14 4:4
lodge
  155:13
long
  19:8 21:2,11
  28:11 32:5 34:8
  47:18 55:14
  81:17
longer
  121:17
look
  10:6 23:25 58:20
  89:5 97:10
  104:3 112:8
  146:9,12,16
  151:3,10
looking
  38:11 97:20
  101:5 137:11,13
  138:23 146:18
  148:24 152:3
Los
  1:21 2:21 3:17
  8:1,14 66:13
lot
  61:3,9,23 110:4
lunch
  57:13,15 65:24
  66:12 72:7,8

**M**

Madam
  48:2
magistrate
  39:20,23
mailbox
  58:16
maintaining
  119:6
major
  53:2
making
  41:2 78:9 135:24
man
  27:5 31:18

Case 5:11-cv-01846-LHK   Document 3142-18   Filed 07/08/14   Page 174 of 186
CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

173

manner
29:18 33:9
**March**
6:4 46:3,8,17,21
46:25 64:22
72:5 87:25
100:25 101:23
102:4 103:23
108:13 109:12
109:14 110:5
126:19 141:9
142:11 147:21
**mark**
37:24 69:17
87:24 96:11
97:3 100:24
102:2 103:22
105:13,15 110:5
131:25 141:8
142:10 143:17
144:6,20 145:19
147:20 152:9,12
**marked**
38:1 69:19 88:1
96:13 97:5
101:1 102:6
103:24 105:6,19
110:7 120:14
132:3 141:10
142:13 143:19
144:8,22 145:21
147:22 152:20
**marks**
104:7
**Massachusetts**
3:7
**matter**
8:6 9:15 25:11
35:6 41:4 43:2
77:24 90:22
107:23 115:6,9
115:13 121:25
122:20 127:7
129:11 137:10
**matters**
22:14 31:5,18
52:9 60:20,21

60:23,24,25
61:1,4 69:5
92:19 122:10,25
134:6 143:2
**Mazo**
4:14 8:12
**mean**
16:17 24:5,13,21
36:17 37:2 49:4
54:11,23 58:23
63:24 70:20
80:10 89:22
104:3,5,8 112:3
112:7 121:20
129:9,17 132:20
134:4 143:7
147:2 152:6
154:9,12
**means**
65:13 121:24
**meant**
120:4
**media**
78:20
**mediation**
32:7,16,23 40:24
54:14 56:2
84:12,12,21
85:10,11,21
86:5,20 111:14
117:24 127:21
128:2
**mediations**
32:11
**mediator**
32:16 33:5
**meet**
47:8 66:4
**meeting**
31:21 33:13,24
34:6,7 73:16,19
74:5,11,15,24
75:13 76:11,21
77:14,23 78:12
82:2,3,6 123:17
123:21,25 124:3
124:9 125:13,19

126:11 127:11
127:13,16,20,24
**meetings**
33:25 34:3,9
35:19,21,24
36:2 51:11,24
76:8 110:24
111:3,6,10
112:12,23 125:8
125:15
**Mellin**
76:19 78:16
123:11
**member**
104:25 121:11,13
122:6
**members**
23:12,15,16 57:24
**memorize**
49:23
**memory**
127:19
**Menlo**
4:7
**mention**
150:23
**mentioned**
21:5 31:20 79:25
103:15 117:22
131:4 151:5
**merely**
75:13
**met**
124:20 125:2,5
**middle**
32:13 76:17
**Middlefield**
4:5
**million**
79:21
**mind**
18:12 54:18
58:19 62:6
112:6 118:20
**minor**
147:8
**minute**

120:17
**minutes**
47:20 64:17
**miscommunicat...**
63:20
**misinterpreted**
92:1
**misleading**
44:10
**misspoke**
88:12
**Misstates**
106:11
**mistaken**
113:10
**mistranslation**
91:18
**misunderstood**
149:16
**mobile**
24:25 25:3 31:11
31:15
**moment**
53:2 80:1,13 85:3
**money**
69:9
**monies**
52:11
**monitor**
8:11
**month**
127:15
**morning**
9:25 10:4
**Morrison**
2:19 8:13
**motion**
5:11 37:25 38:20
**move**
12:25 71:13
110:4
**moves**
15:3

———————
**N**
**N**
3:1 4:1,1,1 5:1,1
6:1,1 7:1,1

160:1,1
**name**
19:13 34:18,22,24
58:11 100:20
101:7 104:10
110:14 113:22
141:16,19
145:16 149:3
153:5
**named**
23:4 87:16
116:19 145:12
158:7,11
**names**
19:16 46:5 89:24
146:12,16
**nature**
43:17 70:23
**NDA**
112:3 117:23
119:9,9
**near**
149:18
**necessarily**
60:20 130:11
**necessary**
35:10,14 59:16
62:24
**need**
28:15 55:13
65:20 68:6
92:18 107:7
109:7 112:8
117:18 119:22
155:16
**needs**
69:6
**negative**
40:16 50:17
88:13
**negotiating**
22:9 54:4,7 73:4
**negotiation**
26:1 31:21 35:20
73:16 74:10
116:16
**negotiations**

Case 5:11-cv-01846-LHK   Document 3142-18   Filed 07/08/14   Page 175 of 186
CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

174

25:20,24 26:6
26:11,25 27:5,8
27:12,22,25
28:1,24 29:4
30:11,11 31:10
31:15,19,25
33:12,14 36:10
36:25 37:5 53:5
53:14,21 55:22
59:25 64:18
71:16,25 72:20
72:23 73:13
110:19 112:1
116:8 119:11
122:14 130:20
131:6 137:21
147:18
**Netherlands**
99:4 128:18
129:6,16 138:3
138:7,15,24
139:6 140:6,9
140:15 141:6
142:2,7
**never**
43:1 112:6
114:15 134:20
142:4,6 153:7
**new**
1:10 2:5 71:17,25
**newspaper**
69:15
**night**
10:4 131:11
**Nokia**
4:2 8:21 29:13,15
30:11,18 31:9
31:13 45:3 46:4
46:10 56:6,18
64:23 65:1,9
71:16,24 72:6
72:12,20 73:4
73:15 76:19
78:16 80:15,19
80:23 81:2,15
85:2 103:20
116:10,23 118:2

118:18 123:1,5
123:11,17,21,25
124:9 126:20
127:7 130:19
139:8 140:2
142:5
**Nokia's**
77:22 80:7 119:4
**Nokia-Apple**
128:7 129:25
**Nokia-related**
131:6,7
**nondisclosure**
111:21 118:24
**Northern**
1:2 8:8
**Notary**
2:25
**notes**
82:12 158:14
**notice**
6:5 49:9,13 50:11
50:13,18 102:4
**notification**
78:8,11
**number**
8:9 34:17 39:15
64:19 125:21
153:9

―――――――
**O**
―――――――
**O**
4:1 5:1 6:1 7:1
160:1
**oath**
10:12,25
**object**
13:2 16:21 18:3,5
26:12 30:3
39:25 51:15
56:8 64:15
72:14,25 73:21
111:11 119:1
121:19 124:10
126:12,24 130:3
**objection**
11:6,6 12:8 13:23
15:19,23 18:17

19:7 20:19 24:4
27:1,13 29:6,19
38:8 39:18,18
40:20 44:10
48:15,19 49:1
54:17 55:7
68:11,21 70:18
71:6,18 72:2
73:6 74:6 75:11
76:2 81:16
82:14 83:5,19
84:19 86:21,22
87:2,8 91:5,15
93:11,11,19
94:2,8,15,22
95:10,18,25,25
101:12 105:11
105:12 106:11
107:2 119:5
124:1 134:22
140:16 153:1
**objections**
16:14 28:15,16
75:22 95:3 96:8
147:3 154:17
**obligated**
30:25 31:1
**obligations**
19:6
**obvious**
110:22 112:7
**obviously**
20:23
**occasion**
27:4 81:22,24
125:11,21
**occasions**
27:21 32:8 34:16
106:7
**occurred**
74:14
**occurring**
78:12
**October**
1:22 8:1,10 19:1
38:19 66:13
**offer**

51:13,25 77:22,22
78:9 110:20
112:11 129:12
131:8 136:4,5
140:21,25 154:9
**offered**
37:7 78:5 136:9
136:14
**offering**
129:8
**offers**
35:16 36:5,7
111:8 112:11,22
116:16 130:19
**offhand**
80:13 90:6
**office**
104:17 105:2
**offices**
2:17
**oh**
90:6
**Ohno**
98:22
**okay**
12:25 56:25
57:19 65:17
70:3 91:25
94:12 102:15
118:14 120:10
120:22 147:17
152:19 154:12
154:24 155:10
155:14,21
**once**
26:1 81:25
**ones**
37:21 52:11
146:11
**ongoing**
13:17,20 25:20
53:15 59:7
64:11
**open**
10:5,8 58:21
103:16 126:21
129:12 141:1

154:6
**opened**
43:15,21,23 44:3
107:22
**opening**
38:15 58:20 98:1
133:15
**operated**
150:15
**opinions**
51:12,14,25 136:5
**opportunity**
10:6 70:1 114:11
**opposed**
61:19 136:6
**oral**
82:9,11
**order**
1:19 5:11 11:4
14:21 15:17
16:6,12,18
17:14,19 18:16
37:25 38:19
39:13,24 40:15
40:18,24 41:19
41:21 42:10,16
42:18,20,24
45:14 48:12
56:10,21 61:15
64:19 65:8
67:17,24 72:3
106:4 107:1,15
108:4 115:11,12
116:8,20 117:24
118:6 119:21
126:17
**ordered**
72:9,15
**orders**
15:8 66:22 67:1
**organizational**
23:25
**original**
155:9,11,12,16,18
**OS**
98:17,18
**OSlaw.org**

Case 5:11-cv-01846-LHK   Document 3142-18   Filed 07/08/14   Page 176 of 186
CONFIDENTIAL DEPOSITION OF SAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

175

98:15
**outcome**
158:18
**outline**
103:11
**outside**
14:6 15:17 16:5
16:19 17:13
43:5 48:25
106:9 114:23
115:25 146:25
155:11
**overall**
22:13
**overbroad**
86:13,16
**overnight**
149:11
**oversee**
25:9 26:11,25
28:23 29:4
30:19 31:16
**overseen**
30:12,14
**oversees**
31:7
**over-redaction**
103:18

___

**P**

**P**
3:1,1 4:1,1
**page**
1:17 2:1 5:2,10
5:20,20 6:2,20
6:23 7:2 38:11
38:22 39:7,8,10
45:17 69:25
70:2 76:15,17
96:12,20 102:11
102:20 108:11
110:24 145:6,8
148:4,14 159:4
160:4
**pages**
1:24 5:12,15,17
5:22,25 6:7,9,12
6:14,16,18,25

7:4,6,9,11 10:3
35:2
**paid**
69:9 79:22
**panel**
60:7
**panels**
60:5
**paper**
49:5 136:20
137:1,7,16
**paragraph**
39:6,7 70:2 76:16
109:13
**paragraphs**
39:7
**Park**
4:7,13 104:22
142:22
**part**
14:4,25 15:24
20:14,20 22:20
28:6 29:7,21
35:7 40:2 41:5
53:24,25 54:5
57:22 59:9
61:10 62:23
68:12 71:14
90:11 97:19
101:13 104:18
104:23 107:4
116:17 118:10
123:6 136:2
**participants**
46:6
**participate**
33:17,25 111:3
135:7
**participated**
47:22 113:25
153:15,20,25
154:2
**participation**
72:22
**particular**
11:21 19:2 20:1
21:24 35:9 47:7

49:24 60:10
73:17 80:5
88:17
**particularly**
60:14 118:20,21
**parties**
15:1,2 36:10 54:2
72:13 74:25
78:6 92:1
110:18 119:10
129:5 154:25
155:7,19
**Partners**
98:22
**parts**
24:19,20 25:8
**party**
15:3 53:17 63:2,9
63:15,25 129:18
**patent**
22:6,9,15 25:20
59:24 62:4,15
69:1,8 71:17,25
73:4 78:19
85:25 90:14
122:13 127:6
**patented**
22:20
**patents**
31:11 68:3 90:11
140:23
**Paul**
123:11
**payment**
79:1,17,25 150:20
151:1,6
**payments**
135:16 150:6
**Pease**
5:24 100:25
124:25 125:1,3
125:6,15 127:16
128:3,5,7 149:7
154:2
**penalty**
9:20 158:8
**pending**

63:1 75:25 117:2
127:6
**people**
23:5,17,20 24:2
35:11 76:10
78:4 91:2
109:11,12,16,22
125:21 144:2
153:9
**percent**
122:15,22,23
**percentage**
122:9,24
**perceptions**
53:24 54:10
**perjury**
9:20 158:8
**permissible**
118:18
**permission**
134:12,21
**permits**
72:3
**permitted**
126:25
**person**
89:15 90:6
109:24 125:2,5
125:16
**personal**
76:3
**personally**
26:3 29:12,17
30:12 31:16,18
41:15 42:7
43:16 50:5
66:24 69:11
74:1 77:1 83:15
124:18 153:7
**personnel**
70:11 89:8
**pertain**
26:8
**pertaining**
24:11,19 70:21
107:8
**Phil**

4:14 8:12
**Philips**
45:3 46:4,23
64:23 65:2,10
72:6,12 116:11
116:23 126:21
**phone**
124:23 128:3,5,7
**phones**
24:16 25:1
**PICKERING**
3:5
**place**
8:13 59:14
123:25 127:16
158:11
**Plaintiff**
1:6 3:2
**Planet**
9:3
**play**
59:19
**played**
90:25 131:8
**playful**
82:19
**pleadings**
58:12 59:3
**please**
8:16 9:3,12 19:14
45:18 76:15
88:25 91:19
102:12,21
**plus**
44:17
**point**
37:22 53:3 57:12
64:19 77:20
92:5 140:3
**portions**
39:1
**position**
10:9 21:20 41:6
52:16 75:12
86:14,17 118:4
139:15 148:21
154:10

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

176

positions
120:18
possibilities
55:2
possibility
38:6
possible
22:18 23:14,14
  43:13,13 132:14
possibly
83:2
post
91:9
post-2012
35:21
potential
70:6 117:23
potentially
56:1
practice
51:5
preceded
48:18
preceding
59:1
precisely
153:11
prefer
38:25
preference
52:19
prepare
47:4 124:8
prerequisite
52:17
presence
118:1
present
4:10 47:21 53:2
  54:1,20 125:20
  125:24 127:18
presenting
9:2
preserve
49:9 50:1
president
19:24,25 21:3,23

22:12 23:4,10
presidential
61:7,13
presume
111:19 116:19
  154:22
presumption
16:23
prevail
55:5,6
prevent
15:22 70:10
previous
2:1 115:24
  127:13
previously
44:17 107:18,18
  108:3,7 123:16
  129:22
primary
24:24
principles
53:21
prior
21:8,15 50:13
  61:8 62:10
  78:11 137:16
  158:6
privilege
11:9 12:12 14:12
  15:22 17:24
  18:21 19:9
  27:16 32:4,22
  32:23,24 40:5,7
  40:23,24 43:11
  45:7,9 47:6
  51:18,20 53:9
  53:10 54:14
  56:2 71:21
  74:20 75:11
  76:6 77:4,17
  83:13 84:12,21
  113:2 114:7
  117:24 124:12
  124:15 126:15
  130:24 131:3
  134:24 135:5

140:19
privileged
14:13 32:6 41:21
  41:24 43:8
  54:15 73:24
  75:6,7,13,18
  86:12,19 111:14
  134:25
privy
52:22,24
probably
76:9 82:24 97:21
  122:14 132:20
problem
56:7 105:18
proceeding
128:17 138:3
  140:6,9
proceedings
156:4 158:7,10
process
59:7 115:15,18
  116:16
produced
14:6 44:23 103:7
  117:6
product
11:9 12:12 14:11
  14:19 15:21
  17:24 18:20
  19:9 24:14 26:6
  26:16,19 27:16
  28:13 32:4,22
  32:24 40:4,7,23
  41:24 43:8 45:7
  51:18,20 53:10
  67:9 71:20 73:9
  73:24 74:20
  75:6 77:4,17
  81:18 83:13
  84:11,21 86:4
  86:20 93:13
  111:15 112:16
  113:2 114:6
  124:12,15
  126:15 130:23
  131:3 134:24

140:18
production
10:3 103:17
  131:10 149:11
  154:17
products
24:11,16,23 25:4
  25:7 26:9
Professor
5:19
proffer
51:12
prompted
64:4
proposal
35:20 110:16
proposals
36:9,15 112:22
proposing
56:11
prosecution
22:5
protected
11:8,11 12:11
  13:15 14:10,11
  14:12 26:18
  56:2 76:6 86:25
  112:15 134:25
protection
15:3
protective
1:19 11:4 14:21
  15:7,17 16:6,12
  16:18 17:14,19
  18:16 39:13,24
  40:15,18,23
  41:19,21 42:10
  42:16,18,20,24
  56:10 66:21
  67:1,17,23
  106:4 107:1,15
  108:4 115:11,12
  117:24
proven
54:6
provide
10:14,18 52:12

118:8 138:8
provided
32:21 33:4,8
  43:24 44:5
  55:21,25 68:19
  86:10,23 93:5,9
  93:17,22,24
  94:6,13,19 95:1
  95:7,15 111:17
  143:13
provisions
84:1,4
Public
2:25 6:6,6 102:5
  102:5
publication
81:9
publicly
68:25 70:12 80:7
  129:12
published
151:13,23
purpose
119:2 126:11
purposes
15:6 35:19 98:13
  98:21 115:5
  117:7
pursuant
2:24 69:2 158:15
pursuing
111:22 116:15
purview
62:23
put
10:2 68:8,19
  117:18
putting
17:11 35:19
p.m
66:11,12,14,18
  92:23 93:2
  117:13,17
  120:24 121:2
  131:11,21,24
  149:22 150:1
  156:6,9

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

177

| Q |
| --- |
| **question** |
| 11:13,16,18,21 |
| 12:15 13:2 |
| 15:15 16:15,22 |
| 17:4,8 18:2,10 |
| 19:11 23:24 |
| 26:21 29:23 |
| 30:1,16 32:21 |
| 40:14 42:3,5 |
| 43:10 45:5,8 |
| 57:3,7,17,19 |
| 63:12 71:22 |
| 73:3 74:2,22 |
| 75:8,21,25 77:5 |
| 77:19 81:17,20 |
| 84:10 85:16 |
| 86:18,21 88:23 |
| 88:25 90:1 |
| 91:19 102:14,16 |
| 102:21,23 |
| 106:21 107:2,10 |
| 109:16,19 |
| 110:21 111:12 |
| 112:10,25 115:1 |
| 115:24 117:2,3 |
| 124:11 126:13 |
| 127:3 130:8 |
| 136:13 139:20 |
| 139:23 149:13 |
| 151:15 |
| **questioning** |
| 64:16 72:14 |
| **questions** |
| 30:4,24 36:21 |
| 55:20 65:2,7,12 |
| 72:3,7,23 87:1 |
| 92:7 107:8 |
| 115:19 116:11 |
| 116:21,25 |
| 120:19 123:16 |
| 123:18 131:15 |
| 131:17 138:3,4 |
| 154:5,9,13,16 |
| **Quinn** |
| 3:14 8:24 37:21 |
| 88:22 89:3 93:4 |

93:24 94:7,19
95:7,21 107:21
153:23,24
**quit**
16:23
**quite**
11:16 42:2 49:14
54:2 79:8,14
81:11 82:7
108:24 121:15
125:22 127:22
146:14
**quote**
55:22 64:20 72:4

| R |
| --- |
| **R** |
| 3:1,13 4:1 159:1 |
| 159:1 160:1,1 |
| **raise** |
| 9:12 72:1 |
| **RAND** |
| 103:13 145:13 |
| **ranking** |
| 36:1 |
| **rate** |
| 129:8 140:22 |
| **rationale** |
| 28:19 56:19 |
| **read** |
| 20:12 35:5 39:6 |
| 39:10 63:13,14 |
| 70:1 76:16 |
| 91:20 102:14,16 |
| 102:21,23 |
| 104:10 108:12 |
| 110:23 112:18 |
| 130:17 150:5,10 |
| 157:4 |
| **readily** |
| 151:3 |
| **reading** |
| 38:24 |
| **Ready** |
| 120:10 |
| **realize** |
| 120:13 |
| **really** |

29:10 30:5 34:25
35:13 37:2
52:22 61:3,9,23
62:23 65:3,7
79:9 92:17
142:23 146:14
**reason**
10:18 30:17
62:20,22 88:9
88:15,17 97:16
101:10,16,20
106:16 122:6
132:22 146:5,7
148:6 159:4
160:4
**Reasonable**
145:14
**reasons**
15:20 34:5 63:4,7
68:5 154:7
**recall**
32:10 38:5 49:14
59:5 61:25
73:17,19 74:4,9
74:10 78:22,24
79:4,6,9,14,16
79:18,19,24
80:2,3,13 81:11
81:13 82:9,21
87:23 96:24
102:1,10 103:3
103:11 104:4
105:24,25 113:4
117:20 123:20
125:15,22,24
127:15,17,18,22
128:6,21 130:2
130:14 132:19
133:11,15,16
134:5 137:3,15
138:4,17,23
139:1,1,11
140:2,13 141:3
141:24 142:8
146:3,14 150:8
150:9,12,19
151:5 152:7

**receive**
23:11,15 49:9,13
49:19 51:3
58:12 88:10,16
90:20 97:17
101:11 111:5
128:16 146:6
**received**
12:10,14 13:14,25
14:10 17:23
18:19 36:14
43:3 45:1 50:11
59:3 67:15
69:10 73:23
77:2,6 91:4,13
91:22 92:11
95:24 96:7
103:19 105:8
107:6,6 108:16
129:4 131:10
132:10,21,23
148:7 149:6,10
153:22
**receiving**
10:2 50:13,18
97:23 103:11
128:21 132:19
146:14
**recess**
37:12 55:17
66:12 92:24
117:14 120:25
131:22 149:23
**recharacterizing**
130:7
**recipient**
88:7 99:12,25
100:19 104:24
132:17
**recipients**
89:6,18 90:20
104:11,14
108:21 142:19
142:21 143:25
144:14,16 145:2
145:5,9 148:3
149:3,14

**recognize**
100:2,8 104:25
**recollection**
43:18,20,22 59:6
69:11,24 78:13
79:5 80:16 82:5
88:5,21 89:2,4
96:17 97:1,9,23
98:1,4 102:17
102:24 114:8
125:18,25
135:13,19
136:25 137:8,19
138:1,6,25
139:3,7,16
140:7 142:4,6
146:8 148:1,16
148:18,19
150:14,22 151:7
151:9
**recommendation**
135:25
**record**
10:2 19:14 37:11
37:15 38:10
55:16,19,25
58:10 63:14
64:15 65:12
66:11,18 86:9
91:20 92:23
93:2 105:17
106:12 117:13
117:17,19,21
120:24 121:2
131:19,21,24
149:22 150:1
156:1,5
**redacted**
108:17 109:6,8
131:12
**redactions**
131:16 154:18
**redirect**
130:10
**refer**
23:16 49:4 58:23
61:13

**reference**
41:2 111:21
**referenced**
80:6 127:13
**referred**
108:25 140:25
150:10
**referring**
23:17 24:15 48:4
58:1 61:14
63:10,17 104:6
148:22 149:7
**refers**
109:13,20 110:24
**reflect**
38:10
**refresh**
102:16,23 151:9
**refusing**
107:10,11
**regard**
12:4 15:5 30:2,16
50:6 69:5 78:8
90:12 107:12,17
**regarding**
45:2 46:3 64:22
65:1 72:5,11
126:19 150:5
**regardless**
28:19
**relate**
50:3,3,15 126:18
**related**
31:10,15 32:16
34:11 88:19
103:12 122:10
122:25 135:5
141:4
**relates**
111:24
**relating**
33:25 38:20
40:14 46:9,18
46:22 47:1
48:22 59:20,24
60:17 78:15
108:13 123:8

124:2 133:1
136:11
**relative**
117:19
**relevant**
49:10 50:20 53:5
**rely**
20:23
**relying**
42:14
**remain**
57:4,20
**remains**
73:6
**Remedy**
6:5 102:5
**remember**
80:1,23 89:23
**remind**
126:16
**repeat**
116:13
**repeated**
88:25
**rephrase**
113:11
**replies**
34:24
**reply**
34:21
**report**
5:19 22:21 23:2,6
23:17,21 77:21
78:25 80:4,6,19
80:21 81:1,3
85:5,13,17
96:12,24 108:17
114:16 130:6,18
140:1 141:25
150:4
**reported**
1:25 79:16
113:18,19,20
150:16 153:14
153:19
**reporter**
9:1,3,5,12,18 38:2

48:17 57:9,13
63:14 69:20
88:2 91:20
96:14 97:6
101:2 102:7
103:25 105:20
110:8 132:4
141:11 142:14
143:20 144:9,23
145:22 147:23
152:21 155:2,9
155:10,15,21,25
158:4
**REPORTER'S**
158:1
**reporting**
81:6 82:13
**reports**
23:11,15 87:13
88:20 111:5
141:21 143:5,7
143:8,8,9,10,13
143:15
**represent**
8:17 38:18 96:19
99:20
**represented**
88:18 89:17
**represents**
98:20 100:3,9
**request**
63:3,10,11,16,17
63:22,25 64:7
116:21 118:15
120:8
**requested**
101:24 118:3,8
152:17 158:16
**requesting**
138:7
**require**
11:8 17:22 40:22
41:1 43:7 45:6
53:8 67:7 73:22
74:17 84:10,20
111:13 113:1
114:5 140:17

**required**
18:5 86:22 151:1
**requirement**
52:15
**requirements**
67:23 122:5
**requires**
40:3 69:4
**requiring**
75:22
**resolution**
36:9 118:17
**respect**
12:3 33:15 84:2
109:2 115:1
116:22 124:11
147:15 155:1
**respectfully**
109:5
**respective**
53:24 55:4
**response**
6:4 45:14 102:4
**responsibilities**
20:14 22:2,11
24:9,17 52:5,7
91:14,23 92:12
92:13
**responsibility**
24:25 27:22 28:2
59:11,23 142:24
**responsible**
22:3,6 24:10
**rest**
26:1 61:23
116:14 151:7
**restate**
139:12
**restriction**
117:25
**restrictions**
70:9
**rests**
27:18 28:21
59:12
**result**
18:20 32:21 77:3

77:17 118:7
**results**
61:11
**retain**
155:12
**return**
21:9,22
**returned**
18:25 21:5
**review**
10:6 33:7,10
34:16 48:9
55:24 87:13
114:11,18,24
116:1 119:9
135:11 139:6
149:12 153:21
155:3 158:16
**reviewed**
34:19 106:24
135:10,18,20
137:4,15 139:10
146:17
**reviewing**
34:15 135:8
136:25 147:9,11
**revised**
135:22
**right**
9:13 20:5 21:6
23:1,19 24:7
31:22 39:11
45:16 47:23
52:6 53:22
59:22 67:16
68:3,7 76:18
77:12 80:21
85:14 97:25
101:21 102:13
102:22 106:4,23
108:21 110:16
112:8 123:19
132:12 135:6
140:10,12 141:2
141:7 142:8,20
144:1,4,15
145:4 146:4

Case 5:11-cv-01846-LHK   Document 3142-18   Filed 07/08/14   Page 180 of 186
CONFIDENTIAL DEPOSITION OF SAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

179

150:24 151:7,10
152:8,15,18
**right-hand**
97:12
**rise**
137:23
**risk**
117:23
**RMR**
1:25 158:3,25
**Road**
4:5
**Robert**
105:15
**role**
21:17 34:14
35:15 36:15
59:19 72:22
90:8 131:8
**Rospatt**
100:1
**Rospatt.DE**
99:25
**rough**
155:24
**roughly**
32:10
**routinely**
33:25
**Royalties**
145:14
**Rule**
158:15
**Ryan**
4:3 8:20

——————
S
——————
**S**
3:1 4:1 5:1,8 6:1
7:1 159:1 160:1
**sake**
20:23
**salient**
59:16
**SAMSA**
145:13,18
**Samsung**
1:8,9,11 2:3,4,6

3:10,11,11 8:6
8:22,25 10:7
11:4,23 12:21
13:10 15:12,16
16:5 17:13,13
17:17 18:15,25
19:5,21 20:2,15
21:5,10,11,14
21:15,17,18,21
21:22 22:2
25:19 31:21,25
32:15 33:5
34:10,20 35:16
35:18 36:1,6,14
39:13 40:18
41:5 43:4 44:3
44:21,25 45:20
45:25 48:24
51:8 52:5 54:10
54:21 55:22
57:1 59:9 60:3
62:5,9,11,14
64:20,25 66:23
67:18 68:1,8,18
68:19,25 69:8,8
70:6,22 71:16
71:24 72:18
73:4,15 75:3
76:1 78:5 83:4,9
87:6 89:8,18
90:4,20,24 93:8
93:16 94:13,25
95:14 96:5
99:20 100:3,9
101:24 104:14
106:8,9 107:1
111:9 112:2,11
112:22 114:24
115:23 116:15
117:5 119:1
123:17 124:9
129:9 133:1,4,8
135:8,18,21
136:10,14,22
137:1,16,21
138:7,13 140:14
140:22 141:4

143:8 146:20
147:5,11 148:21
159:2 160:2
**Samsung's**
6:3 14:6 17:14,19
18:11 34:15
35:20 38:20
43:4 52:21 53:4
60:11,17 63:22
68:18 70:17
87:22 88:18
102:3 103:12
105:1 140:23
142:25 147:15
147:18
**San**
1:2 8:8
**sanctioned**
18:15 19:5
**sanctions**
5:12 37:25 38:21
**saved**
50:8,10
**saw**
80:15,19,23 86:24
108:8 117:23
142:4,6 151:13
**saying**
107:11,21 134:7
152:1
**says**
39:20 45:19,24
145:13
**schedule**
33:22
**scheduled**
34:5
**school**
15:14 51:1
**SDI**
21:10,12,15,18,21
**se**
25:14 78:7
**season**
126:21
**seated**
47:14,23 48:3

**SEC**
136:19,22
**second**
36:1 39:10 69:25
70:2 104:16
131:19 136:19
145:6
**securities**
69:3
**security**
69:3
**see**
18:24 31:1 34:21
35:1,2 39:12
45:19,22,24
57:7,16 70:4,13
72:23 80:7
86:14 88:6 90:3
98:9,16,24 99:7
99:14,24 100:6
100:20 101:7
104:9 105:11,17
106:6 108:15,19
111:1 114:15
118:19 120:20
133:13 136:1,19
137:13 138:14
138:18 145:13
152:2
**seeing**
85:4,17,17 104:4
132:20 140:3
146:3
**seek**
15:3
**seeking**
134:2
**seen**
26:3 34:23 36:8
36:11 38:4,7
41:16,18,18
42:8,13,21
43:16 44:4,18
44:21 66:21,24
67:17,20 69:22
78:21,23 80:18
88:4 96:16 97:8

101:4 102:9
104:2 105:22,23
105:24 107:24
107:25 108:6,6
110:10 114:13
123:13 124:20
132:8,15 135:11
135:15 136:12
141:14 142:9,16
143:22 144:11
144:25 145:24
145:25 147:25
152:23
**Selwyn**
105:15
**semiconductor**
24:22
**send**
155:9,16,18
**Sending**
155:11
**Senior**
21:23 23:9
**sense**
15:9 55:23
**sent**
34:17,20,22,24
59:18 88:22
89:3 91:8
110:14 114:12
116:2 153:4
**Seonghun**
144:18
**Seongwoo**
7:3 69:18 144:3
144:21
**Seongwoo-Boris**
5:14
**Seoul**
19:19
**separate**
136:1
**serve**
19:23
**serves**
127:19
**set**

Case 5:11-cv-01846-LHK   Document 3142-18   Filed 07/08/14   Page 181 of 186
CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

180

24:11,13 25:3,7
26:6,8 106:17
154:25
**sets**
106:13
**Seung**
22:23 26:2 89:11
89:12
**seven**
97:11
**shared**
119:20
**Sharp**
45:3 46:4 47:2
64:23 65:2,9
72:6,12 85:25
116:10,23
126:20
**Sharp-Apple**
95:9
**sheet**
157:7
**Shim**
23:18,20 24:1
113:24
**Shim's**
24:17
**short**
35:1
**shorten**
18:1
**shorthand**
158:4,11,14
**short-circuit**
152:19
**show**
109:8 151:2,24
**showed**
151:21
**shown**
90:23 119:3
120:7 132:13
**sic**
101:8
**side**
25:15 31:6 97:12
**sides**

90:10
**signature**
155:4,6 156:7
157:11 159:25
160:25
**signed**
157:7
**signing**
155:3
**similar**
71:9 150:20
**similarly**
29:3
**Simmons**
99:1,3,3
**Simmons-Simm...**
98:25
**simply**
56:12 100:20
110:17 118:7
120:5 130:7
150:25
**simultaneously**
9:6
**single**
109:15
**singular**
46:12
**sir**
9:12 10:22 57:19
73:3 110:17,23
**site**
88:20,22 89:3
108:16
**sitting**
101:19 106:20
**situation**
71:10
**skip**
65:19
**slew**
91:2
**sole**
74:18 75:15,16,19
**solemnly**
9:7,14
**somebody**

92:3
**sorry**
10:20 26:20 39:9
75:9 80:9 85:14
87:12 129:3
**sort**
16:22 49:18
51:22 56:5,23
67:3 71:9 78:25
82:17 99:21
118:9 137:18
**sorts**
52:7,24 143:4
**sought**
47:24 119:19
**source**
11:10 18:21
32:20 74:18
75:5,15,16
**sources**
151:15,20
**South**
3:15
**SO-related**
146:25
**speak**
20:7,9 49:24
59:13
**speaking**
22:1 28:16 53:13
130:2
**Speaks**
106:12
**specific**
33:19 35:24
61:25 74:9 79:9
84:2,5 109:24
119:19 123:8
134:17 135:15
137:8
**specifically**
42:12 47:9 78:22
89:20 119:2
133:6 137:6
141:4 151:12
153:24
**speculated**

129:23,25
**speculation**
15:24 20:20
26:13 28:5 29:7
29:21 38:9
68:12 71:14
91:6 97:19
101:13
**speculative**
130:7
**spell**
19:13 58:10
**spend**
52:11
**spent**
72:10 109:11
122:10,19,25
123:6
**spoke**
77:25
**spoken**
124:22
**spreadsheet**
138:8,14,24 139:2
139:6,18 141:5
142:7
**stage**
53:1
**stand**
108:2
**standing**
121:11,14,18,21
121:24 122:7
**stands**
136:22 154:11
**start**
38:22 103:15
**started**
10:1
**starters**
11:15,25 42:17
**state**
2:25 3:6 8:17 9:7
9:14 19:13
158:5
**stated**
44:17 154:10

**statement**
28:25 32:15 44:9
70:14,16,24
80:7,15,20,21
80:24 81:15
85:18 140:2
147:3 150:7
**statements**
33:5
**states**
1:1 8:7 10:25
14:5 51:6 61:19
106:19 112:8
**status**
53:4 54:1 143:10
**stay**
55:9
**steps**
44:20 50:1
**stipulate**
56:3,11
**stipulated**
56:25 155:10
**stipulation**
55:24 154:21,25
155:7,16
**stipulations**
154:20
**stopped**
10:21
**story**
109:21
**strategic**
51:23 92:15
**strategies**
95:22 96:6
**strategy**
25:15 26:7 31:6
34:1,5 59:10,13
59:20,24 60:12
61:2 147:15,16
**strategy-related**
34:2 61:10
**Street**
3:6,15 81:12
**strike**
13:1 25:6 30:4

Case 5:11-cv-01846-LHK   Document 3142-18   Filed 07/08/14   Page 182 of 186
CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

181

40:11 43:21
48:22 54:5
71:13 82:17
100:16 133:10
138:11
**strong**
52:18
**strongly**
127:2
**Stroz**
128:9,10
**stuff**
53:18 151:16
**subject**
1:19 16:13 64:25
72:15 82:4
109:3 118:23
152:25 154:7,16
**submission**
6:3 102:3 103:12
135:8 138:19
140:14 141:5
**submissions**
59:4 136:9
146:20 147:11
**submitted**
58:13 134:20
137:1,17 138:15
138:24 142:7
**subparagraph**
45:23
**subsequent**
126:19
**substantive**
132:13
**such-and-such**
78:9
**suggest**
17:25 119:10
**suggested**
56:20 135:23
151:21
**suggesting**
65:6
**suit**
63:3,10,16,25
**Suite**

4:6
**SULLIVAN**
3:14
**summaries**
111:6
**summary**
58:1,3
**summon**
63:6
**supplemental**
136:19 137:1,7
**sure**
26:22 27:10
56:18 86:11
92:7,8 99:11
108:22 119:18
120:2 126:7
137:12 142:4
149:8 152:18
**surmise**
59:7 97:21
**swear**
9:3,5
**switch**
120:17
**Syrett**
3:4 5:3,5 8:18,18
9:24 10:1,10,23
11:17 12:17
13:8,18 14:3,15
16:2 17:10 18:6
19:3,12 21:1
24:6,8 26:22,23
27:7,20 28:14
28:17 29:14
30:8 32:9 33:3
36:21,22 37:8
37:16,23 38:3
38:17 39:22
40:10 41:13
42:1,4,6 43:19
44:14 45:12
46:14,16 48:6,8
48:20 49:3 52:1
53:19 54:8 55:8
56:17 57:2,18
64:2 65:11,22

66:2,20 67:13
68:16,24 69:17
69:21 70:25
71:2,11,15,23
72:17 73:2,14
74:3,13 75:1,9
75:24 76:13
77:5,10 78:3
81:23 82:20
83:7,16,21
84:15 85:1,8,11
85:14,15,23
86:8 87:4,11,24
88:3,14 89:1
91:11 92:7,9,20
93:3,15,23 94:5
94:11,18,24
95:6,13,20 96:3
96:11,15 97:3,7
97:22 100:24
101:3,18 102:2
102:8 103:15,22
104:1 105:5,13
105:21 106:15
107:9 108:5
109:5,23 110:2
110:9 111:22
112:6,9,19
113:5,11,13
114:9 115:20
117:3,4,10
118:13 119:5
120:10,12
131:25 132:7
135:4 136:8
139:12,14,22,24
139:25 140:24
141:8,13 142:10
142:15 143:17
143:21 144:6,10
144:20,24
145:19,23
147:20,24
148:10,13,17
149:18 150:2
151:17,25 152:9
152:15,18,22

153:2,3 154:5
154:23 156:2
**system**
15:2 50:7
**S-t-r-o-z**
128:11

**T**
**T**
4:1 5:1,1,8 6:1,1
7:1,1 159:1,1
160:1,1,1
**tablets**
25:1
**take**
26:3 28:8,23 35:5
37:8 55:4,12,14
57:9 65:23 66:6
82:12 89:5 92:5
92:20 116:24
117:1,10 120:17
120:20 136:22
139:5 140:22
141:16 142:18
143:24 144:13
145:2 146:9
149:19
**taken**
11:1 26:10,24
28:2 29:12,17
44:20 50:1 55:2
128:14 158:10
**takes**
27:5,22 59:14
**talk**
36:18 55:13
**talked**
140:1
**talking**
25:11 36:7 52:14
54:24 58:3
134:1 148:11
149:9
**tape**
8:4 37:9,13 66:9
66:16 92:21,25
117:11,15
149:19,20,24

156:5
**team**
23:4,12,15,16
57:24 58:4,8
59:12 63:6,22
64:8 66:5 89:15
90:2,3,7,9,16
130:19 136:2,3
**technical**
89:15 90:2,8,11
90:16
**Teece**
5:20 87:16 96:12
96:25 108:18
124:20,22
141:25
**Teksler**
5:14
**TELECOMM...**
1:12 2:7 3:12
**tell**
9:20 101:6 137:5
146:18 151:4,4
152:3
**telling**
42:19
**terms**
31:5 35:7 52:25
53:24,25 54:20
55:6 59:6,11,13
59:18 60:21
61:6,22 64:5
66:25 67:2,5,23
68:2,9,18,25
69:15,16 70:5
70:15 72:19
74:9 78:1,5,10
78:19 79:3,9
81:6,10 83:25
84:4,4 85:6,24
93:5,9,17,25
94:14,20 95:1,8
95:15 107:14
112:4 122:13
127:10,23 128:6
128:24 129:14
129:25 137:4

Case 5:11-cv-01846-LHK   Document 3142-18   Filed 07/08/14   Page 183 of 186
CONFIDENTIAL DEPOSITION OF SAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

182

147:16 151:6
152:4
**testified**
9:21 20:17 44:7
50:23 106:2
113:9 121:22
129:22 130:6,15
135:20 150:3
**testify**
158:8
**testimony**
9:14 28:22
118:10 129:24
157:4,6
**Thank**
9:18 37:23 131:9
**thereof**
32:14
**thing**
17:5 25:10 33:20
38:13 41:7
52:22 69:13
89:22 108:24
115:2
**things**
15:13 22:18
24:19 31:7
35:11,12 37:6
38:14 41:10,16
42:8,13 43:13
50:7 52:25 61:2
69:14 72:10,14
112:17 136:12
143:15 147:9
**think**
16:22 33:1 38:6
39:3,15 49:20
53:23 57:15
61:3 65:6 66:2,5
68:22 69:7 71:9
79:11 86:12,16
88:23 105:5,6
105:23 106:2
107:17 110:2
111:24 118:5,11
118:24 119:9,17
122:19 125:7,9

127:19 129:11
139:19 149:15
150:17 151:3
154:11,23
**thinking**
32:12 49:18
82:23
**third**
104:18 108:11
139:24
**Thomas**
100:25 132:1,9
133:6 134:15
**thought**
65:25 80:20
120:13 140:6
**thousand**
10:3
**three**
35:2 45:21 125:7
**Tim**
8:18
**time**
8:11 18:24 19:2
21:21 35:4,7
36:20 50:10
53:3 65:7,18
72:10,13 76:8
76:11 77:20
79:8 82:1 85:18
107:21 109:4,12
109:22 110:3
115:3,7,16
116:7 120:16
122:10,12,15,19
122:25 123:6
125:10 126:24
128:19 131:18
134:6 139:24
150:13 154:6,16
154:18 158:11
**times**
34:17 116:9
125:5,7
**TIMOTHY**
3:4
**title**

19:22 58:21,23,24
137:14,14
**titled**
136:19
**today**
8:12 9:2 10:12,19
12:7 45:14 65:5
101:19 106:20
**today's**
8:10 47:4 156:3
**Todd**
87:25
**told**
16:19,20,24 17:18
75:17 85:12
86:2 107:12,15
108:2 115:14
134:19 136:16
136:16 151:19
151:20
**Tom**
124:25 125:1,3,6
125:15 127:16
128:3,5,7 154:2
**ton**
109:11
**top**
35:10 145:3,12
148:4,9,10,13
148:23,25 149:3
149:4,14
**topic**
130:11,14
**Trade**
13:21 60:13,18
101:23
**training**
52:2,16
**transcribed**
158:12
**transcript**
5:9 56:13 155:3
158:13,16
**transcription**
157:5 158:14
**translate**
39:1

**translator**
38:23,25
**transmitted**
100:13
**travel**
34:6
**tribunal**
60:8
**tries**
68:1
**trip**
33:21,24
**trouble**
11:20
**true**
70:14 71:4 157:5
158:13
**truth**
9:15,16,16,21
158:8,9,9
**truthful**
10:19
**try**
23:24 37:3 42:4
139:24
**trying**
17:5 65:15 66:4
72:21 130:10
152:19
**Tuesday**
1:22 8:1 66:13
**turn**
45:17 76:15
**TVs**
24:16
**two**
21:4 32:8 35:2
39:7 54:2 59:1
76:10 92:7
133:12 134:1,3
134:5 142:19
144:14,19 145:9
**type**
51:3,23
**types**
22:17 24:16 61:2
92:19

**typewriting**
158:12
**typically**
35:2 49:22

---
**U**
**U**
4:1 6:1 7:1 160:1
**UK**
99:1,2
**ultimate**
52:9
**ultimately**
28:20 52:11
**umbrella**
56:3
**unable**
12:16 14:14 40:9
73:17 74:8
84:14 87:23
102:1 113:4
150:21
**uncertain**
29:20 130:4
**unclear**
11:25 12:2,4
29:24
**underlying**
106:18 137:20
**underneath**
24:2,3,5
**understand**
10:9,11,14,24
11:16,19 12:21
13:10,19 25:19
30:1 34:10
37:18 42:3
44:25 45:13
58:14 60:2
76:18 87:20
88:12 89:25
147:8 149:8
153:22
**understanding**
12:6,13 14:4,20
14:23,24 16:8
16:11,17 17:16
18:8,23,24

Case 5:11-cv-01846-LHK   Document 3142-18   Filed 07/08/14   Page 184 of 186
CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

183

31:17 37:22
41:11,11,14
44:12,15 50:9
50:12 58:18
67:4,9,22 76:7
91:3,12,21
92:10 96:1
100:12,15,16,18
100:22 101:22
111:8 112:11,15
117:8 131:12
133:25 134:13
134:14 138:12
138:20 150:4,15
153:9,11
**understandings**
15:10,11
**undertaken**
25:14 31:6
124:18
**underway**
73:13
**United**
1:1 8:7 10:25
14:5 51:6 61:19
**University**
51:2
**unrelated**
72:11 127:6
**updated**
57:20
**URQUHART**
3:14
**use**
117:25 118:25
119:1 129:23
154:20
**usually**
154:20
**U.S**
121:9 125:11,14
127:14,16

───── V ─────
**v**
1:7 2:11 159:2
160:2
**vague**

125:25
**valid**
90:14
**Vanzettieassoci...**
98:8,11
**variety**
12:22 13:11
15:20 60:3,4,4
**various**
64:18 128:24
129:5
**venture**
71:8
**Version**
6:7 102:5
**veto**
61:7,14,14
**vice**
19:24,25 21:2,23
22:12 23:3,9
**video**
8:11,12
**videographer**
4:14 8:4,12 9:1
10:20 37:9,13
55:15,18 57:8
66:9,16 92:21
92:25 117:11,15
120:23 121:1
131:20,23
149:20,24 156:3
**videotaped**
8:5 156:8
**view**
106:25 118:22
**viewing**
37:19
**Vinje**
6:15 132:9 133:6
133:17 134:10
134:19 135:25
**violate**
45:8 53:10 84:11
84:21
**violated**
42:18,20,24
**violates**

56:21
**violating**
18:15 19:5 41:19
117:23
**violation**
17:2 41:1 42:10
42:22 44:19
106:25 107:14
108:3 118:25
**violative**
56:1
**virtually**
22:4
**vis-à-vis**
52:13 140:21
**voice**
8:16
**volition**
23:13
**vs**
8:6
**V-i-n-j-e**
132:1

───── W ─────
**W**
4:3
**waive**
155:4
**waived**
156:7
**waiving**
32:23 71:20
155:5
**Wall**
81:12
**want**
17:25 75:10
86:14,18 103:17
105:8 109:19
120:2 126:22
140:5
**wanted**
103:16 120:5
**wants**
155:4
**Washington**
13:21 104:17

105:2
**wasn't**
49:20 129:23
**waste**
72:13 115:16
**wasting**
109:4,22 110:3
115:3,7 116:7
126:24
**watching**
37:21
**Watrous**
110:6 152:11
**Watson**
37:20
**way**
16:25 17:9 27:17
37:3 38:14 39:3
43:14 51:10,24
57:23 62:3
69:15 75:21
78:20 96:22
111:19 115:4
131:13 132:12
132:14 134:25
137:14 150:12
151:4
**ways**
86:7
**went**
108:23 134:1
153:5
**we'll**
57:6 152:12
155:6,8,18
**we're**
10:4,7 12:6 37:9
37:14 55:15,18
66:9,17 92:21
93:1 117:11,16
120:2,23 121:1
131:20,23
149:18,20,25
152:11 156:4
**we've**
152:17
**whatnot**

69:15 78:1
147:10
**whatsoever**
69:12 79:5 96:17
98:3 100:15,16
103:9 127:12
141:7 146:8
**widely**
119:18
**wife**
16:23
**willing**
140:22
**WILMER**
3:5
**Wilshire**
2:20 8:14
**witness**
9:4,17 10:22 11:7
11:8,15 12:9,16
13:4,16 14:2,14
15:20,24 16:1
17:22 18:18,23
19:7,10 20:21
20:22 24:7
26:14,20 27:3
27:17 28:6 29:8
29:9,21,22 32:2
32:7,18,19 33:1
38:10,13 40:2,5
40:9,21 41:2
42:2 43:7,12
44:11 45:5,10
46:12,15 48:7
48:19 49:2
51:16,22 53:8
53:12 54:6,13
54:19,20 55:21
56:4 57:16
63:19 64:18
65:10 67:6,11
68:13,14,22
70:20 71:1,7,8
71:14,19,22
72:13 73:12,23
74:2,8,17,21,23
75:4 76:7,25

CONFIDENTIAL DEPOSITION OF SAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

184

| | | | | |
|---|---|---|---|---|
| 77:9,15,20 | 81:18 83:13 | **yes/no** | **11** | **145** |
| 81:21 82:16 | 84:11,21 86:4 | 77:5,6 | 6:15 131:25 | 7:5 |
| 83:6,11,14,15 | 86:20 93:13 | **Yong-Gu** | 132:3,8 136:18 | **147** |
| 83:20 84:9,14 | 111:15 112:16 | 142:22 | **11-cv-01846-L....** | 7:8 |
| 84:25 85:12,22 | 113:2 114:6 | **York** | 1:10 | **15** |
| 86:2 87:3,10 | 119:13 122:10 | 1:11 2:6 | **11-CV-01846-L....** | 1:22 6:24 8:1 |
| 91:7 92:2 93:12 | 122:25 124:12 | | 8:9 | 64:17 66:13 |
| 93:14,21 94:4 | 124:15 126:14 | **0** | **11:28** | 144:6,8,11 |
| 94:10,17 95:5 | 130:23 131:3 | **01846** | 55:16 | **15th** |
| 95:12,19 96:1 | 134:24 140:18 | 159:2 160:2 | **11:39** | 8:10 |
| 96:10 97:19,20 | 146:25 | **02109** | 55:19 | **150** |
| 101:14,15 | **worked** | 3:7 | **110** | 4:6 |
| 106:13 107:4,5 | 21:14 132:25 | | 6:13 | **152** |
| 111:12,16 112:7 | 133:3 153:10,13 | **1** | **12** | 7:10 |
| 112:14,17,24 | **wouldn't** | **1** | 6:17 21:13,15 | **16** |
| 113:4,9 114:5,8 | 23:22 34:5 52:17 | 1:24 5:11,20 6:20 | 45:19 102:11 | 7:3 144:20,22 |
| 116:5,18,19 | 53:10 86:20 | 6:23 8:4 37:9,24 | 141:8,10,14 | **160** |
| 118:1 121:22 | **write** | 38:1,4,22 39:7 | **12/3/12** | 1:24 |
| 122:3 124:6,11 | 110:13 113:10 | 45:15,17 48:13 | 7:10 | **17** |
| 124:16,17 126:7 | **writes** | 49:11 76:14,24 | **12:00** | 7:5 145:19,21,24 |
| 126:13,22 127:5 | 116:15 | 148:4 | 65:23 | **18** |
| 130:22 131:4 | **writing** | **1st** | **12:02** | 7:8 147:20,22,25 |
| 134:23 135:2 | 86:24 | 46:1 48:21,23 | 66:11,12 | **19** |
| 139:21,23 | **written** | 97:4 105:14 | **12:30** | 7:10 152:9,11,20 |
| 140:17,20 | 58:1 82:9 83:8 | **1:13** | 66:1 | 152:23 153:8,13 |
| 148:11,15 152:1 | **wrote** | 66:14,18 | **121** | 154:3 |
| 155:3 158:6 | 70:4 | **10** | 5:4 | |
| 159:3 160:3 | | 6:13 110:5,7,10 | **13** | **2** |
| **witnesses** | **X** | 112:21 113:7,25 | 6:19 142:10,13,16 | **2** |
| 72:3 126:17 | **X** | 114:2,11,25 | **13th** | 5:14,15,17,22 |
| **word** | 1:3,16 2:2,15 5:8 | 116:2 117:7 | 6:5 69:17 102:4 | 6:14,18 7:4,6,11 |
| 129:23 | 6:1 7:1 | 118:21,22 | **131** | 37:13 39:8 66:9 |
| **words** | | 119:16,23 | 6:15 | 69:17,19,22 |
| 17:7 130:12 | **Y** | 122:14 | **132** | 119:21 |
| **work** | **yeah** | **10th** | 5:5 | **2nd** |
| 11:9 12:12 14:11 | 36:21 49:19 66:2 | 3:16 | **13401** | 38:19 |
| 14:18 15:12,21 | 81:25 89:16 | **10:20** | 158:3,25 | **2:13** |
| 17:24 18:20 | 99:21 120:11 | 37:11 | **14** | 92:23 |
| 19:9 26:15,18 | 154:23 | **10:43** | 6:22 143:17,19,22 | **2:33** |
| 27:15 28:12 | **year** | 37:15 | **141** | 93:2 |
| 32:4,22,24 40:4 | 32:13 122:18 | **100** | 6:17 | **20** |
| 40:7,23 41:24 | 125:10 127:15 | 5:24 | **142** | 64:17 109:17 |
| 43:8 45:7 51:18 | **years** | **102** | 6:19 | 122:23 |
| 51:20 53:10 | 21:4,13,15 | 6:3 | **143** | **20th** |
| 67:9 71:20 73:9 | **year's** | **103** | 6:22 | 144:7,21 |
| 73:24 74:20 | 121:14,23 122:4 | 6:8 | **144** | **2011** |
| 75:6 77:3,17 | **Yesterday** | **105** | 6:24 7:3 | 19:1 21:6,8,21 |
| | 47:17 | 6:11 | | 69:18 79:11 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL DEPOSITION OF JAEWAN CHI
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

| | | | |
|---|---|---|---|
| 81:1 | **27th** | **4/9/12** | 4:8 |
| **2012** | 141:9 142:11 | 6:22 | **69** |
| 32:13,14 46:3,8 | **275** | **4:09** | 5:14 |
| 46:17,21,25 | 4:5 | 131:21 | |
| 64:22 72:5 | | **4:16** | **7** |
| 79:13,14 81:1 | **3** | 131:24 | **7** |
| 87:25 97:4 | **3** | **4:59** | 6:3 102:2,6,9,21 |
| 108:13 110:25 | 5:16,25 6:9,12,16 | 149:22 | 102:23 |
| 112:23 122:17 | 45:23 64:20 | **427-9090** | **7/4/12** |
| 122:18,21 123:4 | 66:16 76:15 | 4:8 | 6:15 |
| 123:5 126:19 | 87:24 88:1,4 | **443-3000** | **7/5/12** |
| 132:1 141:9 | 92:21 108:23,24 | 3:18 | 7:5 |
| 142:11 143:18 | 109:3,5,12,17 | **46315** | **707** |
| 144:7,21 145:20 | **3rd** | 1:23 | 2:20 8:14 |
| 152:10 | 152:10 | | |
| **2013** | **3/22/13** | **5** | **8** |
| 1:22 6:5 8:1,10 | 6:13 | **5** | **8** |
| 38:19 48:21,23 | **3/23/13** | 5:21 45:17 97:3,5 | 6:8 103:22,24 |
| 66:13 73:16,20 | 5:24 6:8 | 97:8 102:14,16 | 104:2 |
| 74:5 77:14,23 | **3/24/12** | 117:15 149:20 | **8/1/13** |
| 78:6 79:15 | 5:16 | **5th** | 6:11 |
| 100:25 102:4 | **3/25/13** | 145:20 | **865** |
| 103:23 105:14 | 7:8 | **5/1/12** | 3:15 |
| 110:5 122:9,24 | **3/27/12** | 5:21 | **87** |
| 125:14,19 | 6:17,19 | **5/13/11** | 5:16 |
| 147:21 | **3:25** | 5:14 | **892-5200** |
| **213** | 117:13 | **5:12** | 2:22 |
| 2:22 3:18 | **3:34** | 150:1 | |
| **22** | 117:17 | **5:22** | **9** |
| 102:20 | **3:38** | 156:6,9 | **9** |
| **22nd** | 120:24 | **500** | 5:3 6:11 39:10,16 |
| 110:5 | **3:39** | 79:20 | 105:14,19,22 |
| **23rd** | 121:2 | **526-5000** | 106:6,17,22,24 |
| 100:25 103:23 | **30** | 3:8 | 108:7,12 119:17 |
| **24** | 47:20 158:15 | **59th** | **9th** |
| 46:3 64:22 72:5 | **38** | 8:14 | 143:18 |
| 109:12,14 | 5:11 6:7 | | **9:00** |
| 126:19 | | **6** | 131:11 |
| **24th** | **4** | **6** | **9:15** |
| 46:8,17,21,25 | **4** | 5:12,24 100:24 | 1:22 8:2,11 |
| 87:25 108:13 | 5:19 6:25 7:9 | 101:1,4 103:2,4 | **90017** |
| **240** | 92:25 96:11,13 | 103:5 149:24 | 2:21 3:17 8:15 |
| 89:23 | 96:16 117:11 | 156:5 | **94025-4008** |
| **25** | **4th** | **60** | 4:7 |
| 122:21 | 73:16 77:14,23 | 3:6 | **96** |
| **25th** | 132:1 | **617** | 5:19 |
| 147:21 | **4/20/12** | 3:8 | **97** |
| | 6:24 7:3 | **650** | 5:21 |