UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK<br>12-CV-00630-LHK<br><br>ORDER RE: MOTIONS FOR RELIEF FROM NONDISPOSITIVE ORDERS OF MAGISTRATE JUDGE GREWAL, ECF NOS. 2935 & 3117 |

Samsung has filed a motion for relief from the nondispositive order of Magistrate Judge Grewal, ECF No. 3117. ECF No. 3134. Samsung has filed a second motion for relief from another nondispositive order of Magistrate Judge Grewal, ECF No. 2935. ECF No. 3135. Nokia has filed a motion for relief from a nondispositive order of Magistrate Judge Grewal, ECF No. 2935. ECF No. 3136. Any opposition to these motions must be filed by July 22, 2014. Replies must be filed by July 29, 2014. Pursuant to Samsung's request, the Court extends Quinn Emanuel's payment deadline of the attorney's fees and costs, which is currently July 21, 2014 pursuant to Magistrate

1

Case Nos.: 11-CV-01846-LHK, 12-CV-00630-LHK
ORDER RE: MOTIONS FOR RELIEF FROM NONDISPOSITIVE ORDERS OF MAGISTRATE JUDGE GREWAL, ECF NOS. 2935 & 3117

Judge Grewal's order, ECF No. 3117, to seven days after the Court issues an order resolving these motions.

**IT IS SO ORDERED.**

Dated: July 8, 2014



_____
LUCY H. KOH
United States District Judge

2
Case Nos.: 11-CV-01846-LHK, 12-CV-00630-LHK
ORDER RE: MOTIONS FOR RELIEF FROM NONDISPOSITIVE ORDERS OF MAGISTRATE JUDGE GREWAL, ECF NOS. 2935 & 3117