QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
  Victoria F. Maroulis (Bar No. 202603)
  victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**STATEMENT OF RECENT DEVELOPMENT REGARDING REEXAMINATION OF U.S. PATENT NO. 7,844,915** |

1  Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and
2 Samsung Telecommunications America, LLC (collectively "Samsung") bring to the Court's
3 attention documents filed in the *ex parte* reexamination of U.S. Patent No. 7,844,915 (the "'915
4 Patent"). The examiner's decision rejecting the claims of the '915 patent is currently on appeal
5 before the Patent Trial and Appeals Board ("PTAB"). On February 26, 2014, Apple filed its
6 Appeal Brief, a copy of which is attached hereto as Exhibit A. On May 2, 2014, the Examiner
7 filed an Answer, a copy of which is attached hereto as Exhibit B. On July 2, 2014, Apple filed its
8 Reply Brief, a copy of which is attached hereto as Exhibit C.

10 DATED: July 15, 2014              QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP

                                     By */s/ Victoria F. Maroulis*
                                        Charles K. Verhoeven
                                        Kevin P.B. Johnson
                                        Victoria F. Maroulis
                                        Michael T. Zeller

                                        Attorneys for SAMSUNG ELECTRONICS CO.,
                                        LTD., SAMSUNG ELECTRONICS AMERICA,
                                        INC., and SAMSUNG
                                        TELECOMMUNICATIONS AMERICA, LLC