# EXHIBIT A

# Information About Inmate: KX9662 as of 7/16/2014 4:04:50 PM

| First Name | Middle Name | Last Name | Suffix | Name Type |
|---|---|---|---|---|
| JAMIE | | DOWLING | | Also Known As |
| ANTHONY | | JOHNSON | | Also Known As |
| JOHN | | MILLER | | Also Known As |
| JON | | MILLER | | Also Known As |
| JOHN | L | RICHES | | Also Known As |
| JONATHAN | | RICHES | | Commit Name |
| JONATHAN | | RICHES | | True Name |
| JONATHAN | L | RICHES | | Also Known As |
| JONATHAN | LEE | RICHES | | Also Known As |
| CURT | | TEAGUE | | Also Known As |

## Inmate Details

**Age:** 37
**Date of Birth:** 12/27/1976
**Race:** WHITE
**Height:** 5' 10"
**Current Location:** BENNER TOWNSHIP
**Permanent Location:** BENNER TOWNSHIP
**Committing County:** CHESTER

**Sex:** MALE
**Citizenship:** USA
**Complexion:** LIGHT

Last Updated on 7/16/2014 4:12:46 AM

**Jump to search page**
**Jump to search results**