| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S OPPOSITION TO WILLIAM PARKER ET AL.'S MOTION TO INTERVENE AS PLAINTIFFS**<br><br>Judge:　Hon. Lucy H. Koh |

On June 27, 2014—nearly two years after the first trial on the merits and nearly four months after notices of appeal were filed—William Parker, Jodi Arias, Damone Coleman, Christopher Donnelly, James Holmes, William Parker, Frank Taylor, Jonathan Rich, Aasim Stibbins, Jimmy Thule, and Christopher Wirth (collectively, "movants") sought to intervene as plaintiffs in this action.[1]  (Dkt. 3124.)  Because movants "have not succeeded in showing any extraordinary or unusual circumstances that would justify their late intrusion into this suit," their motion is untimely, and should be denied on that basis.  *Sohappy v. Smith*, 529 F.2d 570, 574 (9th Cir. 1976).  Their motion should be denied for the additional reason that the movants have not satisfied the standard under Fed. R. Civ. P. 24 for intervention, that is, they have not asserted either "an interest relating to the property or transaction that is the subject of the action" or "a claim or defense that shares with the main action a common question of law or fact."

For the foregoing reasons, plaintiff Apple Inc. respectfully requests that the Court deny the motion.

Dated: July 16, 2014

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: */s/ Mark D. Selwyn*
    MARK D. SELWYN

Attorneys for Plaintiff
APPLE INC.

---

[1] Apple received notice of the motion on July 2, 2014 when filed by the Court at Dkt. No. 3124.