1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   Susan R. Estrich (Cal. Bar No. 124009)
11 susanestrich@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
16 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

17

18                    UNITED STATES DISTRICT COURT

19          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| 20 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
|---|---|---|
| 21 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 22 | vs. | |
| 23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26 | Defendant. | |

27

28

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On July 16, 2014 I served true copies of the following documents:

1. SAMSUNG'S OPPOSITION TO MOTION TO INTERVENE AS PLAINTIFFS WITH NEWLY DISCOVERED EVIDENCE UNDER RULE 24(A)(2), 24(B)

2. DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S OPPOSITION TO MOTION TO INTERVENE AS PLAINTIFFS WITH NEWLY DISCOVERED EVIDENCE UNDER RULE 24(A)(2), 24(B)

**BY MAIL:** I enclosed the foregoing into sealed envelopes addressed as shown below, and I deposited such envelopes in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.

Christopher Wirth
LA 2120
301 Institution Dr
Bellefonte, PA 16823

Christopher Donnelly
JK 5048
301 Institution Dr
Bellefonte, PA 16823

Aasim Stibbins
KY 6466
301 Institution Dr
Bellefonte, PA 16823

Frank Taylor
BI 0102
301 Institution Dr
Bellefonte, PA 16823

Jimmy Thule
518 George Rd.
Toms River, NJ 08753

Jonathan Rich
KX 9662
301 Institution Dr
Bellefonte, PA 16823

| | |
|---|---|
| 1 | William Parker |
|   | JX 4097 |
| 2 | 301 Institution Dr |
|   | Bellefonte, PA 16823 |
| 3 | |
|   | Damone Coleman |
| 4 | KF 8254 |
|   | 301 Institution Dr |
| 5 | Bellefonte, PA 16823 |
| 6 | James Holmes |
|   | 7375 S. Potomac St. |
| 7 | Centennial, CO 80112 |
| 8 | Jodi Arias |
|   | P458434 |
| 9 | 2939 West Durango St |
|   | Phoenix, AZ 85009 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 16, 2014, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kara Borden
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kara Borden

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Kara Borden.

          */s/ Victoria F. Maroulis*
          Victoria F. Maroulis