HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

1  I, Sarah R. Frazier, declare as follows:

2       I am over the age of eighteen years and not a party of the within-entitled action.  My business

3  address is Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109.

4       On July 17, 2014, I served the following document:

5           **APPLE'S OPPOSITION TO WILLIAM PARKER ET AL.'S MOTION TO INTERVENE AS PLAINTIFFS**

6

7       **BY MAIL**:  I enclosed the foregoing into sealed envelopes addressed as shown below,

8  and I deposited such envelops in the mail at Boston, Massachusetts.  The envelopes were mailed

9  with postage thereon fully paid.

10

11  William Parker
JX 4097
12  301 Institution Dr
Bellefonte, PA 16823

13

14  Jodi Arias
P458434
15  2939 West Durango St
Phoenix, AZ 85009

16

17  Damone Coleman
KF 8254
301 Institution Dr
18  Bellefonte, PA 16823

19

20  Christopher Donnelly
JK 5048
301 Institution Dr
21  Bellefonte, PA 16823

22  James Holmes
7375 S. Potomac St.
23  Centennial, CO 80112

24

25  Jonathan Rich
KX 9662
301 Institution Dr
26  Bellefonte, PA 16823

27

28

CERTIFICATE OF SERVICE
Case No. 11-cv-01846 (LHK)

1

| | |
|---|---|
| 1 | Aasim Stibbins |
| | KY 6466 |
| 2 | 301 Institution Dr |
| | Bellefonte, PA 16823 |
| 3 | |
| 4 | Frank Taylor |
| | BI 0102 |
| 5 | 301 Institution Dr |
| | Bellefonte, PA 16823 |
| 6 | |
| 7 | Jimmy Thule |
| | 518 George Rd. |
| | Toms River, NJ 08753 |
| 8 | |
| 9 | Christopher Wirth |
| | LA 2120 |
| 10 | 301 Institution Dr |
| | Bellefonte, PA 16823 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2014, at Boston, Massachusetts.

*/s/ Sarah R. Frazier*
Sarah R. Frazier

**ATTESTATION OF E-FILED SIGNATURES**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file this Certificate of Service.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Sarah R. Frazier has concurred in this filing.

Dated: July 17, 2014                                         /*s/* Mark D. Selwyn
                                                                                 Mark D. Selwyn