UNITED STATES DISTRICT COURT
Judge Lucy H. Koh, Presiding
Courtroom 1, 4th Floor

Civil Minute Order

Court Proceedings: Motion Hearing, Thursday, June 17, 2014
Case Number: 11-CV-01846-LHK

Courtroom Deputy Clerk: Martha Parker Brown         Time in Court: 57 minutes
Court Reporter: Lee-Anne Shortridge

**TITLE:**
    APPLE INC.      V.      SAMSUNG ELECTRONICS CO. LTD., ET AL
    PLAINTIFF                             DEFENDANTS

| **Attorneys present:** | **Attorneys present:** |
|---|---|
| Rachel Krevans | Victoria Maroulis |
| Mark D. Selwyn | Margret Caruso |
| Eric Olson | Katharine Barach |
| Kevin Prussia | |
| Christopher Robinson | |

**PROCEEDINGS:**   MOTION HEARING

The Motions are argued by counsel.  The Court will issue a written order.  Court is adjourned.