HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 11-cv-01846-LHK (PSG)
pa-1650261

TO THE CLERK OF COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

Please take notice that Ruchika Agrawal, formerly of Morrison & Foerster, hereby withdraws her appearance as counsel of record for Plaintiff Apple Inc. and requests to be removed from the service list in the above-captioned matter.

Dated: July 21, 2014            MORRISON & FOERSTER LLP

                                By: */s/ Rachel Krevans*
                                    RACHEL KREVANS

                                    Attorneys for Plaintiff
                                    APPLE INC.

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 11-cv-01846-LHK (PSG)
pa-1650261

1