RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
1950 University Circle, Fifth Floor
East Palo Alto, CA 94303-2282
Telephone:    650-838-2000
Facsimile:    650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (pro hac vice)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:    404-881-7000
Facsimile:    404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 5:11-CV-01846-LHK (PSG)<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA'S RESPONSE TO SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE (RE: DOCKET NO. 2935), ORDER GRANTING MOTION FOR SANCTIONS (DOCKET NO. 3135)** |

/ / /

/ / /

DECLARATION OF RYAN KOPPELMAN ISO NOKIA'S RESPONSE TO SAMSUNG'S MOTION FOR RELIEF FROM ORDER GRANTING MOTION FOR SANCTIONS

CASE NO.: 5:11-CV-01846-LHK (PSG)

1    I, Ryan W. Koppelman, declare as follows:

2    1. I am an attorney with the law firm of Alston & Bird LLP, counsel for non-party Nokia Corporation ("Nokia") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. On October 14-15, 2013, Samsung provided Nokia's outside counsel a production consisting of documents almost completely redacted for privilege. (*See, e.g.*, Exhibits 2-6 attached hereto; *see also* Dkt. No. 2558 (exhibits 4, 9, 10, 14, 16, 23); Dkt. No. 2557 (exhibits 1, 11, 12, 13, 14, 15, 16)).

3. On October 15-18, 2013, Nokia and Apple conducted depositions of six Samsung witnesses. The depositions were severely limited by privilege and work product objections. (*See, e.g.*, Dkt. Nos. 2557-8 at 112-13 (Seungho Ahn deposition); 2557-9 at 32-33 (30(b)(6) deposition of Kenneth Korea); 2557-15 at 134-37, 155, 157 (James Kwak deposition)).

4. Attached as **Exhibit 1** is a copy of the privilege log entries for Tabs 6, 19, 20, 215.15, 222, 255 and 272 of its privilege log.

5. The redacted version of Tab 6 produced to Nokia is attached as **Exhibit 2**.

6. The redacted version of Tab 19 produced to Nokia is attached as **Exhibit 3**.

7. The redacted version of Tab 20 produced to Nokia is attached as **Exhibit 4**.

8. The redacted version of Tab 215 produced to Nokia is attached as **Exhibit 5**.

9. The documents logged at Tabs 255 and 222 were never produced to Nokia.

10. The redacted version of Tab 272 produced to Nokia is attached as **Exhibit 6**.

11. Nokia and Apple did not have a subsequent opportunity to depose the declarants on the statements provided in the 16 declarations that Samsung filed in support of its privilege assertions following the Order to Show Cause. (Dkt. No. 2807).

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

1 | Executed this 22nd day of July, 2014 in East Palo Alto, California.

                     /s/ Ryan W. Koppelman
Ryan W. Koppelman
ryan.koppeman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
1950 University Circle, Fifth Floor
East Palo Alto, CA 94303-2282
Telephone:    650-838-2000
Facsimile:     650-838-2001

*Attorney for Non-Party NOKIA CORPORATION*

---

DECLARATION OF RYAN KOPPELMAN ISO NOKIA'S RESPONSE
TO SAMSUNG'S MOTION FOR RELIEF FROM ORDER GRANTING     - 2 -     CASE NO.: 5:11-CV-01846-LHK (PSG)
MOTION FOR SANCTIONS