# Exhibit 1

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 6 | SAMNDCA-Z0001903 - SAMNDCA-Z0001904 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| 19 | SAMNDCA-Z0000720 - SAMNDCA-Z0000721 | 12/22/2012 | Daniel Wooseob Shim (Attorney) | Guy Eddon (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 20 | SAMNDCA-Z0010201 | 1/4/2013 | Daniel Wooseob Shim (Attorney) | Guy Eddon (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Pease [Thomas | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| 215. | SAMNDCA-Z0009402 SAMNDCA-Z0009403 | 3/27/2012 | Youngoo Park, Hojin Chang (Attorney) | Hojin Chang (Attorney) | Heungju Kwon | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 222. | SAMNDCA-Z0010490 SAMNDCA-Z0010494 | 1. 6/29/2012 2. 6/29/2012 3. 6/29/2012 4. 2/23/2012 5. 2/23/2012 | 1. Daniel W. Shim (Attorney); 2. Clayton Seongwoo Kim; 3. Daniel W. Shim (Attorney); 4. Ruben Ladde (Attorney, Simmons & Simmons LLP); 5. R.M. Kleemans (Attorney, Freshfields Bruckhaus Deringer) | 1. Clayton Seongwoo Kim; 5. j.th.van.walderveen@rechtspraak.nl, e.brinkman@rechtspraak.nl | 5. Theo Blomme (Attorney, Freshfields Bruckhaus Deringer), Jelle Drok (Attorney, Freshfields Bruckhaus Deringer), p.h.blok@rechtspraak.nl, Mattie de Koning (Attorney, Simmons & Simmons LLP), a.raghoenandan@rechtspraak.nl, Ruben Ladde (Attorney, Simmons & Simmons LLP), Bas Berghuis van Woortman (Attorney, Simmons & | Email with counsel, prepared in anticipation of litigation, reflecting legal advice regarding third party's intellectual property rights and licensing issues | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Simmons LLP) | | |
| 255. | N/A | 7/4/2013 | Indong Kang | Indong Kang, Jeahun Han | | Email with counsel reflecting legal advice and transmitting document prepared regarding intellectual property rights issues in anticipation of litigation | Withheld ACP/WP |
| 272. | SAMNDCA-Z0001114 SAMNDCA-Z0001116 | 5/13/2013 | Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel W. Shim (Attorney) | Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |