1  RANDALL L. ALLEN (Ca. Bar No. 264067)
   randall.allen@alston.com
2  RYAN W. KOPPELMAN (Ca. Bar No. 290704)
   ryan.koppelman@alston.com
3  ALSTON & BIRD LLP
   1950 University Avenue, 5th Floor
4  East Palo Alto, CA 94303-2282
   Telephone:   650-838-2000
5  Facsimile:   650-838-2001

6  PATRICK J. FLINN (Ca. Bar No. 104423)
   patrick.flinn@alston.com
7  B. PARKER MILLER (pro hac vice)
   parker.miller@alston.com
8  ALSTON & BIRD LLP
   1201 West Peachtree Street
9  Atlanta, GA 30309
   Telephone:   404-881-7000
10 Facsimile:   404-881-7777

11 Attorneys for NOKIA CORPORATION

12
13                     UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
15                             SAN JOSE DIVISION

16 | APPLE, INC., a California corporation, | Case No.: 11-CV-01846-LHK (PSG)
17 |                                         |
   |                  Plaintiff,             | **NON-PARTY NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL**
18 |        v.                               |
19 | SAMSUNG ELECTRONICS CO., LTD., a Korean |
20 | corporation, SAMSUNG ELECTRONICS        |
   | AMERICA, INC., a New York corporation;  |
21 | SAMSUNG TELECOMMUNICATIONS              |
   | AMERICA, LLC, a Delaware limited liability |
22 | company,                                |
23 |                  Defendants.            |
24

25
26 ///
27 ///
28

1    In accordance with Civil L.R. 7-11 and 79-5, non-party Nokia Corporation ("Nokia") hereby moves for an order sealing documents filed alongside Nokia Corporation's Response to Samsung's Motion for Relief From Nondispositive Order of Magistrate Judge (Re: Docket No. 2935), Order Granting Motion for Sanctions (Docket No. 3135) ("Nokia's Response").  The reasons supporting this motion are set forth in the Declaration of Ryan W. Koppelman in Support of Nokia Corporation's Administrative Motion to File Document Under Seal, filed herewith.

**RELIEF REQUESTED**

Nokia does not maintain confidentiality over any documents filed alongside its Response. The following documents were previously designated "Highly-Confidential Attorneys' Eyes Only" by Samsung.  Therefore, to the extent Samsung maintains confidentiality, Nokia requests an order granting Nokia's motion to file under seal the documents listed below:

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Exhibits 2, 3, 4, and 5 to the Declaration of Ryan W. Koppelman | Samsung | Entire document. |

Therefore, for the foregoing reasons, Nokia respectfully requests that the Court grant Nokia's Motion to Seal the above documents filed alongside Nokia's Response.

DATED:  July 22, 2014        Respectfully submitted,

ALSTON & BIRD, LLP

*/s/ Ryan W. Koppelman*
RANDALL L. ALLEN
RYAN W. KOPPELMAN

Attorneys for Non-Party Nokia Corporation

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 22nd day of July 2014.

Additionally, on July 22, 2014, I caused to be served the document(s) described as:

**Exhibits 2, 3, 4, and 5 to the Declaration of Ryan W. Koppelman**

on the interested parties in this action as follows:

Service E-mail Distribution List for Quinn Emanuel Urquhart & Sullivan LLP:
Samsungv.Apple@quinnemanuel.com

☒   BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)] by electronically mailing a true and correct copy through Alston & Bird LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Fed. R. Civ. P. 5(b).

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 22, 2014 at East Palo Alto, California.

                                                  _/s/ Ryan W. Koppelman_
                                                  Ryan W. Koppelman