RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303-2282
Telephone:     650-838-2000
Facsimile:      650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (pro hac vice)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:     404-881-7000
Facsimile:      404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

/ / /

/ / /

---

DECLARATION OF RYAN KOPPELMAN ISO NOKIA'S
ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL

CASE NO.: 11-CV-01846-LHK (PSG)

I, Ryan W. Koppelman, declare as follows:

1. I am an attorney with the law firm of Alston & Bird LLP, counsel for Nokia Corporation ("Nokia") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Nokia's Administrative Motion to File Documents Under Seal in connection with Nokia Corporation's Response to Samsung's Motion for Relief From Nondispositive Order of Magistrate Judge (Re: Docket No. 2935), Order Granting Motion for Sanctions (Docket No. 3135) ("Nokia's Response").

3. Nokia does not maintain a claim of confidentiality over any portion of its Response or the documents filed therewith.

4. Exhibits 2, 3, 4, and 5 to the Declaration of Ryan W. Koppelman were previously designated Highly Confidential and Attorneys' Eyes Only by Samsung and have not since been publicly filed.

5. Nokia expects that Samsung will file a declaration in support of sealing to the extent it maintains confidentiality over Exhibits 2, 3, 4, or 5.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 22nd day of July, in East Palo Alto, California.

  /s/ Ryan W. Koppelman  
Ryan W. Koppelman  
ryan.koppeman@alston.com  
(Ca. Bar No. 290704)  
**ALSTON & BIRD LLP**  
1950 University Avenue, 5th Floor  
East Palo Alto, CA 94303-2282  
Telephone:   650-838-2000  
Facsimile:   650-838-2001  

*Attorney for Non-Party NOKIA CORPORATION*