1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:   (650) 801-5000
   Facsimile:   (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16
                    UNITED STATES DISTRICT COURT
17
           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
18

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung
2 Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3 "Samsung") bring this Administrative Motion to File Under Seal portions of Samsung's
4 Opposition to Nokia's Motion for Relief from Nondispositive Order of Magistrate Judge
5 ("Opposition").
6    Apple Inc. ("Apple") or third-party Nokia Corporation ("Nokia") may consider portions of
7 Samsung's Opposition confidential.   Samsung expects that Apple or Nokia will file a declaration
8 as required by Civil L.R. 79-5 establishing good cause to permit filing under seal.   Apple does not
9 oppose Samsung's Administrative Motion to File Documents Under Seal as a procedural
10 mechanism for filing Samsung's Opposition under seal.   Apple reserves the right to challenge any
11 proposed redactions to the extent it believes those redactions improperly seal non-confidential
12 information.
13    Pursuant to the Court's Order (Dkt. 2984), the redacted and confidential, unredacted
14 versions of the aforementioned document will be served on counsel for Apple and Nokia, and
15 Samsung will file a public, proposed redacted version of the document after counsel for Apple and
16 Nokia confirm the proposed redactions.

17

18 DATED: July 22, 2014                    Respectfully submitted,

19                                         QUINN EMANUEL URQUHART &
20                                         SULLIVAN, LLP

21                                         By */s/ Victoria F. Maroulis*
                                              Charles K. Verhoeven
22                                            Kevin P.B. Johnson
                                              Victoria F. Maroulis
23                                            Michael T. Zeller

24                                            Attorneys for SAMSUNG ELECTRONICS CO.,
25                                            LTD., SAMSUNG ELECTRONICS AMERICA,
                                              INC. and SAMSUNG
26                                            TELECOMMUNICATIONS AMERICA, LLC

27

28