UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | |
| v. | ORDER GRANTING ADDITIONAL DISCOVERY AND SETTING BRIEFING SCHEDULE RE: SAMSUNG'S MOTION TO ENFORCE PRELIMINARY INJUNCTION BOND |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

On July 18, 2014, Samsung represented that if Apple was unwilling to engage in mediation, then Samsung would be prepared to serve by July 31, 2014 three declarations in support of its Motion to Enforce Preliminary Injunction Bond ("Motion to Enforce"). ECF No. 3157 at 1. On July 22, 2014, Apple represented that it would not engage in mediation on the instant Motion to Enforce. ECF No. 3161 at 3-4. Accordingly, Samsung shall serve its three declarations by July 31, 2014. By August 5, 2014, Apple shall serve five interrogatories, 10 requests for admission, and 10 requests for production regarding the Motion to Enforce and Samsung's supplemental declarations. Samsung shall respond to these discovery requests by August 18, 2014. Apple may take up to 5 depositions of 6 hours each by August 29, 2014.

1

Case No.: 11-CV-01846-LHK
ORDER GRANTING ADDITIONAL DISCOVERY AND SETTING BRIEFING SCHEDULE RE: SAMSUNG'S MOTION TO ENFORCE PRELIMINARY INJUNCTION BOND

1    Samsung shall file a supplemental Motion to Enforce not to exceed 10 pages in length on

2 September 5, 2014. Apple shall file a supplemental opposition not to exceed 10 pages in length by

3 September 12, 2014. Samsung shall file a supplemental reply no to exceed 5 pages in length by

4 September 17, 2014.

6 **IT IS SO ORDERED.**

8 Dated: July 28, 2014

                                                                          _____
                                                                          LUCY H. KOH
                                                                          United States District Judge

2
Case No.: 11-CV-01846-LHK
ORDER GRANTING ADDITIONAL DISCOVERY AND SETTING BRIEFING SCHEDULE RE: SAMSUNG'S
MOTION TO ENFORCE PRELIMINARY INJUNCTION BOND