UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | |
| v. | ORDER DENYING WILLIAM PARKER ET AL.'S MOTION TO INTERVENE |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

On June 27, 2014, a group of individuals filed a Motion to Intervene as Plaintiffs with Newly Discovered Evidence Under Rule 24(a), 24(b). ("Motion to Intervene") ECF No. 3124. The proposed intervenors claim to have "new evidence in support of Apple." *Id.* Plaintiff Apple, Inc. ("Apple") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") oppose the Motion. ECF Nos. 3146, 3147.

The Court finds that it lacks jurisdiction to entertain the Motion to Intervene, as this case is currently on appeal to the Federal Circuit. The filing of a notice of appeal "confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal," including motions to intervene. *Griggs v. Provident Consumer Disc. Co.*,

1

459 U.S. 56, 58 (1982) (per curiam); *see also Doe v. Pub. Citizen*, 749 F.3d 246, 258 (4th Cir. 2014) ("[A]n effective notice of appeal divests a district court of jurisdiction to entertain an intervention motion."); *Bryant v. Crum & Forster Specialty Ins. Co.*, 502 F. App'x 670, 671 (9th Cir. 2012) ("[Party's] subsequent notice of appeal divested the district court of its jurisdiction; the district court thus lacked jurisdiction to entertain appellants' motion to intervene."). Samsung filed its notice of appeal on March 6, 2014, ECF No. 3018, while Apple filed its notice of cross-appeal on March 11, 2014, ECF No. 3026.[1] The instant Motion was not filed until June 27, 2014. ECF No. 3124. Accordingly, the Court lacks jurisdiction, and the Motion to Intervene is DENIED.

**IT IS SO ORDERED.**

Dated: July 29, 2014

*[signature: Lucy H. Koh]*
LUCY H. KOH
United States District Judge

---

[1] Apple subsequently moved to dismiss its cross-appeal. *See* Opening Brief, *Apple, Inc. v. Samsung Elecs. Co., Ltd.*, No. 14-1335 (Fed. Cir. July 28, 2014), ECF No. 76.