RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303-2282
Telephone:     650-838-2000
Facsimile:     650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (pro hac vice)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:     404-881-7000
Facsimile:     404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**NON-PARTY NOKIA CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

/ / /

/ / /

In accordance with Civil L.R. 7-11 and 79-5, non-party Nokia Corporation ("Nokia") hereby moves for an order sealing Nokia's Reply In Support of Its Motion for Relief From Nondispositive Order of Magistrate Judge (Re: Docket No. 2935) ("Nokia's Reply").  The reasons supporting this motion are set forth in the Declaration of Ryan W. Koppelman in Support of Nokia Corporation's Administrative Motion to File Document Under Seal, filed herewith.

Because Nokia's Motion to Seal applies to a non-dispositive motion, the lesser "good cause" standard applies. *Apple Inc. v. Samsung Electronics Co., Ltd. et al.*, No. 2012-1600 at 11-12 (Fed. Cir. Aug. 23, 2013) ("the public has less of a need for access to court records attached only to non-dispositive motions because those documents are often unrelated, or only tangentially related, to the underlying cause of action.") (*citing Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006)).  Confidential terms of a patent license, including pricing terms, royalty rates, and minimum payment terms, are protectable trade secrets that are properly sealed.  *In re Electronics Arts*, 298 F. App'x 568, 569 (9th Cir. 2008).  The Court has previously found that the non-public licensing terms sought to be sealed here are sealable. (*see* Dkt. No. 1649 at 7, 10-11; Dkt. No. 2397 at 3; Case No. 5:12-cv-00630 Dkt. No. 1347 at 2).

### **RELIEF REQUESTED**

Nokia's Reply discusses the financial terms of a 2011 patent licensing agreement between Nokia and Apple, previously designated "Highly-Confidential Attorneys' Eyes Only" by Nokia and Apple.  Nokia therefore requests an order granting Nokia's motion to file under seal the documents listed below:

| Document | Party Claiming Confidentiality | Portions to be Filed Under Seal |
|---|---|---|
| Nokia's Reply | Nokia and Apple | p.13 (highlighted portions) |

For the foregoing reasons, Nokia respectfully requests that the Court grant Nokia's Motion to Seal Nokia's Reply.

1 | DATED: July 29, 2014     Respectfully submitted,

ALSTON & BIRD, LLP

*/s/ Ryan W. Koppelman*
RANDALL L. ALLEN
RYAN W. KOPPELMAN

Attorneys for Non-Party Nokia Corporation

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 29th day of July 2014.

Additionally, on July 29, 2014, I caused to be served the document(s) described as:

**Nokia's Reply In Support of Its Motion for Relief From Nondispositive Order of Magistrate Judge (Re: Docket No. 2935)**

on the interested parties in this action as follows:

Service E-mail Distribution List for Quinn Emanuel Urquhart & Sullivan LLP:
Samsungv.Apple@quinnemanuel.com

Mark Selwyn, Wilmer Cutler Pickering Hale and Dorr LLP
mark.selwyn@wilmerhale.com

☒   BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)] by electronically mailing a true and correct copy through Alston & Bird LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Fed. R. Civ. P. 5(b).

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 29, 2014 at East Palo Alto, California.

                                            */s/ Ryan W. Koppelman*
                                            Ryan W. Koppelman