RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303-2282
Telephone:    650-838-2000
Facsimile:    650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (pro hac vice)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:    404-881-7000
Facsimile:    404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

/ / /

/ / /

---

I, Ryan W. Koppelman, declare as follows:

1. I am an attorney with the law firm of Alston & Bird LLP, counsel for Nokia Corporation ("Nokia") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Nokia's Administrative Motion to File Documents Under Seal in connection with Nokia's Reply In Support of Its Motion for Relief From Nondispositive Order of Magistrate Judge (Re: Docket No. 2935) ("Nokia's Reply").

3. Nokia's Reply discusses a 2011 patent licensing agreement between Nokia and Apple, previously designated "Highly-Confidential Attorneys' Eyes Only" by Nokia and Apple under the Protective Order in this case (Dkt. No. 687).

4. Specifically, the highlighted portions of Nokia's Reply relate to the terms of a 2011 license agreement between Apple and Nokia, including recitations of the financial terms and arguments and statements implying those financial terms. Nokia considers its licensing terms highly confidential and does not disclose this information publicly or to any third party except under strict confidentiality agreements. These proposed redactions are necessary to avoid causing serious harm to Nokia. (Dkt. No. 2254 at ¶ 4 (prior declaration by Paul Melin in support of sealing the Nokia-Apple patent license agreement)). The disclosure of these confidential terms or the disclosure of statements implying them would cause Nokia competitive harm by causing a competitive imbalance and asymmetry of information vis-à-vis its competitors. The Court has previously found that the same non-public licensing terms are sealable. (*see* Dkt. No. 2397 at 3 (order sealing terms of the Nokia-Apple patent license agreement); 630 Dkt. No. 1347 at 2).

5. Nokia expects that Apple will file a declaration in support of sealing Nokia's Reply pursuant to Civil Local Rule 79-5(e).

6. For the foregoing reasons, Nokia requests that the Court grant Nokia's Administrative Motion to Seal with respect to the above-cited passages.

1 **I declare under penalty of perjury under the laws of the United States that the foregoing
2 is true and correct.**

3 Executed this 29th day of July, in East Palo Alto, California.

  /s/ Ryan W. Koppelman
Ryan W. Koppelman
ryan.koppeman@alston.com
(Ca. Bar No. 290704)
**ALSTON & BIRD LLP**
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303-2282
Telephone:    650-838-2000
Facsimile:    650-838-2001

*Attorney for Non-Party NOKIA CORPORATION*