1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Cal. Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kevin P.B. Johnson (Cal. Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Cal. Bar No. 202603)
7  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive 5th Floor
8  Redwood Shores, California 94065
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100

10 William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
11 Michael T. Zeller (Cal. Bar No. 196417)
   michaelzeller@quinnemanuel.com
12 865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
13 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
14
   Attorneys for SAMSUNG ELECTRONICS
15 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
16 TELECOMMUNICATIONS AMERICA, LLC

17
                    UNITED STATES DISTRICT COURT
18
          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
19

| 20 | APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK |
|---|---|---|
| 21 | Plaintiff, | **DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |
| 22 | vs. | |
| 23 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26 | Defendants. | |

27

28

I, Robert J. Becher, declare:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I have personal knowledge of the facts set forth in this declaration, except as otherwise noted, and, if called as a witness, could and would testify to those facts under oath.

2. I make this declaration in support of Samsung's Administrative Motion to File Under Seal portions of Samsung's Reply in Support of Motion for Relief from Nondispositive Order of Magistrate Judge (re: Docket No. 3117) ("Fees Reply").

3. Apple Inc. or third-party Nokia Corporation may consider portions of Samsung's Fees Reply confidential.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Los Angeles, California on July 29, 2014.

*/s/ Robert J. Becher*
Robert J. Becher

## ATTESTATION

I, Victoria F. Maroulis, am the ECF user whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Robert J. Becher has concurred in this filing.

Dated:  July 29, 2014

*/s/ Victoria F. Maroulis*
Victoria F. Maroulis

-2-                              Case No. 11-CV-01846-LHK
DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S ADMIN. MOT. TO FILE UNDER SEAL