UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

　　　Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Under Seal portions of Samsung's Reply in Support of Motion for Relief from Nondispositive Order of Magistrate Judge (re: Docket No. 3117) ("Fees Reply").

　　　Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's request and orders sealed:

| Document | Portions to be Sealed |
|---|---|
| Samsung's Fees Reply | See highlighted version filed concurrently with Samsung's Administrative Motion. |

**IT IS SO ORDERED.**

DATED: _____, 2014

_____
Honorable Lucy H. Koh
United States District Judge

-2-    Case No. 11-cv-01846-LHK (PSG)
[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL