| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF RACHEL KREVANS IN SUPPORT OF APPLE'S REPLY IN SUPPORT OF ITS MOTION FOR REVIEW OF CLERK'S TAXATION OF COSTS** |

I, RACHEL KREVANS, hereby declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, which is counsel of record for Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") in this case. I am admitted to practice law in the State of California and before this Court. I make this declaration in support of Apple's Reply in Support of Its Motion for Review of Clerk's Taxation of Costs. I have personal knowledge of the matters stated herein or understand them to be true from members of my litigation team, and I could and would testify competently thereto if called to do so.

2. Copies of motions, pleadings, notices, and other routine case papers made for the convenience of Apple's counsel were generally reproduced by counsel's in-house copying services. For example, Morrison & Foerster LLP incurred $667,968.98 in such copying costs, but Apple does not seek recovery for those costs. Apple did not include these costs in its schedules relating to costs for reproduction of documents. (Dkt. 2853-9 (Schedule B-1); Dkt. 2854-13 (Schedule E-1).)

3. The number of documents processed and uploaded to the document repository maintained by Catalyst Repository Systems, Inc. was 2,101,808 documents.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of July 2014 at San Francisco, California.

*/s/ Rachel Krevans*
Rachel Krevans

KREVANS DECL. ISO APPLE'S REPLY ISO ITS MOTION FOR REVIEW OF CLERK'S TAXATION OF COSTS
CASE NO. 11-CV-01846-LHK
sf-3443328

1