1  RANDALL L. ALLEN (Ca. Bar No. 264067)
   randall.allen@alston.com
2  RYAN W. KOPPELMAN (Ca. Bar No. 290704)
   ryan.koppelman@alston.com
3  XAVIER M. BRANDWAJN (Ca. Bar No. 246218)
   Xavier.brandwajn@alston.com
4  ALSTON & BIRD LLP
   1950 University Circle, Fifth Floor
5  East Palo Alto, CA 94303-2282
   Telephone:    650-838-2000
6  Facsimile:    650-838-2001

7  PATRICK J. FLINN (Ca. Bar No. 104423)
   patrick.flinn@alston.com
8  B. PARKER MILLER (pro hac vice)
   parker.miller@alston.com
9  ALSTON & BIRD LLP
   1201 West Peachtree Street
10 Atlanta, GA 30309
   Telephone:    404-881-7000
11 Facsimile:    404-881-7777

12 Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL [DOCKET NO. 3173]** |

/ / /

/ / /

1   I, Ryan W. Koppelman, declare as follows:

2   1.   I am an attorney with the law firm of Alston & Bird LLP, counsel for non-party Nokia Corporation ("Nokia") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California.  I am a member in good standing of the State Bar of California and am admitted to practice before this Court.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2.   Pursuant to Civil Local Rule 79-5(e), I submit this declaration in support of sealing the portions of Samsung's Reply In Support of Motion For Relief From Nondispositive Order of Magistrate Judge (Re: Docket No. 3117), Order Setting Reasonable Attorney's Fees and Costs ("Samsung's Reply") (Dkt. No. 3173).

3.   On July 29, 2014, Samsung filed an Administrative Motion to File Documents Under Seal (Dkt. No. 3173).  In its Motion, Samsung noted that portions of its Reply contained information confidential to Nokia.  Samsung's Reply contains information previously designated "HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY" under the Protective Order in this case (Dkt. No. 687).

4.   Specifically, page 5 (lines 14-19) of Samsung's Reply relate to the terms of a 2011 license agreement between Apple and Nokia, including recitations of the financial terms and arguments and statements implying those financial terms.  Nokia considers its licensing terms highly confidential and does not disclose this information publicly or to any third party except under strict confidentiality agreements.  These proposed redactions are necessary to avoid causing serious harm to Nokia. (Dkt. No. 2254 at ¶ 4 (prior declaration by Paul Melin in support of sealing the Nokia-Apple patent license agreement)).  The disclosure of these confidential terms or the disclosure of statements implying them would cause Nokia competitive harm by causing a competitive imbalance and asymmetry of information vis-à-vis its competitors.  The Court has previously found that the same non-public licensing terms are sealable. (*see* Dkt. No. 2397 at 3 (order sealing terms of the Nokia-Apple patent license agreement); 630 Dkt. No. 1347 at 2).

5.   For the foregoing reasons, Nokia requests that the Court grant Samsung's Administrative Motion to Seal with respect to the above-cited passages.

1  **I declare under penalty of perjury under the laws of the United States that the foregoing**
2  **is true and correct.**
3  Executed this 4th day of August, 2014 in East Palo Alto, California.

   /s/ Ryan W. Koppelman
   Ryan W. Koppelman
   ryan.koppeman@alston.com
   (Ca. Bar No. 290704)
   **ALSTON & BIRD LLP**
   1950 University Circle, Fifth Floor
   East Palo Alto, CA 94303-2282
   Telephone:     650-838-2000
   Facsimile:     650-838-2001

   *Attorney for Non-Party NOKIA CORPORATION*