Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California Corporation,

Plaintiff(s),

v.

SAMSUNG ELECTRONICS CO., LTD., et al.,

Defendant(s).

Case No: 11-cv-1846

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, James C. Grant, an active member in good standing of the bar of Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Non-Party Nokia Corporation in the above-entitled action. My local co-counsel in this case is Ryan W. Koppelman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>One Atlantic Center, 1201 West Peachtree St.<br>Atlanta, GA, 30309-3424 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>275 Middlefield Road, Ste # 150<br>Menlo Park CA 94025 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(404) 881-7859 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 838-2000 |
| MY EMAIL ADDRESS OF RECORD:<br>jim.grant@alston.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>ryan.koppelman@alston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 305410.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/30/14                                    /s/ James C. Grant
                                                         APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of James C. Grant is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                              *October 2012*