QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE PRELIMINARY INJUNCTION BOND (DKT. 3114)** |

1     PLEASE TAKE NOTICE that pursuant to Civil L.R. 7-7, Samsung Electronics Co. Ltd.,
2  Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC
3  (collectively, "Samsung") withdraw their Motion to Enforce Preliminary Injunction Bond (Dkt.
4  3114).  Samsung requests that the Court vacate the deadlines set forth in the Order Granting
5  Additional Discovery and Setting Briefing Schedule Re:  Samsung's Motion to Enforce
6  Preliminary Injunction Bond (Dkt. 3166).

DATED:   August 18, 2014               QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

                                       By  /s/ Victoria F. Maroulis
                                           Charles K. Verhoeven
                                           Kathleen M. Sullivan
                                           Kevin P.B. Johnson
                                           Victoria F. Maroulis
                                           William C. Price
                                           Michael T. Zeller

                                           Attorneys for SAMSUNG ELECTRONICS CO.,
                                           LTD., SAMSUNG ELECTRONICS AMERICA,
                                           INC. and SAMSUNG
                                           TELECOMMUNICATIONS AMERICA, LLC