UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER ON WITHDRAWAL OF MOTION TO ENFORCE PRELIMINARY INJUNCTION BOND |

In light of Samsung's notice of withdrawal of Samsung's motion to enforce the preliminary injunction bond (ECF No. 3185), the Court hereby DENIES as moot Samsung's motion to enforce the preliminary injunction bond (ECF No. 3114).  The deadlines in the Court's order granting additional discovery and setting a briefing schedule (ECF No. 3166) are hereby VACATED.

**IT IS SO ORDERED.**

Dated: August 18, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge