UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | |
| v. | ORDER RELEASING BOND |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Plaintiff Apple, Inc. ("Apple") posted a bond (No. 09072902) in the amount of $2,600,000.00 in support of the preliminary injunction previously entered by this Court. ECF Nos. 1135, 1145. Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's ("Samsung") have withdrawn their motion to enforce the preliminary injunction bond. ECF Nos. 3185, 3186. Accordingly, the Court shall release the bond in its entirety to Apple.

THEREFORE, IT IS HEREBY ORDERED that Bond No. 09072902 shall be released and returned to Apple.

**IT IS SO ORDERED.**

1

Case No.: 11-CV-01846-LHK
ORDER RELEASING BOND

Dated: August 20, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-01846-LHK
ORDER RELEASING BOND