1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
2 | charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
3 | San Francisco, California 94111
Telephone: (415) 875-6600
4 | Facsimile: (415) 875-6700

5 | Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
6 | Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
7 | 555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
8 | Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL AND REMOVE INCORRECTLY FILED DOCUMENTS** |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") bring this Administrative Motion to Remove Incorrectly Filed Documents.

On August 13, 2014, counsel for a third-party notified counsel for Samsung that a document filed by Samsung through the ECF system in connection with a pretrial motion reveals certain proprietary information that was designated confidential pursuant to the Protective Order.  *See* Declaration of Robert J. Becher in Support of Samsung's Administrative Motion to Seal and Remove Incorrectly Filed Documents ("Becher Decl.") ¶¶ 3-4.[1]  Upon receiving such notice, Samsung contacted the ECF Help Desk to temporarily lock that filing and two others that Samsung identified as including the same or a nearly identical version of the document.  *Id.* ¶ 4.  Samsung now seeks to have the incorrectly-filed documents removed permanently from the Court's ECF system and replaced with further redacted versions of the same documents.

Good cause exists to grant this motion because, as the Court has found, the type of confidential proprietary information at issue (*see* Becher Decl. ¶¶ 3, 6) is properly sealable, and the filing of that information through the ECF system was inadvertent.  Samsung thus respectfully requests that the Court grant Samsung's motion to permanently remove from the Court's ECF system the docket entries identified in paragraph 6 of the Becher Declaration and permit Samsung to file further redacted versions of the same documents that exclude the information that has been designated confidential.

Apple does not oppose this motion.  Becher Decl. ¶ 7.

---

[1] Samsung files the Becher Declaration in support of this motion under seal because it identifies the ECF docket entries that previously revealed the information that was designated confidential.   In addition, Samsung files Exhibit A to the Becher Declaration, which is an excerpt the third-party considers confidential, under seal.

1  DATED: August 20, 2014       Respectfully submitted,

2                                QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP
3

4                                  By */s/ Victoria F. Maroulis*
                                     Charles K. Verhoeven
5                                    Kevin P.B. Johnson
                                     Victoria F. Maroulis
6                                    Michael T. Zeller

7
                                   Attorneys for SAMSUNG ELECTRONICS CO.,
8                                  LTD., SAMSUNG ELECTRONICS AMERICA,
                                   INC. and SAMSUNG
9                                  TELECOMMUNICATIONS AMERICA, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
-2-                                      Case No. 11-cv-01846-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL AND REMOVE INCORRECTLY FILED DOCUMENTS