UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO SEAL AND REMOVE INCORRECTLY FILED DOCUMENTS** |

　　　　Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative Motion to File Under Seal and Remove Incorrectly Filed Documents.

　　　　Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's motion and orders the clerk of this Court to remove the docket entries identified in paragraph 6 of the Declaration of Robert J. Becher from the Court's ECF system.

1   **IT IS SO ORDERED.**

2
3   DATED: _____, 2014

4
5   _____
    Honorable Lucy H. Koh
6   United States District Judge