1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone:    (650) 801-5000
   Facsimile:    (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                    UNITED STATES DISTRICT COURT

18           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| 20  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 21           Plaintiff, | **SUPPLEMENTAL DECLARATION OF JOHN B. QUINN PURSUANT TO APRIL 1, 2014 ORDER (DKT. 3061)** |
| 22           vs. | |
| 23  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 24  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 25  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 26           Defendants. | |

27

28

I, John B. Quinn, declare:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung").  I submit this declaration pursuant to the Order Denying Nokia's Motion to Compel (Dkt. 3061).  I am informed and believe the matters contained herein are true and correct based upon my interviews of attorneys from Quinn Emanuel and personnel at Stroz responsible for overseeing the remediation.

2. On May 29, 2014, I submitted a declaration pursuant to the Court's Order Denying Nokia's Motion to Compel (Dkt. 3106).  As a result of an agreement reached during a meet and confer with Nokia's counsel, I submit this supplemental declaration to amplify and clarify my prior declaration.

3. All documents reflecting dissemination or use of, or referring to, the financial terms of the Nokia-Apple license have been deleted, erased, wiped or otherwise permanently removed from Samsung's possession, except where possession of the terms is authorized or permitted by a court of competent jurisdiction (e.g. an anonymized spreadsheet created in the Netherlands litigation with Apple's consent and at the Dutch court's invitation) (Dkt. 3060, Dkt. 3061, at 2) or the information comes from public sources.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed in Los Angeles, California on August 21, 2014.

                                             */s/ John B. Quinn*
                                             John B. Quinn

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that John B. Quinn has concurred in this filing.

Dated:   August 22, 2014      */s/ Victoria Maroulis*
                              Victoria Maroulis