**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., A Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK<br><br>ORDER VACATING SEPTEMBER 12, 2014 HEARING |

Concluding that the pending motions for relief from nondispositive orders of Magistrate Judge Grewal (ECF Nos. 3134, 3135, and 3136) are appropriate for resolution without oral argument, the Court hereby VACATES the hearing scheduled for September 12, 2014, at 10:00 A.M.

**IT IS SO ORDERED.**

Dated: September 8, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01846-LHK
ORDER VACATING SEPTEMBER 12, 2014 HEARING