# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.: 11-CV-01846-LHK |
| Plaintiff, | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | ORDER GRANTING MOTION TO SEAL AND REMOVE INCORRECTLY FILED DOCUMENTS [ECF NO. 3189] |
| Defendants. | |

Before the Court is Defendants Samsung Electronics, Co., Ltd., Samsung Electronics America, and Samsung Telecommunications America, LLC's (collectively, "Samsung") Motion to Seal and Remove Incorrectly Filed Documents. ECF No. 3189. Samsung requests that the clerk of the court remove several docket entries that disclosed confidential third-party licensing information from ECF, as identified in the declaration of Robert Becher. ECF No. 3189-1. Samsung will replace these docket entries with further redacted versions of the documents. ECF No. 3189. Apple does not oppose Samsung's Motion. *Id.*

The Court concludes that Samsung's Motion to Seal is well-founded in fact and in law according to the standards set forth in *In re Electronic Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir.

1

Case No.: 11-CV-01846-LHK
ORDER GRANTING MOTION TO SEAL AND REMOVE INCORRECTLY FILED DOCUMENTS [ECF NO. 3189]

1  2008). Accordingly, Samsung's Motion to Seal and Remove Incorrectly Filed Documents is
2  GRANTED.
3  **IT IS SO ORDERED.**
4
5  Dated: September 17, 2014
6                          LUCY H. KOH
                        United States District Judge

**United States District Court**
For the Northern District of California

2
Case No.: 11-CV-01846-LHK
ORDER GRANTING MOTION TO SEAL AND REMOVE INCORRECTLY FILED DOCUMENTS [ECF NO. 3189]