UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation, | Case No.: 5:11-cv-01846-LHK-PSG |
| Plaintiff, | **ORDER RE: HEARING** |
| v. | **(Re: Docket No. 3194)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

In light of the presiding judge's remand order at Docket No. 3194, the parties shall appear for a hearing on October 8, 2014 at 10:00 a.m. The subject is straightforward: how best to proceed to accomplish the mandate of the presiding judge. In advance of the hearing, the parties shall meet and confer and submit a joint report on their discussions no later than October 1, 2014 at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: September 22, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge