| | |
|---|---|
| HAROLD J. MCELHINNY (SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, CA 94015 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | WILLIAM F. LEE <br> (Admitted *Pro Hac Vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile:` (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, CA 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

Attorney for Plaintiff and
Counterclaim-Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FROM REMOVAL OF SERVICE LIST** |

1    PLEASE TAKE NOTICE that Brian J. Larivee of WILMER CUTLER PICKERING
2 HALE AND DORR LLP hereby withdraws his appearance as counsel for Plaintiff Apple Inc. in
3 the above-captioned matter.  Additionally, the undersigned request that he be removed from the
4 service list of Plaintiff's counsel.

Dated:  September 25, 2014         WILMER CUTLER PICKERING HALE
                                    AND DORR LLP

                                   By: */s/ Brian J. Larivee*
                                       Brian J. Larivee (*Pro Hac Vice*)
                                       60 State Street
                                       Boston, MA  02109
                                       Telephone:  (617) 526-6000
                                       Facsimile:   (617) 526-5000

                                   Attorney for Plaintiff and Counterclaim-Defendant
                                   APPLE INC.

-1-

NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FROM REMOVAL OF SERVICE LIST
Case No. 11-cv-01846

ActiveUS 136403035v.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 25, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

      /s/ Mark D. Selwyn
      Mark D. Selwyn