1  **[COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**JOINT REPORT ON MANDATE OF PRESIDING JUDGE (RE: DOCKET NO. 3195)** |

/ / /

/ / /

/ / /

/ / /

/ / /

1    The parties have met and conferred regarding how to proceed on remand.  The parties have agreed that, according to the schedule below, Nokia and Apple may file a motion to compel Samsung documents withheld on the grounds of attorney-client privilege, attorney work product or other immunities.  Apple has further agreed that any motion it files would be limited to seeking production of the documents identified by the Court in its Order Granting Sanctions (Dkt. 2935) as Tabs 6, 19, 20, 215.15, 222, 255 and 272.

By agreeing to proceed in this manner, the parties each reserve, and do not waive, their respective positions and arguments, including without limitation that one or more of the other parties have waived their positions and arguments or are otherwise barred from asserting them on this remand proceeding.

**Proposed Schedule:**

October 17 - Nokia Motion/Opening Brief and Apple Motion/Opening Brief

November 7 - Samsung Opposition Briefs

November 19 - Nokia Reply Brief and Apple Reply Brief

December 10 - Motion Hearing

Nokia has raised alternative approaches to resolve this dispute, including the production of the documents under a non-waiver agreement, but the parties have not reached agreement on such terms.

In light of the agreement the parties have reached regarding scheduling for briefing and a hearing, the parties agree that it would be appropriate for the Court to continue the hearing currently scheduled for October 8, 2014, at 10 a.m., until the date when the hearing is held on the parties' motions described herein.

| | | |
|---|---|---|
| 1 | Dated: October 1, 2014 | ALSTON & BIRD LLP |
| 2 | | |
| 3 | | By: */s/ Ryan W. Koppelman*_____ |
| 4 | | Ryan W. Koppelman<br>*Attorneys for Attorneys for*<br>*Non-Party NOKIA CORPORATION* |
| 5 | | |
| 6 | Dated: October 1, 2014 | WILMER CUTLER PICKERING<br>  HALE AND DORR LLP |
| 7 | | |
| 8 | | By: *//s/ Mark D. Selwyn*_____<br>Mark D. Selwyn<br>*Attorneys for Plaintiff and*<br>*Counterclaim-Defendant APPLE, INC.* |
| 9 | | |
| 10 | | |
| 11 | Dated: October 1, 2014 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 12 | | |
| 13 | | By: */s/ Michael T. Zeller*_____<br>Michael T. Zeller<br>*Attorneys for Defendants and*<br>*Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO.,*<br>*LTD. SAMSUNG ELECTRONICS AMERICA, INC., and*<br>*SAMSUNG TELECOMMUNICATIONS AMERICA, LLC* |
| 14 | | |
| 15 | | |

## ATTESTATION

I, Ryan W. Koppelman, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that all of the above listed parties concurred in this filing.

Dated: October 1, 2014          By: */s/ Ryan W. Koppelman*
                                     Ryan W. Koppelman

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 1, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

*/s/ Ryan W. Koppelman*
Ryan W. Koppelman