QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                    Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**NOTICE OF APPEAL** |

1    **NOTICE IS HEREBY GIVEN** that Defendants Samsung Electronics Co. Ltd., Samsung

2    Electronics America, Inc., and Samsung Telecommunications America, LLC appeal to the United

3    States Court of Appeals for the Federal Circuit from the Order Granting In Part and Denying In

4    Part[] Apple's And Samsung's Motions To Review The Clerk's Taxation Of Costs, entered

5    September 19, 2014 (ECF No. 3193).

6

7    DATED:  October 2, 2014                    Respectfully submitted,

8                                               QUINN EMANUEL URQUHART &
                                                SULLIVAN, LLP
9

10                                              By /s/ *Victoria Maroulis*
                                                   Charles K. Verhoeven
11                                                 Kathleen M. Sullivan
                                                   Kevin P.B. Johnson
12                                                 Victoria F. Maroulis
                                                   Michael T. Zeller
13

14                                              Attorneys for SAMSUNG ELECTRONICS
                                                CO., LTD., SAMSUNG ELECTRONICS
15                                              AMERICA, INC. and SAMSUNG
                                                TELECOMMUNICATIONS AMERICA, LLC
16

17

18

19

20

21

22

23

24

25

26

27

28