1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING SUPERSEDEAS BOND** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 62(d) and Local Rule 65.1, plaintiff Apple Inc. and defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") stipulate as follows:

WHEREAS, on March 6, 2014, judgment (the "Judgment") was entered in this action against Samsung and in favor of Apple in the amount of $929,780,039;

WHEREAS, on March 6, 2014, Samsung filed a notice of appeal from the Judgment;

WHEREAS, on March 17, 2014, the Court entered a stipulation and order approving a supersedeas bond in the amount of $1 billion, and a bond in that amount (the "Bond") was filed;

WHEREAS, on September 19, 2014, the Court awarded Apple Inc. $1,871,302.78 in costs (the "Cost Order");

WHEREAS, on October 2, 2014, Samsung filed a notice of appeal from the Cost Order;

WHEREAS, the parties wish to confirm that the Bond applies to the Cost Order;

NOW THEREFORE, the parties to this stipulation, through their undersigned counsel of record and subject to the Court's approval, agree:

1. Samsung has secured a rider to the Bond stating that it covers the costs awarded by the Court, a true and correct copy of which is attached hereto as Exhibit A (the "Rider").

2. Apple approves the form of the Rider.

3. The parties to this stipulation request that the Court modify the Bond to incorporate the Rider by executing the proposed order that follows the signature of counsel.

IT IS SO STIPULATED.

DATED: October 3, 2014                    WILMER CUTLER PICKERING HALE & DORR


By  */s/ Mark Selwyn*
    Mark Selwyn
    Attorneys for APPLE INC.

1  DATED: October 3, 2014		QUINN EMANUEL URQUHART & SULLIVAN, LLP

		By   */s/ Victoria F. Maroulis*
		Victoria F. Maroulis
		Attorneys for
		SAMSUNG ELECTRONICS CO., LTD.,
		SAMSUNG ELECTRONICS AMERICA, INC.,
		and SAMSUNG TELECOMMUNICATIONS
		AMERICA, LLC

-2-
STIPULATION AND [PROPOSED] ORDER MODIFYING SUPERSEDEAS BOND

**ORDER**

Based on the foregoing stipulation, and for good cause shown,

**IT IS SO ORDERED.**

DATED: October 3, 2014

*Lucy H. Koh*

The Honorable Lucy H. Koh
United States District Court Judge