# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: October 8, 2014                                         Time in Court: 12 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Irene Rodriguez

**TITLE: Apple, Inc. v. Samsung Electronics Co. Ltd., et al.**
**CASE NUMBER**: CV11-01846 LHK
Plaintiff Attorney(s) present: Mark Selwyn
Defendant Attorney(s) present: Michael Zeller, Robert Becher & Dan Posner
Non-Party Attorney(s) present: Randall Allen & Ryan Koppelman

### PROCEEDINGS:
**Hearing Re: Remand Order (Dkt. 3195)**

Hearing held.
Hearing on motions to compel set for 12/10/2014 at 10:00 a.m. (Special Set).

///