1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO COMPEL DOCUMENTS FOR WHICH WAIVER WAS PREVIOUSLY FOUND** |

Before the Court is the motion to compel documents brought by Apple against Samsung.

Upon consideration of the motion and the arguments of the parties, IT IS ORDERED that the motion is GRANTED.  The seven documents cited in the Court's prior Sanctions Order (Tabs 6, 19, 20, 215.15, 222, 255, and 272) are not privileged, and Samsung is hereby ordered to produce those documents to Apple.

**IT IS SO ORDERED.**

Dated: _____          _____

HONORABLE PAUL S. GREWAL
United States Magistrate Judge