RANDALL L. ALLEN (Ca. Bar No. 264067)
randall.allen@alston.com
RYAN W. KOPPELMAN (Ca. Bar No. 290704)
ryan.koppelman@alston.com
ALSTON & BIRD LLP
1950 University Circle, Fifth Floor
East Palo Alto, CA 94303-2282
Telephone:   650-838-2000
Facsimile:    650-838-2001

PATRICK J. FLINN (Ca. Bar No. 104423)
patrick.flinn@alston.com
B. PARKER MILLER (pro hac vice)
parker.miller@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:   404-881-7000
Facsimile:    404-881-7777

Attorneys for NOKIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 11-CV-01846-LHK<br><br>**DECLARATION OF RYAN W. KOPPELMAN IN SUPPORT OF NOKIA'S MOTION TO COMPEL PRODUCTION PURSUANT TO MANDATE OF PRESIDING JUDGE** |

/ / /

/ / /

I, Ryan W. Koppelman, declare as follows:

1. I am an attorney with the law firm of Alston & Bird LLP, counsel for non-party Nokia Corporation ("Nokia") in the above-captioned action currently pending in the U.S. District Court for the Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Samsung's Amended Privilege Log, listed as "combined and revised November 7, 2013." I received this document via email from Quinn Emanuel on November 7, 2013. On October 16, 2014, Robert Becher of Quinn Emanuel represented that Nokia did not need to file it under seal.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 17th day of October, 2014 in East Palo Alto, California.

                                /s/ Ryan W. Koppelman
                                Ryan W. Koppelman
                                ryan.koppeman@alston.com
                                (Ca. Bar No. 290704)
                                **ALSTON & BIRD LLP**
                                1950 University Circle, Fifth Floor
                                East Palo Alto, CA 94303-2282
                                Telephone:     650-838-2000
                                Facsimile:      650-838-2001

                                *Attorney for Non-Party NOKIA CORPORATION*