# Exhibit 1

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 1. | SAMNDCA-Z0002515 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 1.1 | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP |
| | SAMNDCA-Z0001902 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Redacted ACP/WP Duplicate of Tab 1.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0002638 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |
| | SAMNDCA-Z0002761 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0002884 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |
| | SAMNDCA-Z0003007 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |
| | SAMNDCA-Z0003130 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | LLP), Pat Treacy (Attorney, Bristows, LLP) | | |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |
| | SAMNDCA-Z0003253 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |
| | SAMNDCA-Z0003376 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | LLP), Pat Treacy (Attorney, Bristows, LLP) | | |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |
| | SAMNDCA-Z0003499 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |
| | SAMNDCA-Z0003622 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | LLP), Pat Treacy (Attorney, Bristows, LLP) | | |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |
| | Z0003868 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |
| 2. | SAMNDCA-Z0000707 – SAMNDCA- | 3/24/2012 | Todd Briggs (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Todd Briggs (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Anthony Hojin Kahng (Attorney), IlMan Bae, MinHyung | SamsungPatentTeam@quinnemanuel.com, SamsungvApple@quinnemanuel.com | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | Z0000708 | | | Chung, Alan Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan LLP),Jae-Il Park (Attorney), Jaehawk Lee, Jaehyun Parkl, SangHoon Jin, Karin Norton (Attorney), Beyong Ho Yuu, Brian Kim (Attorney), Byung-Gun Min, julie.han@sisa.samsung.com'; 'cmoreland@sta.samsung.com'; 'DANIEL W. SHIM'; 'drobinson@sea.samsung.com'; 'SEUNGHO AHN', 'EDWARD KIM'; 'ERIC CHA'; 'EUNHA KIM'; 'HANKIL KANG'; 'HEUNGJU KWON'; 'HOJIN CHANG'; 'HOSHIN LEE'; 'JAEWAN CHI (ATTORNEY)'; 'JAEHWAN KIM'; 'JaeHyoung Kim'; 'JAMES SHIN'; 'jeff.myung@sisa.samsung.com'; 'j.crites@sta.samsung.com'; 'JONGHEE KIM'; 'JunHong Park'; 'KyuHyuk Lee'; 'Kenneth Korea'; 'MICHAEL KANG'; 'Michelle Yang'; 'RICHARD AN'; 'ROSA KIM'; 'Samuel Lee'; 'SEONG-WOO KIM'; 'SooJin Lee'; 'SungCheol Bae'; | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | 'SUNG-HO LEE'; 'YongKu PARK'; 'YoonJung Shin'; 'YOUNGJO LIM'; 'YoungSoon Lee'; 'YUNHEE KANG'; 'Jae N. Noh'; 'Youngho Kim'; Eric Huang; 'JONGHEE KIM'; 'ssanai50@samsung.com' | | | |
| 3. | SAMNDCA-Z0009218 | 3/27/2012 | Heungju Kwon, Yongoo Park | Hojin Chang (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 4. | SAMNDCA-Z0002145 | 4/20/2012 | Clayton Seongwoo Kim | James Shin (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 4.1 | N/A | 4/20/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP |
| 5. | SAMNDCA-Z0006752 - SAMNDCA-Z0006753 | 4/20/2012 | Heungju Kwon, Hojin Chang (Attorney) | Clayton Seongwoo Kim | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 5.1 | N/A | 4/20/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | | pending or anticipated litigation | |
| 6. | SAMNDCA-Z0001903 - SAMNDCA-Z0001904 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| 6.1 | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP |
| 6.2 | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 6.3 | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP |
| 6.4 | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR |
| | SAMNDCA-Z0002516 - SAMNDCA-Z0002517 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-----|-----|-----|-----|-----|-----|-----|
| | | | | | Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0002639 - SAMNDCA-Z0002640 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             |              | Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0002762 - SAMNDCA-Z0002763 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0002885 - SAMNDCA-Z0002886 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  |  | Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | SAMNDCA-Z0003008 - SAMNDCA-Z0003009 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0003131 - SAMNDCA-Z0003132 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             |              | (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0003254 - SAMNDCA-Z0003255 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             |              | Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0003377 - SAMNDCA-Z0003378 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0003500 - SAMNDCA-Z0003501 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0003623 - SAMNDCA-Z0003624 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| N/A | | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| N/A | | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| SAMNDCA-Z0003746 - SAMNDCA-Z0003747 | | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             |              | (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0003869 - SAMNDCA-Z0003870 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             |              | Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann |             |                   |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0009649 - SAMNDCA-Z0009650 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0010140 - SAMNDCA-Z0010141 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  |  | Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & |  |  |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 7. | SAMNDCA-Z0000646 - SAMNDCA-Z0000647 | 6/27/2012 | Helen Hopson (Attorney, Bristows LLP) | Pat Treacy, Peter Camesasca, Thomas Vinje (Attorney, Clifford Chance), Michel Petite (Attorney, Clifford Chance), Dieter Paemen (Attorney, Clifford Chance), Ashwin van Rooijen (Attorney, Clifford Chance), Michel Struys (Attorney, AllenOvery), Charles Pommies (Attorney AllenOVery), Cristina Caffarra, Gregor Langus, Damien Neven | Ief Daems, Sunny Cho | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 7.1 | N/A | 6/27/2012 | | | | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR, ACP/WP |
| 7.2 | N/A | 6/27/2012 | | | | Communication with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR, ACP/WP |
| 7.3 | N/A | 6/27/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 7.4 | N/A | 6/27/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 7.5 | N/A | 6/27/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| | SAMNDCA-Z0000648 - SAMNDCA-Z0000706 | 6/27/2012 | Helen Hopson (Attorney, Bristows LLP) | Pat Treacy, Peter Camesasca, Thomas Vinje (Attorney, Clifford Chance), Michel Petite (Attorney, Clifford Chance), Dieter Paemen (Attorney, Clifford Chance), Ashwin van Rooijen (Attorney, Clifford Chance), Michel Struys (Attorney, AllenOvery), Charles Pommies (Attorney AllenOVery), Cristina Caffarra, Gregor Langus, Damien Neven | Ief Daems, Sunny Cho | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 7 |
| | N/A | 6/27/2012 | | | | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 7.1 |
| | N/A | 6/27/2012 | | | | Communication with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 7.2 |
| | N/A | 6/27/2012 | | | | Expert report regarding licensing negotiations written in anticipation of | Not Produced, NR Duplicate of Tab |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | litigation | 7.3 |
| | N/A | 6/27/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 7.4 |
| | N/A | 6/27/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 7.5 |
| 8. | SAMNDCA-Z0010459 - SAMNDCA-Z0010461 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 8.1 | SAMNDCA-Z0010464 - SAMNDCA-Z0010466 | | | | | Spreadsheet regarding licensing negotiations | Produced |
| 8.2 | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced |
| | SAMNDCA-Z0010462 - SAMNDCA-Z0010463 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0010464 - SAMNDCA-Z0010466 | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0010464 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |
| | N/A | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0010498 - SAMNDCA-Z0010500 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| N/A |  |  |  |  |  | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| N/A |  |  |  |  |  | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0010501 - SAMNDCA-Z0010503 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |
| N/A |  |  |  |  |  | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| N/A |  |  |  |  |  | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011819 - SAMNDCA-Z0011821 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011822 - SAMNDCA-Z0011823 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |
| | N/A | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011824 - SAMNDCA-Z0011824 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011835 - SAMNDCA-Z0011837 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |
| | N/A | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011838 - SAMNDCA-Z0011839 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011840 - SAMNDCA-Z0011842 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |
| | N/A | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011851 - SAMNDCA-Z0011853 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| N/A | | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| N/A | | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011854 - SAMNDCA-Z0011855 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |
| N/A | | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| N/A | | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011856 - SAMNDCA-Z0011858 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| N/A | | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| N/A | | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011859 - SAMNDCA-Z0011860 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |
| N/A | | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| N/A | | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011861 - SAMNDCA-Z0011863 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011864 - SAMNDCA-Z0011865 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |
| | N/A | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| 9. | SAMNDCA-Z0009710 - SAMNDCA-Z0009712 | 7/4/2012 | Ief Daems (Attorney) | DS Park | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 9.1 | N/A | 7/4/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 9.2 | N/A | 7/4/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 9.3 | N/A | 7/4/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 9.4 | N/A | 7/4/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 9.5 | N/A | 7/4/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 10. | SAMNDCA-Z0000584 - SAMNDCA-Z0000586 | 7/4/2012 | Thomas Vinje (Attorney, Clifford Chance) | Ashwin van Rooijen (Attorney, Clifford Chance), Athene Chanter (Attorney, Allen & Overy), Calypso Lee, Charles Pommies (Attorney, Allen & Overy), Clayton Seongwoo Kim, David Gabathuler (Attorney, Allen & Overy), Diane Souffront | | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
|  |  |  |  | (Attorney, Allen & Overy), Dieter Paemen (Attorney, Clifford Chance), Francesca Miotto (Attorney, Allen & Overy), Frans Muller (Attorney, Clifford Chance), Hansung Kang, Hojin Chang (Attorney), Hyojae Kim, Lef Daems, Jaewan Chi (Attorney), James Jinhwan Kwak, Jinho Park (Attorney), Liliana Eskenazi (Attorney, Allen & Overy) |  |  |  |
| 10.1 | N/A | 7/4/2012 |  |  |  | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| 10.2 | N/A | 7/4/2012 |  |  |  | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| 10.3 | N/A | 7/4/2012 |  |  |  | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| 10.4 | N/A | 7/4/2012 |  |  |  | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 10.5 | N/A | 7/4/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |
| 11. | SAMNDCA-Z0011866 - SAMNDCA-Z0011867 | 7/5/2012 | Christopher Park (Attorney) | Donghoon Kan | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 11.1 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| 11.2 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| 11.3 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| 11.4 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| 11.5 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| 12. | SAMNDCA-Z0002207 - SAMNDCA-Z0002208 | 7/5/2012 | Hojin Chang (Attorney) | Ross Zaurrini (Attorney, Ashurst), Hojin Chang (Attorney) | Angela Lin, Nathan Bellgrove (Attorney, Ashurst), Sally Morris, Wen-Ts'ai Lim (Attorney, Blake Dawson/Ashurst), James Jinhwan Kwak, Clayton Seongwoo Kim, Jaehyoung Kim, Jaehwan Kim (Attorney), Peter Sanghoon Park (Attorney), Christopher Jinho Park (Attorney), Caleb Lee (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| | SAMNDCA-Z0010079 - SAMNDCA-Z0010080 | 7/5/2012 | Hojin Chang (Attorney) | Ross Zaurrini (Attorney, Ashurst), Hojin Chang (Attorney) | Angela Lin, Nathan Bellgrove (Attorney, Ashurst), Sally Morris, Wen-Ts'ai Lim (Attorney, Blake Dawson/Ashurst), James Jinhwan Kwak, Clayton Seongwoo Kim, Jaehyoung Kim, Jaehwan Kim (Attorney), Peter Sanghoon Park (Attorney), Christopher Jinho Park (Attorney), Caleb Lee (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 12 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 13. | SAMNDCA-Z0002268 - SAMNDCA-Z0002269 | 7/5/2012 | G. Halling (Attorney-Shephard Mullin) | Hojin Chang (Attorney) | Jaehawk Lee, Clayton Seongwoo Kim, Peter Sanghoon Park (Attorney), Christopher Jinho Park (Attorney), Yeonwook Sunny Son (Attorney), Caleb Lee (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 13.1 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| 13.2 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| 13.3 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| 13.4 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| 13.5 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 14. | SAMNDCA-Z0002024 - SAMNDCA-Z0002025 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 14.1 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| 14.2 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| 14.3 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| 14.4 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| 14.5 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0002577 - SAMNDCA-Z0002578 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0002700 - SAMNDCA-Z0002701 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0002823 - SAMNDCA-Z0002824 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0002946 - SAMNDCA-Z0002947 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0003069 - SAMNDCA-Z0003070 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0003192 - SAMNDCA-Z0003193 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0003315 - SAMNDCA-Z0003316 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0003438 - SAMNDCA-Z0003439 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0003561 - SAMNDCA-Z0003562 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0003684 - SAMNDCA-Z0003685 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0003807 - SAMNDCA-Z0003808 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0003930 - SAMNDCA-Z0003931 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0003991 - SAMNDCA-Z0003992 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 15. | SAMNDCA-Z0008847 - SAMNDCA-Z0008849 | 7/9/2012 | Michael Kang (Attorney) | Anthony Alden (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Alden (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| | SAMNDCA-Z0008850 - SAMNDCA-Z0008908 | 7/9/2012 | Michael Kang (Attorney) | Anthony Alden (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Alden (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 15 |
| 16. | SAMNDCA-Z0009834 - SAMNDCA-Z0009835 | 8/16/2012 | Ief Daems (Attorney) | Julie Vandenbussche | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP |
| 16.1 | N/A | 8/16/2012 | | | | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 7.1 |
| 16.2 | N/A | 8/16/2012 | | | | Communication with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 7.2 |
| 16.3 | N/A | 8/16/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 7.3 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 16.4 | N/A | 8/16/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 7.4 |
| 16.5 | N/A | 8/16/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 7.5 |
| | SAMNDCA-Z0009956 - SAMNDCA-Z0009957 | 8/16/2012 | Ief Daems (Attorney) | Julie Vandenbussche | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 16 |
| | N/A | 8/16/2012 | | | | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 7.1 |
| | N/A | 8/16/2012 | | | | Communication with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 7.2 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 8/16/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 7.3 |
| | N/A | 8/16/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 7.4 |
| | N/A | 8/16/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 7.5 |
| 17. | SAMNDCA-Z0001510 | 9/7/2012 | Junghyeob Lee | Michael Kang (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| | SAMNDCA-Z0001706 | 9/7/2012 | Junghyeob Lee | Michael Kang (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 17 |
| | SAMNDCA-Z0001707 - SAMNDCA-Z0001842 | 9/7/2012 | Junghyeob Lee | Michael Kang (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 17 |
| | SAMNDCA-Z0001843 - | 9/7/2012 | Junghyeob Lee | Michael Kang (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | SAMNDCA-Z0001901 | | | | | anticipation of litigation | Duplicate of Tab 17 |
| 18. | SAMNDCA-Z0000513 - SAMNDCA-Z0000515 | 10/26/2012 | Nathan Capone (Bistows, LLP) | Thomas Vinje (Attorney, Clifford Chance), Hojin Chang (Attorney) | Helen Hopson (Attorney, Bristows LLP), Peter Camesasca (Attorney), Pat Treacy (Attorney, Bristows LLP), Daniel Ko (Attorney), James Jinhwan Kwak, Clayton Seongwoo Kim, Sanghoon Park (Attorney), Jinho Park (Attorney), Daniel Wooseob Shim (Attorney), Gaesung Lee, Sujin Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 19. | SAMNDCA-Z0000720 - SAMNDCA-Z0000721 | 12/22/2012 | Daniel Wooseob Shim (Attorney) | Guy Eddon (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 20. | SAMNDCA-Z0010201 | 1/4/2013 | Daniel Wooseob Shim (Attorney) | Guy Eddon (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Pease [Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 21. | SAMNDCA-Z0010261 - | 2/1/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & | Anthony Kahng (Attorney), Karin Norton (Attorney), Linda Kordziel | | Email with outside counsel reflecting and seeking legal advice regarding licensing, | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0010263 | | Sullivan, LLP) | (Attorney, Fish & Richardson P.C.), Pepe Steven, Ari Zymelman (Attorney, Williams & Connolly LLP) | | in anticipation of litigation | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 22. | SAMNDCA-Z0000034 - SAMNDCA-Z0000036 | 3/23/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney) | Seungho Ahn (Attorney), Kijoong Kang (Attorney), Jaewan Chi (Attorney),  Injung Lee (Attorney),  Minhyung Chung, Brian Sungyun Kim (Attorney), ,Michael Kang (Attorney), Hosik Jang (Attorney),  Cindi Moreland (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Byung-Gun Min, Byungsik Kim, Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), IlMan Bae, James Jinhwan Kwak,  JaeHwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jeff Myung, Sunmi Kim, Johnda Crites (Attorney), JongHee Kim, Julie Han (Attorney), Junhong Park, Kyuhyuk Lee, Kenneth Korea (Attorney), Megan Drahos | Email with outside counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             |              | (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney), Richard An (Attorney), Richard Rosalez (Attorney), Rosa Woosun Kim (Attorney), SangHoon Jin, Se-Jin Chung, Clayton Seongwoo Kim, Jaehawk Lee, Soojin Lee, SungCheol Bae, Sung-Ho Lee, Wonsuk Park, Wonsun Kim, Yeowan Youn, Young Kyoo Jang, Youngho Kim, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungITC@quinnemanuel.com |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------| ------------------|
| | N/A | 3/23/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000190 - SAMNDCA-Z0000192 | 3/23/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney) | Seungho Ahn (Attorney), Kijoong Kang (Attorney), Jaewan Chi (Attorney), Injung Lee (Attorney), Minhyung Chung, Brian Sungyun Kim (Attorney), ,Michael Kang (Attorney), Hosik Jang (Attorney), Cindi Moreland (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Byung-Gun Min, Byungsik Kim, Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), IlMan Bae, James Jinhwan Kwak, JaeHwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jeff Myung, Sunmi Kim, Johnda Crites (Attorney), | Email with outside counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 22 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | JongHee Kim, Julie Han (Attorney), Junhong Park, Kyuhyuk Lee, Kenneth Korea (Attorney), Megan Drahos (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney), Richard An (Attorney), Richard Rosalez (Attorney), Rosa Woosun Kim (Attorney), SangHoon Jin, Se-Jin Chung, Clayton Seongwoo Kim, Jaehawk Lee, Soojin Lee, SungCheol Bae, Sung-Ho Lee, Wonsuk Park, Wonsun Kim, Yeowan Youn, Young Kyoo Jang, Youngho Kim, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungITC@quinnemanuel.com | | |
| | SAMNDCA-Z0000297 - SAMNDCA-Z0000299 | 3/23/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney) | Seungho Ahn (Attorney), Kijoong Kang (Attorney), Jaewan Chi (Attorney),  Injung Lee (Attorney),  Minhyung Chung, Brian Sungyun Kim (Attorney), | Email with outside counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 22 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | ,Michael Kang (Attorney), Hosik Jang (Attorney),  Cindi Moreland (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Byung-Gun Min, Byungsik Kim, Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), IlMan Bae, James Jinhwan Kwak,  JaeHwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jeff Myung, Sunmi Kim, Johnda Crites (Attorney), JongHee Kim, Julie Han (Attorney), Junhong Park, Kyuhyuk Lee, Kenneth Korea (Attorney), Megan Drahos (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney), Richard An (Attorney), Richard Rosalez (Attorney), Rosa Woosun Kim |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), SangHoon Jin, Se-Jin Chung, Clayton Seongwoo Kim, Jaehawk Lee, Soojin Lee, SungCheol Bae, Sung-Ho Lee, Wonsuk Park, Wonsun Kim, Yeowan Youn, Young Kyoo Jang, Youngho Kim, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungITC@quinnemanuel.com | | |
| | SAMNDCA-Z0000364 - SAMNDCA-Z0000366 | 3/23/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney) | Seungho Ahn (Attorney), Kijoong Kang (Attorney), Jaewan Chi (Attorney),  Injung Lee (Attorney),  Minhyung Chung, Brian Sungyun Kim (Attorney), ,Michael Kang (Attorney), Hosik Jang (Attorney),  Cindi Moreland (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Byung-Gun Min, Byungsik Kim, Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Eunha Kim, Hankil | Email with outside counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 22 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  |  | Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), IlMan Bae, James Jinhwan Kwak,  JaeHwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jeff Myung, Sunmi Kim, Johnda Crites (Attorney), JongHee Kim, Julie Han (Attorney), Junhong Park, Kyuhyuk Lee, Kenneth Korea (Attorney), Megan Drahos (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney), Richard An (Attorney), Richard Rosalez (Attorney), Rosa Woosun Kim (Attorney), SangHoon Jin, Se-Jin Chung, Clayton Seongwoo Kim, Jaehawk Lee, Soojin Lee, SungCheol Bae, Sung-Ho Lee, Wonsuk Park, Wonsun Kim, Yeowan Youn, Young Kyoo Jang, Youngho Kim, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney), Karin |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Norton (Attorney), SamsungITC@quinnemanuel.com | | |
| | SAMNDCA-Z0000510 - SAMNDCA-Z0000512 | 3/23/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney) | Seungho Ahn (Attorney), Kijoong Kang (Attorney), Jaewan Chi (Attorney),  Injung Lee (Attorney),  Minhyung Chung, Brian Sungyun Kim (Attorney), ,Michael Kang (Attorney), Hosik Jang (Attorney),  Cindi Moreland (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Byung-Gun Min, Byungsik Kim, Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), IlMan Bae, James Jinhwan Kwak,  JaeHwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jeff Myung, Sunmi Kim, Johnda Crites (Attorney), | Email with outside counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 22 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | JongHee Kim, Julie Han (Attorney), Junhong Park, Kyuhyuk Lee, Kenneth Korea (Attorney), Megan Drahos (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney), Richard An (Attorney), Richard Rosalez (Attorney), Rosa Woosun Kim (Attorney), SangHoon Jin, Se-Jin Chung, Clayton Seongwoo Kim, Jaehawk Lee, Soojin Lee, SungCheol Bae, Sung-Ho Lee, Wonsuk Park, Wonsun Kim, Yeowan Youn, Young Kyoo Jang, Youngho Kim, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungITC@quinnemanuel.com | | |
| 23. | SAMNDCA-Z0000113 - SAMNDCA-Z0000115 | 3/23/2013 | Heungju Kwon | Kenneth Korea (Attorney) | James Jinhwan Kwak, Anthony Hojin Kahng (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), Jaehyoung Kim, Wonsuk Park, Wonsun Kim | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 23.1 | N/A | 3/25/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000172 - SAMNDCA-Z0000174 | 3/23/2013 | Heungju Kwon | Kenneth Korea (Attorney) | James Jinhwan Kwak, Anthony Hojin Kahng (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), Jaehyoung Kim, Wonsuk Park, Wonsun Kim | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 23 |
| | N/A | 3/25/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 23.1 |
| | SAMNDCA-Z0000308 - SAMNDCA-Z0000310 | 3/23/2013 | Heungju Kwon | Kenneth Korea (Attorney) | James Jinhwan Kwak, Anthony Hojin Kahng (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), Jaehyoung Kim, Wonsuk Park, Wonsun Kim | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 23 |
| | N/A | 3/25/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 23.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 24. | SAMNDCA-Z0000001 - SAMNDCA-Z0000004 | 3/25/2013 | Jaehawk Lee | Hyunsun Kwack, Yangsun Kim, JaeHyun Park, Seungkyun Oh, Sung-Ho Lee, Suyeul Lee | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP |
| 24.1 | N/A | 3/23/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 25. | SAMNDCA-Z0000160 - SAMNDCA-Z0000162 | 3/25/2013 | Karin Norton (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 25.1 | N/A | 3/25/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000276 - SAMNDCA-Z0000278 | 3/25/2013 | Karin Norton (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 25 |
| | N/A | 3/25/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 25.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 26. | SAMNDCA-Z0000716 - SAMNDCA-Z0000719 | 3/25/2013 | Hojin Chang (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| 26.1 | N/A | 3/25/2013 | | | | Communication outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| 27. | SAMNDCA-Z0000109 - SAMNDCA-Z0000112 | 3/25/2013 | Daniel Wooseob Shim (Attorney) | Pat Treacy (Attorney, Bristows) | Helen Hopson (Attorney, Bristows), Sophie Lawrance (Attorney, Bristows) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 27.1 | N/A | 3/23/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| 28. | SAMNDCA-Z0000105 - SAMNDCA-Z0000108 | 3/25/2013 | Daniel Wooseob Shim (Attorney) | Peter Camesasca (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 28.1 | N/A | 3/23/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 29. | SAMNDCA-Z0000103 - SAMNDCA-Z0000104 | 3/25/2013 | Pat Treacy (Attorney, Bristows) | Daniel Wooseob Shim (Attorney) | Helen Hopson (Attorney, Bristows), Sophie Lawrance (Attorney, Bristows) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 29.1 | N/A | 3/23/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 29.2 | N/A | 3/25/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 29.3 | N/A | 3/25/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 30. | SAMNDCA-Z0000116 - SAMNDCA-Z0000119 | 3/25/2013 | Hojin Chang (Attorney) | Indong Kang | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 30.1 | N/A | 3/25/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 31. | SAMNDCA-Z0000057 | 3/26/2013 | Daniel Wooseob Shim (Attorney) | Maxim Price (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alexander Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), SamsungITC@quinnemanuel.com, Victoria F. Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney), Pat Treacy (Attorney, Bristows) | Email with outside counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP |
| 31.1 | N/A | 3/26/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 32. | SAMNDCA-Z0000284 - SAMNDCA-Z0000288 | 3/26/2013 | Hojin Chang (Attorney) | Edward C. Donovan (Attorney, Kirkland & Ellis), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungITC@quinnemanuel.com, Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | |
| 32.1 | N/A | 3/26/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000326 - SAMNDCA-Z0000330 | 3/26/2013 | Hojin Chang (Attorney) | Edward C. Donovan (Attorney, Kirkland & Ellis), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 32 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Taehyung Kim (Attorney) | Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungITC@quinnemanuel.com, Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | |
| | N/A | 3/26/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 32.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 33. | SAMNDCA-Z0000326 - SAMNDCA-Z0000330 | 3/26/2013 | Hojin Chang (Attorney) | Edward C. Donovan (Attorney, Kirkland & Ellis), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungITC@quinnemanuel.com, Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 33.1 | N/A | 3/26/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000284 - SAMNDCA-Z0000288 | 3/26/2013 | Hojin Chang (Attorney) | Edward C. Donovan (Attorney, Kirkland & Ellis), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungITC@quinnemanuel.com, Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 33 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | |
| | N/A | 3/26/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 33.1 |
| 34. | SAMNDCA-Z0000066 - SAMNDCA-Z0000072 | 3/26/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis) | Hojin Chang (Attorney), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton | Email with outside  counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | (Attorney), Jay Shim (Attorney), SamsungITC@quinnemanuel.com, Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | |
| 34.1 | N/A | 3/27/2013 | | | | Document prepared by counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| 34.2 | N/A | 3/27/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000203 - SAMNDCA-Z0000208 | 3/26/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis) | Hojin Chang (Attorney), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, | Email with outside  counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 34 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), SamsungITC@quinnemanuel.com, Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | |
| | N/A | 3/27/2013 | | | | Document prepared by counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 34.1 |
| | N/A | 3/27/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 34.2 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0000385 - SAMNDCA-Z0000390 | 3/26/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis) | Hojin Chang (Attorney), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), SamsungITC@quinnemanuel.com, Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | Email with outside  counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 34 |
| | N/A | 3/27/2013 | | | | Document prepared by counsel | Withheld |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | | reflecting legal advice regarding licensing negotiations written in anticipation of litigation | ACP/WP Duplicate of Tab 34.1 |
| | N/A | 3/27/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 34.2 |
| | SAMNDCA-Z0000401 - SAMNDCA-Z0000406 | 3/26/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis) | Hojin Chang (Attorney), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), | Email with outside  counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 34 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  |  | SamsungITC@quinnemanuel.com, Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) |  |  |
|  | N/A | 3/27/2013 |  |  |  | Document prepared by counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 34.1 |
|  | N/A | 3/27/2013 |  |  |  | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 34.2 |
| 35. | SAMNDCA-Z0000709 - SAMNDCA-Z0000715 | 3/26/2013 | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 35.1 | N/A | 3/26/2013 |  |  |  | Communication outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 35.2 | N/A | 3/26/2013 | | | | Draft pleading from outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP |
| 36. | SAMNDCA-Z0000279 - SAMNDCA-Z0000283 | 3/27/2013 | Brian Sungyun Kim (Attorney) | Karin Norton (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 36.1 | N/A | 3/27/2013 | | | | Communication outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| 37. | SAMNDCA-Z0000078 | 3/27/2013 | Brian Sungyun Kim (Attorney) | Brian Sungyun Kim (Attorney) | | Email from counsel with redacted portions reflecting attorney client communication seeking or providing legal advice regarding licensing negotiations | Redacted ACP/WP |
| 37.1 | N/A | 3/27/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 38. | SAMNDCA-Z0000175 - SAMNDCA- | 3/27/2013 | Hojin Chang (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | Z0000180 | | | | Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Victoria F. Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| 38.1 | N/A | 3/27/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000028 - SAMNDCA-Z0000033 | 3/27/2013 | Hojin Chang (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel. | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 38 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Victoria F. Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 3/27/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 38.1 |
| | SAMNDCA-Z0000367 - SAMNDCA-Z0000372 | 3/27/2013 | Hojin Chang (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 38 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Victoria F. Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 3/27/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | negotiations written in anticipation of litigation | Duplicate of Tab 38.1 |
| | SAMNDCA-Z0000425 - SAMNDCA-Z0000430 | 3/27/2013 | Hojin Chang (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Victoria F. Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 38 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | LLP), Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 3/27/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 38.1 |
| 39. | SAMNDCA-Z0000575 - SAMNDCA-Z0000583 | 3/27/2013 | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Email with outside counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP |
| 39.1 | N/A | 3/27/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| 40. | SAMNDCA-Z0000079 - SAMNDCA-Z0000081 | 3/27/2013 | Daniel Wooseob Shim (Attorney) | Gregory S. Arovas (Attorney, Kirkland & Ellis) | Injung Lee (Attorney) | Email with outside counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 40.1 | N/A | 3/27/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 41. | SAMNDCA-Z0000289 - SAMNDCA-Z0000296 | 3/28/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Alan L. Whitehurst | Email with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Redacted ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| 41.1 | N/A | 3/28/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000058 - SAMNDCA-Z0000065 | 3/28/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim | Email with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 41 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 3/28/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 41.1 |
| | SAMNDCA-Z0000300 - SAMNDCA-Z0000307 | 3/28/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon | Email with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 41 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 3/28/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | written in anticipation of litigation | Duplicate of Tab 41.1 |
| | SAMNDCA-Z0000356 - SAMNDCA-Z0000363 | 3/28/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel | Email with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 41 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 3/28/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 41.1 |
| 42. | SAMNDCA-Z0000005 - SAMNDCA-Z0000015 | 3/28/2013 | Hojin Chang (Attorney) | Edward C. Donovan (Attorney, Kirkland & Ellis), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney), Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim | Email with outside counsel with redacted portionsreflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | |
| 42.1 | N/A | 3/27/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 42.2 | N/A | 3/28/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000135 - SAMNDCA-Z0000144 | 3/28/2013 | Hojin Chang (Attorney) | Edward C. Donovan (Attorney, Kirkland & Ellis), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney), Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth | Email with outside counsel with redacted portionsreflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 42 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | |
| | N/A | 3/27/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 42.1 |
| | N/A | 3/28/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 42.2 |
| | SAMNDCA-Z0000311 - SAMNDCA- | 3/28/2013 | Hojin Chang (Attorney) | Edward C. Donovan (Attorney, Kirkland & Ellis), Jennifer M. Selendy (Attorney, Kirkland & | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael | Email with outside counsel with redacted portionsreflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | Z0000320 | | | Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney), Hojin Chang (Attorney) | Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | 42 |
| | N/A | 3/27/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 42.1 |
| | N/A | 3/28/2013 | | | | Communication reflecting legal advice | Withheld |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | regarding licensing negotiations written by counsel in anticipation of litigation | ACP/WP Duplicate of Tab 42.2 |
| | SAMNDCA-Z0000346 - SAMNDCA-Z0000355 | 3/28/2013 | Hojin Chang (Attorney) | Edward C. Donovan (Attorney, Kirkland & Ellis), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney), Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | Email with outside counsel with redacted portionsreflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 42 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 3/27/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 42.1 |
| | N/A | 3/28/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 42.2 |
| 43. | SAMNDCA-Z0000082 - SAMNDCA-Z0000092 | 3/28/2013 | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Email with outside counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP |
| 43.1 | N/A | 3/27/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 43.2 | N/A | 3/28/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 44. | SAMNDCA-Z0000037 - SAMNDCA-Z0000046 | 3/29/2013 | Hojin Chang (Attorney) | Daniel Laurence Girdwood (Attorney), Everrette Rett Snotherly (Attorney), Karin Norton (Attorney) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), | Email with  counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon | | |
| 44.1 | N/A | 3/28/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 45. | SAMNDCA-Z0000266 - SAMNDCA-Z0000275 | 3/29/2013 | Hojin Chang (Attorney) | Karin Norton (Attorney), Daniel Laurence Girdwood (Attorney), Everrette Rett Snotherly (Attorney) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | | Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon | | |
| 45.1 | N/A | 3/29/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000331 - SAMNDCA-Z0000340 | 3/29/2013 | Hojin Chang (Attorney) | Karin Norton (Attorney), Daniel Laurence Girdwood (Attorney), Everrette Rett Snotherly (Attorney) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 45 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon | | |
| | N/A | 3/29/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 46.1 |
| 46. | SAMNDCA-Z0000093 - SAMNDCA-Z0000102 | 3/29/2013 | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 46.1 | N/A | 3/28/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 47. | SAMNDCA-Z0000193 - SAMNDCA-Z0000202 | 3/29/2013 | Kartin Norton (Attorney) | Anthony Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Everrette Rett Snotherly (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 47.1 | N/A | 3/29/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| 48. | SAMNDCA-Z0011218 - SAMNDCA-Z0011219 | 3/31/2013 | Ari Zymelman (Attorney, Williams & Connolly LLP) | Minjae Shin (Attorney) | Kevin Hardy (Attorney, Williams & Connolly LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing | Redacted ACP/WP |
| 49. | SAMNDCA-Z0000181 - SAMNDCA-Z0000189 | 4/1/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James | Email with outside counsel reflecting and seeking legal advice regarding licensing | Redacted ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| 49.1 | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| | SAMNDCA- | 4/1/2013 | Thomas Pease (Attorney, | Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), | Email with outside counsel reflecting and | Redacted |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  | Z0000407 - SAMNDCA-Z0000415 |  | Quinn Emanuel Urquhart & Sullivan, LLP) |  | Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, | seeking legal advice regarding licensing | ACP/WP Duplicate of Tab 49 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations | Withheld ACP/WP Duplicate of Tab 49.1 |
| 50. | SAMNDCA-Z0000416 - SAMNDCA-Z0000424 | 4/1/2013 | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel. | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| 50.1 | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000047 - SAMNDCA-Z0000056 | 4/1/2013 | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 50 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 50.1 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0000163 - SAMNDCA-Z0000171 | 4/1/2013 | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 50 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 50.1 |
| | SAMNDCA-Z0000416 - SAMNDCA-Z0000424 | 4/1/2013 | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 50 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 50.1 |
| 51. | SAMNDCA-Z0000120 - SAMNDCA-Z0000121 | 4/1/2013 | Wonsun Kim | Wonsun Kim, Hojin Chang (Attorney) | | Email with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Redacted ACP/WP |
| 51.1 | N/A | 4/1/2013 | Wonsun Kim | Wonsun Kim, Hojin Chang (Attorney) | | Draft pleading authored by counsel reflecting legal positions regarding | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | licensing negotiations written in connection with pending or anticipated litigation | |
| 52. | SAMNDCA-Z0000431 - SAMNDCA-Z0000440 | 4/1/2013 | Hojin Chang (Attorney) | Daniel Wooseob Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| 52.1 | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000150 - SAMNDCA-Z0000159 | 4/1/2013 | Hojin Chang (Attorney) | Daniel Wooseob Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 52 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 52.1 |
| | SAMNDCA-Z0000391 - SAMNDCA-Z0000400 | 4/1/2013 | Hojin Chang (Attorney) | Daniel Wooseob Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 52 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel | Withheld |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | | reflecting legal advice regarding licensing negotiations written in anticipation of litigation | ACP/WP Duplicate of Tab 52.1 |
| | SAMNDCA-Z0000431 - SAMNDCA-Z0000440 | 4/1/2013 | Hojin Chang (Attorney) | Daniel Wooseob Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 52 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 52.1 |
| 53. | SAMNDCA-Z0000373 - SAMNDCA-Z0000384 | 4/1/2013 | Hojin Chang (Attorney) | Hojin Chang (Attorney), Daniel Wooseob Kim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| 53.1 | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000016 - SAMNDCA-Z0000027 | 4/1/2013 | Hojin Chang (Attorney) | Hojin Chang (Attorney), Daniel Wooseob Kim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Eric Junghoon Cha | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 53 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|-----|
| | | | | | (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel | Withheld |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | reflecting legal advice regarding licensing negotiations written in anticipation of litigation | ACP/WP Duplicate of Tab 53.1 |
| | SAMNDCA-Z0000123 - SAMNDCA-Z0000134 | 4/1/2013 | Hojin Chang (Attorney) | Hojin Chang (Attorney), Daniel Wooseob Kim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 53 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| N/A | | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 53.1 |
| SAMNDCA-Z0000498 - SAMNDCA-Z0000509 | | 4/1/2013 | Hojin Chang (Attorney) | Hojin Chang (Attorney), Daniel Wooseob Kim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 53 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 53.1 |
| 54. | SAMNDCA-Z0000209 - SAMNDCA-Z0000225 | 4/4/2013 | S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hojin Chang (Attorney), Edward C. Donovan (Attorney, Kirkland & Ellis), Daniel Wooseob | Brian Sungyun Kim (Attorney), Taehyung Kim (Attorney), Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Michael Kang (Attorney), Daniel Ko | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Shim (Attorney) | (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), SamsungFRAND@quinnemanuel.com | | |
| | SAMNDCA-Z0000441 - SAMNDCA- | 4/4/2013 | S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hojin Chang (Attorney), | Brian Sungyun Kim (Attorney), Taehyung Kim (Attorney), Anthony Hojin Kahng (Attorney), | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | Z0000457 | | | Edward C. Donovan (Attorney, Kirkland & Ellis), Daniel Wooseob Shim (Attorney) | Injung Lee (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), SamsungFRAND@quinnemanuel.com | | 54 |
| 55. | SAMNDCA- | 4/24/2013 | Daniel Wooseob Shim | Minki Hyun | | Email with counsel reflecting and seeking | Redacted |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | Z0010520 | | (Attorney) | | | legal advice regarding licensing, in anticipation of litigation | ACP/WP |
| 55.1 | N/A | 4/24/2013 | | | | Publication related to intellectual property | Not Produced, NR |
| 55.2 | N/A | 4/24/2013 | | | | Publication related to intellectual property | Not Produced, NR |
| 56. | SAMNDCA-Z0010621 - SAMNDCA-Z0010622 | 5/6/2013 | James Shin (Attorney) | Jaehwan Kim (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 57. | SAMNDCA-Z0001312 | 5/15/2013 | Hyucksun Kwon | Hyucksun Kwon | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP |
| 57.1 | N/A | 5/15/2013 | | | | Summary of expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP |
| | SAMNDCA-Z0001372 - SAMNDCA-Z0001507 | 5/6/2013 | James Shin (Attorney) | Jaehwan Kim (Attorney) | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 57 |
| | N/A | 5/15/2013 | Hyucksun Kwon | Hyucksun Kwon | | Summary of expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 57.1 |
| 58. | SAMNDCA-Z0012355 | 5/15/2013 | Ari Zymelman (Attorney, Williams & Connolly LLP) | Indong Kang | Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Minjae Shin, Rosa W. Kim (Attorney), Kyungman Kim, James Jinhwan Kwak, JaeHun Han, Bruce Genderson, Kevin Hardy, Stanley Fisher | Email with outside counsel reflecting and seeking legal advice regarding licensing | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 59. | N/A | 4/13/2012 | Helen Hopson (Attorney, Bristows LLP) | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel W. Shim (Attorney), Karin Norton (Attorney), Anthony Hojin Kahng (Attorney), Jaeil Park (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), James Minjae Shin (Attorney), Eric Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, Samsung FRAND, Marc Becker (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Nathan Capone (Attorney, Bristows LLP) | Email from outside counsel reflecting legal advice regarding an expert report | Withheld ACP/WP |
| 59.1 | N/A | 4/13/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Helen Hopson (Attorney, Bristows LLP) | Daniel W. Shim (Attorney), Karin Norton (Attorney), Anthony Hojin Kahng (Attorney), Jaeil Park (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), James Minjae | Email from outside counsel reflecting legal advice regarding an expert report | Not Produced, NR, ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Shin (Attorney), Eric Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, Samsung FRAND, Marc Becker (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Nathan Capone (Attorney, Bristows LLP) | | |
| 59.2 | N/A | 4/13/2012 | Helen Hopson (Attorney, Bristows LLP) | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel W. Shim (Attorney), Karin Norton (Attorney), Anthony Hojin Kahng (Attorney), Jaeil Park (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), James Minjae Shin (Attorney), Eric Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, Samsung FRAND, Marc | Draft of Teece expert report prepared by counsel | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------| ------------------|
| | | | | | Becker (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Nathan Capone (Attorney, Bristows LLP) | | |
| | N/A | 4/13/2012 | Helen Hopson (Attorney, Bristows LLP) | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel W. Shim (Attorney), Karin Norton (Attorney), Anthony Hojin Kahng (Attorney), Jaeil Park (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), James Minjae Shin (Attorney), Eric Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, Samsung FRAND, Marc Becker (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Nathan Capone (Attorney, Bristows LLP) | Email from outside counsel reflecting legal advice regarding an expert report | Withheld ACP/WP Duplicate of Tab 59 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| N/A | | 4/13/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Helen Hopson (Attorney, Bristows LLP) | Daniel W. Shim (Attorney), Karin Norton (Attorney), Anthony Hojin Kahng (Attorney), Jaeil Park (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), James Minjae Shin (Attorney), Eric Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, Samsung FRAND, Marc Becker (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Nathan Capone (Attorney, Bristows LLP) | Email from outside counsel reflecting legal advice regarding an expert report | Withheld ACP/WP Duplicate of Tab 59.1 |
| N/A | | 4/13/2012 | Helen Hopson (Attorney, Bristows LLP) | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel W. Shim (Attorney), Karin Norton (Attorney), Anthony Hojin Kahng (Attorney), Jaeil Park (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), James Minjae Shin (Attorney), Eric Junghoon Cha (Attorney), Brian Sungyun Kim | Draft of Teece expert report prepared by counsel | Withheld ACP/WP Duplicate of Tab 59.2 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (attorney), Kijoong Kang (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, Samsung FRAND, Marc Becker (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Nathan Capone (Attorney, Bristows LLP) | | |
| 60. | N/A | 6/8/2012 | Thomas Vinje (Attorney, Clifford Chance) | Michael Kang (Attorney) | Michel Struys (Attorney, Allen & Overy LLP), Pat Treacy (Attorney, Bristows LLP) | Email from outside counsel reflecting legal advice regarding licensing and mediation with third party | Withheld ACP/WP |
| 60.1 | N/A | 6/8/2012 | Thomas Vinje (Attorney, Clifford Chance) | Michael Kang (Attorney) | Michel Struys (Attorney, Allen & Overy LLP), Pat Treacy (Attorney, Bristows LLP) | Confidential draft document prepared by counsel reflecting legal advice regarding licensing and mediation with third party | Withheld ACP/WP |
| 61. | N/A | 1. 6/8/2012 2. 6/9/2012 | 1. Michael Kang; 2. Thomas Vinje (Attorney, Clifford Chance) | 1. Indong Kang, Junwon Lee, Taehyung Kim (Attorney); 2. Michael Kang | 1. Eric Junghoon Cha (Attorney), James Jinhwan Kwak, Brian Sungyun Kim (Attorney) | Email from outside counsel reflecting legal advice regarding licensing and mediation with third party | Withheld ACP/WP |
| 61.1 | N/A | 6/8/2012 | Thomas Vinje (Attorney, Clifford Chance) | Michael Kang (Attorney) | Michel Struys (Attorney, Allen & Overy LLP), Pat Treacy (Attorney, | Document prepared by outside counsel reflecting legal advice regarding | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Bristows LLP) | intellectual property rights and licensing issues, prepared in connection with mediation | |
| 62. | N/A | 6/13/2012 | 1.  Michael Kang (Attorney) 2. Thomas Vinje (Attorney, Clifford Chance) | 1. Eric Cha (Attorney) 2. Michael Kang (Attorney) | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| 62.1 | N/A | 6/8/2012 | Thomas Vinje (Attorney, Clifford Chance) | Michael Kang (Attorney) | Michel Struys (Attorney, Allen & Overy LLP), Pat Treacy (Attorney, Bristows LLP) | Document prepared by outside counsel reflecting legal advice regarding intellectual property rights and licensing issues, prepared in connection with mediation | Withheld ACP/WP |
| 63. | | | | | | Removed For Translation | |
| 64. | N/A | 1. 12/19/2012 2. 12/14/2012 3. 12/15/2012; | 1. Edward C. Donovan (Attorney, Kirkland & Ellis LLP); 2. Daniel Shim (Attorney); 3. Jennifer Selendy (Attorney, Kirkland & Ellis LLP); | 1. Daniel Shim (Attorney), Jennifer Selendy (Attorney, Kirkland & Ellis LLP); 2. Jennifer Selendy (Attorney, Kirkland & Ellis LLP) | 1. Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), Youngjo Lim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Clayton Kim, Sean Trainor, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Greg Arovas (Attorney, Kirkland & Ellis LLP); 2. Brian Sungyun Kim | Email sent by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), Youngjo Lim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Clayton Kim, Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Sean Trainor, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP) | | |
| | N/A | 1. 12/19/2012 2. 12/14/2012 3. 12/15/2012; | 1. Edward C. Donovan (Attorney, Kirkland & Ellis LLP); 2. Daniel Shim (Attorney); 3. Jennifer Selendy (Attorney, Kirkland & Ellis LLP); | 1. Daniel Shim (Attorney), Jennifer Selendy (Attorney, Kirkland & Ellis LLP); 2. Jennifer Selendy (Attorney, Kirkland & Ellis LLP) | 1. Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), Youngjo Lim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Clayton Kim, Sean Trainor, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Greg Arovas (Attorney, Kirkland & Ellis LLP); 2. Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), Youngjo Lim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Clayton Kim, | Email sent by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 64 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Sean Trainor, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP) | | |
| 65. | N/A | 12/20/2012 | Helen Hopson (Attorney, Bristows LLP) | Taehyung Kim (Attorney), James Jinhwan Kwak, Jinho Park (Attorney), Hojin Chang (Attorney), Bongjoon Kang, Indong Kang, Peter Camesasca (Attorney) | Jay Shim (Attorney), Hyucksun Kwon, Laura Peirson, Pat Treacy (Attorney, Bristows LLP), Sophie Lawrance | Email with outside counsel reflecting legal advice and attaching document regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 65.1 | N/A | 12/18/2012 | Pat Treacy (Attorney, Bristows LLP) | Taehyung Kim (Attorney), James Jinhwan Kwak, Jinho Park (Attorney), Hojin Chang (Attorney), Bongjoon Kang, Indong Kang, Peter Camesasca (Attorney) | Helen Hopson (Attorney, Bristows LLP), Laura Peirson (Attorney, Bristows LLP) | Email with outside counsel reflecting legal advice and attaching document regarding licensing negotiations, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 65.2 | N/A | 12/10/2012 | Laura Peirson (Attorney, Bristows LLP) | Taehyung Kim (Attorney), James Jinhwan Kwak, Jinho Park (Attorney), Hojin Chang (Attorney), Bongjoon Kang, Indong Kang, Peter Camesasca (Attorney) | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | Email with outside counsel reflecting legal advice and attaching document regarding licensing negotiations, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 65.3 | N/A | | | | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 65.4 | N/A | | | | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 65.5 | N/A | | | | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 66. | N/A | 1. 12/28/2012 2. 12/28/2012 3. 12/28/2012 4. 12/21/2012 5. 12/18/2012 6. 12/10/2012 | 1. Daniel W. Shim (Attorney); 2. Taehyung Kim (Attorney); 3. Taehyung Kim (Attorney); 4. Helen Hopson (Attorney, Bristows LLP); 5. Pat Treacy (Attorney, Bristows LLP); 6. Laura Peirson | 1. Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | | Email with outside counsel in anticipation of litigation reflecting legal advice and attaching document prepared regarding licensing negotiations | Withheld ACP/WP |
| 66.1 | N/A | | Pat Treacy (Attorney, Bristows LLP) | | | Email with outside counsel in anticipation of litigation reflecting legal advice and attaching document prepared regarding licensing negotiations | Not Produced, NR, ACP/WP Duplicate of Tab 65.1 |
| 66.2 | N/A | | Laura Peirson (Attorney, Bristows LLP) | | | Email with outside counsel in anticipation of litigation reflecting legal advice and attaching document prepared regarding licensing negotiations | Not Produced, NR, ACP/WP Duplicate of Tab 65.2 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 66.3 | N/A | 12/20/2012 | | | | Document prepared by counsel in anticipation of litigation reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 66.4 | N/A | 12/20/2012 | | | | Document prepared by counsel in anticipation of litigation reflecting legal advice regarding licensing negotiations | Not Produced, NR, ACP/WP Duplicate of Tab 65.4 |
| 66.5 | N/A | 12/20/2012 | | | | Document prepared by counsel in anticipation of litigation reflecting legal advice regarding licensing negotiations | Not Produced, NR, ACP/WP Duplicate of Tab 65.5 |
| 67 | N/A | 1. 1/7/2013 2. 1/7/2013 | 1. Daniel W. Shim (Attorney); 2. Taehyung Kim (Attorney) | 1. Pat Treacy (Attorney, Bristows LLP); 2. Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | 1. Helen Hopson (Attorney, Bristows LLP), Brian S. Kim (Attorney) | Email with outside counsel reflecting legal advice and attaching document regarding licensing issues prepared in anticipation of litigation | Withheld ACP/WP |
| 67.1 | N/A | 12/20/2012 | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP), | Taehyung Kim (Attorney) | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| | N/A | 1. 1/7/2013 2. 1/7/2013 | 1. Daniel W. Shim (Attorney); 2. Taehyung Kim (Attorney) | 1. Pat Treacy (Attorney, Bristows LLP); 2. Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | 1. Helen Hopson (Attorney, Bristows LLP), Brian Sungyun Kim (Attorney) | Email with outside counsel reflecting legal advice and attaching document regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 67 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
|  | N/A | 12/20/2012 | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP), | Taehyung Kim (Attorney) |  | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 67.1 |
| 68. | N/A | 1. 1/11/2013 2. 1/10/2013 3. 1/11/2013 | 1. Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Daniel W. Shim (Attorney); 3. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Daniel W. Shim (Attorney); 2. Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); | Email with outside counsel, prepared in anticipation of litigation,  reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 68.1 | N/A | 1/9/2013 | Peter Camesasca (Attorney) | Daniel W. Shim (Attorney), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in conjunction with litigation | Withheld ACP/WP |
|  | N/A | 1. 1/11/2013 2. 1/10/2013 3. 1/11/2013 | 1. Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) (sender); 2. Daniel W. Shim (Attorney); 3. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Daniel W. Shim (Attorney); 2. Alex Baxter(Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1, 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email from outside counsel reflecting legal advice and attaching document prepared regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 68 |
|  | N/A | 1/11/2013 | Peter Camesasca (Attorney) (author), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) (sender) | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 68.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 69. | N/A | 1. 1/11/2013<br>2. 1/11/2013<br>3. 1/11/2013<br>4. 1/11/2013<br>5. 1/7/2013 | 1. Peter Camesasca (Attorney);<br>2. Christopher Park (Attorney);<br>3. Christopher Park (Attorney);<br>4. Peter Camesasca (Attorney);<br>5. Christopher Park (Attorney) | 1. Christopher Park (Attorney);<br>2. Christopher Park (Attorney),<br>Peter Camesasca (Attorney);<br>5. Peter Camesasca (Attorney) | 1, 2. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Jay Shim (Attorney), James Jinhwan Kwak;<br>5. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son | Email with outside counsel, prepared in anticipation of ligitation, seeking and reflecting legal advice and attaching presentations regarding licensing negotiations (attaching Privilege Log Entry No. 432 and 433) | Withheld ACP/WP |
| 69.1 | N/A | 1/11/2013 | Peter Camesasca (Attorney) | Christopher Park (Attorney) | Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Jay Shim (Attorney), James Jinhwan Kwak | Presentation prepared by counsel, prepared in anticipation of ligitation, reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 69.2 | N/A | 1/11/2013 | Peter Camesasca (Attorney) | Christopher Park (Attorney) | Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon | Presentation prepared by counsel, prepared in anticipation of ligitation, | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Park, Hojin Chang (Attorney), Yeonwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Jay Shim (Attorney), James Jinhwan Kwak | reflecting legal advice regarding licensing negotiations | |
| 70. | N/A | 1. 1/11/2013 2. 1/11/2013 3. 1/11/2013 4. 1/11/2013 5. 1/11/2013 6. 1/11/2013 7. 1/7/2013 | 1. Daniel W. Shim (Attorney); 2. Daniel W. Shim (Attorney); 3. Peter Camesasca (Attorney); 4. Christopher Park (Attorney); 5. Christopher Park (Attorney) ; 6. Peter Camesasca (Attorney); 7. Christopher Park (Attorney) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Jinho Park, Yeonwook Son, Sanghoon Park, Gyesung Lee, Sangjoo Lee, Hojin Chang, Jaewan Chi, Trevor Soames (Attorney, Shearman & Sterling), Miguel Rato (Attorney, Shearman & Sterling), Thomas Vinje (Attorney, Clifford & Chance LLP), Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Ilseok Jang, James Jinhwan Kwak, Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 3. Christopher Park | | Email to outside counsel reflecting legal advice and attaching document regarding trial strategy, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|-----|-------------|--------|
| | | | | (Attorney); 4. Christopher Park (Attorney), Peter Camesasca (Attorney); 5. Peter Camesasca (Attorney); 6. Christopher Park (Attorney); 7. Peter Camesasca (Attorney) | | | |
| 70.1 | N/A | 1/11/2013 | Peter Camesasca (Attorney) (author), Daniel Shim (Attorney) (sender) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel reflecting legal advice regarding trial strategy, prepared in anticipation of litigation | Withheld ACP/WP |
| 71. | N/A | 1/11/2013 | Daniel W. Shim (Attorney) | Michael Fazio (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email with outside counsel, prepared in connection with litigation, seeking legal advice regarding litigation discovery issues | Withheld ACP/WP |
| 72. | N/A | 1. 1/11/2013 2. 1/11/2013 3. 1/11/2013 4. 1/11/2013 5. 1/11/2013 6. 1/11/2013 7. 1//11/2013 8. 1/7/2013 | 1. Peter Camesasca (Attorney); 2. Daniel Shim (Attorney); 3. Daniel Shim (Attorney); 4. Peter Camesasca (Attorney); 5. Christopher Park (Attorney); 6. Christopher Park (Attorney); 7. Peter Camesasca (Attorney); 8. Christopher Park (Attorney) | 1. Daniel Shim (Attorney); 2. Peter Camesasca (Attorney); 3. Peter Camesasca (Attorney); 5. Christopher Park (Attorney), Peter Camesasca (Attorney); 8. Peter Camesasca (Attorney) | 1, 2. Christopher Park (Attorney), Yeonwook Son, Sanghoon Park, Gaesung Lee, Sangjoo Lee (Attorney), Hojin Chang (Attorney), Jaewan Chi (Attorney), Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Taehyung Kim (Attorney), Jay Shim (Attorney), | Email with outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Indong Kang, Junwon Lee, Ilseok Jang, James Jinhwan Kwak, Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 5. Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche; 8. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son | | |
| 73. | N/A | 1. 1/15/2013 2. 1/14/2013 3. 1/7/2013 4. 1/7/2013 | 1. Daniel W. Shim (Attorney); 2. Pat Treacy (Attorney, Bristows LLP); 3. Daniel W. Shim (Attorney); 4. Taehyung Kim (Attorney) | 1. Pat Treacy (Attorney, Bristows LLP); 2. Daniel W. Shim (Attorney); 3. Pat Treacy (Attorney, Bristows LLP); 4. Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | 1. Helen Hopson (Attorney, Bristows LLP), Brian Sungyun Kim (Attorney),  Injung Lee (Attorney), Kijoong Kang (Attorney), | Email with outside counsel reflecting legal advice and attaching document regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 73.1 | N/A | 12/20/2012 | Bristows LLP | Samsung | | Document prepared by counsel reflecting legal advice regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP |
| 73.2 | N/A | | | | | Ericsson Open Standard Document | Not Produced, NR |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 73.3 | N/A | 1/14/2013 | Quinn Emanuel Urquhart & Sullivan LLP | Samsung | | Document prepared by counsel reflecting legal advice regarding licensing negotiations, written in anticipation of litigation | Not Produced, NR, ACP/WP |
| 74. | N/A | 1. 1/15/2013 2. 1/16/2013 3. 1/11/2013 4. 1/11/2013 5. 1/11/2013 6. 1/11/2013 7. 1/11/2013 | 1. Daniel Shim (Attorney); 2. Peter Camesasca (Attorney); 3. Peter Camesasca (Attorney); 4. Daniel Shim (Attorney); 5. Daniel Shim (Attorney); 6. Peter Camesasca (Attorney); 7. Christopher Park (Attorney) | 1. Peter Camesasca (Attorney); 2. Daniel Shim (Attorney); 3. Daniel Shim (Attorney); 4., 5. Peter Camesasca (Attorney); 6. Christopher Park (Attorney); 7. Peter Camesasca (Attorney) | 3., 4. Jinho Park (Attorney), Yunwook Son, Sanghoon Park, Kyesung Lee, Sangjoo Lee (Attorney), Hojin Chang (Attorney), Jiwan Chi, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Ilsuk Chang, Jinhwan Kwak, Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 7. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Kyesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yunwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie | Email with outside counsel reflecting legal advice regarding licensing negotiations in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Vandenbussche, Daniel Shim (Attorney), Jinhwan Kwak | | |
| 74.1 | N/A | 1. 1/15/2013 2. 1/16/2013 3. 1/11/2013 4. 1/11/2013 5. 1/11/2013 6. 1/11/2013 7. 1/11/2013 | 1. Daniel Shim (Attorney); 2. Peter Camesasca (Attorney); 3. Peter Camesasca (Attorney); 4. Daniel Shim (Attorney); 5. Daniel Shim (Attorney); 6. Peter Camesasca (Attorney); 7. Christopher Park (Attorney) | 1. Peter Camesasca (Attorney); 2. Daniel Shim (Attorney); 3. Daniel Shim (Attorney); 4., 5. Peter Camesasca (Attorney); 6. Christopher Park (Attorney); 7. Peter Camesasca (Attorney) | 3., 4. Jinho Park (Attorney), Yunwook Son, Sanghoon Park, Kyesung Lee, Sangjoo Lee (Attorney), Hojin Chang (Attorney), Jiwan Chi, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Ilsuk Chang, Jinhwan Kwak, Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 7. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Kyesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yunwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Daniel Shim (Attorney), Jinhwan Kwak | Memorandum prepared by outside counsel in anticipation of litigation reflecting legal advice regarding intellectual property rights and licensing issues | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|-----|-------------|-------------------|
| 75. | N/A | 1. 1/16/2013<br>2. 1/15/2013<br>3. 1/16/2013<br>4. 1/11/2013<br>5. 1/11/2013<br>6. 1/11/2013<br>7. 1/11/2013<br>8. 1/11/2013<br>9. 1/11/2013<br>10. 1/11/2013<br>11. 1/7/2013 | 1. Peter Camesasca (Attorney); 2. Daniel Shim (Attorney); 3. Peter Camesasca (Attorney); 4. Peter Camesasca (Attorney); 5. Daniel Shim (Attorney); 6. Daniel Shim (Attorney); 7. Peter Camesasca (Attorney); 8. Christopher Park (Attorney); 9. Christopher Park (Attorney); 10. Peter Camesasca (Attorney); 11. Christopher Park (Attorney) | 1. Daniel Shim (Attorney); 2. Peter Camesasca (Attorney); 4. Daniel Shim (Attorney); 5. Peter Camesasca (Attorney); 6. Peter Camesasca (Attorney); 7. Christopher Park (Attorney); 8. Christopher Park (Attorney), Peter Camesasca (Attorney); 9. Peter Camesasca (Attorney); 10. Christopher Park (Attorney); 11. Peter Camesasca (Attorney) | 4, 5, 8. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Jay Shim (Attorney), James Jinhwan Kwak; 11. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 76. | N/A | 1. 1/16/2013<br>2. 1/16/2013<br>3. 1/15/2013<br>4. 1/16/2013<br>5. 1/11/2013<br>6. 1/11/2013<br>7. 1/11/2013<br>8. 1/11/2013<br>9. 1/11/2013<br>10. 1/11/2013<br>11. 1/11/2013<br>12. 1/7/2013 | 1. Daniel W. Shim (Attorney); 2. Peter Camesasca (Attorney); 3. Daniel W. Shim (Attorney); 4. Peter Camesasca (Attorney); 5. Peter Camesasca (Attorney); 6. Daniel W. Shim (Attorney); 7. Daniel W. Shim (Attorney); 8. Peter Camesasca (Attorney); 9. Christopher Park (Attorney); 10. Christopher Park (Attorney); 11. Peter Camesasca (Attorney); 12. Christopher Park (Attorney) | 1. Peter Camesasca (Attorney); 2. Daniel W. Shim (Attorney); 3. Peter Camesasca (Attorney); 4. Daniel W. Shim (Attorney); 5. Daniel W. Shim (Attorney); 6. Peter Camesasca (Attorney); 7. Peter Camesasca (Attorney); 8. Christopher Park (Attorney); 9. Christopher Park (Attorney), Peter Camesasca (Attorney); 10. Peter Camesasca (Attorney); 11. Christopher Park (Attorney); | 5., 6.  Jinho Park (Attorney), Yeonwook Son, Gyesung Lee, Sangjoo Lee (Attorney), Hojin Chang (Attorney), Jaewan Chi (Attorney), Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP) , Damien Neven, Cristina Caffarra, Julie Vandenbussche, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Ilseok Chang, James Jinhwan Kwak, Brian | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | 12. Peter Camesasca (Attorney) | Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 9. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gyesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP) , Damien Neven, Cristina Caffarra, Julie Vandenbussche, Daniel W. Shim (Attorney), James Jinhwan Kwak; 12. Sangjoo Lee (Attorney), Gyesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son, Jinho Park | | |
| 77. | N/A | 1. 2/5/2013 2. 2/6/2013 3. 2/5/2013 4. 2/4/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3. Mike McKeon (Attorney, Fish & Richardson P.C.); 4. Mike McKeon (Attorney, Fish & Richardson P.C.) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael | 3, 4. F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders | Email with outside counsel reflecting legal advice and attaching document regarding trial strategies, prepared in anticipation of litigation (attaching Privilege Log Entry No. 463) | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee; 3, 4. Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Richard An (Attorney) | | | |
| 77.1 | N/A | 2/5/2013 | Ruffin Cordell (Attorney, Fish & Richardson, P.C.) (author), Eric Junghoon Cha (Attorney) (sender) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob | | Document prepared by outside counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Lee | | | |
| | N/A | 1. 2/5/2013 2. 2/6/2013 3. 2/6/2013 4. 2/5/2013 5. 2/4/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3.  Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4&5. Michael McKeon (Attorney, Fish & Richardson, P.C.) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee; 4&5. Eric Junghoon Cha (Attorney), David Higher, Ed Donovan, Richard An | 4&5. FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders | Email with outside counsel reflecting legal advice and attaching document prepared  in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 77 |
| | N/A | 2/5/2013 | Ruffin Cordell (Attorney, Fish & Richardson, P.C.) (author), Eric Junghoon Cha (Attorney) (sender) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | | Document prepared by outside counsel reflecting legal advice in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 77.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee | | | |
| 78. | N/A | 1. 2/6/2013 2. 2/6/2013 3. 2/6/2013 4. 2/5/2013 5. 2/4/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Michael McKeon (Attorney, Fish & Richardson P.C.) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney),  Brian Sungyun Kim (Attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak (Attorney), Junwon Lee, Julie Han (Attorney), Kijoong | 4. F&R Samsung-Ericsson Leaders, KE-Samsung-Leaders | Email with outside counsel reflecting legal advice and attaching document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Kang (Attorney), Michael Kang (Attorney), Everrette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee; 4. Eric Junghoon Cha (Attorney),  David W. Higer (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Richard An (Attorney) | | | |
| 78.1 | N/A | 2/6/2013 | Daniel W. Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 79. | N/A | 1. 2/6/2013 2. 2/6/2013 3. 2/6/2013 4. 2/5/2013 5. 2/4/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Mike McKeon (Attorney, Fish & Richardson P.C.); 5. Mike McKeon (Attorney, Fish & Richardson P.C.) | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Hyucksun Kwon; 4. Eric Junghoon Cha (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Richard An | 1. Brian Sungyun Kim (Attorney); 4. F&R Samsung-Ericsson Leader, KE-Samsung-Ericsson-Leaders; 5. F&R Samsung-Ericsson Leader, KE-Samsung-Ericsson-Leaders | Email with outside counsel seeking and reflecting legal advice and attaching document regarding licensing negotiations, prepared in anticipation of litigation (attaching Privilege Log Entry No. 251) | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney); 5. Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Richard An (Attorney) | | | |
| 79.1 | N/A | 2/5/2013 | Fish & Richardson P.C. | Samsung | | Document prepared by outside counsel in anticipation of litigation, containing legal advice regarding licensing issues | Withheld ACP/WP |
| | N/A | 1. 2/6/2013 2. 2/6/2013 3. 2/6/2013 4. 2/5/2013 5. 2/4/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Mike McKeon (Attorney, Fish & Richardson P.C.); 5. Mike McKeon (Attorney, Fish & Richardson P.C.) | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Hyucksun Kwon; 4. Eric Junghoon Cha (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Richard An (Attorney); 5. Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Richard An (Attorney) | 1. Brian Sungyun Kim (Attorney); 4., 5. F&R Samsung-Ericsson Leader, KE-Samsung-Ericsson-Leaders | Email with outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation (attaching Privilege Log Entry No. 416) | Withheld ACP/WP Duplicate of Tab 79 |
| | N/A | 1. 2/6/2013 2. 2/6/2013 3. 2/6/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Hyucksun Kwon; 4. Eric Junghoon Cha | 1. Brian Sungyun Kim (Attorney); 4., 5. F&R Samsung-Ericsson Leader, KE-Samsung-Ericsson- | Email with outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation | Withheld ACP/WP Duplicate of |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 4. 2/5/2013 5. 2/4/2013 | Richardson, P.C.); 4. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.); 5. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.) | (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Richard An (Attorney); 5. Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Richard An (Attorney) | Leaders | of litigation | Tab 79.1 |
| 80. | N/A | 1. 2/15/2013 2. 2/14/2013 3. 2/14/2013 4. 2/14/2013 5. 2/13/2013 6. 2/12/2013 7. 2/13/2013 8. 2/13/2013 9. 2/11/2013 10. 2/11/2013 11. 2/11/2013 12. 2/10/2013 | 1.  Michael McKeon (Attorney, Fish & Richardson P.C.); 2.  Jennifer M. Selendy (Attorney, Kirkland & Ellis LLP); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 5. Michael McKeon (Attorney, Fish & Richardson P.C.); 6. Jay Shim (Attorney); 7. Eric Junghoon Cha (Attorney); 8. Edward C. Donovan (Attorney, Kirkland & Ellis LLP); 9. Ruffin Cordell (Attorney, Fish & Richardson P.C.) ; 10. Eric Junghoon Cha (Attorney); 11. Richard An (Attorney); 12.  Michael McKeon (Attorney, Fish & Richardson P.C.) | 1. Jennifer M. Selendy (Attorney, Kirkland & Ellis LLP), Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Greg Arovas (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, F&R Samsung-Ericsson Leaders, #KE-Samsung-Ericsson-Leaders; 2. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Greg Arovas (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, | 1.  Taehyung Kim (Attorney), Richard An (Attorney), Hyucksun Kwon, Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 2. Taehyung Kim (Attorney), Richard An (Attorney), Hyucksun Kwon, Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 3. Taehyung Kim (Attorney), Richard An (Attorney), Hyucksun Kwon, Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 5. Taehyung Kim (Attorney), Eric JUnghoon Cha | Email with outside counsel reflecting legal advice and attaching document regarding licensing issues, prepared  in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-----|-----|-----|-----|-----|-----|-----|
| | | | | Kirkland & Ellis LLP), James Jinhwan Kwak, F&R Samsung-Ericsson Leaders, #KE-Samsung-Ericsson-Leaders; 3.  Ruffin Cordell (Attorney, Fish & Richardson P.C.), Michael McKeon (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Jennifer M. Selendy (Attorney, Kirkland & Ellis LLP), Greg Arovas (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, F&R Samsung-Ericsson Leaders, #KE-Samsung-Ericsson-Leaders; 4. Jay Shim (Attorney); 5.  Jay Shim (Attorney), Jennifer M. Selendy (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP); 6.  Jennifer M. Selendy (Attorney, Kirkland & Ellis LLP),  Ruffin Cordell (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), | (Attorney), Richard An (Attorney), Hyucksun Kwon, Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 6. Taehyung Kim (Attorney), Eric Junghoon Cha (Attorney), Richard An (Attorney), Hyucksun Kwon, Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 9. F&R Samsung-Ericsson Leaders, Kijoong Kang (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Youngjo Lim (Attorney), #KE-Samsung-Ericsson-Leaders, Michael McKeon (Attorney, Fish & Richardson P.C.); 10. F&R Samsung-Ericsson Leader, Kijoong Kang (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Youngjo Lim (Attorney), #KE-Samsung-Ericsson-Leaders, | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Michael McKeon (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP); 9. Eric Junghoon Cha (Attorney), Richard An (Attorney); 10. Richard An (Attorney),  Michael McKeon (Attorney, Fish & Richardson P.C.); 11. Michael McKeon (Attorney, Fish & Richardson P.C.) | | | |
| 80.1 | N/A | 2/15/2013 | Michael McKeon (Attorney, Fish & Richardson P.C.) | Jennifer M. Selendy (Attorney, Kirkland & Ellis LLP), Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Greg Arovas (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, F&R Samsung-Ericsson Leaders, #KE-Samsung-Ericsson-Leaders | Taehyung Kim (Attorney), Richard An (Attorney), Hyucksun Kwon, Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney) | Document prepared by outside counsel reflecting legal advice on licensing issues, prepared  in anticipation of litigation | Withheld ACP/WP |
| 81. | N/A | 1. 2/17/2013 2. 2/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim | 1. Samsung New | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in connection with  pending litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (attorney), Byunggun Min, Seongwoo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jaehyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney); 2. Eric Junghoon Cha (Attorney), Richard An (Attorney) | | | |
| N/A | 1. 2/17/2013 2. 2/11/2013 | | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byunggun Kim, Clayton Seongwoo Kim, Cindi Moreland (Attorney), Chulwoo Ahn, Daniel Ko, Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), | 1. Samsung NEW | Email with outside counsel, prepared in connection with litigation, seeking and reflecting legal advice regarding litigation discovery | Withheld ACP/WP Duplicate of Tab 81 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Jaehyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Lisa Conkwright (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), Youngjin Kwon, Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), Minhyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, Hyunkwon Chung, Wonsun Kim Yeowan Yoon (Attorney), Youngho Kim, Jungkyu Jin, Youngjo Lim (Attorney) |  |  |  |
|  | N/A | 1. 2/17/2013 2. 2/11/2013 | 1. Eric Junghoon Cha (Attorney) 2. Amar Thakur (Attorney, Quinn | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); | 1. Samsung NEW | Email with outside counsel reflecting and seeking legal advice regarding | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | Emanuel Urquhart & Sullivan, LLP) | YoungSoon Lee; Beyongho Yuu (Attorney); Brian Sungyun Kim (Attorney); Byung-Gun Min; Seong-woo Kim; Cindi Moreland (Attorney); Cheolwoo Ahn; Daniel Ko (Attorney); Daniel W. Shim (Attorney); Eunha Kim; Hankil Kang (Attorney); Heungju Kwon; Hojin Chang (Attorney); Injung Lee (Attorney); Johnda Crites (Attorney); Jaehawk Lee; Jaeil Park (Attorney); James Shin (Attorney); Jaewan Chi (Attorney); Jeff Myung; Jeff Myung-SISA; JaeHyoung Kim; James Kwak; Julie Han (Attorney) - SISA; Kenneth Korea (Attorney); Kenneth Korea (Attorney) - SISA; KyuHyuk Lee; Kijoong Kang (Attorney); YoungJin Kwon; lconkwri@sta.samsung.com; Hoshin Lee (Attorney); Michelle Yang (Attorney); Michelle Yang (Attorney) - SISA; Megan Drahos (Attorney); MinHyung Chung; Michelangelo Troisi (Attorney); Wonsuk Park; Richard Rosalez (Attorney); Richard An (Attorney); | | licensing issues, prepared in anticipation of litigation | Duplicate of Tab 81 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Rosa Woosun Kim (Attorney); Seungho Ahn (Attorney); Suyeul Lee; HyunGwon Chung; Wonsun Kim; Yeowan Youn; Youngho Kim; Fredrick Jin; Youngjo Lim (Attorney); 2. Richard An (Attorney) and Eric Junghoon Cha (Attorney) | | | |
| N/A | 1. 2/17/2013 2. 2/11/2013 | | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), YoungSoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-Gun Min, Clayton Seongwoo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, JaeHyoung Kim, James Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk | 1. Samsung NEW | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 81 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Lee, Kijoong Kang (Attorney), YoungJin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), MinHyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, HyunGwon Chung, Wonson Kim, Yeowan Youn, Youngho Kim, Frederick Jin, Youngjo Lim (Attorney); 2. Eric Junghoon Cha (Attorney), Richard An (Attorney) | | | |
| N/A | | 1. 2/17/2013 2. 2/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), YoungSoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-Gun Min, Clayton Seongwoo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin | 1. Samsung NEW | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 81 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, JaeHyoung Kim, James Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), YoungJin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), MinHyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, HyunGwon Chung, Wonson Kim, Yeowan Youn, Youngho Kim, Frederick Jin, Youngjo Lim (Attorney); 2. Eric Junghoon Cha (Attorney), Richard An (Attorney) | | | |
| | N/A | 1. 2/17/2013 2. 2/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur | 1. Amar Thakur, Youngsoon Lee, Beyongho Yuu (attorney), Brian | 1. Samsung NEW | Email with outside counsel seeking and reflecting legal advice regarding | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Sungyun Kim (attorney), Byung-gun Min, Seong-woo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Shim, Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jaehyoung Kim, James Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), YoungJin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), Minhyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An, Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, HyunGwon Chung, Yeowan Youn, Youngho Kim, Frederick Jin, Youngjo Lim (Attorney) | | discovery matters, prepared in connection with litigation | Duplicate of Tab 81 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 1. 2/17/2013<br>2. 2/11/2013 | 1. Eric Junghoon Cha (Attorney)<br>2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); YoungSoon Lee; Beyongho Yuu (Attorney); Brian Sungyun Kim (Attorney); Byung-Gun Min; Seong-woo Kim; Cindi Moreland (Attorney); Cheolwoo Ahn; Daniel Ko (Attorney); Daniel W. Shim (Attorney); Eunha Kim; Hankil Kang (Attorney); Heungju Kwon; Hojin Chang (Attorney); Injung Lee (Attorney); Johnda Crites (Attorney); Jaehawk Lee; Jaeil Park (Attorney); James Shin (Attorney); Jaewan Chi (Attorney); Jeff Myung; Jeff Myung-SISA; JaeHyoung Kim; James Kwak; Julie Han (Attorney) - SISA; Kenneth Korea (Attorney); Kenneth Korea (Attorney) - SISA; KyuHyuk Lee; Kijoong Kang (Attorney); YoungJin Kwon; lconkwri@sta.samsung.com; Hoshin Lee (Attorney); Michelle Yang (Attorney); Michelle Yang (Attorney) - SISA; Megan Drahos (Attorney); MinHyung Chung; Michelangelo Troisi (Attorney); | 1. Samsung NEW | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 81 |

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Wonsuk Park; Richard Rosalez (Attorney); Richard An (Attorney); Rosa Woosun Kim (Attorney); Seungho Ahn (Attorney); Suyeul Lee; HyunGwon Chung; Wonsun Kim; Yeowan Youn; Youngho Kim; Fredrick Jin; Youngjo Lim (Attorney); 2. Richard An (Attorney) and Eric Junghoon Cha (Attorney) | | | |
| | N/A | 1. 2/17/2013 2. 2/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), YoungSoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-Gun Min, Clayton Seongwoo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney); Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, JaeHyoung Kim, James | 1. Samsung NEW | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 81 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), YoungJin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), MinHyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, HyunGwon Chung, Wonson Kim, Yeowan Youn, Youngho Kim, Frederick Jin, Youngjo Lim (Attorney); 2. Eric Junghoon Cha (Attorney) | | | |
| N/A | 1. 2/17/2013 2. 2/11/2013 | | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), YoungSoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-Gun Min, Clayton Seongwoo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang | 1. Samsung NEW | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 81 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, JaeHyoung Kim, James Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), YoungJin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), MinHyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, HyunGwon Chung, Wonson Kim, Yeowan Youn, Youngho Kim, Frederick Jin, Youngjo Lim (Attorney); 2. Eric Junghoon Cha (Attorney), Richard An (Attorney) |  |  |  |
| 82. | N/A | 1.2/18/13 | 1. Amar Thakur (Attorney, Quinn | 1. Eric Junghoon Cha (Attorney), | 1., 2. Samsung New | Email with outside counsel seeking and | Withheld |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 2. 2/17/13<br>3. 2/11/13 | Emanuel Urquhart & Sullivan, LLP);<br>2. Eric Junghoon Cha (Attorney);<br>3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-Gun Min, Weong-Woo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jaehyoung Kim, James Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), YoungJin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), MinHyung Chung, Michelangelo Trois, Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, Hyunggwon Chung, Wonsun Kim, Yeowan Youn, Youngho Kim, | | reflecting legal advice regarding discovery matters in connection with litigation | ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Fredrick Jin, Youngjo Lim (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) + (1) - Eric Junghoon Cha (Attorney). | | | |
| N/A | | 1. 2/18/2013 2. 2/17/2013 3. 2/11/2013 | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Eric Junghoon Cha (Attorney); 3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Eric Junghoon Cha (Attorney), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byunggun Kim, Clayton Seongwoo Kim, Cindi Moreland (Attorney), Chulwoo Ahn, Daniel Ko, Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Jaehyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Lisa Conkwright (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), Youngjin Kwon, Hoshin Lee (Attorney), Michelle Yang | 1., 2. Samsung NEW | Email with outside counsel, prepared in connection with litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP Duplicate of Tab 82 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Megan Drahos (Attorney), Minhyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, Hyunkwon Chung, Wonsun Kim, Yeowan Yoon (Attorney), Youngho Kim, Jungkyu Jin, Youngjo Lim (Attorney); 2. 1 + Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), except Eric Junghoon Cha (Attorney) | | | |
| N/A | | 1. 2/18/2013 2. 2/17/2013 3. 2/11/2013 | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Eric Junghoon Cha (Attorney); 3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Eric Junghoon Cha (Attorney), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byunggun Min, Seongwoo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park | 1., 2. Samsung New | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in connection with pending litigation | Withheld ACP/WP Duplicate of Tab 82 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jaehyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byunggun Min, Seongwoo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jaehyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney); 3. Eric Junghoon Cha (Attorney), Richard An (Attorney) |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  | N/A | 1. 2/18/2013 2. 2/17/2013 3. 2/11/2013 | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) 2. Eric Junghoon Cha (Attorney) 3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Eric Junghoon Cha (Attorney), YoungSoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-Gun Min, Seong-Woo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, JaeHyoung Kim, James Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), KyuHyuk Lee, Kijoong Kang (Attorney), YoungJin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), MinHyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), | 1. Samsung NEW | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 82 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Seungho Ahn (Attorney), Suyeul Lee, HyunGwon Chung, Wonsun Kim, Yeowan Youn, Youngho Kim, Fredrick Jin, Youngo Lim; 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); YoungSoon Lee; Beyongho Yuu (Attorney); Brian Sungyun Kim (Attorney); Byung-Gun Min; Seong-woo Kim; Cindi Moreland (Attorney); Cheolwoo Ahn; Daniel Ko (Attorney); Daniel W. Shim (Attorney); Eunha Kim; Hankil Kang (Attorney); Heungju Kwon; Hojin Chang (Attorney); Injung Lee (Attorney); Johnda Crites (Attorney); Jaehawk Lee; Jaeil Park (Attorney); James Shin (Attorney); Jaewan Chi (Attorney); Jeff Myung; Jeff Myung-SISA; JaeHyoung Kim; James Kwak; Julie Han (Attorney) - SISA; Kenneth Korea (Attorney); Kenneth Korea (Attorney) - SISA; KyuHyuk Lee; Kijoong Kang (Attorney); YoungJin Kwon; lconkwri@sta.samsung.com; Hoshin Lee (Attorney); Michelle | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Yang (Attorney); Michelle Yang (Attorney) - SISA; Megan Drahos (Attorney); MinHyung Chung; Michelangelo Troisi (Attorney); Wonsuk Park; Richard Rosalez (Attorney); Richard An (Attorney); Rosa Woosun Kim (Attorney); Seungho Ahn (Attorney); Suyeul Lee; HyunGwon Chung; Wonsun Kim; Yeowan Youn; Youngho Kim; Fredrick Jin; Youngjo Lim (Attorney); 3. Richard An (Attorney) and Eric Junghoon Cha (Attorney) | | | |
| N/A | 1. 2/18/2013 2. 2/17/2013 3. 2/11/2013 | | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Eric Junghoon Cha (Attorney); 3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Eric Junghoon Cha (Attorney), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-gun Kim, Seong-woo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park | 1. Samsung NEW; 2. Samsung NEW | Email sent by outside counsel reflecting legal advice regarding discovery, prepared in connection with litigation | Withheld ACP/WP Duplicate of Tab 82 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung; 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-gun Kim, Seong-woo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jaehyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), Youngjin Kwon, lconkwri@sta.samsung.com, Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), Minhyung Chung, Michelangelo Troisi (Attorney), |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Wonsuk Park, Richard Rosales (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, Hyungwon Chung, Wonsun Kim, Yeowan Youn, Youngho Kim, Fredrick Jin, Youngjo Lim (Attorney) | | | |
| 83. | N/A | 1. 02/18/13 2. 2/19/13 3. 2/17/13 4. 2/11/13 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Eric Junghoon Cha (Attorney); 4. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Son, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Won, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo, Seungho Ahn | 3. Samsung New | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|--------------------|
| | | | | (Attorney), Jaewan Chi (Attorney), MinHyung Chung; 3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-Gun Min, Weong-Woo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jaehyoung Kim, James Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), Youngjin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), MinHyung Chung, Michelangelo Trois, Wonsuk Park, Richard Rosalez (Attorney), Richard | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, Hyungwon Chung, Wonsun Kim, Yeowan Youn, Youngho Kim, Fredrick Jin, Youngjo Lim (Attorney) | | | |
| N/A | | 1. 2/18/2013 2. 2/19/2013 3. 2/17/2013 4. 2/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Eric Junghoon Cha (Attorney); 4. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung; | 3. Samsung NEW | Email from counsel, prepared in connection with litigation, reflecting legal advice regarding litigation strategy and status | Withheld ACP/WP Duplicate of Tab 83 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | 2. Eric Junghoon Cha (Attorney); 3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byunggun Kim, Clayton Seongwoo Kim, Cindi Moreland (Attorney), Chulwoo Ahn, Daniel Ko, Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Jaehyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Lisa Conkwright (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), Youngjin Kwon, Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), Minhyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, Hyunkwon Chung, Wonsun Kim Yeowan Yoon (Attorney), Youngho Kim, Jungkyu Jin, Youngjo Lim (Attorney) | | | |
| | N/A | 1. 2/18/2013 2. 2/19/2013 3. 2/17/2013 4. 2/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Eric Junghoon Cha (Attorney); 4. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney); Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan | 3. Samsung New | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 83 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Chi (Attorney), MinHyung Chung; 2. Eric Junghoon Cha (Attorney); 3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (Attorney); Byunggun Min, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jaehyoung Kim, James Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), Youngjin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), m1.yang@sisa.samsung.com, mdrahos@sea.com, Minhyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, Hyungwon Chung, Wonsun Kim, Yeowan Youn, Youngho Kim, Fredrick Jin, Youngjo Lim (Attorney); 4. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| | N/A | 1. 2/18/2013 2. 2/19/2013 3. 2/17/2013 4. 2/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Eric Junghoon Cha (Attorney); 4. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. Eric | 3. Samsung NEW | Email with outside counsel reflecting and seeking legal advice regarding discovery, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 83 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Junghoon Cha (Attorney); 3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-gun Min, Seong-woo Kim, Cindi Moreland (Attorney), Chelwoo Ahn, Daniel Ko (Attorney), Daniel Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jae-hyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), Youngjin Kwon, Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), Minhyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Seungho Ahn (Attorney), Suyeul Lee, Hyungwon Chung, Wonsun Kim, Yeowan Youn, Youngho Kim, Fredrick Jin, Youngjo Lim (Attorney) | | | |
| | N/A | 1. 2/18/2013 2. 2/19/2013 3. 2/17/2013 4. 2/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Eric Junghoon Cha (Attorney); 4. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. Eric Junghoon Cha (Attorney); 3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim | 3. Samsung NEW | Email with outside counsel reflecting and seeking legal advice regarding discovery, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 83 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (attorney), Byung-gun Min, Seong-woo Kim, Cindi Moreland (Attorney), Chelwoo Ahn, Daniel Ko (Attorney), Daniel Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jae-hyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), Youngjin Kwon, Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), Minhyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, Hyungwon Chung, Wonsun Kim, Yeowan Youn, Youngho Kim, Fredrick Jin, Youngjo Lim (Attorney) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 84. | N/A | 2/19/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis LLP) | D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney) | Samsung-Ericson ITC, FRLeaders | Email with outside counsel seeking and reflecting legal advice and attaching document regarding arbitration strategy, in anticipation of arbitration | Withheld ACP/WP |
| 84.1 | N/A | 2/19/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis LLP) | D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Eric Junghoon | | Document prepared by outside counsel reflecting legal advice regarding arbitration strategy, prepared in anticipation of arbitration | Withheld ACP/WP |

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Cha (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney) | | | |
| | N/A | 2/19/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis LLP) | D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Hojin Kang (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly | Samsung-Ericsson ITC, FRLeaders | Email with outside counsel seeking and reflecting legal advice and attaching document regarding arbitration strategy, in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 84 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) | | | |
| | N/A | 2/19/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis LLP) | D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Hojin Kang (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) | Samsung-Ericsson ITC, FRLeaders | Document prepared by outside counsel reflecting legal advice regarding arbitration strategy, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 84.1 |
| 85. | N/A | 1. 2/19/2013 2. 2/18/2013 | 1&2. Edward C. Donovan (Attorney, Kirkland & Ellis LLP) | 1&2. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), D. Sean Trainor (Attorney, Kirkland | 1&2. Samsung-Ericsson ITC, FRLeaders | Email from outside counsel in anticipation of arbitration, reflecting legal advice and attaching document | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel W. Shim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jaehwak Lee, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) | | prepared regarding licensing issues | |
| 85.1 | N/A | 2/22/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis LLP) | Edward C. Donovan (Attorney, Kirkland & Ellis LLP), D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel W. Shim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), | | Document prepared by counsel in anticipation of arbitration, reflecting legal advice regarding licensing issues | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Jaehwak Lee, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) | | | |
| 86. | N/A | 2/19/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis LLP) | D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyoungho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) | | Email from outside counsel reflecting legal advice and attaching draft document regarding  licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 86.1 | N/A | 2/19/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis LLP) | D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyoungho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) | | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 87. | N/A | 1. 2/25/2013 2. 2/25/2012 | 1. Eric Junghoon Cha (Attorney); 2. James Jinhwah Kwak | 1., 2. James Jinhwan Kwak | | Email with counsel seeking and reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 88. | N/A | 2/25/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Injung Lee (Attorney), Julie Han | | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | anticipation of litigation | |
| 88.1 | N/A | 2/22/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | Memorandum prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP |
| 88.2 | N/A | 2/20/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly | | Memorandum prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | | |
| N/A | | 2/25/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | Email with counsel reflecting legal advice and attaching documents prepared regarding licensing issues in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 88 |
| N/A | | 2/22/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), | | Document prepared by counsel regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 88.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | | |
| N/A | | 2/20/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | Document prepared by counsel regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 88.2 |
| N/A | | 2/25/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney). Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 88 |

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------|------------------|
| | N/A | 1/25/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney). Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | Document prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 88.1 |
| | N/A | 1/25/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney). Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | Document prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 88.2 |
| | N/A | 2/25/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee | | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in | Withheld ACP/WP Duplicate of |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | (Attorney). Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | anticipation of litigation | Tab 88 |
| | N/A | 1/25/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney). Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | Document prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 88.1 |
| | N/A | 1/25/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney). Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett | | Document prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 88.2 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | | |
| 89. | N/A | 2/25/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & | Document prepared by outside counsel reflecting legal advice regarding licensing issues,   prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP) | | |
| 89.1 | N/A | 2/25/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP) | Document prepared by outside counsel reflecting legal advice regarding licensing issues,   prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
|  | N/A | 2/25/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 89 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| | N/A | 2/25/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 89.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| N/A | | 2/25/2013 | David Higer (Attorney, Kickland & Ellis, LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo (Attorney, Kirkland & Ellis), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), R. Paul Zeineddin (Attorney, Zeineddin), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, | Document prepared by outside counsel reflecting legal advice regarding licensing issues,   prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 89 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Kirkland & Ellis), Archit P. Shah (Attorney, Kirkland & Ellis), Stanley Fisher (Attorney, Williams & Connolly), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP),Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer (Attorney, Fish & Richardson P.C.), Michael McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Kim (Attorney), Kijoong Kang (Attorney), Anthony Hojin Kang (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Rett Snotherly, Joseph Colaianni (Attorney, Fish & Richardson P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| | N/A | 2/25/2013 | David Higer (Attorney, Kickland & | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & | Document prepared by outside counsel | Withheld |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | Ellis, LLP) | | Richardson P.C.), Kenneth Adamo (Attorney, Kirkland & Ellis), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), R. Paul Zeineddin (Attorney, Zeineddin), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis), Archit P. Shah (Attorney, Kirkland & Ellis), Stanley Fisher (Attorney, Williams & Connolly), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP),Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer (Attorney, Fish & Richardson P.C.), Michael McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Kim (Attorney), Kijoong Kang (Attorney), Anthony | reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | ACP/WP Duplicate of Tab 89.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Hojin Kang (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Rett Snotherly, Joseph Colaianni (Attorney, Fish & Richardson P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 90. | N/A | 1. 2/25/2013 2. 2/25/2013 | 1. Eric Junghoon Cha (Attorney); 2. David W. Higer (Attorney, Kirkland & Ellis LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, | | Email with outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|--------------|-------------------|
| | | | | Youngmo Koo; Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung 2. Eric Junghoon Cha (Attorney) | | | |
| 90.1 | N/A | 2/22/2013 | IP Legal | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung | | Memorandum prepared by counsel reflecting legal advice regarding arbitration strategy, prepared in anticipation of arbitration | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 90.2 | N/A | 2/20/2013 | IP Legal | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung | | Memorandum prepared by counsel reflecting legal advice regarding litigation strategy, prepared in anticipation of litigation | Withheld ACP/WP |
| | N/A | 1. 2/25/2013 2. 2/25/2013 | 1. Eric Junghoon Cha (Attorney); 2. David Higer (Attorney, Kickland & Ellis, LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), | | Email with outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of 90 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney); Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung; 2. Eric Junghoon Cha (Attorney) | | | |
| | N/A | 1. 2/25/2013 2. 2/25/2013 | 1. Eric Junghoon Cha (Attorney); 2. David Higer (Attorney, Kickland & Ellis, LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang | | Memorandum prepared by counsel reflecting legal advice regarding arbitration strategy, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of 90.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney); Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung; 2. Eric Junghoon Cha (Attorney) | | | |
| | N/A | 1. 2/25/2013 2. 2/25/2013 | 1. Eric Junghoon Cha (Attorney); 2. David Higer (Attorney, Kickland & Ellis, LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony | | Memorandum prepared by counsel reflecting legal advice regarding litigation strategy, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of 90.2 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney); Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung; 2. Eric Junghoon Cha (Attorney) | | | |
| N/A | 1. 2/25/2013 2. 2/25/2013 | 1. Eric Junghoon Cha (Attorney); 2. David W. Higer (Attorney, Kirkland & Ellis LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu, Brian Sungyun Kim (Attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyuncksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), | | Email with outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of 90 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Minhyung Chung; 2. Eric Junghoon Cha (Attorney) | | | |
| | N/A | 2/22/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yu, Brian Sung Yun Kim, Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyuncksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | Memorandum prepared by counsel reflecting legal advice regarding arbitration strategy, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of 90.1 |
| | N/A | 2/20/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yu, Brian Sung Yun Kim, Daniel | | Memorandum prepared by counsel reflecting legal advice regarding litigation strategy, prepared in | Withheld ACP/WP Duplicate of |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyuncksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | anticipation of litigation | 90.2 |
| N/A | 1. 2/25/2013 2. 2/25/2013 | | 1. Eric Junghoon Cha (Attorney); 2. David W. Higer (Attorney, Kirkland & Ellis LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu, Brian Sungyun Kim (Attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyuncksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han | | Email with outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of 90 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung; 2. Eric Junghoon Cha (Attorney) |  |  |  |
|  | N/A | 2/22/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yu, Brian Sung Yun Kim, Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyuncksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), |  | Memorandum prepared by counsel reflecting legal advice regarding arbitration strategy, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of 90.1 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | | |
| | N/A | 2/20/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yu, Brian Sung Yun Kim, Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyuncksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), | | Memorandum prepared by counsel reflecting legal advice regarding litigation strategy, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of 90.2 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | MinHyung Chung | | | |
| 91. | N/A | 1. 2/24/2013 2. 2/22/2013 3. 2/21/2013 | 1. Eric Junghoon Cha (Attorney); 2. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.); 3. Mike McKeon (Attorney, Fish & Richardson P.C.) | 1. Jay Shim (Attorney, Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney); James Kwak; Junwon Lee; Julie Han (Attorney), Kijoong Kang (Attorney); Michael Kang (Attorney); Everette Rett Snotherly (Attorney); Richard An (Attorney); Taehyung Kim (Attorney); WonDeuk Song; Youngjo Lim (Attorney); Anthony Kahng (Attorney); YoungJin Kwon; Hankil Kang (Attorney); JungHyeob Lee; Youngmo Koo; Seungho Ahn (Attorney); Jaewan Chi (Attorney); MinHyung Chung; 3. Sharon Lundgren; Ruffin Cordell (Attorney, Fish & Richardson P.C.); Adamo, Kenneth R.; Thomas Melsheimer; Eric Junghoon Cha (Attorney); | | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | David W. Higer (Attorney, Kirkland & Ellis LLP); Robert Earle (Attorney, Fish & Richardson P.C.); Thomas H. Reger II (Attorney, Fish & Richardson P.C.); Paul Zeineddin (Attorney); Michael Tyler (Attorney, Fish & Richardson P.C.); Renee Skinner (Attorney, Fish & Richardson P.C.); Edward C. Donovan (Attorney, Kirkland & Ellis LLP); Shah, Archit P.; Stanley Fisher (Attorney, Williams & Connolly LLP); samuel.brenner@ropesgray.com; Jay Shim (Attorney); Injung Lee (Attorney); Linda Kordziel (Attorney, Fish & Richardson P.C.); Mike Jones (Attorney, Kirkland & Ellis LLP); Taehyung Kim (Attorney); Youngjin Kwon | | | |
| N/A | 1. 2/25/13 2. 2/22/13 3. 2/21/13 | | 1. Eric Junghoon Cha (Attorney); 2. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.); 3. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Byong Ho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), | | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 91 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------| ------------------|
| | | | | HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung; 3. Sharon Lundgren, Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth R. Adamo, Thomas Melsheimer, Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edonovan | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Kirkland, Archit P. Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon; | | | |
| | N/A | 1. 2/24/2013 2. 2/22/2013 3. 2/21/2013 | 1. Eric Junghoon Cha (Attorney); 2. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.); 3. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob | | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 91 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung; 3. Sharon Lundgren, Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo (Attorney, Kirkland & Ellis, LLP), Thomas Melsheimer (Attorney, Fish & Richardson, P.C.), Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fish (Attorney, Williams & Connolly, LLP0 Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel, Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 92. | N/A | 2/25/13 | Eric Junghoon Cha (Attorney) | Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Young jin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | Withheld ACP/WP |
| 92.1 | N/A | 2/25/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) (author), Eric Junghoon Cha (Attorney) (sender) | Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Young jin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | | |
| N/A | 1. 2/25/2013 2. 2/25/2013 3. 2/25/2013 | | 1&2. Eric Junghoon Cha (Attorney); 3. David Higher (Attorney, Kirkland & Ellis) | 1. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, | | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 92 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung | | | |
| | N/A | 2/25/2013 | Eric Junghoon Cha (Attorney) | Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 92.1 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung | | | |
| 93. | N/A | 1. 2/24/13 2. 2/24/13 | 1. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, YoungMoo Koo; 2. F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney),  Beyongho Yuu | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, YoungMoo Koo | | | |
| | N/A | 1. 2/24/2013 2. 2/24/2013 | 1. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney); F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders; Jay Shim (Attorney); Beyongho Yuu (Attorney); Brian Sungyun Kim (Attorney); Daniel Laurence Girdwood (Attorney); Daniel W. Shim (Attorney); Hojin Chang (Attorney); Hyucksun Kwon; Indong Kang, Injung Lee (Attorney); James | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 93 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kwak; Junwon Lee; Julie Han (Attorney)  Kijoong Kang (Attorney); Michael Kang (Attorney); Everette Rett Snotherly (Attorney); Richard An (Attorney); Taehyung Kim (Attorney);Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. 1 - Eric Junghoon Cha (Attorney) | | | |
| 94. | N/A | 1. 2/25/2013 2. 2/22/2013 3. 2/21/2013 | 1. Eric Junghoon Cha (Attorney); 2., 3. Mike McKeon (Attorney, Fish & Richardson P.C.) | 1. 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), | | Email with outside counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung; 3. Sharon Lundgren, Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth R. Adamo, Thomas Melsheimer, Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit P. Shah, Stanley Fisher (Attorney, Williams & Connolly), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon | | | |
| 95. | N/A | 1. 2/25/2013 2. 2/25/2013 3. 2/22/2013 4. 2/21/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.); 4. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Sophie Lawrance (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP); 2. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrette Eett | | Email with counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Enotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung; 4. Sharon Lundgren, Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth R. Adamo, Thomas Melsheimer, Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit P. Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim |     |             |                   |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon | | | |
| | N/A | 1. 2/25/2013 2. 2/25/2013 3. 2/21/2013 | 1. Daniel Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.) ( Attorney, Fish & Richardson, P.C.) (Fish & Richardson, P.C.) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Sophie Lawrence (Attorney, Bristows LLP),  Helen Hopson (Attorney, Bristows LLP); 2. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yuu (Attorney), Brian Sung Yun Kim, Daniel Girwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrette | | Email with counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 95 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Young Mo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyujng Chung; 4. Sharon Lundgren, Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Thomas Melsheimer, Eric Junghoon Cha (Attorney), David Higher, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Archit Shah, S Fisher (Attorney, William & Connolly), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), |    |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon | | | |
| 96. | N/A | 1. 2/25/2013 2. 1/25/2013 | 1. Daniel Shim (Attorney); 2.. David W. Higer (Attorney, Kirkland & Ellis LLP) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows LLP), Sophie Lawrence (Attorney, Bristows LLP), Pat Treacy (Attorney, Bristows LLP); 2. Eric Junghoon Cha (Attorney) | 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Greg Arovas (Attorney, | Email with outside counsel reflecting legal advice and attaching memorandum prepared regarding licensing issues in anticipation of arbitration | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 96.1 | N/A | 1. 2/25/2013 | Daniel Shim (Attorney) (Sender) David W. Higer (Attorney, Kirkland & Ellis LLP) (Author) | Thomas  Pease, Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows LLP), Sophie Lawrence (Attorney, Bristows LLP), Pat Treacy (Attorney, Bristows LLP) | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues in anticipation of arbitration | Withheld ACP/WP |
| 97. | N/A | 1. 2/25/2013 2. 2/25/2013 | 1. Daniel Shim (Attorney); 2. Eric Junghoon Cha (Attorney) | 1. Pat Treacy (Attorney, Bristows LLP) , Helen Hopson (Attorney, Bristows LLP) , Sophie Lawrance, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), | | Email with outside counsel reflecting legal advice and attaching documents prepared regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Daniel Laurence Girdwood(Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Hankil Kang (Attorney), James Minjae Shin (Attorney), Karin Norton (Attorney) | | | |
| 97.1 | N/A | 2/25/2013 | Eric Junghoon Cha (Attorney) (author), Daniel Shim (Attorney) (sender) | Pat Treacy (Attorney, Bristows LLP) , Helen Hopson (Attorney, Bristows LLP) , Sophie Lawrance, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 97.2 | N/A | 2/20/2013 | Eric Junghoon Cha (Attorney) (author), Daniel Shim (Attorney) (sender) | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) , Sophie Lawrance, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel, in anticipation of litigation, reflecting legal advice regarding licensing issues | Withheld ACP/WP |
| | N/A | 1. 2/25/2013 2. 2/25/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney) | 1. Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP), Sophie Lawrance, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victorial Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), | | Email with outside counsel reflecting legal advice and attaching documents prepared regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 97 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | | |
| N/A | 2/22/2013 | Daniel W. Shim (Attorney) | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP), Sophie Lawrance, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victorial Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 97.1 |
| N/A | 2/22/2013 | Daniel W. Shim (Attorney) | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP), Sophie Lawrance, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victorial Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel, in anticipation of litigation, reflecting legal advice regarding licensing issues | Withheld ACP/WP Duplicate of Tab 97.2 |
| N/A | 1. 2/25/2013 2. 2/25/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney) | 1. Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP), Sophie Lawrance, Thomas Pease (Attorney, Quinn | | Email with outside counsel reflecting legal advice and attaching documents prepared regarding licensing negotiations, written in anticipation of | Withheld ACP/WP Duplicate of Tab 97 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Emanuel Urquhart & Sullivan, LLP), Victorial Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | arbitration | |
| | N/A | 2/22/2013 | Daniel W. Shim (Attorney) | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP), Sophie Lawrance, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victorial Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 97.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|-------------------|
| | N/A | 2/22/2013 | Daniel W. Shim (Attorney) | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP), Sophie Lawrance, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victorial Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel, in anticipation of litigation, reflecting legal advice regarding licensing issues | Withheld ACP/WP Duplicate of Tab 97.2 |
| 98. | N/A | 1. 2/26/2013 2. 2/25/2013 3. 2/25/2013 | 1. Eric Junghoon Cha (Attorney); 2. Eric Junghoon Cha (Attorney); 3. David W. Higer (Attorney, Kirkland & Ellis LLP) | 1. Soojin Lee, Jaeil Park (Attorney), Jaehwan Kim (Attorney), Rosa Woosun Kim (Attorney), Michael Kang (Attorney), Brian Sungyun Kim (Attorney), Youngjo Lim (Attorney), Kyungman Kim, Richard An (Attorney), Eric Junghoon Cha (Attorney), Yunhee Kang (Attorney), Hyemi Han, Daniel W. Shim (Attorney), Hankil Kang (Attorney), Minjae Shin (Attorney), Kijoong Kang (Attorney), Jin Jung, Sooji Yun, Youngkyu Jang, Beomjun Jin, Sangsoo Kim (Attorney), Injung Lee (Attorney); 3. Eric Junghoon Cha (Attorney) | | Email with counsel reflecting legal advice and attaching memorandum prepared by outside counsel and document regarding licensing negotiations | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 98.1 | N/A | 2/22/2013 | IP Legal | Sujin Lee, Jaeil Park (Attorney), Jaehwan Kim (Attorney), Rosa Woosun Kim (Attorney), Michael Kang (Attorney), Brian Sungyun Kim (attorney), Youngjo Lim (Attorney), Kyungman Kim, Richard An (Attorney), Eric Junghoon Cha (Attorney), Yoonhui Kang (Attorney), Haemi Han, Daniel W. Shim (Attorney), Hankil Kang (Attorney), James Minjae Shin (Attorney), Kijoong Kang (Attorney), Jin Jung, Suji Yoon, Youngkyu Jang, Beomjoon Jin, Sangsoo Kim (Attorney), Injung Lee (Attorney) | | Memorandum from outside counsel prepared in connection with arbitration and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 98.2 | N/A | 2/20/2013 | IP Legal | Sujin Lee, Jaeil Park (Attorney), Jaehwan Kim (Attorney), Rosa Woosun Kim (Attorney), Michael Kang (Attorney), Brian Sungyun Kim (attorney), Youngjo Lim (Attorney), Kyungman Kim, Richard An (Attorney), Eric Junghoon Cha (Attorney), Yoonhui Kang (Attorney), Haemi Han, Daniel W. Shim (Attorney), Hankil Kang | | Document prepared by counsel, containing legal advice on trial strategy, prepared in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), James Minjae Shin (Attorney), Kijoong Kang (Attorney), Jin Jung, Suji Yoon, Youngkyu Jang, Beomjoon Jin, Sangsoo Kim (Attorney), Injung Lee (Attorney) | | | |
| 99. | N/A | 2/26/2013 | Taehyung Kim (Attorney) | Seungho Ahn (Attorney), Jay Shim (Attorney), Injung Lee (Attorney), James Jinhwan Kwak, Eric Junghoon Cha (Attorney), Richard An (Attorney), Junwon Lee, Hyucksun Kwon, Youngmo Koo, Youngjin Kwon | | Document prepared by counsel reflecting legal advice regarding licensing issues,  prepared in anticipation of litigation | Withheld ACP/WP |
| 99.1 | N/A | 2/26/2013 | Taehyung Kim (Attorney) | Seungho Ahn (Attorney), Jay Shim (Attorney), Injung Lee (Attorney), James Jinhwan Kwak, Eric Junghoon Cha (Attorney), Richard An (Attorney), Junwon Lee, Hyucksun Kwon, Youngmo Koo, Youngjin Kwon | | Email with outside counsel forwarding document prepared in anticipation of arbitration for the purpose of furnishing legal advice regarding licensing issues | Withheld ACP/WP |
| 100. | N/A | 1. 2/26/2013 2. 2/26/2013 | 1. Taehyung Kim (Attorney); 2. Taehyung Kim (Attorney) | 1. Hojin Chang (Attorney), Daniel Shim(Attorney), Hankil Kang (Attorney) | | Email from counsel, prepared in anticipation of litigation, reflecting legal advice regarding litigation strategy and status | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 100.1 | N/A | 2/26/2013 | Taehyung Kim (Attorney) | Hojin Chang (Attorney), Daniel Shim (Attorney), Hankil Kang (Attorney) | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| | N/A | 1. 2/26/2013; 2. 2/26/2013 | 1. Taehyung Kim (Attorney); 2. Taehyung Kim (Attorney) | 1. Hojin Chang (Attorney), Daniel W. Shim (Attorney), Hankil Kang (Attorney) | | Email from counsel, prepared in anticipation of litigation, reflecting legal advice regarding litigation strategy and status | Withheld ACP/WP Duplicate of Tab 100 |
| | N/A | 2/26/2013 | Taehyung Kim (Attorney) | Hojin Chang (Attorney), Daniel W. Shim (Attorney), Hankil Kang (Attorney) | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 100.1 |
| | N/A | 1. 2/26/2013; 2. 2/26/2013 | 1. Taehyung Kim (Attorney); 2. Taehyung Kim (Attorney) | 1. Hojin Chang (Attorney), Daniel W. Shim (Attorney), Hankil Kang (Attorney) | | Email from counsel, prepared in anticipation of litigation, reflecting legal advice regarding litigation strategy and status | Withheld ACP/WP Duplicate of Tab 100 |
| | N/A | 2/26/2013 | Taehyung Kim (Attorney) | Hojin Chang (Attorney), Daniel W. Shim (Attorney), Hankil Kang (Attorney) | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 100.1 |
| 101. | N/A | 1. 2/26/2013 2/26/2013 2/26/2013 | 1. Daniel W. Shim (Attorney); 2. Taehyung Kim (Attorney); 3. Taehyung Kim (Attorney) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Pat Treacy (Attorney, Bristows); | | Email with counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | 2. Hojin Chang (Attorney), Daniel W. Shim (Attorney), Hankil Kang (Attorney) | | | |
| 101.1 | N/A | 2/26/2013 | Taehyung Kim (Attorney) | Thomas Peace (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Pat Treacy (Attorney, Bristows LLP) | | Memorandum prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| | N/A | 1. 2/26/2013 2. 2/26/2013 3. 2/26/2013 | 1. Daniel W. Shim (Attorney); 2. Taehyung Kim (Attorney); 3. Taehyung Kim (Attorney) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP) ; 2. Hojin Chang (Attorney), Daniel Shim (Attorney), Hankil Kang (Attorney) | | Email with counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 101 |
| | N/A | 2/26/2013 | Taehyung Kim (Attorney), Daniel W. Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP) | | Memorandum prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 101.1 |
| 102. | N/A | 1. 2/25/2013 2. 2/26/2013 3. 2/26/2013 | 1. Daniel W. Shim (Attorney); 2. Taehyung Kim (Attorney); 3. Taehyung Kim (Attorney) | 1. Taehyung Kim (Attorney) | | Email with counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP |
| | N/A | 1. 2/25/2013 2. 2/26/2013 3. 2/26/2013 | 1. Daniel W. Shim (Attorney); 2., 3. Taehyung Kim (Attorney) | 1. Taehyung Kim (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of | Withheld ACP/WP Duplicate of |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | litigation | Tab 102 |
| 103. | N/A | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Brian Sungyun Kim (Attorney), Injung Lee | Email with outside counsel reflecting and seeking legal advice and attaching memoranda regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Girdwood, Karin North, Everette Rett Snotherly, Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Danie Shim (Attorney), Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 103.1 | N/A | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.) | | |
| 103.2 | N/A | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.) | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  | N/A | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) (sender) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton | Email with outside counsel reflecting and seeking legal advice and attaching memoranda regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 103 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| N/A | | 2/26/2013 | Kirkland & Ellis, LLP (author), David W. Higer (Attorney, Kirkland & Ellis LLP) (sender) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 103.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| | N/A | 2/26/2013 | Kirkland & Ellis, LLP (author), David W. Higer (Attorney, Kirkland & Ellis LLP) (sender) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues,  prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 103.2 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| N/A | | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & | Email with outside counsel reflecting and seeking legal advice and attaching memoranda regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 103 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Shah Archit, Stanley Fisher (Attorney, Williams & Connolly, LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson, P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer (Attorney, Fish & Richardson, P.C.), Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.) | | |
| | N/A | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson, P.C.), | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 103.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Shah Archit, Stanley Fisher (Attorney, Williams & Connolly, LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson, P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer (Attorney, Fish & Richardson, P.C.), Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.) | | |
| N/A | | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues,  prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 103.2 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Shah Archit, Stanley Fisher (Attorney, Williams & Connolly, LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson, P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer (Attorney, Fish & Richardson, P.C.), Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.) | | |
| 104. | N/A | 1. 2/26/2013 2. 2/27/2013 | 1. Daniel Shim (Attorney); 2. David Higher; | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, David Hecht, Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP); 2. Eric Junghoon Cha (Attorney); | 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Ellis LLP), Archit Shah, S Fisher (Attorney, William & Connolly), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.) ( Attorney, Fish & Richardson, P.C.) (Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Karin Norton (Attorney), David Girdwood, Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 104.1 | N/A | 2/27/2013 | 1. Daniel Shim (Attorney); 2. David | 1. Thomas Pease (Attorney, Quinn | | Document prepared by outside counsel | Withheld |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | Higher; | Emanuel Urquhart & Sullivan, LLP), Guy Eddon, David Hecht, Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP); 2. Eric Junghoon Cha (Attorney); | | reflecting legal advice regarding licensing issues, prepared in conjunction with litigation | ACP/WP |
| 104.2 | N/A | 2/27/2013 | 1. Daniel Shim (Attorney); 2. David Higher; | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, David Hecht, Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP); 2. Eric Junghoon Cha (Attorney); | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in conjunction with litigation | Withheld ACP/WP |
| 105. | N/A | 1. 2/26/2013 2. 2/26/2013 3. 2/27/2013; | 1. Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Daniel Shim (Attorney); 3. David W. Higer (Attorney, Kirkland & Ellis LLP) | 1. Daniel Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht, (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP); 2. Thomas Pease (Attorney, Quinn | 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward | Email with outside counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Emanuel Urquhart & Sullivan, LLP), Guy Eddon (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP); 3. Eric Junghoon Cha (Attorney) | C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly, LLP), Samuel Brenner (Attorney, Ropes & Gray, LLP), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson, P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, LLP), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Girdwood, Karin Norton (Attorney), Rett Snotherly, Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 105.1 | N/A | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Daniel Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel | | Memorandum prepared by outside counsel reflecting legal advice | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Urquhart & Sullivan, LLP), Guy Eddon (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | | regarding trial strategies, prepared in anticipation of litigation | |
| 105.2 | N/A | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Daniel Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | | Memorandum prepared by outside counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP |
| | N/A | 1. 2/26/2013 2. 2/26/2013 3. 2/27/2013 | 1. Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) ; 2. Daniel W. Shim (Attorney); 3. David W. Higer (Attorney, Kirkland & Ellis LLP) | 1. Daniel Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP); 2. | 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward | Email with outside counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 105 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP); 3. Eric Junghoon Cha (Attorney) | C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| | N/A | 2/26/2013 | Kirkland & Ellis, LLP (author), Alex Baxter (Attorney, Quinn Emanuel | Daniel Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel | | Memorandum prepared by outside counsel reflecting legal advice | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | Urquhart & Sullivan, LLP) (sender) | Urquhart & Sullivan, LLP), Guy Eddon, David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | | regarding trial strategies, prepared in anticipation of litigation | Duplicate of Tab 105.1 |
| | N/A | 2/26/2013 | Kirkland & Ellis, LLP (author), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) (sender) | Daniel Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | | Memorandum prepared by outside counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 105.2 |
| 106. | N/A | 2/27/13 | Thomas Melsheimer (Attorney, Fish & Richardson, P.C.) | Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Mike McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 106.1 | N/A | 2/26/2013 | Thomas Melsheimer (sender) | David W. Higer (Attorney, Kirkland & Ellis LLP), Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Mike McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 106.2 | N/A | 2/26/2013 | Thomas Melsheimer (sender) | David W. Higer (Attorney, Kirkland & Ellis LLP), Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Mike McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| | N/A | 2/27/2013 | Thomas Melsheimer (Attorney, Fish & Richardson, P.C.) | Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Mike McKeon (Attorney, Fish & Richardson P.C.), Greg | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 106 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| | N/A | 2/26/2013 | Fish & Richardson, P.C. (author), Thomas Melsheimer (sender) | Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 106.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------  |-------------------|
|  |  |  |  |  | Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) |  |  |
| N/A |  | 2/26/2013 | Fish & Richardson, P.C. (author), Thomas Melsheimer (sender) | Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 106.2 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| | N/A | 2/27/2013 | Thomas Melsheimer | Eric Cha (Attorney),  David Higer | | Email with counsel reflecting legal | Withheld |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | (Attorney, Kikrland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo (Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney),  Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah (Kirkland & Ellis LLP), Stanley Fisher (William & Connolly LLP), Samuel Brenner (Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim, Youngjin Kwon, Michael McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian S. Kim (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Girdwood, Karin Norton (Attorney), | | advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | ACP/WP Duplicate of Tab 106 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Everrette Rett Snotherly, Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | | |
| | N/A | 2/26/2013 | Fish & Richardson, P.C. | Samsung Electronics, Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 106.1 |
| | N/A | 2/26/2013 | Fish & Richardson, P.C. | Samsung Electronics, Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 106.2 |
| | N/A | 2/27/2013 | Thomas Melsheimer | Eric Cha (Attorney),  David Higer (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo (Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney),  Michael Tyler (Attorney, Fish & Richardson P.C.), | | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 106 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Renee Skinner (Attorney, Fish & Richardson P.C.), Edward Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah (Kirkland & Ellis LLP), Stanley Fisher (William & Connolly LLP), Samuel Brenner (Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim, Youngjin Kwon, Michael McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian S. Kim (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Girdwood, Karin Norton (Attorney), Everrette Rett Snotherly, Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | | |
| | N/A | 2/26/2013 | Fish & Richardson, P.C. | Samsung Electronics, Co. | | Memorandum prepared by outside counsel reflecting legal advice | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | | regarding licensing issues, prepared in anticipation of arbitration | Duplicate of Tab 106.1 |
| | N/A | 2/26/2013 | Fish & Richardson, P.C. | Samsung Electronics, Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 106.2 |
| 107. | N/A | 1. 2/27/2013 2. 2/27/2013 | 1. Daniel W. Shim (Attorney); 2. Thomas Melsheimer (Attorney, Fish & Richardson, P.C.) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon (Attorney, Quinn Emanuel Urquhart, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP); 2. Eric Junghoon Cha (Attorney), David Higher (Attorney, Kirkland & Ellis LLP) | 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah (Attorney, Kirkland & Ellis LLP), S Fisher (Attorney, Williams & Connolly, LLP), Samuel Brenner (Attorney, Ropes & Gray),  Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson, LLP), Mike Jones | Email with outside counsel reflecting legal advice and attaching documents regarding licensing issues, prepared in connection with arbitration | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Anthony Hojin Kahng (Attorney), Daniel Girdwood, Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 107.1 | N/A | 2/26/2013 | Fish & Richardson PC (author)/ Thomas Melsheimer (Attorney, Fish & Richardson, P.C.) (sender) | Samsung Electronics, Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP |
| 107.2 | N/A | 2/26/2013 | Fish & Richardson PC (author)/ Thomas Melsheimer (Attorney, Fish & Richardson, P.C.) (sender) | Samsung Electronics, Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 108. | N/A | 1. 2/27/2013 2. 2/27/2013 | 1. Daniel Wooseob Shim; 2. Thomas Melsheimer | 1. Pat Treacy (Attorney, Bristows LLP), Sophie Lawrence (Attorney, | 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, | Email from outside counsel, prepared in anticipation of litigation, reflecting | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Bristows LLP), Helen Hopson (Attorney, Bristows LLP); 2. Eric Junghoon Cha (Attorney), David Higher | Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Archit Shah, S Fisher (Attorney, William & Connolly), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.) ( Attorney, Fish & Richardson, P.C.) (Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | legal advice regarding litigation strategy and status | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 108.1 | N/A | 2/27/2013 | Fish & Richardson PC (author)/ Daniel Shim (Attorney) (sender) | Pat Treacy (Attorney, Bristows LLP), Sophie Lawrence (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | | Document prepared by outside counselreflecting legal advice regarding licensing issues in conjunction with arbitration | Withheld ACP/WP |
| 108.2 | N/A | 2/27/2013 | Fish & Richardson PC (author)/ Daniel Shim (Attorney) (sender) | Pat Treacy (Attorney, Bristows LLP), Sophie Lawrence (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | | Document prepared by outside counsel reflecting legal advice regarding trial strategy in conjunction with litigation | Withheld ACP/WP |
| 109. | N/A | 2/27/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth R. Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit P. Shah, Stanley Fisher (Attorney, Williams & Connolly), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & | Email with outside counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 109.1 | N/A | 2/26/2013 | Kirkland & Ellis LLP | Samsung Electonics Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP |
| 109.2 | N/A | 2/26/2013 | Kirkland & Ellis LLP | Samsung Electonics Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | anticipation of litigation | |
| 110. | N/A | 1. 2/27/2013 2/27/2013 | 1. Daniel Shim (Attorney); 2. Thomas Melsheimer | 1. Pat Treacy (Attorney, Bristows LLP), Sophie Lawrence (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP); 2. Eric Junghoon Cha (Attorney), David Higher | 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, S Fisher (Attorney, William & Connolly), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijong Kang  (Attorney), Anthony | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|----|-------------|-------------------|
| | | | | | Kahng (Attorney), David Girdwood, Karin Norton (Attorney), Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 110.1 | N/A | 2/27/2013 | Daniel Shim (Attorney) (Sender) | Pat Treacy (Attorney, Bristows LLP), Sophie Lawrence (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP); 2. Eric Junghoon Cha (Attorney), David Higher | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 110.2 | N/A | 2/27/2013 | Daniel Shim (Attorney) (Sender) | Pat Treacy (Attorney, Bristows LLP), Sophie Lawrence (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP); 2. Eric Junghoon Cha (Attorney), David Higher | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 111. | N/A | 2/27/13 | Eric Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), | | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, JungHyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | | |
| 111.1 | N/A | 2/27/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) (author), Eric Junghoon Cha (Attorney) (sender) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, JungHyeob Lee, YoungMo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | | |
| N/A | | 2/27/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney),  Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney),  Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), | | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 111 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | MinHyung Chung | | | |
| | N/A | 2/27/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney); Eric Junghoon Cha (Attorney); Beyongho Yuu (Attorney);  Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney); Daniel W. Shim (Attorney); Hojin Chang (Attorney); Hyucksun Kwon; Indong Kang, Injung Lee (Attorney); James Kwak; Junwon; Julie Han (Attorney); Kijoong Kang (Attorney); Michael Kang (Attorney); Everette Rett Snotherly (Attorney); Richard An (Attorney); Taehyung Kim (Attorney); WonDeuk Song; Youngjo Lim (Attorney);  Anthony Kahng (Attorney); YoungJin Kwon; Hankil Kang (Attorney); JungHyeob Lee; Youngmo Koo; Seungho Ahn (Attorney); Jaewan Chi (Attorney); MinHyung Chung | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared  in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 111.1 |
| | N/A | 2/25/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yuu, Brian Sung Yun Kim, Daniel | | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in | Withheld ACP/WP Duplicate of |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, JungHyeob Lee, Young Mo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | anticipation of litigation | Tab 111 |
| N/A | | 2/27/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yuu, Brian Sung Yun Kim, Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 111.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, JungHyeob Lee, Young Mo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | | |
| | N/A | 2/25/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yuu, Brian Sung Yun Kim, Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, JungHyeob Lee, Young Mo Koo, | | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 111 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | | |
| | N/A | 2/27/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yuu, Brian Sung Yun Kim, Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, JungHyeob Lee, Young Mo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 111.1 |
| 112. | N/A | 2/27/2013 | Thomas Melsheimer | Eric Cha (Attorney), David Higer (Attorney, Kirkland & Ellis LLP) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo (Kirkland & Ellis LLP), Robert Earle ( Attorney, Fish & Richardson P.C.), | Email with outside counsel reflecting legal advice and attaching memoranda regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney),  Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah (Kirkland & Ellis LLP), Stanley Fisher (William & Connolly LLP), Samuel Brenner (Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim, Youngjin Kwon, Michael McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian S. Kim (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Girdwood, Karin Norton (Attorney), Everrette Rett Snotherly, Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | LLP) | | |
| 112.1 | N/A | 2/26/2013 | Fish & Richardson, P.C. | Samsung Electonics Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP |
| 112.2 | N/A | 2/26/2013 | Fish & Richardson, P.C. | Samsung Electonics Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 113. | N/A | 1. 2/28/2013 2. 2/27/2013 3. 2/25/2013 4. 2/25/2013 5. 2/24/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2., 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 5. Eric Junghoon Cha (Attorney) | 1., 2. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Byeongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang | | Email with outside counsel seeking and reflecting legal advice regarding licensing issues, prepared in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 4. Eric Junghoon Cha (Attorney) 5. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Byeongho Yuu (Attorney), Brian Sungyun Kim (Attorney) Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Kahng, Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| | N/A | 1. 2/28/2013 2. 2/27/2013 3. 2/25/2013 4. 2/25/2013 5. 2/24/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. same as 1; 4. Eric Junghoon Cha | | Email with outside counsel seeking and reflecting legal advice regarding licensing issues, prepared in connection with litigation | Withheld ACP/WP Duplicate of Tab 113 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|-------------------|
| | | | | (Attorney); 5. same as 1 | | | |
| | N/A | 1. 2/27/2013 2. 2/27/13 3. 2/25/13 4. 2/25/13 5. 2/24/13 | 1. Joseph Colaiaanni; 2. Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 5. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Won, Hankil Kang (Attorney),  JungHyeob Lee, YoungMoo Koo; 2. same as (1); 5. F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Eric Junghoon Cha | | Email with outside counsel seeking and reflecting legal advice regarding licensing issues, prepared in connection with litigation | Withheld ACP/WP Duplicate of Tab 113 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), wdsong@samsung, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, YoungMoo Koo | | | |
| 114. | N/A | 1. 2/27/2013 2. 2/28/13 3. 2/27/13 4. 2/25/13 5. 2/25/13 6. 2/24/13 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 6. Eric Junghoon Cha (Attorney) | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders; Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sung Yun Kim, Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Son, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo; 3. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Son, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Won, Hankil Kang (Attorney), JungHyeob Lee, YoungMoo Koo; 6. F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Son, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Won, Hankil Kang (Attorney), JungHyeob Lee, YoungMoo Koo; |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | N/A | 1. 2/28/2013 2. 2/28/2013 3. 2/27/2013 4. 2/25/2013 5. 2/25/2013 6. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 6. Eric Junghoon Cha (Attorney) | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo; 2. Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 114 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo; 4. No Info; 5. Eric Junghoon Cha (Attorney); FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo; | | | |
| 115. | N/A | 1. 2/28/13<br>2. 2/28/13<br>3. 2/28/13<br>4. 2/27/13<br>5. 2/25/13<br>6. 2/25/13<br>7. 2/24/13 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.);  4. Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 7. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, jnwnlee@samsung.com, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), wdsong@samsung.com, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, YoungMoo Koo; 2.  Joseph Colaianni (Attorney, Fish & | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Richardson, P.C.);  Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, jnwnlee@samsung.com, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), wdsong@samsung.com, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, YoungMoo Koo; 4. same as (1); 8.Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney),  Eric Junghoon Cha | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, jnwnlee@samsung.com, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), wdsong@samsung.com, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, YoungMoo Koo; | | | |
| | N/A | 1. 2/28/2013 2. 2/28/2013 3. 2/28/2013 4. 2/27/2013 5. 2/25/2013 6. 2/25/2013 7. 2/24/2013\ | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney) 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 115 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|-------------------|
| | | | 7. Eric Junghoon Cha (Attorney) | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. 1 + Joseph Colaianni (Attorney, Fish & Richardson, P.C.), except Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. 1; 5. No Information; 6. Eric Junghoon Cha (Attorney); 7. 1, except Ruffin Cordell (Attorney, Fish & Richardson, P.C.). | | | |
| | N/A | 1. 2/28/2013 2. 2/28/2013 3. 2/28/2013 4. 2/27/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung- | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 115 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 5. 2/25/2013<br>6. 2/25/2013<br>7. 2/24/2013 | Richardson, P.C.); 4., 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 7. Eric Junghoon Cha (Attorney) | Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 3. Eric Junghoon Cha (Attorney); 4. 1; 6. Eric Junghoon Cha (Attorney); 7. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 116. | N/A | 1. 3/30/2013 2. 3/1/2013 3. 2/28/2013 4. 2/28/2013 5. 2/27/2013 6. 2/25/2013 7. 2/25/2013 8. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5., 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 8. Eric Junghoon Cha (Attorney) | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. Eric Junghoon Cha (Attorney); 3. 1 + F&R Samsung-ERicsson Leaders; 4. Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-ERicsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 7. Eric Junghoon Cha (Attorney); 8. F&R Samsung-ERicsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|-----|
| | | | | Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| N/A | | 1. 3/4/2013<br>2. 3/1/2013<br>3. 2/28/2013<br>4. 2/28/2013<br>5. 2/27/2013<br>6. 2/25/2013<br>7. 2/25/2013<br>8. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5., 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney) | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. Eric Junghoon Cha (Attorney); 3. same as 1; 4. Eric Junghoon Cha | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP Duplicate of Tab 116 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney); 5. 1 + Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 8. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| | N/A | 1. 3/3/13 2. 3/1/13 3. 2/28/13 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric | 1, 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in | Withheld ACP/WP Duplicate of |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 4. 2/28/13<br>5. 2/27/13<br>6. 2/25/13<br>7. 2/25/13<br>8. 2/24/13 | Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 7.Ruffin Cordell (Attorney, Fish & Richardson P.C.); 8. Eric Junghoon Cha (Attorney) | Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHeob Lee, YoungMo Koo; 5. Eric Junghoon Cha (Attorney),  Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim | | connection with litigation | Tab 116 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), JungHeob Lee, YoungMo Koo; 8. F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-----|-----|-----|-----|-----|-----|-----|
| | | | | Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), JungHeob Lee, YoungMo Koo | | | |
| 117. | N/A | 1. 3/3/13 2. 2/3/13 3. 3/1/13 4. 2/28/13 5. 2/28/13 6. 2/27/13 7. 2/25/13 8. 2/25/13 9. 2/24/13 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 8. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 9. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, jnwnlee@samsung.com, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | wdsong@samsung.com, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, YoungMoo Koo; 2.  Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, jnwnlee@samsung.com, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), wdsong@samsung.com, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | YoungMoo Koo; 4. same as (2); 6. same as (1); 9. F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, jnwnlee@samsung.com, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), wdsong@samsung.com, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, YoungMoo Koo; | | | |
| N/A | 1. 3/4/2013 2. 3/3/2013 3. 3/1/2013 | | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung- | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with | Withheld ACP/WP Duplicate of |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 4. 2/28/2013 5. 2/28/2013 6. 2/27/2013 7. 2/25/2013 8. 2/25/2013 9. 2/24/2013 | Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6., 7. Eric Junghoon Cha (Attorney); 8. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney) | Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. 1 + Joseph Colaianni (Attorney, Fish & Richardson, P.C.), except Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE- | | litigation | Tab 117 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 5. Eric Junghoon Cha (Attorney); 6., 7. same as 1; 9. 1, except Eric Junghoon Cha (Attorney) and Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | | |
| N/A | 1. 3/3/2013 2. 3/3/2013 3. 3/1/2013 | | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.) ; 2. Eric Junghoon Cha (Attorney); 3. Joseph | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung- | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with | Withheld ACP/WP Duplicate of |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 4. 2/28/2013 5. 2/28/2013 6. 2/27/2013 7. 2/25/2013 8. 2/25/2013 9. 2/24/2013 | Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 8. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 9. Eric Junghoon Cha (Attorney) | Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon; 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | | litigation | Tab 117 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------|--------------------|
| | | | | Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 5. Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Eric Junghoon Cha (Attorney); 9. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 118. | N/A | 1. 3/3/2013 2. 3/4/2013 3. 3/3/2013 4. 3/1/2013 5. 2/28/2013 6. 2/28/2013 7. 2/27/2013 8. 2/25/2013 9. 2/25/2013 10. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Eric Junghoon Cha (Attorney); 9. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 10. Eric Junghoon Cha (Attorney) | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Genderson Bruce; 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Youngmo Koo; 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 6. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney), Ruffin Cordell |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 9. Eric Junghoon Cha (Attorney); 10. F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| | N/A | 1. 3/3/2013 2. 3/4/2013 3. 3/3/2013 4. 3/1/2013 5. 2/28/2013 6. 2/28/2013 7. 2/27/2013 8. 2/25/2013 9. 2/25/2013 10. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Eric Junghoon Cha (Attorney); | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 118 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | 9. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 10. Eric Junghoon Cha (Attorney) | (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3., 5.  Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 4. Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 9. Eric Junghoon Cha (Attorney); 10. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), |     |             |                   |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 119. | N/A | 1. 3/3/2013 2. 3/3/2013 3. 3/4/2013 4. 3/3/2013 5. 3/1/2013 6. 2/28/2013 7. 2/28/2013 8. 2/27/2013 9. 2/25/2013 10. 2/25/2013 11. 2/24/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 3. Eric Junghoon Cha (Attorney); 4.  Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung- | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 7. Eric Junghoon Cha (Attorney); 8. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 9. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 10. Eric Junghoon Cha (Attorney); 11. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| | N/A | 1. 3/4/2013 2. 3/3/2013 3. 3/4/2013 4. 3/3/2013 5. 3/1/2013 6. 2/28/2013 7. 2/28/2013 8. 2/27/2013 9. 2/25/2013 10. 2/25/2013 11. 2/24/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 119 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. 1 + Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------  |-------------------|
|     |             |      |             | Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 5. Eric Junghoon Cha (Attorney); 6. 4; 7. Eric Junghoon Cha (Attorney); 8. 4 + Eric Junghoon Cha (Attorney)except Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 10. Eric Junghoon Cha (Attorney), 11. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, |    |             |                   |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| | N/A | 1. 3/3/2013 2. 3/3/2013 3. 3/4/2013 4. 3/3/2013 5. 3/1/2013 6. 2/28/2013 7. 2/28/2013 8. 2/27/2013 9. 2/25/2013 10. 2/25/2013 11. 2/24/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 119 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman |    |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
|  |  |  |  | (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 3. Eric Junghoon Cha (Attorney); 4., 6.  Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 5. Eric Junghoon |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 8. Eric Junghoon Cha (Attorney),  Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 10. Eric Junghoon Cha (Attorney); 11. F&R Samsung- | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 120. | N/A | 1. 3/3/13 2. 3/4/13 3. 3/4/13 4. 3/3/13 5. 3/1/13 6. 2/28/13 | 1. Eric Junghoon Cha (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 7. 2/28/13<br>8. 2/27/13<br>9. 2/25/13<br>10. 2/25/13<br>11. 2/24/13 | Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney) | Shim (Attorney), Beyongho Yuu (Attorney), Brian Sung Yun Kim, Daniel Laurence Girdwoon, Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 4. same as (1) minus (Eric Junghoon Cha (Attorney), zymelman are, Bruce Genderson (Attorney, Williams & Connolly LLP);  6. same as (4); 8. same as (1) minus Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney, Williams & Connolly LLP); 11.  F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sung Yun Kim, Daniel Laurence Girdwoon, Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo; | | | |
| | N/A | 1. 3/3/2013<br>2. 3/4/2013<br>3. 3/4/2013<br>4. 3/3/2013<br>5. 3/1/2013 | 1. Eric Junghoon Cha (Attorney)<br>2. Eric Junghoon Cha (Attorney)<br>3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.)<br>4. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.); Ruffin Cordell (Attorney, Fish & Richardson P.C.); F&R Samsung-Ericsson Leaders; KE- | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 120 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 6. 2/28/2013<br>7. 2/28/2013<br>8. 2/27/2013<br>9. 2/25/2013<br>10. 2/25/2013<br>11. 2/24/2013 | 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.)<br>6. Eric Junghoon Cha (Attorney)<br>7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.)<br>8. Eric Junghoon Cha (Attorney)<br>9. Eric Junghoon Cha (Attorney)<br>10. Ruffin Cordell (Attorney, Fish & Richardson P.C.)<br>11. Eric Junghoon Cha (Attorney) | Samsung-Ericsson-Leaders; Jay Shim (Attorney), Beyongho Yuu (Attorney); Brian Sungyun Kim (Attorney); Daniel Laurence Girdwood (Attorney); Daniel W. Shim (Attorney); Hojin Chang (Attorney); hyucksun kwon; Indong Kang; Injung Lee (Attorney); James Kwak; Junwon Lee; Julie Han (Attorney), Kijoong Kang (Attorney); Michael Kang (Attorney); Everette Rett Snotherly (Attorney); Richard An (Attorney); Taehyung Kim (Attorney); WonDeuk Song; Youngjo Lim (Attorney); Anthony Kahng (Attorney); YoungJin Kwon; Hankil Kang (Attorney); JungHyeob Lee; Youngmo Koo; Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP); Genderson Bruce<br>2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.)<br>3. Eric Junghoon Cha (Attorney)<br>4. 1 + Junghyeob Lee and minus Genderson Bruce | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | 5. Eric Junghoon Cha (Attorney) 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); Ruffin Cordell (Attorney, Fish & Richardson P.C.); F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders; Jay Shim (Attorney); Beyongho Yuu (Attorney); Brian Sungyun Kim (Attorney); Daniel Laurence Girdwood (Attorney); Daniel W. Shim (Attorney); Hojin Chang (Attorney); hyucksun kwon; Indong Kang; Injung Lee (Attorney); James Kwak; Junwon Lee; Julie Han (Attorney), Kijoong Kang (Attorney); Michael Kang (Attorney); Everette Rett Snotherly (Attorney); Richard An (Attorney); Taehyung Kim (Attorney); WonDeuk Song; Youngjo Lim (Attorney); Anthony Kahng (Attorney); YoungJin Kwon; Hankil Kang (Attorney); JungHyeob Lee; Youngmo Koo; 7. Eric Junghoon Cha (Attorney) 8. 6 + Eric Junghoon Cha (Attorney), minus Joseph Colaianni |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney, Fish & Richardson, P.C.) 10. Eric Junghoon Cha (Attorney) 11. F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders; Jay Shim (Attorney); Beyongho Yuu (Attorney); Brian Sungyun Kim (Attorney); Daniel Laurence Girdwood (Attorney); Daniel W. Shim (Attorney); Hojin Chang (Attorney); hyucksun kwon; Indong Kang; Injung Lee (Attorney); James Kwak; Junwon Lee; Julie Han (Attorney), Kijoong Kang (Attorney); Michael Kang (Attorney); Everette Rett Snotherly (Attorney); Richard An (Attorney); Taehyung Kim (Attorney); WonDeuk Song; Youngjo Lim (Attorney); Anthony Kahng (Attorney); YoungJin Kwon; Hankil Kang (Attorney); JungHyeob Lee; Youngmo Koo | | | |
| 121. | N/A | 1. 3/3/2013 2. 03/04/13 3. 03/04/13 4. 03/04/13 | 1. Eric Junghoon Cha (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 5. 03/03/13 6. 03/01/13 7. 02/28/13 8. 02/28/13 9. 02/27/13 10. 02/25/13 11. 02/25/13 12. 02/24/13 | & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney) | F&F Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sung Yun Kim, Daniel Laurence Girdwoon, Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHeob Lee, YoungMo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP). 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericson Leaders, KE - Samsung-Ericsson-Leaders, Jay | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Shim (Attorney), Beyongho Yuu (Attorney), Brian Sung Yun Kim, Daniel Laurence Girdwoon, Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), JungHyeob Lee, YoungMoo Koo; 7. same as (5); 9. same as (1) Minus Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 12. same as (9) | | | |
| N/A | | 1. 3/3/2013<br>2. 3/4/2013<br>3. 3/4/2013<br>4. 3/4/2013<br>5. 3/3/2013 | 1. Eric Junghoon Cha (Attorney)<br>2. Eric Junghoon Cha (Attorney)<br>3. Eric Junghoon Cha (Attorney);<br>4 Joseph Colaianni (Attorney, Fish & Richardson, P.C.); | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE- | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 121 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 6. 3/1/2013<br>7. 2/28/2013<br>8. 2/28/2013<br>9. 2/27/2013<br>10. 2/25/2013<br>11. 2/25/2013<br>12. 2/24/2013 | 5. Eric Junghoon Cha (Attorney);<br>6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.);<br>7. Eric Junghoon Cha (Attorney);<br>8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.);<br>9. Eric Junghoon Cha (Attorney)<br>10. Eric Junghoon Cha (Attorney);<br>11. Ruffin Cordell (Attorney, Fish & Richardson, P.C.);<br>12. Eric Junghoon Cha (Attorney) | Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), | | | |

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 6. Eric Junghoon Cha (Attorney); 7. same as 5; 8. Eric Junghoon Cha (Attorney); 9. 5 + Eric Junghoon Cha (Attorney); 11. Eric Junghoon Cha (Attorney); 12. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------  |-------------------|
|  |  |  |  | (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo |  |  |  |
| N/A | | 1. 3/04/2013<br>2. 3/04/2013<br>3. 3/04/2013<br>4. 3/04/2013<br>5. 3/03/2013<br>6. 3/01/2013<br>7. 2/28/2013<br>8. 2/28/2013<br>9. 2/27/2013 | 1. - 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders; Jay Shim (Attorney), Beyong Ho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 121 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  | 10. 2/25/2013 11. 2/25/2013 12. 2/24/2013 | 9., 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney) | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Byeongho Yuu |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 6. Eric Junghoon Cha (Attorney); 7. same as 5; 8. Eric Junghoon Cha (Attorney); 9. 5 +Eric Junghoon Cha (Attorney), minus Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney); 12. 5 minus Joseph Colaianni (Attorney, Fish & Richardson, P.C.) and Ruffin Cordell (Attorney, Fish & Richardson P.C.); | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| 122. | N/A | 1. 3/5/2013<br>2. 3/4/2013<br>3. 3/3/2013<br>4. 3/1/2013<br>5. 2/28/2013<br>6. 2/28/2013<br>7. 2/27/2013<br>8. 2/25/2013<br>9. 2/25/2013<br>10. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Eric Junghoon Cha (Attorney); 9. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 10. Eric Junghoon Cha (Attorney) | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung- | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 6. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 9. Eric Junghoon Cha (Attorney); 10. F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| N/A | 1. 3/5/2013 2. 3/4/2013 3. 3/3/2013 4. 3/1/2013 5. 2/28/2013 6. 2/28/2013 7. 2/27/2013 8. 2/25/2013 9. 2/25/2013 10. 2/24/2013 | | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Eric Junghoon Cha (Attorney); 9. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 10. Eric Junghoon Cha (Attorney) | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Wooseob Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee, James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 122 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. Eric Junghoon Cha (Attorney); 3. same as 1; 4. Eric Junghoon Cha (Attorney); 5. same as 1; 6. Eric Junghoon Cha (Attorney); 7. 1 + Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney); 10. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Wooseob Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| N/A | | 1. 3/5/2013 2. 3/4/2013 3. 3/3/2013 4. 3/1/2013 5. 2/28/2013 6. 2/28/2013 7. 2/27/2013 8. 2/25/2013 9. 2/25/2013 10. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.) (Fish & Richardson, Attorney); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Eric Junghoon Cha (Attorney); 9. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 10. Eric Junghoon Cha (Attorney); | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo; 2. No Information; 3. Same as #1; 4. Eric Junghoon Cha (Attorney); 5 Same as #1; 6. Eric Junghoon Cha (Attorney); 7. #1 + Eric Junghoon | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 122 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|--------------------|
| | | | | Cha (Attorney); 8. No Info; 9. Eric Junghoon Cha (Attorney); 10.  FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo | | | |
| 123. | N/A | 1. 3/5/2013 2. 3/5/2013 3. 3/4/2013 4. 3/4/2013 5. 3/1/2013 6. 2/28/2013 7. 2/28/2013 8. 2/27/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); | 1.  Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 9. 2/25/2013<br>10. 2/25/2013<br>11. 2/24/2013 | 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney) | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|--------------------|
|  |  |  |  | Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil |  |  |  |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Kang (Attorney), Junghyeob Lee, Youngmo Koo; 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 7. Eric Junghoon Cha (Attorney); 8. Eric Junghoon |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 9. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 10. Eric Junghoon Cha (Attorney); 11. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| | N/A | 1. 3/6/2013 2. 3/5/2013 3. 3/4/2013 4. 3/3/2013 5. 3/1/2013 6. 2/28/2013 7. 2/28/2013 8. 2/27/2013 9. 2/25/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaiann; 8., 9.  Eric | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 123 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 10. 2/25/2013 11. 2/24/2013 | Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney) | W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. 1 + Joseph Colaianni (Attorney, Fish & Richardson, P.C.), except Eric Junghoon Cha (Attorney) 3. Eric Junghoon Cha (Attorney); 4. same as 2; 5. Eric Junghoon Cha (Attorney); 6. same as 2; 7. Eric Junghoon Cha (Attorney); 8. same as 1; 10. Eric Junghoon Cha (Attorney); 11. 1 minus Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | | |
| | N/A | 1. 3/5/2013 2. 3/5/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & | | Email with outside counsel seeking and reflecting legal advice regarding | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 3. 3/4/2013 4. 3/3/2013 5. 3/1/2013 6. 2/28/2013 7. 2/28/2013 8. 2/27/2013 9. 2/25/2013 10. 2/25/2013 11. 2/24/2013 | Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8., 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney) | Richardson P.C.), F&R Samsung Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu | | discovery matters in connection with litigation | Duplicate of Tab 123 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 3. Eric Junghoon Cha (Attorney); 4. 2; 5. Eric Junghoon Cha (Attorney); 6. 2; 7. Eric Junghoon Cha (Attorney); 8. 1; 10. Eric Junghoon Cha (Attorney); 11. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 124. | N/A | 1. 3/7/2013<br>2. 3/4/2013<br>3. 3/3/2013<br>4. 3/4/2013<br>5. 3/3/2013<br>6. 3/1/2013<br>7. 2/28/2013<br>8. 2/28/2013<br>9. 2/27/2013<br>10. 2/25/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP |

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  | 11. 2/25/2013<br>12. 2/24/2013 | & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney) | (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3. Same as #1;  4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo; 6. Eric Junghoon Cha (Attorney); 7. Same as #5; 8. Eric Junghoon Cha (Attorney); 9.  Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, |  |  |  |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo; 10. No Info; 11. Eric Junghoon Cha (Attorney); 12. FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo | | | |
| | N/A | 1. 3/7/2013 2. 3/4/2013 3. 3/3/2013 4. 3/4/2013 5. 3/3/2013 6. 3/1/2013 7. 2/28/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP Duplicate of Tab 124 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 8. 2/28/2013 9. 2/27/2013 10. 2/25/2013 11. 2/25/2013 12. 2/24/2013 | (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney) | (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung- | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
|  |  |  |  | Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney); 12. F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 125. | N/A | 1. 3/8/2013 2. 3/7/2013 3. 3/4/2013 4. 3/3/2013 5. 3/4/2013 6. 3/3/2013 7. 3/1/2013 8. 2/28/2013 9. 2/28/2013 10. 2/27/2013 11. 2/25/2013 12. 2/25/2013 13. 2/24/2013 | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 10. Eric Junghoon Cha (Attorney); 11. Eric Junghoon Cha (Attorney); 12. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 13. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney); 2. Joseph Colaianni | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly |     |             |                   |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | LLP); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 7. Eric Junghoon | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 9. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 11. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney); 13. F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 125.1 | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding subpoeana duces tecum, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| | N/A | 1. 3/8/2013 2. 3/7/2013 3. 3/4/2013 4. 3/3/2013 5. 3/4/2013 6. 3/3/2013 | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney); 3 Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 125 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 7. 3/1/2013<br>8. 2/28/2013<br>9. 2/28/2013<br>10. 2/27/2013<br>11. 2/25/2013<br>12. 2/25/2013<br>13. 2/24/2013 | & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8.  Eric Junghoon Cha (Attorney); 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 10.<br>11. Eric Junghoon Cha (Attorney); 12. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 13. Eric Junghoon Cha (Attorney) | (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2., 4., 6., 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 3. Eric Junghoon Cha (Attorney); 4. same as 2; 5. Eric Junghoon Cha (Attorney); 6. same as 2; 7. Eric Junghoon Cha (Attorney); 8. same as 2; 9. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung- | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 12. Eric Junghoon Cha (Attorney); 13. 10 minus Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | | |
| | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding subpoeana duces tecum, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 125.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 1. 3/8/2013<br>2. 3/7/2013<br>3. 3/3/2013<br>4. 3/3/2013<br>5. 3/4/2013<br>6. 3/3/2013<br>7. 3/1/2013<br>8. 2/28/2013<br>9. 2/28/2013<br>10. 2/27/2013<br>11. 2/25/2013<br>12. 2/25/2013<br>13. 2/24/2013 | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney); 3.  Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 10., 11. Eric Junghoon Cha (Attorney); 12. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 13. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 125 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | LLP); 2. 1 - Eric Junghoon Cha (Attorney); 3. Eric  Cha; 4. 1 - Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | 7. Eric Junghoon Cha (Attorney); 8. 6; 9. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 12. Eric Junghoon Cha (Attorney); 13. F&R Samsung-Ericsson Leaders, | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding subpoeana duces tecum, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 125.1 |
| | N/A | 1. 3/8/2013 | 1. Linda Kordziel; 2. Eric Junghoon | 1. Eric Junghoon Cha (Attorney), | | Email with outside counsel seeking and | Withheld |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|--------------| ------------------|
| | | 2. 3/7/2013<br>3. 3/4/2013<br>4. 3/3/2013<br>5. 3/4/2013<br>6. 3/3/2013<br>7. 3/1/2013<br>8. 2/28/2013<br>9. 2/28/2013<br>10. 2/27/2013<br>11. 2/25/2013<br>12. 2/25/2013<br>13. 2/24/2013 | Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 10. Eric Junghoon Cha (Attorney); 11. Eric Junghoon Cha (Attorney); 12. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 13. Eric Junghoon Cha (Attorney) | Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeok Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junhyuk Lee, Youngmo Koo, Ari Zymelman, Bruce Genderson (Attorney, Williams & Connolly LLP); 2,<br>4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE- | | reflecting legal advice regarding discovery matters in connection with litigation | ACP/WP Duplicate of Tab 125 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeok Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junhyuk Lee, Youngmo Koo, Ari Zymelman, Bruce Genderson (Attorney, Williams & Connolly LLP); 3., 5., 7., 9., 12. Eric Junghoon Cha (Attorney); 6, 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeok Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junhyuk Lee, Youngmo Koo; 10. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeok Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junhyuk Lee, Youngmo Koo;  13. F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeok Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junhyuk Lee, Youngmo Koo |     |             |                   |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding subpoeana duces tecum, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 125.1 |
| 126. | N/A | 1. 3/8/2013 2. 3/3/2013 3. 3/4/2013 4. 3/3/2013 5. 3/3/2013 6. 3/1/2013 7. 2/28/2013 8. 2/28/2013 9. 2/27/2013 10. 2/25/2013 11. 2/25/2013 12. 2/24/2013 | 1. Ari S. Zymelman (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil | 1. Kevin Hardy (Attorney, Williams & Connolly LLP), Samuel Davidoff (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP), Bryant Hall (Attorney, Williams & Connolly LLP) | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Kang (Attorney), Junghyeob Lee, Youngmo Koo, Bruce Genderson (Attorney, Williams & Connolly LLP), Johnda Crites (Attorney), Megan Drahos (Attorney), Eunha Kim, Kyongman Kim, Rosa Woosun Kim (Attorney), Sunmi Kim, Cindi Moreland (Attorney), Jeff Myung, Karin Norton (Attorney), Richard Rosalez (Attorney); 2. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 6. Eric Junghoon Cha (Attorney); 7.  Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|----|-------------------|
|  |  |  |  | Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney),  Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney); 12. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 1. 3/8/2013<br>2. 3/3/2013<br>3. 3/4/2013<br>4. 3/4/2013<br>5. 3/3/2013<br>6. 3/1/2013<br>7. 2/28/2013<br>8. 2/28/2013<br>9. 2/27/2013<br>10. 2/25/2013<br>11. 2/25/2013<br>12. 2/24/2013 | 1. Ari S. Zymelman (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9., 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 12. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Bruce Genderson (Attorney, Williams & Connolly LLP), Johnda Crites (Attorney), Megan Drahos (Attorney), Eunha Kim, Sunmi Kim, | 1. Kevin Hardy (Attorney, Williams & Connolly LLP), Samuel Davidoff (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP), Bryant Hall (Attorney, Williams & Connolly LLP) | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 126 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------|-----|
|  |  |  |  | Cindi Moreland (Attorney), Jeff Myung, Karin Norton (Attorney), Richard Rosalez (Attorney), James Minjae Shin (Attorney), Michelangelo Troisi (Attorney); 2. 1, except Johnda Crites (Attorney), Megan Drahos (Attorney), Eunha Kim, Sunmi Kim, Cindi Moreland (Attorney), Jeff Myung, Karin Norton (Attorney), Richard Rosalez (Attorney), James Minjae Shin (Attorney), Michelangelo Troisi (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. 1, except Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 7. same as 5; 8. Eric Junghoon Cha (Attorney); 9. 2, except Bruce Genderson (Attorney, Williams & Connolly LLP); 11. Eric Junghoon Cha (Attorney); 12. 9, except Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 1. 3/8/13<br>2. 3/3/13<br>3. 3/4/13<br>4. 3/4/13<br>5. 3/3/13<br>6. 3/1/13<br>7. 2/28/13<br>8. 2/28/13<br>9. 2/27/13<br>10. 2/25/13<br>11. 2/25/13<br>12. 2/24/13 | 1. Ari S. Zymelman (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo, Bruce Genderson (Attorney, Williams & Connolly LLP), Johnda Crites (Attorney), Megan Drahos (Attorney), Eunha Kim, Kyongman | 1. Kevin Hardy (Attorney, Williams & Connolly LLP), Samuel Davidoff (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP), Bryant Hall (Attorney, Williams & Connolly LLP) | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 126 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Kim, Rosa Woosun Kim (Attorney), Sunmi Kim, Cindi Moreland (Attorney), Jeff Myung, Karin Norton (Attorney), Richard Rosalez (Attorney), James Minjae Shin (Attorney), Michelangelo Troisi (Attorney); 2. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwoon, Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwoon, Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, |     |             |                   |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | YoungMo Koo; 7. same as (5) ; 9. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwoon, Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo; 12.  F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu |  |  |  |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwoon, Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo | | | |
| | N/A | 1. 3/8/2013 2. 3/3/2013 3. 3/4/2013 4. 3/3/2013 5. 3/1/2013 6. 2/28/2013 7. 2/28/2013 8. 2/27/2013 9. 2/25/2013 10. 2/25/2013 | 1. Ari S. Zymelman (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel | 1. Kevin Hardy (Attorney, Williams & Connolly LLP), Samuel Davidoff (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly), Bryant Hall (Attorney, Williams & Connolly LLP) | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 126 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|-------------------|
| | | 11. 2/24/2013 | Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney) | W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Bruce Genderson (Attorney, Williams & Connolly LLP), Johnda Crites (Attorney), Eunha Kim, Kyongman Kim, Rosa Woosun Kim (Attorney), Sunmi Kim, Cindi Moreland (Attorney), Jeff Myung (Attorney), Karin Norton (Attorney); 2. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung- | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 4., 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung- |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Eric unghoon Cha, Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 10. Eric Junghoon Cha (Attorney); 11. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari | | | |
| | N/A | 1. 3/8/2013 2. 3/3/2013 3. 3/4/2013 4. 3/4/2013 5. 3/3/2013 6. 3/1/2013 7. 2/28/2013 8. 2/28/2013 9. 2/27/2013 10. 2/25/2013 11. 2/25/2013 12. 2/24/2013 | 1. Ari S. Zymelman (Attorney, Williams & Connolly LLP); 2, 3, 5, 7, 9, 10, 12. Eric Junghoon Cha (Attorney); 4, 6, 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 11. Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly; 2. Eric Junghoon Cha (Attorney), Joseph | 1. Kevin Hardy (Attorney, Williams & Connolly LLP), Samuel Davidoff (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP), Bryant Hall (Attorney, Williams & Connolly LLP) | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 126 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly , Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson; 5, 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE- | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly , Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 9. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly , Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 12. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly , Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 127. | N/A | 1. 3/8/13 2. 3/8/13 3. 3/7/13 4. 3/4/13 5. 3/3/13 6. 3/4/13 7. 3/3/13 8. 3/1/13 9. 2/28/13 10. 2/28/13 11. 2/27/13 12. 2/25/13 13. 2/25/13 14. 2/24/13 | 1. Eric Junghoon Cha (Attorney); 2. Linda Korziel (Attorney, Fish & Richardson P.C.); 3. Eric Jungjhoon Cha (Attorney; 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney); 12. Eric Junghoon Cha (Attorney); 13. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 14. Eric Junghoon Cha (Attorney) | 1. Linda Korziel (Attorney, Fish & Richardson P.C.), JungHoon Cha, Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), ByungHo Yuu, Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Lee, Julie Han (Attorney), KiJoon Kang, Michael Kang (Attorney), Everette Rett Snotherly (Attorney), ChaDung Lee, Taehyung Kim (Attorney), Wonduk Song, YoungJo Yim, Hojin Kang (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Yongmo Gu, azymelman@wc.com, bgenderson@wc.com; 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 5. same as (3); 7. same as (3) minus Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Connolly LLP); 9. same as (7); 11. Eric Junghoon Cha (Attorney) + (7); 14. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo | | | |
| | N/A | 1. 3/9/2013 2. 3/8/2013 3. 3/7/2013 4. 3/4/2013 | 1. Eric Junghoon Cha (Attorney); 2. Linda Korziel (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni | 1. Linda Korziel (Attorney, Fish & Richardson P.C.), Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 127 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 5. 3/3/2013<br>6. 3/4/2013<br>7. 3/3/2013<br>8. 3/1/2013<br>9. 2/28/2013<br>10. 2/28/2013<br>11. 2/27/2013<br>12. 2/25/2013<br>13. 2/25/2013<br>14. 2/24/2013 | (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 11., 12. Eric Junghoon Cha (Attorney); 13. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 14. Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung- | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 4. Eric Junghoon Cha (Attorney); 5. same as 3; 6. Eric Junghoon Cha (Attorney); 7. same as 3; 8. Eric Junghoon Cha (Attorney); 9. same as 3; 10. Eric | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Junghoon Cha (Attorney); 11. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 13. Eric Junghoon Cha (Attorney); 14. 11 minus Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 1. 3/8/13<br>2. 3/8/13<br>3. 3/7/13<br>4. 3/4/13<br>5. 3/3/13<br>6. 3/4/13<br>7. 3/3/13<br>8. 3/1/13<br>9. 2/28/13<br>10. 2/28/13<br>11. 2/27/13<br>12. 2/25/13<br>13. 2/25/13<br>14. 2/24/13 | 1. Eric Junghoon Cha (Attorney); 2. Linda Korziel (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney); 12. Eric Junghoon Cha (Attorney); 13. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 14. Eric Junghoon Cha (Attorney) | 1. Linda Korziel (Attorney, Fish & Richardson P.C.), JungHoon Cha, Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), ByungHo Yuu, Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Lee, Julie Han (Attorney), KiJoon Kang, Michael Kang (Attorney), Everette Rett Snotherly (Attorney), ChaDung Lee, Taehyung Kim (Attorney), Wonduk Song, YoungJo Yim, Hojin Kang (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Yongmo Gu, azymelman@wc.com, bgenderson@wc.com; 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 127 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 5. same as (3); 7. same as (3) minus Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 9. same as (7); 11. Eric Junghoon Cha (Attorney) + (7); 14. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson- |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo | | | |
| | N/A | 1. 3/9/2013 2. 3/8/2013 3. 3/7/2013 4. 3/4/2013 5. 3/3/2013 6. 3/4/2013 7. 3/3/2013 8. 3/1/2013 | 1. Eric Junghoon Cha (Attorney); 2. Linda Kordziel (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.), Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 127 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | 9. 2/28/2013 10. 2/28/2013 11. 2/27/2013 12. 2/25/2013 13. 2/25/2013 14. 2/24/2013 | Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney); 12. Eric Junghoon Cha (Attorney); 13. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 14. Eric Junghoon Cha (Attorney); | (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3., 5., Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 4. Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 7., 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung- | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney); 11. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 13. Eric Junghoon Cha (Attorney); 14. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 128. | N/A | 1. 3/11/2013 2. 3/4/2013 3/4/2013 | 1. Brian Sung Yun Kim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Sharon Lundgren, PhD, (Lundgren Trial Consulting, Inc.) | 1. Brian Sungyun Kim (Attorney) | | Emai from counsel reflecting legal advice and attaching documents prepared for purposes of providing legal advice in anticipation of litigation | Withheld ACP/WP |
| 128.1 | N/A | 3/2/2013 | Sharon Lundgren, PhD, (Lundgren Trial Consulting, Inc.) | Eric Cha (Attorney) | | Document prepared at the direction of counsel for purposes of providing legal advice in anticipation of litigation | Withheld ACP/WP |
| 128.2 | N/A | Sharon Lundgren, PhD, (Lundgren Trial Consulting, Inc.) | Eric Cha (Attorney) | | | Document prepared at the direction of counsel for purposes of providing legal advice in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 129. | N/A | 1. 3/12/2013<br>2. 3/8/2013<br>3. 3/7/2013<br>4. 3/4/2013<br>5. 3/3/2013<br>6. 3/4/2013<br>7. 3/3/2013<br>8. 3/1/2013<br>9. 2/28/2013<br>10. 2/28/2013<br>11. 2/27/2013<br>12. 2/25/2013<br>13. 2/25/2013<br>14. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Linda Kordziel (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney); 12. Eric Junghoon Cha (Attorney); 13. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 14. Eric Junghoon Cha (Attorney) | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|-------------------|
| | | | | Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung- | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Eric Junghoon Cha (Attorney); 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 10. Eric Junghoon Cha (Attorney); 11. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 12. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 13. Eric Junghoon Cha (Attorney); 14. F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| | N/A | 1. 3/12/2013 2. 3/8/2013 3. 3/7/2013 4. 3/4/2013 5. 3/3/2013 6. 3/4/2013 7. 3/3/2013 8. 3/1/2013 9. 2/28/2013 10. 2/28/2013 11. 2/27/2013 12. 2/25/2013 13. 2/25/2013 14. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Linda Kordziel (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6; . Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney); 12. Eric Junghoon Cha (Attorney); 13. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 14. Eric Junghoon | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 129 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  | Cha (Attorney) | (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3., 5., Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 4. Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 7., 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|-------------------|
| | | | | (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney); 11. 7. + Eric Junghoon Cha (Attorney); 13. Eric Junghoon Cha (Attorney); 14. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 130. | N/A | 1. 3/13/2013 2. 3/13/2013 3. 3/8/2013 4. 3/7/2013 5. 3/4/2013 6. 3/3/2013 7. 3/4/2013 8. 3/3/2013 9. 3/1/2013 10. 2/28/2013 11. 2/28/2013 12. 2/27/2013 13. 2/25/2013 14. 2/25/2013 15. 2/24/2013 | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney); 3. Linda Kordziel (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 10. Eric Junghoon Cha (Attorney); 11. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 12. Eric Junghoon Cha (Attorney); 13. Eric Junghoon Cha (Attorney); 14. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 15. Eric Junghoon | 1. Eric Junghoon Cha (Attorney), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney); 2. Linda Kordziel (Attorney, Fish & Richardson P.C.), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | Cha (Attorney) | F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 5. Eric Junghoon Cha |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney, Williams & Connolly LLP); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 9. Eric Junghoon Cha (Attorney); 10. Joseph | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|-------------------|
| | | | | Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 11. Eric Junghoon Cha (Attorney); 12. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE- | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|--------------------|
| | | | | Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 13. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 14. Eric Junghoon Cha (Attorney); 15. F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| N/A | 1. 3/13/2013 2. 3/13/2013 3. 3/8/2013 4. 3/7/2013 5. 3/4/2013 6. 3/3/2013 7. 3/4/2013 8. 3/3/2013 9. 3/1/2013 10. 2/28/2013 11. 2/28/2013 12. 2/27/2013 | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney); 3. Linda Kordziel (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 130 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 13. 2/25/2013 14. 2/25/2013 15. 2/24/2013 | 10. Eric Junghoon Cha (Attorney); 11. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 12. Eric Junghoon Cha (Attorney); 13. Eric Junghoon Cha (Attorney); 14. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 15. Eric Junghoon Cha (Attorney) | Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. 1 + Linda Kordziel (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. 1, except Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha (Attorney); 6. 4; 7. Eric Junghoon Cha (Attorney); 8. 4, except Ari S. Zymelman (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP); 9. Eric Junghoon Cha (Attorney); 10. 4; 11. Eric Junghoon Cha (Attorney) 12. 1, except Joseph Colaianni (Attorney, Fish & | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Richardson, P.C.), Ari S. Zymelman, Bruce Genderson (Attorney, Williams & Connolly LLP); 14. Eric Junghoon Cha (Attorney); 15. 12, except Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | | |
| N/A | | 1. 3/13/2013 2. 3/13/2013 3. 3/8/2013 4. 3/7/2013 5. 3/4/2013 6. 3/3/2013 7. 3/4/2013 8. 3/3/2013 9. 3/1/2013 10. 2/28/2013 11. 2/28/2013 12. 2/27/2013 13. 2/25/2013 14. 2/25/2013 15. 2/24/2013 | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney); 3. Linda Kordziel (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 10. Eric Junghoon Cha (Attorney); 11. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 12. Eric Junghoon Cha (Attorney); 13. Eric Junghoon Cha (Attorney); 14. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 15. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 130 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Linda Kordziel (Attorney, Fish & Richardson P.C.), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 3. Eric Junghoon Cha (Attorney); 4., 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 5. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 8., 10. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), |     |             |                   |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 9. Eric Junghoon Cha (Attorney); 11. Eric Junghoon Cha (Attorney); 12. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 14. Eric Junghoon; 15. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 9. Eric Junghoon Cha (Attorney); 11. Eric Junghoon Cha (Attorney); 12. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 131. | N/A | 1. 3/14/2013 2. 3/14/2013 | 1. Daniel Shim (Attorney) (sender); 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Email with outside counsel reflecting legal advice and attaching document prepared regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 131.1 | N/A | 3/14/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) (author), Daniel Shim (Attorney) (sender) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP |
| | N/A | 1. 3/14/2013 2. 3/14/2013 | 1. Daniel W. Shim (Attorney); 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Email with outside counsel reflecting legal advice and attaching document prepared regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 131 |
| | N/A | 3/12/2013 | Daniel W. Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 131.1 |
| 132. | N/A | 3/15/2013 | Daniel W. Shim (Attorney) | Peter Camesasca (Attorney) | | Email with outside counsel reflecting legal advice and attaching memorandum regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 132.1 | N/A | 3/15/2013 | Daniel W. Shim (Attorney) (sender), Greg Arovas (Attorney, Kirkland & Ellis LLP) | Peter Camesasca (Attorney) | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 133. | N/A | 1. 3/15/2013 | 1. Daniel W. Shim (Attorney); 2. | 1. Helen Hopson (Attorney, | Pat Treacy (Attorney, Bristows LLP) | Email with outside counsel reflecting | Withheld |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 2. 3/15/2013 | Helen Hopson (Attorney, Bristows LLP) | Bristows LLP); 2. Daniel W. Shim (Attorney) | | legal advice and attaching memorandum prepared regarding licensing issues in anticipation of arbitration | ACP/WP |
| 133.1 | N/A | 3/15/2013 | Daniel Shim (Attorney) (sender) | Helen Hopson (Attorney, Bristows LLP) | Pat Treacy (Attorney, Bristows LLP) | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues in anticipation of arbitration | Withheld ACP/WP |
| 134. | N/A | 1. 3/16/2013, 2. 3/14/2013 3. 3/14/2013 | 1. Daniel Shim (Attorney); 2. Daniel Shim (Attorney); 3. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Daniel Shim (Attorney) | 1. Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | Email with outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 134.1 | N/A | 3/14/2013 | Daniel Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in conjunction with litigation | Withheld ACP/WP |
| 135. | N/A | 1. 3/20/2013 2. 3/20/2013 3. 3/19/2013 4. 3/20/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), | 3. KE Samsung-Ericsson Leaders, FR Samsung-Ericsson Leaders | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo, Jong K Choi, FRLeaders; 2. Eric Junghoon Cha (Attorney); 3. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng, Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Jay Shim (attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney); 4. Richard An, Eric Junghoon Cha (Attorney) | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 135.1 | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| | N/A | 1. 3/20/2013 2. 3/20/2013 3. 3/19/2013 4. 3/20/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney); Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Leaders; 2. Eric Junghoon Cha (Attorney); 3. D. Sean Trainor | 3. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP Duplicate of 135 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 4. Richard An, Eric Junghoon Cha (Attorney) | | | |
| | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of 135.1 |
| 136. | N/A | 1. 3/20/2013 2. 3/20/2013 | 1. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon | 1. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu | 4. KE-Samsung-Ericcson-Leaders, F&R Samsung Ericsson Leaders | Email with outside counsel seeking and reflecting legal advice regarding | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 3. 3/20/2013<br>4. 3/19/2013<br>5. 3/20/2013 | Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung Ericsson Leaders; 2. 1. + Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel | | discovery matters, prepared in connection with litigation | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 5. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| 137. | N/A | 1. 3/20/2013 2. 3/20/2013 3. 3/20/2013 4. 3/19/2013 5. 3/20/2013 | 1. Daniel Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Pat Treacy (Attorney, Bristows LLP), Sohpie Lawrance; 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong | | Email with outside counsel reflecting legal advice regarding licensing negotiations in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Young Mo Koo, Jong K Choi, FR Samsung-Ericsson Leaders; 3. Eric Junghoon Cha (Attorney); 4. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 5. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 137.1 | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of 135.1 |
| 138. | N/A | 1. 3/20/2013 2. 3/20/2013 3. 3/20/2013 4. 3/19/2013 5. 3/20/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Peter Camesasca (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K. Choi, F&R | | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Samsung-Ericsson Leaders; 3. Eric Junghoon Cha (Attorney); 4. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney); Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 5. Richard An (Attorney), Eric Junghoon Cha (Attorney) |  |  |  |
| 138.1 | N/A |  |  |  |  | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in | Not Produced, NR, ACP/WP Duplicate of |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | anticipation of litigation | 135.1 |
| 139. | N/A | 1. 3/20/2013 2. 3/21/2013 3. 3/20/2013 4. 3/20/2013 5. 3/19/2013 6. 3/20/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 5. Eric Junghoon Cha (Attorney); 6. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo, Jong K Choi, FRLeaders; 2. Eric Junghoon Cha (Attorney); 3. Same as #1; 4. Eric Junghoon Cha (Attorney); 5. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng, Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters prepared in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Jay Shim (attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney); 6. Richard An, Eric Junghoon Cha (Attorney) | | | |
| | N/A | 1. 3/20/2013 2. 3/21/2013 3. 3/20/2013 4. 3/20/2013 5. 3/19/2013 6. 3/20/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney & Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney); Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Wooseob Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuck Song, Youngjo Lim | 5. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders | Email with outside counsel seeking and reflecting legal advice regarding discovery matters prepared in connection with litigation | Withheld ACP/WP Duplicate of Tab 139 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 2. Eric Junghoon Cha (Attorney); 3. 1 + Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 5. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Wooseob Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An(Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 6. Richard An | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Eric Junghoon Cha (Attorney) | | | |
| 140. | N/A | 1. 3/20/2013 2. 3/20/2013 3. 3/21/2013 4. 3/20/2013 5. 3/20/2013 6. 3/19/2013 7. 3/20/2013 | 1. Rufffin Cordell; 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 6. Eric Junghoon Cha (Attorney); 7. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; Jong K Choi, F&R Sasung-Ericsson Leaders; 2. #1+ Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. 1 + Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha | 6. KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney); 6. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoon Kang, Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 7. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| 141. | N/A | 1. 3/21/2013 2. 3/21/2013 3. 3/20/2013 4. 3/21/2013 5. 3/20/2013 6. 3/20/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 5. Eric Junghoon Cha (Attorney); | 1., 3. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 7. 3/19/2013 8. 3/20/2013 | 6. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 7. Eric Junghoon Cha (Attorney); 8. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi; F&R Samsung-Ericsson Leaders; 2. Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 5. 1+ Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 7. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney) Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 8. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| | N/A | 1. 3/21/2013 2. 3/21/2013 3. 3/20/2013 4. 3/21/2013 5. 3/20/2013 6. 3/20/2013 7. 3/19/2013 8. 3/20/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); . D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1., 3. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An | 7. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP Duplicate of Tab 141 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi; F&R Samsung-Ericsson Leaders; 2. Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 5. 1+ Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 7. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney) Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 8. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| 142. | N/A | 1. 3/21/2013 2. 3/21/2013 3. 3/20/2013 4. 3/21/2013 5. 3/20/2013 6. 3/20/2013 7. 3/19/2013 8. 3/20/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 7. Eric Junghoon Cha (Attorney); 8. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1., 3., 5., Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi; F&R Samsung-Ericsson Leaders; 2. Eric Junghoon Cha (Attorney); 4. Eric | | Email sent by counsel regaring licensing issues, prepared in conjunction with pending litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Junghoon Cha (Attorney); 6. Eric Hunghoon Cha; 7. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney) Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 8. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| N/A | | 1. 3/21/2013 2. 3/21/2013 3. 3/20/2013 4. 3/21/2013 5. 3/20/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney); Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | 7. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders | Email sent by counsel regaring licensing issues, prepared in conjunction with pending litigation | Withheld ACP/WP Duplicate of Tab 142 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 6. 3/20/2013 7. 3/19/2013 8. 3/20/2013 | 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 2. Eric Junghoon Cha (Attorney); 3. 1; 4. Eric Junghoon Cha (Attorney); 5. 1; 6. Eric Junghoon Cha (Attorney); 7. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 8. Richard An, Eric Junghoon Cha (Attorney) | | | |
| 143. | N/A | 1. 3/21/2013 2. 3/21/2012 3. 3/21/2013 4. 3/20/2013 5. 3/21/2013 6. 3/20/2013 7. 3/20/2013 8. 3/19/2013 9. 3/20/213 | 1. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 8. Eric Junghoon Cha (Attorney); 9. D. Sean Trainor (Attorney, Kirkland & Ellis, LLP) | 1. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), | | Email with outside counsel reflecting and seeking legal advice regarding licensing negotiations | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 2., 4., 6.  Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 8. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karen Norton, Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim |     |             |                   |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney); 9. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| | N/A | 1. 3/21/2013 2. 3/21/2013 3. 3/21/2013 4. 3/20/2013 5. 3/21/2013 6. 3/20/2013 7. 3/20/2013 8. 3/19/2013 9. 3/20/2013 | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 2. 1+ Ruffin Cordell (Attorney, Fish & Richardson, P.C.), except Eric Junghoon Cha (Attorney); 3. Eric | 8. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders | Email with outside counsel reflecting and seeking legal advice regarding licensing negotiations | Withheld ACP/WP Duplicate of Tab 143 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Junghoon Cha (Attorney); 4. 2; 5. Eric Junghoon Cha (Attorney); 6. 2; 7. Eric Junghoon Cha (Attorney); 8. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 9. Richard An, Eric Junghoon Cha (Attorney) | | | |
| 144. | N/A | 1. 3/21/2013 2. 3/21/2013 3. 3/21/2013 | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Linda Kordziel (Attorney, Fish & Richardson P.C.); | 1. Eric Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 4. 3/21/2013 5. 3/21/2013 6. 3/21/2013 7. 3/20/2013 8. 3/19/2013 9. 3/18/2013 10. 3/15/2013 11. 3/13/2013 12. 3/13/2013 13. 3/13/2013 | 3. Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha (Attorney); 6. Linda Kordziel (Attorney, Fish & Richardson P.C.); 7. Eric Junghoon Cha (Attorney); 8. Linda Kordziel (Attorney, Fish & Richardson P.C.); 9. Eric Junghoon Cha (Attorney); 10. Linda Kordziel (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney); 12. Injung Lee (Attorney); 13. Eric Junghoon Cha (Attorney) | (Attorney), Richard An (Attorney), Anthony Hojin Kahng (Attorney), Everette Rett Snotherly (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Davidoff (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Richard An (Attorney), Anthony Hojin Kahng (Attorney), Everette Rett Snotherly (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce | | litigation | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP); 3. Eric Junghoon Cha (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Richard An (Attorney), Anthony Hojin Kahng (Attorney), Everette Rett Snotherly (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP); 5. Linda Kordziel (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders; 6. Eric Junghoon Cha (Attorney); 7. Linda | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Kordziel (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Junghyeob Lee, Karin Norton (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Connolly LLP); 8. Eric Junghoon Cha (Attorney); 9. Linda Kordziel (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Junghyeob Lee, Karin Norton (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|--------------------|
| | | | | LLP)n (Attorney, Williams & Connolly LLP); 10. Eric Junghoon Cha (Attorney); 11. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon,  Hankil Kang (Attorney), Junghyeob Lee, ym90.koo@samsung.com, Jong K. Choi, F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders; 12. Eric Junghoon Cha (Attorney), Richard An (Attorney) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------------|------|-------------|--------------|-----|-------------|-------------------|
| 144.1 | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding discovery, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 145. | N/A | 1. 3/26/2013<br>2. 3/26/2013<br>3. 3/20/2013<br>4. 3/20/2013<br>5. 3/20/2013<br>6. 3/19/2013<br>7. 3/20/2013 | 1. Daniel W. Shim (Attorney); 2. Peter Camesasca (Attorney); 3. Daniel W. Shim (Attorney); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Peter Camesasca (Attorney); 2. Daniel W. Shim (Attorney); 3. Peter Camesasca (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil | 6. KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K. Choi, F&R Samsung-Ericsson Leaders; 5. Eric Junghoon Cha (Attorney); 6. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney); Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 7. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| 146. | N/A | 1. 3/25/2013 | 1. Ruffin Cordell (Attorney, Fish & | 1. Eric Junghoon Cha (Attorney); | | Email with outside counsel reflecting | Withheld |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 2. 3/21/2013 3. 3/21/2013 4. 3/20/2013 5. 3/21/2013 6. 3/20/2013 7. 3/20/2013 8. 3/19/2013 9. 3/20/2013 | Richardson P.C.); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 8. Eric Junghoon Cha (Attorney); 9. Sean D. Trainor (Attorney, Kirkland & Ellis LLP) | Jay Shim (Attorney); Beyongho Yuu (Attorney);  Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney); Daniel W. Shim (Attorney); Hojin Chang (Attorney); Hyucksun Kwon; Indong Kang, Injung Lee (Attorney); James Kwak; Junwon Lee; Julie Han (Attorney)  Kijoong Kang (Attorney); Michael Kang (Attorney); Everette Rett Snotherly (Attorney); Richard An (Attorney); Taehyung Kim (Attorney); WonDeuk Song; Youngjo Lim (Attorney);  Anthony Kahng (Attorney); YoungJin Kwon; Hankil Kang (Attorney); JungHyeob Lee; Youngmo Koo; Jong K Choi; F&R Samsung-Ericsson Leaders; 2. 1 - Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. 1 - Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha (Attorney); 6. 1 - Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 8. Sean D. Trainor (Attorney, Kirkland & Ellis LLP); Anthony | | and seeking legal advice regarding licensing negotiations | ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kahng (Attorney); Beyongho Yuu (Attorney);  Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney); Daniel W. Shim (Attorney); Hojin Chang (Attorney); Hyucksun Kwon; Indong Kang, Injung Lee (Attorney); James Kwak; Junwon Lee; Jay Shim (Attorney); Julie Han (Attorney), Kijoong Kang (Attorney); Michael Kang (Attorney); Everette Rett Snotherly (Attorney); Richard An (Attorney); Taehyung Kim (Attorney); WonDeuk Song; Youngjo Lim (Attorney); 9. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| 146.1 | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| | N/A | 1. 3/26/2013 2. 3/21/2013 3. 3/21/2013 4. 3/20/2013 | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); | 1. Eric Junghoon Cha (Attorney), Jay Shim (Attorney); Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | 8. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders | Email with outside counsel reflecting and seeking legal advice regarding licensing negotiations | Withheld ACP/WP Duplicate of 146 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  | 5. 3/21/2013 6. 3/20/2013 7. 3/20/2013 8. 3/19/2013 9. 3/20/2013 | 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | Girdwood (Attorney), Daniel Wooseob Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 2. 1 + Ruffin Cordell, except Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. same as 2; 5. Eric Junghoon Cha (Attorney); 6. 1 + Ruffin Cordell; 7. Eric Junghoon Cha (Attorney); 8. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An(Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 9. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of 146.1 |
| | N/A | 1. 3/26/2013 2. 3/21/2013 3. 3/21/2013 4. 3/20/2013 5. 3/21/2013 | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); | 1. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyong Yuu, Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim | 8. KE-Samsung-Ericsson-Leaders, F7R Samsung-Ericsson Leaders | Email with outside counsel reflecting and seeking legal advice regarding licensing negotiations | Withheld ACP/WP Duplicate of 146 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 6. 3/20/2013<br>7. 3/20/2013<br>8. 3/19/2013<br>9. 3/20/2013 | 5. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. D. Sean Trainor (Attorney, Kirkland & Ellis, LLP); | (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Lee, Injung Lee (Attorney), Jaehwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; Jong K Choi, F&R Sasung-Ericsson Leaders; 2., 4., 6 Ruffin Cordell (Attorney, Fish & Richardson, P.C.),  Jay Shim (Attorney), Beyong Yuu, Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Lee, Injung Lee (Attorney), Jaehwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; Jong K Choi, F&R Sasung-Ericsson Leaders; 3. Eric Junghoon Cha (Attorney);  5. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 8. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoon Kang, Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Youngjo Lim (Attorney); 9. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of 146.1 |
| 147. | N/A | 1. 3/26/2013 2. 3/26/2013 3. 3/21/2013 4. 3/21/2013 5. 3/20/2013 6. 3/21/2013 7. 3/20/2013 8. 3/20/2013 9. 3/19/2013 10. 3/20/2013 | 1. Daniel W. Shim (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng | | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K. Choi, F&R Samsung-Ericsson Leaders; 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K. Choi,  F&R Samsung-Ericsson Leaders; 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K. Choi,  F&R Samsung-Ericsson Leaders; 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel |  |  |  |

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K. Choi, F&R Samsung-Ericsson Leaders; 8. Eric Junghoon Cha (Attorney); 9. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney); Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**
511

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 10. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| 147.1 | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of 146.1 |
| 148. | N/A | 1. 3/26/2013 2. 3/25/2013 3. 3/26/2013 4. 3/21/2013 5. 3/21/2013;6. 3/20/2013;7. 3/21/2013 8. 3/20/2013 9. 3/20/2013 10. 3/19/2013 | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) 2. Daniel W. Shim (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Eric Cha (Attorney);5. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 6. Eric Cha (Attorney);7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 8. Eric Cha (Attorney); 9. Ruffin Cordell | 1. Daniel W. Shim (Attorney); 2. Thomas Pease Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Eric Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan | 10. KE-Samsung-Ericsson Leaders, F&R Samsung-Ericsson Leaders | Document prepared by counsel reflecting legal advice regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|-------|
| | | 11. 3/20/2013 | (Attorney, Fish & Richardson, P.C.); 10. Eric Cha (Attorney); 11. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 4., 6., Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Yongmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 8. 4. + Eric Cha | | | |
| 149. | N/A | 1. 3/26/2013 2. 3/26/2013 3. 3/25/2013 4. 3/26/2013 5. 3/21/2013 6. 3/21/2013 7. 3/20/2013 8. 3/21/2013 9. 3/20/2013 10. 3/20/2013 11. 3/19/2013 12. 3/20/2013 | 1. Daniel W. Shim (Attorney); 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) 3. Daniel W. Shim (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 7. Eric Junghoon Cha (Attorney); 8. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney); 12. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 4. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim | 11. KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders | Email with counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 5. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 7. same as (5); 9. Eric Junghoon Cha | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney) + same as (5); 11. D. Sean Trainor (Attorney, Kirkland & Ellis LLP),  Anthony Kahng (Attorney),  Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney),  Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) | | | |
| 150. | N/A | 1. 3/25/2013 2. 3/26/2013 3. 3/26/2013 4. 3/25/2013 5. 3/26/2013 6. 3/21/2013 7. 3/21/2013 | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Daniel Shim (Attorney); 3. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 4. Daniel Shim (Attorney); 5. Ruffin Cordell (Attorney, Fish & | 1. Daniel Shim (Attorney); 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 4. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 5. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyong Yu, | 12. KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders | Email with outside counsel, prepared in connection with litigation, reflecting and seeking legal advice regarding licensing negotiations | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 8. 3/20/2013 9. 3/21/2013 10. 3/20/2013 11. 3/20/2013 12. 3/19/2013 13. 3/20/2013 Sean | Richardson P.C.); 6.Eric Junghoon Cha (Attorney);  7. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 8. Eric Junghoon Cha (Attorney); 9. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney); 13. D. Trainor (Attorney, Kirkland & Ellis LLP), | Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyuksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Youngmo Koo, Jong K. Choi, F&RSamsung-EricssonLeaders@fr.com; 6. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jaehwan Kwak, Junwon Lee, Julie Han | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 8. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jaehwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | 12. Sean D. Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); | | | |
| 151. | N/A | 1. 3/26/2013<br>2. 3/26/2013<br>3. 3/26/2013<br>4. 3/25/2013<br>5. 3/26/2013<br>6. 3/21/2013<br>7. 3/21/2013<br>8. 3/20/2013 | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP)<br>2. Daniel W. Shim (Attorney)<br>3. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP)<br>4. Daniel W. Shim (Attorney)<br>5. Ruffin Cordell (Attorney, Fish & Richardson P.C.) | 1. Daniel W. Shim (Attorney)<br>2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP)<br>3. Daniel W. Shim (Attorney)<br>4. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP)<br>5. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu | | Email sent by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 9. 3/21/2013<br>10. 3/20/2013<br>11. 3/20/2013<br>12. 3/20/2013<br>13. 3/20/2013 | 6. Eric Junghoon Cha (Attorney)<br>7. Ruffin Cordell (Attorney, Fish & Richardson P.C.)<br>8. Eric Junghoon Cha (Attorney)<br>9. Ruffin Cordell (Attorney, Fish & Richardson P.C.)<br>10. Eric Junghoon Cha (Attorney)<br>11. Ruffin Cordell (Attorney, Fish & Richardson P.C.)<br>12. Eric Junghoon Cha (Attorney)<br>13. Sean D. Trainor (Attorney, Kirkland & Ellis LLP) | (Attorney), Brians Sungyun Kim, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Injung Lee (Attorney), Julie Han (Attorney), Jinhwan Kwak, Junwon Lee, Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samung-Ericsson Leaders<br>6. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brians Sungyun Kim, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Injung Lee (Attorney), Julie Han (Attorney), Jinhwan Kwak, Junwon Lee, Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samung-Ericsson Leaders 7. Eric Junghoon Cha (Attorney) 8. 6 9. Eric Junghoon Cha (Attorney) 10. 6 + Eric Junghoon Cha (Attorney) 11. Eric Junghoon Cha (Attorney) 12.6 + Sean D. Trainor (Attorney, Kirkland & Ellis LLP), minus Ruffin Cordell (Attorney, Fish & Richardson P.C.) 13. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| 152. | N/A | 1. 3/26/2013 2. 3/26/2013 3. 3/26/2013 4. 3/26/2013 5. 3/25/2013 6. 3/26/2013 7. 3/21/2013 8. 3/21/2013 | 1. Daniel Shim (Attorney); 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Daniel Shim (Attorney); 4. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 5. Daniel Shim (Attorney); 6. Ruffin Cordell (Attorney, Fish & | 1., 3., 5. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 6. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyonho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong | 13. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders | Email with outside counsel prepared in connection with litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 9. 3/20/2013 10. 3/21/2013 11. 3/20/2013 12. 3/20/2013 13. 3/19/2013 14. 3/20/2013 | Richardson P.C.); 7. Eric Junghoon Cha (Attorney); 8. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney); 12. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 13. Eric Junghoon Cha (Attorney); 14. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), wdsong@samsung.com, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong Choi, F&R Samsung-Ericcson Leaders; 7., 9., Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyonho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong Choi, F&R Samsung-Ericcson Leaders; 11. 6. + Ruffin Cordell (Attorney, Fish & Richardson P.C.); 13. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 153. | N/A | 1. 3/26/13 2. 3/25/13 3. 3/21/13 4. 3/21/13 5. 3/20/13 6. 3/21/13 7. 3/20/13 8. 3/19/13 9. 3/20/13; | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 5. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 8. Eric Junghoon Cha (Attorney); 9. Trainor D. Sean | 1. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Eric Junghoon Cha (Attorney), Jay Shim (attorney), Beyong Ho Yuu, Sungyun Kim (Attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Wwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly, Richard An, Taehyung Kim, Wondeuk Song, Youngjo Lim (Attorney), Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K. Choi; 3. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (attorney), BeYong Yuu, Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim, Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Smotherly, Richard An, Taehyung Kim, Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee; Young Mo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 4. same as (3); 6. same as (3); 8. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng, BeYong Yuu, Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim, Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), JinHwan Kwak, JunWon Lee, Jay Shim (attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An, TaeHyung Kim, Wondeuk Song, Youngjo Lim (Attorney) | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 1. 3/26/2013<br>2. 3/25/2013<br>3. 3/21/2013<br>4. 3/21/2013<br>5. 3/20/2013<br>6. 3/21/2013<br>7. 3/20/2013<br>8. 3/20/2013<br>9. 3/19/2013<br>10. 3/20/2013 | 1. Eric Junghoon Cha (Attorney);<br>2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.);<br>3. Eric Junghoon Cha (Attorney);<br>4. Ruffin Cordell (Attorney, Fish & Richardson, P.C.);<br>5. Eric Junghoon Cha (Attorney);<br>6. Ruffin Cordell (Attorney, Fish & Richardson, P.C.);<br>7. Eric Junghoon Cha (Attorney);<br>8. Ruffin Cordell (Attorney, Fish & Richardson, P.C.);<br>9. Eric Junghoon Cha (Attorney);<br>10. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Eric Junghoon Cha (Attorney); Jay Shim (Attorney); Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi; 2. Eric Junghoon Cha (Attorney); 3. 1 + F&R Samsung-Ericsson Leaders, except Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 5. 3; 6. Eric Junghoon Cha (Attorney); 7. 3; 8. Eric | 9. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP Duplicate of Tab 153 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Junghoon Cha (Attorney); 9. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 10. Richard An, Eric Junghoon Cha (Attorney) | | | |
| 154. | N/A | 1. 3/27/2013 2. 3/26/2013 3. 3/26/2013 4. 3/25/2013 5. 3/21/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP); 4. Ruffin Cordell (Attorney, Fish & | 1. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim | 1. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 6. 3/21/2013<br>7. 3/20/2013<br>8. 3/21/2013<br>9. 3/20/2013<br>10. 3/20/2013<br>11. 3/19/2013<br>12. 3/20/2013 | Richardson P.C.); 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney); 12. Sean Trainor (Attorney, Kirkland & Ellis LLP) | (Attorney); 3. Eric Junghoon Cha (Attorney); 5, 7, 9. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 11. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong | (Attorney), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Ruffin Cofdell (Attorney, Fish & Richardson P.C.), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.); 11. KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) | | | |
| 155. | N/A | 1. 3/27/2013 2. 3/27/2013 3. 3/26/2013 4. 3/21/2013 5. 3/21/2013 6. 3/20/2013 7. 3/21/2013 8. 3/20/2013 9. 3/20/2013 | 1. Daniel Shim (Attorney); 2. Daniel Shim (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 8. Eric Junghoon Cha (Attorney); 9. D. Sean Trainor (Attorney, Kirkland & Ellis LLP); | 1. Paul Zeineddin (Attorney); 2. Paul Zeineddin (Attorney); 3. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyong Ho Yuu (Attorney), Brian Sungyun Kim (attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Jong K Choi, FR Samsung-Ericsson Leaders; 4&6&8. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim | | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Beyong Ho Yuu (Attorney), Brian Sungyun Kim (attorney), David Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Young Mo Koo, Jong K Choi, FR Samsung-Ericsson Leaders; 5. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney), Richard An (Attorney) | | | |
| 156. | N/A | 1. 4/2/2013 2. 3/31/2013 | 1. Jeahun Han; 2. Ari Zymelman (Attorney, Williams & Connolly LLP) | 1. Ari S. Zymelman (Attorney, Williams & Connolly LLP), Indong Kang; 2. Indong Kang | 1. Injung Lee (Attorney) Brian Sungyun Kim (Attorney) James Minjae Shin (Attorney) Rosa Woosun Kim (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Kyungman Kim, James Jinhwan Kwak, Jeahun Han, Bruce Genderson (Attorney), Williams & Connolly LLP<br>Kevin Hardy (Attorney), Williams & Connolly LLP<br>Stanley Fisher (Attorney), Williams & Connolly LLP) | | |
| 157. | N/A | 1. 4/2/2013<br>2. 4/2/2013<br>3. 3/31/2013 | 1. Kevin Hardy (Attorney, Williams & Connolly LLP); 2. Jeahun Han; 3.  Ari S. Zymelman (Attorney, Williams & Connolly LLP) | 1. Jeahun Han, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Indong Kang; 2. Ari S. Zymelman (Attorney, Williams & Connolly LLP), Indong Kang; 3. Indong Kang | 1. Injung Lee (Attorney), Brian Sungyun Kim (attorney), James Minjae Shin (Attorney), Rosa Woosun Kim (Attorney), Kyungman Kim, James Jinhwan Kwak, Jeahun Han, Bruce Genderson (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP); 2.  Injung Lee (Attorney), Brian Sungyun Kim (attorney), James Minjae Shin (Attorney), Rosa Woosun Kim (Attorney), Kyungman Kim, James Jinhwan Kwak, Bruce Genderson (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly | Email with outside counsel, prepared in anticipation of litigation, seeking legal advice regarding licensing issues | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | LLP), Stanley Fisher (Attorney, Williams & Connolly LLP) | | |
| 158. | N/A | 1. 4/3/2013 2. 04/03/2013 3. 3/27/2013 4. 3/26/2013 5. 3/26/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 5. Greg Arovas (Attorney, Kirkland & Ellis LLP) | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim (Attorney); 5. Eric Junghoon Cha (Attorney) | 1. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Sungyoon Kim, Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.); 3. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (attorney), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.); 5. Greg Arovas (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim | Email with counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Richard An (Attorney), Kijoong Kang (Attorney), Michale McKeon | | |
| 159. | N/A | 1. 4/2/2013 2. 3/22/2013 3. 3/21/2013 4. 3/21/2013 5. 3/21/2013 6. 3/21/2013 7. 3/21/2013 8. 3/20/2013 9. 3/19/2013 10. 3/18/2013 11. 3/15/2013 12. 3/13/2013 13. 3/13/2013 14. 3/13/2013 | 1. Eric Junghoon Cha (Attorney); 2. Linda Kordziel (Attorney, Fish & Richardson P.C.); 3. Linda Kordziel (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 7. Linda Kordziel (Attorney, Fish & Richardson P.C.); 8. Eric Junghoon Cha (Attorney); 9. Linda Kordziel (Attorney, Fish & Richardson P.C.); 10. Eric Junghoon Cha (Attorney); 11. Linda Kordziel (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney); 13. Injung Lee (Attorney); 14. Eric Junghoon Cha (Attorney) | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.), Eric Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Richard An (Attorney), Anthony Hojin Kahng (Attorney), Everette Rett Snotherly (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Davidoff (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3. Eric | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Richard An (Attorney), Anthony Hojin Kahng (Attorney), Everette Rett Snotherly (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP); 4. Eric Junghoon Cha (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Richard An (Attorney), Anthony Hojin Kahng (Attorney), Everette Rett Snotherly (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP); 6. Linda Kordziel (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders; 7. Eric Junghoon Cha (Attorney); 8. Linda Kordziel (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Richard An |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Junghyeob Lee, Karin Norton (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP); 9. Eric Junghoon Cha (Attorney); 10. Linda Kordziel (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kang (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Junghyeob Lee, Karin Norton (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP); 11. Eric Junghoon Cha (Attorney); 12. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|----|-------------------|
| | | | | Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon,  Hankil Kang (Attorney), Junghyeob Lee, Young Mo Koo, Jong K. Choi, F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders; 13. Eric Junghoon Cha (Attorney), Richard An (Attorney) | | | |
| 159.1 | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding discovery, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 144.1 |
| 160. | N/A | 1. 4/3/2013 2. 4/3/2013 3. 3/27/2013 4. 3/26/2013 5. 3/26/2013 6. 3/26/2013 7. 3/25/2013 8. 03/21/2013 9. 3/21/2013 10. 3/20/2013 11. 3/21/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4.  Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 5. Greg Arovas (Attorney, Kirkland & Ellis LLP); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Ruffin Cordell (Attorney, Fish & | 1, 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim (Attorney); 4. Greg Arovas (Attorney, Kirkland & Ellis LLP); 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP); | 1, 3. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (attorney), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.); 5. Greg Arovas (Attorney, Kirkland & Ellis LLP), Kenneth | Email with counsel reflecting and seeking legal advice regarding licensing issues, prepared  in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 12. 3/20/2013 13. 3/20/2013 14. 3/19/2013 15. 3/20/2013 | Richardson, P.C.); 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 12. Eric Junghoon Cha (Attorney); 13. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 14. Eric Junghoon Cha (Attorney); 15. Sean Trainor (Attorney, Kirkland & Ellis) | 7. Eric Junghoon Cha (Attorney); 8, 10, 12. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly; 9, 11, 13. Eric Junghoon Cha (Attorney); 14. Sean Trainor (Attorney, Kirkland & Ellis), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly; 15. Eric Junghoon Cha (Attorney), Richard An (Attorney) | Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.) | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|-----|-------------|-------------------|
| 160.1 | N/A | 4/5/2013 | IP Legal | Samsung IP Legal | | Document prepared by counsel regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 161. | N/A | 1. 4/3/2013<br>2. 4/3/2013<br>3. 4/3/2013<br>4. 3/27/2013<br>5. 3/26/2013<br>6. 3/26/2013<br>7. 3/26/2013<br>8. 3/25/2013<br>9. 3/21/2013<br>10. 3/21/2013<br>11. 3/21/2013<br>12. 3/21/2013<br>13. 3/20/2013<br>14. 3/20/2013<br>15. 3/19/2013<br>16. 3/20/2013 | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 2. Ruffin Cordell; 3. Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell; 6. Greg Arovas (Attorney, Kirkland & Ellis LLP); 7. Eric Junghoon Cha (Attorney); 8. Ruffin Cordell; 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell; 11. Eric Junghoon Cha (Attorney); 12. Ruffin Cordell; 13. Eric Junghoon Cha (Attorney), 14. Ruffin Cordell; 15. Eric Junghoon Cha (Attorney); 16. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Eric Junghoon Cha (Attorney), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim (Attorney); 2., 4. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim (Attorney); 3. Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 9., 11., 13 Ruffin Cordell, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang | 1. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Linda Kordziel (Attorney, Fish & Richardson P.C.); 2, 4. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.); 6. Greg Arovas (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|----|----|
| | | | | (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K. Choi,  F&R Samsung-Ericsson Leaders; 15.  D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney); Beyongho Yuu (Attorney); Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim | Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.); 15. KE-Samsung-Ericsson Leaders, F&R Samsaung-Ericsson Leaders | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney); | | | |
| 161.1 | N/A | 4/5/2013 | IP Legal | Samsung IP Legal | | Document prepared by counsel regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP, Duplicate of 245.1 |
| 162. | N/A | 1. 4/4/2013 2. 4/3/2013 3. 4/4/2013 4. 4/3/2013 5. 4/3/2013 6. 3/27/2013 7. 3/26/2013 8. 3/26/2013 9. 3/26/2013 10. 3/25/2013 11. 03/21/2013 12. 3/21/2013 13. 3/20/2013 14. 3/21/2013 15. 3/20/2013 16. 3/20/2013 17. 3/19/2013 18. 3/20/2013 | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 8. Greg Arovas (Attorney, Kirkland & Ellis LLP); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney); 12. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 13. Eric Junghoon Cha (Attorney); 14. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 15. Eric Junghoon Cha (Attorney); 16. Ruffin Cordell (Attorney, Fish & | 1. Eric Junghoon Cha (Attorney), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Eric Junghoon Cha (Attorney), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim (Attorney); 3. Eric Junghoon Cha (Attorney); 4, 6. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim (Attorney); 7. Greg Arovas (Attorney, Kirkland & Ellis LLP), 8. Eric Junghoon Cha (Attorney); 9. Ruffin Cordell (Attorney, Fish & | 1. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Sungyoon Kim, Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (attorney), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Linda | Email with counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  | Richardson, P.C.); 17. Eric Junghoon Cha (Attorney); 18. Sean Trainor (Attorney, Kirkland & Ellis) | Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP); 10. Eric Junghoon Cha (Attorney); 11, 13, 15. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly; 12, 14, 16. Eric Junghoon Cha (Attorney); 17. Sean Trainor (Attorney, Kirkland & Ellis), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly; 18. Eric | Kordziel (Attorney, Fish & Richardson P.C.); 4, 6. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (attorney), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.); 8. Greg Arovas (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.) |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Junghoon Cha (Attorney), Richard An (Attorney) | | | |
| 163. | | | | | | Removed For Translation | |
| 164. | N/A | 1. 4/9/2013<br>2. 4/9/2013<br>3. 4/8/2013<br>4. 4/5/2013<br>5. 4/5/2013<br>6. 4/5/2013<br>7. 4/4/2013<br>8. 4/3/2013 | 1. Eric Junghoon Cha (Attorney)<br>2. Edward C. Donovan (Attorney, Kirkland & Ellis LLP)<br>3. - 6. Eric Junghoon Cha (Attorney),<br>7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.)<br>8. Greg Arovas (Attorney, Kirkland & Ellis LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Junghyeob Lee, Youngmo Koo, Jong K Choi, Seungho Ahn (Attorney), Seung Gun Park, Jaewan Chi (Attorney), Minhyung Chung<br>3. Eric Junghoon Cha (Attorney), | 3. Richard An (Attorney), F&R Samsung-Ericsson Leaders, #KE-Samsung-Ericsson_Leaders, #Samsung-Erricson-Licensing-Team | Email from counsel reflecting legal advice regarding third party licensing issues, written in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP) | | | |
| 164.1 | N/A | 4/8/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Junghyeob Lee, Youngmo Koo, Jong K Choi, Seungho Ahn (Attorney), Seung Gun Park, Jaewan Chi (Attorney), Minhyung Chung | | Memorandum prepared by counsel in anticipation of litigation reflecting legal advice regarding third party  licensing issues | Withheld ACP/WP |
| 165. | | | | | | Removed For Translation | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 166. | N/A | 4/10/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Richard An (Attorney), F&R Samsung-EricssonLeaders, KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney) | | Email with outside counsel reflecting and seeking legal advice and attaching document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 166.1 | N/A | 4/10/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Richard An (Attorney), F&R Samsung-EricssonLeaders, KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney) | | Document prepared by outside counsel reflecting legal advice regarding licensing issues,  prepared in anticipation of litigation | Withheld ACP/WP |
| | N/A | 1. 4/10/2013 2. 4/4/2013 | 1. Greg Arovas (Attorney, Kirkland & Ellis LLP); 2. Richard An (Attorney) | 1. Richard An (Attorney), F&RSamsung-EricssonLeaders, KE-Ericsson-Leaders, Brian Sungyun Kim (attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang | | Email with outside counsel reflecting and seeking legal advice and attaching document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 166 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Everrette Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehwak Lee, Kyuhyuk Lee, Taesuk Kim, Hyunsun Kwak, Jaehyun Park, Jonghee Kim, Joosang Kim, Joonhong Park, Seungkyun Oh, Sungho Lee (attorney), Suyeul Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyun Kim (Attorney), Kenneth Korea (Attorney), Jong K Choi , Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
|  |  |  |  | Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Paul Zeineddin (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP),  F&RSamsung-EricssonLeaders, KE-Ericsson-Leaders, Brian Sungyun Kim (attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everrette  Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehwak Lee, Kyuhyuk Lee, Taesuk Kim, Hyunsun Kwak, Jaehyun Park, Jonghee Kim, Joosang Kim, Joonhong Park, Seungkyun Oh, Sungho Lee (attorney), Suyeul Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, |  |  |  |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyun Kim (Attorney), Kenneth Korea (Attorney), Jong K Choi , Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Paul Zeineddin (Attorney) | | | |
| | N/A | 4/10/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Richard An (Attorney), F&RSamsung-EricssonLeaders, KE-Ericsson-Leaders, Brian Sungyun Kim (attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everrette  Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), | | Document prepared by outside counsel reflecting legal advice regarding licensing issues,  prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 166.1 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehwak Lee, Kyuhyuk Lee, Taesuk Kim, Hyunsun Kwak, Jaehyun Park, Jonghee Kim, Joosang Kim, Joonhong Park, Seungkyun Oh, Sungho Lee (attorney), Suyeul Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyun Kim (Attorney), Kenneth Korea (Attorney), Jong K Choi , Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Paul Zeineddin (Attorney) | | | |
| N/A | | 4/10/13 | 1. Greg Arovas (Attorney, Kirkland & Ellis LLP), 2. Richard An (Attorney) | 1. Richard An (Attorney), F&RSamsung-EricssonLeaders@fr.com, KE-Samsung-ERicsson-Leaders, Brian Sungyun Kim (attorney), James | | Email with outside counsel reflecting and seeking legal advice and attaching document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 166 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Jun Hong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), Youngjin Kwon, | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Seungho Ahn (Attorney), MinHyung Chung, Jaewan Chi (Attorney), Young Kyoo Jang, Jaeil Park (Attorney), Seunggun Park, Paul Zeineddin (Attorney) 2. Greg Arovas (Attorney, Kirkland & Ellis LLP), F&RSamsung-EricssonLeaders@fr.com, KE-Samsung-ERicsson-Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Jun Hong Park, | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), MinHyung Chung, Jaewan Chi (Attorney), Young Kyoo Jang, Jaeil Park (Attorney), Seunggun Park, Paul Zeineddin (Attorney) | | | |
| N/A | | 4/10/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Richard An (Attorney), F&RSamsung-EricssonLeaders@fr.com, KE-Samsung-ERicsson-Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim | | Document prepared by outside counsel reflecting legal advice regarding licensing issues,  prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 166.1 |

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Jun Hong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), MinHyung Chung, Jaewan Chi (Attorney), Young Kyoo Jang, Jaeil Park (Attorney), Seunggun Park, Paul Zeineddin (Attorney) | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| N/A | 1. 4/9/2013<br>2. 4/4/2013 | | 1. Greg Arovas (Attorney, Kirkland & Ellis, LLP); 2. Richard An (Attorney) | 1. Richard An (Attorney), F&R Samsung-EricssonLeaders, KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim, Hojin Chang (Attorney), Daniel Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel Shim, Beyongho Yuu (attorney), Jaehawk Lee, Kyuhyuck Lee, kts71@samsung.com, Hyeonseon Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seung-gyun Oh, Sung-ho Lee, Sooyeol Lee, kimys98@samsung.com, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin, Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong Choi, Ilsun Tak, | | Email with outside counsel reflecting and seeking legal advice and attaching document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 166 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney). Minhyung Chung, Jaewan Chi (Attorney), Youngkyoo Jang, Jaeil Park (Attorney), Seunggun Park, Paul Zeineddin (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis, LLP), F&Rsamsung-EricssonLeaders, KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim, Richard An, Hojin Chang (Attorney), Daniel Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel Shim (Attorney), Beyongho Yuu (attorney), Jaehawk Lee, Kyuhyuck Lee, kts71@samsung.com, Hyeonseon Kwak, Jaehyun Park, Jonghee Kim, Joosang Kim, |  |  |  |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Junhong Park, Seung-gyun Oh, Sung-ho Lee, Sooyeol Lee, kimys98@samsung.com, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin, Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong Choi, Ilsun Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney). Minhyung Chung, Jaewan Chi (Attorney), Youngkyoo Jang, Jaeil Park (Attorney), Seunggun Park, Paul Zeineddin (Attorney) | | | |
| | N/A | 4/9/2013 | Greg Arovas (Attorney, Kirkland & Ellis, LLP) | Richard An (Attorney), F&R Samsung-EricssonLeaders, KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim, Hojin Chang | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 166.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Daniel Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel Shim, Beyongho Yuu (attorney), Jaehawk Lee, Kyuhyuck Lee, kts71@samsung.com, Hyeonseon Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seung-gyun Oh, Sung-ho Lee, Sooyeol Lee, kimys98@samsung.com, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin, Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong Choi, Ilsun Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyoo Jang, Jaeil Park (Attorney), Seunggun Park, Paul Zeineddin (Attorney) | | | |
| 167. | N/A | 1. 4/10/2013 2. 4/10/2013 | 1. Daniel W. Shim (Attorney); 2. Greg Arovas (Attorney, Kirkland & | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); | | Email with outside counsel seeking and reflecting legal advice and attaching | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  | 3. 4/4/2013 | Ellis LLP); 3. Richard An (Attorney) | 2. Richard An (Attorney), F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney); Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuck Lee, Taesuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seunggyoon Oh, Sungho Lee (attorney), Sooyul Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, TaeEun Kim, Hoshin Lee (Attorney), Minjae Shin, Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea |  | document regarding licensing issues prepared in anticipation of litigation |  |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------  |-------------------|
|     |             |      |             | (Attorney), Jong K Choi, Ilsung Tak, Young Ok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung, Jaeil Park (Attorney), Youngkyu Jang; Seung Gun Park, Paul Zeineddin (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP), F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney); Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuck Lee, Taesuk Kim, Hyunsun Kwack, |    |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Jaehyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seunggyoon Oh, Sungho Lee (attorney), Sooyul Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, TaeEun Kim, Hoshin Lee (Attorney), Minjae Shin, Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young Ok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung, Jaeil Park (Attorney), Youngkyu Jang; Seung Gun Park, Paul Zeineddin (Attorney) | | | |
| 167.1 | N/A | 4/10/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Richard An (Attorney), F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney); Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuck Lee, Taesuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seunggyoon Oh, Sungho Lee (attorney), Sooyul Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, TaeEun Kim, Hoshin Lee (Attorney), Minjae Shin, Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young Ok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung, Jaeil Park (Attorney), Youngkyu Jang; Seung Gun Park, Paul Zeineddin (Attorney) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 1. 4/10/2013 2. 4/10/2013 3. 4/4/2013 | 1. Daniel W. Shim (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP); 3. Richard An (Attorney) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Richard An (Attorney), F&R Samsung-Ericsson Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Gridwood, Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Taesuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghui Kim, Joosang Kim, Junhong Park, Seunggyun Oh, Sungho Lee (attorney), Sooyeol Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, | | Email with outside counsel seeking and reflecting legal advice and attaching document regarding licensing issues prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 167 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Minkyoon Kim, Kenneth Korea (Attorney), Jong K. Choi, Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyu Jang, Jaeil Park (Attorney), Seungun Park, Paul Zeineddin (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP),  F&RSamsung-EricssonLeaders, KE-Ericsson-Leaders, Brian Sungyun Kim (attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everrette  Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehwak Lee, Kyuhyuk | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Lee, Taesuk Kim, Hyunsun Kwak, Jaehyun Park, Jonghee Kim, Joosang Kim, Joonhong Park, Seungkyun Oh, Sungho Lee (attorney), Suyeul Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyun Kim (Attorney), Kenneth Korea (Attorney), Jong K Choi , Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Paul Zeineddin (Attorney) | | | |
| | N/A | 4/9/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Richard An (Attorney), F&R Samsung-Ericsson Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 167.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Gridwood, Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Taesuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghui Kim, Joosang Kim, Junhong Park, Seunggyun Oh, Sungho Lee (attorney), Sooyeol Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K. Choi, Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyu Jang, Jaeil Park (Attorney), Seungun Park, Paul Zeineddin (Attorney) |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 168. | N/A | 4/12/2013 | Ari Zymelman (Attorney, Williams & Connolly LLP) | Injung Lee (Attorney), Jaehun Han, Seungho Ahn (Attorney) | Bruce Genderson (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP) | Email from outside counsel reflecting legal advice regarding licensing,and attaching presentation prepared by counsel  in anticipation of litigation | Withheld ACP/WP |
| 168.1 | N/A | 4/12/2013 | Ari S. Zymelman (Attorney, Williams & Connolly LLP) | Injung Lee (Attorney), Jeahun Han, Seungho Ahn (Attorney) | Bruce Genderson (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP) | Document prepared by outside counsel in anticipation of litigation reflecting legal advice regarding license negotiations with third party | Withheld ACP/WP |
| 169. | N/A | 1. 4/13/2013 2. 4/12/2013 | 1. Injung Lee (Attorney); 2.  Ari S. Zymelman (Attorney, Williams & Connolly LLP) | 1. Indong Kang, James Minjae Shin (Attorney), James Jinhwan Kwak, Hosik Jang, Kyungman Kim (Attorney), Brian Sungyun Kim (Attorney), Daniel W. Shim (Attorney), Richard An (Attorney), Eric Junghoon Cha (Attorney), Kijoong Kang (Attorney); 2. Injung Lee (Attorney), Jeahun Han, Seungho Ahn (Attorney) | 2. Bruce Genderson (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP) | Email written at the direction of counsel in anticipation of litigation reflecting legal advice and attaching document prepared regarding license negotiations with third party | Withheld ACP/WP |
| 169.1 | N/A | 4/12/2013 | Ari S. Zymelman (Attorney, Williams & Connolly LLP) | Injung Lee (Attorney), Jeahun Han, Seungho Ahn (Attorney) | Bruce Genderson (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP) | Document prepared by outside counsel in anticipation of litigation reflecting legal advice regarding license negotiations with third party | Withheld ACP/WP, Duplicate of 170.1 |
| 170. | N/A | 1. 4/13/2013 2.  4/13/2013 | 1. Brian Sung Yun Kim (Attorney); 2. Injung Lee (Attorney); 3.  Ari | 1. Brian Sungyun Kim (Attorney); 3. Injung Lee (Attorney), Jeahun Han, | 3.  Bruce Genderson (Attorney, Williams & Connolly LLP), Kevin | Email with counsel reflecting legal advice and attaching document | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 3. 4/12/2013 | S. Zymelman (Attorney, Williams & Connolly LLP) | Seungho Ahn | Hardy (Attorney, Williams & Connolly LLP) | prepared regarding license negotiations | |
| 170.1 | N/A | 4/12/2013 | Ari S. Zymelman (Attorney, Williams & Connolly LLP) | Injung Lee (Attorney), Jeahun Han, Seungho Ahn | Bruce Genderson (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP) | Document prepared by counsel reflecting legal advice regarding license negotiations | Withheld ACP/WP |
| 171. | N/A | 4/15/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Daniel Shim (Attorney) | | Email from outside counsel reflecting legal advice and attaching document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 171.1 | N/A | 4/15/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Daniel Shim (Attorney) | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 171.2 | N/A | | | | | Empty File | Not Produced, NR |
| 172. | N/A | 1. 4/15/2013 2. 4/15/2013 | 1. Daniel W. Shim (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP) | 1. Greg Arovas (Attorney, Kirkland & Ellis LLP); 2. Daniel W. Shim (Attorney) | 1. Injung Lee (Attorney) | Email with outside counsel reflecting legal advice and attaching document regarding deposition strategy, prepared in anticipation of litigation | Withheld ACP/WP |
| 172.1 | N/A | 4/15/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Daniel W. Shim (Attorney) | | Document prepared by outside counsel reflecting legal advice on deposition | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | strategy, prepared in anticipation of litigation | |
| 173. | N/A | 1. 4/15/2013 2. 4/15/2013 3. 4/15/2013 | 1. Daniel W. Shim (Attorney); 2. Daniel W Shim (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP) | 1. Peter Camesasca (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP); 3. Daniel W. Shim (Attorney) | 2. Injung Lee (Attorney) | Email with outside counsel reflecting legal advice and attaching document regarding deposition strategy, prepared in anticipation of litigation | Withheld ACP/WP |
| 173.1 | N/A | 4/15/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Peter Camesasca (Attorney) | | Document prepared by outside counsel reflecting legal advice on deposition strategy, prepared in anticipation of litigation | Withheld ACP/WP |
| 174. | N/A | 1. 4/15/2013 2. 4/15/2013 3. 4/15/2013 | 1. Daniel W. Shim (Attorney); 2. Daniel W. Shim (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) ; 2. Greg Arovas (Attorney, Kirkland & Ellis LLP); 3. Daniel W. Shim (Attorney) | 2. Injung Lee (Attorney) | Email with outside counsel reflecting legal advice and attaching document regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 174.1 | N/A | 4/15/2013 | Daniel W. Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by counsel reflecting legal advice regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP |
| 175. | N/A | 1. 4/15/2013 2. 4/14/2013 3. 4/15/2013 4. 4/15/2013 | 1. Peter Camesasca (Attorney); 2. Daniel W. Shim (Attorney); 3. Daniel W. Shim (Attorney); 4. Greg Arovas (Attorney, Kirkland & Ellis | 1. Daniel Shim (Attorney); 2. Peter Camesasca (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP); 4. Daniel W. Shim (Attorney) | 1. Julie Vandenbusche; 3. Injung Lee (Attorney) | Email with outside counsel reflecting legal advice and attaching memorandum regarding licensing issues, prepared in anticipation of | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | LLP) | | | litigation | |
| 175.1 | N/A | 4/15/2013 | Peter Camesasca (Attorney) | Daniel Shim (Attorney) | Julie Vandenbusche | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 176. | N/A | 4/16/2013 | William & Connolly LLP | Samsung Electronics Co., Ltd. | | Memorandum prepared by outside counsel with redacted portions reflecting legal advice regarding Samsung's license negotiation with third party, written in connection with arbitration and in anticipation of litigation | Withheld ACP/WP |
| 176.1 | N/A | 4/16/2013 | William & Connolly LLP | Samsung Electronics Co., Ltd. | | Memorandum prepared by outside counsel with redacted portions reflecting legal advice regarding Samsung's license negotiation with third party, written in connection with arbitration and in anticipation of litigation | Withheld ACP/WP |
| 177. | N/A | 1. 4/17/2013 2. 4/17/2013 | 1. Injung Lee (Attorney); 2. Ari S. Zymelman (Attorney, Williams & Connolly LLP) | 1. Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney) | | Email from Samsung's outside counsel attaching memorandum providing legal advice | Withheld ACP/WP |
| 177.1 | N/A | 4/16/2013 | William & Connolly LLP | Samsung Electronics Co., Ltd. | | Memorandum prepared by outside | Withheld |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | counsel with redacted portions reflecting legal advice regarding Samsung's license negotiation with third party, written in connection with arbitration and in anticipation of litigation | ACP/WP |
| 178. | N/A | 4/24/13 | Kathleen Sullivan (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | Anthony Hojin Kahng (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byungun Min, Chris Low, Cindi Moreland (Attorney), Daniel W. Shim (Attorney), Seungho Ahn (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Injung Lee (Attorney), Jaewan Chi (Attorney), James Jinhwan Kwak, Jaehwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Shin (Attorney), Jeff Myung, Jena Kim, Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K. H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Megan Drahos | Samsung Appeal Team, Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | Email from outside counsel reflecting legal advice and attaching document regarding litigation strategy, prepared in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Michael Kang (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney), Minhyung Chung, Jaehaek Lee Richard An (Attorney), Richard Rosalez (Attorney), Rosa Kim (Attorney), Seongwoo Kim, Seungkyun Oh, SoonJin Lee, Wonsuk Park, Wonsun Kim, Yeowan Youn, Young Kyoo Jang, Youngho Kim, Youngjae Joo, YoungJin Kwon, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney) | | | |
| 178.1 | N/A | 4/29/2013 | Kathleen Sullivan (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | Anthony Hojin Kahng (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byungun Min, Chris Low, Cindi Moreland (Attorney), Daniel W. Shim (Attorney), Seungho Ahn (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Injung Lee (Attorney), Jaewan Chi (Attorney), James Jinhwan Kwak, Jaehwan Kim | Samsung Appeal Team, Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | Document prepared by outside counsel reflecting legal advice regarding litigation strategy, prepared in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Shin (Attorney), Jeff Myung, Jena Kim, Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K. H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Megan Drahos (Attorney), Michael Kang (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney); Minhyung Chung | | | |
| 179. | N/A | 4/29/13 | 1. Rosa Woosun Kim (Attorney), 2. Kathleen Sullivan (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | 1. Rosa Woosun Kim (Attorney), Kathleen Sullivan (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Anthony Hojin Kahng (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byungun Min, Chris Low, Cindi Moreland (Attorney), Daniel W. Shim (Attorney), Seungho Ahn (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Injung Lee (Attorney), Jaewan Chi (Attorney), | 4/29/13 | Email from outside counsel reflecting legal advice and attaching document regarding litigation strategy, prepared in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------| -----------------|
| | | | | James Jinhwan Kwak, Jaehwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Shin (Attorney), Jeff Myung, Jena Kim, Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K. H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Megan Drahos (Attorney), Michael Kang (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney), Minhyung Chung, Jaehawk Lee, Richard Ahn, Richard Rosalez, Seongwoo Kim, Seungkyun Oh, SoonJin Lee, Wonsuk Park, Wonsun Kim, Yeowan Youn, Young Kyoo Jang, Youngho Kim, YoungJin Kwon, Youngjo Lim, YoungSoon Lee, Yunhee Kang, Rosa W. Kim, cpgs@samsung.com 2. Anthony Hojin Kahng (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byungun Min, Chris Low, Cindi Moreland (Attorney), Daniel W. Shim (Attorney), Seungho Ahn | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Injung Lee (Attorney), Jaewan Chi (Attorney), James Jinhwan Kwak, Jaehwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Shin (Attorney), Jeff Myung, Jena Kim, Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K. H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Megan Drahos (Attorney), Michael Kang (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney), MinHyung Chung, Jaehawk Lee, Richard An (Attorney), Richard Rosalez (Attorney), Rosa Kim (Attorney), Seongwoo Kim, Seungkyun Oh, SoonJin Lee, Wonsuk Park, Wonsun Kim, Yeowan Youn, Young Kyoo Jang, Youngho Kim, Youngjae Joo, YoungJin Kwon, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Kang (Attorney) | | | |
| 179.1 | N/A | 4/29/2013 | Kathleen Sullivan (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | Rosa Woosun Kim (Attorney), Kathleen Sullivan (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Anthony Hojin Kahng (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byungun Min, Chris Low, Cindi Moreland (Attorney), Daniel W. Shim (Attorney), Seungho Ahn (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Injung Lee (Attorney), Jaewan Chi (Attorney), James Jinhwan Kwak, Jaehwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Shin (Attorney), Jeff Myung, Jena Kim, Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K. H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Megan Drahos (Attorney), Michael Kang (Attorney), Michelangelo Troisi | Samsung Appeal Team, Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | Document prepared by outside counsel reflecting legal advice regarding litigation strategy, prepared in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Michelle Yang (Attorney) | | | |
| 180. | N/A | 1. 6/11/2013 2. 6/11/2013 3. 6/11/2013 4. 6/11/2013 5. 6/11/2013 6. 5/29/2013 7. 5/27/2013 8. 5/25/2913 9. 5/24/2013 10. 5/23/2013 11. 5/23/2013 | 1. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 2. Daniel Shim (Attorney); 3. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 4. Daniel Shim (Attorney); 5. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 6. Daniel Shim (Attorney); 7. Hyucksun Kwon; 8. Daniel Shim (Attorney); 9. Heungju Kwon; 10. Hyucksum Kwon; 11. Seungho Ahn (Attorney) | 1. Daniel Shim (Attorney); 2. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 3. Daniel Shim (Attorney); 4. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 5. Daniel Shim (Attorney); 6. Wen-Ts'ai Lim (Attorney, Ashurst LLP), Angela Lin (Attorney, Ashurst LLP), Nathan Bellgrove (Attorney, Ashurst), Ross Zaurrini (Attorney, Ashurst); 7. Daniel Shim (Attorney) | 1, 2, 4. Jaehwan Kim (Attorney), Angela Lin (Attorney, Ashurst LLP), Nathan Bellgrove (Attorney, Ashurst), Ross Zaurrini (Attorney, Ashurst); 6. Jaehwan Kim (Attorney); 7. Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney) | Email with outside counsel reflecting legal advice regarding -licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 181. | N/A | 1. 6/13/2013 2. 6/12/2013 3. 6/11/2013 4. 6/9/2013 5. 6/7/2013 6. 6/8/2013 | 1. Ari S. Zymelman (Attorney, Williams & Connolly LLP); 2. Jaehwan Kim (Attorney); 3., 4. Ari S. Zymelman (Attorney, Williams & Connolly LLP); 5. Jaehwan Kim (Attorney); 6. Karin Norton (Attorney) | 1. Jaehwan Kim (Attorney); 2. Jonghyuk Hong (Attorney), Jeahun Han, Indong Kang, Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 3. Jaehwan Kim (Attorney); 4. Jaehwan Kim (Attorney), F. Lane Heard (Attorney, William & Connolly LLP), F. Greg Bowman, Kevin Hardy (Attorney, Williams & Connolly LLP), Dov Grossman (Attorney, | 1. Jonghyuk Hong (Attorney), Jeahun Han, Indong Kang, Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney), F. Lane Heard (Attorney, William & Connolly LLP), F. Greg Bowman, Kevin Hardy (Attorney, Williams & Connolly LLP), Dov Grossman (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Covington & Burling LLP); Jonghyuk Hong | Email with outside counsel, prepared in anticipation of litigation, seeking legal advice regarding licensing issues | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP); 5. F. Lane Heard (Attorney, William & Connolly LLP), F. Greg Bowman, Kevin Hardy (Attorney, Williams & Connolly LLP), Dov Grossman (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP) | (Attorney), Jeahun Han, Indong Kang, Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney) | | |
| 181.1 | N/A | 6/12/2013 | William & Connolly LLP | Samsung Electronics Co., Ltd. | | Memorandum from outside counsel prepared in anticipation of litigation and reflecting legal advice regarding potentialarbitration claims | Withheld ACP/WP |
| 182. | N/A | 1. 6/19/2013 2. 6/18/2013 | 1. Injung Lee (Attorney); 2. F. Lane Heard (Attorney, Williams & Connolly LLP) | 1. Seungho Ahn (Attorney); 2. Indong Kang, Injung Lee (Attorney), Kijoong Kang (Attorney), Jonghyuk Hong, Jeahun Han, Brian Sungyun Kim (Attorney), Injung Lee, Jaehwan Kim (Attorney) | | Email from outside counsel in anticipation of litigation reflecting legal advice and attaching memorandum prepared regarding Samsung's license negotiation with third party | Withheld ACP/WP |
| 182.1 | N/A | 6/17/2013 | William & Connolly LLP | Samsung Electronics Co., Ltd. | | Memorandum prepared by outside counsel in anticipation of litigation reflecting legal advice regarding Samsung's license negotiation with third party | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 183. | N/A | 1. 7/6/2013; 2. 7/2/2013 | 1. Brian Sungyun Kim (Attorney); 2. F. Lane Heard (Attorney, Williams & Connolly LLP) | 1. Brian Sungyun Kim (Attorney) | | Email with outside counsel seeking and reflecting legal advice and attaching Draft of Request for Arbitration prepared in anticipation of litigation | Withheld ACP/WP |
| 183.1 | N/A | 7/6/2013 | F. Lane Heard (Attorney, Williams & Connolly LLP) | Brian Sungyun Kim (Attorney) | | Draft of Request for Arbitration prepared by outside counsel seeking and reflecting legal advice in anticipation of litigation | Withheld ACP/WP |
| 183.2 | N/A | | | | | Draft letter from Samsung to Nokia regarding licensing | Not Produced, NR, ACP/WP |
| 184. | N/A | 7/11/2013 | Richard An (Attorney) | Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | W. Shim (Attorney), Beyong Ho Yuu, Jaehawk Lee, Kyuhyuk Lee, Tai Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, JunHong Park, Seungkyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, Ilman Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung; Karin Norton (Attorney); YoungJin Kwon; MinHyung Chung; Young Kyoo Jang; Jaeil Park (Attorney); Rosa Woosun Kim (Attorney); Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Fish Leaders; KE-Samsung-Ericsson Leaders, Paul Zeineddin (Attorney) | | | |
| 185. | N/A | 1. 7/11/2013 2. 7/11/2013 3. 7/11/2013 | 1. Richard An (Attorney); 2. Joshua Pond; 3. Richard An (Attorney) | 1. Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. Richard An (Attorney); 3. 1 | | | |
| 186. | N/A | 1. 7/11/2013 2. 7/11/2013 3. 7/11/2013 4. 7/11/2013 | 1., 2. Richard An (Attorney); 3. Joshua Pond; 4. Richard An (Attorney) | 1. Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. Joshua Pond; 3. Richard An (Attorney); 4. 1 | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 187. | N/A | 1. 7/11/2013<br>2. 7/11/2013<br>3. 7/11/2013<br>4. 7/11/2013<br>5. 7/11/2013 | 1. Joshua Pond; 2., 3. Richard An (Attorney); 4. Joshua Pond; 5. Richard An (Attorney) | 1. Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. 1 + Joshua Pond; 3. Joshua Pond; 4. Richard An (Attorney); 5. 1 + Joshua Pond | | | |
| 188. | N/A | 1. 7/16/2013 2. 7/16/2013 3. 7/11/2013 4. 7/11/2013 5. 7/11/2013 6. 7/11/2013 7. 7/11/2013 | 1. Eric Junghoon Cha (Attorney); 2., 3. Joshua Pond; 4., 5. Richard An (Attorney); 6. Joshua Pond; 7. Richard An (Attorney) | 1. Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin |     |             |                   |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney); 2. Richard An (Attorney); 3. 1 - Joshua Pond; 4. 1; 5. Joshua Pond; 6. Richard An (Attorney); 7. 1 | | | |
| 189. | N/A | 1. 7/16/2013<br>2. 7/16/2013<br>3. 7/16/2013<br>4. 7/11/2013<br>5. 7/11/2013<br>6. 7/11/2013<br>7. 7/11/2013<br>8. 7/11/2013 | 1. Joshua Pond; 2. Eric Junghoon Cha (Attorney); 3., 4. Joshua Pond; 5., 6. Richard An (Attorney); 7. Joshua Pond; 8. Richard An (Attorney) | 1. Eric Junghoon Cha (Attorney), Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney) WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung- |     |             |                   |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 3. Eric Junghoon Cha (Attorney); 4. 1 - Eric Junghoon Cha (Attorney); 5. 2; 6. Joshua Pond; 7. Richard An (Attorney); 8. 2 | | | |
| 190. | N/A | 1. 7/16/2013<br>2. 7/17/2013<br>3. 7/16/2013<br>4. 7/16/2013<br>5. 7/11/2013<br>6. 7/11/2013<br>7. 7/11/2013<br>8. 7/11/2013<br>9. 7/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joshua Pond; 3. Eric Junghoon Cha (Attorney); 4., 5. Joshua Pond; 6., 7. Richard An (Attorney); 8. Joshua Pond; 9. Richard An (Attorney) | 1. Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. Eric Junghoon Cha (Attorney); 3. 1; 4. Richard An (Attorney); 5. 1 - Joshua Pond; 6. 1; 7. Joshua Pond; 8. Richard An (Attorney); 9. 1 | | | |
| 191. | N/A | 1. 7/16/2013 2. 7/16/2013 | 1. D. Sean Trainor (Attorney, Kirkland & Ellis LLP); 2. Eric | 1. Eric Junghoon Cha (Attorney), Joshua Pond, Richard An | | Email with outside counsel seeking and reflecting legal advice regarding trial | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 3. 7/17/2013<br>4. 7/16/2013<br>5. 7/16/2013<br>6. 7/11/2013<br>7. 7/11/2013<br>8. 7/11/2013<br>9. 7/11/2013<br>10. 7/11/2013 | Junghoon Cha (Attorney); 3. Joshua Pond; 4. Eric Junghoon Cha (Attorney); 5., 6. Joshua Pond; 7., 8. Richard An (Attorney); 9. Joshua Pond; 10. Richard An (Attorney) | (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K | | strategy in connection with litigation | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 3. Eric Junghoon Cha (Attorney); 4. 2; 5. Richard An (Attorney); 6. 2 - Joshua Pond; 7. 2; 8. Joshua Pond; 9. Richard An | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney); 10. 2 | | | |
| 192. | N/A | 1. 7/17/2013<br>2. 7/17/2013<br>3. 7/16/2013<br>4. 7/17/2013<br>5. 7/16/2013<br>6. 7/16/2013<br>7. 7/11/2013<br>8. 7/11/2013<br>9. 7/11/2013<br>10. 7/11/2013<br>11. 7/11/2013 | 1. Eric Junghoon Cha (Attorney)<br>2. Sean D. Trainor (Attorney, Kirkland & Ellis LLP)<br>3. Eric Junghoon Cha (Attorney)<br>4. Joshua Pond<br>5. Eric Junghoon Cha (Attorney)<br>6. Joshua Pond<br>7. Joshua Pond<br>8. Richard An (Attorney)<br>9. Richard An (Attorney)<br>10. Joshua Pond<br>11. Richard An (Attorney) | 1. Sean D. Trainor (Attorney, Kirkland & Ellis LLP), Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyong Ho Yuu, Jaehawk Lee, Kyuhyuk Lee, Tai Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, JunHong Park, Seungkyon Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Han (Attorney), WonDeuk Song, Ilman Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K. Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, SungHyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders; Samsung-Ericsson-Leaders, Paul Zeineddin (Attorney) 2. Eric Junghoon Cha (Attorney) 3. pond@fr.com, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), jhkwak@samsung.com; Kijoong Kang (Attorney); Everette Rett Snotherly (Attorney), Hyucksun Kwon, ym90.koo@samsung.com, indong@samsung, brians.kim@samsung.com, jnwnlee@samsung.com, Taehyung | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), jshim@samsung, Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), beyong.yuu@samsung.com, Jaehawk Lee, khlee1221@samsung.com, kts71@samsung.com, hs.kwack@samsung.com, jihyun75.park@samsung.com, kjh8941@samsung.com, joosang9.kim@samsung.com, jun2hong.park@samsung.com, ssanai50@samsung.com, sung-ho.lee@samsung.com, sigma55@samsung.com, kimys98@samsung.com, ameth.lee@samsung.com, yh1025.kim@samsung,com, taeeun31.kim@samsung.com, lee.hoshin@samsung.com, James Minjae Shin (Attorney), Julie Han (Attorney), wdsong@samsung.com, | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | ilman.bae@samsung.com, minkyoon.kim@samsung.com, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), Youngjin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, hr.you@samsung.com, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders; KE-Samsung 4. Eric Junghoon Cha (Attorney) 5. Same as 3 6. Richard An (Attorney) 7. Same as 3, minus Joshua Pond 8. Same as 3 9. Joshua Pond 10. Richard An (Attorney) 11. Same as 3 | | | |
| 193. | N/A | 1. 7/16/2013 2. 7/16/2013 3. 7/17/2013 4. 7/16/2013 | 1. Joshua Pond; 2. Eric Junghoon Cha (Attorney); 3. D. Sean Trainor (Attorney, Kirkland & Ellis LLP); 4. Eric Junghoon Cha (Attorney); | 1. Eric Junghoon Cha (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Richard An (Attorney), Joseph Colaianni (Attorney, Fish & | | Email with outside counsel seeking and reflecting legal advice regarding licensing issues in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 5. 7/17/2013<br>6. 7/16/2013<br>7. 7/16/2013<br>8. 7/11/2013<br>9. 7/11/2013<br>10. 7/11/2013<br>11. 7/11/2013<br>12. 7/11/2013 | 5. Joshua Pond; 6. Eric Junghoon Cha (Attorney); 7., 8. Joshua Pond; 9., 10. Richard An (Attorney); 11. Joshua Pond; 12. Richard An (Attorney) | Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|--------------------|
| | | | | Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 3. Eric Junghoon Cha (Attorney); 4. 2 - D. Sean Trainor (Attorney, Kirkland & Ellis LLP) [Same as 2 without D. Sean Trainor | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | (Attorney, Kirkland & Ellis LLP)]; 5. Eric Junghoon Cha (Attorney); 6. Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 7. Richard An (Attorney); 8. 6 - Joshua Pond; 9. 6; 10. Joshua Pond; 11. Richard An (Attorney); 12. 2 - D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | | |
| 193.1 | N/A | 7/16/2013 | Benjamin Levi (Attorney, McKool Smith) | Joshua Pond, D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | Lisa Kattan (Attorney, ITC), Monisha Deka (Attorney, ITC), Brian PLunkett (Attorney, ITC) | Email between counsel for Ericsson and counsel for Samsung regarding notice of motion | Not Produced, NR |
| 194. | N/A | 1. 7/16/2013 2. 7/17/2013 3. 7/16/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joshua Pond; 3. Eric Junghoon Cha (Attorney); 4. D. Sean Trainor | 1. Joshua Pond, D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Richard An (Attorney), Joseph | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 4. 7/17/2013<br>5. 7/16/2013<br>6. 7/17/2013<br>7. 7/16/2013<br>8. 7/16/2013<br>9. 7/11/2013<br>10. 7/11/2013<br>11. 7/11/2013<br>12. 7/11/2013<br>13. 7/11/2013<br>14. 7/16/2013 | (Attorney, Kirkland & Ellis LLP);<br>5. Eric Junghoon Cha (Attorney);<br>6. Joshua Pond; 7. Eric Junghoon Cha (Attorney); 8., 9. Joshua Pond;<br>10., 11. Richard An (Attorney);<br>12. Joshua Pond; 13. Richard An (Attorney); 14. Benjamin Levi | Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|--------------|-------------------|
| | | | | Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. Eric Junghoon Cha (Attorney), Richard An (Attorney); 3. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 4. Eric Junghoon Cha (Attorney); 5. 3 - D. Sean Trainor | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney, Kirkland & Ellis LLP); 6. Eric Junghoon Cha (Attorney); 7. Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 8. Richard An (Attorney); 9. 6 - Joshua Pond; 10. 7; 11. Joshua Pond; 12. Richard An (Attorney); 13. 3 - D. Sean Trainor (Attorney, Kirkland & Ellis LLP) |  |  |  |
| 195. | N/A | 1. 7/18/2013<br>2. 7/17/2013<br>3. 7/17/2013<br>4. 7/16/2013<br>5. 7/17/2013<br>6. 7/16/2013 | 1. Sean D. Trainor (Attorney, Kirkland & Ellis LLP)<br>2. Eric Junghoon Cha (Attorney)<br>3. Joshua Pond<br>4. Eric Junghoon Cha (Attorney)<br>5. Sean D. Trainor (Attorney, | 1. Eric Junghoon Cha (Attorney), pond@fr.com, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), jhkwak@samsung.com; Kijoong |  | Email with outside counsel seeking and relfecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  | 7. 7/17/2013<br>8. 7/16/2013<br>9. 7/16/2013<br>10. 7/11/2013<br>11. 7/11/2013<br>12. 7/11/2013<br>13. 7/11/2013<br>14. 7/11/2013<br>15. 7/16/2013 | Kirkland & Ellis LLP)<br>6. Eric Junghoon Cha (Attorney)<br>7. Joshua Pond<br>8. Eric Junghoon Cha (Attorney)<br>9. Joshua Pond<br>10. Joshua Pond<br>11. Richard An (Attorney)<br>12. Richard An (Attorney)<br>13. Joshua Pond<br>14. Richard An (Attorney)<br>15. Benjamin Levi | Kang (Attorney); Everette Rett Snotherly (Attorney), Hyucksun Kwon, ym90.koo@samsung.com, indong@samsung, brians.kim@samsung.com, jnwnlee@samsung.com, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), jshim@samsung, Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), beyong.yuu@samsung.com, Jaehawk Lee, khlee1221@samsung.com, kts71@samsung.com, hs.kwack@samsung.com, jihyun75.park@samsung.com, kjh8941@samsung.com, joosang9.kim@samsung.com, jun2hong.park@samsung.com, ssanai50@samsung.com, sung-ho.lee@samsung.com, sigma55@samsung.com, kimys98@samsung.com, ameth.lee@samsung.com, |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | yh1025.kim@samsung,com, taeeun31.kim@samsung.com, lee.hoshin@samsung.com, James Minjae Shin (Attorney), Julie Han (Attorney), wdsong@samsung.com, ilman.bae@samsung.com, minkyoon.kim@samsung.com, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), Youngjin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, hr.you@samsung.com, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders; KE-Samsung Ericsson Leaders; Paul Zeineddin (Attorney); 2. 1 + Sean D. Trainor (Attorney, Kirkland & Ellis LLP); 3. Richard An (Attorney), Eric Junghoon Cha (Attorney) 4. 1 + Sean D. Trainor (Attorney, Kirkland & Ellis LLP) 5. Eric Junghoon Cha (Attorney) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | 6. Same as 1<br>7. Eric Junghoon Cha (Attorney)<br>8. Same as 1, minus Eric Junghoon Cha (Attorney)<br>9. Richard An (Attorney)<br>10. Same as 1, minus Eric Junghoon Cha (Attorney)<br>11. Same as 1, minus Eric Junghoon Cha (Attorney)<br>12. Joshua Pond<br>13. Richard An (Attorney)<br>14. Joshua Pond<br>15. No Information<br>14. Same as 1, minus Eric Junghoon Cha (Attorney) | | | |
| 196. | N/A | 1. 7/18/2013<br>2. 7/17/2013<br>3. 7/17/2013<br>4. 7/17/2013<br>5. 7/16/2013<br>6. 7/17/2013<br>7. 7/16/2013<br>8. 7/17/2013<br>9. 7/16/2013<br>10. 7/16/2013<br>11. 7/11/2013 | 1. Joshua Pond; 2. D. Sean Trainor (Attorney, Kirkland & Ellis LLP); 3. Eric Junghoon Cha (Attorney); 4. Joshua Pond; 5. Eric Junghoon Cha (Attorney); 6. D. Sean Trainor (Attorney, Kirkland & Ellis LLP); 7. Eric Junghoon Cha (Attorney); 8. Joshua Pond; 9. Eric Junghoon Cha (Attorney); 10., 11. Joshua Pond; 12., 13. Richard An (Attorney); 14. Joshua Pond; | 1. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Eric Junghoon Cha (Attorney), Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyuckson Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon | | Email with outside counsel seeking and relfecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 12. 7/11/2013<br>13. 7/11/2013<br>14. 7/11/2013<br>15. 7/11/2013<br>16. 7/16/2013 | 15. Richard An (Attorney);<br>16. Benjamin Levi | Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. Eric Junghoon Cha (Attorney), Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, |  |  |  |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 3. Joshua Pond, D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung- | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 4. Richard An (Attorney), Eric Junghoon Cha (Attorney); 5. 3; 6. Eric Junghoon Cha (Attorney); 7. 3 - D. Sean Trainor (Attorney, Kirkland & Ellis LLP); 8. Eric Junghoon Cha (Attorney); 9. 3 - D. Sean Trainor (Attorney, Kirkland & Ellis LLP); 10. Richard An (Attorney); 11. Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 12. 3 - D. Sean Trainor (Attorney, Kirkland & Ellis LLP); 13. Joshua Pond; 14. Richard An (Attorney); 15. 3 - D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 196.1 | N/A | 7/18/2013 | Benjamin Levi (Attorney, McKool Smith) | Joshua Pond, D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | Lisa Kattan (Attorney, ITC), Monisha Deka (Attorney, ITC), Brian PLunkett (Attorney, ITC) | Email between counsel for Ericsson and counsel for Samsung regarding notice of motion | Not Produced, NR |
| 197. | N/A | 1. 7/27/2013 2. 7/11/2013 2. 7/11/2013 3. 7/11/2013 4. 7/11/2013 | 1. Joshua Pond, 2., 3. Richard An (Attorney); 4. Joshua Pond; 5. Richard An (Attorney) | 1. Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. 1 + Joshua Pond; 3. Joshua Pond; 4. Richard An (Attorney); 5. 1 + Joshua Pond | | | |
| 197.1 | N/A | 7/26/2013 | Benjamin Levi (Attorney, McKool Smith) | Joshua Pond, D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | Lisa Kattan (Attorney, ITC), Monisha Deka (Attorney, ITC), Brian PLunkett (Attorney, ITC) | Email between counsel for Ericsson and counsel for Samsung regarding notice of motion | Not Produced, NR |
| 198. | N/A | 8/2/2013 | Robert Becher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Chulwoo Ahn, Seungho Ahn, Richard An (Attorney), Ilman Bae. Sam Bae, Eric Junghoon Cha (Attorney); Hojin Chang (Attorney), | Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victorial Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), | Email with counsel reflecting legal advice and attaching document preservation notice in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Jaewan Chi (Attorney), Minhyung Chung, Sejin Chung, Johnda Crites (Attorney), Megan Drahos (Attorney), Julie Han (Attorney), Hosik Jang, Youngkyu Jang, Bumjoon Jin, Sanghoon Jin, Anthony Kahng (Attorney), Hankil Kang (Attorney), Indong Kang, Kijoong Kang (Attorney), Michael Kang (Attorney), Yunhee Kang (Attorney), Brian S. Kim (Attorney), Byungsik Kim, Edward Kim (Attorney), Jaehwan Kim (Attorney), Jaehyung Kim, Rosa W. Kim (Attorney), Clayton Kim, Jena Kim, Taehyung Kim (Attorney), Daniel Ko (Attorney), Kenneth Korea (Attorney), Eunha Kim, Jonghee Kim, w_sun.kim@samsung.com, Youngho Kim, Jinhwan Kwak, Heungju Kwon, Hyucksun Kwon, Hoshin Lee, Injung Lee (Attorney), Jaehwak Lee, Junwon Lee, Kyuhuck Lee, Sungho Lee, Seungjok Lee, Soojin Lee, Suyeul Lee,  Youngsoon Lee, Youngjo Lim (Attorney), | James Shin (Attorney) | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Byungun Min, Cindi Moreland (Attorney), Jeff Myung, Karin Norton (Attorney), Jihyun Park, Jaenam Noh, Seungkyun Oh;  Jaeil Park (Attorney), Junhong Park (Attorney), Wonsuk Park, Yongkoo Park, Derrick Robinson (Attorney), Richard Rosalez (Attorney), Daniel Shim (Attorney), Jay Shim (Attorney), James Shin (Attorney), Yoonjung Shin, Michelangelo Troisi (Attorney), Michelle Yang (Attorney), Yeowan Youn, Beyong Yuu (Attorney) | | | |
| 198.1 | N/A | 8/1/2013 | Quinn Emanuel Urquhart & Sullivan, LLP | Samsung | | Document preservation notice | Withheld ACP/WP |
| 199. | N/A | 5/8/2012 | Michelle Yang (Attorney) | Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Anthony Kahng (Attorney), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Cindi Moreland (Attorney), Daniel Wooseob Shim (Attorney), Seungho Ahn (Attorney), Ed Kim, Eric Cha (Attorney), Eunha Kim, Hankil Kang | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Jaewan Chi (Attorney), Jin Hwan Kwak (Attorney), Jae-Hwan Kim, Jaehyoung Kim, JaeHyun Park, Jae-il Park (Attorney), James Shin (Attorney), Jeff Myung (Attorney), Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K.H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), J.H. Lee,  Richard Ahn (Attorney), Richard Rosalez (Attorney), Rosa Kim (Attorney), Seongwoo Kim,  Seungkyun Oh, SoonJin Lee, Wonsuk Park, YongKu Park, Youngho Kim, Youngjae Joo, YoungJin Kwon, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney) | | | |
| 199.1 | N/A | 5/8/2012 | Michelle Yang (Attorney) | Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Anthony Kahng (Attorney), Beyong Yuu (Attorney), Brian Sungyun Kim | | Document prepared by counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Cindi Moreland (Attorney), Daniel Wooseob Shim (Attorney), Seungho Ahn (Attorney), Ed Kim, Eric Cha (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Jaewan Chi (Attorney), Jin Hwan Kwak (Attorney), Jae-Hwan Kim, Jaehyoung Kim, JaeHyun Park, Jae-il Park (Attorney), James Shin (Attorney), Jeff Myung (Attorney), Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K.H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), J.H. Lee,  Richard Ahn (Attorney), Richard Rosalez (Attorney), Rosa Kim (Attorney), Seongwoo Kim,  Seungkyun Oh, SoonJin Lee, Wonsuk Park, YongKu Park, Youngho Kim, Youngjae Joo, YoungJin Kwon, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 200. | N/A | 5/7/2012 | Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Anthony Kahng (Attorney), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Cindi Moreland (Attorney), Daniel Wooseob Shim (Attorney), Seungho Ahn (Attorney), Ed Kim, Eric Cha (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Jaewan Chi (Attorney), Jin Hwan Kwak (Attorney), Jae-Hwan Kim, Jaehyoung Kim, JaeHyun Park, Jae-il Park (Attorney), James Shin (Attorney), Jeff Myung (Attorney), Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K.H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), J.H. Lee,  Richard Ahn (Attorney), Richard Rosalez (Attorney), Rosa Kim (Attorney), Seongwoo Kim,  Seungkyun Oh, SoonJin Lee, Wonsuk Park, YongKu | | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Park, Youngho Kim, Youngjae Joo, YoungJin Kwon, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney) | | | |
| 200.1 | N/A | 5/7/2012 | Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Anthony Kahng (Attorney), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Cindi Moreland (Attorney), Daniel Wooseob Shim (Attorney), Seungho Ahn (Attorney), Ed Kim, Eric Cha (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Jaewan Chi (Attorney), Jin Hwan Kwak (Attorney), Jae-Hwan Kim, Jaehyoung Kim, JaeHyun Park, Jae-il Park (Attorney), James Shin (Attorney), Jeff Myung (Attorney), Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K.H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Michael Kang | | Document prepared by counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 199.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), J.H. Lee,  Richard Ahn (Attorney), Richard Rosalez (Attorney), Rosa Kim (Attorney), Seongwoo Kim,  Seungkyun Oh, SoonJin Lee, Wonsuk Park, YongKu Park, Youngho Kim, Youngjae Joo, YoungJin Kwon, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney) | | | |
| 201. | N/A | 1. 4/10/2013 2. 4/10/2013 3. 4/4/2013 | 1. Daniel W. Shim (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP); 3. Richard An (Attorney) | 1. Greg Arovas (Attorney, Kirkland & Ellis LLP); 2. Richard An (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP), F&R Samsung-EricssonLeaders@fr.com, #KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (Attorney), Jinhwan Kwak, Injung Lee, Kijoong Kang (Attorney), Everrette Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Joonwon Lee, Taehyoung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), | 1.   Injung Lee (Attorney) | Email with outside counsel reflecting legal advice and attaching document regarding deposition strategy, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Taesuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghwe Kim, Joosang Kim, Joon Hong Park, Seunggyun Oh, Sungho Lee, Suyeol Lee, Yangsun Kim, Yongsoon Lee, Yongho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin (Attorney), Julie Han (Attorney), Wonduk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Yongjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Paul Zeineddin (Attorney) | | | |
| 201.1 | N/A | 1. 4/10/2013 2. 4/10/2013 3. 4/4/2013 | 1. Daniel W. Shim (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP); 3. Richard An (Attorney) | 1. Greg Arovas (Attorney, Kirkland & Ellis LLP); 2. Richard An (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP), F&R Samsung-EricssonLeaders@fr.com, | Injung Lee (Attorney) | Document prepared by outside counsel reflecting legal advice on deposition strategy, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | #KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (Attorney), Jinhwan Kwak, Injung Lee, Kijoong Kang (Attorney), Everrette Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Joonwon Lee, Taehyoung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Taesuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghwe Kim, Joosang Kim, Joon Hong Park, Seunggyun Oh, Sungho Lee, Suyeol Lee, Yangsun Kim, Yongsoon Lee, Yongho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin (Attorney), Julie Han (Attorney), Wonduk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Youngok Hyung, Karin Norton | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Yongjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Paul Zeineddin (Attorney) | | | |
| N/A | | 1. 4/10/2013 2. 4/10/2013 3. 4/4/2013 | 1. Daniel W. Shim (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP); 3. Richard An (Attorney) | 1. Greg Arovas (Attorney, Kirkland & Ellis LLP); 2. Richard An (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP), F&R Samsung-EricssonLeaders@fr.com, #KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (Attorney), Jinhwan Kwak, Injung Lee, Kijoong Kang (Attorney), Everrette Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Joonwon Lee, Taehyoung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk | Injung Lee (Attorney) | Email with outside counsel reflecting legal advice and attaching document regarding deposition strategy, prepared in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 201 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Lee, Taesuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghwe Kim, Joosang Kim, Joon Hong Park, Seunggyun Oh, Sungho Lee, Suyeol Lee, Yangsun Kim, Yongsoon Lee, Yongho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin (Attorney), Julie Han (Attorney), Wonduk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Yongjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Paul Zeineddin (Attorney) | | | |
| N/A | | 1. 4/10/2013 2. 4/10/2013 3. 4/4/2013 | 1. Daniel W. Shim (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP); 3. Richard An (Attorney) | 1. Greg Arovas (Attorney, Kirkland & Ellis LLP); 2. Richard An (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP), F&R Samsung-EricssonLeaders@fr.com, #KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (Attorney), Jinhwan Kwak, Injung Lee, Kijoong | Injung Lee (Attorney) | Document prepared by outside counsel reflecting legal advice on deposition strategy, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 201.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kang (Attorney), Everrette Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Joonwon Lee, Taehyoung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Taesuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghwe Kim, Joosang Kim, Joon Hong Park, Seunggyun Oh, Sungho Lee, Suyeol Lee, Yangsun Kim, Yongsoon Lee, Yongho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin (Attorney), Julie Han (Attorney), Wonduk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Yongjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyu | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Jang, Jaeil Park (Attorney), Seung Gun Park, Paul Zeineddin (Attorney) | | | |
| 202. | N/A | 1. 4/24/2013 2. 4/24/2013 3. 4/24/2013 4. 4/22/2013 | 1. Michael McKeon (Attorney, Fish & Richardson P.C.); 2. Daniel Shim (Attorney); 3. Michael McKeon (Attorney, Fish & Richardson P.C.); 4. Richard An (Attorney) | 1. Daniel Shim (Attorney); 2. Michael McKeon (Attorney, Fish & Richardson P.C.); 3. Richard An (Attorney); 4. Michael McKeon (Attorney, Fish & Richardson P.C.), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, Ke-Samsung-Ericsson-Leaders@kirkland.com, Brian Sungyun Kim (Attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everrette Rett Snotherly, Hyuckson Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, Ke-Samsung-Ericsson-Leaders@kirkland.com, Richard An (Attorney), Brian Sungyun Kim (Attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everrette Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood, Eric Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee,  kyuhyuk Lee, kts71samsung.com, Hyunsun Kwack, Jihyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seungkyun Oh, Sungho Lee, Suyeul Lee, kimys98@samsung.com, | Email with outside counsel reflecting legal advice regarding patent licensing issues written in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Jaehawk Lee, Kyuhyuk Lee, kts71@samsung.com, Hyunsun Kwack, Jihyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seungkyun Oh, Sungho Lee, Suyeul Lee, kimys98@samsung.com, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Korea), Jong K Choi, Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Minhyung Chung, Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Rosa Woosun Kim (Attorney), Bumjoon Jin, Paul Zeineddin (Attorney), Seungho Ahn (Attorney), Jaewan Chi (Attorney) | Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoonn Kim, Kenneth Korea (Attorney), Jong K Choi,  Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Minhyung Jung, Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Rosa Kim (Attorney), Bunjoon Jin, Paul Zeineddin (Attorney), Seungho Ahn (Attorney), Jaewan Chi (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson-Leaders, Ke-Samsung-Ericsson-Leaders@kirkland.com, Richard An (Attorney), Brian Kim (Attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everrette Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Junwon Lee, Taehyung Kim (Attorney), Hojin Chang, Daniel Laurence Girdwood, Eric Cha, Jay Shim, Youngjo Lim, Michael Kang, Beyong Yuu, Jaehawk Lee, Kyuhyuk Lee, kts71@samsung.com, Hyunsun Kwack, Jihyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seungkyun Oh, Sungho Lee, Suyeul Lee, kimys98@samsung.com, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jung K Choi, Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Mingyung Jung, Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Rosa Kim (Attorney), Bumjoon Jin, Paul Zeineddin (Attorney), Seungho Ahn (Attorney), Jaewon Chi (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Pat Treacy (Attorney, Bristows LLP) | | |
| 203. | N/A | 1. 4/4/2013 2. 4/4/2013 3. 3/28/2013 | 1. Ross Zaurrini (Attorney, Ashurst); 2. Jaehwan Kim (Attorney); 3. Ross Zaurrini (Attorney, Ashurst) | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst) | 1., 2. Jaehyung Kim, Wen-Ts'ai Lim (Attorney, Ashurst LLP) | Email with outside counsel reflecting legal advice regarding expert reports and attaching draft expert report prepared at the direction of counsel in connection with pending litigation | Withheld ACP/WP |
| 203.1 | N/A | 1. 4/4/2013 2. 4/4/2013 3. 3/28/2013 | 1. Ross Zaurrini (Attorney, Ashurst); 2. Jaehwan Kim (Attorney); 3. Ross Zaurrini (Attorney, Ashurst) | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst) | 1., 2. Jaehyung Kim, Wen-Ts'ai Lim (Attorney, Ashurst LLP) | Draft expert report prepared at the direction of counsel in connection with litigation | Withheld ACP/WP |
| 204. | N/A | 1. 5/7/2013 2. 4/4/2013 3. 4/4/2013 4. 3/28/2013 | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst); 3. Jaehwan Kim (Attorney); 4. Ross Zaurrini (Attorney, Ashurst) | 1. Daniel Shim (Attorney), Jaehwan Kim (Attorney); 3. Ross Zaurrini (Attorney, Ashurst) (Attorney, Ashurst LLP), Jaehwan Kim (Attorney) | 2, 3. Jaehyoung Kim (Attorney), Wen-Ts'ai Lim (Attorney, Ashurst LLP) | Email with outside counsel reflecting legal advice regarding expert reports and attaching draft expert report prepared at the direction of counsel in connection with pending litigation | Withheld ACP/WP |
| 204.1 | N/A | 1. 5/7/2013 2. 4/4/2013 3. 4/4/2013 4. 3/28/2013 | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst); 3. Jaehwan Kim (Attorney); 4. Ross Zaurrini (Attorney, Ashurst) | 1. Daniel Shim (Attorney), Jaehwan Kim (Attorney); 3. Ross Zaurrini (Attorney, Ashurst) (Attorney, Ashurst LLP), Jaehwan Kim (Attorney) | 2, 3. Jaehyoung Kim (Attorney), Wen-Ts'ai Lim (Attorney, Ashurst LLP) | Draft expert report prepared at the direction of counsel in connection with litigation | Withheld ACP/WP |
| 205. | N/A | 1. 5/7/2013 2. 4/4/2013 3. 4/4/2013 4. 3/28/2013 | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst); 3. Jaehwan Kim (Attorney); 4.. Ross Zaurrini (Attorney, Ashurst) | 2. Jaehwan Kim; 3. Ross Zaurrini (Attorney, Ashurst); 4. Jaehwan Kim (Attorney) | 2., 3. Jaehyung Kim, Wen-Ts'ai Lim (Attorney, Ashurst) | Email with counsel transmitting draft expert report prepared at the direction of counsel in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 205.1 | N/A | 1. 5/7/2013 2. 4/4/2013 3. 4/4/2013 4. 3/28/2013 | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst); 3. Jaehwan Kim (Attorney); 4.. Ross Zaurrini (Attorney, Ashurst) | 2. Jaehwan Kim; 3. Ross Zaurrini (Attorney, Ashurst); 4. Jaehwan Kim (Attorney) | 2., 3.  Jaehyung Kim,  Wen-Ts'ai Lim (Attorney, Ashurst) | Draft expert report prepared at the direction of counsel in connection with litigation | Withheld ACP/WP |
|  | N/A | 1. 5/7/2013 2. 4/4/2013 3. 4/4/2013 4. 3/28/2013 | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst); 3. Jaehwan Kim (Attorney); 4.. Ross Zaurrini (Attorney, Ashurst) | 2. Jaehwan Kim; 3. Ross Zaurrini (Attorney, Ashurst); 4. Jaehwan Kim (Attorney) | 2., 3.  Jaehyung Kim,  Wen-Ts'ai Lim (Attorney, Ashurst) | Email with counsel transmitting draft expert report  prepared at the direction of counsel in connection with litigation | Withheld ACP/WP Duplicate of 205 |
|  | N/A | 1. 5/7/2013 2. 4/4/2013 3. 4/4/2013 4. 3/28/2013 | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst); 3. Jaehwan Kim (Attorney); 4.. Ross Zaurrini (Attorney, Ashurst) | 2. Jaehwan Kim; 3. Ross Zaurrini (Attorney, Ashurst); 4. Jaehwan Kim (Attorney) | 2., 3.  Jaehyung Kim,  Wen-Ts'ai Lim (Attorney, Ashurst) | Draft expert report prepared at the direction of counsel in connection with litigation | Withheld ACP/WP Duplicate of 205.1 |
| 206. | N/A | 1. 5/9/2013 2. 5/7/2013 3. 4/4/2013 4. 4/4/2013 5. 3/28/2013 | 1. Daniel W. Shim (Attorney); 2. Jaehwan Kim (Attorney); 3. Ross Zaurrini (Attorney, Ashurst); 4. Jaehwan Kim (Attorney); 5.. Ross Zaurrini (Attorney, Ashurst); | 1. Jaehwan Kim (Attorney); 3. Jaehwan Kim; 4. Ross Zaurrini (Attorney, Ashurst); 5. Jaehwan Kim (Attorney) | 3., 4.  Jaehyung Kim,  Wen-Ts'ai Lim (Attorney, Ashurst) | Email with counsel transmitting draft expert report  prepared at the direction of counsel in connection with litigation | Withheld ACP/WP |
| 206.1 | N/A | 1. 5/9/2013 2. 5/7/2013 3. 4/4/2013 4. 4/4/2013 5. 3/28/2013 | 1. Daniel W. Shim (Attorney); 2. Jaehwan Kim (Attorney); 3. Ross Zaurrini (Attorney, Ashurst); 4. Jaehwan Kim (Attorney); 5.. Ross Zaurrini (Attorney, Ashurst); | 1. Jaehwan Kim (Attorney); 3. Jaehwan Kim; 4. Ross Zaurrini (Attorney, Ashurst); 5. Jaehwan Kim (Attorney) | 3., 4.  Jaehyung Kim,  Wen-Ts'ai Lim (Attorney, Ashurst) | Draft expert report prepared at the direction of counsel in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-----|------|-------------|--------------|-----|-------------|-------------------|
| 207. | N/A | 1. 6/5/2013 2. 6/5/2013 | 1. Ari S. Zymelman (Attorney, Williams & Connolly LLP); 2. Indong Kang | 1. Indong Kang, Stanley Fisher (Attorney, Williams & Connolly LLP), F. Lane Heard (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP); 2. Ari S. Zymelman (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP), F. Lane Heard (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP) | 1. Jeahun Han, Jaehwan Kim (Attorney), Jinhwan Kwak, Dov Grossman (Attorney, Williams & Connolly LLP); 2. Jeahun Han, Jaehwan Kim (Attorney), Jinhwan Kwak | Email from outside counsel reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 208. | N/A | 1. 6/11/2013 2. 6/11/2013 3. 6/11/2013 4. 6/11/2013 5. 5/29/2013 6. 5/27/2013 7. 5/25/2013 8. 5/24/2013 9. 5/23/2013 10. 5/23/2013 | 1. Daniel Shim (Attorney); 2. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 3. Daniel Shim (Attorney); 4. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 5. Daniel Shim (Attorney); 6. Hyucksun Kwon; 7. Daniel Shim (Attorney); 8. Heungju Kwon; 9. Hyucksum Kwon; 10. Seungho Ahn (Attorney) | 1. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 2. Daniel Shim (Attorney); 3. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 4. Daniel Shim (Attorney); 5. Wen-Ts'ai Lim (Attorney, Ashurst LLP), Angela Lin (Attorney, Ashurst LLP), Nathan Bellgrove (Attorney, Ashurst), Ross Zaurrini (Attorney, Ashurst); 6. Daniel Shim (Attorney) | 1, 3. Jaehwan Kim (Attorney), Angela Lin (Attorney, Ashurst LLP), Nathan Bellgrove (Attorney, Ashurst), Ross Zaurrini (Attorney, Ashurst); 5. Jaehwan Kim (Attorney); 6. Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney) | Email with outside counsel reflecting legal advice regarding -licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 209. | N/A | 1. 6/19/2013 2. 6/19/2013 | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst) | 1. Ross Zaurrini (Attorney, Ashurst), Daniel Shim (Attorney) | 1. Angela Lin (Attorney, Ashurst) | Email with outside counsel reflecting legal advice regarding expert reports and attaching draft expert report | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | prepared at the direction of counsel in connection with pending litigation | |
| 209.1 | N/A | 1. 6/19/2013 2. 6/19/2013 | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst) | 1. Ross Zaurrini (Attorney, Ashurst), Daniel Shim (Attorney) | 1. Angela Lin (Attorney, Ashurst) | Draft expert report prepared at the direction of counsel in connection with litigation | Withheld ACP/WP |
| 210. | N/A | 7/3/2013 | F. Lane Heard (Williams and Connolly LLP) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jaehwan Kim (Attorney), Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak | | Email with outside counsel reflecting legal advice and attaching draft pleading regarding licensing negotiations, prepared in anticipation of arbitration | Withheld ACP/WP |
| 210.1 | N/A | 7/3/2013 | F. Lane Heard (Williams and Connolly LLP) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jaehwan Kim (Attorney), Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak | | Draft pleading prepared regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP |
| 211. | N/A | 7/5/2013 | Jaehwan Kim (Attorney) | F. Lane Heard (Williams and Connolly LLP) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Kevin Hardy (Attorney, Williams & Connolly LLP) | Email with outside counsel reflecting legal advice and attaching draft pleading regarding licensing negotiations, prepared in anticipation of arbitration | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 211.1 | N/A | 7/5/2013 | Jaehwan Kim (Attorney) | F. Lane Heard (Williams and Connolly LLP) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Kevin Hardy (Attorney, Williams & Connolly LLP) | Draft pleading prepared regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP |
| 212. | N/A | 7/5/2013 | F. Lane Heard (Williams and Connolly LLP) | Jaehwan Kim (Attorney) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak | Email with outside counsel reflecting legal advice and attaching draft pleading regarding licensing negotiations, prepared in anticipation of arbitration | Withheld ACP/WP |
| 212.1 | N/A | 7/5/2013 | F. Lane Heard (Williams and Connolly LLP) | Jaehwan Kim (Attorney) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak | Draft pleading prepared regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 213. | N/A | 7/5/2013 | F. Lane Heard (Williams and Connolly LLP) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jaehwan Kim (Attorney), Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak | Jonathan Landy (Williams and Connolly LLP) | Email with outside counsel reflecting legal advice and attaching draft pleading regarding licensing negotiations, prepared in anticipation of arbitration | Withheld ACP/WP |
| 213.1 | N/A | 7/5/2013 | F. Lane Heard (Williams and Connolly LLP) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jaehwan Kim (Attorney), Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak | Jonathan Landy (Williams and Connolly LLP) | Draft pleading prepared regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP |
| 214 | N/A | 7/2/2013 | F. Lane Heard (Williams and Connolly LLP) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jaehwan Kim (Attorney), Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak | | Email with outside counsel reflecting legal advice and attaching draft pleading regarding licensing negotiations, prepared in anticipation of arbitration | Withheld ACP/WP |
| 214.1 | N/A | 7/2/2013 | F. Lane Heard (Williams and Connolly LLP) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jaehwan Kim (Attorney), Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak | | Draft pleading prepared regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 215. | SAMNDCA-Z0009402 SAMNDCA-Z0009403 | 3/27/2012 | Youngoo Park, Hojin Chang (Attorney) | Hojin Chang (Attorney) | Heungju Kwon | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 216. | SAMNDCA-Z0002329 SAMNDCA-Z0002334 | 4/6/2012 | Hojin Chang (Attorney), Soojin Lee | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Tomomine Ichihashi (Attorney, Ohno and Partners), Hideaki Kobayashi (Attorney, Ohno and Partners), Mamoru Suzuki (Attorney, Ohno and Partners), Seiji Ohno (Attorney, Ohno and Partners), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Kijoong Kang (Attorney), James Jinhwan Kwak, Heungju Kwon, Clayton Seongwoo Kim, JaeHyun Park, Seungkyun Oh, Beyong Yuu (Attorney), Sooyeol Lee, Jaehawk Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 216.1 | N/A | 4/6/2012 | | | | Samsung's Opposition to Respondent Apple Inc.'s Motion for Summary Determination Terminating the Investigation as to the '644 and '348 Patents Based on Samsung's Agreements with Chip Suppliers and FRAND Commitments | Not Produced, NR |
| 216.2 | N/A | 4/6/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 217. | SAMNDCA-Z0009342 | 4/9/2012 | Hojin Chang (Attorney), Yunhee Kang (Attorney) | Hojin Chang (Attorney) | Daniel Ko (Attorney), Clayton Seongwoo Kim | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 217.1 | N/A | 4/9/2012 | | | | Samsung's Opposition to Respondent Apple Inc.'s Motion for Summary Determination Terminating the Investigation as to the '644 and '348 Patents Based on Samsung's Agreements with Chip Suppliers and FRAND Commitments | Not Produced, NR |
| 217.2 | N/A | 4/9/2012 | | | | Samsung's Opposition to Apple's Motion for Partial Summary Judgment | Not Produced, NR |
| 217.3 | N/A | 3/18/2012 | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hojin Chang (Attorney), Marcus Grosch | 1. SamsungFRAND@quinnemanuel.com 2. SamsungFRAND@quinne | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP)<br><br>3. Hojin Chang (Attorney)<br><br>4. Henrik Timmann (Attorney, Rospatt Osten Pross)<br><br>5. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP)<br><br>6. Michael Struys (Attorney, Allen Overy)<br><br>7. Hojin Chang (Attorney) | (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Henrik Timmann (Attorney, Rospatt Osten Pross), Michael Struys (Attorney, Allen Overy), Laetitia Benard (Attorney, Allen Overy), Youngmo Kwon (Attorney, Lee & Ko), Pat Treacy (Attorney, Bristows), Bas Berghuis (Attorney, Simmons & Simmons), studio@vanzettieassociati.it, Wen Ts'ai Lim (Attorney, Blake Dawson / Ashurst), Seiji Ohno (Attorney, Ohno & Partners), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Vinje (Attorney, Clifford Chance), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Gaesung Lee, Seongwoo Clayton Kim, Jaehyoung Kim, Sanghoon Park (Attorney), Jinho Park, Daniel Wooseob Shim (Attorney), Richard An (Attorney), Jongsun Park, | manuel.com 3. 3. Henrik Timmann (Attorney, Rospatt Osten Pross), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Michael Struys (Attorney, Allen Overy), Hojin Chang (Attorney), Laetitia Benard (Attorney, Allen Overy), Youngmo Kwon (Attorney, Lee & Ko), Pat Treacy (Attorney, Bristows), Bas Berghuis (Attorney, Simmons & Simmons), studio@vanzettieassociati.it, Wen Ts'ai Lim (Attorney, Blake Dawson / Ashurst), Seiji Ohno (Attorney, Ohno & Partners), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Vinje (Attorney, Clifford Chance), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Gaesung | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Daniel Ko (Attorney)<br><br>2. Hojin Chang (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Henrik Timmann (Attorney, Rospatt Osten Pross), Michael Struys (Attorney, Allen Overy), Laetitia Benard (Attorney, Allen Overy), Youngmo Kwon (Attorney, Lee & Ko), Pat Treacy (Attorney, Bristows), Bas Berghuis (Attorney, Simmons & Simmons), studio@vanzettieassociati.it, Wen Ts'ai Lim (Attorney, Blake Dawson / Ashurst), Seiji Ohno (Attorney, Ohno & Partners), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Vinje (Attorney, Clifford Chance), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Gaesung Lee, Seongwoo Clayton Kim, Jaehyoung Kim, Sanghoon Park (Attorney), Jinho Park, | Lee, Seongwoo Clayton Kim, Sanghoon Park (Attorney), Jinho Park, Daniel Wooseob Shim (Attorney), Richard An (Attorney), Jongsun Park, Daniel Ko (Attorney), Jaehyoung Kim<br><br>4. Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Gaesung Lee, Seongwoo Clayton Kim, Sanghoon Park (Attorney), Jinho Park, Daniel Wooseob Shim (Attorney), Richard An (Attorney), Jongsun Park, Daniel Ko (Attorney), Jaehyoung Kim<br><br>5. Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Gaesung Lee, Seongwoo Clayton Kim, Sanghoon Park (Attorney), Jinho Park, | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|-----|
| | | | | Daniel Wooseob Shim (Attorney), Richard An (Attorney), Jongsun Park, Daniel Ko (Attorney)<br><br>3. Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP)<br><br>4. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Michael Struys (Attorney, Allen Overy), Hojin Chang (Attorney), Laetitia Benard (Attorney, Allen Overy), Youngmo Kwon (Attorney, Lee & Ko), Pat Treacy (Attorney, Bristows), Bas Berghuis (Attorney, Simmons & Simmons), studio@vanzettieassociati.it, Wen Ts'ai Lim (Attorney, Blake Dawson / Ashurst), Seiji Ohno (Attorney, Ohno & Partners), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Vinje (Attorney, Clifford Chance)<br><br>5. Michael Struys (Attorney, | Daniel Wooseob Shim (Attorney), Richard An (Attorney), Jongsun Park, Daniel Ko (Attorney), Jaehyoung Kim<br><br>6. Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Gaesung Lee, Seongwoo Clayton Kim, Sanghoon Park (Attorney), Jinho Park, Daniel Wooseob Shim (Attorney), Richard An (Attorney), Jongsun Park, Daniel Ko (Attorney), Jaehyoung Kim<br><br>7. Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Gaesung Lee, Seongwoo Clayton Kim, Sanghoon Park (Attorney), Jinho Park, Daniel Wooseob Shim (Attorney), Richard An (Attorney), Jongsun Park, | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Allen Overy), Hojin Chang (Attorney), Laetitia Benard (Attorney, Allen Overy), Youngmo Kwon (Attorney, Lee & Ko), Pat Treacy (Attorney, Bristows), Bas Berghuis (Attorney, Simmons & Simmons), studio@vanzettieassociati.it, Wen Ts'ai Lim (Attorney, Blake Dawson / Ashurst), Seiji Ohno (Attorney, Ohno & Partners), Henrik Timmann (Attorney, Rospatt Osten Pross), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Vinje (Attorney, Clifford Chance)<br><br>6. Hojin Chang (Attorney), Laetitia Benard (Attorney, Allen Overy), Youngmo Kwon (Attorney, Lee & Ko), Pat Treacy (Attorney, Bristows), Bas Berghuis (Attorney, Simmons & Simmons), studio@vanzettieassociati.it, Wen Ts'ai Lim (Attorney, Blake Dawson / Ashurst), Seiji Ohno (Attorney, Ohno & | Daniel Ko (Attorney), Jaehyoung Kim | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Partners), Henrik Timmann (Attorney, Rospatt Osten Pross), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Vinje (Attorney, Clifford Chance)<br><br>7. Laetitia Benard (Attorney, Allen Overy), Youngmo Kwon (Attorney, Lee & Ko), Pat Treacy (Attorney, Bristows), Bas Berghuis (Attorney, Simmons & Simmons), studio@vanzettieassociati.it, Wen Ts'ai Lim (Attorney, Blake Dawson / Ashurst), Seiji Ohno (Attorney, Ohno & Partners), Henrik Timmann (Attorney, Rospatt Osten Pross), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Vinje (Attorney, Clifford Chance), Michael Struys (Attorney, | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Allen Overy) | | | |
| 217.4 | N/A | 3/18/2012 | | | | Memorandum reflecting legal advice regarding licensing prepared at the direction of counsel in anticipation of litigation | Not Produced, NR |
| 217.5 | N/A | 4/3/2012 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Gaesung Lee, Seongwoo Clayton Kim, Sanghoon Park (Attorney), Jinho Park, Daniel Wooseob Shim (Attorney), Richard An (Attorney), Jongsun Park, Daniel Ko (Attorney), Jaehyoung Kim, Yunhee Kang (Attorney), James Minjae Shin (Attorney), Eric Cha (Attorney), Anthony Hojin Kahng (Attorney) | Michael Struys (Attorney, Allen Overy), Thomas Vinje (Attorney, Clifford Chance), Laetitia Benard (Attorney, Allen Overy), Bas Berghuis (Attorney, Simmons & Simmons), Pat Treacy (Attorney, Bristows), Youngmo Kwon (Attorney, Lee & Ko), Patrick Shields (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), studio@vanzettieassociati.it, Wen Ts'ai Lim (Attorney, Blake Dawson / Ashurst), Seiji Ohno (Attorney, Ohno & Partners), Henrik Timmann (Attorney, Rospatt Osten Pross), Ashin van Rooijen (Attorney, Clifford Chance), Marie-Laure | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Combet (Attorney, Clifford Chance), Michel Petite (Clifford Chance), Charles K Verhoeven (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Samsung ITC, Samsung FRAND, Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Chong Park (Attorney, Steptoe & Johnson), Paul Lall (Attorney, Steptoe & Johnson) | | |
| 218. | SAMNDCA-Z0006201 SAMNDCA-Z0006204 | 4/20/2012 | Heungju Kwon, Clayton Seongwoo Kim, Hojin Chang (Attorney) | Heungju Kwon | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 218.1 | N/A | 4/20/2012 | | | | Memorandum reflecting legal advice regarding licensing prepared at the direction of counsel in anticipation of litigation | Not Produced, NR |
| 218.2 | N/A | 4/20/2012 | | | | Memorandum reflecting legal advice regarding licensing prepared at the direction of counsel in anticipation of litigation | Not Produced, NR |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 218.3 | N/A | 4/20/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 218.4 | N/A | 4/20/2012 | | | | Memorandum from outside counsel regarding expert reports prepared in anticipation of litigation | Not Produced, NR |
| 218.5 | N/A | 4/20/2012 | | | | Draft expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 218.6 | N/A | 4/20/2012 | | | | Memorandum reflecting legal advice regarding licensing prepared at the direction of counsel in anticipation of litigation | Not Produced, NR |
| 218.7 | N/A | 4/20/2012 | | | | Memorandum reflecting legal advice regarding licensing prepared at the direction of counsel in anticipation of litigation | Not Produced, NR |
| 218.8 | N/A | 4/20/2012 | | | | Presentation reflecting legal advice regarding licensing prepared at the direction of counsel in anticipation of litigation | Not Produced, NR |
| 218.9 | N/A | 4/20/2012 | | | | Presentation reflecting legal advice regarding expert reports prepared at the direction of counsel in anticipation of litigation | Not Produced, NR |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 219. | SAMNDCA-Z0006509 | 5/4/2012 | Yunhee Kang (Attorney) | Heungju Kwon | Kijoong Kang (Attorney), Daniel Ko (Attorney), Clayton Seongwoo Kim, Hojin Chang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 219.1 | | 5/4/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR |
| 219.2 | | 5/4/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 220. | SAMNDCA-Z0006569 | 5/4/2012 | Heungju Kwon | Heungju Kwon | Kijoong Kang (Attorney), Yunhee Kang (Attorney), Heungju Kwon, Clayton Seongwoo Kim, Peter Sanghoon Park (Attorney), Christopher Jinho Park (Attorney), Jaewan Chi (Attorney) | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP |
| 220.1 | N/A | 5/4/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR Duplicate of Tab 219.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|-------------------|
| 220.2 | N/A | 5/4/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 219.2 |
| 221. | N/A | 1. 6/29/2012<br>2. 6/29/2012<br>3. 2/23/2012<br>4. 2/23/2012 | 1. Clayton Seongwoo Kim; 2. Daniel W. Shim (Attorney); 3. Ruben Ladde (Attorney, Simmons & Simmons LLP); 4. R.M. Kleemans (Attorney, Freshfields Bruckhaus Deringer) | 1. Daniel W. Shim (Attorney); 4. j.th.van.walderveen@rechtspraak.nl, e.brinkman@rechtspraak.nl | 4. Theo Blomme (Attorney, Freshfields Bruckhaus Deringer), Jelle Drok (Attorney, Freshfields Bruckhaus Deringer), p.h.blok@rechtspraak.nl, Mattie de Koning (Attorney, Simmons & Simmons LLP), a.raghoenandan@rechtspraak.nl, Ruben Ladde (Attorney, Simmons & Simmons LLP), Bas Berghuis van Woortman (Attorney, Simmons & Simmons LLP) | Email with counsel, prepared in anticipation of litigation, reflecting legal advice regarding third party's intellectual property rights and licensing issues | Withheld ACP/WP |
| 222. | SAMNDCA-Z0010490 SAMNDCA-Z0010494 | 1. 6/29/2012<br>2. 6/29/2012<br>3. 6/29/2012<br>4. 2/23/2012<br>5. 2/23/2012 | 1. Daniel W. Shim (Attorney); 2. Clayton Seongwoo Kim; 3. Daniel W. Shim (Attorney); 4. Ruben Ladde (Attorney, Simmons & Simmons LLP); | 1. Clayton Seongwoo Kim; 5. j.th.van.walderveen@rechtspraak.nl, e.brinkman@rechtspraak.nl | 5. Theo Blomme (Attorney, Freshfields Bruckhaus Deringer), Jelle Drok (Attorney, Freshfields Bruckhaus Deringer), | Email with counsel, prepared in anticipation of litigation, reflecting legal advice regarding third party's intellectual property rights and licensing issues | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | 5. R.M. Kleemans (Attorney, Freshfields Bruckhaus Deringer) | | p.h.blok@rechtspraak.nl, Mattie de Koning (Attorney, Simmons & Simmons LLP), a.raghoenandan@rechtspraak.nl, Ruben Ladde (Attorney, Simmons & Simmons LLP), Bas Berghuis van Woortman (Attorney, Simmons & Simmons LLP) | | |
| | N/A | 1. 6/29/2012 2. 6/29/2012 3. 6/29/2012 4. 2/23/2012 5. 2/23/2012 | 1. Daniel W. Shim (Attorney); 2. Clayton Seongwoo Kim; 3. Daniel W. Shim (Attorney); 4. Ruben Ladde (Attorney, Simmons & Simmons LLP); 5. R.M. Kleemans (Attorney, Freshfields Bruckhaus Deringer) | 1. Clayton Seongwoo Kim; 5. j.th.van.walderveen@rechtspraak.nl, e.brinkman@rechtspraak.nl | 5. Theo Blomme (Attorney, Freshfields Bruckhaus Deringer), Jelle Drok (Attorney, Freshfields Bruckhaus Deringer), p.h.blok@rechtspraak.nl, Mattie de Koning (Attorney, Simmons & Simmons LLP), a.raghoenandan@rechtspraak.nl, Ruben Ladde (Attorney, Simmons & Simmons LLP), Bas Berghuis van Woortman (Attorney, Simmons & | Email with counsel, prepared in anticipation of litigation, reflecting legal advice regarding third party's intellectual property rights and licensing issues | Withheld ACP/WP Duplicate of Tab 222. |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Simmons LLP) | | |
| | N/A | 1. 6/29/2012<br>2. 6/29/2012<br>3. 6/29/2012<br>4. 2/23/2012<br>5. 2/23/2012 | 1. Daniel W. Shim (Attorney); 2. Clayton Seongwoo Kim; 3. Daniel W. Shim (Attorney); 4. Ruben Ladde (Attorney, Simmons & Simmons LLP); 5. R.M. Kleemans (Attorney, Freshfields Bruckhaus Deringer) | 1. Clayton Seongwoo Kim; 5. j.th.van.walderveen@rechtspraak.nl, e.brinkman@rechtspraak.nl | 5. Theo Blomme (Attorney, Freshfields Bruckhaus Deringer), Jelle Drok (Attorney, Freshfields Bruckhaus Deringer), p.h.blok@rechtspraak.nl, Mattie de Koning (Attorney, Simmons & Simmons LLP), a.raghoenandan@rechtspraak.nl, Ruben Ladde (Attorney, Simmons & Simmons LLP), Bas Berghuis van Woortman (Attorney, Simmons & Simmons LLP) | Email with counsel, prepared in anticipation of litigation, reflecting legal advice regarding third party's intellectual property rights and licensing issues | Withheld ACP/WP Duplicate of Tab 222. |
| 223. | SAMNDCA-Z0006264<br>SAMNDCA-Z0006265 | 7/5/2012 | Caleb Lee (Attorney) | Hojin Chang (Attorney) | Kijoong Kang (Attorney), Yunhee Kang (Attorney), Heungju Kwon, Clayton Seongwoo Kim, Peter Sanghoon Park (Attorney), Christopher Jinho Park (Attorney), Jaewan Chi (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 223.1 | N/A | 7/5/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR |
| 223.2 | N/A | 7/5/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR |
| 223.3 | N/A | 7/5/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR |
| 223.4 | N/A | 7/5/2012 | | | | Pleading submitted to European Commission on the Commission's potential theories of harm | Not Produced, NR |
| 223.5 | N/A | 7/5/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR |
| 223.6 | N/A | 7/5/2012 | | | | Pleading prepared regarding licensing negotiations, written in anticipation of arbitration | Not Produced, NR |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 223.7 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 223.8 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 223.9 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 223.10 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 223.11 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 223.12 | N/A | 7/5/2012 | | | | Letter from Samsung to Apple regarding licensing negotiations | Not Produced, NR |
| 223.13 | N/A | 7/5/2012 | | | | Presentation reflecting legal advice regarding licensing prepared at the direction of counsel in anticipation of litigation | Not Produced, NR |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 223.14 | N/A | 7/5/2012 | | | | Pleading submitted to European Commission on the Commission's potential theories of harm | Not Produced, NR |
| 224. | SAMNDCA-Z0006388 SAMNDCA-Z0006389 | 7/5/2012 | Young Mo Kwon (Attorney, Lee & Ko), Hyeon Gil Ryoo (Attorney, Lee & Ko) | Hojin Chang (Attorney) | Kijoong Kang (Attorney), Yunhee Kang (Attorney), James Jinhwan Kwak, Heungju Kwon, Clayton Seongwoo Kim, Peter Sanghoon Park (Attorney), Caleb Lee (Attorney), Hojin Chang (Attorney), Jaewan Chi (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 224.1 | N/A | 7/5/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.1 |
| 224.2 | N/A | 7/5/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.2 |
| 224.3 | N/A | 7/5/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.3 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 224.4 | N/A | 7/5/2012 | | | | Pleading submitted to European Commission on the Commission's potential theories of harm | Not Produced, NR Duplicate of Tab 223.4 |
| 224.5 | N/A | 7/5/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.5 |
| 224.6 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.7 |
| 224.7 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.8 |
| 224.8 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.9 |
| 224.9 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.10 |
| 224.10 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.11 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 224.11 | N/A | 7/5/2012 | | | | Letter from Samsung to Apple regarding licensing negotiations | Not Produced, NR Duplicate of Tab 223.12 |
| 224.12 | N/A | 7/5/2012 | | | | Presentation reflecting legal advice regarding licensing prepared at the direction of counsel in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.13 |
| 224.13 | N/A | 7/5/2012 | | | | Pleading prepared regarding licensing negotiations, written in anticipation of arbitration | Not Produced, NR Duplicate of Tab 223.6 |
| 224.14 | N/A | 7/5/2012 | | | | Pleading submitted to European Commission on the Commission's potential theories of harm | Not Produced, NR Duplicate of Tab 223.14 |
| 225. | SAMNDCA-Z0006449 | 7/6/2012 | Heungju Kwon,Clayton Seongwoo Kim | Heungju Kwon | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP |
| 225.1 | N/A | 7/6/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP |
| 226. | SAMNDCA-Z0010477 SAMNDCA-Z0010482 | 7/14/2012 | Helen Hopson (Attorney, Bristows, LLP) | Daniel Ko (Attorney), Hojin Chang (Attorney), Michel Struys (Attorney, AllenOvery), Peter | Ief Daems, Thomas Vinje (Attorney, Clifford Chance), Pat Treacy (Attorney, Bristows, LLP), | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Camesasca (Attorney) (Attorney, Zimmermann & Partner), Ashwin van Rooijen (Attorney, Clifford Chance), Jinho Park (Attorney), Jaewan Chi (Attorney) | Sanghoon Park (Attorney), Yunwook Son, Clayton Seongwoo Kim, Hyojae Kim, Caleb Lee (Attorney), Daniel Wooseob Shim (Attorney) | | |
| 227. | N/A | 12/16/2012 | Wonsuk Park | Seungho Ahn (Attorney), Kijoong Kang (Attorney), Minhyung Chung, James Jinhwan Kwak, Kenneth Korea (Attorney) | Wonsuk Park | Email to counsel written in anticipation of litigation, reflecting legal advice regarding intellectual property rights written in connection with prospective licensing negotiation | Withheld ACP/WP |
| 227.1. | N/A | 12/16/2012 | | | | Document prepared at the direction of counsel, prepared in anticipation of litigation, reflecting legal advice regarding intellectual property rights written in connection with prospective licensing negotiation | Withheld ACP/WP |
| 227.2. | N/A | 12/16/2012 | | | | Document prepared at the direction of counsel, prepared in anticipation of litigation, reflecting legal advice regarding intellectual property rights written in connection with prospective licensing negotiation | Withheld ACP/WP |
| | N/A | 12/16/2012 | Wonsuk Park | Seungho Ahn (Attorney), Kijoong Kang (Attorney), | Wonsuk Park | Email to counsel written in anticipation of litigation, reflecting legal advice regarding | Withheld ACP/WP Duplicate of Tab 227. |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Minhyung Chung, James Jinhwan Kwak, Kenneth Korea (Attorney) | | intellectual property rights written in connection with prospective licensing negotiation | |
| | N/A | 12/16/2012 | | | | Document prepared at the direction of counsel, prepared in anticipation of litigation, reflecting legal advice regarding intellectual property rights written in connection with prospective licensing negotiation | Withheld ACP/WP Duplicate of Tab 227.1. |
| | N/A | 12/16/2012 | | | | Document prepared at the direction of counsel, prepared in anticipation of litigation, reflecting legal advice regarding intellectual property rights written in connection with prospective licensing negotiation | Withheld ACP/WP Duplicate of Tab 227.2. |
| 228. | N/A | 1. 12/28/2012 2. 12/28/2012 3. 12/21/2012 4. 12/18/2012 5. 12/10/2012 | 1. Taehyung Kim (Attorney) 2. Taehyung Kim (Attorney) 3. Helen Hopson (Attorney, Bristows LLP) 4. Pat Treacy (Attorney, Bristows LLP) 5. Laura Peirson (Attorney, Bristows LLP) | 1. Daniel W. Shim (Attorney) | | Email with outside counsel reflecting legal advice and transmitting document regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 228.1 | N/A | 12/28/2012 | Pat Treacy (Attorney, Bristows LLP) | Taehyung Kim (Attorney), James Jinhwan Kwak, Jinho Park (Attorney), Hojin Chang (Attorney), Bongjoon Kang, Indong Kang, Peter Camesasca (Attorney) | Helen Hopson (Attorney, Bristows LLP), Laura Peirson (Attorney, Bristows LLP) | Email with outside counsel reflecting legal advice and attaching document regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 228.2 | N/A | 12/28/2012 | Laura Peirson (Attorney, Bristows LLP) | Taehyung Kim (Attorney), James Jinhwan Kwak, Jinho Park (Attorney), Hojin Chang (Attorney), Bongjoon Kang, Indong Kang, Peter Camesasca (Attorney) | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | Email with outside counsel reflecting legal advice and attaching document regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 228.3 | N/A | 12/28/2012 | | | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 228.4 | N/A | 12/28/2012 | | | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation | Not Produced, NR |
| 228.5 | N/A | 12/28/2012 | | | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation | Not Produced, NR |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 229. | N/A | 1. 1/8/2013 2. 1/7/2013 3. 1/7/2013 4. 1/7/2013 | 1. Taehyung Kim (Attorney); 2. Indong Kang; 3. Taehyung Kim (Attorney); 4. Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney) | 1. Taehyung Kim (Attorney), Indong Kang; 3. Pat Treacy (Attorney), Helen Hopson (Attorney); 4. Taehyung Kim (Attorney) | | Email with outside counsel reflecting legal advice and transmitting document regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 229.1. | N/A | 1/8/2013 | | | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 229.2. | N/A | 1/8/2013 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 229.3. | N/A | 1/8/2013 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 230. | N/A | 1. 1/11/2013 2. 1/11/2013 3. 1/11/2013 4. 1/11/2013 5. 1/11/2013 6. 1/07/2013 | 1. Hojin Chang (Attorney); 2. Peter Camesasca (Attorney); 3. Christopher Park (Attorney); 4. Christopher Park (Attorney); 5. Peter Camesasca (Attorney); 6. Christopher Park (Attorney) | 1. Daniel Shim (Attorney); 2. Christopher Park (Attorney); 3. Christopher Park (Attorney), Peter Camesasca (Attorney); 6. Peter Camesasca (Attorney) | 1. Kijoong Kang (Attorney), Injung Lee (Attorney), Clayton Kim, Eric Junghoon Cha (Attorney), James Jinhwan Kwak, Jay Shim (Attorney), Taehyung Kim (Attorney); 2, 3. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gaesung | Email with counsel reflecting legal advice regarding trial strategy, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Daniel Shim (Attorney), James Jinhwan Kwak; 6. Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon Park, Hojin Chang N/A(Attorney), Yeonwook Son, Christopher Park (Attorney) | | |
| 230.1. | N/A | 1/11/2013 | | | | Presentation document prepared by outside counsel reflecting legal advice regarding trial strategy, prepared in anticipation of litigation | Withheld ACP/WP |
| 230.2. | N/A | 1/11/2013 | | | | Presentation document prepared by outside counsel reflecting legal advice regarding trial strategy, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 231. | N/A | 1. 1/11/2013<br>2. 1/11/2013<br>3. 1/11/2013<br>4. 1/11/2013<br>5. 1/11/2013<br>6. 1/11/2013<br>7. 1/7/2013 | 1. Injung Lee (Attorney);<br>2. Hojin Chang (Attorney);<br>3. Peter Camesasca (Attorney); 4. Christopher Jinho Park (Attorney);<br>5. Christopher Jinho Park (Attorney); 6. Peter Camesasca (Attorney);<br>7. Christopher Jinho Park (Attorney); | 1. Hojin Chang (Attorney), Daniel W. Shim (Attorney);<br>2. Daniel W. Shim (Attorney);<br>3. Christopher Jinho Park (Attorney); 4. Christopher Jinho Park (Attorney), Peter Camesasca (Attorney);<br>5. Peter Camesasca (Attorney); 6. Christopher Jinho Park (Attorney);<br>7. Peter Camesasca (Attorney) | 1. Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), Eric Junghoon Cha (Attorney), Jinhwan Kwak, Jay Shim (Attorney), Taehyung Kim (Attorney); 3., 4. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yunwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Daniel W. Shim (Attorney), Jinhwan Kwak; 7. Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yunwook Son, Christopher Jinho Park (Attorney) | Email with outside counsel, prepared in anticipation of litigation, reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 232. | N/A | 1. 1/11/2013<br>2. 1/11/2013<br>3. 1/11/2013<br>4. 1/11/2013<br>5. 1/11/2013<br>6. 1/11/2013<br>7. 1/11/2013<br>8. 1/7/2013 | 1. Daniel Shim (Attorney);<br>2. Injung Lee (Attorney);<br>3. Hojin Chang (Attorney);<br>4. Peter Camesasca (Attorney);<br>5&6. Christopher (Jinho) Park; 7. Peter Camesasca (Attorney); 8. Christopher Park (Attorney) | 1. Injung Lee (Attorney);<br>4. Jinho Park; 5. Christopher Park (Attorney), Peter Camesasca (Attorney); 6. Peter Camesasca (Attorney); 7. Christopher Park (Attorney); 8. Peter Camesasca (Attorney) | 1. Hojin Chang (Attorney), Kijoong Kang (Attorney), Eric Junghoon Cha (Attorney), Jinhwan Kwak, Jay Shim (Attorney), Taehyung Kim (Attorney); 4&5. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Kyesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yunwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Daniel Shim (Attorney), Jinhwan Kwak; 8. Sangjoo Lee (Attorney), Kyesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yunwook Son, Jinho Park | Email from outside counsel reflecting legal advice regarding licensing issues in conjunction with litigation | Withheld ACP/WP |
| 233. | N/A | 1. 2/5/2013<br>2. 2/6/2013<br>3. 2/6/2013 | 1. Indong Kang; 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell | 1. Jeahun Han, Hoyun Kim<br>2. Hyucksun Kwon; 4. Eric Junghoon Cha (Attorney), | 4&5. FR Samsung-Ericsson Leaders, KE Samsung-Ericsson | Email with outside counsel in anticipation of litigation, reflecting legal advice and transmitting document prepared regarding | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 4. 2/5/2013 5. 2/4/2013 | (Attorney, Fish & Richardson, P.C.); 4. Michael McKeon; 5. Michael McKeon | David Higher, Ed Donovan, Richard An; 5. Eric Junghoon Cha (Attorney), David Higher, Ed Donavan, Richard An (Attorney) | Leaders | licensing issues | |
| 233.1. | N/A | 2/5/2013 | | | | Document prepared by outside counsel in anticipation of litigation, reflecting legal advice regarding licensing issues | Withheld ACP/WP |
| 234. | N/A | 1. 2/6/2013 2. 2/5/2013 3. 2/4/2013 | 1., 2., 3. Hyucksun Kwon | 1. Seungho Ahn (Attorney), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Minhyung Chung, Jay Shim (Attorney), Injung Lee (Attorney), James Jinhwan Kwak, Brian Sungyun Kim (Attorney), Beyongho Yuu (Attorney), Junwon Lee, Joonkyo Cheong, Richard An (Attorney), Eric Junghoon Cha (Attorney), James Minjae Shin (Attorney), Indong Kang, YoungJin Kwon, Taehyung Kim (Attorney), Youngmo Koo,  Kyuhyuk Lee, Jaehwak Lee, Junghyeob Lee, Dongsoo Seo, Hankil Kang | 1. Hyunju Kim, Miji Kim, Eunhye Choi, Sohee Yoon, Jeong Jin, Ahra Lee, Mirae Choo | Email with counsel reflecting legal advice in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Hyunsun Kwak, Hyucksun Kwon | | | |
| 234.1. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding litigation timeline in anticipation of litigation | Withheld ACP/WP |
| 234.2. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding arbitration  in anticipation of litigation | Withheld ACP/WP |
| 234.3. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding component vendors in anticipation of litigation | Withheld ACP/WP |
| 234.4. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding document production in anticipation of litigation | Withheld ACP/WP |
| 234.5. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding litigation strategy in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 234.6. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding mock trial and arbitration studies in anticipation of litigation | Withheld ACP/WP |
| 234.7. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding litigation schedule in anticipation of litigation | Withheld ACP/WP |
| 234.8. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding mock trial in anticipation of litigation | Withheld ACP/WP |
| 234.9. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel in anticipation of litigation | Withheld ACP/WP |
| 235. | N/A | 1. 2/6/2013<br>2. 2/6/2013<br>3. 2/5/2013<br>4. 2/4/2013 | 1. Indong Kang;<br>2., 3., 4. Hyucksun Kwon | 1. Jaehun Han, Hoyun Kim | | Email with counsel reflecting legal advice regarding litigation schedule in anticipation of litigation | Withheld ACP/WP |
| 235.1 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding litigation timeline in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 234.1. |
| 235.2 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding arbitration in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 234.2. |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 235.3 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding component vendors in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 234.3. |
| 235.4 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding document production in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 234.4. |
| 235.5 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding litigation strategy in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 234.5. |
| 235.6 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding mock trial and arbitration studies in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 234.6. |
| 235.7 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding litigation schedule in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 234.7. |
| 235.8 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding mock trial in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 234.8. |
| 235.9 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 234.9. |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 236. | N/A | 1. 2/13/2013<br>2. 2/14/2013 | 1. James Jinhwan Kwak;<br>2. FOSS Patents | 1. Indong Kang, James Jinhwan Kwak; 2. James Jinhwan Kwak | | Email seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 237. | N/A | 2/14/2013 | Eugene Shim | Seungho Ahn (Attorney), Jaewan Chi (Attorney), Kijoong Kang (Attorney), MinHyung Chung, Seunggun Park, Injung Lee (Attorney), Jay Shim (Attorney), Hosik Jang (Attorney), Dong-Geun Lee, WonDeuk Song, Beyongho Yuu (Attorney), James Kwak, Brian Sungyun Kim (Attorney), Yooseok Kim, Jongpil Hong, Andrew Hong, Hojin Chang (Attorney), Taehyung Kim (Attorney), James Shin (Attorney), Richard An (Attorney), Jaehwan Kim (Attorney), Eric Junghoon Cha (Attorney), HK Park, Jay Jaehwang Sim, Joonkyo Cheong, Chulhee Lee, Sungjae Chang, Giho Ro, Junghyeob Lee, Seungbeom Choi, Jack Kyonghwa Chong, | Byungsung Cho, Caroline Shin, Esther Park, Eugene Shim, Eunha Kim, Kenneth Korea (Attorney) | Email with counsel reflecting legal advice and transmitting document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Joe Hur, Sunghwan Youn, Hyungtaek Lim, Kiwoong Song, Jongwoon Kim, Junghoon Park, Hyungwon Chung, Sungmin Jo | | | |
| 237.1. | N/A | 2/14/2013 | | | | Memorandum from counsel reflecting legal advice regarding licensing and summarizing IP news in anticipation of litigation | Withheld ACP/WP |
| 238. | N/A | 1. 2/14/2013 2. 2/14/2013 | 1. Eugene Shim; 2. Eugene Shim | 1. Everette Rett Snotherly (Attorney), Karin Norton (Attorney), Daniel Laurence Girdwood (Attorney), Bryan Richardson, Anthony Hojin Kahng (Attorney); 2. Seungho Ahn (Attorney), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Minhyung Chung, Seuggun Park, Injung Lee (Attorney), Jay Shim (Attorney), Hosik Jang, Donggeun Lee, Wondeuk Song, Beyongho Yuu (Attorney), James Jinhwan Kwak, Brian Sungyun Kim (Attorney), Yooseok Kim, Jongpil Hong, | 1. Gunyoung Lee; 2. Kenneth Korea (Attorney), Eunha Kim, Esther Park, Caroline Shin, Byungsung Cho, Eugene Shim | Email with counsel reflecting legal advice and transmitting document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Andrew Hong, Hojin Chang (Attorney), Taehyung Kim (Attorney), James Shin (Attorney), Richard An (Attorney), Jaehwan Kim (Attorney), Eric Junghoon Cha (Attorney), HK Park, Jay Jaehwang Sim, Joonkyu Cheong, Chulhee Lee, Sungjae Chang, Giho Ro, Junghyeob Lee, Seungbeom Choi, Jack Kyonghwa Chong, Joe Hur, Sunghwan Youn, Hyungtaek Lim, Kiwoong Song, Jongwoon Kim, Junghoon Park, Hyungwon Chung, Sungmin Jo | | | |
| 238.1. | N/A | 2/14/2013 | | | | Memorandum from counsel reflecting legal advice regarding licensing and summarizing IP news in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 236.1 |
| 239. | N/A | 2/22/2013 | 1. Indong Kang 2. Hyucksun Kwon 3. Hyucksun Kwon 4. Hyucksun Kwon | 1. Jaehun Kim, Hoyun Kim | | Document prepared at the direction of counsel reflecting legal advice regarding licensing negotiations with third party | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|-----|
| 239.1 | N/A | 2/22/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.2 | N/A | 2/22/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.3 | N/A | 2/22/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.4 | N/A | 2/22/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.5 | N/A | 2/22/2013 | | | | Presentation prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.6 | N/A | 2/22/2013 | | | | Presentation prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.7 | N/A | 2/22/2013 | | | | Presentation prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 239.8 | N/A | 2/22/2013 | | | | Presentation prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.9 | N/A | 2/22/2013 | | | | Presentation prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.10 | N/A | 2/22/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.11 | N/A | 2/22/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.12 | N/A | 2/22/2013 | | | | Presentation prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.13 | N/A | 2/22/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.14 | N/A | 2/22/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 240. | N/A | 1. 2/28/2013 2. 2/27/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney) | 1. Eunha Kim; 2. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (Attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak (Attorney), Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee; Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung | | Email with counsel reflecting legal advice and transmitting memorandum prepared by outside counsel regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 240.1. | N/A | 2/28/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | | issues, prepared in anticipation of arbitration | |
| | N/A | 1. 2/28/2013 2. 2/27/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney) | 1. Eunha Kim; 2. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (Attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak (Attorney), Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee; Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung | | Email with counsel reflecting legal advice and transmitting memorandum prepared by outside counsel regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 240 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 2/28/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 240.1 |
| | N/A | 1. 2/28/2013 2. 2/27/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney) | 1. Eunha Kim; 2. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (Attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Junghyeob Lee, Youngmo Koo; Seungho Ahn | | Email with counsel reflecting legal advice and transmitting memorandum prepared by outside counsel  regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 240 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Jaewan Chi (Attorney), Minhyung Chung | | | |
| | N/A | 2/28/2013 | | | | Memorandum prepared by counsel reflecting legal advice in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 240.1 |
| 241. | N/A | 1. 3/12/2013 2. 3/12/2013 | 1. Injung Lee (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP); | 1. Junwon Lee, Hyucksun Kwon, Daniel W. Shim (Attorney), Richard An, Eric Junghoon Cha (Attorney), Brian Sungyun Kim (Attorney), Taehyung Kim (Attorney), Hojin Chang (Attorney), Jinhwan Kwak; 2. Injung Lee (Attorney) | | Email with outside counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Withheld ACP/WP |
| 241.1. | N/A | 3/12/2013 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing negotiations in anticipation of litigation | Withheld ACP/WP |
| 242. | N/A | 1. 3/22/2013 2. 3/20/2013 | 1. Hyucksun Kwon; 2. Hyucksun Kwon | 1. Hyucksun Kwon, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Minhyung Chung, Jay Shim (Attorney), Injung Lee (Attorney), Jinhwan Kwak, Brian Sungyun Kim (Attorney), Beyongho Yuu | | Email to counsel transmitting document prepared by outside counsel reflecting legal advice regarding discovery in conjunction with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Junwon Lee, Joonkyo Jung, Richard An (Attorney), Eric Junghoon Cha (Attorney), James Minjae Shin (Attorney), Indong Kang, Youngjin Kwon, Youngjo Lim (Attorney), Taehyung Kim (Attorney), Youngmo Koo, Kyuhyuk Lee, Jaehwak Lee, Junghyeob Lee, Dongsoo Seo, Hankil Kang (Attorney), Hyunsun Kwak, Clayton Seongwoo Kim | | | |
| 242.1 | N/A | 3/22/2013 | | | | Document reflecting legal advice from counsel regarding litigation strategy in anticipation of litigation | Withheld ACP/WP |
| 242.2 | N/A | 3/22/2013 | | | | Document reflecting legal advice from counsel regarding litigation strategy in anticipation of litigation | Withheld ACP/WP |
| 242.3 | N/A | 3/22/2013 | | | | Document reflecting legal advice from counsel regarding licensing negotiations in anticipation of litigation | Withheld ACP/WP |
| 242.4 | N/A | 3/22/2013 | | | | Document reflecting legal advice from counsel regarding licensing negotiations in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------  |-------------------|
| 242.5 | N/A | 3/22/2013 | | | | Document reflecting legal advice from counsel regarding litigation strategy in anticipation of litigation | Withheld ACP/WP |
| 242.6 | N/A | 3/22/2013 | | | | Document reflecting legal advice from counsel regarding discovery in anticipation of litigation | Withheld ACP/WP |
| 242.7 | N/A | 3/22/2013 | | | | Document reflecting legal advice from counsel regarding litigation strategy in anticipation of litigation | Withheld ACP/WP |
| 243. | SAMNDCA-Z0000122 | 3/25/2013 | Indong Kang | Seungho Ahn (Attorney), James Jinhwan Kwak | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 244. | N/A | 1. 4/1/2013 2. 4/1/2013 | 1. Indong Kang; 2. Ari S. Zymelman (Attorney, Williams & Connolly LLP) | 1. Jeahun Han; 2. Indong Kang | | Email written at the direction of counsel reflecting and seeking legal advice regarding Samsung's license negotiation with third party | Withheld ACP/WP |
| 245. | N/A | 4/6/2013 | Jeahun Han | Indong Kang | | Email written at the direction of counsel in anticipation of litigation reflecting legal advice and transmitting document prepared regarding patent license royalty | Withheld ACP/WP |
| 245.1. | N/A | 4/6/2013 | | | | Document prepared at the direction of counsel reflecting legal advice regarding patent license royalty | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 246. | N/A | 4/12/2013 | Jeahun Han | Seungho Ahn (Attorney), Injung Lee (Attorney) | | Email with counsel in anticipation of litigation reflecting legal advice and transmitting memorandum prepared regarding Samsung's license negotiation with third party | Withheld ACP/WP |
| 246.1. | N/A | 4/12/2013 | | | | Memorandum prepared by outside counsel regarding Samsung's license negotiation with third party | Withheld ACP/WP |
| | N/A | 4/12/2013 | Jeahun Han | Seungho Ahn (Attorney), Injung Lee (Attorney) | | Email with counsel in anticipation of litigation reflecting legal advice and transmitting memorandum prepared regarding Samsung's license negotiation with third party | Withheld ACP/WP Duplicate of Tab 246 |
| | N/A | 4/12/2013 | | | | Memorandum prepared by outside counsel regarding Samsung's license negotiation with third party | Withheld ACP/WP Duplicate of Tab 246.1 |
| 247. | N/A | 4/19/2013 | Hyucksun Kwon | Seungho Ahn (Attorney), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Minhyung Chung, Jay Shim (Attorney), Injung Lee (Attorney), Jinhwan Kwak, Sungyoon Kim (Attorney) | Joonwon Lee, Joonkyo Chung, Richard An (Attorney), Hyucksun Kwon, Junghoon Cha (Attorney), Youngjin Kwon, Youngjo Lim (Attorney), Taehyung Kim (Attorney), | Email with counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Seungwoo Kim, Joonghyup Lee, Indong Kang, Youngmo Ku, Dongsu Suh, Bumjoon Jin, Seungbum Choi, Suk Huh, Kyungwha Jung, Sunghwan Yun (Attorney) | | |
| 247.1 | N/A | 4/19/2013 | | | | Document reflecting legal advice from counsel regarding litigation strategy in anticipation of litigation | Not Produced, NR |
| 247.2 | N/A | 4/19/2013 | | | | Document reflecting legal advice from counsel regarding litigation strategy prepared in anticipation of litigation | Withheld ACP/WP |
| 247.3 | N/A | 4/19/2013 | | | | Letter between Samsung and Ericsson regarding licensing negotiations | Not Produced, NR |
| 247.4 | N/A | 4/19/2013 | | | | Document reflecting legal advice from counsel regarding licensing prepared in anticipation of litigation | Withheld ACP/WP |
| 247.5 | N/A | 4/19/2013 | | | | Letter between Samsung and Ericsson regarding licensing negotiations | Not Produced, NR |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 247.6 | N/A | 4/19/2013 | | | | Letter between Samsung and Ericsson regarding licensing negotiations | Not Produced, NR |
| 247.7 | N/A | 4/19/2013 | | | | Memorandum reflecting legal advice from counsel regarding litigation strategy prepared in anticipation of litigation | Not Produced, NR |
| 247.8 | N/A | 4/19/2013 | | | | Memorandum reflecting legal advice from counsel regarding litigation strategy prepared in anticipation of litigation | Not Produced, NR |
| 247.9 | N/A | 4/19/2013 | | | | Memorandum reflecting legal advice from counsel regarding FRAND cases prepared in anticipation of litigation | Not Produced, NR |
| 247.10 | N/A | 4/19/2013 | | | | Memorandum reflecting legal advice from counsel regarding litigation strategy prepared in anticipation of litigation | Not Produced, NR |
| 248. | N/A | 5/5/2013 | Richard An (Attorney) | Jaewan Chi (Attorney), James Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Seungho Ahn (Attorney), Hyucksun Kwon, Youngmo Koo, Brian Sungyun Kim (Attorney), Indong Kang, Junwon Lee, Taehyung Kim (Attorney), | | Email with counsel seeking and reflecting legal advice and transmitting documents prepared regarding licensing issues in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyong Ho Yuu, Jaehwak Lee, Kyuhyuk Lee, Tai Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seungkyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, Ilman Bae, Min K. Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Seunggun Park, | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Rosa Woosun Kim (Attorney), Beomjun Jin, Seong Hyuk Kim | | | |
| 248.1 | N/A | 5/5/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP |
| 248.2 | N/A | 5/5/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP |
| | N/A | 5/5/2013 | Richard An (Attorney) | Jaewan Chi (Attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Rett Snotherly, Seungho Ahn (Attorney), Hyucksun Kwon, Youngmo Koo, Brian Sungyun Kim (Attorney), Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang | | Email with counsel reflecting and seeking legal advice and transmitting document prepared by outside counsel regarding licensing issues, written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 248 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Daniel Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Taisuk Kim | | | |
| | N/A | 5/5/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 248.1 |
| | N/A | 5/5/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 248.2 |
| 249. | N/A | 5/5/2013 | Richard An (Attorney) | Seungho Ahn (Attorney), Junwon Lee, Richard An (Attorney), Jaewan Chi (Attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Brian Sungyun Kim (Attorney), Indong Kang, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel girdwood, Eric Junghoon Cha (Attorney), Jay Shiim, Youngjo Lim (Attorney), | | Email with counsel seeking and reflecting legal advice and transmitting documents prepared regarding licensing issues in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Michael Kang (Attorney), Daniel Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Taisuk Kim | | | |
| 249.1 | N/A | 5/5/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 248.1 |
| 249.2 | N/A | 5/5/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 248.2 |
| | N/A | 1. 5/5/2013 2. 5/6/2013 | 1. Richard An (Attorney) 2. Richard An (Attorney) | 1. Seungho Ahn (Attorney), Junwon Lee, Richard An (Attorney), Jaewan Chi (Attorney), James Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Seungho Ahn (Attorney), Hyucksun Kwon, Youngmo Koo, Brian Sungyun Kim (Attorney), | | Email with counsel seeking and reflecting legal advice and transmitting documents prepared regarding licensing issues in connection with litigation | Withheld ACP/WP Duplicate of Tab 249 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyong Ho Yuu (Attorney), Jaehwak Lee, Kyuhyuk Lee, Tai Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seungkyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, Ilman Bae, Min K. Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Seunggun Park, Rosa Woosun Kim (Attorney), Beomjun Jin, Seong Hyuk Kim 2. Jaewan Chi (Attorney) | | | |
| | N/A | 5/5/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 248.1 |
| | N/A | 5/5/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 248.2 |
| 250. | N/A | 1. 5/8/2013 2. 5/8/2013 3. 5/6/2013 | 1. Jaehyoung Kim; 2. Hojin Chang (Attorney); 3. Richard An | 1. Daniel W. Shim (Attorney); 3. Jaewan Chi (Attorney), James Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everrette Rett Snotherly (Attorney), Seungho Ahn (Attorney), Hyucksun Kwon, Youngmo Koo, Brian Sungyun Kim (Attorney), Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Richard An | | Email with outside counsel reflecting legal advice and transmitting document regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Taisuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seungkyun Oh, Sungho Lee, Suyeul Lee, Yangs un Kim, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea, Jong K Choi, Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Minhyung Chung, Youngkyoo Jang, Jaeil Park (Attorney), Seunggun Park, Rosa Kim (Attorney), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Beomjun Jin, Sunghyuk Lim | | | |
| 250.1 | N/A | 5/8/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 258.1 |
| 250.2 | N/A | 5/8/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 258.2 |
| 251. | N/A | 6/5/2013 | Indong Kang | Ari S. Zymelman (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP), F. Lane Heard (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP) | Jeahun Han, Jaehwan Kim (Attorney), Jinhwan Kwak | Email with outside counsel reflecting legal advice and transmitting document regarding licensing negotiations with third party | Withheld ACP/WP |
| 251.1. | N/A | 6/5/2013 | | | | Document prepared at the direction of counsel reflecting legal advice regarding licensing negotiations with third party | Withheld ACP/WP |
| 252. | N/A | 1. 6/11/2013 2. 6/11/2013 3. 6/11/2013 4. 6/11/2013 5. 5/29/2013 6. 5/27/2013 | 1. Daniel W. Shim (Attorney); 2. Wen-Ts'ai Lim; 3. Daniel W. Shim (Attorney); 4. Wen-Ts'ai Lim; 5. Daniel W. Shim (Attorney); 6. Hyucksun | 1. Wen-Ts'ai Lim; 3. Lim Wen-Tsai; 5. Lim Wen-Ts'ai, Lin Angela, Bellgrove Natha, Zaurrini Ross; 6. Daniel W. Shim (Attorney) | 1., 3. Jaehwan Kim (Attorney), Angela Lin, Nathan Bellgrove (Attorney, Ashurst), Ross Zurrini; 6. Brian Sungyun Kim (Attorney), Injung | Email with outside counsel, prepared in anticipation of litigation, reflecting and seeking legal advice regarding licensing negotiations | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 7. 5/25/2013 8. 5/24/2013 9. 5/23/2013 10. 5/23/2013 11. 5/22/2013 | Kwon; 7. Daniel Shim (Attorney); 8. Heungju Kwon; 9. Hyucksun Kwon; 10. Seungho Ahn (Attorney); 11. Hyucksun Kwon | | Lee (Attorney), Kijoong Kang (Attorney) | | |
| 253. | N/A | 1. 6/11/2013 2. 6/11/2013 3. 6/11/2013 4. 6/11/2013 5. 6/11/2013 6. 5/29/2013 7. 5/27/2013 8. 5/25/2013 9. 5/24/2013 10. 5/23/2013 11. 5/23/2013 12. 5/22/2013 | 1. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 2. Daniel Shim (Attorney); 3. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 4. Daniel Shim (Attorney); 5. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 6. Daniel Shim (Attorney); 7. Hyucksun Kwon; 8. Daniel Shim (Attorney); 9. Heungju Kwon; 10. Hyucksun Kwon; 11. Seungho Ahn (Attorney); 12. Hyucksun Kwon | 1. Daniel Shim (Attorney); 2., 4. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 6. Wen-Ts'ai Lim (Attorney, Ashurst LLP), Angela Lin, Nathan Bellgrove (Attorney, Ashurst), Ross Zaurrini (Attorney, Ashurst); 7. Daniel Shim (Attorney) | 1. - 4. Jaehwan Kim (Attorney), Angela Lin, Nathan Bellgrove (Attorney, Ashurst), Ross Zaurrini (Attorney, Ashurst); 6. Jaehwan Kim (Attorney); 7. Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney) | Email from counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing issues | Withheld ACP/WP |
| 254. | N/A | 7/3/2013 | Indong Kang | Injung Lee (Attorney), Jinhwan Kwak | | Email to counsel transmitting memorandum reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 254.1. | N/A | 7/3/2013 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 255. | N/A | 7/4/2013 | Indong Kang | Indong Kang, Jeahun Han | | Email with counsel reflecting legal advice and transmitting document prepared regarding intellectual property rights issues in anticipation of litigation | Withheld ACP/WP |
| 255.1 | N/A | 7/4/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 255.2 | N/A | 7/4/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding arbitration strategy | Withheld ACP/WP |
| 255.3 | N/A | 7/4/2013 | | | | Draft correspondence with Nokia regarding licensing negotiations. | Withheld ACP/WP |
| 255.4 | N/A | 7/4/2013 | | | | Draft correspondence with Nokia regarding licensing negotiations. | Withheld ACP/WP |
| 255.5 | N/A | 7/4/2013 | | | | Draft of Request for Arbitration prepared by outside counsel seeking and reflecting legal advice in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 255.6 | N/A | 7/4/2013 | | | | Correspondence with Nokia regarding licensing negotiations. | Withheld ACP/WP |
| 255.7 | N/A | 7/4/2013 | | | | Correspondence from Nokia regarding licensing negotiations. | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 256. | N/A | 5/2/2012 | Heungju Kwon | Hojin Chang (Attorney), Jongsun Park, Daniel Ko (Attorney), Jaehyoung Kim, Wonsun Kim, Heungju Kwon, Wonsuk Park, Kyuhyuk Lee | | Email, written at the direction of counsel, reflecting legal advice and transmitting documents regarding intellectual property rights issues, written in connection with mediation | Withheld ACP/WP |
| 256.1 | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent litigation between Apple and Samsung, written in connection with mediation | Withheld ACP/WP |
| 256.2 | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent litigation between Apple and Samsung, written in connection with mediation | Withheld ACP/WP |
| 256.3 | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent analysis, written in connection with litigation | Withheld ACP/WP |
| 256.4 | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding the Apple patents asserted in the pending litigation | Withheld ACP/WP |
| 256.5 | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding patents asserted by Samsung and Apple in the litigations worldwide, written in connection with | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | litigation | |
| 256.6 | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding the FRAND issues in various countries, written in connection with litigation | Withheld ACP/WP |
| 256.7 | N/A | 5/2/2012 | | | | Document prepared by counsel providing legal advice regarding an in-depth analysis of third party patent exhaustion, written in connection with litigation | Withheld ACP/WP |
| 256.8 | N/A | 5/2/2012 | | | | Patent Cross License Agreement between Samsung and third party | Not Produced, NR |
| 256.9 | N/A | 5/2/2012 | | | | Amendment to the Patent Cross License Agreement between Samsung and third party | Not Produced, NR |
| 256.10 | N/A | 5/2/2012 | | | | Correspondence between Samsung and third party regarding the License Agreement between Samsung and the third party | Not Produced, NR |
| 256.11 | N/A | 5/2/2012 | | | | Document prepared by counsel providing legal advice regarding issues related to patent exhaustion, written in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 256.12 | N/A | 5/2/2012 | | | | License Agreement between and Samsung and third party | Not Produced, NR |
| 256.13 | N/A | 5/2/2012 | | | | Amendment to the License Agreement between third party and Samsung | Not Produced, NR |
| 256.14 | N/A | 5/2/2012 | | | | Amendment to the License Agreement between third party and Samsung | Not Produced, NR |
| 256.15 | N/A | 5/2/2012 | | | | Memorandum prepared by counsel reflecting licensing negotiations between Apple and Samsung | Withheld ACP/WP |
| 256.16 | N/A | 5/2/2012 | | | | Memorandum prepared by counsel reflecting licensing negotiations between Apple and Samsung | Withheld ACP/WP |
| 256.17 | N/A | 5/2/2012 | | | | Report prepared by Samsung IP legal team regarding status of patent licensing negotiations between Samsung and Apple | Withheld ACP/WP |
| 256.18 | N/A | 5/2/2012 | | | | Report prepared by Samsung IP legal team regarding status of patent licensing negotiations between Samsung and Apple | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 256.19 | N/A | 5/2/2012 | | | | Report prepared by Samsung IP legal team regarding results of settlement conference between Samsung and Apple | Withheld ACP/WP |
| 256.20 | N/A | 5/2/2012 | | | | Press release by Stock Exchange regarding 2011 Nokia-Apple patent license agreement | Not Produced |
| 256.21 | N/A | 5/2/2012 | | | | Press release by Geeks Gab regarding 2011 Nokia-Apple patent license agreement and royalty amounts | Not Produced |
| 256.22 | N/A | 5/2/2012 | | | | Report prepared by Samsung Technology Analysis Team regarding status of related litigation in different jurisdictions | Withheld ACP/WP |
| 256.23 | N/A | 5/2/2012 | | | | Report prepared by Samsung Technology Analysis Team regarding status of related litigation in different jurisdictions and analysis of related patents | Withheld ACP/WP |
| 256.24 | N/A | 5/2/2012 | | | | Excel spreadsheets containing global sales statistics of Samsung and Apple's smartphones and tabs | Withheld ACP/WP |
| 256.25 | N/A | 5/2/2012 | | | | ETSI Rules of Procedure | Not Produced, NR |
| 256.26 | N/A | 5/2/2012 | | | | ETSI Guide on Intellectual Property Rights | Not Produced, NR |
| 256.27 | N/A | 5/2/2012 | | | | Mediation brief prepared by Samsung's | Not Produced |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | outside counsel to be used in mediation | |
| 256.28 | N/A | 5/2/2012 | | | | Exhibit 1 to mediation brief prepared by Samsung's outside counsel to be used in mediation between Samsung and Apple | Not Produced, NR |
| 256.29 | N/A | 5/2/2012 | | | | Mediation brief submitted on behalf of Apple | Not Produced, NR |
| 256.30 | N/A | 5/2/2012 | | | | Exhibit A to Mediation brief submitted on behalf of Apple | Not Produced, NR |
| 256.31 | N/A | 5/2/2012 | | | | Presentation summarizing Apple patents prepared by Samsung IP legal team to be submitted to mediator | Withheld ACP/WP |
| | N/A | 5/2/2012 | Heungju Kwon | Hojin Chang (Attorney), Jongsun Park, Daniel Ko (Attorney), Jaehyoung Kim, Wonsun Kim, Heungju Kwon, Wonsuk Park, Kyuhyuk Lee | | Email, written at the direction of counsel, reflecting legal advice and transmitting documents regarding intellectual property rights issues, written in connection with mediation | Withheld ACP/WP Duplicate of Tab 256 |
| | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent litigation between Apple and Samsung, written in connection with mediation | Withheld ACP/WP Duplicate of Tab 256.1 |
| | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent litigation | Withheld ACP/WP Duplicate of Tab 256.2 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | | | between Apple and Samsung, written in connection with mediation | |
| | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent analysis, written in connection with litigation | Withheld ACP/WP Duplicate of Tab 256.3 |
| | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding the Apple patents asserted in the pending litigation | Withheld ACP/WP Duplicate of Tab 256.4 |
| | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding patents asserted by Samsung and Apple in the litigations worldwide, written in connection with litigation | Withheld ACP/WP Duplicate of Tab 256.5 |
| | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding the FRAND issues in various countries, written in connection with litigation | Withheld ACP/WP Duplicate of Tab 256.6 |
| | N/A | 5/2/2012 | | | | Document prepared by counsel providing legal advice regarding an in-depth analysis of third party patent exhaustion, written in connection with litigation | Withheld ACP/WP Duplicate of Tab 256.7 |
| | N/A | 5/2/2012 | | | | Patent Cross License Agreement between Samsung and third party | Not Produced, NR Duplicate of Tab 256.8 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  | N/A | 5/2/2012 |  |  |  | Amendment to the Patent Cross License Agreement between Samsung and third party | Not Produced, NR Duplicate of Tab 256.9 |
|  | N/A | 5/2/2012 |  |  |  | Correspondence between Samsung and third party regarding the License Agreement between Samsung and the third party | Not Produced, NR Duplicate of Tab 256.10 |
|  | N/A | 5/2/2012 |  |  |  | Document prepared by counsel providing legal advice regarding issues related to patent exhaustion, written in connection with litigation | Withheld ACP/WP Duplicate of Tab 256.11 |
|  | N/A | 5/2/2012 |  |  |  | License Agreement between and Samsung and third party | Not Produced, NR Duplicate of Tab 256.12 |
|  | N/A | 5/2/2012 |  |  |  | Amendment to the License Agreement between third party and Samsung | Not Produced, NR Duplicate of Tab 256.13 |
|  | N/A | 5/2/2012 |  |  |  | Amendment to the License Agreement between third party and Samsung | Not Produced, NR Duplicate of Tab 256.14 |
|  | N/A | 5/2/2012 |  |  |  | Memorandum prepared by counsel reflecting licensing negotiations between Apple and Samsung | Withheld ACP/WP Duplicate of Tab 256.15 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 5/2/2012 | | | | Memorandum prepared by counsel reflecting licensing negotiations between Apple and Samsung | Withheld ACP/WP Duplicate of Tab 256.16 |
| | N/A | 5/2/2012 | | | | Report prepared by Samsung IP legal team regarding status of patent licensing negotiations between Samsung and Apple | Withheld ACP/WP Duplicate of Tab 256.17 |
| | N/A | 5/2/2012 | | | | Report prepared by Samsung IP legal team regarding status of patent licensing negotiations between Samsung and Apple | Withheld ACP/WP Duplicate of Tab 256.18 |
| | N/A | 5/2/2012 | | | | Report prepared by Samsung IP legal team regarding results of settlement conference between Samsung and Apple | Withheld ACP/WP Duplicate of Tab 256.19 |
| | N/A | 5/2/2012 | | | | Press release by Stock Exchange regarding 2011 Nokia-Apple patent license agreement | Not Produced Duplicate of Tab 256.20 |
| | N/A | 5/2/2012 | | | | Press release by Geeks Gab regarding 2011 Nokia-Apple patent license agreement and royalty amounts | Not Produced Duplicate of Tab 256.21 |
| | N/A | 5/2/2012 | | | | Report prepared by Samsung Technology Analysis Team regarding status of related litigation in different jurisdictions | Withheld ACP/WP Duplicate of Tab 256.22 |
| | N/A | 5/2/2012 | | | | Report prepared by Samsung Technology Analysis Team regarding status of related | Withheld ACP/WP Duplicate of Tab 256.23 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | | | litigation in different jurisdictions and analysis of related patents | |
| | N/A | 5/2/2012 | | | | Excel spreadsheets containing global sales statistics of Samsung and Apple's smartphones and tabs | Withheld ACP/WP Duplicate of Tab 256.24 |
| | N/A | 5/2/2012 | | | | ETSI Rules of Procedure | Not Produced, NR Duplicate of Tab 256.25 |
| | N/A | 5/2/2012 | | | | ETSI Guide on Intellectual Property Rights | Not Produced, NR Duplicate of Tab 256.26 |
| | N/A | 5/2/2012 | | | | Mediation brief prepared by Samsung's outside counsel to be used in mediation | Not Produced, NR Duplicate of Tab 256.27 |
| | N/A | 5/2/2012 | | | | Exhibit 1 to mediation brief prepared by Samsung's outside counsel to be used in mediation between Samsung and Apple | Not Produced, NR Duplicate of Tab 256.28 |
| | N/A | 5/2/2012 | | | | Mediation brief submitted on behalf of Apple | Not Produced, NR Duplicate of Tab 256.29 |
| | N/A | 5/2/2012 | | | | Exhibit A to Mediation brief submitted on behalf of Apple | Not Produced, NR Duplicate of Tab 256.30 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
|  | N/A | 5/2/2012 |  |  |  | Presentation summarizing Apple patents prepared by Samsung IP legal team to be submitted to mediator | Withheld ACP/WP Duplicate of Tab 256.31 |
| 257. | N/A | 5/7/2012 | Hyunjong Kim (Samsung Legal & Compliance) | Samsung recipients |  | Email, written at the direction of counsel, reflecting legal advice and transmitting document prepared regarding media coverage of legal issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 257.1 | N/A | 5/7/2012 |  |  |  | Document prepared at the direction of counsel compiling and summarizing media coverage of legal issues, prepared in anticipation of litigation | Withheld ACP/WP |
|  | N/A | 5/7/2012 | Hyunjong Kim (Samsung Legal & Compliance) | Samsung recipients |  | Email, written at the direction of counsel, reflecting legal advice and transmitting document prepared regarding media coverage of legal issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 257 |
|  | N/A | 5/7/2012 |  |  |  | Document prepared at the direction of counsel compiling and summarizing media coverage of legal issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 257.1 |
|  | N/A | 5/7/2012 | Hyunjong Kim (Samsung Legal & Compliance) | Samsung recipients |  | Email, written at the direction of counsel, reflecting legal advice and transmitting document prepared regarding media | Withheld ACP/WP Duplicate of Tab 257 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | | coverage of legal issues, prepared in anticipation of litigation | |
| | N/A | 5/7/2012 | | | | Document prepared at the direction of counsel compiling and summarizing media coverage of legal issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 257.1 |
| 258. | SAMNDCA-Z0006816 SAMNDCA-Z0006818 | 5/8/2012 | Hui Jin Yang (Attorney, Lee & Ko) | Kang Yunhee (Attorney) | Hyeongil Ryoo (Attorney, Lee & Ko), Youngmo Kwon (Attorney, Lee & Ko), Kijoong Kang (Attorney), Daniel Ko (Attorney), Junwon Lee, Hojin Chang (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 258.1 | N/A | 5/8/2012 | | | | Transcript of deposition of Jun Won Lee for Northern District of California trial | Not Produced, NR |
| 258.2 | N/A | 5/8/2012 | | | | Transcript of deposition of Jun Won Lee for Northern District of California trial | Not Produced, NR |
| 258.3 | N/A | 5/8/2012 | | | | Transcript of deposition of Jun Won Lee for Northern District of California trial | Not Produced, NR |
| 258.4 | N/A | 5/8/2012 | | | | Report by Vincent E. O'Brien regarding patent licensing prepared in anticipation of litigation | Not Produced, NR |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 258.5 | SAMNDCA-Z0006819 SAMNDCA-Z0006877 | 5/8/2012 | | | | Report by David J. Teece regarding patent licensing prepared in anticipation of litigation | Produced |
| 259. | SAMNDCA-Z0006754 SAMNDCA-Z0006756 | 5/8/2012 | Hui Jin Yang (Attorney, Lee & Ko) | Kang Yunhee (Attorney) | Hyeongil Ryoo (Attorney, Lee & Ko), Youngmo Kwon (Attorney, Lee & Ko), Kijoong Kang (Attorney), Daniel Ko (Attorney), Junwon Lee, Hojin Chang (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 259.1 | SAMNDCA-Z0006757 SAMNDCA-Z0006815 | 5/8/2012 | | | | Report by David J. Teece regarding patent licensing prepared in anticipation of litigation | Produced |
| 260. | SAMNDCA-Z0002207 SAMNDCA-Z0002208 | 7/5/2012 | Hojin Chang (Attorney) | Ross Zaurrini (Attorney, Ashurst), Hojin Chang (Attorney) | Jaehwan Kim (Attorney), Sally Morris, Jaehyung Kim, Angela Lin, Nathan Bellgrove (Attorney, Ashurst), Wen-Ts'ai Lim (Attorney , Ashurst), James Jinhwan Kwak, Clayton Seongwoo Kim, Peter Sanghoon Park (Attorney), Christopher Jinho Park (Attorney), | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Caleb Lee (Attorney) | | |
| 260.1 | N/A | 7/5/2012 | | | | Presentation prepared by counsel for purposes of licensing negotiation between Samsung and Apple | Not Produced, NR |
| 260.2 | N/A | 7/5/2012 | | | | Document prepared by counsel and submitted to the European Commission regarding licensing negotiations between Samsung and Apple | Not Produced, NR |
| 260.3 | N/A | 7/5/2012 | | | | Document prepared by counsel and submitted to the European Commission regarding licensing issues written in connection with litigation | Not Produced, NR |
| 260.4 | N/A | 7/5/2012 | | | | Document prepared by counsel and submitted to the European Commission regarding licensing issues written in connection with litigation | Not Produced, NR |
| 260.5 | N/A | 7/5/2012 | | | | Document prepared by counsel and submitted to the European Commission regarding licensing negotiations between Samsung and Apple | Not Produced, NR |
| 260.6 | N/A | 7/5/2012 | | | | Report prepared by Peter C. Grindley on Apple's R&D expenditure and its implications | Not Produced, NR |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 260.7 | N/A | 7/5/2012 | | | | Report prepared by Eric Stasik regarding FRAND licensing | Not Produced, NR |
| 260.8 | N/A | 7/5/2012 | | | | Report prepared by Karl Heinz Rosenbrock on ETSI matters | Not Produced, NR |
| 260.9 | N/A | 7/5/2012 | | | | Report prepared by Ansgar Bergmann on ETSI IPR policy | Not Produced, NR |
| 260.10 | N/A | 7/5/2012 | | | | Report prepared by Peter C. Grindley on Samsung royalty rates | Not Produced, NR |
| 260.11 | SAMNDCA-Z0002209-SAMNDCA-Z0002267 | 7/5/2012 | | | | Report by David J. Teece regarding patent licensing prepared in anticipation of litigation | Produced |
| 260.12 | N/A | 4/18/2012 | Seongwoo Kim | Boris Teksler | | Letter from Samsung to Director of Patent Licensing and Strategy with Apple regarding patent licensing | Not Produced, NR |
| 261. | N/A | 11/9/2012 | Namhee Ko | Junwon Lee | | Email prepared at the direction of counsel in connection with mediation, reflecting legal advice and transmitting document prepared regarding intellectual property rights issues | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 261.1 | N/A | 11/9/2012 | | | | 2012 Executive Licensing Program Evaluation by Jaewan Chi | Not Produced, NR, ACP/WP |
| 261.2 | N/A | 11/9/2012 | | | | 2012 Executive Licensing Program Evaluation of Jaewan Chi | Not Produced, NR, ACP/WP |
| 261.3 | N/A | 11/9/2012 | | | | 2012 Vice President Jaewan Chi MBO Evaluation Material | Not Produced, NR, ACP/WP |
| 261.4 | N/A | 1. 6/1/2012; 2. 2/22/2012 | 1.  Jaeho Heo 2.  Jaeho Heo | 1. Namhee Ko | | Email reflecting and seeking legal advice regarding 3D TV patent license contract with third party | Not Produced, NR, ACP/WP |
| 261.5 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel regarding third party 3D TV Patent License Analysis | Not Produced, NR, ACP/WP |
| 261.6 | N/A | 11/9/2012 | | | | Patent License Agreement between Samsung and third party | Not Produced, NR |
| 261.7 | N/A | 9/29/2011 | Jaeho Heo | | | Email reflecting and seeking legal advice regarding 3D TV patent license contract with third party | Not Produced, NR, ACP/WP |
| 261.8 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding third party DTV Patent Claim Countermeasures | Not Produced, NR, ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 261.9 | N/A | 1. 2/3/2012; 2. 2/3/2012 | 1. Hyukjae Choi 2. Hyukjae Choi | 1. Jaeho Heo, Namhee Ko | | Email prepared at the direction of counsel reflecting legal advice regarding withdrawal of litigation | Not Produced, NR, ACP/WP |
| 261.10 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding withdrawal of litigation | Not Produced, NR, ACP/WP |
| 261.11 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding litigation against third party | Not Produced, NR, ACP/WP |
| 261.12 | N/A | 11/9/2012 | Steve Sang-Rok Han | | | Email prepared at the direction of counsel reflecting legal advice regarding dismissal of litigation | Not Produced, NR, ACP/WP |
| 261.13 | N/A | 11/9/2012 | Steve Sang-Rok Han | | | Email prepared at the direction of counsel reflecting legal advice regarding dismissal of litigation | Not Produced, NR, ACP/WP |
| 261.14 | N/A | 11/9/2012 | Daejin Jun | | | Email prepared at the direction of counsel reflecting legal advice regarding third party claim settlement | Not Produced, NR, ACP/WP |
| 261.15 | N/A | 1. 1/9/2012; 2. 1/9/2012 | 1. Jeahun Han 2. Jeahun Han | 1. Jeahun Han | | Email prepared at the direction of counsel reflecting legal advice regarding a trial victory | Not Produced, NR, ACP/WP |
| 261.16 | N/A | 1. 11/9/2012; | 1. Steve Sang-Rok | 3. Steve Sang-Rok Han | | Email prepared at the direction of counsel | Not Produced, NR, |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 2. 7/16/2012; 3. 7/16/2012 | 2. Steve Sang-Rok Han 3. Hwajin Lee | | | reflecting legal advice regarding license negotiations with third party | ACP/WP |
| 261.17 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding a resolution of litigation | Not Produced, NR, ACP/WP |
| 261.18 | N/A | 11/9/2012 | Junwon Lee | | | Email prepared at the direction of counsel reflecting legal advice regarding license negotiations with third party | Not Produced, NR, ACP/WP |
| 261.19 | N/A | 1. 4/9/2012 | 1. Hyucksun Kwon | 1. Jaewan Chi (Attorney), Jay Shim (Attorney), James Jinhwan Kwak | 1. Beyongho Yuu (Attorney), Dongsoo Seo, Eunha Kim, Jeff Myung, Taeeun Kim, Namhee Ko, Hyucksun Kwon | Email prepared at the direction of counsel reflecting legal advice regarding a resolution of litigation | Not Produced, NR, ACP/WP |
| 261.20 | N/A | 11/9/2012 | Woochan Jung | | | Email prepared at the direction of counsel reflecting legal advice regarding license agreement with third party | Not Produced, NR, ACP/WP |
| 261.21 | N/A | 5/2/2012 | Jaehyung Kim | Seungho Ahn (Attorney), Kijoong Kang (Attorney), Minhyung Jung, Brian Sungyun Kim (Attorney), Youngho Song, Sangwon Min, Jeahun Han | | Email prepared at the direction of counsel reflecting legal advice regarding license agreement with third party | Not Produced, NR, ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 261.22 | N/A | 4/6/2012 | Jeahun Han | Jeahun Han | | Email prepared at the direction of counsel reflecting legal advice regarding patent purchase fee | Not Produced, NR, ACP/WP |
| 261.23 | N/A | 11/9/2012 | | | | Indian Intellectual Property Appellate Board Order revoking patent number 214388 | Not Produced, NR |
| 261.24 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding a trial victory against third party | Not Produced, NR, ACP/WP |
| 261.25 | N/A | 1. 11/9/2012 2. 7/3/2012 | Steve Kim (RPX Corp) | Teayeoun Yoon | Bong-June Kang, Julie Shin (Attorney), Eunha Kim | Email regarding license agreement with third party | Not Produced, NR |
| 261.26 | N/A | 1. 11/9/2012 2. 4/16/2012 3. 4/6/2012 | 1. Woochan Jung; 2. Yunhee Kang (Attorney); 3. Yunhee Kang (Attorney) | | | Email from counsel reflecting legal advice regarding a resolution of litigation against an individual | Not Produced, NR, ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 261.27 | N/A | 1. 8/1/2012 2. 2/14/2012 3. 6/3/2011 4. 5/24/2011 5. 5/25/2011 6. 4/10/2011 7. 4/9/2011 8. 12/21/2010 9. 11/22/2010 10. 11/23/2010 11. 11/22/2010 12. 10/4/2010 13. 8/3/2010 | 1. Amber Rovner (Weil, Gotshal & Manges LLP); 2. Amber Rovner (Weil, Gotshal & Manges LLP); 3. Amber Rovner (Weil, Gotshal & Manges LLP); 4. Jack Kyonghwa Chong; 5. Amber Rovner (Weil, Gotshal & Manges LLP); 6. Jack Kyonghwa Chong; 7. Amber Rovner (Weil, Gotshal & Manges LLP); 8. Amber Rovner (Weil, Gotshal & Manges LLP); 9. Sungbin Jeon; 10.  Amber Rovner (Weil, Gotshal & Manges LLP); 11. Sungbin Jeon; 12. Amber Rovner (Weil, Gotshal & Manges LLP); 13. Amber Rovner (Weil, Gotshal & Manges LLP) | 1, 2. Jack Kyonghwa Chong, Jeahun Han, sooj.lee@samsung.com; 3. Jack Kyonghwa Chong, Jeahun Han; 4.  Amber Rovner (Weil, Gotshal & Manges LLP), Jeahun Han, Steven Cherensky (Weil, Gotshal & Manges LLP); 5. Jack Kyonghwa Chong; 6. Steven Cherensky (Weil, Gotshal & Manges LLP), Amber Rovner (Weil, Gotshal & Manges LLP); 7, 8. Sungbin Jeon; 9. Amber Rovner (Weil, Gotshal & Manges LLP); 10. Sungbin Jeon; 11. Amber Rovner (Weil, Gotshal & Manges LLP); 12. Sungbin Jeon, Sunghui Chae, johnjg.kim@samsung.com, Youngjo Lim (Attorney), Brian Sungyun Kim (Attorney); 13. Sungbin Jeon | 1. Youngjo Lim (Attorney), Brian Sungyun Kim (Attorney), Jared Bobrow; 2. Youngjo Lim (Attorney), Brian Sungyun Kim (Attorney); 3. Youngjo Lim (Attorney), Brian Sungyun Kim (Attorney), Steven Cherensky; 4. Youngjo Lim (Attorney), Brian Sungyun Kim (Attorney); 6. Jeahun Han, Youngjo Lim (Attorney), Brian Sungyun Kim (Attorney); 7, 8. Jack Kyonghwa Chong, Sunghui Chae, Youngjo Lim, Brian Sungyun Kim (Attorney), Steven Cherensky (Weil, Gotshal & Manges LLP); 9, 10, 11. Jack Kyonghwa Chong, Sunghui Chae, Youngjo Lim (Attorney), Brian Sungyun Kim (Attorney); 12. Jack Kyonghwa Chong; | Email with outside counsel reflecting legal advice regarding third party's intellectual property rights in connection with pending litigation | Not Produced, NR, ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | 13. Steven Cherensky (Weil, Gotshal & Manges LLP) | | |
| 261.28 | N/A | 11/9/2012 | Junwon Lee | | | Email prepared at the direction of counsel reflecting legal advice regarding patent royalty agreement | Not Produced, NR, ACP/WP |
| 261.29 | N/A | 2/1/2012 | Junwon Lee | | | Email prepared at the direction of counsel reflecting legal advice regarding patent licensing agreement | Not Produced, NR, ACP/WP |
| 261.30 | N/A | 11/9/2012 | Sangrok Han | | | Email prepared at the direction of counsel reflecting legal advice regarding patent licensing agreement | Not Produced, NR, ACP/WP |
| 261.31 | N/A | 1. 11/9/2012 2. 6/12/2012 | 1. Daejin Jeon 2. Daejin Jeon | | | Email prepared at the direction of counsel reflecting legal advice regarding patent litigation status against third party | Not Produced, NR, ACP/WP |
| 261.32 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel regarding Sarju Laser invalidity ruling | Not Produced, NR, ACP/WP |
| 261.33 | N/A | 11/9/2012 | | | | An Agreed Order of Dismissal on E-Micro Corp. v. Google Inc. case | Not Produced, NR |
| 261.34 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding | Not Produced, NR, ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | license agreement with third party | |
| 261.35 | N/A | 11/9/2012 | Junwon Lee | | | Email prepared at the direction of counsel reflecting legal advice regarding HW Tech litigation settlement action | Not Produced, NR, ACP/WP |
| 261.36 | N/A | 1. 7/6/2012<br>2. 7/6/2012 | 1. Yoosuk Kim<br>2. Yoosuk Kim | 1. Seok Huh, Hyungtaek Lim, Kyonghwa Chong, Choonghyo Lee | | Email prepared at the direction of counsel reflecting legal advice regarding patent license agreement | Not Produced, NR, ACP/WP |
| 261.37 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding patent license agreement | Not Produced, NR, ACP/WP |
| 261.38 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding patent license agreement | Not Produced, NR, ACP/WP |
| 261.39 | N/A | 11/9/2012 | Daejin Jeon | | | Email prepared at the direction of counsel regarding proposed settlement with third party | Not Produced, NR, ACP/WP |
| 261.40 | N/A | 11/9/2012 | Sangrok Han | | | Email prepared at the direction of counsel reflecting legal advice regarding a resolution of litigation | Not Produced, NR, ACP/WP |
| 261.41 | N/A | 11/9/2012 | Daejin Jeon | | | Email prepared at the direction of counsel reflecting legal advice regarding settlement and licensing agreement with third party | Not Produced, NR, ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 261.42 | N/A | 11/9/2012 | | | | An Order Granting Joint Motion for Dismissal of Defendant Samsung Electronics America, Inc. regarding Lochner Technologies v. Apple Inc. case | Not Produced, NR |
| 261.43 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding patent license agreement | Not Produced, NR, ACP/WP |
| 261.44 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding patent license negotiations | Not Produced, NR, ACP/WP |
| 261.45 | N/A | 11/9/2012 | | | | Presentation reflecting legal advice regarding MPEG-2 patents and royalty issues | Not Produced, NR, ACP/WP |
| 261.46 | N/A | 11/9/2012 | | | | Presentation reflecting legal advice regarding MPEG-2 patent licensing issues | Not Produced, NR, ACP/WP |
| 261.47 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding defense against patent troll operations | Not Produced, NR, ACP/WP |
| 261.48 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding patent license agreement | Not Produced, NR, ACP/WP |
| 261.49 | N/A | 11/9/2012 | | | | Document prepared at the direction of | Not Produced, NR, |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | counsel reflecting legal advice regarding OCAP patent pool status | ACP/WP |
| 261.50 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding strategy for Chinese patent pool management company (NERC) | Not Produced, NR, ACP/WP |
| 261.51 | N/A | 11/9/2012 | | | | Document containing meeting notes on the 40th AVS Meeting reflecting legal advice regarding patent licensing | Not Produced, NR, ACP/WP |
| 261.52 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel containing meeting notes on the NERC-DTV Patent Pool Meeting | Not Produced, NR, ACP/WP |
| 261.53 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel containing meeting notes on the 1st HEVC Patent Meeting | Not Produced, NR, ACP/WP |
| 261.54 | N/A | 11/9/2012 | | | | Document containing patent evaluation and licensing issues written in connection with licensing negotiations | Not Produced, NR, ACP/WP |
| 261.55 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel summarizing result of mediation with Ericsson | Not Produced, NR, ACP/WP |
| 261.56 | N/A | 11/9/2012 | | | | Document prepared at the direction of | Withheld |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | counsel summarizing result of mediation with Ericsson | ACP/WP |
| 261.57 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel regarding license agreement with third party | Not Produced, NR, ACP/WP |
| 261.58 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel regarding license agreement with third party | Not Produced, NR, ACP/WP |
| 261.59 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel regarding license agreement with third party | Not Produced, NR, ACP/WP |
| 261.60 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel regarding patent license negotiations with third party | Not Produced, NR, ACP/WP |
| 261.61 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel regarding renewal of patent license with third party | Not Produced, NR, ACP/WP |
| 261.62 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel regarding renewal of patent license with third party | Not Produced, NR, ACP/WP |
| 261.63 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel regarding renewal of patent license | Not Produced, NR, ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | | | with third party | |
| 261.64 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel regarding patent claim countermeasures against third party | Not Produced, NR, ACP/WP |
| 261.65 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel regarding patent claim countermeasures against third party | Not Produced, NR, ACP/WP |
| 261.66 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel containing a progress report for patent disputes, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 261.67 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel containing a progress report for patent disputes, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 261.68 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel containing a progress report for patent disputes, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 261.69 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel containing a progress report for patent disputes, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 261.70 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding patent license negotiations | Not Produced, NR, ACP/WP |
| 261.71 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice containing SIPMS Access Statistics status update | Not Produced, NR, ACP/WP |
| 261.72 | N/A | 1. 2/9/2012 2. 2/9/2012 3. 2/9/2012 4. 2/9/2012 | 1. Michael Kang (Attorney); 2. Jennifer M. Selendy (Attorney, Kirkland & Ellis LLP); 3., 4. Florian Bruder | 1. Seungho Ahn (Attorney), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Minhyung Chung, Brian Sungyun Kim (Attorney), Jay Shim (Attorney), Wondeuk Song, Jinhwan Kwak; 3., 4. Jennifer M. Selendy (Attorney, Kirkland & Ellis LLP) | 1. Hanyoung Uhm, Youngjo Lim (Attorney), Seung-mok Lee, Dongsoo Seo, Taehyung Kim (Attorney), Joonil Lee, Dongwoo Lee, Hyungtaek Lim, Kyonghwa Chong, Youngkwan Kim, Jaeho Shin, Hongseob Jeon; 4. Bernd Meyer-Loewy | Email from counsel reflecting legal advice regarding litigation between third parties and its impact on Samsung | Not Produced, NR, ACP/WP |
| 261.73 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding status of litigation against third party | Not Produced, NR, ACP/WP |
| 261.74 | N/A | 11/9/2012 | | | | Memorandum prepared by outside counsel regarding damages analysis, written in connection with litigation | Not Produced, NR, ACP/WP |
| 261.75 | N/A | 7/2/2012 | Richard An (Attorney) | Jay Shim (Attorney), Richard An (Attorney), Daniel W. | | Email from counsel reflecting legal advice regarding a filing of appeal pleading, written | Not Produced, NR, ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------|------------------|
| | | | | Shim (Attorney), Brian Sungyun Kim (Attorney), Youngjo Lim (Attorney), DongSoo Seo, Hyucksun Kwon, Taehyung Kim (Attorney), Kijoong Kang (Attorney), Seungho Ahn, Jaewan Chi (Attorney), Minhyung Chung, James Kwak, Beyongho Yuu (Attorney) | | in connection with litigation | |
| 261.76 | N/A | 11/9/2012 | | | | Document reflecting legal advice regarding patent license agreement | Not Produced, NR, ACP/WP |
| 261.77 | N/A | 11/9/2012 | | | | Document reflecting legal advice regarding renewal of patent license agreement | Not Produced, NR, ACP/WP |
| 261.78 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding license agreement | Not Produced, NR, ACP/WP |
| 261.79 | N/A | 11/9/2012 | | | | Comprehensive spreadsheet prepared at the direction of counsel reflecting legal advice regarding technology earnings and expenses per GBM | Not Produced, NR, ACP/WP |
| 262. | N/A | 12/25/2012 | Kijoong Kang (Attorney) | Kijoong Kang (Attorney) | | Communication prepared by counsel reflecting and seeking legal advice regarding | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|----|----|
| | | | | | | licensing, in anticipation of litigation | |
| 262.1 | | | | | | Document authored by European Commission removed for further review of confidentiality obligations | |
| 262.2 | N/A | 12/25/2012 | | | | Document prepared by counsel containing a summary of meeting between Samsung and Apple to negotiate patent licensing issues | Not Produced, NR, ACP/WP |
| 262.3 | N/A | 12/25/2012 | | | | International Legal Team report regarding Countermeasure for EU Competitors Appeal | Not Produced, NR, ACP/WP |
| 262.4 | N/A | 12/25/2012 | | | | Document prepared by counsel containing a plan for a meeting between Samsung and Apple to negotiate patent licensing issues | Not Produced, NR, ACP/WP |
| 262.5 | N/A | 12/25/2012 | | | | Document prepared by counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Withheld ACP/WP |
| 262.6 | N/A | 12/25/2012 | | | | Document prepared by counsel reflecting legal advice regarding European competitors' SOP meeting results | Not Produced, NR, ACP/WP |
| 262.7 | N/A | 12/25/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding withdrawal process for standard patent litigation in Europe | Not Produced, NR, ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 262.8 | N/A | 12/25/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent license and royalty negotiations between Samsung and Apple | Not Produced, NR, ACP/WP |
| 262.9 | N/A | 12/25/2012 | | | | Document prepared by counsel reflecting legal advice regarding status of litigation against Apple | Not Produced, NR, ACP/WP |
| 262.10 | N/A | 12/25/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent license negotiations with Apple | Not Produced, NR, ACP/WP |
| 262.11 | N/A | 12/25/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent license negotiations with Apple | Not Produced, NR, ACP/WP |
| 263. | | | | | | Document Removed – Duplicate Of Tab 228 Previously Submitted To The Court | |
| 264. | N/A | 1. 12/28/2012 2. 12/28/2012 3. 12/28/2012 4. 12/21/2012 5. 12/18/2012 6. 12/10/2012 | 1. Daniel W. Shim (Attorney); 2. Taehyung Kim (Attorney); 3. Taehyung Kim (Attorney); 4. Helen Hopson (Attorney, Bristows LLP); 5. Pat Treacy (Attorney, Bristows LLP); 6. Laura Peirson (Bristows | 1. Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | | Email with outside counsel in anticipation of litigation reflecting legal advice and transmitting document prepared regarding licensing negotiations | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | LLP) | | | | |
| 264.1 | N/A | 12/28/2012 | Pat Treacy (Attorney, Bristows LLP) | Taehyung Kim (Attorney) | | Email from outside counsel seeking information regarding changes to Samsung's Ericsson license negotiation team | Not Produced, NR, ACP/WP |
| 264.2 | N/A | 12/28/2012 | Laura Peirson (Bristows LLP) | | | Email from outside counsel reflecting legal advice regarding licensing negotiations | Not Produced, NR, ACP/WP |
| 264.3 | N/A | 12/28/2012 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding analysis of FRAND Issues written in anticipation of litigation | Withheld ACP/WP |
| 264.4 | N/A | 12/28/2012 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding patent licensing written in anticipation of litigation | Withheld ACP/WP |
| 264.5 | N/A | 12/28/2012 | | | | Document prepared by outside counsel reflecting legal advice regarding analysis of FRAND Issues written in anticipation of litigation | Not Produced, NR, ACP/WP |
| 265. | N/A | 1/7/2013 | Daniel Shim (Attorney) | Injung Lee (Attorney) | | Email with counsel reflecting legal advice and transmitting documents prepared by outside counsel regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 265.1 | N/A | 1/7/2013 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding analysis of FRAND Issues written in anticipation of litigation | Withheld ACP/WP |
| 265.2 | N/A | 1/7/2013 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding patent licensing  written in anticipation of litigation | Withheld ACP/WP |
| 265.3 | N/A | 1/7/2013 | | | | Document prepared by outside counsel reflecting legal advice regarding analysis of FRAND Issues written in anticipation of litigation | Not Produced, NR, ACP/WP |
| | N/A | 1/7/2013 | Daniel Shim (Attorney) | Injung Lee (Attorney) | | Email with counsel reflecting legal advice and transmitting documents prepared by outside counsel regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 265 |
| | N/A | 1/7/2013 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding analysis of FRAND Issues written in anticipation of litigation | Withheld ACP/WP Duplicate of 265.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 1/7/2013 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding patent licensing written in anticipation of litigation | Not Produced, NR, ACP/WP, Duplicate of 265.2 |
| | N/A | 1/7/2013 | | | | Document prepared by outside counsel reflecting legal advice regarding analysis of FRAND Issues written in anticipation of litigation | Not Produced, NR, ACP/WP, Duplicate of 265.3 |
| 266. | SAMNDCA-Z0011817-SAMNDCA-Z0011818 | 1. 2/8/2013 2. 2/8/2013 3. 2/8/2013 | 1. Youngmo Koo; 2. Heungju Kwon 3. Heungju Kwon | 1. T aehyung Kim (Attorney), Hyucksun Kwon | 1. Jay Shim (Attorney) | Email with outside counsel reflecting legal advice regarding expert reports and transmitting draft expert report prepared at the direction of counsel in connection with litigation | Redacted ACP/WP |
| 266.1 | N/A | 2/8/2013 | | | | Rebuttal Report of Dr. David J. Teece regarding Apple's antitrust allegations and opinions offered by Dr. Ordover, Mr. Donaldson, and Dr. Walker | Withheld ACP/WP Duplicate of Tab 271.2 |
| 266.2 | N/A | 2/8/2013 | | | | Expert report of Richard Donaldson regarding the license terms that Samsung offered to Apple, FRAND, and Samsung's license to Intel | Not Produced, NR |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 266.3 | N/A | 2/8/2013 | | | | Rebuttal Expert Report of Richard Donaldson regarding FRAND and Dr. Teece's report | Not Produced, NR |
| 267. | SAMNDCA-Z0011815-SAMNDCA-Z0011816 | 1. 2/8/2013 2. 2/8/2013 3. 2/8/2013 | 1. Youngmo Koo; 2., 3. Heungju Kwon | 1. Taehyung Kim (Attorney), Hyucksun Kwon | 1. Jay Shim (Attorney) | Email with counsel reflecting legal advice regarding expert reports and transmitting draft expert report prepared at the direction of counsel in connection with litigation | Redacted ACP/WP |
| | N/A | 2/8/2013 | | | | Rebuttal Report of Dr. David J. Teece regarding Apple's antitrust allegations and opinions offered by Dr. Ordover, Mr. Donaldson, and Dr. Walker | Withheld Duplicate of Tab 266.1. |
| | N/A | 2/8/2013 | | | | Expert report of Richard Donaldson regarding the license terms that Samsung offered to Apple, FRAND, and Samsung's license to Intel | Withheld Duplicate of Tab 266.2 |
| | N/A | 2/8/2013 | | | | Rebuttal Expert Report of Richard Donaldson regarding FRAND and Dr. Teece's report | Withheld Duplicate of Tab 266.3 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 268. | N/A | 1. 2/14/2013<br>2. 2/15/2013<br>3. 2/15/2013 | 1. Ilman Bae; 2. Junghoon Park; 3. Eugene Shim | 1. Taesuk Kim, Kyuhwan Shin, Chulwoo Ahn, Kyuhyuk Lee, Woojong Lee, Jaehawk Lee, Hyunsun Kwack, Yangsun Kim, Youngho Kim, Jungmin Kim, Jonghee Kim, Joosang Kim, Jaehyun Park, Junhong Park, Sungcheol Bae, Seungkyun Oh, Sungho Lee, Suyeul Lee, Youngsoon Lee, Sanghoon Jin, Jungkyu Jin, Taeeun Kim, Youngeun Hong, Hoshin Lee (Attorney), Minkyoon Kim (Attorney), | 1. Beyongho Yuu (Attorney) | Email with counsel reflecting legal advice and transmitting document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 268.1 | N/A | 2/14/2013 | | | | Memorandum from counsel reflecting legal advice regarding licensing and summarizing IP news in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 269. | SAMNDCA-Z0010467-SAMNDCA-Z0010468 | 1. 3/6/2013 2. 3/6/2013 3. 3/6/2013 4. 3/5/2013 | 1. Brian Sungyun Kim (Attorney); 2. Kijoong Kang (Attorney); 3. Peter Camesasca (Attorney); 4. Fabrice Guillaume, Nicholas Banasevic | 1. Daniel W. Shim (Attorney); 2. Injung Lee (Attorney), Brian Sungyun Kim (attorney), James Minjae Shin (Attorney), Richard An (Attorney), Eric Junghoon Cha (Attorney); 4. Peter Camesasca (Attorney) | 4. COMP-GREFFE-ANTITRUST@ec.europa.eu; Nicholas.Banasevic@ec.europa.eu; Thomas.KRAMLER@ec.europa.eu; Michal.MOTTL@ec.europa.eu; Wouter.Wils@ec.europa.eu | Email with counsel, prepared in anticipation of litigation, forwarding documents for purposes of providing legal advice regarding licensing negotiations | Redacted ACP/WP |
| 269.1 | SAMNDCA-Z0010469-SAMNDCA-Z0010470 | 3/6/2013 | | | | Letter from the European Commission to Samsung regarding Samsung's request to access documents in the Commission's file | Produced |
| 269.2 | SAMNDCA-Z0010471-SAMNDCA-Z0010474 | 3/6/2013 | | | | A chart containing Apple's Reply to the Commission's Request for Information regarding licensing negotiations | Produced |
| 269.3 | SAMNDCA-Z0010475-SAMNDCA-Z0010476 | 3/6/2013 | | | | A chart containing Apple's Reply to the Commission's Request for Information regarding licensing negotiations | Produced |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 270. | N/A | 4/19/2013 | Hyucksun Kwon | Hyucksun Kwon | | Email with counsel, prepared at the direction of counsel, reflecting legal advice and transmitting document prepared regarding Samsung's intellectual property rights license negotiation with third party | Withheld ACP/WP |
| 270.1 | N/A | 4/19/2013 | | | | Document created in preparation of an executive meeting regarding litigation against Ericsson | Not Produced, NR, ACP/WP |
| 270.2 | N/A | 4/19/2013 | | | | Document prepared at the direction of counsel regarding licensing negotiations with Ericsson, prepared in anticipation of litigation | Withheld ACP/WP |
| 270.3 | N/A | 4/19/2013 | | | | Letter From Seung Ho Ahn (Samsung EVP & Chief IP Officer) to Kasim and Frank (Ericsson) responding to April 12, 2013 letter regarding Samsung/Ericsson patent license negotiations | Not Produced, NR |
| 270.4 | N/A | 4/19/2013 | | | | Ericsson and Samsung "Settlement Term Sheet" | Redacted ACP/WP |
| 270.5 | N/A | 4/19/2013 | | | | Letter from Frank Vecella (Ericsson) to Seung Ho Ahn (Samsung) dated April 12, 2013 regarding arbitrating dispute of patent license | Not Produced, NR |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 270.6 | N/A | 4/19/2013 | | | | Letter from Kasim Alfalahi (Ericsson) to Seung Ho Ahn (Samsung) dated April 12, 2013 regarding Ericsson/Samsung patent licensing negotiations with attached licensing offer | Not Produced, NR |
| 270.7 | N/A | 4/19/2013 | | | | Document reflecting legal advice regarding recent case events and discovery issues written in connection with litigation | Not Produced, NR, ACP/WP |
| 270.8 | N/A | 4/19/2013 | | | | Document reflecting legal advice regarding recent case events and discovery issues written in connection with litigation | Not Produced, NR, ACP/WP |
| 270.9 | N/A | 4/19/2013 | | | | Document prepared at the direction of counsel containing status of pending U.S. FRAND cases | Not Produced, NR, ACP/WP |
| 271. | SAMNDCA-Z0000917 SAMNDCA-Z0000918 | 5/13/2013 | Hyucksun Kwon | Daniel W. Shim (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 271.1 | SAMNDCA-Z0000919 SAMNDCA-Z0000977 | 5/13/2013 | | | | Report by David J. Teece regarding patent licensing prepared in anticipation of litigation | Produced |
| 271.2 | SAMNDCA-Z0000978 SAMNDCA-Z0001113 | 5/13/2013 | | | | Rebuttal Report by David J. Teece regarding patent licensing prepared in anticipation of litigation | Produced |
| 271.3 | N/A | 5/13/2013 | | | | Public paper titled "Review of Patents Declared as Essential to WCDMA Through December, 2008" | Not Produced, NR |
| 271.4 | N/A | 5/13/2013 | | | | Transcript of court testimony by David J. Teece | Not Produced, NR |
| 271.5 | N/A | 5/13/2013 | | | | Transcript of court testimony by David J. Teece | Not Produced, NR |
| 272. | SAMNDCA-Z0001114 SAMNDCA-Z0001116 | 5/13/2013 | Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel W. Shim (Attorney) | Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 272.1 | SAMNDCA-Z0001117 SAMNDCA-Z0001175 | 5/13/2013 | | | | Report by David J. Teece regarding patent licensing prepared in anticipation of litigation | Produced |
| 272.2 | SAMNDCA-Z0001176 SAMNDCA-Z0001311 | 5/13/2013 | | | | Rebuttal Report by David J. Teece regarding patent licensing prepared in anticipation of litigation | Produced |
| 272.3 | N/A | 5/13/2013 | | | | Transcript of court testimony by David J. Teece for Northern District of California trial | Not Produced, NR |
| 272.4 | N/A | 5/13/2013 | | | | Transcript of court testimony by David J. Teece for Northern District of California trial | Not Produced, NR |
| 273. | SAMNDCA-Z0001508 SAMNDCA-Z0001509 | 5/15/2013 | Eunhae Choi | Hyucksun Kwon | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP |
| 273.1 | N/A | 5/15/2013 | | | | Legal memorandum prepared by counsel and sent to Samsung regarding summary of Teece Reports and NDCA testimony | Not Produced, NR, ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 273.2 | N/A | 5/15/2013 | | | | Report and documentation reflecting legal advice regarding patent licensing negotiation meetings between Samsung and Ericsson from 2010-2013, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 273.3 | N/A | 5/15/2013 | | | | Title page for previous document 8283 with title: "Ericsson Case Negotiation History" | Not Produced, NR |
| 273.4 | N/A | 5/15/2013 | | | | Title page for Teece Report with title: "Apple Case Expert Report (David Teece)" | Not Produced, NR |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 274. | N/A | 1. 5/29/2012<br>2. 5/29/2012 | 1. Michael Kang (Attorney)<br>2. Indong Kang | 1. studio@vanzettieassociati.it, Martin Koehler (Attorney, ROKH IP), James Boon (Attorney, Bristows LLP) | 1. Indong Kang, Junwon Lee, Eric Junhun Cha (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with outside counsel seeking or reflecting legal advice regarding licensing and mediation with third party and attaching draft mediation statement | Withheld ACP/WP |
| 274.1. | N/A | | | | | Draft mediation statement prepared by Samsung's outside counsel in anticipation of litigation | Withheld ACP/WP |
| 275. | N/A | 1. 7/12/2012<br>2. 7/12/2012<br>3. 7/12/2012<br>4. 7/12/2012 | 1. James Jinhwan Kwak<br>2. Sangkil Lee<br>3. Wonduk Song<br>4. Sungup Choi | 1. Sangkil Lee, Sungup Choi, Junwon Lee, Indong Kang<br>3. Sungup Choi, James Jinhwan Kwak | 1. Wonduk Song, James Jinhwan Kwak<br>3. Sangkil Lee | Email written at the direction of counsel seeking or reflecting legal advice concerning licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER