UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING NOKIA'S MOTION TO COMPEL PRODUCTION PURSUANT TO MANDATE OF PRESIDING JUDGE** |

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Having considered the papers submitted in connection with non-party Nokia Corporation's
2 | Motion to Compel Production Pursuant to Mandate of Presiding Judge, filed on October 17, 2014,
3 | and good cause appearing, the Court hereby GRANTS Nokia's Motion.  Samsung is hereby ordered
4 | to produce to Nokia all documents that the Court determines are not properly protected by privilege.

IT IS SO ORDERED.

Dated: _____          _____
                                                              Hon. Paul S. Grewal
                                                              United States Magistrate Judge