QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Case No. 11-cv-01846-LHK (PSG)
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL

1   Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") bring this Administrative Motion to File Under Seal portions of Samsung's
4  Opposition to Apple's Motion to Compel Seven Privileged Documents Cited in This Court's
5  January 29, 2014 Order ("Opposition").
6   Samsung requests an order granting Samsung's motion to file under seal the documents
7  listed below:

| Document | Portions to be Sealed |
|---|---|
| Samsung's Opposition | See highlighted version filed concurrently with Samsung's Administrative Motion. |
| Exhibit A to the Declaration of Robert J. Becher in Support of Samsung's Opposition | Entire Document |

Apple Inc. ("Apple") may consider portions of Samsung's Opposition and Exhibit A to the Declaration of Robert J. Becher in Support of Samsung's Opposition confidential.   Samsung expects that Apple will file a declaration as required by Civil L.R. 79-5 establishing good cause to permit filing under seal.   Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal as a procedural mechanism for filing Samsung's Opposition under seal.  Apple reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information.

Pursuant to the Court's Order (Dkt. 2984), the redacted and confidential, unredacted versions of the aforementioned documents will be served on counsel for Apple, and Samsung will file a public, proposed redacted version of the document after counsel for Apple confirms the proposed redactions.

1  DATED: November 7, 2014                Respectfully submitted,

2                                          QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
3

4                                             By */s/ Victoria F. Maroulis*
                                                Charles K. Verhoeven
5                                               Kevin P.B. Johnson
                                                Victoria F. Maroulis
6                                               Michael T. Zeller

7
                                             Attorneys for SAMSUNG ELECTRONICS CO.,
8                                            LTD., SAMSUNG ELECTRONICS AMERICA,
                                             INC. and SAMSUNG
9                                            TELECOMMUNICATIONS AMERICA, LLC