UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Administrative Motion to File Under Seal portions of Samsung's Opposition to Apple's Motion to Compel Seven Privileged Documents Cited in This Court's January 29, 2014 Order ("Opposition").

1  Having considered Samsung's motion, and good cause having been shown, the Court
2  GRANTS Samsung's request and orders sealed:

| Document | Portions to be Sealed |
|---|---|
| Samsung's Opposition | See highlighted version filed concurrently with Samsung's Administrative Motion. |
| Exhibit A to the Declaration of Robert J. Becher in Support of Samsung's Opposition | Entire Document |

**IT IS SO ORDERED.**

DATED:   _____, 2014

  Honorable Paul S. Grewal
  United States Magistrate Judge