1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100

9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC

16

17                   UNITED STATES DISTRICT COURT

18          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19 APPLE INC., a California corporation,      CASE NO. 11-cv-01846-LHK (PSG)

20             Plaintiff,                     **DECLARATION OF ROBERT J.
                                              BECHER IN SUPPORT OF SAMSUNG'S
21        vs.                                 OPPOSITION TO APPLE'S MOTION TO
                                              COMPEL SEVEN PRIVILEGED
22 SAMSUNG ELECTRONICS CO., LTD., a           DOCUMENTS CITED IN THIS COURT'S
   Korean business entity; SAMSUNG            JANUARY 29, 2014 ORDER**
23 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
24 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
25
               Defendant.
26

27

28

1

## DECLARATION OF ROBERT J. BECHER

2        1.       I am a member of the bar of the State of California, and a partner in the firm Quinn

3   Emanuel  Urquhart  &  Sullivan,  LLP  ("Quinn  Emanuel"),  attorneys  for  defendants  Samsung

4   Electronics  Co.,  Ltd.,  Samsung  Electronics  America,  Inc.,  and  Samsung  Telecommunications

5   America, LLC (collectively, "Samsung").  I make this declaration of personal knowledge, and if

6   called and sworn as a witness, I could and would testify as set forth below.

7        2.       Attached as Exhibit A is a true and correct copy of Apple's Sixth Supplemental

8   Privilege Log, served in *Apple Inc. v. Samsung Elecs. Co., Ltd.,* Case No. 11-CV-01846-LHK

9   (N.D. Cal.) on June 5, 2013.

10

11       I declare under penalty of perjury of the laws of the United States that the foregoing is true

12   and correct.  Executed on November 7, 2014, at Los Angeles, California.

13

14                                          By  */s/ Robert J. Becher*_____

15                                                Robert J. Becher

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ATTESTATION

2        I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

3  foregoing document.  I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic

4  filing of this document has been obtained from Robert J. Becher.

5

6                             */s/ Victoria F. Maroulis*

7                             Victoria F. Maroulis

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28