| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> RUTH N. BORENSTEIN (CA SBN 133797) <br> rborenstein@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*) <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 60 State Street <br> Boston, Massachusetts  02109 <br> Telephone:  (617) 526-6000 <br> Facsimile:  (617) 526-5000 <br> <br> MARK D. SELWYN (CA SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br>   HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California  94304 <br> Telephone:  (650) 858-6000 <br> Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br>          Plaintiff, <br>   vs. <br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br>          Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **NOTICE REGARDING SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENT UNDER SEAL** |

1   In accordance with Civil Local Rule 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby submits this Notice regarding Samsung's Administrative Motions to File Under Seal (Dkt. Nos. 3214 and 3215).  Samsung has moved to seal portions of Samsung's Opposition to Apple's Motion to Compel Seven Privileged Documents Cited in This Court's January 29, 2014 Order (Dkt. No. 3214-3), Exhibit A to the Declaration of Robert J. Becher in Support of Samsung's Opposition to Apple's Motion to Compel Seven Privileged Documents Cited in This Court's January 29, 2014 Order (Dkt. No. 3214-5), and Samsung's Opposition to Nokia's Motion to Compel Production (Dkt. No. 3215-3).  Apple does not maintain a claim of confidentiality over any portions of these documents.

Dated:  November 12, 2014

WILMER CUTLER PICKERING
  HALE AND DORR LLP

*/s/ Mark D. Selwyn*
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on November 12, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                        */s/ Mark D. Selwyn*
                                        Mark D. Selwyn