QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**NOTICE OF WITHDRAWAL OF SAMSUNG'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL (DKT. NOS. 3214, 3215)** |

**PLEASE TAKE NOTICE** that pursuant to Civil L.R. 7-7, Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") withdraw their Administrative Motion to File Under Seal Samsung's Opposition to Apple's Motion to Compel Seven Privileged Documents Cited in This Court's January 29, 2014 Order (Dkt. 3214) ("Opposition to Apple's Motion to Compel"), and Exhibit A to the Declaration of Robert J. Becher in Support of Samsung's Opposition to Apple's Motion to Compel ("Becher Declaration").   Samsung also withdraws the Administrative Motion to File Under Seal Samsung's Opposition to Nokia's Motion to Compel Production (Dkt. 3213) (Dkt. 3215) ("Samsung's Opposition to Nokia's Motion to Compel").

On November 7, 2014, Samsung filed its Motion to Seal Samsung's Opposition to Apple's Motion to Compel, Exhibit A to the Becher Declaration, and its Motion to Seal Samsung's Opposition to Nokia's Motion to Compel because Apple Inc. ("Apple") had designated information included in Samsung's filing confidential under the Protective Order.   Samsung also believed that Nokia may have considered portions of Samsung's filing confidential.   On November 12, 2014, Apple filed a Notice Regarding Samsung's Administrative Motions to File Document Under Seal, stating that it does not maintain a claim of confidentiality over any portions of these documents.   On November 19, 2014, Nokia informed Samsung that it does not oppose public filing of these documents.   Concurrently with this Notice, Samsung files the Opposition to Apple's Motion to Compel, Exhibit A to the Becher Declaration, and the Opposition to Nokia's Motion to Compel publicly.

| | |
|---|---|
| 1  DATED: November 19, 2014 | Respectfully submitted, |
| 2 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | |
| 4 | By */s/ Victoria F. Maroulis* |
| 5 | Charles K. Verhoeven<br>Kathleen M. Sullivan<br>Kevin P.B. Johnson |
| 6 | Victoria F. Maroulis<br>William C. Price |
| 7 | Michael T. Zeller |
| 8 | |
| 9 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 10 | TELECOMMUNICATIONS AMERICA, LLC |