UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No.: 5:11-cv-01846-LHK |
| Plaintiff, | **ORDER RE: MOTIONS TO SEAL** |
| v. | **(Re: Docket Nos. 3054, 3055, 3125, 3126, 3127)** |
| SAMSUNG ELECTRONICS CO., LTD. et al., | |
| Defendants. | |

Before the court are two motions to stay and three administrative motions to seal 43 documents.  "Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'"[1] Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point."[2] Parties seeking to seal judicial records relating to dispositive motions bear the burden of

---

[1] *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978)).

[2] *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

1

Case No.: 5:11-cv-01846-LHK
ORDER RE: MOTIONS TO SEAL

overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure.[3]

However, "while protecting the public's interest in access to the courts, we must remain mindful of the parties' right to access those same courts upon terms which will not unduly harm their competitive interest."[4] Records attached to nondispositive motions therefore are not subject to the strong presumption of access.[5] Because the documents attached to nondispositive motions "are often unrelated, or only tangentially related, to the underlying cause of action," parties moving to seal must meet the lower "good cause" standard of Rule 26(c).[6] As with dispositive motions, the standard applicable to nondispositive motions requires a "particularized showing"[7] that "specific prejudice or harm will result" if the information is disclosed.[8] "Broad allegations of harm, unsubstantiated by specific examples of articulated reasoning" will not suffice.[9] A protective order sealing the documents during discovery may reflect the court's previous determination that good cause exists to keep the documents sealed,[10] but a blanket protective order that allows the parties to designate confidential documents does not provide sufficient judicial scrutiny to determine whether each particular document should remain sealed.[11]

---

[3] *Id.* at 1178-79.

[4] *Apple Inc. v. Samsung Electronics Co., Ltd.*, 727 F.3d 1214, 1228-29 (Fed. Cir. 2013).

[5] *See id.* at 1180.

[6] *Id.* at 1179 (internal quotations and citations omitted).

[7] *Id.*

[8] *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002); *see* Fed. R. Civ. P. 26(c).

[9] *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992).

[10] *See Kamakana,* 447 F.3d at 1179-80.

[11] *See* Civ. L.R. 79-5(d)(1)(A) ("Reference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable.").

In addition to making particularized showings of good cause, parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5. Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request that establishes the document is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law." "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)."[12] "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."[13]

With these standards in mind, the courts rules on the instant motions as follows:

| **Motion** | **Document to be Sealed** | **Result** | **Reason/Explanation** |
|---|---|---|---|
| Docket No. 3054, Motion to Stay Order at Docket No. 3041 re Docket No. 2374 | Exhibit 5 to the Declaration of Joseph Mueller in Support of Apple's Administrative Motion to File Documents Under Seal | DENIED as moot. | *See* Docket No. 3055 ruling. |
| Docket No. 3055, Motion for Clarification of Order at Docket No. 3041 re Docket No. 2374 | Exhibit 5 to the Declaration of Joseph Mueller in Support of Apple's Administrative Motion to File Documents Under Seal | 2: 35-36; 3:1-2; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket No. 3125, Motion for Stay of | Documents unsealed by Docket No. 3113. | DENIED as moot. | *See* Docket No. 3128 ruling at Docket No. 3217. |

---

[12] Civ. L.R. 79-5(b). In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d).

[13] Civ. L.R. 79-5(e)(1). The Civil Local Rules have recently been amended shortening the time available to the designating party to file a supporting declaration from seven days to four days. As this rule change was only recently implemented the court applies the prior form of Civ. L.R. 79-5 for the purposes of this order.

3

Case No.: 5:11-cv-01846-LHK
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| Docket No. 3113 Order | | | |
| Docket Nos. 2395-03; 3126-2 | Exhibit E to 9/6/2013 Declaration of Thomas D. Pease in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order | Portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2557-16; 3126-3 | Exhibit 10 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (8/16/2013 Letter from Robert Becher to William F. Lee) | 2, ¶4:1-2; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2556-03; 3126-4 | Samsung's Supplemental Brief in Support of Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order dated 10/21/2013 | 4:16-17; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2556-14; 3126-5 | 10/20/2013 Declaration of Kenneth Korea in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order | 5:8-12; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2556-14; 3126-5 | Exhibit 4 to 10/20/2013 Declaration of Kenneth Korea in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order | 5; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2556-14; 3126-5 | Exhibit 5 to 10/20/2013 Declaration of Kenneth Korea in Support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order | 1, ¶¶2, 3, fn. 1 portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. | Exhibit 2 to 10/21/2013 | 80:16-25, 81:10-14, 82:15-16, | Narrowly tailored to |

4

Case No.: 5:11-cv-01846-LHK
ORDER RE:  MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| 2557-08; 3126-6 | Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (10/17/2013 Deposition Transcript of SeungHo Ahn) | 172:10-11, 172:16-25, 173:8-13, 173:16-18, 174:5-7, 174:9-13; portions highlighted in yellow SEALED. | confidential business information. |
| Docket Nos. 2557-09; 3126-7 | Exhibit 3 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (10/17/2013 Deposition Transcript of Ken Korea) | 203:25-204:8, 206:20-21, 207:6-8, 207:22-208:9, 210:11-20; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2557-12; 3126-8 | Exhibit 6 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (Excerpt of Samsung's Initial Submission in Response to the Commission's March 13, 2013 Notice on Remedy and the Public Interest at 29) | 29, from "Yet" to "Nokia" in penultimate paragraph; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2557-14; 3126-9 | Exhibit 8 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (10/15/2013 Deposition Transcript of Seongwoo (Clayton) Kim) | 168:1-5, 168:18-19; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2557-15; 3126-10 | Exhibit 9 to 10/21/2013 Declaration of Mark Selwyn in Support of Apple Inc.'s Supplemental Brief in Support of its Motion for Sanctions (10/18/2013 Deposition Transcript of Jin Hwan Kwak) | 61:4-7; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2836-04; 3126-11 | Nokia Corporation's Brief in Support of Sanctions against Samsung Electronics Co., Ltd. and Quinn Emanuel Urquhart & Sullivan | 5:25-6:5, 6:13-14, 6:17-19, 18:21-25; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |

5

Case No.: 5:11-cv-01846-LHK
ORDER RE: MOTIONS TO SEAL

| | | | |
|---|---|---|---|
| | dated 12/2/2013 | | |
| Docket Nos. 2835-06; 3126-12 | Exhibit 39 to 12/2/13 Declaration of Robert J. Becher in Support of Samsung's Response to November 8, 2013 Order to Show Cause Why Sanctions are Not Warranted | Portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2836-06; 3126-13 | Exhibit 1 to December 2, 2013 Declaration of Ryan W. Koppelman in Support of Nokia Corporation's Brief in Support of Sanctions Against Samsung Electronics Co., Ltd. and Quinn Emanuel Urquhart & Sullivan | Portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 3126-14; 2838-07 | Exhibit 23 to Declaration of Mark Selwyn in Support of Apple Inc.'s Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations (11/25/2013 Deposition Transcript of Paul Melin) | 94:3-8, 94:12-96:8, 96:16-97:4, 97:10-98:7, 98:12-21, 99:21-25, 153:19-21, 153:6-153:14, 153:24-154:12, 156:25-157:4; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2836-10; 3126-15 | Exhibit 5 to December 2, 2013 Declaration of Ryan W. Koppelman in Support of Nokia Corporation's Brief in Support of Sanctions Against Samsung Electronics Co., Ltd. and Quinn Emanuel Urquhart & Sullivan | 54:12-20; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2836-10; 3126-16 | Exhibit 26 to Declaration of Mark Selwyn in Support of Apple Inc.'s Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations (11/25/2013 Deposition Transcript of Eeva Hakoranta) | 42:6-7, 54:12-20; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2838-03; 3126-17 | Apple Inc.'s Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations dated 12/2/2013 | 12:4-11, 13:5, 8, 11- 21, 14:5-6; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |

6

Case No.: 5:11-cv-01846-LHK
ORDER RE:  MOTIONS TO SEAL

| Docket Nos. 2395; 3127-3 | Samsung's Opposition to Apple's Motion to Compel Further Discovery and for Sanctions | Portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
|---|---|---|---|
| Docket Nos. 2395; 3127-4 | Pease Declaration ISO Samsung's Opposition to Apple's Motion to Compel Further Discovery and tor Sanctions | Portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2395; 3127-5 | Exhibit A to the Pease Declaration ISO Samsung's Opposition to Apple's Motion to Compel Further Discovery and for Sanctions Infringement Contention | Portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2395; 3127-6 | Exhibit D to the Pease Declaration ISO Samsung's Opposition to Apple's Motion to Compel Further Discovery and for Sanctions | Portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2395; 3127-7 | Exhibit E to the Pease Declaration ISO Samsung's Opposition to Apple's Motion to Compel Further Discovery and for Sanctions | Portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2557; 3127-8 | Exhibit 2 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | 82:18-83:5; 163:16-17, 21-23 166:1-5, 18, 25; 167:6; portions highlighted in yellow SEALED; 215 index highlights SEALED except "102:6:7" UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| Docket Nos. 2557; 3127-9 | Exhibit 3 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | 203:25-204:3; 206:20-21; 207:6-8, 25; 208:7; 210:12, 19; 339 index; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2557; 3127-10 | Exhibit 9 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | 61:5-7; 159:5-7; portions highlighted in yellow SEALED; 225-226 index highlights SEALED except "103:5:19" UNSEALED. | Only sealed portions narrowly tailored to confidential business information. |
| Docket Nos. 2557; 3127-11 | Exhibit 10 of the Selwyn Declaration ISO Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | Portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. | Exhibit 15 of the | Portions highlighted in yellow | Narrowly tailored to |

| | | | |
|---|---|---|---|
| 2558; 3127-12 | Koppelman Declaration ISO Nokia's Ex-Parte Administrative Motion to File Documents Under Seal | SEALED. | confidential business information. |
| Docket Nos. 2610; 3127-13 | Samsung's Motion for Leave to Take Discovery | Portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2835; 3127-14 | Samsung's Response to November 8, 2013 Order to Show Cause Why Sanctions are Not Warranted | 16:17-17:3; 17:7-9; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 3127; 2835-15 | Exhibit 39 of the Becher Declaration ISO Samsung's Response to November 2, 2013 Order to Show Cause Why Sanctions are Not Warranted | 96:24 - 97:4; 174:24 - 175:1; 175:5-6, 12-13; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2836; 3127-16; | Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | 6:2-5, 13-14; 18:12-19, 21-25; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2836; 3127-17 | Exhibit 1 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions Against Samsung and Quinn Emmanuel | 53:12-13; 54: 7-9; 72:10-14; 73:19-24; 96:24 - 97:4; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2838; 3127-18 | Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | 12:9-11, 13-16; 13:5, 7-8, 12, 21; 14:5-8; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2838; 3127-19 | Exhibit 22 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | 38:11-12, 14-15; 38:22-39:21; 40:21-41:2; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2838; 3127-20 | Exhibit 23 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | 45:25; 53:12-13; 54: 7-9; 72:10-14; 73:19-24; 80:17-18; 96:24 - 97:4; 154:1, 8-12; 157:2; 174:24-175:1; 175:5-6, 12-13; 246:24; 247:1-10, 15-16, 18-21, 24-25; 248:1-7; 249:14-19; 250:13-19; 251:11-20, 22-23; 252:2-13; 12, 39 index highlights; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2838; 3127-21 | Exhibit 25 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for | Portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |

| | | Samsung's Protective Order Violations | | |
|---|---|---|---|---|
| Docket Nos. 2838; 3127-22 | Exhibit 26 to Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions for Samsung's Protective Order Violations | | 58:6-7, 15, 22; 59:4, 9, 10, 13-17, 19-20, 22-23; 60:1; 13 index highlights; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2872; 3127-23 | Nokia's Supplemental Brief | | 4:16-17, 19; 5:6-7, 22-24; portions highlighted in yellow SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2556-3; 3127 | Samsung's Supplemental Brief in Support of Opposition to Apple Inc.'s Motion to Compel | | In addition to the portions already sealed by the Court: 4:25-26 (the portion of the sentence that follows "stated that he understood that"); 5:10-14 SEALED. | Narrowly tailored to confidential business information. |
| Docket Nos. 2556-8; 3127 | Declaration of SeungHo Ahn | | In addition to the portions already sealed by the Court: 4:24 SEALED. | Narrowly tailored to confidential business information. |

**SO ORDERED.**

Dated: November 20, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

9

Case No.: 5:11-cv-01846-LHK
ORDER RE:  MOTIONS TO SEAL