| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | MARK D. SELWYN (SBN 244180) |
| San Francisco, California 94105-2482 | mark.selwyn@wilmerhale.com |
| Telephone: (415) 268-7000 | WILMER CUTLER PICKERING |
| Facsimile: (415) 268-7522 | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | CASE NO. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXPAND TIME FOR RE-FILING DOCUMENTS IN RESPONSE TO NOVEMBER 18 AND NOVEMBER 20 ORDERS [DKT. NOS. 3217 AND 3221]** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., A Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to Civil L.R. 6-2, Apple Inc. ("Apple"), Nokia Corporation ("Nokia"), and Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") file this Stipulation to expand the time for re-filing documents relating to the Court's November 18 and November 20 Orders regarding various administrative motions to file documents under seal (Dkt. Nos. 3217 and 3221).

1   WHEREAS, the Court entered an Order on November 18, 2014, addressing Non-Party
2  Nokia Corporation's Motion for Leave;
3   WHEREAS, the Court entered an Order on November 20, 2014, addressing sealing issues
4  related to two motions to stay and three administrative motions to seal 43 documents;
5   WHEREAS, the parties have conferred regarding the Court's Order and are working
6  diligently to review the documents at issue, in particular so as to make any follow-up requests as
7  narrow as possible and to notify third parties whose confidentiality interests may be implicated;
8   WHEREAS, based on their review of the information at issue, the parties may desire to file
9  narrow renewed motions to seal seeking to seal a subset of the documents and information at issue
10 in the November 18 and November 20 Orders or, in the alternative, to stay disclosure of certain
11 information pending the Federal Circuit's resolution of any appeals from the Court's November 18
12 and November 20 Orders;
13   WHEREAS, the parties agree that additional time is necessary to allow them to complete a
14 review of the information at issue and to assess whether to seek any narrow relief based on that
15 review.
16   NOW THEREFORE, the parties jointly request that the following schedule be entered:
17   1. The parties may file any renewed motions to seal or motions to stay based on the
18 November 18 and November 20 Orders by Thursday, December 11, 2014, and the parties will not
19 file or otherwise disclose in a manner not permitted by the Protective Order any documents or
20 information covered by such motions until 7 days after final dispositions of those motions,
21 including any and all appeals in connection therewith; and
22   2. The parties may file all documents not covered by a stay or renewed motion to seal,
23 publicly or with redactions consistent with the November 18 and November 20 Orders, by
24 Monday, December 15, 2014.
25   **IT IS SO STIPULATED**.
26
27
28

-2-   Case No. 11-cv-01846-LHK (PSG)
STIPULATION AND [PROPOSED] ORDER TO EXPAND TIME FOR RE-FILING DOCUMENTS IN
RESPONSE TO NOVEMBER 18 AND NOVEMBER 20 ORDERS [DKT. NOS. 3217 AND 3221]

DATED: November 25, 2014

By: */s/ Mark D. Selwyn*
Mark D. Selwyn

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

DATED: November 25, 2014

By: */s/ Robert Becher*
Robert Becher

Attorneys for Defendants and Counterclaim-Plaintiffs
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.
and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

DATED: November 25, 2014

By: */s/ Ryan Koppelman*
Ryan Koppelman

Attorney for Third Party
NOKIA CORPORATION

**ORDER**

Based on the foregoing stipulation,

**IT IS SO ORDERED.**

Dated:  November __, 2014

_____
The Honorable Paul S. Grewal
United States Magistrate Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Robert Becher and Ryan Koppelman have concurred in this filing.

Dated:  November 25, 2014                              /s/ *Mark D. Selwyn*