1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.: 11-CV-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NOKIA CORPORATION'S RENEWED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

Having considered the papers submitted in connection with non-party Nokia Corporation's Renewed Administrative Motion to File Documents Under Seal, filed on December 11, 2014, and good cause appearing, the Court hereby GRANTS Nokia's motion to seal the confidential, unredacted versions of the documents listed below.

| **Document to be Sealed** | **Portions to be Sealed** | **Reason/Explanation** |
|---|---|---|
| Dkt. No. 2556-3: Samsung's Supplemental Brief in Support of Opposition to Apple Inc.'s Motion to Compel | 5:5 | Reflects confidential license terms |
| Dkt. No. 2556-8: Declaration of Seungho Ahn | 3:6-9, 23-24, 25-28; 4:1-2 | Reflects confidential license terms and confidential terms of proposed licenses otherwise protected from disclosure pursuant to the NDA between Nokia and Samsung |
| Dkt. No.2556-10: Declaration of Indong Kang in support of Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order | 2:23-24; | Reflects confidential license terms |
| Dkt. No. 2556-12: Declaration of Jin Hwan Kwak in support of Samsung's Opposition to Apple Inc.' Motion to Compel Further Discovery and for Sanctions for Violations of Protective Order | 2:18-21 | Reflects confidential license terms and information otherwise protected from disclosure pursuant to the NDA entered into between Nokia and Samsung |
| Dkt. Nos. 2557, 3126-6, 3127-8: Exhibit 2 of the Selwyn Declaration ISO Apple Inc's Supplemental Brief (Ahn deposition transcript) | 81:15; 166:12; 167:12-13 | Reflects confidential license terms |
| Dkt. Nos. 2557-11, 3126-10, 3127-10: Exhibit 9 of the Selwyn Declaration ISO Apple Inc's Supplemental Brief (Kwak deposition transcript) | 138:18-19; 143:8-9; 158:18-19; 188:12-13 | Reflects confidential license terms and confidential terms of proposed licenses otherwise protected from disclosure pursuant to the NDA between Nokia and Samsung |
| Dkt. Nos. 2835, 3127-15: Exhibit 39 of the Becher Declaration ISO Samsung's Response to November 2, 2013 Order (Melin Deposition excerpts) | 95:25-96:2; 175:18-20; 188:13-14; 189:1, 23-24 | Reflects confidential license terms and confidential terms of proposed licenses otherwise protected from disclosure pursuant to the NDA between Nokia and Samsung |
| Dkt. No. 2835-6: Exhibit 40 of the Becher Declaration ISO Samsung's Response to November 2, 2013 Order (Kwak Deposition excerpts) | 138:18-19; 143:8-9 | Reflects confidential license terms and confidential terms of proposed licenses otherwise protected from disclosure pursuant to the NDA between |

| Document to be Sealed | Portions to be Sealed | Reason/Explanation |
|---|---|---|
| | | Nokia and Samsung |
| Dkt. Nos. 2836-04, 3126-11, 3127-16: Nokia's Brief In Support of Sanctions | 6:9; 17:7; 18:28 | Reflects confidential license terms and confidential terms of proposed licenses otherwise protected from disclosure pursuant to the NDA between Nokia and Samsung |
| Dkt. Nos. 2836-06, 3126-13, 3127-17: Exhibit 1 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions (Melin Deposition excerpts) | 95:23-25; 96:1-2; 164:5-14; 172:6-9, 23 | Reflects confidential license terms and confidential terms of proposed licenses, and Nokia's strategy in negotiation otherwise protected from disclosure pursuant to the NDA between Nokia and Samsung |
| Dkt. Nos. 2836-10, 3126-15: Exhibit 5 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions (Hakoranta deposition excerpts) | 37:21-25; 44:1, 6-8, 10, 23; 54:22-24 | Reflects confidential license terms and confidential terms of proposed licenses and Nokia's strategy in negotiation otherwise protected from disclosure pursuant to the NDA between Nokia and Samsung |
| Dkt. Nos. 2838-07, 3126-14, 3127-20: Exhibit 23 of the Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions (Melin Deposition transcript) | 27:9-12, 22-24; 28:1-3; 35:10-16; 44:5, 14; 45:10; 53:18, 24; 55:12; 86:1, 3, 12-13, 15, 19, 24-25; 93:7, 11-13, 17, 23; 105:22-106:5; 106:14; 108:2, 10-11; 120:4-5, 11-12, 15-25; 121:9, 12-14; 155:19-21; 156:4-7; 159:23-24; 162:12-14; 164:5-14; 172:6-9, 23; 175:18-20; 182:9, 12; 183:13; 184:12; 185:4, 8, 22, 25; 186:4, 18; 187:2, 7-8, 23-24; 188:13-14; 189:1, 23-24 | Reflects confidential license terms and confidential terms of proposed licenses and Nokia's strategy in negotiation otherwise protected from disclosure pursuant to the NDA between Nokia and Samsung |
| Dkt. Nos. 2838-10, 3126-16, 3127-22: Exhibit 26 of the Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions (Hakoranta deposition transcript) | 37:21-25; 38:1; 43:21; 44:1, 6-8, 10, 23; 45:9; 54:22-24; 60:20; 61:2-3, 8; 62:16, 23; 63:3, 6, 13-14, 22, 24; 65:16; 66:5; index page 4 | Reflects confidential license terms and confidential terms of proposed licenses and Nokia's strategy in negotiation otherwise protected from disclosure pursuant to the NDA between Nokia and Samsung |
| Dkt. Nos. 2395, 3127-3: Samsung's | 6:11, 14-15; 7:7 | Reflects statements that in context |

| Document to be Sealed | Portions to be Sealed | Reason/Explanation |
|---|---|---|
| Opposition to Apple Inc.'s Motion to Compel Further Discovery and For Sanctions | | provide confidential license terms |
| Dkt. No. 2557-4:  Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | 6:12-13 | Reflects statements that in context provide confidential license terms |
| Dkt. No. 2873:  Apple Inc.'s Post-Hearing Brief In Support of Sanctions Against Samsung and Quinn Emanuel | 5:14 | Reflects statements that in context provide confidential license terms |

IT IS SO ORDERED.


Dated: _____          _____
                                            Hon. Paul S. Grewal
                                            United States Magistrate Judge