# Exhibit 1

| Koppelman Ex. # | Document to be sealed | Passages sealed in Dkt. No. 3113 | Passages sealed in Dkt. No. 3221 | Additional passages Nokia requests sealed | Reason/ Explanation |
|---|---|---|---|---|---|
| 2 | 2556-3; 3126-4 Samsung's Supplemental Brief in Support of Opposition to Apple Inc.'s Motion to Compel | 6:3, 9-11, 13-20 | 4:16-17 4:24-26 5:10-14 | 5:5 | Reflects confidential license terms |
| 3 | 2556-8 Declaration of Seungho Ahn | 2:26-28 | 4:24 | 3:6-9, 23-24, 25-28; 4:1-2 | Reflects confidential license terms and confidential terms of proposed licenses otherwise protected from disclosure pursuant to the NDA between Nokia and Samsung |
| 4 | 2556-10 Declaration of Indong Kang | 2:7-10, 15-18 | | 2:23-24 | Reflects confidential license terms |
| 5 | 2556-12 Declaration of Jin Hwan Kwak | 2:10-12 | | 2:17, 20-21 | Reflects confidential license terms |
| 6 | 2557; 3126-6; 3127-8 Exhibit 2 of the Selwyn Declaration ISO Apple Inc's Supplemental Brief (Ahn deposition transcript) | | 80:16-25; 81:10-14; 82:15-16, 18-83:5; 163:16-17, 21-23; 166:1-5, 18, 25; 167:6; 172:10-11, 16-25; 173:8-13, 16-18; 174:5-7, 9-13; | 81:15; 166:12; 167:12-13 | Reflects confidential license terms |

| Koppelman Ex. # | Document to be sealed | Passages sealed in Dkt. No. 3113 | Passages sealed in Dkt. No. 3221 | Additional passages Nokia requests sealed | Reason/ Explanation |
|---|---|---|---|---|---|
| | | | 215 index | | |
| 7 | 2557-11; 3126-10; 3127-10 Exhibit 9 of the Selwyn Declaration ISO Apple Inc's Supplemental Brief (Kwak deposition transcript) | | 61:4-7; 159:5-7; index 225-226 | 138:18-19; 143:8-9; 158:18-19; 188:12-13 | Reflects confidential license terms and confidential terms of proposed licenses otherwise protected from disclosure pursuant to the NDA between Nokia and Samsung |
| 8 | 2835; 3127-15 Exhibit 39 of the Becher Declaration ISO Samsung's Response to November 2, 2013 Order (Melin Deposition excerpts) | 87-92 | 96:16-25 97:1-4, 10-14, 16-25 98:1-7, 12-21 99:21-25 174:24-175:1 175:5-6, 12-13 | 95:25-96:2; 175:18-20 188:13-14; 189:1, 23-24; | Reflects confidential license terms and confidential terms of proposed licenses otherwise protected from disclosure pursuant to the NDA between Nokia and Samsung |
| 9 | 2835-6 Exhibit 40 of the Becher Declaration ISO Samsung's Response to November 2, 2013 Order (Kwak Deposition excerpts) | | | 138:18-19; 143:8-9; | Reflects confidential license terms and confidential terms of proposed licenses otherwise protected from disclosure pursuant to the NDA between Nokia and Samsung |
| 10 | 2836-04; 3126-11 3127-16 | | 5:25-6:5; 6:13-14, 17-19; | 6:9; 17:7; 18:28 | Reflects confidential license terms and confidential terms of |

2

| Koppelman Ex. # | Document to be sealed | Passages sealed in Dkt. No. 3113 | Passages sealed in Dkt. No. 3221 | Additional passages Nokia requests sealed | Reason/ Explanation |
|---|---|---|---|---|---|
| | Nokia's Brief In Support of Sanctions | | 18:12-19, 21-25 | | proposed licenses otherwise protected from disclosure pursuant to the NDA between Nokia and Samsung |
| 11 | 2836-06; 3126-13; 3127-17 Exhibit 1 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions (Melin Deposition excerpts) | | 53:12-13; 54:7-9; 72:10-14; 73:19-24; 96:16-97:4; 97:10-14, 16-25 | 95:23-25; 96:1-2; 164:5-14; 172:6-9, 23 | Reflects confidential license terms and confidential terms of proposed licenses, and Nokia's strategy in negotiation otherwise protected from disclosure pursuant to the NDA between Nokia and Samsung |
| 12 | 2836-10; 3126-15 Exhibit 5 of the Koppelman Declaration ISO Nokia's Brief ISO Sanctions (Hakoranta deposition excerpts) | 58:4-59:25 | 54:12-20 | 37:21-25; 44:1, 6-8, 10, 23; 54:22-24; | Reflects confidential license terms and confidential terms of proposed licenses and Nokia's strategy in negotiation otherwise protected from disclosure pursuant to the NDA between Nokia and Samsung |
| 13 | 2838-07; 3126-14; 3127-20 Exhibit 23 of the Selwyn Declaration ISO Apple's Brief Regarding Appropriate | (87-92 in 2835 Exhibit 39 to Becher Declaration) | 45:25; 53:12-13; 54:7-9; 72:10-14; 73:19-24; 80:17-18; 94:3-8; 94:12-96:8; 96:16-97:4 97:10-98:7; | 27:9-12, 22-24; 28:1-3; 35:10-16; 44:5, 14; 45:10; 53:18, 24; 55:12; 86:1, 3, 12-13, 15, 19, 24-25; | Reflects confidential license terms and confidential terms of proposed licenses and Nokia's strategy in negotiation otherwise protected from disclosure pursuant to the NDA between Nokia and Samsung |

3

| Koppelman Ex. # | Document to be sealed | Passages sealed in Dkt. No. 3113 | Passages sealed in Dkt. No. 3221 | Additional passages Nokia requests sealed | Reason/ Explanation |
|---|---|---|---|---|---|
| | Sanctions (Melin Deposition transcript) | | 98:12-21; 99:21-25; 153:6-14, 19-21; 153:24-154:12; 156:25-157:4; 174:24-175:1; 175:5-6,12-13; 246:24; 247:1-10, 15-16, 18-21, 24-25; 248:1-7; 249:14-19; 250:13-19; 251:11-20, 22-23; 252:2-13; 12, 39 index | 93:7, 11-13, 17, 23; 105:22-106:5; 106:14; 108:2, 10-11; 120:4-5, 11-12, 15-25; 121:9, 12-14; 155:19-21; 156:4-7; 159:23-24; 162:12-14; 164:5-14; 172:6-9, 23; 175:18-20; 182:9, 12; 183:13; 184:12; 185:4, 8, 22, 25; 186:4, 18; 187:2, 7-8, 23-24; 188:13-14; 189:1, 23-24; | |
| 14 | <u>2838-10; 3126-16; 3127-22</u> Exhibit 26 of the Selwyn Declaration ISO Apple's Brief Regarding Appropriate Sanctions | (58:4-59:25 ruled sealable as 2836-10) | 42:6-7; 54:12-20; 58:6-7, 15, 22; 59:4, 9, 10, 13-17, 19-20, 22-23; 60:1; 13 index | 37:21-25; 38:1; 43:21; 44:1, 6-8, 10, 23; 45:9; 54:22-24; 60:20; 61:2-3, 8; 62:16, 23; 63:3, 6, 13- | Reflects confidential license terms and confidential terms of proposed licenses and Nokia's strategy in negotiation otherwise protected from disclosure pursuant to the NDA between Nokia and Samsung |

4

LEGAL02/35233409v3

| Koppelman Ex. # | Document to be sealed | Passages sealed in Dkt. No. 3113 | Passages sealed in Dkt. No. 3221 | Additional passages Nokia requests sealed | Reason/ Explanation |
|---|---|---|---|---|---|
|  | (Hakoranta deposition transcript) |  |  | 14, 22, 24; 65:16; 66:5; index page 4 |  |
| 15 | 2395; 3127-3 Samsung's Opposition to Apple Inc.'s Motion to Compel Further Discovery and For Sanctions |  | 6:13-14; 7:12-14 | 6:11, 14-15; 7:7 | Reflects statements that in context provide confidential license terms |
| 16 | 2557-4 Apple Inc.'s Supplemental Brief in Support of Its Motion for Sanctions | 5:4-7 |  | 6:12-13 | Reflects statements that in context provide confidential license terms |
| 17 | 2873 Apple Inc.'s Post-Hearing Brief In Support of Sanctions Against Samsung and Quinn Emanuel | 4:15-17; 4:24-5:6 |  | 5:14 | Reflects statements that in context provide confidential license terms |

5