# EXHIBIT 3

1

1              UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

3       - - - - - - - - - - - - - - - X

4    APPLE INC., a California          :

5    Corporation,                      :

6                    Plaintiffs,       :

7    v.                                :

8    SAMSUNG ELECTRONICS CO., LTD., a :

9    Korean corporation; SAMSUNG       : Civil Action No.

10   ELECTRONICS AMERICA, INC., a New : 11-cv-01846-LHK

11   York corporation; and SAMSUNG     :

12   TELECOMMUNICATIONS AMERICA, LLC, :  FULL VERSION

13   a Delaware limited liability      :  Apple-Samsung

14   Company,                          :  Attorneys' Eyes

15            Defendants.              :  Only

16   - - - - - - - - - - - - - - - - X

17   (Caption continued on next page)

18   CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PORTIONS

19        UNDER NORTHERN CALIFORNIA PROTECTIVE ORDER

20        Videotaped Deposition of KENNETH S. KOREA

21                Los Angeles, California

22           Wednesday, October 16, 2013, 10:06 a.m.

23   Job No.:  46317

24   Pages 1 – 293

25   Reported by:  Lisa Michaels

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

2

1    (Caption continued from previous page)

2    - - - - - - - - - - - - - - - - - X

3    SAMSUNG ELECTRONICS CO., LTD, a    :

4    Korean corporation; SAMSUNG        :

5    ELECTRONICS AMERICA, INC., a New   :

6    York corporation; and SAMSUNG      :

7    TELECOMMUNICATIONS AMERICA, LLC    :

8    a Delaware limited liability       :

9    company,                           :

10         Counterclaim-Plaintiffs,   :

11   v.                                 :

12   APPLE INC., a California           :

13   corporation,                       :

14        Counterclaim-Defendant.     :

15   - - - - - - - - - - - - - - - - - X

16      Videotaped Deposition of KENNETH S. KOREA held

17   at the offices of:

18

19       WILMER CUTLER PICKERING HALE AND DORR LLP

20       350 S. Grand Avenue, Suite 2100

21       Los Angeles, California  90071

22       (213) 443-5300

23

24      Pursuant to Notice, before Lisa Michaels, CA

25   CSR, RPR, CCRR, CLR.

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

```
                                                            3
  1                      A P P E A R A N C E S

  2    ON BEHALF OF PLAINTIFF AND

  3    COUNTERCLAIM-DEFENDANT APPLE INC.:

  4          MARK D. SELWYN, ESQUIRE

  5          WILMER CUTLER PICKERING HALE and DOOR LLP

  6          90 Page Mill Road

  7          Palo Alto, California  94304

  8          (650) 858-6031

  9

 10

 11    ON BEHALF DEFENDANT SAMSUNG ELECTRONICS CO., LTD.,

 12    SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG

 13    TELECOMMUNICATIONS AMERICA, LLC:

 14          RACHEL HERRICK KASSABIAN, ESQUIRE

 15          QUINN EMANUEL URQUHART& SULLIVAN, LLP

 16          555 Dolphin Drive

 17          5th Floor

 18          Redwood Shores, California  94065

 19          (650) 801-5001

 20

 21

 22

 23

 24

 25
```

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

4

```
 1          A P P E A R A N C E S   C O N T I N U E D

 2    ON BEHALF OF NOKIA CORPORATION:

 3          PATRICK J. FLINN, ESQUIRE

 4          RYAN W. KOPPELMAN, ESQUIRE

 5          ALSTON & BIRD, LLP

 6          275 Middlefield Road

 7          Suite 150

 8          Menlo Park, California  94025-4008

 9          (650) 838-2009

10

11    ALSO PRESENT:

12          NATHAN SUN, Quinn Emanuel

13          BRIAN KIM, Samsung

14          TOM BISHEL, Video Specialist

15

16

17

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

5

1                          C O N T E N T S

2    EXAMINATION OF KENNETH S. KOREA                        PAGE

3        BY MR. SELWYN                                        9

4        BY MR. FLINN                                       214

5

6

7                          E X H I B I T S

8                      (Attached to transcript)

9        (Exhibit 17, Attached to Excerpt Transcript Only)

10   KOREA DEPOSITION EXHIBIT                                PAGE

11   Exhibit 1   Order Re:  Apple's Motion for               18

12               Sanctions; 6 pages

13   Exhibit 2   Agreed Upon Protective Order; 38            21

14               pages

15   Exhibit 3   Summary of Interviews with Recipients       71

16               of Inadvertent Disclosure E-mails

17               Attaching Teece Report; 5 pages

18   Exhibit 4   Summary of Interviews with Recipients       71

19               of Inadvertent Disclosure E-mails

20               Attaching ITC Public Interest Brief;

21               4 pages

22   Exhibit 5   Letter to Counsel from Mr. Becher          102

23               dated 10-15-13; 24 pages

24   Exhibit 6   E-mail from Eric Wall dated 3-22-12;       154

25               SAMNDCA-ZZ0001902

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

6

```
 1          E X H I B I T S   C O N T I N U E D

 2     KOREA DEPOSITION EXHIBIT                        PAGE

 3     Exhibit 7   E-mail from Todd Briggs dated        157

 4                 3-24-12; SAMNDCA-Z0000707

 5     Exhibit 8   Letter Robert Becher to Mark Selwyn   159

 6                 dated 8-1-13; 3 pages

 7     Exhibit 9   E-mail chain dated 12-22-12;          164

 8                 SAMNDCA-Z0000720 toSAMNDCA-Z0000721

 9     Exhibit 10  E-mail chain dated 12-22-12 to        169

10                 1-4-13; SAMNDCA-Z0010201

11     Exhibit 11  E-mail from Ari Zymelman dated        172

12                 3-31-13; SAMNDCA-Z0012355

13     Exhibit 12  E-mail chain dated 4-1-13 to 5-6-13;  181

14                 SAMNDCA-Z0010621 to SAMNDCA-Z0010622

15     Exhibit 13  Letter from Robert Becher to Randall  184

16                 Allen dated 7-16-13; 2 pages

17     Exhibit 14  Letter from Robert Becher to Randall  184

18                 Allen; 4 pages

19     Exhibit 15  Letter from Robert Becher to William  191

20                 Lee dated 8-16-13; 3 pages

21     Exhibit 16  E-mail chain dated 5-13-13;           195

22                 SAMNDCA-Z0000917 to SAMNDCA-Z0000918

23

24

25
```

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

7

1            E X H I B I T S    C O N T I N U E D

2    KOREA DEPOSITION EXHIBIT                      PAGE

3    Exhibit 17  HIGHLY CONFIDENTIAL – APPLE-SAMSUNG    204

4                ATTORNEYS' EYES ONLY UNDER THE

5                NORTHERN DISTRICT OF CALIFORNIA

6                PROTECTIVE ORDER (BOUND SEPARATELY)

7                Letter from Jaewan Chi to B.J.

8                Watrous dated 3-22-13; 2 pages

9    Exhibit 18  Teece Report Inadvertent Disclosure    244

10               E-Mails binder

11   Exhibit 19  Teece Report Inadvertent Further    245

12               Dissemination E-Mails binder

13   Exhibit 20  ITC Outline/Brief Inadvertent    245

14               Disclosure E-Mails binder

15   Exhibit 21  ITC Outline/Brief Inadvertent Further   245

16               Dissemination E-Mails binder

17

18

19   SEALED HIGHLY CONFIDENTIAL PORTIONS:  Pages 203:3-212:19

20     Apple-Samsung Attorneys' Eyes Only – Protective Order

21     Under the Northern District of California

22     Transcripts will be bound separately as

23         Full version, Redacted version and Excerpt only

24     **Only Apple-Samsung Attorneys can view the Full

25      and Excerpt versions.

8

1      WEDNESDAY, OCTOBER 16, 2013; LOS ANGELES, CALIFORNIA

2                      10:06 A.M.

3                       - - -

4          THE VIDEOGRAPHER:  Good morning.  Here begins            10:05:50

5   DVD No. 1 in the videotaped deposition of Kenneth Korea        10:06:10

6   in the matter of Apple, Inc., versus Samsung                   10:06:15

7   Electronics Company Limited, et al., in United States          10:06:18

8   District Court, Northern District of California, San           10:06:22

9   Jose Division, Case No. CV-11-01846-LHK.                       10:06:26

10         Today's date is October 16, 2013.  The time on          10:06:36

11  the video monitor is 10:06.  The videographer today is         10:06:40

12  Tom Buchel.  This video deposition is taking place at          10:06:47

13  350 South Grand Avenue, Suite 2100, Los Angeles,               10:06:52

14  California 90071.                                              10:06:57

15         Will counsel please voice identify themselves           10:07:00

16  and state whom you represent.                                  10:07:02

17         MR. SELWYN:  My name is Mark Selwyn, and I'm             10:07:05

18  here on behalf of Apple.                                       10:07:07

19         MR. FLINN:  Patrick Flinn and Ryan Koppelman            10:07:09

20  from Alston & Bird on behalf of Nokia.                         10:07:12

21         MS. KASSABIAN:  Rachel Herrick Kassabian and            10:07:15

22  Nathan Sun here on behalf of Samsung.  And also present        10:07:19

23  is Brian Kim from Samsung.                                     10:07:21

24         THE VIDEOGRAPHER:  The court reporter today is          10:07:27

25  Lisa Michaels, presenting on behalf of Planet Depos.          10:07:29

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

9

1    Would the reporter please swear in the          10:07:32

2  witness.                                          10:07:34

3              - - -

4              KENNETH S. KOREA,

5    having declared under penalty of perjury to tell the

6       truth, was examined and testified as follows:

7

8              EXAMINATION

9  BY MR. SELWYN:

10       Q.  Good morning, sir.                       10:07:47

11       A.  Good morning.                            10:07:50

12       Q.  What is your full name?                  10:07:51

13       A.  Kenneth S. Korea, K-O-R-E-A.             10:07:53

14       Q.  Mr. Korea, by whom are you employed?     10:07:57

15       A.  Samsung.                                 10:08:01

16       Q.  You understand that you're under oath?   10:08:01

17       A.  Yes, sir.                                10:08:03

18       Q.  And you understand that you must give complete  10:08:04

19  and truthful answers, just as if you were in a court of  10:08:07

20  law?                                             10:08:09

21       A.  That's correct.                          10:08:09

22       Q.  What is your position at Samsung?        10:08:11

23       A.  I am vice president and head of US IP center  10:08:13

24  in Silicon Valley.                               10:08:17

25       Q.  For how long have you held that position?  10:08:19

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

10

| 1 | A.  Two years and eight months. | 10:08:26 |
| 2 | Q.  For how long have you been employed by | 10:08:36 |
| 3 | Samsung? | 10:08:38 |
| 4 | A.  Two years and eight months. | 10:08:38 |
| 5 | Q.  For how long have you been employed by | 10:08:40 |
| 6 | Samsung? | 10:08:42 |
| 7 | A.  Two years and eight months. | 10:08:42 |
| 8 | Q.  And have you held the same position throughout | 10:08:44 |
| 9 | that time? | 10:08:46 |
| 10 | A.  Exactly. | 10:08:47 |
| 11 | Q.  What are your duties and responsibilities? | 10:08:47 |
| 12 | A.  I handle IP acquisitions, IP licensing, and IP | 10:08:53 |
| 13 | litigation and other IP related matters. | 10:09:01 |
| 14 | Q.  To whom do you report? | 10:09:08 |
| 15 | A.  Daniel Eum, E-U-M. | 10:09:13 |
| 16 | Q.  What is his position? | 10:09:17 |
| 17 | A.  He's the president of Samsung Information | 10:09:19 |
| 18 | Systems America. | 10:09:22 |
| 19 | Q.  What responsibilities do you have with respect | 10:09:23 |
| 20 | to licensing? | 10:09:26 |
| 21 | A.  Sometimes I participate in negotiations. | 10:09:39 |
| 22 | Q.  Do you have any other responsibilities with | 10:09:41 |
| 23 | respect to licensing? | 10:09:42 |
| 24 | A.  I sometimes review licensing documents. | 10:09:49 |
| 25 | Q.  What kinds of licensing documents? | 10:09:53 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

11

| | | |
|---|---|---|
| 1 | A.   Ones that are being negotiated. | 10:09:56 |
| 2 | Q.   Can you give me an example? | 10:10:00 |
| 3 | A.   Well, if I am negotiating a licensing deal | 10:10:02 |
| 4 | with a certain company, then I would review documents | 10:10:05 |
| 5 | related to that negotiation. | 10:10:09 |
| 6 | Q.   What other responsibilities do you have with | 10:10:13 |
| 7 | respect to licensing? | 10:10:15 |
| 8 | A.   I think that's about it. | 10:10:22 |
| 9 | Q.   What responsibilities do you have with respect | 10:10:23 |
| 10 | to negotiating patent licenses in connection with | 10:10:26 |
| 11 | settlement of litigation? | 10:10:29 |
| 12 | MS. KASSABIAN:   Objection.  Assumes facts not | 10:10:31 |
| 13 | in evidence. | 10:10:33 |
| 14 | THE WITNESS:   I have litigation counsel who | 10:10:39 |
| 15 | handles that type of responsibility, and sometimes I | 10:10:44 |
| 16 | get involved in the negotiation with the company that | 10:10:56 |
| 17 | is in litigation with us for a possible settlement. | 10:11:00 |
| 18 | BY MR. SELWYN: | 10:11:04 |
| 19 | Q.   Have you had any involvement in Samsung's | 10:11:05 |
| 20 | license negotiations with Apple? | 10:11:08 |
| 21 | A.   Yes. | 10:11:10 |
| 22 | Q.   What involvement have you had? | 10:11:11 |
| 23 | A.   I have participated in meetings with Apple | 10:11:17 |
| 24 | over a possible settlement. | 10:11:20 |
| 25 | Q.   How many meetings? | 10:11:24 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

12

| | | |
|---|---|---|
| 1 | A.  There were many.  I do not know exactly how | 10:11:28 |
| 2 | many. | 10:11:31 |
| 3 | Q.  You have helped to formulate Samsung's | 10:11:32 |
| 4 | licensing strategy against Apple; correct? | 10:11:35 |
| 5 | A.  I'm not sure.  What do you mean by "licensing | 10:11:42 |
| 6 | strategy"? | 10:11:44 |
| 7 | Q.  What don't you understand about that phrase? | 10:11:46 |
| 8 | A.  The licensing strategy. | 10:11:50 |
| 9 | MS. KASSABIAN:  Do you want to define it for | 10:11:51 |
| 10 | the witness or reask it? | 10:11:52 |
| 11 | 3BY MR. SELWYN: | 10:11:55 |
| 12 | Q.  What's confusing to you about that phrase? | 10:11:55 |
| 13 | A.  I think you could mean a lot of different | 10:11:57 |
| 14 | things, so I don't know what you mean by "licensing | 10:11:59 |
| 15 | strategy." | 10:12:01 |
| 16 | Q.  Have you had any responsibilities for | 10:12:26 |
| 17 | determining what licensing offers to make to Apple? | 10:12:27 |
| 18 | MS. KASSABIAN:  Objection.  Vague. | 10:12:31 |
| 19 | And I would caution the witness, of course, | 10:12:36 |
| 20 | not to disclose any attorney-client communications or | 10:12:37 |
| 21 | work product.  But to the extent you can answer without | 10:12:40 |
| 22 | doing that, please do. | 10:12:42 |
| 23 | THE WITNESS:  Could you read back the question | 10:12:45 |
| 24 | for me. | 10:12:47 |
| 25 | MR. SELWYN:  Let me ask a new question. | 10:12:48 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

13

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 10:12:49 |
| 2 | Q.  You've attended negotiation -- license | 10:12:50 |
| 3 | negotiation meetings with Apple; correct? | 10:12:52 |
| 4 | A.  That is correct. | 10:12:54 |
| 5 | Q.  Have you attended license negotiation meetings | 10:12:56 |
| 6 | with Nokia? | 10:12:59 |
| 7 | A.  No, I have not. | 10:13:01 |
| 8 | Q.  Have you had any involvement in formulating | 10:13:13 |
| 9 | Samsung's approach to licensing against Apple? | 10:13:18 |
| 10 | MS. KASSABIAN:  And again, I'll just caution | 10:13:22 |
| 11 | the witness not to disclose any work product or | 10:13:23 |
| 12 | attorney-client communications.  But please answer to | 10:13:27 |
| 13 | the extent you don't have to reveal such information. | 10:13:29 |
| 14 | THE WITNESS:  I still don't understand.  What | 10:13:33 |
| 15 | do you mean by "licensing strategy"? | 10:13:35 |
| 16 | BY MR. SELWYN: | 10:13:37 |
| 17 | Q.  Well, I didn't say "licensing strategy" in | 10:13:37 |
| 18 | that question. | 10:13:40 |
| 19 | A.  Okay.  Then could you repeat that question. | 10:13:40 |
| 20 | Q.  Sure.  Have you had any involvement in | 10:13:42 |
| 21 | Samsung's -- | 10:13:46 |
| 22 | MR. SELWYN:  Actually, can you read it back? | 10:13:49 |
| 23 | I'm sorry. | 10:13:49 |
| 24 | (The record was read as follows: | 10:13:49 |
| 25 | "Have you had any involvement in | 10:13:13 |

14

| | | |
|---|---|---|
| 1 | formulating Samsung's approach to licensing | 10:13:17 |
| 2 | against Apple?") | 10:13:20 |
| 3 | MS. KASSABIAN:  I'll also add a vagueness | 10:14:00 |
| 4 | objection. | 10:14:02 |
| 5 | THE WITNESS:  I'm still not clear.  What do | 10:14:15 |
| 6 | you mean by "Samsung's approach to licensing to Apple"? | 10:14:17 |
| 7 | BY MR. SELWYN: | 10:14:20 |
| 8 | Q.  Have you had any involvement in Samsung's | 10:14:20 |
| 9 | decision-making with respect to licensing against | 10:14:22 |
| 10 | Apple? | 10:14:25 |
| 11 | MS. KASSABIAN:  Objection.  Vague and | 10:14:29 |
| 12 | ambiguous.  Same work product caution. | 10:14:30 |
| 13 | THE WITNESS:  I certainly talk to other | 10:14:37 |
| 14 | Samsung people before I participate in negotiations | 10:14:39 |
| 15 | with Apple. | 10:14:42 |
| 16 | Is that what you're asking me? | 10:14:47 |
| 17 | BY MR. SELWYN: | 10:14:48 |
| 18 | Q.  Have you had any involvement in Samsung's | 10:14:48 |
| 19 | decision-making with respect to licensing against | 10:14:50 |
| 20 | Nokia? | 10:14:53 |
| 21 | MS. KASSABIAN:  Objection.  Vague and | 10:14:54 |
| 22 | ambiguous.  And same caution regarding work product and | 10:14:56 |
| 23 | attorney-client communications. | 10:14:59 |
| 24 | THE WITNESS:  Well, I did not participate in | 10:15:02 |
| 25 | meetings with Nokia, and I did not talk to anybody | 10:15:04 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

15

| | | |
|---|---|---|
| 1 | within Samsung about participating or any discussions | 10:15:08 |
| 2 | with Nokia, if that's what you're asking. | 10:15:13 |
| 3 | BY MR. SELWYN: | 10:15:15 |
| 4 | Q.  What involvement have you had in Samsung's | 10:15:15 |
| 5 | decision-making about licensing Apple? | 10:15:18 |
| 6 | MS. KASSABIAN:  I'm sorry.  Can you repeat | 10:15:30 |
| 7 | that? | 10:15:31 |
| 8 | BY MR. SELWYN: | 10:15:33 |
| 9 | Q.  What involvement have you had in Samsung's | 10:15:34 |
| 10 | decision-making about licensing Apple? | 10:15:39 |
| 11 | MS. KASSABIAN:  Did you say "licensing Apple"? | 10:15:42 |
| 12 | MR. SELWYN:  Yes. | 10:15:44 |
| 13 | MS. KASSABIAN:  Vague and ambiguous. | 10:15:45 |
| 14 | THE WITNESS:  I'm not sure what you mean by | 10:15:45 |
| 15 | "decision-making." | 10:15:48 |
| 16 | I answered that before I met with Apple folks | 10:15:50 |
| 17 | in negotiations I did talk to other Samsung employees. | 10:15:53 |
| 18 | So I don't quite understand.  I mean, other than that, | 10:15:57 |
| 19 | I don't know how to answer your question. | 10:16:00 |
| 20 | BY MR. SELWYN: | 10:16:17 |
| 21 | Q.  Have you had any involvement in Samsung's | 10:16:17 |
| 22 | decision-making about what license offers to make to | 10:16:19 |
| 23 | Apple? | 10:16:23 |
| 24 | MS. KASSABIAN:  Objection.  Vague and | 10:16:25 |
| 25 | ambiguous.  Asked and answered. | 10:16:27 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

16

| | | |
|---|---|---|
| 1 | And I would caution the witness not to | 10:16:28 |
| 2 | disclose any attorney-client communications regarding | 10:16:30 |
| 3 | privilege or work product information.  To the extent | 10:16:36 |
| 4 | you can answer without doing so, please answer. | 10:16:41 |
| 5 | THE WITNESS:  I mean, obviously, if I meet | 10:16:53 |
| 6 | with the Samsung employees before I meet with Apple for | 10:16:57 |
| 7 | negotiations, there are certain informations that will | 10:17:05 |
| 8 | be discussed, but I am not so sure I can separate what | 10:17:08 |
| 9 | is privileged and what is not.  So it's very difficult | 10:17:12 |
| 10 | for me to answer that question. | 10:17:16 |
| 11 | BY MR. SELWYN: | 10:17:41 |
| 12 | Q.  Have you been involved in Samsung's decisions | 10:17:41 |
| 13 | about what amount -- about what license terms to offer | 10:17:46 |
| 14 | to Apple? | 10:17:50 |
| 15 | MS. KASSABIAN:  Objection.  Vague and | 10:17:50 |
| 16 | ambiguous as to time.  Calls for attorney-client | 10:17:53 |
| 17 | communications and work product. | 10:17:55 |
| 18 | You can answer to the extent that you don't | 10:17:59 |
| 19 | disclose that information. | 10:18:01 |
| 20 | THE WITNESS:  Yeah.  I mean, I've been meeting | 10:18:03 |
| 21 | with Apple since, well, some time.  With the presence | 10:18:05 |
| 22 | of Nokia counsel, I'm just going to phrase it "some | 10:18:12 |
| 23 | time."  But there have been meetings.  So could you | 10:18:16 |
| 24 | clarify which meetings you're talking about? | 10:18:18 |
| 25 | /// | 10:18:21 |

17

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 10:18:21 |
| 2 | Q.  My question right now is a general one, | 10:18:21 |
| 3 | whether you've had any involvement in Samsung's | 10:18:23 |
| 4 | decision-making in what license offerings to make to | 10:18:26 |
| 5 | Apple. | 10:18:29 |
| 6 | MS. KASSABIAN:  Same objections.  Are you | 10:18:29 |
| 7 | saying ever, at any time, has he ever been involved? | 10:18:31 |
| 8 | MR. SELWYN:  That's what I said. | 10:18:35 |
| 9 | MS. KASSABIAN:  Same objections.  It's vague. | 10:18:37 |
| 10 | It's overbroad. | 10:18:38 |
| 11 | Please don't disclose any attorney-client | 10:18:39 |
| 12 | communications or work product in your answer, or | 10:18:41 |
| 13 | anything subject to the NDA between Apple and Samsung. | 10:18:44 |
| 14 | THE WITNESS:  Yeah, I mean, I don't know | 10:18:48 |
| 15 | exactly what you mean by "involved."  But as I stated | 10:18:49 |
| 16 | before, you know, in all the meetings before all the | 10:18:52 |
| 17 | meetings with Apple, I met with other Samsung | 10:18:58 |
| 18 | employees, or at least talked with them.  So if that's | 10:19:03 |
| 19 | what you mean by "involvement," I guess I was involved. | 10:19:06 |
| 20 | BY MR. SELWYN: | 10:19:10 |
| 21 | Q.  So would it be fair to say that you have been | 10:19:10 |
| 22 | involved in Samsung's decision-making about what | 10:19:12 |
| 23 | license offers to make to Apple? | 10:19:15 |
| 24 | MS. KASSABIAN:  Objection. | 10:19:17 |
| 25 | And I instruct you not to answer.  I believe | 10:19:18 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

18

| | | |
|---|---|---|
| 1 | that question calls for you to disclose what | 10:19:21 |
| 2 | discussions you've had within Samsung regarding | 10:19:25 |
| 3 | specific licensing negotiations, as I understand the | 10:19:28 |
| 4 | question.  So to that extent, do not answer the | 10:19:30 |
| 5 | question. | 10:19:34 |
| 6 | THE WITNESS:  Okay.  Then I will not answer | 10:19:35 |
| 7 | that question. | 10:19:36 |
| 8 | MR. SELWYN:  I disagree with your instruction | 10:19:37 |
| 9 | and disagree with your reinterpretation of the | 10:19:39 |
| 10 | question. | 10:19:42 |
| 11 | MS. KASSABIAN:  If you want to try to rephrase | 10:19:43 |
| 12 | it, maybe we can take a run at it that way. | 10:19:45 |
| 13 | MR. SELWYN:  Nope.  I'll stand by the | 10:19:50 |
| 14 | question. | 10:19:52 |
| 15 | Let me mark as our first exhibit a copy of an | 10:19:55 |
| 16 | order issued on October 2nd by Judge Grewal. | 10:20:01 |
| 17 | (Korea Exhibit 1 was marked for identification.) | 10:20:18 |
| 18 | BY MR. SELWYN: | 10:20:18 |
| 19 | Q.  Have you seen Exhibit 1 before? | 10:20:18 |
| 20 | A.  Yes, I believe I have. | 10:21:29 |
| 21 | Q.  You've read it; correct? | 10:21:31 |
| 22 | A.  I'm sorry? | 10:21:32 |
| 23 | Q.  You've read it? | 10:21:33 |
| 24 | A.  I read it. | 10:21:35 |
| 25 | Q.  Samsung has designated you to testify today as | 10:21:39 |

19

| | | |
|---|---|---|
| 1 | its 30(b)(6) witness in response to Judge Grewal's | 10:21:44 |
| 2 | October 2nd order; correct? | 10:21:48 |
| 3 | A.  I know I am here to testify with respect to | 10:21:50 |
| 4 | 30(b)(6) topic listed in this order on Page 5. | 10:21:53 |
| 5 | Q.  And you'll be testifying on behalf of Samsung; | 10:22:02 |
| 6 | correct? | 10:22:06 |
| 7 | A.  That is correct. | 10:22:06 |
| 8 | Q.  You will be testifying regarding Samsung's | 10:22:06 |
| 9 | knowledge required by Judge Grewal; correct? | 10:22:09 |
| 10 | A.  I know I am supposed to speak to the | 10:22:14 |
| 11 | dissemination and use by Samsung of the confidential | 10:22:18 |
| 12 | information, including the use of the confidential | 10:22:24 |
| 13 | information in any proceeding before the United States | 10:22:27 |
| 14 | International Trade Commission and any court or | 10:22:32 |
| 15 | jurisdiction outside the United States. | 10:22:35 |
| 16 | Q.  And you will be testifying regarding Samsung's | 10:22:40 |
| 17 | knowledge of that topic; correct? | 10:22:43 |
| 18 | A.  Again, I am here to testify with respect to | 10:22:47 |
| 19 | the 30(b)(6) topic listed by Judge Grewal which says | 10:22:50 |
| 20 | that that topic is: | 10:22:55 |
| 21 | "The dissemination of and use by Samsung | 10:22:57 |
| 22 | of the confidential information, including | 10:23:00 |
| 23 | the use of the confidential information in | 10:23:04 |
| 24 | any proceeding before the United States | 10:23:06 |
| 25 | International Trade Commission and any | 10:23:11 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

20

| | | |
|---|---|---|
| 1 | court or jurisdiction outside the United States." | 10:23:14 |
| 2 | Q.  Will you be testifying today regarding | 10:23:16 |
| 3 | Samsung's knowledge of that topic? | 10:23:20 |
| 4 | A.  What do you mean by "knowledge of Samsung"? | 10:23:25 |
| 5 | Q.  What's unclear to you about that? | 10:23:28 |
| 6 | A.  It could mean a lot of things so, you know, to | 10:23:30 |
| 7 | the extent it goes to privileged information, obviously | 10:23:34 |
| 8 | I cannot answer your question. | 10:23:37 |
| 9 | Q.  What do you understand your responsibilities | 10:23:38 |
| 10 | are as a 30(b)(6) witness? | 10:23:41 |
| 11 | MS. KASSABIAN:  Objection.  That calls for a | 10:23:43 |
| 12 | legal conclusion and it's argumentative. | 10:23:44 |
| 13 | BY MR. SELWYN: | 10:23:49 |
| 14 | Q.  You may answer. | 10:23:49 |
| 15 | MS. KASSABIAN:  But, obviously, don't disclose | 10:23:50 |
| 16 | any work product or attorney-client communications, | 10:23:52 |
| 17 | which I think is directly called for by that question. | 10:23:55 |
| 18 | THE WITNESS:  Yes, I believe my responsibility | 10:23:57 |
| 19 | is to speak to the dissemination of and use by Samsung | 10:23:59 |
| 20 | of the confidential information, including the use of | 10:24:04 |
| 21 | the confidential information in any proceeding before | 10:24:09 |
| 22 | the United States International Trade Commission and in | 10:24:12 |
| 23 | any court or jurisdiction outside the United States. | 10:24:15 |
| 24 | BY MR. SELWYN: | 10:24:19 |
| 25 | Q.  And do you understand, sir, that you are | 10:24:19 |

21

| | | |
|---|---|---|
| 1 | testifying as to the company's knowledge of that topic? | 10:24:21 |
| 2 | Yes or no? | 10:24:25 |
| 3 | A.  I am to speak on behalf of the company. | 10:24:28 |
| 4 | Q.  And you are to speak regarding the company's | 10:24:30 |
| 5 | knowledge of that topic; correct? | 10:24:32 |
| 6 | A.  Look, I don't know what the legal standard is, | 10:24:36 |
| 7 | but I have spoken with certain people within Samsung, | 10:24:39 |
| 8 | and I have reviewed certain documents, and based on | 10:24:42 |
| 9 | such ever, I'll speak to this topic. | 10:24:50 |
| 10 | Q.  Are you prepared today to testify regarding | 10:24:51 |
| 11 | Samsung's knowledge of that topic? | 10:24:54 |
| 12 | A.  Again, I'm going to testify with respect to | 10:24:56 |
| 13 | this topic based on my investigations.  If you call | 10:24:58 |
| 14 | that as the knowledge of Samsung, if that's what the | 10:25:02 |
| 15 | law requires, that's what I'm going to do.  I do not | 10:25:07 |
| 16 | know whether that is the same as knowledge of Samsung, | 10:25:09 |
| 17 | but that's for you guys to decide. | 10:25:11 |
| 18 | Q.  Do you feel that you are prepared to testify | 10:25:17 |
| 19 | today regarding Samsung's knowledge of the topic that | 10:25:20 |
| 20 | you read into the record? | 10:25:22 |
| 21 | A.  I'm absolutely ready to testify on the | 10:25:24 |
| 22 | 30(b)(6) topic listed on Judge's order. | 10:25:27 |
| 23 | MR. SELWYN:  Let me mark as the next exhibit a | 10:25:30 |
| 24 | copy of a January 3, 2012 order signed by Judge Grewal. | 10:25:32 |
| 25 | (Korea Exhibit 2 was marked for identification.) | 10:25:54 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

22

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 10:25:54 |
| 2 | Q.  Have you seen Exhibit 2 before? | 10:25:54 |
| 3 | A.  Yeah, I believe I have seen this document | 10:28:34 |
| 4 | before. | 10:28:38 |
| 5 | Q.  When was the first time you saw it? | 10:28:38 |
| 6 | A.  I do not know. | 10:28:39 |
| 7 | Q.  When's your best approximation of when the | 10:28:40 |
| 8 | first time was that you saw it? | 10:28:44 |
| 9 | MS. KASSABIAN:  Objection.  Asked and | 10:28:45 |
| 10 | answered.  Calls for speculation. | 10:28:47 |
| 11 | THE WITNESS:  It had to be after | 10:28:49 |
| 12 | January 30, 2012. | 10:28:52 |
| 13 | BY MR. SELWYN: | 10:28:53 |
| 14 | Q.  Are you able to give me any more precise an | 10:28:53 |
| 15 | estimate than that? | 10:28:55 |
| 16 | A.  No. | 10:28:57 |
| 17 | MS. KASSABIAN:  Same objection. | 10:28:57 |
| 18 | BY MR. SELWYN: | 10:29:00 |
| 19 | Q.  Have you discussed the protective order marked | 10:29:01 |
| 20 | as Exhibit 2 with anyone? | 10:29:05 |
| 21 | MS. KASSABIAN:  Objection. | 10:29:06 |
| 22 | Answer only to the extent that you don't have | 10:29:08 |
| 23 | to disclose attorney-client communications. | 10:29:10 |
| 24 | MR. SELWYN:  The question doesn't call for | 10:29:18 |
| 25 | attorney-client communications. | 10:29:19 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

23

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  Have you discussed with anyone | 10:29:20 |
| 2 | the protective order? | 10:29:22 |
| 3 | MR. SELWYN:  Correct. | 10:29:24 |
| 4 | MS. KASSABIAN:  It absolutely does call for, | 10:29:25 |
| 5 | potentially, attorney-client communications. | 10:29:27 |
| 6 | MR. SELWYN:  Disagree. | 10:29:30 |
| 7 | MS. KASSABIAN:  Because it's -- a discussion | 10:29:34 |
| 8 | is not a communication or -- | 10:29:35 |
| 9 | MR. SELWYN:  Because the mere subject matter | 10:29:37 |
| 10 | is not protected as privileged. | 10:29:38 |
| 11 | MS. KASSABIAN:  That is your position.  I | 10:29:41 |
| 12 | disagree. | 10:29:42 |
| 13 | But in any event, you can answer to the extent | 10:29:43 |
| 14 | that you're not disclosing attorney-client | 10:29:45 |
| 15 | communications. | 10:29:49 |
| 16 | And if the reporter could read back the | 10:29:55 |
| 17 | original question for Mr. Korea, please. | 10:29:56 |
| 18 | MR. SELWYN:  I'll just reask it. | 10:30:10 |
| 19 | BY MR. SELWYN: | 10:30:12 |
| 20 | Q.  Have you discussed the protective order we've | 10:30:12 |
| 21 | marked as Exhibit 2 with anyone? | 10:30:15 |
| 22 | MS. KASSABIAN:  Same objections. | 10:30:16 |
| 23 | THE WITNESS:  Well, based on that privilege | 10:30:28 |
| 24 | ground, I decline to answer that. | 10:30:31 |
| 25 | /// | 10:30:33 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

24

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 10:30:33 |
| 2 | Q. Let's take it in pieces. | 10:30:33 |
| 3 | Have you discussed the protective order with | 10:30:35 |
| 4 | anyone other than counsel? | 10:30:37 |
| 5 | A. No. | 10:30:45 |
| 6 | Q. You are familiar with the concept of a | 10:30:45 |
| 7 | protective order in litigation; correct? | 10:30:54 |
| 8 | A. Yes. | 10:31:00 |
| 9 | Q. Can you explain, please, the purpose of a | 10:31:00 |
| 10 | protective order? | 10:31:02 |
| 11 | MS. KASSABIAN:  Objection.  Calls for a legal | 10:31:05 |
| 12 | conclusion. | 10:31:06 |
| 13 | And you can answer to the extent that you are | 10:31:07 |
| 14 | not disclosing work product or attorney-client | 10:31:08 |
| 15 | communications. | 10:31:11 |
| 16 | THE WITNESS:  Yes, a protective order is | 10:31:42 |
| 17 | typically entered by the Court to specify the | 10:31:44 |
| 18 | conditions for treating, obtaining and using | 10:31:50 |
| 19 | confidential information, confidential, proprietary, | 10:31:53 |
| 20 | trade secret, and/or commercially sensitive | 10:32:00 |
| 21 | information. | 10:32:04 |
| 22 | BY MR. SELWYN: | 10:32:05 |
| 23 | Q. Has Samsung ever provided a copy of this | 10:32:06 |
| 24 | protective order to its employees? | 10:32:08 |
| 25 | MS. KASSABIAN:  Objection. | 10:32:12 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

25

| | | |
|---|---|---|
| 1 | You can answer to the extent you are not | 10:32:13 |
| 2 | disclosing attorney-client communications. | 10:32:15 |
| 3 | THE WITNESS:  Yes. | 10:32:19 |
| 4 | BY MR. SELWYN: | 10:32:19 |
| 5 | Q.  Which employees? | 10:32:20 |
| 6 | MS. KASSABIAN:  Objection.  Calls for | 10:32:23 |
| 7 | speculation. | 10:32:26 |
| 8 | Do you mean within the entire company? | 10:32:27 |
| 9 | MR. SELWYN:  Yes. | 10:32:32 |
| 10 | MS. KASSABIAN:  Lacks foundation and calls for | 10:32:33 |
| 11 | speculation. | 10:32:35 |
| 12 | THE WITNESS:  Since I'm not the one who handed | 10:32:35 |
| 13 | out this protective order, I do not know. | 10:32:38 |
| 14 | BY MR. SELWYN: | 10:32:40 |
| 15 | Q.  Who handed out this protective order? | 10:32:40 |
| 16 | A.  I do not know. | 10:32:42 |
| 17 | Q.  When was it handed out? | 10:32:43 |
| 18 | A.  Only thing I can tell you is that it would | 10:32:47 |
| 19 | have been handed out after January 30, 2012. | 10:32:51 |
| 20 | Q.  Do you know anything at all about the | 10:32:55 |
| 21 | circumstances under which Exhibit 2, the protective | 10:32:57 |
| 22 | order, was handed out at Samsung? | 10:33:00 |
| 23 | MS. KASSABIAN:  Objection.  Asked and | 10:33:03 |
| 24 | answered.  Assumes facts not in evidence. | 10:33:05 |
| 25 | You can answer to the extent that you are not | 10:33:08 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

26

| | | |
|---|---|---|
| 1 | disclosing work product or attorney-client | 10:33:10 |
| 2 | communications. | 10:33:12 |
| 3 | THE WITNESS:  I may have received this as a | 10:33:16 |
| 4 | part of preservation notice, but I'm not sure about | 10:33:18 |
| 5 | that, so I don't want to speculate.  So I don't know. | 10:33:21 |
| 6 | BY MR. SELWYN: | 10:33:25 |
| 7 | Q.  Samsung itself always seeks a protective order | 10:33:26 |
| 8 | in patent litigation; correct? | 10:33:29 |
| 9 | MS. KASSABIAN:  Objection.  Lacks foundation. | 10:33:31 |
| 10 | Calls for speculation.  Vague and irrelevant.  Beyond | 10:33:34 |
| 11 | the scope of the 30(b)(6) topic. | 10:33:40 |
| 12 | THE WITNESS:  I would imagine they would seek | 10:33:44 |
| 13 | a protective order in most instances.  But whether I | 10:33:46 |
| 14 | can tell you definitively we have sought protective | 10:33:50 |
| 15 | order in every single case, I do not know. | 10:33:54 |
| 16 | BY MR. SELWYN: | 10:33:57 |
| 17 | Q.  Are you aware of any patent case in which | 10:33:57 |
| 18 | Samsung has not sought a protective order? | 10:33:59 |
| 19 | MS. KASSABIAN:  Objection.  Lacks foundation. | 10:34:03 |
| 20 | Calls for speculation.  Beyond the scope. | 10:34:04 |
| 21 | THE WITNESS:  I am not personally aware of any | 10:34:10 |
| 22 | patent case where we did not seek protective order. | 10:34:13 |
| 23 | BY MR. SELWYN: | 10:34:16 |
| 24 | Q.  A protective order helps ensure that a party's | 10:34:17 |
| 25 | confidential information does not get into the hands of | 10:34:23 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

27

| | | |
|---|---|---|
| 1 | its competitors; correct? | 10:34:26 |
| 2 | A.  If you say so. | 10:34:28 |
| 3 | Q.  Well, sir, I'm asking you a question. | 10:34:30 |
| 4 | A.  Well, I don't know about -- | 10:34:34 |
| 5 | MS. KASSABIAN:  You've answered the question. | 10:34:35 |
| 6 | Wait for the next question. | 10:34:37 |
| 7 | THE WITNESS:  Okay. | 10:34:38 |
| 8 | BY MR. SELWYN: | 10:34:39 |
| 9 | Q.  Do you think you've answered my question, sir? | 10:34:39 |
| 10 | MS. KASSABIAN:  Objection.  Argumentative. | 10:34:42 |
| 11 | THE WITNESS:  I believe so. | 10:34:46 |
| 12 | BY MR. SELWYN: | 10:34:47 |
| 13 | Q.  Let me try it again. | 10:34:47 |
| 14 | A protective order helps ensure that a party's | 10:34:48 |
| 15 | confidential information does not get into the hands of | 10:34:54 |
| 16 | its competitors; correct? | 10:34:56 |
| 17 | MS. KASSABIAN:  Objection.  Vague and | 10:34:58 |
| 18 | argumentative. | 10:34:59 |
| 19 | THE WITNESS:  I'm not so sure I would put that | 10:35:00 |
| 20 | in turn.  I would probably -- because there can be all | 10:35:02 |
| 21 | kinds of protective order.  I'll prefer to phrase it, | 10:35:05 |
| 22 | that protective order in this case was entered to | 10:35:08 |
| 23 | specify or "set forth the conditions for treating, | 10:35:12 |
| 24 | obtaining and using confidential, proprietary, trade | 10:35:16 |
| 25 | secret, and/or commercially sensitive information." | 10:35:21 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

28

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 10:35:25 |
| 2 | Q.  Does Samsung dispute that a purpose of a | 10:35:25 |
| 3 | protective order is to help ensure that a party's | 10:35:28 |
| 4 | confidential information does not get into the hands of | 10:35:32 |
| 5 | its competitors? | 10:35:37 |
| 6 | MS. KASSABIAN:  Are you asking that question | 10:35:39 |
| 7 | as a 30(b)(6) question or in terms of Mr. Korea's | 10:35:40 |
| 8 | personal opinions? | 10:35:45 |
| 9 | MR. SELWYN:  30(b)(6). | 10:35:45 |
| 10 | MS. KASSABIAN:  It's beyond the scope of the | 10:35:46 |
| 11 | designation.  It's asked and answered.  And it's vague. | 10:35:48 |
| 12 | THE WITNESS:  I don't know how to answer your | 10:35:53 |
| 13 | question as a 30(b)(6) witness. | 10:35:54 |
| 14 | MS. KASSABIAN:  You can answer to your | 10:35:56 |
| 15 | personal -- the best of your personal understanding, if | 10:35:57 |
| 16 | you have an answer. | 10:35:59 |
| 17 | And if the reporter could please read back the | 10:36:00 |
| 18 | question to make sure we're on track. | 10:36:02 |
| 19 | MR. SELWYN:  I'll reask the question. | 10:36:05 |
| 20 | BY MR. SELWYN: | 10:36:07 |
| 21 | Q.  Does Samsung dispute that a protective order | 10:36:07 |
| 22 | helps ensure that a party's confidential information | 10:36:10 |
| 23 | does not get into the hands of its competitors? | 10:36:14 |
| 24 | MS. KASSABIAN:  Same objections, including | 10:36:16 |
| 25 | beyond the scope of the 30(b)(6) designation. | 10:36:18 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

29

| | | |
|---|---|---|
| 1 | THE WITNESS:  I'm sorry.  I'm not sure I'm | 10:36:27 |
| 2 | authorized by company to speak on that topic as a | 10:36:30 |
| 3 | 30(b)(6) witness. | 10:36:32 |
| 4 | BY MR. SELWYN: | 10:36:32 |
| 5 | Q.  The Court will decide which of my questions | 10:36:35 |
| 6 | are 30(b)(6) and which are not. | 10:36:37 |
| 7 | Can you do your best to answer my question, | 10:36:39 |
| 8 | please? | 10:36:41 |
| 9 | MS. KASSABIAN:  So if you have a personal | 10:36:41 |
| 10 | understanding of that, you can share that, Mr. Korea. | 10:36:43 |
| 11 | If you don't, you don't. | 10:36:46 |
| 12 | THE WITNESS:  Yeah, I cannot answer to that | 10:36:48 |
| 13 | question as a 30(b)(6) witness because I am not | 10:36:49 |
| 14 | authorized by the company.  I have my own limits as to | 10:36:52 |
| 15 | what I'm allowed to speak as a company representative. | 10:36:58 |
| 16 | If you ask my personal opinion, you know, I'm | 10:37:02 |
| 17 | going to stick to what the protective order says. | 10:37:05 |
| 18 | BY MR. SELWYN: | 10:37:08 |
| 19 | Q.  Let me try it this way. | 10:37:09 |
| 20 | Do you dispute, sir, that a protective order | 10:37:11 |
| 21 | helps ensure that a party's confidential information | 10:37:14 |
| 22 | does not get into the hands of its competitors? | 10:37:17 |
| 23 | MS. KASSABIAN:  I'll object as vague and | 10:37:20 |
| 24 | ambiguous and overbroad and irrelevant. | 10:37:21 |
| 25 | MR. SELWYN:  Those are not proper objections, | 10:37:24 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

30

| | | |
|---|---|---|
| 1 | Counsel. | 10:37:26 |
| 2 | THE WITNESS:  That could be a -- you know, | 10:37:26 |
| 3 | could be one purpose.  But the protective order I'm | 10:37:29 |
| 4 | seeing, this says this is to "set forth the conditions | 10:37:32 |
| 5 | for treating, obtaining and using confidential, | 10:37:34 |
| 6 | proprietary, trade secret, and/or commercially | 10:37:39 |
| 7 | sensitive information." | 10:37:43 |
| 8 | BY MR. SELWYN: | 10:37:44 |
| 9 | Q.  A party could obtain an unfair advantage if it | 10:37:44 |
| 10 | had access to a competitor's confidential information; | 10:37:48 |
| 11 | correct? | 10:37:52 |
| 12 | MS. KASSABIAN:  Objection.  Vague and | 10:37:52 |
| 13 | ambiguous.  Calls for speculation.  Improper | 10:37:53 |
| 14 | hypothetical. | 10:37:55 |
| 15 | THE WITNESS:  Yeah, it's just way too broad | 10:37:56 |
| 16 | for me to answer that question. | 10:37:58 |
| 17 | BY MR. SELWYN: | 10:38:02 |
| 18 | Q.  You are unable to answer my question? | 10:38:02 |
| 19 | MS. KASSABIAN:  Argumentative. | 10:38:04 |
| 20 | THE WITNESS:  It has to be more limited. | 10:38:06 |
| 21 | BY MR. SELWYN: | 10:38:07 |
| 22 | Q.  Why? | 10:38:08 |
| 23 | A.  I don't know what you mean by "unfair." | 10:38:09 |
| 24 | Q.  Can you imagine any circumstances under which | 10:38:15 |
| 25 | it would be fair if a party had access to its | 10:38:17 |

31

| | | |
|---|---|---|
| 1 | competitor's confidential information, in violation of | 10:38:21 |
| 2 | a protective order? | 10:38:24 |
| 3 | MS. KASSABIAN:  Objection.  Vague and | 10:38:26 |
| 4 | ambiguous.  Improper hypothetical.  Overbroad. | 10:38:27 |
| 5 | Irrelevant. | 10:38:31 |
| 6 | THE WITNESS:  Yeah.  I mean, there are so many | 10:38:32 |
| 7 | permutations that I cannot venture to speculate. | 10:38:34 |
| 8 | BY MR. SELWYN: | 10:38:39 |
| 9 | Q.  Can you imagine a single circumstance under | 10:38:40 |
| 10 | which it would be fair if a party had access to a | 10:38:42 |
| 11 | competitor's confidential information, in violation of | 10:38:44 |
| 12 | a protective order? | 10:38:48 |
| 13 | MS. KASSABIAN:  Same objections. | 10:38:50 |
| 14 | THE WITNESS:  Yeah, certainly I'm not in the | 10:38:52 |
| 15 | business of imagining any situations. | 10:38:55 |
| 16 | BY MR. SELWYN: | 10:39:01 |
| 17 | Q.  Does Samsung acknowledge that it has violated | 10:39:02 |
| 18 | the protective order entered by Judge Grewal in this | 10:39:04 |
| 19 | case? | 10:39:08 |
| 20 | MS. KASSABIAN:  Objection.  Beyond the scope | 10:39:08 |
| 21 | of the 30(b)(6) witness designation in this case. | 10:39:10 |
| 22 | You can answer if you have a personal | 10:39:14 |
| 23 | understanding that does not disclose work product or | 10:39:16 |
| 24 | attorney-client communications. | 10:39:19 |
| 25 | THE WITNESS:  In my personal capacity, I | 10:39:21 |

32

| | | |
|---|---|---|
| 1 | absolutely do not believe that Samsung has violated a | 10:39:24 |
| 2 | protective order. | 10:39:27 |
| 3 | BY MR. SELWYN: | 10:39:27 |
| 4 |     Q.  To be clear, in your personal capacity, you | 10:39:37 |
| 5 | believe that Samsung has not violated the protective | 10:39:39 |
| 6 | order entered by Judge Grewal? | 10:39:42 |
| 7 |     A.  That is correct. | 10:39:44 |
| 8 |       MS. KASSABIAN:  Asked and answered -- | 10:39:44 |
| 9 |       Slow down a little bit. | 10:39:46 |
| 10 |       THE WITNESS:  Okay. | 10:39:48 |
| 11 |       MS. KASSABIAN:  -- was my objection to the | 10:39:49 |
| 12 | prior question. | 10:39:53 |
| 13 |       Sorry.  Go ahead. | 10:39:54 |
| 14 | BY MR. SELWYN: | 10:39:55 |
| 15 |     Q.  Can you tell me why? | 10:39:55 |
| 16 |       MS. KASSABIAN:  Objection to the extent that | 10:39:56 |
| 17 | that would disclose work product or attorney-client | 10:39:57 |
| 18 | communications. | 10:40:01 |
| 19 |       Please don't answer it.  If you have any other | 10:40:02 |
| 20 | information you can share without such disclosures, | 10:40:04 |
| 21 | please answer the question. | 10:40:06 |
| 22 |       THE WITNESS:  Yeah, that's going to involve a | 10:40:08 |
| 23 | privilege information, so I cannot answer that | 10:40:10 |
| 24 | question. | 10:40:12 |
| 25 | /// | 10:40:13 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

33

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 10:40:13 |
| 2 | Q. Why does the basis for your answer involve | 10:40:13 |
| 3 | privileged information? | 10:40:16 |
| 4 | MS. KASSABIAN: Objection. Argumentative. | 10:40:18 |
| 5 | Calls for a work product and attorney-client | 10:40:20 |
| 6 | communications. | 10:40:23 |
| 7 | And to the extent you can answer without | 10:40:24 |
| 8 | disclosing work product or privileged information, | 10:40:27 |
| 9 | please do. | 10:40:32 |
| 10 | THE WITNESS: I cannot answer that. | 10:40:36 |
| 11 | BY MR. SELWYN: | 10:40:37 |
| 12 | Q. Can you provide the Court with any basis for | 10:40:39 |
| 13 | your belief that Samsung has not violated the | 10:40:40 |
| 14 | protective order entered by Judge Grewal in this case? | 10:40:43 |
| 15 | MS. KASSABIAN: Objection. Argumentative. | 10:40:46 |
| 16 | Asked and answered. | 10:40:49 |
| 17 | You can answer to the extent that you do not | 10:40:51 |
| 18 | disclose attorney-client communications or work | 10:40:54 |
| 19 | product. | 10:41:00 |
| 20 | THE WITNESS: To the extent your basis for | 10:41:01 |
| 21 | claiming there was a violation of protective order goes | 10:41:04 |
| 22 | to the dissemination and use by Samsung of the | 10:41:07 |
| 23 | confidential information, including the use of | 10:41:10 |
| 24 | confidential information in any proceedings before the | 10:41:14 |
| 25 | United States International Trade Commission, and in | 10:41:20 |

34

| | | |
|---|---|---|
| 1 | any court or jurisdiction outside the United States, I | 10:41:22 |
| 2 | am -- I am here and prepared to testify to such subject | 10:41:25 |
| 3 | matter. | 10:41:34 |
| 4 | BY MR. SELWYN: | 10:41:35 |
| 5 | Q.  Can you answer my question, sir? | 10:41:35 |
| 6 | A.  I think I just answered your question. | 10:41:36 |
| 7 | MR. FLINN:  Let me make one comment on behalf | 10:41:39 |
| 8 | of Nokia, just so that you all are very aware of our | 10:41:41 |
| 9 | position. | 10:41:44 |
| 10 | When witnesses come into these depositions and | 10:41:45 |
| 11 | express their belief, as now we've had in this occasion | 10:41:48 |
| 12 | and we've had yesterday, that there has been no | 10:41:52 |
| 13 | violation of the protective order, and then refuse to | 10:41:56 |
| 14 | explain the basis for that, we believe that the | 10:41:59 |
| 15 | claiming that their belief is the result of privileged | 10:42:04 |
| 16 | communications, the expression of that belief, we | 10:42:07 |
| 17 | believe waived any privilege that was otherwise | 10:42:11 |
| 18 | associated with that.  We certainly intend to compel | 10:42:14 |
| 19 | it. | 10:42:17 |
| 20 | So please be aware that if future witnesses | 10:42:17 |
| 21 | intend to express their personal opinions about whether | 10:42:19 |
| 22 | there has been a protective order violation in this | 10:42:23 |
| 23 | case, and if you contend that that opinion is a result | 10:42:26 |
| 24 | of privilege or work product, that it's waived. | 10:42:29 |
| 25 | MS. KASSABIAN:  So that was Apple's and | 10:42:32 |

35

| | | |
|---|---|---|
| 1 | Nokia's position coming into this deposition? | 10:42:35 |
| 2 | MR. FLINN:  It was a position I made very | 10:42:37 |
| 3 | clear on behalf of Nokia when your witness yesterday | 10:42:39 |
| 4 | tried to do the same thing. | 10:42:41 |
| 5 | MS. KASSABIAN:  Is that Apple's position, | 10:42:42 |
| 6 | Mr. Selwyn? | 10:42:46 |
| 7 | MR. SELWYN:  I'm entitled to an answer to my | 10:42:46 |
| 8 | question. | 10:42:47 |
| 9 | MS. KASSABIAN:  We've just had a statement | 10:42:48 |
| 10 | made on the record about what Nokia's position on this | 10:42:49 |
| 11 | issue is.  I'd like to know if Apple shares that | 10:42:52 |
| 12 | position. | 10:42:55 |
| 13 | MR. SELWYN:  Apple does not believe the | 10:42:56 |
| 14 | question calls for privileged information in the first | 10:42:57 |
| 15 | place. | 10:42:59 |
| 16 | MS. KASSABIAN:  So you don't share Nokia's | 10:43:00 |
| 17 | position? | 10:43:02 |
| 18 | MR. SELWYN:  I'm not going to get into a | 10:43:03 |
| 19 | colloquy with you.  I'm here to ask Mr. Korea | 10:43:06 |
| 20 | questions. | 10:43:08 |
| 21 | MR. FLINN:  For the record, I'd like an answer | 10:43:09 |
| 22 | to Mr. Selwyn's question, too. | 10:43:11 |
| 23 | MS. KASSABIAN:  Yeah.  It sounds like you're | 10:43:12 |
| 24 | saying that Nokia's position is that it is entitled to | 10:43:14 |
| 25 | an answer because the question asked by Mr. Selwyn | 10:43:16 |

36

| | | |
|---|---|---|
| 1 | called for attorney-client privileged information that | 10:43:20 |
| 2 | has now been waived because the witness answered. | 10:43:22 |
| 3 | MR. FLINN:  No.  More precisely, you can't | 10:43:25 |
| 4 | volunteer the opinion and then later claim that the | 10:43:28 |
| 5 | opinion is privileged.  If it wasn't privileged in the | 10:43:31 |
| 6 | first place, then he should explain the basis for it. | 10:43:34 |
| 7 | If it was privileged, you waived it by volunteering the | 10:43:37 |
| 8 | opinion. | 10:43:41 |
| 9 | What you can't do is what you're doing, is | 10:43:41 |
| 10 | have the witness come in and protest his innocence and, | 10:43:43 |
| 11 | at the same time, refuse to explain why he believes | 10:43:46 |
| 12 | he's innocent.  Mr. Selwyn may be right that it was not | 10:43:49 |
| 13 | privileged in the first place. | 10:43:52 |
| 14 | I think that you've made a mistake by | 10:43:54 |
| 15 | asserting privilege because now not only did you waive | 10:43:56 |
| 16 | it for his belief, the waiver may be much broader, and | 10:43:59 |
| 17 | we'll have to explore how much broader the waiver is, | 10:44:03 |
| 18 | and I just wanted to make sure that you are aware of | 10:44:06 |
| 19 | the consequences of the tactic that you have asked your | 10:44:10 |
| 20 | witnesses to engage in. | 10:44:14 |
| 21 | But let's get back to the deposition.  I just | 10:44:15 |
| 22 | wanted to make sure that there was no misunderstanding | 10:44:18 |
| 23 | about the consequences of some of what you're doing.  I | 10:44:20 |
| 24 | really do think Mr. Selwyn deserves an answer. | 10:44:23 |
| 25 | MS. KASSABIAN:  So I'll object to that | 10:44:26 |

37

1    colloquy to the extent that it mischaracterizes and          10:44:29

2    impugns the positions that Samsung has taken today in        10:44:36

3    this deposition and in this case.                            10:44:38

4           I'll also note that no one is here, most              10:44:41

5    certainly not Mr. Korea, to volunteer anything.              10:44:44

6    Mr. Korea is compelled here to answer questions that         10:44:49

7    are being asked by Apple.  So there was no volunteering      10:44:51

8    of anything.                                                 10:44:55

9           To the extent that Mr. Selwyn just knowingly          10:44:57

10   asked a question that he knew would invade the               10:44:59

11   attorney-client communication privilege, obviously we       10:45:02

12   object to that tactic, and Mr. Korea is doing                10:45:06

13   everything he can to cooperate in good faith and answer      10:45:10

14   the questions presented at this deposition.                  10:45:15

15          I disagree with your statement that the               10:45:18

16   question of asking if there's been a violation of the       10:45:24

17   protective order indicates that there is some sort of        10:45:27

18   waiver of privilege.  I think the entire line of             10:45:29

19   questioning is absolutely improper.  It's something the     10:45:32

20   Court is going to decide.  It's outside the scope of         10:45:36

21   this 30(b)(6) designation, and it's irrelevant to the       10:45:38

22   extent you're asking these individuals in their             10:45:42

23   individual capacity.                                         10:45:44

24          Nevertheless, we've done our best to answer          10:45:46

25   the question here, and to the extent that Mr. Selwyn is     10:45:48

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

38

| | | |
|---|---|---|
| 1 | asking for Mr. Korea's thoughts and mental impressions | 10:45:51 |
| 2 | on a legal issue involving interpretation of an order | 10:45:56 |
| 3 | and resulting conduct, and given that Mr. Korea is an | 10:46:01 |
| 4 | attorney, I think it absolutely does invade or seek to | 10:46:06 |
| 5 | invade the work product doctrine and the | 10:46:10 |
| 6 | attorney-client privilege. | 10:46:14 |
| 7 | MR. SELWYN:  Have you finished? | 10:46:17 |
| 8 | MS. KASSABIAN:  So far, in response to Mr. -- | 10:46:19 |
| 9 | I'm sorry.  I forgot your name.  I apologize. | 10:46:22 |
| 10 | MR. FLINN:  Patrick Flinn is my name. | 10:46:26 |
| 11 | MS. KASSABIAN:  Mr. Flinn.  I'm done with my | 10:46:28 |
| 12 | response to Mr. Flinn's comments for now, yes. | 10:46:30 |
| 13 | MR. SELWYN:  Thank you. | 10:46:33 |
| 14 | BY MR. SELWYN: | 10:46:35 |
| 15 | Q.  Mr. Korea, can you provide the Court with any | 10:46:35 |
| 16 | basis for your belief that Samsung has not violated the | 10:46:38 |
| 17 | protective order entered by Judge Grewal in this case? | 10:46:41 |
| 18 | Yes or no? | 10:46:44 |
| 19 | MS. KASSABIAN:  So that's the exact same | 10:46:45 |
| 20 | question.  I'll object that it is asked and answered. | 10:46:47 |
| 21 | Again, to the extent that you can answer | 10:46:50 |
| 22 | without disclosing any attorney-client communications | 10:46:53 |
| 23 | or work product, you may. | 10:46:57 |
| 24 | THE WITNESS:  Yeah, again, I think I testified | 10:47:00 |
| 25 | to that.  But to the extent that Apple's contention | 10:47:02 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

39

| | | |
|---|---|---|
| 1 | that there was a violation of the protective order is | 10:47:06 |
| 2 | based on dissemination and use by Samsung of the | 10:47:10 |
| 3 | confidential information, including the use of the | 10:47:14 |
| 4 | confidential information in any proceeding before the | 10:47:18 |
| 5 | United States International Trade Commission and in any | 10:47:23 |
| 6 | court or jurisdiction outside the United States, I'm | 10:47:26 |
| 7 | absolutely prepared to answer any question relating to | 10:47:29 |
| 8 | that topic. | 10:47:32 |
| 9 | BY MR. SELWYN: | 10:47:37 |
| 10 | Q.  Do you believe that Samsung has abided by the | 10:47:37 |
| 11 | Court's protective order at all times? | 10:47:40 |
| 12 | MS. KASSABIAN:  Same objection.  I think this | 10:47:42 |
| 13 | entire line of questioning is inappropriate.  This is | 10:47:44 |
| 14 | the ultimate question that the Court is going to | 10:47:47 |
| 15 | decide. | 10:47:49 |
| 16 | We are here today for Mr. Korea to testify to | 10:47:50 |
| 17 | the facts and circumstances regarding the dissemination | 10:47:55 |
| 18 | of and use by Samsung of the confidential information, | 10:47:59 |
| 19 | including the use of the confidential information in | 10:48:03 |
| 20 | any proceeding before the United States International | 10:48:06 |
| 21 | Trade Commission and in any court or jurisdiction | 10:48:11 |
| 22 | outside the United States. | 10:48:13 |
| 23 | That said, if this is how you want to use your | 10:48:15 |
| 24 | time with Mr. Korea, then so be it. | 10:48:18 |
| 25 | MR. SELWYN:  One thing I want to be clear on, | 10:48:22 |

40

| | | |
|---|---|---|
| 1 | I don't want to spend our time with a lot of attorney | 10:48:26 |
| 2 | colloquy on the record.  You should limit your comments | 10:48:30 |
| 3 | to "objection," "objection to form," or instruct not to | 10:48:33 |
| 4 | answer. | 10:48:33 |
| 5 | MS. KASSABIAN:  You should probably give that | 10:48:36 |
| 6 | same advice to Mr. Flinn, then. | 10:48:37 |
| 7 | BY MR. SELWYN: | 10:48:39 |
| 8 | Q.  Can you answer my question? | 10:48:40 |
| 9 | A.  Could you repeat the question, please. | 10:48:41 |
| 10 | Q.  Does Samsung believe that it has abided by the | 10:48:42 |
| 11 | Court's protective order at all times? | 10:48:46 |
| 12 | MS. KASSABIAN:  Same objections. | 10:48:49 |
| 13 | You can answer to the extent you are not | 10:48:50 |
| 14 | disclosing work product or attorney-client | 10:48:51 |
| 15 | communications. | 10:48:54 |
| 16 | And again, we're beyond the scope. | 10:48:57 |
| 17 | THE WITNESS:  Again, I do not believe I can | 10:49:02 |
| 18 | answer that question as a 30(b)(6) witness.  I am here | 10:49:03 |
| 19 | to -- I am authorized by the company to speak to the | 10:49:06 |
| 20 | subject of the dissemination of and use by Samsung of | 10:49:10 |
| 21 | the confidential information, including the use of the | 10:49:16 |
| 22 | confidential information in any proceeding before the | 10:49:18 |
| 23 | United States International Trade Commission and in any | 10:49:23 |
| 24 | court or jurisdiction outside the United States.  To | 10:49:25 |
| 25 | the extent your question goes beyond that, I'm just not | 10:49:28 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

41

| | | |
|---|---|---|
| 1 | able to answer on behalf of Samsung. | 10:49:33 |
| 2 | BY MR. SELWYN: | 10:49:35 |
| 3 | Q.  Can you answer on behalf of yourself? | 10:49:35 |
| 4 | MS. KASSABIAN:  Can you state a full question, | 10:49:38 |
| 5 | please? | 10:49:39 |
| 6 | BY MR. SELWYN: | 10:49:40 |
| 7 | Q.  Do you believe that Samsung has abided by the | 10:49:40 |
| 8 | Court's protective order at all times? | 10:49:44 |
| 9 | MS. KASSABIAN:  Objection.  But you can -- | 10:49:45 |
| 10 | again, it's irrelevant and vague and ambiguous. | 10:49:49 |
| 11 | But you can answer to the extent you are not | 10:49:51 |
| 12 | disclosing your own mental impressions or work product | 10:49:53 |
| 13 | or attorney-client communications. | 10:49:57 |
| 14 | THE WITNESS:  I certainly don't want my answer | 10:50:02 |
| 15 | to be a basis for saying that I have to disclose | 10:50:04 |
| 16 | privileged information.  So to the extent there's any | 10:50:09 |
| 17 | doubt, on that basis I respectfully decline to answer. | 10:50:11 |
| 18 | BY MR. SELWYN: | 10:50:16 |
| 19 | Q.  Have Samsung employees received any Apple | 10:50:16 |
| 20 | confidential information in violation of the Court's | 10:50:19 |
| 21 | protective order? | 10:50:22 |
| 22 | MS. KASSABIAN:  Objection.  Argumentative. | 10:50:23 |
| 23 | Assumes facts not in evidence.  Vague.  Overbroad. | 10:50:25 |
| 24 | THE WITNESS:  In what time period? | 10:50:34 |
| 25 | /// | 10:50:35 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

42

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 10:50:35 |
| 2 |     Q.  Ever. | 10:50:36 |
| 3 |     A.  I'm sorry.  I cannot answer that question.  I | 10:50:36 |
| 4 | was not with Samsung ever. | 10:50:39 |
| 5 |     Q.  Well, sir, you have been with Samsung the | 10:50:40 |
| 6 | entire duration of the Apple-Samsung litigation, | 10:50:43 |
| 7 | haven't you? | 10:50:47 |
| 8 |     A.  I believe that is correct. | 10:50:52 |
| 9 |     Q.  Let me reask the question. | 10:50:54 |
| 10 |     Have Samsung employees received any Apple | 10:50:57 |
| 11 | confidential information, in violation of the Court's | 10:50:59 |
| 12 | protective order? | 10:51:02 |
| 13 |     MS. KASSABIAN:  Objection.  Argumentative. | 10:51:02 |
| 14 | Asked and answered.  And overbroad. | 10:51:05 |
| 15 |     THE WITNESS:  What do you mean by "violation | 10:51:08 |
| 16 | of the Court's protective order"? | 10:51:10 |
| 17 | BY MR. SELWYN: | 10:51:12 |
| 18 |     Q.  What's unclear to you about that? | 10:51:12 |
| 19 |     MS. KASSABIAN:  Argumentative. | 10:51:15 |
| 20 |     THE WITNESS:  Yeah, this protective order goes | 10:51:21 |
| 21 | into that.  Let's see. | 10:51:24 |
| 22 |     37 pages.  It lists how many patents?  It | 10:51:31 |
| 23 | lists at least 27 patents.  And then it goes on to all | 10:51:54 |
| 24 | kinds of permutations of what constitutes confidential, | 10:51:58 |
| 25 | proprietary trade secrets, and commercially sensitive | 10:52:03 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

43

| | | |
|---|---|---|
| 1 | information.  It goes into all kinds of conditions | 10:52:07 |
| 2 | under which these type of information should be | 10:52:11 |
| 3 | treated, obtained and used, and I have no idea that how | 10:52:18 |
| 4 | many people have received the protective orders. | 10:52:23 |
| 5 | I do not know whether these protective orders | 10:52:26 |
| 6 | have been modified by subsequent court orders, and then | 10:52:29 |
| 7 | I do not know what it is you're contending to be a | 10:52:34 |
| 8 | violation of the protective order in all these times, | 10:52:38 |
| 9 | with respect to how many witnesses or how many people | 10:52:40 |
| 10 | that -- I have no knowledge who received the protective | 10:52:44 |
| 11 | order.  So that's why it is not clear to me what your | 10:52:47 |
| 12 | question is. | 10:52:50 |
| 13 | BY MR. SELWYN: | 10:52:50 |
| 14 | Q.  Are you unclear what it means to violate the | 10:52:51 |
| 15 | protective order? | 10:52:53 |
| 16 | MS. KASSABIAN:  Okay.  I'm going to object | 10:52:55 |
| 17 | again.  This is an improper and argumentative line of | 10:52:56 |
| 18 | questioning.  You're here to collect information | 10:53:01 |
| 19 | regarding use and dissemination.  Mr. Korea has | 10:53:03 |
| 20 | prepared extensively to sit down here and share that | 10:53:05 |
| 21 | information with you in response to the proper | 10:53:08 |
| 22 | questions.  Instead, you've just wasted the last half | 10:53:11 |
| 23 | hour asking him whether he personally thinks there's | 10:53:14 |
| 24 | been a violation.  So I object to this line of | 10:53:16 |
| 25 | questioning. | 10:53:18 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

44

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 10:53:20 |
| 2 | Q.  You may answer the question. | 10:53:21 |
| 3 | A.  Okay.  Could you repeat the question, please. | 10:53:22 |
| 4 | Q.  Are you unclear what it means to violate a | 10:53:23 |
| 5 | protective order? | 10:53:26 |
| 6 | MS. KASSABIAN:  Same objections. | 10:53:27 |
| 7 | Argumentative.  Outside the scope. | 10:53:28 |
| 8 | THE WITNESS:  Yes.  It's not very clear to me | 10:53:33 |
| 9 | because, which protective order? | 10:53:35 |
| 10 | BY MR. SELWYN: | 10:53:39 |
| 11 | Q.  The protective order that you have in your | 10:53:40 |
| 12 | hands, sir. | 10:53:42 |
| 13 | A.  Again, this is a protective order that goes | 10:53:47 |
| 14 | into 37 pages.  It covers many different conditions | 10:53:51 |
| 15 | under which -- well, in the first -- it kind of | 10:53:54 |
| 16 | classify wide range of information as confidential, | 10:53:58 |
| 17 | proprietary, trade secrets, and commercially sensitive | 10:54:04 |
| 18 | information, and it lists a lot of conditions under | 10:54:08 |
| 19 | which these information could be treated, obtained and | 10:54:12 |
| 20 | used, and I do not know how many people have received | 10:54:16 |
| 21 | the protective orders, and I do not know how many | 10:54:21 |
| 22 | people have received Apple confidential information, | 10:54:23 |
| 23 | and I do not know how they have treated, obtained or | 10:54:27 |
| 24 | used such information in a general context.  So that's | 10:54:32 |
| 25 | why it's hard for me to answer your question. | 10:54:36 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

45

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  So, Mr. Korea, if you can just | 10:54:38 |
| 2 | answer as to the topic. | 10:54:40 |
| 3 | THE WITNESS:  Yes.  I can -- | 10:54:45 |
| 4 | MS. KASSABIAN:  If you can. | 10:54:45 |
| 5 | THE WITNESS:  I'll be happy to answer any | 10:54:45 |
| 6 | questions relating to the dissemination and use of by | 10:54:47 |
| 7 | Samsung the confidential information, including the use | 10:54:51 |
| 8 | of confidential information in any proceedings before | 10:54:53 |
| 9 | the United States International Trade Commission and in | 10:54:55 |
| 10 | any court or jurisdiction outside the United States, | 10:54:58 |
| 11 | for which I am designated to speak on behalf of | 10:55:02 |
| 12 | Samsung. | 10:55:04 |
| 13 | BY MR. SELWYN: | 10:55:04 |
| 14 | Q.  Is any portion of the protective order we've | 10:55:05 |
| 15 | marked as Exhibit 2 unclear or ambiguous to Samsung? | 10:55:07 |
| 16 | MS. KASSABIAN:  Objection.  Beyond the scope | 10:55:14 |
| 17 | of the 30(b)(6) designation.  Irrelevant.  Vague and | 10:55:16 |
| 18 | argumentative. | 10:55:20 |
| 19 | THE WITNESS:  That's right.  I cannot speak as | 10:55:23 |
| 20 | to Samsung as to whether this protective order is vague | 10:55:25 |
| 21 | or unclear. | 10:55:29 |
| 22 | BY MR. SELWYN: | 10:55:30 |
| 23 | Q.  Is any portion of the protective order we've | 10:55:30 |
| 24 | marked as Exhibit 2 unclear or ambiguous to you? | 10:55:32 |
| 25 | MS. KASSABIAN:  So, Mr. Korea, please read the | 10:55:35 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

46

| | | |
|---|---|---|
| 1 | protective order before you answer that question. | 10:55:38 |
| 2 | THE WITNESS:  Okay.  I'll be happy to do that. | 10:55:39 |
| 3 | MR. SELWYN:  Well, let me ask it this way. | 10:55:42 |
| 4 | BY MR. SELWYN: | 10:55:44 |
| 5 | Q.  You've read the protective order before; | 10:55:45 |
| 6 | correct? | 10:55:46 |
| 7 | MS. KASSABIAN:  Objection.  Assumes facts not | 10:55:47 |
| 8 | in evidence. | 10:55:49 |
| 9 | THE WITNESS:  I'm sure I've skimmed through | 10:55:51 |
| 10 | it, but I can't really tell you that I know exactly | 10:55:53 |
| 11 | what's in all the portions of the protective order. | 10:55:59 |
| 12 | And since you're asking me to identify any portion of | 10:56:01 |
| 13 | the protective order that is vague and ambiguous to me, | 10:56:05 |
| 14 | I think I'll have to read the protective order in order | 10:56:08 |
| 15 | for me to answer your question more fully. | 10:56:11 |
| 16 | BY MR. SELWYN: | 10:56:13 |
| 17 | Q.  You have not previously read the protective | 10:56:13 |
| 18 | order thoroughly; correct? | 10:56:16 |
| 19 | MS. KASSABIAN:  Objection.  Argumentative. | 10:56:17 |
| 20 | Assumes facts not in evidence.  Vague.  Beyond the | 10:56:19 |
| 21 | scope. | 10:56:24 |
| 22 | THE WITNESS:  What do you mean by | 10:56:25 |
| 23 | "thoroughly"? | 10:56:26 |
| 24 | BY MR. SELWYN: | 10:56:26 |
| 25 | Q.  Is that word unclear to you? | 10:56:28 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

47

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  Argumentative. | 10:56:30 |
| 2 | THE WITNESS:  Are you -- there can be several | 10:56:31 |
| 3 | meanings to it.  Are you telling me whether -- asking | 10:56:33 |
| 4 | me whether I read the protective order from cover to | 10:56:36 |
| 5 | cover, every line, every word, or what?  I mean, that's | 10:56:39 |
| 6 | what I'd like to know. | 10:56:44 |
| 7 | BY MR. SELWYN: | 10:56:45 |
| 8 | Q.  Have you read the protective order thoroughly | 10:56:46 |
| 9 | from cover to cover? | 10:56:48 |
| 10 | MS. KASSABIAN:  Objection.  Irrelevant. | 10:56:49 |
| 11 | Argumentative. | 10:56:51 |
| 12 | THE WITNESS:  No, I do not believe that I read | 10:56:56 |
| 13 | every portion of this protective order.  Well, I guess, | 10:56:57 |
| 14 | really, depends on your definition of "thoroughly."  So | 10:57:05 |
| 15 | I'll be happy to read the protective order again to | 10:57:08 |
| 16 | answer your question but, I mean, I really don't | 10:57:10 |
| 17 | understand what you mean by "thoroughly." | 10:57:13 |
| 18 | BY MR. SELWYN: | 10:57:15 |
| 19 | Q.  Okay.  Have Samsung employees received any | 10:57:15 |
| 20 | Apple confidential information that Apple produced | 10:57:17 |
| 21 | under the confidentiality designation in that | 10:57:21 |
| 22 | protective order? | 10:57:26 |
| 23 | MS. KASSABIAN:  Objection to the extent that | 10:57:26 |
| 24 | you're asking for information beyond the scope of this | 10:57:28 |
| 25 | topic. | 10:57:30 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

48

| | | |
|---|---|---|
| 1 | To the extent that you are asking about | 10:57:31 |
| 2 | information within the scope of the 30(b)(6) topic, Mr. | 10:57:33 |
| 3 | Korea, please answer. | 10:57:36 |
| 4 | THE WITNESS:  Could you repeat that question. | 10:57:37 |
| 5 | I want to -- | 10:57:39 |
| 6 | BY MR. SELWYN: | 10:57:40 |
| 7 | Q.  Have Samsung employees received any Apple | 10:57:40 |
| 8 | confidential information that Apple produced under the | 10:57:43 |
| 9 | confidentiality designations in the protective order? | 10:57:46 |
| 10 | A.  I'm not sure I can answer to that question | 10:57:56 |
| 11 | because I can answer as to what this particular | 10:57:59 |
| 12 | 30(b)(6) topic calls for.  But if you just ask me a | 10:58:01 |
| 13 | general question, I'm not equipped to and I'm not | 10:58:05 |
| 14 | advised to speak on that subject. | 10:58:12 |
| 15 | Q.  You don't think my question falls within the | 10:58:14 |
| 16 | scope of the 30(b)(6) topic? | 10:58:16 |
| 17 | MS. KASSABIAN:  Objection.  Argumentative. | 10:58:18 |
| 18 | Your question calls for information beyond the scope of | 10:58:19 |
| 19 | the topic. | 10:58:22 |
| 20 | So, Mr. Korea, if you can just answer within | 10:58:22 |
| 21 | the scope of the topic, I think that would help. | 10:58:24 |
| 22 | THE WITNESS:  I can answer any specific | 10:58:32 |
| 23 | question with respect to dissemination and use by | 10:58:34 |
| 24 | Samsung of the confidential information, but I think | 10:58:37 |
| 25 | your question is much broader than that, so I don't | 10:58:40 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

49

| | | |
|---|---|---|
| 1 | want to answer your question in any inaccurate way.  So | 10:58:43 |
| 2 | if you could narrow or specify what is it exactly you | 10:58:47 |
| 3 | want me to answer, I'll be happy to answer. | 10:58:51 |
| 4 | BY MR. SELWYN: | 10:58:52 |
| 5 | Q.  Have Samsung employees received any Apple | 10:58:53 |
| 6 | confidential information? | 10:58:56 |
| 7 | MS. KASSABIAN:  Objection.  That's an even | 10:58:57 |
| 8 | broader question. | 10:58:59 |
| 9 | You can answer with respect to the scope of | 10:59:02 |
| 10 | the 30(b)(6) designation if you understand the | 10:59:08 |
| 11 | question. | 10:59:11 |
| 12 | MR. SELWYN:  No.  He can answer my question. | 10:59:11 |
| 13 | BY MR. SELWYN: | 10:59:11 |
| 14 | Q.  Please, sir? | 10:59:13 |
| 15 | MS. KASSABIAN:  Objection.  Argumentative. | 10:59:13 |
| 16 | THE WITNESS:  I think there are Samsung | 10:59:14 |
| 17 | employees who have received e-mails from Quinn Emanuel | 10:59:16 |
| 18 | that had the partially redacted Teece expert report, | 10:59:21 |
| 19 | and I think there are also Samsung employees who had | 10:59:28 |
| 20 | received e-mails from Quinn Emanuel that contain | 10:59:30 |
| 21 | Samsung -- Samsung's public interest brief to the ITC. | 10:59:35 |
| 22 | BY MR. SELWYN: | 10:59:51 |
| 23 | Q.  And both of those items contained Apple | 10:59:52 |
| 24 | confidential information; correct? | 10:59:54 |
| 25 | A.  That, I don't know. | 10:59:55 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

50

| | | |
|---|---|---|
| 1 | Q.  You don't know whether the improperly redacted | 10:59:58 |
| 2 | Teece report contained Apple confidential information? | 11:00:01 |
| 3 | MS. KASSABIAN:  Objection.  Argumentative. | 11:00:04 |
| 4 | THE WITNESS:  I -- yeah, I personally did not | 11:00:06 |
| 5 | review or have no recollection of reviewing such | 11:00:09 |
| 6 | documents, so I do not know for a fact that they | 11:00:11 |
| 7 | contained Apple confidential information. | 11:00:14 |
| 8 | BY MR. SELWYN: | 11:00:25 |
| 9 | Q.  How many Samsung employees received the | 11:00:25 |
| 10 | improperly redacted Teece report? | 11:00:28 |
| 11 | A.  I believe -- I'm not sure about the exact | 11:00:35 |
| 12 | number, but there are probably around 60 or 70 people | 11:00:38 |
| 13 | who had received e-mails that I just described to you. | 11:00:42 |
| 14 | Q.  60 or 70 Samsung employees; correct? | 11:00:52 |
| 15 | A.  Yes. | 11:00:55 |
| 16 | MS. KASSABIAN:  Mr. Korea, if you need any | 11:00:57 |
| 17 | documents to testify more specifically, please indicate | 11:01:00 |
| 18 | that. | 11:01:04 |
| 19 | THE WITNESS:  Okay. | 11:01:05 |
| 20 | BY MR. SELWYN: | 11:01:14 |
| 21 | Q.  What confidential Apple information did the | 11:01:14 |
| 22 | public interest ITC filing that you referred to | 11:01:17 |
| 23 | contain? | 11:01:20 |
| 24 | MS. KASSABIAN:  Objection.  Lacks foundation. | 11:01:20 |
| 25 | Calls for speculation. | 11:01:22 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

51

| | | |
|---|---|---|
| 1 | THE WITNESS:  I think the contention here is | 11:02:07 |
| 2 | that there's some portion of the Teece report that was | 11:02:08 |
| 3 | not redacted contains Apple confidential information. | 11:02:10 |
| 4 | BY MR. SELWYN: | 11:02:20 |
| 5 | Q.  Does Samsung dispute that the improperly | 11:02:20 |
| 6 | redacted Teece report contained Apple confidential | 11:02:23 |
| 7 | information? | 11:02:28 |
| 8 | MS. KASSABIAN:  Objection.  Argumentative. | 11:02:28 |
| 9 | Beyond the scope.  Calls for a legal conclusion. | 11:02:30 |
| 10 | THE WITNESS:  I'm not authorized to speak on | 11:02:35 |
| 11 | that subject matter. | 11:02:37 |
| 12 | BY MR. SELWYN: | 11:02:44 |
| 13 | Q.  Can you answer my question, sir? | 11:02:44 |
| 14 | A.  I think I just did. | 11:02:46 |
| 15 | Q.  Do you dispute that the improperly redacted | 11:02:47 |
| 16 | Teece report contained Apple confidential information? | 11:02:49 |
| 17 | MS. KASSABIAN:  Objection.  Lacks foundation. | 11:02:51 |
| 18 | The witness just testified that he never saw those | 11:02:53 |
| 19 | documents. | 11:02:55 |
| 20 | THE WITNESS:  That's right.  I cannot answer | 11:02:56 |
| 21 | that question because I never -- I have no recollection | 11:02:57 |
| 22 | of receiving or seeing that confidential information in | 11:03:02 |
| 23 | question. | 11:03:05 |
| 24 | BY MR. SELWYN: | 11:03:06 |
| 25 | Q.  When did Samsung first learn that its | 11:03:07 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

52

| | | |
|---|---|---|
| 1 | employees had received Apple confidential information? | 11:03:09 |
| 2 | MS. KASSABIAN:  Objection.  Beyond the scope. | 11:03:23 |
| 3 | Overbroad. | 11:03:24 |
| 4 | THE WITNESS:  I know it's related to 30(b)(6) | 11:03:49 |
| 5 | topic, but it had to be after -- I mean, certainly by | 11:03:54 |
| 6 | the time that Nokia complained, the company as a whole, | 11:03:56 |
| 7 | I mean, we have to be -- let me read it. | 11:04:03 |
| 8 | Actually, I should not try to reconstruct the | 11:04:22 |
| 9 | knowledge. | 11:04:24 |
| 10 | I mean, with respect to dissemination and use | 11:04:25 |
| 11 | by Samsung, I can testify.  As to when, I am not clear. | 11:04:27 |
| 12 | But certainly by the time Nokia has filed the motion, | 11:04:33 |
| 13 | or at least notified Samsung, you know, obviously we | 11:04:37 |
| 14 | knew.  But beyond that, I cannot give you an answer. | 11:04:41 |
| 15 | BY MR. SELWYN: | 11:04:47 |
| 16 | Q.  So you can't tell me when Samsung first | 11:04:47 |
| 17 | learned when its employees first received Apple | 11:04:49 |
| 18 | confidential information; correct? | 11:04:53 |
| 19 | MS. KASSABIAN:  Objection.  Asked and answered | 11:04:54 |
| 20 | and misstates the witness's testimony.  Argumentative. | 11:04:55 |
| 21 | THE WITNESS:  Certainly by the time that | 11:04:58 |
| 22 | either Nokia or Apple contacted Samsung, Samsung knew | 11:05:00 |
| 23 | there was this issue. | 11:05:03 |
| 24 | BY MR. SELWYN: | 11:05:06 |
| 25 | Q.  Can you tell me whether Samsung knew at any | 11:05:07 |

53

| | | |
|---|---|---|
| 1 | earlier point in time that its employees had received | 11:05:09 |
| 2 | Apple confidential information? | 11:05:16 |
| 3 | MS. KASSABIAN:  Objection.  Beyond the scope. | 11:05:18 |
| 4 | Asked and answered. | 11:05:20 |
| 5 | If you have any understanding of that, that | 11:05:24 |
| 6 | doesn't -- | 11:05:27 |
| 7 | THE WITNESS:  Yeah.  I'm trying to think. | 11:05:28 |
| 8 | It's hard -- I mean, I can't really -- I mean, you | 11:05:33 |
| 9 | know, obviously there's a Samsung, but Samsung is made | 11:05:35 |
| 10 | of many employees, and whether -- I mean, I saw the, | 11:05:38 |
| 11 | you know, e-mails went out certain dates.  So it's hard | 11:05:44 |
| 12 | for me to answer, I mean, when you say "knowledge of | 11:05:49 |
| 13 | Samsung," you know, when did we know as an | 11:05:51 |
| 14 | organization.  I mean, certainly when Nokia -- Nokia or | 11:05:56 |
| 15 | Apple notified Samsung, and I don't know the exact | 11:06:00 |
| 16 | sequence of events, certainly you can say Samsung as a | 11:06:04 |
| 17 | company knew about it as to -- it's a hard question for | 11:06:08 |
| 18 | me to answer, so I can't really answer. | 11:06:15 |
| 19 | BY MR. SELWYN: | 11:06:15 |
| 20 | Q.  When did Nokia notify Samsung that Samsung had | 11:06:17 |
| 21 | received -- strike that. | 11:06:20 |
| 22 | When did Nokia notify Samsung? | 11:06:23 |
| 23 | MS. KASSABIAN:  Objection.  Vague. | 11:06:27 |
| 24 | Is that the whole question? | 11:06:30 |
| 25 | MR. SELWYN:  Yes. | 11:06:31 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

54

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  Objection.  Vague and | 11:06:33 |
| 2 | ambiguous.  Beyond the scope. | 11:06:34 |
| 3 | THE WITNESS:  Well, my reading of the order | 11:06:49 |
| 4 | says it certainly had to be after June 4, 2013, but | 11:06:51 |
| 5 | that's the reading of the order.  So I'm not sure -- | 11:06:57 |
| 6 | I'm -- you know -- yeah, I'm not sure that goes to my | 11:07:01 |
| 7 | 30(b)(6), so please take that as my personal answer in | 11:07:02 |
| 8 | my personal capacity.  But reading the order, had to be | 11:07:05 |
| 9 | after June 4, 2013. | 11:07:09 |
| 10 | BY MR. SELWYN: | 11:07:12 |
| 11 | Q.  Is it Samsung's belief that it was not aware | 11:07:12 |
| 12 | that its employees had received Apple confidential | 11:07:15 |
| 13 | information until being notified by Nokia? | 11:07:18 |
| 14 | MS. KASSABIAN:  Objection.  Overbroad.  Beyond | 11:07:20 |
| 15 | the scope, and vague. | 11:07:26 |
| 16 | THE WITNESS:  Yeah.  I mean, does it go into | 11:07:34 |
| 17 | 30(b)(6) topic?  I mean, I'm really here to speak about | 11:07:39 |
| 18 | dissemination and use by Samsung.  So if you can ask me | 11:07:41 |
| 19 | questions related to those topics, I'd be happy to | 11:07:44 |
| 20 | answer.  But when you start going to knowledge, I don't | 11:07:46 |
| 21 | know. | 11:07:49 |
| 22 | BY MR. SELWYN: | 11:07:51 |
| 23 | Q.  Are you able to answer my question? | 11:07:51 |
| 24 | MS. KASSABIAN:  Objection.  Argumentative. | 11:07:53 |
| 25 | THE WITNESS:  No.  It's too vague and | 11:07:55 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

55

| | | |
|---|---|---|
| 1 | ambiguous for me. | 11:07:57 |
| 2 | BY MR. SELWYN: | 11:07:57 |
| 3 |     Q.  Have any of Samsung's counsel outside the US | 11:07:58 |
| 4 | received Apple confidential information, in violation | 11:08:01 |
| 5 | of Judge Grewal's protective order? | 11:08:04 |
| 6 |     MS. KASSABIAN:  Objection.  Argumentative as | 11:08:06 |
| 7 | to the phrase "in violation of Judge Grewal's | 11:08:09 |
| 8 | protective order." | 11:08:12 |
| 9 |     THE WITNESS:  Yeah, I don't know that there | 11:08:14 |
| 10 | was any finding that there was a violation of the | 11:08:16 |
| 11 | protective order, so I can't really answer that | 11:08:18 |
| 12 | question. | 11:08:20 |
| 13 | BY MR. SELWYN: | 11:08:20 |
| 14 |     Q.  Have any of Samsung's counsel outside the US | 11:08:20 |
| 15 | received any Apple confidential information that Apple | 11:08:23 |
| 16 | produced as confidential under their protective order? | 11:08:26 |
| 17 |     A.  Certainly there are Samsung outside counsel | 11:08:32 |
| 18 | who have received e-mails from Quinn Emanuel that | 11:08:40 |
| 19 | contains partially redacted Teece report, as well as -- | 11:08:45 |
| 20 | as well as the e-mails containing Samsung's public | 11:08:56 |
| 21 | interest brief to the ITC. | 11:09:01 |
| 22 |     Q.  What confidential Apple information did | 11:09:08 |
| 23 | Samsung's counsel outside the US receive? | 11:09:11 |
| 24 |     MS. KASSABIAN:  Objection.  Vague and | 11:09:15 |
| 25 | ambiguous.  Lacks foundation. | 11:09:15 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

56

| | | |
|---|---|---|
| 1 | THE WITNESS:  I believe I answered your | 11:09:23 |
| 2 | question. | 11:09:24 |
| 3 | BY MR. SELWYN: | 11:09:25 |
| 4 | Q.  Can you answer it again, then? | 11:09:25 |
| 5 | A.  Sure.  There are Samsung's outside counsel | 11:09:27 |
| 6 | located outside the United States who have received | 11:09:32 |
| 7 | e-mails by Quinn Emanuel that contain partially | 11:09:36 |
| 8 | redacted Teece reports, T-e-e-c-e, and I believe they | 11:09:45 |
| 9 | also have received e-mails from Quinn Emanuel that | 11:09:57 |
| 10 | contains Samsung's public interest brief, both of which | 11:10:02 |
| 11 | I believe are being -- there is -- both of which -- I | 11:10:09 |
| 12 | mean, for which there are allegations that they contain | 11:10:14 |
| 13 | Apple confidential information. | 11:10:17 |
| 14 | Q.  Do you know anything about the Apple | 11:10:19 |
| 15 | confidential information included in either of the | 11:10:22 |
| 16 | types of documents you've described? | 11:10:25 |
| 17 | MS. KASSABIAN:  Objection.  Vague and | 11:10:27 |
| 18 | ambiguous. | 11:10:29 |
| 19 | THE WITNESS:  My understanding is that -- | 11:10:41 |
| 20 | based on this court order, is that the confidential | 11:10:42 |
| 21 | information in question concerns certain license terms | 11:10:46 |
| 22 | between Apple and Nokia.  That's the extent of my | 11:10:52 |
| 23 | understanding. | 11:10:57 |
| 24 | BY MR. SELWYN: | 11:11:07 |
| 25 | Q.  When did Samsung first learn that its counsel | 11:11:07 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

57

| | | |
|---|---|---|
| 1 | outside the US had received Apple confidential | 11:11:09 |
| 2 | information that Apple had produced under the | 11:11:14 |
| 3 | protective order? | 11:11:16 |
| 4 | MS. KASSABIAN:  Objection.  Asked and | 11:11:17 |
| 5 | answered.  Overbroad. | 11:11:18 |
| 6 | THE WITNESS:  Certainly after Nokia and Apple | 11:11:27 |
| 7 | raised this issue, Samsung undertook an effort to find | 11:11:31 |
| 8 | out the extent of dissemination and use by Samsung of | 11:11:36 |
| 9 | the information in question. | 11:11:41 |
| 10 | BY MR. SELWYN: | 11:11:52 |
| 11 | Q.  Was Samsung aware before Nokia raised this | 11:11:52 |
| 12 | issue that its counsel outside the US had received | 11:11:57 |
| 13 | Apple confidential information that Apple had produced | 11:12:00 |
| 14 | under the protective order? | 11:12:05 |
| 15 | MS. KASSABIAN:  Objection.  Misstates | 11:12:06 |
| 16 | testimony.  Misstates the record.  Outside the scope. | 11:12:08 |
| 17 | You can answer to the extent it doesn't | 11:12:18 |
| 18 | require you to disclose attorney-client information. | 11:12:21 |
| 19 | THE WITNESS:  I do not believe that anybody | 11:12:51 |
| 20 | within Samsung actually knew about any confidential | 11:12:53 |
| 21 | information that is supposedly contained in the Teece | 11:13:01 |
| 22 | report before this Nokia-Apple or before this incident. | 11:13:05 |
| 23 | BY MR. SELWYN: | 11:13:14 |
| 24 | Q.  Have Samsung employees used Apple confidential | 11:13:14 |
| 25 | information that Apple produced under the protective | 11:13:18 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

58

| | | |
|---|---|---|
| 1 | order? | 11:13:23 |
| 2 | MS. KASSABIAN:  Objection.  Vague and | 11:13:23 |
| 3 | ambiguous.  Overbroad. | 11:13:25 |
| 4 | THE WITNESS:  With respect to the Teece | 11:13:33 |
| 5 | report, I am not aware of any Samsung employee who has | 11:13:35 |
| 6 | any recollection of using such information. | 11:13:38 |
| 7 | BY MR. SELWYN: | 11:13:46 |
| 8 | Q.  How about with respect to -- | 11:13:46 |
| 9 | A.  For any purpose. | 11:13:47 |
| 10 | Q.  How about with respect to the public interest | 11:13:48 |
| 11 | filings? | 11:13:51 |
| 12 | A.  With respect to public interest brief, I am | 11:13:53 |
| 13 | not aware of any Samsung employee who ever recollects | 11:13:57 |
| 14 | ever using such information for any purpose. | 11:14:01 |
| 15 | Q.  Have any of Samsung's counsel outside the US | 11:14:10 |
| 16 | used any Apple confidential information that Apple | 11:14:15 |
| 17 | produced under the protective order in this case? | 11:14:18 |
| 18 | MS. KASSABIAN:  Objection.  Overbroad.  Vague. | 11:14:23 |
| 19 | Mr. Korea, if you need the documentation to | 11:14:26 |
| 20 | speak to this broad topic, we could provide it. | 11:14:29 |
| 21 | THE WITNESS:  Well, I don't know what you mean | 11:14:40 |
| 22 | exactly by "use," but of the outside law firms that | 11:14:42 |
| 23 | have received the e-mails from Quinn that contains | 11:14:47 |
| 24 | either partially redacted Teece report or the Samsung's | 11:14:50 |
| 25 | public interest brief, there were two instances | 11:14:56 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

59

| | | |
|---|---|---|
| 1 | where -- well, two instances that -- in which one | 11:15:03 |
| 2 | instance, the law firm submitted the attachment to the | 11:15:09 |
| 3 | Court.  And then there was another instance where a law | 11:15:17 |
| 4 | firm -- the law firm submitted that document to | 11:15:21 |
| 5 | European Competition Authority.  That's the extent of | 11:15:30 |
| 6 | so-called use I'm aware of.  But they're both under | 11:15:36 |
| 7 | confidential conditions. | 11:15:41 |
| 8 | BY MR. SELWYN: | 11:15:43 |
| 9 | Q.  Is there something unclear to you about the | 11:15:43 |
| 10 | word "used"? | 11:15:45 |
| 11 | MS. KASSABIAN:  Objection.  Argumentative. | 11:15:47 |
| 12 | The witness has answered your question. | 11:15:48 |
| 13 | THE WITNESS:  Yeah.  I mean, it's submitting a | 11:15:53 |
| 14 | document to a Court under confidential condition is a | 11:15:56 |
| 15 | use, in your opinion, I do not know.  That's the part | 11:16:02 |
| 16 | that I was not clear of.  But I just want to give you a | 11:16:05 |
| 17 | full answer as to any possible, you know, treatment | 11:16:07 |
| 18 | or -- of that confidential information by outside | 11:16:14 |
| 19 | counsel. | 11:16:20 |
| 20 | BY MR. SELWYN: | 11:16:20 |
| 21 | Q.  Has Samsung taken any steps, at any time, to | 11:16:20 |
| 22 | prevent the dissemination and use of Apple confidential | 11:16:23 |
| 23 | information by Samsung employees? | 11:16:28 |
| 24 | MS. KASSABIAN:  Objection.  Vague and | 11:16:30 |
| 25 | ambiguous.  Unintelligible.  Overbroad. | 11:16:34 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

60

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yes. | 11:16:45 |
| 2 | BY MR. SELWYN: | 11:16:46 |
| 3 | Q.  What steps has Samsung taken? | 11:16:46 |
| 4 | A.  I think we have first identified universe of | 11:16:48 |
| 5 | employees who have received the e-mails from | 11:16:53 |
| 6 | Quinn Emanuel that contained Teece report or the | 11:16:59 |
| 7 | Samsung's public interest brief.  Then I personally | 11:17:02 |
| 8 | conducted interview of all those employees, and I was | 11:17:10 |
| 9 | able to -- I reached out to 84 employees and was able | 11:17:16 |
| 10 | to talk to all of them, except for five, four of which | 11:17:22 |
| 11 | are former employees, and one is a current employee who | 11:17:29 |
| 12 | is in sabbatical.  And I also conducted interview of | 11:17:33 |
| 13 | all the outside law firms that have received such | 11:17:38 |
| 14 | e-mails, talked to 18 people with those law firm, have | 11:17:48 |
| 15 | confirmed the extent of dissemination and use. | 11:17:54 |
| 16 | Q.  When did you conduct the 84 interviews of | 11:17:59 |
| 17 | Samsung employees? | 11:18:02 |
| 18 | A.  You know, last several days.  Yeah, a lot of | 11:18:06 |
| 19 | hours, a lot of calls. | 11:18:11 |
| 20 | Q.  When did the interviews begin? | 11:18:12 |
| 21 | A.  Last week. | 11:18:20 |
| 22 | Q.  What day? | 11:18:22 |
| 23 | A.  I do not recall. | 11:18:24 |
| 24 | Q.  Over how many days have you conducted the 84 | 11:18:30 |
| 25 | interviews? | 11:18:33 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

61

| | | |
|---|---|---|
| 1 | A. Starting last days. Over five-, six-day | 11:18:34 |
| 2 | period. | 11:18:40 |
| 3 | Q. Who attended the 84 interviews? | 11:18:41 |
| 4 | A. I did. | 11:18:43 |
| 5 | Q. Anyone else? | 11:18:44 |
| 6 | A. There were counsel present on some of those | 11:18:45 |
| 7 | telephone calls or interviews. | 11:18:49 |
| 8 | Q. Were there counsel -- which counsel? | 11:18:53 |
| 9 | A. Counsel from Quinn Emanuel. | 11:18:57 |
| 10 | Q. Were counsel from Quinn Emanuel present on all | 11:19:00 |
| 11 | 84 phone calls? | 11:19:04 |
| 12 | A. Almost all of them. | 11:19:10 |
| 13 | Q. Did you keep any record of what was said in | 11:19:12 |
| 14 | any of those phone calls? | 11:19:15 |
| 15 | A. There is an interview summary. | 11:19:17 |
| 16 | Q. Of each of the 84 interviews? | 11:19:22 |
| 17 | A. Exactly. | 11:19:24 |
| 18 | Q. Who wrote the interview summaries? | 11:19:29 |
| 19 | A. I wrote some, and I also had assistance. | 11:19:33 |
| 20 | Q. Who conducted the interviews of outside | 11:19:44 |
| 21 | counsel? | 11:19:48 |
| 22 | A. I did. | 11:19:48 |
| 23 | Q. Anybody else? | 11:19:48 |
| 24 | A. I will not answer that question because it | 11:19:51 |
| 25 | goes into, possibly, privileged relevant. | 11:19:54 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

62

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  Mr. Selwyn, I can clarify for | 11:20:00 |
| 2 | the record, obviously Quinn Emanuel facilitated setting | 11:20:03 |
| 3 | up these interviews with outside counsel.  But | 11:20:07 |
| 4 | Mr. Korea is correct that he personally spoke with all | 11:20:10 |
| 5 | of them. | 11:20:12 |
| 6 | BY MR. SELWYN: | 11:20:14 |
| 7 | Q.  Who other than yourself participated in the | 11:20:15 |
| 8 | interviews of outside counsel? | 11:20:17 |
| 9 | A.  Other than me and outside counsel, I do not | 11:20:19 |
| 10 | believe there was anybody else. | 11:20:24 |
| 11 | Q.  Which outside counsel did you interview? | 11:20:27 |
| 12 | A.  Okay.  Let's see. | 11:20:32 |
| 13 | Q.  Your counsel handed you something? | 11:20:36 |
| 14 | A.  Yes. | 11:20:39 |
| 15 | MS. KASSABIAN:  So I've handed Mr. Korea the | 11:20:39 |
| 16 | October 15, 2013 letter that Quinn Emanuel sent to | 11:20:42 |
| 17 | Apple and Nokia listing all of the information that was | 11:20:52 |
| 18 | collected from outside counsel, as well as I believe | 11:20:58 |
| 19 | there was a single page that was sent over to you guys | 11:21:01 |
| 20 | this morning with -- I believe there are 15 outside | 11:21:05 |
| 21 | counsel statements in the letter from yesterday, and | 11:21:10 |
| 22 | then -- approximately, and then a single statement from | 11:21:14 |
| 23 | Ropes & Gray that we sent over this morning, and that | 11:21:19 |
| 24 | is what I have just handed Mr. Korea. | 11:21:22 |
| 25 | MR. SELWYN:  Do you have additional copies of | 11:21:24 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

63

| | | |
|---|---|---|
| 1 | those for counsel? | 11:21:26 |
| 2 | MS. KASSABIAN:  No.  That's the document that | 11:21:27 |
| 3 | was sent to you yesterday.  I did not bring spare | 11:21:29 |
| 4 | copies because I was told that you have them.  If you | 11:21:32 |
| 5 | want to take a restroom break, I'm sure we can get a | 11:21:45 |
| 6 | copy for you. | 11:21:48 |
| 7 | MR. SELWYN:  Let me just finish the question | 11:21:48 |
| 8 | first. | 11:21:51 |
| 9 | BY MR. SELWYN: | 11:21:55 |
| 10 | Q.  Mr. Korea, in what form did you maintain | 11:21:55 |
| 11 | interview summaries of your calls with outside counsel? | 11:21:58 |
| 12 | MS. KASSABIAN:  Objection.  Vague. | 11:22:07 |
| 13 | THE WITNESS:  What do you mean by "form"? | 11:22:12 |
| 14 | BY MR. SELWYN: | 11:22:13 |
| 15 | Q.  You said that you kept interview summaries of | 11:22:14 |
| 16 | your calls with outside counsel; correct? | 11:22:17 |
| 17 | A.  Yes. | 11:22:22 |
| 18 | Q.  What was the format of those interview | 11:22:23 |
| 19 | summaries? | 11:22:25 |
| 20 | A.  It's sort of like table format. | 11:22:28 |
| 21 | Q.  Has your counsel handed you another document? | 11:22:31 |
| 22 | A.  Yes. | 11:22:33 |
| 23 | MR. SELWYN:  Do you have copies of those for | 11:22:37 |
| 24 | us? | 11:22:38 |
| 25 | MS. KASSABIAN:  Yes, I do have spare copies. | 11:22:38 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

64

| | | |
|---|---|---|
| 1 | I've handed Mr. Korea the summary of | 11:22:40 |
| 2 | interviews with recipients of the inadvertent | 11:22:42 |
| 3 | disclosure e-mails attaching the Teece report and the | 11:22:48 |
| 4 | public interest brief, and I'll hand them to you now. | 11:22:51 |
| 5 | Those are -- | 11:22:58 |
| 6 | MR. FLINN:  Different documents? | 11:23:01 |
| 7 | MS. KASSABIAN:  That's right. | 11:23:02 |
| 8 | MR. SELWYN:  Do you have copies we can mark | 11:23:07 |
| 9 | for the record? | 11:23:09 |
| 10 | MS. KASSABIAN:  Sure.  And I'll just note that | 11:23:09 |
| 11 | these are designated highly confidential, attorneys' | 11:23:10 |
| 12 | eyes only, and also to the extent that there's ITC | 11:23:15 |
| 13 | information, there's a CBI designation. | 11:23:18 |
| 14 | THE WITNESS:  Can Nokia counsel look at it?  I | 11:23:25 |
| 15 | don't think they're on protective order with respect to | 11:23:27 |
| 16 | the ITC. | 11:23:29 |
| 17 | MS. KASSABIAN:  Right.  I think there's been | 11:23:30 |
| 18 | an objection made and there's a standing objection to | 11:23:32 |
| 19 | Nokia receiving any information that it may not be | 11:23:34 |
| 20 | entitled to under the governing protective orders. | 11:23:37 |
| 21 | We've made that objection throughout these depositions, | 11:23:41 |
| 22 | and we'll reiterate that today.  But my understanding | 11:23:43 |
| 23 | is that Nokia is -- has declined to leave the room and | 11:23:48 |
| 24 | is participating in all of these depositions despite | 11:23:55 |
| 25 | that fact. | 11:23:58 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

65

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 11:23:58 |
| 2 | Q.  Mr. Korea, if you can hand me those, we can | 11:24:00 |
| 3 | mark those as exhibits to the record. | 11:24:03 |
| 4 | MR. KOPPELMAN:  Okay.  But, for the record, | 11:24:06 |
| 5 | you did just provide us copies of these documents. | 11:24:07 |
| 6 | MS. KASSABIAN:  So would you like me to take | 11:24:11 |
| 7 | them back? | 11:24:13 |
| 8 | MR. KOPPELMAN:  No. | 11:24:13 |
| 9 | MS. KASSABIAN:  Are you going to contend that | 11:24:14 |
| 10 | this is a violation of any protective order? | 11:24:16 |
| 11 | MR. KOPPELMAN:  I'm stating for the record | 11:24:17 |
| 12 | that you provided us copies of these documents.  That's | 11:24:19 |
| 13 | all I said. | 11:24:21 |
| 14 | MS. KASSABIAN:  Are you withdrawing your | 11:24:22 |
| 15 | stipulation that I understand has been made yesterday | 11:24:23 |
| 16 | that you will not contend that Samsung's cooperation in | 11:24:26 |
| 17 | this deposition is a violation of any protective order? | 11:24:29 |
| 18 | MR. FLINN:  We'll stand by whatever | 11:24:32 |
| 19 | stipulation we made yesterday. | 11:24:34 |
| 20 | MS. KASSABIAN:  Will you stipulate today that | 11:24:35 |
| 21 | Samsung's participation in this deposition is not a | 11:24:38 |
| 22 | violation of any protective order? | 11:24:40 |
| 23 | MR. FLINN:  I don't know what protective | 11:24:41 |
| 24 | orders you are bound by.  I will say this.  As counsel | 11:24:43 |
| 25 | for Nokia, we believe that Judge Grewal's order makes | 11:24:48 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

66

| | | |
|---|---|---|
| 1 | it clear that we are obligated under the protective | 11:24:54 |
| 2 | order not to disclose the information produced by | 11:24:57 |
| 3 | Samsung or Apple for any purpose other than these | 11:25:03 |
| 4 | proceedings and we are subject to the same limitations | 11:25:11 |
| 5 | of the protective order that the Wilmer Hale firm is or | 11:25:14 |
| 6 | the Quinn Emanuel firm is and are treating all the | 11:25:18 |
| 7 | information with the appropriate care. | 11:25:21 |
| 8 | But we believe that -- I guess I'll stop | 11:25:26 |
| 9 | there. | 11:25:39 |
| 10 | MS. KASSABIAN:  I just want to make sure that | 11:25:40 |
| 11 | Nokia is not going to contend that the fact that | 11:25:42 |
| 12 | Mr. Selwyn just handed you copies of the documents that | 11:25:45 |
| 13 | we've produced today is any sort of a violation of any | 11:25:48 |
| 14 | protective order.  I just want to make sure that you | 11:25:53 |
| 15 | are not going to contend that.  Is that correct? | 11:25:56 |
| 16 | MR. FLINN:  To be real clear, Mr. Selwyn | 11:25:59 |
| 17 | didn't hand me anything.  You handed me two documents. | 11:26:01 |
| 18 | MS. KASSABIAN:  That's not true.  I handed two | 11:26:04 |
| 19 | documents to Mr. Selwyn, and he handed one to you and | 11:26:04 |
| 20 | kept one for himself. | 11:26:07 |
| 21 | MR. FLINN:  That's right.  And I gave it right | 11:26:07 |
| 22 | back to him when you told me that -- that we're -- they | 11:26:08 |
| 23 | were documents -- the documents I have in my hand and | 11:26:09 |
| 24 | the only ones I've looked at are the ones you handed | 11:26:11 |
| 25 | me. | 11:26:14 |

67

| | | |
|---|---|---|
| 1 | The short answer is, I think, that you've been | 11:26:14 |
| 2 | ordered to do certain things.  I think you ought to | 11:26:18 |
| 3 | comply with those orders.  You asked the district court | 11:26:20 |
| 4 | judge -- | 11:26:26 |
| 5 | MS. KASSABIAN:  Are you going to stipulate? | 11:26:26 |
| 6 | MR. FLINN:  Well, since you're going to | 11:26:28 |
| 7 | interrupt me, I'll just stop talking. | 11:26:30 |
| 8 | MS. KASSABIAN:  Are you going to stipulate | 11:26:32 |
| 9 | that Samsung's cooperation in this deposition is not a | 11:26:33 |
| 10 | violation of any protective order? | 11:26:36 |
| 11 | MR. FLINN:  People have been yelling at me for | 11:26:40 |
| 12 | talking on the record.  Then I guess I'll just shut up. | 11:26:43 |
| 13 | MS. KASSABIAN:  Then I need to take those | 11:26:46 |
| 14 | back, sir.  I thought you stipulated.  But I need -- | 11:26:48 |
| 15 | MR. KOPPELMAN:  There is a written record on | 11:26:51 |
| 16 | that. | 11:26:52 |
| 17 | MS. KASSABIAN:  Right.  I need to take those | 11:26:53 |
| 18 | back if you're not going to stipulate that our act of | 11:26:54 |
| 19 | giving this to you and cooperating in this deposition | 11:26:57 |
| 20 | is not an independent violation of any protective | 11:26:59 |
| 21 | order. | 11:27:02 |
| 22 | MR. KOPPELMAN:  We have already, in writing, | 11:27:02 |
| 23 | agreed to something to that effect.  I don't know if | 11:27:05 |
| 24 | you're asking us to agree to something else other than | 11:27:08 |
| 25 | what's already been stipulated. | 11:27:11 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

68

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  Hand those back to me.  Let's | 11:27:13 |
| 2 | find that written agreement.  I just need to be careful | 11:27:16 |
| 3 | about that.  Or you can stipulate right now. | 11:27:18 |
| 4 | MR. FLINN:  I'm certainly standing by any | 11:27:20 |
| 5 | prior stipulation we made.  I'll hand these back to | 11:27:22 |
| 6 | you. | 11:27:26 |
| 7 | MS. KASSABIAN:  Okay.  And let's go find that | 11:27:27 |
| 8 | written document that Mr. -- | 11:27:28 |
| 9 | MR. FLINN:  No.  I'll hand these back to you, | 11:27:30 |
| 10 | but there are going to be consequences for this, and | 11:27:32 |
| 11 | when we have to continue this deposition and I have to | 11:27:34 |
| 12 | fly back from Atlanta to wherever I have to, to finish | 11:27:37 |
| 13 | this deposition, we're going to ask you all to have to | 11:27:41 |
| 14 | pay for this.  But I'll give these back to you. | 11:27:43 |
| 15 | MS. KASSABIAN:  Okay.  So just for the record, | 11:27:45 |
| 16 | am I correct, sir, that Nokia will not stipulate that | 11:27:46 |
| 17 | Samsung's cooperation in this deposition does not | 11:27:49 |
| 18 | constitute an independent violation of any governing | 11:27:54 |
| 19 | protective order? | 11:27:57 |
| 20 | MR. KOPPELMAN:  That's not true.  We've | 11:27:57 |
| 21 | already covered this, and we're standing by what we've | 11:27:59 |
| 22 | already said about it. | 11:28:02 |
| 23 | MS. KASSABIAN:  Sir, I wasn't at yesterday's | 11:28:03 |
| 24 | deposition.  So can you tell me what was said? | 11:28:05 |
| 25 | MR. FLINN:  Nothing on the subject.  You all | 11:28:07 |

69

| | | |
|---|---|---|
| 1 | seemed to be pretty well behaved yesterday. | 11:28:09 |
| 2 | MR. KOPPELMAN:  There have been e-mail | 11:28:11 |
| 3 | communications about this. | 11:28:13 |
| 4 | MS. KASSABIAN:  Okay.  Why don't we take a | 11:28:14 |
| 5 | break.  This is a very important and sensitive issue. | 11:28:16 |
| 6 | I'm sure you understand.  Let's take a break.  I will | 11:28:19 |
| 7 | confer with my colleagues and confirm that there is a | 11:28:21 |
| 8 | written stipulation on that.  Okay?  So let's take | 11:28:24 |
| 9 | five. | 11:28:27 |
| 10 | MR. SELWYN:  I'm in the middle of my | 11:28:27 |
| 11 | questions. | 11:28:28 |
| 12 | MS. KASSABIAN:  We can't proceed if there's | 11:28:28 |
| 13 | not going to be an agreement that our conduct is not | 11:28:30 |
| 14 | going to be considered to be a violation of a | 11:28:33 |
| 15 | protective order, so we're going to take five minutes. | 11:28:36 |
| 16 | I don't think there's a pending question. | 11:28:38 |
| 17 | But, Ms. Reporter, can you double-check that? | 11:28:39 |
| 18 | MR. SELWYN:  I mean, to be clear, the Court's | 11:28:41 |
| 19 | October 2nd order says: | 11:28:44 |
| 20 | "Nokia shall be allowed access to and | 11:28:46 |
| 21 | full participation in all the above | 11:28:48 |
| 22 | discovery, subject to the terms" -- | 11:28:49 |
| 23 | MS. KASSABIAN:  And that -- and I have no | 11:28:52 |
| 24 | qualms -- | 11:28:52 |
| 25 | MR. SELWYN:  Can I finish reading? | 11:28:52 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

70

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  -- with that. | 11:28:54 |
| 2 | I'm just asking whether Nokia is going to take | 11:28:54 |
| 3 | the position that Samsung's participation and | 11:28:56 |
| 4 | cooperation in this deposition is somehow an | 11:29:00 |
| 5 | independent violation of any protective order in the | 11:29:03 |
| 6 | Northern District of California or in the ITC.  It's a | 11:29:06 |
| 7 | really simple question. | 11:29:10 |
| 8 | MR. FLINN:  If there's a pending question, the | 11:29:14 |
| 9 | witness ought to answer it. | 11:29:16 |
| 10 | MS. KASSABIAN:  And I'll just note that | 11:29:17 |
| 11 | Nokia's counsel is refusing to answer that for me, so | 11:29:19 |
| 12 | we're going to have to take a break and consult the | 11:29:21 |
| 13 | written stipulations that, unfortunately, I was not a | 11:29:23 |
| 14 | party to writing or agreeing to because I want to be | 11:29:26 |
| 15 | very, very careful with the protective orders in place | 11:29:29 |
| 16 | here and make sure that nothing is disclosed, except | 11:29:32 |
| 17 | pursuant to the parties' agreements and the governing | 11:29:38 |
| 18 | orders.  Okay? | 11:29:41 |
| 19 | MR. SELWYN:  Go ahead. | 11:29:43 |
| 20 | THE VIDEOGRAPHER:  Going off the record.  The | 11:29:44 |
| 21 | time is 11:29. | 11:29:46 |
| 22 | (A brief recess was taken.) | 11:49:12 |
| 23 | THE VIDEOGRAPHER:  Back on the record.  The | 11:50:06 |
| 24 | time is 11:50. | 11:50:25 |
| 25 | MS. KASSABIAN:  So I had a chance to confirm | 11:50:27 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

71

| | | |
|---|---|---|
| 1 | with my colleagues, and confirmed that Mr. Koppelman, | 11:50:30 |
| 2 | who is sitting here today, did, in fact, stipulate on, | 11:50:35 |
| 3 | it looks like the 14th, that Nokia will not contend | 11:50:40 |
| 4 | that the production of any documents pursuant to this | 11:50:44 |
| 5 | matter constitutes a violation of any protective order | 11:50:49 |
| 6 | or a confidentiality breach, as long as the document | 11:50:55 |
| 7 | bears the proper legend, which these documents do.  So | 11:51:00 |
| 8 | we can proceed, and Mr. Flinn can have his copies back. | 11:51:04 |
| 9 | (Korea Exhibit 3 was marked for identification.) | 11:51:04 |
| 10 | BY MR. SELWYN: | 11:51:04 |
| 11 | Q.  Mr. Korea, let me hand you what we've marked | 11:51:16 |
| 12 | as Exhibit 3.  Do you have that before you? | 11:51:19 |
| 13 | A.  Yes, I do. | 11:51:20 |
| 14 | Q.  What is Exhibit 3? | 11:51:21 |
| 15 | A.  It is a summary of interviews. | 11:51:26 |
| 16 | Q.  What interviews? | 11:51:29 |
| 17 | A.  That I conducted with respect to Samsung | 11:51:31 |
| 18 | employees who have received e-mails from Quinn Emanuel | 11:51:35 |
| 19 | that contain partially redacted Teece report. | 11:51:44 |
| 20 | (Korea Exhibit 4 was marked for identification.) | 11:51:44 |
| 21 | BY MR. SELWYN: | 11:51:44 |
| 22 | Q.  Let me hand you what has been marked as | 11:51:46 |
| 23 | Exhibit 4. | 11:51:48 |
| 24 | Can you explain to us what that exhibit is? | 11:51:49 |
| 25 | A.  This is a summary of interviews I conducted | 11:51:55 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

72

| | | |
|---|---|---|
| 1 | with the recipient -- Samsung recipients of | 11:51:58 |
| 2 | inadvertently disclosed e-mail attaching ITC public | 11:52:03 |
| 3 | interest brief. | 11:52:07 |
| 4 | Q.  Is there any written record of the Samsung | 11:52:08 |
| 5 | employee interviews you conducted other than Exhibits 3 | 11:52:10 |
| 6 | and 4? | 11:52:14 |
| 7 | MS. KASSABIAN:  Objection to the extent it | 11:52:17 |
| 8 | calls for attorney-client communications or work | 11:52:19 |
| 9 | product. | 11:52:21 |
| 10 | But you can answer. | 11:52:22 |
| 11 | THE WITNESS:  I think these are it. | 11:52:24 |
| 12 | BY MR. SELWYN: | 11:52:26 |
| 13 | Q.  Did anyone take notes during your interviews | 11:52:27 |
| 14 | listed on Exhibits 3 and 4? | 11:52:33 |
| 15 | A.  Yes. | 11:52:35 |
| 16 | Q.  Who? | 11:52:36 |
| 17 | A.  I did. | 11:52:37 |
| 18 | Q.  Did you take notes during each of those | 11:52:38 |
| 19 | interviews? | 11:52:40 |
| 20 | A.  I cannot say each of them, but a lot of them, | 11:52:42 |
| 21 | I took the notes myself. | 11:52:45 |
| 22 | Q.  Did anyone else take notes during those | 11:52:46 |
| 23 | interviews? | 11:52:48 |
| 24 | A.  Yeah. | 11:52:51 |
| 25 | Q.  Who? | 11:52:52 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

73

| | | |
|---|---|---|
| 1 | A.  Rachel. | 11:52:55 |
| 2 | Q.  Did anyone else take notes during those | 11:52:56 |
| 3 | interviews? | 11:52:58 |
| 4 | A.  I don't believe so. | 11:52:59 |
| 5 | Q.  Where are those notes today? | 11:53:00 |
| 6 | A.  The notes were written on this form, and we | 11:53:05 |
| 7 | keep adding.  So I'm not sure.  I just asked them to | 11:53:10 |
| 8 | type this into this nice format. | 11:53:18 |
| 9 | Q.  Did you retain all of the notes that you kept | 11:53:20 |
| 10 | during the interviews listed on Exhibit 3 and Exhibit | 11:53:23 |
| 11 | 4? | 11:53:26 |
| 12 | MS. KASSABIAN:  Objection.  Misstates | 11:53:26 |
| 13 | testimony. | 11:53:28 |
| 14 | THE WITNESS:  I took -- basically, I took -- | 11:53:40 |
| 15 | filled these in, and these are what's been cleaned up, | 11:53:43 |
| 16 | that's all. | 11:53:46 |
| 17 | MR. SELWYN:  And the witness is referring to | 11:53:47 |
| 18 | Exhibit 3. | 11:53:48 |
| 19 | BY MR. SELWYN: | 11:53:48 |
| 20 | Q.  You took handwritten notes during the | 11:53:52 |
| 21 | interviews; correct? | 11:53:54 |
| 22 | MS. KASSABIAN:  Objection.  Misstates | 11:53:56 |
| 23 | testimony. | 11:53:57 |
| 24 | THE WITNESS:  These are the same forms I used | 11:53:57 |
| 25 | during the interviews, and these are the final | 11:53:59 |

74

| | | |
|---|---|---|
| 1 | products. | 11:54:01 |
| 2 | BY MR. SELWYN: | 11:54:01 |
| 3 | Q.  Did you take handwritten notes during your | 11:54:01 |
| 4 | interviews? | 11:54:04 |
| 5 | MS. KASSABIAN:  Objection.  Asked and | 11:54:05 |
| 6 | answered. | 11:54:06 |
| 7 | THE WITNESS:  Yes. | 11:54:06 |
| 8 | BY MR. SELWYN: | 11:54:06 |
| 9 | Q.  Where are those handwritten notes today? | 11:54:07 |
| 10 | A.  I do not know. | 11:54:09 |
| 11 | Q.  Did you destroy the handwritten notes? | 11:54:10 |
| 12 | A.  I did not. | 11:54:13 |
| 13 | Q.  Did anybody? | 11:54:14 |
| 14 | A.  I do not know. | 11:54:15 |
| 15 | Q.  Where would you look to find your handwritten | 11:54:15 |
| 16 | notes? | 11:54:18 |
| 17 | A.  I don't know. | 11:54:31 |
| 18 | Q.  What did you do with your handwritten notes? | 11:54:31 |
| 19 | A.  I handed over people who assist me to turn | 11:54:34 |
| 20 | them into the Exhibit 3 and Exhibit 4 that you're | 11:54:38 |
| 21 | looking at it right now. | 11:54:39 |
| 22 | Q.  And what did the people that you handed it | 11:54:40 |
| 23 | over to do with your notes? | 11:54:42 |
| 24 | A.  To type them into -- or type them into | 11:54:47 |
| 25 | Exhibit 3 and Exhibit 4. | 11:54:52 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

75

| | | |
|---|---|---|
| 1 | Q.  Did anyone other than you and Ms. Kassabian | 11:54:52 |
| 2 | keep notes during your interviews listed on Exhibit 3 | 11:54:58 |
| 3 | and Exhibit 4? | 11:55:00 |
| 4 | MS. KASSABIAN:  Objection.  Misstates | 11:55:00 |
| 5 | testimony. | 11:55:02 |
| 6 | THE WITNESS:  I do not believe so. | 11:55:02 |
| 7 | BY MR. SELWYN: | 11:55:18 |
| 8 | Q.  Has anyone other than you and Ms. Kassabian | 11:55:19 |
| 9 | interviewed the employees listed in Exhibit 3 about | 11:55:29 |
| 10 | their receipt, review or use of the Teece report? | 11:55:31 |
| 11 | MS. KASSABIAN:  Objection.  Misstates | 11:55:37 |
| 12 | testimony. | 11:55:38 |
| 13 | And you can answer to the extent it doesn't | 11:55:38 |
| 14 | call for disclosure of attorney-client communications. | 11:55:40 |
| 15 | THE WITNESS:  That is not a correct statement. | 11:55:43 |
| 16 | Ms. Rachel did not conduct any interview.  I did. | 11:55:44 |
| 17 | BY MR. SELWYN: | 11:55:54 |
| 18 | Q.  Okay.  Has anyone other than you interviewed | 11:55:54 |
| 19 | the employees listed on Exhibit 3 about their receipt, | 11:55:56 |
| 20 | review or use of the Teece report? | 11:56:00 |
| 21 | A.  Again, I'm the only one who took -- I'm the | 11:56:03 |
| 22 | only one who interviewed.  Ms. Rachel did not | 11:56:07 |
| 23 | participate in the interview. | 11:56:10 |
| 24 | MS. KASSABIAN:  And I'm going to object as to | 11:56:14 |
| 25 | overbroad, and lacking in foundation as well. | 11:56:16 |

76

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 11:56:19 |
| 2 | Q.  So to be clear, you are the only person on | 11:56:20 |
| 3 | behalf of Samsung who has ever interviewed the | 11:56:22 |
| 4 | employees listed in Exhibit 3 regarding their receipt, | 11:56:26 |
| 5 | review and use of the Teece report; correct? | 11:56:29 |
| 6 | MS. KASSABIAN:  Objection.  Lacks foundation. | 11:56:32 |
| 7 | THE WITNESS:  That, I do not know.  I took | 11:56:39 |
| 8 | this interview summary as compilation of my interviews | 11:56:41 |
| 9 | with these employees.  Whether there were any other | 11:56:45 |
| 10 | contacts on behalf of Samsung, I do not know. | 11:56:48 |
| 11 | BY MR. SELWYN: | 11:56:51 |
| 12 | Q.  Have you ever asked that question? | 11:56:51 |
| 13 | MS. KASSABIAN:  Objection. | 11:56:53 |
| 14 | You can answer as long as you don't disclose | 11:56:54 |
| 15 | attorney-client communications. | 11:56:56 |
| 16 | THE WITNESS:  Yeah, I cannot answer, on the | 11:56:57 |
| 17 | basis of privilege. | 11:56:59 |
| 18 | BY MR. SELWYN: | 11:57:03 |
| 19 | Q.  Has anyone other than you interviewed the | 11:57:03 |
| 20 | employees listed in Exhibit 4 about their receipt, | 11:57:05 |
| 21 | review or use of Samsung's ITC public interest brief? | 11:57:09 |
| 22 | MS. KASSABIAN:  Objection.  Lacks foundation. | 11:57:17 |
| 23 | THE WITNESS:  With respect to Exhibit 4, those | 11:57:21 |
| 24 | are -- those are my interview summaries, and those | 11:57:23 |
| 25 | interviews I conducted.  With respect to whether there | 11:57:29 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

77

| | | |
|---|---|---|
| 1 | were any other interviews, I cannot say. | 11:57:32 |
| 2 | BY MR. SELWYN: | 11:57:37 |
| 3 | Q.  Have you asked? | 11:57:37 |
| 4 | MS. KASSABIAN:  Objection to the extent it | 11:57:38 |
| 5 | calls for attorney-client communications. | 11:57:41 |
| 6 | THE WITNESS:  Yeah, on the basis of privilege, | 11:57:42 |
| 7 | I cannot answer that question. | 11:57:44 |
| 8 | BY MR. SELWYN: | 11:57:56 |
| 9 | Q.  Have you reviewed the e-mails attaching -- | 11:57:57 |
| 10 | strike that. | 11:58:00 |
| 11 | Have you reviewed the e-mails attaching the | 11:58:00 |
| 12 | Teece report that were sent to the Samsung employees | 11:58:03 |
| 13 | listed on Exhibit 3? | 11:58:05 |
| 14 | A.  I believe I have, although they were heavily | 11:58:10 |
| 15 | redacted. | 11:58:14 |
| 16 | Q.  Have you reviewed all of them? | 11:58:18 |
| 17 | MS. KASSABIAN:  Objection.  Objection.  Vague | 11:58:20 |
| 18 | and ambiguous.  Lacks foundation. | 11:58:25 |
| 19 | THE WITNESS:  I believe if they are | 11:58:29 |
| 20 | substantially all, if not all, the e-mails that we are | 11:58:30 |
| 21 | aware of, or I think those are the only e-mails that we | 11:58:34 |
| 22 | could identify as unique e-mails. | 11:58:39 |
| 23 | BY MR. SELWYN: | 11:58:44 |
| 24 | Q.  Did you review any of the e-mails attaching | 11:58:44 |
| 25 | the Teece report that were sent to the Samsung | 11:58:48 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

78

| | | |
|---|---|---|
| 1 | employees listed in Exhibit -- let me do that again. | 11:58:51 |
| 2 | Have you reviewed, in unredacted form, any of | 11:58:54 |
| 3 | the e-mails attaching the Teece report that were sent | 11:58:58 |
| 4 | to the Samsung employees listed in Exhibit 3? | 11:59:01 |
| 5 | A.  Certainly in my 30(b)(6) capacity, I have not | 11:59:07 |
| 6 | seen unredacted e-mail that contains Teece reports. | 11:59:13 |
| 7 | Q.  Let me try it again. | 11:59:19 |
| 8 | Have you reviewed, in unredacted form, any of | 11:59:20 |
| 9 | the e-mails attaching the Teece report that were sent | 11:59:24 |
| 10 | to the Samsung employees listed in Exhibit 3? | 11:59:28 |
| 11 | A.  If you ask me in my personal capacity, I have | 11:59:34 |
| 12 | no recollection of reviewing such e-mails. | 11:59:37 |
| 13 | Q.  How about in any capacity? | 11:59:39 |
| 14 | A.  In 30(b)(6) capacity, I have not. | 11:59:41 |
| 15 | Q.  Putting aside the Teece report that was | 11:59:47 |
| 16 | attached to the e-mails, have you reviewed, in | 11:59:51 |
| 17 | unredacted form, the e-mails themselves that were sent | 11:59:53 |
| 18 | to the employees listed in Exhibit 3? | 11:59:56 |
| 19 | MS. KASSABIAN:  Objection.  Asked and | 11:59:58 |
| 20 | answered. | 11:59:59 |
| 21 | THE WITNESS:  Are you talking about in my | 12:00:01 |
| 22 | personal capacity or my 30(b)(6) capacity? | 12:00:03 |
| 23 | MR. SELWYN:  Any capacity. | 12:00:07 |
| 24 | MS. KASSABIAN:  Do you want to break that | 12:00:08 |
| 25 | down? | 12:00:10 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

79

| | | |
|---|---|---|
| 1 | MR. SELWYN:  No. | 12:00:10 |
| 2 | THE WITNESS:  In my -- | 12:00:10 |
| 3 | MS. KASSABIAN:  Okay.  Hold on a second. | 12:00:10 |
| 4 | So, Mr. Korea, just clarify in your answer | 12:00:12 |
| 5 | which capacity you're talking about. | 12:00:14 |
| 6 | THE WITNESS:  Sure.  In my personal capacity, | 12:00:16 |
| 7 | I have no recollection of reviewing the Quinn e-mail | 12:00:18 |
| 8 | that contains partially redacted Teece report, whether | 12:00:25 |
| 9 | it was redacted or unredacted. | 12:00:29 |
| 10 | In my 30(b)(6) capacity, I have not reviewed | 12:00:30 |
| 11 | any Quinn e-mail that contains partially redacted Teece | 12:00:34 |
| 12 | report that has not been redacted. | 12:00:40 |
| 13 | BY MR. SELWYN: | 12:00:54 |
| 14 | Q.  Have you reviewed, in unredacted form, any of | 12:00:54 |
| 15 | the e-mails attaching Samsung's public interest brief | 12:00:56 |
| 16 | that were sent to the employees listed in Exhibit 4? | 12:01:00 |
| 17 | A.  In my personal capacity, I have no | 12:01:07 |
| 18 | recollection of reviewing any e-mail from Quinn Emanuel | 12:01:09 |
| 19 | that contains Samsung's public interest brief, when it | 12:01:12 |
| 20 | was redacted nor unredacted.  I have no recollection. | 12:01:17 |
| 21 | In my 30(b)(6) capacity, I have not reviewed | 12:01:21 |
| 22 | any unredacted Quinn e-mail that contains Samsung's | 12:01:27 |
| 23 | public interest brief. | 12:01:32 |
| 24 | Q.  In preparation for your testimony today, did | 12:01:33 |
| 25 | you ask anyone to review the e-mails attaching the | 12:01:36 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

80

| | | |
|---|---|---|
| 1 | Teece report that were sent to the Samsung employees | 12:01:40 |
| 2 | listed in Exhibit 3? | 12:01:42 |
| 3 | MS. KASSABIAN:  Objection to the extent it | 12:01:45 |
| 4 | calls for the disclosure of attorney-client | 12:01:46 |
| 5 | communications. | 12:01:49 |
| 6 | THE WITNESS:  No.  I do not believe I have | 12:01:50 |
| 7 | instructed anybody to review unredacted Quinn Emanuel | 12:01:55 |
| 8 | e-mail that contains partially redacted Teece reports. | 12:02:00 |
| 9 | BY MR. SELWYN: | 12:02:06 |
| 10 | Q.  In preparation for your testimony today, did | 12:02:06 |
| 11 | you ask anyone to provide you with any information | 12:02:08 |
| 12 | concerning the e-mails attaching the Teece report that | 12:02:12 |
| 13 | were sent to the employees listed in Exhibit 3? | 12:02:15 |
| 14 | MS. KASSABIAN:  Objection.  Vague and | 12:02:17 |
| 15 | ambiguous. | 12:02:19 |
| 16 | And to the extent you can answer without | 12:02:20 |
| 17 | disclosing attorney-client communications, please do. | 12:02:23 |
| 18 | THE WITNESS:  Could you repeat that question. | 12:02:27 |
| 19 | MR. SELWYN:  Sure. | 12:02:28 |
| 20 | BY MR. SELWYN: | 12:02:29 |
| 21 | Q.  In preparation for your testimony today, did | 12:02:30 |
| 22 | you ask anyone to provide you with any information | 12:02:31 |
| 23 | concerning the e-mails attaching the Teece report that | 12:02:35 |
| 24 | were sent to the employees listed in Exhibit 3? | 12:02:37 |
| 25 | MS. KASSABIAN:  Same objections. | 12:02:40 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

81

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yes.  I asked them questions | 12:02:43 |
| 2 | regarding dissemination and use, possible use or lack | 12:02:45 |
| 3 | thereof, of such e-mails or its attachment. | 12:02:49 |
| 4 | BY MR. SELWYN: | 12:02:58 |
| 5 | Q.  During the interviews that you conducted of | 12:02:58 |
| 6 | the employees listed in Exhibit 3, did you provide the | 12:03:00 |
| 7 | employees with any documents? | 12:03:03 |
| 8 | A.  No, I don't believe so. | 12:03:13 |
| 9 | Q.  During the interviews that you conducted of | 12:03:14 |
| 10 | the employees listed in Exhibit 4, did you provide the | 12:03:17 |
| 11 | employees with any documents? | 12:03:19 |
| 12 | A.  No, I don't believe so. | 12:03:23 |
| 13 | Q.  During the interviews listed in Exhibit 3, | 12:03:24 |
| 14 | were the employees shown any of the e-mails they | 12:03:26 |
| 15 | received attaching the Teece report? | 12:03:30 |
| 16 | A.  No. | 12:03:32 |
| 17 | Q.  During the interviews listed in Exhibit 4, | 12:03:33 |
| 18 | were the employees shown any of the e-mails they | 12:03:35 |
| 19 | received attaching the ITC public interest brief? | 12:03:38 |
| 20 | A.  No. | 12:03:41 |
| 21 | Q.  Are you familiar with the Teece report that | 12:03:51 |
| 22 | Samsung served in this litigation? | 12:03:53 |
| 23 | MS. KASSABIAN:  Objection.  Asked and | 12:03:55 |
| 24 | answered. | 12:03:56 |
| 25 | THE WITNESS:  I am familiar only to the extent | 12:04:07 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

82

| | | |
|---|---|---|
| 1 | that I conducted this 30(b)(6) witness -- 30(b)(6) | 12:04:08 |
| 2 | related investigations. | 12:04:12 |
| 3 | BY MR. SELWYN: | 12:04:15 |
| 4 | Q.  What is the subject matter of | 12:04:15 |
| 5 | Professor Teece's expert report? | 12:04:17 |
| 6 | A.  I do not know. | 12:04:19 |
| 7 | Q.  Have you ever received a version of | 12:04:20 |
| 8 | Professor Teece's report in any form? | 12:04:27 |
| 9 | A.  I have no recollection of receiving his | 12:04:34 |
| 10 | report. | 12:04:36 |
| 11 | Q.  Regardless of whether you have a recollection, | 12:04:36 |
| 12 | do you know whether you ever received a copy of | 12:04:38 |
| 13 | Professor Teece's report in any form? | 12:04:41 |
| 14 | A.  I believe I'm one of the recipients of such | 12:04:43 |
| 15 | e-mails. | 12:04:46 |
| 16 | Q.  How many times did you receive | 12:04:47 |
| 17 | Professor Teece's expert report? | 12:04:51 |
| 18 | A.  I think they're twice, but I think there's a | 12:04:53 |
| 19 | document that shows how many times I have received such | 12:04:56 |
| 20 | e-mails. | 12:05:01 |
| 21 | Q.  Was a version of Teece's expert report | 12:05:08 |
| 22 | containing confidential information of Apple, Nokia, | 12:05:11 |
| 23 | Sharp and Ericsson shared with Samsung employees? | 12:05:14 |
| 24 | A.  I'm sorry.  Could you repeat that. | 12:05:17 |
| 25 | Q.  Sure.  Was a version of Teece's expert report | 12:05:19 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

83

| | | |
|---|---|---|
| 1 | containing confidential information of Apple, Nokia, | 12:05:22 |
| 2 | Sharp and Ericsson shared with Samsung employees? | 12:05:26 |
| 3 | A.  First of all, I do not know whether Teece | 12:05:36 |
| 4 | report contains any Apple confidential information.  I | 12:05:38 |
| 5 | know the allegation is that certain licensing terms | 12:05:42 |
| 6 | with certain entities are confidential information, but | 12:05:47 |
| 7 | I do not know there are, in fact, confidential. | 12:05:50 |
| 8 | So -- and your question -- I'm sorry.  Could | 12:05:57 |
| 9 | you repeat that question. | 12:05:58 |
| 10 | Q.  Let me ask a new question. | 12:05:59 |
| 11 | A.  Okay. | 12:06:02 |
| 12 | Q.  Was a version of Dr. Teece's expert report | 12:06:02 |
| 13 | containing terms of Apple's licenses with Nokia, Sharp, | 12:06:06 |
| 14 | Philips and Ericsson shared with Samsung employees? | 12:06:10 |
| 15 | A.  First, I don't know whether there were such | 12:06:17 |
| 16 | license terms, other than the fact that is the | 12:06:19 |
| 17 | allegation by Nokia and Apple. | 12:06:21 |
| 18 | With respect to Teece report being shared, | 12:06:24 |
| 19 | exactly what do you mean by "shared"?  Who is doing the | 12:06:29 |
| 20 | sharing? | 12:06:32 |
| 21 | Q.  Samsung. | 12:06:35 |
| 22 | MS. KASSABIAN:  Objection.  Vague. | 12:06:38 |
| 23 | THE WITNESS:  I mean, let me -- | 12:06:38 |
| 24 | MS. KASSABIAN:  Objection.  Vague. | 12:06:40 |
| 25 | THE WITNESS:  Yeah, yeah.  I can answer this | 12:06:41 |

84

| | | |
|---|---|---|
| 1 | way. | 12:06:42 |
| 2 | I mean, we trace how the e-mails from | 12:06:43 |
| 3 | Quinn Emanuel that contain Teece report, partially | 12:06:48 |
| 4 | redacted Teece report, as an attachment were sent and | 12:06:51 |
| 5 | possibly forwarded.  We traced those, and I'd be happy | 12:07:00 |
| 6 | to answer any questions regarding who received those | 12:07:04 |
| 7 | e-mails, whether those e-mails were forwarded.  I can | 12:07:06 |
| 8 | answer those questions. | 12:07:10 |
| 9 | BY MR. SELWYN: | 12:07:11 |
| 10 | Q.  How did a version -- strike that. | 12:07:11 |
| 11 | How did an improperly redacted version of | 12:07:16 |
| 12 | Professor Teece's expert report come to be disclosed to | 12:07:20 |
| 13 | Samsung employees? | 12:07:24 |
| 14 | MS. KASSABIAN:  Objection.  Vague. | 12:07:27 |
| 15 | THE WITNESS:  Based on my investigation, any | 12:07:34 |
| 16 | partially redacted Teece report was sent to Samsung | 12:07:36 |
| 17 | employees by e-mail or there are -- or they were | 12:07:40 |
| 18 | downloaded from FTP site. | 12:07:46 |
| 19 | BY MR. SELWYN: | 12:07:52 |
| 20 | Q.  How many nonidentical versions of | 12:07:53 |
| 21 | Professor Teece's expert report were disclosed to | 12:07:56 |
| 22 | Samsung employees? | 12:07:59 |
| 23 | MS. KASSABIAN:  Objection.  Vague. | 12:07:59 |
| 24 | THE WITNESS:  What do you mean by | 12:08:00 |
| 25 | "nonidentical"? | 12:08:02 |

85

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 12:08:03 |
| 2 | Q.  Different. | 12:08:04 |
| 3 | MS. KASSABIAN:  Objection.  Vague. | 12:08:04 |
| 4 | THE WITNESS:  You know, my investigation was | 12:08:08 |
| 5 | focused on certain e-mails from Quinn Emanuel that | 12:08:11 |
| 6 | contain partially redacted Teece report, so I don't | 12:08:15 |
| 7 | quite understand your questions.  I mean, when you say | 12:08:20 |
| 8 | "different versions Teece report," what do you mean by | 12:08:28 |
| 9 | that? | 12:08:30 |
| 10 | BY MR. SELWYN: | 12:08:31 |
| 11 | Q.  Were there versions of the Teece report that | 12:08:31 |
| 12 | were redacted in different ways? | 12:08:33 |
| 13 | A.  I thought there was only one partially | 12:08:43 |
| 14 | redacted Teece report that you guys are complaining | 12:08:45 |
| 15 | about.  I am not aware any other differently redacted | 12:08:48 |
| 16 | Teece report that is at issue. | 12:08:51 |
| 17 | Q.  Would it surprise you to learn that there were | 12:08:53 |
| 18 | versions of the Teece report disclosed to Samsung | 12:08:56 |
| 19 | employees that were redacted in different ways? | 12:08:59 |
| 20 | MS. KASSABIAN:  Objection.  Argumentative. | 12:09:05 |
| 21 | THE WITNESS:  I mean, if that is the case, | 12:09:11 |
| 22 | I'll be -- I mean, if that is the case, that is the | 12:09:13 |
| 23 | case.  But, again, what we did was -- there was a | 12:09:19 |
| 24 | complaint made about partially redacted Teece report | 12:09:26 |
| 25 | that were disseminated among Samsung employees, so we | 12:09:30 |

86

| | | |
|---|---|---|
| 1 | traced the known universe of Samsung employees who had | 12:09:36 |
| 2 | received such e-mails, and then we tried to decide if | 12:09:40 |
| 3 | there was any use or lack of use by Samsung employees. | 12:09:46 |
| 4 | BY MR. SELWYN: | 12:09:51 |
| 5 | Q.  Who asked you to conduct your investigation of | 12:09:51 |
| 6 | the dissemination and use of the improperly redacted | 12:09:54 |
| 7 | Teece report? | 12:09:57 |
| 8 | MS. KASSABIAN:  Objection, just to the extent | 12:10:02 |
| 9 | you're seeking attorney-client communications. | 12:10:04 |
| 10 | THE WITNESS:  I certainly decided that as a | 12:10:15 |
| 11 | 30(b)(6) witness I need to conduct investigations. | 12:10:21 |
| 12 | Beyond that, I think it will involve conversations with | 12:10:24 |
| 13 | counsel. | 12:10:27 |
| 14 | BY MR. SELWYN: | 12:10:29 |
| 15 | Q.  I'm just asking for a name.  Who asked you, if | 12:10:29 |
| 16 | anyone, to conduct your investigation? | 12:10:32 |
| 17 | A.  I don't think -- I think I -- well, I don't | 12:10:38 |
| 18 | think the privileged conversation, but I decided to | 12:10:40 |
| 19 | conduct investigations as a 30(b)(6) witness. | 12:10:43 |
| 20 | Q.  Has anyone other than yourself conducted an | 12:10:46 |
| 21 | investigation regarding a dissemination and use of the | 12:10:49 |
| 22 | improperly redacted Teece report? | 12:10:51 |
| 23 | MS. KASSABIAN:  Objection.  Lacks foundation, | 12:10:53 |
| 24 | and calls for work product and attorney-client | 12:10:55 |
| 25 | communications. | 12:10:57 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

87

| | | |
|---|---|---|
| 1 | But you can answer without disclosing that | 12:10:58 |
| 2 | information. | 12:11:00 |
| 3 | THE WITNESS:  There may be.  There may have | 12:11:07 |
| 4 | been.  But I am not -- I do not know for sure. | 12:11:09 |
| 5 | BY MR. SELWYN: | 12:11:15 |
| 6 | Q.  When did you begin your investigation of the | 12:11:15 |
| 7 | dissemination and use of the Teece reports? | 12:11:17 |
| 8 | A.  Sometime last week. | 12:11:21 |
| 9 | Q.  Are you aware of any investigation by anyone | 12:11:25 |
| 10 | before then regarding the dissemination and use by | 12:11:27 |
| 11 | Samsung employees of the improperly redacted Teece | 12:11:30 |
| 12 | report? | 12:11:34 |
| 13 | MS. KASSABIAN:  Objection.  Asked and | 12:11:34 |
| 14 | answered.  Lacks foundation. | 12:11:35 |
| 15 | And again, caution you not to disclose work | 12:11:42 |
| 16 | product or attorney-client communications. | 12:11:44 |
| 17 | THE WITNESS:  Yeah.  On that basis, I cannot | 12:11:46 |
| 18 | really answer that question. | 12:11:49 |
| 19 | BY MR. SELWYN: | 12:12:02 |
| 20 | Q.  What steps other than the employee interviews | 12:12:02 |
| 21 | you conducted has Samsung taken to investigate the | 12:12:05 |
| 22 | dissemination and use by its employees of the | 12:12:07 |
| 23 | improperly redacted Teece report? | 12:12:07 |
| 24 | A.  I have reviewed the e-mails from Quinn Emanuel | 12:12:15 |
| 25 | that contain partially redacted Teece report in heavily | 12:12:19 |

88

1    redacted form.  I have reviewed e-mails from          12:12:25

2    Quinn Emanuel that contain partially redacted Teece   12:12:31

3    report that were forwarded by the recipients to another 12:12:35

4    persons, again, in heavily redacted forms.  I have    12:12:44

5    conducted telephone interviews of the -- obviously, of 12:12:52

6    the Samsung employees who were the recipient of those 12:13:02

7    e-mails or a recipient of the e-mails that were       12:13:06

8    forwarded.                                            12:13:10

9         I also conducted interviews of outside law      12:13:12

10   firms that had received such e-mails, either directly 12:13:17

11   or forwarded.  I have reviewed the representations made 12:13:24

12   by those outside law firms with respect to            12:13:41

13   dissemination and use by those outside law firms.     12:13:45

14        I certainly have reviewed my interview notes     12:14:08

15   that you have as Exhibit 3 and Exhibit 4, and I also  12:14:11

16   have reviewed my prior deposition testimony and any   12:14:14

17   exhibits that might -- that were with those deposition 12:14:29

18   testimony.                                            12:14:34

19        I think that's it.                               12:14:45

20   Q.  Has Samsung taken any steps other than the        12:14:47

21   ones that you just listed to investigate the          12:14:50

22   dissemination and use by its employees of the         12:14:53

23   improperly redacted Teece report?                     12:14:57

24        MS. KASSABIAN:  So, Mr. Korea, given that        12:15:00

25   there's a lot of information there, I have -- if you  12:15:03

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

89

| | | |
|---|---|---|
| 1 | need -- | 12:15:06 |
| 2 | MR. SELWYN:  No, no, no, no, no. | 12:15:07 |
| 3 | MS. KASSABIAN:  If you need to refer to -- | 12:15:08 |
| 4 | excuse me, sir. | 12:15:08 |
| 5 | MR. SELWYN:  No, no, no, no, no. | 12:15:09 |
| 6 | MS. KASSABIAN:  If you need to refer to the | 12:15:09 |
| 7 | meet and confer correspondence documenting the | 12:15:10 |
| 8 | investigation that the parties have exchanged, I have | 12:15:14 |
| 9 | provided you with copies here, if you need to -- | 12:15:17 |
| 10 | MR. SELWYN:  That is really improper. | 12:15:18 |
| 11 | MS. KASSABIAN:  He's a 30(b)(6) witness.  This | 12:15:19 |
| 12 | is not a memory test.  The investigation is documented | 12:15:22 |
| 13 | in part in the extensive meet and confer correspondence | 12:15:24 |
| 14 | between the parties -- | 12:15:28 |
| 15 | MR. SELWYN:  Stop talking, please.  Stop | 12:15:28 |
| 16 | coaching the witness. | 12:15:30 |
| 17 | MS. KASSABIAN:  -- which I have brought here | 12:15:31 |
| 18 | today in the event that Mr. Korea does not have all of | 12:15:33 |
| 19 | this committed to memory. | 12:15:35 |
| 20 | He may certainly review documents that he | 12:15:36 |
| 21 | looked at to help prepare him to testify today. | 12:15:38 |
| 22 | BY MR. SELWYN: | 12:15:38 |
| 23 | Q.  Sir, can you answer my question without | 12:15:43 |
| 24 | reference to whatever is in the binders that your | 12:15:44 |
| 25 | counsel just handed you? | 12:15:47 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

90

1    MS. KASSABIAN:  Objection.  30(b)(6) witnesses          12:15:48

2    are perfectly entitled to review documents to answer        12:15:51

3    questions.                                                   12:15:53

4    THE WITNESS:  I believe that there were          12:15:57

5    correspondence exchanged between Wilmer Hale and            12:16:01

6    Quinn Emanuel regarding this issue, and I would like to     12:16:06

7    refer to those correspondence to fully and completely       12:16:10

8    answer your question.                                        12:16:13

9  BY MR. SELWYN:                                                 12:16:14

10   Q.  Are you familiar with steps taken by your           12:16:14

11   outside counsel to investigate the dissemination and       12:16:16

12   use of the improperly redacted Teece report?               12:16:19

13   A.  I think if I answer your question, that will      12:16:22

14   take us -- take -- that could take me to privileged        12:16:25

15   areas.  So my preference is to refer to correspondence     12:16:28

16   between Wilmer and Quinn Emanuel so I can answer your       12:16:33

17   question without jeopardizing any chance of privilege      12:16:38

18   waiver.                                                      12:16:42

19   Q.  Let me just make sure we're clear.               12:16:43

20   You are prepared to testify today regarding           12:16:46

21   the investigation that you undertook regarding the         12:16:48

22   dissemination and use of the improperly redacted Teece     12:16:51

23   report, but you claim that any other investigation that    12:16:55

24   was conducted is privileged; is that correct?              12:16:57

25   MS. KASSABIAN:  Objection.  And I'm going to         12:17:00

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

91

| | | |
|---|---|---|
| 1 | instruct the witness not to answer.  The witness is not | 12:17:01 |
| 2 | here as Samsung's outside counsel to claim privilege or | 12:17:04 |
| 3 | not claim privilege on any particular investigation | 12:17:07 |
| 4 | issues, and you've also misstated the 30(b)(6) subject | 12:17:12 |
| 5 | that Mr. Korea is here to testify about. | 12:17:15 |
| 6 | BY MR. SELWYN: | 12:17:20 |
| 7 | Q.  Are you going to follow your counsel's | 12:17:20 |
| 8 | instruction? | 12:17:21 |
| 9 | A.  Yes, sir. | 12:17:22 |
| 10 | Q.  Has Samsung disclosed to Apple and Nokia all | 12:17:35 |
| 11 | the Samsung employees who received the improperly | 12:17:39 |
| 12 | redacted Teece report? | 12:17:42 |
| 13 | MS. KASSABIAN:  Objection.  Lacks foundation. | 12:17:48 |
| 14 | Mr. Korea is not familiar with and did not personally | 12:17:50 |
| 15 | participate in Quinn Emanuel's document production and | 12:17:53 |
| 16 | meet and confer correspondence exchanged, so I object | 12:17:58 |
| 17 | to that question.  Lacks foundation. | 12:18:01 |
| 18 | MR. SELWYN:  I'm not sure what you're doing. | 12:18:03 |
| 19 | You can state objection to form.  You can't give | 12:18:05 |
| 20 | speeches. | 12:18:08 |
| 21 | BY MR. SELWYN: | 12:18:14 |
| 22 | Q.  Can you answer my question, sir? | 12:18:14 |
| 23 | A.  Sure.  Can you read back the question? | 12:18:16 |
| 24 | Q.  Let me try it again. | 12:18:18 |
| 25 | Has Samsung disclosed to Apple and Nokia all | 12:18:20 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

92

| | | |
|---|---|---|
| 1 | the Samsung employees who received the improperly | 12:18:23 |
| 2 | redacted Teece report? | 12:18:27 |
| 3 | A.  Could I refer to correspondence between the | 12:18:28 |
| 4 | counsel to answer that question? | 12:18:32 |
| 5 | Q.  What correspondence are you referring to? | 12:18:33 |
| 6 | A.  I believe that there is a stack of | 12:18:35 |
| 7 | correspondence that was exchanged between Wilmer Hale | 12:18:38 |
| 8 | and Quinn Emanuel concerning dissemination and use by | 12:18:42 |
| 9 | Samsung of the partially redacted Teece report, and I | 12:18:48 |
| 10 | would like to confer with the correspondence to answer | 12:18:51 |
| 11 | your question whether Samsung, through its outside | 12:18:56 |
| 12 | counsel, has provided a list of Samsung employees who | 12:18:59 |
| 13 | were recipient of such e-mails. | 12:19:04 |
| 14 | Q.  Do you know, as you sit here, whether the | 12:19:07 |
| 15 | correspondence from Quinn Emanuel identifies to Apple | 12:19:10 |
| 16 | and Nokia all the Samsung employees who received the | 12:19:13 |
| 17 | improperly redacted Teece report? | 12:19:15 |
| 18 | MS. KASSABIAN:  Objection.  Asked and | 12:19:17 |
| 19 | answered. | 12:19:18 |
| 20 | THE WITNESS:  In my personal capacity, I do | 12:19:19 |
| 21 | not.  As a 30(b)(6) witness, I think I should refer to | 12:19:22 |
| 22 | the correspondence material to make sure that my answer | 12:19:27 |
| 23 | as a company representative will be accurate. | 12:19:31 |
| 24 | BY MR. SELWYN: | 12:19:34 |
| 25 | Q.  As part of your preparation to testify today | 12:19:34 |

93

| | | |
|---|---|---|
| 1 | as a 30(b)(6) witness, did you do anything to evaluate | 12:19:36 |
| 2 | the accuracy of the representations of Quinn Emanuel | 12:19:42 |
| 3 | regarding the identity of the Samsung employees who | 12:19:45 |
| 4 | received the improperly redacted Teece report? | 12:19:50 |
| 5 | MS. KASSABIAN: Objection. | 12:19:54 |
| 6 | To the extent that your answer would require | 12:19:54 |
| 7 | you to disclose attorney-client communications or work | 12:19:57 |
| 8 | product, please exclude that. | 12:19:59 |
| 9 | THE WITNESS: On that basis, I cannot answer | 12:20:03 |
| 10 | your question. | 12:20:05 |
| 11 | BY MR. SELWYN: | 12:20:08 |
| 12 | Q. In preparation to testify today as a 30(b)(6) | 12:20:08 |
| 13 | witness, did you do anything to evaluate the accuracy | 12:20:12 |
| 14 | of the representations of Samsung's counsel regarding | 12:20:15 |
| 15 | the identity of Samsung's counsel outside the US who | 12:20:18 |
| 16 | have received the improperly redacted Teece report? | 12:20:22 |
| 17 | MS. KASSABIAN: Objection. Vague and | 12:20:40 |
| 18 | unintelligible. | 12:20:41 |
| 19 | And, again, to the extent that -- please | 12:20:42 |
| 20 | exclude from your answer any attorney-client or work | 12:20:45 |
| 21 | product communications. | 12:20:48 |
| 22 | THE WITNESS: So in preparation for this | 12:20:49 |
| 23 | deposition, I have personally spoke with | 12:20:50 |
| 24 | representatives at Samsung's outside law firms that | 12:20:56 |
| 25 | have received the Quinn Emanuel e-mails containing | 12:21:00 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

94

| | | |
|---|---|---|
| 1 | partially redacted Teece report, and I certainly | 12:21:06 |
| 2 | reviewed their representations with respect to their | 12:21:11 |
| 3 | own dissemination and use or lack thereof of such | 12:21:16 |
| 4 | e-mails, and I conferred with them to see whether | 12:21:21 |
| 5 | representations were accurate or not. | 12:21:26 |
| 6 | BY MR. SELWYN: | 12:21:26 |
| 7 | Q.  And what did you conclude? | 12:21:30 |
| 8 | A.  That their representations were accurate. | 12:21:32 |
| 9 | Q.  And by "their representations," who are you | 12:21:34 |
| 10 | referring to as "their," Quinn Emanuel or somebody | 12:21:38 |
| 11 | else? | 12:21:41 |
| 12 | A.  I believe that the representations by | 12:21:41 |
| 13 | Samsung's outside law firms that have received the | 12:21:45 |
| 14 | Quinn Emanuel e-mails containing partially redacted | 12:21:50 |
| 15 | Teece report have been provided to Apple's outside | 12:21:54 |
| 16 | counsel. | 12:21:58 |
| 17 | Q.  Those were the letters that were sent about | 12:22:04 |
| 18 | 10:30, 11:00 o'clock last night? | 12:22:07 |
| 19 | MS. KASSABIAN:  Objection.  Lacks foundation. | 12:22:09 |
| 20 | THE WITNESS:  Since you won't let me refer to | 12:22:12 |
| 21 | the correspondence between the counsel, I cannot answer | 12:22:14 |
| 22 | that question. | 12:22:16 |
| 23 | BY MR. Selwyn: | 12:22:17 |
| 24 | Q.  Do you have any idea when those letters were | 12:22:17 |
| 25 | sent? | 12:22:19 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

95

| | | |
|---|---|---|
| 1 | A.  Certainly they were -- | 12:22:19 |
| 2 | MS. KASSABIAN:  Objection.  Lacks foundation. | 12:22:23 |
| 3 | THE WITNESS:  I was talking with the law firm | 12:22:26 |
| 4 | as late as this morning, so I am of the opinion those | 12:22:27 |
| 5 | letters would have been provided to you, you know, as | 12:22:32 |
| 6 | late as this morning. | 12:22:37 |
| 7 | BY MR. SELWYN: | 12:22:37 |
| 8 | Q.  What law firm did you speak with this morning? | 12:22:38 |
| 9 | A.  May I refer to the correspondence? | 12:22:41 |
| 10 | Q.  Go ahead. | 12:22:44 |
| 11 | A.  I reach out and spoke with the representative | 12:23:06 |
| 12 | with Modiano, M-O-D-I-A-N-O, & Partners. | 12:23:10 |
| 13 | Q.  What was the name of that representative? | 12:23:17 |
| 14 | MS. KASSABIAN:  I believe there's some | 12:23:24 |
| 15 | confusion here.  Could the court reporter please read | 12:23:25 |
| 16 | back the last question. | 12:23:28 |
| 17 | BY MR. SELWYN: | 12:23:28 |
| 18 | Q.  My question is:  What law firm did you speak | 12:23:32 |
| 19 | with this morning? | 12:23:34 |
| 20 | A.  Uh-huh. | 12:23:37 |
| 21 | Q.  Do you want to change your answer? | 12:23:38 |
| 22 | A.  Yeah, Modiano & Partners. | 12:23:39 |
| 23 | MS. KASSABIAN:  I think there's a staple | 12:23:42 |
| 24 | that's missing.  Hold on. | 12:23:43 |
| 25 | Yeah.  These are one document.  That's one. | 12:23:46 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

96

| | | |
|---|---|---|
| 1 | THE WITNESS:  Rospatt Osten Pross, R-O-P-A-T-T | 12:24:01 |
| 2 | [sic], O-S-T-E-N, Pross, P-R-O-S-S.  Simmons & Simmons, | 12:24:05 |
| 3 | S-I-M-M-O-N-S.  Studio Vanzetti e Associati, | 12:24:17 |
| 4 | S-T-U-D-I-O, V-A-N-Z-E-T-T-I, E, which is a separate | 12:24:30 |
| 5 | word, A-S-S-O-C-I-A-T-I.  Peter Camesasca Advocaat | 12:24:38 |
| 6 | BVBA.  Camesasca is spelled C-A-M-E-S-A-S-C-A. | 12:24:56 |
| 7 | Advocaat is spelled A-D-V-O-C-A-A-T.  And capital B, | 12:25:02 |
| 8 | capital V as in Victor, capital B as in boy, capital | 12:25:10 |
| 9 | A as in apple. | 12:25:15 |
| 10 | BY MR. SELWYN: | 12:25:15 |
| 11 | Q.  I hate to interrupt, but my question was what | 12:25:17 |
| 12 | law firms you spoke to this morning. | 12:25:20 |
| 13 | A.  Oh, this morning.  I'm sorry. | 12:25:22 |
| 14 | I believe I spoke with the law firm of Ropes & | 12:25:24 |
| 15 | Gray. | 12:25:29 |
| 16 | MR. SELWYN:  Okay.  Why don't we take our | 12:25:30 |
| 17 | lunch break. | 12:25:32 |
| 18 | THE VIDEOGRAPHER:  This marks the end of DVD | 12:25:34 |
| 19 | No. 1 in the deposition of Kenneth Korea.  Going off | 12:25:36 |
| 20 | the record.  The time is 12:25. | 12:25:40 |
| 21 | (The luncheon recess was taken.) | 01:38:43 |
| 22 | THE VIDEOGRAPHER:  Back on the record.  Here | 01:38:43 |
| 23 | begins DVD No. 2 in the deposition of Kenneth Korea. | 01:38:45 |
| 24 | The time is 1:38. | 01:38:49 |
| 25 | /// | 01:38:51 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

97

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 01:38:51 |
| 2 | Q. Mr. Korea, how long was each of the interviews | 01:38:51 |
| 3 | listed in Exhibit 3 and Exhibit 4? | 01:38:54 |
| 4 | MS. KASSABIAN: Objection. Compound. | 01:39:03 |
| 5 | THE WITNESS: It kind of varied, but it was | 01:39:22 |
| 6 | many, many hours of interviews over many days. | 01:39:24 |
| 7 | BY MR. SELWYN: | 01:39:29 |
| 8 | Q. Approximately how long was each of the | 01:39:30 |
| 9 | interviews? | 01:39:31 |
| 10 | A. Let's see. Anthony Kahng deposition -- I | 01:39:43 |
| 11 | mean, Anthony Kahng interview, I think it was between | 01:39:50 |
| 12 | 10 to 20 minutes. Beyong Ho Yuu, Y-U-U, that one maybe | 01:39:59 |
| 13 | 10 to 15 minutes. Brian Kim, perhaps it might be | 01:40:21 |
| 14 | another ten to 15 minutes. Byung-Gun Min, probably 10 | 01:40:37 |
| 15 | minutes. So I'm thinking anywhere between 10 to 30 | 01:40:53 |
| 16 | minutes each. | 01:40:58 |
| 17 | Q. Do you have any docs that would show -- | 01:41:00 |
| 18 | documents that would show the schedule for the | 01:41:03 |
| 19 | interviews for the people listed in Exhibit 3 and | 01:41:04 |
| 20 | Exhibit 4? | 01:41:08 |
| 21 | A. No, but it was quite an undertaking because | 01:41:13 |
| 22 | these people were spread all over the world. So | 01:41:17 |
| 23 | scheduling, itself, was difficult. | 01:41:21 |
| 24 | Q. And are there any documents that showed the | 01:41:25 |
| 25 | schedule? | 01:41:27 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

98

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  And again, I'll just object to | 01:41:28 |
| 2 | the extent that it calls for disclosure of any | 01:41:30 |
| 3 | attorney-client communications or work product. | 01:41:35 |
| 4 | THE WITNESS:  Yeah, there are no documents | 01:41:37 |
| 5 | created by me that those two -- scheduling of these | 01:41:39 |
| 6 | interviews.  But I can tell you this was a massive | 01:41:44 |
| 7 | undertaking that I ended up interviewing a couple of | 01:41:48 |
| 8 | these people as late as this morning. | 01:41:52 |
| 9 | BY MR. SELWYN: | 01:41:55 |
| 10 | Q.  What time did your last interview end? | 01:41:55 |
| 11 | A.  Probably 8:30 a.m. this morning. | 01:42:02 |
| 12 | Q.  Are there any documents created by others that | 01:42:05 |
| 13 | would show the schedule for these interviews? | 01:42:08 |
| 14 | MS. KASSABIAN:  Again, I would just object and | 01:42:11 |
| 15 | instruct you not to reveal any attorney-client | 01:42:13 |
| 16 | communications or work product. | 01:42:16 |
| 17 | THE WITNESS:  Yeah, on that basis, I cannot | 01:42:21 |
| 18 | answer that question. | 01:42:24 |
| 19 | BY MR. SELWYN: | 01:42:27 |
| 20 | Q.  Were any questions asked of the employees | 01:42:27 |
| 21 | listed in Exhibit 3 and Exhibit 4 other than as set | 01:42:30 |
| 22 | forth in these exhibits? | 01:42:33 |
| 23 | MS. KASSABIAN:  Objection.  Compound, given | 01:42:36 |
| 24 | that there were, obviously, dozens and dozens of | 01:42:39 |
| 25 | interviews. | 01:42:42 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

99

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yeah, perhaps I should clarify. | 01:42:42 |
| 2 | That's maybe where you're going with this. | 01:42:48 |
| 3 | You know, when I said I took notes while I was | 01:42:50 |
| 4 | talking with these -- you know, these Samsung | 01:42:52 |
| 5 | employees, what I meant was that using the form that | 01:42:58 |
| 6 | are shown on Exhibit 3 and Exhibit 4, I filled in yeses | 01:43:01 |
| 7 | and nos to those answers.  Beyond that, I did not take | 01:43:04 |
| 8 | any notes.  So I'm not sure that answers your question. | 01:43:08 |
| 9 | BY MR. SELWYN: | 01:43:08 |
| 10 | Q.  It doesn't.  That wasn't my question. | 01:43:12 |
| 11 | Do the headings on each of the columns list | 01:43:14 |
| 12 | all of the questions that you asked of each of the | 01:43:18 |
| 13 | employees listed on Exhibit 3 and Exhibit 4? | 01:43:20 |
| 14 | MS. KASSABIAN:  Objection.  Compound. | 01:43:23 |
| 15 | THE WITNESS:  Well, these are the -- | 01:43:28 |
| 16 | substantially the same questions.  Some of these | 01:43:33 |
| 17 | employees speak Korean or they're more comfortable with | 01:43:37 |
| 18 | Korean, so I asked these questions in Korean in some | 01:43:43 |
| 19 | instances.  And I'm sure I have paraphrased some of | 01:43:47 |
| 20 | these questions. | 01:43:51 |
| 21 | BY MR. SELWYN: | 01:43:52 |
| 22 | Q.  Were there additional questions that you asked | 01:43:52 |
| 23 | beyond those listed in Exhibit 3 and Exhibit 4? | 01:43:55 |
| 24 | MS. KASSABIAN:  Objection.  Compound. | 01:43:57 |
| 25 | THE WITNESS:  I'm sure that there were | 01:44:02 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

100

| | | |
|---|---|---|
| 1 | pleasantries exchanged and there were some personal | 01:44:03 |
| 2 | questions exchanged, but as far as questions related to | 01:44:07 |
| 3 | dissemination and use or lack thereof by Samsung of the | 01:44:11 |
| 4 | alleged confidential information, these questions | 01:44:16 |
| 5 | capture the essence of the questions that were asked | 01:44:19 |
| 6 | during the interviews. | 01:44:22 |
| 7 | BY MR. SELWYN: | 01:44:24 |
| 8 | Q.  Is there additional information that the | 01:44:24 |
| 9 | employees provided you beyond that listed in Exhibit 3 | 01:44:26 |
| 10 | and Exhibit 4? | 01:44:29 |
| 11 | MS. KASSABIAN:  Objection.  Compound. | 01:44:33 |
| 12 | THE WITNESS:  I'm sure there were informations | 01:44:34 |
| 13 | of personal nature, but with respect to 30(b)(6) topic, | 01:44:39 |
| 14 | which is the dissemination and use or lack thereof by | 01:44:42 |
| 15 | Samsung of the alleged confidential information, no. | 01:44:46 |
| 16 | BY MR. SELWYN: | 01:44:52 |
| 17 | Q.  Did Ms. Kassabian attend all of the interviews | 01:44:52 |
| 18 | listed on Exhibit 3 and Exhibit 4? | 01:44:56 |
| 19 | A.  No. | 01:44:59 |
| 20 | Q.  How many of the interviews did she attend? | 01:45:08 |
| 21 | A.  Many, but I cannot say exact percentage. | 01:45:11 |
| 22 | Q.  More than half? | 01:45:13 |
| 23 | A.  That sounds about right. | 01:45:17 |
| 24 | Q.  Did another Quinn Emanuel attorney attend | 01:45:18 |
| 25 | those interviews that Ms. Kassabian could not attend? | 01:45:22 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

101

| | | |
|---|---|---|
| 1 | A.  There were, yeah. | 01:45:26 |
| 2 | Q.  Who were they? | 01:45:30 |
| 3 | A.  That day, there's one attorney whose name I do | 01:45:32 |
| 4 | not remember. | 01:45:35 |
| 5 | Q.  Did the Quinn Emanuel attorneys ask any | 01:45:37 |
| 6 | questions of the Samsung employees during these | 01:45:40 |
| 7 | interviews? | 01:45:43 |
| 8 | A.  Other than introducing me to them, to the | 01:45:44 |
| 9 | Samsung employees, they did not. | 01:45:48 |
| 10 | Q.  Who wrote the summaries of your interviews | 01:45:50 |
| 11 | with Samsung's counsel outside the US? | 01:45:53 |
| 12 | A.  When you say "summaries of interviews with | 01:46:00 |
| 13 | outside counsel," are you referring to the letters that | 01:46:04 |
| 14 | were provided to you? | 01:46:08 |
| 15 | Q.  The letters that were provided to us last | 01:46:09 |
| 16 | evening, correct. | 01:46:12 |
| 17 | MS. KASSABIAN:  Objection.  Lacks foundation. | 01:46:18 |
| 18 | Calls for speculation. | 01:46:20 |
| 19 | I just caution you not to speculate. | 01:47:41 |
| 20 | THE WITNESS:  So I do not know for sure that | 01:48:20 |
| 21 | who prepared each of these letters, but several firms | 01:48:22 |
| 22 | told me that they prepared their own letters. | 01:48:26 |
| 23 | BY MR. SELWYN: | 01:48:32 |
| 24 | Q.  What role did you play in -- if any, in the | 01:48:32 |
| 25 | preparation of those letters? | 01:48:35 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

102

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  Objection.  Vague. | 01:48:41 |
| 2 | THE WITNESS:  Yeah, I did not prepare these | 01:48:43 |
| 3 | letters myself. | 01:48:45 |
| 4 | MR. SELWYN:  Can you hand me that? | 01:48:46 |
| 5 | THE WITNESS:  Sure. | 01:48:49 |
| 6 | MR. SELWYN:  Let's mark this. | 01:48:50 |
| 7 | THE WITNESS:  You might want to include this. | 01:48:51 |
| 8 | This is one that was sent to you this morning. | 01:48:54 |
| 9 | MR. SELWYN:  Can you mark this as Exhibit 5? | 01:49:09 |
| 10 | (Korea Exhibit 5 was marked for identification.) | 01:49:11 |
| 11 | BY MR. SELWYN: | 01:49:14 |
| 12 | Q.  So could you identify Exhibit 5 for the | 01:49:14 |
| 13 | record. | 01:49:16 |
| 14 | A.  Sure.  This is a stack of letters, each | 01:49:16 |
| 15 | bearing names of the law firms, starting with Modiano & | 01:49:21 |
| 16 | Partners.  Rospatt Osten Pross.  Simmons & Simmons. | 01:49:29 |
| 17 | Studio Vanzetti e Associati.  Peter Camesasca Advocaat | 01:49:42 |
| 18 | BVBA.  Bristows LLP.  Allen & Overy.  Clifford Chance. | 01:49:52 |
| 19 | Ohno & Partners.  That's O-H-N-O.  Shearman & Sterling. | 01:50:21 |
| 20 | Sheppard Mullin.  Williams & Connolly.  Fish & | 01:50:32 |
| 21 | Richardson.  Lee & Ko.  Ashurst.  Ropes & Gray.  And it | 01:50:44 |
| 22 | had a cover letter from Quinn Emanuel addressed to | 01:51:03 |
| 23 | Joe Mueller at Wilmer Hale and Randall Allen at Alston | 01:51:07 |
| 24 | & Bird. | 01:51:15 |
| 25 | Q.  Did you play any role in preparing the letters | 01:51:16 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

103

| | | |
|---|---|---|
| 1 | that are attached to Exhibit 5? | 01:51:18 |
| 2 | MS. KASSABIAN:  Objection.  Asked and | 01:51:21 |
| 3 | answered. | 01:51:22 |
| 4 | THE WITNESS:  I did not prepare any of these | 01:51:24 |
| 5 | letters myself. | 01:51:27 |
| 6 | BY MR. SELWYN: | 01:51:27 |
| 7 | Q.  Do you know anything about how those letters | 01:51:28 |
| 8 | were prepared? | 01:51:29 |
| 9 | MS. KASSABIAN:  Objection.  Vague and | 01:51:31 |
| 10 | ambiguous.  Asked and answered. | 01:51:32 |
| 11 | THE WITNESS:  My understanding is that each of | 01:51:36 |
| 12 | these firms have undertaken to determine the extent of | 01:51:38 |
| 13 | the dissemination and use or lack thereof by their own | 01:51:46 |
| 14 | attorneys of the alleged confidential information. | 01:51:52 |
| 15 | BY MR. SELWYN: | 01:51:57 |
| 16 | Q.  Do you know who at each firm was responsible | 01:51:58 |
| 17 | for making that determination? | 01:52:01 |
| 18 | MS. KASSABIAN:  Objection.  Vague. | 01:52:08 |
| 19 | THE WITNESS:  That, I don't know. | 01:52:09 |
| 20 | BY MR. SELWYN: | 01:52:09 |
| 21 | Q.  Do you know how the person at each of those | 01:52:10 |
| 22 | firms, whoever it was, made that determination? | 01:52:13 |
| 23 | MS. KASSABIAN:  Hold on a second. | 01:52:15 |
| 24 | THE WITNESS:  I do not know -- | 01:52:17 |
| 25 | MS. KASSABIAN:  Hold.  Sorry. | 01:52:18 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

104

| | | |
|---|---|---|
| 1 | Objection.  Lacks foundation.  Calls for | 01:52:26 |
| 2 | speculation. | 01:52:28 |
| 3 | THE WITNESS:  I certainly do not want to | 01:52:28 |
| 4 | speculate, but there were several law firms that | 01:52:30 |
| 5 | actually related to me how they went about tracing the | 01:52:34 |
| 6 | e-mails containing the partially redacted Teece report, | 01:52:41 |
| 7 | as well as e-mails attaching Samsung's public interest | 01:52:49 |
| 8 | brief. | 01:52:55 |
| 9 | BY MR. SELWYN: | 01:52:56 |
| 10 | Q.  Have you conducted interviews of each of those | 01:52:56 |
| 11 | law firms? | 01:52:59 |
| 12 | A.  Yes. | 01:53:02 |
| 13 | Q.  When did you begin that? | 01:53:03 |
| 14 | A.  Several days ago. | 01:53:07 |
| 15 | Q.  How long was each interview? | 01:53:07 |
| 16 | MS. KASSABIAN:  Objection.  Compound. | 01:53:10 |
| 17 | THE WITNESS:  It really varied, but there are | 01:53:13 |
| 18 | some that took me almost a half an hour or more. | 01:53:15 |
| 19 | BY MR. SELWYN: | 01:53:22 |
| 20 | Q.  Who attended each interview? | 01:53:22 |
| 21 | A.  I did. | 01:53:24 |
| 22 | Q.  Anyone else? | 01:53:25 |
| 23 | A.  Rachel was in attendance in many of those | 01:53:29 |
| 24 | telephone interviews. | 01:53:35 |
| 25 | Q.  Was anyone else in attendance in any of those | 01:53:37 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

105

| | | |
|---|---|---|
| 1 | interviews? | 01:53:41 |
| 2 | A.  No. | 01:53:41 |
| 3 | Q.  Are there any written records of those | 01:53:44 |
| 4 | interviews other than what's contained in Exhibit 5? | 01:53:46 |
| 5 | A.  I certainly didn't create one. | 01:53:52 |
| 6 | Q.  You didn't keep any notes during the call -- | 01:53:54 |
| 7 | calls? | 01:53:57 |
| 8 | A.  No. | 01:53:57 |
| 9 | Q.  Did Ms. Kassabian keep any notes during the | 01:53:58 |
| 10 | call? | 01:54:01 |
| 11 | A.  Not that I could see. | 01:54:01 |
| 12 | Q.  Was she with you during the calls? | 01:54:02 |
| 13 | A.  She was. | 01:54:06 |
| 14 | Q.  Did you observe whether she took any notes? | 01:54:07 |
| 15 | A.  Yes. | 01:54:10 |
| 16 | Q.  Did she? | 01:54:10 |
| 17 | A.  No. | 01:54:12 |
| 18 | Q.  Has Samsung asked any of its counsel outside | 01:54:22 |
| 19 | the US to prepare affidavits or declarations regarding | 01:54:24 |
| 20 | their receipt of the improperly redacted Teece report? | 01:54:28 |
| 21 | MS. KASSABIAN:  Objection.  Lacks foundation. | 01:54:37 |
| 22 | And just instruct you not to disclose any | 01:54:39 |
| 23 | attorney-client communications or work product. | 01:54:41 |
| 24 | THE WITNESS:  I personally am not aware of | 01:54:49 |
| 25 | Samsung having done so -- hold on one second.  Let | 01:54:52 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

106

| | | |
|---|---|---|
| 1 | me -- give me one second. | 01:54:56 |
| 2 | No, I do not know whether any search was done. | 01:56:33 |
| 3 | BY MR. SELWYN: | 01:56:37 |
| 4 | Q.  Has Samsung asked any of its counsel outside | 01:56:37 |
| 5 | of the US to prepare affidavits or declarations | 01:56:40 |
| 6 | regarding their receipt of Samsung's ITC public | 01:56:44 |
| 7 | interest brief or any drafts thereof? | 01:56:48 |
| 8 | MS. KASSABIAN:  Objection.  Asked and | 01:56:50 |
| 9 | answered.  Lacks foundation.  Calls for speculation. | 01:56:51 |
| 10 | And same instruction on privilege. | 01:56:56 |
| 11 | THE WITNESS:  I personally have not seen | 01:56:58 |
| 12 | anything of that nature other than the letters from | 01:57:00 |
| 13 | these law firms documenting their own undertaking with | 01:57:04 |
| 14 | respect to the dissemination and use under this | 01:57:13 |
| 15 | 30(b)(6) topic. | 01:57:18 |
| 16 | BY MR. SELWYN: | 01:57:19 |
| 17 | Q.  Has Samsung asked any of its counsel outside | 01:57:20 |
| 18 | the US to prepare affidavits or declarations regarding | 01:57:22 |
| 19 | their receipt of information about the terms of Apple's | 01:57:25 |
| 20 | licenses with Nokia, Ericsson, Sharp or Philips? | 01:57:28 |
| 21 | MS. KASSABIAN:  Objection.  Lacks foundation. | 01:57:33 |
| 22 | Calls for speculation.  Same instruction on privilege. | 01:57:35 |
| 23 | THE WITNESS:  Again, beyond these letters that | 01:57:40 |
| 24 | attest to what they have been able to determine in | 01:57:43 |
| 25 | terms of dissemination and use or lack thereof of the | 01:57:47 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

107

| | | |
|---|---|---|
| 1 | alleged confidential information, I'm not aware of any | 01:57:53 |
| 2 | such affidavits or declarations. | 01:57:56 |
| 3 | BY MR. SELWYN: | 01:57:59 |
| 4 | Q.  Does Samsung intend to ask its counsel outside | 01:57:59 |
| 5 | the US to provide sworn affidavits or declarations? | 01:58:03 |
| 6 | MS. KASSABIAN:  Objection.  Lacks foundation. | 01:58:07 |
| 7 | Calls for speculation. | 01:58:09 |
| 8 | Same instruction on privilege. | 01:58:11 |
| 9 | THE WITNESS:  Yes.  At this point, I do not | 01:58:14 |
| 10 | know. | 01:58:16 |
| 11 | BY MR. SELWYN: | 01:58:16 |
| 12 | Q.  Has Samsung collected documents related to | 01:58:17 |
| 13 | Apple's license with Nokia, Ericsson, Sharp and Philips | 01:58:21 |
| 14 | from each of the Samsung employees listed on Exhibit 3 | 01:58:25 |
| 15 | and Exhibit 4? | 01:58:28 |
| 16 | MS. KASSABIAN:  Objection.  Outside the scope. | 01:58:38 |
| 17 | THE WITNESS:  I did not know they were | 01:58:41 |
| 18 | provided with confidential license information relating | 01:58:42 |
| 19 | to those companies, so I don't know how to answer your | 01:58:45 |
| 20 | question. | 01:58:47 |
| 21 | Certainly, e-mails that are subject to this | 01:58:48 |
| 22 | dissemination and use were accounted for, and we have | 01:58:54 |
| 23 | undertaken interviews of those employees, we have -- | 01:58:58 |
| 24 | after we identified the universe of Samsung employees | 01:59:05 |
| 25 | who have received such e-mails, we undertook to image | 01:59:09 |

108

| | | |
|---|---|---|
| 1 | all their hard drives, we have undertaken the measures | 01:59:15 |
| 2 | to collect all their e-mails, some of which contain the | 01:59:19 |
| 3 | Teece report as well as the Samsung's public interest | 01:59:23 |
| 4 | brief, and we have undertaken, you know, searches | 01:59:29 |
| 5 | through those e-mails and documents. | 01:59:36 |
| 6 | But, you know, as to any blanket confidential | 01:59:40 |
| 7 | license terms for those companies, I cannot really | 01:59:44 |
| 8 | answer because I'm not even sure those employees ever, | 01:59:47 |
| 9 | ever received such confidential information. | 01:59:50 |
| 10 | BY MR. SELWYN: | 01:59:50 |
| 11 | Q.  Who would know whether Samsung has collected | 01:59:56 |
| 12 | documents related to Apple licenses with Nokia, | 02:00:00 |
| 13 | Ericsson, Sharp and Philips from each of the employees | 02:00:04 |
| 14 | listed on Exhibit 3 and Exhibit 4? | 02:00:04 |
| 15 | MS. KASSABIAN:  I'm just going to object. | 02:00:06 |
| 16 | This witness is not here as a 30(b)(6) on Samsung's | 02:00:07 |
| 17 | document collection efforts.  Those questions should be | 02:00:10 |
| 18 | directed to outside counsel. | 02:00:13 |
| 19 | You can answer if you know. | 02:00:14 |
| 20 | THE WITNESS:  You know, I mean, I don't know | 02:00:15 |
| 21 | all those -- all those efforts that might be responsive | 02:00:17 |
| 22 | to your question.  But with respect to dissemination | 02:00:20 |
| 23 | and use or lack thereof by Samsung of the alleged | 02:00:24 |
| 24 | confidential information that were supposedly attached | 02:00:31 |
| 25 | with -- or in the Teece report, as well as the | 02:00:33 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

109

| | | |
|---|---|---|
| 1 | Samsung's public interest brief submitted to ITC, we | 02:00:38 |
| 2 | have taken measures to track down all those e-mails, | 02:00:43 |
| 3 | identify who received those e-mails, and then we have | 02:00:48 |
| 4 | provided, I believe -- I think there's even court order | 02:00:54 |
| 5 | to that effect, to provide the list of those | 02:00:56 |
| 6 | individuals, as well as e-mails that they have | 02:01:00 |
| 7 | received, to Apple. | 02:01:02 |
| 8 | BY MR. SELWYN: | 02:01:06 |
| 9 | Q. Has Samsung collected documents in response to | 02:01:06 |
| 10 | Judge Grewal's order from each of the employees listed | 02:01:09 |
| 11 | on Exhibit 3 and Exhibit 4? | 02:01:13 |
| 12 | MS. KASSABIAN: So, again, I'm going to | 02:01:17 |
| 13 | object. Mr. Korea is not here to testify regarding | 02:01:18 |
| 14 | Samsung's document collection efforts. That's not | 02:01:23 |
| 15 | something he has personal knowledge of, nor is it the | 02:01:26 |
| 16 | subject of the 30(b)(6) topic. So I object to this | 02:01:30 |
| 17 | entire line of questioning. | 02:01:33 |
| 18 | Mr. Korea, if you're able to answer the | 02:01:35 |
| 19 | question without speculating, please do. | 02:01:38 |
| 20 | MR. SELWYN: I think you have an unduly | 02:01:41 |
| 21 | strained -- constrained view of what the scope of the | 02:01:43 |
| 22 | deposition is. | 02:01:46 |
| 23 | What the documents from these employees say is | 02:01:49 |
| 24 | relevant to the use and dissemination of the | 02:01:51 |
| 25 | confidential information, so I'm entitled to ask about | 02:01:55 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

110

| | | |
|---|---|---|
| 1 | what efforts have been made to collect documents within | 02:01:58 |
| 2 | the scope of the topic. | 02:02:01 |
| 3 | MS. KASSABIAN:  Those are two different | 02:02:03 |
| 4 | subjects.  You're not asking, what do the documents | 02:02:05 |
| 5 | say.  You're not asking, who sent them, who received | 02:02:08 |
| 6 | them.  You're not asking whether they were | 02:02:10 |
| 7 | disseminated.  You're not asking whether they were | 02:02:12 |
| 8 | used. | 02:02:12 |
| 9 | MR. SELWYN:  I have to have the documents | 02:02:12 |
| 10 | first. | 02:02:14 |
| 11 | MS. KASSABIAN:  That's what we're here to talk | 02:02:15 |
| 12 | about.  You're asking him about custodial document | 02:02:17 |
| 13 | collection.  Those questions are not appropriate in | 02:02:21 |
| 14 | this deposition. | 02:02:23 |
| 15 | But, Mr. Korea, you can answer if you know, | 02:02:24 |
| 16 | subject to my objections. | 02:02:26 |
| 17 | THE WITNESS:  Please repeat the question. | 02:02:30 |
| 18 | BY MR. SELWYN: | 02:02:31 |
| 19 | Q.  Has Samsung collected documents from each of | 02:02:32 |
| 20 | the employees listed on Exhibit 3 and Exhibit 4 in | 02:02:34 |
| 21 | response to Judge Grewal's October 2nd order? | 02:02:36 |
| 22 | MS. KASSABIAN:  So if you have personal | 02:02:39 |
| 23 | knowledge of any of this that is not privileged or work | 02:02:41 |
| 24 | product, you can answer that question, Mr. Korea. | 02:02:43 |
| 25 | THE WITNESS:  I know that there were | 02:02:54 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

111

| | | |
|---|---|---|
| 1 | productions made in regard to this 30(b)(6) topic. | 02:02:57 |
| 2 | MS. KASSABIAN:  I'm sorry.  Where are | 02:03:04 |
| 3 | Exhibit 3 and Exhibit 4?  You are questioning him about | 02:03:06 |
| 4 | Exhibit 3 and Exhibit 4.  Yeah, you should have those. | 02:03:08 |
| 5 | THE WITNESS:  I mean, with respect to Teece | 02:03:24 |
| 6 | report, the partially redacted Teece report, as well as | 02:03:26 |
| 7 | Samsung's public interest brief that supposedly | 02:03:33 |
| 8 | contained these alleged confidential information, I | 02:03:38 |
| 9 | believe those have all been produced to Apple. | 02:03:47 |
| 10 | BY MR. SELWYN: | 02:03:50 |
| 11 | Q.  Is Samsung finished producing documents to | 02:03:50 |
| 12 | Apple and Nokia in response to Judge Grewal's | 02:03:52 |
| 13 | October 2nd order? | 02:03:56 |
| 14 | MS. KASSABIAN:  Again, I object to this whole | 02:03:57 |
| 15 | line of questioning.  This also calls for speculation | 02:03:58 |
| 16 | and lacks foundation. | 02:04:01 |
| 17 | Subject to my privilege instruction, you can | 02:04:03 |
| 18 | answer. | 02:04:05 |
| 19 | THE WITNESS:  My understanding is that the | 02:04:06 |
| 20 | production is substantially complete.  But I think we | 02:04:08 |
| 21 | are still going through our documents to make sure that | 02:04:10 |
| 22 | there aren't any more responsive documents. | 02:04:15 |
| 23 | BY MR. SELWYN: | 02:04:17 |
| 24 | Q.  And when you say "substantially complete," | 02:04:18 |
| 25 | what do you mean? | 02:04:19 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

112

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  Objection.  Calls for | 02:04:20 |
| 2 | speculation. | 02:04:22 |
| 3 | THE WITNESS:  Substantially complete. | 02:04:25 |
| 4 | BY MR. SELWYN: | 02:04:28 |
| 5 | Q.  What percentage is that? | 02:04:28 |
| 6 | MS. KASSABIAN:  Objection.  Calls for | 02:04:30 |
| 7 | speculation. | 02:04:31 |
| 8 | I caution you not to guess unless you have | 02:04:34 |
| 9 | personal knowledge of this. | 02:04:36 |
| 10 | THE WITNESS:  Well, substantially complete was | 02:04:38 |
| 11 | my answer.  Substantially complete was given just to | 02:04:42 |
| 12 | make sure, in case we find more responsive documents, | 02:04:47 |
| 13 | then my answer would not be challenged.  But, you know, | 02:04:51 |
| 14 | we are, as I think the substantially complete means | 02:04:54 |
| 15 | what it means, you know, fairly complete.  But we | 02:04:58 |
| 16 | cannot give you guarantee that that's the whole | 02:05:01 |
| 17 | universe, and to the extent we find more documents, | 02:05:04 |
| 18 | we'll provide it to you.  I think that's sort of how | 02:05:08 |
| 19 | "substantially complete" is used in ordinary usage | 02:05:10 |
| 20 | among litigators. | 02:05:14 |
| 21 | BY MR. SELWYN: | 02:05:15 |
| 22 | Q.  From which Samsung employees have the | 02:05:15 |
| 23 | documents that were produced to Apple and to Nokia come | 02:05:17 |
| 24 | from? | 02:05:20 |
| 25 | MS. KASSABIAN:  I'm going to object as calling | 02:05:22 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

113

| | | |
|---|---|---|
| 1 | for speculation and lacking in foundation.  This | 02:05:24 |
| 2 | witness was not designated on this topic, nor was he | 02:05:27 |
| 3 | involved in any way in any document collection.  So, | 02:05:31 |
| 4 | again, I object to this line of questioning as improper | 02:05:34 |
| 5 | and a waste of time. | 02:05:37 |
| 6 | Mr. Korea, if you have any personal knowledge | 02:05:39 |
| 7 | on this that's not privileged or work product, you can | 02:05:41 |
| 8 | answer. | 02:05:44 |
| 9 | THE WITNESS:  Other than, you know, we are in | 02:05:47 |
| 10 | compliance with the judge's order, you heard my | 02:05:48 |
| 11 | counsel.  I mean that's up to you and Quinn Emanuel to | 02:05:52 |
| 12 | work it out.  But I understand that, you know, we have | 02:05:56 |
| 13 | substantially completed our production required under | 02:05:59 |
| 14 | the Court's order. | 02:06:03 |
| 15 | BY MR. SELWYN: | 02:06:03 |
| 16 | Q.  And I just want to know which employees those | 02:06:04 |
| 17 | documents originated from. | 02:06:06 |
| 18 | MS. KASSABIAN:  Objection.  Calls for | 02:06:07 |
| 19 | speculation.  Lacks foundation. | 02:06:09 |
| 20 | THE WITNESS:  You know, I mean, as I stated | 02:06:13 |
| 21 | before, we have identified a universe of Samsung | 02:06:16 |
| 22 | employees who have received e-mails, Quinn Emanuel | 02:06:21 |
| 23 | e-mails that are containing partially redacted Teece | 02:06:26 |
| 24 | report as well as Samsung's public interest brief to | 02:06:30 |
| 25 | ITC.  And, you know, I think we have imaged all their | 02:06:35 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

114

| | | |
|---|---|---|
| 1 | hard drives, as well as their e-mails, and to the | 02:06:45 |
| 2 | extent there were responsive documents or e-mails, I | 02:06:48 |
| 3 | believe those have been turned over to Apple. | 02:06:52 |
| 4 | BY MR. SELWYN: | 02:06:53 |
| 5 | Q. So has Samsung reviewed all of the e-mail for | 02:06:54 |
| 6 | each of the employees listed on Exhibit 3 and Exhibit 4 | 02:06:57 |
| 7 | to determine what use or dissemination they made of the | 02:06:59 |
| 8 | improperly redacted Teece report? | 02:07:06 |
| 9 | MS. KASSABIAN: Objection. Vague and | 02:07:08 |
| 10 | ambiguous. | 02:07:08 |
| 11 | And I caution the witness not to disclose any | 02:07:10 |
| 12 | work product or attorney-client communications, and not | 02:07:12 |
| 13 | to speculate. | 02:07:17 |
| 14 | You can answer if you know personally. | 02:07:17 |
| 15 | THE WITNESS: I'm sorry. Please repeat the | 02:07:20 |
| 16 | question. | 02:07:21 |
| 17 | BY MR. SELWYN: | 02:07:25 |
| 18 | Q. Has Samsung reviewed all of the e-mails for | 02:07:25 |
| 19 | each of the employees listed on Exhibit 3 and Exhibit 4 | 02:07:28 |
| 20 | to determine what use or dissemination they made of the | 02:07:31 |
| 21 | improperly redacted Teece report? | 02:07:35 |
| 22 | MS. KASSABIAN: Same objections. | 02:07:36 |
| 23 | THE WITNESS: I mean, I don't have personal | 02:07:39 |
| 24 | knowledge but, obviously, usually before we produce any | 02:07:42 |
| 25 | documents or e-mails, there is a review done by outside | 02:07:46 |

115

| | | |
|---|---|---|
| 1 | counsel.  I cannot tell you whether that was done in | 02:07:50 |
| 2 | this particular case, but that's the usual practice. | 02:07:53 |
| 3 | BY MR. SELWYN: | 02:08:01 |
| 4 | Q.  In connection with your preparation to testify | 02:08:01 |
| 5 | here today, did you make any effort to review or become | 02:08:03 |
| 6 | knowledgeable about the e-mails of the employees listed | 02:08:07 |
| 7 | on Exhibit 3 and Exhibit 4 to determine what use or | 02:08:10 |
| 8 | dissemination they made of the improperly redacted | 02:08:13 |
| 9 | Teece report? | 02:08:19 |
| 10 | A.  Yes, I have. | 02:08:19 |
| 11 | Q.  Which documents and from which employees did | 02:08:20 |
| 12 | you review? | 02:08:24 |
| 13 | A.  There was a universe of unique e-mails that | 02:08:30 |
| 14 | these employees have received that contain partially | 02:08:34 |
| 15 | redacted Teece report as well as Samsung's public | 02:08:38 |
| 16 | interest brief, and I had reviewed those, although they | 02:08:44 |
| 17 | were heavily redacted. | 02:08:50 |
| 18 | Q.  So you don't know what was in the portions | 02:08:52 |
| 19 | that were covered up and blackened when you reviewed | 02:08:54 |
| 20 | the documents; correct? | 02:09:01 |
| 21 | A.  Many portions of such e-mails were covered | 02:09:02 |
| 22 | with a black redaction. | 02:09:06 |
| 23 | Q.  And you don't know what was behind the black | 02:09:07 |
| 24 | redaction; correct? | 02:09:09 |
| 25 | A.  That is correct. | 02:09:10 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

116

| | | |
|---|---|---|
| 1 | Q.  Who would know that information? | 02:09:13 |
| 2 | MS. KASSABIAN:  Objection.  Calls for | 02:09:15 |
| 3 | speculation. | 02:09:16 |
| 4 | Are you asking him who would know what's under | 02:09:18 |
| 5 | the redactions for every single page of the thousands | 02:09:21 |
| 6 | and thousands of pages of documents that have been | 02:09:24 |
| 7 | produced to you in connection with this investigation? | 02:09:27 |
| 8 | MR. SELWYN:  Yes. | 02:09:29 |
| 9 | MS. KASSABIAN:  So that's compound and calls | 02:09:30 |
| 10 | for speculation. | 02:09:32 |
| 11 | THE WITNESS:  I do not know who redacted those | 02:09:35 |
| 12 | e-mails, so I guess the answer is, I do not know. | 02:09:38 |
| 13 | BY MR. SELWYN: | 02:09:44 |
| 14 | Q.  So let's talk a little bit about those | 02:09:44 |
| 15 | redactions, if we can. | 02:09:46 |
| 16 | How did Samsung decide what to redact from the | 02:09:47 |
| 17 | documents produced to Apple and Nokia in response to | 02:09:50 |
| 18 | the Court's October 2nd order? | 02:09:54 |
| 19 | MS. KASSABIAN:  Objection.  Counsel, you know | 02:09:56 |
| 20 | that we redacted for privilege.  This is an | 02:09:58 |
| 21 | inappropriate question to ask this 30(b)(6) designee. | 02:10:01 |
| 22 | MR. SELWYN:  You have to stop speaking. | 02:10:04 |
| 23 | MS. KASSABIAN:  Do not interrupt me. | 02:10:05 |
| 24 | He is here to speak about the dissemination of | 02:10:07 |
| 25 | and use by Samsung of the confidential information, | 02:10:09 |

117

| | | |
|---|---|---|
| 1 | including the use of the confidential information in | 02:10:15 |
| 2 | any proceeding before the United States International | 02:10:17 |
| 3 | Trade Commission and in any court or jurisdiction | 02:10:22 |
| 4 | outside of the United States. | 02:10:24 |
| 5 | You know that Samsung's outside litigation | 02:10:26 |
| 6 | counsel performs all redactions, and you know because | 02:10:30 |
| 7 | we've told you that those redactions have been made to | 02:10:35 |
| 8 | protect attorney-client privilege and work product, and | 02:10:38 |
| 9 | you also know, no doubt, that Mr. Korea had absolutely | 02:10:41 |
| 10 | nothing to do with that because he is in-house counsel, | 02:10:46 |
| 11 | not outside counsel, for Samsung in this litigation. | 02:10:50 |
| 12 | So I object to this line of questioning.  It | 02:10:53 |
| 13 | is harassing, it is a waste of time, and it is invasive | 02:10:55 |
| 14 | of the privilege. | 02:10:58 |
| 15 | You can answer if you know anything about this | 02:11:01 |
| 16 | in your personal capacity and without waiving work | 02:11:03 |
| 17 | product or attorney-client privilege. | 02:11:07 |
| 18 | MR. SELWYN:  I just want to be clear, and I'm | 02:11:08 |
| 19 | not saying this after every speech you give because it | 02:11:10 |
| 20 | takes too much time, but what you're doing is highly | 02:11:14 |
| 21 | inappropriate. | 02:11:16 |
| 22 | BY MR. SELWYN: | 02:11:17 |
| 23 | Q.  Can you answer my question? | 02:11:17 |
| 24 | A.  Okay.  Please repeat the question. | 02:11:20 |
| 25 | Q.  How did Samsung decide what to redact from the | 02:11:23 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

118

| | | |
|---|---|---|
| 1 | documents produced to Apple and Nokia in response to | 02:11:27 |
| 2 | the Court's October 2nd order? | 02:11:30 |
| 3 | MS. KASSABIAN:  And I'll maintain my same | 02:11:32 |
| 4 | objections, including that it calls for speculation, it | 02:11:34 |
| 5 | invades the attorney-client and work product | 02:11:37 |
| 6 | privileges, and is utterly lacking in foundation. | 02:11:40 |
| 7 | THE WITNESS:  My only speculation is that -- | 02:11:43 |
| 8 | MS. KASSABIAN:  Please don't speculate.  If | 02:11:45 |
| 9 | you have information, you can provide it, but don't | 02:11:48 |
| 10 | speculate. | 02:11:50 |
| 11 | THE WITNESS:  I'm not the one who does | 02:11:53 |
| 12 | redactions, so I cannot tell you why or how the | 02:11:55 |
| 13 | redactions were done. | 02:11:57 |
| 14 | BY MR. SELWYN: | 02:12:00 |
| 15 | Q.  Do you know why Samsung redacted the names of | 02:12:00 |
| 16 | attachments? | 02:12:03 |
| 17 | MS. KASSABIAN:  Same objections, and caution | 02:12:04 |
| 18 | the witness not to speculate nor to divulge any work | 02:12:07 |
| 19 | product or attorney-client privileged information. | 02:12:11 |
| 20 | THE WITNESS:  Since I have not seen the | 02:12:14 |
| 21 | attachment, or at least I don't have recollection of | 02:12:16 |
| 22 | seeing the attachment, I do not know.  I can speculate, | 02:12:19 |
| 23 | but I've been told not to speculate, so I can't.  I | 02:12:24 |
| 24 | can't really answer that question. | 02:12:27 |
| 25 | /// | 02:12:29 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

119

1    BY MR. SELWYN:                                          02:12:29

2        Q.  Do you have any knowledge or information about  02:12:29

3    how the names of attachments could be privileged?       02:12:30

4            MS. KASSABIAN:  Objection.  Calls for work       02:12:33

5    product.  Lacks foundation.  Calls for speculation.     02:12:36

6            You can answer to the extent you have any idea   02:12:44

7    and to the extent that you are not revealing any work   02:12:46

8    product or attorney-client privilege.                   02:12:48

9            THE WITNESS:  Again, since I haven't seen the    02:12:51

10   attachment or names of attachment, or at least I have   02:12:54

11   no recollection of having done so, I cannot answer your 02:12:57

12   question, other than maybe resort to speculation, but   02:13:00

13   which I'm not going to do.                              02:13:04

14   BY MR. SELWYN:                                          02:13:06

15       Q.  Did Samsung redact discussions of Apple         02:13:06

16   confidential information from the documents produced to 02:13:10

17   Apple and Nokia in response to the Court's October 2nd  02:13:13

18   order?                                                  02:13:16

19           MS. KASSABIAN:  Objection.  Lacks foundation.    02:13:17

20   Calls for speculation.  Harassing.                      02:13:19

21           You can answer to the extent you know and to    02:13:20

22   the extent your answer would not reveal work product or 02:13:23

23   attorney-client communications.                         02:13:26

24           THE WITNESS:  Can you break down the question,   02:13:33

25   or at least repeat it, so I can understand it?          02:13:34

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

120

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 02:13:34 |
| 2 | Q.  I would be happy to repeat it. | 02:13:37 |
| 3 | Did Samsung redact -- let me ask it again. | 02:13:39 |
| 4 | Did Samsung redact discussions about Apple | 02:13:43 |
| 5 | confidential information from the documents that were | 02:13:46 |
| 6 | produced to Apple and Nokia in response to the Court's | 02:13:48 |
| 7 | October 2nd order? | 02:13:50 |
| 8 | MS. KASSABIAN:  Objection.  Calls for | 02:13:51 |
| 9 | speculation.  Lacks foundation.  Harassing. | 02:13:53 |
| 10 | And you can answer to the extent you know and | 02:13:56 |
| 11 | to the extent your answer would not require you to | 02:13:59 |
| 12 | divulge work product or privileged information. | 02:14:01 |
| 13 | THE WITNESS:  Yeah, I could not answer that | 02:14:10 |
| 14 | question because I never had access, or even if I did, | 02:14:12 |
| 15 | I have no recollection of accessing those documents, | 02:14:15 |
| 16 | and I have not seen actual production to Apple or | 02:14:17 |
| 17 | Nokia, for that matter.  I cannot answer your question | 02:14:23 |
| 18 | what portions were redacted for what reasons. | 02:14:26 |
| 19 | BY MR. SELWYN: | 02:14:28 |
| 20 | Q.  Does Samsung claim that communications with | 02:14:29 |
| 21 | employees about Apple confidential information are | 02:14:31 |
| 22 | privileged? | 02:14:40 |
| 23 | MS. KASSABIAN:  Objection. | 02:14:40 |
| 24 | I'll instruct the witness not to answer that | 02:14:40 |
| 25 | question. | 02:14:41 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

121

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 02:14:41 |
| 2 | Q.  Does Samsung claim that communications with | 02:14:43 |
| 3 | employees about the confidential terms of the | 02:14:45 |
| 4 | Apple-Nokia license are privileged? | 02:14:45 |
| 5 | MS. KASSABIAN:  Objection. | 02:14:47 |
| 6 | I'll instruct the witness not to answer. | 02:14:48 |
| 7 | Those are questions that, as you know, should | 02:14:50 |
| 8 | be routed to outside counsel.  Mr. Korea is not | 02:14:53 |
| 9 | representing Samsung as outside counsel in this | 02:14:55 |
| 10 | litigation. | 02:14:58 |
| 11 | BY MR. SELWYN: | 02:14:59 |
| 12 | Q.  Does Samsung claim that communications with | 02:14:59 |
| 13 | its employees about the confidential terms of the | 02:15:01 |
| 14 | Apple-Ericsson, Apple-Sharp and Apple-Philips license | 02:15:04 |
| 15 | are privileged? | 02:15:09 |
| 16 | MS. KASSABIAN:  Objection. | 02:15:10 |
| 17 | And I'll instruct the witness not to answer. | 02:15:11 |
| 18 | Mr. Korea is not here as outside counsel for | 02:15:13 |
| 19 | Samsung to make any representations about the positions | 02:15:17 |
| 20 | that Samsung is taking in this litigation, and I'll | 02:15:21 |
| 21 | also note that we are outside, again, outside the scope | 02:15:25 |
| 22 | of the 30(b)(6) topic designation. | 02:15:30 |
| 23 | BY MR. SELWYN: | 02:15:33 |
| 24 | Q.  Which Samsung employees had communications | 02:15:33 |
| 25 | since March of 2012 related to Apple's licenses with | 02:15:35 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

122

| | | |
|---|---|---|
| 1 | Nokia? | 02:15:41 |
| 2 | MS. KASSABIAN:  Objection.  Vague.  Compound. | 02:15:42 |
| 3 | Calls for speculation. | 02:15:47 |
| 4 | And to the extent -- you can answer to the | 02:15:51 |
| 5 | extent that you are not disclosing work product or | 02:15:54 |
| 6 | attorney-client communications. | 02:15:57 |
| 7 | THE WITNESS:  Okay.  Could you repeat that | 02:15:59 |
| 8 | question, please. | 02:16:01 |
| 9 | BY MR. SELWYN: | 02:16:01 |
| 10 | Q.  Which Samsung employees -- | 02:16:01 |
| 11 | A.  Can you slow down? | 02:16:04 |
| 12 | Q.  -- have had communications since March 2012 | 02:16:05 |
| 13 | related to Apple's license with Nokia? | 02:16:08 |
| 14 | MS. KASSABIAN:  So same objections. | 02:16:12 |
| 15 | You can answer to the extent that you're not | 02:16:13 |
| 16 | disclosing attorney-client communications or work | 02:16:16 |
| 17 | product. | 02:16:19 |
| 18 | THE WITNESS:  With respect to that 30(b)(6) | 02:16:21 |
| 19 | topic, the dissemination and use or lack thereof by | 02:16:23 |
| 20 | Samsung, you know, we have traced dissemination of the | 02:16:26 |
| 21 | Quinn Emanuel e-mails that contains partially redacted | 02:16:36 |
| 22 | Teece report, as well as the Quinn Emanuel e-mail | 02:16:45 |
| 23 | containing Samsung's public interest brief, and I can | 02:16:49 |
| 24 | testify to which Samsung employees received those, | 02:16:54 |
| 25 | which Samsung employees may have forwarded those | 02:16:57 |

123

| | | |
|---|---|---|
| 1 | e-mails to other people within Samsung or outside | 02:17:01 |
| 2 | counsel. | 02:17:07 |
| 3 | MR. SELWYN:  That wasn't my question. | 02:17:12 |
| 4 | BY MR. SELWYN: | 02:17:12 |
| 5 | Q.  Do you know which Samsung employees had | 02:17:13 |
| 6 | communications since March 2012 related to Apple's | 02:17:15 |
| 7 | licenses with Nokia? | 02:17:19 |
| 8 | MS. KASSABIAN:  And I'll object again on the | 02:17:20 |
| 9 | same grounds, and remind Mr. Korea not to disclose any | 02:17:22 |
| 10 | privileged communications or work product in your | 02:17:26 |
| 11 | answer. | 02:17:29 |
| 12 | THE WITNESS:  Yeah.  To the extent your | 02:17:30 |
| 13 | question goes to the dissemination and use or lack | 02:17:32 |
| 14 | thereof by Samsung of the Quinn Emanuel e-mail | 02:17:36 |
| 15 | containing Teece report, as well as the Samsung's | 02:17:42 |
| 16 | public interest brief to the ITC, I can -- I'm more | 02:17:47 |
| 17 | than happy to answer questions about who received those | 02:17:53 |
| 18 | e-mails, how they've been disseminated.  But beyond | 02:17:56 |
| 19 | that, I'm not qualified to answer that question. | 02:18:00 |
| 20 | BY MR. SELWYN: | 02:18:05 |
| 21 | Q.  Do you understand I'm not limiting my question | 02:18:05 |
| 22 | to the Teece report or to the ITC brief?  I'm | 02:18:07 |
| 23 | interested more broadly about whether there was any use | 02:18:12 |
| 24 | of information from those reports or otherwise by | 02:18:14 |
| 25 | Samsung employees.  Do you have that in mind? | 02:18:18 |

124

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  So objection, in that that was | 02:18:21 |
| 2 | not your question.  That's a new question. | 02:18:23 |
| 3 | He says, "Do you have that in mind?" | 02:18:27 |
| 4 | THE WITNESS:  Okay.  Could you repeat that | 02:18:29 |
| 5 | question. | 02:18:30 |
| 6 | BY MR. SELWYN: | 02:18:30 |
| 7 | Q.  My question is:  Which Samsung employees have | 02:18:31 |
| 8 | had communications since March of 2012 related to | 02:18:33 |
| 9 | Apple's licenses with Nokia? | 02:18:38 |
| 10 | MS. KASSABIAN:  So objection to the extent use | 02:18:40 |
| 11 | and communications are two different things.  That's a | 02:18:43 |
| 12 | question about communications.  So to the extent you're | 02:18:45 |
| 13 | asking for Samsung lawyers' communications with clients | 02:18:48 |
| 14 | or counsel, that calls for privileged information, and | 02:18:53 |
| 15 | I object and instruct you not to disclose any | 02:18:57 |
| 16 | privileged information or work product.  But if you can | 02:18:59 |
| 17 | answer without doing so, please do. | 02:19:02 |
| 18 | THE WITNESS:  Yeah, I mean, in my personal | 02:19:07 |
| 19 | capacity, I don't know the answers to that question, or | 02:19:09 |
| 20 | if I do, that's going to be privileged information in | 02:19:13 |
| 21 | my capacity as a 30(b)(6).  I cannot answer that | 02:19:18 |
| 22 | question because -- I can certainly answer your | 02:19:21 |
| 23 | question with respect to 30(b)(6) topic for | 02:19:24 |
| 24 | dissemination and use or lack thereof by Samsung | 02:19:28 |
| 25 | involving those e-mails concerning Teece -- partially | 02:19:31 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

125

| | | |
|---|---|---|
| 1 | redacted Teece report or the Samsung's public interest | 02:19:34 |
| 2 | brief.  When you go beyond that, I'm not able -- you | 02:19:39 |
| 3 | know, those are not the answers I've been asked to | 02:19:43 |
| 4 | provide at this deposition. | 02:19:47 |
| 5 | BY MR. SELWYN: | 02:19:48 |
| 6 |     Q.  When you interviewed the 84 employees listed | 02:19:48 |
| 7 | on Exhibit 3 and Exhibit 4, did you ask whether they | 02:19:51 |
| 8 | had any communications since March 2012 related to | 02:19:54 |
| 9 | Apple's licenses with Nokia, Ericsson, Sharp and | 02:19:58 |
| 10 | Philips? | 02:20:06 |
| 11 |     MS. KASSABIAN:  Again, I'll object only to the | 02:20:07 |
| 12 | extent that this question is calling for privileged | 02:20:08 |
| 13 | communications. | 02:20:11 |
| 14 |     To that extent, don't answer.  But if you can | 02:20:12 |
| 15 | answer in any other way, please do. | 02:20:15 |
| 16 |     THE WITNESS:  I don't think I can answer the | 02:20:22 |
| 17 | question. | 02:20:24 |
| 18 | BY MR. SELWYN: | 02:20:24 |
| 19 |     Q.  Does Samsung claim that the communications | 02:20:24 |
| 20 | that you had that are summarized in Exhibit 3 and | 02:20:25 |
| 21 | Exhibit 4 are protected by the attorney-client or work | 02:20:28 |
| 22 | product privileges? | 02:20:32 |
| 23 |     MS. KASSABIAN:  So I'll object and instruct | 02:20:33 |
| 24 | the witness not to answer. | 02:20:34 |
| 25 |     He's not here to speak about what | 02:20:35 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

126

| | | |
|---|---|---|
| 1 | representations or claims Samsung is or is not making | 02:20:38 |
| 2 | with respect to privilege in this lawsuit.  He is | 02:20:42 |
| 3 | in-house counsel, and he is here to testify as a | 02:20:46 |
| 4 | 30(b)(6) witness regarding the topic specified in | 02:20:49 |
| 5 | Judge Grewal's order. | 02:20:54 |
| 6 | BY MR. SELWYN: | 02:20:55 |
| 7 | Q.  Since March 2012, have any Samsung employees | 02:20:56 |
| 8 | prepared any documents containing terms from Apple's | 02:20:58 |
| 9 | licenses with Nokia, Ericsson, Sharp or Philips? | 02:21:02 |
| 10 | MS. KASSABIAN:  Objection. | 02:21:10 |
| 11 | To the extent you can answer without | 02:21:11 |
| 12 | disclosing work product or attorney-client | 02:21:12 |
| 13 | communications, you may. | 02:21:16 |
| 14 | THE WITNESS:  Yeah.  I mean, about -- I spoke | 02:21:18 |
| 15 | with about close to 80 Samsung employees who we have | 02:21:21 |
| 16 | identified as having received Quinn Emanuel e-mail | 02:21:26 |
| 17 | containing partially redacted Teece report and/or a | 02:21:30 |
| 18 | Quinn Emanuel e-mail containing Samsung public interest | 02:21:36 |
| 19 | brief, and I specifically asked every one of them | 02:21:41 |
| 20 | whether they ever recall using any alleged Apple-Nokia | 02:21:43 |
| 21 | license terms contained or supposedly contained on | 02:21:49 |
| 22 | either of those documents, and their answer is no. | 02:21:53 |
| 23 | And then I also asked a follow-up question, | 02:22:00 |
| 24 | whether any one of them recalls using the Apple-Sharp, | 02:22:02 |
| 25 | Apple-Philips or Apple-Ericsson confidential license | 02:22:09 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

127

| | | |
|---|---|---|
| 1 | terms that were allegedly contained either in the Teece | 02:22:14 |
| 2 | report or Samsung's public interest brief for any | 02:22:18 |
| 3 | purpose.  The answer was no. | 02:22:23 |
| 4 | BY MR. SELWYN: | 02:22:29 |
| 5 | Q.  Did you ask them whether they had prepared any | 02:22:30 |
| 6 | documents since March 2012 that contained terms from | 02:22:32 |
| 7 | Apple's licenses with Nokia, Ericsson, Sharp or | 02:22:35 |
| 8 | Philips? | 02:22:39 |
| 9 | MS. KASSABIAN:  Well, I'm going to object to | 02:22:41 |
| 10 | that question because it's been asked and answered, and | 02:22:42 |
| 11 | caution the witness again that you may answer provided | 02:22:45 |
| 12 | that you don't disclose any work product or | 02:22:48 |
| 13 | attorney-client communications. | 02:22:51 |
| 14 | THE WITNESS:  Again, my job here is to answer | 02:22:57 |
| 15 | the question with respect to the 30(b)(6) deposition | 02:23:00 |
| 16 | topics, and I do not want to repeat my answer.  But I | 02:23:03 |
| 17 | have spoken with close to 80 Samsung employees who have | 02:23:07 |
| 18 | received e-mails from Quinn Emanuel containing | 02:23:14 |
| 19 | partially redacted Teece report and/or Quinn Emanuel's | 02:23:20 |
| 20 | e-mail containing Samsung's public interest brief that | 02:23:23 |
| 21 | were submitted to ITC, and specifically asked each and | 02:23:26 |
| 22 | every one of them whether they ever recalled using the | 02:23:30 |
| 23 | Apple-Nokia license terms that were supposedly | 02:23:35 |
| 24 | contained within the partially redacted Teece report or | 02:23:41 |
| 25 | that Samsung public interest brief, and their answer | 02:23:45 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

128

| | | |
|---|---|---|
| 1 | was no. | 02:23:48 |
| 2 | I also asked them the question whether any one | 02:23:50 |
| 3 | of them recall using the Apple-Sharp, Apple-Philips or | 02:23:56 |
| 4 | Apple-Ericsson confidential license terms that were | 02:24:01 |
| 5 | allegedly in the Teece report or Samsung's public | 02:24:05 |
| 6 | interest brief for any purpose, and the answer was no. | 02:24:09 |
| 7 | BY MR. SELWYN: | 02:24:09 |
| 8 | Q.  I think you're answering a different question | 02:24:16 |
| 9 | than I asked.  I'm not asking you what they told you | 02:24:18 |
| 10 | about their use of the Teece report or the ITC filing. | 02:24:20 |
| 11 | I'm asking you whether you asked them if they had ever | 02:24:27 |
| 12 | prepared any documents containing terms from Apple's | 02:24:29 |
| 13 | licenses with Nokia, Ericsson, Sharp or Philips. | 02:24:33 |
| 14 | MS. KASSABIAN:  And I'll object that your | 02:24:36 |
| 15 | statement mischaracterizes the witness's answer.  I do | 02:24:37 |
| 16 | believe he was, in fact, answering your question.  I | 02:24:41 |
| 17 | believe your question was, had they used those terms in | 02:24:44 |
| 18 | any communications.  I believe the witness just said he | 02:24:47 |
| 19 | asked them if they used them for any purpose, and the | 02:24:52 |
| 20 | answer was no.  So I believe that was entirely | 02:24:54 |
| 21 | responsive. | 02:24:57 |
| 22 | But, sir, you can answer the question again | 02:24:58 |
| 23 | with the same cautions about privilege. | 02:24:59 |
| 24 | THE WITNESS:  Yeah, with respect to that | 02:25:05 |
| 25 | 30(b)(6) topic relating to dissemination of and use or | 02:25:08 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

129

| | | |
|---|---|---|
| 1 | lack thereof by Samsung of the alleged confidential | 02:25:12 |
| 2 | information in the Teece report and/or the Samsung | 02:25:16 |
| 3 | public interest brief, I specifically asked employees | 02:25:20 |
| 4 | whether they have any recollection of using any such | 02:25:24 |
| 5 | terms, and such terms allegedly contained in the Teece | 02:25:30 |
| 6 | report or Samsung's public interest brief, for any | 02:25:33 |
| 7 | purpose, and since they say no, my take is that there | 02:25:39 |
| 8 | was no -- you know, I do not -- I take -- I do not | 02:25:43 |
| 9 | believe that they used any such information for any | 02:25:52 |
| 10 | purpose whatsoever. | 02:25:55 |
| 11 | BY MR. SELWYN: | 02:25:55 |
| 12 | Q.  I'm going to move on, but you have not | 02:25:59 |
| 13 | answered my question. | 02:26:01 |
| 14 | MS. KASSABIAN:  I disagree.  I think Mr. Korea | 02:26:01 |
| 15 | has answered your question. | 02:26:04 |
| 16 | MR. SELWYN:  Well, we'll let the Court decide. | 02:26:07 |
| 17 | BY MR. SELWYN: | 02:26:10 |
| 18 | Q.  Did any Samsung employee who received the | 02:26:10 |
| 19 | improperly redacted Teece report ever suggest to anyone | 02:26:13 |
| 20 | that it contained information that Samsung employees | 02:26:17 |
| 21 | were not allowed to see? | 02:26:21 |
| 22 | MS. KASSABIAN:  Objection.  Compound and | 02:26:22 |
| 23 | vague. | 02:26:28 |
| 24 | But you can answer to the extent that you have | 02:26:28 |
| 25 | information that would not invade work product or | 02:26:30 |

130

| | | |
|---|---|---|
| 1 | attorney-client privilege. | 02:26:35 |
| 2 | THE WITNESS:  Of all the close to 80 Samsung | 02:26:50 |
| 3 | employees I've spoken with, none of them indicate to me | 02:26:54 |
| 4 | that they actually knew that either Teece -- partially | 02:27:01 |
| 5 | redacted Teece report or Samsung public interest brief | 02:27:08 |
| 6 | contained any improperly redacted information. | 02:27:12 |
| 7 | BY MR. SELWYN: | 02:27:21 |
| 8 | Q.  None of them indicated to you that they had | 02:27:21 |
| 9 | seen Apple-Nokia license terms within those documents? | 02:27:24 |
| 10 | MS. KASSABIAN:  Objection.  That misstates the | 02:27:27 |
| 11 | witness's testimony. | 02:27:29 |
| 12 | THE WITNESS:  None of them states -- indicated | 02:27:31 |
| 13 | to me that they knew there were improperly redacted | 02:27:34 |
| 14 | confidential information. | 02:27:40 |
| 15 | BY MR. SELWYN: | 02:27:43 |
| 16 | Q.  Let me ask you to turn, please, sir, to the | 02:27:43 |
| 17 | third page of Exhibit 4. | 02:27:45 |
| 18 | Do you remember interviewing -- | 02:27:54 |
| 19 | A.  I'm sorry.  Which exhibit? | 02:27:56 |
| 20 | Q.  Exhibit 4. | 02:27:57 |
| 21 | A.  Exhibit 4. | 02:27:57 |
| 22 | Q.  Do you remember interviewing Wonsuk Park? | 02:27:59 |
| 23 | I apologize if I'm mispronouncing his name or | 02:28:02 |
| 24 | her name. | 02:28:06 |
| 25 | A.  Yes. | 02:28:15 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

131

| | | |
|---|---|---|
| 1 | Q.  Who is Mr. or Mrs. Park? | 02:28:15 |
| 2 | A.  He's a Samsung employee. | 02:28:17 |
| 3 | Q.  What does he do? | 02:28:18 |
| 4 | A.  He works for IP center. | 02:28:20 |
| 5 | Q.  What does he do for IP center? | 02:28:24 |
| 6 | A.  I believe he is in the IP acquisitions group, | 02:28:34 |
| 7 | if I'm not mistaken. | 02:28:38 |
| 8 | Q.  What involvement, if any, has he had in | 02:28:43 |
| 9 | Apple-Samsung litigation? | 02:28:47 |
| 10 | MS. KASSABIAN:  Objection.  Calls for | 02:28:48 |
| 11 | speculation and lacks foundation. | 02:28:49 |
| 12 | THE WITNESS:  I saw him around and doing some | 02:29:01 |
| 13 | admin duties, but exactly what he does, I don't know. | 02:29:28 |
| 14 | BY MR. SELWYN: | 02:29:31 |
| 15 | Q.  Why did Mr. Park receive the ITC public | 02:29:31 |
| 16 | interest brief or a draft thereof? | 02:29:36 |
| 17 | MS. KASSABIAN:  Objection.  Lacks foundation | 02:29:37 |
| 18 | and calls for speculation. | 02:29:40 |
| 19 | Let me just caution you not to reveal any work | 02:29:43 |
| 20 | product or attorney-client communications. | 02:29:46 |
| 21 | THE WITNESS:  I do not know. | 02:29:54 |
| 22 | BY MR. SELWYN: | 02:29:56 |
| 23 | Q.  How long was your interview with Mr. Park? | 02:29:56 |
| 24 | A.  It would have been under ten minutes. | 02:30:02 |
| 25 | Q.  How much under ten minutes? | 02:30:08 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

132

| | | |
|---|---|---|
| 1 | A.  I do not know. | 02:30:09 |
| 2 | Q.  What did you say to Mr. Park, and what did he | 02:30:14 |
| 3 | say to you during the interview? | 02:30:18 |
| 4 | A.  I told him that I have been designated as a | 02:30:22 |
| 5 | 30(b)(6) witness on the subject of the dissemination of | 02:30:25 |
| 6 | and/or use or lack thereof by Samsung with respect to | 02:30:34 |
| 7 | certain alleged confidential information, and that I | 02:30:39 |
| 8 | need to ask him a few questions. | 02:30:44 |
| 9 | And then he agreed to the interview, so I | 02:30:51 |
| 10 | asked him whether he recalls receiving or reviewing the | 02:30:54 |
| 11 | e-mails containing -- e-mails from Quinn Emanuel | 02:31:01 |
| 12 | containing partially redacted Teece reports. | 02:31:05 |
| 13 | His answer was -- his answer was that he did | 02:31:14 |
| 14 | not recall receiving such e-mails.  I asked him whether | 02:31:28 |
| 15 | he recalls reviewing the attached Teece report to the | 02:31:34 |
| 16 | Quinn Emanuel e-mails. | 02:31:43 |
| 17 | Q.  I'm sorry.  Are you looking at Exhibit 3 or | 02:31:46 |
| 18 | Exhibit 4? | 02:31:48 |
| 19 | A.  I'm looking at Exhibit 3. | 02:31:48 |
| 20 | Q.  Because my question is about Exhibit 4? | 02:31:50 |
| 21 | A.  Okay. | 02:31:52 |
| 22 | MS. KASSABIAN:  Actually, I think your | 02:31:53 |
| 23 | question was, what questions did you ask Mr. Park | 02:31:55 |
| 24 | during the interview. | 02:31:58 |
| 25 | THE WITNESS:  That's where I thought -- I | 02:31:59 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

133

| | | |
|---|---|---|
| 1 | didn't think that you were -- | 02:32:01 |
| 2 | MS. KASSABIAN:  Right.  So he's just answering | 02:32:02 |
| 3 | the question. | 02:32:04 |
| 4 | THE WITNESS:  If you want me to not stop -- | 02:32:07 |
| 5 | BY MR. SELWYN: | 02:32:09 |
| 6 | Q.  Go ahead. | 02:32:09 |
| 7 | A.  Okay.  So he respond to me that he did not | 02:32:10 |
| 8 | recall reviewing the attached Teece report. | 02:32:14 |
| 9 | So I asked him, "Do you recall reviewing any | 02:32:18 |
| 10 | Apple-Nokia license, confidential license terms that | 02:32:22 |
| 11 | were supposedly contained within the partially redacted | 02:32:27 |
| 12 | Teece report?" | 02:32:27 |
| 13 | His answer was, "No." | 02:32:33 |
| 14 | I asked him whether he recalls reviewing any | 02:32:36 |
| 15 | Apple-Sharp confidential license terms supposedly | 02:32:43 |
| 16 | contained within the Reese report -- Teece report.  His | 02:32:47 |
| 17 | answer was no. | 02:32:52 |
| 18 | So I asked him whether he recalled reviewing | 02:32:55 |
| 19 | any Apple-Philips confidential licensing terms | 02:32:58 |
| 20 | supposedly contained within the Teece report.  His | 02:33:02 |
| 21 | response was no. | 02:33:08 |
| 22 | I asked him whether he recalled reviewing any | 02:33:09 |
| 23 | Apple-Philips confidential license terms supposedly | 02:33:15 |
| 24 | contained within the Teece report.  His answer was no. | 02:33:20 |
| 25 | I asked him whether he recalled reviewing any | 02:33:25 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

134

| | | |
|---|---|---|
| 1 | Apple-Ericsson confidential license terms supposedly | 02:33:28 |
| 2 | contained within the Teece report.  His answer was no. | 02:33:34 |
| 3 | I asked him whether he recalled forwarding | 02:33:37 |
| 4 | such e-mails to anybody or otherwise disseminating such | 02:33:47 |
| 5 | informations.  He said no. | 02:33:55 |
| 6 | I also asked him whether he recalled using | 02:33:58 |
| 7 | the Apple-Nokia confidential license terms supposedly | 02:34:01 |
| 8 | within the Teece report for any purpose.  His answer | 02:34:08 |
| 9 | was no. | 02:34:12 |
| 10 | I also asked him whether he recalled using the | 02:34:16 |
| 11 | Apple-Sharp confidential license terms supposedly | 02:34:21 |
| 12 | within the Teece report for any purpose.  His answer | 02:34:25 |
| 13 | was no. | 02:34:28 |
| 14 | I also asked him whether he recalled using the | 02:34:29 |
| 15 | Apple-Philips confidential license terms supposedly | 02:34:34 |
| 16 | within the Teece report for any purpose.  His answer | 02:34:40 |
| 17 | was no. | 02:34:43 |
| 18 | I asked him whether he recalled using the | 02:34:44 |
| 19 | Apple-Ericsson confidential license terms supposedly | 02:34:49 |
| 20 | within the Teece report for any purpose.  His answer | 02:34:54 |
| 21 | was no. | 02:34:58 |
| 22 | Then I asked him whether he recalled receiving | 02:35:02 |
| 23 | any e-mails from Quinn Emanuel attaching Samsung's | 02:35:12 |
| 24 | public interest brief, and his answer was yes. | 02:35:19 |
| 25 | So I asked him whether he recalled reviewing | 02:35:26 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

135

| | | |
|---|---|---|
| 1 | the attached Samsung public interest brief.  His answer | 02:35:30 |
| 2 | was yes. | 02:35:34 |
| 3 | So I asked him whether he recalled reviewing | 02:35:36 |
| 4 | any Apple-Nokia license terms within the Samsung's | 02:35:42 |
| 5 | public interest outline brief.  His answer was, "Yeah, | 02:35:47 |
| 6 | I think so." | 02:35:53 |
| 7 | So I asked him whether he ever recalled using | 02:35:53 |
| 8 | such information for any purpose.  His answer was no. | 02:35:59 |
| 9 | So I asked him whether he recalled reviewing | 02:36:02 |
| 10 | any Apple-Sharp confidential license terms within | 02:36:06 |
| 11 | Samsung's public interest brief.  His answer was no. | 02:36:12 |
| 12 | And I asked him whether he ever recalled using | 02:36:16 |
| 13 | the Apple-Sharp licensing terms within the Samsung | 02:36:20 |
| 14 | public interest brief for any purpose.  His answer was | 02:36:24 |
| 15 | no. | 02:36:27 |
| 16 | And I asked him whether he recalled reviewing | 02:36:29 |
| 17 | any Apple-Philips license terms within the Samsung | 02:36:35 |
| 18 | public interest brief, and his answer was no. | 02:36:38 |
| 19 | And he also -- I also asked him whether he | 02:36:40 |
| 20 | recalled using such information for any purpose.  The | 02:36:44 |
| 21 | answer was no. | 02:36:48 |
| 22 | I asked him whether he recalled reviewing any | 02:36:49 |
| 23 | Apple-Ericsson license terms within the Samsung public | 02:36:53 |
| 24 | interest brief.  His answer was no. | 02:36:58 |
| 25 | So I asked him whether he ever recalled -- | 02:37:01 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

136

| | | |
|---|---|---|
| 1 | whether he recalled using the Apple-Ericsson terms | 02:37:06 |
| 2 | within the Samsung public interest brief for any | 02:37:10 |
| 3 | purpose.  His answer was no. | 02:37:13 |
| 4 | Did I skip Philips?  I think I also asked him | 02:37:14 |
| 5 | about his recollection about reviewing any | 02:37:21 |
| 6 | Apple-Philips license terms within the Samsung's public | 02:37:24 |
| 7 | interest brief, and his answer was no. | 02:37:28 |
| 8 | And I also asked him whether he ever | 02:37:30 |
| 9 | recalls -- he recalls ever using such information for | 02:37:33 |
| 10 | any purpose.  His answer was no. | 02:37:36 |
| 11 | And he also -- I also asked him whether he | 02:37:38 |
| 12 | recalled disseminating the Quinn Emanuel e-mails | 02:37:43 |
| 13 | containing Samsung's public interest brief to anyone or | 02:37:47 |
| 14 | forwarded such e-mail to anyone.  His answer was no. | 02:37:52 |
| 15 | Q.  Let me ask you about that. | 02:37:55 |
| 16 | Why are four of the columns for his interview | 02:37:58 |
| 17 | left blank? | 02:38:00 |
| 18 | A.  What? | 02:38:02 |
| 19 | Q.  Why are four of the columns for his interview | 02:38:07 |
| 20 | left blank? | 02:38:10 |
| 21 | A.  Yeah.  I guess I was just -- well, I guess I | 02:38:14 |
| 22 | just wasn't being consistent. | 02:38:24 |
| 23 | Q.  So you just read me answers from Exhibit 4 | 02:38:25 |
| 24 | that aren't stated in Exhibit 4; correct? | 02:38:28 |
| 25 | A.  Say that again. | 02:38:30 |

137

| | | |
|---|---|---|
| 1 | Q.  You just read answers to questions that are | 02:38:31 |
| 2 | not stated on Exhibit 4; correct? | 02:38:34 |
| 3 | A.  That's not correct. | 02:38:37 |
| 4 | Q.  Has each of the 84 employees listed in | 02:38:41 |
| 5 | Exhibit 3 and Exhibit 4 received a document retention | 02:38:44 |
| 6 | notice? | 02:38:47 |
| 7 | MS. KASSABIAN:  Objection.  Lacks foundation | 02:38:49 |
| 8 | and calls for speculation. | 02:38:51 |
| 9 | THE WITNESS:  I believe that is the case.  I | 02:38:53 |
| 10 | personally received preservation notice. | 02:38:55 |
| 11 | BY MR. SELWYN: | 02:39:05 |
| 12 | Q.  When was that notice sent to the employees | 02:39:05 |
| 13 | listed on Exhibit 3 and Exhibit 4? | 02:39:08 |
| 14 | MS. KASSABIAN:  Objection.  Lacks foundation | 02:39:10 |
| 15 | and calls for speculation. | 02:39:12 |
| 16 | THE WITNESS:  I mean, you know, I understand | 02:39:16 |
| 17 | there's some privilege issues, but I personally | 02:39:17 |
| 18 | received it maybe -- | 02:39:20 |
| 19 | MS. KASSABIAN:  Can I just caution you not to | 02:39:27 |
| 20 | speculate.  If you remember, please answer. | 02:39:30 |
| 21 | THE WITNESS:  Maybe three to four weeks ago. | 02:39:33 |
| 22 | Maybe further.  I don't know. | 02:39:35 |
| 23 | BY MR. SELWYN: | 02:39:36 |
| 24 | Q.  Is there any record of when employees listed | 02:39:37 |
| 25 | on Exhibit 3 and Exhibit 4 received preservation | 02:39:40 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

138

| | | |
|---|---|---|
| 1 | notices? | 02:39:43 |
| 2 | MS. KASSABIAN:  Objection.  Lacks foundation. | 02:39:43 |
| 3 | Calls for speculation. | 02:39:45 |
| 4 | And I would just caution you not to disclose | 02:39:46 |
| 5 | any work product or attorney-client communication. | 02:39:49 |
| 6 | THE WITNESS:  That, I don't know. | 02:39:53 |
| 7 | BY MR. SELWYN: | 02:39:53 |
| 8 | Q.  Have any documents related to the disclosure | 02:39:54 |
| 9 | of the improperly redacted Teece report been destroyed | 02:39:56 |
| 10 | by any Samsung employees? | 02:40:00 |
| 11 | MS. KASSABIAN:  Objection.  Lacks foundation | 02:40:04 |
| 12 | and calls for speculation. | 02:40:05 |
| 13 | THE WITNESS:  My understanding is that all of | 02:40:08 |
| 14 | these employees' hard drives were imaged and their | 02:40:10 |
| 15 | e-mails collected and processed, and to the extent | 02:40:15 |
| 16 | there were any responsive documents, they were turned | 02:40:18 |
| 17 | over to Apple. | 02:40:21 |
| 18 | BY MR. SELWYN: | 02:40:22 |
| 19 | Q.  And you're referring to all 84 employees | 02:40:23 |
| 20 | listed on Exhibit 3 and Exhibit 4; correct? | 02:40:26 |
| 21 | A.  I'm not sure.  There were a couple that I | 02:40:29 |
| 22 | could not contact because they were no longer with -- | 02:40:31 |
| 23 | with Samsung.  So I don't know exactly what efforts | 02:40:36 |
| 24 | were done with the former employees. | 02:40:38 |
| 25 | Q.  But all the current employees had their hard | 02:40:40 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

139

| | | |
|---|---|---|
| 1 | drives imaged and their documents collected; correct? | 02:40:43 |
| 2 | MS. KASSABIAN:  Objection.  Lacks foundation | 02:40:46 |
| 3 | and calls for speculation. | 02:40:48 |
| 4 | THE WITNESS:  I mean, that's my understanding. | 02:40:53 |
| 5 | Whether every one of them was selected, I cannot say. | 02:40:54 |
| 6 | BY MR. SELWYN: | 02:40:58 |
| 7 | Q.  What steps have those other than you at | 02:40:58 |
| 8 | Samsung taken to investigate the dissemination and use | 02:41:01 |
| 9 | by its counsel outside the US of the improperly | 02:41:04 |
| 10 | redacted Teece report? | 02:41:08 |
| 11 | MS. KASSABIAN:  Objection.  It's vague, | 02:41:12 |
| 12 | particularly as to the phrase "those other than you," | 02:41:14 |
| 13 | and lacks foundation, calls for speculation. | 02:41:18 |
| 14 | And to the extent you can answer without | 02:41:21 |
| 15 | divulging work product or privileged information, you | 02:41:24 |
| 16 | may answer. | 02:41:28 |
| 17 | THE WITNESS:  I do not know all the details, | 02:41:30 |
| 18 | but I understand it has been a fairly massive effort on | 02:41:32 |
| 19 | the part of Samsung to locate or identify the universe | 02:41:36 |
| 20 | of the e-mails that contain either the Teece report or | 02:41:42 |
| 21 | the public interest, and trying to track down how those | 02:41:46 |
| 22 | e-mails were, you know, transmitted, and that covered a | 02:41:53 |
| 23 | fairly extensive effort involving employees in many | 02:42:00 |
| 24 | different countries, counsels in -- counsels in -- also | 02:42:07 |
| 25 | in many different countries. | 02:42:11 |

140

1    BY MR. SELWYN:                                          02:42:12

2        Q.  Can you tell me as specifically as you can the  02:42:13

3    steps that Samsung has taken to locate and identify the 02:42:15

4    universe of e-mails that either attach or describe the  02:42:19

5    contents of the improperly redacted Teece report?      02:42:24

6            MS. KASSABIAN:  I'm going to object again.      02:42:28

7    This is not a document custodian deposition.  You know  02:42:29

8    that Mr. Korea had absolutely nothing to do with and no 02:42:33

9    involvement in any physical document collection other   02:42:38

10   than having his hard drive imaged.  He's here to speak  02:42:41

11   about the use and dissemination by Samsung of the       02:42:45

12   confidential information by the ITC and/or any court or 02:42:51

13   jurisdiction outside the United States.  I'm frankly    02:42:55

14   surprised that you are choosing to waste your time with 02:42:58

15   Mr. Korea here today asking him document collection     02:43:00

16   questions that are properly directed to outside         02:43:04

17   counsel.                                                02:43:08

18           And with that stated, Mr. Korea, you can        02:43:09

19   answer if you know, and without disclosing any work     02:43:11

20   product or privileged communications.                   02:43:16

21           THE WITNESS:  Again, I don't know all the       02:43:19

22   details, but my understanding is that it was a fairly   02:43:20

23   massive effort to even identify the universe of people  02:43:23

24   who have received these e-mails.  And then once those   02:43:27

25   individuals are identified, their hard drives were all  02:43:31

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

141

| | | |
|---|---|---|
| 1 | imaged, which actually takes some effort because, in my | 02:43:36 |
| 2 | case, it's an involved process to image a hard drive. | 02:43:40 |
| 3 | And then on top of that, you have to collect e-mails. | 02:43:45 |
| 4 | And that's just one employee. And then you multiply | 02:43:52 |
| 5 | that by how many employees we have, and then those had | 02:43:55 |
| 6 | to be processed before they're turned over to Apple. | 02:43:58 |
| 7 | In addition, I believe that my understanding | 02:44:02 |
| 8 | is that all the e-mails that may have been sent to | 02:44:05 |
| 9 | outside counsel representing Samsung -- again, we have | 02:44:10 |
| 10 | a lot of -- you know, that -- that was a fairly | 02:44:16 |
| 11 | substantial effort to locate, you know, how those | 02:44:17 |
| 12 | e-mails went. Those law firms themselves conducted | 02:44:22 |
| 13 | their own investigation with respect to dissemination | 02:44:26 |
| 14 | and use or lack thereof of the disseminations, and they | 02:44:29 |
| 15 | had to also come up with -- you know, with the | 02:44:33 |
| 16 | representations that were forwarded to you. So my | 02:44:35 |
| 17 | understanding, it was substantial efforts. | 02:44:39 |
| 18 | MR. SELWYN: Let me try to break that down. | 02:44:42 |
| 19 | Q. You said that the hard drives of all of the | 02:44:44 |
| 20 | Samsung counsel outside the US that received the | 02:44:48 |
| 21 | improperly redacted Teece report were imaged? | 02:44:54 |
| 22 | MS. KASSABIAN: That's not what he said. | 02:44:55 |
| 23 | Objection. Misstates the witness's testimony. And | 02:44:57 |
| 24 | again I object to all these document collection | 02:45:00 |
| 25 | questions of a witness that had nothing to do with | 02:45:03 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

142

| | | |
|---|---|---|
| 1 | document collection. | 02:45:06 |
| 2 | BY MR. SELWYN: | 02:45:07 |
| 3 | Q.  What efforts were made to collect documents | 02:45:07 |
| 4 | from counsel outside the US? | 02:45:10 |
| 5 | MS. KASSABIAN:  Objection.  Calls for | 02:45:13 |
| 6 | speculation.  Lacks foundation. | 02:45:14 |
| 7 | THE WITNESS:  My understanding is that law | 02:45:18 |
| 8 | firms themselves have conducted their own investigation | 02:45:21 |
| 9 | of the dissemination of and use or lack thereof of the | 02:45:25 |
| 10 | subject information.  To the extent Samsung has been | 02:45:30 |
| 11 | able to do that on its end, I think -- I believe that | 02:45:37 |
| 12 | was also done.  But, again, I don't know the details | 02:45:41 |
| 13 | because I was not involved in document collection and I | 02:45:47 |
| 14 | am not designated as a 30(b)(6) witness on document | 02:45:50 |
| 15 | collection. | 02:45:54 |
| 16 | BY MR. SELWYN: | 02:45:54 |
| 17 | Q.  Who supervised the investigation performed by | 02:45:55 |
| 18 | Samsung counsel outside the US of the dissemination of | 02:45:58 |
| 19 | and use of any portion of the improperly redacted Teece | 02:46:01 |
| 20 | report? | 02:46:05 |
| 21 | MS. KASSABIAN:  I'm going to object as calling | 02:46:11 |
| 22 | for speculation, lacking in foundation. | 02:46:14 |
| 23 | And I'll caution the witness not to disclose | 02:46:19 |
| 24 | any attorney-client privileged or work product | 02:46:21 |
| 25 | information. | 02:46:23 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

143

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yeah, I do not know whether | 02:46:24 |
| 2 | there was any supervision of such efforts.  I just | 02:46:26 |
| 3 | don't know the answer to your question. | 02:46:30 |
| 4 | MS. KASSABIAN:  Mr. Selwyn, can we take a | 02:46:46 |
| 5 | restroom break within the next five minutes? | 02:46:49 |
| 6 | MR. SELWYN:  Yes. | 02:46:50 |
| 7 | THE WITNESS:  I would suggest bio break. | 02:46:54 |
| 8 | MR. SELWYN:  You said within the next five | 02:46:58 |
| 9 | minutes? | 02:47:05 |
| 10 | THE WITNESS:  I think he is in the middle of a | 02:47:05 |
| 11 | line of questioning.  So let him finish, and then we'll | 02:47:08 |
| 12 | take a break. | 02:47:08 |
| 13 | MR. SELWYN:  Well said.  Thank you. | 02:47:10 |
| 14 | BY MR. SELWYN: | 02:47:10 |
| 15 | Q.  What communication has Samsung had with its | 02:47:10 |
| 16 | counsel outside the US regarding the terms of Apple's | 02:47:14 |
| 17 | licenses with Nokia, Ericsson, Philips and Sharp? | 02:47:17 |
| 18 | MS. KASSABIAN:  I'm going to object to that | 02:47:22 |
| 19 | question as lacking in foundation and calling for | 02:47:23 |
| 20 | attorney-client communications and work product. | 02:47:28 |
| 21 | But to the extent you can answer the question | 02:47:32 |
| 22 | without divulging that information, you may. | 02:47:35 |
| 23 | And I would ask the reporter to read it back. | 02:47:38 |
| 24 | THE WITNESS:  Could you repeat back the | 02:47:41 |
| 25 | question, his question. | 02:47:44 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

144

| | | |
|---|---|---|
| 1 | (The record was read as follows: | 02:47:44 |
| 2 | "What communication has Samsung had with | 02:47:10 |
| 3 | its counsel outside the US regarding the | 02:47:13 |
| 4 | terms of Apple's licenses with Nokia, | 02:47:15 |
| 5 | Ericsson, Philips and Sharp?") | 02:47:19 |
| 6 | THE WITNESS: Yeah. I mean, with respect to | 02:47:58 |
| 7 | the 30(b)(6) topic, I certainly spoke with Modiano & | 02:48:00 |
| 8 | Partners, and they confirmed to me that they never | 02:48:04 |
| 9 | received the e-mails from Quinn Emanuel containing | 02:48:12 |
| 10 | partially redacted Teece report. | 02:48:16 |
| 11 | BY MR. SELWYN: | 02:48:16 |
| 12 | Q. My question, sir, is different than that. I'm | 02:48:17 |
| 13 | not confining my question to the Teece report. My | 02:48:19 |
| 14 | question is broader. | 02:48:26 |
| 15 | My question is: What communication has | 02:48:27 |
| 16 | Samsung had with its counsel outside the US regarding | 02:48:29 |
| 17 | the terms of Apple's licenses with Nokia, Ericsson, | 02:48:33 |
| 18 | Sharp and Philips? | 02:48:33 |
| 19 | A. I'm not sure discussion took place. | 02:48:38 |
| 20 | MS. KASSABIAN: I would caution the witness | 02:48:40 |
| 21 | not to disclose any clearly attorney-client | 02:48:41 |
| 22 | communications between Samsung and its counsel. But if | 02:48:45 |
| 23 | you can answer the question without doing that, you | 02:48:47 |
| 24 | may. | 02:48:50 |
| 25 | THE WITNESS: He knows I need to take bio | 02:48:51 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

145

| | | |
|---|---|---|
| 1 | break. | 02:48:53 |
| 2 | Okay.  So, you know, going back to your | 02:48:54 |
| 3 | question, you know, I've been designated to testify | 02:48:55 |
| 4 | with -- with respect to, you know, dissemination of and | 02:48:58 |
| 5 | use by Samsung or lack thereof of the subject of | 02:49:02 |
| 6 | confidential information, and I can -- I'd be happy to | 02:49:06 |
| 7 | answer questions based on my -- my communications or | 02:49:10 |
| 8 | interviews of the outside law firms who received | 02:49:14 |
| 9 | e-mails from Quinn Emanuel about partially redacted | 02:49:19 |
| 10 | Teece report, as well as the Samsung public interest | 02:49:22 |
| 11 | brief, and see whether -- what steps they have taken | 02:49:27 |
| 12 | and whether there was any use of such information.  I'd | 02:49:33 |
| 13 | be happy to do that, and I was actually doing that. | 02:49:37 |
| 14 | But if your question goes beyond that, I'm not so sure | 02:49:40 |
| 15 | I can answer those questions beyond that 30(b)(6) | 02:49:44 |
| 16 | topics. | 02:49:49 |
| 17 | MR. SELWYN:  Okay.  Why don't we take our bio | 02:49:51 |
| 18 | break. | 02:49:53 |
| 19 | THE WITNESS:  Okay.  Thank you. | 02:49:53 |
| 20 | THE VIDEOGRAPHER:  Going off the record.  The | 02:49:56 |
| 21 | time is 2:50. | 02:49:59 |
| 22 | (A brief recess was taken.) | 03:02:37 |
| 23 | THE VIDEOGRAPHER:  Coming back on the record. | 03:03:13 |
| 24 | The time is 3:03. | 03:03:16 |
| 25 | THE WITNESS:  Mark, before we start, I want to | 03:03:20 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

146

| | | |
|---|---|---|
| 1 | clarify my answer about Exhibit 4, with respect to | 03:03:22 |
| 2 | Wonsuk Park. | 03:03:22 |
| 3 | You know, I don't know why those three columns | 03:03:28 |
| 4 | were not filled out, but I have a specific recollection | 03:03:30 |
| 5 | of asking that question, whether Wonsuk Park recall | 03:03:33 |
| 6 | disseminating Apple-Nokia license terms contained in | 03:03:38 |
| 7 | the Samsung's public interest outline, and his answer | 03:03:42 |
| 8 | was no. | 03:03:46 |
| 9 | BY MR. SELWYN: | 03:03:47 |
| 10 | Q.  What did Mr. Park tell you he recalled about | 03:03:48 |
| 11 | Apple-Nokia license terms? | 03:03:51 |
| 12 | A.  That he did not -- what he told me about is he | 03:03:53 |
| 13 | said he recalled reviewing -- or remembering there were | 03:04:02 |
| 14 | such terms in the Samsung public interest brief, but he | 03:04:07 |
| 15 | did not recall ever using that information for any | 03:04:13 |
| 16 | purpose. | 03:04:18 |
| 17 | Q.  What did you ask him about the Apple-Nokia | 03:04:19 |
| 18 | license terms?  What did you ask him about the | 03:04:23 |
| 19 | Apple-Nokia license terms? | 03:04:28 |
| 20 | A.  Whether he recalled reviewing any Apple-Nokia | 03:04:30 |
| 21 | license terms within the Samsung public interest brief. | 03:04:36 |
| 22 | Q.  When he said that he did, did you ask him any | 03:04:39 |
| 23 | follow-up questions? | 03:04:42 |
| 24 | A.  Yes, I did. | 03:04:43 |
| 25 | Q.  What did you ask him? | 03:04:43 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

147

1    A.  I asked him whether he recalled using the          03:04:45

2    Apple-Nokia licensing terms within the Samsung public   03:04:47

3    interest brief for any purpose.                          03:04:51

4    Q.  Did you can him whether he had any documents         03:04:54

5    that described Apple-Nokia license terms?                03:04:56

6    A.  By that, do you mean the Samsung public              03:05:08

7    interest outline brief?                                  03:05:11

8    Q.  No, any other documents.                             03:05:18

9    A.  No.  My question was specific to the e-mails         03:05:20

10   and the attachments in question, the Samsung's public   03:05:24

11   interest brief.                                          03:05:27

12   Q.  Did you ask him whether he ever discussed the        03:05:28

13   Apple-Nokia license terms with anyone?                   03:05:31

14   A.  I specifically asked him whether he recall           03:05:33

15   using the Apple-Nokia license information within that    03:05:35

16   Samsung public interest brief for any purpose.  His      03:05:39

17   answer was no.                                           03:05:43

18   Q.  Did you ask him whether he discussed the             03:05:43

19   Apple-Nokia license terms with anyone?  Did you ask him  03:05:46

20   whether he had e-mailed anybody about the Apple-Nokia    03:05:51

21   license terms?                                           03:05:55

22   A.  I asked a specific question, whether he              03:05:55

23   recalled disseminating or forwarding the e-mail,         03:05:57

24   Quinn Emanuel e-mail containing Samsung's public         03:06:03

25   interest outline, to anyone.  His answer was no.         03:06:08

148

| | | |
|---|---|---|
| 1 | Q.  Now, for -- for everybody that is listed on | 03:06:10 |
| 2 | your -- on Exhibit 3 and Exhibit 4 as not recalling | 03:06:14 |
| 3 | disseminating the Apple-Nokia license terms or the | 03:06:18 |
| 4 | Apple-Sharp, Philips or Ericsson license terms, did you | 03:06:23 |
| 5 | do any further investigation to determine whether, in | 03:06:26 |
| 6 | fact, they did disseminate those terms? | 03:06:29 |
| 7 | MS. KASSABIAN:  And I'm going to object again | 03:06:34 |
| 8 | to the extent that Mr. Korea is not the document | 03:06:36 |
| 9 | collection witness here, and that the question is | 03:06:38 |
| 10 | vague. | 03:06:46 |
| 11 | But you can answer. | 03:06:46 |
| 12 | THE WITNESS:  I'm not so sure that is correct. | 03:06:50 |
| 13 | There were few who forwarded the subject e-mails, and I | 03:06:52 |
| 14 | think there is a folder that shows where the e-mails | 03:07:01 |
| 15 | went.  I'd be happy to show who forwarded.  There are a | 03:07:03 |
| 16 | few that forwarded the subject e-mails. | 03:07:08 |
| 17 | BY MR. SELWYN: | 03:07:08 |
| 18 | Q.  But those that did forward the e-mails but | 03:07:10 |
| 19 | couldn't recall it did, you show them the e-mails | 03:07:13 |
| 20 | forwarding it to refresh their recollection? | 03:07:16 |
| 21 | MS. KASSABIAN:  Objection.  I think that | 03:07:23 |
| 22 | misstates what the document says. | 03:07:24 |
| 23 | THE WITNESS:  Ones who were forwarded, I asked | 03:07:36 |
| 24 | the question, and their answer was that they do not | 03:07:38 |
| 25 | recall disseminating the Apple license terms contained | 03:07:42 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

149

| | | |
|---|---|---|
| 1 | either in the Teece report or Samsung's public interest | 03:07:47 |
| 2 | brief. | 03:07:51 |
| 3 | BY MR. SELWYN: | 03:07:57 |
| 4 | Q.  Did you show any of those employees documents | 03:07:57 |
| 5 | demonstrating that they, in fact, did disseminate the | 03:08:00 |
| 6 | Apple-Nokia license terms? | 03:08:05 |
| 7 | MS. KASSABIAN:  Object again that you are | 03:08:07 |
| 8 | misstating the document.  You are misreading the | 03:08:09 |
| 9 | document. | 03:08:14 |
| 10 | THE WITNESS:  Yeah, there are a few Samsung | 03:08:17 |
| 11 | employees that actually forwarded the subject e-mails. | 03:08:19 |
| 12 | So the follow-up question is, did you disseminate the | 03:08:22 |
| 13 | alleged Apple-Nokia license terms with anyone else. | 03:08:29 |
| 14 | The answer was no. | 03:08:31 |
| 15 | BY MR. SELWYN: | 03:08:36 |
| 16 | Q.  Was Fish & Richardson one of the firms that | 03:08:36 |
| 17 | received the improperly redacted Teece report? | 03:08:40 |
| 18 | A.  Yes, they did receive e-mails.  Either they | 03:09:11 |
| 19 | received or they got forwarded e-mail from Quinn | 03:09:16 |
| 20 | Emanuel that contains the Teece report or the public | 03:09:19 |
| 21 | interest brief. | 03:09:24 |
| 22 | Q.  Does Fish & Richardson represent Samsung in | 03:09:29 |
| 23 | its litigation against Apple? | 03:09:33 |
| 24 | A.  They do not. | 03:09:40 |
| 25 | Q.  Did Kirkland & Ellis receive any documents | 03:09:41 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

150

| | | |
|---|---|---|
| 1 | containing confidential license terms -- strike that. | 03:09:46 |
| 2 | Did Kirkland & Ellis receive any documents | 03:09:50 |
| 3 | containing terms of Apple's licenses with Nokia, | 03:09:54 |
| 4 | Ericsson, Sharp or Philips? | 03:09:59 |
| 5 | A.   I believe Kirkland Ellis has received | 03:10:05 |
| 6 | Quinn Emanuel's e-mail regarding partially redacted | 03:10:11 |
| 7 | Teece report or the public interest brief. | 03:10:17 |
| 8 | Q.   Does Kirkland & Ellis represent Samsung in its | 03:10:25 |
| 9 | litigation against Apple? | 03:10:28 |
| 10 | MS. KASSABIAN:  I'll just remind the witness | 03:10:29 |
| 11 | not to speculate.  But if you have personal knowledge | 03:10:32 |
| 12 | of that, you may answer. | 03:10:35 |
| 13 | THE WITNESS:  Kirkland does not represent | 03:10:37 |
| 14 | Samsung in the litigation against Apple. | 03:10:39 |
| 15 | BY MR. SELWYN: | 03:10:44 |
| 16 | Q.   Why did Fish & Richardson and Kirkland & Ellis | 03:10:44 |
| 17 | receive these documents? | 03:10:48 |
| 18 | MS. KASSABIAN:  Objection.  Calls for | 03:10:48 |
| 19 | speculation.  Beyond the scope of the 30(b)(6) topic. | 03:10:50 |
| 20 | Lacks foundation. | 03:10:54 |
| 21 | You can answer if you know and to the extent | 03:10:55 |
| 22 | it would not reveal attorney-client communications or | 03:10:57 |
| 23 | work product. | 03:11:02 |
| 24 | THE WITNESS:  I do not know. | 03:11:03 |
| 25 | BY MR. SELWYN: | 03:11:03 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

151

| | | |
|---|---|---|
| 1 | Q. Have you spoken to anybody at Kirkland & Ellis | 03:11:17 |
| 2 | about their receipt of documents containing information | 03:11:19 |
| 3 | about Apple's license terms with Nokia, Ericsson, Sharp | 03:11:22 |
| 4 | or Philips? | 03:11:28 |
| 5 | A. No, did not. | 03:11:30 |
| 6 | Q. Why not? | 03:11:31 |
| 7 | MS. KASSABIAN: I can answer that. | 03:11:32 |
| 8 | MR. SELWYN: No, no, no. I asked the witness. | 03:11:34 |
| 9 | MS. KASSABIAN: Well, I'm making a | 03:11:35 |
| 10 | representation that that call could not be scheduled | 03:11:37 |
| 11 | until today. We're going to do that call during the | 03:11:40 |
| 12 | break in this deposition so that you can question him | 03:11:43 |
| 13 | about that if you want. | 03:11:45 |
| 14 | MR. SELWYN: Who are you going to talk to? | 03:11:46 |
| 15 | MS. KASSABIAN: I don't know. | 03:11:47 |
| 16 | BY MR. SELWYN: | 03:11:47 |
| 17 | Q. Is that true, Mr. Korea? | 03:11:50 |
| 18 | MS. KASSABIAN: He doesn't know. I'm sharing | 03:11:51 |
| 19 | that information with you now because I'm receiving | 03:11:53 |
| 20 | updates from Quinn Emanuel that that call should be | 03:11:57 |
| 21 | able to be scheduled today, and we can take a short | 03:12:00 |
| 22 | break, have that call, and then you can question him | 03:12:05 |
| 23 | about that before the deposition is over. | 03:12:07 |
| 24 | THE WITNESS: Yeah. I mean, just to answer | 03:12:09 |
| 25 | your question, I don't know all the details, but I did | 03:12:11 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

152

| | | |
|---|---|---|
| 1 | request that such interview take place. | 03:12:14 |
| 2 | BY MR. SELWYN: | 03:12:18 |
| 3 | Q.  Are attorneys at Fish & Richardson and | 03:12:18 |
| 4 | Kirkland & Ellis preserving documents related to | 03:12:21 |
| 5 | Apple's license terms with Nokia, Ericsson, Sharp and | 03:12:26 |
| 6 | Philips? | 03:12:30 |
| 7 | MS. KASSABIAN:  Objection.  This question | 03:12:30 |
| 8 | lacks foundation, calls for speculation, and is beyond | 03:12:32 |
| 9 | the scope of the 30(b)(6) designation. | 03:12:36 |
| 10 | THE WITNESS:  Yeah.  I do not know the answer | 03:12:41 |
| 11 | to that question. | 03:12:43 |
| 12 | BY MR. SELWYN: | 03:12:43 |
| 13 | Q.  Has Samsung given any preservation | 03:12:43 |
| 14 | instructions to attorneys at Fish & Richardson or | 03:12:47 |
| 15 | Kirkland & Ellis? | 03:12:50 |
| 16 | MS. KASSABIAN:  Objection.  Calls for | 03:12:51 |
| 17 | speculation, lacks foundation, and is beyond the scope | 03:12:53 |
| 18 | of the 30(b)(6) designation. | 03:12:57 |
| 19 | THE WITNESS:  I do not know the answer to that | 03:13:00 |
| 20 | question. | 03:13:02 |
| 21 | BY MR. SELWYN: | 03:13:02 |
| 22 | Q.  Has Samsung given any preservation | 03:13:02 |
| 23 | instructions to attorneys at Williams & Connolly, | 03:13:06 |
| 24 | Ropes & Gray, Sheppard Mullin or O'Melveny & Myers? | 03:13:09 |
| 25 | MS. KASSABIAN:  Objection.  Compound.  Lacks | 03:13:13 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

153

| | | |
|---|---|---|
| 1 | foundation.  Calls for speculation.  And is beyond the | 03:13:16 |
| 2 | scope of the 30(b)(6) designation. | 03:13:18 |
| 3 | THE WITNESS:  I do not know the answer to the | 03:13:22 |
| 4 | question. | 03:13:23 |
| 5 | BY MR. SELWYN: | 03:13:25 |
| 6 | Q.  Did any attorneys at O'Melveny & Myers receive | 03:13:26 |
| 7 | copies of either the improperly redacted Teece report | 03:13:29 |
| 8 | or the Samsung ITC public interest documents? | 03:13:33 |
| 9 | A.  I do not believe that's the case. | 03:14:36 |
| 10 | Q.  Did attorneys at Shearman & Sterling receive | 03:14:38 |
| 11 | copies of either the improperly redacted Teece report | 03:14:44 |
| 12 | or the Samsung ITC public interest documents? | 03:14:46 |
| 13 | A.  Yes, it has. | 03:15:15 |
| 14 | Q.  When? | 03:15:17 |
| 15 | A.  I believe it was around December 2012. | 03:15:33 |
| 16 | Q.  What did they receive? | 03:15:38 |
| 17 | A.  The expert report of David Teece. | 03:15:46 |
| 18 | Q.  Why were they given that? | 03:15:48 |
| 19 | MS. KASSABIAN:  Objection.  Please confine | 03:15:50 |
| 20 | your response to information that is not privileged or | 03:15:53 |
| 21 | work product. | 03:16:00 |
| 22 | THE WITNESS:  I do not want to speculate, so I | 03:16:07 |
| 23 | don't know the answer to why question. | 03:16:09 |
| 24 | /// | 03:16:11 |
| 25 | BY MR. SELWYN: | 03:16:11 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

154

| | | |
|---|---|---|
| 1 | Q.  Do Shearman & Sterling represent Samsung? | 03:16:11 |
| 2 | MS. KASSABIAN:  Objection.  Lacks foundation. | 03:16:14 |
| 3 | Calls for speculation. | 03:16:16 |
| 4 | THE WITNESS:  Yes, it does. | 03:16:18 |
| 5 | BY MR. SELWYN: | 03:16:19 |
| 6 | Q.  Does Shearman & Sterling represent Samsung in | 03:16:20 |
| 7 | its litigation against Apple? | 03:16:22 |
| 8 | MS. KASSABIAN:  Lacks foundation.  Calls for | 03:16:24 |
| 9 | speculation. | 03:16:26 |
| 10 | THE WITNESS:  I'm not quite sure. | 03:16:36 |
| 11 | (Korea Exhibit 6 was marked for identification.) | 03:17:21 |
| 12 | BY MR. SELWYN: | 03:17:21 |
| 13 | Q.  You've been handed what's been marked as | 03:17:21 |
| 14 | Exhibit 6.  Do you recognize it? | 03:17:24 |
| 15 | A.  Yes. | 03:17:42 |
| 16 | Q.  What is it? | 03:17:42 |
| 17 | A.  It is an e-mail sent by Eric Wall at | 03:17:44 |
| 18 | Quinn Emanuel on Thursday, March 22, 2012, to | 03:17:48 |
| 19 | Daniel Shim at Samsung, Karin Norton, Anthony Kahng, | 03:17:56 |
| 20 | Jaeho Park, Daniel Ko, James Shim, Eric Cha, Brian Kim | 03:18:02 |
| 21 | and Kijoong Kang at Samsung.  And they've also cc'd Tom | 03:18:10 |
| 22 | Pease, Samsung FRAND Team, Pat Treacy, Helen Hopson. | 03:18:16 |
| 23 | Q.  Have you reviewed this e-mail in unredacted | 03:18:20 |
| 24 | form? | 03:18:23 |
| 25 | MS. KASSABIAN:  Objection.  Asked and | 03:18:24 |

155

| | | |
|---|---|---|
| 1 | answered. | 03:18:25 |
| 2 | THE WITNESS:  I do not believe so. | 03:18:26 |
| 3 | BY MR. SELWYN: | 03:18:28 |
| 4 | Q.  Do you know whether this e-mail contains any | 03:18:28 |
| 5 | Apple confidential information? | 03:18:30 |
| 6 | MS. KASSABIAN:  Objection.  Lacks foundation. | 03:18:35 |
| 7 | And calls for attorney-client communications. | 03:18:38 |
| 8 | So I caution the witness, obviously, not to | 03:18:41 |
| 9 | disclose attorney-client communications or work product | 03:18:43 |
| 10 | in your answer. | 03:18:46 |
| 11 | THE WITNESS:  I do not know. | 03:18:47 |
| 12 | BY MR. SELWYN: | 03:18:49 |
| 13 | Q.  What was the attachment to this e-mail? | 03:18:49 |
| 14 | A.  Well, it states: | 03:18:52 |
| 15 | "SAMSARAND and reasonable royalties, 20 March | 03:18:58 |
| 16 | 2012, 11:15 p.m., redacted.doc." | 03:19:03 |
| 17 | Q.  Do you know what that attachment was? | 03:19:08 |
| 18 | MS. KASSABIAN:  Objection.  Calls for | 03:19:13 |
| 19 | speculation. | 03:19:15 |
| 20 | THE WITNESS:  I do not know. | 03:19:15 |
| 21 | BY MR. SELWYN: | 03:19:16 |
| 22 | Q.  Does that attachment contain any Apple | 03:19:16 |
| 23 | confidential information? | 03:19:19 |
| 24 | MS. KASSABIAN:  Same objection. | 03:19:20 |
| 25 | THE WITNESS:  I do not know. | 03:19:21 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

156

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 03:19:22 |
| 2 | Q.  Why was the attachment sent -- strike that. | 03:19:23 |
| 3 | Why was this e-mail and attachment sent to | 03:19:25 |
| 4 | Bristows? | 03:19:28 |
| 5 | MS. KASSABIAN:  Objection.  Lacks foundation. | 03:19:28 |
| 6 | Calls for speculation. | 03:19:30 |
| 7 | And caution the witness not to disclose any | 03:19:33 |
| 8 | attorney work product or privileged information in your | 03:19:36 |
| 9 | answer. | 03:19:39 |
| 10 | THE WITNESS:  I do not know. | 03:19:41 |
| 11 | BY MR. SELWYN: | 03:19:50 |
| 12 | Q.  Can you offer any explanation at all why | 03:19:50 |
| 13 | Mr. Treacy and Ms. Hopson received this e-mail and its | 03:19:52 |
| 14 | attachment? | 03:19:56 |
| 15 | MS. KASSABIAN:  Objection.  Lacks foundation. | 03:19:57 |
| 16 | Calls for speculation. | 03:20:00 |
| 17 | If you can answer without disclosing | 03:20:02 |
| 18 | attorney-client communications or work product, you may | 03:20:04 |
| 19 | do so. | 03:20:08 |
| 20 | THE WITNESS:  The representation Bristows | 03:20:48 |
| 21 | doesn't say why they received this e-mail, other | 03:20:51 |
| 22 | than to acknowledge that they have received this | 03:20:54 |
| 23 | e-mail and this was not further disseminated by | 03:20:56 |
| 24 | Bristows. | 03:21:00 |
| 25 | BY MR. SELWYN: | 03:21:03 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

157

| | | |
|---|---|---|
| 1 | Q.  So you don't know? | 03:21:03 |
| 2 | MS. KASSABIAN:  Objection.  Asked and | 03:21:04 |
| 3 | answered. | 03:21:07 |
| 4 | You can answer it again. | 03:21:07 |
| 5 | THE WITNESS:  That's all I know about this | 03:21:08 |
| 6 | e-mail with respect to Bristows. | 03:21:09 |
| 7 | (Korea Exhibit 7 was marked for identification.) | 03:21:16 |
| 8 | BY MR. SELWYN: | 03:21:16 |
| 9 | Q.  The court reporter is handing you a copy of | 03:21:17 |
| 10 | Exhibit 7.  Have you seen that document before? | 03:21:19 |
| 11 | A.  Yes. | 03:21:36 |
| 12 | Q.  Have you seen this document in unredacted | 03:21:37 |
| 13 | form? | 03:21:40 |
| 14 | MS. KASSABIAN:  Objection.  Asked and | 03:21:41 |
| 15 | answered. | 03:21:43 |
| 16 | THE WITNESS:  No. | 03:21:45 |
| 17 | BY MR. SELWYN: | 03:21:46 |
| 18 | Q.  This e-mail -- | 03:21:47 |
| 19 | A.  Let me clarify.  Hang on a second.  Give me | 03:21:48 |
| 20 | some more time. | 03:21:53 |
| 21 | You know what, I do not recall receiving this | 03:21:55 |
| 22 | e-mail, although my name appears as a recipient. | 03:21:58 |
| 23 | Q.  This e-mail provided instructions to access an | 03:22:03 |
| 24 | FTP site; correct? | 03:22:06 |
| 25 | MS. KASSABIAN:  Objection.  Calls for | 03:22:10 |

158

| | | |
|---|---|---|
| 1 | speculation. | 03:22:11 |
| 2 | THE WITNESS:  I mean, if you say so.  But I do | 03:22:14 |
| 3 | not have an independent basis to believe that's what | 03:22:16 |
| 4 | this e-mail says, just because everything is redacted | 03:22:18 |
| 5 | except from, send to, and cc fields. | 03:22:24 |
| 6 | BY MR. SELWYN: | 03:22:31 |
| 7 | Q.  Has Samsung conducted any investigation about | 03:22:31 |
| 8 | the use or dissemination of Apple confidential | 03:22:34 |
| 9 | information in connection with Exhibit 7? | 03:22:38 |
| 10 | MS. KASSABIAN:  Objection.  Vague and | 03:22:40 |
| 11 | ambiguous.  Lacks foundation.  Unintelligible. | 03:22:41 |
| 12 | THE WITNESS:  Yeah, I mean to the extent if | 03:22:48 |
| 13 | you represent to me that this e-mail has to do with the | 03:22:51 |
| 14 | FTP site or containing instruction on how to go to FTP | 03:22:54 |
| 15 | site and download one of the subject documents, then I | 03:23:02 |
| 16 | believe that we have -- we did our own study as to who | 03:23:07 |
| 17 | may have received the subject document through that | 03:23:16 |
| 18 | way, and so did other outside law firms. | 03:23:19 |
| 19 | And hang on a second. | 03:23:24 |
| 20 | MS. KASSABIAN:  While he's looking at that -- | 03:23:30 |
| 21 | THE WITNESS:  For instance, Bristows did their | 03:23:33 |
| 22 | own investigation, and they have a representation | 03:23:35 |
| 23 | saying that they went to FTP site on March 26, 2012, | 03:23:38 |
| 24 | and then received the Teece report. | 03:23:46 |
| 25 | MS. KASSABIAN:  Sorry, Mr. Selwyn.  I believe | 03:23:54 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

159

| | | |
|---|---|---|
| 1 | we have not been given a copy of Exhibit 5.  Could we | 03:23:56 |
| 2 | get a copy of that? | 03:24:04 |
| 3 | MR. SELWYN:  I'm not sure what you're talking | 03:24:08 |
| 4 | about. | 03:24:10 |
| 5 | MS. KASSABIAN:  That was their letters. | 03:24:10 |
| 6 | MR. FLINN:  That was their letters. | 03:24:14 |
| 7 | MS. KASSABIAN:  Right.  But, like, a copy of | 03:24:16 |
| 8 | the marked exhibit, I don't have one. | 03:24:17 |
| 9 | MR. SELWYN:  I don't have one to give out. | 03:24:18 |
| 10 | MR. FLINN:  I don't have one. | 03:24:19 |
| 11 | MS. KASSABIAN:  Right.  So I'm asking for one. | 03:24:20 |
| 12 | MR. KOPPELMAN:  But -- | 03:24:22 |
| 13 | MS. KASSABIAN:  I now have to leave it here | 03:24:23 |
| 14 | because you used that copy to be marked.  So I'm asking | 03:24:25 |
| 15 | if I can have a copy of that, if you could have | 03:24:27 |
| 16 | somebody make a copy for us. | 03:24:31 |
| 17 | MR. SELWYN:  Can it wait until the next break? | 03:24:32 |
| 18 | MS. KASSABIAN:  Absolutely.  I was just | 03:24:34 |
| 19 | requesting that. | 03:24:35 |
| 20 | MR. SELWYN:  Okay.  Madam Reporter, if you | 03:24:36 |
| 21 | will mark the next exhibit. | 03:24:38 |
| 22 | (Korea Exhibit 8 was marked for identification.) | 03:24:58 |
| 23 | BY MR. SELWYN: | 03:24:58 |
| 24 | Q.  Do you recognize Exhibit 8 to be an August 1 | 03:24:59 |
| 25 | letter from Robert Becher of Quinn Emanuel? | 03:25:01 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

160

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  So -- I'm sorry.  This is | 03:25:12 |
| 2 | Exhibit 8? | 03:25:14 |
| 3 | MR. SELWYN:  Yes. | 03:25:15 |
| 4 | THE WITNESS:  It's a letter dated | 03:26:23 |
| 5 | August 1st, 2013, written by Robert Becher at | 03:26:25 |
| 6 | Quinn Emanuel to you, Mark Selwyn, at Wilmer Hale. | 03:26:30 |
| 7 | BY MR. SELWYN: | 03:26:33 |
| 8 | Q.  Did you review this letter before it was sent? | 03:26:34 |
| 9 | MS. KASSABIAN:  Objection to the extent it's | 03:26:40 |
| 10 | calling for attorney-client communication. | 03:26:42 |
| 11 | You can answer. | 03:26:47 |
| 12 | BY MR. SELWYN: | 03:26:47 |
| 13 | Q.  What steps did Samsung take to investigate the | 03:26:48 |
| 14 | use and dissemination of the improperly redacted Teece | 03:26:50 |
| 15 | report before this August 1st letter was sent? | 03:26:52 |
| 16 | A.  Could you repeat that. | 03:26:56 |
| 17 | Q.  Yes.  What steps did Samsung take to | 03:26:58 |
| 18 | investigate the use and dissemination of the improperly | 03:27:00 |
| 19 | redacted Teece report before the August 1st letter was | 03:27:03 |
| 20 | sent? | 03:27:07 |
| 21 | MS. KASSABIAN:  I'm going to object again to | 03:27:07 |
| 22 | continuation of this improper line of questioning | 03:27:09 |
| 23 | focused on the investigation rather than the actual | 03:27:13 |
| 24 | subject matter that we're here to talk about, which is | 03:27:16 |
| 25 | Samsung's use and dissemination of the confidential | 03:27:19 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

161

| | | |
|---|---|---|
| 1 | information, including the use of confidential | 03:27:26 |
| 2 | information in any proceeding before the ITC or any | 03:27:29 |
| 3 | court or jurisdiction outside the United States. | 03:27:32 |
| 4 | You've spent a lot of time here asking him questions | 03:27:34 |
| 5 | regarding outside counsel's investigation that are not | 03:27:37 |
| 6 | part of his topic and that are inappropriate. | 03:27:41 |
| 7 | MR. SELWYN:  I disagree. | 03:27:43 |
| 8 | BY MR. SELWYN: | 03:27:43 |
| 9 | Q.  You can answer. | 03:27:45 |
| 10 | MS. KASSABIAN:  If you have any personal | 03:27:46 |
| 11 | knowledge of the question that would not require you to | 03:27:48 |
| 12 | disclose work product or attorney-client | 03:27:52 |
| 13 | communications, you may answer. | 03:27:56 |
| 14 | THE WITNESS:  I don't know all the details, | 03:28:02 |
| 15 | and I'm not the document production person, but this | 03:28:03 |
| 16 | letter makes it clear that the Quinn Emanuel and | 03:28:06 |
| 17 | Samsung is doing investigations, and it is providing, | 03:28:09 |
| 18 | through Attachment A, the recipient of the partially | 03:28:12 |
| 19 | redacted Teece report. | 03:28:19 |
| 20 | BY MR. SELWYN: | 03:28:26 |
| 21 | Q.  Other than what you can read in this letter to | 03:28:26 |
| 22 | us, do you know what steps were taken to prevent the | 03:28:28 |
| 23 | dissemination and use of the improperly redacted Teece | 03:28:32 |
| 24 | report prior to August 1st? | 03:28:35 |
| 25 | MS. KASSABIAN:  Same objection to this | 03:28:36 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

162

| | | |
|---|---|---|
| 1 | improper line of questioning. | 03:28:37 |
| 2 | And I caution the witness not to speculate and | 03:28:39 |
| 3 | not to disclose any attorney work product or | 03:28:42 |
| 4 | attorney-client communications. | 03:28:44 |
| 5 | THE WITNESS:  Yes, as I stated several times | 03:28:50 |
| 6 | before, I do not know the details, and I'm not | 03:28:52 |
| 7 | designated to testify with respect to document | 03:28:54 |
| 8 | collections.  But I think I already answered to you | 03:28:58 |
| 9 | about my general understanding about the steps that | 03:29:04 |
| 10 | Samsung has taken. | 03:29:06 |
| 11 | BY MR. SELWYN: | 03:29:07 |
| 12 | Q.  Which Samsung employees accessed the FTP site | 03:29:07 |
| 13 | referenced in Exhibit A? | 03:29:11 |
| 14 | A.  There is a document that you would have | 03:29:41 |
| 15 | somewhere. | 03:29:42 |
| 16 | MS. KASSABIAN:  Oh, you have your own copies. | 03:29:49 |
| 17 | I'm sorry. | 03:30:03 |
| 18 | THE WITNESS:  I'm not sure I can break that | 03:30:03 |
| 19 | down.  Although, we were trying to capture people who | 03:30:05 |
| 20 | had received a redacted -- partially redacted Teece | 03:30:09 |
| 21 | report or the Samsung public interest brief either | 03:30:13 |
| 22 | through mail or through downloading of FTP. | 03:30:17 |
| 23 | BY MR. SELWYN: | 03:30:22 |
| 24 | Q.  And my question to you is:  Which Samsung | 03:30:22 |
| 25 | employees accessed the FTP site referenced in | 03:30:25 |

163

| | | |
|---|---|---|
| 1 | Exhibit A? | 03:30:28 |
| 2 | MS. KASSABIAN:  Objection.  Asked and | 03:30:29 |
| 3 | answered. | 03:30:30 |
| 4 | BY MR. SELWYN: | 03:30:31 |
| 5 | Q.  Do you know? | 03:30:31 |
| 6 | A.  To the extent you are saying Exhibit 7 | 03:30:37 |
| 7 | contains the instruction to access FTP site, again my | 03:30:40 |
| 8 | answer is that I'm not sure I can break that down.  But | 03:30:46 |
| 9 | I think we have identified universe of Samsung | 03:30:50 |
| 10 | employees who had received the partially redacted Teece | 03:30:54 |
| 11 | report or the Samsung public interest documents from | 03:31:04 |
| 12 | e-mails sent by Quinn Emanuel or, in the case of Teece | 03:31:09 |
| 13 | report, downloaded from FTP site. | 03:31:14 |
| 14 | Q.  Which Samsung employees downloaded the Teece | 03:31:18 |
| 15 | report posted on the FTP site? | 03:31:23 |
| 16 | MS. KASSABIAN:  Objection.  Asked and answered | 03:31:26 |
| 17 | twice. | 03:31:27 |
| 18 | You can answer a third time. | 03:31:27 |
| 19 | THE WITNESS:  You can refer to my previous | 03:31:29 |
| 20 | answers. | 03:31:30 |
| 21 | BY MR. SELWYN: | 03:31:31 |
| 22 | Q.  I just need an answer.  Do you know? | 03:31:31 |
| 23 | MS. KASSABIAN:  You can answer again. | 03:31:33 |
| 24 | THE WITNESS:  I told you, I cannot -- I cannot | 03:31:34 |
| 25 | tell you which ones received the partially redacted | 03:31:37 |

164

| | | |
|---|---|---|
| 1 | Teece report through FTP site, but I'm telling you that | 03:31:41 |
| 2 | the universe of Samsung employees that we have | 03:31:46 |
| 3 | identified include those employees who have downloaded | 03:31:51 |
| 4 | partially redacted Teece report from the FTP site. | 03:32:01 |
| 5 | (Korea Exhibit 9 was marked for identification.) | 03:32:12 |
| 6 | BY MR. SELWYN: | 03:32:34 |
| 7 | Q.  You've been handed what's been marked as | 03:32:34 |
| 8 | Exhibit 9.  Do you recognize it? | 03:32:36 |
| 9 | A.  This is an e-mail sent by Guy Eddon at | 03:32:55 |
| 10 | Quinn Emanuel on Saturday, December 22nd, 2012, to | 03:33:01 |
| 11 | Daniel Shim, copied to Tom Pease and Alex Baxter, and I | 03:33:05 |
| 12 | do not know the -- what the subject matter was because | 03:33:14 |
| 13 | it is redacted, but has an attachment that has a title | 03:33:18 |
| 14 | of Redacted Rebuttal Report of David Teece," and also | 03:33:23 |
| 15 | had a redacted expert report of David Teece, Samsung v. | 03:33:33 |
| 16 | Apple.pdf. | 03:33:40 |
| 17 | Q.  Does Exhibit 9 contain or attach any | 03:33:42 |
| 18 | confidential Apple information? | 03:33:45 |
| 19 | MS. KASSABIAN:  Objection.  Calls for | 03:33:53 |
| 20 | speculation. | 03:33:56 |
| 21 | THE WITNESS:  That is the assertion.  I cannot | 03:33:57 |
| 22 | tell you for sure. | 03:33:59 |
| 23 | BY MR. SELWYN: | 03:34:01 |
| 24 | Q.  Why did Mr. Eddon at Quinn Emanuel send | 03:34:01 |
| 25 | Mr. Shim a copy of the improperly redacted Teece | 03:34:06 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

165

| | | |
|---|---|---|
| 1 | report? | 03:34:09 |
| 2 | MS. KASSABIAN:  Objection.  Calls for | 03:34:11 |
| 3 | attorney-client communications and work product. | 03:34:12 |
| 4 | You can answer provided that you do not | 03:34:15 |
| 5 | disclose any such privileged or work product | 03:34:18 |
| 6 | information and if you know. | 03:34:22 |
| 7 | THE WITNESS:  I do not know. | 03:34:25 |
| 8 | BY MR. SELWYN: | 03:34:33 |
| 9 | Q.  Did Mr. Shim request a copy? | 03:34:33 |
| 10 | MS. KASSABIAN:  Objection.  Do you mean from | 03:34:35 |
| 11 | Mr. Eddon? | 03:34:38 |
| 12 | BY MR. SELWYN: | 03:34:38 |
| 13 | Q.  Did Mr. Shim request a copy of the Teece | 03:34:42 |
| 14 | report -- | 03:34:45 |
| 15 | MS. KASSABIAN:  From whom? | 03:34:45 |
| 16 | MR. SELWYN:  Can I finish the question? | 03:34:46 |
| 17 | BY MR. SELWYN: | 03:34:46 |
| 18 | Q.  -- from Mr. Eddon or anybody else at | 03:34:46 |
| 19 | Quinn Emanuel? | 03:34:48 |
| 20 | MS. KASSABIAN:  Objection. | 03:34:48 |
| 21 | You can only answer if you can do so without | 03:34:50 |
| 22 | disclosing attorney-client communication. | 03:34:53 |
| 23 | THE WITNESS:  I cannot tell from this | 03:34:55 |
| 24 | Exhibit 9. | 03:34:57 |
| 25 | BY MR. SELWYN: | 03:34:57 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

166

| | | |
|---|---|---|
| 1 | Q.  Have you talked to Mr. Shim about Exhibit 9? | 03:35:04 |
| 2 | MS. KASSABIAN:  Objection.  Calls for | 03:35:07 |
| 3 | attorney-client communications. | 03:35:14 |
| 4 | Obviously, you can discuss your 30(b)(6) | 03:35:15 |
| 5 | interview with Mr. Shim, but I caution you not to | 03:35:18 |
| 6 | disclose any work product or attorney-client | 03:35:21 |
| 7 | communications that you may have had with Mr. Shim | 03:35:24 |
| 8 | previous to the investigation. | 03:35:26 |
| 9 | THE WITNESS:  No. | 03:35:30 |
| 10 | BY MR. SELWYN: | 03:35:45 |
| 11 | Q.  What did Mr. Shim do with a copy of the Teece | 03:35:45 |
| 12 | report that he received from Mr. Eddon? | 03:35:48 |
| 13 | MS. KASSABIAN:  Same objection. | 03:35:53 |
| 14 | You can answer regarding your interview with | 03:35:55 |
| 15 | Mr. Shim, but I caution you not to disclose any prior | 03:35:57 |
| 16 | attorney-client privileged or work product information | 03:36:01 |
| 17 | you may have. | 03:36:04 |
| 18 | MR. SELWYN:  And again I disagree with that | 03:36:05 |
| 19 | instruction. | 03:36:07 |
| 20 | THE WITNESS:  He certainly does not recall the | 03:36:23 |
| 21 | alleged Apple-Nokia license terms within the Teece | 03:36:25 |
| 22 | report for any purpose. | 03:36:30 |
| 23 | BY MR. SELWYN: | 03:36:35 |
| 24 | Q.  What did Mr. Shim do with the Teece report | 03:36:35 |
| 25 | when he received it? | 03:36:37 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

167

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  Again, objection to the extent | 03:36:44 |
| 2 | it calls for attorney-client communications or work | 03:36:46 |
| 3 | product. | 03:36:50 |
| 4 | But in connection with your investigation | 03:36:50 |
| 5 | interview with Mr. Shim, you can answer if you know. | 03:36:52 |
| 6 | THE WITNESS:  I am here to speak on the | 03:37:05 |
| 7 | dissemination of or use or lack thereof by Samsung of | 03:37:06 |
| 8 | the confidential information in question, so I do not | 03:37:11 |
| 9 | know what Mr. Shim did with respect to the entire Teece | 03:37:14 |
| 10 | report.  But with respect to Apple-Nokia confidential | 03:37:20 |
| 11 | license terms allegedly contained within the Teece | 03:37:25 |
| 12 | report, Mr. Shim does not recall using that information | 03:37:27 |
| 13 | for any purpose. | 03:37:33 |
| 14 | BY MR. SELWYN: | 03:37:35 |
| 15 | Q.  Did Mr. Shim review the Teece report when he | 03:37:35 |
| 16 | received it from Mr. Eddon? | 03:37:39 |
| 17 | MS. KASSABIAN:  Hold on a second. | 03:37:54 |
| 18 | You can answer. | 03:37:54 |
| 19 | THE WITNESS:  Specific to this e-mail, I don't | 03:37:55 |
| 20 | know. | 03:37:57 |
| 21 | BY MR. SELWYN: | 03:37:57 |
| 22 | Q.  How did Mr. Shim use the Teece report that he | 03:37:57 |
| 23 | received from Mr. Eddon? | 03:38:00 |
| 24 | A.  Again, I can -- you know, with respect to the | 03:38:01 |
| 25 | alleged Apple-Nokia licensing terms allegedly contained | 03:38:09 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

168

| | | |
|---|---|---|
| 1 | in the Teece report, Mr. Shim does not recall using | 03:38:12 |
| 2 | that information for any purpose. With respect to | 03:38:15 |
| 3 | other information that is contained in the Teece | 03:38:22 |
| 4 | report, I do not know. | 03:38:26 |
| 5 | Q. Did anyone at Quinn Emanuel ever ask Mr. Shim | 03:38:27 |
| 6 | to delete the Teece report that he received from | 03:38:30 |
| 7 | Mr. Eddon? | 03:38:33 |
| 8 | MS. KASSABIAN: And I'll caution you not to | 03:38:34 |
| 9 | disclose any attorney-client communications in your | 03:38:35 |
| 10 | answer. | 03:38:38 |
| 11 | THE WITNESS: I do not know. | 03:38:41 |
| 12 | BY MR. SELWYN: | 03:38:43 |
| 13 | Q. Did you ask Mr. Shim whether anyone at | 03:38:44 |
| 14 | Quinn Emanuel ever asked him to delete the Teece report | 03:38:46 |
| 15 | he received from Mr. Eddon? | 03:38:49 |
| 16 | MS. KASSABIAN: Same instruction. I'll | 03:38:52 |
| 17 | caution you not to disclose any attorney-client | 03:38:55 |
| 18 | communications or work product. But you can answer. | 03:38:57 |
| 19 | THE WITNESS: No, I do not believe I asked | 03:39:04 |
| 20 | Daniel Shim that question. | 03:39:06 |
| 21 | BY MR. SELWYN: | 03:39:16 |
| 22 | Q. Have you asked anybody at Quinn Emanuel why it | 03:39:16 |
| 23 | sent the Teece report to Mr. Shim? | 03:39:20 |
| 24 | MS. KASSABIAN: And I'll object again. | 03:39:24 |
| 25 | To the extent you know, don't disclose any | 03:39:26 |

169

| | | |
|---|---|---|
| 1 | attorney-client communications or work product.  But | 03:39:29 |
| 2 | you may answer otherwise. | 03:39:34 |
| 3 | THE WITNESS:  No. | 03:39:42 |
| 4 | BY MR. SELWYN: | 03:39:42 |
| 5 | Q.  Did Mr. Shim ever delete the Teece report he | 03:39:42 |
| 6 | received from Mr. Eddon? | 03:39:45 |
| 7 | A.  I'm sorry.  Could you repeat that, please. | 03:39:47 |
| 8 | Q.  Did Mr. Shim ever delete the Teece report he | 03:39:49 |
| 9 | received from Mr. Eddon? | 03:39:53 |
| 10 | MS. KASSABIAN:  Objection.  Beyond the scope. | 03:39:55 |
| 11 | Calls for speculation. | 03:39:57 |
| 12 | THE WITNESS:  I have no basis to believe that | 03:40:01 |
| 13 | he deleted anything. | 03:40:03 |
| 14 | (Korea Exhibit 10 was marked for identification.) | 03:40:56 |
| 15 | BY MR. SELWYN: | 03:40:56 |
| 16 | Q.  Do you recognize Exhibit 10? | 03:40:58 |
| 17 | A.  This is an e-mail sent by Guy Eddon at | 03:41:19 |
| 18 | Quinn Emanuel on Friday, January 4, 2013, to | 03:41:23 |
| 19 | Daniel Shim, copied to Tom Pease and Alex Baxter. | 03:41:28 |
| 20 | And I do not know what this concerns with, | 03:41:42 |
| 21 | other than this e-mail states that there was an | 03:41:44 |
| 22 | attachment named "Redacted Expert Report of David | 03:41:50 |
| 23 | Teece, Samsung Versus Apple Redacted.pdf." | 03:41:55 |
| 24 | /// | 03:42:00 |
| 25 | BY MR. SELWYN: | 03:42:00 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

170

| | | |
|---|---|---|
| 1 | Q.  Who were the Samsung recipients of this e-mail | 03:42:00 |
| 2 | from Mr. Eddon? | 03:42:04 |
| 3 | MS. KASSABIAN:  I'm sorry.  Can you restate | 03:42:06 |
| 4 | that question? | 03:42:08 |
| 5 | Q.  Who at Samsung received this e-mail from | 03:42:09 |
| 6 | Mr. Eddon? | 03:42:12 |
| 7 | A.  It states Daniel Shim. | 03:42:15 |
| 8 | Q.  Mr. Shim is the only recipient from Samsung; | 03:42:18 |
| 9 | correct? | 03:42:24 |
| 10 | A.  As far as I can see, that is correct. | 03:42:25 |
| 11 | Q.  Why did Mr. Eddon send another copy of the | 03:42:29 |
| 12 | Teece report to Mr. Shim? | 03:42:31 |
| 13 | MS. KASSABIAN:  Objection.  Calls for | 03:42:36 |
| 14 | speculation.  Outside the scope. | 03:42:37 |
| 15 | THE WITNESS:  I do not know for sure. | 03:42:42 |
| 16 | BY MR. SELWYN: | 03:42:43 |
| 17 | Q.  As part of your preparation for today's | 03:42:44 |
| 18 | deposition, did you investigate why Mr. Eddon sent | 03:42:45 |
| 19 | another copy of the Teece report to Mr. Shim? | 03:42:50 |
| 20 | MS. KASSABIAN:  Again, I'm going to object as | 03:42:53 |
| 21 | beyond the scope since, again, Mr. Selwyn is focusing | 03:42:56 |
| 22 | on investigations rather than actual use and | 03:43:00 |
| 23 | dissemination. | 03:43:02 |
| 24 | Also going to object because Mr. Shim was | 03:43:04 |
| 25 | deposed for a full day yesterday.  But, of course -- | 03:43:08 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

171

| | | |
|---|---|---|
| 1 | So you can answer if you know and without | 03:43:12 |
| 2 | disclosing privileged or work product communications. | 03:43:16 |
| 3 | THE WITNESS:  I believe that Daniel had need | 03:43:20 |
| 4 | for this document sometime around this time frame for | 03:43:22 |
| 5 | another case, but details of which I'm not privy to. | 03:43:25 |
| 6 | So, you know, you guys, since you had him, I'm sure you | 03:43:30 |
| 7 | had asked him questions.  But that's all I know. | 03:43:33 |
| 8 | BY MR. SELWYN: | 03:43:35 |
| 9 | Q.  What other case? | 03:43:35 |
| 10 | A.  Some sort of semiconductor case.  I think | 03:43:39 |
| 11 | MicroUnity, I believe.  I don't know the details. | 03:43:48 |
| 12 | Q.  Have you had any communications with Mr. Shim | 03:43:50 |
| 13 | about Exhibit 10? | 03:43:54 |
| 14 | A.  No. | 03:43:55 |
| 15 | MS. KASSABIAN:  I'm just going to object that | 03:43:59 |
| 16 | that is a vague question.  This specific document? | 03:44:01 |
| 17 | THE WITNESS:  With respect to this one, I do | 03:44:07 |
| 18 | not -- let me restate the answer. | 03:44:10 |
| 19 | With respect to this Exhibit 10, I do not -- I | 03:44:13 |
| 20 | did not have any specific conversation with | 03:44:16 |
| 21 | Daniel Shim. | 03:44:19 |
| 22 | BY MR. SELWYN: | 03:44:19 |
| 23 | Q.  Did Mr. Eddon know as of January 4, 2013, that | 03:44:19 |
| 24 | the Teece report that he attached was improperly | 03:44:24 |
| 25 | redacted? | 03:44:27 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

172

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  Objection.  Calls for | 03:44:28 |
| 2 | speculation.  Lacks foundation. | 03:44:32 |
| 3 | THE WITNESS:  I do not know. | 03:44:34 |
| 4 | BY MR. SELWYN: | 03:44:35 |
| 5 | Q.  Did anybody at Quinn Emanuel know as of | 03:44:35 |
| 6 | January 4, 2013, that the Teece report attached to | 03:44:38 |
| 7 | Exhibit 10 was improperly redacted? | 03:44:42 |
| 8 | MS. KASSABIAN:  Objection.  Calls for | 03:44:46 |
| 9 | speculation.  Lacks foundation.  And, again, this whole | 03:44:47 |
| 10 | line of questioning is beyond the scope. | 03:44:50 |
| 11 | THE WITNESS:  I have no basis to believe that | 03:45:33 |
| 12 | Mr. Eddon or anyone else at Quinn Emanuel knew that the | 03:45:35 |
| 13 | Teece report was only partially redacted at the time of | 03:45:40 |
| 14 | this e-mail. | 03:45:44 |
| 15 | (Korea Exhibit 11 was marked for identification.) | 03:46:09 |
| 16 | BY MR. SELWYN: | 03:46:09 |
| 17 | Q.  You've been handed what's been marked as | 03:46:09 |
| 18 | Exhibit 10.  Do you recognize that? | 03:46:11 |
| 19 | MR. FLINN:  10 or 11? | 03:46:24 |
| 20 | THE WITNESS:  11. | 03:46:27 |
| 21 | BY MR. SELWYN: | 03:46:28 |
| 22 | Q.  Mr. Korea, you have been handed what's been | 03:46:28 |
| 23 | marked as Exhibit 11, which is Bates numbered 12355. | 03:46:31 |
| 24 | Do you recognize it? | 03:46:36 |
| 25 | A.  This is a copy of an e-mail sent by Ari, | 03:46:37 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

173

| | | |
|---|---|---|
| 1 | A-R-I, Zymelman, Z-Y-M-E-L-M-A-N, at WC.com.  That | 03:46:41 |
| 2 | probably means William Connolly, but I do not know for | 03:46:51 |
| 3 | sure.  Sent on Sunday, March 31, 2013. | 03:46:57 |
| 4 |     Q.  Who were the Samsung recipients of this | 03:47:04 |
| 5 | e-mail? | 03:47:07 |
| 6 |     A.  Indon Kang, I-N-D-O-N, Kang, K-A-N-G.  And | 03:47:22 |
| 7 | then e-mail was cc'd to Injung Lee, I-N-J-U-N-G, Lee, | 03:47:35 |
| 8 | L-E-E; Brian Kim; James Shim; Rosa Kim; Kyungman Kim, | 03:47:41 |
| 9 | K-Y-U-N-G-M-A-N, Kim, K-I-M; Jinhwan, J-I-N-H-W-A-N, | 03:48:07 |
| 10 | Kwak, K-W-A-K; and Jehun Han, J-E-H-U-N, and then | 03:48:28 |
| 11 | H-A-N. | 03:48:47 |
| 12 |     These are phonetical.  Okay.  Just for the | 03:48:47 |
| 13 | record, I am just simply translating Korean names into | 03:48:50 |
| 14 | English phonetically, so the spelling may not be | 03:48:56 |
| 15 | correct. | 03:48:58 |
| 16 |     And Bruce Genderson, I do not recognize.  I do | 03:49:01 |
| 17 | not know whether he is a Samsung person.  Kevin Hardy. | 03:49:06 |
| 18 | Again, I do not know whether Mr. Hardy works for | 03:49:10 |
| 19 | Samsung.  And then Stanley Fisher.  I also do not know | 03:49:13 |
| 20 | whether he works for Samsung. | 03:49:17 |
| 21 |     MR. SELWYN:  I think we have to change the | 03:49:22 |
| 22 | tape, so I will take a break. | 03:49:24 |
| 23 |     THE VIDEOGRAPHER:  This marks the end of DVD | 03:49:25 |
| 24 | No. 2 in the deposition of Kenneth Korea.  Going off | 03:49:28 |
| 25 | the record.  The time is 3:49. | 03:49:32 |

174

|   |   |   |
|---|---|---|
| 1 | (A brief recess was taken.) | 04:10:42 |
| 2 | THE VIDEOGRAPHER:  Back on the record.  Here | 04:10:42 |
| 3 | begins DVD No. 3 in the deposition of Kenneth Korea. | 04:10:44 |
| 4 | The time is 4:10. | 04:10:48 |
| 5 | MS. KASSABIAN:  So we just had a colloquy off | 04:10:51 |
| 6 | the record that I'd like to memorialize on the record. | 04:10:54 |
| 7 | Mr. Flinn, do you want to state your | 04:10:56 |
| 8 | information? | 04:10:58 |
| 9 | MR. FLINN:  Well, there's two issues. | 04:10:59 |
| 10 | It's a little after 4:00 o'clock, 4:12 | 04:11:04 |
| 11 | according to my chronometer.  The court reporter tells | 04:11:07 |
| 12 | me we have about three hours already on the record, | 04:11:11 |
| 13 | which means we're -- four hours on the record.  So that | 04:11:14 |
| 14 | means we'd be going to 7:00 o'clock if we were to do a | 04:11:16 |
| 15 | seven-hour day, with no more breaks between now and | 04:11:20 |
| 16 | then. | 04:11:23 |
| 17 | I had a discussion with Mr. Selwyn in terms of | 04:11:24 |
| 18 | the number of topics and areas e has to go into, and my | 04:11:29 |
| 19 | understanding is that he, by himself, could use up that | 04:11:32 |
| 20 | day and probably more.  I have a fair amount to cover, | 04:11:37 |
| 21 | too, and I want to make sure that while we have the | 04:11:40 |
| 22 | witness here, that on behalf of Nokia I get some | 04:11:43 |
| 23 | opportunity to ask questions. | 04:11:47 |
| 24 | So what's going to happen is, at some point | 04:11:48 |
| 25 | Mr. Selwyn and I are going to agree when he is going to | 04:11:53 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

175

| | | |
|---|---|---|
| 1 | stop and transfer to me, and in doing so, I believe | 04:11:56 |
| 2 | Mr. Selwyn is going to reserve his right to continue | 04:12:00 |
| 3 | asking questions. | 04:12:04 |
| 4 | I'm pretty sure I won't be finished by the | 04:12:05 |
| 5 | time is seven hours is up, by the time we reach 7:00 or | 04:12:07 |
| 6 | even 8:00 o'clock, for a couple of reasons. They | 04:12:11 |
| 7 | include and are not necessarily limited to the volume | 04:12:13 |
| 8 | of questions to ask the witness, as well as the fact | 04:12:16 |
| 9 | that we haven't gotten all the documents that were | 04:12:20 |
| 10 | ordered to be produced under Judge Grewal's order. | 04:12:23 |
| 11 | MS. KASSABIAN: And so I'll just state for the | 04:12:30 |
| 12 | record that obviously we disagree. We do not agree | 04:12:33 |
| 13 | that it would be necessary or appropriate for our | 04:12:41 |
| 14 | 30(b)(6) witness to come back for another day. The | 04:12:46 |
| 15 | Court awarded -- ordered a single 30(b)(6) deposition | 04:12:49 |
| 16 | to take place, and that's what we're doing. There was | 04:12:54 |
| 17 | no multi-day deposition ordered, and you all knew how | 04:12:59 |
| 18 | much time you had, seven hours on the record. | 04:13:04 |
| 19 | We've been now going for about four hours, and | 04:13:07 |
| 20 | we haven't even really started on the actual 30(b)(6) | 04:13:10 |
| 21 | topic, which is Samsung's use and dissemination of this | 04:13:14 |
| 22 | specific confidential information at issue here. So it | 04:13:20 |
| 23 | is Samsung's position that Apple and Nokia have wasted | 04:13:23 |
| 24 | the last four hours asking questions like, you know, | 04:13:27 |
| 25 | why is Quinn Emanuel making certain redactions, as | 04:13:30 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

176

| | | |
|---|---|---|
| 1 | outside counsel, on documents they are producing. | 04:13:33 |
| 2 | So it is our position that Apple has | 04:13:36 |
| 3 | squandered that time, and to their detriment, and we | 04:13:40 |
| 4 | are willing and able to stay here as late as it takes | 04:13:44 |
| 5 | to get in our seven hours on the record.  It sounds | 04:13:47 |
| 6 | like that will happen around 7:00 or 7:30 this evening. | 04:13:50 |
| 7 | We might be willing to entertain a few minutes over, if | 04:13:54 |
| 8 | that's necessary or helpful for anyone, but we don't | 04:13:57 |
| 9 | agree that we will bring Mr. Korea back for a different | 04:14:00 |
| 10 | or separate day of deposition under any circumstances. | 04:14:05 |
| 11 | MR. SELWYN:  I will add to Mr. Flinn's | 04:14:11 |
| 12 | comments that I disagree with your characterizations of | 04:14:14 |
| 13 | the questions that I have been asking.  They are well | 04:14:16 |
| 14 | within the scope of the 30(b)(6) topic.  I'm afraid you | 04:14:20 |
| 15 | have an improperly narrow view of what is appropriate | 04:14:23 |
| 16 | questions within the topic. | 04:14:28 |
| 17 | This is not a deposition for Mr. Korea to say | 04:14:30 |
| 18 | whatever you have prepared him to say, but it is an | 04:14:35 |
| 19 | opportunity for Mr. Flinn and myself to ask questions, | 04:14:38 |
| 20 | as Judge Grewal allowed us to, on the subject matter in | 04:14:44 |
| 21 | his order, and that's what we have been -- that's what | 04:14:48 |
| 22 | I've been doing and will do during the rest of this | 04:14:50 |
| 23 | dep. | 04:14:55 |
| 24 | MS. KASSABIAN:  And so again, just to respond | 04:14:58 |
| 25 | to that, we haven't even scratched the surface of | 04:15:04 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

177

| | | |
|---|---|---|
| 1 | things like the dissemination of the documents and the | 04:15:07 |
| 2 | use of the documents, and I feel like every time we get | 04:15:11 |
| 3 | close to that topic, I feel like Mr. Selwyn is veering | 04:15:14 |
| 4 | away into another off-topic question. | 04:15:18 |
| 5 | So, again, if you are concerned that you won't | 04:15:21 |
| 6 | finish, then I suggest you get right to the point right | 04:15:24 |
| 7 | now and go ahead and start asking questions directly on | 04:15:27 |
| 8 | topic and make the use of your last three hours because | 04:15:30 |
| 9 | it's our position that after today the deposition is | 04:15:33 |
| 10 | over. | 04:15:36 |
| 11 | MR. SELWYN:  Well, in that case, I suggest | 04:15:37 |
| 12 | that you take a break and instruct the witness to | 04:15:38 |
| 13 | answer the questions that I've been asking. | 04:15:40 |
| 14 | BY MR. SELWYN: | 04:15:40 |
| 15 | Q.  Sir, could you put Exhibit 11 in front of you, | 04:15:44 |
| 16 | please. | 04:15:46 |
| 17 | A.  Yes, I have. | 04:15:55 |
| 18 | Q.  Does Exhibit 11 contain any confidential Apple | 04:15:56 |
| 19 | information in its unredacted form? | 04:16:02 |
| 20 | MS. KASSABIAN:  So I'm going to object.  This | 04:16:07 |
| 21 | is another example of an inappropriate question.  I | 04:16:08 |
| 22 | believe there has been meet-and-confer correspondence | 04:16:13 |
| 23 | on this issue with Quinn Emanuel, who is the law firm | 04:16:16 |
| 24 | that applied the redactions.  It's a complete waste of | 04:16:18 |
| 25 | time to be asking that question of Mr. Korea when you | 04:16:22 |

178

| | | |
|---|---|---|
| 1 | know he has not seen the information under the | 04:16:25 |
| 2 | redactions prior to the production of these documents. | 04:16:27 |
| 3 | And to the extent he may be a recipient on any of these | 04:16:32 |
| 4 | documents, he has already told you that he does not | 04:16:35 |
| 5 | recall receiving them in the first instance. | 04:16:38 |
| 6 | MR. SELWYN:  Well, I don't know how I can find | 04:16:40 |
| 7 | out about the use and dissemination of Apple's | 04:16:42 |
| 8 | confidential information if the witness is not | 04:16:45 |
| 9 | knowledgeable about documents like this. | 04:16:47 |
| 10 | MS. KASSABIAN:  I guess you could ask about | 04:16:48 |
| 11 | the use and dissemination rather than asking about | 04:16:50 |
| 12 | legal techniques for redactions. | 04:16:52 |
| 13 | MR. SELWYN:  I didn't ask that. | 04:16:54 |
| 14 | BY MR. SELWYN: | 04:16:56 |
| 15 | Q.  You may answer the question, sir. | 04:16:56 |
| 16 | MS. KASSABIAN:  Please repeat. | 04:16:57 |
| 17 | BY MR. SELWYN: | 04:17:05 |
| 18 | Q.  Does Exhibit 11 contain any Apple confidential | 04:17:06 |
| 19 | information in its unredacted form? | 04:17:11 |
| 20 | MS. KASSABIAN:  I'm going to object, also, as | 04:17:13 |
| 21 | vague. | 04:17:16 |
| 22 | I assume you're talking about just the | 04:17:17 |
| 23 | single-page Exhibit 11, not the entire e-mail with | 04:17:19 |
| 24 | attachments, for instance? | 04:17:22 |
| 25 | MR. SELWYN:  Right now I'm asking about the | 04:17:24 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

179

| | | |
|---|---|---|
| 1 | e-mail. | 04:17:25 |
| 2 | MS. KASSABIAN:  So just the single page. | 04:17:26 |
| 3 | Okay. | 04:17:26 |
| 4 | So again object as lacking foundation and | 04:17:27 |
| 5 | calling for speculation. | 04:17:30 |
| 6 | And to the extent you can answer without | 04:17:33 |
| 7 | disclosing attorney-client communication or work | 04:17:34 |
| 8 | product, please do. | 04:17:37 |
| 9 | THE WITNESS:  I cannot tell whether this | 04:17:40 |
| 10 | e-mail contains any confidential information because it | 04:17:44 |
| 11 | does not appear that my name appears as one of the | 04:17:50 |
| 12 | recipients of this e-mail, and so it is unlikely that I | 04:17:53 |
| 13 | had received this e-mail in an unredacted form. | 04:17:59 |
| 14 | And as far as Exhibit 11 goes, subject line is | 04:18:06 |
| 15 | redacted, and then I think one of the attachments is | 04:18:08 |
| 16 | redacted, and then the body of the e-mail is totally | 04:18:12 |
| 17 | blacked out.  So I cannot say that whether this e-mail | 04:18:17 |
| 18 | contains any confidential information. | 04:18:22 |
| 19 | BY MR. SELWYN: | 04:18:26 |
| 20 | Q.  Can you speak to the dissemination of and use | 04:18:27 |
| 21 | by Samsung of any Apple confidential information in | 04:18:30 |
| 22 | this e-mail? | 04:18:35 |
| 23 | MS. KASSABIAN:  Objection.  Vague and | 04:18:36 |
| 24 | ambiguous and mischaracterizes the witness's testimony. | 04:18:41 |
| 25 | THE WITNESS:  So your question is -- I mean, | 04:18:46 |

180

| | | |
|---|---|---|
| 1 | this e-mail makes it clear that who at Samsung received | 04:18:47 |
| 2 | these -- this particular e-mail.  Is your question | 04:18:52 |
| 3 | going to whether this e-mail, once received, has been | 04:18:57 |
| 4 | forwarded to anyone else? | 04:19:01 |
| 5 | BY MR. SELWYN: | 04:19:01 |
| 6 | Q.  No. | 04:19:05 |
| 7 | Can you speak to the dissemination and use of | 04:19:07 |
| 8 | Apple's confidential information in this e-mail? | 04:19:10 |
| 9 | MS. KASSABIAN:  Objection.  Mischaracterizes | 04:19:14 |
| 10 | his testimony. | 04:19:16 |
| 11 | THE WITNESS:  I do not believe that I | 04:19:19 |
| 12 | testified that this e-mail contains any Apple | 04:19:20 |
| 13 | confidential information. | 04:19:28 |
| 14 | BY MR. SELWYN: | 04:19:28 |
| 15 | Q.  Do you know whether this e-mail contains any | 04:19:28 |
| 16 | Apple confidential information? | 04:19:30 |
| 17 | MS. KASSABIAN:  Objection.  Lacks foundation. | 04:19:34 |
| 18 | Asked and answered.  Calls for speculation. | 04:19:36 |
| 19 | THE WITNESS:  Not from this e-mail. | 04:19:37 |
| 20 | BY MR. SELWYN: | 04:19:39 |
| 21 | Q.  Are you familiar with something called the | 04:19:40 |
| 22 | Apple -- strike that. | 04:19:42 |
| 23 | Are you familiar with something called the | 04:19:43 |
| 24 | Nokia-Apple license memo? | 04:19:46 |
| 25 | A.  No, I'm not. | 04:19:49 |

181

| | | |
|---|---|---|
| 1 | (Korea Exhibit 12 was marked for identification.) | 04:20:10 |
| 2 | BY MR. SELWYN: | 04:20:10 |
| 3 | Q.  You've been handed what's been marked as | 04:20:11 |
| 4 | Exhibit 12.  Do you recognize this document? | 04:20:12 |
| 5 | A.  It's a string of e-mails with the head e-mail | 04:20:33 |
| 6 | indicating that James Shim at Samsung sent this string | 04:20:40 |
| 7 | of e-mails on Monday, May 6, 2013, to a person at | 04:20:47 |
| 8 | Samsung, and the subject line has been redacted. | 04:20:59 |
| 9 | Attachment section shows that there's a document called | 04:21:08 |
| 10 | Nokia 20F20120308.pdf, and then there's another | 04:21:14 |
| 11 | attachment named Nokia 20F20130307.pdf.  There is | 04:21:24 |
| 12 | another attachment with the name of 2011.06.14 Nokia | 04:21:36 |
| 13 | likely netted $600 million plus in Apple patent | 04:21:44 |
| 14 | settlement...pdf.  And then there's another attachment | 04:21:51 |
| 15 | called Nokia Apple license memo.docx. | 04:21:56 |
| 16 | Q.  What was the Nokia-Apple license memo? | 04:22:02 |
| 17 | MS. KASSABIAN:  Objection.  Asked and | 04:22:11 |
| 18 | answered. | 04:22:12 |
| 19 | THE WITNESS:  Yeah, I think I answered that | 04:22:12 |
| 20 | question already.  I do not know. | 04:22:14 |
| 21 | BY MR. SELWYN: | 04:22:15 |
| 22 | Q.  As part of your preparation to testify today | 04:22:15 |
| 23 | on the use and dissemination of Apple confidential | 04:22:17 |
| 24 | information, did you make any investigation about what | 04:22:23 |
| 25 | the Nokia-Apple license memo is? | 04:22:25 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

182

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  I'm just going to object, and | 04:22:28 |
| 2 | just calling for speculation, and remind the witness | 04:22:29 |
| 3 | not to disclose any attorney work product or | 04:22:32 |
| 4 | attorney-client communications in your answer. | 04:22:35 |
| 5 | THE WITNESS:  No, I did not. | 04:22:39 |
| 6 | BY MR. SELWYN: | 04:22:40 |
| 7 | Q.  You don't know one way or the other whether | 04:22:40 |
| 8 | the Nokia-Apple license memo contains confidential | 04:22:42 |
| 9 | Apple license information; correct? | 04:22:46 |
| 10 | MS. KASSABIAN:  And again I would object that | 04:22:48 |
| 11 | it calls for speculation. | 04:22:50 |
| 12 | And you're to disclose any work product or | 04:22:52 |
| 13 | attorney-client communications in your answer. | 04:22:56 |
| 14 | THE WITNESS:  I don't think that is true.  I | 04:22:57 |
| 15 | spoke with about 80 people at Samsung who have received | 04:23:01 |
| 16 | the e-mails containing partially redacted Teece report, | 04:23:07 |
| 17 | as well as e-mails containing Samsung's public interest | 04:23:14 |
| 18 | outline/brief which allegedly contained Nokia-Apple | 04:23:21 |
| 19 | confidential license terms. | 04:23:29 |
| 20 | I asked every one of those employees whether | 04:23:31 |
| 21 | they recall using the Apple-Nokia license terms | 04:23:38 |
| 22 | allegedly contained within the partially redacted Teece | 04:23:46 |
| 23 | report for any purpose.  All of them told me no because | 04:23:54 |
| 24 | no one ever used or at least recalls ever using the | 04:23:58 |
| 25 | Apple-Nokia license terms allegedly within the Teece | 04:24:04 |

183

| | | |
|---|---|---|
| 1 | report for any purpose. | 04:24:07 |
| 2 | I have no basis to believe that this | 04:24:10 |
| 3 | particular Nokia -- Apple-Nokia license memo contains | 04:24:13 |
| 4 | any Apple-Nokia license terms allegedly contained | 04:24:19 |
| 5 | within the Teece report or Samsung's public interest | 04:24:24 |
| 6 | brief. | 04:24:27 |
| 7 | BY MR. SELWYN: | 04:24:27 |
| 8 | Q.  You didn't ask any of the 84 Samsung employees | 04:24:27 |
| 9 | with whom you spoke about the Nokia-Apple license memo; | 04:24:30 |
| 10 | correct? | 04:24:33 |
| 11 | MS. KASSABIAN:  Objection.  Asked and | 04:24:33 |
| 12 | answered.  Calls for speculation. | 04:24:34 |
| 13 | And again caution the witness not to disclose | 04:24:37 |
| 14 | any work product or attorney-client communications in | 04:24:40 |
| 15 | your answer. | 04:24:43 |
| 16 | THE WITNESS:  No.  I did not have to. | 04:24:45 |
| 17 | BY MR. SELWYN: | 04:24:47 |
| 18 | Q.  You didn't research who received the | 04:24:47 |
| 19 | Nokia-Apple license memo; correct? | 04:24:50 |
| 20 | MS. KASSABIAN:  Objection.  Vague. | 04:24:58 |
| 21 | THE WITNESS:  Yeah, that's right, I did not do | 04:24:59 |
| 22 | that. | 04:25:03 |
| 23 | MS. KASSABIAN:  And assumes facts not in | 04:25:03 |
| 24 | evidence. | 04:25:06 |
| 25 | BY MR. SELWYN: | 04:25:25 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

184

| | | |
|---|---|---|
| 1 | Q.  Do you recall when Quinn Emanuel notified | 04:25:26 |
| 2 | Nokia about the disclosure to Samsung employees of the | 04:25:28 |
| 3 | improperly redacted Teece report? | 04:25:32 |
| 4 | MS. KASSABIAN:  Objection.  Lacks foundation. | 04:25:37 |
| 5 | Calls for speculation. | 04:25:39 |
| 6 | THE WITNESS:  I did not know for sure. | 04:27:03 |
| 7 | MR. SELWYN:  Let's mark these as the next two | 04:27:24 |
| 8 | exhibits, please. | 04:27:27 |
| 9 | (Korea Exhibit 13 was marked for identification.) | 04:27:27 |
| 10 | (Korea Exhibit 14 was marked for identification.) | 04:27:45 |
| 11 | MS. KASSABIAN:  Are these identical?  No. | 04:27:45 |
| 12 | Okay. | 04:27:47 |
| 13 | BY MR. SELWYN: | 04:27:47 |
| 14 | Q.  Mr. Korea, I've handed you what has been | 04:27:48 |
| 15 | marked as Exhibit 13 and Exhibit 14, which are letters | 04:27:50 |
| 16 | from Mr. Becher to Mr. Allen.  I'll represent to you | 04:27:52 |
| 17 | that the redactions in the letter were made by my firm | 04:27:56 |
| 18 | to redact certain Apple-Nokia confidential information. | 04:28:01 |
| 19 | Have you seen Exhibit 13 and Exhibit 14 | 04:28:10 |
| 20 | before, in any form? | 04:28:13 |
| 21 | A.  I do not believe that I saw these two letters | 04:30:15 |
| 22 | before. | 04:30:19 |
| 23 | Q.  When did Samsung first learn of the | 04:30:20 |
| 24 | disclosures of confidential information that are | 04:30:24 |
| 25 | described in Exhibit 13 and Exhibit 14? | 04:30:27 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

185

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  Same objections.  These are | 04:30:29 |
| 2 | more off-topic questions.  I object to the scope. | 04:30:32 |
| 3 | Object as beyond the scope and as calling for | 04:30:36 |
| 4 | speculation, lacking in foundation. | 04:30:39 |
| 5 | You can answer to the extent it doesn't | 04:30:42 |
| 6 | require disclosure of work product or attorney-client | 04:30:45 |
| 7 | communications. | 04:30:48 |
| 8 | THE WITNESS:  I do not know for sure, but at | 04:30:53 |
| 9 | least around the time that this letter was -- these two | 04:30:55 |
| 10 | letters were written. | 04:30:59 |
| 11 | BY MR. SELWYN: | 04:31:01 |
| 12 | Q.  How much before these letters were written? | 04:31:01 |
| 13 | MS. KASSABIAN:  Objection.  Lacks foundation. | 04:31:03 |
| 14 | Calls for speculation.  Same objections regarding | 04:31:06 |
| 15 | privilege and work product. | 04:31:11 |
| 16 | THE WITNESS:  I don't know for sure. | 04:31:16 |
| 17 | BY MR. SELWYN: | 04:31:18 |
| 18 | Q.  And if you will put in front of you, sir, | 04:31:18 |
| 19 | Exhibit 8. | 04:31:21 |
| 20 | A.  Yes. | 04:31:36 |
| 21 | Q.  You see the date on Exhibit 8 is August 1; | 04:31:36 |
| 22 | correct? | 04:31:39 |
| 23 | A.  That is correct. | 04:31:42 |
| 24 | Q.  Do you have any explanation for why Samsung | 04:31:43 |
| 25 | didn't notify Apple on July 16, 2013, that Samsung had | 04:31:47 |

186

| | | |
|---|---|---|
| 1 | disclosed the terms from the Apple-Nokia license to | 04:31:53 |
| 2 | Samsung employees and others as described in Exhibit 13 | 04:31:58 |
| 3 | and Exhibit 14? | 04:32:01 |
| 4 | MS. KASSABIAN:  Objection.  Lacks foundation | 04:32:05 |
| 5 | and calls for speculation. | 04:32:06 |
| 6 | And to the extent you can answer without | 04:32:08 |
| 7 | disclosing work product and privileged communications, | 04:32:10 |
| 8 | you may. | 04:32:13 |
| 9 | THE WITNESS:  I do not know. | 04:32:29 |
| 10 | BY MR. SELWYN: | 04:32:50 |
| 11 | Q.  Is there any reason that you are aware of that | 04:32:50 |
| 12 | Samsung did not want Apple to know as of July 16, 2013, | 04:32:52 |
| 13 | about the disclosures of the Apple-Nokia license terms | 04:32:56 |
| 14 | that are described in Exhibit 13 and Exhibit 14? | 04:33:01 |
| 15 | MS. KASSABIAN:  Objection.  Lacks foundation. | 04:33:03 |
| 16 | Calls for speculation.  Assumes facts not in evidence. | 04:33:06 |
| 17 | And you can answer to the extent it doesn't | 04:33:12 |
| 18 | require you to disclose any work product or | 04:33:14 |
| 19 | attorney-client communications. | 04:33:16 |
| 20 | THE WITNESS:  I'm not so sure I can answer | 04:33:21 |
| 21 | that question because it assumes that Samsung did not | 04:33:24 |
| 22 | want to disclose certain information.  I have no idea | 04:33:26 |
| 23 | whether that is true or not, so I just can't answer | 04:33:30 |
| 24 | that question. | 04:33:32 |
| 25 | BY MR. SELWYN: | 04:33:47 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

187

| | | |
|---|---|---|
| 1 | Q.  Did you participate in any discussions | 04:33:47 |
| 2 | regarding when to inform Apple about the disclosure of | 04:33:51 |
| 3 | the Apple-Nokia license terms to Samsung employees? | 04:33:54 |
| 4 | MS. KASSABIAN:  And exclude from your answer | 04:33:57 |
| 5 | any discussions, obviously, with counsel, as those | 04:34:00 |
| 6 | would be privileged.  But to the extent you can | 04:34:04 |
| 7 | otherwise answer and you have the basis to do so, then | 04:34:06 |
| 8 | you may. | 04:34:11 |
| 9 | THE WITNESS:  I don't know what you term as | 04:34:14 |
| 10 | Apple confidential informations, but with respect to | 04:34:17 |
| 11 | inadvertent disclosure of certain information in the | 04:34:21 |
| 12 | Teece report, I was not party to that discussion. | 04:34:24 |
| 13 | BY MR. SELWYN: | 04:34:30 |
| 14 | Q.  When did you first learn about the disclosure | 04:34:30 |
| 15 | of confidential information related to the Nokia-Apple | 04:34:32 |
| 16 | license to Samsung employees? | 04:34:36 |
| 17 | MS. KASSABIAN:  Hold on for one minute. | 04:34:38 |
| 18 | Could you read it back for me. | 04:34:38 |
| 19 | (The record was read as follows: | 04:35:03 |
| 20 | "When did you first learn about the | 04:34:30 |
| 21 | disclosure of confidential information | 04:34:31 |
| 22 | related to the Nokia-Apple license to | 04:34:34 |
| 23 | Samsung employees.") | 04:34:37 |
| 24 | THE WITNESS:  Did you have an objection? | 04:35:07 |
| 25 | MS. KASSABIAN:  I think he's asking you in | 04:35:08 |

188

| | | |
|---|---|---|
| 1 | your personal capacity, when did you learn about this, | 04:35:10 |
| 2 | so I'm not objecting to that. | 04:35:13 |
| 3 | THE WITNESS:  I see. | 04:35:17 |
| 4 | With respect to the, you know, inadvertent | 04:35:18 |
| 5 | disclosure concerning Teece report and the Samsung | 04:35:21 |
| 6 | public interest brief, I believe around the time there | 04:35:24 |
| 7 | was a request to image my hard drive.  Before the | 04:35:34 |
| 8 | hearing, there was some sort of stipulation entered | 04:35:41 |
| 9 | into between Samsung and Nokia, and I was asked to, you | 04:35:44 |
| 10 | know, hand over my computer so its hard drive could be | 04:35:50 |
| 11 | imaged, and there was some mention -- in the | 04:36:00 |
| 12 | stipulation, there was some mention of things relating | 04:36:02 |
| 13 | to the partially redacted Teece report, I believe.  Or | 04:36:05 |
| 14 | I could be -- around that time. | 04:36:09 |
| 15 | BY MR. SELWYN: | 04:36:12 |
| 16 | Q.  What's the basis for your belief that the | 04:36:12 |
| 17 | disclosure of the Teece report to Samsung employees was | 04:36:14 |
| 18 | inadvertent? | 04:36:19 |
| 19 | MS. KASSABIAN:  I would just caution the | 04:36:24 |
| 20 | witness not to disclose any attorney mental | 04:36:25 |
| 21 | impressions, work product or attorney-client | 04:36:29 |
| 22 | communications. | 04:36:33 |
| 23 | THE WITNESS:  I certainly believe that our | 04:38:36 |
| 24 | position has been communicated to the Court. | 04:38:47 |
| 25 | BY MR. SELWYN: | 04:38:56 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

189

| | | |
|---|---|---|
| 1 | Q.  I understand that.  But you said that the | 04:38:57 |
| 2 | disclosures of the Apple-Nokia license terms to Samsung | 04:38:59 |
| 3 | employees was inadvertent, and I'm trying to understand | 04:39:04 |
| 4 | the basis for that statement.  Can you explain that to | 04:39:07 |
| 5 | me? | 04:39:10 |
| 6 | MS. KASSABIAN:  So can you please read back | 04:39:11 |
| 7 | his answer two answers ago?  Or if I can scroll. | 04:39:13 |
| 8 | MS. REPORTER:  You can just use the arrow | 04:39:29 |
| 9 | buttons. | 04:39:32 |
| 10 | MS. KASSABIAN:  Since Mr. Selwyn is | 04:39:33 |
| 11 | mischaracterizing his testimony, I just want to take a | 04:39:35 |
| 12 | look at that. | 04:39:37 |
| 13 | Okay.  It's not a perfect recitation of Mr. | 04:40:10 |
| 14 | Korea's testimony, so I'll object that it | 04:40:14 |
| 15 | mischaracterizes it or misquotes it. | 04:40:16 |
| 16 | But you can answer the question, Mr. Korea, | 04:40:19 |
| 17 | again, provided that you don't disclose attorney-client | 04:40:22 |
| 18 | communications or work product. | 04:40:24 |
| 19 | THE WITNESS:  Well, I mean, one way to explain | 04:40:27 |
| 20 | this is, if you look at Page 2 of Exhibit 1, which is | 04:40:31 |
| 21 | Judge Grewal's order, you know, if you look at the | 04:40:34 |
| 22 | fourth paragraph, it goes into -- it starts: | 04:40:42 |
| 23 | "As fact discovery transition to expert | 04:40:48 |
| 24 | discovery on March 24, 2012, Samsung's | 04:40:51 |
| 25 | outside counsel sent Samsung's draft | 04:40:56 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

190

| | | |
|---|---|---|
| 1 | expert report" -- no, no.  I'm sorry -- | 04:40:58 |
| 2 | "Samsung's outside counsel sent Samsung a | 04:41:02 |
| 3 | draft expert report by Dr. David J. Teece. | 04:41:06 |
| 4 | "Dr. Teece's report concerned damages to | 04:41:11 |
| 5 | be awarded for Apple's alleged infringement | 04:41:13 |
| 6 | of Samsung's asserted declared essential | 04:41:18 |
| 7 | patents.  Because it addressed highly | 04:41:22 |
| 8 | confidential, attorneys' eyes only | 04:41:26 |
| 9 | information, the report should have been | 04:41:27 |
| 10 | fully redacted of that information before | 04:41:30 |
| 11 | it was sent.  However, intentionally or | 04:41:32 |
| 12 | inadvertently, it was not.  The report | 04:41:37 |
| 13 | as disputed included key terms of each | 04:41:40 |
| 14 | of the four Apple license agreements. | 04:41:44 |
| 15 | "I do not know whether those -- each | 04:41:50 |
| 16 | of the four Apple license agreements are, | 04:41:52 |
| 17 | in fact, confidential, but assuming that | 04:41:56 |
| 18 | they are confidential, I have no reason | 04:41:59 |
| 19 | to believe that partial redaction was | 04:42:01 |
| 20 | intentional.  So I believe the other option, | 04:42:05 |
| 21 | which is that it was inadvertent disclosure." | 04:42:10 |
| 22 | BY MR. SELWYN: | 04:42:10 |
| 23 | Q.  Isn't it true that Samsung did not want Apple | 04:42:17 |
| 24 | to learn in July of 2013 about the disclosures | 04:42:20 |
| 25 | described in Exhibit 13 and Exhibit 14? | 04:42:23 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

191

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  Objection.  Argumentative. | 04:42:26 |
| 2 | Lacks foundation.  Assumes facts not in evidence. | 04:42:28 |
| 3 | Calls for speculation. | 04:42:35 |
| 4 | You can answer to the extent you know and to | 04:42:36 |
| 5 | the extent it does not require you to disclose any | 04:42:39 |
| 6 | attorney-client communications or work product. | 04:42:41 |
| 7 | THE WITNESS:  I have no basis to believe that | 04:42:46 |
| 8 | is the case. | 04:42:48 |
| 9 | BY MR. SELWYN: | 04:42:48 |
| 10 | Q.  Why didn't Samsung inform Apple by July 16th | 04:42:52 |
| 11 | of the disclosures described in Exhibit 13 and | 04:42:56 |
| 12 | Exhibit 14? | 04:42:59 |
| 13 | MS. KASSABIAN:  Objection.  Asked and | 04:43:00 |
| 14 | answered.  Calls for speculation.  Lacks foundation. | 04:43:01 |
| 15 | You can answer to the extent that you know, | 04:43:06 |
| 16 | provided that you don't disclose attorney-client | 04:43:10 |
| 17 | communications or work product. | 04:43:12 |
| 18 | And I'm sorry, Madam Reporter.  Would you read | 04:43:22 |
| 19 | back the question. | 04:43:25 |
| 20 | (The record was read as follows: | 04:43:25 |
| 21 | "Why didn't Samsung inform Apple by | 04:42:52 |
| 22 | July 16th of the disclosures | 04:42:55 |
| 23 | described in Exhibit 13 and Exhibit 14?") | 04:42:57 |
| 24 | THE WITNESS:  I do not know. | 04:43:49 |
| 25 | (Korea Exhibit 15 was marked for identification.) | 04:44:13 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

192

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 04:44:13 |
| 2 | Q.  Mr. Korea, you've been handed what's been | 04:44:13 |
| 3 | marked as Exhibit 15, which is an August 16 letter from | 04:44:15 |
| 4 | Mr. Becher of Quinn Emanuel. | 04:44:19 |
| 5 | I'll note for the record that our firm has | 04:44:22 |
| 6 | redacted a portion of the second paragraph from the | 04:44:25 |
| 7 | bottom on Page 2 because it describes terms of the | 04:44:29 |
| 8 | Apple-Nokia license. | 04:44:34 |
| 9 | Have you ever seen Exhibit 15 in any form | 04:44:36 |
| 10 | before? | 04:44:40 |
| 11 | A.  Yeah.  It's a letter sent by Robert Becher at | 04:47:31 |
| 12 | Quinn Emanuel to Billy at your firm on August 16, 2013. | 04:47:35 |
| 13 | Q.  Have you ever seen it before? | 04:47:39 |
| 14 | A.  No. | 04:47:40 |
| 15 | Q.  Let me ask you to turn, please, to the second | 04:47:43 |
| 16 | paragraph on Page 2. | 04:47:50 |
| 17 | A.  Page 2. | 04:47:51 |
| 18 | Q.  Yes. | 04:47:51 |
| 19 | Have you read that paragraph to yourself when | 04:47:53 |
| 20 | you were looking at the document? | 04:47:55 |
| 21 | A.  Yes, I did. | 04:47:57 |
| 22 | Q.  Were you aware before today of any of the | 04:47:58 |
| 23 | information in Paragraph 2 on Page 2 of Exhibit 15? | 04:48:01 |
| 24 | MS. KASSABIAN:  So I'll object that that's | 04:48:08 |
| 25 | compound and also that the question is irrelevant. | 04:48:10 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

193

| | | |
|---|---|---|
| 1 | I'll caution the witness not to disclose any | 04:48:17 |
| 2 | information he may have learned only from counsel that | 04:48:20 |
| 3 | would disclose work product or attorney-client | 04:48:24 |
| 4 | communications.  Other than that, you can answer. | 04:48:26 |
| 5 | THE WITNESS:  I'm sorry.  Can you repeat the | 04:48:42 |
| 6 | question, please? | 04:48:43 |
| 7 | BY MR. SELWYN: | 04:48:44 |
| 8 | Q.  Were you aware before today of any of the | 04:48:45 |
| 9 | information on Page 2, Paragraph 2, of Exhibit 15? | 04:48:49 |
| 10 | A.  I believe around this time Daniel Shim | 04:48:56 |
| 11 | needed -- had a need for that Teece report, and I think | 04:49:06 |
| 12 | that was in connection with MicroUnity.  That's the | 04:49:11 |
| 13 | extent I'm aware of.  But I was not privy to the | 04:49:14 |
| 14 | details, other than there was the need. | 04:49:17 |
| 15 | Q.  Who was the Samsung employee referred to in | 04:49:27 |
| 16 | first sentence of Paragraph 2 of Page 2? | 04:49:30 |
| 17 | MS. KASSABIAN:  Objection.  Lacks foundation | 04:49:33 |
| 18 | and calls for speculation. | 04:49:34 |
| 19 | THE WITNESS:  I do not know for sure.  Based | 04:49:38 |
| 20 | on my investigation, this would probably be Daniel | 04:49:42 |
| 21 | Shim.  But you better ask Robert Becher. | 04:49:45 |
| 22 | BY MR. SELWYN: | 04:49:48 |
| 23 | Q.  As part of your preparation for today's | 04:49:48 |
| 24 | deposition, did you come across any of the facts set | 04:49:50 |
| 25 | forth in Paragraph 2, Page 2, of Exhibit 15? | 04:49:52 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

194

| | | |
|---|---|---|
| 1 | A.  I mean -- | 04:49:57 |
| 2 | MS. KASSABIAN:  Objection.  Compound. | 04:49:58 |
| 3 | THE WITNESS:  Yeah.  So I think the problem | 04:50:02 |
| 4 | was that there were some sort of confidentiality | 04:50:04 |
| 5 | restrictions, you know, on Daniel Shim.  So I was not | 04:50:08 |
| 6 | able to get the details out of them to find out there | 04:50:13 |
| 7 | was a need for Teece report around this time. | 04:50:16 |
| 8 | BY MR. SELWYN: | 04:50:21 |
| 9 | Q.  How did you find that out? | 04:50:22 |
| 10 | A.  I talked to Daniel. | 04:50:23 |
| 11 | Q.  And what did he say to you and what did you | 04:50:25 |
| 12 | say to him about his need for the Teece report about | 04:50:27 |
| 13 | this time? | 04:50:29 |
| 14 | MS. KASSABIAN:  Objection.  Compound.  Asked | 04:50:30 |
| 15 | and answered. | 04:50:32 |
| 16 | You can answer to the extent you are not | 04:50:33 |
| 17 | disclosing work product or attorney-client | 04:50:35 |
| 18 | communications. | 04:50:38 |
| 19 | THE WITNESS:  Yeah.  That was basically what | 04:50:38 |
| 20 | he said, that he had need for Teece report.  But there | 04:50:39 |
| 21 | were certain restrictions placed on him, so he did not | 04:50:44 |
| 22 | get into details. | 04:50:47 |
| 23 | BY MR. SELWYN: | 04:50:49 |
| 24 | Q.  Do you have any reason to dispute the accuracy | 04:50:49 |
| 25 | of Paragraph 2, Page 2, of Exhibit 15? | 04:50:51 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

195

| | | |
|---|---|---|
| 1 | A.  I have no basis to disagree with what's | 04:50:59 |
| 2 | contained in Paragraph 2.  But I did not know any | 04:51:03 |
| 3 | details of what's described in Paragraph 2, so I really | 04:51:09 |
| 4 | don't have any basis to agree or disagree with what's | 04:51:13 |
| 5 | in Paragraph 2. | 04:51:18 |
| 6 | (Korea Exhibit 16 was marked for identification.) | 04:51:57 |
| 7 | BY MR. SELWYN: | 04:51:57 |
| 8 | Q.  Mr. Korea, you've been handed what's been | 04:51:57 |
| 9 | marked as Exhibit 16.  Do you have that before you? | 04:52:00 |
| 10 | A.  Exhibit 16 is an e-mail chain with the head | 04:52:19 |
| 11 | e-mail indicates that it was sent from Daniel Shim on | 04:52:28 |
| 12 | May -- Monday, May 13, 2013, to a person at | 04:52:33 |
| 13 | Samsung Electronics. | 04:52:40 |
| 14 | Q.  Who was the person at Samsung Electronics? | 04:52:41 |
| 15 | A.  Hyuk Seon Kwon. | 04:52:45 |
| 16 | Q.  Who was Mr. or Ms. Kwon? | 04:52:49 |
| 17 | A.  It states that he is with the licensing group. | 04:52:52 |
| 18 | Q.  What does he do in the licensing group? | 04:52:56 |
| 19 | A.  Must be licensing. | 04:52:59 |
| 20 | MS. KASSABIAN:  I just caution you not to | 04:53:02 |
| 21 | speculate. | 04:53:04 |
| 22 | BY MR. SELWYN: | 04:53:04 |
| 23 | Q.  Do you know his position or title? | 04:53:05 |
| 24 | A.  Yeah.  It says his title is senior manager. | 04:53:06 |
| 25 | Q.  Why did -- do you see that one of the | 04:53:11 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

196

| | |
|---|---|
| 1 | attachments to Mr. Shim's e-mail is the improperly | 04:53:14 |
| 2 | redacted Teece report? | 04:53:20 |
| 3 | A.  The head e-mail certainly mentions that the | 04:53:30 |
| 4 | attachments are redacted expert report of David J. | 04:53:35 |
| 5 | Teece, Samsung v. Apple.pdf.  Another attachment is | 04:53:40 |
| 6 | redacted rebuttal report of David Teece.pdf.  Another | 04:53:48 |
| 7 | attachment is Exhibit 6-D, Fairfield Resources.Pdf. | 04:53:52 |
| 8 | Another attachment is Teece testimony from ND Cal | 04:54:01 |
| 9 | Samsung surrebuttal.pdf.  Another attachment is Teece | 04:54:10 |
| 10 | testimony from ND Cal.pdf. | 04:54:14 |
| 11 | Q.  Why did Mr. Shim send a copy of the Teece | 04:54:17 |
| 12 | report to Mr. Kwon at this time? | 04:54:22 |
| 13 | MS. KASSABIAN:  Objection.  Calls for | 04:54:26 |
| 14 | speculation. | 04:54:28 |
| 15 | You can answer to the extent it doesn't | 04:54:29 |
| 16 | require you to disclose work product or attorney-client | 04:54:30 |
| 17 | communications. | 04:54:33 |
| 18 | THE WITNESS:  I do not know.  You can ask | 04:54:34 |
| 19 | Daniel. | 04:54:36 |
| 20 | MS. KASSABIAN:  And I'll note again that | 04:54:43 |
| 21 | Mr. Shim was deposed all day yesterday. | 04:54:45 |
| 22 | THE WITNESS:  Then you had an opportunity to | 04:54:47 |
| 23 | ask Daniel. | 04:54:49 |
| 24 | /// | 04:54:49 |
| 25 | BY MR. SELWYN: | 04:54:49 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

197

| | | |
|---|---|---|
| 1 | Q.  When did Mr. Shim obtain the improperly | 04:54:50 |
| 2 | redacted Teece report attached to this e-mail? | 04:54:55 |
| 3 | A.  I do not know.  You could have asked | 04:54:57 |
| 4 | Daniel Shim about that question. | 04:54:59 |
| 5 | MS. KASSABIAN:  Well, and again I'll object | 04:55:01 |
| 6 | that we've repeatedly indicated that the witness needs | 04:55:03 |
| 7 | documents to answer questions, detailed questions about | 04:55:06 |
| 8 | who received what and when, and you have repeatedly | 04:55:10 |
| 9 | refused to permit him to look at documents to give his | 04:55:13 |
| 10 | best testimony.  So I object to that. | 04:55:17 |
| 11 | MR. SELWYN:  I don't know what you're talking | 04:55:18 |
| 12 | about, and that's not appropriate to say. | 04:55:20 |
| 13 | MS. KASSABIAN:  Okay.  You don't -- you want | 04:55:22 |
| 14 | me to explain it? | 04:55:22 |
| 15 | MR. SELWYN:  No.  I want to ask my questions. | 04:55:23 |
| 16 | MS. KASSABIAN:  Well, if you don't know what | 04:55:25 |
| 17 | I'm talking about -- | 04:55:27 |
| 18 | MR. SELWYN:  I want to keep asking my | 04:55:28 |
| 19 | questions. | 04:55:30 |
| 20 | MS. KASSABIAN:  Are you going to let him look | 04:55:30 |
| 21 | at the documents to answer the questions, or is this | 04:55:31 |
| 22 | going to be a memory test? | 04:55:34 |
| 23 | MR. SELWYN:  I'll try it your way for this | 04:55:36 |
| 24 | document.  Okay? | 04:55:37 |
| 25 | BY MR. SELWYN: | 04:55:38 |

198

1   Q.  Mr. Korea, what documents would you need to      04:55:38

2   look at regarding Exhibit 16 to determine why it was    04:55:40

3   that Mr. Shim sent a copy of the improperly redacted    04:55:46

4   Teece report to Mr. Counsel?                            04:55:51

5       MS. KASSABIAN:  That wasn't the question.  You     04:55:52

6   said, when did he first receive the redacted Teece      04:55:54

7   report.  That was the question.  So do you want to ask  04:55:58

8   that question?                                          04:56:02

9       MR. SELWYN:  No.  I want to ask my question.       04:56:08

10      MS. KASSABIAN:  Yeah, and your question was        04:56:10

11  when did Mr. Shim first receive the redacted Teece      04:56:11

12  report and, therefore, what documents would Mr. Korea   04:56:16

13  need to look at to answer your question; right?         04:56:21

14      MR. SELWYN:  No.                                    04:56:23

15      MS. KASSABIAN:  So you don't want him to            04:56:24

16  consult documents to answer your questions?  Is that    04:56:26

17  what you're doing?                                      04:56:28

18      MR. SELWYN:  No.  Please just let me continue.      04:56:29

19      MS. KASSABIAN:  Mr. Korea, do you need             04:56:32

20  documents to answer that question?                      04:56:33

21      THE WITNESS:  If I need to answer when             04:56:34

22  Daniel Shim received partially redacted Teece report, I 04:56:37

23  would like to see any e-mails that shows when he first  04:56:44

24  received such Teece report.  Then hopefully at that     04:56:50

25  time I can answer that question.                        04:56:54

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

199

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  Are you going to let him look | 04:56:58 |
| 2 | at those documents? | 04:56:59 |
| 3 | MR. SELWYN:  I've already shown him those | 04:57:01 |
| 4 | documents. | 04:57:03 |
| 5 | MS. KASSABIAN:  You've shown him every single | 04:57:03 |
| 6 | document involving Mr. Shim? | 04:57:05 |
| 7 | MR. SELWYN:  I'm not going to answer that | 04:57:09 |
| 8 | question.  You are behaving inappropriately. | 04:57:10 |
| 9 | MS. KASSABIAN:  Sir, why don't you take a | 04:57:13 |
| 10 | moment to look through the exhibits and see if you can | 04:57:15 |
| 11 | better answer the question. | 04:57:18 |
| 12 | MR. SELWYN:  No.  I'm going to ask a new | 04:57:19 |
| 13 | question now. | 04:57:20 |
| 14 | MS. KASSABIAN:  Okay.  So for the record -- | 04:57:21 |
| 15 | MR. SELWYN:  Rachel, we're not going to spend | 04:57:23 |
| 16 | our time this way.  This is not correct. | 04:57:24 |
| 17 | MS. KASSABIAN:  For the record, we have a | 04:57:27 |
| 18 | 30(b)(6) witness who has been asked when one of 80-odd | 04:57:30 |
| 19 | custodians received a particular attachment via e-mail. | 04:57:34 |
| 20 | We have records that are here in this room that | 04:57:40 |
| 21 | Mr. Korea could look at to answer that question, and | 04:57:43 |
| 22 | Mr. Selwyn is instructing Mr. Korea not to look at | 04:57:45 |
| 23 | those documents. | 04:57:50 |
| 24 | MR. SELWYN:  That is incorrect. | 04:57:51 |
| 25 | MS. KASSABIAN:  Can he look at those | 04:57:54 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

200

| | | |
|---|---|---|
| 1 | documents? | 04:57:55 |
| 2 | MR. SELWYN:  What is this corpus of documents | 04:57:56 |
| 3 | you're referring to, and have they been produced? | 04:57:58 |
| 4 | MS. KASSABIAN:  He indicated that he wants to | 04:58:01 |
| 5 | look at all the e-mails so he can see when is the first | 04:58:02 |
| 6 | e-mail that Mr. Shim received. | 04:58:06 |
| 7 | MR. SELWYN:  What are all the e-mails that | 04:58:07 |
| 8 | you're referring to? | 04:58:09 |
| 9 | MS. KASSABIAN:  The e-mails that were produced | 04:58:10 |
| 10 | to you. | 04:58:11 |
| 11 | MR. SELWYN:  You want me to show you 14,000 | 04:58:11 |
| 12 | pages of e-mails that were produced so he can answer my | 04:58:14 |
| 13 | question? | 04:58:16 |
| 14 | MS. KASSABIAN:  No.  We also brought documents | 04:58:17 |
| 15 | with us to help him answer questions regarding when | 04:58:20 |
| 16 | certain people received e-mails.  So if you want him to | 04:58:22 |
| 17 | answer that question, he can look at what we've | 04:58:27 |
| 18 | brought.  If you don't want an answer to that question, | 04:58:30 |
| 19 | then we'll move on. | 04:58:32 |
| 20 | So again, for the record, Mr. Selwyn is not | 04:58:41 |
| 21 | letting Mr. Korea look at documents to find dates of -- | 04:58:45 |
| 22 | MR. SELWYN:  No, that is not correct. | 04:58:49 |
| 23 | MS. KASSABIAN:  -- to find dates of | 04:58:50 |
| 24 | dissemination for particular e-mails attaching | 04:58:53 |
| 25 | inadvertent disclosure documents. | 04:58:56 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

201

| | | |
|---|---|---|
| 1 | MR. SELWYN:  I disagree. | 04:58:59 |
| 2 | MS. KASSABIAN:  So I'll just confirm. | 04:59:33 |
| 3 | Mr. Korea, if you were shown those documents, | 04:59:35 |
| 4 | could you answer the question? | 04:59:37 |
| 5 | MR. SELWYN:  No, no, no. | 04:59:38 |
| 6 | THE WITNESS:  Absolutely. | 04:59:39 |
| 7 | MR. SELWYN:  I'm asking my questions. | 04:59:39 |
| 8 | BY MR. SELWYN: | 04:59:48 |
| 9 | Q.  Did Samsung make a license offer to Apple in | 04:59:49 |
| 10 | or about March of 2013? | 04:59:52 |
| 11 | MS. KASSABIAN:  Objection.  Lacks foundation. | 04:59:54 |
| 12 | And I will also object that it sounds like you are | 05:00:00 |
| 13 | getting close to eliciting answers regarding Samsung | 05:00:09 |
| 14 | confidential information under the Apple-Samsung NDA, | 05:00:14 |
| 15 | which I object to since Nokia's counsel is in the room. | 05:00:17 |
| 16 | But you can answer this particular yes-no | 05:00:22 |
| 17 | question. | 05:00:25 |
| 18 | THE WITNESS:  It's hard to say.  I mean, I | 05:00:31 |
| 19 | certainly am not here to answer that type of question | 05:00:33 |
| 20 | as a 30(b)(6) witness because that only goes to | 05:00:36 |
| 21 | dissemination of and use or lack thereof with respect | 05:00:41 |
| 22 | to the partially redacted Teece report as well as | 05:00:49 |
| 23 | Samsung's public interest brief. | 05:00:52 |
| 24 | In my individual capacity, you know, there are | 05:00:55 |
| 25 | just so many meetings and so many communications that | 05:01:01 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

202

| | | |
|---|---|---|
| 1 | I -- without some help, I cannot answer that question. | 05:01:06 |
| 2 | BY MR. SELWYN: | 05:01:08 |
| 3 | Q.  Did Samsung make any license offer to Apple in | 05:01:09 |
| 4 | the spring of 2013? | 05:01:13 |
| 5 | MS. KASSABIAN:  Same objections. | 05:01:16 |
| 6 | THE WITNESS:  I'm really not comfortable | 05:01:22 |
| 7 | answering questions in front of Nokia counsel. | 05:01:24 |
| 8 | BY MR. SELWYN: | 05:01:28 |
| 9 | Q.  Well, I'd like an answer to my question. | 05:01:29 |
| 10 | MS. KASSABIAN:  Could Nokia leave the room? | 05:01:31 |
| 11 | THE WITNESS:  But they will listen to my | 05:01:33 |
| 12 | answer, and they are not -- that's the Samsung | 05:01:35 |
| 13 | confidential information. | 05:01:39 |
| 14 | MR. SELWYN:  I don't have authority to ask | 05:01:39 |
| 15 | them to leave the room under Judge Grewal's orders. | 05:01:41 |
| 16 | MS. KASSABIAN:  You have the authority to ask | 05:01:44 |
| 17 | questions. | 05:01:46 |
| 18 | MR. SELWYN:  And I just asked a question. | 05:01:46 |
| 19 | MR. FLINN:  Hang on a second. | 05:01:48 |
| 20 | I'm willing to step out of the room for that. | 05:01:50 |
| 21 | I'm reserving all of my rights under Judge Grewal's | 05:01:53 |
| 22 | order.  I'm not waiving them.  But just to move it | 05:01:56 |
| 23 | along, I will step out of the room and Mr. Koppelman | 05:02:01 |
| 24 | will step out of the room.  Someone come get us when | 05:02:01 |
| 25 | the question is answered. | 05:02:03 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

203

| | | |
|---|---|---|
| 1 | MR. SELWYN:  We will. | 05:02:04 |
| 2 | MS. KASSABIAN:  Thank you. | 05:02:05 |
| 3 | (The following testimony has been marked | 05:02:05 |
| 4 | "Highly Confidential – Apple-Samsung | 05:02:05 |
| 5 | Attorneys' Eyes Only Under the Northern | 05:02:05 |
| 6 | District of California Protective Order" | 05:02:05 |
| 7 | and sealed in a separate envelope.) | 05:19:05 |
| 8 | BY MR. SELWYN: | |
| 9 | Q.  Do you recall my question? | 05:02:22 |
| 10 | A.  Would you repeat that question, please. | 05:02:23 |
| 11 | Q.  In the spring of 2013, did Samsung propose a | 05:02:25 |
| 12 | license offer to Apple? | 05:02:30 |
| 13 | A.  I mean, there was an offer made that could be | 05:02:40 |
| 14 | characterized as licensing offer. | 05:02:45 |
| 15 | Q.  What was that offer? | 05:02:48 |
| 16 | A.  But you've got to nail down -- I mean, there | 05:02:50 |
| 17 | may be -- hang on one second.  Let me think. | 05:02:54 |
| 18 | There are multiple meetings between Samsung | 05:02:59 |
| 19 | and Apple in the spring of 2013, so you have to give me | 05:03:06 |
| 20 | a more narrow time period. | 05:03:09 |
| 21 | Q.  March of 2013. | 05:03:12 |
| 22 | A.  I don't know.  I'm trying to think if that was | 05:03:19 |
| 23 | the whole Apple negotiation team walked out on us.  I | 05:03:21 |
| 24 | just don't know. | 05:03:26 |
| 25 | ████ ████████████████████████████ | 05:03:26 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

204

1 ████████████████████████████████████                           05:03:28

2 ████████████████████████████████████                           05:03:31

3 ███  ████████████████████████                                  05:03:40

4 ███  ██████                                                    05:03:45

5 ███  █████████████████████████████                            05:03:45

6 ███  ██████████████████                                       05:03:47

7 ███  ██████████████████████████████████                      05:03:49

8 ████████████████████                                          05:03:55

9        MR. SELWYN:  We'll mark as the Exhibit 17 a             05:04:04

10  March 22nd, 2013 letter from Mr. Chi to Mr. Watrous.         05:04:05

11        (Korea Exhibit 17 was marked for identification.)      05:04:05

12        MS. KASSABIAN:  I'd like to note for the               05:04:29

13  record that this is a document bearing a header that         05:04:30

14  says "Samsung Confidential Pursuant to NDA," and it is       05:04:33

15  dated March 22, 2013.  It's a letter from Jaewan Chi of      05:04:39

16  Samsung to B.J. Watrous.  It's obviously Samsung             05:04:45

17  confidential information under the Apple-Samsung NDA,        05:04:50

18  so while it's fine for you to question him on it while       05:04:53

19  Nokia's counsel is not present, of course when Nokia's       05:04:56

20  counsel comes back into the room, we'd object to            05:04:59

21  Nokia's counsel getting a copy of this in any way.           05:05:02

22        THE WITNESS:  As well as our transcript.              05:05:06

23        MS. KASSABIAN:  As well as this portion of the         05:05:08

24  transcript.  That's right.                                   05:05:10

25        So we'd like to take that up with Apple after          05:05:11

205

| | | |
|---|---|---|
| 1 | the deposition to make sure that things are properly | 05:05:14 |
| 2 | redacted or bound separately in terms of this portion | 05:05:19 |
| 3 | of the transcript. | 05:05:23 |
| 4 | BY MR. SELWYN: | 05:05:25 |
| 5 | Q. Do you have Exhibit 17 before you? | 05:05:26 |
| 6 | A. Yes, sir. | 05:05:27 |
| 7 | Q. Which of the employees listed on Exhibit 3 and | 05:05:29 |
| 8 | Exhibit 4 were involved in preparing the letter we've | 05:05:35 |
| 9 | marked as Exhibit 17? | 05:05:37 |
| 10 | MS. KASSABIAN: Objection. Calls for | 05:05:43 |
| 11 | speculation. Lacks foundation. | 05:05:45 |
| 12 | To the extent you know and it wouldn't require | 05:05:51 |
| 13 | you to disclose work product or attorney-client | 05:05:54 |
| 14 | communications, you can answer. | 05:05:58 |
| 15 | Would you mind reading back the question, as | 05:07:02 |
| 16 | well? | 05:07:04 |
| 17 | (The record was read as follows: | 05:07:04 |
| 18 | "Which of the employees listed on | 05:05:29 |
| 19 | Exhibit 3 and Exhibit 4 were involved | 05:05:35 |
| 20 | in preparing the letter we've marked as | 05:05:36 |
| 21 | Exhibit 17?") | 05:05:38 |
| 22 | MS. KASSABIAN: And I would again caution you | 05:07:25 |
| 23 | not to speculate unless you have personal knowledge of | 05:07:27 |
| 24 | who prepared that letter, sir. | 05:07:29 |
| 25 | MR. FLINN: Stop talking a second. | 05:07:49 |

206

| | | |
|---|---|---|
| 1 | Can I talk to you for a second? | 05:07:56 |
| 2 | THE VIDEOGRAPHER:  Stay on the record? | 05:07:58 |
| 3 | MR. SELWYN:  Stay on the record. | 05:08:00 |
| 4 | MS. KASSABIAN:  And just for the record, in | 05:08:50 |
| 5 | addition to obviously designating this portion of the | 05:08:52 |
| 6 | transcript as something Samsung does not want Nokia to | 05:08:55 |
| 7 | have access to, we also at this point want to designate | 05:08:59 |
| 8 | the entire transcript and Attorneys' Eyes Only Under | 05:09:02 |
| 9 | the Northern District of California Protective Order. | 05:09:06 |
| 10 | THE WITNESS:  Yes.  I believe that Jaewan Chi | 05:09:10 |
| 11 | prepared this letter. | 05:09:15 |
| 12 | BY MR. SELWYN: | 05:09:18 |
| 13 | Q.  Were any of the other employees listed on | 05:09:19 |
| 14 | Exhibit 3 and Exhibit 4 involved in preparing this | 05:09:21 |
| 15 | letter? | 05:09:23 |
| 16 | MS. KASSABIAN:  Objection.  Calls for | 05:09:25 |
| 17 | speculation and lack of foundation. | 05:09:26 |
| 18 | THE WITNESS:  I do not know. | 05:09:31 |
| 19 | BY MR. SELWYN: | 05:09:33 |
| 20 | ▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 05:09:34 |
| 21 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 05:09:37 |
| 22 | MS. KASSABIAN:  So I'm going to object because | 05:09:42 |
| 23 | I think you're asking about licensing negotiation | 05:09:44 |
| 24 | strategy, which calls for work product information and | 05:09:49 |
| 25 | attorney-client communications. | 05:09:54 |

207

| | | |
|---|---|---|
| 1 | If you are able to answer the question without | 05:09:56 |
| 2 | disclosing work product, you may. | 05:09:58 |
| 3 | THE WITNESS:  Would you repeat the question, | 05:10:03 |
| 4 | please. | 05:10:04 |
| 5 | BY MR. SELWYN: | 05:10:04 |
| 6 | ██  ██████████████████████████████ | 05:10:05 |
| 7 | ████████████████████████████████████████ | 05:10:08 |
| 8 | ██████ | 05:10:12 |
| 9 | MS. KASSABIAN:  And again I would caution the | 05:10:16 |
| 10 | witness not to disclose any work product that might be | 05:10:18 |
| 11 | implicated by those strategy considerations. | 05:10:24 |
| 12 | THE WITNESS:  I'm not sure I can answer that | 05:10:36 |
| 13 | question. | 05:10:37 |
| 14 | BY MR. SELWYN: | 05:10:38 |
| 15 | Q.  Why? | 05:10:38 |
| 16 | MS. KASSABIAN:  Counsel, I just made a work | 05:10:44 |
| 17 | product objection, and the witness said he's not sure | 05:10:46 |
| 18 | he can answer it. | 05:10:48 |
| 19 | MR. SELWYN:  I want to make sure that's the | 05:10:49 |
| 20 | reason he can't answer it.  If you want to instruct him | 05:10:51 |
| 21 | not to answer, that's fine, but I need an answer. | 05:10:54 |
| 22 | ████████████  ██████████████████ | 05:11:00 |
| 23 | ██████████████████████████████████ | 05:11:05 |
| 24 | ██████████████████████████████ | 05:11:08 |
| 25 | ██████████████████████████████ | 05:11:13 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

208

| | | |
|---|---|---|
| 1 | ████████████████ | 05:11:19 |
| 2 | ██████████████████████ | 05:11:20 |
| 3 | ████████████████████████ | 05:11:22 |
| 4 | ██████████████████████████ | 05:11:24 |
| 5 | ████████████████  ██████ | 05:11:28 |
| 6 | ████████████████████████████ | 05:11:34 |
| 7 | ████████████████████████ | 05:11:42 |
| 8 | ████████████████  ██████████ | 05:11:47 |
| 9 | ████████████████████ | 05:11:52 |
| 10 | BY MR. SELWYN: | 05:12:00 |
| 11 | Q.  Isn't it true that Samsung has considered the | 05:12:00 |
| 12 | Apple-Nokia license to be relevant to the Apple-Samsung | 05:12:02 |
| 13 | license negotiations? | 05:12:05 |
| 14 | MS. KASSABIAN:  Objection.  Objection. | 05:12:06 |
| 15 | And to the extent that this question is again | 05:12:10 |
| 16 | seeking the same negotiation strategy work product, I | 05:12:12 |
| 17 | instruct you not to disclose that.  If you can answer | 05:12:18 |
| 18 | the question in any other way without disclosing work | 05:12:21 |
| 19 | product and privileged information, you may. | 05:12:26 |
| 20 | THE WITNESS:  Please repeat the question. | 05:12:32 |
| 21 | BY MR. SELWYN: | 05:12:34 |
| 22 | Q.  Isn't it true that Samsung has considered the | 05:12:35 |
| 23 | Apple-Nokia license to be relevant to the Apple-Samsung | 05:12:36 |
| 24 | license negotiations? | 05:12:41 |
| 25 | MS. KASSABIAN:  I think that's a different | 05:12:43 |

209

| | | |
|---|---|---|
| 1 | question. | 05:12:47 |
| 2 | MR. SELWYN:  I don't think so. | 05:12:47 |
| 3 | MS. KASSABIAN:  But anyway, just in case it is | 05:12:49 |
| 4 | little bit different, I will again object that it calls | 05:12:53 |
| 5 | for work product information. | 05:12:56 |
| 6 | If you can answer it without disclosing work | 05:12:58 |
| 7 | product or attorney-client privileged information, you | 05:13:01 |
| 8 | may. | 05:13:04 |
| 9 | THE WITNESS:  I would disagree with that | 05:13:08 |
| 10 | proposition if you mean by Apple-Nokia confidential | 05:13:10 |
| 11 | licensing term to mean that that is what is at issue, | 05:13:15 |
| 12 | which is supposedly contained in this redacted Teece | 05:13:20 |
| 13 | report or Samsung public interest brief. | 05:13:23 |
| 14 | BY MR. SELWYN: | 05:13:27 |
| 15 | Q.  That wasn't my question, sir.  Let me try it | 05:13:27 |
| 16 | one more time. | 05:13:30 |
| 17 | Isn't it true that Samsung has considered the | 05:13:30 |
| 18 | terms of the Apple-Nokia license agreement to be | 05:13:33 |
| 19 | relevant to the Apple-Samsung license negotiations? | 05:13:36 |
| 20 | MS. KASSABIAN:  So he did answer the question. | 05:13:40 |
| 21 | I'll object to your colloquy that he didn't. | 05:13:42 |
| 22 | And can I first ask the court reporter to read | 05:13:45 |
| 23 | back his prior answer? | 05:13:47 |
| 24 | MR. SELWYN:  No.  You can read the answer on | 05:13:48 |
| 25 | that.  We're wasting time. | 05:13:54 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

210

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  Okay.  That's fine.  I think | 05:13:56 |
| 2 | he answered the question.  I'll let you move on. | 05:13:57 |
| 3 | BY MR. SELWYN: | 05:14:01 |
| 4 | Q.  I need an answer to my question. | 05:14:02 |
| 5 | MS. KASSABIAN:  So if you want to answer it | 05:14:03 |
| 6 | again, you may. | 05:14:05 |
| 7 | THE WITNESS:  I'd be happy to. | 05:14:06 |
| 8 | So with respect to whether, you know, any | 05:14:08 |
| 9 | particular terms or considerations were -- let me | 05:14:12 |
| 10 | strike that. | 05:14:17 |
| 11 | ████████████████████████ | 05:14:18 |
| 12 | ██████████████████████████████ | 05:14:23 |
| 13 | ███████████████████████████████ | 05:14:30 |
| 14 | ████████████████████████ | 05:14:33 |
| 15 | ████████  ███████████████ | 05:14:36 |
| 16 | ████████████████████████████████ | 05:14:40 |
| 17 | ██████████████████████████████ | 05:14:46 |
| 18 | █████████████████████████████████ | 05:14:51 |
| 19 | ████████████████████████████████ | 05:14:55 |
| 20 | ████████████████ Hold on second. | 05:15:07 |
| 21 | That cannot be true because I spoke with | 05:15:20 |
| 22 | about 80 Samsung employees who had received the | 05:15:22 |
| 23 | redacted -- partially redacted Teece report and/or the | 05:15:24 |
| 24 | Samsung public interest brief, and they made it very | 05:15:30 |
| 25 | clear that they do not recall using the Apple-Nokia | 05:15:35 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

211

| | | |
|---|---|---|
| 1 | licensing terms supposedly contained within the Teece | 05:15:40 |
| 2 | report or Samsung public interest brief for any | 05:15:43 |
| 3 | purpose. | 05:15:47 |
| 4 | BY MR. SELWYN: | 05:15:48 |
| 5 | Q.  Has Samsung ever expressed the view that a | 05:15:48 |
| 6 | fair, reasonable, and nondiscriminatory license between | 05:15:51 |
| 7 | Apple and Samsung would be comparable to the | 05:15:54 |
| 8 | Apple-Nokia license? | 05:15:58 |
| 9 | MS. KASSABIAN:  Objection.  Calls for | 05:16:00 |
| 10 | attorney-client -- I'm sorry. | 05:16:02 |
| 11 | Do you mean expressed to Apple? | 05:16:04 |
| 12 | MR. SELWYN:  No, expressed to anyone. | 05:16:07 |
| 13 | MS. KASSABIAN:  Okay.  So to the extent you're | 05:16:09 |
| 14 | asking whether Samsung has ever expressed internally | 05:16:11 |
| 15 | and privileged communications that information, I | 05:16:16 |
| 16 | instruct you not to answer that portion of the | 05:16:18 |
| 17 | question. | 05:16:20 |
| 18 | To the extent what Mr. Selwyn means is to the | 05:16:21 |
| 19 | extent Samsung has expressed that concept to any third | 05:16:25 |
| 20 | party, you may answer if you know. | 05:16:33 |
| 21 | THE WITNESS:  So I cannot testify to that as a | 05:16:39 |
| 22 | 30(b)(6) witness because I've been designated to | 05:16:42 |
| 23 | testify with respect to the dissemination and use or | 05:16:45 |
| 24 | lack thereof the subject information. | 05:16:49 |
| 25 | In my individual capacity, I think the -- | 05:16:53 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

212

| | | |
|---|---|---|
| 1 | Mark, I think you and I had discussions, probably | 05:16:57 |
| 2 | August or September of 2011, where the first settlement | 05:17:01 |
| 3 | conference between Apple and Samsung, and there was a | 05:17:07 |
| 4 | discussion about Apple settling with Nokia and having | 05:17:09 |
| 5 | to pay a lot of money because Apple was a newcomer to | 05:17:15 |
| 6 | this telecom industry.  It has never -- never | 05:17:19 |
| 7 | participated in developing of the telecom -- telecom | 05:17:23 |
| 8 | technologies, and it has been an essentially free | 05:17:29 |
| 9 | rider, and that's why it is being forced to pay the | 05:17:32 |
| 10 | pioneers in this field, such as Nokia, Ericsson, you | 05:17:37 |
| 11 | know, and they should be paying -- you know, it needs | 05:17:42 |
| 12 | to pay for the contributions that other companies have | 05:17:48 |
| 13 | made in this industry.  I think you and I had this | 05:17:51 |
| 14 | discussion as part of that first settlement discussion. | 05:17:53 |
| 15 | MR. SELWYN:  I move to strike, and let's go | 05:17:57 |
| 16 | off the record. | 05:17:59 |
| 17 | THE VIDEOGRAPHER:  We're going off the record | 05:18:00 |
| 18 | at 5:18. | |
| 19 | (This concludes the "Highly Confidential | |
| 20 | Apple-Samsung Attorneys' Eyes Only Under | |
| 21 | the Northern District of California Protective | |
| 22 | Order testimony and is no longer bound separately.) | |
| 23 | (A brief recess was taken.) | 05:32:18 |
| 24 | THE VIDEOGRAPHER:  Back on the record.  The | 05:32:18 |
| 25 | time is 5:32. | 05:32:21 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

213

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  Just before you start, | 05:32:25 |
| 2 | Mr. Flinn, as we went off the record last time, we were | 05:32:27 |
| 3 | discussing the issue of separating out the last several | 05:32:33 |
| 4 | pages of transcript in which Nokia stepped out of the | 05:32:39 |
| 5 | room for, and we just wanted to request that that be | 05:32:44 |
| 6 | done by the court reporter and that those pages and the | 05:32:47 |
| 7 | single exhibit that were used during the questions that | 05:32:50 |
| 8 | were implicating Samsung confidential information under | 05:32:54 |
| 9 | the Samsung-Apple NDA be excluded and not provided to | 05:33:00 |
| 10 | Nokia.  And that Samsung's position, and I think that | 05:33:05 |
| 11 | Mr. Selwyn indicated that Apple disagrees. | 05:33:08 |
| 12 | Is that correct? | 05:33:12 |
| 13 | MR. SELWYN:  No, that's not correct.  Apple is | 05:33:13 |
| 14 | happy to have Apple and Samsung -- sorry. | 05:33:16 |
| 15 | Apple is happy to have Samsung and Nokia agree | 05:33:19 |
| 16 | that that portion of the transcript will not be viewed | 05:33:22 |
| 17 | by Nokia, in light of the language in Judge Grewal's | 05:33:25 |
| 18 | October 2nd order.  However, it is not something that | 05:33:30 |
| 19 | Apple is requiring. | 05:33:34 |
| 20 | MS. KASSABIAN:  You're not requesting it? | 05:33:36 |
| 21 | MR. SELWYN:  We're not requesting it or | 05:33:40 |
| 22 | requiring it. | 05:33:42 |
| 23 | MS. KASSABIAN:  Okay. | 05:33:42 |
| 24 | MR. SELWYN:  We're happy that it be excised | 05:33:43 |
| 25 | and that Nokia not have access to it. | 05:33:45 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

214

1       MS. KASSABIAN:  Okay.                                05:33:49

2       MR. FLINN:  And otherwise reserving all of our       05:33:51

3   rights, we're acquiescing in the parsing of the          05:33:54

4   transcript and the exhibit that counsel referenced.      05:34:00

5       MS. KASSABIAN:  And Samsung is reserving all         05:34:04

6   of its rights as well.                                   05:34:06

7                                                            05:34:06

8                   EXAMINATION                              05:34:12

9   BY MR. FLINN:                                            05:34:12

10      Q.  Mr. Korea.                                       05:34:12

11      A.  Yes, sir.                                        05:34:14

12      Q.  How are you holding up?                          05:34:14

13      A.  Huh?                                             05:34:16

14      Q.  How are you holding up?                          05:34:16

15      A.  I'm doing fine.                                  05:34:18

16      Q.  All right.  Good.  If at some point you need     05:34:19

17  another break, you need some caffeine or something,      05:34:23

18  just let us know.                                        05:34:26

19      A.  Okay.  Will do.  Thank you.                      05:34:28

20      Q.  I'd like you to take a look at the document      05:34:34

21  marked Exhibit 16, Mr. Selwyn asked you about earlier.   05:34:36

22  If you would take a minute and find it there in your     05:34:41

23  stack.  It's an e-mail chain.  The top of one is dated   05:34:43

24  May 13, 2013 from Daniel Shim.                           05:34:49

25      A.  Yeah, I found Exhibit 16.                        05:35:06

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

215

| | | |
|---|---|---|
| 1 | Q.  You might have done this already, and I | 05:35:08 |
| 2 | apologize.  My notes don't reflect it. | 05:35:10 |
| 3 | To whom is the top e-mail addressed? | 05:35:13 |
| 4 | A.  It is addressed to a gentleman named Hyuk | 05:35:19 |
| 5 | Seon Kwon, and phonetically is H-Y-U-K, S-U-N, and the | 05:35:25 |
| 6 | last name Kwon, K-W-O-N. | 05:35:34 |
| 7 | Q.  Mr. Kwon a Samsung employee? | 05:35:39 |
| 8 | A.  I believe so. | 05:35:47 |
| 9 | Q.  And what's his job? | 05:35:47 |
| 10 | MS. KASSABIAN:  Objection.  Foundation. | 05:35:48 |
| 11 | BY MR. FLINN: | 05:35:50 |
| 12 | Q.  Do you know what his job is? | 05:35:50 |
| 13 | A.  He is the licensing group, so I take it that | 05:35:51 |
| 14 | he handles licensing. | 05:35:57 |
| 15 | Q.  You see there is an attachment entitled | 05:35:58 |
| 16 | "Redacted Report of David J. Teece"? | 05:36:05 |
| 17 | A.  I see that, yes. | 05:36:11 |
| 18 | Q.  To the best of your knowledge, is that | 05:36:12 |
| 19 | redacted report the same as the improperly redacted | 05:36:14 |
| 20 | report whose dissemination you studied as part of your | 05:36:18 |
| 21 | preparation to be a witness in this case? | 05:36:25 |
| 22 | MS. KASSABIAN:  Objection.  Vague and | 05:36:30 |
| 23 | ambiguous. | 05:36:31 |
| 24 | THE WITNESS:  Obviously, I was not permitted | 05:36:34 |
| 25 | to look at the attachment bearing the name, but given | 05:36:37 |

216

1   that this e-mail is in play, that will be -- I have no    05:36:44

2   basis to believe that is not the case.    05:36:48

3   BY MR. FLINN:    05:36:51

4       Q.  Okay.  Now, can you take a look -- keep    05:36:52

5   Exhibit 16 handy.  We're going to come back to it.    05:36:57

6           But take a look at Exhibit 9.  That's the    05:37:00

7   e-mail from Guy Eddon dated -- the top one is from    05:37:02

8   Guy Eddon, dated Saturday, December 22, 2012.    05:37:08

9       A.  Yes, I located Exhibit 9.    05:37:19

10      Q.  And you see there's an attachment with the    05:37:20

11  same title, that "Redacted Rebuttal Report of    05:37:22

12  David Teece.pdf"?    05:37:27

13      A.  Okay.  Maybe you are focusing on attachment    05:37:41

14  name Redacted Rebuttal Report of David Teece.  Right?    05:37:44

15      Q.  Yes.    05:37:49

16      A.  Okay.  Yeah, I see both e-mails as indication    05:37:50

17  that Redacted Expert Rebuttal Report of David Teece.pdf    05:37:55

18  was attached to the e-mail.    05:38:02

19      Q.  And to the best of your knowledge, that's also    05:38:06

20  the improperly redacted report; correct?    05:38:08

21      A.  I mean, obviously, I have not had access to    05:38:11

22  that particular attachment during my investigation.    05:38:15

23  But I have no reason to believe that would not be the    05:38:18

24  case.    05:38:22

25      Q.  Now, don't set those aside, please.  I want    05:38:26

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

217

| | | |
|---|---|---|
| 1 | you to keep them handy. | 05:38:31 |
| 2 | I want you to look at Exhibit 15, the letter | 05:38:32 |
| 3 | from Quinn Emanuel to William F. Lee dated | 05:38:34 |
| 4 | August 16, 2013.  And the second page, the second | 05:38:40 |
| 5 | paragraph, you were asked about with -- by Mr. Selwyn, | 05:38:42 |
| 6 | and he talked about a Quinn Emanuel associate sending | 05:38:48 |
| 7 | the incompletely redacted Teece report to a Samsung | 05:38:53 |
| 8 | employee, and my recollection was, your testimony was, | 05:38:58 |
| 9 | you believe that Samsung employee to be Mr. Shim. | 05:39:02 |
| 10 | Do you recall that testimony? | 05:39:04 |
| 11 | MS. KASSABIAN:  Objection.  Misstates | 05:39:06 |
| 12 | testimony. | 05:39:07 |
| 13 | MR. FLINN:  How did I misstate that testimony? | 05:39:08 |
| 14 | THE WITNESS:  Yeah, so let me explain to you. | 05:39:10 |
| 15 | I'm not sure -- I mean, that was my educated | 05:39:11 |
| 16 | guess, but I do not know for sure that particular | 05:39:18 |
| 17 | Samsung employee is referring to Daniel Shim. | 05:39:21 |
| 18 | BY MR. FLINN: | 05:39:28 |
| 19 | Q.  As the Samsung witness designated to testify | 05:39:28 |
| 20 | under Judge Grewal's order, can you tell us and the | 05:39:31 |
| 21 | judge who the Samsung employee was that the | 05:39:37 |
| 22 | Quinn Emanuel associate sent the incompletely redacted | 05:39:41 |
| 23 | Teece report to? | 05:39:46 |
| 24 | MS. KASSABIAN:  Objection.  Are you referring | 05:39:47 |
| 25 | now to Exhibit 15? | 05:39:48 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

218

| | | |
|---|---|---|
| 1 | BY MR. FLINN: | 05:39:48 |
| 2 | Q.  Can you answer the question, sir? | 05:39:58 |
| 3 | MS. KASSABIAN:  Objection.  Vague and | 05:40:00 |
| 4 | ambiguous.  I don't know what exhibit you're referring | 05:40:01 |
| 5 | to. | 05:40:02 |
| 6 | THE WITNESS:  So you're talking Exhibit 15? | 05:40:06 |
| 7 | BY MR. FLINN: | 05:40:08 |
| 8 | Q.  My question is:  As Samsung's designated | 05:40:08 |
| 9 | witness to testify under the topics set forth by | 05:40:13 |
| 10 | Judge Grewal, can you tell us and the judge who the | 05:40:17 |
| 11 | Samsung employee was that Quinn Emanuel sent the | 05:40:20 |
| 12 | incompletely redacted Teece report to? | 05:40:24 |
| 13 | A.  I cannot. | 05:40:27 |
| 14 | MS. KASSABIAN:  Same objections. | 05:40:28 |
| 15 | THE WITNESS:  I cannot because this is a | 05:40:30 |
| 16 | letter written by Robert Becher of Quinn Emanuel to | 05:40:32 |
| 17 | Billy of Wilmer Hale on August 16, 2013.  It starts | 05:40:39 |
| 18 | with capitalized bold legend that states it contains | 05:40:47 |
| 19 | confidential business information, contains information | 05:40:54 |
| 20 | designated highly confidential, attorneys' eyes only. | 05:40:57 |
| 21 | So, obviously, I was not permitted to see this letter, | 05:41:00 |
| 22 | and first time I'm seeing this letter in a redacted | 05:41:05 |
| 23 | format is here today. | 05:41:08 |
| 24 | So as I sit here today, I cannot answer your | 05:41:11 |
| 25 | question with regard to one paragraph out of three-page | 05:41:15 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

219

| | | |
|---|---|---|
| 1 | letter where the identity of Samsung employee in | 05:41:22 |
| 2 | question was not spelled out in the letter. | 05:41:26 |
| 3 | BY MR. FLINN: | 05:41:36 |
| 4 | Q.  Mr. Korea, I want to be real clear.  I did not | 05:41:36 |
| 5 | ask you about a particular exhibit or letter.  I'm | 05:41:39 |
| 6 | going to ask my question again. | 05:41:43 |
| 7 | Can you tell the judge the name of the Samsung | 05:41:44 |
| 8 | employee who received the incompletely redacted Teece | 05:41:47 |
| 9 | report from a Quinn Emanuel associate on | 05:41:52 |
| 10 | December 21, 2012? | 05:41:57 |
| 11 | A.  I believe I could -- | 05:41:58 |
| 12 | MS. KASSABIAN:  I'm going to object as that | 05:42:01 |
| 13 | calls for speculation, and also that we have repeatedly | 05:42:02 |
| 14 | asked that the witness be permitted to review documents | 05:42:05 |
| 15 | to help provide his testimony, given that there are | 05:42:08 |
| 16 | many different e-mails and names and dates involved, | 05:42:13 |
| 17 | and so far counsel has refused Mr. Korea to do that. | 05:42:21 |
| 18 | THE WITNESS:  Yeah.  With that objection, what | 05:42:25 |
| 19 | I was going to say is that I believe I could if I can | 05:42:26 |
| 20 | access that information where there is a set of | 05:42:30 |
| 21 | documents or tools I can refer to that shows where all | 05:42:41 |
| 22 | these e-mails -- who received those e-mails, when they | 05:42:46 |
| 23 | had received.  All those informations are in those | 05:42:49 |
| 24 | tools, and if I can refer to it, I'm sure I can answer | 05:42:54 |
| 25 | your question much better. | 05:42:57 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

220

| | | |
|---|---|---|
| 1 | BY MR. FLINN: | 05:42:59 |
| 2 | Q.  I would like an answer to that question, and | 05:42:59 |
| 3 | you can look at whatever you like.  You can look at the | 05:43:01 |
| 4 | Boston phonebook if you like. | 05:43:04 |
| 5 | But I would like you to say, as Samsung's | 05:43:06 |
| 6 | designated witness, who the Samsung employee was that | 05:43:08 |
| 7 | received the incompletely redacted Teece report from a | 05:43:15 |
| 8 | Quinn Emanuel associate on December 21, 2012. | 05:43:19 |
| 9 | MS. KASSABIAN:  So again I'm going to object | 05:43:22 |
| 10 | that this calls for speculation.  And we'll pull out | 05:43:23 |
| 11 | some documents and let the witness look through them to | 05:43:30 |
| 12 | see if he can identify any transmissions on that date. | 05:43:33 |
| 13 | Is that okay with you? | 05:43:36 |
| 14 | MR. FLINN:  It's not okay that you coach the | 05:43:38 |
| 15 | witness.  I want the witness to answer the question. | 05:43:40 |
| 16 | He can look at whatever he likes, as I said, but I do | 05:43:42 |
| 17 | want you to know, Counsel, that when we ask the witness | 05:43:44 |
| 18 | a question squarely in the center of what the judge | 05:43:48 |
| 19 | ordered your client to produce by way of a 30(b)(6) | 05:43:53 |
| 20 | witness, and when you object that that question calls | 05:43:56 |
| 21 | for speculation, that's going to be featured, I | 05:43:58 |
| 22 | suspect, in whatever we tell the judge in our brief on | 05:44:02 |
| 23 | Monday. | 05:44:05 |
| 24 | MS. KASSABIAN:  So let me tell you why that | 05:44:05 |
| 25 | calls for speculation, Mr. Flinn. | 05:44:07 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

221

| | | |
|---|---|---|
| 1 | MR. FLINN:  I don't care why you say that.  I | 05:44:09 |
| 2 | would like the witness to answer the question.  He says | 05:44:12 |
| 3 | he's got to look at stuff.  I'd like him to start | 05:44:16 |
| 4 | looking at stuff so that we don't spend all night here. | 05:44:16 |
| 5 | MS. KASSABIAN:  That question calls for | 05:44:17 |
| 6 | speculation because you are asking him to guess at what | 05:44:18 |
| 7 | a Quinn Emanuel attorney was thinking of when they | 05:44:20 |
| 8 | drafted a letter on August 16, 2013, that Mr. Korea has | 05:44:25 |
| 9 | never laid eyes on, let alone written or spoken about. | 05:44:30 |
| 10 | So it does call for speculation the way you have asked | 05:44:35 |
| 11 | for it.  If you had asked who sent what on this date, | 05:44:38 |
| 12 | that wouldn't call for speculation, but that's not what | 05:44:42 |
| 13 | you asked. | 05:44:44 |
| 14 | So that's my objection, and we're going to | 05:44:45 |
| 15 | pull out some materials to allow Mr. Korea to see if he | 05:44:48 |
| 16 | can best answer your question of who sent what on that | 05:44:53 |
| 17 | date. | 05:44:57 |
| 18 | MR. SELWYN:  Do you have a copy for us of what | 05:45:38 |
| 19 | you're showing the witness? | 05:45:40 |
| 20 | MS. KASSABIAN:  And there's also no need to | 05:46:30 |
| 21 | raise your voice, Mr. Flinn. | 05:46:32 |
| 22 | I'm going to hand out a small package binder | 05:46:35 |
| 23 | that Mr. Korea has brought to aid his testimony as a | 05:46:39 |
| 24 | 30(b)(6) witness regarding the inadvertent disclosure | 05:46:44 |
| 25 | disseminations of the Teece report. | 05:46:50 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

222

| | | |
|---|---|---|
| 1 | And I'll note that this exhibit includes a | 05:47:34 |
| 2 | chart that bears attorneys' eyes only legends | 05:47:39 |
| 3 | designation and documents bearing those same | 05:47:48 |
| 4 | designations.  So this is an AEO exhibit. | 05:47:50 |
| 5 | BY MR. FLINN: | 05:50:54 |
| 6 | Q.  Do you need me to repeat the question? | 05:50:54 |
| 7 | A.  Yes, please. | 05:50:56 |
| 8 | Q.  I would like you to say, as Samsung's | 05:50:58 |
| 9 | designated witness, who the Samsung employee was that | 05:51:00 |
| 10 | received the incompletely redacted Teece report from a | 05:51:04 |
| 11 | Quinn Emanuel associate on December 21, 2012. | 05:51:09 |
| 12 | MS. KASSABIAN:  And I'll again object to the | 05:51:13 |
| 13 | extent you are trying to get the witness to | 05:51:15 |
| 14 | characterize the statements that were made in a letter | 05:51:17 |
| 15 | not authored by him. | 05:51:20 |
| 16 | But with that, you can answer, sir. | 05:51:22 |
| 17 | THE WITNESS:  Yeah, based on my record, | 05:51:25 |
| 18 | Daniel Shim must be the one who has received partially | 05:51:30 |
| 19 | redacted Teece report on -- either on 21st or 22nd of | 05:51:35 |
| 20 | December 2012. | 05:51:44 |
| 21 | BY MR. FLINN: | 05:51:48 |
| 22 | Q.  Is that Samsung's corporate testimony? | 05:51:49 |
| 23 | A.  Yes. | 05:51:51 |
| 24 | Q.  I want you to go back now to Exhibit 15, the | 05:51:58 |
| 25 | letter from Mr. Becher. | 05:52:03 |

223

| | | |
|---|---|---|
| 1 | All of these questions are being asked in your | 05:52:08 |
| 2 | capacity as Samsung's corporate witness. So if you | 05:52:10 |
| 3 | believe you are unable or unauthorized to give that | 05:52:14 |
| 4 | testimony, please say so. | 05:52:17 |
| 5 | A. I will do that. | 05:52:21 |
| 6 | Q. Who was the Quinn Emanuel associate who sent | 05:52:22 |
| 7 | the incompletely redacted Teece report? | 05:52:24 |
| 8 | MS. KASSABIAN: Again, the same objections to | 05:52:28 |
| 9 | the extent that you're asking for the objective facts | 05:52:29 |
| 10 | as reflected in the documentary record. That's fine, | 05:52:34 |
| 11 | but I object to counsel's questions to Mr. Korea to ask | 05:52:38 |
| 12 | him to know what someone else was thinking in a letter | 05:52:44 |
| 13 | he didn't write. | 05:52:47 |
| 14 | THE WITNESS: According to my investigation, | 05:53:56 |
| 15 | the only Quinn Emanuel attorney who forwarded or who | 05:53:58 |
| 16 | sent the partially redacted Teece report on or around | 05:54:04 |
| 17 | December 21st would be Guy Eddon at Quinn Emanuel. | 05:54:11 |
| 18 | BY MR. FLINN: | 05:54:22 |
| 19 | Q. The next sentence in Exhibit 15 in that second | 05:54:22 |
| 20 | paragraph reads: | 05:54:25 |
| 21 | "Within hours, another associate realized | 05:54:26 |
| 22 | that it contained references to licensing | 05:54:28 |
| 23 | terms that had not been redacted." | 05:54:30 |
| 24 | As Samsung's corporate witness, do you know | 05:54:34 |
| 25 | whether one way or the other whether that statement is | 05:54:37 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

224

| | | |
|---|---|---|
| 1 | true? | 05:54:39 |
| 2 | BY MS. KASSABIAN: | 05:54:40 |
| 3 | Q.  Again, objection to the extent that you are | 05:54:40 |
| 4 | asking him to testify about details in a letter he | 05:54:43 |
| 5 | didn't write. | 05:54:45 |
| 6 | But you can answer. | 05:54:46 |
| 7 | A.  Yeah, I cannot answer the question because | 05:54:51 |
| 8 | this goes to what associate attorney at Quinn Emanuel | 05:54:54 |
| 9 | did or did not realize about certain documents.  So I | 05:54:59 |
| 10 | don't think it falls within the 30(b)(6) topic that I | 05:55:10 |
| 11 | have been designated for, and I certainly do not have | 05:55:14 |
| 12 | personal knowledge one way or the other. | 05:55:17 |
| 13 | Q.  Again in your capacity as the 30(b)(6) | 05:55:22 |
| 14 | witness, I want you to look at the next sentence.  It | 05:55:24 |
| 15 | reads: | 05:55:26 |
| 16 | "The lawyer notified the Samsung employee | 05:55:27 |
| 17 | not to look at the report." | 05:55:29 |
| 18 | Do you see where I've read from? | 05:55:30 |
| 19 | A.  Uh-huh.  Yep, I see it. | 05:55:38 |
| 20 | Q.  Do you know whether or not the lawyer referred | 05:55:40 |
| 21 | there -- strike that. | 05:55:42 |
| 22 | Let me start:  Do you know one way or the | 05:55:43 |
| 23 | other whether or not Mr. Shim was notified within hours | 05:55:47 |
| 24 | of Mr. Eddon's sending him the incompletely redacted | 05:55:55 |
| 25 | Teece report that Mr. Shim should not look at the | 05:55:59 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

225

| | | |
|---|---|---|
| 1 | report? | 05:56:08 |
| 2 | MS. KASSABIAN:  Again, objection.  Calls for | 05:56:10 |
| 3 | speculation, given that this letter was not authorized | 05:56:11 |
| 4 | by Mr. Korea. | 05:56:13 |
| 5 | But you can answer. | 05:56:14 |
| 6 | THE WITNESS:  I cannot answer that.  I could | 05:56:29 |
| 7 | not tell that -- I could not answer that question based | 05:56:31 |
| 8 | this e-mail -- heavily redacted e-mail exchange between | 05:56:40 |
| 9 | Guy Eddon and Daniel Shim. | 05:56:44 |
| 10 | BY MR. FLINN: | 05:56:51 |
| 11 | Q.  Do you know whether or not the lawyer who | 05:56:52 |
| 12 | notified the Samsung employee not to look at the report | 05:56:53 |
| 13 | is Mr. Eddon or the other associate who realized it | 05:56:56 |
| 14 | contained references to licensing determines that had | 05:57:01 |
| 15 | not been redacted? | 05:57:04 |
| 16 | MS. KASSABIAN:  Objection.  Calls for | 05:57:06 |
| 17 | speculation. | 05:57:08 |
| 18 | THE WITNESS:  Well, this is the first time I'm | 05:57:12 |
| 19 | reading the letter, and if you look at the paragraph, | 05:57:16 |
| 20 | the lawyer referenced the certain -- third sentence | 05:57:19 |
| 21 | could be the first Quinn Emanuel associate or could be | 05:57:23 |
| 22 | another Quinn Emanuel associate referenced in this | 05:57:30 |
| 23 | second sentence.  So I could not tell you one way or | 05:57:32 |
| 24 | the other. | 05:57:35 |
| 25 | BY MR. FLINN: | 05:57:35 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

226

| | | |
|---|---|---|
| 1 | Q.  Is it fair to say, sir, that the first you | 05:57:36 |
| 2 | heard of this possible exchange in December of 2012 | 05:57:38 |
| 3 | about not looking at the report is when you saw this | 05:57:43 |
| 4 | letter this afternoon? | 05:57:49 |
| 5 | MS. KASSABIAN:  Objection.  Vague and | 05:57:51 |
| 6 | ambiguous.  And irrelevant. | 05:57:52 |
| 7 | THE WITNESS:  Yeah.  Could you repeat that | 05:57:54 |
| 8 | question, please. | 05:57:56 |
| 9 | BY MR. FLINN: | 05:57:56 |
| 10 | Q.  Sure.  Is it fair to say, sir, that the first | 05:57:57 |
| 11 | you heard of this possible exchange in December of 2012 | 05:58:00 |
| 12 | about not looking at the report is when you saw this | 05:58:02 |
| 13 | letter this afternoon? | 05:58:05 |
| 14 | A.  Again, this is the first time I'm reading this | 05:58:09 |
| 15 | letter.  So without doing further investigations, I'm | 05:58:12 |
| 16 | not sure I can give you a definitive answer. | 05:58:16 |
| 17 | Q.  Before this afternoon, did you have any | 05:58:21 |
| 18 | information about a communication in December of 2012 | 05:58:24 |
| 19 | between Quinn Emanuel and anybody at Samsung saying not | 05:58:32 |
| 20 | to look at the incompletely redacted Teece report? | 05:58:40 |
| 21 | MS. KASSABIAN:  Same objections. | 05:58:46 |
| 22 | And again I would caution you not to disclose | 05:59:01 |
| 23 | any work product or attorney-client communications in | 05:59:03 |
| 24 | your answer.  But you can otherwise answer. | 05:59:06 |
| 25 | THE WITNESS:  Yeah.  Please repeat the | 05:59:08 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

227

| | | |
|---|---|---|
| 1 | question. | 05:59:09 |
| 2 | BY MR. FLINN: | 05:59:10 |
| 3 | Q.  Sure.  You can answer this yes or no. | 05:59:11 |
| 4 | Before this afternoon, did you have any | 05:59:12 |
| 5 | information about a communication in December of 2012 | 05:59:14 |
| 6 | between Quinn Emanuel and anybody at Samsung saying not | 05:59:17 |
| 7 | to look at the incompletely redacted Teece report? | 05:59:20 |
| 8 | A.  Around December 21, 2012, you mean? | 05:59:27 |
| 9 | Q.  At any time in December of 2012. | 05:59:31 |
| 10 | MS. KASSABIAN:  Same objections. | 05:59:37 |
| 11 | THE WITNESS:  I testified that I believe I had | 05:59:38 |
| 12 | a conversation with a Daniel Shim, and that around this | 05:59:40 |
| 13 | time he had need for a Teece report for a certain | 05:59:43 |
| 14 | semiconductor case.  But beyond that and whether that | 05:59:49 |
| 15 | information is relating to what you just said, but | 05:59:54 |
| 16 | that's the only thing I know about what this one | 06:00:00 |
| 17 | appears to be referencing around this time. | 06:00:04 |
| 18 | BY MR. FLINN: | 06:00:13 |
| 19 | Q.  Following the next sentence in Paragraph 2 of | 06:00:15 |
| 20 | this letter, the sentence reads: | 06:00:17 |
| 21 | "The employee confirmed that he would not | 06:00:19 |
| 22 | look at the report and would delete the e-mail." | 06:00:21 |
| 23 | I take it you don't know one way or the other | 06:00:24 |
| 24 | whether or not that statement is true or false? | 06:00:30 |
| 25 | MS. KASSABIAN:  Same objections. | 06:00:31 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

228

| | | |
|---|---|---|
| 1 | THE WITNESS:  That's right.  This is the first | 06:00:33 |
| 2 | time I'm reading this letter, so I need to do further | 06:00:35 |
| 3 | investigation before I can answer that question more | 06:00:37 |
| 4 | definitively. | 06:00:42 |
| 5 | BY MR. FLINN: | 06:00:42 |
| 6 | Q.  Then the sentence reads: | 06:00:45 |
| 7 | "The attorney subsequently sent another | 06:00:48 |
| 8 | e-mail with a report that contained complete | 06:00:48 |
| 9 | redactions." | 06:00:51 |
| 10 | I take it you are not in a position one way or | 06:00:58 |
| 11 | the other to say whether that statement is true? | 06:01:01 |
| 12 | MS. KASSABIAN:  Same objections. | 06:01:04 |
| 13 | THE WITNESS:  Yes.  I mean, obviously, you're | 06:01:05 |
| 14 | suspecting Daniel Shim is the attorney.  You guys had | 06:01:08 |
| 15 | opportunity to ask Daniel Shim about that.  But this is | 06:01:11 |
| 16 | the first time that I was given this letter in a | 06:01:14 |
| 17 | redacted format. | 06:01:18 |
| 18 | BY MR. FLINN: | 06:01:18 |
| 19 | Q.  We'll get to what Mr. Shim had to say about | 06:01:19 |
| 20 | this in a second, but I just want to confirm that you | 06:01:22 |
| 21 | don't know one way or the other whether the attorney | 06:01:24 |
| 22 | consequently sent another e-mail with a report that | 06:01:27 |
| 23 | contained complete redactions.  Is that fair? | 06:01:29 |
| 24 | MS. KASSABIAN:  Same objections. | 06:01:33 |
| 25 | THE WITNESS:  Yeah, that's right.  I mean, | 06:01:35 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

229

| | | |
|---|---|---|
| 1 | this is the first time I'm reading this letter. | 06:01:37 |
| 2 | BY MR. FLINN: | 06:01:43 |
| 3 | Q.  And I take it you certainly don't know who the | 06:01:43 |
| 4 | attorney was who subsequently sent that other e-mail. | 06:01:46 |
| 5 | Correct? | 06:01:49 |
| 6 | MS. KASSABIAN:  Same objection. | 06:01:50 |
| 7 | THE WITNESS:  Actually, maybe not. | 06:01:51 |
| 8 | MS. KASSABIAN:  I'll caution you not to | 06:01:55 |
| 9 | speculate. | 06:01:56 |
| 10 | THE WITNESS:  As far as my investigation is | 06:02:31 |
| 11 | concerned, Guy Eddon at Quinn Emanuel is the only Quinn | 06:02:33 |
| 12 | attorney who sent David Teece expert report or rebuttal | 06:02:38 |
| 13 | report of David Teece on December 21st or 22nd. | 06:02:46 |
| 14 | BY MR. FLINN: | 06:02:46 |
| 15 | Q.  And that's the e-mail that you find in | 06:02:52 |
| 16 | Exhibit 9; correct? | 06:02:54 |
| 17 | A.  That is correct. | 06:03:06 |
| 18 | Q.  So if there's a second e-mail that is referred | 06:03:07 |
| 19 | to in this paragraph, you've never seen it, have you? | 06:03:10 |
| 20 | A.  That's not true. | 06:03:13 |
| 21 | MS. KASSABIAN:  Objection.  Vague and | 06:03:14 |
| 22 | ambiguous. | 06:03:16 |
| 23 | Which exhibit are you referring to? | 06:03:16 |
| 24 | BY MR. FLINN: | 06:03:23 |
| 25 | Q.  "The attorney subsequently sent another | 06:03:24 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

230

| | |
|---|---|
| 1    e-mail with a report that contained | 06:03:27 |
| 2    complete redactions." | 06:03:29 |
| 3        Have you ever seen that e-mail referred to in | 06:03:30 |
| 4    that sentence? | 06:03:32 |
| 5        MS. KASSABIAN:  Objection.  Lacks foundation. | 06:03:35 |
| 6    Calls for speculation.  And outside the scope of the | 06:03:37 |
| 7    deposition, the 30(b)(6) designation. | 06:03:40 |
| 8        THE WITNESS:  Yeah, I mean, since this is the | 06:03:44 |
| 9    first time I'm reading this letter, obviously I | 06:03:46 |
| 10    probably need to -- I'm not sure my answer will be | 06:03:51 |
| 11    really definitive.  But based on the investigation I | 06:03:54 |
| 12    have done with respect to dissemination of and use or | 06:03:57 |
| 13    lack thereof by Samsung of the partially redacted Teece | 06:04:03 |
| 14    report, it appears that based on Exhibit 9 there were | 06:04:09 |
| 15    two e-mails initiated by Guy Eddon around this time, | 06:04:19 |
| 16    first one being December 22, 2012, around 11:35 a.m. or | 06:04:24 |
| 17    p.m., and then there's another e-mail initiated by | 06:04:33 |
| 18    Guy Eddon to Daniel Shim on December 22, 2012, | 06:04:38 |
| 19    5:32 a.m., that attaches redacted rebuttal report of | 06:04:46 |
| 20    David Teece as well as redacted expert report of | 06:04:52 |
| 21    David J. Teece Samsung versus Apple.pdf. | 06:04:56 |
| 22        Based on this investigation, I believe that | 06:05:02 |
| 23    the attorney who subsequently sent another e-mail with | 06:05:11 |
| 24    the report that contained complete redactions was | 06:05:14 |
| 25    Guy Eddon. | 06:05:19 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

231

1    BY MR. FLINN:                                           06:05:22

2        Q.  My question is:  Assuming that what Mr. Becher   06:05:22

3    said on August 16th was the truth, there would be two   06:05:30

4    e-mails with two different attachments.                 06:05:37

5            Are you aware of any e-mail with an attachment   06:05:42

6    referencing the Teece report other than the single one  06:05:48

7    that we see in Exhibit 9?                                06:05:52

8            MS. KASSABIAN:  Objection.  Beyond the scope     06:05:56

9    of this deposition.  If you are referring to a          06:05:57

10   completely redacted Teece report, it is beyond the      06:06:00

11   scope.                                                  06:06:04

12           THE WITNESS:  So if I am to take this letter     06:06:11

13   as truth, I am to assume and guess that this letter is  06:06:13

14   true -- I'm sorry.  Could you repeat the question.      06:06:16

15   BY MR. FLINN:                                           06:06:23

16       Q.  Sure.  Assuming that the second paragraph of    06:06:23

17   Mr. Becher's letter is true, would you agree with me    06:06:26

18   that there would be two e-mails containing attachments  06:06:31

19   referencing Teece reports, but as far as you're aware,  06:06:37

20   you've only seen one, the e-mail with an attachment     06:06:50

21   that we see in Exhibit 9?                               06:06:53

22           MS. KASSABIAN:  Objection.  Vague and           06:06:58

23   ambiguous.  And also beyond the scope of this 30(b)(6)  06:06:59

24   deposition.  It also calls for attorney-client          06:07:04

25   communication to the extent that you are asking for     06:07:09

232

| | | |
|---|---|---|
| 1 | communications between Quinn Emanuel and Samsung | 06:07:11 |
| 2 | attaching fully and properly redacted copies of expert | 06:07:15 |
| 3 | reports. | 06:07:19 |
| 4 | So don't disclose any attorney-client | 06:07:25 |
| 5 | communications or work product in your answer, but if | 06:07:27 |
| 6 | you otherwise have a basis for answering, please do. | 06:07:29 |
| 7 | THE WITNESS:  Yeah.  So let's see.  I think | 06:07:32 |
| 8 | there are two questions. | 06:07:35 |
| 9 | Assuming -- you start your question with | 06:07:43 |
| 10 | "assuming," and then there was -- was there a question | 06:07:45 |
| 11 | or was there a statement? | 06:07:46 |
| 12 | BY MR. FLINN: | 06:07:47 |
| 13 | Q.  I'm going to try to ask a new question, and | 06:07:47 |
| 14 | hopefully you will answer it. | 06:07:50 |
| 15 | Are you aware of any other e-mail in December | 06:07:51 |
| 16 | of 2012 between anybody at Quinn Emanuel and Mr. Shim | 06:07:56 |
| 17 | attaching any version of the Teece report other than | 06:08:07 |
| 18 | the one that we see in Exhibit 9? | 06:08:15 |
| 19 | MS. KASSABIAN:  So again I'll object.  This | 06:08:18 |
| 20 | calls for attorney-client communications if what you're | 06:08:20 |
| 21 | referencing is an e-mail from Quinn Emanuel to its | 06:08:23 |
| 22 | client Samsung attaching an expert report with complete | 06:08:27 |
| 23 | redactions.  That would be beyond the scope of this | 06:08:31 |
| 24 | deposition, which is about inadvertent disclosures. | 06:08:35 |
| 25 | That objection said, you can answer it, | 06:08:41 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

233

| | | |
|---|---|---|
| 1 | provided that you don't reveal any attorney-client | 06:08:44 |
| 2 | communications. | 06:08:46 |
| 3 | THE WITNESS:  Yeah, I'm looking at my records, | 06:08:48 |
| 4 | and I do not believe there was any e-mail either sent | 06:08:50 |
| 5 | or received that has the Teece report on | 06:08:53 |
| 6 | December 12th, 2012. | 06:08:57 |
| 7 | BY MR. FLINN: | 06:09:02 |
| 8 | Q.  I'd like you now to take a look at Exhibit 10. | 06:09:03 |
| 9 | A.  Did you say Exhibit 12 or Exhibit 10? | 06:09:30 |
| 10 | Q.  Exhibit 10. | 06:09:31 |
| 11 | A.  Exhibit 10. | 06:09:31 |
| 12 | Q.  The top e-mail is an e-mail from Guy Eddon | 06:09:32 |
| 13 | dated January 4, 2013.  Do you see that? | 06:09:36 |
| 14 | A.  Yep, I'm seeing it, yep. | 06:09:39 |
| 15 | Q.  There's an attachment that reads: | 06:09:41 |
| 16 | "Redacted expert report of David J. Teece, | 06:09:43 |
| 17 | Samsung v. Apple_redacted.pdf." | 06:09:47 |
| 18 | Do you see that? | 06:09:51 |
| 19 | A.  Yes, I see that. | 06:09:52 |
| 20 | Q.  Sitting here today as Samsung's designated | 06:09:53 |
| 21 | corporate witness, can you tell the judge whether or | 06:09:56 |
| 22 | not that attachment disclosed any financial terms of | 06:09:58 |
| 23 | the Apple-Nokia license? | 06:10:01 |
| 24 | MS. KASSABIAN:  Objection.  Calls for | 06:10:05 |
| 25 | speculation.  That's an impossible question for this | 06:10:07 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

234

| | | |
|---|---|---|
| 1 | witness to answer, given that he's not permitted to | 06:10:10 |
| 2 | examine the attachments. | 06:10:13 |
| 3 | With those objections, if you can answer | 06:10:16 |
| 4 | without disclosing any work product or privileged | 06:10:18 |
| 5 | information, please do. | 06:10:21 |
| 6 | THE WITNESS:  Yeah, if I'm allowed to read the | 06:10:23 |
| 7 | attachment, I can better answer that question.  But | 06:10:25 |
| 8 | without reading it, I cannot answer that question. | 06:10:28 |
| 9 | BY MR. FLINN: | 06:10:31 |
| 10 | Q.  Who told you you couldn't read the attachment? | 06:10:31 |
| 11 | MS. KASSABIAN:  Objection.  Argumentative. | 06:10:40 |
| 12 | THE WITNESS:  If you provide me with the | 06:10:41 |
| 13 | attachment, I'll be happy to read and answer your | 06:10:42 |
| 14 | question. | 06:10:46 |
| 15 | BY MR. FLINN: | 06:10:46 |
| 16 | Q.  If you wanted to get a hold of the attachment, | 06:10:46 |
| 17 | what would you do? | 06:10:49 |
| 18 | MS. KASSABIAN:  Objection.  Argumentative. | 06:10:50 |
| 19 | Irrelevant. | 06:10:51 |
| 20 | Are you going to provide him with it? | 06:10:56 |
| 21 | THE WITNESS:  I'm not sure I can answer that | 06:10:57 |
| 22 | question as a 30(b)(6). | 06:10:59 |
| 23 | In my personal opinion, personal experience, I | 06:11:00 |
| 24 | guess I can reach out to Apple's in-house counsel, | 06:11:08 |
| 25 | "Hey, your counsel asked me a question about this | 06:11:12 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

235

| | | |
|---|---|---|
| 1 | expert report.  Can you send it to me?" | 06:11:14 |
| 2 | I think I'm on good terms with Apple now, so | 06:11:16 |
| 3 | if they know for sure it's coming from their | 06:11:19 |
| 4 | in-house -- well, actually, you're not their counsel. | 06:11:22 |
| 5 | So I don't know.  I don't know how to handle | 06:11:24 |
| 6 | that request. | 06:11:26 |
| 7 | BY MR. FLINN: | 06:11:29 |
| 8 | Q.  Do you know if there's an electronic copy of | 06:11:29 |
| 9 | this e-mail maintained anywhere within Samsung? | 06:11:31 |
| 10 | A.  When you talk about Samsung, are you talking | 06:11:42 |
| 11 | about the client or are you also including Samsung's | 06:11:44 |
| 12 | outside counsel, Quinn Emanuel. | 06:11:48 |
| 13 | Q.  Including your outside counsel, Quinn Emanuel. | 06:11:49 |
| 14 | MS. KASSABIAN:  And again I'm going to object | 06:11:53 |
| 15 | that this is not a document custodian witness.  So it | 06:11:55 |
| 16 | is irrelevant and argumentative. | 06:11:58 |
| 17 | But you can answer if you know. | 06:11:59 |
| 18 | THE WITNESS:  As a 30(b)(6) witness, I am not | 06:12:01 |
| 19 | sure that's my topic. | 06:12:05 |
| 20 | And in my individual capacity, I was almost | 06:12:12 |
| 21 | tempted to say I would guess, but I've been told not to | 06:12:14 |
| 22 | guess, so I can't answer that question. | 06:12:18 |
| 23 | MS. KASSABIAN:  Let's not interrupt the | 06:12:19 |
| 24 | witness, please. | 06:12:21 |
| 25 | BY MR. FLINN: | 06:12:21 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

236

| | |
|---|---|
| 1 | Q.  Are you done with your answer? | 06:12:22 |
| 2 | A.  Yes, sir, I am. | 06:12:23 |
| 3 | Q.  I want to be real clear why I'm asking. | 06:12:24 |
| 4 | I believe the judge wanted Samsung to | 06:12:27 |
| 5 | designate a witness who could testify about where | 06:12:29 |
| 6 | internally within Samsung information that was in the | 06:12:34 |
| 7 | incompletely redacted Teece report went. | 06:12:43 |
| 8 | We have a reference to a redacted Teece report | 06:12:47 |
| 9 | as an attachment, and I'm trying to find out from you, | 06:12:50 |
| 10 | as Samsung's corporate witness on that subject, whether | 06:12:54 |
| 11 | or not this e-mail represents a transmission to Samsung | 06:12:59 |
| 12 | internally of that confidential information. | 06:13:06 |
| 13 | And is your answer, sir, that you can't tell | 06:13:09 |
| 14 | me because you don't know the content of that PDF | 06:13:12 |
| 15 | attachment? | 06:13:15 |
| 16 | MS. KASSABIAN:  Okay.  That's an entirely | 06:13:16 |
| 17 | different question and that misstates his prior | 06:13:19 |
| 18 | testimony.  And can you be specific when you say "this | 06:13:21 |
| 19 | e-mail," since there's three e-mails in front of us? | 06:13:24 |
| 20 | BY MR. FLINN: | 06:13:38 |
| 21 | Q.  As Samsung's corporate designee to testify as | 06:13:40 |
| 22 | to the dissemination of the information that was in the | 06:13:43 |
| 23 | incompletely redacted Teece report, can you tell me | 06:13:47 |
| 24 | whether or not the attachment referenced in the top of | 06:13:53 |
| 25 | Exhibit 10 contained disclosure of the Nokia-Apple | 06:13:56 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

237

| | | |
|---|---|---|
| 1 | license financial terms? | 06:14:05 |
| 2 | MS. KASSABIAN:  Again, objection, since the | 06:14:07 |
| 3 | witness is not permitted to review that document. | 06:14:08 |
| 4 | But you can answer based on your | 06:14:11 |
| 5 | understanding, sir. | 06:14:13 |
| 6 | THE WITNESS:  Yeah, if I'm allowed to see the | 06:14:19 |
| 7 | attached report, Samsung v. Apple_redacted.pdf, I think | 06:14:22 |
| 8 | I can better answer that question. | 06:14:26 |
| 9 | BY MR. FLINN: | 06:14:28 |
| 10 | Q.  And why aren't you allowed to see it? | 06:14:28 |
| 11 | A.  I don't know. | 06:14:37 |
| 12 | MS. KASSABIAN:  Objection.  Argumentative. | 06:14:37 |
| 13 | THE WITNESS:  If you have that attachment, | 06:14:39 |
| 14 | I'll be happy to look at it and answer your question. | 06:14:41 |
| 15 | BY MR. FLINN: | 06:14:44 |
| 16 | Q.  Will either Samsung or Quinn Emanuel produce | 06:14:44 |
| 17 | that attachment and the other attachments to this | 06:14:48 |
| 18 | e-mail so that we may know what it contains? | 06:14:51 |
| 19 | MS. KASSABIAN:  Is that what's going on here, | 06:14:54 |
| 20 | you just want to ask me -- you think you're missing | 06:14:56 |
| 21 | some pages in the production?  Is that what this is | 06:14:58 |
| 22 | about?  Because if it is, just ask me.  I'll be happy | 06:15:01 |
| 23 | to ask my office if there's pages missing from a | 06:15:05 |
| 24 | particular e-mail produced.  Is that the question? | 06:15:09 |
| 25 | MR. FLINN:  My information is, none of the | 06:15:12 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

238

| | | |
|---|---|---|
| 1 | attachments were produced. | 06:15:13 |
| 2 | MR. KOPPELMAN:  That's the latest information | 06:15:15 |
| 3 | I have, as well. | 06:15:17 |
| 4 | MS. KASSABIAN:  Okay.  So I will check on that | 06:15:17 |
| 5 | right now -- or sorry.  At the next break, I will check | 06:15:19 |
| 6 | on that and get right back to you. | 06:15:22 |
| 7 | MR. SELWYN:  You'll check on the attachments | 06:15:25 |
| 8 | for all the e-mails that were produced? | 06:15:26 |
| 9 | MS. KASSABIAN:  Yeah.  I -- you're saying that | 06:15:28 |
| 10 | you didn't get an attachment to this e-mail in the | 06:15:29 |
| 11 | production, so I will check on that, absolutely. | 06:15:32 |
| 12 | Again, Mr. Korea is not a document custodian | 06:15:34 |
| 13 | witness, nor does he work for a discovery vendor.  He | 06:15:38 |
| 14 | had nothing to do with the physical document | 06:15:42 |
| 15 | production.  But you're welcome to direct that question | 06:15:44 |
| 16 | to me, and I'll be happy to take it back to the team. | 06:15:46 |
| 17 | BY MR. FLINN: | 06:15:51 |
| 18 | Q.  I want to ask some more questions. | 06:15:51 |
| 19 | If the second paragraph of Exhibit 15 is true | 06:16:02 |
| 20 | that in December of 2012 Mr. Shin was told that the | 06:16:05 |
| 21 | Teece report contained -- was incompletely redacted and | 06:16:11 |
| 22 | he should not look at it, and he said he would delete | 06:16:15 |
| 23 | the e-mail, can you explain to the judge why he would | 06:16:20 |
| 24 | be forwarding the attachment that we see in Exhibit 10 | 06:16:23 |
| 25 | on January 4th, 2013? | 06:16:33 |

239

|    |    |    |
|----|----|----|
| 1  | MS. KASSABIAN:  Hold on one second. | 06:16:39 |
| 2  | So I'm going to object that that assumes facts | 06:17:13 |
| 3  | not in evidence and calls for speculation.  I'll also | 06:17:15 |
| 4  | object that Mr. Shim was deposed for a full day | 06:17:22 |
| 5  | yesterday. | 06:17:25 |
| 6  | But you can answer if you know, and provided | 06:17:25 |
| 7  | that you don't disclose attorney-client or work product | 06:17:31 |
| 8  | information. | 06:17:36 |
| 9  | THE WITNESS:  Hard to answer that question | 06:17:39 |
| 10 | because I'm not sure I ever mentioned Mr. Shim.  And | 06:17:41 |
| 11 | I'm looking at Exhibit 10.  I don't see any Samsung | 06:17:44 |
| 12 | employee sending any e-mail.  So I don't know how to | 06:17:48 |
| 13 | answer your question. | 06:17:53 |
| 14 | BY MR. FLINN: | 06:17:54 |
| 15 | Q.  All right.  Take a look again at Exhibit 16. | 06:17:55 |
| 16 | You'd agree that Exhibit 16 does show, in the | 06:18:06 |
| 17 | top e-mail, Mr. Shim sending attachments to the Samsung | 06:18:08 |
| 18 | employee Mr. Kwon; correct? | 06:18:17 |
| 19 | A.  That is correct. | 06:18:20 |
| 20 | Q.  Can you explain why, if he was told in | 06:18:21 |
| 21 | December 2012 that he was to delete the report because | 06:18:24 |
| 22 | it was improperly redacted, he is still sending the | 06:18:31 |
| 23 | redacted report to Samsung employees in May of 2013? | 06:18:36 |
| 24 | MS. KASSABIAN:  And again I'm going to object | 06:18:41 |
| 25 | that that calls for speculation. | 06:18:43 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

240

| | | |
|---|---|---|
| 1 | You can answer to the extent that you know and | 06:18:50 |
| 2 | that you are not disclosing attorney-client or work | 06:18:52 |
| 3 | product communications. | 06:18:55 |
| 4 | THE WITNESS:  Again, I do not know what or why | 06:18:58 |
| 5 | Daniel did anything because I'm not Daniel Shim.  And I | 06:19:02 |
| 6 | understand you had the opportunity to depose Daniel | 06:19:09 |
| 7 | yesterday, so he would be a better person to answer | 06:19:11 |
| 8 | that question. | 06:19:13 |
| 9 | BY MR. FLINN: | 06:19:19 |
| 10 | Q.  Well, let's talk about Mr. Shim and what he | 06:19:19 |
| 11 | said yesterday.  I'm going to read to you from the | 06:19:21 |
| 12 | rough transcript, so there may be a final version that | 06:19:30 |
| 13 | will differ slightly.  But what I'm reading from | 06:19:33 |
| 14 | appears in the rough transcript starting on Page 202, | 06:19:35 |
| 15 | Line 19. | 06:19:41 |
| 16 | "Question:  When did you first learn | 06:19:43 |
| 17 | that the Teece report that had been provided | 06:19:45 |
| 18 | to Samsung contained financial terms of | 06:19:47 |
| 19 | the Apple-Nokia license? | 06:19:50 |
| 20 | "Answer:  I'm not going to be | 06:19:52 |
| 21 | absolutely accurate, but I feel comfortable | 06:19:54 |
| 22 | enough saying the summer of this year, one | 06:19:57 |
| 23 | of the summer months 2013." | 06:19:59 |
| 24 | I'm going to read another excerpt.  This is | 06:20:03 |
| 25 | from Page 204. | 06:20:08 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

241

| | | |
|---|---|---|
| 1 | Let me finish my question, please. | 06:20:08 |
| 2 | MS. KASSABIAN:  Could you slow down a little | 06:20:10 |
| 3 | bit?  The transcript is getting very rough. | 06:20:11 |
| 4 | MR. FLINN:  Sure. | 06:20:14 |
| 5 | BY MR. FLINN: | 06:20:14 |
| 6 | Q.  From Page 204, approximately Line 13: | 06:20:14 |
| 7 | "Question:  If Quinn Emanuel has said that | 06:20:20 |
| 8 | in December of 2012 they contacted someone | 06:20:23 |
| 9 | at Samsung to tell them the Teece report | 06:20:26 |
| 10 | had been improperly redacted and they should | 06:20:28 |
| 11 | not look at it, you don't know anything | 06:20:31 |
| 12 | about that? | 06:20:33 |
| 13 | "Answer:  It's not -- I cannot personally | 06:20:34 |
| 14 | independently recall such an occasion | 06:20:38 |
| 15 | taking place in 2012, specifically 2012." | 06:20:40 |
| 16 | My question to you, sir, is:  As Samsung's | 06:20:43 |
| 17 | corporate designee on the use and dissemination of the | 06:20:46 |
| 18 | redacted Teece report, can you reconcile the difference | 06:20:53 |
| 19 | between Mr. Shim's testimony I just read to you and the | 06:20:57 |
| 20 | second paragraph on the second page of Mr. Becher's | 06:20:59 |
| 21 | letter, Exhibit 15? | 06:21:05 |
| 22 | MS. KASSABIAN:  Objection.  Argumentative. | 06:21:07 |
| 23 | Mischaracterizes the two documents at issue.  Calls for | 06:21:09 |
| 24 | speculation.  Lacks foundation.  Outside the scope. | 06:21:15 |
| 25 | THE WITNESS:  First of all, I was not at | 06:21:24 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

242

| | | |
|---|---|---|
| 1 | Daniel Shim's deposition.  I believe I was not allowed | 06:21:26 |
| 2 | to observe Daniel Shim's deposition.  So I have no idea | 06:21:29 |
| 3 | what transpired in his deposition.  And, you know, with | 06:21:33 |
| 4 | respect to what Daniel Shim or didn't do or with | 06:21:37 |
| 5 | respect to his mental state, I believe that's outside | 06:21:42 |
| 6 | my scope as a 30(b)(6) witness on dissemination or the | 06:21:45 |
| 7 | use or the lack thereof by Samsung of the partially | 06:21:52 |
| 8 | redacted Teece report. | 06:21:55 |
| 9 | In my personal capacity, I have no idea. | 06:21:59 |
| 10 | MR. FLINN:  Okay.  We're running out of | 06:22:08 |
| 11 | recording medium, so we'll have to change the disk. | 06:22:10 |
| 12 | Let's take a break. | 06:22:14 |
| 13 | THE VIDEOGRAPHER:  This marks the end of DVD | 06:22:18 |
| 14 | No. 3 in the deposition of Kenneth Korea.  Going off | 06:22:21 |
| 15 | the record.  The time is 6:22. | 06:22:25 |
| 16 | (A brief recess was taken.) | 06:22:25 |
| 17 | THE VIDEOGRAPHER:  Back on the record.  Here | 06:32:35 |
| 18 | begins DVD No. 4 in the deposition of Kenneth Korea. | 06:32:36 |
| 19 | The time is 6:32. | 06:32:41 |
| 20 | BY MR. FLINN: | 06:32:48 |
| 21 | Q.  Mr. Korea, this white binder you have in front | 06:32:49 |
| 22 | of you, the title of it on the front cover reads "Teece | 06:32:52 |
| 23 | Report Inadvertent Disclosure E-Mails."  Do you have a | 06:32:56 |
| 24 | similar volume with respect to the ITC public interest | 06:32:59 |
| 25 | group? | 06:33:04 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

243

| | | |
|---|---|---|
| 1 | A.  I believe that is the case. | 06:33:09 |
| 2 | Q.  We'd like to see that, if we can. | 06:33:11 |
| 3 | MS. KASSABIAN:  Let's go ahead and mark these. | 06:33:14 |
| 4 | MR. FLINN:  Were you reading my mind?  I want | 06:33:16 |
| 5 | to mark them both as the exhibits next in order. | 06:33:19 |
| 6 | MS. KASSABIAN:  There are four of them, so | 06:33:22 |
| 7 | let's mark them all. | 06:33:24 |
| 8 | MR. FLINN:  It's raining binders. | 06:33:25 |
| 9 | What's our next exhibit? | 06:33:38 |
| 10 | MS. REPORTER:  Exhibit 18. | 06:33:39 |
| 11 | MR. FLINN:  Exhibit 18 will be the Teece | 06:33:41 |
| 12 | report we've just been talking about. | 06:33:42 |
| 13 | (Korea Exhibit 18 was marked for identification.) | 06:33:45 |
| 14 | MR. FLINN:  Okay.  And if we can -- can you | 06:33:45 |
| 15 | hand me the next one?  We'll mark that and identify it, | 06:33:46 |
| 16 | and so on. | 06:33:49 |
| 17 | THE WITNESS:  We have four sets of Teece. | 06:34:17 |
| 18 | MR. FLINN:  That's Exhibit 18.  So what's the | 06:34:26 |
| 19 | next one? | 06:34:28 |
| 20 | MS. KASSABIAN:  You can just read the title on | 06:34:34 |
| 21 | the front. | 06:34:36 |
| 22 | Wait.  Are we on the record? | 06:34:37 |
| 23 | MR. FLINN:  Yes. | 06:34:38 |
| 24 | THE WITNESS:  This is a set. | 06:34:39 |
| 25 | MR. FLINN:  I understand.  I'm trying to get | 06:34:41 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER
**PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA**

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

244

| | | |
|---|---|---|
| 1 | them marked and identified.  So you all can hand me | 06:34:43 |
| 2 | another one. | 06:34:46 |
| 3 | Okay.  They're in order now. | 06:34:46 |
| 4 | BY MR. FLINN: | 06:34:46 |
| 5 | Q.  Do you have in front of you a document | 06:34:52 |
| 6 | entitled -- a binder who's title is "Teece Report | 06:34:54 |
| 7 | Inadvertent Further Dissemination E-Mails"? | 06:34:59 |
| 8 | A.  That is correct. | 06:35:03 |
| 9 | MR. FLINN:  Let's mark that one as Exhibit 19. | 06:35:04 |
| 10 | (Korea Exhibit 19 was marked for identification.) | 06:35:04 |
| 11 | BY MR. FLINN: | 06:35:21 |
| 12 | Q.  And do you have a binder entitled "ITC | 06:35:21 |
| 13 | Outline/Brief Inadvertent Disclosure E-Mails"? | 06:35:25 |
| 14 | A.  I do. | 06:35:27 |
| 15 | MR. FLINN:  Let's mark that as Exhibit 20. | 06:35:27 |
| 16 | (Korea Exhibit 20 was marked for identification. | 06:35:27 |
| 17 | BY MR. FLINN: | 06:35:35 |
| 18 | Q.  And do you have a binder entitled "ITC | 06:35:35 |
| 19 | Outline/Brief Inadvertent Further Dissemination | 06:35:38 |
| 20 | E-Mails"? | 06:35:42 |
| 21 | A.  That is correct. | 06:35:42 |
| 22 | (Korea Exhibit 21 was marked for identification.) | 06:35:42 |
| 23 | BY MR. FLINN: | 06:35:52 |
| 24 | Q.  I'm going to ask questions about all four to | 06:35:52 |
| 25 | save time, but if your answer would be different | 06:35:56 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

245

| | | |
|---|---|---|
| 1 | depending upon the binder, we'll break it up. | 06:35:56 |
| 2 | When was the first time you saw these binders? | 06:36:00 |
| 3 | A.  Last couple days. | 06:36:06 |
| 4 | Q.  What role, if any, did you have in their | 06:36:07 |
| 5 | preparation? | 06:36:11 |
| 6 | MS. KASSABIAN:  Counsel, I will confirm and | 06:36:16 |
| 7 | represent for you, obviously, these are binders that | 06:36:18 |
| 8 | include a document production and a chart summarizing | 06:36:21 |
| 9 | many different e-mails.  This was prepared by | 06:36:26 |
| 10 | Quinn Emanuel to assist Mr. Korea so that he would be | 06:36:31 |
| 11 | able to best answer your questions quickly in the | 06:36:34 |
| 12 | limited time we have regarding the various e-mails and | 06:36:37 |
| 13 | disseminations at issue here. | 06:36:41 |
| 14 | BY MR. FLINN: | 06:36:49 |
| 15 | Q.  Mr. Korea, is what your counsel just | 06:36:49 |
| 16 | represented true, as far as you know? | 06:36:51 |
| 17 | A.  Yes, sir. | 06:36:52 |
| 18 | Q.  And did you personally undertake any steps to | 06:36:53 |
| 19 | ensure that the information contained in there was | 06:36:56 |
| 20 | accurate? | 06:36:58 |
| 21 | MS. KASSABIAN:  Objection.  Vague. | 06:37:02 |
| 22 | THE WITNESS:  I went through each binder to | 06:37:09 |
| 23 | see what's in them.  I cross-referenced them to my | 06:37:11 |
| 24 | satisfaction that this is indeed a tool I could use at | 06:37:18 |
| 25 | deposition. | 06:37:22 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

246

| | | |
|---|---|---|
| 1 | BY MR. FLINN: | 06:37:24 |
| 2 | Q.  When you say you cross-referenced it to your | 06:37:24 |
| 3 | satisfaction, can you explain what you mean? | 06:37:28 |
| 4 | A.  Yes, sir.  There is a chart prepared that | 06:37:29 |
| 5 | shows all the recipients of the subject e-mails or | 06:37:34 |
| 6 | attachments, and then -- and then it has "X"s and "O"s | 06:37:37 |
| 7 | which indicates there are people who sent those | 06:37:44 |
| 8 | e-mails, and there are people who received those | 06:37:48 |
| 9 | e-mails, and they are categorized by exhibit numbers. | 06:37:50 |
| 10 | And then there is an index list of all those e-mails, | 06:38:04 |
| 11 | as well as tabs containing the actual e-mails.  So I | 06:38:13 |
| 12 | cross-referenced those to my satisfaction that these | 06:38:16 |
| 13 | are indeed internally consistent and that these could | 06:38:19 |
| 14 | aid me in terms of answering questions at this | 06:38:23 |
| 15 | deposition. | 06:38:25 |
| 16 | Q.  Is it your testimony as corporate designee | 06:38:35 |
| 17 | that the information contained in the charts and the | 06:38:39 |
| 18 | attachments is true and correct? | 06:38:41 |
| 19 | A.  To the best of my knowledge, I believe that is | 06:38:48 |
| 20 | the case. | 06:38:50 |
| 21 | MS. KASSABIAN:  And, of course, I'll represent | 06:38:51 |
| 22 | that if we locate any typos or inadvertent mistakes, we | 06:38:53 |
| 23 | will, of course, provide you with a corrected document. | 06:38:58 |
| 24 | BY MR. FLINN: | 06:38:58 |
| 25 | Q.  And I take it you relied on the Quinn Emanuel | 06:39:02 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

247

| | | |
|---|---|---|
| 1 | lawyers on the placement of the -- let me reask the | 06:39:04 |
| 2 | question. | 06:39:07 |
| 3 | I take it you relied on the Quinn Emanuel | 06:39:08 |
| 4 | lawyers for the e-mails that are attached within the | 06:39:11 |
| 5 | number of tabs within the binders? | 06:39:13 |
| 6 | MS. KASSABIAN:  And I'm just going to object | 06:39:16 |
| 7 | to that.  He didn't rely on anything.  These binders | 06:39:17 |
| 8 | were provided to him. | 06:39:20 |
| 9 | Quinn Emanuel attempted to identify, to the | 06:39:21 |
| 10 | best of its ability, each unique e-mail that was | 06:39:24 |
| 11 | inadvertently disseminated either originally from | 06:39:30 |
| 12 | Quinn Emanuel via a forward or reply once the documents | 06:39:35 |
| 13 | were at Samsung, and to assemble those documents in | 06:39:38 |
| 14 | these binders to facilitate Mr. Korea's ability to | 06:39:41 |
| 15 | answer questions regarding the specific disseminations | 06:39:45 |
| 16 | of the inadvertent disclosures in question because, of | 06:39:49 |
| 17 | course, the production itself includes copies of these | 06:39:54 |
| 18 | documents from all custodians.  So there are many, many | 06:39:57 |
| 19 | thousands of copies.  We did our best in the limited | 06:40:00 |
| 20 | amount of time that the order provided us to identify | 06:40:04 |
| 21 | the unique e-mails and assemble them in this organized | 06:40:07 |
| 22 | fashion. | 06:40:11 |
| 23 | BY MR. FLINN: | 06:40:12 |
| 24 | Q.  Do you have the question in mind, sir? | 06:40:13 |
| 25 | A.  Please repeat the question. | 06:40:15 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

248

| | | |
|---|---|---|
| 1 | Q.  Sure.  I'll reask it. | 06:40:16 |
| 2 | I take it you relied on the lawyers at | 06:40:18 |
| 3 | Quinn Emanuel to select the e-mails that appear behind | 06:40:24 |
| 4 | the numbered tabs in each of the binders? | 06:40:28 |
| 5 | MS. KASSABIAN:  Same objection.  That's an | 06:40:30 |
| 6 | argumentative question. | 06:40:31 |
| 7 | THE WITNESS:  I mean, these are tools to help | 06:40:35 |
| 8 | me testify at this deposition, so I'm not even sure my | 06:40:37 |
| 9 | thought process went even to the selection of e-mails. | 06:40:43 |
| 10 | Obviously, we are under court order to produce | 06:40:46 |
| 11 | relevant e-mails, and so I had no reason to -- I had no | 06:40:50 |
| 12 | basis to believe that these are not responsive e-mails. | 06:40:56 |
| 13 | And then I made sure that before I used these | 06:41:00 |
| 14 | tools actually in deposition that they would actually | 06:41:06 |
| 15 | help me to answer any question regarding the | 06:41:09 |
| 16 | dissemination and use or lack thereof of the subject | 06:41:13 |
| 17 | information. | 06:41:19 |
| 18 | So if that can be interpreted as relying on | 06:41:21 |
| 19 | Quinn Emanuel for selection of e-mails, I mean, I guess | 06:41:25 |
| 20 | I just answered the question to the best I can. | 06:41:29 |
| 21 | BY MR. FLINN: | 06:41:34 |
| 22 | Q.  Okay.  I'm going to change subjects on you, | 06:41:34 |
| 23 | sir. | 06:41:37 |
| 24 | A.  Sure. | 06:41:37 |
| 25 | Q.  I want to talk about negotiations that took | 06:41:38 |

249

| | | |
|---|---|---|
| 1 | place between Nokia and Samsung in June of 2013, and | 06:41:45 |
| 2 | the questions I'm going to ask you, until I tell you | 06:41:55 |
| 3 | otherwise, I'm looking only for a yes-or-no answer. | 06:41:58 |
| 4 | I'm not asking you to disclose anything beyond a yes or | 06:42:01 |
| 5 | a no.  So if you could keep that in mind. | 06:42:06 |
| 6 | A.  Okay. | 06:42:09 |
| 7 | Q.  First of all, as you sit here today, do you | 06:42:10 |
| 8 | have any knowledge of the existence of face-to-face | 06:42:13 |
| 9 | negotiations between representatives of Samsung and | 06:42:19 |
| 10 | representatives of Nokia regarding patent licenses in | 06:42:26 |
| 11 | June of 2013? | 06:42:37 |
| 12 | MS. KASSABIAN:  And I would caution you, | 06:42:47 |
| 13 | Mr. Korea, not to divulge any information that you know | 06:42:48 |
| 14 | solely through attorney-client communications or work | 06:42:51 |
| 15 | product.  But other than that, you can answer. | 06:42:54 |
| 16 | THE WITNESS:  Yeah, I believe there was such a | 06:43:05 |
| 17 | meeting on June 4, 2013. | 06:43:06 |
| 18 | BY MR. FLINN: | 06:43:10 |
| 19 | Q.  You are looking at a document.  Can you tell | 06:43:10 |
| 20 | me what you're looking at? | 06:43:12 |
| 21 | A.  I'm looking at Exhibit 1, an order issued by | 06:43:13 |
| 22 | Judge Grewal, and this references that there was a | 06:43:16 |
| 23 | meeting between -- between Samsung and Nokia on | 06:43:19 |
| 24 | June 4, 2013. | 06:43:26 |
| 25 | Q.  This is a yes-or-no question. | 06:43:30 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

250

| | | |
|---|---|---|
| 1 | Is that your only source of knowledge of such | 06:43:32 |
| 2 | negotiations, the order, Exhibit 1? | 06:43:35 |
| 3 | A.  Yes. | 06:43:45 |
| 4 | Q.  In preparation for your deposition testimony, | 06:43:45 |
| 5 | did you -- | 06:43:51 |
| 6 | A.  Hang on a second. | 06:43:53 |
| 7 | I believe that before this order, I also | 06:43:54 |
| 8 | received stipulation between Samsung and Nokia, and | 06:43:57 |
| 9 | that may also have referenced this meeting.  So there | 06:44:02 |
| 10 | could be two sources. | 06:44:05 |
| 11 | Q.  Again, yes-or-no questions. | 06:44:08 |
| 12 | Beyond those two sources, do you have any | 06:44:10 |
| 13 | other source of knowledge of those negotiations? | 06:44:12 |
| 14 | A.  No. | 06:44:17 |
| 15 | Q.  In preparation for your deposition testimony, | 06:44:18 |
| 16 | did you undertake to discover anything that was said in | 06:44:27 |
| 17 | those negotiations? | 06:44:32 |
| 18 | A.  By reading Judge Grewal's order, no, I did | 06:44:43 |
| 19 | not. | 06:44:46 |
| 20 | MS. KASSABIAN:  And I'm going to object that | 06:44:46 |
| 21 | that's a vague question. | 06:44:47 |
| 22 | BY MR. FLINN: | 06:44:58 |
| 23 | Q.  I think they are Exhibit 3 and Exhibit 4, if | 06:44:59 |
| 24 | you can find them in your spreadsheets. | 06:45:01 |
| 25 | Exhibit 3 and Exhibit 4, the spreadsheets of | 06:45:33 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

251

| | | |
|---|---|---|
| 1 | his interviews. | 06:45:34 |
| 2 | I will do it a different way. | 06:45:50 |
| 3 | Can you look at Exhibit 20, your binder of ITC | 06:45:51 |
| 4 | inadvertent disclosure e-mails? | 06:45:56 |
| 5 | A.  Yes, I'm looking at it. | 06:46:01 |
| 6 | Q.  Okay.  If you look at -- there's a chart in | 06:46:03 |
| 7 | the pocket.  If you can look at that chart. | 06:46:12 |
| 8 | A.  Yes.  There is a list. | 06:46:15 |
| 9 | Q.  Okay.  And the second name on that list is | 06:46:16 |
| 10 | Seungho Ahn; is that right? | 06:46:23 |
| 11 | A.  Seungho Ahn. | 06:46:31 |
| 12 | Q.  Seungho Ahn. | 06:46:33 |
| 13 | A.  Hard to pronounce. | 06:46:34 |
| 14 | Q.  It will not be the last time in my life I | 06:46:35 |
| 15 | mispronounce a Korean name or, frankly, any name, and I | 06:46:39 |
| 16 | apologize. | 06:46:43 |
| 17 | He was one of the people you interviewed as | 06:46:44 |
| 18 | part of your deposition preparation; correct? | 06:46:46 |
| 19 | A.  That is correct. | 06:46:49 |
| 20 | Q.  Did you ask Mr. Ahn anything about what he | 06:46:51 |
| 21 | said or did in the license negotiations with Nokia? | 06:46:55 |
| 22 | A.  No, I did not. | 06:47:07 |
| 23 | Q.  Do you have an explanation for the judge as to | 06:47:08 |
| 24 | why you did not? | 06:47:11 |
| 25 | MS. KASSABIAN:  Objection to the argumentative | 06:47:13 |

252

| | | |
|---|---|---|
| 1 | nature of the question. | 06:47:16 |
| 2 | THE WITNESS:  My task as a 30(b)(6) witness is | 06:47:39 |
| 3 | to take stock of the dissemination of and use by | 06:47:43 |
| 4 | Samsung of the alleged confidential information, so | 06:47:47 |
| 5 | what I did with Dr. Ahn in my interview with him | 06:47:53 |
| 6 | specific to dissemination of ITC Samsung's public | 06:48:06 |
| 7 | interest brief to the ITC, what I did -- what I did was | 06:48:11 |
| 8 | ask questions specific to the alleged -- or the | 06:48:32 |
| 9 | inadvertent disclosure of that -- excuse me -- of the | 06:48:40 |
| 10 | subject confidential information as part of that | 06:48:47 |
| 11 | Samsung's public interest brief. | 06:48:51 |
| 12 | I ascertained from him that he had no | 06:48:55 |
| 13 | recollection of reviewing such e-mails, nor does -- did | 06:48:58 |
| 14 | he have recollection of reviewing the attached ITC | 06:49:03 |
| 15 | public interest brief. | 06:49:08 |
| 16 | So I asked further.  I asked a very specific | 06:49:12 |
| 17 | question, whether he ever recalled reviewing any | 06:49:15 |
| 18 | Apple-Nokia confidential licensing terms that were | 06:49:21 |
| 19 | allegedly within that Samsung document.  His answer was | 06:49:24 |
| 20 | no. | 06:49:27 |
| 21 | Then I further asked, just to make sure that | 06:49:30 |
| 22 | there was no actual use -- and, obviously, if a person | 06:49:33 |
| 23 | had not reviewed confidential licensed terms, there was | 06:49:38 |
| 24 | no chance for that person to use it.  But I went one | 06:49:43 |
| 25 | step further and asked him whether he recalled using | 06:49:47 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

253

| | | |
|---|---|---|
| 1 | Apple-Nokia confidential licensing terms allegedly in | 06:49:52 |
| 2 | the Samsung document for any purpose, and his answer | 06:49:57 |
| 3 | was no. | 06:50:02 |
| 4 | So there was no reason for me to go further | 06:50:03 |
| 5 | and ask him other questions. | 06:50:06 |
| 6 | BY MR. FLINN: | 06:50:13 |
| 7 | Q.  You saw no reason whether or not the judge's | 06:50:13 |
| 8 | report in Exhibit 1 of what Mr. Melin said at the | 06:50:16 |
| 9 | meeting -- strike that. | 06:50:26 |
| 10 | I take it you made the deliberate decision not | 06:50:28 |
| 11 | to ask him anything about what you understood Mr. Melin | 06:50:31 |
| 12 | said happened at that meeting? | 06:50:37 |
| 13 | MS. KASSABIAN:  Objection.  That is | 06:50:39 |
| 14 | argumentative and it is beyond the scope of the | 06:50:39 |
| 15 | 30(b)(6) topics that we're here to talk about today. | 06:50:42 |
| 16 | And it calls for speculation. | 06:50:45 |
| 17 | But you can answer. | 06:50:50 |
| 18 | Would you mind reading the question back? | 06:50:54 |
| 19 | MR. FLINN:  I'll reask the question. | 06:50:56 |
| 20 | BY MR. FLINN: | 06:50:58 |
| 21 | Q.  You saw no reason -- strike that. | 06:50:58 |
| 22 | You made the deliberate decision not to ask | 06:51:00 |
| 23 | Dr. Ahn his account of the negotiations that Mr. Melin | 06:51:03 |
| 24 | reported on, discussed in the judge's report -- judge's | 06:51:15 |
| 25 | order. | 06:51:18 |

254

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  It is argumentative and beyond | 06:51:18 |
| 2 | the scope. | 06:51:20 |
| 3 | THE WITNESS:  From Exhibit 1, I understood | 06:51:25 |
| 4 | that Mr. Melin made certain accusations and provide his | 06:51:40 |
| 5 | version of what transpired in that meeting. | 06:51:45 |
| 6 | My task as a 30(b)(6) witness, as ordered by | 06:51:50 |
| 7 | the Court, was to take stock of the dissemination and | 06:51:54 |
| 8 | the use or the lack thereof by Samsung of the redacted | 06:51:59 |
| 9 | Teece report, as well as Samsung's public interest | 06:52:04 |
| 10 | brief.  So that's the task I took. | 06:52:10 |
| 11 | And after determining that Dr. Ahn had no | 06:52:12 |
| 12 | recollection of receiving the either partially redacted | 06:52:17 |
| 13 | Teece expert report or Samsung's public interest brief, | 06:52:24 |
| 14 | and that he further did not have any recollection of | 06:52:29 |
| 15 | reviewing the attached public interest brief or Teece | 06:52:32 |
| 16 | report, I went several steps to make sure that not only | 06:52:37 |
| 17 | he had no recollection of reviewing such e-mails or the | 06:52:44 |
| 18 | attachment, but there was no possibility for him to use | 06:52:51 |
| 19 | any alleged confidential information contained in those | 06:52:54 |
| 20 | documents for any purpose whatsoever. | 06:52:58 |
| 21 | So I parsed it out two steps.  One is, | 06:53:01 |
| 22 | again -- again, it sounds kind of repetitive, but I had | 06:53:06 |
| 23 | to ask him, "Well, I understand you have no | 06:53:12 |
| 24 | recollection of reviewing such attachment?"  But I | 06:53:14 |
| 25 | still wanted him to answer my question that whether you | 06:53:18 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
**CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013**

255

| | | |
|---|---|---|
| 1 | had recollection of reviewing any Apple-Nokia | 06:53:22 |
| 2 | confidential terms allegedly that were existing in | 06:53:26 |
| 3 | those documents.  His answer was no.  And I further | 06:53:33 |
| 4 | confirmed that he had no recollection of using such | 06:53:36 |
| 5 | information for any purpose. | 06:53:39 |
| 6 | On top of that, he had no recollection of | 06:53:43 |
| 7 | disseminating those subject e-mails to anyone at that | 06:53:44 |
| 8 | point.  I did not think it was necessary to go asking | 06:53:49 |
| 9 | further questions. | 06:53:53 |
| 10 | BY MR. FLINN: | 06:53:56 |
| 11 | Q.  I just want to be clear about something.  My | 06:53:56 |
| 12 | question is much simpler. | 06:53:59 |
| 13 | There are two possible explanations for your | 06:54:01 |
| 14 | failure to ask those.  One was, it was a deliberate | 06:54:03 |
| 15 | decision.  The other one, you simply forgot. | 06:54:07 |
| 16 | I take it from your previous answer was, you | 06:54:10 |
| 17 | thought about it, but you made the decision not to ask | 06:54:12 |
| 18 | him that question.  Is that fair? | 06:54:15 |
| 19 | MS. KASSABIAN:  I'm going to object.  That | 06:54:16 |
| 20 | question is nonsensical, Mr. Flinn.  There are more | 06:54:16 |
| 21 | than two possible reasons why Mr. Korea asked the | 06:54:19 |
| 22 | questions that he did.  He's been kind enough to answer | 06:54:25 |
| 23 | your question twice now, despite the fact that it is | 06:54:27 |
| 24 | argumentative and condescending. | 06:54:31 |
| 25 | But, Mr. Korea, you may answer the question | 06:54:33 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

256

| | | |
|---|---|---|
| 1 | again. | 06:54:35 |
| 2 | THE WITNESS: Yeah, there is something | 06:54:38 |
| 3 | logically inconsistent about saying that despite the | 06:54:40 |
| 4 | witness statement, absolutely clear statement, that he | 06:54:48 |
| 5 | had no recollection of receiving the e-mails, no | 06:54:56 |
| 6 | recollection of reviewing the attached documents, no | 06:54:58 |
| 7 | recollection of reviewing the confidential licensing | 06:55:01 |
| 8 | terms in those attachments, absolutely no recollection | 06:55:05 |
| 9 | of using any such confidential terms for any purpose | 06:55:08 |
| 10 | and saying that he actually used such information in | 06:55:16 |
| 11 | the meeting in question. So there was no reason for me | 06:55:22 |
| 12 | to ask further questions. | 06:55:25 |
| 13 | BY MR. FLINN: | 06:55:31 |
| 14 | Q. Did you do any investigation to find out who | 06:55:32 |
| 15 | else was at that meeting? | 06:55:34 |
| 16 | MS. KASSABIAN: Objection. Irrelevant and | 06:55:39 |
| 17 | beyond the scope of this 30(b)(6) deposition. I'll | 06:55:41 |
| 18 | note further that this is a continued waste of time, | 06:55:49 |
| 19 | since Dr. Ahn will be deposed tomorrow. | 06:55:54 |
| 20 | THE WITNESS: So as a 30(b)(6) witness, I'm | 06:55:57 |
| 21 | tasked to speak to the dissemination of and use by | 06:56:00 |
| 22 | Samsung of the subject confidential information. | 06:56:04 |
| 23 | Instead of focusing on any particular meeting, | 06:56:10 |
| 24 | any particular documents, any particular e-mails, I | 06:56:13 |
| 25 | think the probably better, more complete approach to | 06:56:18 |

257

| | | |
|---|---|---|
| 1 | comply with this obligation was to identify the | 06:56:22 |
| 2 | universe of all the Samsung employees who have received | 06:56:26 |
| 3 | the e-mails from Quinn containing partially redacted | 06:56:34 |
| 4 | Reese -- Teece report -- if I've been saying "Reese" | 06:56:39 |
| 5 | please correct it as "Teece" -- as well as the | 06:56:44 |
| 6 | Samsung's public interest brief, and then figure out | 06:56:46 |
| 7 | where those e-mails -- who received those e-mails, | 06:56:51 |
| 8 | where those e-mails went, and then after -- after | 06:56:54 |
| 9 | selecting that universe of the Samsung employees, | 06:56:58 |
| 10 | asking these type of questions that are outlined in | 06:57:04 |
| 11 | Exhibit 3 and Exhibit 4 was a clean, very comprehensive | 06:57:08 |
| 12 | way of dealing with the dissemination and use issue in | 06:57:14 |
| 13 | this case. | 06:57:18 |
| 14 | BY MR. FLINN: | 06:57:21 |
| 15 | Q.  Sir, I'm going to try to ask you the question | 06:57:21 |
| 16 | one more time, and if you don't answer it, I'll assume | 06:57:23 |
| 17 | you won't unless the judge orders you to. | 06:57:26 |
| 18 | Did you try to find out who else attended that | 06:57:29 |
| 19 | meeting besides Dr. Ahn? | 06:57:31 |
| 20 | MS. KASSABIAN:  Object.  Asked and answered. | 06:57:34 |
| 21 | Argumentative. | 06:57:35 |
| 22 | I don't care for your threatening references | 06:57:37 |
| 23 | to the Court.  We all know what the Court is and who | 06:57:39 |
| 24 | the judge is, so I'll thank you to back down on the | 06:57:42 |
| 25 | harassment of Mr. Korea. | 06:57:45 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

258

| | | |
|---|---|---|
| 1 | Sir, you can answer it again. | 06:57:48 |
| 2 | THE WITNESS:  Yeah, I think my previous answer | 06:57:50 |
| 3 | made it amply clear that I did not take that route | 06:57:55 |
| 4 | because I wanted to take more comprehensive approach to | 06:57:58 |
| 5 | it.  And I have explained to you the more comprehensive | 06:58:02 |
| 6 | approach that I took to answer under this 30(b)(6) | 06:58:07 |
| 7 | designation. | 06:58:12 |
| 8 | BY MR. FLINN: | 06:58:14 |
| 9 | Q.  If you look on this same chart which is in the | 06:58:14 |
| 10 | pocket of Exhibit 20, on the second page -- on the | 06:58:19 |
| 11 | first page, about two-thirds of the way down, there is | 06:58:31 |
| 12 | a name InDong Kang.  Do you see that? | 06:58:36 |
| 13 | A.  Yes, I see it. | 06:58:51 |
| 14 | MS. KASSABIAN:  I'm sorry.  My binders don't | 06:58:53 |
| 15 | have stickers on them.  Which binder are you on? | 06:58:55 |
| 16 | MR. FLINN:  It's the ITC Outline/Brief | 06:58:56 |
| 17 | Inadvertent Disclosure E-Mails. | 06:59:00 |
| 18 | MS. KASSABIAN:  And that's number? | 06:59:02 |
| 19 | MR. FLINN:  20. | 06:59:03 |
| 20 | BY MR. FLINN: | 06:59:03 |
| 21 | Q.  You found the name InDong Kang? | 06:59:06 |
| 22 | A.  Yes, sir. | 06:59:09 |
| 23 | Q.  Who is InDong Kang? | 06:59:12 |
| 24 | A.  He is a Samsung employee. | 06:59:14 |
| 25 | Q.  Do you know anything about what his job | 06:59:16 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

259

| | | |
|---|---|---|
| 1 | responsibilities are? | 06:59:18 |
| 2 | A.  I do. | 06:59:20 |
| 3 | Q.  Can you tell us what they are? | 06:59:21 |
| 4 | A.  He is with licensing group. | 06:59:24 |
| 5 | Q.  I'm now not asking questions that just call | 06:59:29 |
| 6 | for a yes-or-no answer.  So I'm asking -- my questions | 06:59:33 |
| 7 | are not necessarily seeking only yes or nos.  There's a | 06:59:37 |
| 8 | period in which I was.  Now I'm beyond that. | 06:59:41 |
| 9 | Do you know whether or not he was present at | 06:59:45 |
| 10 | the June meeting with the Nokia representatives? | 06:59:51 |
| 11 | MS. KASSABIAN:  Objection as beyond the scope. | 06:59:55 |
| 12 | Lacks foundation.  Calls for speculation. | 06:59:57 |
| 13 | THE WITNESS:  I do not know. | 07:00:02 |
| 14 | BY MR. FLINN: | 07:00:03 |
| 15 | Q.  You interviewed him, though; correct? | 07:00:05 |
| 16 | A.  That is correct. | 07:00:07 |
| 17 | Q.  Did you ask him if he was aware of any | 07:00:08 |
| 18 | financial terms of the Apple-Nokia license? | 07:00:13 |
| 19 | A.  Could you repeat your question. | 07:01:33 |
| 20 | Q.  Well, let me ask you:  You've got Exhibit 4 in | 07:01:34 |
| 21 | front of you? | 07:01:38 |
| 22 | A.  Yes, sir. | 07:01:39 |
| 23 | Q.  This is your chart of your interviews, | 07:01:39 |
| 24 | questions? | 07:01:42 |
| 25 | A.  Uh-huh. | 07:01:43 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

260

| | | |
|---|---|---|
| 1 | Q.  Correct? | 07:01:44 |
| 2 | A.  Yes, sir. | 07:01:44 |
| 3 | Q.  And if we go to the second page, we see | 07:01:45 |
| 4 | InDong Kang's name on the second line? | 07:01:48 |
| 5 | A.  That is correct. | 07:01:50 |
| 6 | Q.  And in the column headings, starting from the | 07:01:50 |
| 7 | second one to the end, we can see exactly in substance | 07:01:58 |
| 8 | the questions that you asked Mr. Kang; correct? | 07:02:02 |
| 9 | A.  That is correct. | 07:02:08 |
| 10 | Q.  And do you recall asking him any other | 07:02:09 |
| 11 | questions other than the ones that are set forth in | 07:02:12 |
| 12 | those column headings? | 07:02:14 |
| 13 | A.  No. | 07:02:19 |
| 14 | Q.  Now, you also see on that list the name | 07:02:23 |
| 15 | James Kwak.  Same page, not quite halfway down. | 07:02:27 |
| 16 | A.  Yes. | 07:02:34 |
| 17 | Q.  Can you tell us who James Kwak is? | 07:02:34 |
| 18 | A.  He's a Samsung employee. | 07:02:36 |
| 19 | Q.  And tell us what his job is? | 07:02:38 |
| 20 | A.  He is with licensing group. | 07:02:39 |
| 21 | Q.  Do you know whether or not he attended the | 07:02:43 |
| 22 | June negotiations with Nokia representatives? | 07:02:47 |
| 23 | MS. KASSABIAN:  Objection.  Calls for | 07:02:51 |
| 24 | speculation.  Outside the scope. | 07:02:52 |
| 25 | THE WITNESS:  I do not. | 07:02:56 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

261

| | | |
|---|---|---|
| 1 | BY MR. FLINN: | 07:02:57 |
| 2 | Q.  You interviewed him; correct? | 07:02:58 |
| 3 | A.  That is correct. | 07:02:59 |
| 4 | Q.  And you asked him the same questions that you | 07:03:02 |
| 5 | asked InDong Kang; correct? | 07:03:04 |
| 6 | A.  Similar questions, yes. | 07:03:09 |
| 7 | Q.  You asked him, in substance, just the | 07:03:11 |
| 8 | questions that appear in the column headings on Page 2 | 07:03:13 |
| 9 | of Exhibit 4; correct? | 07:03:17 |
| 10 | A.  With respect to that subject matter, yes. | 07:03:25 |
| 11 | Q.  And you didn't ask him any other questions | 07:03:27 |
| 12 | other than the ones that appear in those column | 07:03:29 |
| 13 | headings; correct? | 07:03:32 |
| 14 | MS. KASSABIAN:  Objection.  Calls for | 07:03:34 |
| 15 | speculation. | 07:03:35 |
| 16 | THE WITNESS:  That is correct. | 07:03:38 |
| 17 | BY MR. FLINN: | 07:03:56 |
| 18 | Q.  Do you personally -- and answer this with a | 07:03:56 |
| 19 | yes or a no, if you could -- personally ever | 07:03:58 |
| 20 | participated in licensing negotiations between Samsung | 07:04:00 |
| 21 | on the one hand and some other company on the other? | 07:04:06 |
| 22 | MS. KASSABIAN:  Objection.  Vague. | 07:04:17 |
| 23 | THE WITNESS:  What time period? | 07:04:19 |
| 24 | BY MR. FLINN: | 07:04:21 |
| 25 | Q.  From the time you started working at Samsung | 07:04:21 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

262

| | | |
|---|---|---|
| 1 | to this present moment as you sip your Coke. | 07:04:23 |
| 2 | MS. KASSABIAN:  And that's just a yes or no at | 07:04:28 |
| 3 | this point. | 07:04:31 |
| 4 | THE WITNESS:  Yes. | 07:04:32 |
| 5 | BY MR. FLINN: | 07:04:32 |
| 6 | Q.  How frequently did those -- on how many | 07:04:33 |
| 7 | different companies did you participate in such | 07:04:38 |
| 8 | negotiations? | 07:04:42 |
| 9 | A.  I would say three or four, maybe five. | 07:05:07 |
| 10 | Q.  And can you identify approximately time period | 07:05:08 |
| 11 | those three or four or five company negotiations | 07:05:11 |
| 12 | occurred? | 07:05:16 |
| 13 | MS. KASSABIAN:  Objection.  That's compound, | 07:05:17 |
| 14 | twice over. | 07:05:25 |
| 15 | BY MR. FLINN: | 07:05:25 |
| 16 | Q.  I want to know the time span.  Let's start | 07:05:25 |
| 17 | with the earliest one. | 07:05:28 |
| 18 | What is the earliest one you can remember, as | 07:05:30 |
| 19 | best you can remember? | 07:05:32 |
| 20 | MS. KASSABIAN:  I would caution you not to | 07:05:34 |
| 21 | disclose any information that would be subject to a | 07:05:35 |
| 22 | Samsung NDA, which I think this question might be | 07:05:38 |
| 23 | implicating. | 07:05:40 |
| 24 | MR. FLINN:  I'm not at all interested in who | 07:05:41 |
| 25 | the companies were at this point.  I'm not interested. | 07:05:43 |

263

| | | |
|---|---|---|
| 1 | I'm simply wanting to know -- getting an idea of your | 07:05:46 |
| 2 | personal experience internally at Samsung in the patent | 07:05:49 |
| 3 | negotiation process. | 07:05:52 |
| 4 | MS. KASSABIAN:  Correct.  But you said, "What | 07:05:53 |
| 5 | is the earliest one?"  How would you like him to | 07:05:54 |
| 6 | identify it? | 07:05:57 |
| 7 | MR. FLINN:  Say something like, "The first one | 07:05:57 |
| 8 | I remember is in 1995," something like that. | 07:06:00 |
| 9 | THE WITNESS:  Easy enough.  2011. | 07:06:03 |
| 10 | BY MR. FLINN: | 07:06:05 |
| 11 | Q.  2011 was the first one? | 07:06:06 |
| 12 | A.  I think so. | 07:06:07 |
| 13 | Q.  So since 2011, there have been three to four | 07:06:08 |
| 14 | to five; correct? | 07:06:10 |
| 15 | A.  I believe so. | 07:06:11 |
| 16 | MS. KASSABIAN:  Three to four to five? | 07:06:12 |
| 17 | BY MR. FLINN: | 07:06:14 |
| 18 | Q.  Different companies you've been negotiating | 07:06:14 |
| 19 | with? | 07:06:16 |
| 20 | A.  Yes. | 07:06:16 |
| 21 | Q.  Again, I'm not interested in the specific | 07:06:22 |
| 22 | details of any license negotiations.  I'm not | 07:06:24 |
| 23 | interested in any of the companies.  My questions are | 07:06:28 |
| 24 | all directed to the process you use. | 07:06:30 |
| 25 | In those negotiations, is there a process you | 07:06:31 |

264

| | | |
|---|---|---|
| 1 | use in which you prepare for license negotiations? | 07:06:34 |
| 2 | MS. KASSABIAN:  Objection.  Vague.  Overbroad. | 07:06:37 |
| 3 | Obviously not on the subject of the 30(b)(6) designated | 07:06:42 |
| 4 | topic. | 07:06:49 |
| 5 | But you can answer, provided that you're, | 07:06:50 |
| 6 | again, not disclosing privileged or work product or NDA | 07:06:52 |
| 7 | information. | 07:06:55 |
| 8 | THE WITNESS:  It depends.  It's case by case. | 07:06:59 |
| 9 | BY MR. FLINN: | 07:07:08 |
| 10 | Q.  Same caveat, I'm not interested in details. | 07:07:08 |
| 11 | In any of those, did you -- strike that. | 07:07:10 |
| 12 | In any of those, did you work collaboratively | 07:07:17 |
| 13 | with any internal Samsung employees to prepare for | 07:07:20 |
| 14 | license negotiations? | 07:07:24 |
| 15 | A.  Typically, yes. | 07:07:28 |
| 16 | Q.  And in any of those negotiations, in that | 07:07:36 |
| 17 | preparation -- again, I'm not interested in any | 07:07:38 |
| 18 | specifics of any company or any -- the name of any | 07:07:40 |
| 19 | company.  But in any of those circumstances, in those | 07:07:42 |
| 20 | preparation sessions you did have, did you talk about | 07:07:48 |
| 21 | financial terms that you were prepared to offer at | 07:07:54 |
| 22 | the -- at the negotiations? | 07:07:58 |
| 23 | MS. KASSABIAN:  Objection.  That is compound | 07:08:04 |
| 24 | and overbroad, and sounds like it is invasive of the | 07:08:05 |
| 25 | NDAs that may be in place between Samsung and the | 07:08:10 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

265

| | | |
|---|---|---|
| 1 | companies with which it negotiates. | 07:08:13 |
| 2 | But if you believe you can answer without | 07:08:15 |
| 3 | disclosing NDA protected information or work product or | 07:08:17 |
| 4 | attorney-client privileged information, then you may. | 07:08:22 |
| 5 | THE WITNESS:  Certainly, there were licensing | 07:08:26 |
| 6 | negotiations where financial terms were discussed. | 07:08:28 |
| 7 | BY MR. FLINN: | 07:08:32 |
| 8 | Q.  I'm asking a different question.  I'm talking | 07:08:33 |
| 9 | about in advance of the negotiations themselves, when | 07:08:35 |
| 10 | you were -- in those instances where you engaged in a | 07:08:37 |
| 11 | collaborative negotiation process, in those internal | 07:08:41 |
| 12 | collaborative meetings, did you ever -- and again I | 07:08:45 |
| 13 | just -- you can answer this yes or no -- have | 07:08:47 |
| 14 | discussions about the financial terms Samsung was | 07:08:49 |
| 15 | prepared to offer in those negotiations? | 07:08:52 |
| 16 | MS. KASSABIAN:  So objection that it | 07:08:55 |
| 17 | mischaracterizes his testimony and assumes facts not in | 07:08:56 |
| 18 | evidence and it is vague. | 07:09:00 |
| 19 | THE WITNESS:  Every deal is different, but if | 07:09:07 |
| 20 | you ask me ever, then I'm sure there was. | 07:09:09 |
| 21 | BY MR. FLINN: | 07:09:18 |
| 22 | Q.  And, again, answer this yes or no. | 07:09:18 |
| 23 | Do you recall -- in those instances, do you | 07:09:19 |
| 24 | recall any instance where there was an internal | 07:09:21 |
| 25 | discussion of financial terms you were prepared to | 07:09:29 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

266

| | | |
|---|---|---|
| 1 | offer?  Were there any internal e-mails or other | 07:09:32 |
| 2 | writings exchanged discussing that topic? | 07:09:35 |
| 3 | MS. KASSABIAN:  That's vague and overbroad and | 07:09:37 |
| 4 | calls for speculation.  I assume you're looking for yes | 07:09:39 |
| 5 | or no? | 07:09:49 |
| 6 | MR. FLINN:  Absolutely.  Just yes or no. | 07:09:49 |
| 7 | THE WITNESS:  I'm sure -- | 07:09:51 |
| 8 | MS. KASSABIAN:  I just would caution you not | 07:09:52 |
| 9 | to speculate. | 07:09:54 |
| 10 | THE WITNESS:  Yeah.  I mean, I'm sure there | 07:10:03 |
| 11 | was at least one dealings where we discussed | 07:10:04 |
| 12 | beforehand. | 07:10:13 |
| 13 | I hope this answers your question. | 07:10:13 |
| 14 | BY MR. FLINN: | 07:10:15 |
| 15 | Q.  My question was:  Would there be e-mails or | 07:10:15 |
| 16 | other written communications evidencing those | 07:10:18 |
| 17 | discussions? | 07:10:21 |
| 18 | MS. KASSABIAN:  Again, the question is vague | 07:10:21 |
| 19 | and overbroad.  And I think it's been answered. | 07:10:23 |
| 20 | If you want to answer it again. | 07:10:29 |
| 21 | THE WITNESS:  I mean -- I mean, if you ask me | 07:10:42 |
| 22 | general question, I -- you know, I mean, I don't | 07:10:42 |
| 23 | recollect in my own dealings.  But, you know, who knows | 07:10:43 |
| 24 | what other people may have done.  I just don't know. | 07:10:45 |
| 25 | MR. FLINN:  Let's go off the record a second. | 07:10:55 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

267

| | | |
|---|---|---|
| 1 | We have 30 more minutes left on this media. | 07:10:59 |
| 2 | THE VIDEOGRAPHER:  We're going off the record | 07:11:03 |
| 3 | at 7:11. | 07:11:04 |
| 4 | (A brief recess was taken.) | 07:16:41 |
| 5 | THE VIDEOGRAPHER:  We are back on record at | 07:16:52 |
| 6 | 7:16. | 07:16:56 |
| 7 | BY MR. FLINN: | 07:16:58 |
| 8 | Q.  Mr. Korea, could you take Exhibit 1, | 07:17:00 |
| 9 | Judge Grewal's order re Apple's motion for sanctions. | 07:17:05 |
| 10 | A.  Yes, I do. | 07:17:21 |
| 11 | Q.  Would you look at Page 3, starting at Line 6. | 07:17:22 |
| 12 | A.  Yes. | 07:17:36 |
| 13 | Q.  You see the sentence that reads: | 07:17:36 |
| 14 | "At this point, things get murky"? | 07:17:39 |
| 15 | A.  Yes. | 07:17:44 |
| 16 | Q.  The order next says: | 07:17:44 |
| 17 | "According to a declaration from Nokia's | 07:17:46 |
| 18 | chief intellectual property officer Paul Melin, | 07:17:49 |
| 19 | on June 4, 2013, in a meeting between Samsung | 07:17:52 |
| 20 | and Nokia licensing executives, Dr. Seongho Ahn | 07:17:56 |
| 21 | informed Nokia that the terms of the | 07:18:01 |
| 22 | Apple-Nokia license were known to him." | 07:18:03 |
| 23 | Now, Mr. Korea, as Samsung's corporate | 07:18:07 |
| 24 | designee, I would like you to tell us whether or not | 07:18:13 |
| 25 | you can dispute that Paul Melin on June 4 -- strike | 07:18:18 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

268

| | | |
|---|---|---|
| 1 | that. | 07:18:28 |
| 2 | My question to you, Mr. Korea, is the | 07:18:28 |
| 3 | following:  As Samsung's corporate designee, can you | 07:18:32 |
| 4 | deny that on June 4, 2013, in a meeting between Samsung | 07:18:36 |
| 5 | and Nokia licensing executives, Dr. Seongho Ahn | 07:18:42 |
| 6 | informed Nokia that the terms of the Apple-Nokia | 07:18:47 |
| 7 | license were known to him? | 07:18:49 |
| 8 | MS. KASSABIAN:  So that question is vague.  It | 07:18:51 |
| 9 | is beyond the scope of this deposition.  And it calls | 07:18:53 |
| 10 | for speculation. | 07:18:56 |
| 11 | THE WITNESS:  Yeah, I don't believe -- I'm | 07:19:05 |
| 12 | here to answer question about dissemination and use or | 07:19:09 |
| 13 | lack thereof by Samsung of the subject confidential | 07:19:12 |
| 14 | information.  I do not know how to answer whether or | 07:19:15 |
| 15 | not Mr. Melin was telling what transpired at this | 07:19:22 |
| 16 | meeting accurately and comprehensively in his | 07:19:32 |
| 17 | declaration. | 07:19:35 |
| 18 | BY MR. FLINN: | 07:19:36 |
| 19 | Q.  Let me be crystal clear with you, sir. | 07:19:36 |
| 20 | It is our position that what happened at that | 07:19:40 |
| 21 | meeting is squarely within what the judge ordered as a | 07:19:43 |
| 22 | 30(b)(6) topic, meaning the use of confidential | 07:19:52 |
| 23 | information, and this is, in our view, just so you know | 07:19:59 |
| 24 | the stakes, Samsung's corporate opportunity to deny the | 07:20:02 |
| 25 | truth of that statement. | 07:20:06 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

269

| | | |
|---|---|---|
| 1 | So I'm going to read it one more time and ask | 07:20:07 |
| 2 | you:  As Samsung's corporate witness, does Samsung deny | 07:20:09 |
| 3 | that on June 4th, 2013, in a meeting between Samsung | 07:20:20 |
| 4 | and Nokia licensing executives, Dr. Seongho Ahn | 07:20:24 |
| 5 | informed Nokia that the terms of the Apple-Nokia | 07:20:28 |
| 6 | license were known to him? | 07:20:32 |
| 7 | MS. KASSABIAN:  Objection.  This absolutely is | 07:20:34 |
| 8 | not within the scope of the 30(b)(6) designation topic | 07:20:36 |
| 9 | by its plain terms, and your argument that it does | 07:20:39 |
| 10 | assumes your conclusion, which we dispute. | 07:20:44 |
| 11 | And, also, the witness has already testified | 07:20:49 |
| 12 | he has not participated in the negotiations with Nokia, | 07:20:52 |
| 13 | so he has no personal basis to answer these questions. | 07:20:56 |
| 14 | So they call for speculation and they lack foundation. | 07:21:01 |
| 15 | And, finally, you're going to be questioning | 07:21:04 |
| 16 | Dr. Ahn tomorrow, who obviously is the better witness | 07:21:08 |
| 17 | to present these questions to, since they do not fall | 07:21:11 |
| 18 | within the 30(b)(6) designation. | 07:21:14 |
| 19 | With that objection, sir, you can answer if | 07:21:16 |
| 20 | you can. | 07:21:18 |
| 21 | THE WITNESS:  Yeah.  With respect to the | 07:21:38 |
| 22 | 30(b)(6) topic I have been designated to testify in | 07:21:40 |
| 23 | this deposition, which is the dissemination and use or | 07:21:44 |
| 24 | lack thereof by Samsung with respect to certain | 07:21:50 |
| 25 | information contained in the partially redacted Teece | 07:21:59 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

270

| | | |
|---|---|---|
| 1 | report, as well as Samsung's public interest | 07:22:03 |
| 2 | outline/brief, based on my interview of Dr. Ann with | 07:22:09 |
| 3 | respect to those topics, I have no doubt that he -- | 07:22:16 |
| 4 | that this statement -- the -- let me say, based on my | 07:22:25 |
| 5 | interview with Dr. Ahn, he made it crystal clear that | 07:22:32 |
| 6 | he had no recollection of even receiving the e-mails | 07:22:35 |
| 7 | from Quinn Emanuel containing the partially redacted | 07:22:42 |
| 8 | Teece report or the Samsung public interest brief. | 07:22:46 |
| 9 | So to the extent your question is directed to | 07:22:52 |
| 10 | those particular confidential information allegedly | 07:22:55 |
| 11 | included in either the Teece report or Samsung's brief, | 07:23:01 |
| 12 | I do not believe that Ms. Melin's testimony or | 07:23:06 |
| 13 | affidavit is consistent with Dr. Ahn's recollection. | 07:23:13 |
| 14 | BY MR. FLINN: | 07:23:13 |
| 15 | Q.  Do you have any other basis for disputing the | 07:23:20 |
| 16 | truth of the statement that on June 4, 2013, in a | 07:23:31 |
| 17 | meeting between Samsung and Nokia licensing executives, | 07:23:34 |
| 18 | Dr. Seongho Ahn informed Nokia that the terms of the | 07:23:38 |
| 19 | Apple-Nokia license were known to him? | 07:23:43 |
| 20 | MS. KASSABIAN:  Objection.  Calls for | 07:23:46 |
| 21 | speculation.  Asked and answered.  And beyond the scope | 07:23:47 |
| 22 | of the 30(b)(6) designation, which does not include the | 07:23:52 |
| 23 | June 4th meeting. | 07:23:57 |
| 24 | THE WITNESS:  Again, as a 30(b)(6) witness who | 07:24:04 |
| 25 | interviewed Dr. Ahn with respect to any dissemination | 07:24:09 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

271

| | | |
|---|---|---|
| 1 | or the use or lack thereof the alleged confidential | 07:24:13 |
| 2 | information concerning Apple and Nokia in either the | 07:24:20 |
| 3 | partially redacted Teece report or Samsung public | 07:24:25 |
| 4 | interest brief, I do not believe that what Mr. Melin is | 07:24:30 |
| 5 | saying in his declaration is consistent with what | 07:24:38 |
| 6 | Dr. Ahn has told me crystal clear -- clearly, that he | 07:24:43 |
| 7 | had no recollection of even receiving such e-mails, nor | 07:24:48 |
| 8 | did he have any recollection of reviewing or using any | 07:24:53 |
| 9 | such information for any purpose. | 07:24:59 |
| 10 | BY MR. FLINN: | 07:25:05 |
| 11 | Q.  Is that your complete answer? | 07:25:05 |
| 12 | A.  Yes, sir. | 07:25:06 |
| 13 | Q.  Want to continue -- | 07:25:09 |
| 14 | MS. KASSABIAN:  And I'll just move to strike | 07:25:10 |
| 15 | the portion of that answer that wasn't responsive to | 07:25:12 |
| 16 | your question. | 07:25:15 |
| 17 | MR. SELWYN:  Are you moving to strike your | 07:25:20 |
| 18 | witness's answer? | 07:25:22 |
| 19 | MS. KASSABIAN:  That's right. | 07:25:23 |
| 20 | MR. FLINN:  And what part of the answer is | 07:25:25 |
| 21 | left after your motion? | 07:25:27 |
| 22 | MS. KASSABIAN:  Sorry? | 07:25:29 |
| 23 | MR. FLINN:  What part of the answer is left | 07:25:30 |
| 24 | after your motion? | 07:25:32 |
| 25 | MS. KASSABIAN:  I'm moving to strike the | 07:25:32 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

272

| | | |
|---|---|---|
| 1 | portion -- let's roll back so I capture your question. | 07:25:35 |
| 2 | Hold on a second. | 07:25:35 |
| 3 | Your question is -- I believe what your | 07:25:43 |
| 4 | question was, is you're asking Mr. Korea -- okay. | 07:25:45 |
| 5 | Actually, I'm adding another objection to this. | 07:25:53 |
| 6 | You're asking Mr. Korea whether he disputes | 07:25:57 |
| 7 | the statements made in a declaration of Mr. Melin that | 07:26:01 |
| 8 | Samsung has asked both Apple and Nokia to permit our | 07:26:08 |
| 9 | witnesses to see so that we can properly respond to | 07:26:13 |
| 10 | those statements, and both Apple and Nokia refused to | 07:26:18 |
| 11 | permit Quinn Emanuel to show Samsung the declaration of | 07:26:24 |
| 12 | Mr. Melin. | 07:26:29 |
| 13 | Now you're sitting here trying to ask this | 07:26:30 |
| 14 | witness whether he disputes the terms of a document | 07:26:32 |
| 15 | that you've refused to let him see.  That is | 07:26:36 |
| 16 | outrageous.  That is absolutely outrageous.  I think it | 07:26:40 |
| 17 | is completely inappropriate under the professional | 07:26:44 |
| 18 | rules of conduct, and it lacks common sense.  So if you | 07:26:49 |
| 19 | want to whip out the Melin declaration and let this | 07:26:52 |
| 20 | witness see it, then maybe we can talk about that. | 07:26:56 |
| 21 | I still think this whole line of questioning | 07:26:59 |
| 22 | is ridiculous, since Mr. Korea has already testified | 07:27:01 |
| 23 | that he was not at that meeting, he did not hear any of | 07:27:05 |
| 24 | the statements that were made at that meeting; that it | 07:27:09 |
| 25 | is particularly outrageous that Nokia is taking the | 07:27:11 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

273

| | | |
|---|---|---|
| 1 | position that Mr. Korea cannot see this declaration, | 07:27:15 |
| 2 | yet he must tell you if he denies its terms.  That's | 07:27:18 |
| 3 | outrageous. | 07:27:22 |
| 4 | MR. FLINN:  Are you done? | 07:27:33 |
| 5 | MS. KASSABIAN:  So I'm not striking the | 07:27:34 |
| 6 | portion of Mr. Korea's answer where he explained that | 07:27:36 |
| 7 | he questioned Dr. Ahn about whether he recalled or used | 07:27:39 |
| 8 | the terms of the allegedly inadvertently disclosed | 07:27:42 |
| 9 | documents.  I'm striking the portion of his statement | 07:27:48 |
| 10 | where he is doing his best to cooperate with your | 07:27:52 |
| 11 | improper line of questioning in discussing whether or | 07:27:57 |
| 12 | not Mr. Melin's statements are true. | 07:28:01 |
| 13 | And he can't effectively and accurately | 07:28:03 |
| 14 | respond to Mr. Melin's statements, as you're insisting | 07:28:08 |
| 15 | that he do, without being shown a copy of Mr. Melin's | 07:28:11 |
| 16 | statements.  So are you going to show him a copy. | 07:28:16 |
| 17 | MR. FLINN:  I'm going to ask him questions | 07:28:21 |
| 18 | when you're done talking. | 07:28:23 |
| 19 | MS. KASSABIAN:  Okay.  Well, again I'd counsel | 07:28:24 |
| 20 | the witness that unless you're shown the proper | 07:28:26 |
| 21 | documentation, I caution you not to speculate about | 07:28:28 |
| 22 | whether you deny something that Mr. Melin said that you | 07:28:31 |
| 23 | are not even being shown. | 07:28:33 |
| 24 | You can continue, sir. | 07:28:36 |
| 25 | BY MR. FLINN: | 07:28:42 |

274

| | | |
|---|---|---|
| 1 | Q.  My question to you now, sir:  As Samsung's | 07:28:42 |
| 2 | corporate witness, is Samsung in a position to deny | 07:28:46 |
| 3 | that on June 4th, 2013, Dr. Ahn stated that Apple had | 07:28:50 |
| 4 | produced the Apple-Nokia license in litigation with | 07:28:55 |
| 5 | Samsung and that Samsung's outside counsel had provided | 07:29:00 |
| 6 | his team with the terms of the Apple-Nokia license? | 07:29:02 |
| 7 | MS. KASSABIAN:  Objection.  Are you reading | 07:29:05 |
| 8 | from a document? | 07:29:08 |
| 9 | MR. FLINN:  My question is what my question | 07:29:10 |
| 10 | is, and I'd like an answer? | 07:29:11 |
| 11 | MS. KASSABIAN:  Right.  I'm just trying to | 07:29:15 |
| 12 | understand if you are representing that that's -- let | 07:29:16 |
| 13 | me read this back. | 07:29:28 |
| 14 | So you're asking this witness whether he | 07:30:00 |
| 15 | agrees with a sentence in the order, the October 2nd | 07:30:02 |
| 16 | order, whether he agrees with or denies a sentence in | 07:30:07 |
| 17 | the October 2nd order that refers to the Melin | 07:30:10 |
| 18 | declaration which Nokia has forbade Quinn Emanuel from | 07:30:14 |
| 19 | showing any Samsung witness; is that right? | 07:30:18 |
| 20 | MR. FLINN:  My question is what my question | 07:30:21 |
| 21 | is, and I'd like an answer. | 07:30:23 |
| 22 | MS. KASSABIAN:  Okay.  So, again, I think it's | 07:30:24 |
| 23 | objectionable. | 07:30:27 |
| 24 | And I caution you not to speculate.  You can | 07:30:27 |
| 25 | answer if you have any basis to do so. | 07:30:30 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

275

| | | |
|---|---|---|
| 1 | THE WITNESS: Well, to the extent that you are | 07:30:33 |
| 2 | reading of Exhibit 1, Page 3, with the paragraph that | 07:30:37 |
| 3 | starts at Line 6, it appears that your assertion is | 07:30:40 |
| 4 | based on a declaration made by Nokia's chief | 07:30:45 |
| 5 | intellectual property officer, Paul Melin. As stated | 07:30:48 |
| 6 | by counsel, I was not allowed to receive a copy of | 07:30:54 |
| 7 | declaration. So I do not know what he said in that | 07:30:58 |
| 8 | declaration. I do not know whether what you read off | 07:31:04 |
| 9 | the Exhibit 3 is a full and complete statement from | 07:31:10 |
| 10 | Mr. Melin with respect to that issue. | 07:31:12 |
| 11 | So as Court pointed out, you know, in my | 07:31:16 |
| 12 | perspective things get very murky. So unless you can | 07:31:20 |
| 13 | provide me with a copy of the declaration by Mr. Melin, | 07:31:23 |
| 14 | I am unable to answer that question. | 07:31:26 |
| 15 | BY MR. FLINN: | 07:31:29 |
| 16 | Q. Do you have anything more to add? | 07:31:29 |
| 17 | A. No, sir. | 07:31:31 |
| 18 | Q. As Samsung's corporate witness, is Samsung | 07:31:44 |
| 19 | prepared to deny that on June 4, 2013, Dr. Ahn recited | 07:31:51 |
| 20 | the terms of the license and even went so far as to | 07:31:57 |
| 21 | tell Nokia that, quote, all information leaks, close | 07:32:00 |
| 22 | quote? | 07:32:05 |
| 23 | MS. KASSABIAN: Objection. Lacks foundation. | 07:32:05 |
| 24 | And again I object to this entire improper line of | 07:32:09 |
| 25 | questioning of Mr. Korea regarding the Melin | 07:32:12 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

276

| | | |
|---|---|---|
| 1 | declaration, which he -- which Nokia is even refusing | 07:32:17 |
| 2 | to provide him. | 07:32:23 |
| 3 | If you can answer without speculating, you may | 07:32:24 |
| 4 | do so, sir. | 07:32:27 |
| 5 | THE WITNESS:  No.  I would be speculating.  I | 07:32:28 |
| 6 | was not at the meeting, and I was not given the | 07:32:31 |
| 7 | opportunity to review Melin declaration. | 07:32:33 |
| 8 | BY MR. FLINN: | 07:32:39 |
| 9 | Q.  Do you have anything more to add? | 07:32:39 |
| 10 | A.  No, sir. | 07:32:41 |
| 11 | Q.  Do you know whether or not the Apple-Nokia | 07:32:46 |
| 12 | license was produced by Apple in the 794 ITC | 07:32:54 |
| 13 | investigation? | 07:32:58 |
| 14 | MS. KASSABIAN:  Objection.  Again, this | 07:33:01 |
| 15 | witness is not a document custodian.  I think it is | 07:33:02 |
| 16 | beyond the scope. | 07:33:07 |
| 17 | If you have any personal knowledge of this, | 07:33:09 |
| 18 | you can answer. | 07:33:11 |
| 19 | THE WITNESS:  As Samsung's corporate witness | 07:33:15 |
| 20 | on the dissemination and use or lack thereof by Samsung | 07:33:17 |
| 21 | of the certain information within the Teece report or | 07:33:22 |
| 22 | the Samsung's public interest brief, I do not believe | 07:33:29 |
| 23 | I -- I don't think the question goes to my corporate | 07:33:36 |
| 24 | capacity. | 07:33:40 |
| 25 | As far as my personal knowledge goes, I do not | 07:33:41 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

277

| | | |
|---|---|---|
| 1 | know. | 07:33:45 |
| 2 | BY MR. FLINN: | 07:33:45 |
| 3 | Q.  Focusing on the ITC public interest report, | 07:33:46 |
| 4 | was the information disclosing financial details of the | 07:33:51 |
| 5 | Nokia-Apple license placed in that report by a Samsung | 07:34:00 |
| 6 | employee or by a Quinn Emanuel lawyer? | 07:34:06 |
| 7 | A.  Could you repeat the question, please. | 07:34:12 |
| 8 | Q.  Sure.  I'm focusing on that ITC public | 07:34:14 |
| 9 | interest brief that you testified you did an | 07:34:18 |
| 10 | investigation into.  Do you have that document in mind? | 07:34:22 |
| 11 | MS. KASSABIAN:  Objection.  Misstates his | 07:34:25 |
| 12 | testimony. | 07:34:27 |
| 13 | THE WITNESS:  I do not believe I was allowed | 07:34:28 |
| 14 | to look at the portions of ITC or the Samsung's public | 07:34:30 |
| 15 | interest brief to the ITC that contains the alleged | 07:34:38 |
| 16 | confidential information. | 07:34:44 |
| 17 | BY MR. FLINN: | 07:34:45 |
| 18 | Q.  But you know of the document I'm talking | 07:34:46 |
| 19 | about.  It is the ITC public interest outline/brief. | 07:34:48 |
| 20 | A.  I know which document you are talking about. | 07:34:52 |
| 21 | Q.  Do you know who drafted that in the first | 07:34:54 |
| 22 | instance?  Was that drafted at Quinn Emanuel or do you | 07:34:58 |
| 23 | know whether that was drafted at Samsung? | 07:35:01 |
| 24 | MS. KASSABIAN:  Objection.  Lacks foundation. | 07:35:03 |
| 25 | Beyond the scope of the 30(b)(6) designation.  And | 07:35:06 |

278

| | | |
|---|---|---|
| 1 | calls for speculation. | 07:35:10 |
| 2 | If you can answer without speculating or | 07:35:12 |
| 3 | disclosing any work product or attorney-client | 07:35:15 |
| 4 | communications, you may. | 07:35:18 |
| 5 | THE WITNESS:  It appears that's outside the | 07:35:23 |
| 6 | scope of the 30(b)(6) topic.  I think that's what I am | 07:35:26 |
| 7 | here to testify at this deposition, which is really the | 07:35:32 |
| 8 | dissemination and use or lack thereof by Samsung of the | 07:35:35 |
| 9 | certain information in the Teece report and Samsung's | 07:35:38 |
| 10 | public interest brief. | 07:35:43 |
| 11 | As far as my personal knowledge goes, I do not | 07:35:45 |
| 12 | know who prepared that particular document. | 07:35:49 |
| 13 | Q.  Do you recognize the names Alan Whitehurst and | 07:35:58 |
| 14 | Alex Lasher? | 07:36:03 |
| 15 | A.  Any particular document you have in mind? | 07:36:06 |
| 16 | Q.  I may get to a document, but I'm just | 07:36:11 |
| 17 | wondering now whether those names -- you recognize | 07:36:14 |
| 18 | either of those names. | 07:36:17 |
| 19 | A.  Yes. | 07:36:19 |
| 20 | Q.  Do you recognize both of them or just one of | 07:36:20 |
| 21 | them? | 07:36:24 |
| 22 | A.  Both. | 07:36:26 |
| 23 | Q.  Who is Alan Whitehurst? | 07:36:29 |
| 24 | A.  I believe he is an attorney with the | 07:36:32 |
| 25 | Quinn Emanuel. | 07:36:35 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

279

| | | |
|---|---|---|
| 1 | Q.  And how about Alex Lasher? | 07:36:37 |
| 2 | A.  I believe he is also an attorney with the | 07:36:39 |
| 3 | Quinn Emanuel. | 07:36:43 |
| 4 | Q.  Did you personally have any interactions with | 07:36:44 |
| 5 | them in connection with any legal work they did on | 07:36:46 |
| 6 | behalf of Samsung? | 07:36:50 |
| 7 | MS. KASSABIAN:  Objection.  Vague and | 07:36:51 |
| 8 | ambiguous as to "interactions with them." | 07:36:55 |
| 9 | BY MR. FLINN: | 07:36:57 |
| 10 | Q.  You can answer that yes or no. | 07:36:57 |
| 11 | A.  I don't really know what you mean by "legal | 07:37:00 |
| 12 | interactions." | 07:37:02 |
| 13 | Q.  Had any communications with them? | 07:37:03 |
| 14 | MS. KASSABIAN:  Regarding?  Sorry. | 07:37:09 |
| 15 | BY MR. FLINN: | 07:37:11 |
| 16 | Q.  Any communications at all regarding any legal | 07:37:12 |
| 17 | work they did on behalf of Samsung? | 07:37:14 |
| 18 | Please answer just yes or no. | 07:37:16 |
| 19 | A.  I have a hard time answering that question | 07:37:18 |
| 20 | because I recognize their names.  I do not know whether | 07:37:21 |
| 21 | I can put the face with the name.  I certainly had met | 07:37:25 |
| 22 | many Quinn Emanuel attorneys over last couple of years. | 07:37:31 |
| 23 | I just do not know whether, you know, any one of them | 07:37:36 |
| 24 | is -- with no offense to Mr. Whitehurst and Lasher, I'm | 07:37:41 |
| 25 | trying to place their face with the name, and I have a | 07:37:45 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

280

| | | |
|---|---|---|
| 1 | hard time doing it right now. | 07:37:50 |
| 2 | Q.  Do you personally know what responsibilities, | 07:37:56 |
| 3 | if any, they had in the litigation between Samsung and | 07:38:05 |
| 4 | Apple? | 07:38:09 |
| 5 | And, again, please answer that just yes or no. | 07:38:11 |
| 6 | MS. KASSABIAN:  Objection.  Calls for | 07:38:14 |
| 7 | speculation. | 07:38:15 |
| 8 | THE WITNESS:  No. | 07:38:16 |
| 9 | BY MR. FLINN: | 07:38:22 |
| 10 | Q.  Do you have any reason to believe that either | 07:38:22 |
| 11 | one of them worked on the litigation between Samsung | 07:38:24 |
| 12 | and Apple that was pending in the North District of | 07:38:30 |
| 13 | California, San Jose Division? | 07:38:35 |
| 14 | MS. KASSABIAN:  Objection.  Calls for | 07:38:37 |
| 15 | speculation.  Beyond the scope. | 07:38:38 |
| 16 | THE WITNESS:  You know, I don't know, | 07:38:44 |
| 17 | actually.  I am thinking that I may have met one of the | 07:38:46 |
| 18 | gentleman at NDCA 1 trial, but just I cannot answer | 07:38:51 |
| 19 | within sort of -- no, I just can't.  I'm sorry.  I | 07:39:00 |
| 20 | can't really answer that question. | 07:39:05 |
| 21 | BY MR. FLINN: | 07:39:06 |
| 22 | Q.  The record will reflect, and I'll represent to | 07:39:07 |
| 23 | you this, that both individuals made appearances in the | 07:39:10 |
| 24 | International Trade Commission 794 investigation.  Do | 07:39:13 |
| 25 | you have any reason to believe that representation is | 07:39:20 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

281

| | | |
|---|---|---|
| 1 | incorrect? | 07:39:22 |
| 2 | A.  I have no basis to either accept or doubt your | 07:39:25 |
| 3 | representation. | 07:39:29 |
| 4 | Q.  Do you have any explanation you could give the | 07:39:42 |
| 5 | judge as to why it would be that Mr. Lasher or | 07:39:44 |
| 6 | Mr. Whitehurst would have access to the Nokia-Apple | 07:39:51 |
| 7 | license in connection with their work in the ITC? | 07:39:59 |
| 8 | MS. KASSABIAN:  Objection.  Argumentative. | 07:40:05 |
| 9 | Vague and ambiguous.  Calls for speculation. | 07:40:08 |
| 10 | Obviously, in addition to not speculating, | 07:40:12 |
| 11 | please don't disclose any attorney-client | 07:40:15 |
| 12 | communications or work product. | 07:40:17 |
| 13 | THE WITNESS:  I do not have any basis to | 07:40:26 |
| 14 | believe or disbelieve that they actually had access to | 07:40:27 |
| 15 | such information, so I cannot really answer your | 07:40:32 |
| 16 | question.  And it was built on the assumption that they | 07:40:35 |
| 17 | actually accessed such information. | 07:40:42 |
| 18 | BY MR. FLINN: | 07:40:45 |
| 19 | Q.  Just so we're very clear, Mr. Korea, I want to | 07:40:45 |
| 20 | focus on the 30(b)(6) topic that Judge Grewal ordered, | 07:40:50 |
| 21 | which looking at Page 5 of his order, starting at about | 07:40:56 |
| 22 | Line 16, he said: | 07:41:01 |
| 23 | "Including the use of the confidential | 07:41:03 |
| 24 | information in any proceeding before the | 07:41:06 |
| 25 | United States National Trade Commission." | 07:41:07 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

282

| | | |
|---|---|---|
| 1 | And as Samsung's 30(b)(6) deposition witness, | 07:41:10 |
| 2 | is there anything you can tell the judge about why | 07:41:15 |
| 3 | Mr. Whitehurst or Mr. Lasher would have access to the | 07:41:18 |
| 4 | Nokia-Apple license? | 07:41:25 |
| 5 | MS. KASSABIAN:  So I object to this line of | 07:41:26 |
| 6 | questioning, obviously.  Mr. Korea is not privy to all | 07:41:29 |
| 7 | of the various outside counsel agreements, | 07:41:33 |
| 8 | negotiations, et cetera, that might be relevant to | 07:41:39 |
| 9 | answering that question.  It has nothing to do with | 07:41:43 |
| 10 | this 30(b)(6) topic.  It calls for speculation.  And | 07:41:45 |
| 11 | same work product and attorney-client communications | 07:41:52 |
| 12 | objections. | 07:41:55 |
| 13 | THE WITNESS:  So let me go through binders and | 07:41:57 |
| 14 | let me see whether either of those gentleman had access | 07:41:59 |
| 15 | to the partially redacted Teece report or Samsung's | 07:42:03 |
| 16 | public interest statement or brief submitted to ITC, | 07:42:08 |
| 17 | and maybe I can perhaps answer your question -- I don't | 07:42:11 |
| 18 | know -- at that point. | 07:42:15 |
| 19 | MR. FLINN:  Sure.  We've got just three | 07:42:17 |
| 20 | minutes left on the recording medium, so we'll have to | 07:42:19 |
| 21 | change it out. | 07:42:22 |
| 22 | My proposal is, if counsel agree, we'll go off | 07:42:23 |
| 23 | the record, let him look at the binders and go back on | 07:42:26 |
| 24 | the record and get his answer. | 07:42:30 |
| 25 | MS. KASSABIAN:  We're not doing that.  You -- | 07:42:30 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

283

| | | |
|---|---|---|
| 1 | obviously, if you need to change the tape, that's fine. | 07:42:32 |
| 2 | But we're not going to have Mr. Korea sit and prepare | 07:42:34 |
| 3 | his answer for the question off the record. | 07:42:37 |
| 4 | But do you want to change it now or do you | 07:42:43 |
| 5 | want to change it after Mr. Korea answers? | 07:42:44 |
| 6 | MR. FLYNN:  Well, he's only got three minutes. | 07:42:47 |
| 7 | MS. KASSABIAN:  Okay.  Let's see what you can | 07:42:47 |
| 8 | do in three minutes. | 07:42:50 |
| 9 | MR. FLINN:  Oh, wait.  Am I wrong? | 07:42:50 |
| 10 | How much time do you have on the media left? | 07:42:50 |
| 11 | THE VIDEOGRAPHER:  55 minutes. | 07:42:55 |
| 12 | MR. FLINN:  Then we're fine, then. | 07:42:59 |
| 13 | MS. KASSABIAN:  And how much time in the | 07:43:01 |
| 14 | deposition? | 07:43:02 |
| 15 | THE VIDEOGRAPHER:  It's two minutes left until | 07:43:03 |
| 16 | it's seven hours of video. | 07:43:05 |
| 17 | MS. KASSABIAN:  Can I have the question read | 07:43:07 |
| 18 | back before Mr. Korea looks at the document? | 07:43:09 |
| 19 | MR. FLINN:  You can scroll and find it. | 07:43:50 |
| 20 | (The record was read as follows: | 07:43:50 |
| 21 | "Just so we're very clear, Mr. Korea, | 07:40:45 |
| 22 | I want to focus on the 30(b)(6) topic that | 07:40:50 |
| 23 | Judge Grewal ordered, which looking at Page 5 | 07:40:54 |
| 24 | of his order, starting at about Line 16, | 07:40:59 |
| 25 | he said: | 07:41:02 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
## CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

284

| | | |
|---|---|---|
| 1 | "'Including the use of the confidential | 07:41:03 |
| 2 | information in any proceeding before the | 07:41:06 |
| 3 | United States National Trade Commission.' | 07:41:07 |
| 4 | "And as Samsung's 30(b)(6) deposition | 07:41:10 |
| 5 | witness, is there anything you can tell | 07:41:14 |
| 6 | the judge about why Mr. Whitehurst or | 07:41:16 |
| 7 | Mr. Lasher would have access to the | 07:41:20 |
| 8 | Nokia-Apple license?") | 07:41:24 |
| 9 | MS. KASSABIAN:  Again I object to this | 07:43:52 |
| 10 | question which, as presented to Mr. Korea, since he is | 07:43:54 |
| 11 | not a document custodian, he is also not outside | 07:43:58 |
| 12 | counsel.  So he is not privy to which particular | 07:44:02 |
| 13 | documents were produced in which particular case and | 07:44:05 |
| 14 | whether there might be process agreements or any other | 07:44:08 |
| 15 | agreements between counsel that would be helpful to | 07:44:11 |
| 16 | answer that sort of a question. | 07:44:14 |
| 17 | But in any event, I understand that Mr. Korea | 07:44:15 |
| 18 | is looking for the materials that we brought to do his | 07:44:17 |
| 19 | best to answer it for you. | 07:44:21 |
| 20 | MR. FLINN:  Madam Reporter, put this on the | 07:44:43 |
| 21 | record while he's still looking. | 07:44:45 |
| 22 | When you make transmit this transcript and | 07:44:48 |
| 23 | you've read a question back, please don't just put the | 07:44:49 |
| 24 | notation "record read."  Actually please transcribe | 07:44:53 |
| 25 | what you actually read so we have a complete record. | 07:44:59 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

285

| | | |
|---|---|---|
| 1 | THE WITNESS:  So based on my study as a | 07:45:28 |
| 2 | 30(b)(6) witness, it appears that Mr. Whitehurst and | 07:45:30 |
| 3 | Ms. Lasher were the recipient of e-mails from | 07:45:34 |
| 4 | Quinn Emanuel that had, as attachments, Samsung's | 07:45:41 |
| 5 | public interest statement, and I understand the | 07:45:47 |
| 6 | allegation is that that brief contains confidential | 07:45:56 |
| 7 | licensing terms of Apple-Nokia license agreements.  But | 07:46:01 |
| 8 | as far as whether they actually received the entire | 07:46:06 |
| 9 | Apple-Nokia license agreement, I do not know whether | 07:46:13 |
| 10 | that's true. | 07:46:15 |
| 11 | And since your question is premised on that, | 07:46:15 |
| 12 | I'm not sure I can really answer your question. | 07:46:20 |
| 13 | BY MR. FLINN: | 07:46:24 |
| 14 | Q.  Is there anything else you'd like to tell the | 07:46:24 |
| 15 | judge on that subject, beyond what you've just said? | 07:46:26 |
| 16 | A.  No. | 07:46:31 |
| 17 | Q.  In your answer, you say you understand the | 07:46:31 |
| 18 | allegation is that the brief contains information in | 07:46:34 |
| 19 | the Apple-Nokia license negotiation.  What allegation | 07:46:43 |
| 20 | are you talking about? | 07:46:48 |
| 21 | A.  Isn't Nokia alleging that those, the partially | 07:46:53 |
| 22 | redacted Teece report, contains confidential licensing | 07:46:57 |
| 23 | terms of Apple-Nokia agreement?  And, also, I thought | 07:47:03 |
| 24 | Nokia is alleging that the partially redacted Samsung | 07:47:08 |
| 25 | public interest brief contains confidential information | 07:47:16 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

286

| | | |
|---|---|---|
| 1 | between Apple and Nokia.  That is the allegation I was | 07:47:19 |
| 2 | referring to. | 07:47:23 |
| 3 | MS. KASSABIAN:  Okay.  I'm told that we're | 07:47:24 |
| 4 | past seven hours.  So do you have, like, one last | 07:47:26 |
| 5 | question or -- | 07:47:30 |
| 6 | MR. FLINN:  I have as many questions as you | 07:47:31 |
| 7 | will let me ask your witness. | 07:47:34 |
| 8 | MS. KASSABIAN:  Are you still taking the | 07:47:36 |
| 9 | position that you want an additional day? | 07:47:37 |
| 10 | MR. FLINN:  I want more time with him, to be | 07:47:39 |
| 11 | sure. | 07:47:41 |
| 12 | MS. KASSABIAN:  That you want a separate day | 07:47:41 |
| 13 | with the witness? | 07:47:42 |
| 14 | MR. SELWYN:  Correct.  And I think we have | 07:47:44 |
| 15 | substantial issues in disagreement with you about what | 07:47:46 |
| 16 | the proper scope of what this deposition is -- | 07:47:48 |
| 17 | MS. KASSABIAN:  Okay. | 07:47:51 |
| 18 | MR. SELWYN:  Can I just finish? | 07:47:52 |
| 19 | MS. KASSABIAN:  Sorry. | 07:47:54 |
| 20 | MR. SELWYN:  We have substantial disputes with | 07:47:56 |
| 21 | you about what the proper scope of the deposition is, | 07:47:58 |
| 22 | that I think the Court will need to solve. | 07:48:01 |
| 23 | MS. KASSABIAN:  Okay. | 07:48:01 |
| 24 | MR. SELWYN:  We have privilege issues that are | 07:48:03 |
| 25 | unresolved.  We have 14,000 pages of documents in the | 07:48:05 |

287

| | | |
|---|---|---|
| 1 | last two days.  So that's some reasons why we can't | 07:48:09 |
| 2 | conclude the deposition today. | 07:48:12 |
| 3 | MS. KASSABIAN:  Understood. | 07:48:13 |
| 4 | MR. FLINN:  I will say, it has been a long | 07:48:14 |
| 5 | day, and the witness is probably not from this time | 07:48:16 |
| 6 | zone.  So while I think you're well within your rights | 07:48:20 |
| 7 | to say whatever we do on another day, there's enough | 07:48:23 |
| 8 | questioning for today.  But on the other hand -- so I'm | 07:48:28 |
| 9 | saying you're perfectly entitled to say, whatever we do | 07:48:31 |
| 10 | later, we're done today. | 07:48:35 |
| 11 | I will say that if you are willing to let him | 07:48:36 |
| 12 | stay here, I'm willing to stay a little longer and ask | 07:48:39 |
| 13 | him more questions. | 07:48:42 |
| 14 | MS. KASSABIAN:  But I don't think you're going | 07:48:42 |
| 15 | to agree to waive your right to seek more time with | 07:48:44 |
| 16 | him. | 07:48:47 |
| 17 | MR. FLINN:  Absolutely, I'm not going to agree | 07:48:48 |
| 18 | with that. | 07:48:49 |
| 19 | MS. KASSABIAN:  So let's let the Court decide | 07:48:50 |
| 20 | those outstanding issues. | 07:48:51 |
| 21 | I will note for the record our extreme | 07:48:53 |
| 22 | disappointment that Apple and Nokia have squandered | 07:48:55 |
| 23 | most of this deposition.  Mr. Korea spent dozens of | 07:49:01 |
| 24 | hours preparing for his testimony today.  We brought | 07:49:06 |
| 25 | charts.  We brought binders, organized, tabbed.  We | 07:49:11 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

288

| | | |
|---|---|---|
| 1 | brought spreadsheets documenting the 80-plus personal | 07:49:17 |
| 2 | interviews that he conducted.  And there were maybe 30 | 07:49:24 |
| 3 | minutes of questioning on those topics. | 07:49:29 |
| 4 | Mr. Korea actually referenced the materials | 07:49:33 |
| 5 | that he brought with him early this morning, and | 07:49:35 |
| 6 | counsel repeatedly redirected the questioning and | 07:49:39 |
| 7 | refused to let him pull those materials out. | 07:49:41 |
| 8 | And so, it is our position that this | 07:49:45 |
| 9 | deposition time was not well spent, and that all of the | 07:49:48 |
| 10 | materials that we brought were not used by the | 07:49:53 |
| 11 | questioning attorneys, and that the time that been | 07:49:56 |
| 12 | devoted to the questions of use and dissemination were | 07:50:01 |
| 13 | devoted to other issues that have nothing to do with | 07:50:04 |
| 14 | Mr. Korea or the 30(b)(6) topics. | 07:50:08 |
| 15 | So it is currently our position that this | 07:50:12 |
| 16 | deposition is concluded.  I understand that is not your | 07:50:15 |
| 17 | position, and we will, I'm sure, just take it up with | 07:50:17 |
| 18 | the Court in due course. | 07:50:20 |
| 19 | MR. FLINN:  Before you go off the record, | 07:50:21 |
| 20 | something you said makes me wonder. | 07:50:22 |
| 21 | He's produced the two spreadsheets and the | 07:50:25 |
| 22 | four binders, and there are charts inside the binders. | 07:50:28 |
| 23 | Are there any more documents that you brought with you | 07:50:31 |
| 24 | for this witness to use that you haven't identified for | 07:50:33 |
| 25 | us? | 07:50:36 |

289

| | | |
|---|---|---|
| 1 | MS. KASSABIAN:  I don't think so.  I think | 07:50:36 |
| 2 | those were the summary materials that we brought to | 07:50:38 |
| 3 | allow him to provide his testimony.  And he wasn't | 07:50:40 |
| 4 | really given that opportunity today, due to choices | 07:50:43 |
| 5 | made by counsel. | 07:50:46 |
| 6 | So that's our position, and I'm sure we will, | 07:50:47 |
| 7 | you know, talk further about it after today. | 07:50:50 |
| 8 | MR. SELWYN:  And I'll just say, I'm really not | 07:50:54 |
| 9 | sure why you made that statement.  I'm not sure who you | 07:50:56 |
| 10 | think the audience for that statement was.  And I'm | 07:51:00 |
| 11 | sorry for your extreme disappointment.  I suggest that | 07:51:04 |
| 12 | that's better directed elsewhere. | 07:51:08 |
| 13 | MS. KASSABIAN:  Thank you for that, | 07:51:10 |
| 14 | Mr. Selwyn.  And I hope everyone has a wonderful | 07:51:12 |
| 15 | evening. | 07:51:12 |
| 16 | Thank you to the court reporter and the | 07:51:16 |
| 17 | videographer for staying so late. | 07:51:17 |
| 18 | MR. FLINN:  Off the record. | 07:51:20 |
| 19 | THE VIDEOGRAPHER:  Here marks the end of | 07:51:21 |
| 20 | Videotape No. 4 in the deposition of Kenneth Korea. | 07:51:23 |
| 21 | Going off the record.  The time is 7:51. | 07:51:28 |
| 22 | (Signature having not been waived, the | |
| 23 | videotaped deposition of KENNETH S. KOREA was | |
| 24 | concluded at 7:51 p.m.) | |
| 25 | | |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

290

1                ACKNOWLEDGMENT OF DEPONENT

2

3          I, KENNETH S. KOREA, do hereby acknowledge that

4     I have read and examined the foregoing testimony, and

5     the same is a true, correct and complete transcription

6     of the testimony given by me and any corrections appear

7     on the attached Errata sheet signed by me.

8

9

10    _____    _____

11        (DATE)                    (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

291

```
 1              REPORTER'S CERTIFICATION

 2          I, LISA MICHAELS, California Certified Shorthand

 3     Reporter No. 6361, RPR, California CRR, CLR, certify;

 4          That the foregoing proceedings were taken before

 5     me at the time and place therein set forth, at which

 6     time the witness declared under penalty of perjury;

 7     that the testimony of the witness and all objections

 8     made at the time of the examination were recorded

 9     stenographically by me and were thereafter transcribed

10     under my direction and supervision; that the foregoing

11     is a full, true and correct transcript of my shorthand

12     notes so taken and of the testimony so given;

13          That before completion of the deposition, review

14     of the transcript was not waived.

15          I further certify that I am not financially

16     interested in the action, and I am not a relative or

17     employee of any attorney of the parties, nor of any of

18     the parties.

19          I declare under penalty of perjury under the laws

20     of California that the foregoing is true and correct.

21          Dated this 18th day of October, 2013.

22

23

24     _____

25              LISA MICHAELS
```

292

1                       E R R A T A   S H E E T

2          IN RE:  Apple -v- Samsung (01846)

3          WITNESS:  Kenneth S. Korea

4      PAGE     LINE       CORRECTION AND REASON

5      _____    _____      _____

6      _____    _____      _____

7      _____    _____      _____

8      _____    _____      _____

9      _____    _____      _____

10     _____    _____      _____

11     _____    _____      _____

12     _____    _____      _____

13     _____    _____      _____

14     _____    _____      _____

15     _____    _____      _____

16     _____    _____      _____

17     _____    _____      _____

18     _____    _____      _____

19     _____    _____      _____

20     _____    _____      _____

21     _____    _____      _____

22     _____    _____      _____

23     _____    _____      _____

24     _____       _____

25     (DATE)                    (SIGNATURE)

293

1      E R R A T A   S H E E T   C O N T I N U E D

2      IN RE:  Apple -v- Samsung (01846)

3      WITNESS:  Kenneth S. Korea

4    PAGE     LINE      CORRECTION AND REASON

5    _____    _____    _____

6    _____    _____    _____

7    _____    _____    _____

8    _____    _____    _____

9    _____    _____    _____

10   _____    _____    _____

11   _____    _____    _____

12   _____    _____    _____

13   _____    _____    _____

14   _____    _____    _____

15   _____    _____    _____

16   _____    _____    _____

17   _____    _____    _____

18   _____    _____    _____

19   _____    _____    _____

20   _____    _____    _____

21   _____    _____    _____

22   _____    _____    _____

23   _____    _____    _____

24   _____    _____

25    (DATE)                (SIGNATURE)

**A**

**abided**
39:10 40:10 41:7
**ability**
247:10,14
**able**
22:14 41:1 54:23
60:9,9 106:24
109:18 125:2
142:11 151:21
176:4 194:6
207:1 245:11
**absolutely**
21:21 23:4 32:1
37:19 38:4 39:7
117:9 140:8
159:18 201:6
238:11 240:21
256:4,8 266:6
269:7 272:16
287:17
**accept**
281:2
**access**
30:10,25 31:10
69:20 120:14
157:23 163:7
206:7 213:25
216:21 219:20
281:6,14 282:3
282:14 284:7
**accessed**
162:12,25 281:17
**accessing**
120:15
**account**
253:23
**accounted**
107:22
**accuracy**
93:2,13 194:24
**accurate**
92:23 94:5,8
240:21 245:20
**accurately**
268:16 273:13
**accusations**

254:4
**acknowledge**
31:17 156:22
290:3
**ACKNOWLE...**
290:1
**acquiescing**
214:3
**acquisitions**
10:12 131:6
**act**
67:18
**action**
1:9 291:16
**actual**
120:16 160:23
170:22 175:20
246:11 252:22
**add**
14:3 176:11
275:16 276:9
**adding**
73:7 272:5
**addition**
141:7 206:5
281:10
**additional**
62:25 99:22
100:8 286:9
**addressed**
102:22 190:7
215:3,4
**admin**
131:13
**advance**
265:9
**advantage**
30:9
**advice**
40:6
**advised**
48:14
**Advocaat**
96:5,7 102:17
**AEO**
222:4
**affidavit**
270:13

**affidavits**
105:19 106:5,18
107:2,5
**afraid**
176:14
**afternoon**
226:4,13,17 227:4
**ago**
104:14 137:21
189:7
**agree**
67:24 174:25
175:12 176:9
195:4 213:15
231:17 239:16
282:22 287:15
287:17
**agreed**
5:13 67:23 132:9
**agreeing**
70:14
**agreement**
68:2 69:13
209:18 285:9,23
**agreements**
70:17 190:14,16
282:7 284:14,15
285:7
**agrees**
274:15,16
**ahead**
32:13 70:19
95:10 133:6
177:7 243:3
**Ahn**
251:10,11,12,20
252:5 253:23
254:11 256:19
257:19 267:20
268:5 269:4,16
270:5,18,25
271:6 273:7
274:3 275:19
**Ahn's**
270:13
**aid**
221:23 246:14
**al**

8:7
**Alan**
278:13,23
**Alex**
164:11 169:19
278:14 279:1
**allegation**
83:5,17 285:6,18
285:19 286:1
**allegations**
56:12
**alleged**
100:4,15 103:14
107:1 108:23
111:8 126:20
129:1 132:7
149:13 166:21
167:25 190:5
210:16 252:4,8
254:19 271:1
277:15
**allegedly**
127:1 128:5
129:5 167:11,25
182:18,22,25
183:4 252:19
253:1 255:2
270:10 273:8
**alleging**
285:21,24
**Allen**
6:16,18 102:18,23
184:16
**allow**
221:15 289:3
**allowed**
29:15 69:20
129:21 176:20
234:6 237:6,10
242:1 275:6
277:13
**Alston**
4:5 8:20 102:23
**Alto**
3:7
**ambiguous**
14:12,22 15:13,25
16:16 29:24

30:13 31:4
41:10 45:15,24
46:13 54:2 55:1
55:25 56:18
58:3 59:25
77:18 80:15
103:10 114:10
158:11 179:24
215:23 218:4
226:6 229:22
231:23 279:8
281:9
**America**
1:10,12 2:5,7
3:12,13 10:18
**amount**
16:13 174:20
204:2 247:20
**ample**
207:25
**amply**
258:3
**and/or**
24:20 27:25 30:6
126:17 127:19
129:2 132:6
140:12 210:23
**Angeles**
1:21 2:21 8:1,13
**Ann**
270:2
**answer**
12:21 13:12
15:19 16:4,4,10
16:18 17:12,25
18:4,6 20:8,14
22:22 23:13,24
24:13 25:1,25
28:12,14,16
29:7,12 30:16
30:18 31:22
32:19,21,23
33:2,7,10,17
34:5 35:7,21,25
36:24 37:6,13
37:24 38:21
39:7 40:4,8,13
40:18 41:1,3,11

| | | | | |
|---|---|---|---|---|
| 41:14,17 42:3 | 139:16 140:19 | 240:1,7,20 | 246:14 279:19 | 50:2,7,21 51:3,6 |
| 44:2,25 45:2,5 | 143:3,21 144:23 | 241:13 244:25 | 282:9 | 51:16 52:1,17 |
| 46:1,15 47:16 | 145:7,15 146:1 | 245:11 247:15 | **answers** | 52:22 53:2,15 |
| 48:3,10,11,20 | 146:7 147:17,25 | 248:15 249:3,15 | 9:19 99:7,8 | 54:12 55:4,15 |
| 48:22 49:1,3,3,9 | 148:11,24 | 252:19 253:2,17 | 124:19 125:3 | 55:15,22 56:13 |
| 49:12 51:13,20 | 149:14 150:12 | 254:25 255:3,16 | 136:23 137:1 | 56:14,22 57:1,2 |
| 52:14 53:12,18 | 150:21 151:7,24 | 255:22,25 | 163:20 189:7 | 57:6,13,13,24 |
| 53:18 54:7,20 | 152:10,19 153:3 | 257:16 258:1,2 | 201:13 208:1 | 57:25 58:16,16 |
| 54:23 55:11 | 153:23 155:10 | 258:6 259:6 | 266:13 283:5 | 59:22 62:17 |
| 56:4 57:17 | 156:9,17 157:4 | 261:18 264:5 | **Anthony** | 66:3 82:22 83:1 |
| 59:17 61:24 | 160:11 161:9,13 | 265:2,13,22 | 97:10,11 154:19 | 83:4,17 91:10 |
| 67:1 70:9,11 | 163:8,18,22,23 | 266:20 268:12 | **anybody** | 91:25 92:15 |
| 72:10 75:13 | 165:4,21 166:14 | 268:14 269:13 | 14:25 57:19 | 96:9 108:12 |
| 76:14,16 77:7 | 167:5,18 168:10 | 269:19 271:11 | 61:23 62:10 | 109:7 111:9,12 |
| 79:4 80:16 | 168:18 169:2 | 271:15,18,20,23 | 74:13 80:7 | 112:23 114:3 |
| 83:25 84:6,8 | 171:1,18 177:13 | 273:6 274:10,21 | 134:4 147:20 | 116:17 118:1 |
| 87:1,18 89:23 | 178:15 179:6 | 274:25 275:14 | 151:1 165:18 | 119:15,17 120:4 |
| 90:2,8,13,16 | 182:4,13 183:15 | 276:3,18 278:2 | 168:22 172:5 | 120:6,16,21 |
| 91:1,22 92:4,10 | 185:5 186:6,17 | 279:10,18 280:5 | 226:19 227:6 | 138:17 141:6 |
| 92:22 93:6,9,20 | 186:20,23 187:4 | 280:18,20 | 232:16 | 148:25 149:23 |
| 94:21 95:21 | 187:7 189:7,16 | 281:15 282:17 | **anyway** | 150:9,14 154:7 |
| 98:18 107:19 | 191:4,15 193:4 | 282:24 283:3 | 209:3 | 155:5,22 158:8 |
| 108:8,19 109:18 | 194:16 196:15 | 284:16,19 | **apologize** | 164:18 169:23 |
| 110:15,24 | 197:7,21 198:13 | 285:12,17 | 38:9 130:23 | 175:23 176:2 |
| 111:18 112:11 | 198:16,20,21,25 | **answered** | 215:2 251:16 | 177:18 178:18 |
| 112:13 113:8 | 199:7,11,21 | 15:16,25 22:10 | **appear** | 179:21 180:12 |
| 114:14 116:12 | 200:12,15,17,18 | 25:24 27:5,9 | 179:11 248:3 | 180:16,22 |
| 117:15,23 | 201:4,16,19 | 28:11 32:8 | 261:8,12 290:6 | 181:13,15,23 |
| 118:24 119:6,11 | 202:1,9,12 | 33:16 34:6 36:2 | **appearances** | 182:9 185:25 |
| 119:21,22 | 205:14 207:1,12 | 38:20 42:14 | 280:23 | 186:12 187:2,10 |
| 120:10,11,13,17 | 207:18,20,21,21 | 52:19 53:4 56:1 | **appears** | 190:14,16,23 |
| 120:24 121:6,17 | 208:7,9,17 | 57:5 59:12 74:6 | 157:22 179:11 | 191:10,21 201:9 |
| 122:4,15 123:11 | 209:6,20,23,24 | 78:20 81:24 | 227:17 230:14 | 202:3 203:12,19 |
| 123:17,19 | 210:4,5,14 | 87:14 92:19 | 240:14 275:3 | 203:23 204:1,1 |
| 124:17,21,22 | 211:16,20 218:2 | 103:3,10 106:9 | 278:5 285:2 | 204:3,25 207:8 |
| 125:14,15,16,24 | 218:24 219:24 | 127:10 129:13 | **apple** | 211:7,11 212:3 |
| 126:11,22 127:3 | 220:2,15 221:2 | 129:15 155:1 | 1:4 2:12 3:3 8:6 | 212:4,5 213:11 |
| 127:11,14,16,25 | 221:16 222:16 | 157:3,15 162:8 | 8:18 11:20,23 | 213:13,14,15,19 |
| 128:6,15,20,22 | 224:6,7 225:5,6 | 163:3,16 180:18 | 12:4,17 13:3,9 | 235:2 271:2 |
| 129:24 132:13 | 225:7 226:16,24 | 181:18,19 | 14:2,6,10,15 | 272:8,10 274:3 |
| 132:13 133:13 | 226:24 227:3 | 183:12 191:14 | 15:5,10,11,16 | 276:12 280:4,12 |
| 133:17,24 134:2 | 228:3 230:10 | 194:15 202:25 | 15:23 16:6,14 | 286:1 287:22 |
| 134:8,12,16,20 | 232:5,14,25 | 210:2 248:20 | 16:21 17:5,13 | 292:2 293:2 |
| 134:24 135:1,5 | 234:1,3,7,8,13 | 257:20 266:19 | 17:17,23 35:11 | **Apple's** |
| 135:8,11,14,18 | 234:21 235:17 | 270:21 | 35:13 37:7 | 5:11 34:25 35:5 |
| 135:21,24 136:3 | 235:22 236:1,13 | **answering** | 41:19 42:10 | 38:25 83:13 |
| 136:7,10,14 | 237:4,8,14 | 128:8,16 133:2 | 44:22 47:20,20 | 94:15 106:19 |
| 137:20 139:14 | 239:6,9,13 | 202:7 232:6 | 48:7,8 49:5,23 | 107:13 121:25 |

122:13 123:6
124:9 125:9
126:8 127:7
128:12 143:16
144:4,17 150:3
151:3 152:5
178:7 180:8
190:5 234:24
267:9

**Apple-Ericsson**
121:14 126:25
128:4 134:1,19
135:23 136:1

**Apple-Nokia**
121:4 126:20
127:23 130:9
133:10 134:7
135:4 146:6,11
146:17,19,20
147:2,5,13,15
147:19,20 148:3
149:6,13 166:21
167:10,25
182:21,25 183:3
183:4 184:18
186:1,13 187:3
189:2 192:8
208:12,23
209:10,18
210:16,25 211:8
233:23 240:19
252:18 253:1
255:1 259:18
267:22 268:6
269:5 270:19
274:4,6 276:11
285:7,9,19,23

**Apple-Philips**
121:14 126:25
128:3 133:19,23
134:15 135:17
136:6

**Apple-Samsung**
1:13 7:3,20,24
42:6 131:9
201:14 203:4
204:17 208:12
208:23 209:19

212:20
**Apple-Sharp**
121:14 126:24
128:3 133:15
134:11 135:10
135:13 148:4
**Apple.pdf**
164:16 196:5
230:21
**Apple_redacte...**
233:17 237:7
**applied**
177:24
**approach**
13:9 14:1,6
256:25 258:4,6
**appropriate**
66:7 110:13
175:13 176:15
197:12
**approximately**
62:22 97:8 241:6
262:10
**approximation**
22:7
**areas**
90:15 174:18
**argument**
269:9
**argumentative**
20:12 27:10,18
30:19 33:4,15
41:22 42:13,19
43:17 44:7
45:18 46:19
47:1,11 48:17
49:15 50:3 51:8
52:20 54:24
55:6 59:11
85:20 191:1
234:11,18
235:16 237:12
241:22 248:6
251:25 253:14
254:1 255:24
257:21 281:8
**Ari**
6:11 172:25

**arriving**
206:21 207:7
**arrow**
189:8
**ascertained**
252:12
**Ashurst**
102:21
**aside**
78:15 216:25
**asked**
15:25 22:9 25:23
28:11 32:8
33:16 35:25
36:19 37:7,10
38:20 42:14
52:19 53:4 57:4
67:3 73:7 74:5
76:12 77:3
78:19 81:1,23
86:5,15 87:13
92:18 98:20
99:12,18,22
100:5 103:2,10
105:18 106:4,8
106:17 125:3
126:19,23
127:10,21 128:2
128:9,11,19
129:3 132:10,14
133:9,14,18,22
133:25 134:3,6
134:10,14,18,22
134:25 135:3,7
135:9,12,16,19
135:22,25 136:4
136:8,11 147:1
147:14,22
148:23 151:8
154:25 157:2,14
163:2,16 168:14
168:19,22 171:7
180:18 181:17
182:20 183:11
188:9 191:13
194:14 197:3
199:18 202:18
207:23 214:21

217:5 219:14
221:10,11,13
223:1 234:25
252:16,16,21,25
255:21 257:20
260:8 261:4,5,7
270:21 272:8
**asking**
14:16 15:2 27:3
28:6 37:16,22
38:1 43:23
46:12 47:3,24
48:1 67:24 70:2
86:15 110:4,5,6
110:7,12 116:4
124:13 128:9,11
140:15 146:5
159:11,14 161:4
175:3,24 176:13
177:7,13,25
178:11,25
187:25 197:18
201:7 206:23
208:6 211:14
221:6 223:9
224:4 231:25
236:3 249:4
255:8 257:10
259:5,6 260:10
265:8 272:4,6
274:14
**assemble**
247:13,21
**asserted**
190:6
**asserting**
36:15
**assertion**
164:21 275:3
**assist**
74:19 245:10
**assistance**
61:19
**associate**
217:6,22 219:9
220:8 222:11
223:6,21 224:8
225:13,21,22

**associated**
34:18
**Associati**
96:3 102:17
**assume**
178:22 231:13
257:16 266:4
**assumes**
11:12 25:24
41:23 46:7,20
183:23 186:16
186:21 191:2
239:2 265:17
269:10
**assuming**
190:17 231:2,16
232:9,10
**assumption**
281:16
**Atlanta**
68:12
**attach**
140:4 164:17
**attached**
5:8,9 78:16 103:1
108:24 132:15
133:8 135:1
171:24 172:6
197:2 216:18
237:7 247:4
252:14 254:15
256:6 290:7
**attaches**
230:19
**attaching**
5:17,20 64:3 72:2
77:9,11,24 78:3
78:9 79:15,25
80:12,23 81:15
81:19 104:7
134:23 200:24
232:2,17,22
**attachment**
59:2 81:3 84:4
118:21,22
119:10,10
155:13,17,22
156:2,3,14

161:18 164:13
169:22 181:9,11
181:12,14 196:5
196:7,8,9
199:19 215:15
215:25 216:10
216:13,22 231:5
231:20 233:15
233:22 234:7,10
234:13,16 236:9
236:15,24
237:13,17
238:10,24
254:18,24

**attachments**
118:16 119:3
147:10 178:24
179:15 196:1,4
231:4,18 234:2
237:17 238:1,7
239:17 246:6,18
256:8 285:4

**attempted**
247:9

**attend**
100:17,20,24,25

**attendance**
104:23,25

**attended**
13:2,5 61:3
104:20 257:18
260:21

**attest**
106:24

**attorney**
38:4 40:1 100:24
101:3 156:8
162:3 182:3
188:20 221:7
223:15 224:8
228:7,14,21
229:4,12,25
230:23 278:24
279:2 291:17

**attorneys**
1:14,18 7:4,20,24
64:11 101:5
103:14 152:3,14

152:23 153:6,10
190:8 203:5
206:8 212:20
218:20 222:2
279:22 288:11

**attorney-client**
12:20 13:12
14:23 16:2,16
17:11 20:16
22:23,25 23:5
23:14 24:14
25:2 26:1 31:24
32:17 33:5,18
36:1 37:11 38:6
38:22 40:14
41:13 57:18
72:8 75:14
76:15 77:5 80:4
80:17 86:9,24
87:16 93:7,20
98:3,15 105:23
114:12 117:8,17
118:5,19 119:8
119:23 122:6,16
125:21 126:12
127:13 130:1
131:20 138:5
142:24 143:20
144:21 150:22
155:7,9 156:18
160:10 161:12
162:4 165:3,22
166:3,6,16
167:2 168:9,17
169:1 179:7
182:4,13 183:14
185:6 186:19
188:21 189:17
191:6,16 193:3
194:17 196:16
205:13 206:25
209:7 211:10
226:23 231:24
232:4,20 233:1
239:7 240:2
249:14 265:4
278:3 281:11
282:11

**audience**
289:10

**August**
159:24 160:5,15
160:19 161:24
185:21 192:3,12
212:2 217:4
218:17 221:8
231:3

**authored**
222:15

**authority**
59:5 202:14,16

**authorized**
29:2,14 40:19
51:10 225:3

**Avenue**
2:20 8:13

**awarded**
175:15 190:5

**aware**
26:17,21 34:8,20
36:18 54:11
57:11 58:5,13
59:6 77:21
85:15 87:9
105:24 107:1
186:11 192:22
193:8,13 231:5
231:19 232:15
259:17

**A-D-V-O-C-A-...**
96:7

**A-R-I**
173:1

**A-S-S-O-C-I-A-...**
96:5

**a.m**
1:22 8:2 98:11
230:16,19

---

**B**

**B**
5:7 6:1 7:1 96:7,8

**back**
12:23 13:22
23:16 28:17
36:21 65:7

66:22 67:14,18
68:1,5,9,12,14
70:23 71:8
91:23 95:16
96:22 143:23,24
145:2,23 174:2
175:14 176:9
187:18 189:6
191:19 204:20
205:15 207:22
209:23 210:19
212:24 216:5
222:24 238:6,16
242:17 253:18
257:24 267:5
272:1 274:13
282:23 283:18
284:23

**based**
21:8,13 23:23
39:2 56:20
84:15 145:7
193:19 222:17
225:7 230:11,14
230:22 237:4
270:2,4 275:4
285:1

**basically**
73:14 194:19

**basis**
33:2,12,20 34:14
36:6 38:16
41:15,17 76:17
77:6 87:17 93:9
98:17 158:3
169:12 172:11
183:2 187:7
188:16 189:4
191:7 195:1,4
216:2 232:6
248:12 269:13
270:15 274:25
281:2,13

**Bates**
172:23

**Baxter**
164:11 169:19

**bearing**

102:15 204:13
215:25 222:3

**bears**
71:7 222:2

**Becher**
5:22 6:5,15,17,19
159:25 160:5
184:16 192:4,11
193:21 218:16
222:25 231:2

**Becher's**
231:17 241:20

**begins**
8:4 96:23 174:3
242:18

**behalf**
3:2,11 4:2 8:18
8:20,22,25 19:5
21:3 34:7 35:3
41:1,3 45:11
76:3,10 174:22
279:6,17

**behaved**
69:1

**behaving**
199:8

**belief**
33:13 34:11,15,16
36:16 38:16
54:11 188:16

**believe**
17:25 18:20
20:18 22:3
27:11 32:1,5
34:14,17 35:13
39:10 40:10,17
41:7 42:8 47:12
50:11 56:1,8,11
57:19 62:10,18
62:20 65:25
66:8 73:4 75:6
77:14,19 80:6
81:8,12 82:14
90:4 92:6 94:12
95:14 96:14
109:4 111:9
114:3 128:16,17
128:18,20 129:9

131:6 137:9
141:7 142:11
150:5 153:9,15
155:2 158:3,16
158:25 168:19
169:12 171:3,11
172:11 175:1
177:22 180:11
183:2 184:21
188:6,13,23
190:19,20 191:7
193:10 206:10
215:8 216:2,23
217:9 219:11,19
223:3 227:11
230:22 233:4
236:4 242:1,5
243:1 246:19
248:12 249:16
250:7 263:15
265:2 268:11
270:12 271:4
272:3 276:22
277:13 278:24
279:2 280:10,25
281:14
**believes**
36:11
**best**
22:7 28:15 29:7
37:24 197:10
215:18 216:19
221:16 245:11
246:19 247:10
247:19 248:20
262:19 273:10
284:19
**better**
193:21 199:11
219:25 234:7
237:8 240:7
256:25 269:16
289:12
**beyond**
26:10,20 28:10,25
31:20 40:16,25
45:16 46:20
47:24 48:18

51:9 52:2,14
53:3 54:2,14
86:12 99:7,23
100:9 106:23
123:18 125:2
145:14,15
150:19 152:8,17
153:1 169:10
170:21 172:10
185:3 227:14
231:8,10,23
232:23 249:4
250:12 253:14
254:1 256:17
259:8,11 268:9
270:21 276:16
277:25 280:15
285:15
**Beyong**
97:12
**Billy**
192:12 218:17
**binder**
7:10,12,14,16
221:22 242:21
244:6,12,18
245:1,22 251:3
258:15
**binders**
89:24 243:8
245:2,7 247:5,7
247:14 248:4
258:14 282:13
282:23 287:25
288:22,22
**bio**
143:7 144:25
145:17
**Bird**
4:5 8:20 102:24
**BISHEL**
4:14
**bit**
32:9 116:14
209:4 241:3
**black**
115:22,23
**blacked**

179:17
**blackened**
115:19
**blank**
136:17,20
**blanket**
108:6
**body**
179:16
**bold**
218:18
**Boston**
220:4
**bottom**
192:7
**bound**
7:6,22 65:24
205:2 212:22
**boy**
96:8
**breach**
71:6
**break**
63:5 69:5,6 70:12
78:24 96:17
119:24 141:18
143:5,7,12
145:1,18 151:12
151:22 159:17
162:18 163:8
173:22 177:12
214:17 238:5
242:12 245:1
**breaks**
174:15
**Brian**
4:13 8:23 97:13
154:20 173:8
**brief**
5:20 49:21 55:21
56:10 58:12,25
60:7 64:4 70:22
72:3 76:21
79:15,19,23
81:19 104:8
106:7 108:4
109:1 111:7
113:24 115:16

122:23 123:16
123:22 125:2
126:19 127:2,20
127:25 128:6
129:3,6 130:5
131:16 134:24
135:1,5,11,14
135:18,24 136:2
136:7,13 145:11
145:22 146:14
146:21 147:3,7
147:11,16 149:2
149:21 150:7
162:21 174:1
183:6 188:6
201:23 209:13
210:18,24 211:2
212:23 220:22
242:16 252:7,11
252:15 254:10
254:13,15 257:6
267:4 270:8,11
271:4 276:22
277:9,15 278:10
282:16 285:6,18
285:25
**Briggs**
6:3
**bring**
63:3 176:9
**Bristows**
102:18 156:4,20
156:24 157:6
158:21
**broad**
30:15 58:20
**broader**
36:16,17 48:25
49:8 144:14
**broadly**
123:23
**brought**
89:17 200:14,18
221:23 284:18
287:24,25 288:1
288:5,10,23
289:2
**Bruce**

173:16
**Buchel**
8:12
**built**
281:16
**business**
31:15 218:19
**buttons**
189:9
**BVBA**
96:6 102:18
**Byung-Gun**
97:14
**B.J**
7:7 204:16

— C —

**C**
3:1 4:1,1 5:1 6:1
7:1 293:1
**CA**
2:24
**caffeine**
214:17
**Cal**
196:8
**California**
1:2,4,19,21 2:12
2:21 3:7,18 4:8
7:5,21 8:1,8,14
70:6 203:6
206:9 212:21
280:13 291:2,3
291:20
**call**
21:13 22:24 23:4
75:14 105:6,10
151:10,11,20,22
221:10,12 259:5
269:14
**called**
20:17 36:1
180:21,23 181:9
181:15
**calling**
112:25 125:12
142:21 143:19
160:10 179:5

Case 5:11-cv-01846-LHK   Document 3227-1   Filed 12/15/14   Page 300 of 342
HIGHLY CONFIDENTIAL - VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

299

182:2 185:3
**calls**
16:16 18:1 20:11
22:10 24:11
25:6,10 26:10
26:20 30:13
33:5 35:14
48:12,18 50:25
51:9 60:19 61:7
61:11,14 63:11
63:16 72:8 77:5
80:4 86:24 98:2
101:18 104:1
105:7,12 106:9
106:22 107:7
111:15 112:1,6
113:18 116:2,9
118:4 119:4,5
119:20 120:8
122:3 124:14
131:10,18 137:8
137:15 138:3,12
139:3,13 142:5
150:18 152:8,16
153:1 154:3,8
155:7,18 156:6
156:16 157:25
164:19 165:2
166:2 167:2
169:11 170:13
172:1,8 180:18
182:11 183:12
184:5 185:14
186:5,16 191:3
191:14 193:18
196:13 205:10
206:16,24 209:4
211:9 219:13
220:10,20,25
221:5 225:2,16
230:6 231:24
232:20 233:24
239:3,25 241:23
253:16 259:12
260:23 261:14
266:4 268:9
270:20 278:1
280:6,14 281:9

282:10
**Cal.pdf**
196:10
**Camesasca**
96:5,6 102:17
**capacity**
31:25 32:4 37:23
54:8 78:5,11,13
78:14,22,22,23
79:5,6,10,17,21
92:20 117:16
124:19,21 188:1
201:24 211:25
223:2 224:13
235:20 242:9
276:24
**capital**
96:7,8,8,8
**capitalized**
218:18
**Caption**
1:17 2:1
**capture**
100:5 162:19
272:1
**care**
66:7 221:1
257:22
**careful**
68:2 70:15
**case**
8:9 26:15,17,22
27:22 31:19,21
33:14 34:23
37:3 38:17
58:17 85:21,22
85:23 112:12
115:2 137:9
141:2 153:9
163:12 171:5,9
171:10 177:11
191:8 209:3
210:19 215:21
216:2,24 227:14
243:1 246:20
257:13 264:8,8
284:13
**categorized**

246:9
**caution**
12:19 13:10
14:12,22 16:1
87:15 101:19
112:8 114:11
118:17 127:11
131:19 137:19
138:4 142:23
144:20 155:8
156:7 162:2
166:5,15 168:8
168:17 183:13
188:19 193:1
195:20 205:22
207:9 226:22
229:8 249:12
262:20 266:8
273:21 274:24
**cautions**
128:23
**caveat**
264:10
**CBI**
64:13
**cc**
158:5
**CCRR**
2:25
**cc'd**
154:21 173:7
**center**
9:23 131:4,5
220:18
**certain**
11:4 16:7 21:7,8
53:11 56:21
67:2 83:5,6 85:5
132:7 175:25
184:18 186:22
187:11 194:21
200:16 224:9
225:20 227:13
254:4 269:24
276:21 278:9
**certainly**
14:13 31:14
34:18 37:5

41:14 52:5,12
52:21 53:14,16
54:4 55:17 57:6
68:4 78:5 86:10
88:14 89:20
94:1 95:1 104:3
105:5 107:21
124:22 144:7
166:20 188:23
196:3 201:19
224:11 229:3
265:5 279:21
**CERTIFICATI...**
291:1
**Certified**
291:2
**certify**
291:3,15
**cetera**
282:8
**Cha**
154:20
**chain**
6:7,9,13,21
195:10 214:23
**challenged**
112:13
**chance**
70:25 90:17
102:18 252:24
**change**
95:21 173:21
242:11 248:22
282:21 283:1,4
283:5
**characterizations**
176:12
**characterize**
222:14
**characterized**
203:14
**chart**
222:2 245:8
246:4 251:6,7
258:9 259:23
**charts**
246:17 287:25
288:22

**check**
238:4,5,7,11
**Chi**
7:7 204:10,15
206:10
**chief**
267:18 275:4
**choices**
289:4
**choosing**
140:14
**chronometer**
174:11
**circumstance**
31:9
**circumstances**
25:21 30:24
39:17 176:10
264:19
**Civil**
1:9
**claim**
36:4 90:23 91:2,3
120:20 121:2,12
125:19
**claiming**
33:21 34:15
**claims**
126:1
**clarify**
16:24 62:1 79:4
99:1 146:1
157:19
**classify**
44:16
**clean**
257:11
**cleaned**
73:15
**clear**
14:5 32:4 35:3
39:25 43:11
44:8 52:11
59:16 66:1,16
69:18 76:2
90:19 117:18
161:16 180:1
210:25 219:4

236:3 255:11
256:4 258:3
268:19 270:5
271:6 281:19
283:21
**clearly**
144:21 271:6
**client**
220:19 232:22
235:11
**clients**
124:13
**Clifford**
102:18
**close**
126:15 127:17
130:2 177:3
201:13 275:21
**CLR**
2:25 291:3
**coach**
220:14
**coaching**
89:16
**Coke**
262:1
**collaborative**
265:11,12
**collaboratively**
264:12
**colleagues**
69:7 71:1
**collect**
43:18 108:2
110:1 141:3
142:3
**collected**
62:18 107:12
108:11 109:9
110:19 138:15
139:1
**collection**
108:17 109:14
110:13 113:3
140:9,15 141:24
142:1,13,15
148:9
**collections**

162:8
**colloquy**
35:19 37:1 40:2
174:5 209:21
**column**
260:6,12 261:8,12
**columns**
99:11 136:16,19
146:3
**come**
34:10 36:10
84:12 112:23
141:15 175:14
193:24 202:24
216:5
**comes**
204:20
**comfortable**
99:17 202:6
240:21
**coming**
35:1 145:23
208:3 235:3
**comment**
34:7
**comments**
38:12 40:2
176:12
**commercially**
24:20 27:25 30:6
42:25 44:17
**Commission**
19:14,25 20:22
33:25 39:5,21
40:23 45:9
117:3 280:24
281:25 284:3
**committed**
89:19
**common**
272:18
**communicated**
188:24
**communication**
23:8 37:11 138:5
143:15 144:2,15
160:10 165:22
179:7 226:18

227:5 231:25
**communications**
12:20 13:12
14:23 16:2,17
17:12 20:16
22:23,25 23:5
23:15 24:15
25:2 26:2 31:24
32:18 33:6,18
34:16 38:22
40:15 41:13
69:3 72:8 75:14
76:15 77:5 80:5
80:17 86:9,25
87:16 93:7,21
98:3,16 105:23
114:12 119:23
120:20 121:2,12
121:24 122:6,12
122:16 123:6,10
124:8,11,12,13
125:8,13,19
126:13 127:13
128:18 131:20
140:20 143:20
144:22 145:7
150:22 155:7,9
156:18 161:13
162:4 165:3
166:3,7 167:2
168:9,18 169:1
171:2,12 182:4
182:13 183:14
185:7 186:7,19
188:22 189:18
191:6,17 193:4
194:18 196:17
201:25 205:14
206:25 211:15
226:23 232:1,5
232:20 233:2
240:3 249:14
266:16 278:4
279:13,16
281:12 282:11
**companies**
107:19 108:7
212:12 262:7,25

263:18,23 265:1
**company**
1:14 2:9 8:7 11:4
11:16 21:3 25:8
29:2,14,15
40:19 52:6
53:17 92:23
208:5 261:21
262:11 264:18
264:19
**company's**
21:1,4
**comparable**
211:7
**compel**
34:18
**compelled**
37:6
**Competition**
59:5
**competitors**
27:1,16 28:5,23
29:22
**competitor's**
30:10 31:1,11
**compilation**
76:8
**complained**
52:6
**complaining**
85:14
**complaint**
85:24
**complete**
9:18 111:20,24
112:3,10,11,14
112:15,19
177:24 228:8,23
230:2,24 232:22
256:25 271:11
275:9 284:25
290:5
**completed**
113:13
**completely**
90:7 231:10
272:17
**completion**

291:13
**compliance**
113:10
**comply**
67:3 257:1
**compound**
97:4 98:23 99:14
99:24 100:11
104:16 116:9
122:2 129:22
152:25 192:25
194:2,14 262:13
264:23
**comprehensive**
257:1 258:4,5
**comprehensively**
268:16
**computer**
188:10
**concept**
24:6 211:19
**concerned**
177:5 190:4
229:11
**concerning**
80:12,23 92:8
124:25 188:5
271:2
**concerns**
56:21 169:20
**conclude**
94:7 287:2
**concluded**
288:16 289:24
**concludes**
212:19
**conclusion**
20:12 24:12 51:9
269:10
**condescending**
255:24
**condition**
59:14
**conditions**
24:18 27:23 30:4
43:1 44:14,18
59:7
**conduct**

Case 5:11-cv-01846-LHK   Document 3227-1   Filed 12/15/14   Page 302 of 342
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

301

38:3 60:16
69:13 75:16
86:5,11,16,19
272:18
**conducted**
60:8,12,24 61:20
71:17,25 72:5
76:25 81:5,9
82:1 86:20
87:21 88:5,9
90:24 104:10
141:12 142:8
158:7 288:2
**confer**
69:7 89:7,13
91:16 92:10
**conference**
212:3
**conferred**
94:4
**confidential**
1:18 7:3,19 19:11
19:12,22,23
20:20,21 24:19
24:19 26:25
27:15,24 28:4
28:22 29:21
30:5,10 31:1,11
33:23,24 39:3,4
39:18,19 40:21
40:22 41:20
42:11,24 44:16
44:22 45:7,8
47:20 48:8,24
49:6,24 50:2,7
50:21 51:3,6,16
51:22 52:1,18
53:2 54:12 55:4
55:15,16,22
56:13,15,20
57:1,13,20,24
58:16 59:7,14
59:18,22 64:11
82:22 83:1,4,6,7
100:4,15 103:14
107:1,18 108:6
108:9,24 109:25
111:8 116:25

117:1 119:16
120:5,21 121:3
121:13 126:25
128:4 129:1
130:14 132:7
133:10,15,19,23
134:1,7,11,15
134:19 135:10
140:12 145:6
150:1 155:5,23
158:8 160:25
161:1 164:18
167:8,10 175:22
177:18 178:8,18
179:10,18,21
180:8,13,16
181:23 182:8,19
184:18,24
187:10,15,21
190:8,17,18
201:14 202:13
203:4 204:14,17
209:10 212:19
213:8 218:19,20
236:12 252:4,10
252:18,23 253:1
254:19 255:2
256:7,9,22
268:13,22
270:10 271:1
277:16 281:23
284:1 285:6,22
285:25
**confidentiality**
47:21 48:9 71:6
194:4
**confine**
153:19
**confining**
144:13
**confirm**
69:7 70:25 201:2
228:20 245:6
**confirmed**
60:15 71:1 144:8
227:21 255:4
**confusing**
12:12

**confusion**
95:15
**connection**
11:10 115:4
116:7 158:9
167:4 193:12
279:5 281:7
**Connolly**
102:20 152:23
173:2
**consequences**
36:19,23 68:10
**consequently**
228:22
**consider**
206:20 207:6
**considerations**
207:11 210:9
**considered**
69:14 208:11,22
209:17 210:12
**consistent**
136:22 246:13
270:13 271:5
**constitute**
68:18
**constitutes**
42:24 71:5
**constrained**
109:21
**consult**
70:12 198:16
**contact**
138:22
**contacted**
52:22 241:8
**contacts**
76:10
**contain**
49:20 50:23 56:7
56:12 71:19
84:3 85:6 87:25
88:2 108:2
115:14 139:20
155:22 164:17
177:18 178:18
**contained**
49:23 50:2,7 51:6

51:16 57:21
60:6 105:4
111:8 126:21,21
127:1,6,24
129:5,20 130:6
133:11,16,20,24
134:2 146:6
148:25 167:11
167:25 168:3
182:18,22 183:4
195:2 209:12
210:16 211:1
223:22 225:14
228:8,23 230:1
230:24 236:25
238:21 240:18
245:19 246:17
254:19 269:25
**containing**
55:20 82:22 83:1
83:13 93:25
94:14 104:6
113:23 122:23
123:15 126:8,17
126:18 127:18
127:20 128:12
132:11,12
136:13 144:9
147:24 150:1,3
151:2 158:14
182:16,17
231:18 246:11
257:3 270:7
**contains**
1:18 51:3 55:19
56:10 58:23
78:6 79:8,11,19
79:22 80:8 83:4
122:21 149:20
155:4 163:7
179:10,18
180:12,15 182:8
183:3 218:18,19
237:18 277:15
285:6,18,22,25
**contend**
34:23 65:9,16
66:11,15 71:3

**contending**
43:7
**content**
236:14
**contention**
38:25 51:1
**contents**
140:5
**context**
44:24
**continuation**
160:22
**continue**
68:11 175:2
198:18 271:13
273:24
**continued**
1:17 2:1 256:18
**contributions**
212:12
**conversation**
86:18 171:20
227:12
**conversations**
86:12
**cooperate**
37:13 273:10
**cooperating**
67:19
**cooperation**
65:16 67:9 68:17
70:4
**copied**
164:11 169:19
**copies**
62:25 63:4,23,25
64:8 65:5,12
66:12 71:8 89:9
153:7,11 162:16
232:2 247:17,19
**copy**
18:15 21:24
24:23 63:6
82:12 157:9
159:1,2,7,14,15
159:16 164:25
165:9,13 166:11
170:11,19

198:3 204:21
221:18 235:8
273:15,16 275:6
275:13
**corporate**
222:22 223:2,24
233:21 236:10
236:21 241:17
246:16 267:23
268:3,24 269:2
274:2 275:18
276:19,23
**corporation**
1:5,9,11 2:4,6,13
4:2
**corpus**
200:2
**correct**
9:21 12:4 13:3,4
18:21 19:2,6,7,9
19:17 21:5 23:3
24:7 26:8 27:1
27:16 30:11
32:7 42:8 46:6
46:18 49:24
50:14 52:18
62:4 63:16
66:15 68:16
73:21 75:15
76:5 90:24
101:16 115:20
115:24,25
136:24 137:2,3
138:20 139:1
148:12 157:24
170:9,10 173:15
182:9 183:10,19
185:22,23
199:16 200:22
213:12,13
216:20 229:5,16
229:17 239:18
239:19 244:8,21
246:18 251:18
251:19 257:5
259:15,16 260:1
260:5,8,9 261:2
261:3,5,9,13,16

263:4,14 286:14
290:5 291:11,20
**corrected**
246:23
**CORRECTION**
292:4 293:4
**corrections**
290:6
**correspondence**
89:7,13 90:5,7,15
91:16 92:3,5,7
92:10,15,22
94:21 95:9
177:22
**counsel**
5:22 8:15 11:14
16:22 24:4 30:1
55:3,14,17,23
56:5,25 57:12
58:15 59:19
61:6,8,8,9,10,21
62:3,8,9,11,13
62:18,21 63:1
63:11,16,21
64:14 65:24
70:11 86:13
89:25 90:11
91:2 92:4,12
93:14,15 94:16
94:21 101:11,13
105:18 106:4,17
107:4 108:18
113:11 115:1
116:19 117:6,10
117:11 121:8,9
121:18 123:2
124:14 126:3
139:9 140:17
141:9,20 142:4
142:18 143:16
144:3,16,22
176:1 187:5
189:25 190:2
193:2 198:4
201:15 202:7
204:19,20,21
207:16 208:5
210:14 214:4

219:17 220:17
234:24,25 235:4
235:12,13 245:6
245:15 273:19
274:5 275:6
282:7,22 284:12
284:15 288:6
289:5
**counsels**
139:24,24
**counsel's**
91:7 161:5
223:11
**Counterclaim-...**
2:14 3:3
**Counterclaim-...**
2:10
**countries**
139:24,25
**couple**
98:7 138:21
175:6 245:3
279:22
**course**
12:19 170:25
204:19 246:21
246:23 247:17
288:18
**court**
1:1 8:8,24 9:19
19:14 20:1,23
24:17 29:5
33:12 34:1
37:20 38:15
39:6,14,21
40:24 43:6
45:10 56:20
59:3,14 67:3
95:15 109:4
117:3 129:16
140:12 157:9
161:3 174:11
175:15 188:24
209:22 213:6
248:10 254:7
257:23,23
275:11 286:22
287:19 288:18

289:16
**Court's**
39:11 40:11 41:8
41:20 42:11,16
69:18 113:14
116:18 118:2
119:17 120:6
**cover**
47:4,5,9,9 102:22
174:20 242:22
**covered**
68:21 115:19,21
139:22
**covers**
44:14
**create**
105:5
**created**
98:5,12
**cross-referenced**
245:23 246:2,12
**CRR**
291:3
**crystal**
268:19 270:5
271:6
**CSR**
2:25
**current**
60:11 138:25
**currently**
288:15
**custodial**
110:12
**custodian**
140:7 235:15
238:12 276:15
284:11
**custodians**
199:19 247:18
**CUTLER**
2:19 3:5
**CV-11-01846-L...**
8:9
**C-A-M-E-S-A-...**
96:6

––––––––––
**D**
––––––––––

**D**
3:4 4:1 6:1 7:1
293:1
**damages**
190:4
**Daniel**
10:15 154:19,20
164:11 168:20
169:19 170:7
171:3,21 193:10
193:20 194:5,10
195:11 196:19
196:23 197:4
198:22 214:24
217:17 222:18
225:9 227:12
228:14,15
230:18 240:5,5
240:6 242:1,2,4
**date**
8:10 185:21
220:12 221:11
221:17 290:11
292:25 293:25
**dated**
5:23,24 6:3,6,7,9
6:11,13,16,20
6:21 7:8 160:4
204:15 214:23
216:7,8 217:3
233:13 291:21
**dates**
53:11 200:21,23
219:16
**David**
153:17 164:14,15
169:22 190:3
196:4,6 215:16
216:12,14,17
229:12,13
230:20,21
233:16
**day**
60:22 101:3
170:25 174:15
174:20 175:14
176:10 196:21
239:4 286:9,12

**287**:5,7 **291**:21
**days**
  **60**:18,24 **61**:1
  **97**:6 **104**:14
  **245**:3 **287**:1
**deal**
  **11**:3 **265**:19
**dealing**
  **257**:12
**dealings**
  **266**:11,23
**December**
  **153**:15 **164**:10
  **204**:8 **216**:8
  **219**:10 **220**:8
  **222**:11,20
  **223**:17 **226**:2,11
  **226**:18 **227**:5,8
  **227**:9 **229**:13
  **230**:16,18
  **232**:15 **233**:6
  **238**:20 **239**:21
  **241**:8
**decide**
  **21**:17 **29**:5 **37**:20
  **39**:15 **86**:2
  **116**:16 **117**:25
  **129**:16 **287**:19
**decided**
  **86**:10,18
**decision**
  **253**:10,22 **255**:15
  **255**:17
**decisions**
  **16**:12
**decision-making**
  **14**:9,19 **15**:5,10
  **15**:15,22 **17**:4
  **17**:22
**declaration**
  **267**:17 **268**:17
  **271**:5 **272**:7,11
  **272**:19 **273**:1
  **274**:18 **275**:4,7
  **275**:8,13 **276**:1
  **276**:7
**declarations**
  **105**:19 **106**:5,18

**107**:2,5
**declare**
  **291**:19
**declared**
  **9**:5 **190**:6 **291**:6
**decline**
  **23**:24 **41**:17
**declined**
  **64**:23
**DEFENDANT**
  **3**:11
**Defendants**
  **1**:15
**define**
  **12**:9
**definition**
  **47**:14
**definitive**
  **226**:16 **230**:11
**definitively**
  **26**:14 **228**:4
**Delaware**
  **1**:13 **2**:8
**delete**
  **168**:6,14 **169**:5,8
  **227**:22 **238**:22
  **239**:21
**deleted**
  **169**:13
**deliberate**
  **253**:10,22 **255**:14
**demonstrating**
  **149**:5
**denies**
  **273**:2 **274**:16
**deny**
  **268**:4,24 **269**:2
  **273**:22 **274**:2
  **275**:19
**dep**
  **176**:23
**depending**
  **245**:1
**depends**
  **47**:14 **264**:8
**DEPONENT**
  **290**:1
**Depos**

**8**:25
**depose**
  **240**:6
**deposed**
  **170**:25 **196**:21
  **207**:22 **239**:4
  **256**:19
**deposition**
  **1**:20 **2**:16 **5**:10
  **6**:2 **7**:2 **8**:5,12
  **35**:1 **36**:21 **37**:3
  **37**:14 **65**:17,21
  **67**:9,19 **68**:11
  **68**:13,17,24
  **70**:4 **88**:16,17
  **93**:23 **96**:19,23
  **97**:10 **109**:22
  **110**:14 **125**:4
  **127**:15 **140**:7
  **151**:12,23
  **170**:18 **173**:24
  **174**:3 **175**:15,17
  **176**:10,17 **177**:9
  **193**:24 **205**:1
  **208**:2 **230**:7
  **231**:9,24 **232**:24
  **242**:1,2,3,14,18
  **245**:25 **246**:15
  **248**:8,14 **250**:4
  **250**:15 **251**:18
  **256**:17 **268**:9
  **269**:23 **278**:7
  **282**:1 **283**:14
  **284**:4 **286**:16,21
  **287**:2,23 **288**:9
  **288**:16 **289**:20
  **289**:23 **291**:13
**depositions**
  **34**:10 **64**:21,24
**describe**
  **140**:4
**described**
  **50**:13 **56**:16
  **147**:5 **184**:25
  **186**:2,14 **190**:25
  **191**:11,23 **195**:3
**describes**
  **192**:7

**deserves**
  **36**:24
**designate**
  **206**:7 **236**:5
**designated**
  **18**:25 **45**:11
  **64**:11 **113**:2
  **132**:4 **142**:14
  **145**:3 **162**:7
  **211**:22 **217**:19
  **218**:8,20 **220**:6
  **222**:9 **224**:11
  **233**:20 **264**:3
  **269**:22
**designating**
  **206**:5
**designation**
  **28**:11,25 **31**:21
  **37**:21 **45**:17
  **47**:21 **49**:10
  **64**:13 **121**:22
  **152**:9,18 **153**:2
  **222**:3 **230**:7
  **258**:7 **269**:8,18
  **270**:22 **277**:25
**designations**
  **48**:9 **222**:4
**designee**
  **116**:21 **236**:21
  **241**:17 **246**:16
  **267**:24 **268**:3
**despite**
  **64**:24 **255**:23
  **256**:3
**destroy**
  **74**:11
**destroyed**
  **138**:9
**detailed**
  **197**:7
**details**
  **139**:17 **140**:22
  **142**:12 **151**:25
  **161**:14 **162**:6
  **171**:5,11 **193**:14
  **194**:6,22 **195**:3
  **224**:4 **263**:22
  **264**:10 **277**:4

**determination**
  **103**:17,22
**determine**
  **103**:12 **106**:24
  **114**:7,20 **115**:7
  **148**:5 **198**:2
**determines**
  **225**:14
**determining**
  **12**:17 **254**:11
**detriment**
  **176**:3
**developing**
  **212**:7
**devoted**
  **288**:12,13
**differ**
  **240**:13
**difference**
  **241**:18
**different**
  **12**:13 **44**:14 **64**:6
  **85**:2,8,12,19
  **110**:3 **124**:11
  **128**:8 **139**:24,25
  **144**:12 **176**:9
  **208**:25 **209**:4
  **219**:16 **231**:4
  **236**:17 **244**:25
  **245**:9 **251**:2
  **262**:7 **263**:18
  **265**:8,19
**differently**
  **85**:15
**difficult**
  **16**:9 **97**:23 **208**:9
**direct**
  **238**:15
**directed**
  **108**:18 **140**:16
  **263**:24 **270**:9
  **289**:12
**direction**
  **291**:10
**directly**
  **20**:17 **88**:10
  **177**:7
**disagree**

18:8,9 23:6,12
37:15 129:14
161:7 166:18
175:12 176:12
195:1,4 201:1
209:9
**disagreement**
286:15
**disagrees**
213:11
**disappointment**
287:22 289:11
**disbelieve**
281:14
**disclose**
12:20 13:11 16:2
16:19 17:11
18:1 20:15
22:23 31:23
32:17 33:18
41:15 57:18
66:2 76:14
87:15 93:7
105:22 114:11
123:9 124:15
127:12 138:4
142:23 144:21
155:9 156:7
161:12 162:3
165:5 166:6,15
168:9,17,25
182:3,12 183:13
186:18,22
188:20 189:17
191:5,16 193:1
193:3 196:16
205:13 207:10
208:17 226:22
232:4 239:7
249:4 262:21
281:11
**disclosed**
70:16 72:2 84:12
84:21 85:18
91:10,25 186:1
233:22 273:8
**disclosing**
23:14 24:14 25:2

26:1 33:8 38:22
40:14 41:12
80:17 87:1
122:5,16 126:12
140:19 156:17
165:22 171:2
179:7 186:7
194:17 207:2
208:18 209:6
234:4 240:2
264:6 265:3
277:4 278:3
**disclosure**
5:16,19 7:9,14
64:3 75:14 80:4
98:2 138:8
184:2 185:6
187:2,11,14,21
188:5,17 190:21
200:25 221:24
236:25 242:23
244:13 251:4
252:9 258:17
**disclosures**
32:20 184:24
186:13 189:2
190:24 191:11
191:22 232:24
247:16
**discover**
250:16
**discovery**
69:22 189:23,24
238:13
**discuss**
166:4
**discussed**
16:8 22:19 23:1
23:20 24:3
147:12,18
253:24 265:6
266:11
**discussing**
213:3 266:2
273:11
**discussion**
23:7 144:19
174:17 187:12

212:4,14,14
265:25
**discussions**
15:1 18:2 119:15
120:4 187:1,5
212:1 265:14
266:17
**disk**
242:11
**dispute**
28:2,21 29:20
51:5,15 194:24
267:25 269:10
**disputed**
190:13
**disputes**
272:6,14 286:20
**disputing**
270:15
**disseminate**
148:6 149:5,12
**disseminated**
85:25 110:7
123:18 156:23
247:11
**disseminating**
134:4 136:12
146:6 147:23
148:3,25 255:7
**dissemination**
7:12,16 19:11,21
20:19 33:22
39:2,17 40:20
43:19 45:6
48:23 52:10
54:18 57:8
59:22 60:15
81:2 86:6,21
87:7,10,22
88:13,22 90:11
90:22 92:8 94:3
100:3,14 103:13
106:14,25
107:22 108:22
109:24 114:7,20
115:8 116:24
122:19,20
123:13 124:24

128:25 132:5
139:8 140:11
141:13 142:9,18
145:4 158:8
160:14,18,25
161:23 167:7
170:23 175:21
177:1 178:7,11
179:20 180:7
181:23 200:24
201:21 211:23
215:20 230:12
236:22 241:17
242:6 244:7,19
248:16 252:3,6
254:7 256:21
257:12 268:12
269:23 270:25
276:20 278:8
288:12
**disseminations**
141:14 221:25
245:13 247:15
**district**
1:1,2 7:5,21 8:8,8
67:3 70:6 203:6
206:9 212:21
280:12
**Division**
1:2 8:9 280:13
**divulge**
118:18 120:12
249:13
**divulging**
139:15 143:22
**docs**
97:17
**doctrine**
38:5
**document**
22:3 59:4,14 63:2
63:21 68:8 71:6
82:19 91:15
95:25 108:17
109:14 110:12
113:3 137:5
140:7,9,15
141:24 142:1,13

142:14 148:8,22
149:8,9 157:10
157:12 158:17
161:15 162:7,14
171:4,16 181:4
181:9 192:20
197:24 199:6
204:13 214:20
235:15 237:3
238:12,14 244:5
245:8 246:23
249:19 252:19
253:2 272:14
274:8 276:15
277:10,18,20
278:12,15,16
283:18 284:11
**documentary**
223:10
**documentation**
58:19 273:21
**documented**
89:12
**documenting**
89:7 106:13
288:1
**documents**
10:24,25 11:4
21:8 50:6,17
51:19 56:16
64:6 65:5,12
66:12,17,19,23
66:23 71:4,7
81:7,11 89:20
90:2 97:18,24
98:4,12 107:12
108:5,12 109:9
109:23 110:1,4
110:9,19 111:11
111:21,22
112:12,17,23
113:17 114:2,25
115:11,20 116:6
116:17 118:1
119:16 120:5,15
126:8,22 127:6
128:12 130:9
138:8,16 139:1

142:3 147:4,8
149:4,25 150:2
150:17 151:2
152:4 153:8,12
158:15 163:11
175:9 176:1
177:1,2 178:2,4
178:9 197:7,9
197:21 198:1,12
198:16,20 199:2
199:4,23 200:1
200:2,14,21,25
201:3 219:14,21
220:11 222:3
224:9 241:23
247:12,13,18
254:20 255:3
256:6,24 273:9
284:13 286:25
288:23
**doing**
12:22 16:4 36:9
36:23 37:12
83:19 91:18
117:20 124:17
131:12 144:23
145:13 161:17
175:1,16 176:22
198:17 214:15
226:15 273:10
280:1 282:25
**Dolphin**
3:16
**DOOR**
3:5
**DORR**
2:19
**double-check**
69:17
**doubt**
41:17 117:9
270:3 281:2
**download**
158:15
**downloaded**
84:18 163:13,14
164:3
**downloading**

162:22
**dozens**
98:24,24 287:23
**Dr**
83:12 190:3,4
252:5 253:23
254:11 256:19
257:19 267:20
268:5 269:4,16
270:2,5,13,18
270:25 271:6
273:7 274:3
275:19
**draft**
131:16 189:25
190:3
**drafted**
221:8 277:21,22
277:23
**drafts**
106:7
**drive**
3:16 140:10
141:2 188:7,10
**drives**
108:1 114:1
138:14 139:1
140:25 141:19
**due**
288:18 289:4
**duration**
42:6
**duties**
10:11 131:13
**DVD**
8:5 96:18,23
173:23 174:3
242:13,18

——————————
E
——————————
**e**
3:1,1 4:1,1,1 5:1
5:7 6:1,1 7:1,1
96:3,4 102:17
174:18 292:1,1
292:1 293:1,1,1
293:1
**earlier**

53:1 214:21
262:17,18 263:5
**early**
204:7,7 288:5
**Easy**
263:9
**Eddon**
164:9,24 165:11
165:18 166:12
167:16,23 168:7
168:15 169:6,9
169:17 170:2,6
170:11,18
171:23 172:12
216:7,8 223:17
225:9,13 229:11
230:15,18,25
233:12
**Eddon's**
224:24
**educated**
217:15
**effect**
67:23 109:5
**effectively**
273:13
**effort**
57:7 115:5
139:18,23
140:23 141:1,11
**efforts**
108:17,21 109:14
110:1 138:23
141:17 142:3
143:2
**eight**
10:1,4,7
**either**
52:22 56:15
58:24 88:10
126:22 127:1
130:4 139:20
140:4 149:1,18
153:7,11 162:21
222:19 233:4
237:16 247:11
254:12 270:11

271:2 278:18
280:10 281:2
282:14
**electronic**
235:8
**Electronics**
1:8,10 2:3,5 3:11
3:12 8:7 195:13
195:14
**eliciting**
201:13
**Ellis**
149:25 150:2,5,8
150:16 151:1
152:4,15
**Emanuel**
3:15 4:12 49:17
49:20 55:18
56:7,9 60:6 61:9
61:10 62:2,16
66:6 71:18
79:18 80:7 84:3
85:5 87:24 88:2
90:6,16 92:8,15
93:2,25 94:10
94:14 100:24
101:5 102:22
113:11,22
122:21,22
123:14 126:16
126:18 127:18
132:11,16
134:23 136:12
144:9 145:9
147:24 149:20
151:20 154:18
159:25 160:6
161:16 163:12
164:10,24
165:19 168:5,14
168:22 169:18
172:5,12 175:25
177:23 184:1
192:4,12 217:3
217:6,22 218:11
218:16 219:9
220:8 221:7
222:11 223:6,15

223:17 224:8
225:21,22
226:19 227:6
229:11 232:1,16
232:21 235:12
235:13 237:16
241:7 245:10
246:25 247:3,9
247:12 248:3,19
270:7 272:11
274:18 277:6,22
278:25 279:3,22
285:4
**Emanuel's**
91:15 127:19
150:6
**employed**
9:14 10:2,5
**employee**
58:5,13 60:11
72:5 87:20
129:18 131:2
141:4 193:15
215:7 217:8,9
217:17,21
218:11 219:1,8
220:6 222:9
224:16 225:12
227:21 239:12
239:18 258:24
260:18 277:6
291:17
**employees**
15:17 16:6 17:18
24:24 25:5
41:19 42:10
47:19 48:7 49:5
49:17,19 50:9
50:14 52:1,17
53:1,10 54:12
57:24 59:23
60:5,8,9,11,17
71:18 75:9,19
76:4,9,20 77:12
78:1,4,10,18
79:16 80:1,13
80:24 81:6,7,10
81:11,14,18

Case:5:11-cv-01846-LHK   Document 3227-1   Filed 12/15/14   Page 307 of 342
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

306

| | | | | |
|---|---|---|---|---|
| 82:23 83:2,14 | 24:17 27:22 | 22:15 | **exchange** | 114:6,19,19 |
| 84:13,17,22 | 31:18 32:6 | **et** | 225:8 226:2,11 | 115:7,7 125:7,7 |
| 85:19,25 86:1,3 | 33:14 38:17 | 8:7 282:8 | **exchanged** | 125:20,21 |
| 87:11,22 88:6 | 188:8 206:20 | **Eum** | 89:8 90:5 91:16 | 130:17,19,20,21 |
| 88:22 91:11 | 207:6 | 10:15 | 92:7 100:1,2 | 132:17,18,19,20 |
| 92:1,12,16 93:3 | **entertain** | **European** | 266:2 | 136:23,24 137:2 |
| 98:20 99:5,13 | 176:7 | 59:5 | **excised** | 137:5,5,13,13 |
| 99:17 100:9 | **entire** | **evaluate** | 213:24 | 137:25,25 |
| 101:6,9 107:14 | 25:8 37:18 39:13 | 93:1,13 | **exclude** | 138:20,20 146:1 |
| 107:23,24 108:8 | 42:6 109:17 | **evening** | 93:8,20 187:4 | 148:2,2 154:11 |
| 108:13 109:10 | 167:9 178:23 | 101:16 176:6 | **excluded** | 154:14 157:7,10 |
| 109:23 110:20 | 206:8 275:24 | 289:15 | 213:9 | 158:9 159:1,8 |
| 112:22 113:16 | 285:8 | **event** | **excuse** | 159:21,22,24 |
| 113:22 114:6,19 | **entirely** | 23:13 89:18 | 89:4 252:9 | 160:2 162:13 |
| 115:6,11,14 | 128:20 236:16 | 284:17 | **executives** | 163:1,6 164:5,8 |
| 120:21 121:3,13 | **entities** | **events** | 267:20 268:5 | 164:17 165:24 |
| 121:24 122:10 | 83:6 | 53:16 | 269:4 270:17 | 166:1 169:14,16 |
| 122:24,25 123:5 | **entitled** | **everybody** | **exhibit** | 171:13,19 172:7 |
| 123:25 124:7 | 35:7,24 64:20 | 148:1 | 5:9,10,11,13,15 | 172:15,18,23 |
| 125:6 126:7,15 | 90:2 109:25 | **evidence** | 5:18,22,24 6:2,3 | 177:15,18 |
| 127:17 129:3,20 | 215:15 244:6,12 | 11:13 25:24 | 6:5,7,9,11,13,15 | 178:18,23 |
| 130:3 137:4,12 | 244:18 287:9 | 41:23 46:8,20 | 6:17,19,21 7:2,3 | 179:14 181:1,4 |
| 137:24 138:10 | **envelope** | 183:24 186:16 | 7:9,11,13,15 | 184:9,10,15,15 |
| 138:14,19,24,25 | 203:7 | 191:2 239:3 | 18:15,17,19 | 184:19,19,25,25 |
| 139:23 141:5 | **equipped** | 265:18 | 21:23,25 22:2 | 185:19,21 186:2 |
| 149:4,11 162:12 | 48:13 | **evidencing** | 22:20 23:21 | 186:3,14,14 |
| 162:25 163:10 | **Eric** | 266:16 | 25:21 45:15,24 | 189:20 190:25 |
| 163:14 164:2,3 | 5:24 154:17,20 | **exact** | 71:9,12,14,20 | 190:25 191:11 |
| 182:20 183:8 | **Ericsson** | 38:19 50:11 | 71:23,24 73:10 | 191:12,23,23,25 |
| 184:2 186:2 | 82:23 83:2,14 | 53:15 100:21 | 73:10,18 74:20 | 192:3,9,23 |
| 187:3,16,23 | 106:20 107:13 | **exactly** | 74:20,25,25 | 193:9,25 194:25 |
| 188:17 189:3 | 108:13 125:9 | 10:10 12:1 17:15 | 75:2,3,9,19 76:4 | 195:6,9,10 |
| 205:7,18 206:13 | 126:9 127:7 | 46:10 49:2 | 76:20,23 77:13 | 196:7 198:2 |
| 210:22 239:23 | 128:13 143:17 | 58:22 61:17 | 78:1,4,10,18 | 204:9,11 205:5 |
| 257:2,9 264:13 | 144:5,17 148:4 | 83:19 131:13 | 79:16 80:2,13 | 205:7,8,9,19,19 |
| **ended** | 150:4 151:3 | 138:23 260:7 | 80:24 81:6,10 | 205:21 206:14 |
| 98:7 | 152:5 212:10 | **examination** | 81:13,17 88:15 | 206:14 213:7 |
| **engage** | **Errata** | 5:2 9:8 214:8 | 88:15 97:3,3,19 | 214:4,21,25 |
| 36:20 | 290:7 | 291:8 | 97:20 98:21,21 | 216:5,6,9 217:2 |
| **engaged** | **ESQUIRE** | **examine** | 99:6,6,13,13,23 | 217:25 218:4,6 |
| 265:10 | 3:4,14 4:3,4 | 234:2 | 99:23 100:9,10 | 219:5 222:1,4 |
| **English** | **essence** | **examined** | 100:18,18 102:9 | 222:24 223:19 |
| 173:14 | 100:5 | 9:6 290:4 | 102:10,12 103:1 | 229:16,23 |
| **ensure** | **essential** | **example** | 105:4 107:14,15 | 230:14 231:7,21 |
| 26:24 27:14 28:3 | 190:6 | 11:2 177:21 | 108:14,14 | 232:18 233:8,9 |
| 28:22 29:21 | **essentially** | **excerpt** | 109:11,11 | 233:9,10,11 |
| 245:19 | 212:8 | 5:9 7:23,25 | 110:20,20 111:3 | 236:25 238:19 |
| **entered** | **estimate** | 240:24 | 111:3,4,4 114:6 | 238:24 239:11 |

239:15,16
241:21 243:9,10
243:11,13,18
244:9,10,15,16
244:22 246:9
249:21 250:2,23
250:23,25,25
251:3 253:8
254:3 257:11,11
258:10 259:20
261:9 267:8
275:2,9
**exhibits**
65:3 72:5,14
88:17 98:22
184:8 199:10
243:5
**existence**
249:8
**existing**
255:2
**experience**
234:23 263:2
**expert**
49:18 82:5,17,21
82:25 83:12
84:12,21 153:17
164:15 169:22
189:23 190:1,3
196:4 216:17
229:12 230:20
232:2,22 233:16
235:1 254:13
**explain**
24:9 34:14 36:6
36:11 71:24
189:4,19 197:14
217:14 238:23
239:20 246:3
**explained**
208:2 258:5
273:6
**explanation**
156:12 185:24
251:23 281:4
**explanations**
255:13
**explore**

36:17
**express**
34:11,21
**expressed**
211:5,11,12,14,19
**expression**
34:16
**extensive**
89:13 139:23
**extensively**
43:20
**extent**
12:21 13:13 16:3
16:18 18:4 20:7
22:22 23:13
24:13 25:1,25
32:16 33:7,17
33:20 37:1,9,22
37:25 38:21,25
40:13,25 41:11
41:16 47:23
48:1 56:22 57:8
57:17 59:5
60:15 64:12
72:7 75:13 77:4
80:3,16 81:25
86:8 93:6,19
98:2 103:12
112:17 114:2
119:6,7,21,22
120:10,11 122:4
122:5,15 123:12
124:10,12
125:12,14
126:11 129:24
138:15 139:14
142:10 143:21
148:8 150:21
158:12 160:9
163:6 167:1
168:25 178:3
179:6 185:5
186:6,17 187:6
191:4,5,15
193:13 194:16
196:15 205:12
208:6,15 211:13
211:18,19

222:13 223:9
224:3 231:25
240:1 270:9
275:1
**extreme**
287:21 289:11
**eyes**
1:14,18 7:4,20
64:12 190:8
203:5 206:8
212:20 218:20
221:9 222:2
**e-mail**
5:24 6:3,7,9,11,13
6:21 69:2 72:2
78:6 79:7,11,18
79:22 80:8
84:17 114:5
122:22 123:14
126:16,18
127:20 136:14
147:23,24
149:19 150:6
154:17,23 155:4
155:13 156:3,13
156:21,23 157:6
157:18,22,23
158:4,13 164:9
167:19 169:17
169:21 170:1,5
172:14,25 173:5
173:7 178:23
179:1,10,12,13
179:16,17,22
180:1,2,3,8,12
180:15,19 181:5
195:10,11 196:1
196:3 197:2
199:19 200:6
214:23 215:3
216:1,7,18
225:8,8 227:22
228:8,22 229:4
229:15,18 230:1
230:3,17,23
231:5,20 232:15
232:21 233:4,12
233:12 235:9

236:11,19
237:18,24
238:10,23
239:12,17
247:10
**e-mailed**
147:20
**e-mails**
5:16,19 7:10,12
7:14,16 49:17
49:20 50:13
53:11 55:18,20
56:7,9 58:23
60:5,14 64:3
71:18 77:9,11
77:20,21,22,24
78:3,9,12,16,17
79:15,25 80:12
80:23 81:3,14
81:18 82:15,20
84:2,7,7 85:5
86:2 87:24 88:1
88:7,7,10 92:13
93:25 94:4,14
104:6,7 107:21
107:25 108:2,5
109:2,3,6
113:22,23 114:1
114:2,18,25
115:6,13,21
116:12 122:21
123:1,18 124:25
127:18 132:11
132:11,14,16
134:4,23 136:12
138:15 139:20
139:22 140:4,24
141:3,8,12
144:9 145:9
147:9 148:13,14
148:16,18,19
149:11,18
163:12 181:5,7
182:16,17
198:23 200:5,7
200:9,12,16,24
216:16 219:16
219:22,22

230:15 231:4,18
236:19 238:8
242:23 244:7,13
244:20 245:9,12
246:5,8,9,10,11
247:4,21 248:3
248:9,11,12,19
251:4 252:13
254:17 255:7
256:5,24 257:3
257:7,7,8
258:17 266:1,15
270:6 271:7
285:3
**E-U-M**
10:15

---

### F
**F**
217:3
**face**
279:21,25
**face-to-face**
249:8
**facilitate**
247:14
**facilitated**
62:2
**fact**
50:6 64:25 66:11
71:2 83:7,16
128:16 148:6
149:5 175:8
189:23 190:17
255:23
**facts**
11:12 25:24
39:17 41:23
46:7,20 183:23
186:16 191:2
193:24 223:9
239:2 265:17
**failure**
255:14
**fair**
17:21 30:25
31:10 174:20
211:6 226:1,10

228:23 255:18
**Fairfield**
196:7
**fairly**
112:15 139:18,23
140:22 141:10
**faith**
37:13
**fall**
269:17
**falls**
48:15 224:10
**false**
227:24
**familiar**
24:6 81:21,25
90:10 91:14
180:21,23
**far**
38:8 100:2
170:10 179:14
219:17 229:10
231:19 245:16
275:20 276:25
278:11 285:8
**fashion**
247:22
**featured**
220:21
**feel**
21:18 177:2,3
240:21
**field**
212:10
**fields**
158:5
**figure**
257:6
**filed**
52:12
**filing**
50:22 128:10
**filings**
58:11
**filled**
73:15 99:6 146:4
**final**
73:25 240:12

**finally**
269:15
**financial**
233:22 237:1
240:18 259:18
264:21 265:6,14
265:25 277:4
**financially**
291:15
**find**
57:7 68:2,7 74:15
112:12,17 178:6
194:6,9 200:21
200:23 214:22
229:15 236:9
250:24 256:14
257:18 283:19
**finding**
55:10
**fine**
204:18 207:21
210:1 214:15
223:10 283:1,12
**finish**
63:7 68:12 69:25
143:11 165:16
177:6 241:1
286:18
**finished**
38:7 111:11
175:4
**firm**
59:2,4,4 60:14
66:5,6 95:3,8,18
96:14 103:16
177:23 184:17
192:5,12
**firms**
58:22 60:13
88:10,12,13
93:24 94:13
96:12 101:21
102:15 103:12
103:22 104:4,11
106:13 141:12
142:8 145:8
149:16 158:18
**first**

18:15 22:5,8
35:14 36:6,13
44:15 51:25
52:16,17 56:25
60:4 63:8 83:3
83:15 110:10
178:5 184:23
187:14,20
193:16 198:6,11
198:23 200:5
209:22 212:2,14
218:22 225:18
225:21 226:1,10
226:14 228:1,16
229:1 230:9,16
240:16 241:25
245:2 249:7
258:11 263:7,11
277:21
**Fish**
102:20 149:16,22
150:16 152:3,14
**Fisher**
173:19
**five**
60:10 61:1 69:9
69:15 143:5,8
207:24 262:9,11
263:14,16
**Flinn**
4:3 5:4 8:19,19
34:7 35:2,21
36:3 38:10,10
38:11 40:6 64:6
65:18,23 66:16
66:21 67:6,11
68:4,9,25 70:8
71:8 159:6,10
172:19 174:7,9
176:19 202:19
205:25 213:2
214:2,9 215:11
216:3 217:13,18
218:1,7 219:3
220:1,14,25
221:1,21 222:5
222:21 223:18
225:10,25 226:9

227:2,18 228:5
228:18 229:2,14
229:24 231:1,15
232:12 233:7
234:9,15 235:7
235:25 236:20
237:9,15,25
238:17 239:14
240:9 241:4,5
242:10,20 243:4
243:8,11,14,18
243:23,25 244:4
244:9,11,15,17
244:23 245:14
246:1,24 247:23
248:21 249:18
250:22 253:6,19
253:20 255:10
255:20 256:13
257:14 258:8,16
258:19,20
259:14 261:1,17
261:24 262:5,15
262:24 263:7,10
263:17 264:9
265:7,21 266:6
266:14,25 267:7
268:18 270:14
271:10,20,23
273:4,17,25
274:9,20 275:15
276:8 277:2,17
279:9,15 280:9
280:21 281:18
282:19 283:9,12
283:19 284:20
285:13 286:6,10
287:4,17 288:19
289:18
**Flinn's**
38:12 176:11
**Floor**
3:17
**fly**
68:12
**FLYNN**
283:6
**focus**

281:20 283:22
**focused**
85:5 160:23
**focusing**
170:21 216:13
256:23 277:3,8
**folder**
148:14
**folks**
15:16 208:4
**follow**
91:7
**following**
203:3 227:19
268:3
**follows**
9:6 13:24 144:1
187:19 191:20
205:17 283:20
**follow-up**
126:23 146:23
149:12
**forbade**
274:18
**forced**
212:9
**foregoing**
290:4 291:4,10,20
**forgot**
38:9 255:15
**form**
40:3 63:10,13
73:6 78:2,8,17
79:14 82:8,13
88:1 91:19 99:5
154:24 157:13
177:19 178:19
179:13 184:20
192:9
**format**
63:18,20 73:8
218:23 228:17
**former**
60:11 138:24
**forms**
73:24 88:4
**formulate**
12:3

**formulating**
13:8 14:1
**forth**
27:23 30:4 98:22
193:25 218:9
260:11 291:5
**forward**
148:18 247:12
**forwarded**
84:5,7 88:3,8,11
122:25 136:14
141:16 148:13
148:15,16,23
149:11,19 180:4
223:15
**forwarding**
134:3 147:23
148:20 238:24
**found**
214:25 258:21
**foundation**
25:10 26:9,19
50:24 51:17
55:25 75:25
76:6,22 77:18
86:23 87:14
91:13,17 94:19
95:2 101:17
104:1 105:21
106:9,21 107:6
111:16 113:1,19
118:6 119:5,19
120:9 131:11,17
137:7,14 138:2
138:11 139:2,13
142:6,22 143:19
150:20 152:8,17
153:1 154:2,8
155:6 156:5,15
158:11 172:2,9
179:4 180:17
184:4 185:4,13
186:4,15 191:2
191:14 193:17
201:11 205:11
206:17 215:10
230:5 241:24
259:12 269:14

275:23 277:24
**four**
60:10 136:16,19
137:21 174:13
175:19,24
190:14,16
207:24 243:6,17
244:24 262:9,11
263:13,16
288:22
**fourth**
189:22
**frame**
171:4
**FRAND**
154:22
**frankly**
140:13 251:15
**free**
212:8
**frequently**
262:6
**Friday**
169:18
**front**
177:15 185:18
202:7 236:19
242:21,22
243:21 244:5
259:21
**FTP**
84:18 157:24
158:14,14,23
162:12,22,25
163:7,13,15
164:1,4
**full**
1:12 7:23,24 9:12
41:4 59:17
69:21 170:25
239:4 275:9
291:11
**fully**
46:15 90:7
190:10 232:2
**further**
7:11,15 137:22
148:5 156:23

226:15 228:2
244:7,19 252:16
252:21,25 253:4
254:14 255:3,9
256:12,18 289:7
291:15
**future**
34:20

_____

**G**

**Genderson**
173:16
**general**
17:2 44:24 48:13
162:9 266:22
**gentleman**
215:4 280:18
282:14
**getting**
201:13 204:21
241:3 263:1
**give**
9:18 11:2 22:14
40:5 52:14
59:16 68:14
91:19 106:1
112:16 117:19
157:19 159:9
197:9 203:19
223:3 226:16
281:4
**given**
38:3 88:24 98:23
112:11 152:13
152:22 153:18
159:1 215:25
219:15 225:3
228:16 234:1
276:6 289:4
290:6 291:12
**giving**
67:19
**go**
32:13 54:16 68:7
70:19 95:10
125:2 133:6
158:14 174:18
177:7 212:15

222:24 243:3
253:4 255:8
260:3 266:25
282:13,22,23
288:19
**goes**
20:7 33:21 40:25
42:20,23 43:1
44:13 54:6
61:25 123:13
145:14 179:14
189:22 201:20
224:8 276:23,25
278:11
**going**
16:22 21:12,15
29:17 32:22
35:18 37:20
39:14 43:16
54:20 65:9
66:11,15 67:5,6
67:8,18 68:10
68:13 69:13,14
69:15 70:2,12
70:20 75:24
90:25 91:7
96:19 99:2
108:15 109:12
111:21 112:25
119:13 124:20
127:9 129:12
140:6 142:21
143:18 145:2,20
148:7 151:11,14
160:21 170:20
170:24 171:15
173:24 174:14
174:24,25,25
175:2,19 177:20
178:20 180:3
182:1 197:20,22
199:1,7,12,15
206:22 212:17
216:5 219:6,12
219:19 220:9,21
221:14,22
232:13 234:20
235:14 237:19

239:2,24 240:11
240:20,24
242:14 244:24
247:6 248:22
249:2 250:20
255:19 257:15
267:2 269:1,15
273:16,17 283:2
287:14,17
289:21
**good**
8:4 9:10,11 37:13
214:16 235:2
**gotten**
175:9
**governing**
64:20 68:18
70:17
**Grand**
2:20 8:13
**Gray**
62:23 96:15
102:21 152:24
**Grewal**
18:16 19:9,19
21:24 31:18
32:6 33:14
38:17 176:20
218:10 249:22
281:20 283:23
**Grewal's**
19:1 55:5,7 65:25
109:10 110:21
111:12 126:5
175:10 189:21
202:15,21
213:17 217:20
250:18 267:9
**ground**
23:24
**grounds**
123:9
**group**
131:6 195:17,18
215:13 242:25
259:4 260:20
**guarantee**
112:16

guess
17:19 47:13 66:8
67:12 112:8
116:12 136:21
136:21 178:10
217:16 221:6
231:13 234:24
235:21,22
248:19
**Guy**
164:9 169:17
216:7,8 223:17
225:9 229:11
230:15,18,25
233:12
**guys**
21:17 62:19
85:14 171:6
228:14

_____

**H**

**H**
5:7 6:1 7:1 292:1
293:1
**Hale**
2:19 3:5 66:5
90:5 92:7
102:23 160:6
218:17
**half**
43:22 100:22
104:18
**halfway**
260:15
**Han**
173:10
**hand**
64:4 65:2 66:17
66:23 68:1,5,9
71:11,22 102:4
188:10 221:22
243:15 244:1
261:21 287:8
**handed**
25:12,15,17,19,22
62:13,15,24
63:21 64:1
66:12,17,18,19

66:24 74:19,22
89:25 154:13
164:7 172:17,22
181:3 184:14
192:2 195:8
**handing**
157:9
**handle**
10:12 235:5
**handles**
11:15 215:14
**hands**
26:25 27:15 28:4
28:23 29:22
44:12
**handwritten**
73:20 74:3,9,11
74:15,18
**handy**
216:5 217:1
**hang**
157:19 158:19
202:19 203:17
250:6
**happen**
174:24 176:6
**happened**
253:12 268:20
**happy**
45:5 46:2 47:15
49:3 54:19 84:5
120:2 123:17
145:6,13 148:15
210:7 213:14,15
213:24 234:13
237:14,22
238:16
**harassing**
117:13 119:20
120:9
**harassment**
257:25
**hard**
44:25 53:8,11,17
108:1 114:1
138:14,25
140:10,25 141:2
141:19 188:7,10

201:18 239:9
251:13 279:19
280:1
**Hardy**
173:17,18
**hate**
96:11
**head**
9:23 181:5
195:10 196:3
**header**
204:13
**headings**
99:11 260:6,12
261:8,13
**hear**
272:23
**heard**
113:10 226:2,11
**hearing**
188:8
**heavily**
77:14 87:25 88:4
115:17 225:8
**held**
2:16 9:25 10:8
**Helen**
154:22
**help**
28:3 48:21 89:21
200:15 202:1
219:15 248:7,15
**helped**
12:3
**helpful**
176:8 284:15
**helps**
26:24 27:14
28:22 29:21
**Herrick**
3:14 8:21
**Hey**
234:25
**highly**
1:18 7:3,19 64:11
117:20 190:7
203:4 212:19
218:20

**Ho**
97:12
**hold**
79:3 95:24
103:23,25
105:25 167:17
187:17 210:20
234:16 239:1
272:2
**holding**
214:12,14
**hope**
266:13 289:14
**hopefully**
198:24 232:14
**Hopson**
154:22 156:13
**hour**
43:23 104:18
**hours**
60:19 97:6
174:12,13 175:5
175:18,19,24
176:5 177:8
223:21 224:23
283:16 286:4
287:24
**Huh**
214:13
**hypothetical**
30:14 31:4
**Hyuk**
195:15 215:4
**H-A-N**
173:11
**H-Y-U-K**
215:5

_____

**I**

**idea**
43:3 94:24 119:6
186:22 242:2,9
263:1
**identical**
184:11
**identification**
18:17 21:25 71:9
71:20 102:10

154:11 157:7
159:22 164:5
169:14 172:15
181:1 184:9,10
191:25 195:6
204:11 243:13
244:10,16,22
**identified**
60:4 107:24
113:21 126:16
140:25 163:9
164:3 244:1
288:24
**identifies**
92:15
**identify**
8:15 46:12 77:22
102:12 109:3
139:19 140:3,23
220:12 243:15
247:9,20 257:1
262:10 263:6
**identity**
93:3,15 219:1
**image**
107:25 141:2
188:7
**imaged**
113:25 138:14
139:1 140:10
141:1,21 188:11
**imagine**
26:12 30:24 31:9
**imagining**
31:15
**implicated**
207:11
**implicating**
213:8 262:23
**important**
69:5
**impossible**
233:25
**impressions**
38:1 41:12
188:21
**improper**
30:13 31:4 37:19

Case 5:11-cv-01846-LHK   Document 3227-1   Filed 12/15/14   Page 312 of 342
HIGHLY CONFIDENTIAL - VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

311

43:17 89:10
113:4 160:22
162:1 273:11
275:24
**improperly**
50:1,10 51:5,15
84:11 86:6,22
87:11,23 88:23
90:12,22 91:11
92:1,17 93:4,16
105:20 114:8,21
115:8 129:19
130:6,13 138:9
139:9 140:5
141:21 142:19
149:17 153:7,11
160:14,18
161:23 164:25
171:24 172:7
176:15 184:3
196:1 197:1
198:3 215:19
216:20 239:22
241:10
**impugns**
37:2
**inaccurate**
49:1
**inadvertent**
5:16,19 7:9,11,13
7:15 64:2
187:11 188:4,18
189:3 190:21
200:25 221:24
232:24 242:23
244:7,13,19
246:22 247:16
251:4 252:9
258:17
**inadvertently**
72:2 190:12
247:11 273:8
**inappropriate**
39:13 116:21
117:21 161:6
177:21 272:17
**inappropriately**
199:8

**incident**
57:22
**include**
102:7 164:3
175:7 245:8
270:22
**included**
56:15 190:13
270:11
**includes**
222:1 247:17
**including**
19:12,22 20:20
28:24 33:23
39:3,19 40:21
45:7 117:1
118:4 161:1
235:11,13
281:23 284:1
**incompletely**
217:7,22 218:12
219:8 220:7
222:10 223:7
224:24 226:20
227:7 236:7,23
238:21
**inconsistent**
256:3
**incorrect**
199:24 281:1
**independent**
67:20 68:18 70:5
158:3
**independently**
241:14
**index**
246:10
**indicate**
50:17 130:3
**indicated**
130:8,12 197:6
200:4 213:11
**indicates**
37:17 195:11
246:7
**indicating**
181:6
**indication**

216:16
**individual**
37:23 201:24
211:25 235:20
**individuals**
37:22 109:6
140:25 280:23
**Indon**
173:6
**InDong**
258:12,21,23
260:4 261:5
**industry**
212:6,13
**inform**
187:2 191:10,21
**information**
10:17 13:13 16:3
16:19 19:12,13
19:22,23 20:7
20:20,21 24:19
24:21 26:25
27:15,25 28:4
28:22 29:21
30:7,10 31:1,11
32:20,23 33:3,8
33:23,24 35:14
36:1 39:3,4,18
39:19 40:21,22
41:16,20 42:11
43:1,2,18,21
44:16,18,19,22
44:24 45:7,8
47:20,24 48:2,8
48:18,24 49:6
49:24 50:2,7,21
51:3,7,16,22
52:1,18 53:2
54:13 55:4,15
55:22 56:13,15
56:21 57:2,9,13
57:18,21,25
58:6,14,16
59:18,23 62:17
64:13,19 66:2,7
80:11,22 82:22
83:1,4,6 87:2
88:25 100:4,8

100:15 103:14
106:19 107:1,18
108:9,24 109:25
111:8 116:1,25
117:1 118:9,19
119:2,16 120:5
120:12,21
123:24 124:14
124:16,20 129:2
129:9,20,25
130:6,14 132:7
135:8,20 136:9
139:15 140:12
142:10,25
143:22 145:6,12
146:15 147:15
151:2,19 153:20
155:5,23 156:8
158:9 161:1,2
164:18 165:6
166:16 167:8,12
168:2,3 174:8
175:22 177:19
178:1,8,19
179:10,18,21
180:8,13,16
181:24 182:9
184:18,24
186:22 187:11
187:15,21 190:9
190:10 192:23
193:2,9 201:14
202:13 204:17
206:24 208:19
209:5,7 211:15
211:24 213:8
218:19,19
219:20 226:18
227:5,15 234:5
236:6,12,22
237:25 238:2
239:8 245:19
246:17 248:17
249:13 252:4,10
254:19 255:5
256:10,22
262:21 264:7
265:3,4 268:14

268:23 269:25
270:10 271:2,9
275:21 276:21
277:4,16 278:9
281:15,17,24
284:2 285:18,25
**informations**
16:7 100:12
134:5 187:10
219:23
**informed**
267:21 268:6
269:5 270:18
**infringement**
190:5
**initiated**
230:15,17
**Injung**
173:7
**innocence**
36:10
**innocent**
36:12
**inside**
288:22
**insisting**
273:14
**instance**
59:2,3 158:21
178:5,24 265:24
277:22
**instances**
26:13 58:25 59:1
99:19 265:10,23
**instruct**
17:25 40:3 91:1
98:15 105:22
120:24 121:6,17
124:15 125:23
177:12 207:20
208:17 211:16
**instructed**
80:7
**instructing**
199:22
**instruction**
18:8 91:8 106:10
106:22 107:8

111:17 158:14
163:7 166:19
168:16
**instructions**
152:14,23 157:23
**intellectual**
267:18 275:5
**intend**
34:18,21 107:4
**intentional**
190:20
**intentionally**
190:11
**interactions**
279:4,8,12
**interest**
5:20 49:21 50:22
55:21 56:10
58:10,12,25
60:7 64:4 72:3
76:21 79:15,19
79:23 81:19
104:7 106:7
108:3 109:1
111:7 113:24
115:16 122:23
123:16 125:1
126:18 127:2,20
127:25 128:6
129:3,6 130:5
131:16 134:24
135:1,5,11,14
135:18,24 136:2
136:7,13 139:21
145:10 146:7,14
146:21 147:3,7
147:11,16,25
149:1,21 150:7
153:8,12 162:21
163:11 182:17
183:5 188:6
201:23 209:13
210:18,24 211:2
242:24 252:7,11
252:15 254:9,13
254:15 257:6
270:1,8 271:4
276:22 277:3,9

277:15,19
278:10 282:16
285:5,25
**interested**
123:23 262:24,25
263:21,23
264:10,17
291:16
**internal**
264:13 265:11,24
266:1
**internally**
211:14 236:6,12
246:13 263:2
**International**
19:14,25 20:22
33:25 39:5,20
40:23 45:9
117:2 280:24
**interpretation**
38:2
**interpreted**
248:18
**interrupt**
67:7 96:11
116:23 235:23
**interview**
60:8,12 61:15,18
62:11 63:11,15
63:18 75:16,23
76:8,24 88:14
97:11 98:10
104:15,20
131:23 132:3,9
132:24 136:16
136:19 152:1
166:5,14 167:5
252:5 270:2,5
**interviewed**
75:9,18,22 76:3
76:19 125:6
251:17 259:15
261:2 270:25
**interviewing**
98:7 130:18,22
**interviews**
5:15,18 60:16,20
60:25 61:3,7,16

61:20 62:3,8
64:2 71:15,16
71:25 72:5,13
72:19,23 73:3
73:10,21,25
74:4 75:2 76:8
76:25 77:1 81:5
81:9,13,17
87:20 88:5,9
97:2,6,9,19 98:6
98:13,25 100:6
100:17,20,25
101:7,10,12
104:10,24 105:1
105:4 107:23
145:8 251:1
259:23 288:2
**introducing**
101:8
**invade**
37:10 38:4,5
129:25 208:8
**invades**
118:5
**invasive**
117:13 264:24
**investigate**
87:21 88:21
90:11 139:8
160:13,18
170:18
**investigation**
84:15 85:4 86:5
86:16,21 87:6,9
89:8,12 90:21
90:23 91:3
116:7 141:13
142:8,17 148:5
158:7,22 160:23
161:5 166:8
167:4 181:24
193:20 216:22
223:14 228:3
229:10 230:11
230:22 256:14
276:13 277:10
280:24
**investigations**

21:13 82:2 86:11
86:19 161:17
170:22 226:15
**involve**
32:22 33:2 86:12
**involved**
11:16 16:12 17:7
17:15,19,22
113:3 141:2
142:13 205:8,19
206:14 208:4
210:13,14
219:16
**involvement**
11:19,22 13:8,20
13:25 14:8,18
15:4,9,21 17:3
17:19 131:8
140:9
**involves**
208:4
**involving**
38:2 124:25
139:23 199:6
**in-house**
117:10 126:3
234:24 235:4
**IP**
9:23 10:12,12,12
10:13 131:4,5,6
**irrelevant**
26:10 29:24 31:5
37:21 41:10
45:17 47:10
192:25 226:6
234:19 235:16
256:16
**issue**
35:11 38:2 52:23
57:7,12 69:5
85:16 90:6
175:22 177:23
209:11 213:3
241:23 245:13
257:12 275:10
**issued**
18:16 249:21
**issues**

91:4 137:17
174:9 286:15,24
287:20 288:13
**ITC**
5:20 7:13,15
49:21 50:22
55:21 64:12,16
70:6 72:2 76:21
81:19 106:6
109:1 113:25
123:16,22
127:21 128:10
131:15 140:12
153:8,12 161:2
242:24 244:12
244:18 251:3
252:6,7,14
258:16 276:12
277:3,8,14,15
277:19 281:7
282:16
**items**
49:23
**I-N-D-O-N**
173:6
**I-N-J-U-N-G**
173:7

――――― **J** ―――――

**J**
4:3 190:3 196:4
215:16 230:21
233:16
**Jaeho**
154:20
**Jaewan**
7:7 204:15
206:10
**James**
154:20 173:8
181:6 260:15,17
**January**
21:24 22:12
25:19 169:18
171:23 172:6
233:13 238:25
**Jehun**
173:10

**jeopardizing**
90:17
**Jinhwan**
173:9
**job**
1:23 127:14
215:9,12 258:25
260:19
**Joe**
102:23
**Jose**
1:2 8:9 280:13
**judge**
18:16 19:1,9,19
21:24 31:18
32:6 33:14
38:17 55:5,7
65:25 67:4
109:10 110:21
111:12 126:5
175:10 176:20
189:21 202:15
202:21 213:17
217:20,21
218:10,10 219:7
220:18,22
233:21 236:4
238:23 249:22
250:18 251:23
257:17,24 267:9
268:21 281:5,20
282:2 283:23
284:6 285:15
**judge's**
21:22 113:10
253:7,24,24
**July**
185:25 186:12
190:24 191:10
191:22 207:23
**June**
54:4,9 207:23
249:1,11,17,24
259:10 260:22
267:19,25 268:4
269:3 270:16,23
274:3 275:19
**jurisdiction**

19:15 20:1,23
34:1 39:6,21
40:24 45:10
117:3 140:13
161:3
**J-E-H-U-N**
173:10
**J-I-N-H-W-A-N**
173:9

---

**K**
**Kahng**
97:10,11 154:19
**Kang**
154:21 173:6,6
258:12,21,23
260:8 261:5
**Kang's**
260:4
**Karin**
154:19
**Kassabian**
3:14 8:21,21
11:12 12:9,18
13:10 14:3,11
14:21 15:6,11
15:13,24 16:15
17:6,9,24 18:11
20:11,15 22:9
22:17,21 23:1,4
23:7,11,22
24:11,25 25:6
25:10,23 26:9
26:19 27:5,10
27:17 28:6,10
28:14,24 29:9
29:23 30:12,19
31:3,13,20 32:8
32:11,16 33:4
33:15 34:25
35:5,9,16,23
36:25 38:8,11
38:19 39:12
40:5,12 41:4,9
41:22 42:13,19
43:16 44:6 45:1
45:4,16,25 46:7
46:19 47:1,10

47:23 48:17
49:7,15 50:3,16
50:24 51:8,17
52:2,19 53:3,23
54:1,14,24 55:6
55:24 56:17
57:4,15 58:2,18
59:11,24 62:1
62:15 63:2,12
63:25 64:7,10
64:17 65:6,9,14
65:20 66:10,18
67:5,8,13,17
68:1,7,15,23
69:4,12,23 70:1
70:10,25 72:7
73:12,22 74:5
75:1,4,8,11,24
76:6,13,22 77:4
77:17 78:19,24
79:3 80:3,14,25
81:23 83:22,24
84:14,23 85:3
85:20 86:8,23
87:13 88:24
89:3,6,11,17
90:1,25 91:13
92:18 93:5,17
94:19 95:2,14
95:23 97:4 98:1
98:14,23 99:14
99:24 100:11,17
100:25 101:17
102:1 103:2,9
103:18,23,25
104:16 105:9,21
106:8,21 107:6
107:16 108:15
109:12 110:3,11
110:22 111:2,14
112:1,6,25
113:18 114:9,22
116:2,9,19,23
118:3,8,17
119:4,19 120:8
120:23 121:5,16
122:2,14 123:8
124:1,10 125:11

125:23 126:10
127:9 128:14
129:14,22
130:10 131:10
131:17 132:22
133:2 137:7,14
137:19 138:2,11
139:2,11 140:6
141:22 142:5,21
143:4,18 144:20
148:7,21 149:7
150:10,18 151:7
151:9,15,18
152:7,16,25
153:19 154:2,8
154:25 155:6,18
155:24 156:5,15
157:2,14,25
158:10,20,25
159:5,7,11,13
159:18 160:1,9
160:21 161:10
161:25 162:16
163:2,16,23
164:19 165:2,10
165:15,20 166:2
166:13 167:1,17
168:8,16,24
169:10 170:3,13
170:20 171:15
172:1,8 174:5
175:11 176:24
177:20 178:10
178:16,20 179:2
179:23 180:9,17
181:17 182:1,10
183:11,20,23
184:4,11 185:1
185:13 186:4,15
187:4,17,25
188:19 189:6,10
191:1,13 192:24
193:17 194:2,14
195:20 196:13
196:20 197:5,13
197:16,20 198:5
198:10,15,19
199:1,5,9,14,17

199:25 200:4,9
200:14,23 201:2
201:11 202:5,10
202:16 203:2
204:12,23
205:10,22 206:4
206:16,22 207:9
207:16 208:14
208:25 209:3,20
210:1,5 211:9
211:13 213:1,20
213:23 214:1,5
215:10,22
217:11,24 218:3
218:14 219:12
220:9,24 221:5
221:20 222:12
223:8 224:2
225:2,16 226:5
226:21 227:10
227:25 228:12
228:24 229:6,8
229:21 230:5
231:8,22 232:19
233:24 234:11
234:18 235:14
235:23 236:16
237:2,12,19
238:4,9 239:1
239:24 241:2,22
243:3,6,20
245:6,21 246:21
247:6 248:5
249:12 250:20
251:25 253:13
254:1 255:19
256:16 257:20
258:14,18
259:11 260:23
261:14,22 262:2
262:13,20 263:4
263:16 264:2,23
265:16 266:3,8
266:18 268:8
269:7 270:20
271:14,19,22,25
273:5,19 274:7
274:11,22

275:23 276:14
277:11,24 279:7
279:14 280:6,14
281:8 282:5,25
283:7,13,17
284:9 286:3,8
286:12,17,19,23
287:3,14,19
289:1,13
**keep**
61:13 73:7 75:2
105:6,9 197:18
216:4 217:1
249:5
**Kenneth**
1:20 2:16 5:2 8:5
9:4,13 96:19,23
173:24 174:3
242:14,18
289:20,23 290:3
292:3 293:3
**kept**
63:15 66:20 73:9
**Kevin**
173:17
**key**
190:13
**Kijoong**
154:21
**Kim**
4:13 8:23 97:13
154:20 173:8,8
173:8,9
**kind**
44:15 97:5
254:22 255:22
**kinds**
10:25 27:21
42:24 43:1
**Kirkland**
149:25 150:2,5,8
150:13,16 151:1
152:4,15
**knew**
37:10 52:14,22,25
53:17 57:20
130:4,13 172:12
175:17

**know**
12:1,14 15:19
17:14,16 19:3
19:10 20:6 21:6
21:16 22:6
25:13,16,20
26:5,15 27:4
28:12 29:16
30:2,23 35:11
43:5,7 44:20,21
44:23 46:10
47:6 49:25 50:1
50:6 52:4,13
53:9,11,13,13
53:15 54:6,21
55:9 56:14
58:21 59:15,17
60:18 65:23
67:23 74:10,14
74:17 76:7,10
82:6,12 83:3,5,7
83:15 85:4 87:4
92:14 95:5 99:3
99:4 101:20
103:7,16,19,21
103:24 106:2
107:10,17,19
108:4,6,11,19
108:20,20
110:15,25
112:13,15 113:9
113:12,16,20,25
114:14 115:18
115:23 116:1,4
116:11,12,19
117:5,6,9,15
118:15,22
119:21 120:10
121:7 122:20
123:5 124:19
125:3 129:8
131:13,21 132:1
137:16,22 138:6
138:23 139:17
139:22 140:7,19
140:21 141:10
141:11,15
142:12 143:1,3

145:2,3,4 146:3
146:3 150:21,24
151:15,18,25
152:10,19 153:3
153:23 155:4,11
155:17,20,25
156:10 157:1,5
157:21 161:14
161:22 162:6
163:5,22 164:12
165:6,7 167:5,9
167:20,24 168:4
168:11,25
169:20 170:15
171:1,6,7,11,23
172:3,5 173:2
173:17,18,19
175:24 178:1,6
180:15 181:20
182:7 184:6
185:8,16 186:9
186:12 187:9
188:4,10 189:21
190:15 191:4,15
191:24 193:19
194:5 195:2,23
196:18 197:3,11
197:16 201:24
203:22,24
205:12 206:18
208:6 210:8
211:20 212:11
212:11 214:18
215:12 217:16
218:4 220:17
223:12,24
224:20,22
225:11 227:16
227:23 228:21
229:3 235:3,5,5
235:8,17 236:14
237:11,18 239:6
239:12 240:1,4
241:11 242:3
245:16 249:13
257:23 258:25
259:9,13 260:21
262:16 263:1

266:22,23,24
268:14,23 275:7
275:8,11 276:11
277:1,18,20,21
277:23 278:12
279:11,20,23,23
280:2,16,16
282:18 285:9
289:7
**knowingly**
37:9
**knowledge**
19:9,17 20:3,4
21:1,5,11,14,16
21:19 43:10
52:9 53:12
54:20 109:15
110:23 112:9
113:6 114:24
119:2 150:11
161:11 205:23
215:18 216:19
224:12 246:19
249:8 250:1,13
276:17,25
278:11
**knowledgeable**
115:6 178:9
**known**
86:1 267:22
268:7 269:6
270:19
**knows**
144:25 266:23
**Ko**
102:21 154:20
**Koppelman**
4:4 8:19 65:4,8
65:11 67:15,22
68:20 69:2 71:1
159:12 202:23
238:2
**Korea**
1:20 2:16 5:2,10
6:2 7:2 8:5 9:4
9:13,14 18:17
21:25 23:17
29:10 35:19

37:5,6,12 38:3
38:15 39:16,24
43:19 45:1,25
48:3,20 50:16
58:19 62:4,15
62:24 63:10
64:1 65:2 71:9
71:11,20 79:4
88:24 89:18
91:5,14 96:19
96:23 97:2
102:10 109:13
109:18 110:15
110:24 113:6
117:9 121:8,18
123:9 129:14
140:8,15,18
148:8 151:17
154:11 157:7
159:22 164:5
169:14 172:15
172:22 173:24
174:3 176:9,17
177:25 181:1
184:9,10,14
189:16 191:25
192:2 195:6,8
198:1,12,19
199:21,22
200:21 201:3
204:11 214:10
219:4,17 221:8
221:15,23
223:11 225:4
238:12 242:14
242:18,21
243:13 244:10
244:16,22
245:10,15
249:13 255:21
255:25 257:25
267:8,23 268:2
272:4,6,22
273:1 275:25
281:19 282:6
283:2,5,18,21
284:10,17
287:23 288:4,14

289:20,23 290:3
292:3 293:3
**Korean**
1:9 2:4 99:17,18
99:18 173:13
251:15
**Korea's**
28:7 38:1 189:14
247:14 273:6
**Kwak**
173:10 260:15,17
**Kwon**
195:15,16 196:12
215:5,6,7
239:18
**Kyungman**
173:8
**K-A-N-G**
173:6
**K-I-M**
173:9
**K-O-R-E-A**
9:13
**K-W-A-K**
173:10
**K-W-O-N**
215:6
**K-Y-U-N-G-M-...**
173:9

───────────
**L**
───────────
**lack**
81:2 86:3 94:3
100:3,14 103:13
106:25 108:23
122:19 123:13
124:24 129:1
132:6 141:14
142:9 145:5
167:7 201:21
206:17 211:24
230:13 242:7
248:16 254:8
268:13 269:14
269:24 271:1
276:20 278:8
**lacking**
75:25 113:1

118:6 142:22
143:19 179:4
185:4
**lacks**
25:10 26:9,19
50:24 51:17
55:25 76:6,22
77:18 86:23
87:14 91:13,17
94:19 95:2
101:17 104:1
105:21 106:9,21
107:6 111:16
113:19 119:5,19
120:9 131:11,17
137:7,14 138:2
138:11 139:2,13
142:6 150:20
152:8,17,25
154:2,8 155:6
156:5,15 158:11
172:2,9 180:17
184:4 185:13
186:4,15 191:2
191:14 193:17
201:11 205:11
230:5 241:24
259:12 272:18
275:23 277:24
**laid**
221:9
**language**
213:17
**Lasher**
278:14 279:1,24
281:5 282:3
284:7 285:3
**late**
95:4,6 98:8 176:4
289:17
**latest**
238:2
**law**
9:20 21:15 58:22
59:2,3,4 60:13
60:14 88:9,12
88:13 93:24
94:13 95:3,8,18

96:12,14 102:15
104:4,11 106:13
141:12 142:7
145:8 158:18
177:23
**laws**
291:19
**lawsuit**
126:2
**lawyer**
224:16,20 225:11
225:20 277:6
**lawyers**
124:13 247:1,4
248:2
**leaks**
275:21
**learn**
51:25 56:25
85:17 184:23
187:14,20 188:1
190:24 240:16
**learned**
52:17 193:2
**leave**
64:23 159:13
202:10,15
**Lee**
6:20 102:21
173:7,7 217:3
**left**
136:17,20 267:1
271:21,23
282:20 283:10
283:15
**legal**
20:12 21:6 24:11
38:2 51:9
178:12 279:5,11
279:16
**legend**
71:7 218:18
**legends**
222:2
**letter**
5:22 6:5,15,17,19
7:7 62:16,21
102:22 159:25

160:4,8,15,19
161:16,21
184:17 185:9
192:3,11 204:10
204:15 205:8,20
205:24 206:11
206:15 217:2
218:16,21,22
219:1,2,5 221:8
222:14,25
223:12 224:4
225:3,19 226:4
226:13,15
227:20 228:2,16
229:1 230:9
231:12,13,17
241:21
**letters**
94:17,24 95:5
101:13,15,21,22
101:25 102:3,14
102:25 103:5,7
106:12,23 159:5
159:6 184:15,21
185:10,12
**letting**
200:21
**let's**
24:2 36:21 42:21
62:12 68:1,7
69:6,8 97:10
102:6 116:14
184:7 210:20
212:15 232:7
235:23 240:10
242:12 243:3,7
244:9,15 262:16
266:25 272:1
283:7 287:19
**liability**
1:13 2:8
**license**
11:20 13:2,5
15:22 16:13
17:4,23 56:21
83:16 107:13,18
108:7 121:4,14
122:13 126:21

126:25 127:23
128:4 130:9
133:10,10,15,23
134:1,7,11,15
134:19 135:4,10
135:17,23 136:6
146:6,11,18,19
146:21 147:5,13
147:15,19,21
148:3,4,25
149:6,13 150:1
151:3 152:5
166:21 167:11
180:24 181:15
181:16,25 182:8
182:9,19,21,25
183:3,4,9,19
186:1,13 187:3
187:16,22 189:2
190:14,16 192:8
201:9 202:3
203:12 204:1
208:12,13,23,24
209:18,19
210:16 211:6,8
233:23 237:1
240:19 251:21
259:18 263:22
264:1,14 267:22
268:7 269:6
270:19 274:4,6
275:20 276:12
277:5 281:7
282:4 284:8
285:7,9,19
**licensed**
252:23
**licenses**
11:10 83:13
106:20 108:12
121:25 123:7
124:9 125:9
126:9 127:7
128:13 143:17
144:4,17 150:3
206:20 207:6
249:10
**licensing**

10:12,20,23,24
10:25 11:3,7
12:4,5,8,14,17
13:9,15,17 14:1
14:6,9,19 15:5
15:10,11 18:3
83:5 133:19
135:13 147:2
167:25 195:17
195:18,19
203:14 206:23
209:11 211:1
215:13,14
223:22 225:14
252:18 253:1
256:7 259:4
260:20 261:20
265:5 267:20
268:5 269:4
270:17 285:7,22
**life**
251:14
**light**
213:17
**likes**
220:16
**limit**
40:2 210:15
**limitations**
66:4
**limited**
1:13 2:8 8:7
30:20 175:7
245:12 247:19
**limiting**
123:21
**limits**
29:14
**line**
37:18 39:13
43:17,24 47:5
109:17 111:15
113:4 117:12
143:11 160:22
162:1 172:10
179:14 181:8
240:15 241:6
260:4 267:11

272:21 273:11
275:3,24 281:22
282:5 283:24
292:4 293:4
**Lisa**
1:25 2:24 8:25
291:2,25
**list**
92:12 99:11
109:5 246:10
251:8,9 260:14
**listed**
19:4,19 21:22
72:14 73:10
75:2,9,19 76:4
76:20 77:13
78:1,4,10,18
79:16 80:2,13
80:24 81:6,10
81:13,17 88:21
97:3,19 98:21
99:13,23 100:9
100:18 107:14
108:14 109:10
110:20 114:6,19
115:6 125:6
137:4,13,24
138:20 148:1
205:7,18 206:13
**listen**
202:11
**listing**
62:17
**lists**
42:22,23 44:18
**litigation**
10:13 11:11,14,17
24:7 26:8 42:6
81:22 117:5,11
121:10,20 131:9
149:23 150:9,14
154:7 274:4
280:3,11
**litigators**
112:20
**little**
32:9 116:14
174:10 209:4

241:2 287:12
**LLC**
1:12 2:7 3:13
**LLP**
2:19 3:5,15 4:5
102:18
**locate**
139:19 140:3
141:11 246:22
**located**
56:6 216:9
**logically**
256:3
**long**
9:25 10:2,5 71:6
76:14 97:2,8
104:15 131:23
287:4
**longer**
138:22 212:22
287:12
**look**
21:6 64:14 74:15
189:12,20,21
197:9,20 198:2
198:13 199:1,10
199:21,22,25
200:5,17,21
214:20 215:25
216:4,6 217:2
220:3,3,11,16
221:3 224:14,17
224:25 225:12
225:19 226:20
227:7,22 233:8
237:14 238:22
239:15 241:11
251:3,6,7 258:9
267:11 277:14
282:23
**looked**
66:24 89:21
**looking**
74:21 132:17,19
158:20 192:20
221:4 226:3,12
233:3 239:11
249:3,19,20,21

251:5 266:4
281:21 283:23
284:18,21
**looks**
71:3 283:18
**Los**
1:21 2:21 8:1,13
**lot**
12:13 20:6 40:1
44:18 60:18,19
72:20 88:25
141:10 161:4
212:5
**lump-sum**
204:2
**lunch**
96:17
**luncheon**
96:21
**L-E-E**
173:8

**M**
**Madam**
159:20 191:18
284:20
**mail**
162:22
**maintain**
63:10 118:3
**maintained**
235:9
**making**
103:17 126:1
151:9 175:25
203:25 210:12
**manager**
195:24
**March**
121:25 122:12
123:6 124:8
125:8 126:7
127:6 154:18
155:15 158:23
173:3 189:24
201:10 203:21
204:10,15
210:20

**mark**
3:4 6:5 8:17
18:15 21:23
64:8 65:3 102:6
102:9 145:25
159:21 160:6
184:7 204:9
207:22 212:1
243:3,5,7,15
244:9,15
**marked**
18:17 21:25
22:19 23:21
45:15,24 71:9
71:11,20,22
102:10 154:11
154:13 157:7
159:8,14,22
164:5,7 169:14
172:15,17,23
181:1,3 184:9
184:10,15
191:25 192:3
195:6,9 203:3
204:11 205:9,20
214:21 243:13
244:1,10,16,22
**marks**
96:18 173:23
242:13 289:19
**massive**
98:6 139:18
140:23
**material**
92:22
**materials**
221:15 284:18
288:4,7,10
289:2
**matter**
8:6 23:9 34:3
51:11 71:5 82:4
120:17 160:24
164:12 176:20
261:10
**matters**
10:13
**mean**

14:6 15:14,18
16:5,20 17:14
17:15,19 20:4,6
25:8 30:23 31:6
42:15 46:22
47:5,16,17 52:5
52:7,10 53:8,8
53:10,12,14
54:16,17 56:12
58:21 59:13
63:13 69:18
83:19,23 84:2
84:24 85:7,8,21
85:22 97:11
108:20 111:5,25
113:11,20
114:23 124:18
126:14 137:16
139:4 144:6
147:6 151:24
158:2,12 165:10
179:25 189:19
194:1 201:18
203:13,16
209:10,11
211:11 216:21
217:15 227:8
228:13,25 230:8
246:3 248:7,19
266:10,21,21,22
279:11
**meaning**
268:22
**meanings**
47:3
**means**
43:14 44:4
112:14,15 173:2
174:13,14
211:18
**meant**
99:5
**measures**
108:1 109:2
**media**
267:1 283:10
**medium**
242:11 282:20

**meet**
16:5,6 89:7,13
91:16
**meeting**
16:20 249:17,23
250:9 253:9,12
254:5 256:11,15
256:23 257:19
259:10 267:19
268:4,16,21
269:3 270:17,23
272:23,24 276:6
**meetings**
11:23,25 13:3,5
14:25 16:23,24
17:16,17 201:25
203:18 265:12
**meet-and-confer**
177:22
**Melin**
253:8,11,23 254:4
267:18,25
268:15 271:4
272:7,12,19
273:22 274:17
275:5,10,13,25
276:7
**Melin's**
270:12 273:12,14
273:15
**memo**
180:24 181:16,25
182:8 183:3,9
183:19
**memorialize**
174:6
**memory**
89:12,19 197:22
**memo.docx**
181:15
**Menlo**
4:8
**mental**
38:1 41:12
188:20 242:5
**mention**
188:11,12
**mentioned**

239:10
**mentions**
196:3
**mere**
23:9
**met**
15:16 17:17
279:21 280:17
**Michaels**
1:25 2:24 8:25
291:2,25
**MicroUnity**
171:11 193:12
**mid**
204:8
**middle**
69:10 143:10
**Middlefield**
4:6
**Mill**
3:6
**million**
181:13 204:2,3
206:21 207:7,25
208:7 210:12,19
**Min**
97:14
**mind**
123:25 124:3
205:15 243:4
247:24 249:5
253:18 277:10
278:15
**minute**
187:17 214:22
**minutes**
69:15 97:12,13,14
97:15,16 131:24
131:25 143:5,9
176:7 267:1
282:20 283:6,8
283:11,15 288:3
**mischaracterizes**
37:1 128:15
179:24 180:9
189:15 241:23
265:17
**mischaracterizi...**

189:11
**mispronounce**
251:15
**mispronouncing**
130:23
**misquotes**
189:15
**misreading**
149:8
**missing**
95:24 237:20,23
**misstate**
217:13
**misstated**
91:4
**misstates**
52:20 57:15,16
73:12,22 75:4
75:11 130:10
141:23 148:22
217:11 236:17
277:11
**misstating**
149:8
**mistake**
36:14
**mistaken**
131:7
**mistakes**
246:22
**misunderstandi...**
36:22
**Modiano**
95:12,22 102:15
144:7
**modified**
43:6
**moment**
199:10 262:1
**Monday**
181:7 195:12
220:23
**money**
212:5
**monitor**
8:11
**months**
10:1,4,7 240:23

**morning**
8:4 9:10,11 62:20
62:21 95:4,6,8
95:19 96:12,13
98:8,11 102:8
288:5
**motion**
5:11 52:12 267:9
271:21,24
**move**
129:12 200:19
202:22 210:2
212:15 271:14
**moving**
271:17,25
**Mueller**
102:23
**Mullin**
102:20 152:24
**multiple**
203:18
**multiply**
141:4
**multi-day**
175:17
**murky**
267:14 275:12
**Myers**
152:24 153:6
**M-O-D-I-A-N-O**
95:12

_____

**N**

**N**
3:1 4:1,1,1 5:1,1
6:1,1 7:1,1
293:1,1
**nail**
203:16
**name**
8:17 9:12 38:9,10
86:15 95:13
101:3 130:23,24
157:22 179:11
181:12 215:6,25
216:14 219:7
251:9,15,15
258:12,21 260:4

**named**
260:14 264:18
279:21,25
**named**
169:22 181:11
215:4
**names**
102:15 118:15
119:3,10 173:13
219:16 278:13
278:17,18
279:20
**narrow**
49:2 176:15
203:20
**Nathan**
4:12 8:22
**National**
281:25 284:3
**nature**
100:13 106:12
252:1
**ND**
196:8,10
**NDA**
17:13 201:14
204:14,17 213:9
262:22 264:6
265:3
**NDAs**
264:25
**NDCA**
280:18
**necessarily**
175:7 208:8
259:7
**necessary**
175:13 176:8
255:8
**need**
50:16 58:19
67:13,14,17
68:2 86:11 89:1
89:3,6,9 132:8
144:25 163:22
171:3 193:11,14
194:7,12,20
198:1,13,19,21
207:21 210:4

214:16,17
221:20 222:6
227:13 228:2
230:10 283:1
286:22
**needed**
193:11
**needs**
197:6 212:11
**negotiated**
11:1
**negotiates**
265:1
**negotiating**
11:3,10 263:18
**negotiation**
11:5,16 13:2,3,5
203:23 206:23
208:16 263:3
265:11 285:19
**negotiations**
10:21 11:20
14:14 15:17
16:7 18:3
208:13,24
209:19 248:25
249:9 250:2,13
250:17 251:21
253:23 260:22
261:20 262:8,11
263:22,25 264:1
264:14,16,22
265:6,9,15
269:12 282:8
**netted**
181:13
**never**
51:18,21 120:14
144:8 212:6,6
221:9 229:19
**Nevertheless**
37:24
**new**
1:10 2:5 12:25
83:10 124:2
199:12 232:13
**newcomer**
212:5

**nice**
73:8
**night**
94:18 221:4
**Nokia**
4:2 8:20 13:6
14:20,25 15:2
16:22 34:8 35:3
52:6,12,22
53:14,14,20,22
54:13 56:22
57:6,11 62:17
64:14,19,23
65:25 66:11
68:16 69:20
70:2 71:3 82:22
83:1,13,17
91:10,25 92:16
106:20 107:13
108:12 111:12
112:23 116:17
118:1 119:17
120:6,17 122:1
122:13 123:7
124:9 125:9
126:9 127:7
128:13 143:17
144:4,17 150:3
151:3 152:5
174:22 175:23
181:10,11,12,15
183:3 184:2
188:9 202:7,10
206:6 212:4,10
213:4,10,15,17
213:25 249:1,10
249:23 250:8
251:21 259:10
260:22 267:20
267:21 268:5,6
269:4,5,12
270:17,18 271:2
272:8,10,25
274:18 275:21
276:1 285:21,24
286:1 287:22
**Nokia's**
35:1,10,16,24

70:11 201:15
204:19,19,21
267:17 275:4
**Nokia-Apple**
57:22 180:24
181:16,25 182:8
182:18 183:9,19
187:15,22
236:25 277:5
281:6 282:4
284:8
**nondiscriminat...**
211:6
**nonidentical**
84:20,25
**nonsensical**
255:20
**Nope**
18:13
**North**
280:12
**Northern**
1:2,19 75,21 8:8
70:6 203:5
206:9 212:21
**Norton**
154:19
**nos**
99:7 259:7
**notation**
284:24
**note**
37:4 64:10 70:10
121:21 192:5
196:20 204:12
222:1 256:18
287:21
**notes**
72:13,18,21,22
73:2,5,6,9,20
74:3,9,11,16,18
74:23 75:2
88:14 99:3,8
105:6,9,14
215:2 291:12
**notice**
2:24 26:4 137:6
137:10,12

**notices**
138:1
**notified**
52:13 53:15
54:13 184:1
224:16,23
225:12
**notify**
53:20,22 185:25
**number**
50:12 174:18
247:5 258:18
**numbered**
172:23 248:4
**numbers**
246:9

___

**O**

**O**
4:1 5:1 6:1 7:1
293:1
**oath**
9:16
**object**
29:23 36:25
37:12 38:20
43:16,24 75:24
91:16 98:1,14
108:15 109:13
109:16 111:14
112:25 113:4
117:12 123:8
124:15 125:11
125:23 127:9
128:14 140:6
141:24 142:21
143:18 148:7
149:7 160:21
168:24 170:20
170:24 171:15
177:20 178:20
179:4 182:1,10
185:2,3 189:14
192:24 197:5,10
201:12,15
204:20 206:22
209:4,21 219:12
220:9,20 222:12

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

| | | | | |
|---|---|---|---|---|
| 223:11 232:19 | 113:18 114:9 | 275:23 276:14 | 34:11 241:14 | 75:18 79:3 |
| 235:14 239:2,4 | 116:2,19 119:4 | 277:11,24 279:7 | **occurred** | 83:11 96:16 |
| 239:24 247:6 | 119:19 120:8,23 | 280:6,14 281:8 | 262:12 | 117:24 122:7 |
| 250:20 255:19 | 121:5,16 122:2 | **objectionable** | **October** | 124:4 132:21 |
| 257:20 275:24 | 124:1,10 126:10 | 274:23 | 1:22 8:1,10 18:16 | 133:7 145:2,17 |
| 282:5 284:9 | 129:22 130:10 | **objections** | 19:2 62:16 | 145:19 159:20 |
| **objecting** | 131:10,17 137:7 | 17:6,9 23:22 | 69:19 110:21 | 173:12 179:3 |
| 188:2 | 137:14 138:2,11 | 28:24 29:25 | 111:13 116:18 | 184:12 189:13 |
| **objection** | 139:2,11 141:23 | 31:13 40:12 | 118:2 119:17 | 197:13,24 |
| 11:12 12:18 14:4 | 142:5 148:21 | 44:6 80:25 | 120:7 213:18 | 199:14 210:1 |
| 14:11,21 15:24 | 150:18 152:7,16 | 110:16 114:22 | 274:15,17 | 211:13 213:23 |
| 16:15 17:24 | 152:25 153:19 | 118:4,17 122:14 | 291:21 | 214:1,19 216:4 |
| 20:11 22:9,17 | 154:2,25 155:6 | 185:1,14 202:5 | **offense** | 216:13,16 |
| 22:21 24:11,25 | 155:18,24 156:5 | 218:14 223:8 | 279:24 | 220:13,14 |
| 25:6,23 26:9,19 | 156:15 157:2,14 | 226:21 227:10 | **offer** | 236:16 238:4 |
| 27:10,17 30:12 | 157:25 158:10 | 227:25 228:12 | 16:13 156:12 | 242:10 243:14 |
| 31:3,20 32:11 | 160:9 161:25 | 228:24 234:3 | 201:9 202:3 | 244:3 248:22 |
| 32:16 33:4,15 | 163:2,16 164:19 | 282:12 291:7 | 203:12,13,14,15 | 249:6 251:6,9 |
| 39:12 40:3,3 | 165:2,10,20 | **objective** | 204:5 206:21 | 272:4 273:19 |
| 41:9,22 42:13 | 166:2,13 167:1 | 223:9 | 207:7,25 208:3 | 274:22 283:7 |
| 45:16 46:7,19 | 169:10 170:13 | **obligated** | 210:12,19 | 286:3,17,23 |
| 47:10,23 48:17 | 172:1,8 179:23 | 66:1 | 264:21 265:15 | **once** |
| 49:7,15 50:3,24 | 180:9,17 181:17 | **obligation** | 266:1 | 140:24 180:3 |
| 51:8,17 52:2,19 | 183:11,20 184:4 | 257:1 | **offerings** | 247:12 |
| 53:3,23 54:1,14 | 185:13 186:4,15 | **observe** | 17:4 | **ones** |
| 54:24 55:6,24 | 187:24 191:1,13 | 105:14 242:2 | **offers** | 11:1 66:24,24 |
| 56:17 57:4,15 | 193:17 194:2,14 | **obtain** | 12:17 15:22 | 88:21 148:23 |
| 58:2,18 59:11 | 196:13 201:11 | 30:9 197:1 | 17:23 | 163:25 260:11 |
| 59:24 63:12 | 205:10 206:16 | **obtained** | **office** | 261:12 |
| 64:18,18,21 | 207:17 208:14 | 43:3 44:19,23 | 237:23 | **opinion** |
| 72:7 73:12,22 | 208:14 211:9 | **obtaining** | **officer** | 29:16 34:23 36:4 |
| 74:5 75:4,11 | 215:10,22 | 24:18 27:24 30:5 | 267:18 275:5 | 36:5,8 59:15 |
| 76:6,13,22 77:4 | 217:11,24 218:3 | **obviously** | **offices** | 95:4 234:23 |
| 77:17,17 78:19 | 219:18 221:14 | 16:5 20:7,15 | 2:17 | **opinions** |
| 80:3,14 81:23 | 224:3 225:2,16 | 37:11 52:13 | **off-topic** | 28:8 34:21 |
| 83:22,24 84:14 | 226:5 229:6,21 | 53:9 62:2 88:5 | 177:4 185:2 | **opportunity** |
| 84:23 85:3,20 | 230:5 231:8,22 | 98:24 114:24 | **Oh** | 174:23 176:19 |
| 86:8,23 87:13 | 232:25 233:24 | 155:8 166:4 | 96:13 162:16 | 196:22 228:15 |
| 90:1,25 91:13 | 234:11,18 237:2 | 175:12 187:5 | 283:9 | 240:6 268:24 |
| 91:19 92:18 | 237:12 241:22 | 204:16 206:5 | **Ohno** | 276:7 289:4 |
| 93:5,17 94:19 | 245:21 248:5 | 215:24 216:21 | 102:19 | **option** |
| 95:2 97:4 98:23 | 251:25 253:13 | 218:21 228:13 | **okay** | 190:20 |
| 99:14,24 100:11 | 256:16 259:11 | 230:9 245:7 | 13:19 18:6 27:7 | **order** |
| 101:17 102:1 | 260:23 261:14 | 248:10 252:22 | 32:10 43:16 | 1:19 5:11,13 7:6 |
| 103:2,9,18 | 261:22 262:13 | 264:3 269:16 | 44:3 46:2 47:19 | 7:20 18:16 19:2 |
| 104:1,16 105:21 | 264:2,23 265:16 | 281:10 282:6 | 50:19 62:12 | 19:4 21:22,24 |
| 106:8,21 107:6 | 269:7,19 270:20 | 283:1 | 65:4 68:7,15 | 22:19 23:2,20 |
| 107:16 112:1,6 | 272:5 274:7 | **occasion** | 69:4,8 70:18 | 24:3,7,10,16,24 |

25:13,15,22
26:7,13,15,18
26:22,24 27:14
27:21,22 28:3
28:21 29:17,20
30:3 31:2,12,18
32:2,6 33:14,21
34:13,22 37:17
38:2,17 39:1,11
40:11 41:8,21
42:12,16,20
43:8,11,15 44:5
44:9,11,13
45:14,20,23
46:1,5,11,13,14
46:14,18 47:4,8
47:13,15,22
48:9 54:3,5,8
55:5,8,11,16
56:20 57:3,14
58:1,17 64:15
65:10,17,22,25
66:2,5,14 67:10
67:21 68:19
69:15,19 70:5
71:5 109:4,10
110:21 111:13
113:10,14
116:18 118:2
119:18 120:7
126:5 175:10
176:21 189:21
202:22 203:6
206:9 212:22
213:18 217:20
243:5 244:3
247:20 248:10
249:21 250:2,7
250:18 253:25
267:9,16 274:15
274:16,17
281:21 283:24
**ordered**
67:2 175:10,15,17
220:19 254:6
268:21 281:20
283:23
**orders**

43:4,5,6 44:21
64:20 65:24
67:3 70:15,18
202:15 257:17
**ordinary**
112:19
**organization**
53:14
**organized**
247:21 287:25
**original**
23:17
**originally**
247:11
**originated**
113:17
**Osten**
96:1 102:16
**ought**
67:2 70:9
**outline**
135:5 146:7
147:7,25
**outlined**
257:10
**outline/brief**
7:13,15 182:18
244:13,19
258:16 270:2
277:19
**outrageous**
272:16,16,25
273:3
**outside**
19:15 20:1,23
34:1 37:20 39:6
39:22 40:24
44:7 45:10 55:3
55:14,17,23
56:5,6 57:1,12
57:16 58:15,22
59:18 60:13
61:20 62:3,8,9
62:11,18,20
63:11,16 88:9
88:12,13 90:11
91:2 92:11
93:15,24 94:13

94:15 101:11,13
105:18 106:4,17
107:4,16 108:18
114:25 117:4,5
117:11 121:8,9
121:18,21,21
123:1 139:9
140:13,16 141:9
141:20 142:4,18
143:16 144:3,16
145:8 158:18
161:3,5 170:14
176:1 189:25
190:2 208:5
210:14 230:6
235:12,13
241:24 242:5
260:24 274:5
278:5 282:7
284:11
**outstanding**
287:20
**overbroad**
17:10 29:24 31:4
41:23 42:14
52:3 54:14 57:5
58:3,18 59:25
75:25 264:2,24
266:3,19
**Overy**
102:18
**O''s**
246:6
**o'clock**
94:18 174:10,14
175:6
**O'Melveny**
152:24 153:6
**O-H-N-O**
102:19
**O-S-T-E-N**
96:2
——————
P
——————
**P**
3:1,1 4:1,1
**package**
221:22

**page**
1:17 2:1 3:6 5:2
5:10 6:2 7:2
19:4 62:19
116:5 130:17
179:2 189:20
192:7,16,17,23
193:9,16,25
194:25 217:4
240:14,25 241:6
241:20 258:10
258:11 260:3,15
261:8 267:11
275:2 281:21
283:23 292:4
293:4
**pages**
1:24 5:12,14,17
5:21,23 6:6,16
6:18,20 7:8,19
42:22 44:14
116:6 200:12
213:4,6 237:21
237:23 286:25
**Palo**
3:7
**paragraph**
189:22 192:6,16
192:19,23 193:9
193:16,25
194:25 195:2,3
195:5 217:5
218:25 223:20
225:19 227:19
229:19 231:16
238:19 241:20
275:2
**paraphrased**
99:19
**Park**
4:8 130:22 131:1
131:15,23 132:2
132:23 146:2,5
146:10 154:20
**parsed**
254:21
**parsing**
214:3

**part**
26:4 59:15 89:13
92:25 139:19
161:6 170:17
181:22 193:23
204:7,8 212:14
215:20 251:18
252:10 271:20
271:23
**partial**
190:19
**partially**
49:18 55:19 56:7
58:24 71:19
79:8,11 80:8
84:3,16 85:6,13
85:24 87:25
88:2 92:9 94:1
94:14 104:6
111:6 113:23
115:14 122:21
124:25 126:17
127:19,24 130:4
132:12 133:11
144:10 145:9
150:6 161:18
162:20 163:10
163:25 164:4
172:13 182:16
182:22 188:13
198:22 201:22
210:17,23
222:18 223:16
230:13 242:7
254:12 257:3
269:25 270:7
271:3 282:15
285:21,24
**participate**
10:21 14:14,24
75:23 91:15
187:1 262:7
**participated**
11:23 62:7 212:7
261:20 269:12
**participating**
15:1 64:24
**participation**

65:21 69:21
70:3
**particular**
48:11 91:3 115:2
180:2 183:3
199:19 200:24
201:16 210:9
216:22 217:16
219:5 237:24
256:23,24,24
270:10 278:12
278:15 284:12
284:13
**particularly**
139:12 272:25
**parties**
70:17 89:8,14
206:21 207:7
291:17,18
**Partners**
95:12,22 102:16
102:19 144:8
**party**
30:9,25 31:10
70:14 187:12
211:20
**party's**
26:24 27:14 28:3
28:22 29:21
**Pat**
154:22
**patent**
11:10 26:8,17,22
181:13 249:10
263:2
**patents**
42:22,23 190:7
**Patrick**
4:3 8:19 38:10
**Paul**
267:18,25 275:5
**pay**
68:14 204:2,3
212:5,9,12
**paying**
212:11
**pdf**
181:14 236:14

**Pease**
154:22 164:11
169:19
**penalty**
9:5 291:6,19
**pending**
69:16 70:8
280:12
**people**
14:14 21:7 43:4,9
44:20,22 50:12
60:14 67:11
74:19,22 97:19
97:22 98:8
123:1 140:23
162:19 182:15
200:16 246:7,8
251:17 266:24
**percentage**
100:21 112:5
**perfect**
189:13
**perfectly**
90:2 287:9
**performed**
142:17
**performs**
117:6
**period**
41:24 61:2
203:20 259:8
261:23 262:10
**perjury**
9:5 291:6,19
**permit**
197:9 272:8,11
**permitted**
215:24 218:21
219:14 234:1
237:3
**permutations**
31:7 42:24
**person**
76:2 103:21
161:15 173:17
181:7 195:12,14
240:7 252:22,24
**personal**

28:8,15,15 29:9
29:16 31:22,25
32:4 34:21 54:7
54:8 78:11,22
79:6,17 92:20
100:1,13 109:15
110:22 112:9
113:6 114:23
117:16 124:18
150:11 161:10
188:1 205:23
224:12 234:23
234:23 242:9
263:2 269:13
276:17,25
278:11 288:1
**personally**
26:21 43:23 50:4
60:7 62:4 91:14
93:23 105:24
106:11 114:14
137:10,17
241:13 245:18
261:18,19 279:4
280:2
**persons**
88:4
**perspective**
275:12
**Peter**
96:5 102:17
**Philips**
83:14 106:20
107:13 108:13
125:10 126:9
127:8 128:13
136:4 143:17
144:5,18 148:4
150:4 151:4
152:6
**phone**
61:11,14
**phonebook**
220:4
**phonetical**
173:12
**phonetically**
173:14 215:5

**phrase**
12:7,12 16:22
27:21 55:7
139:12
**physical**
140:9 238:14
**PICKERING**
2:19 3:5
**pieces**
24:2
**pioneers**
212:10
**place**
8:12 35:15 36:6
36:13 70:15
144:19 152:1
175:16 241:15
249:1 264:25
279:25 291:5
**placed**
194:21 277:5
**placement**
247:1
**plain**
269:9
**PLAINTIFF**
3:2
**Plaintiffs**
1:6
**Planet**
8:25
**play**
101:24 102:25
216:1
**pleasantries**
100:1
**please**
8:15 9:1 12:22
13:12 16:4
17:11 23:17
24:9 28:17 29:8
32:19,21 33:9
34:20 40:9 41:5
44:3 45:25 48:3
49:14 50:17
54:7 80:17
89:15 93:8,19
95:15 109:19

110:17 114:15
117:24 118:8
122:8 124:17
125:15 130:16
137:20 153:19
169:7 177:16
178:16 179:8
184:8 189:6
192:15 193:6
198:18 203:10
207:4 208:20
216:25 222:7
223:4 226:8,25
232:6 234:5
235:24 241:1
247:25 257:5
277:7 279:18
280:5 281:11
284:23,24
**plus**
181:13
**pocket**
251:7 258:10
**point**
53:1 107:9
174:24 177:6
206:7 214:16
255:8 262:3,25
267:14 282:18
**pointed**
275:11
**portion**
45:14,23 46:12
47:13 51:2
142:19 192:6
204:23 205:2
206:5 211:16
213:16 271:15
272:1 273:6,9
**portions**
1:18 7:19 46:11
115:18,21
120:18 277:14
**position**
9:22,25 10:8,16
23:11 34:9 35:1
35:2,5,10,12,17
35:24 70:3

Case 5:11-cv-01846-LHK   Document 3227-1   Filed 12/15/14   Page 323 of 342

175:23 176:2
177:9 188:24
195:23 213:10
228:10 268:20
273:1 274:2
286:9 288:8,15
288:17 289:6
**positions**
37:2 121:19
**possibility**
254:18
**possible**
11:17,24 59:17
81:2 226:2,11
255:13,21
**possibly**
61:25 84:5
**posted**
163:15
**potentially**
23:5
**practice**
115:2
**precise**
22:14
**precisely**
36:3
**prefer**
27:21
**preference**
90:15
**premised**
285:11
**preparation**
79:24 80:10,21
92:25 93:12,22
101:25 115:4
170:17 181:22
193:23 215:21
245:5 250:4,15
251:18 264:17
264:20
**prepare**
89:21 102:2
103:4 105:19
106:5,18 264:1
264:13 283:2
**prepared**

21:10,18 34:2
39:7 43:20
90:20 101:21,22
103:8 126:8
127:5 128:12
176:18 205:24
206:11 245:9
246:4 264:21
265:15,25
275:19 278:12
**preparing**
102:25 205:8,20
206:14 287:24
**presence**
16:21
**present**
4:11 8:22 61:6,10
204:19 259:9
262:1 269:17
**presented**
37:14 284:10
**presenting**
8:25
**preservation**
26:4 137:10,25
152:13,22
**preserving**
152:4
**president**
9:23 10:17
**pretty**
69:1 175:4
**prevent**
59:22 161:22
**previous**
2:1 163:19 166:8
255:16 258:2
**previously**
46:17
**prior**
32:12 68:5 88:16
161:24 166:15
178:2 209:23
236:17
**privilege**
16:3 23:23 32:23
34:17,24 36:15
37:11,18 38:6

76:17 77:6
90:17 91:2,3
106:10,22 107:8
111:17 116:20
117:8,14,17
119:8 126:2
128:23 130:1
137:17 185:15
208:8 286:24
**privileged**
16:9 20:7 23:10
33:3,8 34:15
35:14 36:1,5,5,7
36:13 41:16
61:25 86:18
90:14,24 110:23
113:7 118:19
119:3 120:12,22
121:4,15 123:10
124:14,16,20
125:12 139:15
140:20 142:24
153:20 156:8
165:5 166:16
171:2 186:7
187:6 208:19
209:7 211:15
234:4 264:6
265:4
**privileges**
118:6 125:22
**privy**
171:5 193:13
282:6 284:12
**probably**
27:20 40:5 50:12
97:14 98:11
173:2 174:20
193:20 212:1
230:10 256:25
287:5
**problem**
194:3
**proceed**
69:12 71:8
**proceeding**
19:13,24 20:21
39:4,20 40:22

117:2 161:2
281:24 284:2
**proceedings**
33:24 45:8 66:4
291:4
**process**
141:2 208:3,4
210:13 248:9
263:3,24,25
265:11 284:14
**processed**
138:15 141:6
**produce**
114:24 220:19
237:16 248:10
**produced**
47:20 48:8 55:16
57:2,13,25
58:17 66:2,13
111:9 112:23
116:7,17 118:1
119:16 120:6
175:10 200:3,9
200:12 237:24
238:1,8 274:4
276:12 284:13
288:21
**producing**
111:11 176:1
**product**
12:21 13:11
14:12,22 16:3
16:17 17:12
20:16 24:14
26:1 31:23
32:17 33:5,8,19
34:24 38:5,23
40:14 41:12
72:9 86:24
87:16 93:8,21
98:3,16 105:23
110:24 113:7
114:12 117:8,17
118:5,19 119:5
119:8,22 120:12
122:5,17 123:10
124:16 125:22
126:12 127:12

129:25 131:20
138:5 139:15
140:20 142:24
143:20 150:23
153:21 155:9
156:8,18 161:12
162:3 165:3,5
166:6,16 167:3
168:18 169:1
171:2 179:8
182:3,12 183:14
185:6,15 186:7
186:18 188:21
189:18 191:6,17
193:3 194:17
196:16 205:13
206:24 207:2,10
207:17 208:16
208:19 209:5,7
226:23 232:5
234:4 239:7
240:3 249:15
264:6 265:3
278:3 281:12
282:11
**production**
71:4 91:15
111:20 113:13
120:16 161:15
178:2 237:21
238:11,15 245:8
247:17
**productions**
111:1
**products**
74:1
**professional**
272:17
**Professor**
82:5,8,13,17
84:12,21
**pronounce**
251:13
**proper**
29:25 43:21 71:7
273:20 286:16
286:21
**properly**

140:16 205:1
232:2 272:9
**property**
267:18 275:5
**proposal**
204:1 282:22
**propose**
203:11
**proposition**
209:10
**proprietary**
24:19 27:24 30:6
42:25 44:17
**Pross**
96:1,2 102:16
**protect**
117:8
**protected**
23:10 125:21
265:3
**protective**
1:19 5:13 7:6,20
22:19 23:2,20
24:3,7,10,16,24
25:13,15,21
26:7,13,14,18
26:22,24 27:14
27:21,22 28:3
28:21 29:17,20
30:3 31:2,12,18
32:2,5 33:14,21
34:13,22 37:17
38:17 39:1,11
40:11 41:8,21
42:12,16,20
43:4,5,8,10,15
44:5,9,11,13,21
45:14,20,23
46:1,5,11,13,14
46:17 47:4,8,13
47:15,22 48:9
55:5,8,11,16
57:3,14,25
58:17 64:15,20
65:10,17,22,23
66:1,5,14 67:10
67:20 68:19
69:15 70:5,15

71:5 203:6
206:9 212:21
**protest**
36:10
**provide**
33:12 38:15
58:20 65:5
80:11,22 81:6
81:10 107:5
109:5 112:18
118:9 125:4
219:15 234:12
234:20 246:23
254:4 275:13
276:2 289:3
**provided**
24:23 65:12 89:9
92:12 94:15
95:5 100:9
101:14,15
107:18 109:4
127:11 157:23
165:4 189:17
191:16 207:25
213:9 233:1
239:6 240:17
247:8,20 264:5
274:5
**providing**
161:17
**public**
5:20 49:21 50:22
55:20 56:10
58:10,12,25
60:7 64:4 72:2
76:21 79:15,19
79:23 81:19
104:7 106:6
108:3 109:1
111:7 113:24
115:15 122:23
123:16 125:1
126:18 127:2,20
127:25 128:5
129:3,6 130:5
131:15 134:24
135:1,5,11,14
135:18,23 136:2

136:6,13 139:21
145:10 146:7,14
146:21 147:2,6
147:10,16,24
149:1,20 150:7
153:8,12 162:21
163:11 182:17
183:5 188:6
201:23 209:13
210:18,24 211:2
242:24 252:6,11
252:15 254:9,13
254:15 257:6
270:1,8 271:3
276:22 277:3,8
277:14,19
278:10 282:16
285:5,25
**pull**
220:10 221:15
288:7
**purpose**
24:9 28:2 30:3
58:9,14 66:3
127:3 128:6,19
129:7,10 134:8
134:12,16,20
135:8,14,20
136:3,10 146:16
147:3,16 166:22
167:13 168:2
182:23 183:1
211:3 253:2
254:20 255:5
256:9 271:9
**pursuant**
2:24 70:17 71:4
204:14
**put**
27:19 177:15
185:18 279:21
284:20,23
**Putting**
78:15
**P-R-O-S-S**
96:2
**p.m**
155:16 230:17

289:24

___

## Q

**qualified**
123:19
**qualms**
69:24
**question**
12:23,25 13:18,19
15:19 16:10
17:2 18:1,4,5,7
18:10,14 20:8
20:17 22:24
23:17 27:3,5,6,9
28:6,7,13,18,19
29:7,13 30:16
30:18 32:12,21
32:24 34:5,6
35:8,14,22,25
37:10,16,25
38:20 39:7,14
40:8,9,18,25
41:4 42:3,9
43:12 44:2,3,25
46:1,15 47:16
48:4,10,13,15
48:18,23,25
49:1,8,11,12
51:13,21,23
53:17,24 54:23
55:12 56:2,21
57:9 59:12
61:24 63:7
69:16 70:7,8
76:12 77:7
80:18 83:8,9,10
87:18 89:23
90:8,13,17
91:17,22,23
92:4,11 93:10
94:22 95:16,18
96:11 98:18
99:8,10 107:20
108:22 109:19
110:17,24
114:16 116:21
117:23,24
118:24 119:12

119:24 120:14
120:17,25 122:8
123:3,13,19,21
124:2,2,5,7,12
124:19,22,23
125:12,17
126:23 127:10
127:15 128:2,8
128:16,17,22
129:13,15
132:20,23 133:3
143:3,19,21,25
143:25 144:12
144:13,14,15,23
145:3,14 146:5
147:9,10,22
148:9,24 149:12
151:12,22,25
152:7,11,20
153:4,23 161:11
162:24 165:16
167:8 168:20
170:4 171:16
177:4,21,25
178:15 179:25
180:2 181:20
186:21,24
189:16 191:19
192:25 193:6
197:4 198:5,7,8
198:9,10,13,20
198:25 199:8,11
199:13,21
200:13,17,18
201:4,17,19
202:1,9,18,25
203:9,10 204:18
205:15 207:1,3
207:13 208:1,7
208:9,15,18,20
209:1,15,20
210:2,4,15
211:17 218:2,8
218:25 219:2,6
219:25 220:2,15
220:18,20 221:2
221:5,16 222:6
224:7 225:7

Case 5:11-cv-01846-LHK   Document 3227-1   Filed 12/15/14   Page 325 of 342
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

324

226:8 227:1
228:3 231:2,14
232:9,10,13
233:25 234:7,8
234:14,22,25
235:22 236:17
237:8,14,24
238:15 239:9,13
240:8,16 241:1
241:7,16 247:2
247:16,24,25
248:6,15,20
249:25 250:21
252:1,17 253:18
253:19 254:25
255:12,18,20,23
255:25 256:11
257:15 259:19
262:22 265:8
266:13,15,18,22
268:2,8,12
270:9 271:16
272:1,3,4 274:1
274:9,9,20,20
275:14 276:23
277:7 279:19
280:20 281:16
282:9,17 283:3
283:17 284:10
284:16,23
285:11,12 286:5
**questioned**
273:7
**questioning**
37:19 39:13
43:18,25 109:17
111:3,15 113:4
117:12 143:11
160:22 162:1
172:10 269:15
272:21 273:11
275:25 282:6
287:8 288:3,6
288:11
**questions**
29:5 35:20 37:6
37:14 43:22
45:6 54:19

69:11 81:1 84:6
84:8 85:7 90:3
98:20 99:12,16
99:18,20,22
100:2,2,4,5
101:6 108:17
110:13 121:7
123:17 132:8,23
137:1 140:16
141:25 145:7,15
146:23 161:4
171:7 174:23
175:3,8,24
176:13,16,19
177:7,13 185:2
197:7,7,15,19
197:21 198:16
200:15 201:7
202:7,17 213:7
223:1,11 232:8
238:18 244:24
245:11 246:14
247:15 249:2
250:11 252:8
253:5 255:9,22
256:12 257:10
259:5,6,24
260:8,11 261:4
261:6,8,11
263:23 269:13
269:17 273:17
286:6 287:13
288:12
**quickly**
245:11
**Quinn**
3:15 4:12 49:17
49:20 55:18
56:7,9 58:23
60:6 61:9,10
62:2,16 66:6
71:18 79:7,11
79:18,22 80:7
84:3 85:5 87:24
88:2 90:6,16
91:15 92:8,15
93:2,25 94:10
94:14 100:24

101:5 102:22
113:11,22
122:21,22
123:14 126:16
126:18 127:18
127:19 132:11
132:16 134:23
136:12 144:9
145:9 147:24
149:19 150:6
151:20 154:18
159:25 160:6
161:16 163:12
164:10,24
165:19 168:5,14
168:22 169:18
172:5,12 175:25
177:23 184:1
192:4,12 217:3
217:6,22 218:11
218:16 219:9
220:8 221:7
222:11 223:6,15
223:17 224:8
225:21,22
226:19 227:6
229:11,11 232:1
232:16,21
235:12,13
237:16 241:7
245:10 246:25
247:3,9,12
248:3,19 257:3
270:7 272:11
274:18 277:6,22
278:25 279:3,22
285:4
**quite**
15:18 85:7 97:21
154:10 260:15
**quote**
275:21,22
_____
**R**
_____
**R**
3:1 4:1 292:1,1
293:1,1
**Rachel**

3:14 8:21 73:1
75:16,22 104:23
199:15
**raining**
243:8
**raise**
221:21
**raised**
57:7,11
**Randall**
6:15,17 102:23
**range**
44:16
**reach**
95:11 175:5
234:24
**reached**
60:9
**read**
12:23 13:22,24
18:21,23,24
21:20 23:16
28:17 45:25
46:5,14,17 47:4
47:8,12,15 52:7
91:23 95:15
136:23 137:1
143:23 144:1
161:21 187:18
187:19 189:6
191:18,20
192:19 205:17
209:22,24
224:18 234:6,10
234:13 240:11
240:24 241:19
243:20 269:1
274:13 275:8
283:17,20
284:23,24,25
290:4
**reading**
54:3,5,8 69:25
205:15 225:19
226:14 228:2
229:1 230:9
234:8 240:13
243:4 250:18

253:18 274:7
275:2
**reads**
223:20 224:15
227:20 228:6
233:15 242:22
267:13
**ready**
21:21
**real**
66:16 219:4
236:3
**realize**
224:9
**realized**
223:21 225:13
**really**
36:24 46:10
47:14,16 53:8
53:18 54:17
55:11 70:7
87:18 89:10
104:17 108:7
118:24 175:20
195:3 202:6
230:11 278:7
279:11 280:20
281:15 285:12
289:4,8
**reask**
12:10 23:18
28:19 42:9
247:1 248:1
253:19
**reason**
186:11 190:18
194:24 207:20
216:23 248:11
253:4,7,21
256:11 280:10
280:25 292:4
293:4
**reasonable**
155:15 211:6
**reasons**
120:18 175:6
255:21 287:1
**rebuttal**

164:14 196:6
216:11,14,17
229:12 230:19
**recall**
60:23 126:20
128:3 132:14
133:8,9 146:5
146:15 147:14
148:19,25
157:21 166:20
167:12 168:1
178:5 182:21
184:1 203:9
210:25 217:10
241:14 260:10
265:23,24
**recalled**
127:22 133:18,22
133:25 134:3,6
134:10,14,18,22
134:25 135:3,7
135:9,12,16,20
135:22,25 136:1
136:12 146:10
146:13,20 147:1
147:23 252:17
252:25 273:7
**recalling**
148:2
**recalls**
126:24 132:10,15
133:14 136:9,9
182:24
**receipt**
75:10,19 76:4,20
105:20 106:6,19
151:2
**receive**
55:23 82:16
131:15 149:18
149:25 150:2,17
153:6,10,16
198:6,11 275:6
**received**
26:3 41:19 42:10
43:4,10 44:20
44:22 47:19
48:7 49:5,17,20

50:9,13 52:1,17
53:1,21 54:12
55:4,15,18 56:6
56:9 57:1,12
58:23 60:5,13
71:18 81:15,19
82:7,12,19 84:6
86:2 88:10
91:11 92:1,16
93:4,16,25
94:13 107:25
108:9 109:3,7
110:5 113:22
115:14 122:24
123:17 126:16
127:18 129:18
137:5,10,18,25
140:24 141:20
144:9 145:8
149:17,19 150:5
156:13,21,22
158:17,24
162:20 163:10
163:25 166:12
166:25 167:16
167:23 168:6,15
169:6,9 170:5
179:13 180:1,3
182:15 183:18
197:8 198:22,24
199:19 200:6,16
210:22 219:8,22
219:23 220:7
222:10,18 233:5
246:8 250:8
257:2,7 285:8
**receiving**
51:22 64:19 82:9
132:10,14
134:22 151:19
157:21 178:5
254:12 256:5
270:6 271:7
**recess**
70:22 96:21
145:22 174:1
212:23 242:16
267:4

**recipient**
72:1 88:6,7 92:13
157:22 161:18
170:8 178:3
285:3
**recipients**
5:15,18 64:2 72:1
82:14 88:3
170:1 173:4
179:12 246:5
**recitation**
189:13
**recited**
275:19
**recognize**
154:14 159:24
164:8 169:16
172:18,24
173:16 181:4
278:13,17,20
279:20
**recollect**
266:23
**recollection**
50:5 51:21 58:6
78:12 79:7,18
79:20 82:9,11
118:21 119:11
120:15 129:4
136:5 146:4
148:20 203:25
204:5 217:8
252:13,14
254:12,14,17,24
255:1,4,6 256:5
256:6,7,8 270:6
270:13 271:7,8
**recollects**
58:13
**reconcile**
241:18
**reconstruct**
52:8
**record**
13:24 21:20
35:10,21 40:2
57:16 61:13
62:2 64:9 65:3,4

65:11 67:12,15
68:15 70:20,23
72:4 96:20,22
102:13 137:24
144:1 145:20,23
173:13,25 174:2
174:6,6,12,13
175:12,18 176:5
187:19 191:20
192:5 199:14,17
200:20 204:13
205:17 206:2,3
206:4 212:16,17
212:24 213:2
222:17 223:10
242:15,17
243:22 266:25
267:2,5 280:22
282:23,24 283:3
283:20 284:21
284:24,25
287:21 288:19
289:18,21
**recorded**
291:8
**recording**
242:11 282:20
**records**
105:3 199:20
233:3
**redact**
116:16 117:25
119:15 120:3,4
184:18
**redacted**
7:23 49:18 50:1
50:10 51:3,6,15
55:19 56:8
58:24 71:19
77:15 79:8,9,11
79:12,20 80:8
84:4,11,16 85:6
85:12,14,15,19
85:24 86:6,22
87:11,23,25
88:1,2,4,23
90:12,22 91:12
92:2,9,17 93:4

93:16 94:1,14
104:6 105:20
111:6 113:23
114:8,21 115:8
115:15,17
116:11,20
118:15 120:18
122:21 125:1
126:17 127:19
127:24 129:19
130:5,6,13
132:12 133:11
138:9 139:10
140:5 141:21
142:19 144:10
145:9 149:17
150:6 153:7,11
158:4 160:14,19
161:19,23
162:20,20
163:10,25 164:4
164:13,14,15,25
169:22 171:25
172:7,13 179:15
179:16 181:8
182:16,22 184:3
188:13 190:10
192:6 196:2,4,6
197:2 198:3,6
198:11,22
201:22 205:2
209:12 210:17
210:23,23
215:16,19,19
216:11,14,17,20
217:7,22 218:12
218:22 219:8
220:7 222:10,19
223:7,16,23
224:24 225:8,15
226:20 227:7
228:17 230:13
230:19,20
231:10 232:2
233:16 236:7,8
236:23 238:21
239:22,23
241:10,18 242:8

254:8,12 257:3
269:25 270:7
271:3 282:15
285:22,24
**redacted.doc**
155:16
**Redacted.pdf**
169:23
**redaction**
115:22,24 190:19
**redactions**
116:5,15 117:6,7
118:12,13
175:25 177:24
178:2,12 184:17
228:9,23 230:2
230:24 232:23
**redirected**
288:6
**Redwood**
3:18
**Reese**
133:16 257:4,4
**refer**
89:3,6 90:7,15
92:3,21 94:20
95:9 163:19
219:21,24
**reference**
89:24 236:8
**referenced**
162:13,25 214:4
225:20,22
236:24 250:9
288:4
**references**
223:22 225:14
249:22 257:22
**referencing**
227:17 231:6,19
232:21
**referred**
50:22 193:15
224:20 229:18
230:3
**referring**
73:17 92:5 94:10
101:13 138:19

200:3,8 217:17
217:24 218:4
229:23 231:9
286:2
**refers**
274:17
**reflect**
215:2 280:22
**reflected**
223:10
**refresh**
148:20
**refuse**
34:13 36:11
**refused**
197:9 219:17
272:10,15 288:7
**refusing**
70:11 276:1
**regard**
111:1 218:25
**regarding**
14:22 16:2 18:2
19:8,16 20:2
21:4,10,19
39:17 43:19
76:4 81:2 84:6
86:21 87:10
90:6,20,21 93:3
93:14 105:19
106:6,18 109:13
126:4 143:16
144:3,16 150:6
161:5 166:14
185:14 187:2
198:2 200:15
201:13 221:24
245:12 247:15
248:15 249:10
275:25 279:14
279:16
**Regardless**
82:11
**reinterpretation**
18:9
**reiterate**
64:22
**related**

10:13 11:5 52:4
54:19 82:2
100:2 104:5
107:12 108:12
121:25 122:13
123:6 124:8
125:8 138:8
152:4 187:15,22
**relating**
39:7 45:6 107:18
128:25 188:12
227:15
**relative**
291:16
**relevant**
61:25 109:24
208:12,23
209:19 248:11
282:8
**relied**
246:25 247:3
248:2
**rely**
247:7
**relying**
248:18
**remember**
101:4 130:18,22
137:20 262:18
262:19 263:8
**remembering**
146:13
**remind**
123:9 150:10
182:2
**repeat**
13:19 15:6 40:9
44:3 48:4 80:18
82:24 83:9
110:17 114:15
117:24 119:25
120:2 122:7
124:4 127:16
143:24 160:16
169:7 178:16
193:5 203:10
207:3 208:20
222:6 226:7,25

231:14 247:25
259:19 277:7
**repeatedly**
197:6,8 219:13
288:6
**repetitive**
254:22
**rephrase**
18:11
**reply**
247:12
**report**
5:17 7:9,11 10:14
49:18 50:2,10
51:2,6,16 55:19
57:22 58:5,24
60:6 64:3 71:19
75:10,20 76:5
77:12,25 78:3,9
78:15 79:8,12
80:1,12,23
81:15,21 82:5,8
82:10,13,17,21
82:25 83:4,12
83:18 84:3,4,12
84:16,21 85:6,8
85:11,14,16,18
85:24 86:7,22
87:12,23,25
88:3,23 90:12
90:23 91:12
92:2,9,17 93:4
93:16 94:1,15
104:6 105:20
108:3,25 111:6
111:6 113:24
114:8,21 115:9
115:15 122:22
123:15,22 125:1
126:17 127:2,19
127:24 128:5,10
129:2,6,19
130:5 132:15
133:8,12,16,16
133:20,24 134:2
134:8,12,16,20
138:9 139:10,20
140:5 141:21

142:20 144:10
144:13 145:10
149:1,17,20
150:7 153:7,11
153:17 158:24
160:15,19
161:19,24
162:21 163:11
163:13,15 164:1
164:4,14,15
165:1,14 166:12
166:22,24
167:10,12,15,22
168:1,4,6,14,23
169:5,8,22
170:12,19
171:24 172:6,13
182:16,23 183:1
183:5 184:3
187:12 188:5,13
188:17 190:1,3
190:4,9,12
193:11 194:7,12
194:20 196:2,4
196:6,12 197:2
198:4,7,12,22
198:24 201:22
209:13 210:17
210:23 211:2
215:16,19,20
216:11,14,17,20
217:7,23 218:12
219:9 220:7
221:25 222:10
222:19 223:7,16
224:17,25 225:1
225:12 226:3,12
226:20 227:7,13
227:22 228:8,22
229:12,13 230:1
230:14,19,20,24
231:6,10 232:17
232:22 233:5,16
235:1 236:7,8
236:23 237:7
238:21 239:21
239:23 240:17
241:9,18 242:8

242:23 243:12
244:6 253:8,24
254:9,13,16
257:4 270:1,8
270:11 271:3
276:21 277:3,5
278:9 282:15
285:22
**reported**
1:25 253:24
**reporter**
8:24 9:1 23:16
28:17 69:17
95:15 143:23
157:9 159:20
174:11 189:8
191:18 209:22
213:6 243:10
284:20 289:16
291:3
**REPORTER'S**
291:1
**reports**
56:8 78:6 80:8
87:7 123:24
132:12 231:19
232:3
**represent**
8:16 149:22
150:8,13 154:1
154:6 158:13
184:16 245:7
246:21 280:22
**representation**
151:10 156:20
158:22 280:25
281:3
**representations**
88:11 93:2,14
94:2,5,8,9,12
121:19 126:1
141:16
**representative**
29:15 92:23
95:11,13
**representatives**
93:24 249:9,10
259:10 260:22

**represented**
245:16
**representing**
121:9 141:9
274:12
**represents**
236:11
**request**
152:1 165:9,13
188:7 213:5
235:6
**requesting**
159:19 213:20,21
**require**
57:18 93:6
120:11 161:11
185:6 186:18
191:5 196:16
205:12
**required**
19:9 113:13
**requires**
21:15
**requiring**
213:19,22
**research**
183:18
**reserve**
175:2
**reserving**
202:21 214:2,5
**resort**
119:12
**Resources.Pdf**
196:7
**respect**
10:19,23 11:7,9
14:9,19 19:3,18
21:12 43:9
48:23 49:9
52:10 58:4,8,10
58:12 64:15
71:17 76:23,25
83:18 88:12
94:2 100:13
106:14 108:22
111:5 122:18
124:23 126:2

127:15 128:24
132:6 141:13
144:6 145:4
146:1 157:6
162:7 167:9,10
167:24 168:2
171:17,19
187:10 188:4
201:21 210:8,11
210:16 211:23
230:12 242:4,5
242:24 261:10
269:21,24 270:3
270:25 275:10
**respectfully**
41:17
**respond**
133:7 176:24
272:9 273:14
**response**
19:1 38:8,12
43:21 109:9
110:21 111:12
116:17 118:1
119:17 120:6
133:21 153:20
**responsibilities**
10:11,19,22 11:6
11:9 12:16 20:9
259:1 280:2
**responsibility**
11:15 20:18
**responsible**
103:16
**responsive**
108:21 111:22
112:12 114:2
128:21 138:16
248:12 271:15
**rest**
176:22
**restate**
170:3 171:18
**restrictions**
194:5,21
**restroom**
63:5 143:5
**result**

34:15,23
**resulting**
38:3
**retain**
73:9
**retention**
137:5
**reveal**
13:13 98:15
119:22 131:19
150:22 233:1
**revealing**
119:7
**review**
10:24 11:4 50:5
75:10,20 76:5
76:21 77:24
79:25 80:7
89:20 90:2
114:25 115:5,12
160:8 167:15
219:14 237:3
276:7 291:13
**reviewed**
21:8 77:9,11,16
78:2,8,16 79:10
79:14,21 87:24
88:1,11,14,16
94:2 114:5,18
115:16,19
154:23 252:23
**reviewing**
50:5 78:12 79:7
79:18 132:10,15
133:8,9,14,18
133:22,25
134:25 135:3,9
135:16,22 136:5
146:13,20
252:13,14,17
254:15,17,24
255:1 256:6,7
271:8
**Richardson**
102:21 149:16,22
150:16 152:3,14
**rider**
212:9

**ridiculous**
272:22
**right**
17:2 36:12 45:19
51:20 64:7,17
66:21,21 67:17
68:3 74:21
100:23 133:2
159:7,11 175:2
177:6,6 178:25
183:21 198:13
204:24 214:16
216:14 228:1,25
238:5,6 239:15
251:10 271:19
274:11,19 280:1
287:15
**rights**
202:1 214:3,6
287:6
**Road**
3:6 4:6
**Robert**
6:5,15,17,19
159:25 160:5
192:11 193:21
218:16
**role**
101:24 102:25
245:4
**roll**
272:1
**room**
64:23 199:20
201:15 202:10
202:15,20,23,24
204:20 213:5
**Ropes**
62:23 96:14
102:21 152:24
**Rosa**
173:8
**Rospatt**
96:1 102:16
**rough**
240:12,14 241:3
**route**
258:3

**routed**
121:8
**royalties**
155:15
**RPR**
2:25 291:3
**rules**
272:18
**run**
18:12
**running**
242:10
**Ryan**
4:4 8:19
**R-O-P-A-T-T**
96:1

---

**S**

**S**
1:20 2:16,20 3:1
  4:1 5:1,2,7 6:1
  7:1 9:4,13
  289:23 290:3
  292:1,3 293:1,3
**sabbatical**
60:12
**SAMNDCA-ZZ...**
5:25
**SAMNDCA-Z0...**
6:4
**SAMNDCA-Z0...**
6:8
**SAMNDCA-Z0...**
6:22
**SAMNDCA-Z0...**
6:22
**SAMNDCA-Z0...**
6:10
**SAMNDCA-Z0...**
6:14
**SAMNDCA-Z0...**
6:14
**SAMNDCA-Z0...**
6:12
**SAMSARAND**
155:15
**Samsung**
1:8,9,11 2:3,4,6

3:11,12,12 4:13
8:6,22,23 9:15
9:22 10:3,6,17
14:14 15:1,17
16:6 17:13,17
18:2,25 19:5,11
19:21 20:4,19
21:7,14,16
24:23 25:22
26:7,18 28:2,21
31:17 32:1,5
33:13,22 37:2
38:16 39:2,10
39:18 40:10,20
41:1,7,19 42:4,5
42:10 45:7,12
45:15,20 47:19
48:7,24 49:5,16
49:19,21 50:9
50:14 51:5,25
52:11,13,16,22
52:22,25 53:9,9
53:13,15,16,20
53:20,22 54:18
55:17 56:25
57:7,8,11,20,24
58:5,13 59:21
59:23 60:3,17
66:3 71:17 72:1
72:4 76:3,10
77:12,25 78:4
78:10 80:1
81:22 82:23
83:2,14,21
84:13,16,22
85:18,25 86:1,3
87:11,21 88:6
88:20 91:10,11
91:25 92:1,9,11
92:12,16 93:3
99:4 100:3,15
101:6,9 105:18
105:25 106:4,17
107:4,12,14,24
108:11,23 109:9
110:19 111:11
112:22 113:21
114:5,18 116:16

116:25 117:11
117:25 118:15
119:15 120:3,4
120:20 121:2,9
121:12,19,20,24
122:10,20,24,25
123:1,5,14,25
124:7,13,24
125:19 126:1,7
126:15,18
127:17,25 129:1
129:2,18,20
130:2,5 131:2
132:6 135:1,13
135:17,23 136:2
138:10,23 139:8
139:19 140:3,11
141:9,20 142:10
142:18 143:15
144:2,16,22
145:5,10 146:14
146:21 147:2,6
147:16 149:10
149:22 150:8,14
152:13,22 153:8
153:12 154:1,6
154:19,21,22
158:7 160:13,17
161:17 162:10
162:12,21,24
163:9,11,14
164:2,15 167:7
169:23 170:1,5
170:8 173:4,17
173:19,20
179:21 180:1
181:6,8 182:15
183:8 184:2,23
185:24,25 186:2
186:12,21 187:3
187:16,23 188:5
188:9,17 189:2
190:2,23 191:10
191:21 193:15
195:13,14 196:5
196:9 201:9,13
202:3,12 203:11
203:18,25 204:2

204:3,14,16,16
206:6,20 207:6
208:11,22
209:13,17
210:17,22,24
211:2,5,7,14,19
212:3 213:8,14
213:15 214:5
215:7 217:7,9
217:17,19,21
218:11 219:1,7
220:6 222:9
224:16 225:12
226:19 227:6
230:13,21 232:1
232:22 233:17
235:9,10 236:4
236:6,11 237:7
237:16 239:11
239:17,23
240:18 241:9
242:7 247:13
249:1,9,23
250:8 252:4,19
253:2 254:8
256:22 257:2,9
258:24 260:18
261:20,25
262:22 263:2
264:13,25
265:14 267:19
268:4,13 269:2
269:3,24 270:8
270:17 271:3
272:8,11 274:2
274:5,19 275:18
276:20 277:5,23
278:8 279:6,17
280:3,11 285:24
292:2 293:2
**Samsung's**
11:19 12:3 13:9
13:21 14:1,6,8
14:18 15:4,9,21
16:12 17:3,22
19:8,16 20:3
21:11,19 49:21
54:11 55:3,14

55:20,23 56:5
56:10 58:15,24
60:7 65:16,21
67:9 68:17 70:3
76:21 79:15,19
79:22 91:2
93:14,15,24
94:13 101:11
104:7 106:6
108:3,16 109:1
109:14 111:7
113:24 115:15
117:5 122:23
123:15 125:1
127:2,20 128:5
129:6 134:23
135:4,11 136:6
136:13 146:7
147:10,24 149:1
160:25 175:21
175:23 182:17
183:5 189:24,25
190:2,6 201:23
213:10 218:8
220:5 222:8,22
223:2,24 233:20
235:11 236:10
236:21 241:16
252:6,11 254:9
254:13 257:6
267:23 268:3,24
269:2 270:1,11
274:1,5 275:18
276:19,22
277:14 278:9
282:1,15 284:4
285:4
**Samsung-Apple**
213:9
**San**
1:2 8:8 280:13
**sanctions**
5:12 267:9
**satisfaction**
245:24 246:3,12
**Saturday**
164:10 216:8
**save**

| | | | | |
|---|---|---|---|---|
| 244:25 | 268:9 269:8 | 221:15 224:18 | 18:13,18 20:13 | 98:9,19 99:9,21 |
| **saw** | 270:21 276:16 | 224:19 231:7,21 | 20:24 21:23 | 100:7,16 101:23 |
| 22:5,8 51:18 | 277:25 278:6 | 232:7,18 233:13 | 22:1,13,18,24 | 102:4,6,9,11 |
| 53:10 131:12 | 280:15 286:16 | 233:18,19 237:6 | 23:3,6,9,18,19 | 103:6,15,20 |
| 184:21 226:3,12 | 286:21 | 237:10 238:24 | 24:1,22 25:4,9 | 104:9,19 106:3 |
| 245:2 253:7,21 | **scratched** | 239:11 243:2 | 25:14 26:6,16 | 106:16 107:3,11 |
| **saying** | 176:25 | 245:23 258:12 | 26:23 27:8,12 | 108:10 109:8,20 |
| 17:7 35:24 41:15 | **scroll** | 258:13 260:3,7 | 28:1,9,19,20 | 110:9,18 111:10 |
| 117:19 158:23 | 189:7 283:19 | 260:14 267:13 | 29:4,18,25 30:8 | 111:23 112:4,21 |
| 163:6 226:19 | **sealed** | 272:9,15,20 | 30:17,21 31:8 | 113:15 114:4,17 |
| 227:6 238:9 | 7:19 203:7 | 273:1 282:14 | 31:16 32:3,14 | 115:3 116:8,13 |
| 240:22 256:3,10 | **search** | 283:7 | 33:1,11 34:4 | 116:22 117:18 |
| 257:4 271:5 | 106:2 | **seeing** | 35:6,7,13,18,25 | 117:22 118:14 |
| 287:9 | **searches** | 30:4 51:22 | 36:12,24 37:9 | 119:1,14 120:1 |
| **says** | 108:4 | 118:22 218:22 | 37:25 38:7,13 | 120:19 121:1,11 |
| 19:19 29:17 30:4 | **second** | 233:14 | 38:14 39:9,25 | 121:23 122:9 |
| 54:4 69:19 | 79:3 103:23 | **seek** | 40:7 41:2,6,18 | 123:3,4,20 |
| 124:3 148:22 | 105:25 106:1 | 26:12,22 38:4 | 42:1,17 43:13 | 124:6 125:5,18 |
| 158:4 195:24 | 157:19 158:19 | 287:15 | 44:1,10 45:13 | 126:6 127:4 |
| 204:14 221:2 | 167:17 192:6,15 | **seeking** | 45:22 46:3,4,16 | 128:7 129:11,16 |
| 267:16 | 202:19 203:17 | 86:9 208:16 | 46:24 47:7,18 | 129:17 130:7,15 |
| **schedule** | 205:25 206:1 | 259:7 | 48:6 49:4,12,13 | 131:14,22 133:5 |
| 97:18,25 98:13 | 210:20 217:4,4 | **seeks** | 49:22 50:8,20 | 137:11,23 138:7 |
| **scheduled** | 223:19 225:23 | 26:7 | 51:4,12,24 | 138:18 139:6 |
| 151:10,21 | 228:20 229:18 | **seen** | 52:15,24 53:19 | 140:1 141:18 |
| **scheduling** | 231:16 238:19 | 18:19 22:2,3 78:6 | 53:25 54:10,22 | 142:2,16 143:4 |
| 97:23 98:5 | 239:1 241:20,20 | 106:11 118:20 | 55:2,13 56:3,24 | 143:6,8,13,14 |
| **scope** | 250:6 251:9 | 119:9 120:16 | 57:10,23 58:7 | 144:11 145:17 |
| 26:11,20 28:10,25 | 258:10 260:3,4 | 130:9 157:10,12 | 59:8,20 60:2 | 146:9 148:17 |
| 31:20 37:20 | 260:7 266:25 | 178:1 184:19 | 62:1,6,25 63:7,9 | 149:3,15 150:15 |
| 40:16 44:7 | 272:2 | 192:9,13 229:19 | 63:14,23 64:8 | 150:25 151:8,14 |
| 45:16 46:21 | **secret** | 230:3 231:20 | 65:1 66:12,16 | 151:16 152:2,12 |
| 47:24 48:2,16 | 24:20 27:25 30:6 | **select** | 66:19 69:10,18 | 152:21 153:5,25 |
| 48:18,21 49:9 | **secrets** | 248:3 | 69:25 70:19 | 154:5,12 155:3 |
| 51:9 52:2 53:3 | 42:25 44:17 | **selected** | 71:10,21 72:12 | 155:12,21 156:1 |
| 54:2,15 57:16 | **section** | 139:5 | 73:17,19 74:2,8 | 156:11,25 157:8 |
| 107:16 109:21 | 181:9 | **selecting** | 75:7,17 76:1,11 | 157:17 158:6,25 |
| 110:2 121:21 | **see** | 257:9 | 76:18 77:2,8,23 | 159:3,9,17,20 |
| 150:19 152:9,17 | 42:21 62:12 94:4 | **selection** | 78:23 79:1,13 | 159:23 160:3,6 |
| 153:2 169:10 | 97:10 105:11 | 248:9,19 | 80:9,19,20 81:4 | 160:7,12 161:7 |
| 170:14,21 | 129:21 145:11 | **Selwyn** | 82:3 84:9,19 | 161:8,20 162:11 |
| 172:10 176:14 | 170:10 185:21 | 3:4 5:3 6:5 8:17 | 85:1,10 86:4,14 | 162:23 163:4,21 |
| 185:2,3 230:6 | 188:3 195:25 | 8:17 9:9 11:18 | 87:5,19 89:2,5 | 164:6,23 165:8 |
| 231:8,11,23 | 198:23 199:10 | 12:11,25 13:1 | 89:10,15,22 | 165:12,16,17,25 |
| 232:23 241:24 | 200:5 210:20 | 13:16,22 14:7 | 90:9 91:6,18,21 | 166:10,18,23 |
| 242:6 253:14 | 215:15,17 | 14:17 15:3,8,12 | 92:24 93:11 | 167:14,21 |
| 254:2 256:17 | 216:10,16 | 15:20 16:11 | 94:6,23 95:7,17 | 168:12,21 169:4 |
| 259:11 260:24 | 218:21 220:12 | 17:1,8,20 18:8 | 96:10,16 97:1,7 | 169:15,25 |

Case 5:11-cv-01846-LHK   Document 3227-1   Filed 12/15/14   Page 331 of 342
HIGHLY CONFIDENTIAL - VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

330

170:16,21 171:8
171:22 172:4,16
172:21 173:21
174:17,25 175:2
176:11 177:3,11
177:14 178:6,13
178:14,17,25
179:19 180:5,14
180:20 181:2,21
182:6 183:7,17
183:25 184:7,13
185:11,17
186:10,25
187:13 188:15
188:25 189:10
190:22 191:9
192:1 193:7,22
194:8,23 195:7
195:22 196:25
197:11,15,18,23
197:25 198:9,14
198:18 199:3,7
199:12,15,22,24
200:2,7,11,20
200:22 201:1,5
201:7,8 202:2,8
202:14,18 203:1
203:8 204:9
205:4 206:3,12
206:19 207:5,14
207:19 208:10
208:21 209:2,14
209:24 210:3
211:4,12,18
212:15 213:11
213:13,21,24
214:21 217:5
221:18 238:7
271:17 286:14
286:18,20,24
289:8,14
**Selwyn's**
35:22
**semiconductor**
171:10 227:14
**send**
158:5 164:24
170:11 196:11

235:1
**sending**
217:6 224:24
239:12,17,22
**senior**
195:24
**sense**
272:18
**sensitive**
24:20 27:25 30:7
42:25 44:17
69:5
**sent**
62:16,19,23 63:3
77:12,25 78:3,9
78:17 79:16
80:1,13,24 84:4
84:16 94:17,25
102:8 110:5
137:12 141:8
154:17 156:2,3
160:8,15,20
163:12 164:9
168:23 169:17
170:18 172:25
173:3 181:6
189:25 190:2,11
192:11 195:11
198:3 217:22
218:11 221:11
221:16 223:6,16
228:7,22 229:4
229:12,25
230:23 233:4
246:7
**sentence**
193:16 223:19
224:14 225:20
225:23 227:19
227:20 228:6
230:4 267:13
274:15,16
**Seon**
195:15 215:5
**Seongho**
267:20 268:5
269:4 270:18
**separate**

16:8 96:4 176:10
203:7 286:12
**separately**
7:6,22 205:2
212:22
**separating**
213:3
**September**
212:2
**sequence**
53:16
**served**
81:22
**sessions**
264:20
**set**
27:23 30:4 98:21
193:24 216:25
218:9 219:20
243:24 260:11
291:5
**sets**
243:17
**setting**
62:2
**settlement**
11:11,17,24
181:14 212:2,14
**settling**
212:4
**Seungho**
251:10,11,12
**seven**
175:5,18 176:5
283:16 286:4
**seven-hour**
174:15
**share**
29:10 32:20
35:16 43:20
**shared**
82:23 83:2,14,18
83:19
**shares**
35:11
**sharing**
83:20 151:18
**Sharp**

82:23 83:2,13
106:20 107:13
108:13 125:9
126:9 127:7
128:13 143:17
144:5,18 150:4
151:3 152:5
**Shearman**
102:19 153:10
154:1,6
**sheet**
290:7
**Sheppard**
102:20 152:24
**Shim**
154:19,20 164:11
164:25 165:9,13
166:1,5,7,11,15
166:24 167:5,9
167:12,15,22
168:1,5,13,20
168:23 169:5,8
169:19 170:7,8
170:12,19,24
171:12,21 173:8
181:6 193:10,21
194:5 195:11
196:11,21 197:1
197:4 198:3,11
198:22 199:6
200:6 214:24
217:9,17 222:18
224:23,25 225:9
227:12 228:14
228:15,19
230:18 232:16
239:4,10,17
240:5,10 242:4
**Shim's**
196:1 241:19
242:1,2
**Shin**
238:20
**Shores**
3:18
**short**
67:1 151:21
**shorthand**

291:2,11
**show**
97:17,18 98:13
148:15,19 149:4
200:11 239:16
272:11 273:16
**showed**
97:24
**showing**
221:19 274:19
**shown**
81:14,18 99:6
199:3,5 201:3
273:15,20,23
**shows**
82:19 148:14
181:9 198:23
219:21 246:5
**shut**
67:12
**sic**
96:2
**Signature**
289:22 290:11
292:25 293:25
**signed**
21:24 290:7
**Silicon**
9:24
**similar**
242:24 261:6
**Simmons**
96:2,2 102:16,16
**simple**
70:7
**simpler**
255:12
**simply**
173:13 255:15
263:1
**single**
26:15 31:9 62:19
62:22 116:5
175:15 179:2
199:5 213:7
231:6
**single-page**
178:23

**sip**
262:1
**sir**
9:10,17 20:25
27:3,9 29:20
34:5 42:5 44:12
49:14 51:13
67:14 68:16,23
89:4,23 91:9,22
128:22 130:16
144:12 177:15
178:15 185:18
199:9 205:6,24
209:15 214:11
218:2 222:16
226:1,10 236:2
236:13 237:5
241:16 245:17
246:4 247:24
248:23 257:15
258:1,22 259:22
260:2 268:19
269:19 271:12
273:24 274:1
275:17 276:4,10
**sit**
43:20 92:14
218:24 249:7
283:2
**site**
84:18 157:24
158:14,15,23
162:12,25 163:7
163:13,15 164:1
164:4
**sitting**
71:2 233:20
272:13
**situations**
31:15
**six**
207:24
**six-day**
61:1
**skimmed**
46:9
**skip**
136:4

**slightly**
240:13
**slow**
32:9 122:11
241:2
**small**
221:22
**solely**
249:14
**solve**
286:22
**somebody**
94:10 159:16
**sorry**
13:23 15:6 18:22
29:1 32:13 38:9
42:3 82:24 83:8
96:13 103:25
111:2 114:15
130:19 132:17
158:25 160:1
162:17 169:7
170:3 190:1
191:18 193:5
211:10 213:14
231:14 238:5
258:14 271:22
279:14 280:19
286:19 289:11
**sort**
37:17 63:20
66:13 112:18
171:10 188:8
194:4 280:19
284:16
**sought**
26:14,18
**sounds**
35:23 100:23
176:5 201:12
254:22 264:24
**source**
250:1,13
**sources**
250:10,12
**South**
8:13
**so-called**

59:6
**span**
262:16
**spare**
63:3,25
**speak**
19:10 20:19 21:3
21:4,9 29:2,15
40:19 45:11,19
48:14 51:10
54:17 58:20
95:8,18 99:17
116:24 125:25
140:10 167:6
179:20 180:7
256:21
**speaking**
116:22
**Specialist**
4:14
**specific**
18:3 48:22 146:4
147:9,22 167:19
171:16,20
175:22 236:18
247:15 252:6,8
252:16 263:21
**specifically**
50:17 126:19
127:21 129:3
140:2 147:14
241:15
**specifics**
264:18
**specified**
126:4
**specify**
24:17 27:23 49:2
**speculate**
26:5 31:7 101:19
104:4 114:13
118:8,10,18,22
118:23 137:20
150:11 153:22
162:2 195:21
205:23 229:9
266:9 273:21
274:24

**speculating**
109:19 276:3,5
278:2 281:10
**speculation**
22:10 25:7,11
26:10,20 30:13
50:25 101:18
104:2 106:9,22
107:7 111:15
112:2,7 113:1
113:19 116:3,10
118:4,7 119:5
119:12,20 120:9
122:3 131:11,18
137:8,15 138:3
138:12 139:3,13
142:6,22 150:19
152:8,17 153:1
154:3,9 155:19
156:6,16 158:1
164:20 169:11
170:14 172:2,9
179:5 180:18
182:2,11 183:12
184:5 185:4,14
186:5,16 191:3
191:14 193:18
196:14 205:11
206:17 219:13
220:10,21,25
221:6,10,12
225:3,17 230:6
233:25 239:3,25
241:24 253:16
259:12 260:24
261:15 266:4
268:10 269:14
270:21 278:1
280:7,15 281:9
282:10
**speech**
117:19
**speeches**
91:20
**spelled**
96:6,7 219:2
**spelling**
173:14

**spend**
40:1 199:15
221:4
**spent**
161:4 287:23
288:9
**spoke**
62:4 93:23 95:11
96:12,14 126:14
144:7 182:15
183:9 210:21
**spoken**
21:7 127:17
130:3 151:1
221:9
**spread**
97:22
**spreadsheets**
250:24,25 288:1
288:21
**spring**
202:4 203:11,19
**squandered**
176:3 287:22
**squarely**
220:18 268:21
**stack**
92:6 102:14
214:23
**stakes**
268:24
**stand**
18:13 65:18
**standard**
21:6
**standing**
64:18 68:4,21
**Stanley**
173:19
**staple**
95:23
**start**
54:20 145:25
177:7 213:1
221:3 224:22
232:9 262:16
**started**
175:20 261:25

**starting**
61:1 102:15
240:14 260:6
267:11 281:21
283:24
**starts**
189:22 218:17
275:3
**state**
8:16 41:4 91:19
174:7 175:11
242:5
**stated**
17:15 113:20
136:24 137:2
140:18 162:5
210:13 274:3
275:5
**statement**
35:9 37:15 62:22
75:15 128:15
189:4 223:25
227:24 228:11
232:11 256:4,4
268:25 270:4,16
273:9 275:9
282:16 285:5
289:9,10
**statements**
62:21 222:14
272:7,10,24
273:12,14,16
**states**
1:1 8:7 19:13,15
19:24 20:1,22
20:23 33:25
34:1 39:5,6,20
39:22 40:23,24
45:9,10 56:6
117:2,4 130:12
140:13 155:14
161:3 169:21
170:7 195:17
218:18 281:25
284:3
**stating**
65:11
**stay**

**staying**
176:4 206:2,3
287:12,12
**staying**
289:17
**stenographically**
291:9
**step**
202:20,23,24
252:25
**stepped**
213:4
**steps**
59:21 60:3 87:20
88:20 90:10
139:7 140:3
145:11 160:13
160:17 161:22
162:9 245:18
254:16,21
**Sterling**
102:19 153:10
154:1,6
**stick**
29:17
**stickers**
258:15
**stipulate**
65:20 67:5,8,18
68:3,16 71:2
**stipulated**
67:14,25
**stipulation**
65:15,19 68:5
69:8 188:8,12
250:8
**stipulations**
70:13
**stock**
252:3 254:7
**stop**
66:8 67:7 89:15
89:15 116:22
133:4 175:1
205:25
**strained**
109:21
**strategy**
12:4,6,8,15 13:15

**strike**
13:17 206:24
207:11 208:16
**strike**
53:21 77:10
84:10 150:1
156:2 180:22
210:10 212:15
224:21 253:9,21
264:11 267:25
271:14,17,25
**striking**
273:5,9
**string**
181:5,6
**studied**
215:20
**Studio**
96:3 102:17
**study**
158:16 285:1
**stuff**
221:3,4
**subject**
17:13 23:9 34:2
40:20 48:14
51:11 66:4
68:25 69:22
82:4 91:4
107:21 109:16
110:16 111:17
132:5 142:10
145:5 148:13,16
149:11 158:15
158:17 160:24
164:12 176:20
179:14 181:8
211:24 236:10
246:5 248:16
252:10 255:7
256:22 261:10
262:21 264:3
268:13 285:15
**subjects**
110:4 248:22
**submitted**
59:2,4 109:1
127:21 282:16
**submitting**

**subsequent**
59:13
**subsequent**
43:6
**subsequently**
228:7 229:4,25
230:23
**substance**
260:7 261:7
**substantial**
141:11,17 286:15
286:20
**substantially**
77:20 99:16
111:20,24 112:3
112:10,11,14,19
113:13
**suggest**
129:19 143:7
177:6,11 289:11
**Suite**
2:20 4:7 8:13
**SULLIVAN**
3:15
**summaries**
61:18 63:11,15,19
76:24 101:10,12
**summarized**
125:20
**summarizing**
245:8
**summary**
5:15,18 61:15
64:1 71:15,25
76:8 289:2
**summer**
240:22,23
**Sun**
4:12 8:22
**Sunday**
173:3
**supervised**
142:17
**supervision**
143:2 291:10
**supposed**
19:10
**supposedly**
57:21 108:24

**surface**
111:7 126:21
127:23 133:11
133:15,20,23
134:1,7,11,15
134:19 209:12
211:1
**sure**
12:5 13:20 15:14
16:8 26:4 27:19
28:18 29:1
36:18,22 46:9
48:10 50:11
54:5,6 56:5 63:5
64:10 66:10,14
69:6 70:16 73:7
79:6 80:19
82:25 87:4
90:19 91:18,23
92:22 99:8,19
99:25 100:12
101:20 102:5,14
108:8 111:21
112:12 138:21
144:19 145:14
148:12 154:10
159:3 162:18
163:8 164:22
170:15 171:6
173:3 174:21
175:4 184:6
185:8,16 186:20
193:19 205:1
207:12,17,19
217:15,16
219:24 226:10
226:16 227:3
230:10 231:16
234:21 235:3,19
239:10 241:4
248:1,8,13,24
252:21 254:16
265:20 266:7,10
277:8 282:19
285:12 286:11
288:17 289:6,9
289:9
**surface**
176:25

**surprise**
85:17
**surprised**
140:14
**surrebuttal.pdf**
196:9
**suspect**
220:22
**suspecting**
228:14
**swear**
9:1
**sworn**
107:5
**Systems**
10:18
**S-I-M-M-O-N-S**
96:3
**S-T-U-D-I-O**
96:4
**S-U-N**
215:5

———— T ————

**T**
4:1 5:1,1,7 6:1,1
7:1,1 292:1,1
293:1,1,1
**tabbed**
287:25
**table**
63:20
**tabs**
246:11 247:5
248:4
**tactic**
36:19 37:12
**take**
18:12 24:2 54:7
63:5 65:6 67:13
67:17 69:4,6,8
69:15 70:2,12
72:13,18,22
73:2 74:3 90:14
90:14,14 96:16
99:7 129:7,8
143:4,12 144:25
145:17 151:21

152:1 160:13,17
173:22 175:16
177:12 189:11
199:9 204:25
214:20,22
215:13 216:4,6
227:23 228:10
229:3 231:12
233:8 238:16
239:15 242:12
246:25 247:3
248:2 252:3
253:10 254:7
255:16 258:3,4
267:8 288:17
**taken**
37:2 59:21 60:3
70:22 87:21
88:20 90:10
96:21 109:2
139:8 140:3
145:11,22
161:22 162:10
174:1 212:23
242:16 267:4
291:4,12
**takes**
117:20 141:1
176:4
**talk**
14:13,25 15:17
60:10 110:11
116:14 151:14
160:24 206:1
235:10 240:10
248:25 253:15
264:20 272:20
289:7
**talked**
17:18 60:14
166:1 194:10
217:6
**talking**
16:24 67:7,12
78:21 79:5
89:15 95:3 99:4
159:3 178:22
197:11,17

205:25 218:6
235:10 243:12
265:8 273:18
277:18,20
285:20
**tape**
173:22 283:1
**task**
252:2 254:6,10
**tasked**
256:21
**team**
154:22 203:23
238:16 274:6
**techniques**
178:12
**technologies**
212:8
**Teece**
5:17 7:9,11 49:18
50:2,10 51:2,6
51:16 55:19
56:8 57:21 58:4
58:24 60:6 64:3
71:19 75:10,20
76:5 77:12,25
78:3,6,9,15 79:8
79:11 80:1,8,12
80:23 81:15,21
83:3,18 84:3,4
84:16 85:6,8,11
85:14,16,18,24
86:7,22 87:7,11
87:23,25 88:2
88:23 90:12,22
91:12 92:2,9,17
93:4,16 94:1,15
104:6 105:20
108:3,25 111:5
111:6 113:23
114:8,21 115:9
115:15 122:22
123:15,22
124:25 125:1
126:17 127:1,19
127:24 128:5,10
129:2,5,19
130:4,5 132:12

132:15 133:8,12
133:16,20,24
134:2,8,12,16
134:20 138:9
139:10,20 140:5
141:21 142:19
144:10,13
145:10 149:1,17
149:20 150:7
153:7,11,17
158:24 160:14
160:19 161:19
161:23 162:20
163:10,12,14
164:1,4,14,15
164:25 165:13
166:11,21,24
167:9,11,15,22
168:1,3,6,14,23
169:5,8,23
170:12,19
171:24 172:6,13
182:16,22,25
183:5 184:3
187:12 188:5,13
188:17 190:3
193:11 194:7,12
194:20 196:2,5
196:8,9,11
197:2 198:4,6
198:11,22,24
201:22 209:12
210:17,23 211:1
215:16 216:14
217:7,23 218:12
219:8 220:7
221:25 222:10
222:19 223:7,16
224:25 226:20
227:7,13 229:12
229:13 230:13
230:20,21 231:6
231:10,19
232:17 233:5,16
236:7,8,23
238:21 240:17
241:9,18 242:8
242:22 243:11

243:17 244:6
254:9,13,15
257:4,5 269:25
270:8,11 271:3
276:21 278:9
282:15 285:22
**Teece's**
82:5,8,13,17,21
82:25 83:12
84:12,21 190:4
**Teece.pdf**
196:6 216:12,17
**telecom**
212:6,7,7
**TELECOMM...**
1:12 2:7 3:13
**telephone**
61:7 88:5 104:24
**tell**
9:5 25:18 26:14
32:15 46:10
52:16,25 68:24
98:6 115:1
118:12 140:2
146:10 163:25
164:22 165:23
179:9 217:20
218:10 219:7
220:22,24 225:7
225:23 233:21
236:13,23 241:9
249:2,19 259:3
260:17,19
267:24 273:2
275:21 282:2
284:5 285:14
**telling**
47:3 164:1
268:15
**tells**
174:11
**tempted**
235:21
**ten**
97:14 131:24,25
**term**
187:9 209:11
**terms**

| | | | | |
|---|---|---|---|---|
| 16:13 28:7 | **testify** | 122:19 123:14 | 206:23 207:23 | **time** |
| 56:21 69:22 | 18:25 19:3,18 | 124:24 129:1 | 207:25 208:25 | 8:10 10:9 16:16 |
| 83:5,13,16 | 21:10,12,18,21 | 131:16 132:6 | 209:2 210:1 | 16:21,23 17:7 |
| 106:19,25 108:7 | 34:2 39:16 | 141:14 142:9 | 211:25 212:1,13 | 22:5,8 36:11 |
| 121:3,13 126:8 | 50:17 52:11 | 145:5 167:7 | 213:10 224:10 | 39:24 40:1 |
| 126:21 127:1,6 | 89:21 90:20 | 201:21 211:24 | 232:7 235:2 | 41:24 52:6,12 |
| 127:23 128:4,12 | 91:5 92:25 | 230:13 242:7 | 237:7,20 250:23 | 52:21 53:1 |
| 128:17 129:5,5 | 93:12 109:13 | 248:16 254:8 | 255:8 256:25 | 59:21 70:21,24 |
| 130:9 133:10,15 | 115:4 122:24 | 268:13 269:24 | 258:2 262:22 | 96:20,24 98:10 |
| 133:19,23 134:1 | 126:3 145:3 | 271:1 276:20 | 263:12 266:19 | 113:5 117:13,20 |
| 134:7,11,15,19 | 162:7 181:22 | 278:8 | 272:16,21 | 140:14 145:21 |
| 135:4,10,13,17 | 211:21,23 | **thing** | 274:22 276:15 | 145:24 157:20 |
| 135:23 136:1,6 | 217:19 218:9 | 25:18 35:4 39:25 | 276:23 278:6 | 161:4 163:18 |
| 143:16 144:4,17 | 224:4 236:5,21 | 227:16 | 286:14,22 287:6 | 171:4 172:13 |
| 146:6,11,14,18 | 248:8 269:22 | **things** | 287:14 289:1,1 | 173:25 174:4 |
| 146:19,21 147:2 | 278:7 | 12:14 20:6 67:2 | 289:10 | 175:5,5,18 |
| 147:5,13,19,21 | **testifying** | 124:11 177:1 | **thinking** | 176:3 177:2,25 |
| 148:3,4,6,25 | 19:5,8,16 20:2 | 188:12 205:1 | 97:15 221:7 | 185:9 188:6,14 |
| 149:6,13 150:1 | 21:1 | 267:14 275:12 | 223:12 280:17 | 193:10 194:7,13 |
| 150:3 151:3 | **testimony** | **think** | **thinks** | 196:12 198:25 |
| 152:5 166:21 | 52:20 57:16 | 11:8 12:13 20:17 | 43:23 | 199:16 203:20 |
| 167:11,25 | 73:13,23 75:5 | 27:9 34:6 36:14 | **third** | 209:16,25 |
| 174:17 182:19 | 75:12 79:24 | 36:24 37:18 | 130:17 163:18 | 212:25 213:2 |
| 182:21,25 183:4 | 80:10,21 88:16 | 38:4,24 39:12 | 211:19 225:20 | 218:22 225:18 |
| 186:1,13 187:3 | 88:18 130:11 | 46:14 48:15,21 | **thoroughly** | 226:14 227:9,13 |
| 189:2 190:13 | 141:23 179:24 | 48:24 49:16,19 | 46:18,23 47:8,14 | 227:17 228:2,16 |
| 192:7 205:2 | 180:10 189:11 | 51:1,14 53:7 | 47:17 | 229:1 230:9,15 |
| 209:18 210:9,11 | 189:14 196:8,10 | 60:4 64:15,17 | **thought** | 242:15,19 |
| 210:16 211:1 | 197:10 203:3 | 67:1,2 69:16 | 67:14 85:13 | 244:25 245:2,12 |
| 223:23 233:22 | 212:22 217:8,10 | 72:11 77:21 | 132:25 248:9 | 247:20 251:14 |
| 235:2 237:1 | 217:12,13 | 82:18,18 86:12 | 255:17 285:23 | 256:18 257:16 |
| 240:18 246:14 | 219:15 221:23 | 86:17,17,18 | **thoughts** | 261:23,25 |
| 252:18,23 253:1 | 222:22 223:4 | 88:19 90:13 | 38:1 | 262:10,16 269:1 |
| 255:2 256:8,9 | 236:18 241:19 | 92:21 95:23 | **thousands** | 279:19 280:1 |
| 259:18 264:21 | 246:16 250:4,15 | 97:11 109:4,20 | 116:5,6 247:19 | 283:10,13 |
| 265:6,14,25 | 265:17 270:12 | 111:20 112:14 | **threatening** | 286:10 287:5,15 |
| 267:21 268:6 | 277:12 287:24 | 112:18 113:25 | 257:22 | 288:9,11 289:21 |
| 269:5,9 270:18 | 289:3 290:4,6 | 125:16 128:8 | **three** | 291:5,6,8 |
| 272:14 273:2,8 | 291:7,12 | 129:14 132:22 | 137:21 146:3 | **times** |
| 274:6 275:20 | **thank** | 133:1 135:6 | 174:12 177:8 | 39:11 40:11 41:8 |
| 285:7,23 | 38:13 143:13 | 136:4 142:11 | 207:23 236:19 | 43:8 82:16,19 |
| **test** | 145:19 203:2 | 143:10 148:14 | 262:9,11 263:13 | 162:5 207:24 |
| 89:12 197:22 | 214:19 257:24 | 148:21 162:8 | 263:16 282:19 | **title** |
| **testified** | 289:13,16 | 163:9 171:10 | 283:6,8 | 164:13 195:23,24 |
| 9:6 38:24 51:18 | **thereof** | 173:21 179:15 | **three-page** | 216:11 242:22 |
| 180:12 227:11 | 81:3 94:3 100:3 | 181:19 182:14 | 218:25 | 243:20 244:6 |
| 269:11 272:22 | 100:14 103:13 | 187:25 193:11 | **Thursday** | **today** |
| 277:9 | 106:7,25 108:23 | 194:3 203:17,22 | 154:18 | 8:11,24 18:25 |

Case 5:11-cv-01846-LHK   Document 3227-1   Filed 12/15/14   Page 336 of 342
HIGHLY CONFIDENTIAL - VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

335

20:2 21:10,19
37:2 39:16
64:22 65:20
66:13 71:2 73:5
74:9 79:24
80:10,21 89:18
89:21 90:20
92:25 93:12
115:5 140:15
151:11,21 177:9
181:22 192:22
193:8 218:23,24
233:20 249:7
253:15 287:2,8
287:10,24 289:4
289:7
**today's**
8:10 170:17
193:23
**Todd**
6:3
**told**
63:4 66:22
101:22 117:7
118:23 128:9
132:4 146:12
163:24 178:4
182:23 234:10
235:21 238:20
239:20 271:6
286:3
**Tom**
4:14 8:12 154:21
164:11 169:19
**tomorrow**
256:19 269:16
**tool**
245:24
**tools**
219:21,24 248:7
248:14
**top**
141:3 214:23
215:3 216:7
233:12 236:24
239:17 255:6
**topic**
19:4,17,19,20

20:3 21:1,5,9,11
21:13,19,22
26:11 29:2 39:8
45:2 47:25 48:2
48:12,16,19,21
52:5 54:17
58:20 100:13
106:15 109:16
110:2 111:1
113:2 121:22
122:19 124:23
126:4 128:25
144:7 150:19
161:6 175:21
176:14,16 177:3
177:8 224:10
235:19 264:4
266:2 268:22
269:8,22 278:6
281:20 282:10
283:22
**topics**
54:19 127:16
145:16 174:18
218:9 253:15
270:3 288:3,14
**toSAMNDCA-...**
6:8
**totally**
179:16
**trace**
84:2
**traced**
84:5 86:1 122:20
**tracing**
104:5
**track**
28:18 109:2
139:21
**trade**
19:14,25 20:22
24:20 27:24
30:6 33:25 39:5
39:21 40:23
42:25 44:17
45:9 117:3
280:24 281:25
284:3

**transcribe**
284:24
**transcribed**
291:9
**transcript**
5:8,9 204:22,24
205:3 206:6,8
213:4,16 214:4
240:12,14 241:3
284:22 291:11
291:14
**transcription**
290:5
**Transcripts**
7:22
**transfer**
175:1
**transition**
189:23
**translating**
173:13
**transmission**
236:11
**transmissions**
220:12
**transmit**
284:22
**transmitted**
139:22
**transpired**
242:3 254:5
268:15
**Treacy**
154:22 156:13
**treated**
43:3 44:19,23
**treating**
24:18 27:23 30:5
66:6
**treatment**
59:17
**trial**
280:18
**tried**
35:4 86:2
**true**
66:18 68:20
151:17 182:14

186:23 190:23
208:11,22
209:17 210:21
224:1 227:24
228:11 229:20
231:14,17
238:19 245:16
246:18 273:12
285:10 290:5
291:11,20
**truth**
9:6 231:3,13
268:25 270:16
**truthful**
9:19
**try**
18:11 27:13
29:19 52:8 78:7
91:24 141:18
197:23 209:15
232:13 257:15
257:18
**trying**
53:7 139:21
162:19 189:3
203:22 222:13
236:9 243:25
272:13 274:11
279:25
**turn**
27:20 74:19
130:16 192:15
**turned**
114:3 138:16
141:6
**twice**
82:18 163:17
255:23 262:14
**two**
10:1,4,7 58:25
59:1 66:17,18
98:5 110:3
124:11 174:9
184:7,21 185:9
189:7 230:15
231:3,4,18
232:8 241:23
250:10,12

254:21 255:13
255:21 283:15
287:1 288:21
**two-thirds**
258:11
**type**
11:15 43:2 73:8
74:24,24 201:19
257:10
**types**
56:16
**typically**
24:17 264:15
**typos**
246:22
**T-e-e-c-e**
56:8

_____

**U**

**U**
4:1 6:1 7:1 293:1
**Uh-huh**
95:20 224:19
259:25
**ultimate**
39:14
**unable**
30:18 223:3
275:14
**unauthorized**
223:3
**unclear**
20:5 42:18 43:14
44:4 45:15,21
45:24 46:25
59:9
**understand**
9:16,18 12:7
13:14 15:18
18:3 20:9,25
47:17 49:10
65:15 69:6 85:7
113:12 119:25
123:21 137:16
139:18 189:1,3
240:6 243:25
254:23 274:12
284:17 285:5,17

288:16

**understanding**
28:15 29:10
31:23 53:5
56:19,23 64:22
103:11 111:19
138:13 139:4
140:22 141:7,17
142:7 162:9
174:19 237:5

**understood**
253:11 254:3
287:3

**undertake**
245:18 250:16

**undertaken**
103:12 107:23
108:1,4

**undertaking**
97:21 98:7
106:13

**undertook**
57:7 90:21
107:25

**unduly**
109:20

**unfair**
30:9,23

**unfortunately**
70:13

**unintelligible**
59:25 93:18
158:11

**unique**
77:22 115:13
247:10,21

**United**
1:1 8:7 19:13,15
19:24 20:1,22
20:23 33:25
34:1 39:5,6,20
39:22 40:23,24
45:9,10 56:6
117:2,4 140:13
161:3 281:25
284:3

**universe**
60:4 86:1 107:24

112:17 113:21
115:13 139:19
140:4,23 163:9
164:2 257:2,9

**unredacted**
78:2,6,8,17 79:9
79:14,20,22
80:7 154:23
157:12 177:19
178:19 179:13

**unresolved**
286:25

**updates**
151:20

**URQUHART**
3:15

**usage**
112:19

**use**
19:11,12,21,23
20:19,20 33:22
33:23 39:2,3,18
39:19,23 40:20
40:21 43:19
45:6,7 48:23
52:10 54:18
57:8 58:22 59:6
59:15,22 60:15
75:10,20 76:5
76:21 81:2,2
86:3,3,6,21 87:7
87:10,22 88:13
88:22 90:12,22
92:8 94:3 100:3
100:14 103:13
106:14,25
107:22 108:23
109:24 114:7,20
115:7 116:25
117:1 122:19
123:13,23
124:10,24
128:10,25 132:6
139:8 140:11
141:14 142:9,19
145:5,12 158:8
160:14,18,25
161:1,23 167:7

167:22 170:22
174:19 175:21
177:2,8 178:7
178:11 179:20
180:7 181:23
189:8 201:21
211:23 230:12
241:17 242:7
245:24 248:16
252:3,22,24
254:8,18 256:21
257:12 263:24
264:1 268:12,22
269:23 271:1
276:20 278:8
281:23 284:1
288:12,24

**usual**
115:2

**usually**
114:24

**utterly**
118:6

_____

**V**

**v**
1:7 2:11 96:8
164:15 196:5
233:17 237:7
292:2 293:2

**vague**
12:18 14:11,21
15:13,24 16:15
17:9 26:10
27:17 28:11
29:23 30:12
31:3 41:10,23
45:17,20 46:13
46:20 53:23
54:1,15,25
55:24 56:17
58:2,18 59:24
63:12 77:17
80:14 83:22,24
84:14,23 85:3
93:17 102:1
103:9,18 114:9
122:2 129:23

139:11 148:10
158:10 171:16
178:21 179:23
183:20 215:22
218:3 226:5
229:21 231:22
245:21 250:21
261:22 264:2
265:18 266:3,18
268:8 279:7
281:9

**vagueness**
14:3

**Valley**
9:24

**Vanzetti**
96:3 102:17

**varied**
97:5 104:17

**various**
245:12 282:7

**veering**
177:3

**vendor**
238:13

**venture**
31:7

**version**
1:12 7:23,23 82:7
82:21,25 83:12
84:10,11 232:17
240:12 254:5

**versions**
7:25 84:20 85:8
85:11,18

**versus**
8:6 169:23
230:21

**vice**
9:23

**Victor**
96:8

**video**
4:14 8:11,12
283:16

**videographer**
8:4,11,24 70:20
70:23 96:18,22

145:20,23
173:23 174:2
206:2 212:17,24
242:13,17 267:2
267:5 283:11,15
289:17,19

**Videotape**
289:20

**videotaped**
1:20 2:16 8:5
289:23

**view**
7:24 109:21
176:15 211:5
268:23

**viewed**
213:16

**violate**
43:14 44:4

**violated**
31:17 32:1,5
33:13 38:16

**violation**
31:1,11 33:21
34:13,22 37:16
39:1 41:20
42:11,15 43:8
43:24 55:4,7,10
65:10,17,22
66:13 67:10,20
68:18 69:14
70:5 71:5

**voice**
8:15 221:21

**volume**
175:7 242:24

**volunteer**
36:4 37:5

**volunteering**
36:7 37:7

**V-A-N-Z-E-T-...**
96:4

_____

**W**

**W**
4:4

**wait**
27:6 159:17

Case 5:11-cv-01846-LHK   Document 3227-1   Filed 12/15/14   Page 338 of 342
HIGHLY CONFIDENTIAL - VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

337

| | | | | |
|---|---|---|---|---|
| 243:22 283:9 | 254:25 258:4 | 141:12 148:15 | 278:13,23 279:24 | 59:13 60:1 |
| **waive** | **wanting** | 158:23 213:2 | 281:6 282:3 | 63:13 64:14 |
| 36:15 287:15 | 263:1 | 236:7 245:22 | 284:6 285:2 | 70:9 72:11 |
| **waived** | **wants** | 248:9 252:24 | **wide** | 73:14,17,24 |
| 34:17,24 36:2,7 | 200:4 | 254:16 257:8 | 44:16 | 74:7 75:6,15 |
| 289:22 291:14 | **wasn't** | 275:20 | **William** | 76:7,16,23 77:6 |
| **waiver** | 36:5 68:23 99:10 | **we'll** | 6:19 173:2 217:3 | 77:19 78:21 |
| 36:16,17 37:18 | 123:3 136:22 | 36:17 64:22 | **Williams** | 79:2,6 80:6,18 |
| 90:18 | 198:5 209:15 | 65:18 112:18 | 102:20 152:23 | 81:1,25 82:1 |
| **waiving** | 271:15 289:3 | 129:16 143:11 | **willing** | 83:23,25 84:15 |
| 117:16 202:22 | **waste** | 200:19 204:9 | 176:4,7 202:20 | 84:24 85:4,21 |
| **walked** | 113:5 117:13 | 220:10 228:19 | 287:11,12 | 86:10,11,19 |
| 203:23 | 140:14 177:24 | 242:11 243:15 | **Wilmer** | 87:3,17 89:11 |
| **Wall** | 256:18 | 245:1 282:20,22 | 2:19 3:5 66:5 | 89:16 90:4 91:1 |
| 5:24 154:17 | **wasted** | **we're** | 90:5,16 92:7 | 91:1 92:20,21 |
| **want** | 43:22 175:23 | 28:18 40:16 | 102:23 160:6 | 93:1,9,13,22 |
| 12:9 18:11 26:5 | **wasting** | 66:22 68:13,21 | 218:17 | 94:20 95:3 96:1 |
| 39:23,25 40:1 | 209:25 | 69:15 70:12 | **withdrawing** | 97:5 98:4,17 |
| 41:14 48:5 49:1 | **Watrous** | 90:19 110:11 | 65:14 | 99:1,15,25 |
| 49:3 59:16 63:5 | 7:8 204:10,16 | 151:11 160:24 | **witness** | 100:12 101:20 |
| 66:10,14 70:14 | **way** | 174:13 175:16 | 9:2 11:14 12:10 | 102:2,5,7 103:4 |
| 78:24 95:21 | 18:12 29:19 | 199:15 209:25 | 12:19,23 13:11 | 103:11,19,24 |
| 102:7 104:3 | 30:15 46:3 49:1 | 212:17 213:21 | 13:14 14:5,13 | 104:3,17 105:24 |
| 113:16 117:18 | 84:1 113:3 | 213:24 214:3 | 14:24 15:14 | 106:11,23 107:9 |
| 127:16 133:4 | 125:15 158:18 | 216:5 221:14 | 16:1,5,20 17:14 | 107:17 108:16 |
| 145:25 151:13 | 182:7 189:19 | 242:10 253:15 | 18:6 19:1 20:10 | 108:20 110:17 |
| 153:22 174:7,21 | 197:23 199:16 | 267:2 281:19 | 20:18 22:11 | 110:25 111:5,19 |
| 186:12,22 | 204:21 208:18 | 282:25 283:2,12 | 23:23 24:16 | 112:3,10 113:2 |
| 189:11 190:23 | 220:19 221:10 | 283:21 286:3 | 25:3,12 26:3,12 | 113:9,20 114:11 |
| 197:13,15,18 | 223:25 224:12 | 287:10 | 26:21 27:7,11 | 114:15,23 |
| 198:7,9,15 | 224:22 225:23 | **we've** | 27:19 28:12,13 | 116:11 118:7,11 |
| 200:11,16,18 | 227:23 228:10 | 23:20 34:11,12 | 29:1,3,12,13 | 118:18,20 119:9 |
| 206:6,7 207:19 | 228:21 251:2 | 35:9 37:24 | 30:2,15,20 31:6 | 119:24 120:13 |
| 207:20 210:5,15 | 257:12 258:11 | 45:14,23 64:21 | 31:14,21,25 | 120:24 121:6,17 |
| 216:25 217:2 | **ways** | 66:13 68:20,21 | 32:10,22 33:10 | 122:7,18 123:12 |
| 219:4 220:15,17 | 85:12,19 | 71:11 117:7 | 33:20 35:3 36:2 | 124:4,18 125:16 |
| 222:24 224:14 | **WC.com** | 175:19 197:6 | 36:10 38:24 | 125:24 126:4,14 |
| 228:20 236:3 | 173:1 | 200:17 205:8,20 | 40:17,18 41:14 | 127:11,14 |
| 237:20 238:18 | **Wednesday** | 243:12 282:19 | 41:24 42:15,20 | 128:18,24 130:2 |
| 243:4 248:25 | 1:22 8:1 | **whatsoever** | 44:8 45:3,5,19 | 130:12 131:12 |
| 255:11 262:16 | **week** | 129:10 254:20 | 46:2,9,22 47:2 | 131:21 132:5,25 |
| 266:20 271:13 | 60:21 87:8 | **When's** | 47:12 48:4,22 | 133:4 137:9,16 |
| 272:19 281:19 | **weeks** | 22:7 | 49:16 50:4,19 | 137:21 138:6,13 |
| 283:4,5,22 | 137:21 | **whip** | 51:1,10,18,20 | 139:4,17 140:21 |
| 286:9,10,12 | **welcome** | 272:19 | 52:4,21 53:7 | 141:25 142:7,14 |
| **wanted** | 238:15 | **white** | 54:3,16,25 55:9 | 142:23 143:1,7 |
| 36:18,22 213:5 | **went** | 242:21 | 56:1,19 57:6,19 | 143:10,24 144:6 |
| 234:16 236:4 | 53:11 104:5 | **Whitehurst** | 58:4,21 59:12 | 144:20,25 |

Case 5:11-cv-01846-LHK   Document 3227-1   Filed 12/15/14   Page 339 of 342
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF KENNETH S. KOREA - FULL VERSION
CONDUCTED ON WEDNESDAY, OCTOBER 16, 2013

338

145:19,25 148:9
148:12,23
149:10 150:10
150:13,24 151:8
151:24 152:10
152:19 153:3,22
154:4,10 155:2
155:8,11,20,25
156:7,10,20
157:5,16 158:2
158:12,21 160:4
161:14 162:2,5
162:18 163:19
163:24 164:21
165:7,23 166:9
166:20 167:6,19
168:11,19 169:3
169:12 170:15
171:3,17 172:3
172:11,20
174:22 175:8,14
177:12 178:8
179:9,25 180:11
180:19 181:19
182:2,5,14
183:13,16,21
184:6 185:8,16
186:9,20 187:9
187:24 188:3,20
188:23 189:19
191:7,24 193:1
193:5,19 194:3
194:19 196:18
196:22 197:6
198:21 199:18
201:6,18,20
202:6,11 204:22
206:10,18 207:3
207:10,12,17,22
208:20 209:9
210:7 211:21,22
215:21,24
217:14,19 218:6
218:9,15 219:14
219:18 220:6,11
220:15,15,17,20
221:2,19,24
222:9,13,17

223:2,14,24
224:14 225:6,18
226:7,25 227:11
228:1,13,25
229:7,10 230:8
231:12 232:7
233:3,21 234:1
234:6,12,21
235:15,18,18,24
236:5,10 237:3
237:6,13 238:13
239:9 240:4
241:25 242:6
243:17,24
245:22 248:7
249:16 252:2,2
254:3,6 256:2,4
256:20,20 258:2
259:13 260:25
261:16,23 262:4
263:9 264:8
265:5,19 266:7
266:10,21
268:11 269:2,11
269:16,21
270:24,24
272:14,20
273:20 274:2,14
274:19 275:1,18
276:5,15,19,19
277:13 278:5
280:8,16 281:13
282:1,13 284:5
285:1,2 286:7
286:13 287:5
288:24 291:6,7
292:3 293:3
**witnesses**
34:10,20 36:20
43:9 90:1 272:9
**witness's**
52:20 128:15
130:11 141:23
179:24 271:18
**wonder**
288:20
**wonderful**
289:14

**wondering**
278:17
**Wonsuk**
130:22 146:2,5
**word**
46:25 47:5 59:10
96:5
**work**
12:21 13:11
14:12,22 16:3
16:17 17:12
20:16 24:14
26:1 31:23
32:17 33:5,8,18
34:24 38:5,23
40:14 41:12
72:8 86:24
87:15 93:7,20
98:3,16 105:23
110:23 113:7,12
114:12 117:8,16
118:5,18 119:4
119:7,22 120:12
122:5,16 123:10
124:16 125:21
126:12 127:12
129:25 131:19
138:5 139:15
140:19 142:24
143:20 150:23
153:21 155:9
156:8,18 161:12
162:3 165:3,5
166:6,16 167:2
168:18 169:1
171:2 179:7
182:3,12 183:14
185:6,15 186:7
186:18 188:21
189:18 191:6,17
193:3 194:17
196:16 205:13
206:24 207:2,10
207:16 208:16
208:18 209:5,6
226:23 232:5
234:4 238:13
239:7 240:2

249:14 264:6,12
265:3 278:3
279:5,17 281:7
281:12 282:11
**worked**
280:11
**working**
261:25
**works**
131:4 173:18,20
**world**
97:22
**wouldn't**
205:12 221:12
**write**
223:13 224:5
**writing**
67:22 70:14
**writings**
266:2
**written**
67:15 68:2,8 69:8
70:13 72:4 73:6
105:3 160:5
185:10,12
218:16 221:9
266:16
**wrong**
283:9
**wrote**
61:18,19 101:10

——— X ———
**X**
1:3,16 2:2,15 5:7
6:1 7:1
**X"s**
246:6

——— Y ———
**yeah**
16:20 17:14 22:3
29:12 30:15
31:6,14 32:22
35:23 38:24
42:20 50:4 53:7
54:6,16 55:9
59:13 60:18

72:24 76:16
77:6 83:25,25
87:17 95:22,25
98:4,17 99:1
101:1 102:2
111:4 120:13
123:12 124:18
126:14 128:24
135:5 136:21
143:1 144:6
149:10 151:24
152:10 158:12
181:19 183:21
192:11 194:3,19
195:24 198:10
214:25 216:16
217:14 219:18
222:17 224:7
226:7,25 228:25
230:8 232:7
233:3 234:6
237:6 238:9
249:16 256:2
258:2 266:10
268:11 269:21
**year**
240:22
**years**
10:1,4,7 279:22
**yelling**
67:11
**yep**
224:19 233:14,14
**yeses**
99:6
**yesterday**
34:12 35:3 62:21
63:3 65:15,19
69:1 170:25
196:21 239:5
240:7,11
**yesterday's**
68:23
**yes-no**
201:16
**yes-or-no**
249:3,25 250:11
259:6

**York**
1:11 2:6
**Yuu**
97:12
**Y-U-U**
97:12

___
**Z**

**zone**
287:6
**Zymelman**
6:11 173:1
**Z-Y-M-E-L-M-...**
173:1

___
**$**



___
**0**

**01846**
292:2 293:2

___
**1**

**1**
1:24 5:11 8:5
  18:17,19 96:19
  159:24 185:21
  189:20 249:21
  250:2 253:8
  254:3 267:8
  275:2 280:18
**1st**
160:5,15,19
  161:24
**1-4-13**
6:10
**1:38**
96:24
**10**
6:9 97:12,13,14
  97:15 169:14,16
  171:13,19 172:7
  172:18,19 233:8

233:9,10,11
236:25 238:24
239:11
**10-15-13**
5:23
**10:06**
1:22 8:2,11
**10:30**
94:18
**102**
5:22
**11**
6:11 172:15,19,20
  172:23 177:15
  177:18 178:18
  178:23 179:14
**11-cv-01846-L...**
1:10
**11:00**
94:18
**11:15**
155:16
**11:29**
70:21
**11:35**
230:16
**11:50**
70:24
**12**
6:13 181:1,4
  233:9
**12th**
233:6
**12-22-12**
6:7,9
**12:25**
96:20
**12355**
172:23
**13**
6:15 184:9,15,19
  184:25 186:2,14
  190:25 191:11
  191:23 195:12
  214:24 241:6
**14**
6:17 184:10,15,19
  184:25 186:3,14

190:25 191:12
191:23
**14th**
71:3
**14,000**
200:11 286:25
**15**
6:19 62:16,20
  97:13,14 191:25
  192:3,9,23
  193:9,25 194:25
  217:2,25 218:6
  222:24 223:19
  238:19 241:21
**150**
4:7
**154**
5:24
**157**
6:3
**159**
6:5
**16**
1:22 6:21 8:1,10
  185:25 186:12
  192:3,12 195:6
  195:9,10 198:2
  214:21,25 216:5
  217:4 218:17
  221:8 239:15,16
  281:22 283:24
**16th**
191:10,22 231:3
**164**
6:7
**169**
6:9
**17**
5:9 7:3 204:9,11
  205:5,9,21
**172**
6:11
**18**
5:11 7:9 60:14
  243:10,11,13,18
**18th**
291:21
**181**

6:13
**184**
6:15,17
**19**
7:11 240:15
  244:9,10
**191**
6:19
**195**
6:21
**1995**
263:8

___
**2**

**2**
5:13 6:16 7:8
  21:25 22:2,20
  23:21 25:21
  45:15,24 96:23
  173:24 189:20
  192:7,16,17,23
  192:23 193:9,9
  193:16,16,25,25
  194:25,25 195:2
  195:3,5 227:19
  261:8
**2nd**
18:16 19:2 69:19
  110:21 111:13
  116:18 118:2
  119:17 120:7
  213:18 274:15
  274:17
**2:50**
145:21
**20**
7:13 97:12
  155:15 244:15
  244:16 251:3
  258:10,19
**20F20120308.pdf**
181:10
**20F20130307.pdf**
181:11
**2011**
212:2 263:9,11,13
**2011.06.14**
181:12

**2012**
21:24 22:12
  25:19 121:25
  122:12 123:6
  124:8 125:8
  126:7 127:6
  153:15 154:18
  155:16 158:23
  164:10 189:24
  204:8 216:8
  219:10 220:8
  222:11,20 226:2
  226:11,18 227:5
  227:8,9 230:16
  230:18 232:16
  233:6 238:20
  239:21 241:8,15
  241:15
**2013**
1:22 8:1,10 54:4
  54:9 62:16
  160:5 169:18
  171:23 172:6
  173:3 181:7
  185:25 186:12
  190:24 192:12
  195:12 201:10
  202:4 203:11,19
  203:21 204:10
  204:15 214:24
  217:4 218:17
  221:8 233:13
  238:25 239:23
  240:23 249:1,11
  249:17,24
  267:19 268:4
  269:3 270:16
  274:3 275:19
  291:21
**202**
240:14
**203:3-212:19**
7:19
**204**
7:3 240:25 241:6
**21**
5:13 7:15 219:10
  220:8 222:11

227:8 244:22
**21st**
222:19 223:17
229:13
**2100**
2:20 8:13
**213**
2:22
**214**
5:4
**22**
154:18 204:15
216:8 230:16,18
**22nd**
164:10 204:10
222:19 229:13
**24**
5:23 189:24
**244**
7:9
**245**
7:11,13,15
**26**
158:23
**27**
42:23
**275**
4:6
**293**
1:24

──────────
**3**

**3**
5:15 6:6,20 21:24
71:9,12,14 72:5
72:14 73:10,18
74:20,25 75:2,9
75:19 76:4
77:13 78:4,10
78:18 80:2,13
80:24 81:6,13
88:15 97:3,19
98:21 99:6,13
99:23 100:9,18
107:14 108:14
109:11 110:20
111:3,4 114:6
114:19 115:7

125:7,20 132:17
132:19 137:5,13
137:25 138:20
148:2 174:3
205:7,19 206:14
242:14 250:23
250:25 257:11
267:11 275:2,9
**3BY**
12:11
**3-22-12**
5:24
**3-22-13**
7:8
**3-24-12**
6:4
**3-31-13**
6:12
**3:03**
145:24
**3:49**
173:25
**30**
22:12 25:19
97:15 267:1
288:2
**30(b)(6)**
19:1,4,19 20:10
21:22 26:11
28:7,9,13,25
29:3,6,13 31:21
37:21 40:18
45:17 48:2,12
48:16 49:10
52:4 54:7,17
78:5,14,22
79:10,21 82:1,1
86:11,19 89:11
90:1 91:4 92:21
93:1,12 100:13
106:15 108:16
109:16 111:1
116:21 121:22
122:18 124:21
124:23 126:4
127:15 128:25
132:5 142:14
144:7 145:15

150:19 152:9,18
153:2 166:4
175:14,15,20
176:14 199:18
201:20 211:22
220:19 221:24
224:10,13 230:7
231:23 234:22
235:18 242:6
252:2 253:15
254:6 256:17,20
258:6 264:3
268:22 269:8,18
269:22 270:22
270:24 277:25
278:6 281:20
282:1,10 283:22
284:4 285:2
288:14
**31**
173:3
**350**
2:20 8:13
**37**
42:22 44:14
**38**
5:13

──────────
**4**

**4**
5:18,21 6:18 54:4
54:9 71:20,23
72:6,14 73:11
74:20,25 75:3
76:20,23 79:16
81:10,17 88:15
97:3,20 98:21
99:6,13,23
100:10,18
107:15 108:14
109:11 110:20
111:3,4 114:6
114:19 115:7
125:7,21 130:17
130:20,21
132:18,20
136:23,24 137:2
137:5,13,25

138:20 146:1
148:2 169:18
171:23 172:6
205:8,19 206:14
233:13 242:18
249:17,24
250:23,25
257:11 259:20
261:9 267:19,25
268:4 270:16
275:19 289:20
**4th**
238:25 269:3
270:23 274:3
**4-1-13**
6:13
**4:00**
174:10
**4:10**
174:4
**4:12**
174:10
**443-5300**
2:22
**46317**
1:23

──────────
**5**

**5**
5:17,22 19:4
102:9,10,12
103:1 105:4
159:1 281:21
283:23
**5th**
3:17
**5-13-13**
6:21
**5-6-13**
6:13
**5:18**
212:18
**5:32**
212:25 230:19
**55**
283:11
**555**
3:16

──────────
**6**

**6**
5:12,24 154:11,14
181:7 267:11
275:3
**6-D**
196:7
**6:22**
242:15
**6:32**
242:19
**60**
50:12,14
**6361**
291:3
**650**
3:8,19 4:9

──────────
**7**

**7**
6:3 157:7,10
158:9 163:6
**7-16-13**
6:16
**7:00**
174:14 175:5
176:6
**7:11**
267:3
**7:16**
267:6
**7:30**
176:6
**7:51**
289:21,24
**70**
50:12,14
**71**
5:15,18
**794**
276:12 280:24

──────────
**8**

**8**
6:5 159:22,24
160:2 185:19,21
**8-1-13**
6:6

**8-16-13**
6:20
**8:00**
175:6
**8:30**
98:11
**80**
126:15 127:17
130:2 182:15
210:22
**80-odd**
199:18
**80-plus**
288:1
**801-5001**
3:19
**838-2009**
4:9
**84**
60:9,16,24 61:3
61:11,16 125:6
137:4 138:19
183:8
**858-6031**
3:8

---

**9**

**9**
5:3 6:7 164:5,8
164:17 165:24
166:1 216:6,9
229:16 230:14
231:7,21 232:18
**90**
3:6
**90071**
2:21 8:14
**94025-4008**
4:8
**94065**
3:18
**94304**
3:7