# EXHIBIT 8

                                                          1

1               UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

3     - - - - - - - - - - - - - - - - X

4    APPLE INC., a California           :

5    Corporation,                       :

6                    Plaintiff,         :

7    v.                                 :

8    SAMSUNG ELECTRONICS CO., LTD., a :

9    Korean corporation; SAMSUNG        : Civil Action No.

10   ELECTRONICS AMERICA, INC., a New : 11-cv-01846-LHK

11   York corporation; and SAMSUNG      :

12   TELECOMMUNICATIONS AMERICA, LLC, :

13   a Delaware limited liability       :

14   Company,                           :

15         Defendants.                  :

16   - - - - - - - - - - - - - - - X

17   (Caption continued on next page)

18      HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

19              SUBJECT TO PROTECTIVE ORDER

20      Videotaped Deposition of SEONGWOO (CLAYTON) KIM

21                  Los Angeles, CA

22           Tuesday, October 15, 2013, 9:01 a.m.

23   Job No.:  46314

24   Pages 1 – 201

25   Reported by:  Lisa Michaels

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

2

1    (Caption continued from previous page)

2    - - - - - - - - - - - - - - - - X

3    SAMSUNG ELECTRONICS CO., LTD, a    :

4    Korean corporation; SAMSUNG        :

5    ELECTRONICS AMERICA, INC., a New   :

6    York corporation; and SAMSUNG      :

7    TELECOMMUNICATIONS AMERICA, LLC    :

8    a Delaware limited liability       :

9    company,                           :

10          Counterclaim-Plaintiffs,   :

11   v.                                 :

12   APPLE INC., a California           :

13   corporation,                       :

14          Counterclaim-Defendant.    :

15   - - - - - - - - - - - - - - - - X

16    Videotaped Deposition of SEONGWOO (CLAYTON) KIM

17   held at the offices of:

18

19              MORRISON FOERSTER

20              707 Wilshire Boulevard, 60th Floor

21              Los Angeles, California  90017

22              (213) 892-5900

23

24   Pursuant to Notice, before Lisa Michaels, CA CSR, RPR,

25   CCRR, CLR.

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

3

```
1                      A P P E A R A N C E S

2     ON BEHALF OF PLAINTIFF AND

3     COUNTERCLAIM-DEFENDANT APPLE INC.:

4           RICHARD W. O'NEILL, ESQUIRE

5           WILMER CUTLER PICKERING HALE and DOOR LLP

6           60 State Street

7           Boston, Massachusetts  02109

8           (617) 526-5000

9

10    ON BEHALF DEFENDANT SAMSUNG ELECTRONICS CO., LTD.,

11    SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG

12    TELECOMMUNICATIONS AMERICA, LLC:

13          ROBERT W. STONE, ESQUIRE

14          QUINN EMANUEL URQUHART& SULLIVAN, LLP

15          55 Dolphin Drive, 5th Floor

16          Redwood Shores, California  94065

17          (650) 801-5001

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

4

1      A P P E A R A N C E S    C O N T I N U E D

2    ON BEHALF OF NOKIA CORPORATION:

3         B. PARKER MILLER, ESQUIRE

4         ALSTON & BIRD, LLP

5         One Atlantic Center

6         1201 West Peachtree Street

7         Atlanta, Georgia  30309-3424

8         (404) 881-7000

9

10   ALSO PRESENT:

11        JAMES SHIN, Samsung

12        TREVOR ASFALL, Video Specialist

13

14        KOREAN INTERPRETERS:

15             HENRY CHON

16             ALEX JO, CHECK

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

5

1                         C O N T E N T S

2     EXAMINATION OF SEONGWOO (CLAYTON) KIM              PAGE

3          BY MR. O'NEILL                                 11

4          BY MR. MILLER                                 191

5          BY MR. O'NEILL                                196

6

7

8                         E X H I B I T S

9                    (Attached to transcript)

10    KIM DEPOSITION EXHIBIT                             PAGE

11    Exhibit 1   Order Re:  Apple's Motion for           47

12                Sanctions; 6 pages

13    Exhibit 2   Letter from Mr. Seongwoo Kim dated      89

14                7-1-11; 10 pages

15    Exhibit 3   E-mail chain dated 3-23-13 to 3-26-13  106

16                SAMNDCA-Z0000284 to SAMNDCA-Z0000288

17    Exhibit 4   E-mail chain dated 3-13-13 to          115

18                3-26-13; SAMNDCA-Z0000066 to

19                SAMNDCA-0000072

20    Exhibit 5   E-mail from Mr. Briggs dated 3-24-12;  129

21                2 pages

22    Exhibit 6   E-mail chain dated 4-5-12 to 4-4; 6    139

23                pages

24    Exhibit 7   E-mail from Ms. Hopson dated 5-1-12;   145

25                2 pages

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

6

1              E X H I B I T S   C O N T I N U E D

2    KIM DEPOSITION EXHIBIT                              PAGE

3    Exhibit 8   E-mail chain dated 12-21-12; 2 pages    156

4    Exhibit 9   E-mail from Mr. Pease dated 3-22-13;    157

5                3 pages

6    Exhibit 10  E-mail chain dated 3-22-12 to           159

7                4-20-12; 2 pages

8    Exhibit 11  E-mail chain dated 3-23-13 to           162

9                3-25-13; 5 pages

10   Exhibit 12  E-mail chain dated 3-23-13 to           163

11               3-27-13; 6 pages

12   Exhibit 13  E-mail chain dated 3-23-13 to           164

13               3-31-13; 9 pages

14   Exhibit 14  E-mail chain dated 3-23-13 to           165

15               3-31-13; 9 pages

16   Exhibit 15  E-mail chain dated 3-23-13 to 4-1-13;   167

17               11 pages

18   Exhibit 16  E-mail chain dated 4-9-12;              169

19               SAMNDCA-Z0009342

20   Exhibit 17  E-mail chain dated 3-27-12 TO           171

21               4-20-12; SAMNDCA-Z0006201 to

22               SAMNDCA-Z0006204

23   Exhibit 18  E-mail from Heungju Kwon dated          172

24               5-4-12; SAMNDCA-Z0006079

25

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

7

1                 E X H I B I T S   C O N T I N U E D

2    KIM DEPOSITION EXHIBIT                              PAGE

3    Exhibit 19  E-mail from Hojin Chang dated 7-5-12;   173

4                SAMNDCA-Z0007187 to SAMNDCA-Z0007188

5    Exhibit 20  E-mail from Hojin Chang dated 7-5-12;   174

6                SAMNDCA-Z00002268 to

7                SAMNDCA-Z00002269

8    Exhibit 21  E-mail from Hojin Chang dated 7-5-12;   176

9                SAMNDCA-Z0002207 to SAMNDCA-Z0002208

10   Exhibit 22  E-mail from Hojin Chang dated 7-5-12;   177

11               SAMNDCA-Z0002146 to SAMNDCA-Z0002147

12   Exhibit 23  E-mail chain dated 3-22-12 to           178

13               4-20-12; SAMNDCA-Z0002145

14   Exhibit 24  E-mail chain dated 7-6-12;              181

15               SAMNDCA-Z0002085

16   Exhibit 25  E-mail chain dated 7-4-12;              185

17               SAMNDCA-Z0000584 to SAMNDCA-Z0000586

18   Exhibit 26  E-mail chain dated 3-23-13 to 4-4-13;   188

19               SAMNDCA-Z0000209 to SAMNDCA-Z0000225

20

21

22

23

24

25

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

8

1            TUESDAY, OCTOBER 15, 2013; LOS ANGELES, CALIFORNIA

2                         9:00 A.M.

3                          - - -

4            THE VIDEOGRAPHER:  Good morning, everyone.  We        09:00:17

5    are now on the record.  Today's date is                      09:00:18

6    October 15, 2013, and the time now is 9:00 a.m.  The         09:00:22

7    location of this deposition is 707 Wilshire Boulevard        09:00:25

8    in Los Angeles, California.  My name is Trevor Asfall.       09:00:30

9    I'm a legal videographer, and I represent Planet Depos.      09:00:33

10           The civil action number in this matter is            09:00:36

11   11-CV-01846-LHK, in the matter of Apple, Inc. versus         09:00:39

12   Samsung Electronics.  Today's deponent is Mr. Clayton        09:00:45

13   Kim.                                                          09:00:49

14           Will all counsel please identify yourself for        09:00:49

15   the record, beginning with the taking attorney.              09:00:52

16           MR. O'NEILL:  Richard O'Neill from WilmerHale        09:00:53

17   on behalf of Apple.                                          09:00:55

18           MR. MILLER:  Parker Miller from Alston & Bird        09:00:58

19   on behalf of Nokia.                                          09:01:00

20           MR. STONE:  Robert Stone of Quinn Emanuel on         09:01:02

21   behalf of Samsung and the witness.                           09:01:04

22           THE VIDEOGRAPHER:  Will the court reporter           09:01:13

23   please administer the oath.

24

25                          - - -

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

9

1            HENRY CHON AND ALEX JO,

2      having declared under penalty of perjury to truly and

3        correctly translate from Korean into English and

4          English into Korean interpreted the following:

5

6            THE VIDEOGRAPHER:  Counsel, you may proceed.        09:02:02

7            MR. O'NEILL:  And just a housekeeping            09:01:29

8      matter --                                                09:01:31

9            MR. STONE:  In-house counsel.                    09:01:36

10            Mr. SHIN:  James Shin.                            09:01:39

11                                                              09:01:39

12            SEONGWOO (CLAYTON) KIM,                          09:01:39

13      having first declared under penalty of perjury to tell  09:01:39

14      the truth, was examined and testified through the       09:01:39

15      interpreter as follows:                                 09:01:59

16                                                              09:01:59

17            MR. O'NEILL:  As a housekeeping matter,         09:02:03

18      yesterday, and mostly within the last 12 hours, we     09:02:07

19      received approximately 13,000 pages of documents.       09:02:10

20      Obviously, we haven't had sufficient time to review    09:02:15

21      them in advance of this deposition.  So we would be    09:02:18

22      holding the deposition open on that ground.             09:02:22

23            We're also holding the deposition open because  09:02:25

24      the documents themselves, for the most part, are       09:02:27

25      heavily redacted in a manner that we believe is in     09:02:30

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

10

| | | |
|---|---|---|
| 1 | conflict with Judge Grewal's order. | 09:02:35 |
| 2 | MR. STONE: So, I mean, if that's the case, I | 09:02:38 |
| 3 | mean, I don't want to waste this witness's time. So if | 09:02:40 |
| 4 | what you're saying is this is not going to be | 09:02:43 |
| 5 | sufficient today, that's probably a discussion we | 09:02:45 |
| 6 | should have off the record because if you're intending | 09:02:48 |
| 7 | just to take his deposition again, we're not going to | 09:02:50 |
| 8 | do this twice. | 09:02:53 |
| 9 | So do you want to have a discussion off the | 09:02:54 |
| 10 | record? Because we're not going to be wasting the | 09:02:55 |
| 11 | witness's time. | 09:02:57 |
| 12 | MR. O'NEILL: You understand our position. So | 09:02:58 |
| 13 | if you want to leave, feel free, but we're going | 09:02:59 |
| 14 | forward. | 09:03:03 |
| 15 | MR. STONE: Do you want to have a discussion | 09:03:03 |
| 16 | off the record about what your plan is? Do you need | 09:03:04 |
| 17 | time to review some of the materials that have been | 09:03:06 |
| 18 | produced? What do you want to do? | 09:03:08 |
| 19 | MR. O'NEILL: I think our position is pretty | 09:03:11 |
| 20 | fairly stated. So, again -- | 09:03:14 |
| 21 | MR. STONE: Okay. Well, I've offered to meet | 09:03:15 |
| 22 | and confer concerning this. I think that our position | 09:03:17 |
| 23 | is we're not going to waste this witness's time. So | 09:03:20 |
| 24 | we'll see how things progress, and we can talk at a | 09:03:23 |
| 25 | break. | 09:03:26 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

11

| | | |
|---|---|---|
| 1 | EXAMINATION | 09:03:26 |
| 2 | BY MR. O'NEILL: | 09:03:26 |
| 3 | Q.  Could you state and spell your full name for | 09:03:28 |
| 4 | the record, please. | 09:03:31 |
| 5 | A.  Seongwoo Kim. | 09:03:31 |
| 6 | THE INTERPRETER:  Phonetically spelled | 09:03:39 |
| 7 | S-E-O-N-G, W-O-O, K-I-M. | 09:03:41 |
| 8 | BY MR. O'NEILL: | 09:03:43 |
| 9 | Q.  MR. Kim, you also go by the name of | 09:03:44 |
| 10 | Clayton Kim; correct? | 09:03:46 |
| 11 | A.  Yes. | 09:03:50 |
| 12 | Q.  Where do you currently live? | 09:03:52 |
| 13 | A.  In Korea. | 09:03:57 |
| 14 | Q.  You understand that are you under oath today; | 09:03:59 |
| 15 | correct? | 09:04:02 |
| 16 | A.  Yes. | 09:04:07 |
| 17 | Q.  You understand that you must provide complete | 09:04:08 |
| 18 | and truthful answers just as if you were in a court of | 09:04:11 |
| 19 | law? | 09:04:14 |
| 20 | A.  Correct. | 09:04:15 |
| 21 | Q.  Do you understand it is a crime in the | 09:04:27 |
| 22 | United States if you break that oath? | 09:04:28 |
| 23 | A.  Yes. | 09:04:33 |
| 24 | Q.  Are you aware of any instance in which anyone | 09:04:34 |
| 25 | from Samsung has breached a protective order in any of | 09:04:38 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

12

| | | |
|---|---|---|
| 1 | its cases with Apple? | 09:04:43 |
| 2 | MR. STONE:  And to respond to that question, | 09:04:59 |
| 3 | I'll caution the witness not to disclose the contents | 09:05:01 |
| 4 | of any communication from counsel. | 09:05:04 |
| 5 | THE WITNESS:  As far as I know, no. | 09:05:14 |
| 6 | MR. O'NEILL:  And, just for the record, I | 09:05:17 |
| 7 | object to that instruction to the extent it's | 09:05:19 |
| 8 | inconsistent with Judge Grewal's order.  I think | 09:05:22 |
| 9 | counsel knows Apple's position on that issue, that | 09:05:28 |
| 10 | there has been a waiver. | 09:05:30 |
| 11 | Am I correct that you're instructing the | 09:05:31 |
| 12 | witness both with respect to communications that might | 09:05:33 |
| 13 | have taken place to prepare for the deposition as well | 09:05:35 |
| 14 | as communications that took place beforehand? | 09:05:38 |
| 15 | MR. STONE:  Yes.  And, for the record, we | 09:05:42 |
| 16 | disagree with Apple's position with respect to waiver. | 09:05:47 |
| 17 | BY MR. O'NEILL: | 09:05:58 |
| 18 | Q.  Mr. Kim, has anyone told you that you may have | 09:05:59 |
| 19 | breached a protective order entered in Samsung's | 09:06:09 |
| 20 | litigations with Apple? | 09:06:18 |
| 21 | MR. STONE:  And again, to the extent that | 09:06:18 |
| 22 | you're seeking to invade any attorney-client | 09:06:19 |
| 23 | communications or attorney work product, I have to | 09:06:24 |
| 24 | instruct the witness not to answer. | 09:06:26 |
| 25 | If you can otherwise answer the question, go | 09:06:27 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

13

| | | |
|---|---|---|
| 1 | ahead. | 09:06:29 |
| 2 | THE WITNESS:  I have not. | 09:06:41 |
| 3 | BY MR. O'NEILL: | 09:06:45 |
| 4 | Q.  Mr. Kim, are you aware of anyone at Samsung | 09:06:46 |
| 5 | who has been told that they may have breached a | 09:06:51 |
| 6 | protective order in Samsung's litigations with Apple? | 09:06:54 |
| 7 | MR. STONE:  Same caution and instruction to | 09:07:09 |
| 8 | the witness. | 09:07:11 |
| 9 | THE WITNESS:  I have not. | 09:07:12 |
| 10 | BY MR. O'NEILL: | 09:07:14 |
| 11 | Q.  Mr. Kim, are you aware of any Samsung lawyer | 09:07:18 |
| 12 | who has been told that they have breached a protective | 09:07:20 |
| 13 | order entered in Samsung's litigations with Apple? | 09:07:24 |
| 14 | MR. STONE:  Same caution and instruction to | 09:07:37 |
| 15 | the witness. | 09:07:39 |
| 16 | THE WITNESS:  I have not. | 09:07:42 |
| 17 | BY MR. O'NEILL: | 09:07:49 |
| 18 | Q.  Mr. Kim, are you aware of any instance in | 09:07:50 |
| 19 | which Samsung has been sanctioned by a court for | 09:07:53 |
| 20 | violating a protective order? | 09:07:57 |
| 21 | MR. STONE:  Same caution and instruction to | 09:08:09 |
| 22 | the witness. | 09:08:11 |
| 23 | THE WITNESS:  Can you repeat that question, | 09:08:20 |
| 24 | please? | 09:08:21 |
| 25 | BY MR. O'NEILL: | 09:08:22 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

14

| | | |
|---|---|---|
| 1 | Q.  Sure.  Are you aware of any instance in which | 09:08:22 |
| 2 | Samsung has been sanctioned by a court for violating a | 09:08:24 |
| 3 | protective order? | 09:08:28 |
| 4 | MR. STONE:  And if you can answer that | 09:08:42 |
| 5 | question without divulging the contents of any | 09:08:44 |
| 6 | communications with counsel or any work product, you | 09:08:46 |
| 7 | can answer the question. | 09:08:49 |
| 8 | THE WITNESS:  Very long time ago.  I'm sorry. | 09:08:58 |
| 9 | Because it's not something that I know clearly whether | 09:09:21 |
| 10 | it is similar or not, I don't know. | 09:09:25 |
| 11 | BY MR. O'NEILL: | 09:09:30 |
| 12 | Q.  How long, approximately, was a very long time | 09:09:30 |
| 13 | ago? | 09:09:34 |
| 14 | A.  The first time I heard of it was about ten | 09:09:54 |
| 15 | years ago, and even at that time it was spoken as | 09:09:56 |
| 16 | something that happened in the past.  I heard that | 09:09:59 |
| 17 | once. | 09:10:05 |
| 18 | Q.  Mr. Kim, you're currently employed by Samsung; | 09:10:08 |
| 19 | correct? | 09:10:15 |
| 20 | A.  Yes, that's correct. | 09:10:16 |
| 21 | Q.  You have worked at Samsung since 1988; | 09:10:18 |
| 22 | correct? | 09:10:23 |
| 23 | A.  Yes, that's correct. | 09:10:26 |
| 24 | Q.  You have worked on licensing activities at | 09:10:27 |
| 25 | Samsung since 1998; correct? | 09:10:31 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

15

| | | |
|---|---|---|
| 1 | A.  I don't recall exactly if it's '98, but | 09:10:49 |
| 2 | somewhere between '98 and 2000, I started working on | 09:10:53 |
| 3 | licensing-related matters. | 09:10:56 |
| 4 | Q.  You became a director of Samsung's licensing | 09:10:58 |
| 5 | group in 2003; correct? | 09:11:01 |
| 6 | A.  Yes, that's correct.  I was promoted to the | 09:11:12 |
| 7 | director in 2003. | 09:11:15 |
| 8 | Q.  In 2006 or 2007, you began to have | 09:11:17 |
| 9 | responsibilities for Samsung's patent litigations; | 09:11:23 |
| 10 | correct? | 09:11:27 |
| 11 | A.  Yes, from 2006 or '7 to around 2008 or '9, I | 09:11:44 |
| 12 | was involved -- I worked on patent litigation matters. | 09:11:52 |
| 13 | Q.  Okay.  You worked on several patent litigation | 09:11:55 |
| 14 | matters pending in the United States; correct? | 09:11:57 |
| 15 | A.  Yes, that's correct. | 09:12:07 |
| 16 | Q.  In that role, you became very familiar with US | 09:12:10 |
| 17 | patent litigation procedures; correct? | 09:12:15 |
| 18 | MR. STONE:  Objection.  Vague. | 09:12:25 |
| 19 | THE WITNESS:  When I joined, I -- there were | 09:12:49 |
| 20 | already people working on the day-to-day activities, | 09:12:52 |
| 21 | and because I joined the group -- joined the team as a | 09:12:55 |
| 22 | part leader, so I didn't do the day-to-day activities. | 09:12:57 |
| 23 | However, I guess I can say that I know more than the | 09:13:06 |
| 24 | general public. | 09:13:09 |
| 25 | BY MR. O'NEILL: | 09:13:11 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

16

| | | |
|---|---|---|
| 1 | Q.  Is it fair to say that you are generally | 09:13:11 |
| 2 | familiar with US patent litigation procedures? | 09:13:13 |
| 3 | MR. STONE:  Objection.  Vague.  Asked and | 09:13:22 |
| 4 | answered. | 09:13:29 |
| 5 | THE WITNESS:  I believe I answered already. | 09:13:35 |
| 6 | BY MR. O'NEILL: | 09:13:38 |
| 7 | Q.  Well, regardless of whether you think you | 09:13:38 |
| 8 | answered, I'd appreciate if you'd answer my question. | 09:13:40 |
| 9 | MR. STONE:  There's not a question pending. | 09:13:50 |
| 10 | THE WITNESS:  I think the question has a | 09:13:58 |
| 11 | very -- has a rather broad definition, so it's hard for | 09:14:02 |
| 12 | me to answer. | 09:14:07 |
| 13 | BY MR. O'NEILL: | 09:14:08 |
| 14 | Q.  Approximately how many patent litigations have | 09:14:08 |
| 15 | you worked on that are pending in the United States? | 09:14:11 |
| 16 | A.  I don't recall exactly. | 09:14:26 |
| 17 | Q.  Can you give me an approximate number? | 09:14:29 |
| 18 | A.  Several tens, I believe. | 09:14:35 |
| 19 | Q.  As a result of those several tens of | 09:14:42 |
| 20 | litigations, you are familiar with the concept of a | 09:14:45 |
| 21 | litigation protective order; correct? | 09:14:49 |
| 22 | A.  That is a legal terminology.  So I can say I | 09:15:10 |
| 23 | know a little bit, but as to how much, it's hard for me | 09:15:19 |
| 24 | to say. | 09:15:24 |
| 25 | Q.  Okay.  Let's break this down. | 09:15:24 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

17

| | | |
|---|---|---|
| 1 | You are familiar with the concept of a | 09:15:25 |
| 2 | litigation protective order; correct? | 09:15:28 |
| 3 | A.  To a certain degree, yes. | 09:15:34 |
| 4 | Q.  What is your understanding of what a | 09:15:43 |
| 5 | litigation protective order is? | 09:15:44 |
| 6 | MR. STONE:  Object to the extent the question | 09:15:53 |
| 7 | calls for a legal conclusion. | 09:15:55 |
| 8 | And I'll caution the witness, in responding to | 09:15:56 |
| 9 | the question, not to divulge the contents of any | 09:15:58 |
| 10 | attorney-client communication or attorney work product. | 09:16:01 |
| 11 | If you can answer the question, please do so. | 09:16:05 |
| 12 | MR. O'NEILL:  You're objecting to his | 09:16:15 |
| 13 | understanding as a legal conclusion? | 09:16:16 |
| 14 | MR. STONE:  Your question called for a legal | 09:16:19 |
| 15 | conclusion, perhaps, and the rest of my objection | 09:16:21 |
| 16 | stands as stated. | 09:16:24 |
| 17 | MR. O'NEILL:  Let me reask the question. | 09:16:26 |
| 18 | BY MR. O'NEILL: | 09:16:28 |
| 19 | Q.  What is your personal understanding of a | 09:16:28 |
| 20 | litigation protective order? | 09:16:31 |
| 21 | MR. STONE:  Same objections. | 09:16:42 |
| 22 | THE WITNESS:  It is a question that I have | 09:16:51 |
| 23 | never been asked before, so I don't know how to answer. | 09:17:12 |
| 24 | In explaining it, I don't know how I can put it in | 09:17:23 |
| 25 | words. | 09:17:27 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

18

| | | |
|---|---|---|
| 1 | In a US litigation, a judge, with respect to | 09:17:55 |
| 2 | the documents relating to the litigation, it's an order | 09:18:00 |
| 3 | instructing on how to handle them.  That's my | 09:18:08 |
| 4 | understanding. | 09:18:11 |
| 5 | BY MR. O'NEILL: | 09:18:16 |
| 6 | Q.  So you said that you worked on tens -- several | 09:18:20 |
| 7 | tens of litigations in the United States; is that | 09:18:26 |
| 8 | correct? | 09:18:29 |
| 9 | A.  Several tens of litigations were underway | 09:18:37 |
| 10 | within the part while I was there. | 09:18:44 |
| 11 | Q.  Right.  So you worked on several tens of | 09:18:50 |
| 12 | litigations pending in the United States; correct? | 09:18:54 |
| 13 | MR. STONE:  Objection.  Vague. | 09:19:05 |
| 14 | THE WITNESS:  Yes.  While I was the part | 09:19:13 |
| 15 | leader, my part handled several tens of litigations | 09:19:16 |
| 16 | pending in US. | 09:19:22 |
| 17 | BY MR. O'NEILL: | 09:19:24 |
| 18 | Q.  Was Samsung a party to all of those | 09:19:24 |
| 19 | litigations? | 09:19:28 |
| 20 | A.  Yes, I believe so. | 09:19:33 |
| 21 | Q.  In all of those litigations, did Samsung ask | 09:19:34 |
| 22 | for a protective order? | 09:19:38 |
| 23 | A.  I don't know exactly. | 09:19:50 |
| 24 | Q.  Are you aware of any US litigation to which | 09:19:54 |
| 25 | Samsung has been a party in which a protective order | 09:19:59 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

19

| | | |
|---|---|---|
| 1 | has not been entered? | 09:20:03 |
| 2 | MR. STONE:  I'll caution the witness, in | 09:20:16 |
| 3 | answering the question, not to divulge the contents of | 09:20:18 |
| 4 | any attorney-client communications or work product. | 09:20:21 |
| 5 | THE WITNESS:  I don't know if there were such | 09:20:33 |
| 6 | litigations. | 09:20:35 |
| 7 | MR. O'NEILL:  If there were? | 09:20:36 |
| 8 | THE INTERPRETER:  Such litigations. | 09:20:41 |
| 9 | BY MR. O'NEILL: | 09:20:43 |
| 10 | Q.  Is that because you don't think that | 09:20:43 |
| 11 | protective orders are important? | 09:20:44 |
| 12 | MR. STONE:  Objection.  Argumentative. | 09:20:47 |
| 13 | Mischaracterizes his testimony. | 09:20:48 |
| 14 | THE WITNESS:  No.  I don't think so. | 09:20:57 |
| 15 | BY MR. O'NEILL: | 09:21:04 |
| 16 | Q.  Protective orders are important; correct? | 09:21:04 |
| 17 | A.  Yes, I believe so. | 09:21:11 |
| 18 | Q.  They are intended to protect the confidential | 09:21:12 |
| 19 | information of parties and nonparties; correct? | 09:21:19 |
| 20 | MR. STONE:  I'll object to the question to the | 09:21:28 |
| 21 | extent it calls for a legal conclusion. | 09:21:30 |
| 22 | THE WITNESS:  Yes, I think so. | 09:21:41 |
| 23 | BY MR. O'NEILL: | 09:21:52 |
| 24 | Q.  In June or July 2010, you became a director in | 09:21:53 |
| 25 | Samsung's IP center; correct? | 09:21:58 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

20

1    A.  The IP center was created in 2010, and I was          09:22:30

2    one of the few directors who worked in IP center at       09:22:35

3    that time.                                                 09:22:38

4         MR. O'NEILL:  So in June or July --                   09:22:38

5         THE WITNESS:  Several.  I was one of several          09:22:42

6    directors who worked in the IP center at the time.         09:22:45

7    BY MR. O'NEILL:                                             09:22:47

8    Q.  And in June or July of 2010, you first became          09:22:47

9    a director in Samsung's IP center; correct?                09:22:51

10        MR. STONE:  Objection.  Asked and answered.           09:23:07

11        THE WITNESS:  As I said, it was created at            09:23:34

12   that time for the first time, and I was a director        09:23:37

13   before that.  So to say it again, I was a director         09:23:40

14   before, and IP center was created and I was -- I became    09:23:45

15   one of the directors at the IP center.                     09:23:51

16   BY MR. O'NEILL:                                             09:23:54

17   Q.  As a director in Samsung's IP center, you              09:23:54

18   became responsible for analyzing Samsung patents;          09:23:58

19   correct?                                                   09:24:01

20        MR. STONE:  And I'm going to caution the              09:24:10

21   witness, just in answering the question, not to divulge    09:24:11

22   the contents of any attorney-client communication or       09:24:15

23   work product.                                              09:24:18

24        THE WITNESS:  Yes, when the IPC was created,          09:24:24

25   my responsibility was the part leader of the team that     09:24:34

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

21

| | | |
|---|---|---|
| 1 | analyzed the patents. | 09:24:40 |
| 2 | BY MR. O'NEILL: | 09:24:47 |
| 3 | Q.  You were also part leader of the team that | 09:24:47 |
| 4 | analyzed patents of Samsung's competitors; right? | 09:24:50 |
| 5 | MR. STONE:  Same caution to the witness. | 09:24:59 |
| 6 | THE WITNESS:  Yes.  My part undertook | 09:25:05 |
| 7 | analyzing the patents of not all our competitors, but | 09:25:14 |
| 8 | part of our competitors, yes. | 09:25:19 |
| 9 | BY MR. O'NEILL: | 09:25:21 |
| 10 | Q.  You analyzed competitors' patents for purposes | 09:25:21 |
| 11 | of both litigation and licensing; correct? | 09:25:28 |
| 12 | MR. STONE:  And the same caution to the | 09:25:39 |
| 13 | witness.  If you can answer the question without | 09:25:41 |
| 14 | divulging the contents of any attorney-client | 09:25:43 |
| 15 | communication or work product, you can answer the | 09:25:46 |
| 16 | question. | 09:25:48 |
| 17 | THE WITNESS:  Yes, I think so. | 09:25:55 |
| 18 | BY MR. O'NEILL: | 09:25:56 |
| 19 | Q.  Part of your job was to evaluate the strength | 09:25:56 |
| 20 | of other companies' patents; correct? | 09:26:00 |
| 21 | MR. STONE:  Same caution. | 09:26:13 |
| 22 | THE WITNESS:  Yes, at that time, part of my | 09:26:16 |
| 23 | responsibilities were analyzing our competitors' | 09:26:22 |
| 24 | patents. | 09:26:26 |
| 25 | BY MR. O'NEILL: | 09:26:27 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

22

| | | |
|---|---|---|
| 1 | Q.  When evaluating the strength of a competitor's | 09:26:27 |
| 2 | patents, it's useful to know if another company has | 09:26:31 |
| 3 | licensed the patent; correct? | 09:26:34 |
| 4 | MR. STONE:  Same caution to the witness. | 09:26:51 |
| 5 | THE WITNESS:  I don't think whether -- knowing | 09:27:09 |
| 6 | whether a patent was licensed or not will be greatly | 09:27:12 |
| 7 | helpful -- | 09:27:17 |
| 8 | BY MR. O'NEILL: | 09:27:19 |
| 9 | Q.  Will it be helpful at all? | 09:27:19 |
| 10 | A.  -- in analyzing patents. | 09:27:22 |
| 11 | Q.  Is it helpful at all? | 09:27:24 |
| 12 | MR. STONE:  Same caution to the witness. | 09:27:27 |
| 13 | THE WITNESS:  Basically, analyzing patents is | 09:27:44 |
| 14 | looking at the products and the patents, and not | 09:27:47 |
| 15 | whether the other company has it licensed or not. | 09:27:51 |
| 16 | BY MR. O'NEILL: | 09:28:05 |
| 17 | Q.  In evaluating a competitor's patent portfolio, | 09:28:05 |
| 18 | have you ever tried to determine if another company has | 09:28:10 |
| 19 | taken a license to that portfolio? | 09:28:13 |
| 20 | MR. STONE:  And you can answer that question | 09:28:40 |
| 21 | if you can do so without divulging the contents of any | 09:28:42 |
| 22 | attorney-client communications or attorney work | 09:28:45 |
| 23 | product. | 09:28:50 |
| 24 | THE WITNESS:  I think I might have been | 09:29:38 |
| 25 | curious, but I have not directly tried to find out | 09:30:18 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

23

| | | |
|---|---|---|
| 1 | about that. | 09:30:23 |
| 2 | BY MR. O'NEILL: | 09:30:24 |
| 3 | Q.  And that's for any of Samsung's competitors; | 09:30:24 |
| 4 | correct? | 09:30:30 |
| 5 | MR. STONE:  Same cautions.  Overbroad. | 09:30:31 |
| 6 | THE WITNESS:  My responsibilities were | 09:30:44 |
| 7 | analyzing patents, and whether it was licensed or not, | 09:30:58 |
| 8 | that wasn't something that I was responsible for. | 09:31:03 |
| 9 | BY MR. O'NEILL: | 09:31:06 |
| 10 | Q.  Regardless of whether you were responsible for | 09:31:06 |
| 11 | it or not, have you ever tried to determine what | 09:31:08 |
| 12 | someone has paid for a patent portfolio that you were | 09:31:13 |
| 13 | analyzing on Samsung's behalf? | 09:31:18 |
| 14 | MR. STONE:  And in answering that question, | 09:31:43 |
| 15 | you can answer it if you can answer the question | 09:31:44 |
| 16 | without divulging the contents of any attorney-client | 09:31:47 |
| 17 | communications or any attorney work product generated | 09:31:50 |
| 18 | by any of the legal teams that you were involved with. | 09:31:53 |
| 19 | THE WITNESS:  Although I don't recall exactly, | 09:32:29 |
| 20 | I might have done that.  But I don't know.  Although I | 09:32:38 |
| 21 | don't recall exactly, I tried to look it up, but I | 09:32:56 |
| 22 | don't know. | 09:33:00 |
| 23 | BY MR. O'NEILL: | 09:33:01 |
| 24 | Q.  You might have tried to look it up for a | 09:33:01 |
| 25 | particular company? | 09:33:04 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

24

| | | |
|---|---|---|
| 1 | MR. STONE:  Same caution to the witness. | 09:33:11 |
| 2 | THE WITNESS:  I don't think I, myself, tried | 09:33:20 |
| 3 | to do that. | 09:33:22 |
| 4 | BY MR. O'NEILL: | 09:33:27 |
| 5 | Q.  Did you ask anyone to do it for you? | 09:33:27 |
| 6 | MR. STONE:  I'll caution the witness, I don't | 09:33:34 |
| 7 | know that you can answer the question without divulging | 09:33:36 |
| 8 | the contents of any attorney-client communications and | 09:33:39 |
| 9 | any work product, and if you can't, then I instruct you | 09:33:41 |
| 10 | not to answer. | 09:33:46 |
| 11 | THE WITNESS:  I don't have any recollection of | 09:34:04 |
| 12 | asking someone to do that, either. | 09:34:05 |
| 13 | BY MR. O'NEILL: | 09:34:11 |
| 14 | Q.  As of March 2012, you were still a director in | 09:34:12 |
| 15 | Samsung's IP center; correct? | 09:34:17 |
| 16 | A.  Yes, that's correct. | 09:34:27 |
| 17 | Q.  Has your title changed since March 2012? | 09:34:28 |
| 18 | A.  I don't recall exactly when, but from the | 09:34:35 |
| 19 | analysis of technology team, I moved to licensing team. | 09:34:49 |
| 20 | Q.  When, approximately, did that take place? | 09:35:02 |
| 21 | A.  It's either 2011 or 2012.  I think it was | 09:35:10 |
| 22 | 2011. | 09:35:58 |
| 23 | Q.  Is your title today still director in | 09:36:02 |
| 24 | Samsung's IP center? | 09:36:06 |
| 25 | A.  No. | 09:36:14 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

25

| | | |
|---|---|---|
| 1 | Q.  What is your title today? | 09:36:15 |
| 2 | A.  I am a director in the mobile communications | 09:36:18 |
| 3 | admin group. | 09:36:31 |
| 4 | Q.  You're a director in the mobile communication | 09:36:38 |
| 5 | and main group; is that correct? | 09:36:43 |
| 6 | THE INTERPRETER:  Admin. | 09:36:45 |
| 7 | MR. O'NEILL:  Admin.  Let me restate the | 09:36:51 |
| 8 | question again. | 09:36:52 |
| 9 | BY MR. O'NEILL: | 09:36:51 |
| 10 | Q.  Today you are a director in the mobile | 09:36:53 |
| 11 | communication admin group; is that correct? | 09:36:55 |
| 12 | A.  I am a director in the admin group of mobile | 09:37:21 |
| 13 | communications.  So the title of director and principal | 09:37:27 |
| 14 | engineer is interchangeably used. | 09:37:35 |
| 15 | Q.  As the director in the admin group of mobile | 09:37:39 |
| 16 | communications, do you have any responsibility for | 09:37:45 |
| 17 | licensing activities? | 09:37:50 |
| 18 | A.  Licensing activities are done by the licensing | 09:38:07 |
| 19 | team at the IP center. | 09:38:15 |
| 20 | Q.  So the answer to my question is, no, you don't | 09:38:18 |
| 21 | have responsibility today for licensing activities; | 09:38:21 |
| 22 | correct? | 09:38:25 |
| 23 | A.  Could you elaborate what you mean by | 09:38:37 |
| 24 | "licensing activities"? | 09:38:42 |
| 25 | Q.  Any type of licensing activities. | 09:38:44 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

26

| | | |
|---|---|---|
| 1 | A.  That's correct.  I am not involved in any | 09:38:55 |
| 2 | licensing activities with any other companies. | 09:38:57 |
| 3 | Q.  When did that change -- | 09:39:00 |
| 4 | A.  I'm not personally involved in any licensing | 09:39:05 |
| 5 | activities with any other companies. | 09:39:08 |
| 6 | Q.  When did that change take place? | 09:39:10 |
| 7 | A.  I transferred in February of this year. | 09:39:23 |
| 8 | Q.  What are your current job responsibilities? | 09:39:38 |
| 9 | MR. STONE:  I'll caution the witness, in | 09:39:48 |
| 10 | answering that question, not to divulge any | 09:39:49 |
| 11 | attorney-client communications or attorney work product | 09:39:51 |
| 12 | in responding. | 09:39:54 |
| 13 | MR. O'NEILL:  And just so I'm clear on the | 09:39:58 |
| 14 | instruction -- | 09:40:00 |
| 15 | MR. STONE:  It's made, Counsel. | 09:40:01 |
| 16 | MR. O'NEILL:  Sorry.  How were his job | 09:40:04 |
| 17 | responsibilities attorney-client privilege? | 09:40:06 |
| 18 | MR. STONE:  It's made, Counsel. | 09:40:08 |
| 19 | MR. O'NEILL:  Okay.  Let me reask the | 09:40:09 |
| 20 | question. | 09:40:11 |
| 21 | BY MR. O'NEILL: | 09:40:11 |
| 22 | Q.  What are your current job responsibilities, | 09:40:11 |
| 23 | sir? | 09:40:13 |
| 24 | MR. STONE:  Same caution. | 09:40:17 |
| 25 | THE WITNESS:  I am responsible for the patent | 09:40:31 |

HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS – ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

27

| | | |
|---|---|---|
| 1 | part within the admin group at mobile communications. | 09:40:34 |
| 2 | THE INTERPRETER:  Admin team at mobile | 09:40:39 |
| 3 | communications. | 09:40:45 |
| 4 | BY MR. O'NEILL: | 09:40:58 |
| 5 | Q.  What responsibilities do you have within the | 09:40:59 |
| 6 | patent part within the admin group at mobile | 09:41:02 |
| 7 | communications? | 09:41:07 |
| 8 | MR. STONE:  Same caution. | 09:41:17 |
| 9 | THE WITNESS:  My responsibilities within the | 09:41:26 |
| 10 | patent part is that I'm the part leader. | 09:41:30 |
| 11 | BY MR. O'NEILL: | 09:41:35 |
| 12 | Q.  And that's as specific as you can be in | 09:41:35 |
| 13 | describing your job responsibilities; correct? | 09:41:37 |
| 14 | MR. STONE:  Objection.  Argumentative. | 09:41:48 |
| 15 | THE WITNESS:  I can explain in more detail | 09:42:00 |
| 16 | what my responsibilities are.  I did not provide that | 09:42:04 |
| 17 | answer because you did not ask me that. | 09:42:10 |
| 18 | BY MR. O'NEILL: | 09:42:14 |
| 19 | Q.  Please provide me those details. | 09:42:15 |
| 20 | MR. STONE:  And the same caution to the | 09:42:19 |
| 21 | witness. | 09:42:20 |
| 22 | THE WITNESS:  After the transfer this year, | 09:42:57 |
| 23 | the most important responsibilities were in the ITC | 09:42:59 |
| 24 | litigation.  In case there is an FD, Samsung's products | 09:43:05 |
| 25 | might be banned from import into US.  So my | 09:43:12 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

28

| | | |
|---|---|---|
| 1 | responsibilities were to make that possible so | 09:43:21 |
| 2 | Samsung's products could be imported into the US. | 09:43:25 |
| 3 | That's what I did, what I'm doing. | 09:43:28 |
| 4 | BY MR. O'NEILL: | 09:43:30 |
| 5 | Q.  That's what you're currently doing today? | 09:43:30 |
| 6 | A.  Yes.  That's my main responsibilities. | 09:43:33 |
| 7 | Q.  To whom do you currently report? | 09:43:37 |
| 8 | A.  Mr. Joonkyo Chung.  He's a vice president. | 09:43:53 |
| 9 | Q.  Does anyone report directly to you? | 09:44:00 |
| 10 | A.  Yes. | 09:44:17 |
| 11 | Q.  How many people? | 09:44:17 |
| 12 | A.  Three. | 09:44:22 |
| 13 | Q.  Who are those individuals? | 09:44:23 |
| 14 | A.  Giho Ro, as senior manager.  Senior manager -- | 09:44:30 |
| 15 | senior engineer Junghyub Lee.  And assistant manager | 09:45:07 |
| 16 | Jonghoon Song. | 09:45:13 |
| 17 | Q.  Can you spell each of those names for the | 09:45:14 |
| 18 | court reporter? | 09:45:19 |
| 19 | MR. O'NEILL:  You have it?  Okay. | 09:45:19 |
| 20 | BY MR. O'NEILL: | 09:45:19 |
| 21 | Q.  Strike that. | 09:45:19 |
| 22 | MR. MILLER:  Can you spell each of those names | 09:45:21 |
| 23 | for me? | 09:45:22 |
| 24 | THE INTERPRETER:  This is phonetically | 09:45:29 |
| 25 | spelled. | 09:45:31 |

29

| | | |
|---|---|---|
| 1 | MR. O'NEILL:  Could you do your best to try to | 09:45:31 |
| 2 | spell each of those names? | 09:45:33 |
| 3 | MR. STONE:  Is this really the best way to use | 09:45:39 |
| 4 | the witness's time? | 09:45:41 |
| 5 | THE WITNESS:  I can give you, but it might not | 09:46:36 |
| 6 | be exact. | 09:46:38 |
| 7 | It is J-O-N-G, H-O-O-N, S-O-N-G was the | 09:46:41 |
| 8 | assistant manager, and the senior manager was G-I, H-O, | 09:46:48 |
| 9 | R-O, and another senior engineer was J-U-N-G, H-Y-U-B, | 09:46:54 |
| 10 | L-E-E. | 09:47:02 |
| 11 | BY MR. O'NEILL: | 09:47:06 |
| 12 | Q.  As of March 2012, you reported to Mr. Ahn; | 09:47:06 |
| 13 | correct? | 09:47:19 |
| 14 | A.  Yes, Seungho -- Dr. Seungho Ahn was the head | 09:47:30 |
| 15 | of the center at that time. | 09:47:46 |
| 16 | Q.  I will say "Doctor." | 09:47:49 |
| 17 | Have you spoken to Dr. Ahn at all about your | 09:47:51 |
| 18 | deposition today? | 09:47:54 |
| 19 | MR. STONE:  And you can answer that question | 09:48:02 |
| 20 | yes or no. | 09:48:04 |
| 21 | THE WITNESS:  No.  No. | 09:48:07 |
| 22 | BY MR. O'NEILL: | 09:48:13 |
| 23 | Q.  Have you spoken to Dr. Ahn at all about his | 09:48:13 |
| 24 | deposition scheduled for this week? | 09:48:15 |
| 25 | MR. STONE:  Same caution to the witness. | 09:48:29 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

30

| | | |
|---|---|---|
| 1 | THE WITNESS:  No, I have not. | 09:48:32 |
| 2 | BY MR. O'NEILL: | 09:48:34 |
| 3 | Q.  When is the last time you spoke with Dr. Ahn? | 09:48:34 |
| 4 | A.  I think it was early September. | 09:48:51 |
| 5 | Q.  What did you talk with Dr. Ahn about at that | 09:48:59 |
| 6 | time? | 09:49:02 |
| 7 | MR. STONE:  So I don't know what was discussed | 09:49:07 |
| 8 | then, and I'm concerned about the possibility of the | 09:49:10 |
| 9 | invasion of the attorney-client privilege.  So if we | 09:49:13 |
| 10 | can take a break, I'll confer with my client and see if | 09:49:16 |
| 11 | he can respond to that question. | 09:49:19 |
| 12 | Let's go off the record. | 09:49:24 |
| 13 | MR. O'NEILL:  Okay. | 09:49:25 |
| 14 | THE VIDEOGRAPHER:  The time now is 9:49, and | 09:49:26 |
| 15 | we're off the record. | 09:49:29 |
| 16 | (A brief recess was taken.) | 09:58:59 |
| 17 | THE VIDEOGRAPHER:  We're back on the record, | 09:58:59 |
| 18 | and the time now is 9:59. | 09:59:03 |
| 19 | Counsel. | 09:59:05 |
| 20 | MR. O'NEILL:  Let me reask my question so the | 09:59:06 |
| 21 | record is clear. | 09:59:09 |
| 22 | BY MR. O'NEILL: | 09:59:09 |
| 23 | Q.  Mr. Kim, you testified earlier that you spoke | 09:59:12 |
| 24 | with Dr. Ahn the last time in early September 2013; | 09:59:14 |
| 25 | correct? | 09:59:19 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

31

| | | |
|---|---|---|
| 1 | A. Yes, that's correct. | 09:59:36 |
| 2 | Q. Tell me everything you said to him and | 09:59:37 |
| 3 | everything that he said to you at that time. | 09:59:39 |
| 4 | A. At that time, I was walking down the corridor | 09:59:58 |
| 5 | of the 11th floor of R2, and Dr. Ahn, who is the head | 10:00:19 |
| 6 | of the center, called me. | 10:00:25 |
| 7 | So I approached him and I asked him how he was | 10:00:36 |
| 8 | doing, and then Dr. Ahn said, "You are not an employee | 10:00:39 |
| 9 | of the IP center. What are you doing here?" | 10:00:57 |
| 10 | I told him, "For no particular reason." | 10:00:59 |
| 11 | And he said, "Sorry," and he asked me to come | 10:01:15 |
| 12 | into a room, and he gave me a bottle of wine as a | 10:01:19 |
| 13 | present. So I received it and I took it with me. | 10:01:32 |
| 14 | Q. Was that the end of your discussion? | 10:01:40 |
| 15 | A. Yes. | 10:01:46 |
| 16 | Q. Did you speak with Dr. Ahn at that time at all | 10:01:46 |
| 17 | about anything having to do with Samsung's litigation | 10:01:49 |
| 18 | with Apple? | 10:01:54 |
| 19 | A. No. | 10:02:02 |
| 20 | Q. Have you ever spoken with Dr. Ahn about the | 10:02:04 |
| 21 | terms of Apple's patent license with Nokia? | 10:02:07 |
| 22 | MR. STONE: So, again, this is another | 10:02:23 |
| 23 | situation where I'm concerned about the possibility of | 10:02:24 |
| 24 | the invasion of the attorney-client privilege. So I | 10:02:27 |
| 25 | need to take a brief break and confer with my witness. | 10:02:29 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

32

| | | |
|---|---|---|
| 1 | MR. O'NEILL:  I think right now it's just a | 10:02:32 |
| 2 | yes-or-no answer. | 10:02:34 |
| 3 | MR. STONE:  I think that even answering the | 10:02:35 |
| 4 | question might divulge the contents of an | 10:02:36 |
| 5 | attorney-client communication, based on the way the | 10:02:39 |
| 6 | question is phrased.  So I need to take a break, and | 10:02:41 |
| 7 | let's go off the record. | 10:02:43 |
| 8 | MR. O'NEILL:  I disagree. | 10:02:44 |
| 9 | MR. STONE:  I'm either going to instruct him | 10:02:45 |
| 10 | not to answer and we can take a break after that or you | 10:02:47 |
| 11 | can let me take a break right now. | 10:02:50 |
| 12 | MR. O'NEILL:  If you're going to take a break, | 10:02:51 |
| 13 | you're going to take a break. | 10:02:54 |
| 14 | MR. STONE:  Okay.  Let's go off the record. | 10:02:54 |
| 15 | THE VIDEOGRAPHER:  The time now is 10:02, and | 10:02:56 |
| 16 | we're off the record. | 10:02:58 |
| 17 | (A brief recess was taken.) | 10:07:51 |
| 18 | THE VIDEOGRAPHER:  We are back on the record, | 10:07:51 |
| 19 | and the time now is 10:07. | 10:07:52 |
| 20 | Counsel. | 10:07:55 |
| 21 | MR. O'NEILL:  Let me reask the question. | 10:07:56 |
| 22 | BY MR. O'NEILL: | 10:07:56 |
| 23 | Q.  Mr. Kim, have you ever spoken with Dr. Ahn | 10:07:58 |
| 24 | about the terms of Apple's patent license with Nokia? | 10:08:01 |
| 25 | A.  I don't recall exactly. | 10:08:20 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

33

| | | |
|---|---|---|
| 1 | Q.  Do you have any general recollection? | 10:08:25 |
| 2 | MR. STONE:  I will caution the witness, in | 10:08:31 |
| 3 | answering this question, not to divulge the contents of | 10:08:32 |
| 4 | any attorney-client communications or any attorney work | 10:08:36 |
| 5 | product. | 10:08:39 |
| 6 | THE WITNESS:  What I recall is that there was | 10:08:48 |
| 7 | a press release that there was a deal between Apple and | 10:09:10 |
| 8 | Nokia, and just after that press release and maybe a | 10:09:15 |
| 9 | few days after that, I tried to look for the terms on | 10:09:18 |
| 10 | the internet.  That's what I recall.  It was right | 10:09:24 |
| 11 | after the Apple and Nokia settled. | 10:09:35 |
| 12 | BY MR. O'NEILL: | 10:09:40 |
| 13 | Q.  Why did you try to look for the terms on the | 10:09:41 |
| 14 | internet? | 10:09:45 |
| 15 | MR. STONE:  And I'll caution the witness, in | 10:09:51 |
| 16 | answering this question, not to divulge any | 10:09:54 |
| 17 | attorney-client communications he may have had, or any | 10:09:56 |
| 18 | attorney work product or any directions that were given | 10:09:59 |
| 19 | to you by anyone in the legal team. | 10:10:02 |
| 20 | THE WITNESS:  I don't think I'll tell you why | 10:10:22 |
| 21 | I looked it up. | 10:10:26 |
| 22 | BY MR. O'NEILL: | 10:10:30 |
| 23 | Q.  You won't tell me because you're following | 10:10:30 |
| 24 | your lawyer's instruction? | 10:10:32 |
| 25 | A.  Yes. | 10:10:39 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

34

| | | |
|---|---|---|
| 1 | Q. Let me ask a more specific question. | 10:10:40 |
| 2 | Did you decide on your own to look for the | 10:10:58 |
| 3 | terms of the Apple-Nokia license on the internet, or | 10:11:03 |
| 4 | did someone ask you to do that? | 10:11:10 |
| 5 | MR. STONE: And again I caution the witness, | 10:11:23 |
| 6 | you can answer the question if you can do so without | 10:11:26 |
| 7 | divulging the contents of any attorney-client | 10:11:29 |
| 8 | communications or any work product or any directions | 10:11:31 |
| 9 | given to you as part of your work with the legal team. | 10:11:34 |
| 10 | If you'll agree it's not a waiver, then maybe | 10:11:52 |
| 11 | we can figure out a way for him to answer this | 10:11:56 |
| 12 | question. | 10:11:59 |
| 13 | MR. O'NEILL: I guess I don't know if it's a | 10:12:00 |
| 14 | waiver or not until I hear the question. | 10:12:02 |
| 15 | MR. STONE: Okay. I think we need to go off | 10:12:04 |
| 16 | the record and confer with the witness before he | 10:12:06 |
| 17 | answers this question. Let's go off the record. | 10:12:08 |
| 18 | MR. O'NEILL: Hold on. I mean, the question | 10:12:12 |
| 19 | is, did he decide on his own to look. | 10:12:13 |
| 20 | MR. STONE: Or did someone else direct him to. | 10:12:16 |
| 21 | That was the question -- | 10:12:18 |
| 22 | MR. O'NEILL: Let me ask the first part of | 10:12:18 |
| 23 | that, then. | 10:12:19 |
| 24 | BY MR. O'NEILL: | 10:12:20 |
| 25 | Q. Mr. Kim, did you decide on your own to look | 10:12:20 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

35

| | | |
|---|---|---|
| 1 | for the terms of the Apple-Nokia license on the | 10:12:23 |
| 2 | internet? | 10:12:26 |
| 3 | MR. STONE:  And the problem I have with that | 10:12:36 |
| 4 | is, that answer itself may then divulge the contents of | 10:12:38 |
| 5 | the attorney-client communications.  So we need to go | 10:12:42 |
| 6 | off the record so I can talk to the witness. | 10:12:45 |
| 7 | MR. O'NEILL:  Can you explain to me how that | 10:12:48 |
| 8 | might disclose attorney-client privilege. | 10:12:50 |
| 9 | MR. STONE:  Yes.  Depending on what the answer | 10:12:53 |
| 10 | is, it could identify the existence of some | 10:12:55 |
| 11 | communication from counsel. | 10:12:57 |
| 12 | MR. O'NEILL:  I'm not asking for the substance | 10:12:58 |
| 13 | of the communication.  I'm asking -- | 10:13:00 |
| 14 | MR. STONE:  The way -- the way that this line | 10:13:02 |
| 15 | of questioning is framed, I think could lead to that. | 10:13:05 |
| 16 | So I need to take a brief break so I can talk to my | 10:13:08 |
| 17 | witness. | 10:13:11 |
| 18 | MR. MILLER:  Well, let's be clear.  The | 10:13:12 |
| 19 | existence of a communication is not privileged.  That's | 10:13:13 |
| 20 | not your position; correct? | 10:13:16 |
| 21 | MR. STONE:  That is not my position.  You're | 10:13:17 |
| 22 | right. | 10:13:19 |
| 23 | MR. O'NEILL:  So when you said you're | 10:13:19 |
| 24 | concerned that this line of questioning could identify | 10:13:20 |
| 25 | the existence of a communication -- | 10:13:25 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

36

| | | |
|---|---|---|
| 1 | MR. STONE:  It could identify the substance | 10:13:26 |
| 2 | and a specific communication. | 10:13:28 |
| 3 | I'm not going to have any more colloquy. | 10:13:29 |
| 4 | Let's just go off the record and have a brief | 10:13:32 |
| 5 | conference. | 10:13:34 |
| 6 | MR. O'NEILL:  Let me ask the question again. | 10:13:34 |
| 7 | BY MR. O'NEILL: | 10:13:34 |
| 8 | Q.  Mr. Kim, did you decide on your own to look | 10:13:35 |
| 9 | for the terms of the Apple-Nokia license on the | 10:13:37 |
| 10 | internet? | 10:13:39 |
| 11 | MR. STONE:  And I have the same problem with | 10:13:41 |
| 12 | that question.  We need to have a brief conference. | 10:13:42 |
| 13 | MR. O'NEILL:  Here's my concern:  I'm worried | 10:13:46 |
| 14 | that these many breaks that we're having about | 10:13:49 |
| 15 | non-privileged questions are leading to improper | 10:13:51 |
| 16 | coaching. | 10:13:54 |
| 17 | MR. STONE:  Well, I'm sorry you feel that way. | 10:13:55 |
| 18 | But the problem is that, given Apple's position with | 10:13:57 |
| 19 | respect to waiver in this case, we need to be very | 10:14:00 |
| 20 | careful to ensure that there is not anything that | 10:14:04 |
| 21 | crosses the line and would constitute something that | 10:14:07 |
| 22 | you all would then contend is a waiver.  So given that | 10:14:11 |
| 23 | and given the nature of the questions that you've been | 10:14:15 |
| 24 | asking, I'm concerned about that.  So I need a brief | 10:14:18 |
| 25 | moment to confer with my witness. | 10:14:21 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

37

| | | |
|---|---|---|
| 1 | MR. O'NEILL:  I'll give you that.  If I get a | 10:14:22 |
| 2 | yes-or-no answer, I will not contend that's a waiver of | 10:14:24 |
| 3 | that privilege. | 10:14:28 |
| 4 | MR. STONE:  And that's fine. | 10:14:33 |
| 5 | BY MR. O'NEILL: | 10:14:33 |
| 6 | Q.  Let me ask again. | 10:14:37 |
| 7 | BY MR. O'NEILL: | 10:14:37 |
| 8 | Q.  Mr. Kim, did you decide on your own to look | 10:14:38 |
| 9 | for the terms of the Apple-Nokia license on the | 10:14:42 |
| 10 | internet? | 10:14:51 |
| 11 | A.  Did my counsel advise that I can answer that | 10:15:00 |
| 12 | question? | 10:15:02 |
| 13 | MR. STONE:  You can answer that question yes | 10:15:02 |
| 14 | or no. | 10:15:04 |
| 15 | THE WITNESS:  I don't recall exactly. | 10:15:08 |
| 16 | BY MR. O'NEILL: | 10:15:18 |
| 17 | Q.  Did you consider the terms of the Apple-Nokia | 10:15:19 |
| 18 | license relevant to your work at Samsung? | 10:15:22 |
| 19 | MR. STONE:  And I'll caution the witness, in | 10:15:37 |
| 20 | answering the question, not to divulge any | 10:15:39 |
| 21 | attorney-client communications or any attorney work | 10:15:42 |
| 22 | product.  And if you can answer the question without | 10:15:45 |
| 23 | doing that, you can answer the question. | 10:15:49 |
| 24 | THE WITNESS:  I think it is related to a | 10:15:59 |
| 25 | certain degree. | 10:16:01 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

38

| | | |
|---|---|---|
| 1 | BY MR. O'NEILL: | 10:16:05 |
| 2 | Q.  How is it related? | 10:16:06 |
| 3 | MR. STONE:  Same cautions to the witness. | 10:16:10 |
| 4 | THE WITNESS:  The question that you just | 10:16:18 |
| 5 | asked, is it relating to our company or is it for me | 10:16:19 |
| 6 | personally? | 10:16:24 |
| 7 | BY MR. O'NEILL: | 10:16:24 |
| 8 | Q.  Either. | 10:16:28 |
| 9 | MR. STONE:  Same caution to the witness, and I | 10:16:35 |
| 10 | think particularly as it relates to the company, I'll | 10:16:38 |
| 11 | caution the witness not to divulge the contents of any | 10:16:40 |
| 12 | attorney-client communications or attorney work | 10:16:43 |
| 13 | product. | 10:16:51 |
| 14 | THE WITNESS:  In my personal opinion, I think | 10:17:27 |
| 15 | it could be related. | 10:17:33 |
| 16 | BY MR. O'NEILL: | 10:17:34 |
| 17 | Q.  How could it be related? | 10:17:34 |
| 18 | MR. STONE:  Same cautions to the witness. | 10:17:36 |
| 19 | THE WITNESS:  Because we were in a dispute | 10:17:57 |
| 20 | with Apple at that time. | 10:18:01 |
| 21 | BY MR. O'NEILL: | 10:18:05 |
| 22 | Q.  And the specific terms of the Apple-Nokia | 10:18:06 |
| 23 | license -- strike that. | 10:18:09 |
| 24 | The specific terms of the Apple-Nokia patent | 10:18:11 |
| 25 | license were relevant to Samsung's dispute with Apple; | 10:18:14 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

39

| | | |
|---|---|---|
| 1 | correct? | 10:18:20 |
| 2 | MR. STONE:  Same cautions to the witness. | 10:18:34 |
| 3 | What are the specific terms that you're | 10:18:35 |
| 4 | referring to, Counsel? | 10:18:37 |
| 5 | BY MR. O'NEILL: | 10:18:38 |
| 6 | Q.  You can answer the question. | 10:18:50 |
| 7 | MR. STONE:  If you understand it. | 10:18:50 |
| 8 | THE WITNESS:  I think, basically, that the | 10:19:21 |
| 9 | terms are settled through the discussion or | 10:19:24 |
| 10 | negotiations between Apple and Samsung. | 10:19:29 |
| 11 | BY MR. O'NEILL: | 10:19:36 |
| 12 | Q.  Mr. Kim, you understand Apple and Nokia | 10:19:36 |
| 13 | entered into a patent license in approximately | 10:19:40 |
| 14 | June 2011; correct? | 10:19:43 |
| 15 | A.  I don't recall the exact time, but I am aware | 10:20:00 |
| 16 | that there was an agreement. | 10:20:04 |
| 17 | Q.  It was sometime in 2011; correct? | 10:20:06 |
| 18 | A.  I don't recall. | 10:20:14 |
| 19 | Q.  Do you recall that when you learned about the | 10:20:15 |
| 20 | Apple-Nokia license, Apple and Samsung were in a | 10:20:17 |
| 21 | licensing dispute themselves? | 10:20:21 |
| 22 | A.  I am -- I was aware that during the dispute | 10:20:39 |
| 23 | between Apple and Samsung, that Apple and Nokia made | 10:20:43 |
| 24 | that license agreement. | 10:20:46 |
| 25 | Q.  And you wanted to know the terms of the | 10:20:48 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

40

| | | |
|---|---|---|
| 1 | Apple-Nokia license; correct? | 10:20:51 |
| 2 | MR. STONE:  Objection.  Lacks foundation. | 10:20:58 |
| 3 | And you can answer the question provided you | 10:21:02 |
| 4 | can do so without disclosing the contents of any | 10:21:04 |
| 5 | attorney-client communications or any attorney work | 10:21:06 |
| 6 | product. | 10:21:09 |
| 7 | A.  I do recall that I looked it up on the | 10:21:29 |
| 8 | internet, with respect to the Apple and Nokia terms, | 10:21:31 |
| 9 | but whether it was because I wanted to know them or | 10:21:35 |
| 10 | not, I don't recall. | 10:21:37 |
| 11 | Q.  You were looking it up just for fun? | 10:21:41 |
| 12 | MR. STONE:  Objection.  Argumentative. | 10:21:48 |
| 13 | THE WITNESS:  I don't recall whether it was | 10:22:02 |
| 14 | fun for me to look it up or not. | 10:22:04 |
| 15 | BY MR. O'NEILL: | 10:22:08 |
| 16 | Q.  So as you sit here today, you don't have any | 10:22:09 |
| 17 | memory as to why you tried to look up the Apple-Nokia | 10:22:11 |
| 18 | license terms on the internet; right? | 10:22:14 |
| 19 | MR. STONE:  Objection.  Argumentative. | 10:22:29 |
| 20 | THE WITNESS:  I did tell you that I do | 10:22:39 |
| 21 | remember looking up the Apple and Nokia licensing | 10:22:48 |
| 22 | agreement. | 10:22:52 |
| 23 | The work I do, there is very complicated | 10:23:17 |
| 24 | hierarchy, and there are a lot of people working | 10:23:21 |
| 25 | next to -- working with me.  So whether something was | 10:23:25 |

41

| | | |
|---|---|---|
| 1 | done on my own or whether it was upon instruction from | 10:23:28 |
| 2 | someone else is complicated, and at that time, whether | 10:23:33 |
| 3 | that one, I did it on my own or whether it was under | 10:23:38 |
| 4 | someone's instruction, I don't recall.  That's what I | 10:23:42 |
| 5 | told you.  That's what I'm saying. | 10:23:45 |
| 6 | BY MR. O'NEILL: | 10:23:51 |
| 7 | Q.  Mr. Kim, as you sit here today, you have no | 10:23:51 |
| 8 | memory as to why you tried to look up the terms of the | 10:23:57 |
| 9 | Apple-Nokia license on the internet; correct? | 10:24:00 |
| 10 | MR. STONE:  Objection.  Argumentative.  Asked | 10:24:17 |
| 11 | and answered. | 10:24:20 |
| 12 | THE WITNESS:  By "why," if you mean whether it | 10:24:40 |
| 13 | was on my own or under somebody else's instruction or | 10:24:42 |
| 14 | based on a discussion with somebody else, then yes, I | 10:24:47 |
| 15 | do not. | 10:24:49 |
| 16 | BY MR. O'NEILL: | 10:24:55 |
| 17 | Q.  What did you learn about the Apple-Nokia | 10:24:55 |
| 18 | license from your internet search? | 10:24:57 |
| 19 | A.  I don't have exact recollections, but the | 10:25:32 |
| 20 | amount was in the hundreds of millions of Euros, and | 10:25:34 |
| 21 | that there was a running royalty condition.  I remember | 10:25:41 |
| 22 | reading either an article or commentary done by an | 10:25:47 |
| 23 | analyst.  That's what I remember.  I don't recall | 10:25:54 |
| 24 | exactly whether the unit was why Euros or dollars.  I | 10:26:03 |
| 25 | don't recall exactly. | 10:26:07 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

42

1    Q.  Which specific article or commentary did you    10:26:08

2  look at?    10:26:11

3    A.  I don't recall exactly, but if it is correct,    10:26:36

4  I think it was an analyst from a Deutsche Bank.    10:26:38

5    Q.  Can you identify a single document of any kind    10:26:47

6  that confirms that you looked at that Deutsche Bank    10:26:53

7  analyst report?    10:26:57

8    A.  Can you explain what you mean by identifying a    10:27:15

9  single document?    10:27:21

10    Q.  Sure.  You said that you believe you looked at    10:27:22

11  a Deutsche Bank analyst report discussing the    10:27:26

12  Apple-Nokia license; correct?    10:27:29

13    A.  It's not that it's a report, but it's either a    10:27:58

14  news or a comment, that an analyst has prepared that.    10:28:02

15  That's what I was referring to.    10:28:07

16    Q.  Okay.  So you looked at a Deutsche Bank    10:28:11

17  analyst comment; is that right?    10:28:14

18    A.  It's not that it's a report, but it is either    10:28:29

19  a news or comment that said -- that mentioned that    10:28:31

20  there's a Deutsche Bank analyst report.  That's what I    10:28:36

21  was referring to.  It is either a news or a comment    10:28:39

22  that -- that refers to a Deutsche Bank analyst.    10:28:50

23    Q.  So you didn't look at the actual Deutsche Bank    10:28:56

24  report; correct?    10:29:00

25    MR. STONE:  I'll caution the witness, in    10:29:05

43

| | | |
|---|---|---|
| 1 | answering the question, not to divulge the contents of | 10:29:06 |
| 2 | any attorney-client communications or any work product | 10:29:08 |
| 3 | or direction from the legal team. | 10:29:11 |
| 4 | THE WITNESS:  Yes, it wasn't a report that I | 10:29:44 |
| 5 | looked at, but it's more a short comment or short | 10:29:48 |
| 6 | mention that you can come across on the internet site. | 10:29:53 |
| 7 | I think that's what -- what it was. | 10:29:57 |
| 8 | BY MR. O'NEILL: | 10:29:59 |
| 9 | Q.  What website was that on? | 10:29:59 |
| 10 | A.  I don't recall. | 10:30:06 |
| 11 | Q.  Who wrote it? | 10:30:07 |
| 12 | A.  I don't recall. | 10:30:08 |
| 13 | Q.  Did you print it out? | 10:30:09 |
| 14 | A.  I don't recall. | 10:30:14 |
| 15 | Q.  Did you tell anyone that you had seen that | 10:30:15 |
| 16 | story? | 10:30:17 |
| 17 | MR. STONE:  Well, now I have a problem that he | 10:30:21 |
| 18 | may have had discussions with counsel about that, so | 10:30:22 |
| 19 | I'm not sure that I can allow him to answer that | 10:30:25 |
| 20 | question.  I think I need to confer with the witness | 10:30:27 |
| 21 | briefly because the answer to that question would | 10:30:31 |
| 22 | disclose the contents of communication. | 10:30:45 |
| 23 | MR. O'NEILL:  Well, you can instruct him.  I | 10:30:47 |
| 24 | mean, we obviously disagree with the instruction, but | 10:30:49 |
| 25 | you can instruct him without taking a break, I think. | 10:30:51 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

44

1    MR. STONE:  That's fine.  As phrased, I have          10:30:54

2    to instruct the witness not to answer on grounds that  10:30:57

3    it may divulge the contents of an attorney-client       10:30:59

4    communication and attorney work product.               10:31:02

5         MR. O'NEILL:  Not to answer the question at       10:31:04

6    all?                                                    10:31:05

7         MR. STONE:  If he can answer without doing so,    10:31:05

8    that's fine, but that's my instruction.                10:31:07

9         THE WITNESS:  I don't recall exactly, but I       10:31:26

10   don't think -- I don't believe I've done that.         10:31:27

11   BY MR. O'NEILL:                                         10:31:33

12      Q.  Did you forward the news story or comment to     10:31:33

13   anybody?                                                10:31:41

14        MR. STONE:  Same caution to the witness.  You      10:31:43

15   can answer that question if in doing so it wouldn't be  10:31:45

16   divulging the contents of an attorney-client            10:31:48

17   communication or work product.                          10:31:50

18        THE WITNESS:  Again, I don't recall exactly.       10:32:08

19   But I do not think I did that.                          10:32:11

20   BY MR. O'NEILL:                                         10:32:12

21      Q.  Did you talk to Dr. Ahn about your internet      10:32:12

22   search?                                                 10:32:15

23        MR. STONE:  Same cautions to the witness.          10:32:22

24        THE WITNESS:  My recollection is that I did        10:32:28

25   not.                                                    10:32:29

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

45

| | | |
|---|---|---|
| 1 | BY MR. O'NEILL: | 10:32:29 |
| 2 | Q.  Are you aware of any documents showing that | 10:32:29 |
| 3 | you did this internet search? | 10:32:31 |
| 4 | A.  My recollection is that there is no document | 10:32:49 |
| 5 | that refers to me during this internet search. | 10:32:52 |
| 6 | MR. STONE:  Is this a good time to take a | 10:32:56 |
| 7 | break? | 10:32:58 |
| 8 | MR. O'NEILL:  One more minute and we'll take a | 10:32:59 |
| 9 | break. | 10:33:00 |
| 10 | MR. STONE:  All right. | 10:33:01 |
| 11 | BY MR. O'NEILL: | 10:33:02 |
| 12 | Q.  What did the news story or comment say about | 10:33:03 |
| 13 | the running royalty of the Apple-Nokia license? | 10:33:06 |
| 14 | A.  My recollection is that there were several | 10:33:43 |
| 15 | hundreds of million either dollars or Euros, and that | 10:33:47 |
| 16 | that included a running royalty.  It looks to be | 10:33:51 |
| 17 | including the running royalty.  That's my recollection. | 10:33:55 |
| 18 | Q.  Do you remember the specific terms of the | 10:33:59 |
| 19 | running royalty? | 10:34:02 |
| 20 | A.  No, I don't recall. | 10:34:10 |
| 21 | MR. O'NEILL:  Okay. | 10:34:14 |
| 22 | THE INTERPRETER:  Counsel, if I may, please | 10:34:16 |
| 23 | allow me to quickly mention in passing that on just a | 10:34:19 |
| 24 | few occasions the main interpreter, my esteemed | 10:34:24 |
| 25 | colleague here, made corrections to his own renditions, | 10:34:27 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

46

| | | |
|---|---|---|
| 1 | and he did so without scratching the earlier version. | 10:34:32 |
| 2 | A good example being the rendition related to | 10:34:37 |
| 3 | Deutsche Bank report, Deutsche Bank report, for | 10:34:43 |
| 4 | example. | 10:34:43 |
| 5 | MR. O'NEILL:  Okay. | 10:34:43 |
| 6 | THE INTERPRETER:  Just to mention it. | 10:34:46 |
| 7 | MR. O'NEILL:  Actually, before we go off, | 10:34:46 |
| 8 | Robert, will you represent that Mr. Watson is the only | 10:34:48 |
| 9 | one participating by webcam and will be the only one | 10:34:53 |
| 10 | throughout the deposition participating by webcam. | 10:34:57 |
| 11 | MR. STONE:  I'm not in a position to make that | 10:35:00 |
| 12 | representation. | 10:35:01 |
| 13 | MR. O'NEILL:  He's from your firm; right? | 10:35:02 |
| 14 | MR. STONE:  He is from my firm. | 10:35:03 |
| 15 | MR. O'NEILL:  Can you confirm during the break | 10:35:04 |
| 16 | whether that's the case? | 10:35:07 |
| 17 | MR. STONE:  I can do my best to do so, yes. | 10:35:07 |
| 18 | MR. O'NEILL:  I would ask that you do. | 10:35:10 |
| 19 | MR. STONE:  Okay.  Let's go off the record. | 10:35:11 |
| 20 | THE VIDEOGRAPHER:  This ends Media No. 1, and | 10:35:13 |
| 21 | we're off the record at 10:35 a.m. | 10:35:16 |
| 22 | (A brief recess was taken.) | 10:49:57 |
| 23 | THE VIDEOGRAPHER:  We are back on the record. | 10:49:57 |
| 24 | This begins Media No. 2, and the time now is 10:49. | 10:49:58 |
| 25 | MR. STONE:  Counsel, with respect to the | 10:50:03 |

47

1    housekeeping matter that you raised before the break,          10:50:05

2    my understanding is that Rachel Kassabian and                  10:50:07

3    Tom Watson of Quinn Emanuel are viewing the deposition         10:50:10

4    via the live feed.                                             10:50:15

5         I understand that Ken Korea, who is going to              10:50:17

6    be Samsung's 30(b)(6) witness, was initially intended          10:50:21

7    to view the feed as well, but there was an objection in        10:50:26

8    the deposition of Daniel Shim, which is ongoing at this        10:50:29

9    moment as well, in a different location, and so he will        10:50:35

10   not be watching the feed.                                      10:50:37

11        If I -- if I understand that the identities of            10:50:38

12   those people will change, I'll let you know.                   10:50:42

13        MR. O'NEILL:  Thank you.  I appreciate that.              10:50:44

14        We'll mark this as the first exhibit.                     10:50:47

15     (Kim Exhibit 1 was marked for identification.)               10:50:47

16   BY MR. O'NEILL:                                                10:50:47

17   Q.  Actually, before we go to Exhibit 1, Mr. Kim,              10:51:10

18   how many different searches did you perform in an              10:51:15

19   effort to learn the terms of the Apple-Nokia license?         10:51:21

20   A.  I don't recall.                                            10:51:37

21   Q.  You don't recall if it was one time or more                10:51:39

22   than one time?                                                 10:51:42

23   A.  I don't recall how many terms I entered.                   10:51:51

24   Q.  Okay.  Sorry.  Let me -- let me try to be more            10:51:55

25   precise with my question.                                      10:51:57

48

| | | |
|---|---|---|
| 1 | You testified that on some day you performed | 10:52:02 |
| 2 | an internet search to try to learn the terms of the | 10:52:11 |
| 3 | Apple-Nokia license; correct? | 10:52:15 |
| 4 | MR. STONE:  Objection.  Mischaracterizes the | 10:52:33 |
| 5 | testimony. | 10:52:35 |
| 6 | You can answer the question. | 10:52:35 |
| 7 | THE WITNESS:  Yes, after the announcement of | 10:52:53 |
| 8 | Apple-Nokia settlement, I did do an internet search for | 10:52:56 |
| 9 | the terms. | 10:53:00 |
| 10 | Q.  And was that the only time that you performed | 10:53:01 |
| 11 | an internet search trying to determine the Apple-Nokia | 10:53:03 |
| 12 | license terms? | 10:53:07 |
| 13 | MR. STONE:  You can answer the question, but I | 10:53:20 |
| 14 | want to caution you not to divulge the contents of any | 10:53:21 |
| 15 | attorney-client communication or work product when you | 10:53:24 |
| 16 | answer it. | 10:53:28 |
| 17 | THE WITNESS:  As far as I remember, that was | 10:53:39 |
| 18 | the only time. | 10:53:40 |
| 19 | BY MR. O'NEILL: | 10:53:44 |
| 20 | Q.  Mr. Kim, you have before you what's been | 10:53:45 |
| 21 | marked as Kim Exhibit 1, which is Judge Grewal's | 10:53:48 |
| 22 | October 2nd, 2013 order regarding Apple's Motion For | 10:53:54 |
| 23 | Sanctions. | 10:53:58 |
| 24 | Do you have that before you? | 10:53:59 |
| 25 | A.  I'm looking at the document in front of me. | 10:54:29 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

49

| | | |
|---|---|---|
| 1 | Q.  Have you seen Exhibit 1 before today? | 10:54:31 |
| 2 | A.  Yes, I believe so. | 10:55:04 |
| 3 | Q.  And you understand you're appearing today in | 10:55:05 |
| 4 | response to the judge's instructions set forth in | 10:55:08 |
| 5 | Exhibit 1? | 10:55:14 |
| 6 | A.  Yes, I know. | 10:55:29 |
| 7 | Q.  If you could turn to Page 5 of Exhibit 1.  You | 10:55:44 |
| 8 | can see the entry that starts with "3" at Line 19. | 10:55:50 |
| 9 | A.  Yes, I can see that. | 10:56:06 |
| 10 | Q.  And you understand in that paragraph | 10:56:11 |
| 11 | Judge Grewal is requiring Samsung to make five | 10:56:14 |
| 12 | witnesses available for deposition to address any and | 10:56:17 |
| 13 | all communications they have had since March 24, 2012, | 10:56:21 |
| 14 | regarding Apple's licenses with Nokia, Ericsson, Sharp | 10:56:28 |
| 15 | and Philips, including the dates of such discussions | 10:56:33 |
| 16 | and the names of all participants in such discussions. | 10:56:37 |
| 17 | Do you see that? | 10:56:41 |
| 18 | A.  Yes, I'm looking at that paragraph starting | 10:57:28 |
| 19 | with No. 3, up to 5, and then ending in discussions. | 10:57:31 |
| 20 | That's what I'm looking at. | 10:57:34 |
| 21 | Q.  Have you had any communications with anyone | 10:57:39 |
| 22 | since March 24, 2012, regarding Apple's license with | 10:57:41 |
| 23 | Philips? | 10:57:47 |
| 24 | MR. STONE:  And you can answer that question | 10:58:00 |
| 25 | yes or no. | 10:58:01 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

50

| | | |
|---|---|---|
| 1 | THE WITNESS:  No, I have not. | 10:58:05 |
| 2 | BY MR. O'NEILL: | 10:58:06 |
| 3 | Q.  Have you had any communications with anyone | 10:58:06 |
| 4 | since March 24, 2012, regarding Apple's license with | 10:58:09 |
| 5 | Sharp? | 10:58:14 |
| 6 | MR. STONE:  And you can answer that question | 10:58:26 |
| 7 | yes or no. | 10:58:28 |
| 8 | THE WITNESS:  No, I have not. | 10:58:31 |
| 9 | BY MR. O'NEILL: | 10:58:32 |
| 10 | Q.  Have you had any communications with anyone | 10:58:33 |
| 11 | since March 24, 2012, regarding Apple's license with | 10:58:35 |
| 12 | Ericsson? | 10:58:40 |
| 13 | MR. STONE:  And you can answer that question | 10:58:52 |
| 14 | if doing so would not divulge the contents of any | 10:58:55 |
| 15 | attorney-client communication or work product.  If you | 10:58:58 |
| 16 | can't answer that question without doing so, then don't | 10:59:06 |
| 17 | answer that question. | 10:59:08 |
| 18 | MR. O'NEILL:  Just so I'm clear, you're | 10:59:14 |
| 19 | instructing him, if he can't answer yes -- if it's a | 10:59:19 |
| 20 | yes, he can't answer? | 10:59:20 |
| 21 | MR. STONE:  I just -- if -- if the discussion | 10:59:21 |
| 22 | was a privileged communication, then I'm not sure he | 10:59:22 |
| 23 | can answer that question -- | 10:59:25 |
| 24 | MR. O'NEILL:  The fact that it -- | 10:59:25 |
| 25 | MR. STONE:  -- as phrased. | 10:59:27 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

51

| | | |
|---|---|---|
| 1 | MR. O'NEILL:  The fact that it -- the | 10:59:28 |
| 2 | conversation happened?  I mean, this is stuff that | 10:59:30 |
| 3 | would be on a privilege log. | 10:59:33 |
| 4 | MR. STONE:  I understand what you're saying. | 10:59:34 |
| 5 | Let's see what the witness says, and I may need to | 10:59:36 |
| 6 | confer with him. | 10:59:39 |
| 7 | MR. O'NEILL:  Okay.  Let me reask so the | 10:59:40 |
| 8 | record is clear. | 10:59:42 |
| 9 | BY MR. O'NEILL: | 10:59:42 |
| 10 | Q.  Have you had any communications with anyone | 10:59:44 |
| 11 | since March 24, 2012, regarding Apple's license with | 10:59:45 |
| 12 | Ericsson? | 10:59:51 |
| 13 | MR. STONE:  Same instructions. | 11:00:01 |
| 14 | THE WITNESS:  Because I would need to refer to | 11:00:13 |
| 15 | the conversation with a lawyer, I would -- I choose not | 11:00:16 |
| 16 | to answer that question. | 11:00:21 |
| 17 | MR. O'NEILL:  Counsel, I'm entitled to a yes | 11:00:21 |
| 18 | or no on that. | 11:00:23 |
| 19 | MR. STONE:  I think I need to confer with my | 11:00:24 |
| 20 | witness briefly. | 11:00:27 |
| 21 | MR. O'NEILL:  On what grounds? | 11:00:28 |
| 22 | MR. STONE:  I need to confer with him briefly | 11:00:29 |
| 23 | as to what the nature was of the conversation that he's | 11:00:31 |
| 24 | referring to. | 11:00:34 |
| 25 | MR. O'NEILL:  I am not asking about the | 11:00:35 |

52

| | | |
|---|---|---|
| 1 | substance of the communication.  I'm asking about -- | 11:00:36 |
| 2 | MR. STONE:  You are asking about the substance | 11:00:39 |
| 3 | of the communication.  Your question was, did he have a | 11:00:40 |
| 4 | discussion with anyone about an Apple-Ericsson license | 11:00:42 |
| 5 | agreement.  That's the substance.  So I need to confer | 11:00:47 |
| 6 | with the witness. | 11:00:49 |
| 7 | MR. O'NEILL:  This is -- this is stuff that | 11:00:50 |
| 8 | would be on a privilege log. | 11:00:51 |
| 9 | MR. STONE:  I understand what you're saying. | 11:00:52 |
| 10 | MR. O'NEILL:  So why do you need to have a | 11:00:53 |
| 11 | discussion? | 11:00:55 |
| 12 | MR. STONE:  I need to.  So let's go off the | 11:00:56 |
| 13 | record. | 11:00:58 |
| 14 | MR. O'NEILL:  I think this is completely | 11:00:58 |
| 15 | inappropriate. | 11:00:59 |
| 16 | MR. STONE:  I'm sorry you feel that way. | 11:01:00 |
| 17 | Let's go off the record. | 11:01:02 |
| 18 | THE VIDEOGRAPHER:  Are we concurring, Counsel? | 11:01:04 |
| 19 | MR. O'NEILL:  Yeah, but I reserve the right to | 11:01:10 |
| 20 | inquire what you talk about during the break. | 11:01:13 |
| 21 | MR. STONE:  That's not going to be the subject | 11:01:15 |
| 22 | of any discussion that he's going to testify about, so | 11:01:16 |
| 23 | reserve your right all you want.  Let's go off the | 11:01:20 |
| 24 | record. | 11:01:23 |
| 25 | THE VIDEOGRAPHER:  The time now is 11:01. | 11:01:23 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

53

| | | |
|---|---|---|
| 1 | We're off the record. | 11:01:27 |
| 2 | (A brief recess was taken.) | 11:05:09 |
| 3 | THE VIDEOGRAPHER:  We're back on the record, | 11:05:15 |
| 4 | and the time now is 11:05. | 11:05:17 |
| 5 | MR. STONE:  And, Counsel, I expect you're | 11:05:19 |
| 6 | going to ask the same question again, and you were | 11:05:20 |
| 7 | characterizing it as essentially privilege log | 11:05:23 |
| 8 | information. | 11:05:27 |
| 9 | And would you agree that permitting the | 11:05:27 |
| 10 | witness to answer that question yes or no will not | 11:05:29 |
| 11 | constitute a waiver? | 11:05:31 |
| 12 | MR. O'NEILL:  Beyond what's already occurred, | 11:05:33 |
| 13 | sure. | 11:05:35 |
| 14 | MR. STONE:  And will you agree with that too, | 11:05:35 |
| 15 | Counsel? | 11:05:37 |
| 16 | MR. MILLER:  Sure. | 11:05:38 |
| 17 | MR. STONE:  With that, please ask the question | 11:05:38 |
| 18 | again. | 11:05:40 |
| 19 | MR. O'NEILL:  Sure.  Let me ask the question | 11:05:41 |
| 20 | again. | 11:05:43 |
| 21 | BY MR. O'NEILL: | 11:05:57 |
| 22 | Q.  Mr. Kim, have you had any communications since | 11:05:57 |
| 23 | March 24, 2012, with anyone regarding Apple's licenses | 11:06:00 |
| 24 | with Ericsson? | 11:06:07 |
| 25 | A.  Yes, I have. | 11:06:21 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

54

| | | |
|---|---|---|
| 1 | Q.  With whom? | 11:06:23 |
| 2 | A.  With Mr. Jay Shim, SVP. | 11:06:30 |
| 3 | Q.  Could you spell his name for the record, | 11:06:38 |
| 4 | please. | 11:06:41 |
| 5 | A.  Since we always express it in Korean, it might | 11:06:58 |
| 6 | be correct, but it could be J-A-Y, S-H-I-M. | 11:07:04 |
| 7 | Q.  Anyone else? | 11:07:12 |
| 8 | A.  I don't recall now. | 11:07:26 |
| 9 | Q.  So you can't recall anyone else right now? | 11:07:28 |
| 10 | A.  That's correct. | 11:07:33 |
| 11 | Q.  How -- strike that. | 11:07:34 |
| 12 | What type of communication did you have with | 11:07:40 |
| 13 | Mr. Shim?  Was it oral or in writing? | 11:07:42 |
| 14 | A.  I think I received it in writing. | 11:08:05 |
| 15 | Q.  Do you recall when you received the writing? | 11:08:08 |
| 16 | A.  I don't recall exactly, but it was either at | 11:08:35 |
| 17 | the end of last year or beginning of this year. | 11:08:38 |
| 18 | Q.  Was it an e-mail? | 11:08:46 |
| 19 | A.  Yes. | 11:08:54 |
| 20 | Q.  Was there just one e-mail? | 11:08:57 |
| 21 | A.  In my recollection, I think it was one e-mail. | 11:09:09 |
| 22 | Q.  And just so we're clear, this was an e-mail | 11:09:12 |
| 23 | that Mr. Shim sent to you; correct? | 11:09:15 |
| 24 | A.  I received it from one person among a group of | 11:09:51 |
| 25 | people, and my recollection is that it was Mr. Shim. | 11:09:55 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

55

1    Q.  Just to make sure I understand that answer,    11:10:01
2  you received an e-mail from Mr. Shim, and you were one  11:10:05
3  of many recipients; is that right?    11:10:09
4    A.  No.    11:10:26
5    Q.  At the end of last year or the beginning of    11:10:37
6  this year, Mr. Shim sent you an e-mail regarding    11:10:39
7  Apple's license with Ericsson; correct?    11:10:44
8    A.  I received it from a person -- from a group of    11:11:07
9  people that include Mr. Shim.    11:11:10
10    Q.  So Mr. Shim was one of several senders of the    11:11:22
11  e-mail?    11:11:27
12    A.  What I mean is that Mr. Shim is the most    11:11:45
13  likely person who sent that e-mail to me.    11:11:47
14    Q.  Why do you say "most likely"?    11:11:51
15    A.  Because my recollection is that it's a group    11:12:08
16  of people that worked on that matter, matters that are    11:12:10
17  relating to that, that's why.    11:12:15
18    Q.  Did Mr. Shim send you the e-mail or not?    11:12:24
19    A.  I recall that he sent it to me, but I'm not    11:12:38
20  certain.  That's why I say that.    11:12:41
21    Q.  Do you recall if anyone else was listed as a    11:12:44
22  recipient on the e-mail?    11:12:47
23    A.  No.    11:12:55
24    Q.  Did you review the e-mail to prepare for your    11:12:55
25  deposition today?    11:12:57

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

56

| | | |
|---|---|---|
| 1 | A.  No. | 11:13:04 |
| 2 | Q.  Did you respond to Mr. Shim? | 11:13:05 |
| 3 | A.  I don't think I did that. | 11:13:17 |
| 4 | Q.  You didn't respond orally or in writing to Mr. | 11:13:18 |
| 5 | Shim? | 11:13:21 |
| 6 | A.  Right.  I don't think I replied. | 11:13:35 |
| 7 | Q.  What did Mr. Shim say in his e-mail about the | 11:13:37 |
| 8 | Apple-Ericsson license? | 11:13:40 |
| 9 | MR. STONE:  I'm going to instruct the witness | 11:13:48 |
| 10 | not to answer on the grounds that it seeks to invade | 11:13:51 |
| 11 | the attorney-client communications and attorney work | 11:13:52 |
| 12 | product. | 11:13:55 |
| 13 | THE WITNESS:  I will not answer that question | 11:14:06 |
| 14 | because it might divulge conversation with counsel. | 11:14:07 |
| 15 | MR. O'NEILL:  Obviously, that's another | 11:14:16 |
| 16 | instruction we disagree with. | 11:14:17 |
| 17 | BY MR. O'NEILL: | 11:14:17 |
| 18 | Q.  You mentioned that you received the e-mail | 11:14:27 |
| 19 | from a person -- of a group of people that include Mr. | 11:14:42 |
| 20 | Shim; correct? | 11:14:45 |
| 21 | A.  Yes, that's correct. | 11:14:58 |
| 22 | Q.  Which group was that? | 11:14:58 |
| 23 | A.  That group doesn't have a name associated with | 11:15:07 |
| 24 | that group.  It's a group of people that work on a | 11:15:10 |
| 25 | certain topic. | 11:15:18 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

57

| | | |
|---|---|---|
| 1 | Q. What topic? | 11:15:19 |
| 2 | MR. STONE: You can answer that question if it | 11:15:22 |
| 3 | doesn't divulge the contents of any attorney-client | 11:15:24 |
| 4 | communications or work product. | 11:15:27 |
| 5 | MR. O'NEILL: I don't think that's proper. | 11:15:29 |
| 6 | THE WITNESS: With respect to Ericsson. | 11:15:40 |
| 7 | BY MR. O'NEILL: | 11:15:44 |
| 8 | Q. And what does that group work on with respect | 11:15:44 |
| 9 | to Ericsson? | 11:15:46 |
| 10 | A. They work on the litigation between Ericsson | 11:16:00 |
| 11 | and my company. They work on the dispute between | 11:16:03 |
| 12 | Ericsson and my company. | 11:16:12 |
| 13 | Q. That's the licensing dispute between Samsung | 11:16:17 |
| 14 | and Ericsson that you're referring to; correct? | 11:16:20 |
| 15 | MR. STONE: Objection. Vague and ambiguous. | 11:16:27 |
| 16 | THE WITNESS: It's with respect to the patent | 11:16:36 |
| 17 | disputes between Samsung and Ericsson. | 11:16:38 |
| 18 | BY MR. O'NEILL: | 11:16:46 |
| 19 | Q. Do you know any of the terms of the | 11:16:46 |
| 20 | Apple-Ericsson license? | 11:16:48 |
| 21 | MR. STONE: In answering this question, I | 11:17:07 |
| 22 | caution the witness, you can answer it if in doing so | 11:17:08 |
| 23 | you wouldn't divulge the contents of any | 11:17:12 |
| 24 | attorney-client communications or attorney work | 11:17:14 |
| 25 | product. | 11:17:16 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

58

| | | |
|---|---|---|
| 1 | THE WITNESS:  I will not answer, since I may | 11:17:27 |
| 2 | divulge the conversations with counsel. | 11:17:30 |
| 3 | MR. O'NEILL:  You won't let him answer whether | 11:17:37 |
| 4 | he knows or not? | 11:17:38 |
| 5 | MR. STONE:  I'm going to have to confer with | 11:17:43 |
| 6 | the witness briefly before we can get into this | 11:17:45 |
| 7 | further. | 11:17:48 |
| 8 | MR. O'NEILL:  I mean, even if he learned it | 11:17:48 |
| 9 | from counsel, having him say yes or no, he knows -- | 11:17:50 |
| 10 | MR. STONE:  We're going to have to go off the | 11:17:53 |
| 11 | record.  So let's go off the record. | 11:17:56 |
| 12 | MR. O'NEILL:  Before you do, clarify for me | 11:18:01 |
| 13 | what you need to confirm with your witness so you can | 11:18:02 |
| 14 | decide a privilege issue. | 11:18:05 |
| 15 | MR. STONE:  Yes, to the extent to which there | 11:18:07 |
| 16 | is a privilege issue here. | 11:18:09 |
| 17 | MR. O'NEILL:  But explain to me how a | 11:18:10 |
| 18 | yes-or-no question implicates privilege. | 11:18:12 |
| 19 | MR. STONE:  It divulges the contents of a | 11:18:14 |
| 20 | communication with counsel, potentially. | 11:18:17 |
| 21 | MR. O'NEILL:  I'm not asking what terms he | 11:18:18 |
| 22 | actually knows.  I'm asking whether he knows any of | 11:18:20 |
| 23 | them. | 11:18:22 |
| 24 | MR. STONE:  That would divulge the contents of | 11:18:22 |
| 25 | a communication with counsel.  So let's go off the | 11:18:25 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

59

| | | |
|---|---|---|
| 1 | record so I can -- | 11:18:27 |
| 2 | MR. O'NEILL:  Under your theory, every | 11:18:28 |
| 3 | question I ask him, he can know the answer from counsel | 11:18:29 |
| 4 | and -- | 11:18:33 |
| 5 | MR. STONE:  Given your broad positions with | 11:18:33 |
| 6 | respect to waiver, we're in the position of having to | 11:18:34 |
| 7 | be very careful, and that's what I'm doing, Counsel. | 11:18:37 |
| 8 | MR. O'NEILL:  Careful, not inappropriate. | 11:18:39 |
| 9 | You're being inappropriate. | 11:18:41 |
| 10 | MR. STONE:  I disagree. | 11:18:43 |
| 11 | MR. O'NEILL:  Take your break.  Go ahead. | 11:18:44 |
| 12 | MR. STONE:  Thank you. | 11:18:45 |
| 13 | THE VIDEOGRAPHER:  The time now is 11:18, and | 11:18:45 |
| 14 | we're off the record. | 11:18:47 |
| 15 | (A brief recess was taken.) | 11:24:39 |
| 16 | THE VIDEOGRAPHER:  We're back on the record, | 11:25:39 |
| 17 | and the time now is 11:25. | 11:25:48 |
| 18 | Counsel. | 11:25:50 |
| 19 | MR. STONE:  Want to ask the question again? | 11:25:55 |
| 20 | BY MR. O'NEILL: | 11:25:57 |
| 21 | Q.  Mr. Kim, are you aware of any terms of the | 11:25:57 |
| 22 | Apple-Ericsson license? | 11:26:00 |
| 23 | A.  I don't recall. | 11:26:14 |
| 24 | Q.  You are not aware of any terms; is that right? | 11:26:17 |
| 25 | A.  Right.  I don't recall. | 11:26:29 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

60

| | | |
|---|---|---|
| 1 | Q.  Were you ever aware of any terms of the | 11:26:30 |
| 2 | Apple-Ericsson license? | 11:26:33 |
| 3 | A.  I think I would have known right after I read | 11:26:43 |
| 4 | them. | 11:26:49 |
| 5 | Q.  Where did you read them? | 11:26:49 |
| 6 | A.  When I received that e-mail, I read it. | 11:26:57 |
| 7 | Q.  Which e-mail? | 11:27:00 |
| 8 | A.  The e-mail that I received from the group that | 11:27:14 |
| 9 | Mr. Jay Shim belongs to. | 11:27:16 |
| 10 | Q.  That e-mail contained terms of the | 11:27:18 |
| 11 | Apple-Ericsson license; is that right? | 11:27:21 |
| 12 | MR. STONE:  I'm instructing the witness not to | 11:27:27 |
| 13 | answer the question on the grounds that it may disclose | 11:27:30 |
| 14 | attorney-client communication and attorney work | 11:27:33 |
| 15 | product. | 11:27:36 |
| 16 | MR. O'NEILL:  And I think that's improper.  I | 11:27:38 |
| 17 | think the witness has already testified that is the | 11:27:40 |
| 18 | case. | 11:27:43 |
| 19 | MR. STONE:  He testified that he didn't have a | 11:27:43 |
| 20 | recollection.  But that's my instruction, Counsel. | 11:27:44 |
| 21 | MR. O'NEILL:  Are you going to allow him to | 11:27:47 |
| 22 | answer the question? | 11:27:48 |
| 23 | MR. STONE:  No. | 11:27:49 |
| 24 | BY MR. O'NEILL: | 11:27:49 |
| 25 | Q.  Are you going to follow his instructions? | 11:27:50 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

61

| | | |
|---|---|---|
| 1 | A.  Yes, I will follow that. | 11:27:56 |
| 2 | Q.  Have you ever been aware of any terms of | 11:27:57 |
| 3 | Apple's license with Philips? | 11:28:18 |
| 4 | A.  No. | 11:28:29 |
| 5 | Q.  Have you ever been aware of any terms of | 11:28:30 |
| 6 | Apple's license with Sharp? | 11:28:33 |
| 7 | A.  No, I have not. | 11:28:46 |
| 8 | Q.  Do you know how Mr. Shim learned the terms of | 11:28:48 |
| 9 | the Apple-Ericsson license? | 11:28:52 |
| 10 | MR. STONE:  You can answer that question yes | 11:29:02 |
| 11 | or no. | 11:29:04 |
| 12 | THE WITNESS:  Yes. | 11:29:07 |
| 13 | BY MR. O'NEILL: | 11:29:08 |
| 14 | Q.  How did he learn the terms? | 11:29:09 |
| 15 | MR. STONE:  I'll have to instruct the witness | 11:29:13 |
| 16 | not to answer that question. | 11:29:15 |
| 17 | BY MR. O'NEILL: | 11:29:22 |
| 18 | Q.  How did you learn about the nature of | 11:29:23 |
| 19 | Mr. Shim's -- strike that. | 11:29:28 |
| 20 | How did you learn about the source of | 11:29:30 |
| 21 | Mr. Shim's knowledge of the terms of the Apple-Ericsson | 11:29:33 |
| 22 | license? | 11:29:39 |
| 23 | MR. STONE:  And if you can answer the question | 11:29:57 |
| 24 | without divulging communications with counsel or | 11:29:58 |
| 25 | attorney work product; otherwise, I'm instructing you | 11:30:02 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

62

| | | |
|---|---|---|
| 1 | not to answer. | 11:30:05 |
| 2 | THE WITNESS:  I will not answer that, since I | 11:30:19 |
| 3 | may open the discussion with the counsel. | 11:30:21 |
| 4 | BY MR. O'NEILL: | 11:30:24 |
| 5 | Q.  Who told you how Mr. Shim learned about the | 11:30:25 |
| 6 | terms of the Apple-Nokia license -- strike that -- | 11:30:27 |
| 7 | Apple-Ericsson license? | 11:30:31 |
| 8 | A.  I believe it was Mr. Shim. | 11:30:52 |
| 9 | Q.  Did you ever use the information about the | 11:31:01 |
| 10 | Apple-Ericsson license contained in Mr. Shim's e-mail | 11:31:06 |
| 11 | for any purpose? | 11:31:11 |
| 12 | A.  Yes. | 11:31:33 |
| 13 | Q.  For what purpose? | 11:31:33 |
| 14 | MR. STONE:  Now I need to have a conference | 11:31:37 |
| 15 | with my witness to discuss that.  Let's go off the | 11:31:38 |
| 16 | record for a brief break. | 11:31:46 |
| 17 | MR. O'NEILL:  Okay.  Thank you. | 11:31:52 |
| 18 | THE VIDEOGRAPHER:  The time now is 11:31, and | 11:31:53 |
| 19 | we're off the record. | 11:31:56 |
| 20 | (A brief recess was taken.) | 11:37:24 |
| 21 | THE VIDEOGRAPHER:  We're back on the record, | 11:37:34 |
| 22 | and the time now is 11:37. | 11:37:44 |
| 23 | Counsel. | 11:37:47 |
| 24 | MR. O'NEILL:  Are you going to let the witness | 11:37:50 |
| 25 | answer the question? | 11:37:52 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

63

| | | |
|---|---|---|
| 1 | MR. STONE:  No.  I instruct the witness not to | 11:37:53 |
| 2 | answer on the grounds that it implicates | 11:37:55 |
| 3 | attorney-client communications or attorney work | 11:37:56 |
| 4 | product. | 11:37:59 |
| 5 | MR. O'NEILL:  How does his purpose implicate | 11:38:09 |
| 6 | the attorney-client privilege? | 11:38:12 |
| 7 | MR. STONE:  It implicates either | 11:38:13 |
| 8 | attorney-client privilege or attorney work product. | 11:38:15 |
| 9 | MR. O'NEILL:  Which one? | 11:38:18 |
| 10 | MR. STONE:  Either or both. | 11:38:18 |
| 11 | MR. O'NEILL:  Well, I'm allowed to test the | 11:38:21 |
| 12 | privilege, and I need to know which one you're | 11:38:23 |
| 13 | asserting. | 11:38:25 |
| 14 | MR. STONE:  I'm asserting both. | 11:38:25 |
| 15 | MR. O'NEILL:  And how does it implicate the | 11:38:27 |
| 16 | attorney-client privilege? | 11:38:29 |
| 17 | MR. STONE:  I made my objection for the | 11:38:30 |
| 18 | record, Counsel. | 11:38:32 |
| 19 | MR. O'NEILL:  I need to understand it. | 11:38:32 |
| 20 | MR. STONE:  This isn't motion practice, | 11:38:34 |
| 21 | Counsel.  My objection is stated.  The witness has been | 11:38:35 |
| 22 | instructed. | 11:38:38 |
| 23 | MR. O'NEILL:  And you're refusing -- | 11:38:38 |
| 24 | MR. STONE:  Move on and ask the next question. | 11:38:39 |
| 25 | MR. O'NEILL:  And you're refusing to state the | 11:38:41 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

64

| | | |
|---|---|---|
| 1 | basis? | 11:38:43 |
| 2 | MR. STONE:  Yeah.  We're not going to have | 11:38:43 |
| 3 | colloquy here.  That's right. | 11:38:45 |
| 4 | MR. O'NEILL:  That's all you're going to say; | 11:38:46 |
| 5 | right? | 11:38:46 |
| 6 | MR. STONE:  That's all I'm saying at this | 11:38:48 |
| 7 | point, yes. | 11:38:50 |
| 8 | BY MR. O'NEILL: | 11:38:50 |
| 9 | Q.  And you're going to follow your lawyer's | 11:38:51 |
| 10 | instruction; correct? | 11:38:53 |
| 11 | A.  Yes, I will follow my counsel's instruction. | 11:38:54 |
| 12 | Q.  When did you use the information that you | 11:38:57 |
| 13 | received from Mr. Shim about the Apple-Ericsson | 11:38:59 |
| 14 | license? | 11:39:03 |
| 15 | MR. STONE:  I'm going to instruct the witness | 11:39:03 |
| 16 | not to answer on the ground that it seeks to invade | 11:39:07 |
| 17 | attorney-client communication and attorney work | 11:39:07 |
| 18 | product. | 11:39:08 |
| 19 | MR. O'NEILL:  You're not letting him answer | 11:39:08 |
| 20 | when? | 11:39:10 |
| 21 | MR. STONE:  I'm shutting down this line of | 11:39:10 |
| 22 | questioning for now, and why don't -- why don't I | 11:39:12 |
| 23 | propose this. | 11:39:13 |
| 24 | Why don't -- why don't, after the lunch break, | 11:39:15 |
| 25 | we see if we can revisit this issue.  But for now I'm | 11:39:16 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

65

1   taking the position that I'm instructing him not to          11:39:19
2   answer this line of questioning.                             11:39:22
3        MR. O'NEILL:  On when?                                  11:39:24
4        MR. STONE:  Yep.                                        11:39:25
5        MR. MILLER:  What's going to change during             11:39:28
6   lunch?                                                       11:39:30
7        MR. STONE:  I'm going to confer with some of           11:39:31
8   my colleagues at lunch.                                      11:39:33
9        MR. O'NEILL:  About basic privilege rules?             11:39:34
10        MR. STONE:  Counsel, move on.                          11:39:36
11   BY MR. O'NEILL:                                             11:39:36
12        Q.  Are you going to follow your lawyer's             11:39:43
13   instruction?                                                11:39:48
14        A.  I will -- yes, I will follow my lawyer's          11:39:56
15   instruction.                                                11:39:58
16        Q.  Mr. Kim, who besides Mr. Shi is in the group      11:39:59
17   that works on Ericsson that we were discussing earlier?     11:40:02
18        A.  There are principal engineer Joon Won Lee and     11:40:24
19   principal engineer Hyuk Seon Kwon and Tae Hyung Kim --      11:41:00
20   strike that.                                                11:41:18
21        It was Joon Won Lee, the principal engineer.          11:41:19
22        Q.  So four individuals?                               11:41:28
23        A.  There could be more.                               11:41:37
24        Q.  Do you recall any others?                          11:41:39
25        A.  No.                                                11:41:41

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

66

| | | |
|---|---|---|
| 1 | Q.  Besides Mr. Shim's e-mail that we've talked | 11:42:05 |
| 2 | about, have you seen any other documents that include | 11:42:07 |
| 3 | details on the terms of the Apple-Ericsson license? | 11:42:12 |
| 4 | MR. STONE:  Objection to the extent it | 11:42:28 |
| 5 | mischaracterizes his testimony. | 11:42:29 |
| 6 | THE WITNESS:  I don't think so. | 11:42:38 |
| 7 | BY MR. O'NEILL: | 11:42:40 |
| 8 | Q.  Mr. Kim, you're not a lawyer; correct? | 11:42:44 |
| 9 | A.  That's correct. | 11:42:50 |
| 10 | Q.  Is Mr. Lee from the Ericsson group a lawyer? | 11:42:58 |
| 11 | A.  No. | 11:43:11 |
| 12 | Q.  Is Mr. -- I believe you said Kwon, from the | 11:43:11 |
| 13 | Ericsson group a lawyer? | 11:43:16 |
| 14 | A.  No. | 11:43:19 |
| 15 | Q.  Was the other individual Mr. Kim? | 11:43:20 |
| 16 | Is Mr. Kim from the Ericsson group a lawyer? | 11:43:28 |
| 17 | A.  He's a lawyer, yes, that's correct. | 11:43:34 |
| 18 | Q.  Was Mr. Kim copied on Mr. Shim's e-mail? | 11:43:36 |
| 19 | A.  I don't recall. | 11:43:50 |
| 20 | Q.  Was Mr. Kwon copied on Mr. Shim's e-mail? | 11:43:50 |
| 21 | A.  I don't recall. | 11:43:58 |
| 22 | Q.  Was Mr. Lee copied on Mr. Shim's e-mail? | 11:43:59 |
| 23 | A.  I don't recall. | 11:44:08 |
| 24 | Q.  When was the last time you saw Mr. Shim's | 11:44:09 |
| 25 | e-mail? | 11:44:12 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

67

| | | |
|---|---|---|
| 1 | A.  When it was sent, at that time. | 11:44:19 |
| 2 | Q.  Do you know if Mr. Shim's e-mail still exists | 11:44:21 |
| 3 | today? | 11:44:24 |
| 4 | A.  I'm not sure. | 11:44:34 |
| 5 | Q.  Did you delete it from your files? | 11:44:35 |
| 6 | A.  I don't think I deleted it. | 11:44:45 |
| 7 | Q.  Did you print out a copy of Mr. Shim's e-mail? | 11:44:46 |
| 8 | A.  I don't recall printing it. | 11:44:55 |
| 9 | Q.  Have you had any communication since | 11:45:11 |
| 10 | March 24th, 2012, regarding Apple's license with Nokia? | 11:45:13 |
| 11 | A.  I don't recall. | 11:45:33 |
| 12 | Can you repeat the time line? | 11:45:44 |
| 13 | Q.  Sure.  Have you had any communications since | 11:45:45 |
| 14 | March 24th, 2012, regarding Apple's license with Nokia? | 11:45:48 |
| 15 | A.  I can't answer that question exactly because | 11:46:12 |
| 16 | of the timing. | 11:46:15 |
| 17 | Q.  What about the timing makes it so you can't | 11:46:17 |
| 18 | answer the question exactly? | 11:46:26 |
| 19 | A.  I think I had one, as far as I remember.  But | 11:46:27 |
| 20 | I don't know exactly when that happened. | 11:46:43 |
| 21 | Q.  Who was that communication with? | 11:46:45 |
| 22 | A.  I don't recall exactly. | 11:47:02 |
| 23 | Q.  Was it just one person? | 11:47:05 |
| 24 | A.  Yes, I believe it was with one person. | 11:47:11 |
| 25 | Q.  Who do you believe that the communication was | 11:47:13 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

68

1    with?                                              11:47:17

2         A.  It's either of the two, Daniel Ko or      11:47:25

3    Daniel Shim.                                       11:47:35

4         Q.  Who is Daniel Ko?                         11:47:44

5         A.  He's a lawyer working at the licensing team.  11:47:48

6         Q.  Who is Mr. Shim?                          11:47:57

7         A.  He works in the IP legal team.  He's a lawyer  11:48:04

8    in the IP legal team.                              11:48:08

9         Q.  When -- strike that.                      11:48:19

10        And you're not sure if that communication with  11:48:21

11   one of those individuals took place before or after  11:48:24

12   March 24th, 2012; is that right?                   11:48:27

13        A.  Yes, that's correct.                      11:48:40

14        Q.  Was the communication in writing?         11:48:41

15        A.  I recall that I received an e-mail.        11:48:53

16        Q.  Was the e-mail directed just to you?      11:48:58

17        A.  I think so.  I didn't recall any other    11:49:12

18   recipients.                                        11:49:17

19        Q.  Did the e-mail have any attachments?      11:49:22

20        A.  I don't recall.                           11:49:32

21        Q.  Did the e-mail from Jay Shim regarding the  11:49:33

22   Apple-Ericsson license have any attachments?       11:49:41

23        A.  I don't recall.                           11:49:46

24        Q.  Did you ever respond to the e-mail from Mr. Ko  11:49:57

25   or Mr. Shim in any way?                            11:50:04

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

69

| | | |
|---|---|---|
| 1 | A.  I don't recall about the reply.  I think I did | 11:50:15 |
| 2 | not reply. | 11:50:27 |
| 3 | Q.  When is the last time you saw that e-mail? | 11:50:27 |
| 4 | A.  When I received that e-mail. | 11:50:35 |
| 5 | Q.  Did you delete the e-mail? | 11:50:47 |
| 6 | A.  I don't recall if I deleted it; therefore, I | 11:50:56 |
| 7 | think I did not delete it. | 11:51:04 |
| 8 | Q.  Is it your normal practice to keep e-mails? | 11:51:05 |
| 9 | A.  Let me redo the previous. | 11:51:30 |
| 10 | I don't recall deleting it; therefore, I think | 11:51:32 |
| 11 | I did not delete it. | 11:51:35 |
| 12 | Yes, I do keep e-mails. | 11:51:43 |
| 13 | Q.  Did you search for e-mail in response to | 11:51:53 |
| 14 | Judge Grewal's order? | 11:51:56 |
| 15 | A.  No. | 11:52:02 |
| 16 | Q.  Did anyone ask you to search for that e-mail? | 11:52:03 |
| 17 | MR. STONE:  In answering that question, I will | 11:52:13 |
| 18 | caution the witness not to disclose the contents of any | 11:52:14 |
| 19 | communications with counsel. | 11:52:17 |
| 20 | THE WITNESS:  No. | 11:52:25 |
| 21 | BY MR. O'NEILL: | 11:52:26 |
| 22 | Q.  Do you know if a copy of that e-mail was | 11:52:26 |
| 23 | provided to Samsung's lawyers? | 11:52:30 |
| 24 | MR. STONE:  Same caution. | 11:52:42 |
| 25 | THE WITNESS:  I believe it was. | 11:52:48 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

70

| | |
|---|---|
| 1   BY MR. O'NEILL: | 11:52:51 |
| 2       Q.  How about the e-mail from Mr. Shim regarding | 11:52:52 |
| 3   the Ericsson license, did you provide that e-mail to | 11:52:56 |
| 4   your lawyers? | 11:52:58 |
| 5       A.  I'm not sure because it is not something that | 11:53:13 |
| 6   I provide directly. | 11:53:16 |
| 7       Q.  And what makes you think you provided a copy | 11:53:18 |
| 8   of Nokia e-mail to your lawyers? | 11:53:20 |
| 9           MR. STONE:  Objection.  Mischaracterizes his | 11:53:35 |
| 10  testimony. | 11:53:37 |
| 11          And don't reveal the contents of any | 11:53:37 |
| 12  communication with counsel or any work product in | 11:53:39 |
| 13  response to this question.  If you can't, don't answer | 11:53:40 |
| 14  the question. | 11:53:42 |
| 15      A.  Because I provided my PC in its entirety. | 11:54:11 |
| 16      Q.  So you think a copy of the e-mail is still in | 11:54:15 |
| 17  your PC; is that right? | 11:54:18 |
| 18      A.  That's what I'm thinking.  Maybe not, but | 11:54:27 |
| 19  that's what I'm thinking. | 11:54:33 |
| 20      Q.  What did the e-mail say about the terms of the | 11:54:34 |
| 21  Apple-Nokia license? | 11:54:40 |
| 22          MR. STONE:  And I'll instruct the witness not | 11:54:50 |
| 23  to answer the question on the grounds that it seeks to | 11:54:52 |
| 24  invade attorney-client communication and attorney work | 11:54:53 |
| 25  product. | 11:54:57 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

71

| | | |
|---|---|---|
| 1 | BY MR. O'NEILL: | 11:55:06 |
| 2 | Q.  Do you follow your lawyer's instruction? | 11:55:06 |
| 3 | A.  Yes, I'll follow my counsel's instruction. | 11:55:09 |
| 4 | Q.  Do you know how Mr. Ko or Mr. Shim learned | 11:55:14 |
| 5 | about the terms of the Apple-Nokia license? | 11:55:24 |
| 6 | MR. STONE:  I'll instruct the witness not to | 11:55:34 |
| 7 | answer the question on the grounds that it seeks to | 11:55:36 |
| 8 | invade attorney-client communication and attorney work | 11:55:37 |
| 9 | product. | 11:55:41 |
| 10 | MR. O'NEILL:  You won't let him answer, does | 11:55:47 |
| 11 | he know how? | 11:55:49 |
| 12 | MR. STONE:  Yes, I'm not letting him answer. | 11:55:50 |
| 13 | MR. O'NEILL:  Does he know how? | 11:55:52 |
| 14 | MR. STONE:  Instruct him not to answer. | 11:55:53 |
| 15 | MR. O'NEILL:  On what basis? | 11:55:55 |
| 16 | MR. STONE:  You're seeking to invade the | 11:55:56 |
| 17 | attorney-client privilege and attorney work product by | 11:55:58 |
| 18 | virtue of the nature of the question you're asking. | 11:56:02 |
| 19 | MR. O'NEILL:  So your position is, I'm not | 11:56:04 |
| 20 | entitled to know whether he even knows the answer? | 11:56:06 |
| 21 | MR. STONE:  That's the position I'm taking at | 11:56:10 |
| 22 | this point, yes. | 11:56:12 |
| 23 | MR. O'NEILL:  All right.  Why don't we break | 11:56:35 |
| 24 | for lunch, because I need to talk to some folks and see | 11:56:37 |
| 25 | what we want to do about these privilege issues. | 11:56:43 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

72

| | | |
|---|---|---|
| 1 | MR. STONE:  Okay. | 11:56:47 |
| 2 | MR. O'NEILL:  Is that okay with you? | 11:56:48 |
| 3 | MR. STONE:  Yep. | 11:56:49 |
| 4 | THE VIDEOGRAPHER:  This ends Media No. 2, and | 11:56:50 |
| 5 | we're off the record at 11:56 a.m. | 11:56:53 |
| 6 | (A lunch recess was taken.) | 01:18:09 |
| 7 | (The luncheon recess was taken.) | 01:18:09 |
| 8 | THE VIDEOGRAPHER:  We're back on the record. | 01:23:22 |
| 9 | This begins Media No. 3, and the time now is 1:23. | 01:23:23 |
| 10 | Counsel. | 01:23:27 |
| 11 | BY MR. O'NEILL: | 01:23:28 |
| 12 | Q.  Mr. Kim, before the break, we were talking | 01:23:28 |
| 13 | about an e-mail that you received from either Mr. Ko or | 01:23:31 |
| 14 | Mr. Shim.  Do you recall that discussion? | 01:23:38 |
| 15 | THE INTERPRETER:  I think the second person's | 01:23:56 |
| 16 | name is Shin, with "N." | 01:23:58 |
| 17 | MR. O'NEILL:  Let me reask. | 01:24:05 |
| 18 | BY MR. O'NEILL: | 01:24:05 |
| 19 | Q.  Mr. Kim, before the break, we were talking | 01:24:06 |
| 20 | about an e-mail that you received from either Mr. Ko or | 01:24:08 |
| 21 | Mr. Shin.  Do you recall that? | 01:24:13 |
| 22 | THE WITNESS:  Shim. | 01:24:22 |
| 23 | MR. O'NEILL:  S-H-I-M? | 01:24:28 |
| 24 | THE INTERPRETER:  My apologies.  Yes. | 01:24:30 |
| 25 | MR. O'NEILL:  I'll ask it again. | 01:24:34 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

73

| | | |
|---|---|---|
| 1 | MR. STONE:  One more time. | 01:24:35 |
| 2 | MR. MILLER:  Good start. | 01:24:39 |
| 3 | BY MR. O'NEILL: | 01:24:40 |
| 4 | Q.  Mr. Kim, we were discussing earlier an e-mail | 01:24:41 |
| 5 | that you received from either Mr. Ko or Mr. Shim.  Do | 01:24:44 |
| 6 | you recall that? | 01:24:47 |
| 7 | A.  Yes. | 01:24:54 |
| 8 | Q.  And that e-mail contained a discussion about | 01:24:55 |
| 9 | the terms of Apple's license with Nokia; correct? | 01:24:58 |
| 10 | MR. STONE:  Object to the extent it | 01:25:10 |
| 11 | mischaracterizes his testimony. | 01:25:11 |
| 12 | I'll caution the witness, in answering the | 01:25:15 |
| 13 | question, not to divulge the contents of any | 01:25:17 |
| 14 | attorney-client communications or attorney work | 01:25:20 |
| 15 | product. | 01:25:26 |
| 16 | THE WITNESS:  Yes, it was about agreement | 01:25:31 |
| 17 | between Apple and Nokia. | 01:25:34 |
| 18 | BY MR. O'NEILL: | 01:25:36 |
| 19 | Q.  Did you use the information in that e-mail | 01:25:37 |
| 20 | about the Apple-Nokia license for any purpose? | 01:25:42 |
| 21 | MR. STONE:  And I'll caution the witness, in | 01:25:58 |
| 22 | answering that question, not to divulge of the contents | 01:26:00 |
| 23 | of any attorney-client communications or attorney work | 01:26:04 |
| 24 | product. | 01:26:07 |
| 25 | THE WITNESS:  No. | 01:26:32 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

74

| | | |
|---|---|---|
| 1 | BY MR. O'NEILL: | 01:26:32 |
| 2 | Q.  Do you know if anyone at Samsung did? | 01:26:32 |
| 3 | MR. STONE:  Same caution. | 01:26:42 |
| 4 | THE WITNESS:  No, I don't. | 01:26:43 |
| 5 | BY MR. O'NEILL: | 01:26:50 |
| 6 | Q.  Okay.  If I could have you turn back to Kim | 01:26:50 |
| 7 | Exhibit 1.  Do you have that document? | 01:26:53 |
| 8 | A.  Yes. | 01:27:00 |
| 9 | Q.  If you could turn to Page 3 of Exhibit 1.  Do | 01:27:00 |
| 10 | you have that page before you? | 01:27:09 |
| 11 | A.  Yes. | 01:27:11 |
| 12 | Q.  Starting at Line 7, Judge Grewal says: | 01:27:12 |
| 13 | "According to a declaration from Nokia's | 01:27:17 |
| 14 | chief intellectual property officer, | 01:27:21 |
| 15 | Paul Melin," M-E-L-I-N, "on June 4th, 2013, | 01:27:23 |
| 16 | in a meeting between Samsung and Nokia | 01:27:28 |
| 17 | licensing executives, Dr." -- I'm going | 01:27:30 |
| 18 | to mispronounce this, I'm sure, but -- | 01:27:35 |
| 19 | "Seungho," S-E-U-N-G-H-O, "informed Nokia | 01:27:40 |
| 20 | that the terms of the Apple-Nokia license | 01:27:43 |
| 21 | were known to him. | 01:27:45 |
| 22 | "Specifically, according to Mr. Melin, | 01:27:49 |
| 23 | Dr. Ahn stated that Apple had produced | 01:27:52 |
| 24 | the Apple-Nokia license in its litigation | 01:27:56 |
| 25 | with Samsung, and that Samsung's outside | 01:27:58 |

75

| | | |
|---|---|---|
| 1 | counsel had provided his team with the terms | 01:28:00 |
| 2 | of the Apple-Nokia license. | 01:28:03 |
| 3 | "Mr. Melin recounts that to prove to | 01:28:05 |
| 4 | Nokia that he knew the confidential terms | 01:28:08 |
| 5 | of the Apple-Nokia license, Dr. Ahn recited | 01:28:11 |
| 6 | the terms of the license and even went so | 01:28:16 |
| 7 | far as to tell Nokia that 'all | 01:28:18 |
| 8 | information leaks." | 01:28:21 |
| 9 | "Mr. Melin also reports that Dr. Ahn | 01:28:24 |
| 10 | and Samsung then proceeded to use his | 01:28:26 |
| 11 | knowledge of the terms of the Apple-Nokia | 01:28:29 |
| 12 | license to gain an unfair advantage in | 01:28:32 |
| 13 | their negotiations with Nokia by asserting | 01:28:35 |
| 14 | that the Apple-Nokia terms should dictate | 01:28:38 |
| 15 | terms of a Samsung-Nokia license." | 01:28:42 |
| 16 | Do you see that? | 01:28:44 |
| 17 | A.  Yes. | 01:28:47 |
| 18 | Q.  Do you have any reason to disagree with what | 01:28:48 |
| 19 | Mr. Melin said in his declaration as recounted by | 01:28:53 |
| 20 | Judge Grewal? | 01:28:59 |
| 21 | MR. STONE:  And I'll object.  The question | 01:29:15 |
| 22 | lacks foundation. | 01:29:17 |
| 23 | And, in addition, I'll caution the witness, in | 01:29:17 |
| 24 | responding to the question, to only answer it if you | 01:29:20 |
| 25 | can do so without divulging the contents of any | 01:29:22 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

76

| | | |
|---|---|---|
| 1 | attorney-client communications or attorney work | 01:29:25 |
| 2 | product. | 01:29:28 |
| 3 | THE WITNESS:  I don't know well about the | 01:29:50 |
| 4 | circumstances around this matter. | 01:29:54 |
| 5 | BY MR. O'NEILL: | 01:29:59 |
| 6 | Q.  So is it correct, sir, that you have no reason | 01:30:10 |
| 7 | to disagree with anything that Mr. Melin says in his | 01:30:12 |
| 8 | declaration? | 01:30:17 |
| 9 | MR. STONE:  I'll object that the question | 01:30:31 |
| 10 | lacks foundation, mischaracterizes his testimony. | 01:30:33 |
| 11 | I again caution the witness with respect to | 01:30:35 |
| 12 | any attorney-client or work product information. | 01:30:37 |
| 13 | And the question also calls for speculation. | 01:30:49 |
| 14 | THE WITNESS:  I'm not sure what to answer, | 01:31:00 |
| 15 | since I don't know much about the facts here. | 01:31:02 |
| 16 | BY MR. O'NEILL: | 01:31:06 |
| 17 | Q.  So isn't it true, sir, that you don't know one | 01:31:06 |
| 18 | way or another as to whether anything in Mr. Melin's | 01:31:10 |
| 19 | declaration is false? | 01:31:19 |
| 20 | MR. MILLER:  In deference, it is Mr. Melin. | 01:31:20 |
| 21 | MR. STONE:  Same objections. | 01:31:38 |
| 22 | THE WITNESS:  That's correct, whether or not, | 01:31:44 |
| 23 | I don't know.  One way or the other, I don't know. | 01:31:45 |
| 24 | BY MR. O'NEILL: | 01:31:53 |
| 25 | Q.  Mr. Kim, what did you do to prepare for your | 01:31:53 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

77

| | | |
|---|---|---|
| 1 | deposition today, if anything? | 01:31:55 |
| 2 | A.  I had a meeting with our counsel. | 01:32:07 |
| 3 | Q.  Which counsel? | 01:32:11 |
| 4 | A.  The one that's next to me. | 01:32:29 |
| 5 | Q.  Mr. Stone? | 01:32:31 |
| 6 | THE WITNESS: (In English) I'm sorry. | 01:32:35 |
| 7 | BY MR. O'NEILL: | 01:32:42 |
| 8 | Q.  Was anyone else present at the meeting? | 01:32:42 |
| 9 | A.  Yes. | 01:32:50 |
| 10 | Q.  Who else was there? | 01:32:52 |
| 11 | A.  The interpreter sitting next to me, and also, | 01:33:07 |
| 12 | to my right, Mr. Shin, the counsel. | 01:33:09 |
| 13 | Q.  And was it the main interpreter or the check | 01:33:15 |
| 14 | interpreter? | 01:33:18 |
| 15 | A.  Check interpreter. | 01:33:24 |
| 16 | Q.  How long did the meeting last? | 01:33:28 |
| 17 | A.  About a day and a half. | 01:33:34 |
| 18 | Q.  Was the meeting this week? | 01:33:40 |
| 19 | A.  Yes, that's correct. | 01:33:45 |
| 20 | Q.  Did you look at any documents during the | 01:33:46 |
| 21 | meeting? | 01:33:48 |
| 22 | MR. STONE:  And you can answer that yes or no. | 01:33:53 |
| 23 | THE WITNESS:  Yes. | 01:33:59 |
| 24 | BY MR. O'NEILL: | 01:34:00 |
| 25 | Q.  What types of documents did you look at? | 01:34:00 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

78

| | | |
|---|---|---|
| 1 | MR. STONE:  You could describe them generally. | 01:34:07 |
| 2 | THE WITNESS:  I looked at the correspondence | 01:34:24 |
| 3 | between me and Apple's licensing director. | 01:34:27 |
| 4 | BY MR. O'NEILL: | 01:34:32 |
| 5 | Q.  Any other documents? | 01:34:32 |
| 6 | A.  Right.  No. | 01:34:36 |
| 7 | Q.  Did you look at any e-mails? | 01:34:43 |
| 8 | A.  No. | 01:34:51 |
| 9 | Q.  Has anyone collected your documents in | 01:35:01 |
| 10 | connection with Judge Grewal's order, Exhibit 1? | 01:35:06 |
| 11 | MR. STONE:  And you'll agree that his answer | 01:35:23 |
| 12 | to this question is not a waiver of anything? | 01:35:24 |
| 13 | MR. O'NEILL:  Sure. | 01:35:26 |
| 14 | MR. STONE:  Okay. | 01:35:27 |
| 15 | MR. MILLER:  I'm not going to agree. | 01:35:28 |
| 16 | MR. STONE:  You're not going to agree? | 01:35:31 |
| 17 | MR. MILLER:  I'm not going to agree. | 01:35:33 |
| 18 | MR. STONE:  Then can you rephrase the | 01:35:35 |
| 19 | question? | 01:35:38 |
| 20 | MR. O'NEILL:  The act of whether someone has | 01:35:50 |
| 21 | collected documents? | 01:35:52 |
| 22 | MR. STONE:  Just ask your question again. | 01:35:52 |
| 23 | We'll see if we can -- | 01:35:54 |
| 24 | MR. O'NEILL:  Well, I have a question pending. | 01:35:55 |
| 25 | I'm trying to figure out what you think is problematic | 01:35:56 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

79

| | | |
|---|---|---|
| 1 | so I can ask a different question. | 01:36:00 |
| 2 | MR. STONE:  Can you ask the question again? | 01:36:01 |
| 3 | BY MR. O'NEILL: | 01:36:03 |
| 4 | Q.  My question is:  Has anyone collected your | 01:36:03 |
| 5 | documents in connection with Judge Grewal's | 01:36:05 |
| 6 | October 2nd, 2013 order? | 01:36:09 |
| 7 | MR. STONE:  And if you can answer that | 01:36:10 |
| 8 | question without divulging the contents of any of your | 01:36:11 |
| 9 | discussions with counsel.  If not, then I instruct you | 01:36:16 |
| 10 | not to answer, since there's no agreement that your | 01:36:19 |
| 11 | answer may or may not constitute a waiver. | 01:36:22 |
| 12 | THE WITNESS:  What I know is that IP legal | 01:36:49 |
| 13 | team took my computer in its entirety, my personal | 01:36:53 |
| 14 | computer in its entirety. | 01:37:02 |
| 15 | BY MR. O'NEILL: | 01:37:07 |
| 16 | Q.  Is that your work computer or computer you | 01:37:07 |
| 17 | keep at home? | 01:37:09 |
| 18 | A.  Work computer. | 01:37:17 |
| 19 | Q.  Do you keep a computer at home that contains | 01:37:21 |
| 20 | any files from your work at Samsung? | 01:37:24 |
| 21 | A.  No. | 01:37:35 |
| 22 | Q.  You sometimes keep hard-copy printouts of | 01:37:36 |
| 23 | documents; correct? | 01:37:41 |
| 24 | A.  Yes. | 01:37:53 |
| 25 | Q.  Do you know if those hard-copy documents were | 01:37:53 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

80

| | | |
|---|---|---|
| 1 | reviewed for purposes of complying with Judge Grewal's | 01:37:58 |
| 2 | order? | 01:38:03 |
| 3 | MR. STONE:  Again I'll caution the witness not | 01:38:12 |
| 4 | to answer the question if doing so would require you to | 01:38:14 |
| 5 | divulge the contents of communications that you had | 01:38:16 |
| 6 | with counsel. | 01:38:20 |
| 7 | THE WITNESS:  I don't know. | 01:38:33 |
| 8 | BY MR. O'NEILL: | 01:38:42 |
| 9 | Q.  Have you met with anyone from Stroz Friedberg, | 01:38:43 |
| 10 | S-T-R-O-Z, F-R-I-E-D-B-E-R-G, regarding efforts to | 01:38:50 |
| 11 | collect documents in connection with Judge Grewal's | 01:39:00 |
| 12 | order? | 01:39:04 |
| 13 | A.  When I was bringing my computer to IP legal | 01:39:38 |
| 14 | team, I saw some foreigners for discovery, but who they | 01:39:44 |
| 15 | were or where they -- who they belonged to, I didn't | 01:39:50 |
| 16 | know. | 01:39:53 |
| 17 | Q.  Did you meet with them? | 01:39:53 |
| 18 | A.  Yes. | 01:39:58 |
| 19 | Q.  Did they interview you? | 01:39:59 |
| 20 | A.  I don't think there were anything that we can | 01:40:08 |
| 21 | call interview. | 01:40:14 |
| 22 | Q.  What did they -- what questions did they ask | 01:40:15 |
| 23 | you? | 01:40:18 |
| 24 | A.  They were just there when my computer was | 01:40:21 |
| 25 | given and taken. | 01:40:24 |

81

| | | |
|---|---|---|
| 1 | (Discussion between the interpreters.) | 01:40:30 |
| 2 | THE INTERPRETER:  The suggestion is that when | 01:40:44 |
| 3 | I rendered "did you meet with them," the correct | 01:40:46 |
| 4 | version would have been "did you meet them."  So there | 01:40:48 |
| 5 | were no reference to meeting and having discussions per | 01:40:51 |
| 6 | se. | 01:40:57 |
| 7 | MR. O'NEILL:  Okay. | 01:40:58 |
| 8 | BY MR. O'NEILL: | 01:41:01 |
| 9 | Q.  Have you told anyone from Stroz Friedberg that | 01:41:02 |
| 10 | you keep hard copies of documents? | 01:41:12 |
| 11 | MR. STONE:  So I need to caution the witness | 01:41:20 |
| 12 | not to -- frankly, I need to ask for a brief break, | 01:41:22 |
| 13 | just to confer with the witness about whether or not | 01:41:25 |
| 14 | this was inquiring into any privilege-related areas. | 01:41:28 |
| 15 | MR. O'NEILL:  It was my understanding that | 01:41:33 |
| 16 | they're supposed to be independent. | 01:41:35 |
| 17 | MR. STONE:  I understand, and I just need to | 01:41:38 |
| 18 | make sure there's no overlap here.  So if I could have | 01:41:41 |
| 19 | just a brief conference with the witness. | 01:41:43 |
| 20 | MR. O'NEILL:  Okay. | 01:41:45 |
| 21 | MR. STONE:  It will be brief. | 01:41:46 |
| 22 | THE VIDEOGRAPHER:  Time now is 1:41, and we're | 01:41:48 |
| 23 | off the record. | 01:41:51 |
| 24 | (A brief recess was taken.) | 01:43:51 |
| 25 | THE VIDEOGRAPHER:  We're back on the record, | 01:45:49 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

82

| | | |
|---|---|---|
| 1 | and the time now is 1:45. | 01:45:51 |
| 2 | Counsel. | 01:45:53 |
| 3 | MR. O'NEILL:  I will reask my question. | 01:45:55 |
| 4 | MR. STONE:  Thank you. | 01:45:57 |
| 5 | BY MR. O'NEILL: | 01:45:59 |
| 6 | Q.  Mr. Kim, have you told anyone from | 01:45:59 |
| 7 | Stroz Friedberg that you keep hard copies of documents? | 01:46:03 |
| 8 | A.  First, I don't know that "S" something | 01:46:18 |
| 9 | company.  And second, as I told you, I have not had any | 01:46:36 |
| 10 | discussions with the foreigners. | 01:46:40 |
| 11 | Q.  Did you ever receive a notice to preserve | 01:46:44 |
| 12 | documents that might be relevant to the issues raised | 01:46:48 |
| 13 | in Judge Grewal's order? | 01:46:51 |
| 14 | MR. STONE:  And you can answer that yes or no. | 01:47:05 |
| 15 | THE WITNESS:  Yes. | 01:47:09 |
| 16 | BY MR. O'NEILL: | 01:47:12 |
| 17 | Q.  When, approximately, did you receive that | 01:47:12 |
| 18 | notice? | 01:47:13 |
| 19 | A.  I think I first received it about two months | 01:47:20 |
| 20 | ago. | 01:47:22 |
| 21 | Q.  Was it in written form? | 01:47:24 |
| 22 | A.  It was an e-mail. | 01:47:31 |
| 23 | Q.  What types of documents did the notice tell | 01:47:37 |
| 24 | you to preserve? | 01:47:39 |
| 25 | A.  I didn't recall all the types of documents. | 01:48:06 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

83

| | | |
|---|---|---|
| 1 | My understanding is with respect to the Apple-Nokia | 01:48:12 |
| 2 | related documents. | 01:48:16 |
| 3 | Q.  Just with respect to Apple-Nokia, not with | 01:48:22 |
| 4 | respect to Apple-Sharp, Apple-Philips or | 01:48:25 |
| 5 | Apple-Ericsson? | 01:48:31 |
| 6 | MR. STONE:  I will caution the witness not to | 01:48:40 |
| 7 | divulge the contents of communication with counsel in | 01:48:41 |
| 8 | responding to the question. | 01:48:45 |
| 9 | THE WITNESS:  It was a very long notice, and I | 01:48:55 |
| 10 | don't recall the entire content of it. | 01:48:58 |
| 11 | BY MR. O'NEILL: | 01:49:00 |
| 12 | Q.  Did you read the entire notice. | 01:49:01 |
| 13 | A.  Yes, I did read them. | 01:49:07 |
| 14 | Q.  Do you believe you have complied with the | 01:49:08 |
| 15 | notice in all respects? | 01:49:10 |
| 16 | A.  Yes. | 01:49:23 |
| 17 | Q.  Who sent the notice to you? | 01:49:31 |
| 18 | A.  I don't recall the name. | 01:49:35 |
| 19 | Q.  Was it from a lawyer? | 01:49:37 |
| 20 | A.  There are two.  One was from Quinn, and the | 01:49:49 |
| 21 | other from IP legal team. | 01:49:52 |
| 22 | Q.  And the IP legal team within Samsung? | 01:49:57 |
| 23 | A.  Yes. | 01:50:06 |
| 24 | Q.  What steps did you take, if any, to comply | 01:50:07 |
| 25 | with the notice? | 01:50:09 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

84

| | | |
|---|---|---|
| 1 | A.  I did not give it any mail or documents within | 01:50:19 |
| 2 | my PC, e-mails or documents within my PC. | 01:50:23 |
| 3 | Q.  Are you aware of any electronic or hard-copy | 01:50:29 |
| 4 | documents responsive to Judge Grewal's order that no | 01:50:32 |
| 5 | longer exist? | 01:50:36 |
| 6 | THE WITNESS:  Render that again, please. | 01:51:15 |
| 7 | (The question was reinterpreted.) | 01:51:20 |
| 8 | THE WITNESS:  No. | 01:51:33 |
| 9 | BY MR. O'NEILL: | 01:51:38 |
| 10 | Q.  In the California litigation between Apple and | 01:51:39 |
| 11 | Samsung, the Court entered a protective order; correct? | 01:51:44 |
| 12 | A.  I did not see it, but I believe there was a | 01:51:57 |
| 13 | protective order. | 01:52:01 |
| 14 | Q.  You've never seen it; correct? | 01:52:03 |
| 15 | A.  Right. | 01:52:06 |
| 16 | Q.  Did anyone ever explain to you the | 01:52:07 |
| 17 | restrictions that the protective order placed upon the | 01:52:09 |
| 18 | disclosure of confidential information? | 01:52:12 |
| 19 | MR. STONE:  You can answer that yes or no. | 01:52:31 |
| 20 | THE WITNESS:  I don't know exactly. | 01:52:40 |
| 21 | BY MR. O'NEILL: | 01:52:46 |
| 22 | Q.  You don't remember if anyone did? | 01:52:46 |
| 23 | A.  Right. | 01:52:51 |
| 24 | Q.  In the ITC litigation between Samsung and | 01:52:54 |
| 25 | Apple, the ITC entered a protective order; correct? | 01:52:58 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

85

| | | |
|---|---|---|
| 1 | A.  Again, I did not see it, but I believe there | 01:53:17 |
| 2 | was. | 01:53:20 |
| 3 | Q.  Has anyone ever explained to you the | 01:53:22 |
| 4 | restrictions that the ITC protective order places on | 01:53:26 |
| 5 | the disclosure of confidential information? | 01:53:29 |
| 6 | A.  I do not recall getting an explanation about | 01:53:49 |
| 7 | the protective order itself. | 01:53:53 |
| 8 | Q.  You have extensive experience negotiating | 01:54:01 |
| 9 | patent licenses for sale; is that correct? | 01:54:05 |
| 10 | A.  Not for sale, but licensing negotiations, yes. | 01:54:34 |
| 11 | Q.  With Samsung's competitors; correct? | 01:54:39 |
| 12 | A.  Yes. | 01:54:42 |
| 13 | Q.  Samsung tries its best to keep the terms of | 01:54:46 |
| 14 | its patent licenses confidential; correct? | 01:54:50 |
| 15 | A.  Yes. | 01:55:15 |
| 16 | Q.  That's because Samsung views its patent | 01:55:16 |
| 17 | license terms as very sensitive confidential | 01:55:21 |
| 18 | information; correct? | 01:55:26 |
| 19 | A.  Yes.  It is important information. | 01:55:41 |
| 20 | Q.  And the disclosure of Samsung's patent license | 01:55:44 |
| 21 | terms to competitors could put Samsung at a competitive | 01:55:48 |
| 22 | disadvantage; correct? | 01:55:53 |
| 23 | MR. STONE:  Objection.  Lacks foundation. | 01:56:16 |
| 24 | Calls for speculation. | 01:56:18 |
| 25 | THE WITNESS:  At the least, I do not wish our | 01:56:24 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

86

| | | |
|---|---|---|
| 1 | information to be shared with external parties, with | 01:56:29 |
| 2 | outsiders. | 01:56:34 |
| 3 | BY MR. O'NEILL: | 01:56:34 |
| 4 | Q.  Why not? | 01:56:35 |
| 5 | MR. STONE:  Same objections. | 01:56:37 |
| 6 | THE WITNESS:  At least I do not want that | 01:56:51 |
| 7 | information to be disclosed to outside parties. | 01:56:54 |
| 8 | BY MR. O'NEILL: | 01:56:58 |
| 9 | Q.  Why not? | 01:56:58 |
| 10 | A.  Because I do not know how the competitor will | 01:57:05 |
| 11 | use that information. | 01:57:08 |
| 12 | Q.  Samsung's competitors could use that | 01:57:19 |
| 13 | information to gain a competitive advantage over | 01:57:22 |
| 14 | Samsung; correct? | 01:57:28 |
| 15 | MR. STONE:  Objection.  Lacks foundation. | 01:57:36 |
| 16 | Calls for speculation.  Incomplete hypothetical. | 01:57:38 |
| 17 | THE WITNESS:  Yes, in my personal opinion, | 01:57:53 |
| 18 | that is possible. | 01:57:54 |
| 19 | BY MR. O'NEILL: | 01:58:05 |
| 20 | Q.  Samsung's standard practice is to negotiate | 01:58:06 |
| 21 | its patent licenses on a confidential basis; correct? | 01:58:11 |
| 22 | A.  Yes. | 01:58:27 |
| 23 | Q.  Samsung's standard practice is also to include | 01:58:32 |
| 24 | confidentiality restrictions in its patent licenses; | 01:58:36 |
| 25 | correct? | 01:58:41 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

87

| | | |
|---|---|---|
| 1 | A.  Yes, I think so. | 01:58:51 |
| 2 | Q.  And you understand that Apple patent license | 01:58:52 |
| 3 | agreements have similar terms; correct -- strike the | 01:58:57 |
| 4 | question. | 01:59:08 |
| 5 | You understand that Apple's patent licenses | 01:59:08 |
| 6 | have similar confidentiality provisions; correct? | 01:59:13 |
| 7 | MR. STONE:  Counsel for Nokia is present, and | 01:59:28 |
| 8 | you're asking about certain terms and what you contend | 01:59:31 |
| 9 | are confidential Apple licenses.  You're asking my | 01:59:35 |
| 10 | witness to provide his knowledge concerning same.  So I | 01:59:39 |
| 11 | need to have the agreement from everyone present that | 01:59:42 |
| 12 | no one is going to be arguing that this is some | 01:59:45 |
| 13 | violation of some NDA. | 01:59:48 |
| 14 | MR. O'NEILL:  The witness's answer about his | 01:59:50 |
| 15 | understanding? | 01:59:51 |
| 16 | MR. STONE:  Yes. | 01:59:52 |
| 17 | MR. O'NEILL:  I'm fine with it. | 01:59:53 |
| 18 | MR. STONE:  I mean, because you're allowing | 01:59:57 |
| 19 | his disclosure to occur in front of Nokia.  I don't | 01:59:59 |
| 20 | know all the history there, but I think we need to have | 02:00:03 |
| 21 | the agreement from everyone in the room on that. | 02:00:06 |
| 22 | MR. O'NEILL:  I mean, just to be clear, I'm | 02:00:08 |
| 23 | asking for his belief about what Apple's license | 02:00:10 |
| 24 | disclosed. | 02:00:13 |
| 25 | MR. STONE:  Which is probably information, you | 02:00:14 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

88

| | | |
|---|---|---|
| 1 | know, garnered as a result of these discussions that | 02:00:16 |
| 2 | you're representing are confidential.  So we need to | 02:00:20 |
| 3 | have everyone's agreement in the room because I don't | 02:00:22 |
| 4 | want there to be other claims about NDA violations. | 02:00:25 |
| 5 | MR. MILLER:  I don't think we have a claim for | 02:00:28 |
| 6 | disclosure of someone else's confidential information | 02:00:30 |
| 7 | in a license we're not party to. | 02:00:34 |
| 8 | MR. STONE:  Okay.  And you agree, Counsel, | 02:00:36 |
| 9 | that his answering this question won't form the basis | 02:00:38 |
| 10 | for some violation of an NDA? | 02:00:42 |
| 11 | MR. O'NEILL:  Yes. | 02:00:44 |
| 12 | MR. STONE:  And we agree that with respect to | 02:00:44 |
| 13 | similar questions relating to Apple information, that | 02:00:47 |
| 14 | your position is the same? | 02:00:52 |
| 15 | MR. O'NEILL:  I guess I would have to deal | 02:00:55 |
| 16 | with that question by question.  So if you want to | 02:00:57 |
| 17 | raise it again, we can. | 02:01:00 |
| 18 | MR. STONE:  Okay.  Then I'll have to. | 02:01:01 |
| 19 | MR. O'NEILL:  So let me reask my question. | 02:01:07 |
| 20 | BY MR. O'NEILL: | 02:01:07 |
| 21 | Q.  You understand that Apple's patent license | 02:01:10 |
| 22 | agreements have confidentiality provisions that are | 02:01:15 |
| 23 | similar to those that Samsung gets in its licenses; | 02:01:23 |
| 24 | correct? | 02:01:27 |
| 25 | MR. STONE:  And you can answer that question | 02:01:36 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

89

| | | |
|---|---|---|
| 1 | to the extent it's not dependent on information | 02:01:44 |
| 2 | received from counsel or communications with. | 02:01:44 |
| 3 | THE WITNESS:  I don't know if I could say they | 02:01:56 |
| 4 | do, but my understanding is that other companies have | 02:02:03 |
| 5 | similar practices. | 02:02:07 |
| 6 | I don't know if I can say they do as described | 02:02:16 |
| 7 | by the counsel, but my understanding is that other | 02:02:19 |
| 8 | companies have similar practices. | 02:02:21 |
| 9 | BY MR. O'NEILL: | 02:02:32 |
| 10 | Q.  Including Apple; correct? | 02:02:34 |
| 11 | MR. STONE:  Same cautions. | 02:02:38 |
| 12 | THE WITNESS:  Yes, I believe Apple could be | 02:02:41 |
| 13 | similar. | 02:02:45 |
| 14 | BY MR. O'NEILL: | 02:02:47 |
| 15 | Q.  And you, in fact, assume that Apple's license | 02:02:47 |
| 16 | agreements have confidentiality provisions that are | 02:02:50 |
| 17 | similar to those in Samsung's licenses; correct? | 02:02:54 |
| 18 | MR. STONE:  Objection.  Lacks foundation. | 02:03:08 |
| 19 | Calls for speculation. | 02:03:10 |
| 20 | THE WITNESS:  I don't know what Apple's | 02:03:22 |
| 21 | confidentiality conditions are similar to Samsung or | 02:03:25 |
| 22 | not.  I'm not sure. | 02:03:28 |
| 23 | MR. O'NEILL:  Why don't we mark this as the | 02:03:36 |
| 24 | next exhibit, please. | 02:03:38 |
| 25 | (Kim Exhibit 2 was marked for identification.) | 02:03:46 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

90

1     BY MR. O'NEILL:                                              02:04:02

2         Q.  Mr. Kim, the court reporter has placed before        02:04:02

3     you what has been marked as Kim Exhibit 2.  It is a          02:04:05

4     July 1, 2011 letter to Mr. Boris Teksler at Apple.           02:04:07

5             Do you have Exhibit 2 before you?                     02:04:15

6         A.  Yes.  I can see the letter is dated July 1st.         02:04:30

7         Q.  This is a letter from you; correct?                   02:04:33

8         A.  Yes, I believe so.                                    02:04:45

9         Q.  And if I could have you look at the last              02:04:46

10    paragraph on the first page.                                 02:04:49

11            In that paragraph, you say:                           02:04:54

12            "Samsung, however, cannot reveal the                  02:04:56

13          terms of its existing licensing to Apple,               02:04:58

14          since those terms are confidential and                  02:05:01

15          subject to contractual provisions that                  02:05:03

16          restrict Samsung's ability to reveal them."             02:05:05

17            Do you see that?                                       02:05:09

18        A.  Yes, I can see that.                                  02:05:14

19        Q.  And that was a true statement; correct?               02:05:30

20        A.  Yes.                                                  02:05:37

21        Q.  The next sentence, you say:                           02:05:37

22            "We assume that Apple's license                       02:05:39

23          agreements must have similar provisions                 02:05:40

24          and, therefore, find it hard to understand              02:05:43

25          your position on this issue."                           02:05:45

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

91

| | | |
|---|---|---|
| 1 | Correct? | 02:05:47 |
| 2 | A.  Yes, I could see that. | 02:06:06 |
| 3 | Q.  So as of July 1st, 2011, you assumed that | 02:06:06 |
| 4 | Apple's patent license agreements restricted the | 02:06:12 |
| 5 | disclosure of confidential information; correct? | 02:06:15 |
| 6 | THE WITNESS:  Can you render that again, | 02:06:47 |
| 7 | please? | 02:06:48 |
| 8 | (The question was reinterpreted.) | 02:06:49 |
| 9 | THE WITNESS:  Yes, that's correct. | 02:07:13 |
| 10 | BY MR. O'NEILL: | 02:07:25 |
| 11 | Q.  You still held that same belief as of | 02:07:25 |
| 12 | March 2012; correct? | 02:07:30 |
| 13 | A.  It's that I assumed, not that I had a belief. | 02:07:40 |
| 14 | Q.  So as of March 2012, you assumed that Apple's | 02:07:50 |
| 15 | license with Nokia prohibited Apple from disclosing the | 02:07:55 |
| 16 | terms of that license to Samsung; correct? | 02:08:00 |
| 17 | MR. STONE:  I'll object to the extent it | 02:08:22 |
| 18 | mischaracterizes his testimony and the document. | 02:08:24 |
| 19 | THE WITNESS:  It is true that I sent this | 02:08:43 |
| 20 | letter on 2011 stating such, but whether in April | 02:08:46 |
| 21 | of 2012, whether I had that assumption or not, I don't | 02:08:56 |
| 22 | recall that. | 02:08:59 |
| 23 | BY MR. O'NEILL: | 02:09:05 |
| 24 | Q.  So you don't recall one way or the other -- | 02:09:05 |
| 25 | strike that. | 02:09:07 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

92

1    You don't remember one way or the other;    02:09:08

2    correct?    02:09:10

3    A.  Right.    02:09:14

4    Q.  Same answer with respect to the Apple-Ericsson    02:09:15

5    license?    02:09:22

6    A.  Yes.    02:09:30

7    Q.  Same answer with respect to the Apple-Sharp    02:09:31

8    license?    02:09:36

9    A.  Yes.    02:09:41

10    Q.  Same answer with respect to the Apple-Philips    02:09:41

11    license?    02:09:45

12    A.  Yes.  I don't recall with the specific    02:09:48

13    companies and specific time line, whether I thought of    02:10:02

14    it or not.    02:10:06

15    Q.  Did you assume that all of Apple's patent    02:10:07

16    licenses contained confidentiality provisions?    02:10:10

17    A.  You're asking whether I assumed.  Is there a    02:10:27

18    time frame associated with that?    02:10:31

19    Q.  March 2012.    02:10:33

20    A.  I don't recall what assumptions I had in March    02:10:40

21    of 2012.    02:10:43

22    Q.  How about in July 2011?    02:10:44

23    A.  In July of 2011, as you see it here, I state    02:10:55

24    it in this mail.    02:11:01

25    Q.  So as of at least July, 2011, you assumed that    02:11:02

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

93

| | | |
|---|---|---|
| 1 | all of Apple's patent license agreements had | 02:11:05 |
| 2 | confidentiality provisions that restricted the | 02:11:11 |
| 3 | disclosure of the license terms; correct? | 02:11:14 |
| 4 | A.  I'm sorry, but I did not assume that. | 02:11:45 |
| 5 | Q.  So as of July 2011, you assumed that some of | 02:11:51 |
| 6 | Apple's patent licenses lacked any confidentiality | 02:11:56 |
| 7 | restrictions? | 02:12:00 |
| 8 | A.  For the Apple's agreements, as is the case for | 02:12:33 |
| 9 | ours, I assumed that there would be a confidentiality | 02:12:37 |
| 10 | clause in general. | 02:12:47 |
| 11 | Q.  Are you aware of any instance in which either | 02:12:48 |
| 12 | Apple or Nokia publicly disclosed the terms of their | 02:12:51 |
| 13 | license agreement? | 02:12:56 |
| 14 | A.  I have not heard any -- I have not heard that | 02:13:12 |
| 15 | Apple and Nokia agreements were made public. | 02:13:19 |
| 16 | Q.  Are you aware of any instance in which either | 02:13:23 |
| 17 | Apple or Ericsson publicly disclosed the terms of their | 02:13:27 |
| 18 | patent license agreement? | 02:13:32 |
| 19 | A.  No. | 02:13:44 |
| 20 | Q.  Are you aware of any instance in which Apple | 02:13:45 |
| 21 | or Sharp disclosed the terms of their patent license | 02:13:48 |
| 22 | agreement? | 02:13:52 |
| 23 | MR. STONE:  And you said "disclosed."  Did you | 02:14:04 |
| 24 | mean disclosed or publicly disclosed? | 02:14:06 |
| 25 | MR. O'NEILL:  I'm sorry.  Publicly disclosed. | 02:14:08 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

94

| | | |
|---|---|---|
| 1 | MR. STONE:  Can you ask it again? | 02:14:10 |
| 2 | MR. O'NEILL:  Sure. | 02:14:11 |
| 3 | BY MR. O'NEILL: | 02:14:12 |
| 4 | Q.  Are you aware of any instances in which Sharp | 02:14:12 |
| 5 | or Apple publicly disclosed the terms of their patent | 02:14:14 |
| 6 | license agreement? | 02:14:18 |
| 7 | A.  No. | 02:14:35 |
| 8 | Q.  Are you aware of any instances where either | 02:14:35 |
| 9 | Apple or Philips publicly disclosed the terms of their | 02:14:40 |
| 10 | patent license agreement? | 02:14:47 |
| 11 | A.  No. | 02:14:50 |
| 12 | Q.  Apple and Samsung have been attempting to | 02:14:58 |
| 13 | negotiate a patent license for a couple years, at | 02:15:00 |
| 14 | least; correct? | 02:15:04 |
| 15 | MR. STONE:  And are you comfortable with that | 02:15:15 |
| 16 | information being disclosed in front of counsel for | 02:15:17 |
| 17 | Nokia? | 02:15:21 |
| 18 | MR. O'NEILL:  Yes.  It's our understanding | 02:15:21 |
| 19 | that Judge Grewal has made it very clear in his order | 02:15:22 |
| 20 | that they are entitled to receive the information that | 02:15:27 |
| 21 | is responsive to his orders. | 02:15:33 |
| 22 | MR. STONE:  I just want to make sure, if he's | 02:15:35 |
| 23 | providing answers to this, there are no NDA violations | 02:15:37 |
| 24 | with respect to NDAs in existence between or previously | 02:15:41 |
| 25 | in existence between Apple and Samsung. | 02:15:45 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

95

| | | |
|---|---|---|
| 1 | MR. O'NEILL:  That's fine with me. | 02:15:49 |
| 2 | MR. STONE:  Okay.  Can you ask the question | 02:15:51 |
| 3 | again? | 02:15:55 |
| 4 | MR. O'NEILL:  I'm not sure if I can. | 02:15:56 |
| 5 | THE WITNESS:  Yes. | 02:15:57 |
| 6 | MR. STONE:  He got it. | 02:16:02 |
| 7 | BY MR. O'NEILL: | 02:16:05 |
| 8 | Q.  Who from Samsung is currently responsible for | 02:16:06 |
| 9 | the negotiations with Apple? | 02:16:10 |
| 10 | A.  Are you asking one person? | 02:16:21 |
| 11 | Q.  Who is the lead person?  Yes. | 02:16:22 |
| 12 | A.  The head of the center, Dr. Ahn. | 02:16:48 |
| 13 | Q.  And am I correct -- | 02:16:50 |
| 14 | A.  I think. | 02:16:50 |
| 15 | Q.  Am I correct that currently you have no | 02:16:51 |
| 16 | involvement in Samsung's negotiations with Apple? | 02:16:56 |
| 17 | A.  Yes. | 02:17:00 |
| 18 | Q.  And other than the -- Apple's ITC case, do you | 02:17:02 |
| 19 | currently have any involvement in any of the | 02:17:08 |
| 20 | Apple-Samsung litigations. | 02:17:12 |
| 21 | A.  Since my responsibility is with respect to | 02:17:35 |
| 22 | patent and communications, I cannot say it is none. | 02:17:40 |
| 23 | But generally speaking, we can say that there is none. | 02:17:51 |
| 24 | Q.  In the past, you have been very involved in | 02:17:57 |
| 25 | Samsung's dispute with Apple; correct? | 02:18:00 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

96

| | | |
|---|---|---|
| 1 | A.  Yes. | 02:18:14 |
| 2 | Q.  For example, you have helped formulate | 02:18:14 |
| 3 | Samsung's licensing strategy against Apple; correct? | 02:18:19 |
| 4 | A.  In the beginning, yes.  But in the latter | 02:18:46 |
| 5 | part, it decreased, my involvement decreased. | 02:18:50 |
| 6 | Q.  When did your involvement begin to decrease? | 02:18:54 |
| 7 | A.  It is after the negotiations, including the | 02:19:16 |
| 8 | back and forth of the documents or the mails went to a | 02:19:21 |
| 9 | higher up.  That's when it started to increase. | 02:19:28 |
| 10 | Q.  When, approximately, was that? | 02:19:30 |
| 11 | A.  It's the second half of 2012. | 02:19:36 |
| 12 | Q.  Are you aware of anyone at Samsung who has | 02:19:53 |
| 13 | used the terms of the Apple-Nokia license to develop a | 02:19:55 |
| 14 | licensing strategy for any Samsung competitor? | 02:20:00 |
| 15 | MR. STONE:  And in answering that question, I | 02:20:09 |
| 16 | caution the witness not to divulge any communications | 02:20:21 |
| 17 | of counsel or attorney work product. | 02:20:24 |
| 18 | THE WITNESS:  No. | 02:20:32 |
| 19 | BY MR. O'NEILL: | 02:20:33 |
| 20 | Q.  Are you aware of anyone at Samsung who has | 02:20:34 |
| 21 | used the terms of the Apple-Ericsson license to develop | 02:20:36 |
| 22 | a licensing strategy for any Samsung competitor? | 02:20:41 |
| 23 | MR. STONE:  And if you can answer that | 02:21:01 |
| 24 | question without divulging the contents of any | 02:21:02 |
| 25 | communication with counsel or attorney work product, | 02:21:05 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

97

| | | |
|---|---|---|
| 1 | you can answer it; otherwise, I instruct you not to | 02:21:07 |
| 2 | answer. | 02:21:10 |
| 3 | THE WITNESS: Yes. | 02:21:20 |
| 4 | MR. STONE: Again, so I think -- if in | 02:21:28 |
| 5 | responding to the question you need to rely on | 02:22:02 |
| 6 | information provided to you by counsel, in-house or | 02:22:07 |
| 7 | outside, then I'm instructing you not to answer the | 02:22:11 |
| 8 | question. | 02:22:14 |
| 9 | THE WITNESS: I don't know any individual. | 02:22:34 |
| 10 | BY MR. O'NEILL: | 02:22:43 |
| 11 | Q. Was it a group at Samsung? | 02:22:44 |
| 12 | MR. STONE: And it is the same instruction. | 02:22:48 |
| 13 | THE WITNESS: Can we take a little break? I | 02:22:57 |
| 14 | need to confirm whether the answer I'm trying to | 02:23:08 |
| 15 | provide is within the scope of attorney privilege or | 02:23:10 |
| 16 | not. | 02:23:12 |
| 17 | MR. O'NEILL: Okay. | 02:23:16 |
| 18 | MR. STONE: Thank you. | 02:23:17 |
| 19 | THE VIDEOGRAPHER: The time now is 2:23, and | 02:23:18 |
| 20 | we're off the record. | 02:23:20 |
| 21 | (A brief recess was taken.) | 02:28:35 |
| 22 | THE VIDEOGRAPHER: We're back on the record, | 02:28:35 |
| 23 | and the time now is 2:28. | 02:28:37 |
| 24 | Counsel. | 02:28:39 |
| 25 | MR. STONE: I'm going to instruct the witness | 02:28:39 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

98

| | | |
|---|---|---|
| 1 | not to answer.  It seeks to invade attorney-client | 02:28:41 |
| 2 | communication and/or work product. | 02:28:46 |
| 3 | MR. O'NEILL:  So the witness has already | 02:28:54 |
| 4 | testified that he's aware of an instance where someone | 02:28:57 |
| 5 | at Samsung used the terms in the Apple-Ericsson license | 02:29:02 |
| 6 | to develop a licensing strategy for a Samsung | 02:29:06 |
| 7 | competitor, and he's told me he doesn't know of any | 02:29:09 |
| 8 | individual, and its your testimony he can't tell me now | 02:29:13 |
| 9 | if it's a group? | 02:29:16 |
| 10 | MR. STONE:  You're asking for a specific | 02:29:19 |
| 11 | group, and his knowledge is all based on privilege, and | 02:29:20 |
| 12 | I've instructed him with respect to the previous answer | 02:29:23 |
| 13 | that if it was based on privilege he shouldn't answer | 02:29:25 |
| 14 | it.  So that should be stricken as well. | 02:29:28 |
| 15 | MR. O'NEILL:  But he did answer. | 02:29:30 |
| 16 | MR. STONE:  I understand.  I'm instructing him | 02:29:31 |
| 17 | not to answer this question. | 02:29:33 |
| 18 | BY MR. O'NEILL: | 02:29:36 |
| 19 | Q.  Who was the source of that information? | 02:29:37 |
| 20 | MR. STONE:  Just the name, if you recall. | 02:30:00 |
| 21 | Just the name of the person. | 02:30:24 |
| 22 | MR. O'NEILL:  Can I hear what he said first? | 02:30:33 |
| 23 | THE WITNESS:  The person who provided me the | 02:30:37 |
| 24 | information on the Apple-Ericsson agreement was one of | 02:30:40 |
| 25 | the members of the group, and it was Mr. Jay Shim. | 02:30:45 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

99

| | | |
|---|---|---|
| 1 | BY MR. O'NEILL: | 02:30:56 |
| 2 |     Q.  Is Mr. Shim an attorney? | 02:30:56 |
| 3 |     A.  Yes.  He's a US attorney. | 02:31:03 |
| 4 |     Q.  Where is Mr. Shim located? | 02:31:14 |
| 5 |     A.  In Korea. | 02:31:20 |
| 6 |     Q.  When did he provide you that information? | 02:31:30 |
| 7 |       MR. STONE:  And you can provide him with a | 02:31:35 |
| 8 | date if you're aware of such a date. | 02:31:36 |
| 9 |       THE WITNESS:  I don't recall exactly. | 02:31:45 |
| 10 | BY MR. O'NEILL: | 02:31:47 |
| 11 |     Q.  Can you give me an estimate? | 02:31:47 |
| 12 |       MR. STONE:  If you can estimate a date, you | 02:31:50 |
| 13 | can do that. | 02:31:52 |
| 14 |       THE WITNESS:  I can't estimate the date. | 02:31:57 |
| 15 | BY MR. O'NEILL: | 02:31:59 |
| 16 |     Q.  Was it in 2012? | 02:31:59 |
| 17 |     A.  Yes, it could be 2012. | 02:32:11 |
| 18 |     Q.  Can you tell me whether it was the first half | 02:32:16 |
| 19 | of 2012? | 02:32:19 |
| 20 |     A.  I'm not sure. | 02:32:29 |
| 21 |     Q.  Did he provide the information to you in | 02:32:34 |
| 22 | writing? | 02:32:37 |
| 23 |       MR. STONE:  And it is yes or no. | 02:32:52 |
| 24 |       THE WITNESS:  Yes, I think so. | 02:32:59 |
| 25 | BY MR. O'NEILL: | 02:33:00 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

100

1    Q.  Was it in the same e-mail that we were talking          02:33:01

2    about earlier?                                              02:33:02

3    A.  Yes, the same.                                          02:33:12

4    Q.  Apple and Samsung are currently involved in             02:33:14

5    multiple litigations around the world; correct?             02:33:30

6    A.  Yes.                                                    02:33:45

7    Q.  What role have you played in those                      02:33:45

8    litigations?                                                02:33:48

9         MR. STONE:  And before he answers that                 02:33:52

10   question, I permitted you a lot of latitude, I think,       02:33:54

11   with respect to the subject matter of your questioning,     02:33:58

12   and I'll note that Paragraph 3 of Judge Grewal's order      02:34:00

13   that you directed the witness to earlier, which you         02:34:04

14   said he was here to testify about the subject of that       02:34:07

15   paragraph, your questions have been far afield for          02:34:09

16   probably the vast majority of this deposition, and so       02:34:13

17   we're not going to just be here for ever and ever so        02:34:17

18   that you can ask questions about things unrelated to        02:34:20

19   the subject matter of Paragraph 3.                          02:34:23

20        So I think I've given you substantial                  02:34:25

21   latitude, but I just wanted to make that remark for the     02:34:27

22   record.                                                     02:34:31

23        You can ask the witness the question again.            02:34:32

24   BY MR. O'NEILL:                                             02:34:37

25   Q.  Do you remember the question?                           02:34:38

101

| | | |
|---|---|---|
| 1 | A.  No. | 02:34:40 |
| 2 | Q.  What role have you played in Samsung's | 02:34:42 |
| 3 | litigation with Apple? | 02:34:47 |
| 4 | MR. STONE:  And you can describe that in a top | 02:34:52 |
| 5 | level, but I would caution the witness not to divulge | 02:34:54 |
| 6 | the contents of any communication with counsel, or work | 02:34:58 |
| 7 | product. | 02:35:02 |
| 8 | THE WITNESS:  While I was at the IP center, | 02:35:19 |
| 9 | not as part of the executive team, but as the | 02:35:34 |
| 10 | working-level team, I was the coordinator of the cases. | 02:35:37 |
| 11 | BY MR. O'NEILL: | 02:35:44 |
| 12 | Q.  And what sorts of things did you do as the | 02:35:44 |
| 13 | coordinator of the cases? | 02:35:48 |
| 14 | A.  For example, a good example might be that I | 02:36:14 |
| 15 | would receive the time line of all the litigations from | 02:36:16 |
| 16 | the IP legal team, and making reports or directing | 02:36:22 |
| 17 | reports for each important steps of the litigations. | 02:36:28 |
| 18 | That would be a good example. | 02:36:33 |
| 19 | MR. STONE:  There's no question pending. | 02:36:44 |
| 20 | THE WITNESS:  Another example is -- | 02:36:47 |
| 21 | BY MR. O'NEILL: | 02:36:47 |
| 22 | Q.  You can finish your answer. | 02:36:50 |
| 23 | MR. STONE:  There's no question. | 02:36:53 |
| 24 | MR. O'NEILL:  He's answering the last | 02:36:55 |
| 25 | question. | 02:36:57 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

102

| | | |
|---|---|---|
| 1 | THE WITNESS:  Another example would be, as | 02:37:03 |
| 2 | you've shown me, drafting the letter to Apple.  That | 02:37:04 |
| 3 | might be another example. | 02:37:11 |
| 4 | BY MR. O'NEILL: | 02:37:11 |
| 5 | Q.  Okay.  You said you were the coordinator of | 02:37:19 |
| 6 | the cases against Apple.  Does that mean all of the | 02:37:22 |
| 7 | cases worldwide against Apple? | 02:37:25 |
| 8 | A.  Yes. | 02:37:44 |
| 9 | Q.  And part of your job was to help Samsung | 02:37:44 |
| 10 | formulate its strategy in its litigation against Apple; | 02:37:47 |
| 11 | correct? | 02:37:53 |
| 12 | MR. STONE:  You can answer if you can do so | 02:38:14 |
| 13 | without divulging attorney-client communications. | 02:38:17 |
| 14 | THE WITNESS:  Formulating strategy is the job | 02:38:26 |
| 15 | of the attorneys.  Litigation strategy is the job of | 02:38:31 |
| 16 | the attorneys. | 02:38:36 |
| 17 | BY MR. O'NEILL: | 02:38:36 |
| 18 | Q.  So it is your testimony that you played no | 02:38:37 |
| 19 | role in helping Samsung formulate its litigation | 02:38:39 |
| 20 | strategy against Apple? | 02:38:47 |
| 21 | MR. STONE:  Same caution. | 02:39:00 |
| 22 | THE WITNESS:  Litigation strategy for each | 02:39:12 |
| 23 | country is formulated by attorneys for each country. | 02:39:14 |
| 24 | BY MR. O'NEILL: | 02:39:20 |
| 25 | Q.  And as the coordinator of the cases, did you | 02:39:21 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

103

| | | |
|---|---|---|
| 1 | have any say in any litigation strategy for Samsung? | 02:39:23 |
| 2 | MR. STONE:  And you can answer that yes or no. | 02:39:44 |
| 3 | THE WITNESS:  I did have a say in it. | 02:39:54 |
| 4 | BY MR. O'NEILL: | 02:39:55 |
| 5 | Q.  So you did have a say in Samsung's litigation | 02:39:56 |
| 6 | strategy against Apple; correct? | 02:39:59 |
| 7 | A.  I think its better to say that I had a say in | 02:40:12 |
| 8 | the objective rather than the strategy. | 02:40:18 |
| 9 | Q.  What do you mean by "objective"? | 02:40:22 |
| 10 | MR. STONE:  I'll caution the witness, in | 02:40:27 |
| 11 | answering this question, not to divulge the contents of | 02:40:28 |
| 12 | any attorney-client communications or attorney work | 02:40:31 |
| 13 | product, and you can answer if you can answer the | 02:40:34 |
| 14 | question without doing so. | 02:40:36 |
| 15 | THE WITNESS:  Can you repeat the question, | 02:40:46 |
| 16 | please? | 02:40:49 |
| 17 | BY MR. O'NEILL: | 02:40:49 |
| 18 | Q.  Sure.  You just -- you used the word "the | 02:40:49 |
| 19 | objective" in your answer, and I'm just trying to | 02:40:53 |
| 20 | understand what you meant by "the objective." | 02:40:56 |
| 21 | A.  For example, in a certain litigation, if | 02:41:20 |
| 22 | product A is terminated -- discontinued, then even if | 02:41:26 |
| 23 | you lose, the risk is low.  For a product that's | 02:41:32 |
| 24 | continuing to sell, the risk is high if we lose that | 02:41:45 |
| 25 | litigation. | 02:41:49 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

104

| | | |
|---|---|---|
| 1 | Then I will inform the counsel, the lawyers, | 02:41:58 |
| 2 | of such, and I will ask them to come up with a strategy | 02:42:03 |
| 3 | according to that objective. | 02:42:07 |
| 4 | Q.  You played a role in helping manage Samsung's | 02:42:13 |
| 5 | litigations against Apple before the US International | 02:42:20 |
| 6 | Trade Commission; correct? | 02:42:25 |
| 7 | A.  Render it again, please. | 02:42:52 |
| 8 | (The question was reinterpreted. ) | 02:43:00 |
| 9 | THE WITNESS:  Yes, as I stated earlier, I did. | 02:43:13 |
| 10 | BY MR. O'NEILL: | 02:43:18 |
| 11 | Q.  You played a role in helping manage Samsung's | 02:43:18 |
| 12 | litigations against Apple in the California | 02:43:22 |
| 13 | litigations -- strike that. | 02:43:26 |
| 14 | You played a role in helping manage Samsung's | 02:43:27 |
| 15 | litigations against Apple in two California cases; | 02:43:31 |
| 16 | correct? | 02:43:35 |
| 17 | A.  Yes. | 02:43:50 |
| 18 | Q.  You helped manage Samsung's litigations | 02:43:51 |
| 19 | against Apple in Australia; correct? | 02:43:55 |
| 20 | A.  Yes. | 02:44:13 |
| 21 | Q.  You helped manage Samsung's litigations | 02:44:14 |
| 22 | against Apple in the Netherlands; correct? | 02:44:17 |
| 23 | A.  Yes. | 02:44:29 |
| 24 | Q.  You helped manage Samsung's litigations | 02:44:30 |
| 25 | against Apple in Italy; correct? | 02:44:33 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

105

| | | |
|---|---|---|
| 1 | A.  Yes. | 02:44:48 |
| 2 | Q.  You helped manage Samsung's litigations | 02:44:49 |
| 3 | against Apple in France; correct? | 02:44:52 |
| 4 | A.  Yes. | 02:45:01 |
| 5 | Q.  You helped manage Samsung's litigations | 02:45:01 |
| 6 | against Apple in Japan; correct? | 02:45:06 |
| 7 | A.  Yes. | 02:45:17 |
| 8 | Q.  You helped manage Samsung's litigations | 02:45:19 |
| 9 | against Apple in Korea; correct? | 02:45:23 |
| 10 | A.  Yes. | 02:45:34 |
| 11 | Q.  You helped manage Samsung's litigations | 02:45:34 |
| 12 | against Apple in the United Kingdom; correct? | 02:45:39 |
| 13 | A.  Yes. | 02:45:54 |
| 14 | Q.  Have you had any involvement in Samsung's -- | 02:45:54 |
| 15 | strike that. | 02:46:14 |
| 16 | Have you had any involvement in the | 02:46:14 |
| 17 | European -- strike that.  We'll go back to that. | 02:46:19 |
| 18 | What role has Kirkland & Ellis played, if | 02:46:27 |
| 19 | any, in Samsung's litigations against Apple? | 02:46:31 |
| 20 | MR. STONE:  I'll caution the witness not to | 02:46:46 |
| 21 | divulge the contents of any attorney client | 02:46:48 |
| 22 | communications or work product in responding to that | 02:46:51 |
| 23 | question. | 02:46:54 |
| 24 | THE WITNESS:  I don't know. | 02:46:55 |
| 25 | THE INTERPRETER:  He said, "I don't know." | 02:47:01 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

106

| | | |
|---|---|---|
| 1 | BY MR. O'NEILL: | 02:47:02 |
| 2 | Q.  Are you familiar with the law firm of Kirkland | 02:47:03 |
| 3 | & Ellis? | 02:47:05 |
| 4 | A.  I know.  I know them. | 02:47:12 |
| 5 | Q.  Do you know if they've had any involvement in | 02:47:15 |
| 6 | Samsung's litigations against Apple? | 02:47:21 |
| 7 | A.  I don't know. | 02:47:32 |
| 8 | Q.  Did Kirkland & Ellis comment on filings that | 02:47:33 |
| 9 | Samsung was making with the International Trade | 02:47:38 |
| 10 | Commission in its cases against Apple? | 02:47:41 |
| 11 | A.  I'm not sure. | 02:48:13 |
| 12 | Q.  Are you familiar with someone named | 02:48:14 |
| 13 | Ed Donovan? | 02:48:19 |
| 14 | A.  I'm not sure. | 02:48:25 |
| 15 | MR. O'NEILL:  We'll mark this as Exhibit 3, | 02:48:49 |
| 16 | please. | 02:48:52 |
| 17 | (Kim Exhibit 3 was marked for identification.) | 02:49:24 |
| 18 | BY MR. O'NEILL: | 02:49:24 |
| 19 | Q.  Mr. Kim, the court reporter has placed before | 02:49:24 |
| 20 | you what has been mark as Kim Exhibit 3.  It is | 02:49:26 |
| 21 | document Bates number SAMNDCA-0000284 through 288.  Do | 02:49:29 |
| 22 | you have that document before you? | 02:49:43 |
| 23 | A.  Yes, I can see that. | 02:49:59 |
| 24 | Q.  The first e-mail on Page 1 of Exhibit 3 is | 02:50:00 |
| 25 | from Hojin Chang; correct? | 02:50:06 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

107

| | | |
|---|---|---|
| 1 | A.  It states here that it's sent by Hojin Chang. | 02:50:16 |
| 2 | Q.  Who is Hojin Chang? | 02:50:27 |
| 3 | A.  It is the name of a lawyer in the IPC center. | 02:50:29 |
| 4 | Q.  The date of Mr. Chang's e-mail is | 02:50:33 |
| 5 | March 22nd, 2013; correct? | 02:50:39 |
| 6 | MR. STONE:  I think you're misstating the | 02:50:49 |
| 7 | document, if I'm looking at the same thing you're | 02:50:52 |
| 8 | looking at. | 02:50:54 |
| 9 | MR. O'NEILL:  March 26th, 2013? | 02:50:56 |
| 10 | Sorry.  Let me restate. | 02:50:58 |
| 11 | BY MR. O'NEILL: | 02:51:00 |
| 12 | Q.  The date of Mr. Chang's e-mail is | 02:51:00 |
| 13 | March 26th, 2013; correct? | 02:51:04 |
| 14 | A.  Yes, that's correct. | 02:51:12 |
| 15 | Q.  And the subject line of his e-mail has been | 02:51:13 |
| 16 | redacted.  We can't see that; right? | 02:51:19 |
| 17 | A.  Yes. | 02:51:28 |
| 18 | Q.  In March of 2013, Samsung was responding to | 02:51:30 |
| 19 | questions from the ITC about FRAND issues; correct? | 02:51:38 |
| 20 | A.  In March of 2013, a correspondence with | 02:51:47 |
| 21 | attachment with respect to ITC and FRAND has been sent. | 02:52:23 |
| 22 | Q.  And at that time in March of 2013, Samsung was | 02:52:28 |
| 23 | pulling together its response to ITC questions about | 02:52:34 |
| 24 | FRAND issues; right? | 02:52:37 |
| 25 | MR. STONE:  And I'll caution the witness, you | 02:52:50 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

108

| | | |
|---|---|---|
| 1 | can answer that question if you can do so without | 02:52:52 |
| 2 | divulging the contents of attorney-client | 02:52:55 |
| 3 | communications or attorney work product. | 02:52:58 |
| 4 | THE WITNESS:  I don't know. | 02:53:05 |
| 5 | BY MR. O'NEILL: | 02:53:06 |
| 6 | Q.  The attachment -- in the attachment, it has | 02:53:08 |
| 7 | "ITC 794." | 02:53:12 |
| 8 | Do you see that? | 02:53:14 |
| 9 | A.  Yes, I can see that. | 02:53:22 |
| 10 | Q.  And Samsung's investigation against Apple and | 02:53:23 |
| 11 | the ITC is the 794 investigation; right? | 02:53:26 |
| 12 | A.  Yes.  It was by Samsung against Apple. | 02:53:39 |
| 13 | Q.  Mr. Chang sends his e-mails to a number of | 02:53:48 |
| 14 | individuals.  Some are listed in the "to" line and some | 02:53:55 |
| 15 | in the "cc" line; right? | 02:53:59 |
| 16 | A.  Yes. | 02:54:11 |
| 17 | Q.  Some of the names in the "cc" line are in | 02:54:12 |
| 18 | Korean; correct? | 02:54:23 |
| 19 | A.  Yes. | 02:54:25 |
| 20 | Q.  Do you see your name listed in the "cc" line? | 02:54:25 |
| 21 | A.  Yes, there is. | 02:54:34 |
| 22 | Q.  Where is your name located? | 02:54:35 |
| 23 | A.  It's third to the right of Kenneth Korea. | 02:54:42 |
| 24 | Q.  Do you recall receiving Exhibit 3 from | 02:54:47 |
| 25 | Mr. Chang? | 02:54:50 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

109

| | | |
|---|---|---|
| 1 | A.  No. | 02:54:59 |
| 2 | Q.  Do you have any reason to believe you did not | 02:55:00 |
| 3 | receive it? | 02:55:03 |
| 4 | A.  It is not that I don't believe I received it, | 02:55:13 |
| 5 | but that I don't recall receiving it. | 02:55:18 |
| 6 | Q.  So you believe you received it, you just don't | 02:55:22 |
| 7 | have the specific memory of receiving it; is that | 02:55:26 |
| 8 | right? | 02:55:28 |
| 9 | A.  Because my name is included in the "cc" line, | 02:55:46 |
| 10 | I would not deny that received it.  But I don't have | 02:55:48 |
| 11 | any specific recollection about receiving it. | 02:55:51 |
| 12 | Q.  Do you see Mr. Chang sent his e-mail to | 02:55:57 |
| 13 | edonovan@Kirkland.com? | 02:56:02 |
| 14 | A.  Yes, can I see that. | 02:56:14 |
| 15 | Q.  Mr. Chang sent his e-mail to | 02:56:16 |
| 16 | jselendy@Kirkland.com; correct? | 02:56:24 |
| 17 | MR. STONE:  Object.  The document speaks for | 02:56:33 |
| 18 | itself.  Lacks foundation. | 02:56:35 |
| 19 | THE WITNESS:  Yes, that's what it says in the | 02:56:43 |
| 20 | document, in the "to" line. | 02:56:44 |
| 21 | BY MR. O'NEILL: | 02:56:46 |
| 22 | Q.  Mr. Chang sent Exhibit 3 to | 02:56:46 |
| 23 | garovas@Kirkland.com, also; correct? | 02:56:54 |
| 24 | MR. STONE:  Same objections. | 02:57:11 |
| 25 | THE WITNESS:  His name is in the "cc" line | 02:57:12 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

110

| | | |
|---|---|---|
| 1 | here. | 02:57:14 |
| 2 | BY MR. O'NEILL: | 02:57:15 |
| 3 | Q.  So there are three individuals with | 02:57:15 |
| 4 | Kirkland.com e-mail addresses listed as recipients of | 02:57:18 |
| 5 | Exhibit 3; correct? | 02:57:25 |
| 6 | A.  Yes, there are three @Kirkland.coms in there. | 02:57:44 |
| 7 | Q.  Did Samsung retain Kirkland & Ellis to work on | 02:57:48 |
| 8 | its ITC cases against Apple? | 02:57:52 |
| 9 | A.  I don't know. | 02:58:08 |
| 10 | Q.  You didn't retain them; right? | 02:58:09 |
| 11 | A.  I don't know.  I don't know. | 02:58:12 |
| 12 | Q.  Do you know of any reason why attorneys from | 02:58:17 |
| 13 | Kirkland & Ellis would be copied on Exhibit 3? | 02:58:19 |
| 14 | MR. STONE:  Objection.  Lacks foundation. | 02:58:43 |
| 15 | THE INTERPRETER:  In the previous response to | 02:58:54 |
| 16 | "you didn't retain them, right," the witness's response | 02:58:56 |
| 17 | was: | 02:58:59 |
| 18 | "I don't know the relevant facts at all," was | 02:58:59 |
| 19 | the answer -- "I don't know the relevant facts itself." | 02:59:03 |
| 20 | BY MR. O'NEILL: | 02:59:13 |
| 21 | Q.  Which fact don't you know? | 02:59:14 |
| 22 | A.  I don't know where we are. | 02:59:20 |
| 23 | Because I'm not aware of whether that law firm | 02:59:41 |
| 24 | was retained or not.  As to who retained them, I don't | 02:59:44 |
| 25 | know that fact.  That's what I said. | 02:59:47 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

111

| | | |
|---|---|---|
| 1 | Q.  You don't know if anyone retained them; right? | 02:59:49 |
| 2 | A.  I was not with the IP legal team, and at that | 02:59:59 |
| 3 | time I was with the mobile communications. | 03:00:09 |
| 4 | Q.  You are not aware of anyone who retained | 03:00:18 |
| 5 | Kirkland & Ellis for Samsung's litigation against | 03:00:22 |
| 6 | Apple; correct? | 03:00:25 |
| 7 | MR. STONE:  Object that that question is asked | 03:00:37 |
| 8 | and answered several times now. | 03:00:42 |
| 9 | THE WITNESS:  I don't know whether they were | 03:00:47 |
| 10 | retained or not. | 03:00:49 |
| 11 | BY MR. O'NEILL: | 03:00:50 |
| 12 | Q.  Do you have any view as to whether Samsung had | 03:00:50 |
| 13 | an attorney-client privilege with Kirkland & Ellis for | 03:00:54 |
| 14 | purposes of its litigations against Apple? | 03:00:57 |
| 15 | MR. STONE:  Objection.  Lacks foundation. | 03:01:16 |
| 16 | Calls for speculation.  Object to the extent it calls | 03:01:18 |
| 17 | for a legal conclusion, and also note again, we are far | 03:01:20 |
| 18 | afield from why we're here. | 03:01:24 |
| 19 | MR. O'NEILL:  It's a document that's almost | 03:01:38 |
| 20 | entirely black because it's been redacted out on | 03:01:41 |
| 21 | privilege grounds.  I think I'm entitled to explore | 03:01:44 |
| 22 | whether Samsung has an attorney-client relationship | 03:01:47 |
| 23 | with the law firms listed on the document itself. | 03:01:50 |
| 24 | MR. STONE:  And you're asking it of a witness | 03:01:52 |
| 25 | who says he doesn't know. | 03:01:55 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

112

| | | |
|---|---|---|
| 1 | MR. O'NEILL:  The guy who managed litigation, | 03:01:56 |
| 2 | right. | 03:01:59 |
| 3 | MR. STONE:  Not at this time, as you know. | 03:01:59 |
| 4 | So -- | 03:01:59 |
| 5 | BY MR. O'NEILL: | 03:01:59 |
| 6 | Q.  Mr. Kim -- | 03:01:59 |
| 7 | MR. STONE:  Counsel, you should move on. | 03:02:02 |
| 8 | BY MR. O'NEILL: | 03:02:02 |
| 9 | Q.  Mr. Kim, in your view, did Samsung have an | 03:02:04 |
| 10 | attorney-client privilege with Kirkland & Ellis for any | 03:02:08 |
| 11 | of its litigations with Apple? | 03:02:12 |
| 12 | A.  I don't know whether or not. | 03:02:32 |
| 13 | MR. STONE:  Same objections. | 03:02:39 |
| 14 | BY MR. O'NEILL: | 03:02:40 |
| 15 | Q.  Mr. Kim, are you aware of a law firm called | 03:02:42 |
| 16 | Fish & Richardson? | 03:02:44 |
| 17 | A.  Yes. | 03:02:48 |
| 18 | Q.  Has Samsung retained Fish & Richardson for | 03:02:48 |
| 19 | purposes of its litigations against Apple? | 03:02:54 |
| 20 | A.  I don't know. | 03:03:09 |
| 21 | Q.  You didn't retain them; correct? | 03:03:10 |
| 22 | A.  I don't know whether they were retained or | 03:03:17 |
| 23 | not.  I don't know that fact. | 03:03:19 |
| 24 | Q.  Now, can you see that there are two | 03:03:22 |
| 25 | individuals on Kim Exhibit 3 as recipients who have an | 03:03:26 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

113

| | | |
|---|---|---|
| 1 | FR.com e-mail address?  Do you see that? | 03:03:32 |
| 2 | A.  "FR.com" is written twice, yes. | 03:03:45 |
| 3 | Q.  Do you know whether that's Fish & Richardson's | 03:03:48 |
| 4 | domain address? | 03:03:54 |
| 5 | A.  I don't know. | 03:04:02 |
| 6 | Q.  Do you know who Michael McKeon is? | 03:04:03 |
| 7 | A.  I know him to be a lawyer at Fish & | 03:04:11 |
| 8 | Richardson. | 03:04:16 |
| 9 | Q.  He's an IP litigator; right? | 03:04:16 |
| 10 | A.  That's my understanding. | 03:04:27 |
| 11 | Q.  Have you worked with Mr. McKeon on any cases? | 03:04:29 |
| 12 | A.  I know the name, but I'm not familiar with it. | 03:04:48 |
| 13 | Q.  Are you aware of whether Samsung has retained | 03:05:02 |
| 14 | Fish & Richardson for any of it is patent litigation | 03:05:06 |
| 15 | matters? | 03:05:09 |
| 16 | THE INTERPRETER:  On the previous rendition, | 03:05:37 |
| 17 | "I know the name, but I'm not familiar with him." | 03:05:39 |
| 18 | THE WITNESS:  I know we've used Fish & | 03:05:58 |
| 19 | Richardson before. | 03:06:01 |
| 20 | BY MR. O'NEILL: | 03:06:01 |
| 21 | Q.  For which matters? | 03:06:01 |
| 22 | A.  I don't remember the case name. | 03:06:05 |
| 23 | Q.  Have you used them for Samsung's -- strike | 03:06:08 |
| 24 | that. | 03:06:12 |
| 25 | Do you know whether Samsung has used Kirkland | 03:06:13 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

114

| | | |
|---|---|---|
| 1 | & Ellis for any patent litigation matters? | 03:06:17 |
| 2 | A.  We have used Kirkland & Ellis before. | 03:06:31 |
| 3 | Q.  For which matters? | 03:06:36 |
| 4 | A.  Again, I don't recall the specific case at | 03:06:42 |
| 5 | this time. | 03:06:45 |
| 6 | Q.  In Exhibit 3, the first e-mail on Page 1 lists | 03:06:55 |
| 7 | a file with a .doc extension as an attachment.  Do you | 03:07:02 |
| 8 | see that? | 03:07:09 |
| 9 | A.  Yes. | 03:07:20 |
| 10 | Q.  Do you know whether you opened that | 03:07:20 |
| 11 | attachment? | 03:07:23 |
| 12 | A.  No, I don't recall. | 03:07:28 |
| 13 | Q.  Is it your normal practice to open attachments | 03:07:31 |
| 14 | to e-mails you receive? | 03:07:35 |
| 15 | MR. STONE:  Objection.  Overbroad. | 03:07:43 |
| 16 | THE WITNESS:  Yes, normally.  But sometimes I | 03:07:56 |
| 17 | do not. | 03:08:02 |
| 18 | BY MR. O'NEILL: | 03:08:05 |
| 19 | Q.  Do you normally open attachments that you | 03:08:05 |
| 20 | receive from Mr. Chang? | 03:08:10 |
| 21 | A.  Sometimes I open, sometimes I don't. | 03:08:20 |
| 22 | Sometimes I opened and sometimes I didn't. | 03:08:28 |
| 23 | Q.  Do you have any reason to believe that you | 03:08:31 |
| 24 | didn't open the attachment to Kim Exhibit 3? | 03:08:35 |
| 25 | MR. STONE:  Objection.  Lacks foundation. | 03:08:46 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

115

| | | |
|---|---|---|
| 1 | Calls for speculation. | 03:08:47 |
| 2 | THE WITNESS:  Yes, there is. | 03:08:51 |
| 3 | BY MR. O'NEILL: | 03:08:53 |
| 4 | Q.  What is the reason? | 03:08:54 |
| 5 | A.  Because the responsibilities of Mr. Chang is | 03:09:33 |
| 6 | on the legal side, and it's not something that I'm | 03:09:37 |
| 7 | involved directly.  So I usually do not open that. | 03:09:41 |
| 8 | And secondly, since I already left the IP | 03:09:46 |
| 9 | center and I was really busy with the mobile | 03:09:50 |
| 10 | communications business, it's not something that I | 03:09:55 |
| 11 | would pay attention to. | 03:09:57 |
| 12 | And the fact that I don't even recall | 03:09:59 |
| 13 | receiving this e-mail at all, I think leads me to | 03:10:00 |
| 14 | believe that I didn't open it. | 03:10:03 |
| 15 | Q.  So now it's your testimony that you likely did | 03:10:07 |
| 16 | not open the attachment to Kim Exhibit 3? | 03:10:09 |
| 17 | MR. STONE:  Objection.  Argumentative. | 03:10:23 |
| 18 | THE WITNESS:  Yes, I think I did not open. | 03:10:27 |
| 19 | MR. O'NEILL:  Let's mark this as Exhibit 4. | 03:10:40 |
| 20 | (Kim Exhibit 4 was marked for identification.) | 03:11:08 |
| 21 | BY MR. O'NEILL: | 03:11:08 |
| 22 | Q.  Mr. Kim, the court reporter has placed before | 03:11:09 |
| 23 | you what has been marked as Kim Exhibit 4.  It is an | 03:11:11 |
| 24 | e-mail chain that has a Bates number that ends in | 03:11:14 |
| 25 | Z000066 through 72. | 03:11:21 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

116

| | | |
|---|---|---|
| 1 | Do you have that document before you? | 03:11:24 |
| 2 | A.  Yes.  I'm looking at Exhibit 4. | 03:11:34 |
| 3 | Q.  And the first e-mail on page 1 of Kim Exhibit | 03:11:38 |
| 4 | 4 is an e-mail from Edward Donovan; right? | 03:11:42 |
| 5 | A.  Yes.  It says here it is Edward Donovan. | 03:11:56 |
| 6 | Q.  His e-mail is dated March 26th, 2013; correct? | 03:12:00 |
| 7 | A.  Yes. | 03:12:13 |
| 8 | Q.  You're listed as the recipient of his e-mail; | 03:12:13 |
| 9 | correct? | 03:12:18 |
| 10 | A.  I'm sorry.  I'm still looking for it.  Please | 03:12:23 |
| 11 | give me a minute. | 03:12:27 |
| 12 | Yes, my name is there. | 03:12:36 |
| 13 | Q.  Where do you see your name listed? | 03:12:38 |
| 14 | A.  It is the line below Kenneth Korea.  It is in | 03:12:48 |
| 15 | the middle of that line. | 03:12:56 |
| 16 | Q.  Do you recall receiving Kim Exhibit 4? | 03:13:00 |
| 17 | A.  No, I do not. | 03:13:06 |
| 18 | Q.  Any reason to think you didn't receive it? | 03:13:07 |
| 19 | A.  The name is not familiar to me, and as of | 03:13:52 |
| 20 | March 26th, I was already overswamped with mobile | 03:13:56 |
| 21 | communications business, so I didn't have time to pay | 03:14:00 |
| 22 | attention to others, and it was not my responsibility | 03:14:03 |
| 23 | to -- my role to read e-mails like this, and the fact | 03:14:07 |
| 24 | that I have no recollection of receiving this e-mail. | 03:14:11 |
| 25 | Q.  Mr. Kim, my question is:  Do you have any | 03:14:15 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

117

1   reason to think that you did not receive the e-mail in      03:14:17

2   Exhibit 4?                                                  03:14:21

3       A.  Sorry.  I gave you a wrong explanation.            03:14:38

4           My name is here, and there's no reason to          03:14:41

5   think that I did not receive it.                            03:14:43

6       Q.  The attachment line in Kim Exhibit 4 from          03:14:44

7   Mr. Donovan's e-mail is partially redacted.  Do you see     03:14:51

8   that?                                                       03:14:54

9       A.  Yes.                                                03:15:11

10      Q.  The file name that's not redacted has "ITC          03:15:12

11  794" in the file name; right?                               03:15:16

12      A.  Yes.                                                03:15:28

13      Q.  It has "Resp re FRAND" in the title; right?        03:15:28

14      A.  Yes.                                                03:15:44

15          I'm sorry.  I have back surgery.  If I sit too      03:15:57

16  long, I have pain.  So if you don't mind, I'd like to       03:16:00

17  stand up for a little bit, please.                          03:16:03

18          MR. STONE:  Why don't we take a break because       03:16:04

19  we've been going for a while.  Would that be okay?          03:16:06

20          MR. O'NEILL:  Sure.                                 03:16:09

21          THE VIDEOGRAPHER:  This ends Media No. 3, and       03:16:09

22  we're off the record at 3:16 p.m.                           03:16:12

23          (A brief recess was taken.)                         03:24:19

24          THE VIDEOGRAPHER:  We're back on the record.        03:24:20

25  This begins Media No. 4, and the time now is 3:24.          03:24:25

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

118

| | | |
|---|---|---|
| 1 | Counsel. | 03:24:28 |
| 2 | BY MR. O'NEILL: | 03:24:29 |
| 3 | Q.  Mr. Kim, if you could refer back to Kim | 03:24:29 |
| 4 | Exhibit 4.  Do you have that document? | 03:24:32 |
| 5 | A.  Yes. | 03:24:36 |
| 6 | Q.  And we were talking about the file name listed | 03:24:36 |
| 7 | in the attachment to Mr. Donovan's e-mail.  Do you | 03:24:39 |
| 8 | remember that?  And the attachment file name has | 03:24:46 |
| 9 | embedded in it KE-FR comments final.doc; right? | 03:24:57 |
| 10 | A.  Yes. | 03:25:11 |
| 11 | Q.  Do you know whether Kirkland & Ellis provided | 03:25:12 |
| 12 | comments to Samsung for Samsung's FRAND filings in the | 03:25:15 |
| 13 | 794 investigation? | 03:25:19 |
| 14 | MR. STONE:  Objection.  Lacks foundation. | 03:25:35 |
| 15 | Calls for speculation. | 03:25:36 |
| 16 | THE WITNESS:  No, I don't know. | 03:25:55 |
| 17 | BY MR. O'NEILL: | 03:26:06 |
| 18 | Q.  Do you know whether Fish & Richardson provided | 03:26:06 |
| 19 | Samsung with comments for any Samsung filing in the 794 | 03:26:09 |
| 20 | investigation? | 03:26:15 |
| 21 | A.  No. | 03:26:26 |
| 22 | Q.  Do you know if Ropes & Gray has played any | 03:26:31 |
| 23 | role in Samsung's litigation with Apple? | 03:26:34 |
| 24 | MR. STONE:  And you can answer that yes or no. | 03:26:47 |
| 25 | THE WITNESS:  I don't recall. | 03:26:50 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

119

| | | |
|---|---|---|
| 1 | BY MR. O'NEILL: | 03:26:52 |
| 2 | Q.  Do you know whether Williams & Connolly has | 03:26:52 |
| 3 | played any role in Samsung's patent dispute with Apple? | 03:26:54 |
| 4 | A.  I don't recall. | 03:27:14 |
| 5 | Q.  Have you ever played any role in Samsung's | 03:27:19 |
| 6 | license negotiations with Nokia? | 03:27:24 |
| 7 | A.  No. | 03:27:36 |
| 8 | Q.  Have you ever played any role in Samsung's | 03:27:37 |
| 9 | license negotiations with Ericsson? | 03:27:41 |
| 10 | A.  Yes. | 03:27:53 |
| 11 | Q.  What role? | 03:27:55 |
| 12 | MR. STONE:  And you can describe that | 03:27:58 |
| 13 | generally without disclosing the contents of any | 03:28:00 |
| 14 | attorney-client communications or attorney work | 03:28:04 |
| 15 | product. | 03:28:08 |
| 16 | THE WITNESS:  Participated in the three | 03:28:13 |
| 17 | initial technical meetings.  I participated in the | 03:28:19 |
| 18 | three initial technical meetings. | 03:28:29 |
| 19 | BY MR. O'NEILL: | 03:28:30 |
| 20 | Q.  Were those technical meetings with Ericsson | 03:28:30 |
| 21 | personnel? | 03:28:34 |
| 22 | A.  Yes. | 03:28:40 |
| 23 | Q.  Did you help formulate the strategy that | 03:28:40 |
| 24 | Samsung used at those three meetings? | 03:28:45 |
| 25 | MR. STONE:  And you can answer that question | 03:28:53 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

120

1    if you can do so without divulging attorney-client          03:28:55

2    communications or attorney work product.                    03:28:58

3          THE WITNESS:  Yes.                                     03:29:07

4    BY MR. O'NEILL:                                              03:29:15

5          Q.  When did those three meetings take place?         03:29:15

6          A.  I believe it was in 2010.                         03:29:19

7          Q.  Have you had any role in Samsung's license        03:29:28

8    negotiations with Ericsson since 2010?                      03:29:32

9          A.  My role changed after that.                       03:29:44

10         Q.  How did your role change?                         03:29:52

11         A.  Until then, I was in charge of the part that      03:30:05

12   dealt with the technical evaluation or analysis, but        03:30:09

13   after, that I moved to licensing team.                      03:30:13

14         When I was with the technical evaluation team,        03:30:29

15   Ericsson was part of my -- Ericsson's patents were part     03:30:32

16   of my evaluation, my responsibilities, but after moving     03:30:37

17   to the licensing team, Ericsson was not part of my          03:30:40

18   responsibilities.                                           03:30:44

19         Q.  So since 2010, you haven't played any role in     03:30:44

20   Samsung's negotiations with Ericsson; correct?             03:30:49

21         A.  Yes, I have not participated.                     03:30:57

22         Q.  Did you have any role in helping Samsung          03:31:04

23   prepare for its June 4, 2013 negotiation meeting with       03:31:08

24   Nokia?                                                      03:31:13

25         A.  No.                                               03:31:27

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

121

| | | |
|---|---|---|
| 1 | Q.  If you didn't have any role in Samsung's | 03:31:44 |
| 2 | negotiations with Nokia, why were you looking at | 03:31:48 |
| 3 | Nokia's license with Apple on the internet? | 03:31:53 |
| 4 | MR. STONE:  I'll also caution the witness that | 03:32:11 |
| 5 | you can answer the question provided that in so doing | 03:32:13 |
| 6 | you don't divulge the contents of any communication | 03:32:15 |
| 7 | with counsel or any attorney work product. | 03:32:18 |
| 8 | THE WITNESS:  I think it was because Apple was | 03:32:30 |
| 9 | part of my responsibilities. | 03:32:35 |
| 10 | BY MR. O'NEILL: | 03:32:49 |
| 11 | Q.  Tell me everything you know about the terms of | 03:32:50 |
| 12 | Apple's patent license agreement with Ericsson. | 03:32:54 |
| 13 | MR. STONE:  And so Ericsson is not here.  No | 03:33:06 |
| 14 | doubt that's subject to some NDA.  That's one issue. | 03:33:13 |
| 15 | The other would be, anything he knows, based | 03:33:17 |
| 16 | on his testimony, is subject to attorney-client | 03:33:19 |
| 17 | communication and attorney work product, and so on that | 03:33:21 |
| 18 | basis and his previous testimony that he didn't recall | 03:33:25 |
| 19 | anything, I'm also instructing him not to answer. | 03:33:28 |
| 20 | MR. O'NEILL:  Just so I understand, your first | 03:33:33 |
| 21 | objection is Ericsson confidential information? | 03:33:36 |
| 22 | MR. STONE:  That's one objection. | 03:33:40 |
| 23 | MR. O'NEILL:  Counsel, would you be willing to | 03:33:42 |
| 24 | treat this transcript as attorneys' eyes only? | 03:33:44 |
| 25 | MR. STONE:  Ericsson is not here. | 03:33:47 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

122

| | | |
|---|---|---|
| 1 | MR. MILLER:  Absolutely. | 03:33:49 |
| 2 | MR. STONE:  You're asking about Ericsson. | 03:33:50 |
| 3 | MR. O'NEILL:  I am. | 03:33:51 |
| 4 | MR. STONE:  Yeah.  Ericsson is not here. | 03:33:53 |
| 5 | MR. O'NEILL:  We have a protective order, and | 03:33:55 |
| 6 | Judge Grewal has allowed Nokia -- | 03:33:59 |
| 7 | MR. STONE:  That's one issue. | 03:34:02 |
| 8 | MR. O'NEILL:  That doesn't resolve our | 03:34:03 |
| 9 | objection? | 03:34:03 |
| 10 | MR. STONE:  That's one objection.  And then | 03:34:03 |
| 11 | the other, based on his testimony, is attorney-client | 03:34:03 |
| 12 | communication and attorney work product, and on that | 03:34:06 |
| 13 | basis I would instruct him not to answer. | 03:34:09 |
| 14 | BY MR. O'NEILL: | 03:34:19 |
| 15 | Q.  Will you accept your lawyer's instruction? | 03:34:19 |
| 16 | A.  Yes, I'll follow my lawyer's instruction. | 03:34:27 |
| 17 | Q.  Tell me everything that you know about the | 03:34:29 |
| 18 | terms of Apple's patent license agreement with Nokia. | 03:34:34 |
| 19 | A.  That the amount was for several hundred | 03:34:53 |
| 20 | million either dollars or Euros and a certain level of | 03:35:23 |
| 21 | running royalty that I recall is what I read, based on | 03:35:30 |
| 22 | my testimony earlier, from the search I did on the | 03:35:33 |
| 23 | internet. | 03:35:37 |
| 24 | Q.  Any other terms? | 03:35:38 |
| 25 | A.  I don't know. | 03:35:43 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

123

| | | |
|---|---|---|
| 1 | Q. The press sometimes speculates about the | 03:36:08 |
| 2 | details of Samsung's confidential licenses; correct? | 03:36:15 |
| 3 | A. I don't recall. | 03:36:34 |
| 4 | Q. You don't remember a single instance in which | 03:36:35 |
| 5 | the press reported the terms of a Samsung confidential | 03:36:39 |
| 6 | license? | 03:36:51 |
| 7 | A. Right, I don't recall. | 03:37:06 |
| 8 | Q. Samsung views its patent portfolio as | 03:37:16 |
| 9 | comparable to Nokia's portfolio; correct? | 03:37:20 |
| 10 | MR. STONE: I'll caution the witness, if you | 03:37:34 |
| 11 | can answer that question without divulging the contents | 03:37:35 |
| 12 | of communication with counsel or attorney work product, | 03:37:39 |
| 13 | then you can answer it; otherwise, I'm instructing you | 03:37:42 |
| 14 | not to answer. | 03:37:45 |
| 15 | THE WITNESS: I'm not in the position to | 03:37:55 |
| 16 | compare the portfolio of Samsung and that of Nokia. | 03:38:04 |
| 17 | BY MR. O'NEILL: | 03:38:22 |
| 18 | Q. Who would be, at Samsung? | 03:38:22 |
| 19 | MR. STONE: Objection. Lacks foundation. | 03:38:27 |
| 20 | THE WITNESS: I think the lawyers who are | 03:38:39 |
| 21 | responsible for analyzing or valuing the patents. | 03:38:44 |
| 22 | BY MR. O'NEILL: | 03:38:50 |
| 23 | Q. The lawyers in which group? | 03:38:51 |
| 24 | A. Technical evaluation team. | 03:38:55 |
| 25 | Q. So if Samsung wrote in a brief that Samsung's | 03:39:04 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

124

| | | |
|---|---|---|
| 1 | patent portfolio is comparable to Nokia's portfolio, | 03:39:08 |
| 2 | you have no opinion whether that is a true or false | 03:39:13 |
| 3 | statement; is that correct? | 03:39:17 |
| 4 | MR. STONE:  Objection.  Lacks foundation. | 03:39:32 |
| 5 | Calls for speculation. | 03:39:33 |
| 6 | THE WITNESS:  Right.  I don't have a personal | 03:39:41 |
| 7 | opinion. | 03:39:43 |
| 8 | BY MR. O'NEILL: | 03:39:44 |
| 9 | Q.  Isn't it true that Samsung viewed the | 03:39:44 |
| 10 | Apple-Nokia license as indicating the amount that | 03:39:49 |
| 11 | Samsung believed that Apple should pay Samsung for a | 03:39:53 |
| 12 | license? | 03:39:58 |
| 13 | MR. STONE:  I'll object.  The question lacks | 03:40:17 |
| 14 | foundation.  Calls for speculation. | 03:40:19 |
| 15 | And caution the witness not to divulge the | 03:40:21 |
| 16 | contents of any attorney-client communications or work | 03:40:24 |
| 17 | product in responding to the question. | 03:40:28 |
| 18 | THE WITNESS:  Can you repeat the question, | 03:40:43 |
| 19 | please? | 03:40:45 |
| 20 | BY MR. O'NEILL: | 03:40:45 |
| 21 | Q.  Sure.  Isn't it true that Samsung viewed the | 03:40:46 |
| 22 | Apple-Nokia license as indicating the amount that | 03:40:48 |
| 23 | Samsung believed that Apple should pay Samsung for a | 03:40:52 |
| 24 | patent license? | 03:40:55 |
| 25 | MR. STONE:  Lacks foundation.  Calls for | 03:41:13 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

125

| | | |
|---|---|---|
| 1 | speculation. | 03:41:15 |
| 2 | And same cautions about attorney-client or | 03:41:15 |
| 3 | attorney work product information. | 03:41:17 |
| 4 | THE WITNESS:  I'm not sure how to phrase it, | 03:41:40 |
| 5 | and in answering that question, I might divulge | 03:41:42 |
| 6 | attorney-client privilege, so I choose not to answer | 03:41:46 |
| 7 | that question. | 03:41:49 |
| 8 | BY MR. O'NEILL: | 03:41:50 |
| 9 | Q.  Mr. Kim, isn't that why you were looking for | 03:41:50 |
| 10 | the terms of the Apple-Nokia license on the internet? | 03:41:53 |
| 11 | MR. STONE:  I'll object.  The question is | 03:42:03 |
| 12 | asked and answered. | 03:42:05 |
| 13 | And same caution to the witness. | 03:42:08 |
| 14 | THE WITNESS:  I don't remember whether it was | 03:42:22 |
| 15 | on my own or it was after having a discussion with | 03:42:24 |
| 16 | somebody else. | 03:42:27 |
| 17 | BY MR. O'NEILL: | 03:42:37 |
| 18 | Q.  Mr. Kim, did I ask you whether you looked on | 03:42:37 |
| 19 | your own or were having a discussion with somebody | 03:42:41 |
| 20 | else? | 03:42:44 |
| 21 | MR. STONE:  Objection.  Argumentative. | 03:42:51 |
| 22 | THE WITNESS:  That's what I heard your | 03:42:57 |
| 23 | question to be. | 03:43:00 |
| 24 | BY MR. O'NEILL: | 03:43:00 |
| 25 | Q.  Isn't it true that you were trying to | 03:43:01 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

126

| | | |
|---|---|---|
| 1 | determine the terms of the Nokia-Apple license because | 03:43:02 |
| 2 | you viewed that license as indicating the amount that | 03:43:08 |
| 3 | Samsung believed Apple should pay Samsung for a | 03:43:12 |
| 4 | license? | 03:43:16 |
| 5 | MR. STONE:  I'll object.  Lacks foundation. | 03:43:34 |
| 6 | Calls for speculation.  And object to the extent it | 03:43:37 |
| 7 | calls for privileged information. | 03:43:39 |
| 8 | THE WITNESS:  I don't recall why I was looking | 03:43:52 |
| 9 | for that information. | 03:43:57 |
| 10 | BY MR. O'NEILL: | 03:44:07 |
| 11 | Q.  In your view, does the Apple-Nokia license | 03:44:08 |
| 12 | indicate the amount that Samsung believes -- strike | 03:44:11 |
| 13 | that. | 03:44:15 |
| 14 | In your view, does the Apple-Nokia license | 03:44:16 |
| 15 | indicate the amount that Apple should pay Samsung for a | 03:44:19 |
| 16 | patent license? | 03:44:22 |
| 17 | MR. STONE:  Objection.  Lacks foundation. | 03:44:36 |
| 18 | Calls for speculation. | 03:44:38 |
| 19 | THE WITNESS:  I don't know. | 03:44:46 |
| 20 | BY MR. O'NEILL: | 03:44:49 |
| 21 | Q.  In your view, are the terms of the Apple-Nokia | 03:44:49 |
| 22 | license relevant to what Apple should pay Samsung for a | 03:44:52 |
| 23 | patent license? | 03:44:57 |
| 24 | MR. STONE:  Same objections. | 03:45:11 |
| 25 | A.  I'm not sure. | 03:45:15 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

127

| | | |
|---|---|---|
| 1 | Q.  You can't tell me if it's even relevant; | 03:45:16 |
| 2 | right? | 03:45:18 |
| 3 | MR. STONE:  Same objections, and | 03:45:23 |
| 4 | argumentative. | 03:45:25 |
| 5 | THE WITNESS:  Yes.  I'm not sure. | 03:45:29 |
| 6 | BY MR. O'NEILL: | 03:45:30 |
| 7 | Q.  And you can't tell me why you were looking for | 03:45:30 |
| 8 | the terms of the Apple-Nokia license; right? | 03:45:33 |
| 9 | MR. STONE:  Same objections, and asked and | 03:45:43 |
| 10 | answered. | 03:45:44 |
| 11 | THE WITNESS:  Right. | 03:45:52 |
| 12 | BY MR. O'NEILL: | 03:45:56 |
| 13 | Q.  Are you familiar with someone named | 03:45:56 |
| 14 | David Teece? | 03:45:59 |
| 15 | A.  I'm not sure about David, but I remember the | 03:46:05 |
| 16 | name Teece. | 03:46:09 |
| 17 | Q.  He was somebody that Samsung hired as an | 03:46:10 |
| 18 | expert in its cases against Apple; right? | 03:46:14 |
| 19 | A.  Is the question whether Samsung hired him or | 03:46:34 |
| 20 | whether Apple hired him? | 03:46:38 |
| 21 | MR. STONE:  I think it might be a translation | 03:46:42 |
| 22 | issue. | 03:46:44 |
| 23 | Maybe you can just ask the question again, | 03:46:45 |
| 24 | Counsel. | 03:46:47 |
| 25 | MR. O'NEILL:  Sure. | 03:46:48 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

128

| | | |
|---|---|---|
| 1 | BY MR. O'NEILL: | 03:46:48 |
| 2 | Q.  What is your understanding of Mr. Teece's | 03:46:49 |
| 3 | involvement in the Apple-Samsung litigations? | 03:46:52 |
| 4 | A.  What I know is that an expert named Teece | 03:47:07 |
| 5 | generated a report or prepared a report. | 03:47:12 |
| 6 | Q.  And it was a report on behalf of Samsung; | 03:47:14 |
| 7 | correct? | 03:47:17 |
| 8 | A.  That's my understanding. | 03:47:25 |
| 9 | Q.  His report was on licensing issues; is that | 03:47:26 |
| 10 | correct? | 03:47:30 |
| 11 | MR. STONE:  Objection to the extent it lacks | 03:47:35 |
| 12 | foundation.  Calls for speculation. | 03:47:37 |
| 13 | THE WITNESS:  I don't recall exactly, but I | 03:47:43 |
| 14 | think so. | 03:47:45 |
| 15 | BY MR. O'NEILL: | 03:47:45 |
| 16 | Q.  Have you ever met Mr. Teece? | 03:47:46 |
| 17 | A.  No, I have not. | 03:47:51 |
| 18 | Q.  Did you review any drafts of Mr. Teece's | 03:47:53 |
| 19 | expert report? | 03:47:57 |
| 20 | A.  I don't think so. | 03:48:09 |
| 21 | Q.  Did you ever receive any drafts of Mr. Teece's | 03:48:10 |
| 22 | expert report? | 03:48:12 |
| 23 | A.  I think I would have received it. | 03:48:20 |
| 24 | Q.  Many times; right? | 03:48:22 |
| 25 | A.  That, I'm not sure. | 03:48:27 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

129

| | | |
|---|---|---|
| 1 | Q.  Did you ever review Mr. Teece's final expert | 03:48:29 |
| 2 | report? | 03:48:33 |
| 3 | A.  No. | 03:48:43 |
| 4 | Q.  Not in any form, even redacted? | 03:48:43 |
| 5 | A.  Right.  That's my recollection. | 03:48:51 |
| 6 | Q.  Did you ever receive a copy of Mr. Teece's | 03:48:55 |
| 7 | final expert report in any form? | 03:49:04 |
| 8 | A.  I don't recall if I received it. | 03:49:20 |
| 9 | MR. O'NEILL:  Why don't we mark this as | 03:49:37 |
| 10 | Exhibit 5. | 03:49:40 |
| 11 | (Kim Exhibit 5 was marked for identification.) | 03:50:00 |
| 12 | BY MR. O'NEILL: | 03:50:00 |
| 13 | Q.  Mr. Kim, the court reporter has placed in | 03:50:01 |
| 14 | front of you what has been marked as Kim Exhibit 5.  It | 03:50:03 |
| 15 | is a two-page e-mail.  Lists Alex Baxter at the top, | 03:50:06 |
| 16 | and the top e-mail is dated March 24th, 2012. | 03:50:11 |
| 17 | Do you have that document before you? | 03:50:16 |
| 18 | A.  Yes, I'm looking at it. | 03:50:21 |
| 19 | Q.  Have you seen Exhibit 5 before? | 03:50:25 |
| 20 | A.  I do not recall. | 03:50:31 |
| 21 | Q.  Do you know who Mr. Briggs is? | 03:50:37 |
| 22 | A.  I'm not sure. | 03:50:41 |
| 23 | Q.  Do you know whether he's a lawyer at | 03:50:46 |
| 24 | Quinn Emanuel? | 03:50:52 |
| 25 | A.  I'm not sure. | 03:50:53 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

130

| | | |
|---|---|---|
| 1 | Q.  Do you recall ever receiving instructions from | 03:51:53 |
| 2 | Quinn Emanuel as to how to access documents on an FTP | 03:51:59 |
| 3 | site? | 03:52:04 |
| 4 | A.  Yes. | 03:52:15 |
| 5 | Q.  Do you recall ever receiving instructions from | 03:52:16 |
| 6 | Quinn Emanuel -- strike that. | 03:52:21 |
| 7 | Did you ever access documents on that FTP | 03:52:25 |
| 8 | site? | 03:52:33 |
| 9 | A.  Yes. | 03:52:40 |
| 10 | Q.  What types of documents? | 03:52:41 |
| 11 | A.  I think they were the briefs. | 03:52:51 |
| 12 | Q.  Did you ever access any expert reports on the | 03:52:53 |
| 13 | FTP site? | 03:52:56 |
| 14 | A.  I don't recall. | 03:53:04 |
| 15 | Q.  Do you know of anyone who downloaded a copy of | 03:53:04 |
| 16 | Mr. Teece's expert report from the FTP site? | 03:53:08 |
| 17 | A.  I do not know. | 03:53:21 |
| 18 | Q.  Have you ever reviewed the portion of | 03:53:35 |
| 19 | Mr. Teece's report that discusses the terms of the | 03:53:40 |
| 20 | Apple-Nokia license? | 03:53:44 |
| 21 | A.  No, I have not. | 03:53:58 |
| 22 | Q.  Have you ever seen any documents generated by | 03:53:59 |
| 23 | anyone at Samsung that discusses the terms of the | 03:54:04 |
| 24 | Apple-Nokia license? | 03:54:08 |
| 25 | A.  Yes. | 03:54:26 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

131

| | | |
|---|---|---|
| 1 | Q.  What documents? | 03:54:26 |
| 2 | MR. STONE:  I'll caution the witness not to | 03:54:40 |
| 3 | disclose the contents of communications with counsel or | 03:54:42 |
| 4 | attorney work product in responding to this question. | 03:54:44 |
| 5 | THE WITNESS:  I'd like some time to discuss | 03:55:10 |
| 6 | with my counsel whether what I know is covered by the | 03:55:12 |
| 7 | attorney-client privilege. | 03:55:15 |
| 8 | MR. O'NEILL:  Okay. | 03:55:17 |
| 9 | MR. STONE:  Thanks. | 03:55:18 |
| 10 | THE VIDEOGRAPHER:  The time is 3:55, and we're | 03:55:19 |
| 11 | off the record. | 03:55:21 |
| 12 | (A brief recess was taken.) | 03:56:02 |
| 13 | THE VIDEOGRAPHER:  We are back on the record, | 04:11:01 |
| 14 | and the time now is 4:11. | 04:11:05 |
| 15 | Counsel. | 04:11:07 |
| 16 | MR. STONE:  I'm instructing the witness not to | 04:11:08 |
| 17 | answer on the grounds that the question seeks to invade | 04:11:11 |
| 18 | the attorney-client privilege or attorney work product. | 04:11:12 |
| 19 | MR. O'NEILL:  He's already answered he has | 04:11:17 |
| 20 | seen documents, and you're not letting him tell me what | 04:11:19 |
| 21 | types of documents he saw? | 04:11:22 |
| 22 | MR. STONE:  Yeah.  Just it's going to get into | 04:11:24 |
| 23 | attorney-client communications or attorney work | 04:11:26 |
| 24 | product. | 04:11:29 |
| 25 | MR. O'NEILL:  The types of documents? | 04:11:29 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

132

| | | |
|---|---|---|
| 1 | MR. STONE:  Uh-huh. | 04:11:31 |
| 2 | MR. O'NEILL:  That's attorney-client | 04:11:32 |
| 3 | privileged? | 04:11:34 |
| 4 | MR. STONE:  I believe so, in the way you | 04:11:34 |
| 5 | phrased the questions, yes.  So if you want to ask | 04:11:35 |
| 6 | another question, I'll see if I'm going to object to | 04:11:38 |
| 7 | that as well.  But I'm instructing him with respect to | 04:11:40 |
| 8 | that question. | 04:11:44 |
| 9 | BY MR. O'NEILL: | 04:11:54 |
| 10 | Q.  Are you following your lawyer's instruction, | 04:11:55 |
| 11 | Mr. Kim? | 04:11:57 |
| 12 | A.  Yes, I will follow. | 04:12:01 |
| 13 | Q.  Who generated the documents that you saw | 04:12:10 |
| 14 | discussing the terms of the Apple-Nokia license? | 04:12:13 |
| 15 | MR. STONE:  I don't believe he said | 04:12:17 |
| 16 | "documents," but you can ask the question. | 04:12:19 |
| 17 | THE WITNESS:  I don't know who generated. | 04:12:44 |
| 18 | BY MR. O'NEILL: | 04:12:49 |
| 19 | Q.  How many documents were there? | 04:12:49 |
| 20 | A.  One. | 04:12:54 |
| 21 | Q.  Was it an e-mail? | 04:12:55 |
| 22 | A.  No. | 04:13:01 |
| 23 | Q.  Was it a brief? | 04:13:04 |
| 24 | A.  No. | 04:13:09 |
| 25 | Q.  Was it an expert report? | 04:13:10 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

133

| | | |
|---|---|---|
| 1 | A.  No. | 04:13:17 |
| 2 | Q.  What type of document was it? | 04:13:18 |
| 3 | MR. STONE:  And if you can answer that without | 04:13:24 |
| 4 | divulging any communications with counsel, if there is | 04:13:26 |
| 5 | just a word to describe the type of document without | 04:13:29 |
| 6 | describing communications with counsel or attorney work | 04:13:32 |
| 7 | product, then you can answer the question. | 04:13:35 |
| 8 | THE WITNESS:  It was a document that was | 04:14:00 |
| 9 | written that didn't belong to any other things that you | 04:14:02 |
| 10 | mentioned. | 04:14:05 |
| 11 | BY MR. O'NEILL: | 04:14:05 |
| 12 | Q.  How would you describe it? | 04:14:06 |
| 13 | MR. STONE:  Same caution. | 04:14:09 |
| 14 | THE WITNESS:  It was written within a | 04:14:22 |
| 15 | document. | 04:14:26 |
| 16 | BY MR. O'NEILL: | 04:14:29 |
| 17 | Q.  Written within what type of document? | 04:14:30 |
| 18 | A.  When you say "what type of document"? | 04:14:41 |
| 19 | MR. O'NEILL:  What's the problem, Counsel? | 04:15:06 |
| 20 | MR. STONE:  Are you referring to the overall | 04:15:07 |
| 21 | document or the portion in which he saw this? | 04:15:12 |
| 22 | MR. O'NEILL:  I'm looking for a description of | 04:15:15 |
| 23 | what type of document we're talking about. | 04:15:17 |
| 24 | MR. STONE:  So if you could just describe that | 04:15:20 |
| 25 | without describing its purpose or any communications | 04:15:23 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

134

| | | |
|---|---|---|
| 1 | with counsel or attorney work product, then you can | 04:15:26 |
| 2 | answer the question. | 04:15:28 |
| 3 | THE WITNESS:  It was shortly after, right | 04:16:00 |
| 4 | after the settlement between Apple and Nokia. | 04:16:01 |
| 5 | BY MR. O'NEILL: | 04:16:16 |
| 6 | Q.  Okay.  What type of document was it? | 04:16:16 |
| 7 | MR. STONE:  Same cautions to the witness. | 04:16:19 |
| 8 | And I'm concerned about what his confusion is. | 04:16:36 |
| 9 | So could I just have a minute to take a break? | 04:16:38 |
| 10 | MR. O'NEILL:  I think we just took a 15-minute | 04:16:40 |
| 11 | break in the middle of a privilege objection. | 04:16:43 |
| 12 | MR. STONE:  And I understand. | 04:16:46 |
| 13 | MR. O'NEILL:  On this same topic. | 04:16:46 |
| 14 | MR. STONE:  As you know, we have to be careful | 04:16:49 |
| 15 | about privilege in this case.  So let's take a quick | 04:16:51 |
| 16 | break.  Off the record. | 04:16:53 |
| 17 | MR. O'NEILL:  Okay. | 04:16:54 |
| 18 | THE VIDEOGRAPHER:  The time now is 4:16, and | 04:16:55 |
| 19 | we're off the record. | 04:16:57 |
| 20 | (A brief recess was taken.) | 04:17:00 |
| 21 | THE VIDEOGRAPHER:  We're back on the record, | 04:19:17 |
| 22 | and the time now is 4:19. | 04:19:21 |
| 23 | Counsel. | 04:19:23 |
| 24 | BY MR. O'NEILL: | 04:19:23 |
| 25 | Q.  Mr. Kim, I asked you, have you ever seen any | 04:19:57 |

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

135

| | | |
|---|---|---|
| 1 | documents generated by anyone at Samsung that discusses | 04:19:59 |
| 2 | the terms of the Apple-Nokia license.  You'd answered | 04:20:02 |
| 3 | yes.  What type of document or documents did you see? | 04:20:07 |
| 4 | MR. STONE:  And without describing its | 04:20:28 |
| 5 | contents, just describe what the document was. | 04:20:31 |
| 6 | THE WITNESS:  It was a memo. | 04:20:40 |
| 7 | BY MR. O'NEILL: | 04:20:48 |
| 8 | Q.  I believe you testified you didn't know or you | 04:20:49 |
| 9 | don't remember who the memo came from.  Is that right? | 04:20:51 |
| 10 | A.  Yes. | 04:20:57 |
| 11 | Q.  Did the memo include any legal analysis? | 04:20:58 |
| 12 | MR. STONE:  And you can answer that yes or no. | 04:21:06 |
| 13 | THE WITNESS: (In English) I don't know. | 04:21:12 |
| 14 | (Through interpreter) I don't know. | 04:21:25 |
| 15 | BY MR. O'NEILL: | 04:21:26 |
| 16 | Q.  What did the memo say about the terms of the | 04:21:26 |
| 17 | Apple-Nokia settlement? | 04:21:29 |
| 18 | MR. STONE:  I'll instruct the witness not to | 04:21:30 |
| 19 | answer. | 04:21:33 |
| 20 | MR. O'NEILL:  On what grounds? | 04:21:41 |
| 21 | MR. STONE:  Attorney-client and attorney work | 04:21:42 |
| 22 | product. | 04:21:45 |
| 23 | I'll instruct you not to answer. | 04:21:54 |
| 24 | THE WITNESS:  I'll follow my counsel's | 04:21:55 |
| 25 | instruction. | 04:21:57 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

136

1   BY MR. O'NEILL:                                          04:21:59

2       Q.  Just so I'm clear, Mr. Kim, is that the only    04:22:00

3   document that you've ever seen generated by someone at  04:22:02

4   Samsung discussing the terms of the Apple-Nokia         04:22:07

5   license?                                                04:22:09

6       A.  Yes.  Yes.                                       04:22:24

7       Q.  Did you use any of the information discussing    04:22:36

8   the terms of the Apple-Nokia license in connection with 04:22:39

9   your work on the cases against Apple?                   04:22:42

10      A.  No.                                              04:23:00

11      Q.  Do you know if anyone did?                       04:23:01

12      A.  No, I don't.                                      04:23:06

13      Q.  Mr. Kim, if I could have you refer back to Kim   04:23:08

14  Exhibit 5.  Do you know that document?                  04:23:11

15      A.  Yes.                                             04:23:36

16      Q.  You're listed as a recipient of Mr. Briggs'     04:23:37

17  March 24th, 2012 e-mail; correct?                       04:23:43

18      A.  Yes.  I see my name.                             04:24:01

19      Q.  Any reason to think you didn't receive a copy   04:24:04

20  of it?                                                  04:24:07

21      A.  No.                                              04:24:14

22      Q.  I'll represent to you that Quinn Emanuel has    04:24:18

23  told us that Mr. Briggs' e-mail included instructions   04:24:23

24  to access an FTP site where the completely redacted     04:24:33

25  report from Mr. Teece was placed.  Do you -- did you    04:24:38

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

137

| | | |
|---|---|---|
| 1 | ever access the FTP site to view Mr. Teece's report? | 04:24:45 |
| 2 | A.  I don't think so. | 04:25:32 |
| 3 | Q.  As of March 24th, 2012, you were managing | 04:25:34 |
| 4 | Samsung's ITC case against Apple; correct? | 04:25:43 |
| 5 | MR. STONE:  Objection.  Asked and answered. | 04:25:58 |
| 6 | THE WITNESS:  As I said before, the overall | 04:26:05 |
| 7 | cases, I was the coordinator. | 04:26:12 |
| 8 | BY MR. O'NEILL: | 04:26:19 |
| 9 | Q.  You understand that the version of Mr. Teece's | 04:26:20 |
| 10 | report that was posted to the FTP site included | 04:26:25 |
| 11 | confidential terms from the Apple-Nokia license; right? | 04:26:30 |
| 12 | A.  No. | 04:26:55 |
| 13 | Q.  You were not aware of that? | 04:26:55 |
| 14 | A.  Until when, are you referring to? | 04:27:02 |
| 15 | Q.  As you sit here today, do you have that | 04:27:04 |
| 16 | understanding? | 04:27:06 |
| 17 | MR. STONE:  Caution the witness not to | 04:27:12 |
| 18 | disclose the contents of attorney-client communications | 04:27:13 |
| 19 | or attorney work product in answering the question. | 04:27:18 |
| 20 | THE WITNESS:  I know it to be with respect to | 04:27:29 |
| 21 | the Apple-Nokia agreement, but I don't know the | 04:27:32 |
| 22 | details. | 04:27:36 |
| 23 | BY MR. O'NEILL: | 04:27:39 |
| 24 | Q.  You know the document contained | 04:27:39 |
| 25 | confidential -- strike that. | 04:27:42 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

138

1    You know the version of Mr. Teece's report on          04:27:42

2    the FTP site contained confidential terms from the     04:27:47

3    Apple-Nokia license; right?                            04:27:55

4         MR. STONE:  Objection.  Lacks foundation,         04:27:57

5    calls for speculation, and asked and answered.         04:27:59

6         THE WITNESS:  I don't know.                        04:28:29

7    BY MR. O'NEILL:                                        04:28:32

8    Q.  No one has told you that?                          04:28:32

9    A.  Can you repeat the question, please?               04:28:38

10   Q.  Sure.  As you sit here today, are you aware        04:28:40

11   that the version of Mr. Teece's report that Mr. Briggs 04:28:44

12   put on the FTP site contained confidential terms from  04:28:50

13   the Apple-Nokia license?                               04:28:56

14        MR. STONE:  And I'll object to the question as     04:29:19

15   asked and answered, calls for speculation, and caution 04:29:20

16   the witness not to divulge the contents of any         04:29:23

17   attorney-client communications or work product in      04:29:29

18   response to the question.                              04:29:33

19        THE WITNESS:  Yes, as you just told me that it    04:29:48

20   was included in this e-mail, I didn't know, and that I 04:29:50

21   didn't know anything about that, either.               04:29:52

22   BY MR. O'NEILL:                                        04:29:52

23   Q.  So before I told you, you didn't know; right?      04:29:54

24   A.  I didn't know about this e-mail, that's            04:30:01

25   correct.                                               04:30:05

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

139

| | | |
|---|---|---|
| 1 | Q.  Did you know about the version of the report | 04:30:05 |
| 2 | that was posted on the FTP site? | 04:30:10 |
| 3 | MR. STONE:  Same objections. | 04:30:16 |
| 4 | THE WITNESS:  I don't know. | 04:30:20 |
| 5 | BY MR. O'NEILL: | 04:30:27 |
| 6 | Q.  Do you know if anyone listed as a recipient on | 04:30:28 |
| 7 | Exhibit 5 told Mr. Briggs they were not entitled to | 04:30:31 |
| 8 | receive the confidential information contained in | 04:30:38 |
| 9 | Mr. Teece's report for the Apple-Nokia license? | 04:30:41 |
| 10 | A.  I don't know. | 04:31:07 |
| 11 | MR. O'NEILL:  We can mark this as Exhibit 6. | 04:31:12 |
| 12 | MR. STONE:  Thank you. | 04:31:26 |
| 13 | (Kim Exhibit 6 was marked for identification.) | 04:31:36 |
| 14 | BY MR. O'NEILL: | 04:31:36 |
| 15 | Q.  Mr. Kim, the court reporter has placed before | 04:31:36 |
| 16 | you what has been marked as Kim Exhibit 6.  It is a | 04:31:38 |
| 17 | six-page e-mail string, and on the top of the first | 04:31:48 |
| 18 | page it says "Baxter" at the top, and the first e-mail | 04:31:51 |
| 19 | is Thomas Pease as the sender, April 5th, 2012. | 04:31:55 |
| 20 | Do you have Exhibit 6 before you? | 04:31:58 |
| 21 | A.  Yes. | 04:32:03 |
| 22 | Q.  Exhibit 6 is an e-mail that Mr. Pease sent to | 04:32:03 |
| 23 | you and many others on April 5th, 2012; correct? | 04:32:09 |
| 24 | A.  I don't know. | 04:32:24 |
| 25 | Q.  I think the printout version that we have has | 04:32:30 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

140

| | | |
|---|---|---|
| 1 | question marks where some other Korean names, I think, | 04:32:35 |
| 2 | are listed.  Let me ask you a different question. | 04:32:41 |
| 3 | Quinn Emanuel -- I'll represent to you that | 04:32:44 |
| 4 | Quinn Emanuel has told us that Exhibit 6 is an e-mail | 04:32:48 |
| 5 | that included you as a recipient.  Do you have any | 04:32:53 |
| 6 | reason to believe that is not true? | 04:32:56 |
| 7 | A.  If Quinn Emanuel told you so, I don't think | 04:33:44 |
| 8 | there is any reason for me to say that I didn't. | 04:33:48 |
| 9 | Q.  Do you know who Thomas Pease is? | 04:33:51 |
| 10 | A.  It is a name of a lawyer at Quinn Emanuel. | 04:33:57 |
| 11 | Q.  Have you met Mr. Pease before? | 04:34:01 |
| 12 | A.  Yes. | 04:34:07 |
| 13 | Q.  And he's worked extensively on Samsung's | 04:34:07 |
| 14 | litigations with Apple; correct? | 04:34:12 |
| 15 | A.  That's correct.  He's one of the lawyers | 04:34:23 |
| 16 | involved in the Samsung-Apple cases. | 04:34:25 |
| 17 | Q.  I'll also represent to you that Quinn Emanuel | 04:34:28 |
| 18 | has told us that Exhibit 6 attached a version of | 04:34:33 |
| 19 | Mr. Teece's report that included confidential | 04:34:43 |
| 20 | information from Apple's licenses.  Do you have any | 04:34:46 |
| 21 | reason to disagree with that representation? | 04:34:48 |
| 22 | A.  There is no reason for me to object to what | 04:35:19 |
| 23 | Quinn Emanuel told you. | 04:35:26 |
| 24 | Q.  And do you see in the attachment line from | 04:35:27 |
| 25 | Mr. Pease's e-mail it says: | 04:35:30 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

141

1    "Redacted expert report of David J. Teece          04:35:32

2     Samsung v. Apple reduce.pdf"?                      04:35:37

3    A.  Yes.                                            04:35:56

4    Q.  Did you open that attachment?                   04:35:57

5    A.  I don't recall.                                 04:36:03

6    Q.  You might have; you just don't remember.        04:36:04

7  Right?                                                04:36:07

8    A.  Yes.                                            04:36:09

9    Q.  As of April 5th, 2012, you were still managing  04:36:09

10 Samsung's ITC case against Apple; right?              04:36:16

11   A.  Yes, at that time, at the working level, I was  04:36:30

12 coordinating the cases.                               04:36:41

13   Q.  Was it your practice at the time to review      04:36:42

14 attachments that Mr. Pease sent to you?               04:36:46

15       MR. STONE:  Objection.  Overbroad.  Objection.  04:36:57

16 Overbroad.                                            04:37:04

17       THE WITNESS:  In general, I did not read these  04:37:14

18 types of reports.                                     04:37:17

19 BY MR. O'NEILL:                                       04:37:19

20   Q.  Why not?                                        04:37:19

21   A.  Because there was a lawyer who's responsible    04:37:24

22 for that.                                             04:37:28

23   Q.  Mr. Teece, his report was on licensing issues;  04:37:28

24 right?                                                04:37:36

25       MR. STONE:  Objection.  Asked and answered.     04:37:40

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

142

| | | |
|---|---|---|
| 1 | THE WITNESS:  I assume so, even though I don't | 04:37:44 |
| 2 | know the content of it. | 04:37:50 |
| 3 | BY MR. O'NEILL: | 04:37:51 |
| 4 | Q.  As of April 5th, 2012, you were a director | 04:37:52 |
| 5 | responsible for Samsung licensing issues; right? | 04:37:58 |
| 6 | A.  I was a director responsible for licensing, | 04:38:17 |
| 7 | right. | 04:38:22 |
| 8 | Q.  It's your testimony that you had no interest | 04:38:22 |
| 9 | as to what Mr. Teece said about Apple and Samsung's | 04:38:25 |
| 10 | licenses; is that right? | 04:38:31 |
| 11 | MR. STONE:  Objection.  Mischaracterizes his | 04:38:43 |
| 12 | testimony.  Asked and answered. | 04:38:46 |
| 13 | THE WITNESS:  I don't remember my interest at | 04:38:53 |
| 14 | that time. | 04:38:59 |
| 15 | BY MR. O'NEILL: | 04:39:00 |
| 16 | Q.  Do you know if anyone listed as a recipient on | 04:39:08 |
| 17 | Kim Exhibit 6 told Mr. Pease that they were not | 04:39:12 |
| 18 | entitled to receive the confidential Apple licensing | 04:39:16 |
| 19 | information contained in Mr. Teece's report? | 04:39:20 |
| 20 | A.  No, I don't know. | 04:39:53 |
| 21 | Q.  Did you forward Exhibit 6 to anybody? | 04:39:57 |
| 22 | A.  I do not recall. | 04:40:05 |
| 23 | Q.  Did you provide anyone with a version of | 04:40:06 |
| 24 | Mr. Teece's report attached to Exhibit 6? | 04:40:13 |
| 25 | A.  I don't recall. | 04:40:24 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

143

| | | |
|---|---|---|
| 1 | Q.  Did you ever print out a copy of Mr. Teece's | 04:40:26 |
| 2 | report? | 04:40:29 |
| 3 | A.  I do not recall. | 04:40:36 |
| 4 | Q.  Did you ever save a copy of Mr. Teece's report | 04:40:37 |
| 5 | to your hard drive? | 04:40:40 |
| 6 | A.  I do not recall if I saved his report. | 04:40:50 |
| 7 | Q.  Some of the recipients to Mr. Pease's e-mail | 04:40:53 |
| 8 | in Exhibit 6 are oslaw.org.  Do you see that? | 04:41:01 |
| 9 | A.  They are oslaw.org, yes. | 04:41:11 |
| 10 | Q.  And those are addresses for attorneys at Ohno | 04:41:15 |
| 11 | & Partners, right, O-H-N-O? | 04:41:19 |
| 12 | A.  I'm not sure. | 04:41:34 |
| 13 | Q.  Has Samsung retained Ohno & Partners to work | 04:41:35 |
| 14 | on its Japanese litigations against Apple? | 04:41:39 |
| 15 | A.  Ohno & Partners were retained.  The law firm | 04:42:00 |
| 16 | Ohno was retained. | 04:42:08 |
| 17 | Q.  Retained for purposes of Samsung's litigations | 04:42:10 |
| 18 | in Japan against Apple; right? | 04:42:15 |
| 19 | A.  Yes. | 04:42:24 |
| 20 | Q.  Any idea why Mr. Pease copied lawyers from | 04:42:25 |
| 21 | Ohno & partners in Exhibit 6? | 04:42:32 |
| 22 | A.  I don't know. | 04:42:42 |
| 23 | Q.  Samsung has retained Kirkland & Ellis for its | 04:42:48 |
| 24 | cases against Ericsson; right? | 04:42:52 |
| 25 | A.  I don't know. | 04:43:05 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

144

| | | |
|---|---|---|
| 1 | Q.  Samsung has retained Ropes & Gray for cases | 04:43:06 |
| 2 | against InterDigital; correct? | 04:43:11 |
| 3 | A.  I don't know. | 04:43:27 |
| 4 | Q.  Samsung has retained Williams & Connolly for | 04:43:28 |
| 5 | its cases against InterDigital; correct? | 04:43:32 |
| 6 | A.  I don't know. | 04:43:45 |
| 7 | Q.  We can at least agree that Mr. Pease shared | 04:43:48 |
| 8 | Mr. Teece's expert report with Samsung lawyers in | 04:43:52 |
| 9 | Japan; correct? | 04:43:57 |
| 10 | MR. STONE:  Objection.  Lacks foundation.  The | 04:44:10 |
| 11 | document speaks for itself. | 04:44:12 |
| 12 | THE WITNESS:  I will acknowledge the facts | 04:44:23 |
| 13 | that I stated in this document only. | 04:44:26 |
| 14 | BY MR. O'NEILL: | 04:44:29 |
| 15 | Q.  Do you have any reason to believe that | 04:44:31 |
| 16 | Mr. Teece did not share the Pease report with Samsung | 04:44:33 |
| 17 | lawyers in Japan? | 04:44:37 |
| 18 | MR. STONE:  Same objections.  Asked and | 04:44:52 |
| 19 | answered. | 04:44:54 |
| 20 | THE WITNESS:  I will agree with what's stated | 04:44:55 |
| 21 | here in this document, and other than that, I don't | 04:45:05 |
| 22 | know. | 04:45:08 |
| 23 | BY MR. O'NEILL: | 04:45:08 |
| 24 | Q.  As of April 5th, 2012, you were managing | 04:45:10 |
| 25 | Samsung's litigation against Apple in Japan; right? | 04:45:15 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

145

| | | |
|---|---|---|
| 1 | A.  At the working level, I was coordinating in | 04:45:36 |
| 2 | the overall capacity -- I was coordinating in the -- I | 04:45:40 |
| 3 | was doing overall coordination of the cases against | 04:45:50 |
| 4 | Apple. | 04:45:53 |
| 5 | Q.  Including the case in Japan; right? | 04:45:53 |
| 6 | A.  Yes. | 04:45:59 |
| 7 | MR. O'NEILL:  We'll mark this as Exhibit 7, | 04:46:02 |
| 8 | please. | 04:46:04 |
| 9 | MR. STONE:  Thank you. | 04:46:05 |
| 10 | (Kim Exhibit 7 was marked for identification.) | 04:46:28 |
| 11 | BY MR. O'NEILL: | 04:46:28 |
| 12 | Q.  Mr. Kim, the court reporter has placed before | 04:46:28 |
| 13 | you what has been mark as Kim Exhibit 7.  It's a | 04:46:30 |
| 14 | two-page e-mail from Helen Hopson dated May 1st, 2012. | 04:46:34 |
| 15 | Do you have Kim Exhibit 7 before you? | 04:46:40 |
| 16 | A.  Yes. | 04:46:46 |
| 17 | Q.  Exhibit 7 is an e-mail that Helen Hopson, | 04:46:47 |
| 18 | H-O-P-S-O-N, sent to you and many others on | 04:46:53 |
| 19 | May 1st, 2012; correct? | 04:46:58 |
| 20 | A.  Please wait a moment until I look at it. | 04:47:12 |
| 21 | Yes, my e-mail address is in there. | 04:47:39 |
| 22 | Q.  Who is Helen Hopson? | 04:47:41 |
| 23 | A.  I don't know exactly. | 04:47:50 |
| 24 | Q.  Are you aware of the firm of Bristows, LLP? | 04:47:54 |
| 25 | A.  Yes. | 04:48:06 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

146

| | | |
|---|---|---|
| 1 | Q.  That's a firm that Samsung has retained for | 04:48:06 |
| 2 | its litigation against Apple in France; correct? | 04:48:10 |
| 3 | A.  No. | 04:48:26 |
| 4 | Q.  What function or -- strike that. | 04:48:26 |
| 5 | Has Samsung retained Bristows for any purpose | 04:48:28 |
| 6 | in its litigations against Apple? | 04:48:35 |
| 7 | MR. STONE:  I'll caution the witness not to | 04:48:46 |
| 8 | disclose the contents of attorney-client communications | 04:48:49 |
| 9 | or attorney work product in responding to that | 04:48:52 |
| 10 | question. | 04:48:55 |
| 11 | THE WITNESS:  Yes. | 04:49:00 |
| 12 | BY MR. O'NEILL: | 04:49:08 |
| 13 | Q.  For what litigations? | 04:49:08 |
| 14 | A.  For UK. | 04:49:16 |
| 15 | Q.  Mr. Kim, I'll represent to you that | 04:49:19 |
| 16 | Quinn Emanuel has told us in court that Kim Exhibit 7 | 04:49:22 |
| 17 | attached comments on a French pleading in which the | 04:49:28 |
| 18 | incompletely redacted Teece report was embedded as a | 04:49:32 |
| 19 | PDF.  Do you have any reason to disagree with that | 04:49:37 |
| 20 | representation? | 04:49:39 |
| 21 | A.  I didn't understand that. | 04:50:31 |
| 22 | (The question was reinterpreted.) | 04:50:39 |
| 23 | THE WITNESS:  I'm sorry.  Because in Korean it | 04:51:15 |
| 24 | is not a complete sentence, I did not understand that. | 04:51:17 |
| 25 | (The check interpreter reinterprets the | 04:51:25 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

147

| | | |
|---|---|---|
| 1 | question.) | 04:51:32 |
| 2 | THE WITNESS:  I do not know any facts that can | 04:52:29 |
| 3 | dispute what Quinn Emanuel has told you. | 04:52:33 |
| 4 | BY MR. O'NEILL: | 04:52:36 |
| 5 | Q.  Did you open any of the attachments to Kim | 04:52:36 |
| 6 | Exhibit 7? | 04:52:40 |
| 7 | A.  I do not recall. | 04:52:48 |
| 8 | Q.  Any reason to think you didn't? | 04:52:50 |
| 9 | A.  Because reading these were not part of my | 04:53:01 |
| 10 | responsibilities. | 04:53:06 |
| 11 | Q.  So people sent you things that weren't part of | 04:53:06 |
| 12 | your responsibility on a regular basis? | 04:53:11 |
| 13 | MR. STONE:  Objection.  Mischaracterizes his | 04:53:21 |
| 14 | testimony, and argumentative. | 04:53:23 |
| 15 | THE WITNESS:  It's my responsibilities for not | 04:53:38 |
| 16 | reading all the mails that were sent to me. | 04:53:41 |
| 17 | BY MR. O'NEILL: | 04:53:47 |
| 18 | Q.  Well, you don't know if you read this e-mail | 04:53:47 |
| 19 | or not; right? | 04:53:49 |
| 20 | A.  Right. | 04:53:55 |
| 21 | Q.  And you don't know if you read the attachments | 04:53:56 |
| 22 | or not; right? | 04:53:58 |
| 23 | A.  Yes.  But I think I didn't. | 04:54:04 |
| 24 | Q.  As of May 1st, 2012, you were responsible for | 04:54:08 |
| 25 | managing Samsung's litigations against Apple in France | 04:54:12 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

148

| | | |
|---|---|---|
| 1 | and the UK; right? | 04:54:17 |
| 2 | MR. STONE:  I'll object to the extent it | 04:54:30 |
| 3 | mischaracterizes his previous testimony. | 04:54:32 |
| 4 | THE WITNESS:  At that time, at the working | 04:54:46 |
| 5 | level, I was the coordinator for the overall cases | 04:54:49 |
| 6 | against Apple. | 04:54:53 |
| 7 | BY MR. O'NEILL: | 04:54:54 |
| 8 | Q.  Including the cases in France and the UK; | 04:54:54 |
| 9 | right? | 04:54:56 |
| 10 | A.  Yes. | 04:55:00 |
| 11 | Q.  Did you ever forward Kim Exhibit 7 to anyone? | 04:55:01 |
| 12 | THE WITNESS:  Sorry. | 04:55:06 |
| 13 | (Discussion between the interpreters.) | 04:55:09 |
| 14 | THE INTERPRETER:  Let me re-render. | 04:55:09 |
| 15 | (The question was reinterpreted.) | 04:55:09 |
| 16 | THE WITNESS:  At that time, I was working at | 04:55:17 |
| 17 | the working level.  I was doing over all coordination | 04:55:18 |
| 18 | of all the cases against Apple. | 04:55:21 |
| 19 | BY MR. O'NEILL: | 04:55:23 |
| 20 | Q.  Including the cases in France and the UK; | 04:55:24 |
| 21 | right? | 04:55:28 |
| 22 | A.  Yes. | 04:55:44 |
| 23 | THE INTERPRETER:  Counsel, there was another | 04:55:46 |
| 24 | question.  Do you want me to translate that? | 04:55:48 |
| 25 | "Did you ever forward Kim Exhibit 7 to | 04:55:50 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

149

| | | |
|---|---|---|
| 1 | anyone"? | 04:55:53 |
| 2 | MR. O'NEILL:  Yeah.  I can reask it. | 04:55:53 |
| 3 | BY MR. O'NEILL: | 04:56:00 |
| 4 | Q.  Did you ever forward Kim Exhibit 7 to anyone? | 04:56:01 |
| 5 | A.  I don't recall, but I don't believe so. | 04:56:10 |
| 6 | Q.  Did you ever forward the attachments to Kim | 04:56:12 |
| 7 | Exhibit 7 to anyone? | 04:56:15 |
| 8 | A.  I do not recall. | 04:56:24 |
| 9 | Q.  Did Samsung use Apple confidential information | 04:56:33 |
| 10 | from the Teece report for the purposes of litigation | 04:56:38 |
| 11 | against Apple in the UK? | 04:56:42 |
| 12 | MR. STONE:  Objection.  Overbroad. | 04:56:57 |
| 13 | THE WITNESS:  I don't know such fact. | 04:57:03 |
| 14 | BY MR. O'NEILL: | 04:57:05 |
| 15 | Q.  Well, we could agree that Exhibit 7 shows that | 04:57:05 |
| 16 | Samsung's lawyers in the UK had Apple confidential | 04:57:09 |
| 17 | information from the Teece report; correct? | 04:57:20 |
| 18 | MR. STONE:  Objection.  Lacks foundation and | 04:57:41 |
| 19 | the document speaks for itself. | 04:57:43 |
| 20 | THE WITNESS:  What I can answer to is that | 04:57:53 |
| 21 | according to this document, that's what the document | 04:57:56 |
| 22 | says. | 04:57:59 |
| 23 | BY MR. O'NEILL: | 04:58:04 |
| 24 | Q.  Are you familiar with the law firm of Allen & | 04:58:04 |
| 25 | Overy, O-V-E-R-Y? | 04:58:06 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

150

1    A.  Yes, I know.                                    04:58:10

2    Q.  That's a law firm in France; correct?          04:58:18

3    A.  Yes.                                            04:58:27

4         THE INTERPRETER:  Counsel, please bear with    04:58:33

5    me.                                                  04:58:35

6         THE WITNESS:  What I can answer is that I can   04:58:49

7    acknowledge what this document says, as opposed to what  04:58:51

8    I can answer to is that according to this document,  04:58:57

9    that that is what the document says, quote/unquote.  04:59:01

10   BY MR. O'NEILL:                                      04:59:13

11   Q.  Mr. Kim, Samsung has retained Overy for its     04:59:14

12   litigation against Apple in France; correct?        04:59:19

13   A.  Yes.                                            04:59:36

14   Q.  Ms. Hopson shared confidential Apple            04:59:36

15   information from the Pease report with Allen & Overy;  04:59:43

16   correct?                                            04:59:47

17        MR. STONE:  Objection.  Lacks foundation.      04:59:59

18   Calls for speculation.  The document speaks for itself.  05:00:01

19        THE WITNESS:  What I can tell you is what is   05:00:16

20   written here in this document.                      05:00:17

21   BY MR. O'NEILL:                                      05:00:21

22   Q.  And that shows that Ms. Hopson sent her e-mail  05:00:21

23   to e-mail address samsung_team@allenovery.com; correct?  05:00:25

24   A.  In the e-mail, it states in the recipient that  05:00:56

25   samsung_team@overy.com is there -- is cc'd.         05:01:00

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

151

| | | |
|---|---|---|
| 1 | Q.  You're familiar with the law firm called Blake | 05:01:06 |
| 2 | Dawson/Ashurst? | 05:01:10 |
| 3 | A.  Yes, I know. | 05:01:20 |
| 4 | Q.  You see lawyers from that law firm listed in | 05:01:21 |
| 5 | the recipient line of Kim Exhibit 7; right? | 05:01:24 |
| 6 | A.  I found one.  So whether we can say "lawyers," | 05:01:45 |
| 7 | I'm not sure.  But I did find one. | 05:01:52 |
| 8 | Q.  There are two, right, one on the fourth line | 05:02:04 |
| 9 | and one on the sixth line? | 05:02:07 |
| 10 | A.  Yes. | 05:02:19 |
| 11 | Q.  Blake Dawson/Ashurst is a law firm in | 05:02:20 |
| 12 | Australia; right? | 05:02:26 |
| 13 | A.  Yes. | 05:02:34 |
| 14 | Q.  They represent Samsung in its cases against | 05:02:35 |
| 15 | Apple in Australia; right? | 05:02:38 |
| 16 | A.  Yes. | 05:02:49 |
| 17 | Q.  Are you familiar with the law firm Vanzetti e | 05:02:49 |
| 18 | Associati?  I'll spell it.  V-A-N-Z-E-T-T-I, space, E, | 05:03:05 |
| 19 | space, A-S-S-O-C-I-A-T-I? | 05:03:12 |
| 20 | MR. STONE:  I expected you to butcher it much | 05:03:16 |
| 21 | more. | 05:03:19 |
| 22 | THE WITNESS:  Can you show me where? | 05:03:33 |
| 23 | BY MR. O'NEILL: | 05:03:34 |
| 24 | Q.  Sure.  If you look at the second -- or the | 05:03:35 |
| 25 | first e-mail address in the "cc" line. | 05:03:36 |

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

152

| | | |
|---|---|---|
| 1 | A.  Yes, I do.  I know. | 05:03:45 |
| 2 | Q.  It's a law firm in Italy; right? | 05:03:47 |
| 3 | A.  Yes. | 05:03:58 |
| 4 | Q.  And they're working on Samsung's cases against | 05:03:58 |
| 5 | Apple in Italy; right? | 05:04:02 |
| 6 | A.  Yes. | 05:04:13 |
| 7 | Q.  Are you familiar with the law firm Modiano, | 05:04:13 |
| 8 | M-O-D-I-A-N-O, & Partners? | 05:04:16 |
| 9 | A.  I'm not sure about that name. | 05:04:32 |
| 10 | Q.  Do you know whether that's a law firm in | 05:04:33 |
| 11 | Italy? | 05:04:36 |
| 12 | A.  I'm not sure. | 05:04:40 |
| 13 | Q.  Are you familiar with the law firm Simmons & | 05:04:41 |
| 14 | Simmons? | 05:04:49 |
| 15 | A.  Yes, I know Simmons & Simmons. | 05:05:00 |
| 16 | Q.  It's a law firm that Samsung has retained for | 05:05:02 |
| 17 | its cases against Apple in the Netherlands; right? | 05:05:05 |
| 18 | A.  That's correct. | 05:05:12 |
| 19 | Q.  Are you aware of a law firm -- I have to spell | 05:05:16 |
| 20 | this one -- Rospatt Osten Pross, R-O-S-P-A-T-T, | 05:05:19 |
| 21 | O-S-T-E-N, P-R-O-S-S? | 05:05:28 |
| 22 | A.  Yes.  I'm not sure if what you said is the | 05:05:43 |
| 23 | exact name, but I know of that firm. | 05:05:49 |
| 24 | Q.  That's a firm that Samsung has retained for | 05:05:51 |
| 25 | its litigation against Apple in Germany; right? | 05:05:56 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

153

| | | |
|---|---|---|
| 1 | A.  Yes. | 05:06:07 |
| 2 | Q.  Are you familiar with the firm Lee & Ko? | 05:06:10 |
| 3 | A.  Yes. | 05:06:20 |
| 4 | Q.  And that's a law firm that Samsung is using | 05:06:20 |
| 5 | for its litigations against Apple in Korea; right? | 05:06:25 |
| 6 | A.  Yes. | 05:06:33 |
| 7 | Q.  Are you familiar with the law firm | 05:06:34 |
| 8 | Clifford Chance? | 05:06:40 |
| 9 | A.  Yes. | 05:06:44 |
| 10 | Q.  Samsung is using Clifford Chance for its | 05:06:45 |
| 11 | litigations against Apple in Belgium; right? | 05:06:49 |
| 12 | A.  No. | 05:06:57 |
| 13 | Q.  For what purpose has Samsung retained | 05:07:10 |
| 14 | Clifford Chance? | 05:07:13 |
| 15 | MR. STONE:  I caution the witness not to | 05:07:14 |
| 16 | disclose or divulge the contents of attorney-client | 05:07:15 |
| 17 | communication or work product in responding to that | 05:07:19 |
| 18 | question. | 05:07:22 |
| 19 | THE WITNESS:  Clifford Chance was retained for | 05:07:30 |
| 20 | litigation in Spain. | 05:07:33 |
| 21 | BY MR. O'NEILL: | 05:07:36 |
| 22 | Q.  Litigation against Apple in Spain? | 05:07:37 |
| 23 | A.  Yes, Clifford Chance is for Spain. | 05:07:50 |
| 24 | Q.  Mr. Kim, Exhibit 7 shows that Samsung's | 05:08:03 |
| 25 | counsel around the world in the Apple litigations had | 05:08:11 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

154

| | | |
|---|---|---|
| 1 | access to Apple's confidential information that was in | 05:08:16 |
| 2 | Mr. Teece's report; correct? | 05:08:19 |
| 3 | MR. STONE:  Objection.  Lacks foundation. | 05:08:40 |
| 4 | Calls for speculation.  And the document speaks for | 05:08:42 |
| 5 | itself. | 05:08:44 |
| 6 | THE WITNESS:  It is as stated in this | 05:08:54 |
| 7 | document. | 05:08:56 |
| 8 | BY MR. O'NEILL: | 05:08:58 |
| 9 | Q.  Has Clifford Chance played any role in | 05:08:58 |
| 10 | Samsung's litigations against Apple in the | 05:09:01 |
| 11 | United States? | 05:09:03 |
| 12 | MR. STONE:  And you can answer that yes or no. | 05:09:13 |
| 13 | THE WITNESS:  I don't know. | 05:09:19 |
| 14 | BY MR. O'NEILL: | 05:09:20 |
| 15 | Q.  Has Lee & Ko? | 05:09:20 |
| 16 | A.  They were hired for Korean litigation. | 05:09:28 |
| 17 | Q.  Have you had any role in Samsung's US | 05:09:31 |
| 18 | litigations against Apple? | 05:09:35 |
| 19 | MR. STONE:  Objection.  Asked and answered. | 05:09:43 |
| 20 | THE WITNESS:  I don't know. | 05:09:47 |
| 21 | BY MR. O'NEILL: | 05:09:48 |
| 22 | Q.  Has Rospatt Osten Pross played any role in | 05:09:48 |
| 23 | Samsung's litigation against Apple in the | 05:09:55 |
| 24 | United States? | 05:09:57 |
| 25 | A.  I'm not sure. | 05:10:07 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

155

| | | |
|---|---|---|
| 1 | Q.  Has Simmons & Simmons? | 05:10:08 |
| 2 | A.  I don't know. | 05:10:13 |
| 3 | Q.  Has Ohno & Partners? | 05:10:14 |
| 4 | A.  I don't know. | 05:10:20 |
| 5 | Q.  Has Modiano & Partners? | 05:10:21 |
| 6 | A.  I didn't know. | 05:10:25 |
| 7 | Q.  Has Vanzetti e Associati? | 05:10:28 |
| 8 | A.  I'm not sure. | 05:10:37 |
| 9 | Q.  Has Blake Dawson/Ashurst? | 05:10:38 |
| 10 | A.  I don't know. | 05:10:43 |
| 11 | Q.  Has Allen & Overy? | 05:10:44 |
| 12 | A.  I don't know. | 05:10:53 |
| 13 | Q.  As of May 1st, 2012, were you responsible for | 05:10:59 |
| 14 | managing Samsung's litigation against Apple in Spain? | 05:11:01 |
| 15 | MR. STONE:  Objection to the extent it | 05:11:15 |
| 16 | mischaracterizes his previous testimony. | 05:11:17 |
| 17 | THE WITNESS:  At that time, at the working | 05:11:32 |
| 18 | level in Apple -- in Samsung's litigation against | 05:11:35 |
| 19 | Apple, I was the overall coordinator of the cases. | 05:11:42 |
| 20 | BY MR. O'NEILL: | 05:11:45 |
| 21 | Q.  Including the case against Apple in Spain; | 05:11:46 |
| 22 | correct? | 05:11:48 |
| 23 | A.  Yes. | 05:11:53 |
| 24 | MR. O'NEILL:  Let's mark this as the next, | 05:12:02 |
| 25 | Exhibit 8. | 05:12:04 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

156

| | | |
|---|---|---|
| 1 | THE WITNESS:  Can we take a little break? | 05:12:14 |
| 2 | MR. O'NEILL:  Sure. | 05:12:15 |
| 3 | THE VIDEOGRAPHER:  This ends Media No. 4. | 05:12:16 |
| 4 | We're off the record at 5:12 p.m. | 05:12:18 |
| 5 | (Kim Exhibit 8 was marked for identification.) | 05:23:26 |
| 6 | (A brief recess was taken.) | 05:23:26 |
| 7 | THE VIDEOGRAPHER:  We're back on the record. | 05:23:35 |
| 8 | This begins Media No. 5, and the time now is 5:25. | 05:25:41 |
| 9 | Counsel. | 05:25:45 |
| 10 | BY MR. O'NEILL: | 05:25:46 |
| 11 | Q.  Mr. Kim, the court reporter has placed before | 05:25:47 |
| 12 | you what's been marked as Kim Exhibit 8.  It's a | 05:25:49 |
| 13 | two-page e-mail.  It says "Alex Baxter" at the top. | 05:25:53 |
| 14 | The first e-mail is listed Guy Eddon, E-D-D-O-N.  The | 05:25:57 |
| 15 | sent line says "Friday, December 21, 2012." | 05:26:02 |
| 16 | Do you have Kim Exhibit 8 before you? | 05:26:05 |
| 17 | A.  Yes. | 05:26:10 |
| 18 | Q.  And do you see that in the e-mail at the top | 05:26:16 |
| 19 | of the first page it's from Guy Eddon to Daniel Shim? | 05:26:20 |
| 20 | Do you see that? | 05:26:29 |
| 21 | A.  Yes. | 05:26:36 |
| 22 | Q.  And that's the same Daniel Shim that you told | 05:26:37 |
| 23 | me earlier that may have sent you a document discussing | 05:26:40 |
| 24 | the terms of the Apple-Nokia license; correct? | 05:27:01 |
| 25 | A.  He is one of the two that I mentioned. | 05:27:20 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

157

| | | |
|---|---|---|
| 1 | Q.  Do you see in Exhibit 8, in Mr. Eddon's | 05:27:25 |
| 2 | e-mail, one of the attachments says. | 05:27:29 |
| 3 | "Redacted Rebuttal Report of David Teece"? | 05:27:32 |
| 4 | A.  Yes. | 05:27:42 |
| 5 | Q.  And also has a redacted expert report of | 05:27:43 |
| 6 | David J. Teece; right? | 05:27:46 |
| 7 | A.  Yes. | 05:27:55 |
| 8 | Q.  Do you know of any reason why on | 05:27:57 |
| 9 | December 21st, 2012, Mr. Shim might be looking for | 05:28:03 |
| 10 | copies of Mr. Teece's expert reports? | 05:28:08 |
| 11 | MR. STONE:  And I'll object that the question | 05:28:26 |
| 12 | calls for speculation, and also instruct the witness | 05:28:28 |
| 13 | that he can answer that question yes or no. | 05:28:32 |
| 14 | THE WITNESS:  I don't know. | 05:28:43 |
| 15 | MR. O'NEILL:  We'll mark this as Exhibit 9, | 05:28:48 |
| 16 | please. | 05:28:50 |
| 17 | (Kim Exhibit 9 was marked for identification.) | 05:29:18 |
| 18 | BY MR. O'NEILL: | 05:29:18 |
| 19 | Q.  Mr. Kim, the court reporter has handed you | 05:29:19 |
| 20 | what has been mark as Kim Exhibit 9.  It is a | 05:29:21 |
| 21 | three-page e-mail.  At the top says "Alex Baxter," from | 05:29:26 |
| 22 | line is Thomas Pease, on March 22nd, 2013. | 05:29:32 |
| 23 | Do you have this document? | 05:29:36 |
| 24 | A.  Yes, I can see that it's dated 2013 | 05:29:47 |
| 25 | March 22nd. | 05:29:51 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

158

| | | |
|---|---|---|
| 1 | Q.  Exhibit 9 is an e-mail from Mr. Pease on | 05:29:52 |
| 2 | March 22nd, 2013, to you and several others; right? | 05:29:56 |
| 3 | A.  Yes.  Yes, my name is there. | 05:30:12 |
| 4 | Q.  Any reason to think you didn't receive it? | 05:30:16 |
| 5 | A.  No. | 05:30:25 |
| 6 | Q.  Do you see there's an attachment to | 05:30:26 |
| 7 | Mr. Pease's e-mail? | 05:30:29 |
| 8 | A.  Yes. | 05:30:37 |
| 9 | Q.  Did you open that attachment? | 05:30:37 |
| 10 | A.  I didn't recall. | 05:30:45 |
| 11 | Q.  Did you forward the e-mail or attachment? | 05:30:46 |
| 12 | A.  I don't recall. | 05:30:55 |
| 13 | Q.  Are you aware that in March 2013 Quinn Emanuel | 05:31:29 |
| 14 | created a draft submission to the ITC on remedy issues | 05:31:35 |
| 15 | that included the confidential terms of the Apple-Nokia | 05:31:42 |
| 16 | license? | 05:31:46 |
| 17 | A.  No. | 05:32:12 |
| 18 | Q.  Did you have any involvement in Samsung's | 05:32:18 |
| 19 | briefing on FRAND issues in the ITC? | 05:32:30 |
| 20 | A.  I don't recall. | 05:32:45 |
| 21 | Q.  Do you recall whether you've reviewed any | 05:32:47 |
| 22 | draft briefs on FRAND issues in the Apple-Samsung ITC | 05:32:52 |
| 23 | case? | 05:32:59 |
| 24 | MR. STONE:  And you're referring to this March | 05:33:10 |
| 25 | 2013 period? | 05:33:15 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

159

| | | |
|---|---|---|
| 1 | MR. O'NEILL:  Ever. | 05:33:16 |
| 2 | THE WITNESS:  I think there was, if you look | 05:33:31 |
| 3 | at the overall litigation. | 05:33:32 |
| 4 | BY MR. O'NEILL: | 05:33:34 |
| 5 | Q.  In what time period? | 05:33:35 |
| 6 | A.  It was at the beginning of the litigation. | 05:33:41 |
| 7 | Q.  What about in March 2012? | 05:33:51 |
| 8 | A.  Not in March. | 05:34:00 |
| 9 | Q.  Anytime after March 2012? | 05:34:02 |
| 10 | A.  No. | 05:34:10 |
| 11 | Q.  Do you know if anyone from Samsung used the | 05:34:17 |
| 12 | confidential Apple-Nokia information contained in the | 05:34:20 |
| 13 | attachment to Kim Exhibit 9 for any purpose? | 05:34:25 |
| 14 | MR. STONE:  Objection.  Lacks foundation. | 05:34:47 |
| 15 | Calls for speculation. | 05:34:49 |
| 16 | THE WITNESS:  No. | 05:34:58 |
| 17 | BY MR. O'NEILL: | 05:35:03 |
| 18 | Q.  No, they didn't, or no, you don't know? | 05:35:03 |
| 19 | A.  I don't know. | 05:35:16 |
| 20 | MR. O'NEILL:  We'll mark this as the next | 05:35:22 |
| 21 | exhibit, please. | 05:35:24 |
| 22 | (Kim Exhibit 10 was marked for identification.) | 05:35:47 |
| 23 | BY MR. O'NEILL: | 05:35:47 |
| 24 | Q.  Mr. Kim, the court reporter has placed before | 05:35:47 |
| 25 | you what has been marked as Kim Exhibit 10, a string of | 05:35:49 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

160

| | | |
|---|---|---|
| 1 | e-mails Bates numbers ending in 6199 to 6200. | 05:35:55 |
| 2 | Do you have Kim Exhibit 10 before you? | 05:36:02 |
| 3 | A.  Yes. | 05:36:05 |
| 4 | Q.  Have you seen Exhibit 10 before? | 05:36:07 |
| 5 | A.  I don't recall. | 05:36:14 |
| 6 | Q.  The e-mail at the top of the page is from you; | 05:36:28 |
| 7 | correct? | 05:36:32 |
| 8 | A.  Yes, that's my name. | 05:36:39 |
| 9 | Q.  And that's an e-mail that you sent on | 05:36:41 |
| 10 | April 20th, 2012; correct? | 05:36:43 |
| 11 | A.  Yes, it is April 20th of 2012. | 05:36:54 |
| 12 | Q.  Who did you send Exhibit 10 to? | 05:36:57 |
| 13 | A.  It was the Mr. Hojin Chang counsel and | 05:37:08 |
| 14 | Heungju Kwon, principal engineer. | 05:37:19 |
| 15 | Q.  And you attached a document to your e-mail; | 05:37:22 |
| 16 | right? | 05:37:26 |
| 17 | A.  I don't recall. | 05:37:35 |
| 18 | Q.  Exhibit 10 shows an attachment entitled Samsa | 05:37:37 |
| 19 | Rand and Reasonable Royalties 20 Mar 2012, 11:15 p.m.; | 05:37:46 |
| 20 | correct? | 05:37:54 |
| 21 | A.  Yes. | 05:38:15 |
| 22 | Q.  Do you recall what type of document that is? | 05:38:15 |
| 23 | A.  No. | 05:38:23 |
| 24 | Q.  Do you know if that was a document that you | 05:38:24 |
| 25 | created? | 05:38:26 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

161

| | | |
|---|---|---|
| 1 | A.  No.  I don't think so. | 05:38:32 |
| 2 | Q.  Counsel, the word "redacted" appears in the | 05:38:34 |
| 3 | file name.  Do you know if that's something that the | 05:38:38 |
| 4 | lawyers inserted or if that's from the original? | 05:38:40 |
| 5 | A.  I don't know. | 05:38:51 |
| 6 | MR. STONE:  And you mean lawyers recently, in | 05:38:55 |
| 7 | conjunction with the production of this document? | 05:38:57 |
| 8 | MR. O'NEILL:  Right. | 05:38:59 |
| 9 | MR. STONE:  Rather than at any time in the | 05:39:00 |
| 10 | past?  I don't know. | 05:39:01 |
| 11 | BY MR. O'NEILL: | 05:39:07 |
| 12 | Q.  Now, your e-mail in Kim Exhibit 10 is -- | 05:39:07 |
| 13 | strike that. | 05:39:17 |
| 14 | Earlier in the chain in Kim Exhibit 10, | 05:39:17 |
| 15 | there's an e-mail from James Shin.  Do you see that? | 05:39:22 |
| 16 | A.  Yes. | 05:39:32 |
| 17 | Q.  And can you tell from that e-mail who were the | 05:39:33 |
| 18 | recipients of Mr. Shin's e-mail? | 05:39:38 |
| 19 | A.  No. | 05:39:49 |
| 20 | Q.  Do you know why Mr. Shin was sending -- strike | 05:39:53 |
| 21 | that. | 05:39:58 |
| 22 | Do you know whether the attachment to your | 05:39:59 |
| 23 | e-mail in Kim Exhibit 10 contained any Apple | 05:40:22 |
| 24 | confidential information? | 05:40:25 |
| 25 | A.  No. | 05:40:38 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

162

| | | |
|---|---|---|
| 1 | Q.  No, you don't know? | 05:40:40 |
| 2 | A.  That's correct. | 05:40:42 |
| 3 | Q.  You need to look at the document to figure | 05:40:43 |
| 4 | that out; right? | 05:40:46 |
| 5 | A.  Yes. | 05:40:50 |
| 6 | MR. O'NEILL:  This is the next exhibit, | 05:41:40 |
| 7 | please. | 05:41:41 |
| 8 | (Kim Exhibit 11 was marked for identification.) | 05:41:43 |
| 9 | BY MR. O'NEILL: | 05:41:43 |
| 10 | Q.  Mr. Kim, the court reporter has placed before | 05:41:43 |
| 11 | you what has been marked as Kim Exhibit 11.  It's a | 05:41:46 |
| 12 | five-page e-mail chain.  It says "Alex Baxter" at the | 05:41:49 |
| 13 | top, from line is Thomas Pease, sent March 25th, 2013. | 05:41:53 |
| 14 | Do you have Kim Exhibit 11 before you? | 05:42:00 |
| 15 | A.  Yes. | 05:42:08 |
| 16 | Q.  The e-mail in the first page of Kim Exhibit 11 | 05:42:08 |
| 17 | is an e-mail from Thomas Pease dated March 25, 2013? | 05:42:16 |
| 18 | A.  Yes, it states that it's March 25th. | 05:42:50 |
| 19 | Q.  The e-mail was sent to you and several other | 05:42:52 |
| 20 | individuals; right? | 05:42:55 |
| 21 | A.  Yes, I can see my name. | 05:43:05 |
| 22 | Q.  Mr. Pease's e-mail attached a Word document; | 05:43:07 |
| 23 | right? | 05:43:11 |
| 24 | A.  Yes. | 05:43:21 |
| 25 | Q.  Did you open that attachment? | 05:43:21 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

163

| | | |
|---|---|---|
| 1 | A.  I don't recall. | 05:43:26 |
| 2 | Q.  Do you know if you've ever forwarded | 05:43:27 |
| 3 | Mr. Pease's e-mail or the attachment to anyone? | 05:43:31 |
| 4 | A.  I do not recall. | 05:43:40 |
| 5 | MR. O'NEILL:  This is the next exhibit, | 05:44:19 |
| 6 | please. | 05:44:21 |
| 7 | (Kim Exhibit 12 was marked for identification.) | 05:44:28 |
| 8 | BY MR. O'NEILL: | 05:44:28 |
| 9 | Q.  Mr. Kim, the court reporter has handed you | 05:44:28 |
| 10 | what has been marked as Kim Exhibit 12.  It's a | 05:44:30 |
| 11 | six-page string of e-mails.  First page says | 05:44:40 |
| 12 | "Alex Baxter" at the top.  E-mail is March 27, 2013, at | 05:44:44 |
| 13 | 1:34 a.m. | 05:44:48 |
| 14 | Do you have Exhibit 12 before you? | 05:44:51 |
| 15 | A.  Yes. | 05:44:53 |
| 16 | Q.  Exhibit 12 is an e-mail from Mr. Chang dated | 05:44:53 |
| 17 | March 27th, 2013; correct? | 05:45:01 |
| 18 | A.  Yes, it says there, it's March 27th. | 05:45:12 |
| 19 | Q.  Mr. Chang sent his e-mail to you and several | 05:45:15 |
| 20 | others as well; right? | 05:45:21 |
| 21 | A.  Yes, my name is there. | 05:45:26 |
| 22 | Q.  Mr. Chang attached a Word document to his | 05:45:29 |
| 23 | e-mail; right? | 05:45:33 |
| 24 | A.  Yes, I can see that. | 05:45:45 |
| 25 | Q.  Did you open that attachment? | 05:45:56 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

164

| | | |
|---|---|---|
| 1 | A.  I don't recall. | 05:45:57 |
| 2 | Q.  Did you forward Mr. Chang's e-mail to anyone? | 05:45:58 |
| 3 | A.  I don't recall. | 05:46:07 |
| 4 | MR. O'NEILL:  This is the next exhibit, | 05:46:47 |
| 5 | please. | 05:46:49 |
| 6 | (Kim Exhibit 13 was marked for identification.) | 05:47:07 |
| 7 | BY MR. O'NEILL: | 05:47:07 |
| 8 | Q.  Mr. Kim, the court reporter has placed before | 05:47:07 |
| 9 | you what was marked as Kim Exhibit 13.  It is a | 05:47:10 |
| 10 | nine-page e-mail string.  The first e-mail is from | 05:47:14 |
| 11 | Thomas Pease, March 31st, 2013, at 5:05 p.m. | 05:47:16 |
| 12 | Do you have Exhibit 13 before you? | 05:47:21 |
| 13 | A.  Yes. | 05:47:28 |
| 14 | Q.  And Exhibit 13 is an e-mail from Mr. Pease on | 05:47:28 |
| 15 | March 31, 2013, to you and several others; right? | 05:47:32 |
| 16 | A.  Yes, I can see my name there. | 05:47:35 |
| 17 | Q.  Mr. Pease attached a Word document to his | 05:47:50 |
| 18 | e-mail; right? | 05:47:54 |
| 19 | A.  Yes.  It says, dot, DOC. | 05:48:08 |
| 20 | Q.  And you understand that's a Word document; | 05:48:11 |
| 21 | right? | 05:48:14 |
| 22 | A.  Yes. | 05:48:15 |
| 23 | Q.  Did you open that attachment? | 05:48:17 |
| 24 | A.  I do not recall. | 05:48:22 |
| 25 | Q.  Did you ever forward Mr. Pease's e-mail or | 05:48:23 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

165

| | | |
|---|---|---|
| 1 | attachment to anyone? | 05:48:26 |
| 2 | A.  I do not recall. | 05:48:33 |
| 3 | MR. O'NEILL:  This is the next exhibit, | 05:48:59 |
| 4 | please. | 05:49:01 |
| 5 | (Kim Exhibit 14 was marked for identification.) | 05:49:10 |
| 6 | BY MR. O'NEILL: | 05:49:10 |
| 7 | Q.  Mr. Kim, the court reporter has placed before | 05:49:10 |
| 8 | you what has been marked as Kim Exhibit 14, which is a | 05:49:12 |
| 9 | nine-page string of e-mails. | 05:49:16 |
| 10 | The first e-mail is from Daniel Shim, dated | 05:49:19 |
| 11 | March 31, 2013; correct? | 05:49:25 |
| 12 | A.  Yes, Mr. Shim's name is written there. | 05:49:47 |
| 13 | Q.  Mr. Shim sent that e-mail to you and several | 05:49:49 |
| 14 | others; right? | 05:49:52 |
| 15 | A.  Yes, I can see my name there. | 05:49:58 |
| 16 | Q.  Mr. Shim attached a Word document to his | 05:49:59 |
| 17 | e-mail; right? | 05:50:02 |
| 18 | A.  Yes.  I can see the Word document file name. | 05:50:12 |
| 19 | Q.  Did you open that attachment? | 05:50:14 |
| 20 | A.  I don't recall opening it. | 05:50:24 |
| 21 | Q.  You don't know whether you did? | 05:50:26 |
| 22 | A.  My recollection is that I did not open it. | 05:50:33 |
| 23 | Q.  How do you know that? | 05:50:36 |
| 24 | A.  I do not recall, to begin with.  And after the | 05:51:13 |
| 25 | transfer to another business unit, this was not | 05:51:15 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

166

1    something that was related to my responsibilities, so I          05:51:17

2    would not have had the time to read.  And because I was          05:51:20

3    working on something else, I would not have tried to             05:51:25

4    read it, either.                                                 05:51:29

5        Q.  So you are certain you didn't open the                   05:51:33

6    attachment to Mr. Shim's e-mail; right?                          05:51:35

7            MR. STONE:  Objection to the extent it                   05:51:47

8    mischaracterizes his testimony.  Objection.                      05:51:49

9    Argumentative.                                                   05:51:51

10           THE WITNESS:  I'm almost certain.                        05:52:02

11   BY MR. O'NEILL:                                                  05:52:05

12       Q.  Did you tell Mr. Shim to stop sending you               05:52:05

13   e-mails that you weren't reading?                                05:52:08

14       A.  No.                                                      05:52:19

15       Q.  In March 2013, did you tell Mr. Pease to stop           05:52:20

16   sending you e-mails because you weren't reading his              05:52:24

17   e-mails?                                                         05:52:27

18       A.  No.                                                      05:52:34

19       Q.  In March 2013, did you tell Mr. Chang to stop           05:52:35

20   sending you e-mails because you weren't reading his              05:52:40

21   e-mails?                                                         05:52:42

22       A.  No.  I do not recall.                                    05:52:52

23       Q.  In May 2012, did you tell Ms. Hopson to stop            05:53:12

24   sending you e-mails because you weren't reading the              05:53:15

25   e-mails?                                                         05:53:19

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

167

| | | |
|---|---|---|
| 1 | A.  No. | 05:53:27 |
| 2 | MR. O'NEILL:  Let's mark this as the next | 05:53:44 |
| 3 | exhibit, please. | 05:53:46 |
| 4 | (Kim Exhibit 15 was marked for identification.) | 05:54:09 |
| 5 | BY MR. O'NEILL: | 05:54:09 |
| 6 | Q.  Mr. Kim, the court reporter has placed before | 05:54:10 |
| 7 | you what has been marked as Kim Exhibit 15.  It is an | 05:54:12 |
| 8 | 11-page e-mail string.  The first e-mail is dated | 05:54:15 |
| 9 | April 1, 2013, 3:00 a.m. | 05:54:18 |
| 10 | Do you have Kim Exhibit 15 before you? | 05:54:22 |
| 11 | A.  Yes. | 05:54:26 |
| 12 | Q.  In Exhibit 15, the first e-mail is from | 05:54:26 |
| 13 | Mr. Chang to you and several others; right? | 05:54:31 |
| 14 | A.  Yes, I can see my name. | 05:54:43 |
| 15 | Q.  The e-mail is dated April 1st, 2013; right? | 05:54:46 |
| 16 | A.  Yes, I can see that it states "April 1st." | 05:54:58 |
| 17 | Q.  And Mr. Chang attached a Word document to his | 05:55:00 |
| 18 | e-mail; right? | 05:55:04 |
| 19 | A.  Yes, I can see the Word document. | 05:55:09 |
| 20 | Q.  Did you open that document? | 05:55:11 |
| 21 | A.  I don't recall. | 05:55:13 |
| 22 | Q.  Mr. Kim, what is a headline rate? | 05:56:24 |
| 23 | A.  My understanding, it is the price that is | 05:56:36 |
| 24 | provided at the beginning -- presented at the | 05:56:41 |
| 25 | beginning. | 05:56:44 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

168

1                                                            05:56:44

2                                                            05:56:50

3                                                            05:56:53

4                                                            05:56:57

5                                                            05:57:00

6            MR. STONE:  And you're not going to argue that   05:57:25

7    his answering this question is somehow a violation of    05:57:26

8    any NDA that is in place or was in place between Apple   05:57:29

9    and Samsung?                                             05:57:33

10           Counsel?                                         05:57:34

11           MR. O'NEILL:  No.  We're under the protective    05:57:36

12   order.                                                   05:57:37

13           MR. STONE:  The disclosure is occurring in       05:57:41

14   front of Nokia.  That's why I'm asking.                  05:57:43

15           MR. O'NEILL:  I won't argue that it's a breach   05:57:45

16   of anything.                                             05:57:48

17           MR. STONE:  Great.                               05:57:48

18                                                            05:57:58

19                                                            05:58:01

20   BY MR. O'NEILL:                                          05:58:11

21       Q.  How did you know at the time what headline       05:58:11

22   rates Ericsson was proposing?                            05:58:14

23       A.  Because we are aware of the rate that was        05:58:34

24   proposed during the previous negotiations between us     05:58:36

25   and Ericsson.                                            05:58:42

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

169

| | | |
|---|---|---|
| 1 | Q.  How did you know in May 2012 what headline | 05:58:43 |
| 2 | rates Nokia was actively proposing? | 05:58:47 |
| 3 | A.  I don't think I understand exactly what you | 05:59:13 |
| 4 | mean by "actively proposing," but we referred to the | 05:59:15 |
| 5 | rates that were proposed to us previously by Nokia. | 05:59:22 |
| 6 | Q.  What time period was that? | 05:59:26 |
| 7 | A.  I don't know the exact time line. | 05:59:34 |
| 8 | Q.  Can you give me an approximate date? | 05:59:35 |
| 9 | A.  Because the agreement between us and Nokia was | 05:59:54 |
| 10 | not done in one shot and was very complicated, I can't | 05:59:57 |
| 11 | tell you that right now. | 06:00:00 |
| 12 | Q.  Was it before 2010? | 06:00:00 |
| 13 | A.  I don't recall exactly because it is not | 06:00:09 |
| 14 | something that I worked on. | 06:00:11 |
| 15 | MR. O'NEILL:  Why don't we take a short break. | 06:00:39 |
| 16 | I think I'm pretty close to wrapping up. | 06:00:41 |
| 17 | MR. STONE:  Okay. | 06:00:44 |
| 18 | THE VIDEOGRAPHER:  The time now is 6:00 p.m., | 06:00:45 |
| 19 | and we're off the record. | 06:00:47 |
| 20 | (A brief recess was taken.) | 06:08:21 |
| 21 | THE VIDEOGRAPHER:  We are now back on the | 06:09:05 |
| 22 | record, and the time now is 6:09. | 06:09:10 |
| 23 | Counsel. | 06:09:12 |
| 24 | MR. O'NEILL:  Mark this as the next exhibit. | 06:09:16 |
| 25 | (Kim Exhibit 16 was marked for identification.) | 06:09:35 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

170

| | | |
|---|---|---|
| 1 | MR. O'NEILL:  I don't have a copy of this one. | 06:09:35 |
| 2 | BY MR. O'NEILL: | 06:09:49 |
| 3 | Q.  Mr. Kim, the court reporter has placed before | 06:09:49 |
| 4 | you what has been marked as Kim Exhibit 16.  Ends in | 06:09:52 |
| 5 | Bates numbers 9342. | 06:09:55 |
| 6 | Do you have that document? | 06:09:58 |
| 7 | A.  Yes. | 06:10:04 |
| 8 | Q.  Exhibit 16 is an e-mail from Mr. Chang to you | 06:10:05 |
| 9 | and one other individual; correct -- I'm sorry, several | 06:10:10 |
| 10 | other individuals; correct? | 06:10:15 |
| 11 | A.  Yes, my name is there. | 06:10:26 |
| 12 | Q.  Whose name is listed next to your name? | 06:10:29 |
| 13 | A.  Daniel Ko. | 06:10:36 |
| 14 | Q.  Is that K-O-H? | 06:10:43 |
| 15 | A.  I don't know. | 06:10:47 |
| 16 | Q.  Mr. Chang's e-mail is dated April 9, 2012; | 06:10:55 |
| 17 | correct? | 06:10:59 |
| 18 | A.  Yes, it says there it's April 9th. | 06:11:05 |
| 19 | Q.  And Mr. Chang attached several documents to | 06:11:08 |
| 20 | his e-mail; correct? | 06:11:12 |
| 21 | A.  Yes, I can see many file names there. | 06:11:25 |
| 22 | Q.  Did you open any of those documents? | 06:11:28 |
| 23 | A.  I do not recall. | 06:11:36 |
| 24 | CHECK INTERPRETER:  Daniel Ko, Ko is spelled | 06:11:43 |
| 25 | K-O. | 06:11:48 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

171

1      MR. O'NEILL:  We'll mark the next exhibit.          06:11:56

2      (Kim Exhibit 17 was marked for identification.)    06:12:11

3      MR. O'NEILL:  I apologize.  I didn't bring a        06:12:11

4  copy of all of you.                                     06:12:13

5      MR. STONE:  That's fine.                            06:12:14

6  BY MR. O'NEILL:                                         06:12:15

7      Q.  Mr. Kim, the court reporter has placed before   06:12:16

8  you what has been marked as Kim Exhibit 17.  It's an    06:12:18

9  e-mail string Bates numbers ending in 6201 to 6204.     06:12:21

10      Do you have Exhibit 17 before you?                  06:12:27

11      A.  Yes.                                            06:12:34

12      Q.  And Exhibit 17 is an e-mail from Mr. Kwon to    06:12:35

13  you and others dated April 20th, 2012; correct?        06:12:39

14      A.  Yes.                                            06:12:53

15      Q.  Mr. Kwon attached several documents to his     06:12:53

16  e-mail; correct?                                        06:12:59

17      A.  I don't know if this was attached by Mr. Kwon   06:13:10

18  or it was attached before and it was forwarded by      06:13:19

19  Mr. Kwon.                                               06:13:22

20      Q.  But in either case, they were attached to his   06:13:22

21  e-mail to you; right?                                   06:13:25

22      A.  Yes, I can see the file names.                  06:13:31

23      Q.  Did you open any of those attachments?          06:13:33

24      A.  I don't recall.                                 06:13:50

25      MR. O'NEILL:  This is the next exhibit,            06:13:58

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

172

| | | |
|---|---|---|
| 1 | please. | 06:13:59 |
| 2 | (Kim Exhibit 18 was marked for identification.) | 06:14:15 |
| 3 | BY MR. O'NEILL: | 06:14:15 |
| 4 | Q.  Mr. Kim, the court reporter has placed before | 06:14:16 |
| 5 | you what has been marked as Kim Exhibit 18.  It's an | 06:14:18 |
| 6 | e-mail with Bates number ending in 6079. | 06:14:21 |
| 7 | Do you have that document before you? | 06:14:25 |
| 8 | A.  Yes, I can see Exhibit 18. | 06:14:33 |
| 9 | Q.  Exhibit 18 is an e-mail from Mr. Kwon to you | 06:14:34 |
| 10 | and several others dated May 4th, 2012; correct? | 06:14:39 |
| 11 | A.  Yes, it is stated there it is May 4th. | 06:14:54 |
| 12 | Q.  And Mr. Kwon attached two documents to his | 06:14:57 |
| 13 | e-mail; right? | 06:15:01 |
| 14 | A.  It looks to be three. | 06:15:15 |
| 15 | Q.  Did you open any of those attachments? | 06:15:17 |
| 16 | A.  I think I opened the first one. | 06:15:28 |
| 17 | Q.  Was that a document from Samsung's California | 06:15:37 |
| 18 | litigation with Apple? | 06:15:40 |
| 19 | A.  It is likely because it is stated in the | 06:16:01 |
| 20 | documents title that it's California. | 06:16:03 |
| 21 | Q.  So you think you opened the first document in | 06:16:05 |
| 22 | Mr. Kwon's e-mail, the one that's partially written in | 06:16:09 |
| 23 | Korean; right? | 06:16:14 |
| 24 | A.  I'm not saying that I opened it.  I'm just | 06:16:28 |
| 25 | saying there's a high probability that I might have | 06:16:32 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

173

| | | |
|---|---|---|
| 1 | opened it.  There's a possibility that I might have | 06:16:34 |
| 2 | opened it. | 06:16:39 |
| 3 | Q.  Is there a possibility that you might have | 06:16:40 |
| 4 | opened the other two documents attached to Mr. Kwon's | 06:16:42 |
| 5 | e-mail? | 06:16:45 |
| 6 | A.  Not really. | 06:16:50 |
| 7 | MR. O'NEILL:  This is the next exhibit. | 06:17:08 |
| 8 | (Kim Exhibit 19 was marked for identification.) | 06:17:28 |
| 9 | BY MR. O'NEILL: | 06:17:28 |
| 10 | Q.  Mr. Kim, the court reporter has handed you | 06:17:28 |
| 11 | what has been marked as Kim Exhibit 19.  It is an | 06:17:31 |
| 12 | e-mail, Bates numbers ending in 7187 through 88. | 06:17:35 |
| 13 | Do you have that document? | 06:17:38 |
| 14 | A.  Yes. | 06:17:39 |
| 15 | Q.  Exhibit 19 is an e-mail from Mr. Chang to you | 06:17:44 |
| 16 | and others dated July 5th, 2012; correct? | 06:17:49 |
| 17 | A.  It says here that it's 2012 July 5th. | 06:18:04 |
| 18 | Q.  An e-mail was sent to you and several others | 06:18:08 |
| 19 | as well; right? | 06:18:11 |
| 20 | A.  Yes, several names, including mine, are stated | 06:18:18 |
| 21 | there. | 06:18:23 |
| 22 | Q.  Mr. Chang attached several documents to his | 06:18:23 |
| 23 | e-mail; correct? | 06:18:26 |
| 24 | A.  I can see several file names. | 06:18:35 |
| 25 | Q.  Did you open any of those attachments? | 06:18:38 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

174

| | |
|---|---|
| 1    A.  I do not recall. | 06:18:44 |
| 2         MR. O'NEILL:  Mark this as the next exhibit, | 06:19:01 |
| 3    please. | 06:19:03 |
| 4      (Kim Exhibit 20 was marked for identification.) | 06:19:24 |
| 5    BY MR. O'NEILL: | 06:19:24 |
| 6         Q.  Mr. Kim, the court reporter has handed you | 06:19:25 |
| 7    what has been marked as Kim Exhibit 20.  It is an | 06:19:27 |
| 8    e-mail, Bates numbers ending in 2269. | 06:19:30 |
| 9         Do you have that document? | 06:19:34 |
| 10    A.  Yes. | 06:19:41 |
| 11         Q.  Exhibit 20 is an e-mail from Mr. Chang to you | 06:19:41 |
| 12    and several others dated July 5th, 2012; correct? | 06:19:44 |
| 13    A.  It says there it is July 5th, 2012. | 06:20:00 |
| 14         MR. O'NEILL:  You see the "to" line, it says | 06:20:11 |
| 15    "ghalling@sheppardmullin.com"? | 06:20:15 |
| 16         THE WITNESS:  Yes, I can see that. | 06:20:23 |
| 17    BY MR. O'NEILL: | 06:20:31 |
| 18    Q.  What is that? | 06:20:32 |
| 19    A.  It's a law firm. | 06:20:33 |
| 20    Q.  Where is that law firm located? | 06:20:34 |
| 21    A.  It's in US, to my knowledge. | 06:20:42 |
| 22    Q.  Are they working on -- strike that. | 06:20:44 |
| 23         Has Samsung retained them to work on its cases | 06:20:47 |
| 24    against Apple? | 06:20:51 |
| 25    A.  I'm not sure about that. | 06:21:06 |

175

1      Q.  Do you know why Mr. Chang -- strike that.                06:21:08

2           In Exhibit 20, Mr. Chang attached two                   06:21:25

3      documents; correct?                                          06:21:31

4      A.  Yes.                                                     06:21:42

5      Q.  One of those documents is a PDF file, and the            06:21:43

6      other is a .zip file; right?                                 06:21:49

7      A.  Yes, it says ".pdf" and ".zip" here.                     06:21:58

8      Q.  I'll represent to you that Quinn Emanuel has             06:22:01

9      told us that the .zip file contained the version of          06:22:04

10     Mr. Teece's report with Apple's confidential                 06:22:08

11     information.                                                 06:22:12

12          Do you understand that representation I just            06:22:19

13     made to you?                                                 06:22:20

14     A.  What do you mean by do I understand it?                  06:22:45

15     Q.  Do you understand that Quinn Emanuel has                 06:22:48

16     represented to us and the Court that Mr. Chang's             06:22:51

17     e-mail, the .zip file, included the version of               06:22:57

18     Mr. Teece's report that contained Apple confidential         06:23:01

19     information?                                                 06:23:06

20          MR. STONE:  Now, that time you dropped that it          06:23:23

21     was your representation, which I think you were trying       06:23:26

22     to use as laying a foundation for a question.                06:23:29

23          MR. O'NEILL:  I'm not trying to use anything.           06:23:31

24     I will read to you the statement that Quinn Emanuel has      06:23:33

25     provided to Apple and the Court.                             06:23:36

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

176

| | | |
|---|---|---|
| 1 | "A July 5th, 2012 e-mail from Jo Jin Chang | 06:23:38 |
| 2 | of Samsung attaching a .zip file containing | 06:23:42 |
| 3 | the incompletely redacted Teece report." | 06:23:45 |
| 4 | Do you understand that? | 06:23:49 |
| 5 | MR. STONE:  I'll object that it's vague and | 06:24:30 |
| 6 | ambiguous. | 06:24:30 |
| 7 | But you can answer if you understand it. | 06:24:32 |
| 8 | THE WITNESS:  I'm sorry.  I didn't understand | 06:24:43 |
| 9 | the Korean. | 06:24:44 |
| 10 | MR. O'NEILL:  Let me ask a different question. | 06:24:46 |
| 11 | BY MR. O'NEILL: | 06:24:48 |
| 12 | Q.  Did you open the .zip file attached to | 06:24:48 |
| 13 | Mr. Chang's July 5th, 2012 e-mail? | 06:24:51 |
| 14 | A.  I do not recall. | 06:25:04 |
| 15 | Q.  Did you forward Mr. Chang's e-mail or | 06:25:07 |
| 16 | attachments to anyone? | 06:25:12 |
| 17 | A.  I do not recall. | 06:25:19 |
| 18 | MR. O'NEILL:  Mark this as the next exhibit. | 06:25:47 |
| 19 | (Kim Exhibit 21 was marked for identification.) | 06:26:02 |
| 20 | BY MR. O'NEILL: | 06:26:02 |
| 21 | Q.  Mr. Kim, the court reporter has just handed | 06:26:03 |
| 22 | you what has been marked as Kim Exhibit 21.  It's an | 06:26:05 |
| 23 | e-mail, Bates numbers ending in 2207308. | 06:26:08 |
| 24 | Do you have Exhibit 21 before you? | 06:26:12 |
| 25 | A.  Yes, I'm looking at Exhibit 21. | 06:26:20 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

177

| | | |
|---|---|---|
| 1 | Q.  Exhibit 21 is an e-mail from Mr. Chang to you | 06:26:22 |
| 2 | and others dated July 5th, 2012; correct? | 06:26:24 |
| 3 | A.  Yes, it says here that it is July 5th, 2012. | 06:26:43 |
| 4 | Q.  It's an e-mail to you and others; is that | 06:26:47 |
| 5 | correct? | 06:26:50 |
| 6 | A.  Yes.  My name is in the cc. | 06:26:54 |
| 7 | Q.  Mr. Chang's e-mail in Exhibit 21 attached | 06:26:56 |
| 8 | several documents; right? | 06:26:59 |
| 9 | A.  Yes. | 06:27:08 |
| 10 | Q.  Did you open any of those attachments? | 06:27:09 |
| 11 | A.  I do not recall. | 06:27:15 |
| 12 | MR. O'NEILL:  Would you mark this as the next | 06:27:26 |
| 13 | exhibit, please. | 06:27:29 |
| 14 | (Kim Exhibit 22 was marked for identification.) | 06:27:29 |
| 15 | BY MR. O'NEILL: | 06:27:29 |
| 16 | Q.  Mr. Kim, the court reporter has handed you | 06:27:53 |
| 17 | what has been marked as Kim Exhibit 22, which is an | 06:27:55 |
| 18 | e-mail, Bates numbers ending in 2146 through 47. | 06:27:59 |
| 19 | Do you have that document? | 06:28:06 |
| 20 | A.  Yes. | 06:28:11 |
| 21 | Q.  Exhibit 22 is an e-mail from Mr. Chang to you | 06:28:12 |
| 22 | and others dated July 5th, 2012; right? | 06:28:17 |
| 23 | A.  Yes, it says here it is July 5th, 2012. | 06:28:32 |
| 24 | Q.  Mr. Chang's e-mail to you attached several | 06:28:36 |
| 25 | documents; correct? | 06:28:40 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

178

| | | |
|---|---|---|
| 1 | A.  Yes.  I can see -- I can see several file | 06:28:48 |
| 2 | names. | 06:28:53 |
| 3 | Q.  Did you open any of those attachments? | 06:28:53 |
| 4 | A.  I do not recall. | 06:28:58 |
| 5 | Q.  Do you see one of the file names has Ericsson | 06:28:59 |
| 6 | in the name? | 06:29:03 |
| 7 | A.  I can see that. | 06:29:08 |
| 8 | Q.  Do you know what was contained in that | 06:29:09 |
| 9 | document? | 06:29:12 |
| 10 | A.  I don't. | 06:29:15 |
| 11 | MR. O'NEILL:  Mark this as the next exhibit, | 06:29:58 |
| 12 | please. | 06:30:00 |
| 13 | (Kim Exhibit 23 was marked for identification.) | 06:30:20 |
| 14 | BY MR. O'NEILL: | 06:30:20 |
| 15 | Q.  Mr. Kim, the court reporter has placed before | 06:30:20 |
| 16 | you what has been marked as Kim Exhibit 23, which is an | 06:30:22 |
| 17 | e-mail chain, Bates No. 2145. | 06:30:27 |
| 18 | Do you have that document? | 06:30:30 |
| 19 | A.  Yes. | 06:30:38 |
| 20 | Q.  And the e-mail at the top is an e-mail from | 06:30:38 |
| 21 | James Shin to you dated April 20, 2012; correct? | 06:30:42 |
| 22 | A.  It says here that it was sent on April 20th of | 06:31:00 |
| 23 | 2012, yes. | 06:31:03 |
| 24 | Q.  And it was sent to you; right? | 06:31:04 |
| 25 | A.  Yes, my name is in the "to" section. | 06:31:09 |

179

| | | |
|---|---|---|
| 1 | Q.  Mr. Shin attached a document to his e-mail; | 06:31:13 |
| 2 | right? | 06:31:18 |
| 3 | A.  Yes, I can see this file attached to the | 06:31:28 |
| 4 | e-mail that was sent to me, yes. | 06:31:36 |
| 5 | Q.  Okay.  Did you open that attachment? | 06:31:39 |
| 6 | A.  I do not recall. | 06:31:44 |
| 7 | Q.  You were the only recipient of Mr. Shin's | 06:31:46 |
| 8 | e-mail; right? | 06:31:50 |
| 9 | A.  Yes, that's correct. | 06:32:00 |
| 10 | Q.  Does that lead you to believe that you did | 06:32:01 |
| 11 | likely open the attachment? | 06:32:03 |
| 12 | A.  Yes, there is a possibility that I opened it. | 06:32:09 |
| 13 | Q.  It's likely; right? | 06:32:12 |
| 14 | MR. STONE:  Objection.  Asked and answered. | 06:32:18 |
| 15 | THE WITNESS:  Yes, there is a possibility that | 06:32:28 |
| 16 | I opened it. | 06:32:32 |
| 17 | BY MR. O'NEILL: | 06:32:33 |
| 18 | Q.  Is it more likely than not that you opened it? | 06:32:33 |
| 19 | MR. STONE:  Objection.  Asked and answered. | 06:32:44 |
| 20 | THE WITNESS:  I don't know. | 06:32:49 |
| 21 | BY MR. O'NEILL: | 06:32:59 |
| 22 | Q.  Now, if I could have you turn back to Kim | 06:33:10 |
| 23 | Exhibit 10. | 06:33:12 |
| 24 | Can you see that Kim Exhibit 23, Mr. Shin | 06:33:24 |
| 25 | attached the same e-mail -- strike that. | 06:33:32 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

180

| | | |
|---|---|---|
| 1 | In Exhibit 23, Mr. Shin attached a document | 06:33:35 |
| 2 | that has the same name as the document that you | 06:33:43 |
| 3 | attached to your e-mail in Exhibit 10; right? | 06:33:45 |
| 4 | MR. STONE:  I'll object.  The documents speak | 06:34:00 |
| 5 | for themselves. | 06:34:03 |
| 6 | THE WITNESS:  It's what it says here in the | 06:34:08 |
| 7 | document. | 06:34:10 |
| 8 | BY MR. O'NEILL: | 06:34:10 |
| 9 | Q.  It looks like the same document; right? | 06:34:10 |
| 10 | A.  The same title, yes. | 06:34:20 |
| 11 | Q.  And would you have forwarded Mr. Kim's | 06:34:21 |
| 12 | attachment without opening it. | 06:34:23 |
| 13 | Let me reask it. | 06:34:33 |
| 14 | Would you have forwarded Mr. Shin's attachment | 06:34:35 |
| 15 | without opening it? | 06:34:39 |
| 16 | A.  If I were the final recipient and the only | 06:34:59 |
| 17 | recipient, the possibility of me opening it is high. | 06:35:03 |
| 18 | But if it was forwarded, then the possibility of me | 06:35:06 |
| 19 | opening it goes lower. | 06:35:09 |
| 20 | Q.  So if you forward something, it's more likely | 06:35:15 |
| 21 | that you actually have not read what you're forwarding; | 06:35:19 |
| 22 | right? | 06:35:22 |
| 23 | A.  What I told you is about this case. | 06:35:41 |
| 24 | MR. O'NEILL:  Mark this as the next exhibit, | 06:35:57 |
| 25 | please. | 06:35:59 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

181

| | | |
|---|---|---|
| 1 | (Kim Exhibit 24 was marked for identification.) | 06:36:17 |
| 2 | BY MR. O'NEILL: | 06:36:17 |
| 3 | Q.  Mr. Kim, have you ever forwarded an attachment | 06:36:17 |
| 4 | that you thought contained important information? | 06:36:20 |
| 5 | A.  Are you asking if I have ever forwarded a file | 06:36:46 |
| 6 | to someone that I thought contained important | 06:36:48 |
| 7 | information? | 06:36:51 |
| 8 | Q.  Yes. | 06:36:52 |
| 9 | A.  Yes. | 06:36:54 |
| 10 | Q.  How do you know the file contains important | 06:36:54 |
| 11 | information unless you look at it? | 06:36:58 |
| 12 | MR. STONE:  Objection to the extent it | 06:37:07 |
| 13 | mischaracterizes his testimony.  Objection. | 06:37:09 |
| 14 | Argumentative. | 06:37:13 |
| 15 | THE WITNESS:  There may be cases where you can | 06:37:29 |
| 16 | know without opening it, and there may be cases where | 06:37:31 |
| 17 | you would know if you open it. | 06:37:35 |
| 18 | BY MR. O'NEILL: | 06:37:39 |
| 19 | Q.  And how do you know that was the case with | 06:37:39 |
| 20 | respect to the document you forwarded in Exhibit 10? | 06:37:41 |
| 21 | MR. STONE:  Objection.  Mischaracterizes his | 06:37:55 |
| 22 | testimony. | 06:37:57 |
| 23 | THE WITNESS:  I don't think I told you that | 06:38:05 |
| 24 | was the case with respect to Exhibit 10. | 06:38:07 |
| 25 | /// | 06:38:14 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

182

| | | |
|---|---|---|
| 1 | BY MR. O'NEILL: | 06:38:14 |
| 2 | Q.  You testified that there may be cases that you | 06:38:14 |
| 3 | can know what's in a document without opening it; is | 06:38:16 |
| 4 | that right? | 06:38:20 |
| 5 | A.  I said that there are cases where I know | 06:38:30 |
| 6 | whether the file contains important information without | 06:38:40 |
| 7 | actually opening it. | 06:38:43 |
| 8 | Q.  Was that the case with respect to the | 06:38:46 |
| 9 | attachment that you forwarded in Exhibit 10? | 06:38:48 |
| 10 | A.  I do not recall. | 06:39:02 |
| 11 | Q.  Do you recall anything about what was | 06:39:04 |
| 12 | contained in that document? | 06:39:07 |
| 13 | A.  No. | 06:39:15 |
| 14 | Q.  Do you recall anything that was contained in | 06:39:16 |
| 15 | the body of Mr. Shin's e-mail to you on | 06:39:19 |
| 16 | April 20th, 2012, in Exhibit 23? | 06:39:28 |
| 17 | A.  No, I don't. | 06:39:38 |
| 18 | Q.  If I could have you -- do you have Kim | 06:39:46 |
| 19 | Exhibit 24 before you, which is an e-mail string, Bates | 06:39:50 |
| 20 | number ending in 2085? | 06:39:55 |
| 21 | A.  Yes. | 06:40:02 |
| 22 | Q.  Exhibit 24 is an e-mail from Mr. Kwon to you | 06:40:02 |
| 23 | and others dated July 6th, 2012; correct? | 06:40:06 |
| 24 | A.  Yes. | 06:40:20 |
| 25 | Q.  Mr. Kwon's e-mail attaches several documents; | 06:40:21 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

183

| | | |
|---|---|---|
| 1 | right? | 06:40:26 |
| 2 | A.  Yes, I see a few file names there. | 06:40:34 |
| 3 | Q.  And one of the documents is Mr. Teece's | 06:40:37 |
| 4 | report; right? | 06:40:39 |
| 5 | A.  The file name contains "Teece." | 06:40:46 |
| 6 | Q.  And the other document is the same -- has the | 06:40:49 |
| 7 | same name of the document that you forwarded on | 06:40:53 |
| 8 | April 20th, 2012; right? | 06:40:57 |
| 9 | A.  No.  They are different. | 06:41:22 |
| 10 | Q.  How are they different? | 06:41:24 |
| 11 | A.  In the file name listed on the Exhibit 24, at | 06:41:46 |
| 12 | the beginning of the file name, other words are | 06:41:49 |
| 13 | inserted there. | 06:41:53 |
| 14 | Q.  It's in Korean; right? | 06:41:54 |
| 15 | A.  Yes. | 06:41:58 |
| 16 | Q.  What does that say? | 06:41:59 |
| 17 | A.  It says "my company." | 06:42:04 |
| 18 | Q.  It says the words "my company"? | 06:42:08 |
| 19 | A.  Yes, our company. | 06:42:16 |
| 20 | Q.  There are two recipients to Mr. Kwon's e-mail; | 06:42:22 |
| 21 | you are one of them.  Right? | 06:42:26 |
| 22 | A.  Yes, that's correct. | 06:42:33 |
| 23 | Q.  Who is the other recipient? | 06:42:34 |
| 24 | A.  It is Heungju Kwon. | 06:42:39 |
| 25 | Q.  Can you spell his name, please? | 06:42:48 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

184

| | | |
|---|---|---|
| 1 | Let me ask a different question.  I'll | 06:42:53 |
| 2 | withdraw that. | 06:42:55 |
| 3 | It's the same person who sent the e-mail? | 06:42:55 |
| 4 | A.  Yes. | 06:43:00 |
| 5 | Q.  So you're actually the only recipient of the | 06:43:02 |
| 6 | e-mail; right? | 06:43:04 |
| 7 | A.  According to this document, yes. | 06:43:16 |
| 8 | Q.  So if you were the only recipient to the | 06:43:18 |
| 9 | e-mail, it's likely that you opened the attachment; | 06:43:22 |
| 10 | right? | 06:43:24 |
| 11 | A.  We can say that if I were the final recipient. | 06:43:35 |
| 12 | Q.  Do you know of any other e-mail in this chain | 06:43:40 |
| 13 | beyond the one that we're looking at right now? | 06:43:43 |
| 14 | A.  I do not recall. | 06:43:51 |
| 15 | Q.  So this may be -- you may have been the final | 06:43:53 |
| 16 | recipient; right? | 06:43:55 |
| 17 | MR. STONE:  Objection.  Asked and answered. | 06:44:00 |
| 18 | THE WITNESS:  Yes, it could be, or it might | 06:44:05 |
| 19 | not be. | 06:44:07 |
| 20 | BY MR. O'NEILL: | 06:44:08 |
| 21 | Q.  Did you ask Mr. Kwon to send you those | 06:44:09 |
| 22 | documents? | 06:44:11 |
| 23 | A.  I do not recall. | 06:44:21 |
| 24 | Q.  Do you have any understanding of why he was | 06:44:22 |
| 25 | sending you those documents on July 6th, 2012? | 06:44:24 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

185

| | | |
|---|---|---|
| 1 | A.  I do not know the reasons. | 06:44:41 |
| 2 | MR. O'NEILL:  Mark this as the next exhibit, | 06:44:51 |
| 3 | please. | 06:44:53 |
| 4 | (Kim Exhibit 25 was marked for identification.) | 06:44:53 |
| 5 | BY MR. O'NEILL: | 06:44:53 |
| 6 | Q.  Mr. Kim, the court reporter has handed you | 06:45:15 |
| 7 | what has been marked as Kim Exhibit 25.  It's e-mail | 06:45:18 |
| 8 | chain Bates numbers ending in 584 through 586. | 06:45:22 |
| 9 | Do you have that document? | 06:45:27 |
| 10 | A.  Yes.  I'm looking at 25. | 06:45:41 |
| 11 | Q.  Exhibit 25, the first e-mail at the top is | 06:45:43 |
| 12 | from a Thomas Vinje, V-I-N-J-E.  Do you see that? | 06:45:46 |
| 13 | A.  Yes, I can see Thomas Vinje. | 06:46:03 |
| 14 | Q.  Who is Thomas Vinje? | 06:46:06 |
| 15 | A.  He's a lawyer with Clifford Chance. | 06:46:16 |
| 16 | Q.  Is he working on Samsung's litigations against | 06:46:19 |
| 17 | Apple in Spain? | 06:46:23 |
| 18 | A.  Thomas Vinje is not working on Spain related | 06:46:34 |
| 19 | litigation. | 06:46:38 |
| 20 | Q.  Is he working on any of the Apple-Samsung | 06:46:39 |
| 21 | litigations? | 06:46:42 |
| 22 | A.  I'm not sure about that. | 06:46:53 |
| 23 | Q.  Is he working on any aspect of Samsung's | 06:46:55 |
| 24 | dispute with Apple? | 06:47:02 |
| 25 | A.  I didn't recall that. | 06:47:16 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

186

| | | |
|---|---|---|
| 1 | Q.  Was Mr. Vinje ever working on Samsung's | 06:47:18 |
| 2 | litigations against Apple? | 06:47:23 |
| 3 | A.  I'm not sure. | 06:47:36 |
| 4 | Q.  In Exhibit 25, Mr. Vinje is sending an e-mail | 06:47:39 |
| 5 | to you and many others on July 4th, 2012; correct? | 06:47:47 |
| 6 | A.  It says here that it was July 4th on 2012. | 06:48:04 |
| 7 | Q.  Mr. Vinje attached a file to his e-mail to | 06:48:10 |
| 8 | you; correct? | 06:48:15 |
| 9 | A.  It looks to me that there are two rather than | 06:48:26 |
| 10 | one. | 06:48:29 |
| 11 | Q.  Did you open either attachment? | 06:48:29 |
| 12 | A.  I do not recall. | 06:48:35 |
| 13 | Q.  Mr. Kim, are you aware that counsel for | 06:48:36 |
| 14 | Samsung in Italy, Vanzetti e Associati, submitted the | 06:49:24 |
| 15 | incompletely redacted Teece report to the First Instant | 06:49:29 |
| 16 | Court of Milan on October 30th, 2012? | 06:49:34 |
| 17 | A.  No, I did not know that. | 06:50:03 |
| 18 | Q.  As of October 30th, 2012, were you managing | 06:50:09 |
| 19 | Apple's -- strike that. | 06:50:13 |
| 20 | As of October 30th, 2012, were you managing | 06:50:16 |
| 21 | Samsung's litigations against Apple in Italy? | 06:50:20 |
| 22 | MR. STONE:  Object to the extent it | 06:50:33 |
| 23 | mischaracterizes his previous testimony. | 06:50:34 |
| 24 | THE WITNESS:  At that time, at the working | 06:50:50 |
| 25 | level in the Apple and Samsung litigations, I was the | 06:50:53 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

187

| | | |
|---|---|---|
| 1 | coordinator for -- I was the overall coordinator for | 06:50:58 |
| 2 | the cases. | 06:51:02 |
| 3 | BY MR. O'NEILL: | 06:51:04 |
| 4 | Q.  Are you aware that on July 4th, 2012, Samsung | 06:51:04 |
| 5 | submitted the incompletely redacted Teece report to the | 06:51:10 |
| 6 | European Commission? | 06:51:16 |
| 7 | A.  No, I do not know that. | 06:51:34 |
| 8 | Q.  That's the first time you're hearing that? | 06:51:36 |
| 9 | A.  As far as I remember, yes. | 06:51:45 |
| 10 | Q.  Did you have any involvement with Samsung's | 06:51:46 |
| 11 | dispute with the European Commission over its | 06:51:53 |
| 12 | standards-essential patents? | 06:51:55 |
| 13 | A.  A little bit. | 06:52:11 |
| 14 | Q.  What role did you have? | 06:52:13 |
| 15 | MR. STONE:  I caution the witness not to | 06:52:16 |
| 16 | disclose attorney-client communications or attorney | 06:52:17 |
| 17 | work product in responding to that question. | 06:52:20 |
| 18 | THE WITNESS:  I will not answer that question, | 06:52:34 |
| 19 | since I might divulge information relating to the | 06:52:37 |
| 20 | discussions with attorneys. | 06:52:42 |
| 21 | BY MR. O'NEILL: | 06:52:52 |
| 22 | Q.  Were you managing that dispute for Samsung? | 06:52:52 |
| 23 | A.  No. | 06:53:06 |
| 24 | MR. O'NEILL:  Okay.  Why don't we take a | 06:53:18 |
| 25 | break.  I think I'm done, but I just want to confirm. | 06:53:22 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

188

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Time is 6:53, and we're off | 06:53:26 |
| 2 | the record. | 07:03:04 |
| 3 | (A brief recess was taken.) | 07:03:04 |
| 4 | THE VIDEOGRAPHER:  We're back on the record, | 07:03:10 |
| 5 | and the time now is 7:03. | 07:03:13 |
| 6 | Counsel. | 07:03:15 |
| 7 | (Kim Exhibit 26 was marked for identification.) | 07:03:15 |
| 8 | BY MR. O'NEILL: | 07:03:15 |
| 9 | Q.  Mr. Kim, the court reporter has handed you | 07:03:17 |
| 10 | what has been marked as Kim Exhibit 26, e-mail chain, | 07:03:18 |
| 11 | Bates numbers ending in 209 through 225. | 07:03:23 |
| 12 | Do you have that document? | 07:03:28 |
| 13 | A.  Yes. | 07:03:36 |
| 14 | Q.  Exhibit 26, there is an e-mail at the top of | 07:03:36 |
| 15 | the first page from Eric Lasher.  Do you see that -- | 07:03:40 |
| 16 | I'm sorry, Alex Lasher? | 07:03:48 |
| 17 | A.  Yes, it says there "Alex Lasher." | 07:03:52 |
| 18 | Q.  Mr. Lasher sent that e-mail on April 4th, | 07:03:55 |
| 19 | 2013, to you and several others; correct? | 07:04:00 |
| 20 | A.  Yes.  My name is there in the cc. | 07:04:14 |
| 21 | Q.  Mr. Lasher attached two documents to his | 07:04:17 |
| 22 | e-mail; right? | 07:04:22 |
| 23 | A.  Yes, I can see two file names. | 07:04:33 |
| 24 | Q.  Did you open either of those attachments? | 07:04:35 |
| 25 | A.  I think there's a possibility. | 07:05:10 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

189

| | | |
|---|---|---|
| 1 | Q.  It's more likely than not that you did? | 07:05:13 |
| 2 | A.  When we come back to the e-mails from previous | 07:05:22 |
| 3 | occasions, I think these I might -- I probably have.  I | 07:05:33 |
| 4 | might have opened them. | 07:05:34 |
| 5 | Q.  So in these e-mails in April 2013, you might | 07:05:36 |
| 6 | have opened, even though you weren't working on this | 07:05:40 |
| 7 | matter anymore? | 07:05:42 |
| 8 | A.  Although the possibility is low, these files, | 07:05:57 |
| 9 | I might have opened -- these e-mails, I might have | 07:06:06 |
| 10 | opened. | 07:06:10 |
| 11 | Q.  Do you see Mr. Lasher sent his e-mail in | 07:06:16 |
| 12 | Exhibit 26 to Edward Donovan? | 07:06:20 |
| 13 | A.  It says "Edward Donovan" there. | 07:06:34 |
| 14 | Q.  And he's the Kirkland & Ellis law that we were | 07:06:37 |
| 15 | talking about earlier; right? | 07:06:40 |
| 16 | A.  Yes, I think we mentioned him earlier. | 07:06:48 |
| 17 | Q.  Do you know why Mr. Lasher was copying a | 07:06:55 |
| 18 | Kirkland & Ellis lawyer on his e-mail? | 07:06:58 |
| 19 | MR. STONE:  You can answer that yes or no. | 07:07:10 |
| 20 | THE WITNESS:  No. | 07:07:14 |
| 21 | MR. O'NEILL:  That's all I have for | 07:07:19 |
| 22 | questioning. | 07:07:21 |
| 23 | As I stated at the beginning of the | 07:07:21 |
| 24 | deposition, we are holding the deposition open for | 07:07:23 |
| 25 | several reasons. | 07:07:27 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

190

| | | |
|---|---|---|
| 1 | In addition, during the course of the | 07:07:28 |
| 2 | deposition, there were a number of improper | 07:07:31 |
| 3 | privilege objections that prevented me from exploring | 07:07:36 |
| 4 | the full scope of Mr. Kim's discoverable knowledge, so | 07:07:41 |
| 5 | we're holding the deposition open for that reason as | 07:07:44 |
| 6 | well. | 07:07:47 |
| 7 | THE INTERPRETER:  Counsel, quickly, if I may. | 07:07:53 |
| 8 | Once again, the lead interpreter, my esteemed | 07:07:56 |
| 9 | colleague, he inadvertently did not scratch the earlier | 07:08:00 |
| 10 | rendition when he had to render his translation again | 07:08:04 |
| 11 | based on the discussions we had between main and the | 07:08:10 |
| 12 | check.  Something like this occurred on several | 07:08:15 |
| 13 | occasions here and there throughout the testimony, | 07:08:22 |
| 14 | although there were a few exceptions to the prevailing | 07:08:25 |
| 15 | pattern. | 07:08:29 |
| 16 | So I am making this comment to help clarify | 07:08:30 |
| 17 | the muddy record. | 07:08:36 |
| 18 | The case in point is, for example, | 07:08:37 |
| 19 | quote/unquote, "these files, I might have opened"; | 07:08:41 |
| 20 | "these e-mails, I might have opened." | 07:08:45 |
| 21 | Thank you for allowing me to put that on the | 07:08:51 |
| 22 | record. | 07:08:53 |
| 23 | MR. O'NEILL:  Okay. | 07:08:54 |
| 24 | /// | 07:08:54 |
| 25 | /// | 07:08:54 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

191

| | | |
|---|---|---|
| 1 | EXAMINATION | 07:08:56 |
| 2 | BY MR. MILLER: | 07:08:59 |
| 3 | Q.  Mr. Kim, my name is Parker Miller, and I | 07:09:00 |
| 4 | represent Nokia in this action.  I do appreciate your | 07:09:02 |
| 5 | patience and your willingness to sit with us today and | 07:09:06 |
| 6 | answer these questions. | 07:09:10 |
| 7 | As you might imagine, I was interested in your | 07:09:12 |
| 8 | discussion and testimony as to the memo you saw which | 07:09:15 |
| 9 | discussed the terms of the Nokia-Apple license. | 07:09:18 |
| 10 | Could you tell me again, to the best of your | 07:09:31 |
| 11 | recollection, when you saw that memo which contained | 07:09:33 |
| 12 | terms of the Nokia-Apple license? | 07:09:35 |
| 13 | A.  If my recollection is correct, it's right | 07:10:28 |
| 14 | after the press started mentioning that agreement | 07:10:32 |
| 15 | between Nokia and Apple were made. | 07:10:37 |
| 16 | Q.  And did the memo say the source of the | 07:10:41 |
| 17 | information about the Nokia and Apple license? | 07:10:43 |
| 18 | MR. STONE:  And you can answer that yes or no. | 07:11:00 |
| 19 | THE WITNESS:  Yes. | 07:11:05 |
| 20 | BY MR. MILLER: | 07:11:07 |
| 21 | Q.  And as you sit here today, you recall at least | 07:11:07 |
| 22 | some portions of the contents of that memo? | 07:11:09 |
| 23 | A.  I don't recall the contents of it, hardly. | 07:11:22 |
| 24 | The fact that it was mentioned and the source, I | 07:11:37 |
| 25 | remember. | 07:11:40 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

192

| | | |
|---|---|---|
| 1 | Q.  As you sit here today, do you recall the terms | 07:11:42 |
| 2 | that were -- the terms of the Nokia and Apple license | 07:11:46 |
| 3 | that were included in this memo? | 07:11:50 |
| 4 | MR. STONE:  You can answer that yes or no. | 07:12:01 |
| 5 | THE WITNESS:  Yes. | 07:12:06 |
| 6 | BY MR. MILLER: | 07:12:09 |
| 7 | Q.  And what were they? | 07:12:09 |
| 8 | MR. STONE:  I have to instruct the witness not | 07:12:10 |
| 9 | to answer on the grounds you're seeking to invade | 07:12:13 |
| 10 | attorney-client communication and/or attorney work | 07:12:16 |
| 11 | product, and I don't think we can work out a way, at | 07:12:19 |
| 12 | least today, we agree that's not a wavier if he were to | 07:12:21 |
| 13 | provide an answer to that.  Or if I think you were, I | 07:12:24 |
| 14 | don't think Apple's counsel would agree. | 07:12:27 |
| 15 | So in that instance, I need to instruct so as | 07:12:30 |
| 16 | to protect the record. | 07:12:34 |
| 17 | BY MR. MILLER: | 07:12:38 |
| 18 | Q.  As you sit here today, you don't recall who | 07:12:39 |
| 19 | the author of that memo was? | 07:12:40 |
| 20 | A.  That's correct. | 07:12:51 |
| 21 | Q.  And do you recall who it was sent to? | 07:12:53 |
| 22 | A.  I do not. | 07:13:02 |
| 23 | Q.  Was the memo sent to you? | 07:13:03 |
| 24 | A.  I do not recall. | 07:13:12 |
| 25 | Q.  If you're going to try to answer those | 07:13:13 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

193

| | | |
|---|---|---|
| 1 | questions, how would you go about figuring out what the | 07:13:26 |
| 2 | memo said, who it was sent to, and other information | 07:13:30 |
| 3 | about this memo? | 07:13:32 |
| 4 | MR. STONE:  Objection.  Lacks foundation. | 07:13:53 |
| 5 | Calls for speculation. | 07:13:55 |
| 6 | THE WITNESS:  I'm not sure if I understand the | 07:14:10 |
| 7 | question correctly. | 07:14:12 |
| 8 | Are you asking, if I want to find the content | 07:14:13 |
| 9 | of the memo, how I would go about finding it? | 07:14:15 |
| 10 | BY MR. MILLER: | 07:14:19 |
| 11 | Q.  Yes. | 07:14:21 |
| 12 | MR. STONE:  Same objections. | 07:14:21 |
| 13 | I caution the witness not to disclose any | 07:14:22 |
| 14 | attorney-client communications or any work product. | 07:14:25 |
| 15 | THE WITNESS:  May I ask to confer with my | 07:14:41 |
| 16 | counsel briefly? | 07:14:44 |
| 17 | MR. STONE:  Go off the record a moment? | 07:14:45 |
| 18 | MR. MILLER:  I mean, are you inserting a | 07:14:49 |
| 19 | privilege objection? | 07:14:51 |
| 20 | MR. STONE:  I think he has a concern about | 07:14:52 |
| 21 | privilege.  I cautioned him that he can't just answer | 07:14:53 |
| 22 | the question if he thinks in answering the question | 07:14:56 |
| 23 | he's going to need to rely on attorney-client | 07:14:59 |
| 24 | communication or attorney work product.  So he appears | 07:15:02 |
| 25 | to have an issue, so -- | 07:15:05 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

194

| | | |
|---|---|---|
| 1 | MR. MILLER:  The question is about a future | 07:15:06 |
| 2 | act.  I mean, how could that be subject to an | 07:15:07 |
| 3 | attorney-client communication. | 07:15:09 |
| 4 | MR. STONE:  I can't be inside his mind without | 07:15:10 |
| 5 | going on a break and having a brief conversation. | 07:15:13 |
| 6 | MR. MILLER:  Then let's do that. | 07:15:15 |
| 7 | THE VIDEOGRAPHER:  The time now is 7:15, and | 07:15:17 |
| 8 | we're off the record. | 07:15:19 |
| 9 | (A brief recess was taken.) | 07:20:45 |
| 10 | THE VIDEOGRAPHER:  We are back on the record, | 07:20:45 |
| 11 | and the time now is 7:20. | 07:20:47 |
| 12 | Counsel. | 07:20:49 |
| 13 | MR. STONE:  Want to ask the question again? | 07:20:49 |
| 14 | MR. MILLER:  Sure. | 07:20:51 |
| 15 | BY MR. MILLER: | 07:20:51 |
| 16 | Q.  If you were to want to understand who that | 07:20:52 |
| 17 | memo was sent to, what that memo said, or anything else | 07:20:59 |
| 18 | about it, what would you do to accomplish that? | 07:21:02 |
| 19 | MR. STONE:  I'll caution the witness not to | 07:21:26 |
| 20 | disclose the contents of any attorney-client | 07:21:29 |
| 21 | communications or attorney work product in responding | 07:21:32 |
| 22 | to that question. | 07:21:35 |
| 23 | THE WITNESS:  I would look through my PC. | 07:21:43 |
| 24 | BY MR. MILLER: | 07:21:48 |
| 25 | Q.  Do you have any reason to believe it wouldn't | 07:21:48 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

195

| | | |
|---|---|---|
| 1 | still be on your PC -- actually, let me withdraw that | 07:21:50 |
| 2 | and make it a lot easier construction. | 07:22:02 |
| 3 | Do you think it's still on your PC? | 07:22:04 |
| 4 | A.   Since I do not delete files from my PC, if it | 07:22:19 |
| 5 | was addressed to me, it will still be in my PC. | 07:22:22 |
| 6 | Q.   When is the last time you recall looking at | 07:22:25 |
| 7 | this document? | 07:22:27 |
| 8 | A.   Right after Nokia and Apple made that | 07:22:40 |
| 9 | agreement. | 07:22:44 |
| 10 | MR. MILLER:  Nokia will join in the objections | 07:22:46 |
| 11 | that counsel for Apple has made about closing the | 07:22:48 |
| 12 | deposition. | 07:22:50 |
| 13 | I think we will add a Nokia specific | 07:22:51 |
| 14 | objection, which is the fact that we have received an | 07:22:53 |
| 15 | incomplete production of whatever the production is to | 07:22:56 |
| 16 | date, and we don't think -- we do not think that is in | 07:22:59 |
| 17 | compliance with Judge Grewal's order to allow access to | 07:23:04 |
| 18 | and full participation in discovery, which he mandated. | 07:23:09 |
| 19 | So with that additional objection, we will | 07:23:11 |
| 20 | consider the deposition open. | 07:23:14 |
| 21 | MR. STONE:  And I understand the objections | 07:23:15 |
| 22 | raised by both counsel, and obviously we disagree, and | 07:23:18 |
| 23 | no doubt the parties will meet and confer further about | 07:23:22 |
| 24 | this in the pursuing days. | 07:23:26 |
| 25 | So from our perspective, this deposition is | 07:23:29 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

196

| | | |
|---|---|---|
| 1 | adjourned. | 07:23:34 |
| 2 | MR. MILLER:  Well, actually, I believe -- did | 07:23:34 |
| 3 | you have a follow-up? | 07:23:35 |
| 4 | MR. STONE:  Well, I don't think it's | 07:23:35 |
| 5 | appropriate at this.  It's passing the baton. | 07:23:37 |
| 6 | So I think we're off the record.  So let's go | 07:23:42 |
| 7 | off the record. | 07:23:51 |
| 8 | MR. O'NEILL:  Give me a minute. | 07:23:55 |
| 9 | MR. MILLER:  We're sitting here.  He's come a | 07:23:57 |
| 10 | long way.  You're saying the deposition is closed. | 07:24:00 |
| 11 | Surely if we realize in the interim that we have one or | 07:24:01 |
| 12 | two additional questions, you're not going to take the | 07:24:05 |
| 13 | position that we're not going to ask those today. | 07:24:08 |
| 14 | MR. STONE:  He already ended his deposition. | 07:24:10 |
| 15 | He passed the baton to you.  You've now ended.  I would | 07:24:13 |
| 16 | say the deposition is adjourned.  From our perspective, | 07:24:17 |
| 17 | it is adjourned.  I'm happy to give you another minute, | 07:24:21 |
| 18 | Counsel, but I have a client that has a flight to | 07:24:25 |
| 19 | catch. | 07:24:28 |
| 20 | | 07:24:28 |
| 21 | FURTHER EXAMINATION | 07:24:28 |
| 22 | BY MR. O'NEILL: | 07:24:28 |
| 23 | Q.  Mr. Kim, do you contend that you were made | 07:24:29 |
| 24 | aware of the terms of Apple's license with Nokia | 07:24:31 |
| 25 | through any filing that Apple made in the Netherlands | 07:24:35 |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

197

| | | |
|---|---|---|
| 1 | court? | 07:24:39 |
| 2 | MR. STONE:  And you can answer that yes or no | 07:25:03 |
| 3 | or you don't know. | 07:25:04 |
| 4 | THE WITNESS:  Can you re-render it, please? | 07:25:11 |
| 5 | (The question was reinterpreted.) | 07:25:18 |
| 6 | THE WITNESS:  I do not know the agreement | 07:25:34 |
| 7 | terms of the Apple and Nokia agreement. | 07:25:37 |
| 8 | MR. O'NEILL:  That's all I have.  Thank you. | 07:25:41 |
| 9 | THE VIDEOGRAPHER:  Off the record? | 07:25:46 |
| 10 | MR. STONE:  Off the record. | 07:25:47 |
| 11 | THE VIDEOGRAPHER:  This concludes today's | 07:25:47 |
| 12 | deposition.  Total number of media used is five, and | 07:25:49 |
| 13 | we're off the record at 7:25 p.m. | 07:25:52 |
| 14 | (Signature having not been waived, the | |
| 15 | videotaped deposition of SEONGWOO (CLAYTON) KIM was | |
| 16 | concluded at 7:25 p.m.) | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

198

1            ACKNOWLEDGMENT OF DEPONENT

2

3        I, SEONGWOO (CLAYTON) KIM, do hereby

4    acknowledge that I have read and examined the foregoing

5    testimony, and the same is a true, correct and complete

6    transcription of the testimony given by me and any

7    corrections appear on the attached Errata sheet signed

8    by me.

9

10

11    _____    _____

12        (DATE)                    (SIGNATURE)

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

199

1              REPORTER'S CERTIFICATION

2       I, LISA MICHAELS, California Certified Shorthand

3   Reporter No. 6361, RPR, California CRR, CLR, certify;

4       That the foregoing proceedings were taken before

5   me at the time and place therein set forth, at which

6   time the witness declared under penalty of perjury;

7   that the testimony of the witness and all objections

8   made at the time of the examination were recorded

9   stenographically by me and were thereafter transcribed

10  under my direction and supervision; that the foregoing

11  is a full, true and correct transcript of my shorthand

12  notes so taken and of the testimony so given;

13      That before completion of the deposition, review

14  of the transcript (  ) was (XX) was not waived.

15      I further certify that I am not financially

16  interested in the action, and I am not a relative or

17  employee of any attorney of the parties, nor of any of

18  the parties.

19      I declare under penalty of perjury under the laws

20  of California that the foregoing is true and correct.

21      Dated this 17th day of October, 2013.

22

23

24  _____

25              LISA MICHAELS

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

200

1                    E R R A T A   S H E E T

2            IN RE:  Apple -v- Samsung (01846)

3        WITNESS:  Seongwoo (Clayton) Kim

4     PAGE    LINE       CORRECTION AND REASON

5     _____   _____    _____

6     _____   _____    _____

7     _____   _____    _____

8     _____   _____    _____

9     _____   _____    _____

10    _____   _____    _____

11    _____   _____    _____

12    _____   _____    _____

13    _____   _____    _____

14    _____   _____    _____

15    _____   _____    _____

16    _____   _____    _____

17    _____   _____    _____

18    _____   _____    _____

19    _____   _____    _____

20    _____   _____    _____

21    _____   _____    _____

22    _____   _____    _____

23    _____   _____    _____

24    _____       _____

25        (DATE)              (SIGNATURE)

201

1        E R R A T A   S H E E T   C O N T I N U E D

2          IN RE:  Apple -v- Samsung (01846)

3          WITNESS:  Seongwoo (Clayton) Kim

4       PAGE     LINE       CORRECTION AND REASON

5       _____    _____      _____

6       _____    _____      _____

7       _____    _____      _____

8       _____    _____      _____

9       _____    _____      _____

10      _____    _____      _____

11      _____    _____      _____

12      _____    _____      _____

13      _____    _____      _____

14      _____    _____      _____

15      _____    _____      _____

16      _____    _____      _____

17      _____    _____      _____

18      _____    _____      _____

19      _____    _____      _____

20      _____    _____      _____

21      _____    _____      _____

22      _____    _____      _____

23      _____    _____      _____

24      _____  _____

25         (DATE)                    (SIGNATURE)

**A**

**ability**
90:16
**Absolutely**
122:1
**accept**
122:15
**access**
130:2,7,12 136:24
  137:1 154:1
  195:17
**accomplish**
194:18
**acknowledge**
144:12 150:7
  198:4
**ACKNOWLE...**
198:1
**act**
78:20 194:2
**action**
1:9 8:10 191:4
  199:16
**actively**
168:3 169:2,4
**activities**
14:24 15:20,22
  25:17,18,21,24
  25:25 26:2,5
**actual**
42:23
**add**
195:13
**addition**
75:23 190:1
**additional**
195:19 196:12
**address**
49:12 113:1,4
  145:21 150:23
  151:25
**addressed**
195:5
**addresses**
110:4 143:10
**adjourned**
196:1,16,17

**admin**
25:3,6,7,11,12,15
  27:1,2,6
**administer**
8:23
**advance**
9:21
**advantage**
75:12 86:13
**advise**
37:11
**afield**
100:15 111:18
**ago**
14:8,13,15 82:20
**agree**
34:10 53:9,14
  78:11,15,16,17
  88:8,12 144:7
  144:20 149:15
  192:12,14
**agreement**
39:16,24 40:22
  52:5 73:16
  79:10 87:11,21
  88:3 93:13,18
  93:22 94:6,10
  98:24 121:12
  122:18 137:21
  169:9 191:14
  195:9 197:6,7
**agreements**
87:3 88:22 89:16
  90:23 91:4 93:1
  93:8,15
**ahead**
13:1 59:11
**Ahn**
29:12,14,17,23
  30:3,5,24 31:5,8
  31:16,20 32:23
  44:21 74:23
  75:5,9 95:12
**Alex**
4:16 9:1 129:15
  156:13 157:21
  162:12 163:12

**admin**
188:16,17
**Allen**
149:24 150:15
  155:11
**allow**
43:19 45:23
  60:21 195:17
**allowed**
63:11 122:6
**allowing**
87:18 190:21
**Alston**
4:4 8:18
**ambiguous**
57:15 176:6
**AMERICA**
1:10,12 2:5,7
  3:11,12
**amount**
41:20 122:19
  124:10,22 126:2
  126:12,15
**analysis**
24:19 120:12
  135:11
**analyst**
41:23 42:4,7,11
  42:14,17,20,22
**analyzed**
21:1,4,10
**analyzing**
20:18 21:7,23
  22:10,13 23:7
  23:13 123:21
**and/or**
98:2 192:10
**Angeles**
1:21 2:21 8:1,8
**announcement**
48:7
**answer**
12:24,25 14:4,7
  16:8,12 17:11
  17:23 21:13,15
  22:20 23:15,15
  24:7,10 25:20
  27:17 29:19

32:2,10 34:6,11
35:4,9 37:2,11
37:13,22,23
39:6 40:3 43:19
43:21 44:2,5,7
44:15 48:6,13
48:16 49:24
50:6,13,16,17
50:19,20,23
51:16 53:10
55:1 56:10,13
57:2,22 58:1,3
59:3 60:13,22
61:10,16,23
62:1,2,25 63:2
64:16,19 65:2
67:15,18 70:13
70:23 71:7,10
71:12,14,20
75:24 76:14
77:22 78:11
79:7,10,11 80:4
82:14 84:19
87:14 88:25
92:4,7,10 96:23
97:1,2,7,14 98:1
98:12,13,15,17
101:22 102:12
103:2,13,13,19
108:1 110:19
118:24 119:25
121:5,19 122:13
123:11,13,14
125:6 131:17
133:3,7 134:2
135:12,19,23
149:20 150:6,8
154:12 157:13
176:7 187:18
189:19 191:6,18
192:4,9,13,25
193:21 197:2
**answered**
16:4,5,8 20:10
41:11 111:8
125:12 127:10
131:19 135:2

137:5 138:5,15
141:25 142:12
144:19 154:19
179:14,19
184:17
**answering**
19:3 20:21 23:14
26:10 32:3 33:3
33:16 37:20
43:1 57:21
69:17 73:12,22
88:9 96:15
101:24 103:11
125:5 137:19
167:7 193:22
**answers**
11:18 34:17
94:23 100:9
**anybody**
44:13 142:21
**anymore**
189:7
**Anytime**
159:9
**apologies**
72:24
**apologize**
171:3
**appear**
198:7
**appearing**
49:3
**appears**
161:2 193:24
**Apple**
1:4 2:12 3:3 8:11
8:17 12:1,20
13:6,13 31:18
33:7,11 38:20
38:25 39:10,12
39:20,23,23
40:8,21 73:17
74:23 84:10,25
87:2,9 88:13
89:10,12 90:4
90:13 91:15
93:12,15,17,20

Case 5:11-cv-01846-LHK   Document 3227-2   Filed 12/15/14   Page 204 of 233
HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

203

94:5,9,12,25
95:9,16,25 96:3
100:4 101:3
102:2,6,7,10,20
103:6 104:5,12
104:15,19,22,25
105:3,6,9,12,19
106:6,10 108:10
108:12 110:8
111:6,14 112:11
112:19 118:23
119:3 121:3,8
124:11,23 126:3
126:15,22
127:18,20 134:4
136:9 137:4
140:14 141:2,10
142:9,18 143:14
143:18 144:25
145:4 146:2,6
147:25 148:6,18
149:9,11,16
150:12,14
151:15 152:5,17
152:25 153:5,11
153:22,25
154:10,18,23
155:14,18,19,21
161:23 168:1,8
172:18 174:24
175:18,25
185:17,24 186:2
186:21,25
191:15,17 192:2
195:8,11 196:25
197:7 200:2
201:2
**Apple's**
5:11 12:9,16
31:21 32:24
36:18 48:22
49:14,22 50:4
50:11 51:11
53:23 55:7 61:3
61:6 67:10,14
73:9 78:3 87:5
87:23 88:21

89:15,20 90:22
91:4,14 92:15
93:1,6,8 95:18
121:12 122:18
140:20 154:1
175:10 186:19
192:14 196:24
**Apple-Ericsson**
52:4 56:8 57:20
59:22 60:2,11
61:9,21 62:7,10
64:13 66:3
68:22 83:5 92:4
96:21 98:5,24
**Apple-Nokia**
34:3 35:1 36:9
37:9,17 38:22
38:24 39:20
40:1,17 41:9,17
42:12 45:13
47:19 48:3,8,11
62:6 70:21 71:5
73:20 74:20,24
75:2,5,11,14
83:1,3 96:13
124:10,22
125:10 126:11
126:14,21 127:8
130:20,24
132:14 135:2,17
136:4,8 137:11
137:21 138:3,13
139:9 156:24
158:15 159:12
**Apple-Philips**
83:4 92:10
**Apple-Samsung**
95:20 128:3
158:22 185:20
**Apple-Sharp**
83:4 92:7
**appreciate**
16:8 47:13 191:4
**approached**
31:7
**appropriate**
196:5

**approximate**
16:17 169:8
**approximately**
9:19 14:12 16:14
24:20 39:13
82:17 96:10
**April**
91:20 139:19,23
141:9 142:4
144:24 160:10
160:11 167:9,15
167:16 170:16
170:18 171:13
178:21,22
182:16 183:8
188:18 189:5
**areas**
81:14
**argue**
168:6,15
**arguing**
87:12
**argumentative**
19:12 27:14
40:12,19 41:10
115:17 125:21
127:4 147:14
166:9 181:14
**article**
41:22 42:1
**Asfall**
4:12 8:8
**asked**
16:3 17:23 20:10
31:7,11 38:5
41:10 111:7
125:12 127:9
134:25 137:5
138:5,15 141:25
142:12 144:18
154:19 179:14
179:19 184:17
**asking**
24:12 35:12,13
36:24 51:25
52:1,2 58:21,22
71:18 87:8,9,23

92:17 95:10
98:10 111:24
122:2 168:14
181:5 193:8
**aspect**
185:23
**asserting**
63:13,14 75:13
**assistant**
28:15 29:8
**associated**
56:23 92:18
**Associati**
151:18 155:7
186:14
**assume**
89:15 90:22
92:15 93:4
142:1
**assumed**
91:3,13,14 92:17
92:25 93:5,9
**assumption**
91:21
**assumptions**
92:20
**Atlanta**
4:7
**Atlantic**
4:5
**attached**
5:9 140:18
142:24 146:17
160:15 162:22
163:22 164:17
165:16 167:17
170:19 171:15
171:17,18,20
172:12 173:4,22
175:2 176:12
177:7,24 179:1
179:3,25 180:1
180:3 186:7
188:21 198:7
**attaches**
182:25
**attaching**

176:2
**attachment**
107:21 108:6,6
114:7,11,24
115:16 117:6
118:7,8 140:24
141:4 158:6,9
158:11 159:13
160:18 161:22
162:25 163:3,25
164:23 165:1,19
166:6 179:5,11
180:12,14 181:3
182:9 184:9
186:11
**attachments**
68:19,22 114:13
114:19 141:14
147:5,21 149:6
157:2 171:23
172:15 173:25
176:16 177:10
178:3 188:24
**attempting**
94:12
**attention**
115:11 116:22
**attorney**
8:15 12:23 17:10
22:22 23:17
26:11 33:4,18
37:21 38:12
40:5 44:4 56:11
57:24 60:14
61:25 63:3,8
64:17 70:24
71:8,17 73:14
73:23 76:1
96:17,25 97:15
99:2,3 103:12
105:21 108:3
119:14 120:2
121:7,17 122:12
123:12 125:3
131:4,18,23
133:6 134:1
135:21 137:19

146:9 187:16
192:10 193:24
194:21 199:17
**attorneys**
1:18 102:15,16,23
110:12 121:24
143:10 187:20
**attorney-client**
12:22 17:10 19:4
20:22 21:14
22:22 23:16
24:8 26:11,17
30:9 31:24 32:5
33:4,17 34:7
35:5,8 37:21
38:12 40:5 43:2
44:3,16 48:15
50:15 56:11
57:3,24 60:14
63:3,6,8,16
64:17 70:24
71:8,17 73:14
73:23 76:1,12
98:1 102:13
103:12 108:2
111:13,22
112:10 119:14
120:1 121:16
122:11 124:16
125:2,6 131:7
131:18,23 132:2
135:21 137:18
138:17 146:8
153:16 187:16
192:10 193:14
193:23 194:3,20
**Australia**
104:19 151:12,15
**author**
192:19
**available**
49:12
**aware**
11:24 13:4,11,18
14:1 18:24
39:15,22 45:2
59:21,24 60:1

61:2,5 84:3
93:11,16,20
94:4,8 96:12,20
98:4 99:8
110:23 111:4
112:15 113:13
137:13 138:10
145:24 152:19
158:13 168:23
186:13 187:4
196:24
**A-S-S-O-C-I-A-...**
151:19
**a.m**
1:22 8:2,6 46:21
72:5 163:13
167:9

--------

**B**

**B**
4:3 5:8 6:1 7:1
**back**
30:17 32:18
46:23 53:3
59:16 62:21
72:8 74:6 81:25
96:8 97:22
105:17 117:15
117:24 118:3
131:13 134:21
136:13 156:7
169:21 179:22
188:4 189:2
194:10
**Bank**
42:4,6,11,16,20
42:22,23 46:3,3
**banned**
27:25
**based**
32:5 41:14 98:11
98:13 121:15
122:11,21
190:11
**basic**
65:9
**basically**
22:13 39:8

**basis**
64:1 71:15 86:21
88:9 121:18
122:13 147:12
**Bates**
106:21 115:24
160:1 170:5
171:9 172:6
173:12 174:8
176:23 177:18
178:17 182:19
185:8 188:11
**baton**
196:5,15
**Baxter**
129:15 139:18
156:13 157:21
162:12 163:12
**bear**
150:4
**began**
15:8
**beginning**
8:15 54:17 55:5
96:4 159:6
167:24,25
183:12 189:23
**begins**
46:24 72:9
117:25 156:8
**behalf**
3:2,10 4:2 8:17
8:19,21 23:13
128:6
**Belgium**
153:11
**belief**
87:23 91:11,13
**believe**
9:25 16:5,18
18:20 19:17
42:10 44:10
49:2 62:8 66:12
67:24,25 69:25
83:14 84:12
85:1 89:12 90:8
109:2,4,6

114:23 115:14
120:6 132:4,15
135:8 140:6
144:15 149:5
179:10 194:25
196:2
**believed**
124:11,23 126:3
**believes**
126:12
**belong**
133:9
**belonged**
80:15
**belongs**
60:9
**best**
29:1,3 46:17
85:13 191:10
**better**
103:7
**beyond**
53:12 184:13
**Bird**
4:4 8:18
**bit**
16:23 117:17
187:13
**black**
111:20
**Blake**
151:1,11 155:9
**body**
182:15
**Boris**
90:4
**Boston**
3:7
**bottle**
31:12
**Boulevard**
2:20 8:7
**breach**
168:15
**breached**
11:25 12:19 13:5
13:12

**break**
10:25 11:22
16:25 30:10
31:25 32:6,10
32:11,12,13
35:16 43:25
45:7,9 46:15
47:1 52:20
59:11 62:16
64:24 71:23
72:12,19 81:12
97:13 117:18
134:9,11,16
156:1 169:15
187:25 194:5
**breaks**
36:14
**brief**
30:16 31:25
32:17 35:16
36:4,12,24
46:22 53:2
59:15 62:16,20
81:12,19,21,24
97:21 117:23
123:25 131:12
132:23 134:20
156:6 169:20
188:3 194:5,9
**briefing**
158:19
**briefly**
43:21 51:20,22
58:6 193:16
**briefs**
130:11 158:22
**Briggs**
5:20 129:21
136:16,23
138:11 139:7
**bring**
171:3
**bringing**
80:13
**Bristows**
145:24 146:5
**broad**

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

205

16:11 59:5
**business**
115:10 116:21
165:25
**busy**
115:9
**butcher**
151:20

---

**C**

**C**
3:1 4:1,1 5:1 6:1
7:1 201:1
**CA**
1:21 2:24
**California**
1:2,4 2:12,21
3:16 8:1,8 84:10
104:12,15
172:17,20 199:2
199:3,20
**call**
80:21
**called**
17:14 31:6
112:15 151:1
**calls**
17:7 19:21 76:13
85:24 86:16
89:19 111:16,16
115:1 118:16
124:5,14,25
126:6,7,18
128:12 138:5,15
150:18 154:4
157:12 159:15
193:5
**capacity**
145:2
**Caption**
1:17 2:1
**careful**
36:20 59:7,8
134:14
**case**
10:2 27:24 36:19
46:16 60:18
93:8 95:18

113:22 114:4
134:15 137:4
141:10 145:5
155:21 158:23
171:20 180:23
181:19,24 182:8
190:18
**cases**
12:1 101:10,13
102:6,7,25
104:15 106:10
110:8 113:11
127:18 136:9
137:7 140:16
141:12 143:24
144:1,5 145:3
148:5,8,18,20
151:14 152:4,17
155:19 174:23
181:15,16 182:2
182:5 187:2
**catch**
196:19
**caution**
12:3 13:7,14,21
17:8 19:2 20:20
21:5,12,21 22:4
22:12 24:1,6
26:9,24 27:8,20
29:25 33:2,15
34:5 37:19 38:9
38:11 42:25
44:14 48:14
57:22 69:18,24
73:12,21 74:3
75:23 76:11
80:3 81:11 83:6
96:16 101:5
102:21 103:10
105:20 107:25
121:4 123:10
124:15 125:13
131:2 133:13
137:17 138:15
146:7 153:15
187:15 193:13
194:19

**cautioned**
193:21
**cautions**
23:5 38:3,18 39:2
44:23 89:11
125:2 134:7
**cc**
108:15,17,20
109:9,25 151:25
177:6 188:20
**CCRR**
2:25
**cc'd**
150:25
**center**
4:5 19:25 20:1,2
20:6,9,14,15,17
24:15,24 25:19
29:15 31:6,9
95:12 101:8
107:3 115:9
**certain**
17:3 37:25 55:20
56:25 87:8
103:21 122:20
166:5,10
**CERTIFICATI...**
199:1
**Certified**
199:2
**certify**
199:3,15
**chain**
5:15,17,22 6:3,6,8
6:10,12,14,16
6:18,20 7:12,14
7:16,18 115:24
161:14 162:12
178:17 184:12
185:8 188:10
**Chance**
153:8,10,14,19,23
154:9 185:15
**Chang**
7:3,5,8,10 106:25
107:1,2 108:13
108:25 109:12

109:15,22
114:20 115:5
160:13 163:16
163:19,22
166:19 167:13
167:17 170:8,19
173:15,22
174:11 175:1,2
176:1 177:1,21
**change**
26:3,6 47:12 65:5
120:10
**changed**
24:17 120:9
**Chang's**
107:4,12 164:2
170:16 175:16
176:13,15 177:7
177:24
**characterizing**
53:7
**charge**
120:11
**check**
4:16 77:13,15
146:25 170:24
190:12
**chief**
74:14
**CHON**
4:15 9:1
**choose**
51:15 125:6
**Chung**
28:8
**circumstances**
76:4
**civil**
1:9 8:10
**claim**
88:5
**claims**
88:4
**clarify**
58:12 190:16
**clause**
93:10

**Clayton**
1:20 2:16 5:2
8:12 9:12 11:10
197:15 198:3
200:3 201:3
**clear**
26:13 30:21
35:18 50:18
51:8 54:22
87:22 94:19
136:2
**clearly**
14:9
**client**
30:10 105:21
196:18
**Clifford**
153:8,10,14,19,23
154:9 185:15
**close**
169:16
**closed**
196:10
**closing**
195:11
**CLR**
2:25 199:3
**coaching**
36:16
**colleague**
45:25 190:9
**colleagues**
65:8
**collect**
80:11
**collected**
78:9,21 79:4
**colloquy**
36:3 64:3
**come**
31:11 43:6 104:2
189:2 196:9
**comfortable**
94:15
**comment**
42:14,17,19,21
43:5 44:12

Case 5:11-cv-01846-LHK   Document 3227-2   Filed 12/15/14   Page 207 of 233
HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

206

45:12 106:8
190:16
**commentary**
41:22 42:1
**comments**
118:9,12,19
146:17
**Commission**
104:6 106:10
187:6,11
**communication**
12:4 17:10 20:22
21:15 25:4,11
32:5 35:11,13
35:19,25 36:2
43:22 44:4,17
48:15 50:15,22
52:1,3 54:12
58:20,25 60:14
64:17 67:9,21
67:25 68:10,14
70:12,24 71:8
83:7 96:25 98:2
101:6 121:6,17
122:12 123:12
153:17 192:10
193:24 194:3
**communications**
12:12,14,23 14:6
19:4 22:22
23:17 24:8 25:2
25:13,16 26:11
27:1,3,7 33:4,17
34:8 35:5 37:21
38:12 40:5 43:2
49:13,21 50:3
50:10 51:10
53:22 56:11
57:4,24 61:24
63:3 67:13
69:19 73:14,23
76:1 80:5 89:2
95:22 96:16
102:13 103:12
105:22 108:3
111:3 115:10
116:21 119:14

120:2 124:16
131:3,23 133:4
133:6,25 137:18
138:17 146:8
187:16 193:14
194:21
**companies**
21:20 26:2,5 89:4
89:8 92:13
168:4
**company**
1:14 2:9 22:2,15
22:18 23:25
38:5,10 57:11
57:12 82:9
183:17,18,19
**comparable**
123:9 124:1
**compare**
123:16
**competitive**
85:21 86:13
**competitor**
86:10 96:14,22
98:7
**competitors**
21:4,7,8,10,23
23:3 85:11,21
86:12
**competitor's**
22:1,17
**complete**
11:17 146:24
198:5
**completely**
52:14 136:24
**completion**
199:13
**compliance**
195:17
**complicated**
40:23 41:2
169:10
**complied**
83:14
**comply**
83:24

**complying**
80:1
**computer**
79:13,14,16,16,18
79:19 80:13,24
**concept**
16:20 17:1
**concern**
36:13 193:20
**concerned**
30:8 31:23 35:24
36:24 134:8
**concerning**
10:22 87:10
**concluded**
197:16
**concludes**
197:11
**conclusion**
17:7,13,15 19:21
111:17
**concurring**
52:18
**condition**
41:21
**conditions**
89:21
**confer**
10:22 30:10
31:25 34:16
36:25 43:20
51:6,19,22 52:5
58:5 65:7 81:13
193:15 195:23
**conference**
36:5,12 62:14
81:19
**confidential**
1:18 19:18 75:4
84:18 85:5,14
85:17 86:21
87:9 88:2,6
90:14 91:5
121:21 123:2,5
137:11,25 138:2
138:12 139:8
140:19 142:18

149:9,16 150:14
154:1 158:15
159:12 161:24
175:10,18
**confidentiality**
86:24 87:6 88:22
89:16,21 92:16
93:2,6,9
**confirm**
46:15 58:13
97:14 187:25
**confirms**
42:6
**conflict**
10:1
**confusion**
134:8
**conjunction**
161:7
**connection**
78:10 79:5 80:11
136:8
**Connolly**
119:2 144:4
**consider**
37:17 195:20
**consistent**
168:2
**constitute**
36:21 53:11
79:11
**construction**
195:2
**contained**
60:10 62:10 73:8
92:16 137:24
138:2,12 139:8
142:19 159:12
161:23 175:9,18
178:8 181:4,6
182:12,14
191:11
**containing**
176:2
**contains**
79:19 181:10
182:6 183:5

**contend**
36:22 37:2 87:8
196:23
**content**
83:10 142:2
193:8
**contents**
12:3 14:5 17:9
19:3 20:22
21:14 22:21
23:16 24:8 32:4
33:3 34:7 35:4
38:11 40:4 43:1
43:22 44:3,16
48:14 50:14
57:3,23 58:19
58:24 69:18
70:11 73:13,22
75:25 79:8 80:5
83:7 96:24
101:6 103:11
105:21 108:2
119:13 121:6
123:11 124:16
131:3 135:5
137:18 138:16
146:8 153:16
191:22,23
194:20
**continued**
1:17 2:1
**continuing**
103:24
**contractual**
90:15
**conversation**
51:2,15,23 56:14
194:5
**conversations**
58:2
**coordinating**
141:12 145:1,2
**coordination**
145:3 148:17
**coordinator**
101:10,13 102:5
102:25 137:7

148:5 155:19
187:1,1
**copied**
66:18,20,22
110:13 143:20
**copies**
81:10 82:7
157:10
**copy**
67:7 69:22 70:7
70:16 129:6
130:15 136:19
143:1,4 170:1
171:4
**copying**
189:17
**corporation**
1:5,9,11 2:4,6,13
4:2
**correct**
11:10,15,20 12:11
14:19,20,22,23
14:25 15:5,6,10
15:14,15,17
16:21 17:2 18:8
18:12 19:16,19
19:25 20:9,19
21:11,20 22:3
23:4 24:15,16
25:5,11,22 26:1
27:13 29:13
30:25 31:1
35:20 39:1,14
39:17 40:1 41:9
42:3,12,24 48:3
54:6,10,23 55:7
56:20,21 57:14
64:10 66:8,9,17
68:13 73:9 76:6
76:22 77:19
79:23 81:3
84:11,14,25
85:9,11,14,18
85:22 86:14,21
86:25 87:3,6
88:24 89:10,17
90:7,19 91:1,5,9

91:12,16 92:2
93:3 94:14
95:13,15,25
96:3 100:5
102:11 103:6
104:6,16,19,22
104:25 105:3,6
105:9,12 106:25
107:5,13,14,19
108:18 109:16
109:23 110:5
111:6 112:21
116:6,9 120:20
123:2,9 124:3
128:7,10 136:17
137:4 138:25
139:23 140:14
140:15 144:2,5
144:9 145:19
146:2 149:17
150:2,12,16,23
152:18 154:2
155:22 156:24
160:7,10,20
162:2 163:17
165:11 170:9,10
170:17,20
171:13,16
172:10 173:16
173:23 174:12
175:3 177:2,5
177:25 178:21
179:9 182:23
183:22 186:5,8
188:19 191:13
192:20 198:5
199:11,20
**CORRECTION**
200:4 201:4
**corrections**
45:25 198:7
**correctly**
9:3 193:7
**correspondence**
78:2 107:20
**corridor**
31:4

**counsel**
8:14 9:6,9 12:4,9
14:6 26:15,18
30:19 32:20
35:11 37:11
39:4 43:18
45:22 46:25
51:17 52:18
53:5,15 56:14
58:2,9,20,25
59:3,7,18 60:20
61:24 62:3,23
63:18,21 65:10
69:19 70:12
72:10 75:1 77:2
77:3,12 79:9
80:6 82:2 83:7
87:7 88:8 89:2,7
94:16 96:17,25
97:6,24 101:6
104:1 112:7
118:1 121:7,23
123:12 127:24
131:3,6,15
133:4,6,19
134:1,23 148:23
150:4 153:25
156:9 160:13
161:2 168:10
169:23 186:13
188:6 190:7
192:14 193:16
194:12 195:11
195:22 196:18
**counsel's**
64:11 71:3
135:24
**Counterclaim-...**
2:14 3:3
**Counterclaim-...**
2:10
**country**
102:23,23
**couple**
94:13
**course**
190:1

**court**
1:1 8:22 11:18
13:19 14:2
28:18 84:11
90:2 106:19
115:22 129:13
139:15 145:12
146:16 156:11
157:19 159:24
162:10 163:9
164:8 165:7
167:6 170:3
171:7 172:4
173:10 174:6
175:16,25
176:21 177:16
178:15 185:6
186:16 188:9
197:1
**covered**
131:6
**created**
20:1,11,14,24
158:14 160:25
**crime**
11:21
**crosses**
36:21
**CRR**
199:3
**CSR**
2:24
**curious**
22:25
**current**
26:8,22
**currently**
11:12 14:18 28:5
28:7 95:8,15,19
100:4
**CUTLER**
3:5

——————————
**D**
——————————
**D**
4:1 6:1 7:1 201:1
**Daniel**
47:8 68:2,3,4

156:19,22
165:10 170:13
170:24
**date**
8:5 99:8,8,12,14
107:4,12 169:8
195:16 198:12
200:25 201:25
**dated**
5:13,15,17,20,22
5:24 6:3,4,6,8
6:10,12,14,16
6:18,20,23 7:3,5
7:8,10,12,14,16
7:18 90:6 116:6
129:16 145:14
157:24 162:17
163:16 165:10
167:8,15 170:16
171:13 172:10
173:16 174:12
177:2,22 178:21
182:23 199:21
**dates**
49:15
**David**
127:14,15 141:1
157:3,6
**Dawson/Ashurst**
151:2,11 155:9
**day**
48:1 77:17
199:21
**days**
33:9 195:24
**day-to-day**
15:20,22
**deal**
33:7 88:15
**dealt**
120:12
**December**
156:15 157:9
**decide**
34:2,19,25 36:8
37:8 58:14
**declaration**

Case 5:11-cv-01846-LHK   Document 3227-2   Filed 12/15/14   Page 209 of 233
HIGHLY CONFIDENTIAL DEPOSITION OF SEUNGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

208

74:13 75:19
76:8,19
**declare**
199:19
**declared**
9:2,13 199:6
**decrease**
96:6
**decreased**
96:5,5
**DEFENDANT**
3:10
**Defendants**
1:15
**deference**
76:20
**definition**
16:11
**degree**
17:3 37:25
**Delaware**
1:13 2:8
**delete**
67:5 69:5,7,11
195:4
**deleted**
67:6 69:6
**deleting**
69:10
**deny**
109:10
**dependent**
89:1
**Depending**
35:9
**deponent**
8:12 198:1
**Depos**
8:9
**deposition**
1:20 2:16 5:10
6:2 7:2 8:7 9:21
9:22,23 10:7
12:13 29:18,24
46:10 47:3,8
49:12 55:25
77:1 100:16

189:24,24 190:2
190:5 195:12,20
195:25 196:10
196:14,16
197:12,15
199:13
**describe**
78:1 101:4
119:12 133:5,12
133:24 135:5
**described**
89:6
**describing**
27:13 133:6,25
135:4
**description**
133:22
**detail**
27:15
**details**
27:19 66:3 123:2
137:22
**determine**
22:18 23:11
48:11 126:1
**Deutsche**
42:4,6,11,16,20
42:22,23 46:3,3
**develop**
96:13,21 98:6
**dictate**
75:14
**different**
47:9,18 79:1
140:2 176:10
183:9,10 184:1
**direct**
34:20
**directed**
68:16 100:13
**directing**
101:16
**direction**
43:3 199:10
**directions**
33:18 34:8
**directly**

22:25 28:9 70:6
115:7
**director**
15:4,7 19:24 20:9
20:12,13,17
24:14,23 25:2,4
25:10,12,13,15
78:3 142:4,6
**directors**
20:2,6,15
**disadvantage**
85:22
**disagree**
12:16 32:8 43:24
56:16 59:10
75:18 76:7
140:21 146:19
195:22
**disclose**
12:3 35:8 43:22
60:13 69:18
131:3 137:18
146:8 153:16
187:16 193:13
194:20
**disclosed**
86:7 87:24 93:12
93:17,21,23,24
93:24,25 94:5,9
94:16
**disclosing**
40:4 91:15
119:13
**disclosure**
84:18 85:5,20
87:19 88:6 91:5
93:3 168:13
**discontinued**
103:22
**discoverable**
190:4
**discovery**
80:14 195:18
**discuss**
62:15 131:5
**discussed**
30:7 191:9

**discusses**
130:19,23 135:1
**discussing**
42:11 65:17 73:4
132:14 136:4,7
156:23
**discussion**
10:5,9,15 31:14
39:9 41:14
50:21 52:4,11
52:22 62:3
72:14 73:8 81:1
125:15,19
148:13 191:8
**discussions**
43:18 49:15,16,19
79:9 81:5 82:10
88:1 187:20
190:11
**dispute**
38:19,25 39:21,22
57:11,13 95:25
119:3 147:3
185:24 187:11
187:22
**disputes**
57:17
**DISTRICT**
1:1,2
**DIVISION**
1:2
**divulge**
17:9 19:3 20:21
26:10 32:4 33:3
33:16 35:4
37:20 38:11
43:1 44:3 48:14
50:14 56:14
57:3,23 58:2,24
73:13,22 80:5
83:7 96:16
101:5 103:11
105:21 121:6
124:15 125:5
138:16 153:16
187:19
**divulges**

58:19
**divulging**
14:5 21:14 22:21
23:16 24:7 34:7
44:16 61:24
75:25 79:8
96:24 102:13
108:2 120:1
123:11 133:4
**doc**
114:7 164:19
**Doctor**
29:16
**document**
42:5,9 45:4 48:25
74:7 91:18
106:21,22 107:7
109:17,20
111:19,23 116:1
118:4 129:17
133:2,5,8,15,17
133:18,21,23
134:6 135:3,5
136:3,14 137:24
144:11,13,21
149:19,21,21
150:7,8,9,18,20
154:4,7 156:23
157:23 160:15
160:22,24 161:7
162:3,22 163:22
164:17,20
165:16,18
167:17,19,20
170:6 172:7,17
172:21 173:13
174:9 177:19
178:9,18 179:1
180:1,2,7,9
181:20 182:3,12
183:6,7 184:7
185:9 188:12
195:7
**documents**
9:19,24 18:2 45:2
66:2 77:20,25
78:5,9,21 79:5

79:23,25 80:11
81:10 82:7,12
82:23,25 83:2
84:1,2,4 96:8
130:2,7,10,22
131:1,20,21,25
132:13,16,19
135:1,3 170:19
170:22 171:15
172:12,20 173:4
173:22 175:3,5
177:8,25 180:4
182:25 183:3
184:22,25
188:21
**doing**
28:3,5 31:8,9
37:23 44:7,15
50:14,16 57:22
59:7 80:4
103:14 121:5
145:3 148:17
**dollars**
41:24 45:15
122:20
**Dolphin**
3:15
**domain**
113:4
**Donovan**
106:13 116:4,5
189:12,13
**Donovan's**
117:7 118:7
**DOOR**
3:5
**dot**
164:19
**doubt**
121:14 195:23
**downloaded**
130:15
**Dr**
29:14,17,23 30:3
30:5,24 31:5,8
31:16,20 32:23
44:21 74:17,23

**draft**
158:14,22
**drafting**
102:2
**drafts**
128:18,21
**drive**
3:15 143:5
**dropped**
175:20

———————
**E**
———————
**e**
3:1,1 4:1,1,1 5:1
5:8 6:1,1 7:1,1
151:17,18 155:7
186:14 200:1,1
200:1 201:1,1,1
201:1
**earlier**
30:23 46:1 65:17
73:4 100:2,13
104:9 122:22
156:23 161:14
189:15,16 190:9
**early**
30:4,24
**easier**
195:2
**Ed**
106:13
**Eddon**
156:14,19
**Eddon's**
157:1
**edonovan@Kir...**
109:13
**Edward**
116:4,5 189:12,13
**effort**
47:19
**efforts**
80:10
**either**
24:12,21 32:9
38:8 41:22
42:13,18,21

45:15 54:16
63:7,10 68:2
72:13,20 73:5
93:11,16 94:8
122:20 138:21
166:4 171:20
186:11 188:24
**elaborate**
25:23
**electronic**
84:3
**Electronics**
1:8,10 2:3,5 3:10
3:11 8:12
**Ellis**
105:18 106:3,8
110:7,13 111:5
111:13 112:10
114:1,2 118:11
143:23 189:14
189:18
**else's**
41:13 88:6
**Emanuel**
3:14 8:20 47:3
129:24 130:2,6
136:22 140:3,4
140:7,10,17,23
146:16 147:3
158:13 175:8,15
175:24
**embedded**
118:9 146:18
**employed**
14:18
**employee**
31:8 199:17
**ended**
196:14,15
**ends**
46:20 72:4
115:24 117:21
156:3 170:4
**engineer**
25:14 28:15 29:9
65:18,19,21
160:14

**English**
9:3,4 77:6 135:13
**ensure**
36:20
**entered**
12:19 13:13 19:1
39:13 47:23
84:11,25
**entire**
83:10,12
**entirely**
111:20
**entirety**
70:15 79:13,14
**entitled**
51:17 71:20
94:20 111:21
139:7 142:18
160:18
**entry**
49:8
**Eric**
188:15
**Ericsson**
49:14 50:12
51:12 53:24
55:7 57:6,9,10
57:12,14,17
65:17 66:10,13
66:16 70:3
93:17 119:9,20
120:8,15,17,20
121:12,13,21,25
122:2,4 143:24
168:4,22,25
178:5
**Ericsson's**
120:15
**Errata**
198:7
**ESQUIRE**
3:4,13 4:3
**essentially**
53:7
**esteemed**
45:24 190:8
**estimate**

**European**
105:17 187:6,11
**Euros**
41:20,24 45:15
122:20
**evaluate**
21:19
**evaluating**
22:1,17
**evaluation**
120:12,14,16
123:24
**everyone's**
88:3
**exact**
29:6 39:15 41:19
152:23 169:7
**exactly**
15:1 16:16 18:23
23:19,21 24:18
32:25 37:15
41:24,25 42:3
44:9,18 54:16
67:15,18,20,22
84:20 99:9
128:13 145:23
169:3,13
**examination**
5:2 11:1 191:1
196:21 199:8
**examined**
9:14 198:4
**example**
46:2,4 96:2
101:14,14,18,20
102:1,3 103:21
190:18
**exceptions**
190:14
**executive**
101:9
**executives**
74:17
**exhibit**
5:10,11,13,15,17
5:20,22,24 6:2,3

99:11,12,14

6:4,6,8,10,12,14
6:16,18,20,23
7:2,3,5,8,10,12
7:14,16,18
47:14,15,17
48:21 49:1,5,7
74:7,9 78:10
89:24,25 90:3,5
106:15,17,20,24
108:24 109:22
110:5,13 112:25
114:6,24 115:16
115:19,20,23
116:2,3,16
117:2,6 118:4
129:10,11,14,19
136:14 139:7,11
139:13,16,20,22
140:4,18 142:17
142:21,24 143:8
143:21 145:7,10
145:13,15,17
146:16 147:6
148:11,25 149:4
149:7,15 151:5
153:24 155:25
156:5,12,16
157:1,15,17,20
158:1 159:13,21
159:22,25 160:2
160:4,12,18
161:12,14,23
162:6,8,11,14
162:16 163:5,7
163:10,14,16
164:4,6,9,12,14
165:3,5,8 167:3
167:4,7,10,12
169:24,25 170:4
170:8 171:1,2,8
171:10,12,25
172:2,5,8,9
173:7,8,11,15
174:2,4,7,11
175:2 176:18,19
176:22,24,25
177:1,7,13,14

177:17,21
178:11,13,16
179:23,24 180:1
180:3,24 181:1
181:20,24 182:9
182:16,19,22
183:11 185:2,4
185:7,11 186:4
188:7,10,14
189:12
**exist**
84:5
**existence**
35:10,19,25 94:24
94:25
**existing**
90:13
**exists**
67:2
**expect**
53:5
**expected**
151:20
**experience**
85:8
**expert**
127:18 128:4,19
128:22 129:1,7
130:12,16
132:25 141:1
144:8 157:5,10
**explain**
27:15 35:7 42:8
58:17 84:16
**explained**
85:3
**explaining**
17:24
**explanation**
85:6 117:3
**explore**
111:21
**exploring**
190:3
**express**
54:5
**expression**

168:19
**extension**
114:7
**extensive**
85:8
**extensively**
140:13
**extent**
12:7,21 17:6
19:21 58:15
66:4 73:10 89:1
91:17 111:16
126:6 128:11
148:2 155:15
166:7 181:12
186:22
**external**
86:1
**eyes**
1:18 121:24
**E-D-D-O-N**
156:14
**e-mail**
5:15,17,20,22,24
6:3,4,6,8,10,12
6:14,16,18,20
6:23 7:3,5,8,10
7:12,14,16,18
54:18,20,21,22
55:2,6,11,13,18
55:22,24 56:7
56:18 60:6,7,8
60:10 62:10
66:1,18,20,22
66:25 67:2,7
68:15,16,19,21
68:24 69:3,4,5
69:13,16,22
70:2,3,8,16,20
72:13,20 73:4,8
73:19 82:22
100:1 106:24
107:4,12,15
109:12,15 110:4
113:1 114:6
115:13,24 116:3
116:4,6,8,24

117:1,7 118:7
129:15,16
132:21 136:17
136:23 138:20
138:24 139:17
139:18,22 140:4
140:25 143:7
145:14,17,21
147:18 150:22
150:23,24
151:25 156:13
156:14,18 157:2
157:21 158:1,7
158:11 160:6,9
160:15 161:12
161:15,17,18,23
162:12,16,17,19
162:22 163:3,12
163:16,19,23
164:2,10,10,14
164:18,25
165:10,13,17
166:6 167:8,8
167:12,15,18
170:8,16,20
171:9,12,16,21
172:6,9,13,22
173:5,12,15,18
173:23 174:8,11
175:17 176:1,13
176:15,23 177:1
177:4,7,18,21
177:24 178:17
178:20,20 179:1
179:4,8,25
180:3 182:15,19
182:22,25
183:20 184:3,6
184:9,12 185:7
185:11 186:4,7
188:10,14,18,22
189:11,18
**e-mails**
69:8,12 78:7 84:2
108:13 114:14
116:23 160:1
163:11 165:9

166:13,16,17,20
166:21,24,25
189:2,5,9
190:20

**F**
**fact**
50:24 51:1 89:15
110:21,25
112:23 115:12
116:23 149:13
191:24 195:14
**facts**
76:15 110:18,19
144:12 147:2
**fair**
16:1
**fairly**
10:20
**false**
76:19 124:2
**familiar**
15:16 16:2,20
17:1 106:2,12
113:12,17
116:19 127:13
149:24 151:1,17
152:7,13 153:2
153:7
**far**
12:5 48:17 67:19
75:7 100:15
111:17 187:9
**FD**
27:24
**February**
26:7
**feed**
47:4,7,10
**feel**
10:13 36:17
52:16
**figure**
34:11 78:25
162:3
**figuring**
193:1
**file**

114:7 117:10,11
118:6,8 161:3
165:18 170:21
171:22 173:24
175:5,6,9,17
176:2,12 178:1
178:5 179:3
181:5,10 182:6
183:2,5,11,12
186:7 188:23
**files**
67:5 79:20 189:8
190:19 195:4
**filing**
118:19 196:25
**filings**
106:8 118:12
**final**
129:1,7 180:16
184:11,15
**final.doc**
118:9
**financially**
199:15
**find**
22:25 90:24
151:7 193:8
**finding**
193:9
**fine**
37:4 44:1,8 87:17
95:1 171:5
**finish**
101:22
**firm**
46:13,14 106:2
110:23 112:15
143:15 145:24
146:1 149:24
150:2 151:1,4
151:11,17 152:2
152:7,10,13,16
152:19,23,24
153:2,4,7
174:19,20
**firms**
111:23

**first**
9:13 14:14 20:8
20:12 34:22
47:14 82:8,19
90:10 98:22
99:18 106:24
114:6 116:3
121:20 139:17
139:18 151:25
156:14,19
162:16 163:11
164:10 165:10
167:8,12 172:16
172:21 185:11
186:15 187:8
188:15
**Fish**
112:16,18 113:3,7
113:14,18
118:18
**five**
49:11 197:12
**five-page**
162:12
**flight**
196:18
**floor**
2:20 3:15 31:5
**FOERSTER**
2:19
**folks**
71:24
**follow**
60:25 61:1 64:9
64:11 65:12,14
71:2,3 122:16
132:12 135:24
**following**
9:4 33:23 132:10
**follows**
9:15
**follow-up**
196:3
**foregoing**
198:4 199:4,10,20
**foreigners**
80:14 82:10

**form**
82:21 88:9 129:4
129:7
**formulate**
96:2 102:10,19
119:23
**formulated**
102:23
**Formulating**
102:14
**forth**
49:4 96:8 199:5
**forward**
10:14 44:12
142:21 148:11
148:25 149:4,6
158:11 164:2,25
176:15 180:20
**forwarded**
163:2 171:18
180:11,14,18
181:3,5,20
182:9 183:7
**forwarding**
180:21
**found**
151:6
**foundation**
40:2 75:22 76:10
85:23 86:15
89:18 109:18
110:14 111:15
114:25 118:14
123:19 124:4,14
124:25 126:5,17
128:12 138:4
144:10 149:18
150:17 154:3
159:14 175:22
193:4
**four**
65:22
**fourth**
151:8
**frame**
92:18
**framed**

35:15
**France**
105:3 146:2
147:25 148:8,20
150:2,12
**FRAND**
107:19,21,24
117:13 118:12
158:19,22
**frankly**
81:12
**free**
10:13
**French**
146:17
**Friday**
156:15
**Friedberg**
80:9 81:9 82:7
**front**
48:25 87:19
94:16 129:14
168:14
**FR.com**
113:1,2
**FTP**
130:2,7,13,16
136:24 137:1,10
138:2,12 139:2
**full**
11:3 190:4
195:18 199:11
**fun**
40:11,14
**function**
146:4
**further**
58:7 195:23
196:21 199:15
**future**
194:1
**F-R-I-E-D-B-E-...**
80:10

———————————
G
———————————
**gain**
75:12 86:13
**garnered**

88:1
**garovas@Kirkl...**
109:23
**general**
15:24 33:1 93:10
141:17
**generally**
16:1 78:1 95:23
119:13
**generated**
23:17 128:5
130:22 132:13
132:17 135:1
136:3
**Georgia**
4:7
**Germany**
152:25
**getting**
85:6
**ghalling@shep...**
174:15
**Giho**
28:14
**give**
16:17 29:5 37:1
84:1 99:11
116:11 169:8
196:8,17
**given**
33:18 34:9 36:18
36:22,23 59:5
80:25 100:20
198:6 199:12
**go**
11:9 12:25 30:12
32:7,14 34:15
34:17 35:5 36:4
46:7,19 47:17
52:12,17,23
58:10,11,25
59:11 62:15
105:17 193:1,9
193:17 196:6
**goes**
180:19
**going**

**going**
10:4,7,10,13,23
20:20 32:9,12
32:13 36:3 47:5
52:21,22 53:6
56:9 58:5,10
60:21,25 62:24
64:2,4,9,15 65:5
65:7,12 74:17
78:15,16,17
87:12 97:25
100:17 117:19
131:22 132:6
168:6 192:25
193:23 194:5
196:12,13
**good**
8:4 45:6 46:2
73:2 101:14,18
**Gray**
118:22 144:1
**Great**
168:17
**greatly**
22:6
**Grewal**
49:11 74:12
75:20 94:19
122:6
**Grewal's**
10:1 12:8 48:21
69:14 78:10
79:5 80:1,11
82:13 84:4
100:12 195:17
**ground**
9:22 64:16
**grounds**
44:2 51:21 56:10
60:13 63:2
70:23 71:7
111:21 131:17
135:20 192:9
**group**
15:5,21 25:3,5,11
25:12,15 27:1,6
54:24 55:8,15

56:19,22,23,24
56:24 57:8 60:8
65:16 66:10,13
66:16 97:11
98:9,11,25
123:23
**guess**
15:23 34:13
88:15
**guy**
112:1 156:14,19
**G-I**
29:8

---
H
---

**H**
5:8 6:1 7:1 200:1
201:1
**HALE**
3:5
**half**
77:17 96:11
99:18
**handed**
157:19 163:9
173:10 174:6
176:21 177:16
185:6 188:9
**handle**
18:3
**handled**
18:15
**happened**
14:16 51:2 67:20
**happy**
196:17
**hard**
16:11,23 81:10
82:7 90:24
143:5
**hard-copy**
79:22,25 84:3
**head**
29:14 31:5 95:12
**headline**
167:22 168:3,21
169:1
**hear**

34:14 98:22
**heard**
14:14,16 93:14,14
125:22
**hearing**
187:8
**heavily**
9:25
**held**
2:17 91:11
**Helen**
145:14,17,22
**help**
102:9 119:23
190:16
**helped**
96:2 104:18,21,24
105:2,5,8,11
**helpful**
22:7,9,11
**helping**
102:19 104:4,11
104:14 120:22
**HENRY**
4:15 9:1
**Heungju**
6:23 160:14
183:24
**hierarchy**
40:24
**high**
103:24 172:25
180:17
**higher**
96:9
**HIGHLY**
1:18
**hired**
127:17,19,20
154:16
**history**
87:20
**Hojin**
7:3,5,8,10 106:25
107:1,2 160:13
**Hold**
34:18

**holding**
9:22,23 189:24
190:5
**home**
79:17,19
**Hopson**
5:24 145:14,17,22
150:14,22
166:23
**hours**
9:18
**housekeeping**
9:7,17 47:1
**hundred**
122:19
**hundreds**
41:20 45:15
**hypothetical**
86:16
**Hyuk**
65:19
**Hyung**
65:19
**H-O**
29:8
**H-O-O-N**
29:7
**H-O-P-S-O-N**
145:18
**H-Y-U-B**
29:9

---
I
---

**idea**
143:20
**identification**
47:15 89:25
106:17 115:20
129:11 139:13
145:10 156:5
157:17 159:22
162:8 163:7
164:6 165:5
167:4 169:25
171:2 172:2
173:8 174:4
176:19 177:14
178:13 181:1

185:4 188:7
**identify**
8:14 35:10,24
36:1 42:5
**identifying**
42:8
**identities**
47:11
**imagine**
191:7
**implicate**
63:5,15
**implicates**
58:18 63:2,7
**import**
27:25
**important**
19:11,16 27:23
85:19 101:17
181:4,6,10
182:6
**imported**
28:2
**improper**
36:15 60:16
190:2
**inadvertently**
190:9
**inappropriate**
52:15 59:8,9
**include**
55:9 56:19 66:2
86:23 135:11
**included**
45:16 109:9
136:23 137:10
138:20 140:5,19
158:15 175:17
192:3
**including**
45:17 49:15
89:10 96:7
145:5 148:8,20
155:21 168:4
173:20
**incomplete**
86:16 195:15

HIGHLY CONFIDENTIAL DEPOSITION OF SEUNGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

**incompletely**
146:18 176:3
186:15 187:5
**inconsistent**
12:8
**increase**
96:9
**independent**
81:16
**indicate**
126:12,15
**indicating**
124:10,22 126:2
**individual**
66:15 97:9 98:8
170:9
**individuals**
28:13 65:22
68:11 108:14
110:3 112:25
162:20 170:10
**industry**
168:4
**inform**
104:1
**information**
19:19 53:8 62:9
64:12 73:19
75:8 76:12
84:18 85:5,18
85:19 86:1,7,11
86:13 87:25
88:6,13 89:1
91:5 94:16,20
97:6 98:19,24
99:6,21 121:21
125:3 126:7,9
136:7 139:8
140:20 142:19
149:9,17 150:15
154:1 159:12
161:24 175:11
175:19 181:4,7
181:11 182:6
187:19 191:17
193:2
**informed**

74:19
**initial**
119:17,18
**initially**
47:6
**inquire**
52:20
**inquiring**
81:14
**inserted**
161:4 183:13
**inserting**
193:18
**inside**
194:4
**instance**
11:24 13:18 14:1
93:11,16,20
98:4 123:4
192:15
**instances**
94:4,8
**Instant**
186:15
**instruct**
12:24 24:9 32:9
43:23,25 44:2
56:9 61:15 63:1
64:15 70:22
71:6,14 79:9
97:1,25 122:13
135:18,23
157:12 192:8,15
**instructed**
63:22 98:12
**instructing**
12:11 18:3 50:19
60:12 61:25
65:1 97:7 98:16
121:19 123:13
131:16 132:7
**instruction**
12:7 13:7,14,21
26:14 33:24
41:1,4,13 43:24
44:8 56:16
60:20 64:10,11

65:13,15 71:2,3
97:12 122:15,16
132:10 135:25
**instructions**
49:4 51:13 60:25
130:1,5 136:23
**intellectual**
74:14
**intended**
19:18 47:6
**intending**
10:6
**interchangeably**
25:14
**InterDigital**
144:2,5
**interest**
142:8,13
**interested**
191:7 199:16
**interim**
196:11
**International**
104:5 106:9
**internet**
33:10,14 34:3
35:2 36:10
37:10 40:8,18
41:9,18 43:6
44:21 45:3,5
48:2,8,11 121:3
122:23 125:10
**interpreted**
9:4
**interpreter**
9:15 11:6 19:8
25:6 27:2 28:24
45:22,24 46:6
72:15,24 77:11
77:13,14,15
81:2 105:25
110:15 113:16
135:14 146:25
148:14,23 150:4
170:24 190:7,8
**interpreters**
4:14 81:1 148:13

**interview**
80:19,21
**invade**
12:22 56:10
64:16 70:24
71:8,16 98:1
131:17 192:9
**invasion**
30:9 31:24
**investigation**
108:10,11 118:13
118:20
**involved**
15:12 23:18 26:1
26:4 95:24
100:4 115:7
140:16
**involvement**
95:16,19 96:5,6
105:14,16 106:5
128:3 158:18
187:10
**in-house**
9:9 97:6
**IP**
19:25 20:1,2,6,9
20:14,15,17
24:15,24 25:19
31:9 68:7,8
79:12 80:13
83:21,22 101:8
101:16 111:2
113:9 115:8
**IPC**
20:24 107:3
**issue**
12:9 58:14,16
64:25 90:25
121:14 122:7
127:22 193:25
**issues**
71:25 82:12
107:19,24 128:9
141:23 142:5
158:14,19,22
**Italy**
104:25 152:2,5,11

186:14,21
**ITC**
27:23 84:24,25
85:4 95:18
107:19,21,23
108:7,11 110:8
117:10 137:4
141:10 158:14
158:19,22

_____
**J**
**J**
141:1 157:6
**James**
4:11 9:10 161:15
178:21
**Japan**
105:6 143:18
144:9,17,25
145:5
**Japanese**
143:14
**Jay**
54:2 60:9 68:21
98:25
**Jin**
176:1
**Jo**
4:16 9:1 176:1
**job**
1:23 21:19 26:8
26:16,22 27:13
102:9,14,15
**join**
195:10
**joined**
15:19,21,21
**Jonghoon**
28:16
**Joon**
65:18,21
**Joonkyo**
28:8
**JOSE**
1:2
**jselendy@Kirkl...**
109:16
**judge**

10:1 12:8 18:1
48:21 49:11
69:14 74:12
75:20 78:10
79:5 80:1,11
82:13 84:4
94:19 100:12
122:6 195:17
**judge's**
49:4
**July**
19:24 20:4,8 90:4
90:6 91:3 92:22
92:23,25 93:5
173:16,17
174:12,13 176:1
176:13 177:2,3
177:22,23
182:23 184:25
186:5,6 187:4
**June**
19:24 20:4,8
39:14 74:15
120:23
**Junghyub**
28:15
**J-A-Y**
54:6
**J-O-N-G**
29:7
**J-U-N-G**
29:9

**K**
**Kassabian**
47:2
**keep**
69:8,12 79:17,19
79:22 81:10
82:7 85:13
**Ken**
47:5
**Kenneth**
108:23 116:14
**KE-FR**
118:9
**Kim**
1:20 2:16 5:2,10

5:13 6:2 7:2
8:13 9:12 11:5,9
11:10 12:18
13:4,11,18
14:18 30:23
32:23 34:25
36:8 37:8 39:12
41:7 47:15,17
48:20,21 53:22
59:21 65:16,19
66:8,15,16,18
72:12,19 73:4
74:6 76:25 82:6
89:25 90:2,3
106:17,19,20
112:6,9,15,25
114:24 115:16
115:20,22,23
116:3,16,25
117:6 118:3,3
125:9,18 129:11
129:13,14
132:11 134:25
136:2,13,13
139:13,15,16
142:17 145:10
145:12,13,15
146:15,16 147:5
148:11,25 149:4
149:6 150:11
151:5 153:24
156:5,11,12,16
157:17,19,20
159:13,22,24,25
160:2 161:12,14
161:23 162:8,10
162:11,14,16
163:7,9,10
164:6,8,9 165:5
165:7,8 167:4,6
167:7,10,22
169:25 170:3,4
171:2,7,8 172:2
172:4,5 173:8
173:10,11 174:4
174:6,7 176:19
176:21,22

177:14,16,17
178:13,15,16
179:22,24 181:1
181:3 182:18
185:4,6,7
186:13 188:7,9
188:10 191:3
196:23 197:15
198:3 200:3
201:3
**Kim's**
180:11 190:4
**kind**
42:5
**kinds**
168:2
**Kingdom**
105:12
**Kirkland**
105:18 106:2,8
110:7,13 111:5
111:13 112:10
113:25 114:2
118:11 143:23
189:14,18
**Kirkland.com**
110:4
**Kirkland.coms**
110:6
**knew**
75:4
**know**
12:5 14:9,10
15:23 16:23
17:23,24 18:23
19:5 22:2 23:20
23:22 24:7 30:7
34:13 39:25
40:9 47:12 49:6
57:19 59:3 61:8
63:12 67:2,20
69:22 71:4,11
71:13,20 74:2
76:3,15,17,23
76:23 79:12,25
80:7,16 82:8
84:20 86:10

87:20 88:1 89:3
89:6,20 97:9
98:7 105:24,25
106:4,4,5,7
108:4 110:9,11
110:11,12,18,19
110:21,22,25
111:1,9,25
112:3,12,20,22
112:23 113:3,5
113:6,7,12,17
113:18,25
114:10 118:11
118:16,18,22
119:2 121:11
122:17,25
126:19 128:4
129:21,23
130:15,17 131:6
132:17 134:14
135:8,13,14
136:11,14
137:20,21,24
138:1,6,20,21
138:23,24 139:1
139:4,6,10,24
140:9 142:2,16
142:20 143:22
143:25 144:3,6
144:22 145:23
147:2,18,21
149:13 150:1
151:3 152:1,10
152:15,23
154:13,20 155:2
155:4,6,10,12
157:8,14 159:11
159:18,19
160:24 161:3,5
161:10,20,22
162:1 163:2
165:21,23
168:21 169:1,7
170:15 171:17
175:1 178:8
179:20 181:10
181:16,17,19

182:3,5 184:12
185:1 186:17
187:7 189:17
197:3,6
**knowing**
22:5
**knowledge**
61:21 75:11
87:10 98:11
174:21 190:4
**known**
60:3 74:21
**knows**
12:9 58:4,9,22,22
71:20 121:15
**Ko**
68:2,4,24 71:4
72:13,20 73:5
153:2 154:15
170:13,24,24
**Korea**
11:13 47:5 99:5
105:9 108:23
116:14 153:5
**Korean**
1:9 2:4 4:14 9:3,4
54:5 108:18
140:1 146:23
154:16 172:23
176:9 183:14
**Kwon**
6:23 65:19 66:12
66:20 160:14
171:12,15,17,19
172:9,12 182:22
183:24 184:21
**Kwon's**
172:22 173:4
182:25 183:20
**K-I-M**
11:7
**K-O**
170:25
**K-O-H**
170:14

**L**
**lacked**

93:6
**lacks**
40:2 75:22 76:10
85:23 86:15
89:18 109:18
110:14 111:15
114:25 118:14
123:19 124:4,13
124:25 126:5,17
128:11 138:4
144:10 149:18
150:17 154:3
159:14 193:4
**Lasher**
188:15,16,17,18
188:21 189:11
189:17
**latitude**
100:10,21
**law**
11:19 106:2
110:23 111:23
112:15 143:15
149:24 150:2
151:1,4,11,17
152:2,7,10,13
152:16,19 153:4
153:7 174:19,20
189:14
**laws**
199:19
**lawyer**
13:11 51:15 66:8
66:10,13,16,17
68:5,7 83:19
107:3 113:7
129:23 140:10
141:21 185:15
189:18
**lawyers**
69:23 70:4,8
104:1 123:20,23
140:15 143:20
144:8,17 149:16
151:4,6 161:4,6
**lawyer's**
33:24 64:9 65:12

65:14 71:2
122:15,16
132:10
**laying**
175:22
**lead**
35:15 95:11
179:10 190:8
**leader**
15:22 18:15
20:25 21:3
27:10
**leading**
36:15 168:4
**leads**
115:13
**leaks**
75:8
**learn**
41:17 47:19 48:2
61:14,18,20
**learned**
39:19 58:8 61:8
62:5 71:4
**leave**
10:13
**Lee**
28:15 65:18,21
66:10,22 153:2
154:15
**left**
115:8
**legal**
8:9 16:22 17:7,13
17:14 19:21
23:18 33:19
34:9 43:3 68:7,8
79:12 80:13
83:21,22 101:16
111:2,17 115:6
135:11
**letter**
5:13 90:4,6,7
91:20 102:2
**letting**
64:19 71:12
131:20

**let's**
16:25 30:12 32:7
32:14 34:17
35:18 36:4
46:19 51:5
52:12,17,23
58:11,25 62:15
115:19 134:15
155:24 167:2
194:6 196:6
**level**
101:5 122:20
141:11 145:1
148:5,17 155:18
186:25
**liability**
1:13 2:8
**license**
22:19 31:21
32:24 34:3 35:1
36:9 37:9,18
38:23,25 39:13
39:20,24 40:1
40:18 41:9,18
42:12 45:13
47:19 48:3,12
49:22 50:4,11
51:11 52:4 55:7
56:8 57:20
59:22 60:2,11
61:3,6,9,22 62:6
62:7,10 64:14
66:3 67:10,14
68:22 70:3,21
71:5 73:9,20
74:20,24 75:2,5
75:6,12,15
85:17,20 87:2
87:23 88:7,21
89:15 90:22
91:4,15,16 92:5
92:8,11 93:1,3
93:13,18,21
94:6,10,13
96:13,21 98:5
119:6,9 120:7
121:3,12 122:18

123:6 124:10,12
124:22,24
125:10 126:1,2
126:4,11,14,16
126:22,23 127:8
130:20,24
132:14 135:2
136:5,8 137:11
138:3,13 139:9
156:24 158:16
191:9,12,17
192:2 196:24
**licensed**
22:3,6,15 23:7
**licenses**
49:14 53:23 85:9
85:14 86:21,24
87:5,9 88:23
89:17 92:16
93:6 123:2
140:20 142:10
**licensing**
14:24 15:4 21:11
24:19 25:17,18
25:18,21,24,25
26:2,4 39:21
40:21 57:13
68:5 74:17 78:3
85:10 90:13
96:3,14,22 98:6
120:13,17 128:9
141:23 142:5,6
142:18
**licensing-related**
15:3
**limited**
1:13 2:8
**line**
35:14,24 36:21
49:8 64:21 65:2
67:12 74:12
92:13 101:15
107:15 108:14
108:15,17,20
109:9,20,25
116:14,15 117:6
140:24 151:5,8

151:9,25 156:15
157:22 162:13
168:19 169:7
174:14 200:4
201:4
**Lisa**
1:25 2:24 199:2
199:25
**listed**
55:21 108:14,20
110:4 111:23
116:8,13 118:6
136:16 139:6
140:2 142:16
151:4 156:14
170:12 183:11
**lists**
114:6 129:15
**litigation**
15:12,13,17 16:2
16:21 17:2,5,20
18:1,2,24 21:11
27:24 31:17
57:10 74:24
84:10,24 101:3
102:10,15,19,22
103:1,5,21,25
111:5 112:1
113:14 114:1
118:23 144:25
146:2 149:10
150:12 152:25
153:20,22
154:16,23
155:14,18 159:3
159:6 172:18
185:19
**litigations**
12:20 13:6,13
15:9 16:14,20
18:7,9,12,15,19
18:21 19:6,8
95:20 100:5,8
101:15,17 104:5
104:12,13,15,18
104:21,24 105:2
105:5,8,11,19

105:5,8,11,19
106:6 111:14
112:11,19 128:3
140:14 143:14
143:17 146:6,13
147:25 153:5,11
153:25 154:10
154:18 185:16
185:21 186:2,21
186:25
**litigator**
113:9
**little**
16:23 97:13
117:17 156:1
187:13
**live**
11:12 47:4
**LLC**
1:12 2:7 3:12
**LLP**
3:5,14 4:4 145:24
**located**
99:4 108:22
174:20
**location**
8:7 47:9
**log**
51:3 52:8 53:7
**long**
14:8,12,12 77:16
83:9 117:16
196:10
**longer**
84:5
**look**
23:21,24 33:9,13
34:2,19,25 36:8
37:8 40:14,17
41:8 42:2,23
77:20,25 78:7
90:9 145:20
151:24 159:2
162:3 181:11
194:23
**looked**
33:21 40:7 42:6

42:10,16 43:5
78:2 125:18
**looking**
22:14 40:11,21
48:25 49:18,20
107:7,8 116:2
116:10 121:2
125:9 126:8
127:7 129:18
133:22 157:9
176:25 184:13
185:10 195:6
**looks**
45:16 172:14
180:9 186:9
**Los**
1:21 2:21 8:1,8
**lose**
103:23,24
**lot**
40:24 100:10
195:2
**low**
103:23 189:8
**lower**
180:19
**lunch**
64:24 65:6,8
71:24 72:6
**luncheon**
72:7
**L-E-E**
29:10

─────────────

**M**
**mail**
84:1 92:24
**mails**
96:8 147:16
**main**
25:5 28:6 45:24
77:13 190:11
**majority**
100:16
**making**
101:16 106:9
190:16
**manage**

104:4,11,14,18,21
104:24 105:2,5
105:8,11
**managed**
112:1
**manager**
28:14,14,15 29:8
29:8
**managing**
137:3 141:9
144:24 147:25
155:14 186:18
186:20 187:22
**mandated**
195:18
**manner**
9:25
**Mar**
160:19
**March**
24:14,17 29:12
49:13,22 50:4
50:11 51:11
53:23 67:10,14
68:12 91:12,14
92:19,20 107:5
107:9,13,18,20
107:22 116:6,20
129:16 136:17
137:3 157:22,25
158:2,13,24
159:7,8,9
162:13,17,18
163:12,17,18
164:11,15
165:11 166:15
166:19
**mark**
47:14 89:23
106:15,20
115:19 129:9
139:11 145:7,13
155:24 157:15
157:20 159:20
167:2 169:24
171:1 174:2
176:18 177:12

178:11 180:24
185:2
**marked**
47:15 48:21
89:25 90:3
106:17 115:20
115:23 129:11
129:14 139:13
139:16 145:10
156:5,12 157:17
159:22,25 162:8
162:11 163:7,10
164:6,9 165:5,8
167:4,7 169:25
170:4 171:2,8
172:2,5 173:8
173:11 174:4,7
176:19,22
177:14,17
178:13,16 181:1
185:4,7 188:7
188:10
**marks**
140:1
**Massachusetts**
3:7
**materials**
10:17
**matter**
8:10,11 9:8,17
47:1 55:16 76:4
100:11,19 189:7
**matters**
15:3,12,14 55:16
113:15,21 114:1
114:3
**McKeon**
113:6,11
**mean**
10:2,3 25:23
34:18 41:12
42:8 43:24 51:2
55:12 58:8
87:18,22 93:24
102:6 103:9
161:6 169:4
175:14 193:18

194:2
**meant**
103:20
**media**
46:20,24 72:4,9
117:21,25 156:3
156:8 197:12
**meet**
10:21 80:17 81:3
81:4 195:23
**meeting**
74:16 77:2,8,16
77:18,21 81:5
120:23
**meetings**
119:17,18,20,24
120:5
**Melin**
74:15,22 75:3,9
75:19 76:7,20
**Melin's**
76:18
**members**
98:25
**memo**
135:6,9,11,16
191:8,11,16,22
192:3,19,23
193:2,3,9
194:17,17
**memory**
40:17 41:8 109:7
**mention**
43:6 45:23 46:6
**mentioned**
42:19 56:18
133:10 156:25
189:16 191:24
**mentioning**
191:14
**met**
80:9 128:16
140:11
**Michael**
113:6
**Michaels**
1:25 2:24 199:2

Case 5:11-cv-01846-LHK   Document 3227-2   Filed 12/15/14   Page 218 of 233
HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

217

199:25
**middle**
116:15 134:11
**Milan**
186:16
**Miller**
4:3 5:4 8:18,18
28:22 35:18
53:16 65:5 73:2
76:20 78:15,17
88:5 122:1
191:2,3,20
192:6,17 193:10
193:18 194:1,6
194:14,15,24
195:10 196:2,9
**million**
45:15 122:20
**millions**
41:20
**mind**
117:16 194:4
**mine**
173:20
**minute**
45:8 116:11
134:9 196:8,17
**mischaracterizes**
19:13 48:4 66:5
70:9 73:11
76:10 91:18
142:11 147:13
148:3 155:16
166:8 181:13,21
186:23
**mispronounce**
74:18
**misstating**
107:6
**mobile**
25:2,4,10,12,15
27:1,2,6 111:3
115:9 116:20
**Modiano**
152:7 155:5
**moment**
36:25 47:9

145:20 193:17
**months**
82:19
**morning**
8:4
**MORRISON**
2:19
**motion**
5:11 48:22 63:20
**Motorola**
168:5
**move**
63:24 65:10
112:7
**moved**
24:19 120:13
**moving**
120:16
**muddy**
190:17
**multiple**
100:5
**M-E-L-I-N**
74:15
**M-O-D-I-A-N-O**
152:8

_____

**N**
**N**
3:1 4:1,1,1 5:1,1
6:1,1 7:1,1
72:16 201:1,1
**name**
8:8 11:3,9 54:3
56:23 72:16
83:18 98:20,21
107:3 108:20,22
109:9,25 113:12
113:17,22
116:12,13,19
117:4,10,11
118:6,8 127:16
136:18 140:10
152:9,23 158:3
160:8 161:3
162:21 163:21
164:16 165:12
165:15,18

167:14 170:11
170:12,12 177:6
178:6,25 180:2
183:5,7,11,12
183:25 188:20
191:3
**named**
106:12 127:13
128:4
**names**
28:17,22 29:2
49:16 108:17
140:1 170:21
171:22 173:20
173:24 178:2,5
183:2 188:23
**nature**
36:23 51:23
61:18 71:18
**NDA**
87:13 88:4,10
94:23 121:14
168:8
**NDAs**
94:24
**need**
10:16 31:25 32:6
34:15 35:5,16
36:12,19,24
43:20 51:5,14
51:19,22 52:5
52:10,12 58:13
62:14 63:12,19
71:24 81:11,12
81:17 87:11,20
88:2 97:5,14
162:3 192:15
193:23
**negotiate**
86:20 94:13
**negotiating**
85:8
**negotiation**
120:23
**negotiations**
39:10 75:13
85:10 95:9,16

96:7 119:6,9
120:8,20 121:2
168:24
**Netherlands**
104:22 152:17
196:25
**never**
17:23 84:14
**New**
1:10 2:5
**news**
42:14,19,21 44:12
45:12
**nine-page**
164:10 165:9
**Nokia**
4:2 8:19 31:21
32:24 33:8,11
39:12,23 40:8
40:21 49:14
67:10,14 70:8
73:9,17 74:16
74:19 75:4,7,13
87:7,19 91:15
93:12,15 94:17
119:6 120:24
121:2 122:6,18
123:16 134:4
168:5,14 169:2
169:5,9 191:4
191:15,17 192:2
195:8,10,13
196:24 197:7
**Nokia's**
74:13 121:3
123:9 124:1
**Nokia-Apple**
126:1 191:9,12
**nonparties**
19:19
**non-privileged**
36:15
**normal**
69:8 114:13
**normally**
114:16,19
**NORTHERN**

1:2
**note**
100:12 111:17
**notes**
199:12
**notice**
2:24 82:11,18,23
83:9,12,15,17
83:25
**number**
8:10 16:17
106:21 108:13
115:24 172:6
182:20 190:2
197:12
**numbers**
160:1 170:5
171:9 173:12
174:8 176:23
177:18 185:8
188:11

_____
**O**
**O**
4:1 5:1 6:1 7:1
201:1
**oath**
8:23 11:14,22
**object**
12:7 17:6 19:20
73:10 75:21
76:9 91:17
109:17 111:7,16
124:13 125:11
126:5,6 132:6
138:14 140:22
148:2 157:11
176:5 180:4
186:22
**objecting**
17:12
**objection**
15:18 16:3 17:15
18:13 19:12
20:10 27:14
40:2,12,19
41:10 47:7 48:4
57:15 63:17,21

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

66:4 70:9 85:23
86:15 89:18
110:14 111:15
114:15,25
115:17 118:14
121:21,22 122:9
122:10 123:19
124:4 125:21
126:17 128:11
134:11 137:5
138:4 141:15,15
141:25 142:11
144:10 147:13
149:12,18
150:17 154:3,19
155:15 159:14
166:7,8 179:14
179:19 181:12
181:13,21
184:17 193:4,19
195:14,19
**objections**
17:21 76:21 86:5
109:24 112:13
126:24 127:3,9
139:3 144:18
190:3 193:12
195:10,21 199:7
**objective**
103:8,9,19,20
104:3
**obviously**
9:20 43:24 56:15
195:22
**occasions**
45:24 189:3
190:13
**occur**
87:19
**occurred**
53:12 190:12
**occurring**
168:13
**October**
1:22 8:1,6 48:22
79:6 186:16,18
186:20 199:21

**offered**
10:21
**officer**
74:14
**offices**
2:17
**Ohno**
143:10,13,15,16
143:21 155:3
**okay**
10:21 15:13
16:25 26:19
28:19 30:13
32:14 34:15
42:16 45:21
46:5,19 47:24
51:7 62:17 72:1
72:2 74:6 78:14
81:7,20 88:8,18
95:2 97:17
102:5 117:19
131:8 134:6,17
169:17 179:5
187:24 190:23
**once**
14:17 190:8
**ongoing**
47:8
**open**
9:22,23 62:3
114:13,19,21,24
115:7,14,16,18
141:4 147:5
158:9 162:25
163:25 164:23
165:19,22 166:5
167:20 170:22
171:23 172:15
173:25 176:12
177:10 178:3
179:5,11 181:17
186:11 188:24
189:24 190:5
195:20
**opened**
114:10,22 172:16
172:21,24 173:1

173:2,4 179:12
179:16,18 184:9
189:4,6,9,10
190:19,20
**opening**
165:20 180:12,15
180:17,19
181:16 182:3,7
**opinion**
38:14 86:17
124:2,7
**opposed**
150:7
**oral**
54:13
**orally**
56:4
**order**
1:19 5:11 10:1
11:25 12:8,19
13:6,13,20 14:3
16:21 17:2,5,20
18:2,22,25
48:22 69:14
78:10 79:6 80:2
80:12 82:13
84:4,11,13,17
84:25 85:4,7
94:19 100:12
122:5 168:12
195:17
**orders**
19:11,16 94:21
**original**
161:4
**oslaw.org**
143:8,9
**Osten**
152:20 154:22
**outside**
1:18 74:25 86:7
97:7
**outsiders**
86:2
**overall**
133:20 137:6
145:2,3 148:5

155:19 159:3
187:1
**Overbroad**
23:5 114:15
141:15,16
149:12
**overlap**
81:18
**overswamped**
116:20
**Overy**
149:25 150:11,15
155:11
**O'Neill**
3:4 5:3,5 8:16,16
9:7,17 10:12,19
11:2,8 12:6,17
13:3,10,17,25
14:11 15:25
16:6,13 17:12
17:17,18 18:5
18:17 19:7,9,15
19:23 20:4,7,16
21:2,9,18,25
22:8,16 23:2,9
23:23 24:4,13
25:7,9 26:13,16
26:19,21 27:4
27:11,18 28:4
28:19,20 29:1
29:11,22 30:2
30:13,20,22
32:1,8,12,21,22
33:12,22 34:13
34:18,22,24
35:7,12,23 36:6
36:7,13 37:1,5,7
37:16 38:1,7,16
38:21 39:5,11
40:15 41:6,16
43:8,23 44:5,11
44:20 45:1,8,11
45:21 46:5,7,13
46:15,18 47:13
47:16 48:19
50:2,9,18,24
51:1,7,9,17,21

51:25 52:7,10
52:14,19 53:12
53:19,21 56:15
56:17 57:5,7,18
58:3,8,12,17,21
59:2,8,11,20
60:16,21,24
61:13,17 62:4
62:17,24 63:5,9
63:11,15,19,23
63:25 64:4,8,19
65:3,9,11 66:7
69:21 70:1 71:1
71:10,13,15,19
71:23 72:2,11
72:17,18,23,25
73:3,18 74:1,5
76:5,16,24 77:7
77:24 78:4,13
78:20,24 79:3
79:15 80:8 81:7
81:8,15,20 82:3
82:5,16 83:11
84:9,21 86:3,8
86:19 87:14,17
87:22 88:11,15
88:19,20 89:9
89:14,23 90:1
91:10,23 93:25
94:2,3,18 95:1,4
95:7 96:19
97:10,17 98:3
98:15,18,22
99:1,10,15,25
100:24 101:11
101:21,24 102:4
102:17,24 103:4
103:17 104:10
106:1,15,18
107:9,11 108:5
109:21 110:2,20
111:11,19 112:1
112:5,8,14
113:20 114:18
115:3,19,21
117:20 118:2,17
119:1,19 120:4

HIGHLY CONFIDENTIAL DEPOSITION OF SEUNGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

121:10,20,23
122:3,5,8,14
123:17,22 124:8
124:20 125:8,17
125:24 126:10
126:20 127:6,12
127:25 128:1,15
129:9,12 131:8
131:19,25 132:2
132:9,18 133:11
133:16,19,22
134:5,10,13,17
134:24 135:7,15
135:20 136:1
137:8,23 138:7
138:22 139:5,11
139:14 141:19
142:3,15 144:14
144:23 145:7,11
146:12 147:4,17
148:7,19 149:2
149:3,14,23
150:10,21
151:23 153:21
154:8,14,21
155:20,24 156:2
156:10 157:15
157:18 159:1,4
159:17,20,23
161:8,11 162:6
162:9 163:5,8
164:4,7 165:3,6
166:11 167:2,5
168:11,15,20
169:15,24 170:1
170:2 171:1,3,6
171:25 172:3
173:7,9 174:2,5
174:14,17
175:23 176:10
176:11,18,20
177:12,15
178:11,14
179:17,21 180:8
180:24 181:2,18
182:1 184:20
185:2,5 187:3

187:21,24 188:8
189:21 190:23
196:8,22 197:8
**O-H-N-O**
143:11
**O-S-T-E-N**
152:21
**O-V-E-R-Y**
149:25

———————
**P**
**P**
3:1,1 4:1,1
**page**
1:17 2:1 5:2,10
6:2 7:2 49:7
74:9,10 90:10
106:24 114:6
116:3 139:18
156:19 160:6
162:16 163:11
188:15 200:4
201:4
**pages**
1:24 5:12,14,21
5:23,25 6:3,5,7
6:9,11,13,15,17
9:19
**paid**
23:12
**pain**
117:16
**paragraph**
49:10,18 90:10,11
100:12,15,19
**Parker**
4:3 8:18 191:3
**part**
9:24 15:22 18:10
18:14,15 20:25
21:3,6,8,19,22
27:1,6,10,10
34:9,22 96:5
101:9 102:9
120:11,15,15,17
121:9 147:9,11
**partially**
117:7 172:22

**participants**
49:16
**participated**
119:16,17 120:21
**participating**
46:9,10
**participation**
195:18
**particular**
23:25 31:10
**particularly**
38:10
**parties**
19:19 86:1,7
195:23 199:17
199:18
**partners**
143:11,13,15,21
152:8 155:3,5
**party**
18:18,25 88:7
**passed**
196:15
**passing**
45:23 196:5
**patent**
15:9,12,13,17
16:2,14 22:3,6
22:17 23:12
26:25 27:6,10
31:21 32:24
38:24 39:13
57:16 85:9,14
85:16,20 86:21
86:24 87:2,5
88:21 91:4
92:15 93:1,6,18
93:21 94:5,10
94:13 95:22
113:14 114:1
119:3 121:12
122:18 123:8
124:1,24 126:16
126:23
**patents**
20:18 21:1,4,7,10
21:20,24 22:2

22:10,13,14
23:7 120:15
123:21 187:12
**patience**
191:5
**pattern**
190:15
**Paul**
74:15
**pay**
115:11 116:21
124:11,23 126:3
126:15,22
**PC**
70:15,17 84:2,2
194:23 195:1,3
195:4,5
**pdf**
146:19 175:5,7
**Peachtree**
4:6
**Pease**
6:4 139:19,22
140:9,11 141:14
142:17 143:20
144:7,16 150:15
157:22 158:1
162:13,17
164:11,14,17
166:15
**Pease's**
140:25 143:7
158:7 162:22
163:3 164:25
**penalty**
9:2,13 199:6,19
**pending**
15:14 16:9,15
18:12,16 78:24
101:19
**people**
15:20 28:11
40:24 47:12
54:25 55:9,16
56:19,24 147:11
**perform**
47:18

**performed**
48:1,10
**period**
158:25 159:5
169:6
**perjury**
9:2,13 199:6,19
**permitted**
100:10
**permitting**
53:9
**person**
54:24 55:8,13
56:19 67:23,24
95:10,11 98:21
98:23 184:3
**personal**
17:19 38:14
79:13 86:17
124:6
**personally**
26:4 38:6
**personnel**
119:21
**person's**
72:15
**perspective**
195:25 196:16
**Philips**
49:15,23 61:3
94:9
**phonetically**
11:6 28:24
**phrase**
125:4
**phrased**
32:6 44:1 50:25
132:5
**PICKERING**
3:5
**place**
12:13,14 24:20
26:6 68:11
120:5 168:8,8
199:5
**placed**
84:17 90:2

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

220

106:19 115:22
129:13 136:25
139:15 145:12
156:11 159:24
162:10 164:8
165:7 167:6
170:3 171:7
172:4 178:15
**places**
85:4
**Plaintiff**
1:6 3:2
**plan**
10:16
**Planet**
8:9
**played**
100:7 101:2
102:18 104:4,11
104:14 105:18
118:22 119:3,5
119:8 120:19
154:9,22
**pleading**
146:17
**please**
8:14,23 11:4
13:24 17:11
27:19 45:22
53:17 54:4 84:6
89:24 91:7
103:16 104:7
106:16 116:10
117:17 124:19
138:9 145:8,20
150:4 157:16
159:21 162:7
163:6 164:5
165:4 167:3
172:1 174:3
177:13 178:12
180:25 183:25
185:3 197:4
**point**
64:7 71:22
190:18
**portfolio**

22:17,19 23:12
123:8,9,16
124:1,1
**portion**
130:18 133:21
**portions**
191:22
**position**
10:12,19,22 12:9
12:16 35:20,21
36:18 46:11
59:6 65:1 71:19
71:21 88:14
90:25 123:15
196:13
**positions**
59:5
**possibility**
30:8 31:23 173:1
173:3 179:12,15
180:17,18
188:25 189:8
**possible**
28:1 86:18
**posted**
137:10 139:2
**potentially**
58:20
**practice**
63:20 69:8 86:20
86:23 114:13
141:13
**practices**
89:5,8
**precise**
47:25
**prepare**
12:13 55:24
76:25 120:23
**prepared**
42:14 128:5
**present**
4:10 31:13 77:8
87:7,11
**presented**
167:24
**preserve**

82:11,24
**president**
28:8
**press**
33:7,8 123:1,5
191:14
**pretty**
10:19 169:16
**prevailing**
190:14
**prevented**
190:3
**previous**
2:1 69:9 98:12
110:15 113:16
121:18 148:3
155:16 168:24
186:23 189:2
**previously**
94:24 169:5
**price**
167:23
**principal**
25:13 65:18,19,21
160:14
**print**
43:13 67:7 143:1
**printing**
67:8
**printout**
139:25
**printouts**
79:22
**privilege**
26:17 30:9 31:24
35:8 37:3 51:3
52:8 53:7 58:14
58:16,18 63:6,8
63:12,16 65:9
71:17,25 97:15
98:11,13 111:13
111:21 112:10
125:6 131:7,18
134:11,15 190:3
193:19,21
**privileged**
35:19 50:22

126:7 132:3
**privilege-related**
81:14
**probability**
172:25
**probably**
10:5 87:25
100:16 189:3
**problem**
35:3 36:11,18
43:17 133:19
**problematic**
78:25
**procedures**
15:17 16:2
**proceed**
9:6
**proceeded**
75:10
**proceedings**
199:4
**produced**
10:18 74:23
**product**
12:23 14:6 17:10
19:4 20:23
21:15 22:23
23:17 24:9
26:11 33:5,18
34:8 37:22
38:13 40:6 43:2
44:4,17 48:15
50:15 56:12
57:4,25 60:15
61:25 63:4,8
64:18 70:12,25
71:9,17 73:15
73:24 76:2,12
96:17,25 98:2
101:7 103:13,22
103:23 105:22
108:3 119:15
120:2 121:7,17
122:12 123:12
124:17 125:3
131:4,18,24
133:7 134:1

135:22 137:19
138:17 146:9
153:17 187:17
192:11 193:14
193:24 194:21
**production**
161:7 195:15,15
**products**
22:14 27:24 28:2
**progress**
10:24
**prohibited**
91:15
**promoted**
15:6
**proper**
57:5
**property**
74:14
**propose**
64:23
**proposed**
168:2,3,24 169:5
**proposing**
168:22 169:2,4
**Pross**
152:20 154:22
**protect**
19:18 192:16
**protective**
1:19 11:25 12:19
13:6,12,20 14:3
16:21 17:2,5,20
18:22,25 19:11
19:16 84:11,13
84:17,25 85:4,7
122:5 168:11
**prove**
75:3
**provide**
11:17 27:16,19
70:3,6 87:10
97:15 99:6,7,21
142:23 192:13
**provided**
40:3 69:23 70:7
70:15 75:1 97:6

98:23 118:11,18
121:5 167:24
175:25
**providing**
94:23
**provisions**
87:6 88:22 89:16
90:15,23 92:16
93:2
**public**
15:24 93:15
**publicly**
93:12,17,24,25
94:5,9
**pulling**
107:23
**purpose**
62:11,13 63:5
73:20 133:25
146:5 153:13
159:13
**purposes**
21:10 80:1
111:14 112:19
143:17 149:10
**Pursuant**
2:24
**pursuing**
195:24
**put**
17:24 85:21
138:12 190:21
**P-R-O-S-S**
152:21
**p.m**
117:22 156:4
160:19 164:11
169:18 197:13
197:16

**Q**

**question**
12:2,25 13:23
14:5,7 16:8,9,10
17:6,9,11,14,17
17:22 19:3,20
20:21 21:13,16
22:20 23:14,15

24:7 25:8,20
26:10,20 29:19
30:11,20 32:4,6
32:21 33:3,16
34:1,6,12,14,17
34:18,21 36:6
36:12 37:12,13
37:20,22,23
38:4 39:6 40:3
43:1,20,21 44:5
44:15 47:25
48:6,13 49:24
50:6,13,16,17
50:23 51:16
52:3 53:6,10,17
53:19 56:13
57:2,21 58:18
59:3,19 60:13
60:22 61:10,16
61:23 62:25
63:24 67:15,18
69:17 70:13,14
70:23 71:7,18
73:13,22 75:21
75:24 76:9,13
78:12,19,22,24
79:1,2,4,8 80:4
82:3 83:8 84:7
87:4 88:9,16,16
88:19,25 91:8
95:2 96:15,24
97:5,8 98:17
100:10,23,25
101:19,23,25
103:11,14,15
104:8 105:23
108:1 111:7
116:25 119:25
121:5 123:11
124:13,17,18
125:5,7,11,23
127:19,23 131:4
131:17 132:6,8
132:16 133:7
134:2 137:19
138:9,14,18
140:1,2 146:10

146:22 147:1
148:15,24
153:18 157:11
157:13 168:7
175:22 176:10
184:1 187:17,18
193:7,22,22
194:1,13,22
197:5
**questioning**
35:15,24 64:22
65:2 100:11
189:22
**questions**
36:15,23 80:22
88:13 100:15,18
107:19,23 132:5
191:6 193:1
196:12
**quick**
134:15
**quickly**
45:23 190:7
**Quinn**
3:14 8:20 47:3
83:20 129:24
130:2,6 136:22
140:3,4,7,10,17
140:23 146:16
147:3 158:13
175:8,15,24
**quote/unquote**
150:9 190:19

**R**

**R**
3:1 4:1 200:1,1
201:1,1
**Rachel**
47:2
**raise**
88:17
**raised**
47:1 82:12
195:22
**Rand**
160:19
**rate**

167:22 168:2,23
**rates**
168:3,22 169:2,5
**read**
60:3,5,6 83:12,13
116:23 122:21
141:17 147:18
147:21 166:2,4
175:24 180:21
198:4
**reading**
41:22 147:9,16
166:13,16,20,24
**realize**
196:11
**really**
29:3 115:9 173:6
**reask**
17:17 26:19
30:20 32:21
51:7 72:17 82:3
88:19 149:2
180:13
**reason**
31:10 75:18 76:6
109:2 110:12
114:23 115:4
116:18 117:1,4
136:19 140:6,8
140:21,22
144:15 146:19
147:8 157:8
158:4 190:5
194:25 200:4
201:4
**Reasonable**
160:19
**reasons**
185:1 189:25
**Rebuttal**
157:3
**recall**
15:1 16:16 23:19
23:21 24:18
32:25 33:6,10
37:15 39:15,18
39:19 40:7,10

40:13 41:4,23
41:25 42:3
43:10,12,14
44:9,18 45:20
47:20,21,23
54:8,9,15,16
55:19,21 59:23
59:25 65:24
66:19,21,23
67:8,11,22
68:15,17,20,23
69:1,6,10 72:14
72:21 73:6
82:25 83:10,18
85:6 91:22,24
92:12,20 98:20
99:9 108:24
109:5 114:4,12
115:12 116:16
118:25 119:4
121:18 122:21
123:3,7 126:8
128:13 129:8,20
130:1,5,14
141:5 142:22,25
143:3,6 147:7
149:5,8 158:10
158:12,20,21
160:5,17,22
163:1,4 164:1,3
164:24 165:2,20
165:24 166:22
167:21 168:1,18
169:13 170:23
171:24 174:1
176:14,17
177:11 178:4
179:6 182:10,11
182:14 184:14
184:23 185:25
186:12 191:21
191:23 192:1,18
192:21,24 195:6
**receive**
82:11,17 94:20
101:15 109:3
114:14,20

Case 5:11-cv-01846-LHK    Document 3227-2    Filed 12/15/14    Page 223 of 233
HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAY YON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

222

116:18 117:1,5
128:21 129:6
136:19 139:8
142:18 158:4
**received**
9:19 31:13 54:14
54:15,24 55:2,8
56:18 60:6,8
64:13 68:15
69:4 72:13,20
73:5 82:19 89:2
109:4,6,10
128:23 129:8
195:14
**receiving**
108:24 109:5,7,11
115:13 116:16
116:24 130:1,5
**recess**
30:16 32:17
46:22 53:2
59:15 62:20
72:6,7 81:24
97:21 117:23
131:12 134:20
156:6 169:20
188:3 194:9
**recipient**
55:22 116:8
136:16 139:6
140:5 142:16
150:24 151:5
179:7 180:16,17
183:23 184:5,8
184:11,16
**recipients**
55:3 68:18 110:4
112:25 143:7
161:18 183:20
**recited**
75:5
**recollection**
24:11 33:1 44:24
45:4,14,17
54:21,25 55:15
60:20 109:11
116:24 129:5

165:22 191:11
191:13
**recollections**
41:19
**record**
8:5,15 10:6,10,16
11:4 12:6,15
30:12,15,17,21
32:7,14,16,18
34:16,17 35:6
36:4 46:19,21
46:23 51:8
52:13,17,24
53:1,3 54:3
58:11,11 59:1
59:14,16 62:16
62:19,21 63:18
72:5,8 81:23,25
97:20,22 100:22
117:22,24
131:11,13
134:16,19,21
156:4,7 169:19
169:22 188:2,4
190:17,22
192:16 193:17
194:8,10 196:6
196:7 197:9,10
197:13
**recorded**
199:8
**recounted**
75:19
**recounts**
75:3
**redacted**
9:25 107:16
111:20 117:7,10
129:4 136:24
141:1 146:18
157:3,5 161:2
176:3 186:15
187:5
**redo**
69:9
**reduce.pdf**
141:2

**Redwood**
3:16
**refer**
51:14 118:3
136:13
**reference**
81:5
**referred**
169:4
**referring**
39:4 42:15,21
51:24 57:14
133:20 137:14
158:24
**refers**
42:22 45:5
**refusing**
63:23,25
**regarding**
48:22 49:14,22
50:4,11 51:11
53:23 55:6
67:10,14 68:21
70:2 80:10
**regardless**
16:7 23:10
**regular**
147:12
**reinterpreted**
84:7 91:8 104:8
146:22 148:15
197:5
**reinterprets**
146:25
**related**
37:24 38:2,15,17
46:2 83:2 166:1
185:18
**relates**
38:10
**relating**
18:2 38:5 55:17
88:13 187:19
**relationship**
111:22
**relative**
199:16

**release**
33:7,8
**relevant**
37:18 38:25
82:12 110:18,19
126:22 127:1
**rely**
97:5 193:23
**remark**
100:21
**remedy**
158:14
**remember**
40:21 41:21,23
45:18 48:17
67:19 84:22
92:1 100:25
113:22 118:8
123:4 125:14
127:15 135:9
141:6 142:13
187:9 191:25
**render**
84:6 91:6 104:7
190:10
**rendered**
81:3
**rendition**
46:2 113:16
190:10
**renditions**
45:25
**repeat**
13:23 67:12
103:15 124:18
138:9
**rephrase**
78:18
**replied**
56:6
**reply**
69:1,2
**report**
28:7,9 42:7,11,13
42:18,20,24
43:4 46:3,3
128:5,5,6,9,19

128:22 129:2,7
130:16,19
132:25 136:25
137:1,10 138:1
138:11 139:1,9
140:19 141:1,23
142:19,24 143:2
143:4,6 144:8
144:16 146:18
149:10,17
150:15 154:2
157:3,5 175:10
175:18 176:3
183:4 186:15
187:5
**reported**
1:25 29:12 123:5
**reporter**
8:22 28:18 90:2
106:19 115:22
129:13 139:15
145:12 156:11
157:19 159:24
162:10 163:9
164:8 165:7
167:6 170:3
171:7 172:4
173:10 174:6
176:21 177:16
178:15 185:6
188:9 199:3
**REPORTER'S**
199:1
**reports**
75:9 101:16,17
130:12 141:18
157:10
**represent**
8:9 46:8 136:22
140:3,17 146:15
151:14 175:8
191:4
**representation**
46:12 140:21
146:20 175:12
175:21
**represented**

175:16
**representing**
88:2
**require**
80:4
**requiring**
49:11
**reserve**
52:19,23
**resolve**
122:8
**Resp**
117:13
**respect**
12:12,16 18:1
36:19 40:8
46:25 57:6,8,16
59:6 76:11 83:1
83:3,4 88:12
92:4,7,10 94:24
95:21 98:12
100:11 107:21
132:7 137:20
181:20,24 182:8
**respects**
83:15
**respond**
12:2 30:11 56:2,4
68:24
**responding**
17:8 26:12 75:24
83:8 97:5
105:22 107:18
124:17 131:4
146:9 153:17
187:17 194:21
**response**
49:4 69:13 70:13
107:23 110:15
110:16 138:18
**responsibilities**
15:9 21:23 23:6
26:8,17,22 27:5
27:9,13,16,23
28:1,6 115:5
120:16,18 121:9
147:10,15 166:1

**responsibility**
20:25 25:16,21
95:21 116:22
147:12
**responsible**
20:18 23:8,10
26:25 95:8
123:21 141:21
142:5,6 147:24
155:13
**responsive**
84:4 94:21
**rest**
17:15
**restate**
25:7 107:10
**restrict**
90:16
**restricted**
91:4 93:2
**restrictions**
84:17 85:4 86:24
93:7
**result**
16:19 88:1
**retain**
110:7,10,16
112:21
**retained**
110:24,24 111:1,4
111:10 112:18
112:22 113:13
143:13,15,16,17
143:23 144:1,4
146:1,5 150:11
152:16,24
153:13,19
174:23
**reveal**
70:11 90:12,16
**review**
9:20 10:17 55:24
128:18 129:1
141:13 199:13
**reviewed**
80:1 130:18
158:21

**revisit**
64:25
**re-render**
148:14 197:4
**Richard**
3:4 8:16
**Richardson**
112:16,18 113:8
113:14,19
118:18
**Richardson's**
113:3
**right**
18:11 21:4 32:1
32:11 33:10
35:22 40:18
42:17 45:10
46:13 52:19,23
54:9 55:3 56:6
59:24,25 60:3
60:11 64:3,5
68:12 70:17
71:23 77:12
78:6 84:15,23
92:3 107:16,24
108:11,15,23
109:8 110:10,16
111:1 112:2
113:9 116:4
117:11,13 118:9
123:7 124:6
127:2,8,11,18
128:24 129:5
134:3 135:9
137:11 138:3,23
141:7,10,24
142:5,7,10
143:11,18,24
144:25 145:5
147:19,20,22
148:1,9,21
151:5,8,12,15
152:2,5,17,25
153:5,11 157:6
158:2 160:16
161:8 162:4,20
162:23 163:20

163:23 164:15
164:18,21
165:14,17 166:6
167:13,15,18
169:11 171:21
172:13,23
173:19 175:6
177:8,22 178:24
179:2,8,13
180:3,9,22
182:4 183:1,4,8
183:14,21 184:6
184:10,13,16
188:22 189:15
191:13 195:8
**risk**
103:23,24
**Ro**
28:14
**Robert**
3:13 8:20 46:8
**role**
15:16 100:7
101:2 102:19
104:4,11,14
105:18 116:23
118:23 119:3,5
119:8,11 120:7
120:9,10,19,22
121:1 154:9,17
154:22 187:14
**room**
31:12 87:21 88:3
**Ropes**
118:22 144:1
**Rospatt**
152:20 154:22
**Royalties**
160:19
**royalty**
41:21 45:13,16,17
45:19 122:21
**RPR**
2:24 199:3
**rules**
65:9
**running**

41:21 45:13,16,17
45:19 122:21
**R-O**
29:9
**R-O-S-P-A-T-T**
152:20
**R2**
31:5

_____
**S**
**S**
3:1 4:1 5:1,8 6:1
7:1 82:8 200:1
201:1
**sale**
85:9,10
**SAMNDCA-Z0...**
5:18
**SAMNDCA-Z0...**
7:19
**SAMNDCA-Z0...**
7:19
**SAMNDCA-Z0...**
7:6
**SAMNDCA-Z0...**
7:7
**SAMNDCA-Z0...**
5:16
**SAMNDCA-Z0...**
5:16
**SAMNDCA-Z0...**
7:17
**SAMNDCA-Z0...**
7:17
**SAMNDCA-Z0...**
7:15
**SAMNDCA-Z0...**
7:13
**SAMNDCA-Z0...**
7:11
**SAMNDCA-Z0...**
7:11
**SAMNDCA-Z0...**
7:9
**SAMNDCA-Z0...**
7:9
**SAMNDCA-Z0...**
6:24

HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

SAMNDCA-Z0...
6:21
SAMNDCA-Z0...
6:22
SAMNDCA-Z0...
7:4
SAMNDCA-Z0...
7:4
SAMNDCA-Z0...
6:19
SAMNDCA-00...
5:19
SAMNDCA-00...
106:21
Samsa
160:18
Samsung
1:8,9,11 2:3,4,6
3:10,11,11 4:11
8:12,21 11:25
13:4,11,19 14:2
14:18,21,25
18:18,21,25
20:18 37:18
39:10,20,23
49:11 57:13,17
74:2,16,25
75:10 79:20
83:22 84:11,24
85:13,16,21
86:14 88:23
89:21 90:12
91:16 94:12,25
95:8 96:12,14
96:20,22 97:11
98:5,6 100:4
102:9,19 103:1
106:9 107:18,22
108:12 110:7
111:12,22 112:9
112:18 113:13
113:25 118:12
118:19,19
119:24 120:22
123:5,8,16,18
123:25 124:9,11
124:11,21,23,23

126:3,3,12,15
126:22 127:17
127:19 128:6
130:23 135:1
136:4 141:2
142:5 143:13,23
144:1,4,8,16
146:1,5 149:9
150:11 151:14
152:16,24 153:4
153:10,13
159:11 168:9
174:23 176:2
186:14,25 187:4
187:22 200:2
201:1
Samsung's
12:19 13:6,13
15:4,9 19:25
20:9,17 21:4
23:3,13 24:15
24:24 27:24
28:2 31:17
38:25 47:6
69:23 74:25
85:11,20 86:12
86:20,23 89:17
90:16 95:16,25
96:3 101:2
103:5 104:4,11
104:14,18,21,24
105:2,5,8,11,14
105:19 106:6
108:10 111:5
113:23 118:12
118:23 119:3,5
119:8 120:7,20
121:1 123:2,25
137:4 140:13
141:10 142:9
143:17 144:25
147:25 149:16
152:4 153:24
154:10,17,23
155:14,18
158:18 168:2
172:17 185:16

185:23 186:1,21
187:10
Samsung-Apple
140:16
Samsung-Nokia
75:15
samsung_team...
150:23
samsung_team...
150:25
SAN
1:2
sanctioned
13:19 14:2
Sanctions
5:12 48:23
save
143:4
saved
143:6
saw
66:24 69:3 80:14
131:21 132:13
133:21 191:8,11
saying
10:4 41:5 51:4
52:9 64:6
172:24,25
196:10
says
51:5 74:12 76:7
109:19 111:25
116:5 139:18
140:25 149:22
150:7,9 156:13
156:15 157:2,21
162:12 163:11
163:18 164:19
170:18 173:17
174:13,14 175:7
177:3,23 178:22
180:6 183:17,18
186:6 188:17
189:13
scheduled
29:24
scope

97:15 190:4
scratch
190:9
scratching
46:1
se
81:6
search
41:18 44:22 45:3
45:5 48:2,8,11
69:13,16 122:22
searches
47:18
second
72:15 82:9 96:11
151:24
secondly
115:8
section
178:25
see
10:24 30:10 49:8
49:9,17 51:5
64:25 71:24
75:16 78:23
84:12 85:1 90:6
90:17,18 91:2
92:23 106:23
107:16 108:8,9
108:20 109:12
109:14 112:24
113:1 114:8
116:13 117:7
132:6 135:3
136:18 140:24
143:8 151:4
156:18,20 157:1
157:24 158:6
161:15 162:21
163:24 164:16
165:15,18
167:14,16,19
170:21 171:22
172:8 173:24
174:14,16 178:1
178:1,5,7 179:3
179:24 183:2

185:12,13
188:15,23
189:11
seeking
12:22 71:16
192:9
seeks
56:10 64:16
70:23 71:7 98:1
131:17
seen
43:15 49:1 66:2
84:14 129:19
130:22 131:20
134:25 136:3
160:4
sell
103:24
send
55:18 160:12
184:21
sender
139:19
senders
55:10
sending
161:20 166:12,16
166:20,24
184:25 186:4
sends
108:13
senior
28:14,14,15 29:8
29:9
sensitive
85:17
sent
54:23 55:6,13,19
67:1 83:17
91:19 107:1,21
109:12,15,22
139:22 141:14
145:18 147:11
147:16 150:22
156:15,23 160:9
162:13,19
163:19 165:13

173:18 178:22
178:24 179:4
184:3 188:18
189:11 192:21
192:23 193:2
194:17
**sentence**
90:21 146:24
**Seon**
65:19
**Seongwoo**
1:20 2:16 5:2,13
9:12 11:5
197:15 198:3
200:3 201:3
**September**
30:4,24
**set**
49:4 199:5
**settled**
33:11 39:9
**settlement**
48:8 134:4
135:17
**Seungho**
29:14,14 74:19
**share**
144:16
**shared**
86:1 144:7
150:14
**Sharp**
49:14 50:5 61:6
93:21 94:4
**sheet**
198:7
**Shi**
65:16
**Shim**
47:8 54:2,13,23
54:25 55:2,6,9
55:10,12,18
56:2,5,7,20 60:9
61:8 62:5,8
64:13 68:3,6,21
68:25 70:2 71:4
72:14,22 73:5

98:25 99:2,4
156:19,22 157:9
165:10,13,16
166:12
**Shim's**
61:19,21 62:10
66:1,18,20,22
66:24 67:2,7
165:12 166:6
**Shin**
4:11 9:10,10
72:16,21 77:12
161:15,20
178:21 179:1,24
180:1
**Shin's**
161:18 179:7
180:14 182:15
**Shores**
3:16
**short**
43:5,5 169:15
**shorthand**
199:2,11
**shortly**
134:3
**shot**
169:10
**show**
151:22
**showing**
45:2
**shown**
102:2
**shows**
149:15 150:22
153:24 160:18
**shutting**
64:21
**side**
115:6
**Signature**
197:14 198:12
200:25 201:25
**signed**
198:7
**similar**

14:10 87:3,6
88:13,23 89:5,8
89:13,17,21
90:23
**Simmons**
152:13,14,15,15
155:1,1
**single**
42:5,9 123:4
**sir**
26:23 76:6,17
**sit**
40:16 41:7
117:15 137:15
138:10 191:5,21
192:1,18
**site**
43:6 130:3,8,13
130:16 136:24
137:1,10 138:2
138:12 139:2
**sitting**
77:11 196:9
**situation**
31:23
**sixth**
151:9
**six-page**
139:17 163:11
**somebody**
41:13,14 125:16
125:19 127:17
**someone's**
41:4
**Song**
28:16
**sorry**
14:8 26:16 31:11
36:17 47:24
52:16 77:6 93:4
93:25 107:10
116:10 117:3,15
146:23 148:12
170:9 176:8
188:16
**sorts**
101:12

**source**
61:20 98:19
191:16,24
**space**
151:18,19
**Spain**
153:20,22,23
155:14,21
185:17,18
**speak**
31:16 180:4
**speaking**
95:23
**speaks**
109:17 144:11
149:19 150:18
154:4
**Specialist**
4:12
**specific**
27:12 34:1 36:2
38:22,24 39:3
42:1 45:18
92:12,13 98:10
109:7,11 114:4
195:13
**Specifically**
74:22
**speculates**
123:1
**speculation**
76:13 85:24
86:16 89:19
111:16 115:1
118:15 124:5,14
125:1 126:6,18
128:12 138:5,15
150:18 154:4
157:12 159:15
193:5
**spell**
11:3 28:17,22
29:2 54:3
151:18 152:19
183:25
**spelled**
11:6 28:25

170:24
**spoke**
30:3,23
**spoken**
14:15 29:17,23
31:20 32:23
**stand**
117:17
**standard**
86:20,23
**standards-esse...**
187:12
**stands**
17:16
**start**
73:2
**started**
15:2 96:9 191:14
**starting**
49:18 74:12
**starts**
49:8
**state**
3:6 11:3 63:25
92:23
**stated**
10:20 17:16
63:21 74:23
104:9 144:13,20
154:6 172:11,19
173:20 189:23
**statement**
90:19 124:3
175:24
**states**
1:1 11:22 15:14
16:15 18:7,12
107:1 150:24
154:11,24
162:18 167:16
**stating**
91:20
**stenographically**
199:9
**steps**
83:24 101:17
**Stone**

Case 5:11-cy-01846-LHK   Document 3227-2   Filed 12/15/14   Page 227 of 233
HIGHLY CONFIDENTIAL DEPOSITION OF SEONGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

226

3:13 8:20,20 9:9
10:2,15,21 12:2
12:15,21 13:7
13:14,21 14:4
15:18 16:3,9
17:6,14,21
18:13 19:2,12
19:20 20:10,20
21:5,12,21 22:4
22:12,20 23:5
23:14 24:1,6
26:9,15,18,24
27:8,14,20 29:3
29:19,25 30:7
31:22 32:3,9,14
33:2,15 34:5,15
34:20 35:3,9,14
35:21 36:1,11
36:17 37:4,13
37:19 38:3,9,18
39:2,7 40:2,12
40:19 41:10
42:25 43:17
44:1,7,14,23
45:6,10 46:11
46:14,17,19,25
48:4,13 49:24
50:6,13,21,25
51:4,13,19,22
52:2,9,12,16,21
53:5,14,17 56:9
57:2,15,21 58:5
58:10,15,19,24
59:5,10,12,19
60:12,19,23
61:10,15,23
62:14 63:1,7,10
63:14,17,20,24
64:2,6,15,21
65:4,7,10 66:4
69:17,24 70:9
70:22 71:6,12
71:14,16,21
72:1,3 73:1,10
73:21 74:3
75:21 76:9,21
77:5,22 78:1,11

78:14,16,18,22
79:2,7 80:3
81:11,17,21
82:4,14 83:6
84:19 85:23
86:5,15 87:7,16
87:18,25 88:8
88:12,18,25
89:11,18 91:17
93:23 94:1,15
94:22 95:2,6
96:15,23 97:4
97:12,18,25
98:10,16,20
99:7,12,23
100:9 101:4,19
101:23 102:12
102:21 103:2,10
105:20 107:6,25
109:17,24
110:14 111:7,15
111:24 112:3,7
112:13 114:15
114:25 115:17
117:18 118:14
118:24 119:12
119:25 121:4,13
121:22,25 122:2
122:4,7,10
123:10,19 124:4
124:13,25
125:11,21 126:5
126:17,24 127:3
127:9,21 128:11
131:2,9,16,22
132:1,4,15
133:3,13,20,24
134:7,12,14
135:4,12,18,21
137:5,17 138:4
138:14 139:3,12
141:15,25
142:11 144:10
144:18 145:9
146:7 147:13
148:2 149:12,18
150:17 151:20

153:15 154:3,12
154:19 155:15
157:11 158:24
159:14 161:6,9
166:7 168:6,13
168:17 169:17
171:5 175:20
176:5 179:14,19
180:4 181:12,21
184:17 186:22
187:15 189:19
191:18 192:4,8
193:4,12,17,20
194:4,13,19
195:21 196:4,14
197:2,10
**stop**
166:12,15,19,23
**story**
43:16 44:12
  45:12
**strategy**
96:3,14,22 98:6
  102:10,14,15,20
  102:22 103:1,6
  103:8 104:2
  119:23
**Street**
3:6 4:6
**strength**
21:19 22:1
**stricken**
98:14
**strike**
28:21 38:23
  54:11 61:19
  62:6 65:20 68:9
  87:3 91:25
  104:13 105:15
  105:17 113:23
  126:12 130:6
  137:25 146:4
  161:13,20
  174:22 175:1
  179:25 186:19
**string**
139:17 159:25

163:11 164:10
165:9 167:8
171:9 182:19
**Stroz**
80:9 81:9 82:7
**stuff**
51:2 52:7
**subject**
1:19 52:21 90:15
  100:11,14,19
  107:15 121:14
  121:16 194:2
**submission**
158:14
**submitted**
186:14 187:5
**substance**
35:12 36:1 52:1,2
  52:5
**substantial**
100:20
**sufficient**
9:20 10:5
**suggestion**
81:2
**SULLIVAN**
3:14
**supervision**
199:10
**supposed**
81:16
**sure**
14:1 42:10 43:19
  50:22 53:13,16
  53:19 55:1 67:4
  67:13 68:10
  70:5 74:18
  76:14 78:13
  81:18 89:22
  94:2,22 95:4
  99:20 103:18
  106:11,14
  117:20 124:21
  125:4 126:25
  127:5,15,25
  128:25 129:22
  129:25 138:10

143:12 151:7,24
152:9,12,22
154:25 155:8
156:2 174:25
185:22 186:3
193:6 194:14
**Surely**
196:11
**surgery**
117:15
**SVP**
54:2
**S-E-O-N-G**
11:7
**S-E-U-N-G-H-O**
74:19
**S-H-I-M**
54:6 72:23
**S-O-N-G**
29:7
**S-T-R-O-Z**
80:10

---
**T**
**T**
4:1 5:1,1,8 6:1,1
  7:1,1 200:1,1
  201:1,1,1
**Tae**
65:19
**take**
10:7 24:20 26:6
  30:10 31:25
  32:6,10,11,12
  32:13 35:16
  45:6,8 59:11
  83:24 97:13
  117:18 120:5
  134:9,15 156:1
  169:15 187:24
  196:12
**taken**
12:13 22:19
  30:16 32:17
  46:22 53:2
  59:15 62:20
  72:6,7 80:25
  81:24 97:21

HIGHLY CONFIDENTIAL DEPOSITION OF SEUNGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

227

117:23 131:12
134:20 156:6
169:20 188:3
194:9 199:4,12
**talk**
10:24 30:5 35:6
35:16 44:21
52:20 71:24
**talked**
66:1
**talking**
72:12,19 100:1
118:6 133:23
189:15
**team**
15:21 20:25 21:3
24:19,19 25:19
27:2 33:19 34:9
43:3 68:5,7,8
75:1 79:13
80:14 83:21,22
101:9,10,16
111:2 120:13,14
120:17 123:24
**teams**
23:18
**technical**
119:17,18,20
120:12,14
123:24
**technology**
24:19
**Teece**
127:14,16 128:4
128:16 136:25
141:1,23 142:9
144:16 146:18
149:10,17 157:3
157:6 176:3
183:5 186:15
187:5
**Teece's**
128:2,18,21 129:1
129:6 130:16,19
137:1,9 138:1
138:11 139:9
140:19 142:19

142:24 143:1,4
144:8 154:2
157:10 175:10
175:18 183:3
**Teksler**
90:4
**TELECOMM...**
1:12 2:7 3:12
**tell**
9:13 31:2 33:20
33:23 40:20
43:15 75:7
82:23 98:8
99:18 121:11
122:17 127:1,7
131:20 150:19
161:17 166:12
166:15,19,23
169:11 191:10
**telling**
168:1
**ten**
14:14
**tens**
16:18,19 18:6,7,9
18:11,15
**terminated**
103:22
**terminology**
16:22
**terms**
31:21 32:24 33:9
33:13 34:3 35:1
36:9 37:9,17
38:22,24 39:3,9
39:25 40:8,18
41:8 45:18
47:19,23 48:2,9
48:12 57:19
58:21 59:21,24
60:1,10 61:2,5,8
61:14,21 62:6
66:3 70:20 71:5
73:9 74:20 75:1
75:4,6,11,14,15
85:13,17,21
87:3,8 90:13,14

91:16 93:3,12
93:17,21 94:5,9
96:13,21 98:5
121:11 122:18
122:24 123:5
125:10 126:1,21
127:8 130:19,23
132:14 135:2,16
136:4,8 137:11
138:2,12 156:24
158:15 191:9,12
192:1,2 196:24
197:7
**test**
63:11
**testified**
9:14 30:23 48:1
60:17,19 98:4
135:8 182:2
**testify**
52:22 100:14
**testimony**
19:13 48:5 66:5
70:10 73:11
76:10 91:18
98:8 102:18
115:15 121:16
121:18 122:11
122:22 142:8,12
147:14 148:3
155:16 166:8
181:13,22
186:23 190:13
191:8 198:5,6
199:7,12
**Thank**
47:13 59:12
62:17 82:4
97:18 139:12
145:9 190:21
197:8
**Thanks**
131:9
**theory**
59:2
**thing**
107:7

things
10:24 100:18
101:12 133:9
147:11
**think**
10:19,22 12:8
16:7,10 19:10
19:14,22 21:17
22:5,24 24:2,21
30:4 32:1,3
33:20 34:15
35:15 37:24
38:10,14 39:8
42:4 43:7,20,25
44:10,19 51:19
52:14 54:14,21
56:3,6 57:5 60:3
60:16,17 66:6
67:6,19 68:17
69:1,7,10 70:7
70:16 72:15
78:25 80:20
82:19 87:1,20
88:5 95:14 97:4
99:24 100:10,20
103:7 107:6
111:21 115:13
115:18 116:18
117:1,5 121:8
123:20 127:21
128:14,20,23
130:11 134:10
136:19 137:2
139:25 140:1,7
147:8,23 158:4
159:2 161:1
168:19 169:3,16
172:16,21
175:21 181:23
187:25 188:25
189:3,16 192:11
192:13,14
193:20 195:3,13
195:16,16 196:4
196:6
**thinking**
70:18,19

**thinks**
193:22
**third**
108:23
**Thomas**
139:19 140:9
157:22 162:13
162:17 164:11
185:12,13,14,18
**thought**
92:13 181:4,6
**three**
28:12 110:3,6
119:16,18,24
120:5 172:14
**three-page**
157:21
**time**
8:6 9:20 10:3,11
10:17,23 14:8
14:12,14,15
20:3,6,12,12
21:22 29:4,15
30:3,6,14,18,24
31:3,4,16 32:15
32:19 38:20
39:15 41:2 45:6
46:24 47:21,22
48:10,18 52:25
53:4 59:13,17
62:18,22 66:24
67:1,12 69:3
72:9 73:1 81:22
82:1 92:13,18
97:19,23 101:15
107:22 111:3
112:3 114:5
116:21 117:25
131:5,10,14
134:18,22
141:11,13
142:14 148:4,16
155:17 156:8
159:5 161:9
166:2 168:18,21
169:6,7,18,22
175:20 186:24

Case 5:11-cv-01846-LHK   Document 3227-2   Filed 12/15/14   Page 229 of 233
HIGHLY CONFIDENTIAL DEPOSITION OF SEUNGWOO (CLAY TON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

228

187:8 188:1,5
194:7,11 195:6
199:5,6,8
**times**
111:8 128:24
**timing**
67:16,17
**title**
24:17,23 25:1,13
117:13 172:20
180:10
**today**
10:5 11:14 24:23
25:1,10,21 28:5
29:18 40:16
41:7 49:1,3
55:25 67:3 77:1
137:15 138:10
191:5,21 192:1
192:12,18
196:13
**today's**
8:5,12 197:11
**told**
12:18 13:5,12
31:10 41:5 62:5
81:9 82:6,9 98:7
136:23 138:8,19
138:23 139:7
140:4,7,18,23
142:17 146:16
147:3 156:22
175:9 180:23
181:23
**Tom**
47:3
**top**
101:4 129:15,16
139:17,18
156:13,18
157:21 160:6
162:13 163:12
178:20 185:11
188:14
**topic**
56:25 57:1
134:13

**Total**
197:12
**Trade**
104:6 106:9
**transcribed**
199:9
**transcript**
5:9 121:24
199:11,14
**transcription**
198:6
**transfer**
27:22 165:25
**transferred**
26:7
**translate**
9:3 148:24
**translation**
127:21 190:10
**treat**
121:24
**Trevor**
4:12 8:8
**tried**
22:18,25 23:11,21
23:24 24:2 33:9
40:17 41:8
166:3
**tries**
85:13
**true**
76:17 90:19
91:19 124:2,9
124:21 125:25
140:6 198:5
199:11,20
**truly**
9:2
**truth**
9:14
**truthful**
11:18
**try**
29:1 33:13 47:24
48:2 192:25
**trying**
48:11 78:25

97:14 103:19
125:25 175:21
175:23
**Tuesday**
1:22 8:1
**turn**
49:7 74:6,9
179:22
**twice**
10:8 113:2
**two**
68:2 82:19 83:20
104:15 112:24
151:8 156:25
172:12 173:4
175:2 183:20
186:9 188:21,23
196:12
**two-page**
129:15 145:14
156:13
**type**
25:25 54:12
133:2,5,17,18
133:23 134:6
135:3 160:22
**types**
77:25 82:23,25
130:10 131:21
131:25 141:18

--------

**U**

U
4:1 6:1 7:1 201:1
**Uh-huh**
132:1
**UK**
146:14 148:1,8,20
149:11,16
**understand**
10:12 11:14,17,21
39:7,12 47:5,11
49:3,10 51:4
52:9 55:1 63:19
81:17 87:2,5
88:21 90:24
98:16 103:20
121:20 134:12

137:9 146:21,24
164:20 169:3
175:12,14,15
176:4,7,8 193:6
194:16 195:21
**understanding**
17:4,13,19 18:4
47:2 81:15 83:1
87:15 89:4,7
94:18 113:10
128:2,8 137:16
167:23 184:24
**undertook**
21:6
**underway**
18:9
**unfair**
75:12
**unit**
41:24 165:25
**United**
1:1 11:22 15:14
16:15 18:7,12
105:12 154:11
154:24
**unrelated**
100:18
**URQUHART**
3:14
**use**
29:3 62:9 64:12
73:19 75:10
86:11,12 136:7
149:9 175:22,23
**useful**
22:2
**usually**
115:7

--------

**V**

v
1:7 2:11 141:2
200:2 201:2
**vague**
15:18 16:3 18:13
57:15 176:5
**valuing**
123:21

**Vanzetti**
151:17 155:7
186:14
**vast**
100:16
**version**
46:1 81:4 137:9
138:1,11 139:1
139:25 140:18
142:23 175:9,17
**versus**
8:11
**vice**
28:8
**Video**
4:12
**videographer**
8:4,9,22 9:6
30:14,17 32:15
32:18 46:20,23
52:18,25 53:3
59:13,16 62:18
62:21 72:4,8
81:22,25 97:19
97:22 117:21,24
131:10,13
134:18,21 156:3
156:7 169:18,21
188:1,4 194:7
194:10 197:9,11
**videotaped**
1:20 2:16 197:15
**view**
47:7 111:12
112:9 126:11,14
126:21 137:1
**viewed**
124:9,21 126:2
**viewing**
47:3
**views**
85:16 123:8
**Vinje**
185:12,13,14,18
186:1,4,7
**violating**
13:20 14:2

| | | | | |
|---|---|---|---|---|
| **violation** | 192:12 | 66:1 113:18 | 57:6,16,22 58:1 | 144:20 146:7,11 |
| 87:13 88:10 | **way** | 117:19 | 58:6,13 60:12 | 146:23 147:2,15 |
| 168:7 | 29:3 32:5 34:11 | **Williams** | 60:17 61:12,15 | 148:4,12,16 |
| **violations** | 35:14,14 36:17 | 119:2 144:4 | 62:2,15,24 63:1 | 149:13,20 150:6 |
| 88:4 94:23 | 52:16 68:25 | **willing** | 63:21 64:15 | 150:19 151:22 |
| **virtue** | 76:18,23 91:24 | 121:23 | 66:6 69:18,20 | 153:15,19 154:6 |
| 71:18 | 92:1 132:4 | **willingness** | 69:25 70:22 | 154:13,20 |
| **V-A-N-Z-E-T-...** | 192:11 196:10 | 191:5 | 71:6 72:22 | 155:17 156:1 |
| 151:18 | **webcam** | **WILMER** | 73:12,16,21,25 | 157:12,14 159:2 |
| **V-I-N-J-E** | 46:9,10 | 3:5 | 74:4 75:23 76:3 | 159:16 166:10 |
| 185:12 | **website** | **WilmerHale** | 76:11,14,22 | 168:18 174:16 |
| | 43:9 | 8:16 | 77:6,23 78:2 | 176:8 179:15,20 |
| **W** | **week** | **Wilshire** | 79:12 80:3,7 | 180:6 181:15,23 |
| **W** | 29:24 77:18 | 2:20 8:7 | 81:11,13,19 | 184:18 186:24 |
| 3:4,13 | **went** | **wine** | 82:15 83:6,9 | 187:15,18 |
| **wait** | 75:6 96:8 | 31:12 | 84:6,8,20 85:25 | 189:20 191:19 |
| 145:20 | **weren't** | **wish** | 86:6,17 87:10 | 192:5,8 193:6 |
| **waived** | 147:11 166:13,16 | 85:25 | 89:3,12,20 91:6 | 193:13,15 |
| 197:14 199:14 | 166:20,24 189:6 | **withdraw** | 91:9,19 95:5 | 194:19,23 197:4 |
| **waiver** | **West** | 184:2 195:1 | 96:16,18 97:3,9 | 197:6 199:6,7 |
| 12:10,16 34:10,14 | 4:6 | **witness** | 97:13,25 98:3 | 200:3 201:3 |
| 36:19,22 37:2 | **we'll** | 8:21 12:3,5,12,24 | 98:23 99:9,14 | **witnesses** |
| 53:11 59:6 | 10:24 45:8 47:14 | 13:2,8,9,15,16 | 99:24 100:13,23 | 49:12 |
| 78:12 79:11 | 78:23 105:17 | 13:22,23 14:8 | 101:5,8,20 | **witness's** |
| **walking** | 106:15 145:7 | 15:19 16:5,10 | 102:1,14,22 | 10:3,11,23 29:4 |
| 31:4 | 157:15 159:20 | 17:8,22 18:14 | 103:3,10,15 | 87:14 110:16 |
| **want** | 171:1 | 19:2,5,14,22 | 104:9 105:20,24 | **Won** |
| 10:3,9,13,15,18 | **we're** | 20:5,11,21,24 | 107:25 108:4 | 65:18,21 |
| 48:14 52:23 | 9:23 10:7,10,13 | 21:5,6,13,17,22 | 109:19,25 111:9 | **word** |
| 59:19 71:25 | 10:23 30:15,17 | 22:4,5,12,13,24 | 111:24 113:18 | 103:18 133:5 |
| 86:6 88:4,16 | 32:16 36:14 | 23:6,19 24:1,2,6 | 114:16 115:2,18 | 161:2 162:22 |
| 94:22 132:5 | 46:21 53:1,3 | 24:11 26:9,25 | 118:16,25 | 163:22 164:17 |
| 148:24 187:25 | 54:22 58:10 | 27:9,15,21,22 | 119:16 120:3 | 164:20 165:16 |
| 193:8 194:13,16 | 59:6,14,16 | 29:5,21,25 30:1 | 121:4,8 123:10 | 165:18 167:17 |
| **wanted** | 62:19,21 64:2 | 31:25 33:2,6,15 | 123:15,20 124:6 | 167:19 |
| 39:25 40:9 | 72:5,8 81:22,25 | 33:20 34:5,16 | 124:15,18 125:4 | **words** |
| 100:21 | 88:7 97:20,22 | 35:6,17 36:25 | 125:13,14,22 | 17:25 183:12,18 |
| **wasn't** | 100:17 111:18 | 37:15,19,24 | 126:8,19 127:5 | **work** |
| 23:8 43:4 | 117:22,24 | 38:3,4,9,11,14 | 127:11 128:13 | 12:23 14:6 17:10 |
| **waste** | 131:10 133:23 | 38:18,19 39:2,8 | 131:2,5,16 | 19:4 20:23 |
| 10:3,23 | 134:19,21 156:4 | 40:13,20 41:12 | 132:17 133:8,14 | 21:15 22:22 |
| **wasting** | 156:7 168:11 | 42:25 43:4,20 | 134:3,7 135:6 | 23:17 24:9 |
| 10:10 | 169:19 184:13 | 44:2,9,14,18,23 | 135:13,18,24 | 26:11 33:4,18 |
| **watching** | 188:1,4 190:5 | 44:24 47:6 48:7 | 137:6,17,20 | 34:8,9 37:18,21 |
| 47:10 | 194:8 196:6,9 | 48:17 50:1,8 | 138:6,16,19 | 38:12 40:5,23 |
| **Watson** | 196:13 197:13 | 51:5,14,20 52:6 | 139:4 141:17 | 43:2 44:4,17 |
| 46:8 47:3 | **we've** | 53:10 56:9,13 | 142:1,13 144:12 | 48:15 50:15 |
| **wavier** | | | | |

56:11,24 57:4,8
57:10,11,24
60:14 61:25
63:3,8 64:17
70:12,24 71:8
71:17 73:14,23
76:1,12 79:16
79:18,20 96:17
96:25 98:2
101:6 103:12
105:22 108:3
110:7 119:14
120:2 121:7,17
122:12 123:12
124:16 125:3
131:4,18,23
133:6 134:1
135:21 136:9
137:19 138:17
143:13 146:9
153:17 174:23
187:17 192:10
192:11 193:14
193:24 194:21
**worked**
14:21,24 15:12,13
16:15 18:6,11
20:2,6 55:16
113:11 140:13
169:14
**working**
15:2,20 40:24,25
68:5 141:11
145:1 148:4,16
148:17 152:4
155:17 166:3
174:22 185:16
185:18,20,23
186:1,24 189:6
**working-level**
101:10
**works**
65:17 68:7
**world**
100:5 153:25
**worldwide**
102:7

**worried**
36:13
**wouldn't**
44:15 57:23
194:25
**wrapping**
169:16
**writing**
54:13,14,15 56:4
68:14 99:22
**written**
82:21 113:2
133:9,14,17
150:20 165:12
172:22
**wrong**
117:3
**wrote**
43:11 123:25
**W-O-O**
11:7

_____
**X**
_____
**X**
1:3,16 2:2,15 5:8
6:1 7:1
**XX**
199:14

_____
**Y**
_____
**Yeah**
52:19 64:2 122:4
131:22 149:2
**year**
26:7 27:22 54:17
54:17 55:5,6
**years**
14:15 94:13
**Yep**
65:4 72:3
**yesterday**
9:18
**yes-or-no**
32:2 37:2 58:18
**York**
1:11 2:6

_____
**Z**
_____

**zip**
175:6,7,9,17
176:2,12
**Z000066**
115:25

_____
**0**
_____
**01846**
200:2 201:2
**02109**
3:7

_____
**1**
_____
**1**
1:24 5:11 46:20
47:15,17 48:21
49:1,5,7 74:7,9
78:10 90:4
106:24 114:6
116:3 167:9
**1st**
90:6 91:3 145:14
145:19 147:24
155:13 167:15
167:16
**1:23**
72:9
**1:34**
163:13
**1:41**
81:22
**1:45**
82:1
**10**
5:14 6:6 159:22
159:25 160:2,4
160:12,18
161:12,14,23
179:23 180:3
181:20,24 182:9
**10:02**
32:15
**10:07**
32:19
**10:35**
46:21
**10:49**
46:24

**106**
5:15
**11**
5:3 6:8,17 162:8
162:11,14,16
**11th**
31:5
**11-cv-01846-L...**
1:10 8:11
**11-page**
167:8
**11:01**
52:25
**11:05**
53:4
**11:15**
160:19
**11:18**
59:13
**11:25**
59:17
**11:31**
62:18
**11:37**
62:22
**11:56**
72:5
**115**
5:17
**12**
6:10 9:18 163:7
163:10,14,16
**12-21-12**
6:3
**1201**
4:6
**129**
5:20
**13**
6:12 164:6,9,12
164:14
**13,000**
9:19
**139**
5:22
**14**
6:14 165:5,8

**145**
5:24
**15**
1:22 6:16 8:1,6
167:4,7,10,12
**15-minute**
134:10
**156**
6:3
**157**
6:4
**159**
6:6
**16**
6:18 169:25
170:4,8
**162**
6:8
**163**
6:10
**164**
6:12
**165**
6:14
**167**
6:16
**169**
6:18
**17**
6:20 171:2,8,10
171:12
**17th**
199:21
**171**
6:20
**172**
6:23
**173**
7:3
**174**
7:5
**176**
7:8
**177**
7:10
**178**
7:12

**18**
6:23 172:2,5,8,9
**181**
7:14
**185**
7:16
**188**
7:18
**19**
7:3 49:8 173:8,11
 173:15
**191**
5:4
**196**
5:5
**1988**
14:21
**1998**
14:25

————— **2** —————

**2**
5:13,21,25 6:3,7
 46:24 72:4
 89:25 90:3,5
**2nd**
48:22 79:6
**2:23**
97:19
**2:28**
97:23
**20**
7:5 160:19 174:4
 174:7,11 175:2
 178:21
**20th**
160:10,11 171:13
 178:22 182:16
 183:8
**2000**
15:2
**2003**
15:5,7
**2006**
15:8,11
**2007**
15:8
**2008**

15:11
**201**
1:24
**2010**
19:24 20:1,8
120:6,8,19
169:12
**2011**
24:21,22 39:14,17
90:4 91:3,20
92:22,23,25
93:5
**2012**
24:14,17,21 29:12
49:13,22 50:4
50:11 51:11
53:23 67:10,14
68:12 91:12,14
91:21 92:19,21
96:11 99:16,17
99:19 129:16
136:17 137:3
139:19,23 141:9
142:4 144:24
145:14,19
147:24 155:13
156:15 157:9
159:7,9 160:10
160:11,19
166:23 168:1
169:1 170:16
171:13 172:10
173:16,17
174:12,13 176:1
176:13 177:2,3
177:22,23
178:21,23
182:16,23 183:8
184:25 186:5,6
186:16,18,20
187:4
**2013**
1:22 8:1,6 30:24
48:22 74:15
79:6 107:5,9,13
107:18,20,22
116:6 120:23

157:22,24 158:2
158:13,25
162:13,17
163:12,17
164:11,15
165:11 166:15
166:19 167:9,15
188:19 189:5
199:21
**2085**
182:20
**209**
188:11
**21**
7:8 156:15
 176:19,22,24,25
 177:1,7
**21st**
157:9
**213**
2:22
**2145**
178:17
**2146**
177:18
**22**
7:10 177:14,17,21
**22nd**
107:5 157:22,25
 158:2
**2207308**
176:23
**225**
188:11
**2269**
174:8
**23**
7:12 178:13,16
 179:24 180:1
 182:16
**24**
7:14 49:13,22
 50:4,11 51:11
 53:23 181:1
 182:19,22
 183:11
**24th**

67:10,14 68:12
129:16 136:17
137:3
**25**
7:16 162:17
185:4,7,10,11
186:4
**25th**
162:13,18
**26**
7:18 188:7,10,14
189:12
**26th**
107:9,13 116:6,20
**27**
163:12
**27th**
163:17,18
**288**
106:21

————— **3** —————

**3**
5:15 6:5 49:8,19
72:9 74:9
100:12,19
106:15,17,20,24
108:24 109:22
110:5,13 112:25
114:6,24 115:16
117:21
**3-13-13**
5:17
**3-22-12**
6:6 7:12
**3-22-13**
6:4
**3-23-13**
5:15 6:8,10,12,14
 6:16 7:18
**3-24-12**
5:20
**3-25-13**
6:9
**3-26-13**
5:15,18
**3-27-12**
6:20

**3-27-13**
6:11
**3-31-13**
6:13,15
**3:00**
167:9
**3:16**
117:22
**3:24**
117:25
**3:55**
131:10
**30th**
186:16,18,20
**30(b)(6)**
47:6
**30309-3424**
4:7
**31**
164:15 165:11
**31st**
164:11

————— **4** —————

**4**
5:17 115:19,20,23
116:2,4,16
117:2,6,25
118:4 120:23
156:3
**4th**
74:15 172:10,11
186:5,6 187:4
188:18
**4-1-13**
6:16
**4-20-12**
6:7,21 7:13
**4-4**
5:22
**4-4-13**
7:18
**4-5-12**
5:22
**4-9-12**
6:18
**4:11**
131:14

HIGHLY CONFIDENTIAL DEPOSITION OF SEUNGWOO (CLAYTON) KIM
CONDUCTED ON TUESDAY, OCTOBER 15, 2013

**4:16**
134:18
**4:19**
134:22
**404**
4:8
**46314**
1:23
**47**
5:11 177:18

---
**5**
**5**
5:20 6:9 49:7,19
  129:10,11,14,19
  136:14 139:7
  156:8
**5th**
3:15 139:19,23
  141:9 142:4
  144:24 173:16
  173:17 174:12
  174:13 176:1,13
  177:2,3,22,23
**5-1-12**
5:24
**5-4-12**
6:24
**5:05**
164:11
**5:12**
156:4
**5:25**
156:8
**526-5000**
3:8
**55**
3:15
**584**
185:8
**586**
185:8

---
**6**
**6**
5:12,22,22 6:11
  139:11,13,16,20
  139:22 140:4,18

142:17,21,24
143:8,21
**6th**
182:23 184:25
**6:00**
169:18
**6:09**
169:22
**6:53**
188:1
**60**
3:6
**60th**
2:20
**6079**
172:6
**617**
3:8
**6199**
160:1
**6200**
160:1
**6201**
171:9
**6204**
171:9
**6361**
199:3
**650**
3:17

---
**7**
**7**
5:24 15:11 74:12
  145:7,10,13,15
  145:17 146:16
  147:6 148:11,25
  149:4,7,15
  151:5 153:24
**7-1-11**
5:14
**7-4-12**
7:16
**7-5-12**
7:3,5,8,10
**7-6-12**
7:14
**7:03**

**188:5**
**7:15**
194:7
**7:20**
194:11
**7:25**
197:13,16
**707**
2:20 8:7
**7187**
173:12
**72**
115:25
**794**
108:7,11 117:11
  118:13,19

---
**8**
**8**
6:3 155:25 156:5
  156:12,16 157:1
**801-5001**
3:17
**88**
173:12
**881-7000**
4:8
**89**
5:13
**892-5900**
2:22

---
**9**
**9**
6:4,13,15 15:11
  157:15,17,20
  158:1 159:13
  170:16
**9th**
170:18
**9:00**
8:2,6
**9:01**
1:22
**9:49**
30:14
**9:59**
30:18

**90017**
2:21
**9342**
170:5
**94065**
3:16
**98**
15:1,2