# EXHIBIT 25
(Unredacted Version of Document Sought To Be Sealed)

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

July 16, 2013

**CONTAINS INFORMATION DESIGNATED**
**HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY**

Randall Allen, Esq.
Alston & Bird LLP
275 Middlefield Road
Suite 150 Menlo Park, CA 94025-4008

Re:   <u>Apple Inc. v. Samsung Elecs. Co. Ltd., No. 11-cv-1846 LHK (PSG)</u>

Dear Mr. Allen:

I write on behalf of Samsung Electronics America, Inc., Samsung Telecommunications America LLC, and Samsung Electronics Co., Ltd. (collectively, "Samsung"), defendants in the above referenced action, and on behalf of the firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel").

I write to inform you of the inadvertent disclosure to Samsung of confidential information belonging to Nokia. As part of Samsung's preparation for trial in the 1846 action, Samsung's expert Dr. David J. Teece authored an expert report regarding licensing, which was served on March 22, 2012. This report contained discussion of the payment terms of Nokia's patent license with Apple. Quinn Emanuel prepared a redacted copy of this report, removing Apple and third party confidential information. The name of the file was "(Redacted) Expert Report of David J Teece Samsung v Apple pdf." However, while much of the report was redacted and an exhibit to the report that included summary information regarding the Apple-Nokia license was removed, inadvertently, payment information regarding the Apple-Nokia license was not redacted. The redacted version of the report contained the following statement: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The body of the emails that attached the incompletely redacted report did not include information regarding the Apple-Nokia license.

Quinn Emanuel has identified the following instances where the incompletely redacted Teece report was disclosed to personnel at Samsung:

- April 5, 2012 email from Thomas Pease of Quinn Emanuel, attaching incompletely redacted Teece report, sent to Hojin Chang, Soojin Lee, Daniel Ko, Suyeul Lee, Kijoong Kang, Beyong Yuu, JaeHawk Lee, Jaehyun Park, Jin Hwan Kwak, Heungju Kwon, Clayton Kim, and Seungkyun Oh of Samsung.  The email was also sent to the following individuals at Ohno & Partners:  Seiji Ohno, Mamoru Suzuki, Hideaki Kobayashi, Akio Iizuka, Yoshitaka Inoue, and Tomomine Ichihashi.

- December 21, 2012 email from Guy Eddon of Quinn Emanuel, attaching the incompletely redacted Teece report, sent to Daniel Shim of Samsung.

In addition, the incompletely redacted Teece report was attached to a May 13, 2012 email from Daniel Shim to Thomas Pease, the "Samsung FRAND" distribution list, and Victoria Maroulis.

I also want to confirm that, on July 15 and 16, 2013, we told you that we wish to immediately take corrective action and we requested your approval to delete all copies of these emails that are in Samsung's possession.  On July 16, 2013, you requested that we not instruct Samsung to delete the emails discussed in this letter.

Very truly yours,

*[signature]*

Robert J. Becher