# Exhibit 15

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL NO.
**(213) 443-3182**

WRITER'S INTERNET ADDRESS
**robertbecher@quinnemanuel.com**

July 16, 2013

<u>**CONFIDENTIAL BUSINESS INFORMATION**</u>
<u>**VIA E-MAIL**</u>

Randall Allen, Esq.
Alston & Bird LLP
275 Middlefield Road
Suite 150 Menlo Park, CA 94025-4008

Re:  <u>Certain Electronic Devices, Including Wireless Communication Devices, Portable Music and Data Processing Devices, and Tablet Computers, Investigation No. 337-TA-794</u>

Dear Mr. Allen:

I write on behalf of Samsung Electronics America, Inc., Samsung Telecommunications America LLC, and Samsung Electronics Co., Ltd. (collectively, "Samsung"), complainants in the above referenced action, and on behalf of the firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel").

I write to inform you of the inadvertent disclosure to Samsung of confidential business information belonging to Nokia. In late March 2013, Quinn Emanuel submitted responses to the International Trade Commission's supplementary questions on the public interest. Quinn Emanuel prepared outlines and a draft of this submission. We have recently discovered that the outlines and draft contained a sentence with Nokia confidential business information. The sentence states that ███████████████████████████████████████████████████████████████ The drafts did not otherwise contain confidential business information that Samsung was not authorized to view.

We have identified the following emails to Samsung personnel containing this information:

- March 22, 2013 email attaching an outline sent from Thomas Pease of Quinn Emanuel to Anthony Kahng, Seungho Ahn, Kijoong Kang, Jaewan Chi, Injung Lee, MinHyung Chung, Brian Kim, Michael Kang, Hosik Jang, Cindi Moreland, Beomjun Jin, Beyong

  Ho Yuu, Byung-Gun Min, Byungsik Kim, Cheolwoo Ahn, Daniel Ko, Daniel W. Shim, Eric Cha, Eunha Kim, Hankil Kang, Heungju Kwon, Hojin Chang, Hoshin Lee, IlMan Bae, James Kwak, JaeHwan Kim, JaeHyoung Kim, JaeHyung Park, Jae-il Park, James Shin, Jeff Myung, Sunmi Kim, Johnda Crites, Jonghee Kim, Julie Han, JunHong Park, KyuHyuk Lee, Kenneth Korea, Megan Drahos, Michelangelo Troisi, Michelle Yang, Richard An, Richard Rosales, Rosa Kim, SangHoon Jin, Se-Jin Chung, Seong-woo (Clayton) Kim, Jaehawk Lee, Soojin Lee, SungCheol Bae, Sung-Ho Lee, Wonsuk Park, Wonsun Kim, Yeowan Youn, Young Kyoo Jang, Youngho Kim, Youngjo Lim, YoungSoon Lee, YunHee Kang, Karin Norton, and the Quinn Emanuel "Samsung ITC" distribution list.

- March 25, 2013 email attaching a draft sent from Thomas Pease of Quinn Emanuel to Hojin Chang, Anthony Kahng, Injung Lee, Brian Kim, Michael Kang, Daniel Ko, Daniel Shim, Eric Cha, HeungJu Kwon, James Kwak, JaeHyoung Kim, Jae-il Park, James Shin, Kenneth Korea, Richard An, Rosa Kim, Clayton Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim, YunHee Kang, TaeHyoung Kim, Jay Shim; InDong Kang, Jun Won Lee, and HyuckSon Kwon; and the following individuals and distribution list at Quinn Emanuel: Victoria Maroulis, Alan Whitehurst, Alex Lasher, Marissa Ducca, and "Samsung FRAND."

- March 28, 2013 email attaching a draft sent from Thomas Pease of Quinn Emanuel to Hojin Chang, Anthony Kahng, Injung Lee, Brian Kim, Michael Kang, Daniel Ko, Daniel Shim, Eric Cha, HeungJu Kwon, James Kwak, JaeHyoung Kim, Jae-il Park, James Shin, Kenneth Korea, Richard An, Rosa Kim, Clayton Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim, YunHee Kang, TaeHyoung Kim, Jay Shim; InDong Kang, Jun Won Lee, and HyuckSon Kwon; and the following individuals and distribution list at Quinn Emanuel: Alan Whitehurst, Alex Lasher, Marissa Ducca, and "Samsung FRAND."

- March 31, 2013 email attaching a draft sent from Thomas Pease of Quinn Emanuel to Hojin Chang, Anthony Kahng, Injung Lee, Brian Kim, Michael Kang, Daniel Ko, Daniel Shim, Eric Cha, HeungJu Kwon, James Kwak, JaeHyoung Kim, Jae-il Park, James Shin, Kenneth Korea, Richard An, Rosa Kim, Clayton Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim, YunHee Kang, TaeHyoung Kim, Jay Shim; InDong Kang, Jun Won Lee, and HyuckSon Kwon; and the following individuals and distribution list at Quinn Emanuel: Alan Whitehurst, Alex Lasher, Marissa Ducca, and "Samsung FRAND."

We have identified the following emails from Samsung personnel containing this information:

- March 25, 2013 email from Hojin Chang of Samsung, attaching comments, sent to Anthony Kahng, Injung Lee, Brian Kim, Michael Kang, Daniel Ko, Daniel Shim, Eric Cha, Heungju Kwon, James Kwak, JaeHyoung Kim, Jae-il Park, James Shim, Kenneth Korea, Richard An, Rosa Kim, Seongwoo (Clayton) Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim, Yunhee Kang, Karin Norton, TaeHyoung Kim, Jay Shim, Indong Kang, Jun Won Lee, and Hyuckson Kwon; and the following individuals and

distribution list at Quinn Emanuel: Thomas Pease, Victoria Maroulis, and "Samsung ITC."

- March 25, 2013 email from Hojin Chang of Samsung, attaching a draft, sent to TaeHyoung Kim, Anthony Kahng, Injung Lee, Brian Kim, Michael Kang, Daniel Ko, Daniel Shim, Eric Cha, Heungju Kwon, James Kwak, JaeHyoung Kim, Jae-il Park, James Shim, Kenneth Korea, Richard An, Rosa Kim, Seongwoo (Clayton) Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim, Yunhee Kang, Karin Norton, Jay Shim, Jun Won Lee, Hyuckson Kwon; and Michael McKeon of Fish & Richardson P.C.; and the following individuals from Kirkland & Ellis, LLP: Ed Donovan, Jennifer Selendy, and Greg Arovas.

- March 25, 2013 email from Daniel Shim of Samsung, attaching comments to a draft, sent to Brian Kim, Injung Lee, and KiJoong Kang; the following individuals at Bristows LLP: Helen Hopson, Pat Treacy; and the following individuals and distribution list at Quinn Emanuel: Maxim Price, Alex Baxter, Thomas Pease, Victoria Maroulis, Eric Wall, and "Samsung ITC."

- March 27, 2013 email from Hojin Chang of Samsung, attaching comments to a draft, sent to Anthony Kahng, Injung Lee, Brian Kim, Michael Kang, Daniel Ko, Daniel Shim, Eric Cha, Heungju Kwon, James Kwak, JaeHyoung Kim, Jae-il Park, James Shim, Kenneth Korea, Richard An, Rosa Kim, Seongwoo (Clayton) Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim, Yunhee Kang, Karin Norton, TaeHyoung Kim, Jay Shim, Indong Kang, Jun Won Lee, and Hyuckson Kwon; and the following individuals and distribution list at Quinn Emanuel: Thomas Pease, Victoria Maroulis, Alan Whitehurst, Alex Lasher, Marissa Ducca, and "Samsung FRAND."

- March 31, 2013 email from Daniel Shim of Samsung, attaching comments to a draft, sent to Hojin Chang, Anthony Kahng, Injung Lee, Brian Kim, Michael Kang, Daniel Ko, Eric Cha, Heungju Kwon, James Kwak, JaeHyoung Kim, Jae-il Park, James Shim, Kenneth Korea, Richard An, Rosa Kim, Seongwoo (Clayton) Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim, Yunhee Kang, Karin Norton, TaeHyoung Kim, Jay Shim, Indong Kang, Jun Won Lee, Hyuckson Kwon, and KiJoong Kang; and the following individuals and distribution list at Quinn Emanuel: Thomas Pease, Victoria Maroulis, Alan Whitehurst, Alex Lasher, Marissa Ducca, and "Samsung FRAND."

- April 1, 2013 email from Hojin Chang of Samsung, attaching comments to a draft, sent to Anthony Kahng, Injung Lee, Brian Kim, Michael Kang, Daniel Ko, Daniel Shim, Eric Cha, Heungju Kwon, James Kwak, JaeHyoung Kim, Jae-il Park, James Shim, Kenneth Korea, Richard An, Rosa Kim, Seongwoo (Clayton) Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim, Yunhee Kang, Karin Norton, TaeHyoung Kim, Jay Shim, Indong Kang, Jun Won Lee, Hyuckson Kwon, and KiJoong Kang; and the following individuals and distribution list at Quinn Emanuel: Thomas Pease, Victoria Maroulis, Alan Whitehurst, Alex Lasher, Marissa Ducca, and "Samsung FRAND."

CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO PROTECTIVE ORDER

I also want to confirm that, on July 15 and 16, 2013, we told you that we wish to immediately take corrective action and we requested your approval to delete all copies of these emails that are in Samsung's possession.  On July 16, 2013, you requested that we not instruct Samsung to delete the emails discussed in this letter.

Very truly yours,

Robert J. Becher

02198.51855/5415782.7