# Exhibit 5

# Filed Under Seal

# In The Matter Of:

*APPLE INC.*
*v.*
*SAMSUNG ELECTRONICS CO., LTD., et al*

_____

*EEVA KAARINA HAKORANTA - Vol. 1*
*November 25, 2013*

_____

*HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY
EEVA KAARINA HAKORANTA - 11/25/2013

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

_____

APPLE INC., a California corporation,

        Plaintiff,

    v.                                  Case No:
                                    11-cv-01846-LHK

SAMSUNG ELECTRONICS CO., LTD., a
Korean corporation; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation; and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

        Defendants.

_____

    ***THIS ENTIRE TRANSCRIPT IS DESIGNATED
HIGHLY CONFIDENTIAL/ATTORNEYS' EYES ONLY***

Monday, November 25, 2013

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF
MS. EEVA KAARINA HAKORANTA

AT:  7.04 PM

Reported by:  Trish Brady, Accredited Realtime Reporter

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY
EEVA KAARINA HAKORANTA - 11/25/2013

Page 2

```
 1                A P P E A R A N C E S

 2      Appearing on behalf of SAMSUNG, et al:

 3              QUINN EMANUEL URQUHART & SULLIVAN LLP
                865 South Figueroa Street
 4              10th Floor
                Los Angeles, California 90017
 5              Telephone:  213-443-3180
                Email: michaelzeller@quinnemanuel.com
 6
                BY:  MR. MICHAEL T. ZELLER, ESQ.
 7              and MS. RACHEL HERRICK KASSABIAN, ESQ.

 8
        Appearing on behalf of NOKIA and THE WITNESS:
 9
                ALSTON & BIRD LLP
10              One Atlantic Center
                1201 West Peachtree Street
11              Atlanta, Georgia, 30309-3424
                Telephone:  404-881-7196
12              Email: randall.allen@alston.com

13              BY:  MR. RANDALL L. ALLEN, ESQ.
                and  MR. BRIAN PARKER MILLER, ESQ.
14

15      Appearing on behalf of APPLE INC.,:

16              WILMER CUTLER PICKERING HALE AND DORR LLP
                1875 Pennsylvania Avenue
17              NW, Washington D.C., 20006
                Telephone: +1 202 663 6327
18              Email: gregory.lantier@wilmerhale.com

19              BY: MR. GREGORY H. LANTIER, ESQ.

20

21      Also Present:

22              MR. RON ANTUSH (In-house Counsel, NOKIA)

23

24      Legal Videographer:

25              MR. PHILLIP HILL
```

```
 1
 2                        I N D E X
 3
 4
 5   Witness (sworn)                              Page No:
 6
 7   MS. EEVA KAARINA HAKORANTA                      5
 8
 9   DIRECT EXAMINATION BY MR. ZELLER:               5
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1    what documents counsel determines to show a
2    witness in preparation for the deposition is
3    protected.  If you are asking something other than
4    that, I will permit the witness to answer the
5    question.
6              BY MR. ZELLER:
7         Q.   Did you review any documents --
8    just tell me "yes" or "no" -- did you review any
9    documents in preparation for your deposition here
10   today?
11             MR. ALLEN:  You can answer that question
12   "yes" or "no".
13        A.   Yes.
14             BY MR. ZELLER:
15        Q.   Did any of those documents refresh
16   your recollection?
17        A.   Not really.
18        Q.   You say "not really".  Did they, in
19   any way, refresh your recollection?
20        A.   No, they didn't.
21        Q.   I take it you attended the June 4,
22   2013 meeting with Samsung?
23        A.   Yes.
24        Q.   Who else was there?
25        A.   Paul Melin and on Samsung's side

```
 1     Mr. Ahn, Mr. Kwak and Mr. Kang.
 2           Q.   Were you present for the entirety
 3     of the meeting?
 4           A.   Yes, I was.
 5           Q.   Were all three Samsung
 6     representatives present for the entirety of the
 7     meeting?
 8           A.   Yes, except for the breaks.
 9           Q.   What was the first thing that
10     happened at the meeting?
11           A.   Well, the first thing that happened
12     at the meeting was that Mr. Ahn explained he
13     didn't want to litigate with Nokia and wanted to
14     present an offer.
15                He then proceeded to tell us that he
16     knew the terms of our license with Apple and he
17     also told us he understood that they were in
18     principle confidential, but stated that there's a
19     lot of litigation going and all information leaks.
20     And then he gave us an offer.
21           Q.   And what you described here, are
22     those words that Dr. Ahn used, either the actual
23     words or in substance what he said?
24           A.   In substance what he said.  I don't
25     recall verbatim what he said but that's definitely
```

```
 1            Q.   Do you recall him saying anything
 2   else during the course of that first session at
 3   the June 4 meeting other than what you have
 4   testified to?
 5            A.   I do recall that he was addressing
 6   Mr. Melin about sort of that it was time for them
 7   to -- to meet.  He spoke quite a bit about a lot
 8   of litigation going on at Samsung.  He mentioned,
 9   several times, that he would rather settle with
10   Nokia than litigate on top of all the other
11   litigation that he had going in Samsung and
12   I think he mentioned -- he might have mentioned
13   discovery in -- in the context of addressing that
14   this information he possessed was of confidential
15   nature.
16            Q.   Anything else that you can recall
17   Dr. Ahn saying during the first session of the
18   June 4 meeting?
19            A.   He did say something about the
20   offer.  He wanted to make an offer and it was only
21   on table right then and there.  It was a take it
22   or leave it offer.  He characterized it as a total
23   peace, and he did say that if we wanted to take it
24   home and consider, it would be possible but
25   otherwise, he said it's only on table now.
```

```
 1              Q.   Anything else that you can recall
 2    Dr. Ahn saying during the first session of the
 3    June 4 meeting?
 4              A.   There could have been something
 5    else, but I believe that's the substance.
 6              Q.   Is there anything else you recall
 7    during the first session?
 8              A.   That's the substance.
 9              Q.   I'm not asking about the substance.
10              Is there anything else that you can
11    recall Dr. Ahn saying during this first session at
12    the June 4 meeting or do I have your complete
13    recollection on that?
14              A.   Right now, I think you have my
15    complete recollection.
16              Q.   And at the end of this first
17    session, the parties took a break from the
18    meeting?
19              A.   Yes.
20              Q.   And about how long did that break
21    last?
22              A.   It was a longish break.  It could
23    have lasted from half an hour to an hour.
24              Q.   Focusing on that first session of
25    the June 4 meeting before the break, did -- is it
```

HIGHLY CONFIDENTIAL / ATTORNEYS' EYES ONLY
EEVA KAARINA HAKORANTA - 11/25/2013

Page 27

```
 1    discuss in any way what it is that Dr. Ahn had
 2    said during the first session?
 3              MR. ALLEN:  You can answer that question
 4    "yes" or "no".
 5              A.   Yes.
 6              BY MR. ZELLER:
 7              Q.   Did you discuss between yourselves
 8    what Dr. Ahn had said about that he knew the terms
 9    of the license with Apple; again, just "yes" or
10    "no" at this point?
11              A.   Yes.
12              Q.   When Dr. Ahn said this during
13    the -- during this first session as you testified
14    to, were you surprised when he said this?
15              A.   Yes.
16              Q.   And did you convey that to
17    Mr. Melin?
18              A.   Yes.
19              Q.   And how did you -- how did you
20    convey that to Mr. Melin?  Did you say, "I was
21    surprised" or did you use some other words?
22              A.   I don't recall the words I used,
23    but I was definitely surprised.
24              Q.   Did Mr. Melin say he was surprised?
25              A.   Yes.
```

```
 1            Q.   And what words did he use to convey
 2   this during the first break?
 3            A.   I can't recall the exact words.
 4            Q.   Do you recall the substance of what
 5   he said?
 6            A.   He was surprised.
 7            Q.   Did he comment on Dr. Ahn saying
 8   that he, Dr. Ahn, knew the terms of the license?
 9            MR. ALLEN:  Did he comment on that
10   specific word or that concept?
11            BY MR. ZELLER:
12            Q.   The -- the specific word.
13            A.   I don't know that he commented on
14   that specific word.
15            Q.   You just don't have a recollection
16   one way or another?
17            A.   No, I don't.  I don't recall
18   verbatim what the discussion was.
19            Q.   Did he comment on Dr. Ahn having
20   this information about the terms of the Apple
21   license?
22            A.   Yes.
23            Q.   And what did he say?
24            A.   He was surprised how it was
25   possible that they had this information.
```

```
 1    response to the offer that Samsung had made during
 2    the first session?
 3            A.   I don't think we did during the
 4    first session.
 5            Q.   And the first session ended by
 6    Mr. Melin asking for a break?
 7            A.   Yes.
 8            Q.   And then you had the break that we
 9    testified -- that you testified about previously?
10            A.   Yes.
11            Q.   And then I take it there was
12    another session at the June 4 meeting?
13            A.   Yes.
14            Q.   With the Samsung representatives?
15            A.   Yes.
16            Q.   And how long did the second session
17    last?
18            A.   Not particularly long.  I would say
19    half an hour to an hour.
20            Q.   And what's the first thing you can
21    remember happening at the second session of the
22    June 4 meeting?
23            A.   We thanked the Samsung team for the
24    offer.
25            Q.   When you say "we", who -- who said
```

```
 1   that?
 2           A.   Mr. Melin was leading the
 3   negotiation, he spoke.
 4           Q.   And then what happened next?
 5           A.   We went into discussing the offer.
 6   We rejected it and explained our reasons for it.
 7           Q.   Was this something that Mr. Melin
 8   said or was this something that you also said
 9   something about?
10           A.   Mr. Melin was speaking to that.
11           Q.   And please tell me as best as you
12   can recall what Mr. Melin said on the subject of
13   the Samsung offer?
14           A.   He said it was an improvement from
15   their previous offer, but we had some challenges
16   with it.
17           Q.   Anything else you can recall him
18   saying on the subject of the Samsung offer?
19           A.   Yes.
20           Q.   What else do you remember?
21           ▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
```

```
 1      ███████████████████████████████████████  during
 2      the course of the June 4 meeting?
 3              A.   When we showed this slide, we did.
 4              Q.   Apart from showing the slide, was
 5      there any statement or comment made about the
 6      ████████████████████████
        █  ███ ██████████████████████████████████████
        █ ████████████████████████████████
 9              Q.   Was anything else said about the
10      ████████████████████████
11              A.   I don't specifically recall.
12              Q.   Do you recall if anything else was
13      said?
14              A.   I don't specifically recall.
15              Q.   I'm not asking specifically.  Do
16      you have any recollection that anything else was
17      said even if you can't recall what it was?
18              A.   My response is I don't specifically
19      recall.
20              Q.   I am not asking if you specifically
21      recall.  Please tell me anything else that you
22      recall, even generally, being said about the
23      ████████████████████████████  during the course of the
24      June 4, 2013 meeting?
25              MR. ALLEN:  Object to the form of the
```

```
 1             Q.   I'm sorry, it may be I'm not
 2    entirely following.  When you say "our offer",
 3    was -- was an offer made by Nokia in the second
 4    session?
 5             A.   Well, we wanted to discuss our
 6    potential response to Samsung, so perhaps not
 7    verbatim an offer, but a potential response and
 8    Samsung did comment on the potential response.
 9             Q.   Please tell me what you recall
10    Samsung saying during the second session?
11             A.   During the second session.  OK.
12    ████████████████████████████████████████████
      ████████████████████████████████████████████
      ████████████████████████████████████
      ████████████████████████████████████████████
      ████████████████████████████████████████████████
      ████████████████████████████████████████████
      ████████████████████████████████████████████
      ████████████████████████████████████
      ██████████████
21             I recall that we explained that it is
22    ████████████████████████████████████████████████
      ████████████████████████████████████████████
      ██████████████████████████████████████ and I recall
25    Mr. Ahn saying that he had some flexibility, but
```

```
 1    it was around his figure, not ours.  And then
 2    I also recall that he accepted the arbitration as
 3    an option.
 4         Q.   And when you say Dr. Ahn accepted
 5    the arbitration as an option, was this in response
 6    to Nokia first offering arbitration as an option
 7    as you talked about before?
 8         A.   Yes.  He said he would not accept
 9    option number 1 or option number 2, so he
10    basically then said, "Let's arbitrate."
11         Q.   During the course of your answer,
12    you were using the phrase "we" explained or "we"
13    said.  Did Mr. Melin make these statements that
14    you testified to?
15         A.   I believe he did.  He was leading
16    the negotiation and he was -- he was speaking.
17         Q.   At any time during the course of
18    this June 4 meeting, did Mr. Melin express in any
19    way disappointment or frustration over the fact
20    that Samsung was accepting arbitration as an
21    option?
22         MR. ALLEN:  Objection to the form of the
23    question, it's vague.
24         A.   Can you clarify?
25         MR. ALLEN:  You may answer.
```

1                A.    I believe he specified them later.
2                Q.    When you say "later", what session?
3                A.    I believe the second session.
4          █     █████████████████████████████████
█     █          █     █████████████████████████████████████
█     ███████████████████████████████████████
█     ███████████████████████████████████████
█     ████████████████████
█          █     █████████████████████████
█     █████████████████████████
█          █     ████████████████████████████████
█          █     ██████████████████████████████████████
█     █████████████████████████████████
█          █     ████████████████████
█          █     █████████████████████████████████
█     ███████████████████████████
█          █     ██████████████████████████████████
█     ██████████████████
█          █     █████████████████████████████████
█     ████████████████████████████████████████
█     ████████████████████████████████████████
█     ███████████████████████████████
█     █████████████████████████████████████
█     ████████████████████████████████████████
█     █████████

1  ▮          ████████████████████████████
▮          ██████████████
▮          ▮          ████████████████████████
▮          ██████████████████████████████████
▮          ██████
▮          ▮          ████████████████████████
▮          ▮          ████████████████████████
▮          ██████████████████████████████
▮          ████████████████████
▮   ▮          ██████████████████████████████████
▮   ▮          ██████████████████████████████████
▮   ████████████████████████████████████████
▮   ██████████████████████
▮          ▮          ██████████████████████
▮   ████████████████████████████████████████
▮   ████████████████████████████████████████
▮   ████████████████████████████████████
▮   ██████████████████████████
▮   ▮          ██████████████████████████
▮   ██████████████
▮   ▮          ████████████████
▮   ▮          ██████████████████████████████████
▮   ████████████████████████
▮   ▮          ████████████████
▮   ████████████████████████████████████