1

1                    UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

3       - - - - - - - - - - - - - - - - X

4    APPLE INC., a California            :

5    Corporation,                        :

6                      Plaintiff,        :

7    v.                                  :

8    SAMSUNG ELECTRONICS CO., LTD., a :

9    Korean corporation; SAMSUNG       :Civil Action No.

10   ELECTRONICS AMERICA, INC., a New :11-cv-01846-LHK

11   York corporation; and SAMSUNG      :

12   TELECOMMUNICATIONS AMERICA, LLC, :

13   a Delaware limited liability       :

14   Company,                           :

15         Defendants.                  :

16   - - - - - - - - - - - - - - - - X

17   (Caption continued on next page)

18         HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

19               SUBJECT TO PROTECTIVE ORDER

20          Videotaped Deposition of SEUNGHO AHN

21               Los Angeles, California

22          Thursday, October 17, 2013, 9:29 a.m.

23   Job No.: 46380

24   Pages 1 – 183

25   Reported by:  Candice Andino

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

2

1    (Caption continued from previous page)

2    - - - - - - - - - - - - - - - - - X

3    SAMSUNG ELECTRONICS CO., LTD, a    :

4    Korean corporation; SAMSUNG        :

5    ELECTRONICS AMERICA, INC., a New   :

6    York corporation; and SAMSUNG      :

7    TELECOMMUNICATIONS AMERICA, LLC    :

8    a Delaware limited liability       :

9    company,                           :

10         Counterclaim-Plaintiffs,    :

11   v.                                 :

12   APPLE INC., a California           :

13   corporation,                       :

14         Counterclaim-Defendant.     :

15   - - - - - - - - - - - - - - - - - X

16

17   Videotaped Deposition of SEUNGHO AHN held at

18   the offices of:

19

20        QUINN EMANUEL URQUHART & SULLIVAN LLP

21        865 South Figueroa Street, 10th Floor

22        Los Angeles, California 90017

23        (213) 443-3000

24

25   Pursuant to Notice, before Candice Andino, CA CSR, RPR.

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

3

1                       A P P E A R A N C E S

2   ON BEHALF OF PLAINTIFF AND COUNTER-DEFENDANT APPLE

3   INC.:

4          MARK D. SELWYN, ESQUIRE

5          WILMERHALE CUTLER PICKERING HALE AND DOOR LLP

6          950 Page Mill Road

7          Palo Alto, California 94304

8          (650) 858-6031

9

10  ON BEHALF DEFENDANT SAMSUNG ELECTRONICS CO., LTD.,

11  SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG

12  TELECOMMUNICATIONS AMERICA, LLC:

13         JOHN B. QUINN, ESQUIRE

14         MICHAEL T. ZELLER, ESQUIRE

15         QUINN EMANUEL URQUHART & SULLIVAN LLP

16         865 South Figueroa Street

17         10th Floor

18         Los Angeles, California 90017

19         (213) 443-3000

20

21

22

23

24

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

4

1            A P P E A R A N C E S   C O N T I N U E D

2    ON BEHALF OF NOKIA CORPORATION:

3          PATRICK J. FLINN, ESQUIRE

4          RYAN W. KOPPELMAN, ESQUIRE

5          ALSTON & BIRD, LLP

6          275 Middlefield Road, Suite 150

7          Menlo Park, California 94025-4008

8          (650) 427-9090

9

10   ALSO PRESENT:

11         BRIAN KIM, Samsung

12         RANDALL ALLEN, Alston & Bird, LLP, Appearing Remotely

13         ALBERT KIM, Korean Interpreter

14         ANN PARK, Check Interpreter

15         TREVOR ASFALL, Videographer

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

5

1                    C O N T E N T S

2   EXAMINATION OF SEUNGHO AHN                        PAGE

3       By Mr. Selwyn                                   8

4       By Mr. Flinn                                   115

5

6

7                    E X H I B I T S

8              (Attached to transcript)

9   AHN DEPOSITION EXHIBIT                            PAGE

10  Exhibit 1    Document entitled, "Agreed Upon       12

11               Protective Order Regarding

12               Disclosure and Use of Discovery

13               Materials"; 19 pages

14  Exhibit 2    E-mail in redacted form received by   20

15               Dr. Ahn on or about March 24th,

16               2012, from Mr. Todd Briggs; 2 pages

17  Exhibit 3    Letter dated August 1, 2013, from     22

18               Mr. Becher; 3 pages

19  Exhibit 4    E-mail dated May 1, 2012, from        27

20               Ms. Helen Hopson to Dr. Ahn and

21               others; 2 pages

22  Exhibit 5    Letter dated September 25, 2013,      28

23               from Mr. Becher; 2 pages

24  Exhibit 6    E-mail dated March 23, 2013, from     30

25               Thomas Pease; 3 pages

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

6

1          E X H I B I T S   C O N T I N U E D

2   AHN DEPOSITION EXHIBIT                              PAGE

3   Exhibit 7    E-mail dated March 25, 2013; 1 page    33

4   Exhibit 8    Document entitled, "Order Re:          92

5                Apple's Motion for Sanctions";

6                6 pages

7   Exhibit 9    Document entitled, "Samsung            102

8                Confidential Pursuant to NDA;

9                Communications Pursuant to Federal

10               Rule of Evidence 408"; 2 pages

11  Exhibit 10   Document entitled, "Stipulation and    154

12               [Proposed] Order Re Motion for

13               Protective Order by Nokia

14               Corporation"; 9 pages

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

7

1          THURSDAY, OCTOBER 17, 2013; LOS ANGELES, CALIFORNIA

2                              9:29 A.M.

3                              - - -

4

5          THE VIDEOGRAPHER:  Good morning, everyone.  We're          09:30:06

6     now on the record.                                              09:30:08

7          Today's date is October 17th, 2013, and the time          09:30:09

8     now is 9:29 a.m.  The location of this deposition is            09:30:12

9     865 South Figueroa Street in Los Angeles, California.          09:30:18

10         My name is Trevor Asfall.  I'm a legal                    09:30:20

11    videographer, and I represent Planet Depos.                     09:30:23

12         The Civil Action Number in this matter is                 09:30:25

13    11-CV-01846-LHK in the matter of Apple, Inc., versus            09:30:28

14    Samsung Electronics.  Today's deponent is Mr. Seungho Ahn.      09:30:35

15         Will all counsel please identify yourself for the         09:30:39

16    record, beginning with the taking attorney.  And also if       09:30:42

17    there is someone from your firm that is monitoring the         09:30:44

18    live stream, can you identify that person also, please.        09:30:48

19         MR. SELWYN:  My name is Mark Selwyn.  I represent         09:30:50

20    Apple.                                                          09:30:53

21         MR. FLINN:  My name is Patrick Flinn.  I                  09:30:54

22    represent Nokia.  With me is Ryan Koppelman.  And I            09:30:56

23    believe that Randall Allen is monitoring the deposition.       09:31:00

24         MR. QUINN:  My name is John Quinn.  I represent           09:31:05

25    Samsung and the witness.                                       09:31:07

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

8

| | | |
|---|---|---|
| 1 | MR. ZELLER:  Mike Zeller, also for the -- Samsung | 09:31:08 |
| 2 | and the witness. | 09:31:13 |
| 3 | MR. KIM:  Brian Kim, Samsung in-house attorney. | 09:31:14 |
| 4 | THE VIDEOGRAPHER:  Thank you. | 09:31:14 |
| 5 | Will the court reporter please administer the | 09:31:14 |
| 6 | oath to the interpreter. | 09:31:14 |
| 7 | | |
| 8 | ALBERT KIM and ANN PARK, | |
| 9 | having first declared under penalty of perjury to | |
| 10 | accurately and honestly translate the English language | |
| 11 | into the Korean language and the Korean language into the | |
| 12 | English language to the best of their abilities, | |
| 13 | interpreted the following testimony: | |
| 14 | | |
| 15 | SEUNGHO AHN, | |
| 16 | having first declared under penalty of perjury to tell the | |
| 17 | truth, was examined and testified through the interpreter | |
| 18 | as follows: | |
| 19 | | |
| 20 | THE VIDEOGRAPHER:  Thank you. | 09:31:45 |
| 21 | Counsel, you may proceed. | 09:31:45 |
| 22 | | 09:31:45 |
| 23 | EXAMINATION | 09:31:46 |
| 24 | BY MR. SELWYN: | 09:31:46 |
| 25 | Q    Good morning.  What is your full name? | 09:31:47 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

9

| | | |
|---|---|---|
| 1 | A    My last name is Ahn.  My given name is Seungho. | 09:31:49 |
| 2 | Q    By whom are you employed? | 09:32:00 |
| 3 | A    That would be Samsung Electronics Company | 09:32:06 |
| 4 | Limited. | 09:32:09 |
| 5 | Q    You understand that you are under oath today? | 09:32:09 |
| 6 | A    Yes. | 09:32:16 |
| 7 | Q    You understand that you must give complete and | 09:32:16 |
| 8 | truthful answers just as if you were in a court of law? | 09:32:19 |
| 9 | A    Yes. | 09:32:33 |
| 10 | Q    What is your position at Samsung? | 09:32:34 |
| 11 | A    I serve as the head of the IP Center. | 09:32:42 |
| 12 | Q    To whom do you report? | 09:32:45 |
| 13 | A    The CFO of Samsung Electronics is my boss. | 09:32:47 |
| 14 | Q    What are your duties and responsibilities as head | 09:32:58 |
| 15 | of IP Center? | 09:33:01 |
| 16 | A    If you would understand that I am in overall | 09:33:11 |
| 17 | charge of any and all IP-related affairs as take place in | 09:33:20 |
| 18 | Samsung Electronics, sir. | 09:33:25 |
| 19 | Q    For how long have you been employed by Samsung? | 09:33:26 |
| 20 | A    It probably has been about 17, 18 years now. | 09:33:40 |
| 21 | Q    What responsibilities, if any, do you have with | 09:33:44 |
| 22 | respect to patent licensing? | 09:33:49 |
| 23 | A    Are you talking about as of now? | 09:34:01 |
| 24 | Q    Yes, sir. | 09:34:03 |
| 25 | A    Well, so there is IP Center and then underneath | 09:34:14 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

10

| | | |
|---|---|---|
| 1 | me are a number of teams.  One of them happens to be the | 09:34:18 |
| 2 | licensing team. | 09:34:22 |
| 3 | Q     And what currently are your responsibilities with | 09:34:25 |
| 4 | respect to patent licensing? | 09:34:30 |
| 5 | A     So I basically oversee all licensing-related | 09:34:45 |
| 6 | activities, and depending on the case, sometimes I have a | 09:34:56 |
| 7 | greater personal involvement and sometimes to a lesser | 09:34:59 |
| 8 | extent. | 09:35:03 |
| 9 | Q     Thank you. | 09:35:04 |
| 10 | Have your responsibilities with respect to patent | 09:35:05 |
| 11 | licensing changed in the last three years? | 09:35:08 |
| 12 | A     Yes. | 09:35:23 |
| 13 | Q     How? | 09:35:23 |
| 14 | A     I say that to the extent that prior to three | 09:35:55 |
| 15 | years ago whereas I was heading up licensing-related | 09:36:02 |
| 16 | affairs concerning LCD matters only, I would say that | 09:36:06 |
| 17 | starting about two and a half or -- well, anyway, sometime | 09:36:10 |
| 18 | thereafter, I was then put in charge of the entire IP | 09:36:14 |
| 19 | aspects for SEC in an overall sense, and so as such, if | 09:36:18 |
| 20 | you'll understand that I also, thus, have come to oversee | 09:36:24 |
| 21 | all of the licensing affairs. | 09:36:27 |
| 22 | Q     Let me be a little more precise. | 09:36:32 |
| 23 | Since April of 2011, have your responsibilities | 09:36:34 |
| 24 | with respect to patent licensing changed? | 09:36:37 |
| 25 | A     You say April of 2011? | 09:36:53 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

11

| | | |
|---|---|---|
| 1 | Q    Yes, sir. | 09:36:56 |
| 2 | A    No, there have not been any major changes. | 09:36:59 |
| 3 | Q    Do your responsibilities include negotiating | 09:37:02 |
| 4 | patent licenses in connection with the settlement of | 09:37:10 |
| 5 | litigation? | 09:37:14 |
| 6 | A    There are such instances for important cases. | 09:37:28 |
| 7 | Q    Can you generally describe your involvement in | 09:37:33 |
| 8 | Samsung's licensing negotiations with Apple? | 09:37:36 |
| 9 | MR. QUINN:  I would caution the witness that in | 09:37:51 |
| 10 | answering the question he should not disclose any | 09:37:54 |
| 11 | confidential communications between himself and attorneys | 09:37:57 |
| 12 | or anything covered by the work product protection. | 09:38:02 |
| 13 | THE WITNESS:  So I think it would be fair to say | 09:38:37 |
| 14 | that I head up the negotiations with Apple.  Basically, | 09:38:41 |
| 15 | the buck stops with me. | 09:38:47 |
| 16 | BY MR. SELWYN: | 09:38:49 |
| 17 | Q    You've attended negotiation meetings with | 09:38:50 |
| 18 | Apple; correct? | 09:38:54 |
| 19 | A    Yes. | 09:38:59 |
| 20 | Q    Approximately how many? | 09:39:00 |
| 21 | A    I don't exactly recall, but I wonder if it | 09:39:17 |
| 22 | doesn't amount to a good ten times or so. | 09:39:21 |
| 23 | Q    Is it fair to say that you've helped to formulate | 09:39:24 |
| 24 | Samsung's licensing strategy against Apple? | 09:39:27 |
| 25 | A    Yes, to a certain extent, I did do that. | 09:39:41 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

12

| | | |
|---|---|---|
| 1 | Q    Have you also helped to formulate Samsung's | 09:39:45 |
| 2 | litigation strategy against Apple? | 09:39:49 |
| 3 | A    Yes, you could say that I have had an involvement | 09:40:01 |
| 4 | in that. | 09:40:04 |
| 5 | Q    Do you read English, sir? | 09:40:05 |
| 6 | A    Yes. | 09:40:09 |
| 7 | Q    Do you regularly read English in connection with | 09:40:10 |
| 8 | your work for Samsung? | 09:40:13 |
| 9 | A    Sometimes I do that, to the extent necessary. | 09:40:24 |
| 10 | Q    Can you also write in English? | 09:40:28 |
| 11 | A    Yes, to a certain extent. | 09:40:34 |
| 12 | Q    Do you regularly write in English in connection | 09:40:36 |
| 13 | with your work for Samsung? | 09:40:39 |
| 14 | MR. QUINN:  I object to the form of the question. | 09:40:47 |
| 15 | "Regularly," vague and ambiguous. | 09:40:52 |
| 16 | THE WITNESS:  I don't do that all that often. | 09:40:57 |
| 17 | BY MR. SELWYN: | 09:41:02 |
| 18 | Q    Let me hand you what we've marked as Ahn | 09:41:02 |
| 19 | Exhibit 1. | 09:41:06 |
| 20 | (Ahn Exhibit 1 was marked for | 09:41:09 |
| 21 | identification.) | 09:41:14 |
| 22 | BY MR. SELWYN: | 09:41:14 |
| 23 | Q    Which is entitled "Agreed Upon Protective Order | 09:41:14 |
| 24 | Regarding Disclosure and Use of Discovery Materials." | 09:41:17 |
| 25 | Do you have that document in front of you? | 09:41:20 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

13

| | | |
|---|---|---|
| 1 | A    Yes. | 09:41:37 |
| 2 | Q    Have you seen Exhibit 1 before today? | 09:41:38 |
| 3 | MR. QUINN:  So clarification, other than in | 09:41:47 |
| 4 | connection with the preparation for his deposition. | 09:41:48 |
| 5 | THE WITNESS:  I hadn't seen this. | 09:41:58 |
| 6 | BY MR. SELWYN: | 09:42:11 |
| 7 | Q    Have you discussed Exhibit 1 with anyone other | 09:42:12 |
| 8 | than your counsel? | 09:42:14 |
| 9 | A    No, I haven't. | 09:42:21 |
| 10 | Q    When did you first become aware of the existence | 09:42:28 |
| 11 | of the document we've marked as Exhibit 1? | 09:42:33 |
| 12 | MR. QUINN:  Objection to the form of the | 09:42:44 |
| 13 | question. | 09:42:47 |
| 14 | THE WITNESS:  So what does it mean to become | 09:42:51 |
| 15 | aware of its existence? | 09:42:53 |
| 16 | BY MR. SELWYN: | 09:42:55 |
| 17 | Q    Let me ask a better question. | 09:42:55 |
| 18 | Are you aware that Judge Grewal has entered a | 09:42:57 |
| 19 | protective order in this case? | 09:43:13 |
| 20 | A    Yes. | 09:43:23 |
| 21 | Q    When did you become aware of that? | 09:43:24 |
| 22 | A    It was during the course of litigation, but as to | 09:43:33 |
| 23 | exactly when, I do not know. | 09:43:37 |
| 24 | Q    What's your best approximation? | 09:43:39 |
| 25 | A    Given that the when -- the issue as to when I | 09:43:52 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

14

| | | |
|---|---|---|
| 1 | became aware of that was never of any importance.  I don't | 09:43:57 |
| 2 | believe I ever contemplated as to when it may have been. | 09:44:00 |
| 3 | Q    Can you say whether you became aware of | 09:44:03 |
| 4 | Judge Grewal's protective order in 2012 or 2013? | 09:44:06 |
| 5 | MR. QUINN:  Vague and ambiguous. | 09:44:21 |
| 6 | THE WITNESS:  Well, I guess all I can say is that | 09:44:39 |
| 7 | while interacting with folks, I became aware of the fact | 09:44:44 |
| 8 | that there is a protective order in place, but as to | 09:44:48 |
| 9 | specifically when I became aware of that, I don't quite | 09:44:50 |
| 10 | know. | 09:44:54 |
| 11 | BY MR. SELWYN: | 09:44:55 |
| 12 | Q    So you're not able to say whether you became | 09:44:56 |
| 13 | aware of it last year or this year; is that right? | 09:45:00 |
| 14 | A    Correct. | 09:45:09 |
| 15 | Q    You are familiar with the concept of a protective | 09:45:12 |
| 16 | order in patent litigation; correct? | 09:45:15 |
| 17 | A    To a certain extent I know about that. | 09:45:26 |
| 18 | Q    What do you understand to be the purpose of a | 09:45:29 |
| 19 | protective order? | 09:45:31 |
| 20 | MR. QUINN:  Dr. Ahn, I don't think he's asking | 09:45:42 |
| 21 | you about that particular document. | 09:45:45 |
| 22 | MR. SELWYN:  That's right. | 09:45:47 |
| 23 | MR. QUINN:  I only made that comment because the | 09:45:53 |
| 24 | witness started to read the exhibit. | 09:45:56 |
| 25 | THE WITNESS:  My understanding is that it refers | 09:46:15 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

15

| | | |
|---|---|---|
| 1 | to some sort of an order that forbids a particular person | 09:46:18 |
| 2 | from having access to a particular document. | 09:46:20 |
| 3 | BY MR. SELWYN: | 09:46:24 |
| 4 | Q    Would you agree with me that a protective order | 09:46:24 |
| 5 | helps to ensure that a party's confidential information | 09:46:27 |
| 6 | does not get into the hands of its competitors? | 09:46:30 |
| 7 | A    Yes. | 09:46:50 |
| 8 | Q    Has Samsung abided at all times by the protective | 09:46:50 |
| 9 | order entered by Judge Grewal? | 09:46:54 |
| 10 | MR. QUINN:  In responding to that question, I | 09:47:09 |
| 11 | instruct you not to disclose any information that you have | 09:47:11 |
| 12 | received in communications with attorneys in connection | 09:47:15 |
| 13 | with providing legal advice.  To the extent you can answer | 09:47:18 |
| 14 | it without disclosing information that you've learned only | 09:47:22 |
| 15 | from attorneys, go ahead and answer it. | 09:47:25 |
| 16 | THE WITNESS:  To the extent of my understanding, | 09:47:47 |
| 17 | I believe our company has abided by said protective order. | 09:47:51 |
| 18 | BY MR. SELWYN: | 09:47:58 |
| 19 | Q    And what's the basis for your understanding, sir? | 09:47:59 |
| 20 | MR. QUINN:  Once again, I instruct you to exclude | 09:48:07 |
| 21 | from your answer any information that you have received | 09:48:09 |
| 22 | only from attorneys providing legal advice to Samsung. | 09:48:12 |
| 23 | THE WITNESS:  A protective order is an official | 09:48:49 |
| 24 | court order, which that is well known to everybody | 09:48:53 |
| 25 | generally, and each person seeks to comport himself within | 09:48:57 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

16

| | | |
|---|---|---|
| 1 | those ranges.  They all do their utmost to abide by that | 09:49:03 |
| 2 | internally within Samsung. | 09:49:10 |
| 3 | BY MR. SELWYN: | 09:49:18 |
| 4 | Q    Is there any other basis for your understanding? | 09:49:19 |
| 5 | A    No.  I mean, it's not like I can go after each | 09:49:33 |
| 6 | and every person to ascertain these facts; right? | 09:49:40 |
| 7 | Q    What has -- strike that. | 09:49:43 |
| 8 | What have Samsung employees done to comport with | 09:49:54 |
| 9 | the protective order entered by Judge Grewal? | 09:50:00 |
| 10 | MR. QUINN:  Objection.  Vague.  Ambiguous. | 09:50:14 |
| 11 | Overbroad.  Lacks foundation. | 09:50:19 |
| 12 | And in answering that question, I instruct you | 09:50:28 |
| 13 | not to disclose any information that you've received only | 09:50:31 |
| 14 | from attorneys in connection with providing legal advice | 09:50:34 |
| 15 | to Samsung. | 09:50:38 |
| 16 | THE WITNESS:  I think it goes without saying that | 09:51:04 |
| 17 | a court order must be abided by.  Does that require any | 09:51:07 |
| 18 | further effort?  Folks naturally do their best to abide by | 09:51:10 |
| 19 | that. | 09:51:16 |
| 20 | BY MR. SELWYN: | 09:51:17 |
| 21 | Q    What has Samsung done to make its employees aware | 09:51:18 |
| 22 | that Judge Grewal entered a protective order in this | 09:51:21 |
| 23 | action? | 09:51:24 |
| 24 | MR. QUINN:  Same objections.  Same instruction. | 09:51:39 |
| 25 | THE WITNESS:  During the course of litigation, | 09:52:00 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

17

| | | |
|---|---|---|
| 1 | our in-house counsel internally informed the | 09:52:03 |
| 2 | colleagues -- their colleagues with whom they -- | 09:52:09 |
| 3 | MR. QUINN: Excuse me. I -- he's answered. So | 09:52:11 |
| 4 | go ahead, please. | 09:52:16 |
| 5 | THE WITNESS: -- work together that there is such | 09:52:17 |
| 6 | a thing in place, that they all ought to do their very | 09:52:20 |
| 7 | best to abide by that. | 09:52:24 |
| 8 | MR. QUINN: I would just caution the witness not | 09:52:25 |
| 9 | to disclose communications from in-house counsel to | 09:52:27 |
| 10 | Samsung employees in connection with providing legal | 09:52:33 |
| 11 | advice to employees. | 09:52:35 |
| 12 | BY MR. SELWYN: | 09:52:54 |
| 13 | Q And what steps have Samsung employees taken to | 09:52:55 |
| 14 | ensure that they do their best to abide by the protective | 09:52:58 |
| 15 | order in this action? | 09:53:02 |
| 16 | MR. QUINN: Objection. Vague. Ambiguous. Lacks | 09:53:26 |
| 17 | foundation. | 09:53:33 |
| 18 | I instruct the witness not to disclose any | 09:53:34 |
| 19 | information responsive to that question that is only | 09:53:36 |
| 20 | from -- only from lawyers. | 09:53:40 |
| 21 | THE WITNESS: As I mentioned before, we are | 09:53:54 |
| 22 | talking about a court order, after all. So everybody just | 09:54:15 |
| 23 | simply does their very best to abide by that. I don't | 09:54:20 |
| 24 | know what kind of other effort might be separately | 09:54:23 |
| 25 | necessary. I mean, there isn't anything that I can quite | 09:54:26 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

18

| | | |
|---|---|---|
| 1 | think of in that regard.  I just think it goes without | 09:54:31 |
| 2 | saying that you abide by that. | 09:54:33 |
| 3 | BY MR. SELWYN: | 09:54:36 |
| 4 | Q    Are you familiar with a gentleman named | 09:54:37 |
| 5 | Professor David Teece? | 09:54:42 |
| 6 | A    I have heard of him. | 09:54:48 |
| 7 | Q    He is Samsung's damages expert in this action. | 09:54:52 |
| 8 | A    To my understanding, that he is. | 09:55:10 |
| 9 | Q    Have you ever met Professor Teece? | 09:55:12 |
| 10 | A    No. | 09:55:19 |
| 11 | Q    Are you aware that Professor Teece submitted an | 09:55:20 |
| 12 | expert report in this action? | 09:55:23 |
| 13 | A    Yes. | 09:55:35 |
| 14 | Q    When did you become aware of that? | 09:55:36 |
| 15 | A    That was during the last litigation, the Northern | 09:55:54 |
| 16 | District of California matter.  I guess August of last | 09:56:09 |
| 17 | year I got to hear as to how this Dr. Teece submitted his | 09:56:12 |
| 18 | expert report.  So that is when. | 09:56:17 |
| 19 | Q    Did you help to formulate any of the positions | 09:56:19 |
| 20 | taken by Professor Teece in his report? | 09:56:23 |
| 21 | MR. QUINN:  Objection. | 09:56:39 |
| 22 | If you can answer that question without | 09:56:41 |
| 23 | disclosing attorney-client communications or attorney work | 09:56:43 |
| 24 | product, including your own work product, go ahead and | 09:56:47 |
| 25 | answer it.  Otherwise, if you cannot, I instruct you not | 09:56:50 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

19

| | | |
|---|---|---|
| 1 | to answer. | 09:57:03 |
| 2 | THE WITNESS:  There is no support that I have | 09:57:20 |
| 3 | provided in terms of his -- writing his report. | 09:57:23 |
| 4 | BY MR. SELWYN: | 09:57:28 |
| 5 | Q    Did you have any input into the contents of | 09:57:28 |
| 6 | Professor Teece's report? | 09:57:30 |
| 7 | MR. QUINN:  Same instruction. | 09:57:40 |
| 8 | THE WITNESS:  No. | 09:57:42 |
| 9 | BY MR. SELWYN: | 09:57:42 |
| 10 | Q    Did you review any drafts of Professor Teece's | 09:57:44 |
| 11 | report? | 09:57:47 |
| 12 | A    No, I didn't. | 09:57:55 |
| 13 | Q    Did you review Professor Teece's final report? | 09:57:57 |
| 14 | A    No. | 09:58:08 |
| 15 | Q    Have you ever discussed Professor Teece's report | 09:58:18 |
| 16 | with anyone? | 09:58:22 |
| 17 | MR. QUINN:  Excluding his attorneys. | 09:58:31 |
| 18 | BY MR. SELWYN: | 09:58:37 |
| 19 | Q    Let me ask a new question. | 09:58:38 |
| 20 | Have you ever discussed Professor Teece's expert | 09:58:39 |
| 21 | report with anyone other than your counsel? | 09:58:43 |
| 22 | A    No. | 09:58:57 |
| 23 | Q    Can you tell me "yes" or "no" whether you | 09:59:05 |
| 24 | discussed Professor Teece's report with your counsel prior | 09:59:08 |
| 25 | to August 1st, 2013? | 09:59:12 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

20

| | | |
|---|---|---|
| 1 | MR. QUINN:  I instruct him not to answer the | 09:59:34 |
| 2 | question. | 09:59:37 |
| 3 | BY MR. SELWYN: | 09:59:40 |
| 4 | Q   Can you tell me "yes" or "no" whether you | 09:59:40 |
| 5 | discussed Professor Teece's report with your counsel prior | 09:59:41 |
| 6 | to July 1st, 2013? | 09:59:45 |
| 7 | MR. QUINN:  Same instruction. | 10:00:00 |
| 8 | BY MR. SELWYN: | 10:00:03 |
| 9 | Q   Let me hand you a document we've marked as Ahn | 10:00:03 |
| 10 | Exhibit 2. | 10:00:07 |
| 11 | (Ahn Exhibit 2 was marked for | 10:00:08 |
| 12 | identification.) | 10:00:10 |
| 13 | MR. QUINN:  I'll consider withdrawing that | 10:00:10 |
| 14 | instruction. | 10:00:12 |
| 15 | Would counsel be prepared to stipulate that if he | 10:00:15 |
| 16 | answers it that it's not a waiver of any client privilege? | 10:00:18 |
| 17 | THE REPORTER:  Can you say that last part again, | 10:00:18 |
| 18 | please. | 10:00:18 |
| 19 | MR. QUINN:  I'd be prepared to consider | 10:00:24 |
| 20 | withdrawing that instruction.  I'm just asking whether | 10:00:25 |
| 21 | counsel would be prepared to stipulate that if he does | 10:00:28 |
| 22 | answer that's not a waiver of client privilege. | 10:00:30 |
| 23 | You don't have to answer right now.  We can just | 10:00:36 |
| 24 | stop that and revisit that later, if you want. | 10:00:38 |
| 25 | MR. SELWYN:  Okay. | 10:00:40 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

21

| | | |
|---|---|---|
| 1 | MR. ZELLER:  I'm sorry.  You said this is | 10:00:48 |
| 2 | Exhibit 2? | 10:00:50 |
| 3 | MR. SELWYN:  This is Exhibit 2, yes. | 10:00:51 |
| 4 | BY MR. SELWYN: | 10:00:53 |
| 5 | Q    Dr. Ahn, have you had an opportunity to review | 10:00:53 |
| 6 | Exhibit 2? | 10:00:55 |
| 7 | A    I see there is nothing here. | 10:01:04 |
| 8 | Q    Exhibit 2 is an e-mail in redacted form that you | 10:01:07 |
| 9 | received on or about March 24th, 2012, from Mr. Todd | 10:01:12 |
| 10 | Briggs; correct? | 10:01:20 |
| 11 | MR. QUINN:  Objection.  Assumes facts.  Lacks | 10:01:34 |
| 12 | foundation. | 10:01:42 |
| 13 | THE WITNESS:  You could -- strike. | 10:01:54 |
| 14 | One could think that way, seeing as how the name | 10:02:00 |
| 15 | of the sender and the -- and my name as one of the | 10:02:02 |
| 16 | recipients appear here. | 10:02:07 |
| 17 | BY MR. SELWYN: | 10:02:09 |
| 18 | Q    Do you have any reason to believe that you did | 10:02:09 |
| 19 | not receive a copy of this e-mail on or about March 24th, | 10:02:12 |
| 20 | 2012? | 10:02:18 |
| 21 | A    Well, again, I don't have any reason to | 10:02:27 |
| 22 | necessarily believe that I did not actually receive this. | 10:02:36 |
| 23 | Q    Do you have any understanding why Mr. Briggs | 10:02:42 |
| 24 | included you on the e-mail distribution list for this | 10:02:47 |
| 25 | e-mail? | 10:02:50 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

22

| | | |
|---|---|---|
| 1 | MR. QUINN:  Objection.  Speculation. | 10:03:04 |
| 2 | THE WITNESS:  I have not asked Todd Briggs about | 10:03:09 |
| 3 | why I may have been included. | 10:03:16 |
| 4 | BY MR. SELWYN: | 10:03:21 |
| 5 | Q    Do you recall receiving this e-mail? | 10:03:21 |
| 6 | A    On any given day, I receive, oh, several hundred | 10:03:32 |
| 7 | of -- hundred e-mails of this kind of nature.  So I am | 10:03:37 |
| 8 | unable to recall. | 10:03:41 |
| 9 | Q    Do you know the subject matter of this e-mail? | 10:03:42 |
| 10 | A    Well, it's been erased.  There is no way for me | 10:03:51 |
| 11 | to know. | 10:03:54 |
| 12 | Q    Let me hand you what I've marked as Exhibit 3, | 10:04:05 |
| 13 | August 1st, 2013, letter from Mr. Becher. | 10:04:28 |
| 14 | (Ahn Exhibit 3 was marked for | 10:04:38 |
| 15 | identification.) | 10:04:41 |
| 16 | BY MR. SELWYN: | 10:04:41 |
| 17 | Q    And if you could turn, please, sir, to the | 10:04:41 |
| 18 | attachment, the third page of Exhibit 3. | 10:04:46 |
| 19 | A    You want me to read through this entirely? | 10:04:59 |
| 20 | Q    I don't.  You're welcome to, but my question will | 10:05:04 |
| 21 | be more specific.  And if you need to read anything else | 10:05:06 |
| 22 | in the document after I give my question, feel free. | 10:05:08 |
| 23 | MR. QUINN:  I think counsel is telling you that's | 10:05:36 |
| 24 | entirely up to you.  If you need -- you feel like to | 10:05:38 |
| 25 | fairly answer the question you need to read the document, | 10:05:41 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

23

| | | |
|---|---|---|
| 1 | do that.  If you feel you can answer the question without | 10:05:46 |
| 2 | reading the document, that you're comfortable that you | 10:05:48 |
| 3 | understand what you are being asked, do that exactly. | 10:05:51 |
| 4 | THE WITNESS:  Okay. | 10:06:12 |
| 5 | BY MR. SELWYN: | 10:06:12 |
| 6 | Q    Do you see the first bullet point begins, | 10:06:12 |
| 7 | "March 24th, 2012, e-mail from Todd Briggs of Quinn | 10:06:17 |
| 8 | Emanuel," and it goes on? | 10:06:27 |
| 9 | A    Yes. | 10:06:38 |
| 10 | Q    And I'll represent to you that that bullet point | 10:06:38 |
| 11 | we understand refers to the document that we've marked as | 10:06:43 |
| 12 | Exhibit 2. | 10:06:49 |
| 13 | MR. QUINN:  So he's asking you to assume that. | 10:07:00 |
| 14 | THE WITNESS:  Am I necessarily -- must I | 10:07:08 |
| 15 | necessarily assume that to be the case? | 10:07:11 |
| 16 | BY MR. SELWYN: | 10:07:13 |
| 17 | Q    I'm representing it to you to be true; so, yes. | 10:07:13 |
| 18 | A    The reason why I say that is because is it not | 10:07:29 |
| 19 | possible that this Todd Briggs might have sent out some | 10:07:33 |
| 20 | other e-mails on the very same day, aside from that? | 10:07:37 |
| 21 | Q    It's certainly possible he did. | 10:07:42 |
| 22 | MR. QUINN:  I think for the purpose -- if he can | 10:07:49 |
| 23 | assume for the purpose of these questions that that's what | 10:07:53 |
| 24 | it is.  And let's see if we can answer the questions with | 10:07:56 |
| 25 | that assumption in mind. | 10:08:12 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

24

| | | |
|---|---|---|
| 1 | THE WITNESS:  Okay. | 10:08:16 |
| 2 | BY MR. SELWYN: | 10:08:16 |
| 3 | Q    Do you see the bullet point says that the | 10:08:17 |
| 4 | March 24th, 2012, e-mail from Mr. Briggs consisted of, | 10:08:20 |
| 5 | quote, "instructions to access an FTP site where the | 10:08:26 |
| 6 | incompletely redacted report was placed"? | 10:08:30 |
| 7 | A    I see that that is what it reads. | 10:09:15 |
| 8 | Q    Does that refresh your memory in any way about | 10:09:18 |
| 9 | the content of Mr. Briggs's e-mail we've marked Exhibit 2? | 10:09:21 |
| 10 | A    I cannot recall. | 10:09:37 |
| 11 | Q    Do you recall accessing an FTP site where a | 10:09:41 |
| 12 | report was placed on or about March 24th, 2012? | 10:09:48 |
| 13 | THE INTERPRETER:  Interjection by the | 10:09:54 |
| 14 | interpreter.  Accessing it on said date as opposed to the | 10:09:55 |
| 15 | report being placed on said date? | 10:09:58 |
| 16 | BY MR. SELWYN: | 10:10:00 |
| 17 | Q    Let me ask a better question. | 10:10:00 |
| 18 | Do you recall accessing an FTP site on or about | 10:10:04 |
| 19 | March 24th, 2012, to download a report? | 10:10:11 |
| 20 | A    No, I have no such recollection. | 10:10:29 |
| 21 | Q    Do you deny that you downloaded a report on or | 10:10:31 |
| 22 | about March 24th, 2012, from the FTP site referred to in | 10:10:34 |
| 23 | the bullet point in Exhibit 3? | 10:10:43 |
| 24 | A    To my recollection, I never have received | 10:11:15 |
| 25 | anything via a download. | 10:11:19 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

25

1    Q    Have you ever at any time downloaded a copy of          10:11:22

2  Professor Teece's expert report from a Quinn Emanuel FTP        10:11:26

3  site?                                                           10:11:33

4    A    To my recollection, I probably never have ever          10:11:46

5  accessed Quinn Emmanuel's FTP site.  Not I.                     10:11:55

6    Q    Do you deny that you have downloaded a copy of          10:12:04

7  Professor Teece's expert report from a Quinn Emanuel FTP        10:12:07

8  site?                                                           10:12:13

9         MR. QUINN:  Objection.  Asked and answered.             10:12:22

10        THE WITNESS:  To my recollection, I never have          10:12:31

11  done that.                                                     10:12:32

12  BY MR. SELWYN:                                                 10:12:43

13    Q    Do you deny that you did that?                          10:12:43

14        MR. QUINN:  He's answered the question.                  10:12:50

15        THE WITNESS:  I also am of that opinion.                 10:12:54

16  BY MR. SELWYN:                                                 10:12:57

17    Q    Has anyone ever on your behalf downloaded a copy        10:12:58

18  of Professor Teece's expert report from the Quinn Emmanuel     10:13:01

19  FTP site?                                                      10:13:06

20        MR. QUINN:  Objection.  Lacks foundation.  Vague        10:13:19

21  and ambiguous.                                                 10:13:24

22        THE WITNESS:  I have never asked anyone to              10:13:31

23  download this thing on my behalf.                              10:13:35

24  BY MR. SELWYN:                                                 10:13:41

25    Q    Have you ever downloaded any documents from a          10:13:41

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

26

| | | |
|---|---|---|
| 1 | Quinn Emmanuel FTP site? | 10:13:47 |
| 2 | A    Not to my recollection. | 10:13:54 |
| 3 | Q    Has anyone ever downloaded any documents from a | 10:13:56 |
| 4 | Quinn Emmanuel FTP site on your behalf? | 10:13:59 |
| 5 | MR. QUINN:  Objection.  Lacks foundation.  Vague | 10:14:12 |
| 6 | and ambiguous. | 10:14:17 |
| 7 | THE WITNESS:  I believe you said on my behalf. | 10:14:25 |
| 8 | By that do you mean at my behest or is somebody just doing | 10:14:27 |
| 9 | that without my expressly telling that person to do | 10:14:32 |
| 10 | something like that? | 10:14:36 |
| 11 | BY MR. SELWYN: | 10:14:36 |
| 12 | Q    Let's start with the former, at your request. | 10:14:37 |
| 13 | A    To my recollection, I have never so instructed | 10:14:47 |
| 14 | anybody. | 10:14:49 |
| 15 | CHECK INTERPRETER:  "I have not so instructed | 10:14:56 |
| 16 | anybody." | 10:14:58 |
| 17 | BY MR. SELWYN: | 10:15:05 |
| 18 | Q    Did you do -- strike that. | 10:15:07 |
| 19 | Did you take any steps of any kind in response to | 10:15:08 |
| 20 | receiving Mr. Briggs's e-mail on or about March 24th, | 10:15:15 |
| 21 | 2012? | 10:15:38 |
| 22 | A    I'm not sure if I quite understand that.  Could | 10:15:38 |
| 23 | you ask me that in a different way. | 10:15:41 |
| 24 | Q    Sure. | 10:15:43 |
| 25 | Did you do anything in response to receiving | 10:15:43 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

27

| | | |
|---|---|---|
| 1 | Mr. Briggs's March 24, 2012, e-mail that we've marked as | 10:15:45 |
| 2 | Exhibit 2? | 10:15:50 |
| 3 | A     In view of how I don't even know what this is, in | 10:16:17 |
| 4 | view of how I don't even recall anything about this, I | 10:16:23 |
| 5 | certainly would not be able to answer you as to whether | 10:16:25 |
| 6 | I've told somebody to do something or not told anybody to | 10:16:28 |
| 7 | do something. | 10:16:33 |
| 8 | Q     Let me hand you what I've marked as Exhibit 4. | 10:17:11 |
| 9 | Let me know when you've had an opportunity to review that | 10:17:20 |
| 10 | document, please. | 10:17:23 |
| 11 | (Ahn Exhibit 4 was marked for | 10:17:23 |
| 12 | identification.) | 10:17:23 |
| 13 | BY MR. SELWYN: | 10:17:23 |
| 14 | Q     Do you see that Exhibit 4 is a May 1st, 2012, | 10:18:00 |
| 15 | e-mail from Ms. Helen Hopson to you and others? | 10:18:04 |
| 16 | A     Where does my name appear? | 10:18:22 |
| 17 | Q     Oh, if you go about ten lines down in the cc | 10:18:27 |
| 18 | column, is your e-mail address S-I -- | 10:18:32 |
| 19 | A     Oh, I see.  Well, the way this appears is that | 10:18:38 |
| 20 | this Helen Hopson person sent this, and that I am included | 10:18:51 |
| 21 | amongst the recipients. | 10:18:56 |
| 22 | Q     Do you have any reason to believe that you did | 10:18:58 |
| 23 | not receive this e-mail on or about May 1st, 2012? | 10:18:59 |
| 24 | A     I don't have any specific reason. | 10:19:13 |
| 25 | Q     Do you recall receiving this e-mail? | 10:19:16 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

28

| | | |
|---|---|---|
| 1 | A    No, I do not recall. | 10:19:21 |
| 2 | Q    Do you see that it has two attachments? | 10:19:24 |
| 3 | A    Yes. | 10:19:35 |
| 4 | Q    Did you review those attachments? | 10:19:36 |
| 5 | A    To my recollection, I would think not. | 10:19:46 |
| 6 | Q    Do you deny reviewing the attachments? | 10:19:55 |
| 7 | A    Since I really don't know what this is, I | 10:20:16 |
| 8 | actually can't tell one way or the other as to whether I | 10:20:20 |
| 9 | did or didn't review those, but generally, I don't really | 10:20:24 |
| 10 | read these sorts of e-mails that are sent to a bunch of | 10:20:28 |
| 11 | people. | 10:20:33 |
| 12 | Q    Do you know who Ms. Hopson is? | 10:20:33 |
| 13 | A    I don't. | 10:20:39 |
| 14 | Q    Do you know why Ms. Hopson sent this e-mail to | 10:20:44 |
| 15 | you? | 10:20:50 |
| 16 | A    No. | 10:20:52 |
| 17 | Q    Let me hand you what I've marked as Exhibit 5, | 10:21:05 |
| 18 | which is a September 25th, 2013, letter from Mr. Becher. | 10:21:14 |
| 19 |        (Ahn Exhibit 5 was marked for | 10:21:20 |
| 20 |        identification.) | 10:21:28 |
| 21 | BY MR. SELWYN: | 10:21:28 |
| 22 | Q    And as we did before, if I could direct your | 10:21:29 |
| 23 | attention to the first bullet on the last page. | 10:21:32 |
| 24 |        Do you see that first bullet begins, quote, "A | 10:21:45 |
| 25 | May 1st, 2012, e-mail from Helen Hopson of Bristows LLP?" | 10:21:49 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

29

1    A    Yes, I see it.                                    10:22:09

2    Q    And I'll represent to you that that bullet is a   10:22:10

3  reference to the exhibit that we've marked as Exhibit 4. 10:22:13

4  Okay?                                                    10:22:17

5    A    Okay.                                             10:22:29

6    Q    Do you see that the bullet in Exhibit 5 says that 10:22:30

7  the May 1st, 2012, e-mail attached, quote, "comments on a 10:22:33

8  French pleading in which the incompletely redacted Teece  10:22:40

9  report is embedded as a PDF"?                            10:22:44

10   A    Yes, I see that.                                  10:23:19

11   Q    Does that refresh your memory in any way about   10:23:22

12  the contents of the May 1st, 2012, e-mail marked as     10:23:26

13  Exhibit 4?                                              10:23:30

14   A    No, I cannot recall.                             10:23:47

15   Q    Does that refresh your memory in any way about   10:23:48

16  the attachments to the May 1st, 2012, e-mail we've marked 10:23:52

17  as Exhibit 4?                                           10:23:55

18   A    No, I cannot recall.                             10:24:05

19   Q    Does that refresh your memory in any way about   10:24:06

20  whether or not you reviewed the attachments to Exhibit 4? 10:24:09

21   A    As I mentioned earlier, generally, it is my      10:24:30

22  practice not to bother reading e-mails that are broadcast 10:24:33

23  to a bunch of people.  So my guess is that I probably did 10:24:36

24  not see those.                                          10:24:40

25   Q    Have you ever reviewed any drafts of pleadings   10:24:41

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

30

| | |
|---|---|
| 1   filed in the French case against Apple? | 10:24:46 |
| 2       A    To my recollection, I have not. | 10:24:57 |
| 3       Q    Let me hand you what I've marked as Ahn | 10:26:07 |
| 4   Exhibit 6.  Please let me know after you've had an | 10:26:11 |
| 5   opportunity to review the document. | 10:26:14 |
| 6           (Ahn Exhibit 6 was marked for | 10:26:19 |
| 7           identification.) | 10:27:03 |
| 8   BY MR. SELWYN: | 10:27:03 |
| 9       Q    Do you see that Exhibit 6 is a March 23rd, 2013, | 10:27:03 |
| 10   e-mail from Mr. Tom Pease to you and other Samsung | 10:27:07 |
| 11   employees? | 10:27:13 |
| 12           MR. QUINN:  Just for the record, it's to Anthony | 10:27:26 |
| 13   K., and he's a cc, among others. | 10:27:29 |
| 14           THE WITNESS:  I see that that is what it states. | 10:27:46 |
| 15   BY MR. SELWYN: | 10:27:50 |
| 16       Q    Did you receive this e-mail on or about | 10:27:51 |
| 17   March 23rd, 2013? | 10:27:53 |
| 18       A    I do not specifically recall as to whether I did | 10:28:05 |
| 19   or didn't receive this e-mail. | 10:28:07 |
| 20       Q    Do you have any reason to believe that you did | 10:28:09 |
| 21   not receive a copy of this e-mail? | 10:28:11 |
| 22       A    Not that I have any such particular reason. | 10:28:21 |
| 23       Q    Do you see that the e-mail has an attachment | 10:28:28 |
| 24   titled, "5224213_10_ITC 794 Resp re FRAND.DOC"? | 10:28:32 |
| 25       A    Yes. | 10:28:59 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

31

1    Q    And do you understand that that document was a          10:29:00

2  draft of a filing that Samsung was preparing in the ITC        10:29:03

3  case against Apple?                                             10:29:08

4         MR. QUINN:  Objection.  Foundation.                      10:29:27

5         THE WITNESS:  The way I look at this, I would            10:29:36

6  recognize that there is such a possibility, seeing as how      10:29:39

7  it reads "ITC 794."                                            10:29:43

8  BY MR. SELWYN:                                                  10:29:51

9    Q    Did you review the document attached to this            10:29:51

10 e-mail?                                                         10:29:53

11   A    No, not to my recollection.                             10:30:03

12   Q    Did you review any drafts of filings made in the        10:30:05

13 ITC in the 794 case against Apple in March of 2013 or          10:30:10

14 April of 2013?                                                  10:30:17

15   A    Not to my recollection.                                 10:30:42

16   Q    And pardon me for sort of re-asking the question,       10:30:44

17 but I don't like where I had the prepositional phrase.         10:30:48

18        In March of 2013 or April of 2013, did you review      10:30:52

19 any drafts of filings made in the ITC 794 case against         10:30:55

20 Apple?                                                          10:31:00

21   A    No, not to my recollection.                             10:31:14

22   Q    Have you had any involvement in Samsung's               10:31:28

23 briefing in the ITC 794 case against Apple on FRAND            10:31:32

24 issues?                                                         10:31:40

25        MR. QUINN:  Objection.  Vague and ambiguous.            10:31:53

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

32

| | | |
|---|---|---|
| 1 | THE WITNESS:  No, I haven't, not to my | 10:31:59 |
| 2 | recollection.  And generally speaking, I don't look at | 10:32:04 |
| 3 | such things as court briefings. | 10:32:13 |
| 4 | BY MR. SELWYN: | 10:32:19 |
| 5 | Q    Do you know anything at all about the contents of | 10:32:19 |
| 6 | the attachment to the e-mail we've marked as Exhibit 6? | 10:32:23 |
| 7 | A    No. | 10:32:43 |
| 8 | Can we take a break, please. | 10:32:49 |
| 9 | MR. SELWYN:  Of course. | 10:32:51 |
| 10 | THE VIDEOGRAPHER:  The time now is 10:32, and | 10:32:52 |
| 11 | we're off the record. | 10:32:55 |
| 12 | (A break was held in the proceedings.) | 10:32:57 |
| 13 | THE VIDEOGRAPHER:  We are back on the record. | 10:48:00 |
| 14 | And the time now is 10:47. | 10:48:04 |
| 15 | Counsel. | 10:48:06 |
| 16 | BY MR. SELWYN: | 10:48:08 |
| 17 | Q    Can you please put Exhibit 4 back in front of | 10:48:09 |
| 18 | you. | 10:48:12 |
| 19 | Did anyone other than Ms. Hopson ever send you | 10:48:38 |
| 20 | the attachments identified in Exhibit 4? | 10:48:41 |
| 21 | MR. QUINN:  Objection.  Calls for speculation. | 10:49:01 |
| 22 | Lacks foundation. | 10:49:04 |
| 23 | THE WITNESS:  I don't know if anybody has or | 10:49:12 |
| 24 | hasn't. | 10:49:14 |
| 25 | /// | |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

33

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 10:49:14 |
| 2 | Q    Can now you put back in front of you Exhibit 6, | 10:49:15 |
| 3 | please, sir. | 10:49:19 |
| 4 | Has anyone other than Mr. Pease ever sent you the | 10:49:25 |
| 5 | attachment that's shown on Exhibit 6? | 10:49:33 |
| 6 | MR. QUINN:  Same objection. | 10:49:44 |
| 7 | THE WITNESS:  In this case, too, I would not know | 10:49:48 |
| 8 | if anybody has or hasn't. | 10:49:51 |
| 9 | BY MR. SELWYN: | 10:49:53 |
| 10 | Q    Has anybody ever sent you a draft of any expert | 10:49:53 |
| 11 | report ever prepared by Professor Teece? | 10:49:56 |
| 12 | A    I am unable to know. | 10:50:14 |
| 13 | Q    You don't recall? | 10:50:17 |
| 14 | A    Right. | 10:50:20 |
| 15 | Q    Let me hand you what I've marked as Exhibit 7. | 10:50:23 |
| 16 | (Ahn Exhibit 7 was marked for | 10:50:28 |
| 17 | identification.) | 10:50:31 |
| 18 | BY MR. SELWYN: | 10:50:31 |
| 19 | Q    Do you recognize that document? | 10:50:32 |
| 20 | A    No. | 10:50:35 |
| 21 | Q    Who is that document from? | 10:50:36 |
| 22 | A    It is an e-mail that was sent out by a principal | 10:50:43 |
| 23 | engineer, InDong Kang. | 10:50:48 |
| 24 | Q    What is Mr. or Ms. Kang's position at Samsung? | 10:50:52 |
| 25 | A    He is a principal engineer. | 10:51:05 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

34

1     Q    What does he do in that role?                    10:51:09

2     A    As for this individual, my understanding is that  10:51:22

3  he is handling a few cases from amongst the             10:51:28

4  licensing-related matters.                              10:51:31

5     Q    What are Mr. Kang's responsibilities with respect 10:51:37

6  to licensing?                                           10:51:42

7     A    So the way I look at it is that he, say,         10:51:59

8  organizes things with respect to a few of the licensing 10:52:03

9  cases.                                                  10:52:07

10    Q    Has he had any responsibilities with respect to  10:52:08

11  the Apple-Samsung litigation?                          10:52:12

12    A    Well, given the fact that so many people have had 10:52:34

13  an involvement in the Apple-Samsung matter to date, I   10:52:39

14  wouldn't know to what extent this fellow has involved   10:52:43

15  himself in that.                                        10:52:48

16    Q    Has he had any responsibility for helping to     10:52:49

17  formulate Samsung's licensing strategy against Apple?   10:52:51

18    A    He hasn't from a high level, but when you get    10:53:13

19  down to a lower level, I wouldn't know one way or another 10:53:17

20  as to whether he has or hasn't.                        10:53:21

21    Q    Does he report to you?                           10:53:23

22    A    On occasion.  Sometimes he does, whether directly 10:53:33

23  or otherwise.                                           10:53:36

24    Q    Who was this e-mail sent to?                     10:53:39

25    A    So the way it reads is it was sent to me and a   10:53:48

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

35

| | | |
|---|---|---|
| 1 | vice president named Jin Hwan Kwak. | 10:53:53 |
| 2 | Q    What is Mr. Kwak's position? | 10:54:00 |
| 3 | A    He's a vice president. | 10:54:10 |
| 4 | Q    What is his responsibility? | 10:54:11 |
| 5 | A    So he's in charge of Licensing Group 1. | 10:54:17 |
| 6 | THE REPORTER:  Licensing what? | 10:54:17 |
| 7 | THE INTERPRETER:  Licensing Group 1. | 10:54:17 |
| 8 | THE REPORTER:  Thank you. | 10:54:17 |
| 9 | BY MR. SELWYN: | 10:54:31 |
| 10 | Q    Why was this e-mail sent to you? | 10:54:31 |
| 11 | MR. QUINN:  Speculation.  Assumes facts. | 10:54:38 |
| 12 | THE WITNESS:  I don't quite know. | 10:54:45 |
| 13 | BY MR. SELWYN: | 10:54:47 |
| 14 | Q    Do you recall receiving this e-mail? | 10:54:47 |
| 15 | A    No, I do not recall. | 10:54:51 |
| 16 | Q    Do you have any reason to believe you didn't | 10:54:56 |
| 17 | receive this e-mail? | 10:54:58 |
| 18 | A    No particular reason. | 10:55:04 |
| 19 | Q    Do you see -- if you -- if you'd put back in | 10:55:06 |
| 20 | front of you Exhibit 6, please, sir. | 10:55:10 |
| 21 | Do you see that Exhibit 6 and 7 have the same | 10:55:18 |
| 22 | attachment? | 10:55:23 |
| 23 | A    Yes.  The writing is the same. | 10:55:40 |
| 24 | Q    Do you know why you were sent the same attachment | 10:55:43 |
| 25 | the second time? | 10:55:45 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

36

1        MR. QUINN:  Objection.  Assumes facts.  Calls for          10:55:55

2   speculation.                                                    10:55:58

3        THE WITNESS:  Right now I cannot quite recall.             10:56:03

4   BY MR. SELWYN:                                                  10:56:05

5    Q    Did you reply to this e-mail?  I'm referring to           10:56:05

6   Exhibit 7.                                                      10:56:14

7    A    I cannot recall.                                          10:56:16

8    Q    Did you forward Exhibit 7?                                10:56:17

9    A    I can't recall that, either.                             10:56:24

10   Q    Did you open the attachment?                              10:56:26

11   A    I can't even recall as to whether I did or                10:56:32

12  didn't.                                                         10:56:36

13   Q    Do you deny opening the attachment?                       10:56:36

14   A    Sir, in my case, there happen to be just so many          10:56:54

15  of these sorts of attachments that come my way.  Some of        10:56:58

16  them, I grant you, I might just, perhaps, end up opening,       10:57:01

17  but one way or the other, I cannot recall if I have or          10:57:06

18  haven't.                                                        10:57:09

19   Q    Would you agree that it's possible, then, that            10:57:10

20  you opened the attachment to Exhibit 7?                         10:57:14

21       MR. QUINN:  Objection.  Calls for speculation.             10:57:22

22       THE WITNESS:  I am unable to recall as to whether          10:57:30

23  I have or have not opened this.                                 10:57:32

24  BY MR. SELWYN:                                                  10:57:34

25   Q    Would you agree that it's possible that you               10:57:34

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

37

1   opened the attachment to Exhibit 6?                          10:57:35

2           MR. QUINN:  Same objection.  Speculation.            10:57:45

3           THE WITNESS:  I believe I have answered that         10:57:49

4   previously.                                                  10:57:52

5   BY MR. SELWYN:                                               10:58:09

6       Q   Has any Samsung employee ever had access to         10:58:09

7   documents that Apple produced in this case as confidential  10:58:14

8   under the protective order?                                 10:58:19

9           MR. QUINN:  Objection.  Vague and ambiguous.         10:58:50

10  Calls for speculation.  Lacks foundation.                    10:58:51

11          And I instruct you not to answer the question if     10:58:57

12  any -- the only information that you have is information      10:59:01

13  that you heard from your attorneys in connection with        10:59:05

14  providing legal advice.                                      10:59:07

15          THE WITNESS:  That was rather convoluted.  I've      10:59:28

16  since forgotten the question.  Would you mind again,         10:59:32

17  please.                                                      10:59:32

18          MR. QUINN:  If you want, you can --                   10:59:36

19          MR. SELWYN:  I can just re-ask it.                    10:59:36

20  BY MR. SELWYN:                                               10:59:38

21      Q   Have any Samsung employees ever had access to        10:59:38

22  documents that Apple produced in this case designated        10:59:41

23  confidential under the Court's protective order?             10:59:45

24          MR. QUINN:  Same objection.  Same instruction.       11:00:09

25          THE WITNESS:  As far as my understanding goes, I     11:00:17

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

38

| | | |
|---|---|---|
| 1 | believe not. | 11:00:19 |
| 2 | BY MR. SELWYN: | 11:00:20 |
| 3 | Q    Have any Samsung employees ever had access to | 11:00:21 |
| 4 | confidential information derived from documents Apple | 11:00:24 |
| 5 | designated as confidential under the Court's protective | 11:00:28 |
| 6 | order? | 11:00:30 |
| 7 | MR. QUINN:  Same objections.  Same instruction. | 11:00:52 |
| 8 | THE WITNESS:  As far as my understanding goes, I | 11:00:56 |
| 9 | do not believe so. | 11:01:04 |
| 10 | BY MR. SELWYN: | 11:01:20 |
| 11 | Q    Since March of 2012, have you discussed -- have | 11:01:20 |
| 12 | you discussed with any Samsung employee anything about | 11:01:27 |
| 13 | Apple's licenses with Nokia? | 11:01:29 |
| 14 | A    To date, do you mean? | 11:01:54 |
| 15 | MR. QUINN:  Excuse me.  Clarification. | 11:01:56 |
| 16 | MR. SELWYN:  Sure. | 11:01:59 |
| 17 | BY MR. SELWYN: | 11:02:00 |
| 18 | Q    From March of 2012 to the present time, have you | 11:02:00 |
| 19 | discussed with any Samsung employee anything about Apple's | 11:02:04 |
| 20 | license with Nokia? | 11:02:08 |
| 21 | MR. QUINN:  Exclude from your answer any | 11:02:27 |
| 22 | attorney-client communications. | 11:02:30 |
| 23 | THE WITNESS:  Yes, I have. | 11:02:40 |
| 24 | BY MR. SELWYN: | 11:02:41 |
| 25 | Q    How many times? | 11:02:42 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

39

| | | |
|---|---|---|
| 1 | A    Not a whole lot.  Maybe two, three times. | 11:02:47 |
| 2 | Q    With which Samsung employees have you discussed | 11:02:51 |
| 3 | Apple's license with Nokia? | 11:02:54 |
| 4 | A    It would be that vice president, Kwak, Jin Hwan | 11:03:07 |
| 5 | Kwak. | 11:03:16 |
| 6 | Q    Anyone else? | 11:03:17 |
| 7 | A    I cannot quite recall. | 11:03:17 |
| 8 | Q    Is there anything that would refresh your | 11:03:19 |
| 9 | recollection? | 11:03:22 |
| 10 | MR. QUINN:  Calls for speculation. | 11:03:26 |
| 11 | THE WITNESS:  So mind you, when I say I've had a | 11:03:48 |
| 12 | discussion in that regard, we're talking about after it | 11:03:51 |
| 13 | was alleged that we violated, say, the order and a motion | 11:03:54 |
| 14 | was filed by Nokia and we got together with the Nokia | 11:03:58 |
| 15 | folks, talked about it, and, you know, all those things. | 11:04:03 |
| 16 | That's what I'm talking about. | 11:04:06 |
| 17 | BY MR. SELWYN: | 11:04:07 |
| 18 | Q    When did you discuss with Mr. Kwak Apple's | 11:04:08 |
| 19 | license with Nokia? | 11:04:11 |
| 20 | A    Oh, to my recollection -- I recall talking about | 11:04:28 |
| 21 | that with him in September. | 11:04:33 |
| 22 | Q    September 2013? | 11:04:35 |
| 23 | A    Yes. | 11:04:40 |
| 24 | Q    Was anyone else present when you discussed with | 11:04:41 |
| 25 | Mr. Kwak Apple's license with Nokia? | 11:04:45 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

40

| | | |
|---|---|---|
| 1 | A    On that occasion, Paul Melin of Nokia also was | 11:05:01 |
| 2 | there. | 11:05:07 |
| 3 | Q    Anyone else? | 11:05:08 |
| 4 | A    Let's see.  Eeva -- you know, I don't know, but | 11:05:12 |
| 5 | I'm wondering if Eeva also was there or not.  By that, I'm | 11:05:16 |
| 6 | talking about how this Eeva was there at the overall | 11:05:32 |
| 7 | meeting, but when we were talking about that very matter, | 11:05:37 |
| 8 | I don't know if Eeva was or wasn't there. | 11:05:40 |
| 9 | Q    Who is Eeva? | 11:05:43 |
| 10 | A    It's one of those persons charged with handling | 11:05:49 |
| 11 | licensing matters with Nokia -- at Nokia, that is. | 11:05:56 |
| 12 | Q    Okay.  So let me just see if I can summarize. | 11:06:03 |
| 13 | In September of 2013, you had two or three | 11:06:06 |
| 14 | discussions with Mr. Kwak about Apple's license with | 11:06:11 |
| 15 | Nokia; correct? | 11:06:14 |
| 16 | A    Yes. | 11:06:31 |
| 17 | Q    And one or more Nokia employees participated in | 11:06:32 |
| 18 | each of those discussions; correct? | 11:06:37 |
| 19 | A    No.  I'm saying they were there together with us | 11:06:50 |
| 20 | when the discussion was being had in September. | 11:06:56 |
| 21 | Q    Okay.  My apologies.  I believe I'm the only one | 11:07:01 |
| 22 | confused, but let me just try to start over. | 11:07:09 |
| 23 | How many times have you discussed Apple's license | 11:07:13 |
| 24 | with Nokia with Samsung employees? | 11:07:26 |
| 25 | MR. QUINN:  This is, again, since March of 2012? | 11:07:50 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

41

| | | |
|---|---|---|
| 1 | MR. SELWYN:  Yes. | 11:07:54 |
| 2 | THE WITNESS:  I cannot exactly recall as to | 11:08:01 |
| 3 | precisely how many times. | 11:08:04 |
| 4 | BY MR. SELWYN: | 11:08:05 |
| 5 | Q    What's your best approximation? | 11:08:05 |
| 6 | A    You know, a few times, I'd say. | 11:08:11 |
| 7 | Q    And who were those conversations with? | 11:08:14 |
| 8 | THE INTERPRETER:  Well, interjection.  May the | 11:08:19 |
| 9 | interpreter, with apologies, offer a different rendition. | 11:08:22 |
| 10 | THE WITNESS:  A few times, I figure. | 11:08:24 |
| 11 | BY MR. SELWYN: | 11:08:29 |
| 12 | Q    Which Samsung employees were those discussions | 11:08:29 |
| 13 | with? | 11:08:33 |
| 14 | A    Probably Mr. Jin Hwan Kwak. | 11:08:34 |
| 15 | Q    Were those discussions with any other Samsung | 11:08:46 |
| 16 | employee? | 11:08:49 |
| 17 | A    I cannot quite recall if I have specifically | 11:09:01 |
| 18 | discussed that with any other individual.  So by that I | 11:09:05 |
| 19 | mean to really say, I don't specifically recall as to whom | 11:09:17 |
| 20 | I have had those conversations with.  I do not mean to say | 11:09:21 |
| 21 | that I have not had any such conversations with any | 11:09:24 |
| 22 | others. | 11:09:27 |
| 23 | Q    So is it fair to say that Mr. Kwak is the only | 11:09:27 |
| 24 | Samsung employee with whom you can recall discussing the | 11:09:31 |
| 25 | Apple-Nokia license since March 2012? | 11:09:34 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

42

| | |
|---|---|
| 1    A    It was, yes, with Mr. Jin Hwan Kwak, but others | 11:10:12 |
| 2  were also present, but not to such extent that I paid a | 11:10:18 |
| 3  whole lot of mind in that regard.  I wasn't discussing it | 11:10:21 |
| 4  with them, per se.  And mind you, this time frame when I | 11:10:24 |
| 5  discussed these matters, that was at or around the end of | 11:10:28 |
| 6  August or in the month of September. | 11:10:32 |
| 7    Q    Did you discuss the Apple-Samsung -- strike that. | 11:10:42 |
| 8         Did you discuss the Apple-Nokia license with any | 11:10:45 |
| 9  Samsung employees between March of 2012 and August 2013? | 11:10:50 |
| 10   A    Well -- so when you ask as to any discussions as | 11:11:21 |
| 11  regard of the Apple-Nokia matter, scope-wise to what | 11:11:25 |
| 12  extent does that encompass -- do you intend for that to | 11:11:30 |
| 13  encompass? | 11:11:35 |
| 14   Q    I intend for it to be very general.  So I'm | 11:11:36 |
| 15  interested whether you discussed the Apple-Nokia license | 11:11:40 |
| 16  to any degree with any Samsung employee between March of | 11:11:43 |
| 17  2012 and August 2013. | 11:11:47 |
| 18   A    So long as the word "Apple-Nokia license" is | 11:12:21 |
| 19  included, does that constitute a discussion, per se? | 11:12:26 |
| 20   Q    Yes. | 11:12:31 |
| 21   A    Yes, I have. | 11:12:34 |
| 22   Q    Okay.  How many times between March of 2012 and | 11:12:35 |
| 23  August of 2013 have you discussed the Apple-Nokia license | 11:12:39 |
| 24  with another Samsung employee? | 11:12:44 |
| 25   A    I don't recollect in terms of that particular | 11:13:14 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

43

| | | |
|---|---|---|
| 1 | time frame, but I do recall, on the other hand, discussing | 11:13:18 |
| 2 | that during the negotiation meeting with Nokia of June. | 11:13:21 |
| 3 | On that occasion, yeah. | 11:13:26 |
| 4 | Q    Do you recall any -- | 11:13:28 |
| 5 | A    Or around that point in time. | 11:13:31 |
| 6 | Q    Do you recall having any other discussions about | 11:13:33 |
| 7 | the Apple-Nokia license between March of 2012 and August | 11:13:35 |
| 8 | of 2013? | 11:13:38 |
| 9 | A    I don't have an exact recollection as to what | 11:14:00 |
| 10 | kind of a discussion I may have had. | 11:14:06 |
| 11 | Q    Other than discussions with Mr. Kwak in September | 11:14:09 |
| 12 | of 2013, have you had any discussions about the | 11:14:13 |
| 13 | Apple-Nokia license between September 2013 and the | 11:14:16 |
| 14 | present? | 11:14:21 |
| 15 | MR. QUINN:  And I assume you also mean to exclude | 11:14:40 |
| 16 | the June discussion which he also has already referred to. | 11:14:43 |
| 17 | MR. SELWYN:  Yes.  And now I'm focused on the | 11:14:47 |
| 18 | time period September 2013 to present. | 11:14:49 |
| 19 | MR. QUINN:  Oh, I'm sorry. | 11:14:54 |
| 20 | THE WITNESS:  Well, there have been some internal | 11:15:08 |
| 21 | discussions that we have had on account of this, you know, | 11:15:15 |
| 22 | motion of -- I wouldn't say it was a discussion, per se. | 11:15:18 |
| 23 | I think chatting would be more it. | 11:15:24 |
| 24 | BY MR. SELWYN: | 11:15:27 |
| 25 | Q    Okay.  What have you said to Mr. Kwak and what | 11:15:28 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

44

| | | |
|---|---|---|
| 1 | has he said to you about the Apple-Nokia license? | 11:15:32 |
| 2 | MR. QUINN:  Could we please have some clarity on | 11:15:44 |
| 3 | the time frame of that question.  We've been going back | 11:15:48 |
| 4 | and forth.  I'm just not sure. | 11:15:50 |
| 5 | MR. SELWYN:  Since March of 2012. | 11:15:54 |
| 6 | MR. QUINN:  Okay.  So I'd ask you to -- I'd | 11:15:59 |
| 7 | instruct you to exclude any conversations with Mr. Kwak | 11:16:01 |
| 8 | where attorneys are present and legal -- the conversations | 11:16:06 |
| 9 | for the purpose of providing legal advice to the company. | 11:16:12 |
| 10 | At this point I would also invite the agreement | 11:16:37 |
| 11 | of Nokia's counsel present that, to the extent in this | 11:16:41 |
| 12 | deposition, in this proceeding answering questions from | 11:16:46 |
| 13 | Apple's lawyer, that Mr. -- Dr. Ahn discloses information | 11:16:49 |
| 14 | about that license, that that's not going to be deemed to | 11:16:55 |
| 15 | be a violation of some type of NDA between Nokia and | 11:16:59 |
| 16 | Samsung. | 11:17:05 |
| 17 | It's my understanding there are agreements | 11:17:31 |
| 18 | related to the confidentiality of negotiations.  And by | 11:17:33 |
| 19 | answering these questions, we trust that we won't be later | 11:17:47 |
| 20 | told that answering the questions was a violation of some | 11:17:52 |
| 21 | type of confidentiality agreement.  And I'm just referring | 11:17:56 |
| 22 | to disclosures in this deposition. | 11:17:59 |
| 23 | MR. FLINN:  Let me respond as best I can.  On | 11:18:18 |
| 24 | behalf of Nokia, we will agree that testimony about what | 11:18:23 |
| 25 | Samsung representatives said at the June meeting in this | 11:18:35 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

45

| | | |
|---|---|---|
| 1 | deposition -- let me start over again. | 11:18:44 |
| 2 | On behalf of Nokia, we will agree that testimony | 11:18:53 |
| 3 | in this deposition about what Samsung representatives said | 11:18:57 |
| 4 | at the June meeting would not be a violation of the | 11:19:01 |
| 5 | nondisclosure agreement between Samsung and Nokia, | 11:19:06 |
| 6 | provided that the deposition remain subject to the highest | 11:19:11 |
| 7 | level of confidentiality of the protective order. | 11:19:19 |
| 8 | If the questions turn to what Nokia | 11:19:26 |
| 9 | representatives said, I may propose to take that on a | 11:19:30 |
| 10 | question-by-question basis.  And if the questions turn to | 11:19:35 |
| 11 | discussions at other negotiation sessions, I would like to | 11:19:39 |
| 12 | address that on a case-by-case basis. | 11:19:44 |
| 13 | Let me just conclude by saying our goal is to | 11:20:35 |
| 14 | ensure that there is as full and complete an examination | 11:20:39 |
| 15 | of the matters that are currently in controversy regarding | 11:20:45 |
| 16 | protective order issues.  And we do not want the NDA to be | 11:20:49 |
| 17 | a barrier to a legitimate factual inquiry. | 11:20:56 |
| 18 | THE WITNESS:  So does this mean that I'm to speak | 11:21:48 |
| 19 | or not speak? | 11:21:50 |
| 20 | MR. QUINN:  Well, here's the problem.  If you ask | 11:21:52 |
| 21 | a question about what was said, he's going to start | 11:21:55 |
| 22 | answering in Korean.  And none of us will know what he | 11:21:59 |
| 23 | said.  So we can't stop him, and he may well start talking | 11:22:04 |
| 24 | about what Samsung people said, what Nokia people said. | 11:22:08 |
| 25 | And -- I think the present pending question was | 11:22:14 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

46

1    something like, what discussions have you had within a        11:22:19

2    certain time frame.  He might not start with the June         11:22:22

3    meeting.  He might start somewhere else.  So it may be too    11:22:25

4    late for Nokia's counsel to, you know, make a judgment        11:22:29

5    about whether you want to hear that answer or not.            11:22:35

6         And this may be as good a time as any to                 11:23:29

7    designate this transcript as being attorneys' eyes only.      11:23:32

8    All of us feel a little bit more comfortable.  I recognize    11:23:38

9    this is kind of an awkward process.  Everybody wants the      11:23:41

10   information to come out, but nobody wants the NDA, which      11:23:45

11   is really, in a sense -- one's not at issue here to be an     11:23:48

12   obstacle to have the testimony come out, but I'm just not     11:23:55

13   sure this process permits us to parse it the way that we      11:23:57

14   otherwise might like to.                                      11:24:02

15        MR. FLINN:  Let me say that the pending question         11:24:41

16   does not, on its face, call for the witness to testify        11:24:44

17   about either things Nokia said or the substance of            11:24:47

18   negotiations between Apple and Nokia, other than at the       11:24:56

19   June 2013 meeting.  So I have no problem with a good faith    11:25:01

20   responsive answer to the pending question.                    11:25:05

21        I do understand, Mr. Quinn, your issue that it           11:25:08

22   may be difficult to draw a line.  And here is my proposal     11:25:14

23   for how we proceed:                                           11:25:18

24        That if the witness understands the general             11:25:20

25   parameters of my request and Mr. Selwyn keeps it in mind     11:26:18

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

47

1    in framing his questions, I will try to be alert to any          11:26:23

2    question that might call for information beyond what I'm          11:26:28

3    asking us to -- to be limited to.                                11:26:33

4         If despite those things something gets blurted             11:26:38

5    out, as long as the witness understands the general             11:26:43

6    parameters and we all try to act in good faith not to           11:26:49

7    create an unringable bell -- that expression may need to        11:26:53

8    be translated -- then I think we can proceed.                    11:27:01

9         I don't intend to draw extraordinarily precise            11:27:05

10   lines that cannot be crossed at any point.  I just think        11:27:13

11   those are general guidelines that I hope are understood,        11:27:16

12   and if we all just try to keep those in mind, I think we        11:27:21

13   can get through this.                                            11:27:25

14        THE WITNESS:  And so what would those general             11:28:46

15   guidelines be?                                                   11:28:48

16        MR. QUINN:  Let me see if I understand where we            11:28:49

17   are.  We have an agreement that he can testify fully about      11:28:52

18   the June -- what's the date?                                     11:28:56

19        MR. ZELLER:  2013.                                         11:28:59

20        MR. QUINN:  Yeah.                                          11:29:03

21        MR. SELWYN:  June 4th.                                     11:29:03

22        MR. QUINN:  -- a June 4th session, whatever was           11:29:03

23   said by anyone, and there will be no contention that that      11:29:04

24   was a violation of the NDA.                                      11:29:08

25        MR. FLINN:  No.  Almost.  Full testimony about            11:29:12

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

48

| | | |
|---|---|---|
| 1 | what anyone from Samsung said at the June matter. | 11:29:15 |
| 2 | MR. QUINN:  This is not going to work.  This is | 11:29:18 |
| 3 | not going to work.  Because that's simply not possible, | 11:29:20 |
| 4 | because we're not going to have a situation where there is | 11:29:23 |
| 5 | testimony about what Apple said, but there is no context | 11:29:27 |
| 6 | about what it was in response to, what Nokia | 11:29:30 |
| 7 | representatives said to Mr. Ahn and why he said what he | 11:29:33 |
| 8 | said.  No.  That's an extreme example. | 11:29:38 |
| 9 | Suppose Nokia disclosed to Apple that -- or to | 11:29:41 |
| 10 | Samsung the terms of the Nokia-Apple license and that | 11:29:45 |
| 11 | Mr. -- Dr. Ahn responded that by saying, "No, that isn't | 11:29:51 |
| 12 | true at all," you know.  "The terms are X, Y, Z," and | 11:29:54 |
| 13 | you'd have him only be able to testify, "The terms are X, | 11:29:59 |
| 14 | Y, Z," and not hear the other side.  That just is not | 11:30:02 |
| 15 | going to work. | 11:30:06 |
| 16 | We really need an agreement here.  And if really | 11:30:06 |
| 17 | the object, honestly, is to have all the facts come out, | 11:30:09 |
| 18 | we need an agreement that Dr. Ahn's testimony in this | 11:30:13 |
| 19 | deposition, which is for attorneys' eyes only, that no | 11:30:17 |
| 20 | one's going to claim that his testimony is a violation of | 11:30:22 |
| 21 | the NDA.  If we can't have that, we have a real problem. | 11:30:25 |
| 22 | MR. FLINN:  Mr. Selwyn's quiet, thoughtful | 11:30:28 |
| 23 | approach to this has convinced me that you're correct, and | 11:30:33 |
| 24 | that I will agree on behalf of Nokia that, subject to this | 11:30:38 |
| 25 | being under the highest levels of the confidentiality | 11:30:41 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

49

| | | |
|---|---|---|
| 1 | protective order, testimony from Dr. Ahn about what was | 11:30:44 |
| 2 | said by either side in the June negotiations between Nokia | 11:30:49 |
| 3 | and Samsung is not a violation of the | 11:30:54 |
| 4 | protective -- the -- the nondisclosure agreement governing | 11:31:01 |
| 5 | the negotiations between Samsung and Nokia. | 11:31:04 |
| 6 | Beyond that, we'll take it -- we'll take it as it | 11:31:06 |
| 7 | comes up. | 11:31:09 |
| 8 | THE INTERPRETER:  Interjection.  May the | 11:31:12 |
| 9 | interpreter just summarize. | 11:31:13 |
| 10 | MR. QUINN:  Yeah.  Can we start -- can we | 11:31:16 |
| 11 | just -- so he's -- he's -- Nokia's agreeing that you can | 11:31:17 |
| 12 | testify fully concerning what was said in the June | 11:31:22 |
| 13 | meeting, and that that will not be at any time claimed by | 11:31:27 |
| 14 | Nokia to be a violation of the nondisclosure agreement. | 11:31:32 |
| 15 | MR. FLINN:  To be precise, in this deposition, | 11:32:05 |
| 16 | provided the highest level of confidentiality and the | 11:32:07 |
| 17 | protective order's maintained. | 11:32:10 |
| 18 | MR. QUINN:  Okay.  But, you know, for the reasons | 11:32:26 |
| 19 | I said, I might have a similar problem with one-sided | 11:32:29 |
| 20 | accounts, i.e., only what Samsung said, with respect to | 11:32:34 |
| 21 | any other conversations. | 11:32:37 |
| 22 | He's already put on the table conversations with | 11:32:39 |
| 23 | Nokia people in the presence of Kwak in September.  And if | 11:32:42 |
| 24 | Mr. Selwyn intends to ask about those, it's not going to | 11:32:48 |
| 25 | be acceptable to us for him only to be able to say what | 11:32:52 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

50

1    Samsung said in those conversations and -- because there      11:32:57

2    is no context -- nothing -- he can't say anything about        11:33:01

3    what Nokia said and that would be a violation of the NDA.      11:33:04

4         I just don't think that gets us where we need to         11:33:07

5    be.                                                            11:33:10

6         MR. FLINN:  We'll see what happens.  The pending         11:33:10

7    question should be answered.  I don't think it even calls      11:33:13

8    for any of the things we talked about, and let's see if we     11:33:17

9    need to expand beyond where we are right now.                  11:33:22

10        MR. SELWYN:  I'm just saying I think I'm, like,          11:33:27

11   an hour away from even asking anything involving any           11:33:28

12   discussions where Nokia people were present.                   11:33:31

13        MR. QUINN:  Just so -- I saw the problem.  He's          11:33:36

14   going to blurt out an answer in Korean.  I don't have an       11:33:38

15   agreement from you.  If an answer happens to include           11:33:42

16   anything that Nokia said in the conversation in September,     11:33:48

17   that's a violation of the NDA.  That just puts me in a         11:33:51

18   really uncomfortable position.  If he'd speak in English,      11:33:55

19   I could do something.                                          11:34:00

20        MR. FLINN:  Well, let me make one observation.           11:34:02

21   Yesterday, at the deposition of Samsung's 30(b)(6)             11:34:05

22   witness, questions were asked of the witness about the         11:34:11

23   confidentiality of Samsung -- the questions were asked of      11:34:14

24   the witness about the substance of license negotiations        11:34:18

25   between Apple and Samsung.  Samsung's counsel asked me to      11:34:21

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

51

1    leave the room.  I agreed.  And the basis for that was the    11:34:25

2    existence of the NDA between Apple and Samsung.    11:34:30

3         So another way to solve this problem is that    11:34:37

4    questions that would be designed to elicit his testimony    11:34:42

5    are -- can be freely answered as long as Apple    11:34:48

6    representatives are not in the room.    11:34:53

7         MR. QUINN:  That's between you guys.  If you guys    11:34:54

8    want to do that so that he asks about the September    11:34:56

9    conversation and then he leaves and then we agree to treat    11:34:59

10   the transcript separately and -- so Apple doesn't get to    11:35:03

11   see that, that seems to solve the problem.    11:35:07

12        MR. SELWYN:  Yeah.  I don't think that's    11:35:09

13   something that I would be interested in.    11:35:11

14        MR. QUINN:  Well, we just can't have    11:35:17

15   conversations -- we can't have one-sided accounts of    11:35:20

16   conversation or run the risk that Nokia's going to say we    11:35:25

17   violated the agreement.    11:35:28

18        MR. FLINN:  Well, Samsung took the position that    11:35:29

19   if a Samsung witness answered questions about the Apple    11:35:32

20   negotiations with me in the room, that would violate the    11:35:39

21   NDA.  Is Samsung willing to retreat from that position?    11:35:41

22        MR. QUINN:  I have no idea what you're talking    11:35:46

23   about.  I'm addressing the current problem on the table.    11:35:48

24   And I just can't let him answer questions about September    11:35:53

25   conversations if I run the risk that if he says anything    11:35:57

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

52

1    about what somebody else who wasn't an Samsung employee        11:36:01

2    says, that Nokia's going to claim that it's a violation of    11:36:05

3    the NDA.                                                       11:36:09

4         The 30(b)(6) was pointed out to me.  The                 11:36:11

5    deposition was in English so people could jump on it right    11:36:15

6    when the answer starts to come out.  That's just not          11:36:16

7    something we can do here.                                      11:36:19

8         MR. FLINN:  Well, I -- maybe I will add this to          11:36:20

9    my stipulation.  The witness answers in Korean, mistakenly    11:36:24

10   going beyond the boundaries we talked about, we won't         11:36:34

11   argue that that is a violation of the NDA provided that       11:36:39

12   counsel, as the answer's being translated, is alert to the   11:36:48

13   issue.                                                         11:36:53

14        I'm willing to play an even field, but I'm not           11:36:54

15   willing to play in a game where we have to leave the room     11:36:57

16   at Samsung's demand when Apple discussions are coming up,     11:37:00

17   but we can't have reciprocal protection when Nokia's          11:37:05

18   discussions come up.                                          11:37:07

19        MR. QUINN:  We can have reciprocal protection.           11:37:07

20   As you suggested, Apple can leave the room.  That's           11:37:10

21   reciprocity.                                                   11:37:10

22        We can't have -- it's just -- let's suppose that         11:37:13

23   he -- Mr. Selwyn only asks questions -- gave a direction,     11:37:18

24   "I only want you to tell me what Samsung people said in       11:37:21

25   this conversation with Nokia.  Don't tell me anything that    11:37:26

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

53

| | | |
|---|---|---|
| 1 | Nokia said," and assuming he could answer that way, you | 11:37:28 |
| 2 | can't possibly have a meaningful or fair or contextual | 11:37:32 |
| 3 | account of what was said in the room.  It's not fair to | 11:37:36 |
| 4 | the witness.  It's not fair to Samsung.  So -- | 11:37:38 |
| 5 | MR. FLINN:  That issue is off the table, because | 11:37:43 |
| 6 | I agree the witness can say whatever he remembers anybody | 11:37:44 |
| 7 | saying at the June meeting. | 11:37:47 |
| 8 | We're talking about other meetings that aren't as | 11:37:49 |
| 9 | clearly relevance to this dispute.  I'm willing to take | 11:37:51 |
| 10 | that on a case-by-case basis.  The pending question | 11:37:55 |
| 11 | doesn't call for any of this.  And delaying or terminating | 11:37:58 |
| 12 | the deposition because your witness may give nonresponsive | 11:38:04 |
| 13 | answers I don't think is appropriate, but you can do what | 11:38:09 |
| 14 | you need to do. | 11:38:14 |
| 15 | MR. QUINN:  Well, he's already asked questions. | 11:38:15 |
| 16 | It's already on the table.  There was a conversation with | 11:38:18 |
| 17 | Nokia in September.  If he's going to answer questions | 11:38:20 |
| 18 | about that, he's got to be able to say not only what | 11:38:24 |
| 19 | Samsung people said but what Nokia people said. | 11:38:27 |
| 20 | The Apple lawyer can leave the room or you can | 11:38:30 |
| 21 | tell us that if he testifies to that in front of Apple, | 11:38:34 |
| 22 | it's not a violation of the NDA.  One of those two things | 11:38:38 |
| 23 | has to happen. | 11:38:42 |
| 24 | MR. FLINN:  Mr. Selwyn hasn't asked him questions | 11:38:42 |
| 25 | yet. | 11:38:46 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

54

| | | |
|---|---|---|
| 1 | MR. QUINN:  He's going to. | 11:38:46 |
| 2 | MR. FLINN:  Let me finish.  He may or may not. | 11:38:48 |
| 3 | He hasn't asked questions yet about the substance of | 11:38:49 |
| 4 | negotiations between Samsung and Nokia in September of | 11:38:51 |
| 5 | 2013. | 11:38:56 |
| 6 | Should he want to do that, I may have a | 11:38:58 |
| 7 | conversation with him and ask him not to.  He may or may | 11:39:00 |
| 8 | not do it, but the pending question clearly doesn't.  And | 11:39:04 |
| 9 | the pending question should be answered. | 11:39:09 |
| 10 | MR. QUINN:  Well, I think we framed the issues | 11:39:11 |
| 11 | here. | 11:39:14 |
| 12 | What's the pending question?  I don't -- | 11:39:15 |
| 13 | MR. SELWYN:  Let me try -- actually, do we have | 11:39:19 |
| 14 | to change the tape?  Okay.  Let's change the tape. | 11:39:21 |
| 15 | THE VIDEOGRAPHER:  This is the end of | 11:39:24 |
| 16 | Videotape 1.  We're off the record at 11:38 a.m. | 11:39:26 |
| 17 | (A break was held in the proceedings.) | 11:39:31 |
| 18 | THE VIDEOGRAPHER:  We're back on the record. | 11:45:19 |
| 19 | This begins Media No. 2, and the time now is 11:44. | 11:45:28 |
| 20 | Counsel. | 11:45:34 |
| 21 | MR. FLINN:  We've had a discussion off the record | 11:45:34 |
| 22 | to try to solve this question of the NDA between Nokia and | 11:45:35 |
| 23 | Samsung and the witness's giving full and complete | 11:45:40 |
| 24 | testimony in this case.  And I'll try to state what I | 11:45:43 |
| 25 | understand our agreement to be. | 11:45:47 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

55

1    Nokia agrees that if a question appears to call          11:45:48

2    for information that Nokia believes should not be given in  11:45:53

3    this deposition with Apple representatives present, Nokia   11:46:00

4    will object to the question, and we will try to resolve it  11:46:03

5    at that time.                                               11:46:06

6        But if I do not object to the question and the        11:46:07

7    witness's answer is, you know, a good faith, responsive     11:46:15

8    answer, Nokia will not contend and will agree that          11:46:20

9    answering a question I do not object to in good faith is    11:46:26

10   not a violation of the nondisclosure agreement between      11:46:29

11   Samsung and Nokia governing its license negotiations.       11:46:33

12       MR. QUINN:  Okay.  And in any event, the June          11:46:37

13   meeting is --                                               11:46:39

14       MR. FLINN:  And I agree that the witness can           11:46:41

15   testify fully about his recollections of everything that    11:46:46

16   transpired in the June 2013 negotiation session between     11:46:49

17   the parties and such testimony would not be -- in this      11:46:53

18   deposition would not be a violation of the nondisclosure    11:46:56

19   agreement, provided the strictures of the protective order  11:47:02

20   under the highest confidentiality level will apply.         11:47:07

21       MR. QUINN:  Great.  I don't think we need to           11:47:11

22   translate that.  You're okay.  You can go ahead and answer  11:47:12

23   the questions.                                              11:47:15

24       THE WITNESS:  Okay.                                    11:47:26

25   ///

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

56

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 11:47:26 |
| 2 |    Q    Okay.  Let me try to reset the stage. | 11:47:28 |
| 3 |        For my next series of questions, I'm interested | 11:47:30 |
| 4 | in discussions that you may have had with other Samsung | 11:47:34 |
| 5 | employees without any Nokia employees present. | 11:47:37 |
| 6 |        Do you have that in mind? | 11:47:42 |
| 7 |    A    Yes. | 11:48:08 |
| 8 |    Q    Have you ever discussed the Apple-Nokia license | 11:48:11 |
| 9 | with other Samsung employees outside the presence of | 11:48:15 |
| 10 | Nokia? | 11:48:21 |
| 11 |      MR. QUINN:  Excluding conversations with lawyers | 11:48:37 |
| 12 | or conversations in the presence of lawyers in the context | 11:48:41 |
| 13 | of obtaining legal advice, you can answer the question. | 11:48:43 |
| 14 |      THE WITNESS:  So during the negotiation between | 11:49:59 |
| 15 | us and Nokia back in June, when I mentioned to the Nokia | 11:50:03 |
| 16 | folks as to what I was surmising might be the -- | 11:50:10 |
| 17 | estimating was the amount of monies involved in the | 11:50:15 |
| 18 | Nokia-Apple matter, when I mentioned this to Nokia, the | 11:50:23 |
| 19 | way it seemed to me was, based upon Paul Melin's reaction, | 11:50:27 |
| 20 | I thought I was properly quite within the zone. | 11:50:32 |
| 21 |       And so afterwards, there was a break, a rather | 11:50:36 |
| 22 | lengthy, extended break lasting maybe 30 minutes-plus, and | 11:50:39 |
| 23 | during that break, I mentioned to Mr. Jin Hwan Kwak, "Hey, | 11:50:43 |
| 24 | maybe I was pretty close." | 11:50:50 |
| 25 |    /// | |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

57

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 11:50:54 |
| 2 | Q    And that conversation that you had with Mr. Kwak | 11:50:55 |
| 3 | was in June of 2013; correct? | 11:50:57 |
| 4 | A    Yes, that is correct, June. | 11:51:07 |
| 5 | Q    Other than the conversation that you had with | 11:51:10 |
| 6 | Mr. Kwak in June of 2013, have you ever discussed the | 11:51:12 |
| 7 | Apple-Nokia license with other employees outside the | 11:51:17 |
| 8 | presence of Nokia? | 11:51:21 |
| 9 | MR. QUINN:  Was the intention now to include all | 11:51:42 |
| 10 | conversations with Kwak during the entire month of June? | 11:51:46 |
| 11 | Because that's how the question literally reads. | 11:51:49 |
| 12 | BY MR. SELWYN: | 11:52:08 |
| 13 | Q    Let me be more precise. | 11:52:09 |
| 14 | Other than the conversation that you had with | 11:52:10 |
| 15 | Mr. Kwak during the break in the Nokia-Samsung negotiation | 11:52:14 |
| 16 | meeting in June of 2013, have you ever discussed the | 11:52:22 |
| 17 | Apple-Nokia license with other Samsung employees outside | 11:52:26 |
| 18 | the presence of Nokia? | 11:52:30 |
| 19 | A    So am I to exclude anything as may have been with | 11:52:56 |
| 20 | Mr. Kwak? | 11:53:00 |
| 21 | Q    You can include other conversations with | 11:53:02 |
| 22 | Mr. Kwak. | 11:53:06 |
| 23 | A    So although I cannot quite recall as to the | 11:54:24 |
| 24 | precise contents, come the month of September -- for | 11:54:37 |
| 25 | instance, even at the beginning of this week, we got | 11:54:44 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

58

| | | |
|---|---|---|
| 1 | together with the Nokia folks, and Mr. Kwak accompanied me | 11:54:47 |
| 2 | to that negotiation session.  And so we naturally talked | 11:54:52 |
| 3 | about these matters. | 11:54:56 |
| 4 | And again, I cannot quite recall anything in | 11:54:58 |
| 5 | terms of the specific contents, but I would, for instance, | 11:55:02 |
| 6 | say something to him about how looking at Paul | 11:55:05 |
| 7 | Melin -- and this is in September -- in terms of what I | 11:55:11 |
| 8 | figured the amount to be, what I had mentioned to Nokia -- | 11:55:16 |
| 9 | you know, we asked about him, by the way -- I'd say to | 11:55:21 |
| 10 | Mr. Kwak, "Guess I must have been pretty right, huh?" | 11:55:24 |
| 11 | And -- seeing as how Nokia filed that motion of theirs. | 11:55:29 |
| 12 | And even on this occasion, I said to him, "I | 11:55:34 |
| 13 | guess I was pretty much on the money, wasn't I?"  And | 11:55:38 |
| 14 | so -- and I asked about Paul.  I asked that about -- I | 11:55:43 |
| 15 | asked Paul Melin about that as well. | 11:55:48 |
| 16 | And so this is what we discussed.  And if you'll | 11:55:51 |
| 17 | understand this to be more of a -- just a chat than | 11:55:56 |
| 18 | anything else. | 11:56:00 |
| 19 | CHECK INTERPRETER:  Actually, there was one | 11:56:08 |
| 20 | sentence, I believe -- a couple sentences that were left | 11:56:11 |
| 21 | out.  So if I could just add that in. | 11:56:14 |
| 22 | THE WITNESS:  So on this occasion, I asked | 11:56:16 |
| 23 | Mr. Paul Melin, saying that, "So you probably filed a | 11:56:18 |
| 24 | motion because my estimation was quite right," and then it | 11:56:23 |
| 25 | was more of a chitchat-type of a conversation that I had | 11:56:28 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

59

| | | |
|---|---|---|
| 1 | with Mr. Kwak in general. | 11:56:31 |
| 2 | THE REPORTER:  What was the last word? | 11:56:31 |
| 3 | CHECK INTERPRETER:  "In general." | 11:56:31 |
| 4 | THE REPORTER:  In general.  Thank you. | 11:56:38 |
| 5 | BY MR. SELWYN: | 11:56:38 |
| 6 | Q    Have you ever talked to any Samsung employee | 11:56:38 |
| 7 | other than Mr. Kwak about the Apple-Nokia license? | 11:56:41 |
| 8 | MR. QUINN:  Excluding attorneys. | 11:56:55 |
| 9 | THE WITNESS:  So on account of the motion filed | 11:57:20 |
| 10 | by Apple in terms of the deposition taking place, I, for | 11:57:23 |
| 11 | instance, said, "So why are they doing this?"  You know, | 11:57:28 |
| 12 | something along those lines, really. | 11:57:31 |
| 13 | And anything in terms of the Apple-Nokia license, | 11:57:33 |
| 14 | you know, that may have been referenced in name, but | 11:57:39 |
| 15 | nothing in terms of the details was ever discussed between | 11:57:42 |
| 16 | me and anybody else. | 11:57:46 |
| 17 | BY MR. SELWYN: | 11:57:52 |
| 18 | Q    Have you ever talked to Ken Korea about the | 11:57:53 |
| 19 | Apple-Nokia license? | 11:57:57 |
| 20 | A    Not to my recollection. | 11:58:07 |
| 21 | Q    Did you have any conversation with Mr. Korea in | 11:58:09 |
| 22 | the last three weeks relating in any way to the | 11:58:14 |
| 23 | Apple-Nokia license? | 11:58:19 |
| 24 | MR. QUINN:  That's vague and ambiguous. | 11:58:33 |
| 25 | And I would caution you not to disclose the | 11:58:35 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

60

| | | |
|---|---|---|
| 1 | substance of any attorney-client communications. | 11:58:38 |
| 2 | THE WITNESS:  It doesn't seem to me that I really | 11:58:54 |
| 3 | have had any, say, detailed conversation with Ken Korea. | 11:58:56 |
| 4 | BY MR. SELWYN: | 11:59:01 |
| 5 | Q    Have you had any conversations -- strike that. | 11:59:02 |
| 6 | Have you had any detailed conversations with Ken | 11:59:04 |
| 7 | Korea in the last month? | 11:59:06 |
| 8 | MR. QUINN:  Objection.  Objection. | 11:59:17 |
| 9 | On any subject at all? | 11:59:19 |
| 10 | MR. SELWYN:  Right.  On any subject at all, yes. | 11:59:22 |
| 11 | MR. QUINN:  Well, I guess vague and ambiguous as | 11:59:27 |
| 12 | to what's a detailed conversation. | 11:59:30 |
| 13 | To the extent you can answer the question, answer | 11:59:39 |
| 14 | it "yes" or "no." | 11:59:41 |
| 15 | THE WITNESS:  No.  Is that really the same | 11:59:50 |
| 16 | question as -- are you asking whether I talk with Ken | 11:59:52 |
| 17 | Korea or not? | 11:59:57 |
| 18 | BY MR. SELWYN: | 11:59:58 |
| 19 | Q    Let me ask a new question.  I'll try to be more | 11:59:58 |
| 20 | precise. | 12:00:02 |
| 21 | Has Ken Korea interviewed you in the last month? | 12:00:02 |
| 22 | MR. QUINN:  Objection.  Vague and ambiguous. | 12:00:15 |
| 23 | THE WITNESS:  What kind of an interview are you | 12:00:21 |
| 24 | talking about? | 12:00:22 |
| 25 | /// | |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

61

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 12:00:23 |
| 2 | Q    Has -- strike that. | 12:00:23 |
| 3 | Have you had any conversation with Mr. Korea in | 12:00:25 |
| 4 | the last month regarding the Apple-Samsung litigation? | 12:00:28 |
| 5 | MR. QUINN:  You can answer that "yes" or "no." | 12:00:43 |
| 6 | THE WITNESS:  About the litigation?  No, we have | 12:00:54 |
| 7 | not, at least not as far as I'm concerned, not to my | 12:01:00 |
| 8 | recollection. | 12:01:05 |
| 9 | BY MR. SELWYN: | 12:01:08 |
| 10 | Q    Has Mr. Korea asked you anything about | 12:01:09 |
| 11 | Professor Teece's expert report in the last month? | 12:01:13 |
| 12 | MR. QUINN:  Objection. | 12:01:28 |
| 13 | Instruction not to answer.  Attorney-client | 12:01:29 |
| 14 | privilege. | 12:01:32 |
| 15 | MR. FLINN:  Just so we're clear, when you give | 12:01:35 |
| 16 | that instruction, the witness is following your | 12:01:37 |
| 17 | instruction? | 12:01:39 |
| 18 | MR. QUINN:  Yes.  I hope so. | 12:01:41 |
| 19 | THE WITNESS:  Yes. | 12:01:49 |
| 20 | MR. FLINN:  Okay. | 12:01:50 |
| 21 | MR. SELWYN:  Did he -- is he answering the | 12:01:56 |
| 22 | question or are you instructing him not to answer?  I'm | 12:01:58 |
| 23 | not sure if his yes was to you, Mr. Quinn, or -- I just | 12:02:05 |
| 24 | want the record to be clear. | 12:02:09 |
| 25 | MR. QUINN:  I don't know either.  Let's ask him. | 12:02:11 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

62

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 12:02:19 |
| 2 | Q    Let me just do it again, just so we have a clear | 12:02:19 |
| 3 | record of whether I -- | 12:02:23 |
| 4 | Has Ken -- sorry.  Let's see if I can do it | 12:02:25 |
| 5 | again. | 12:02:30 |
| 6 | Has Mr. Korea asked you anything about | 12:02:35 |
| 7 | Professor Teece's expert report in the last month? | 12:02:39 |
| 8 | MR. QUINN:  And I instruct you not to answer. | 12:02:52 |
| 9 | Attorney-client privilege. | 12:02:55 |
| 10 | BY MR. SELWYN: | 12:02:57 |
| 11 | Q    Has Mr. Korea asked you anything about an outline | 12:02:58 |
| 12 | of an ITC brief in the last month? | 12:03:03 |
| 13 | MR. QUINN:  Same instruction. | 12:03:18 |
| 14 | BY MR. SELWYN: | 12:03:22 |
| 15 | Q    Has Mr. Korea asked you anything in the last | 12:03:22 |
| 16 | month that relates to Apple's and Nokia's allegation that | 12:03:25 |
| 17 | there has been a breach of the protective order by Samsung | 12:03:31 |
| 18 | in this case? | 12:03:34 |
| 19 | MR. QUINN:  Same instruction. | 12:03:51 |
| 20 | BY MR. SELWYN: | 12:03:54 |
| 21 | Q    Now, let me go back to the conversation that you | 12:03:55 |
| 22 | had with Mr. Kwak in June of 2013 during the break in the | 12:03:57 |
| 23 | Samsung-Nokia negotiation meeting. | 12:04:02 |
| 24 | What did you say to Mr. Kwak and what did he say | 12:04:18 |
| 25 | to you about the Apple-Nokia license during the break from | 12:04:23 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

63

1  the Apple -- during the break from the Samsung-Nokia          12:04:28

2  negotiation meeting?                                          12:04:32

3      A    I have already answered as to what I said.  And     12:04:57

4  what he has said to me, to the extent I recall, was          12:05:08

5  basically just being in agreement with me.                   12:05:10

6      Q    Is there anything else that he said to you or you   12:05:15

7  said to him about the Apple-Nokia license at that time,      12:05:19

8  other than what you've already testified to?                 12:05:22

9      A    I cannot recall.                                    12:05:44

10     Q    What did you say to Mr. Kwak and what did he say    12:05:45

11 to you in September of 2013 about the Apple-Nokia license?   12:05:48

12         MR. QUINN:  I assume this is outside the presence    12:06:05

13 of Nokia.                                                    12:06:08

14         MR. SELWYN:  Yes.                                    12:06:11

15         THE WITNESS:  So I've already told you what I        12:06:14

16 said, and Mr. Kwak, again, was basically just agreeing       12:06:23

17 with me.                                                     12:06:26

18 BY MR. SELWYN:                                               12:06:34

19     Q    Since March of 2012, have you discussed with any   12:06:34

20 Samsung employee anything about Apple's licenses with        12:06:39

21 Ericsson, Sharp, or Philips?                                 12:06:43

22         MR. QUINN:  Would you humor me and ask those one     12:07:06

23 at a time?                                                   12:07:09

24         MR. SELWYN:  I'd be happy to.                        12:07:11

25         MR. QUINN:  Thank you.                               12:07:13

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

64

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 12:07:16 |
| 2 |    Q   Since March of 2012, have you discussed with any | 12:07:16 |
| 3 | Samsung employee anything about Apple's license with | 12:07:21 |
| 4 | Ericsson? | 12:07:24 |
| 5 |       MR. QUINN:  Excuse me.  I -- I instruct you to | 12:07:36 |
| 6 | exclude from your answer any attorney-client | 12:07:39 |
| 7 | communications and also any communications subject to the | 12:07:42 |
| 8 | mediation privilege context of the mediation. | 12:07:45 |
| 9 |       THE WITNESS:  So going back to your question, you | 12:08:16 |
| 10 | asked if I have had any discussions about the | 12:08:19 |
| 11 | Apple-Ericsson license.  So what does a discussion in that | 12:08:21 |
| 12 | regard mean?  Just the mere reference of that license?  Is | 12:08:25 |
| 13 | that a discussion? | 12:08:31 |
| 14 | BY MR. SELWYN: | 12:08:32 |
| 15 |    Q   That would qualify as a discussion.  I'm | 12:08:32 |
| 16 | interested -- just to clarify, I'm interested in any | 12:08:37 |
| 17 | reference that you made to the Apple-Ericsson license in | 12:08:40 |
| 18 | any communication you've had with another Samsung employee | 12:08:46 |
| 19 | since March of 2012. | 12:08:50 |
| 20 |       MR. QUINN:  Exclude attorney-client privileged | 12:09:10 |
| 21 | communications and communications in the context of a | 12:09:13 |
| 22 | mediation. | 12:09:15 |
| 23 |       THE WITNESS:  Well, what I did discuss happened | 12:09:42 |
| 24 | to be things that I had discussed during the negotiation | 12:09:45 |
| 25 | vis-à-vis Ericsson.  So I don't know if I'm at liberty to | 12:09:51 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

65

| | | |
|---|---|---|
| 1 | disclose those here. | 12:09:54 |
| 2 | BY MR. SELWYN: | 12:09:56 |
| 3 | Q    Well, we'll get to that.  Let's set that aside | 12:09:56 |
| 4 | for the moment so we can narrow what it is we're fighting | 12:09:59 |
| 5 | about. | 12:10:03 |
| 6 | Outside of the context of a mediation with | 12:10:03 |
| 7 | Ericsson, have you ever discussed the Apple-Ericsson | 12:10:06 |
| 8 | license with another Samsung employee? | 12:10:10 |
| 9 | MR. QUINN:  So you understand he's asking you to | 12:10:37 |
| 10 | exclude conversations relating to the mediation.  And I'm | 12:10:39 |
| 11 | instructing you to exclude privileged communications with | 12:10:43 |
| 12 | lawyers providing legal advice. | 12:10:46 |
| 13 | THE WITNESS:  I have not had any detailed | 12:11:06 |
| 14 | discussions about that. | 12:11:10 |
| 15 | BY MR. SELWYN: | 12:11:12 |
| 16 | Q    Have you had any discussions regarding the | 12:11:12 |
| 17 | Apple-Ericsson license with another Samsung employee | 12:11:15 |
| 18 | during a mediation with Ericsson? | 12:11:18 |
| 19 | MR. QUINN:  I instruct him not to answer. | 12:11:33 |
| 20 | Mediation privilege. | 12:11:38 |
| 21 | BY MR. SELWYN: | 12:11:41 |
| 22 | Q    Have you ever discussed anything about Apple's | 12:11:41 |
| 23 | license with Sharp with another -- strike that. | 12:11:44 |
| 24 | Have you ever discussed with a Samsung employee | 12:11:49 |
| 25 | anything about Apple's license with Sharp? | 12:11:52 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

66

| | | |
|---|---|---|
| 1 | MR. QUINN:  Same instruction about privileged | 12:12:05 |
| 2 | attorney-client communications. | 12:12:08 |
| 3 | THE WITNESS:  No. | 12:12:14 |
| 4 | BY MR. SELWYN: | 12:12:17 |
| 5 | Q    Have you ever discussed with a Samsung employee | 12:12:18 |
| 6 | anything about Apple's license with Philips? | 12:12:21 |
| 7 | MR. QUINN:  Same instruction. | 12:12:32 |
| 8 | THE WITNESS:  No, not to my recollection. | 12:12:37 |
| 9 | MR. SELWYN:  How much more do you want to go | 12:12:57 |
| 10 | before lunch? | 12:12:59 |
| 11 | MR. QUINN:  It's entirely up to you. | 12:13:00 |
| 12 | MR. SELWYN:  This is a good time for a break. | 12:13:02 |
| 13 | MR. QUINN:  That's fine.  How much time would you | 12:13:04 |
| 14 | like to take? | 12:13:07 |
| 15 | MR. SELWYN:  I'd like to keep it short. | 12:13:09 |
| 16 | MR. QUINN:  So would we. | 12:13:11 |
| 17 | THE WITNESS:  My lunch arrives at 12:30. | 12:13:14 |
| 18 | THE VIDEOGRAPHER:  The time is 12:12, and we're | 12:13:24 |
| 19 | off the record. | 12:13:26 |
| 20 | (A discussion was held off the record.) | 12:14:07 |
| 21 | THE VIDEOGRAPHER:  We're back on the record.  The | 12:14:19 |
| 22 | time now is 12:13. | 12:14:25 |
| 23 | Counsel. | 12:14:27 |
| 24 | BY MR. SELWYN: | 12:14:30 |
| 25 | Q    Dr. Ahn, Samsung and Nokia had a license | 12:14:30 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

67

| | | |
|---|---|---|
| 1 | negotiation meeting on June 4th, 2013; correct? | 12:14:34 |
| 2 | A    I'm sorry.  Say that again, please. | 12:14:51 |
| 3 | Q    Sure. | 12:14:53 |
| 4 | Samsung and Nokia met on June 4th, 2013, to | 12:14:54 |
| 5 | discuss licenses; correct? | 12:15:00 |
| 6 | A    I don't recall the exact date, but there was a | 12:15:14 |
| 7 | time when we got together in June. | 12:15:16 |
| 8 | Q    Samsung and Nokia had a license negotiation | 12:15:18 |
| 9 | meeting in June 2013; correct? | 12:15:21 |
| 10 | A    Yes. | 12:15:30 |
| 11 | Q    Who attended that meeting on behalf of Samsung? | 12:15:30 |
| 12 | A    That was me, myself, Mr. Jin Hwan Kwak, and | 12:15:42 |
| 13 | principal engineer InDong Kang. | 12:15:50 |
| 14 | Q    Who attended that meeting on behalf of Nokia? | 12:15:56 |
| 15 | A    Paul Melin and Eeva, you know -- I don't quite | 12:15:59 |
| 16 | recall that person's last name. | 12:16:13 |
| 17 | Q    Who at Samsung was involved in preparing for that | 12:16:16 |
| 18 | meeting? | 12:16:20 |
| 19 | MR. QUINN:  Objection.  Assumes facts. | 12:16:27 |
| 20 | THE WITNESS:  There wasn't much preparation | 12:16:33 |
| 21 | done -- made. | 12:16:36 |
| 22 | BY MR. SELWYN: | 12:16:37 |
| 23 | Q    What was done to prepare for that meeting? | 12:16:37 |
| 24 | MR. QUINN:  Assumes facts. | 12:16:45 |
| 25 | THE WITNESS:  There wasn't any preparation. | 12:16:50 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

68

1    BY MR. SELWYN:                                              12:16:53

2        Q    Were -- strike that.                              12:16:54

3            Did you review any documents in preparation for    12:16:55

4    the meeting?                                               12:17:01

5        A    No.                                               12:17:07

6        Q    Did you speak with anyone to prepare for the      12:17:07

7    meeting?                                                   12:17:10

8        A    Not that I actually recall clearly, but I would   12:17:24

9    figure that I probably spoke with Mr. Jin Hwan Kwak.       12:17:30

10       Q    Did you speak with anyone else to prepare for the 12:17:34

11   meeting?                                                   12:17:36

12       A    Not that I recall.                                12:17:44

13       Q    What did you discuss with Mr. Kwak to prepare for 12:17:45

14   the meeting with Nokia?                                    12:17:48

15       A    So the way it went was prior to that, I was not   12:18:24

16   meeting with the other folks, you know, throughout the     12:18:28

17   engagement.  And at this point in time, things were        12:18:32

18   elevated to my level such that Paul Melin and I were now   12:18:37

19   about to meet each other.                                  12:18:42

20           And here, basically, we had in mind to make a      12:18:46

21   serious offer, and I figured that he and I discussed,      12:18:48

22   basically, about -- at approximately what level of an      12:18:53

23   offer we ought to be making.  That is what I figure to     12:18:57

24   have possibly been the case.                               12:19:04

25       Q    Did you discuss anything else with Mr. Kwak to    12:19:11

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

69

| | | |
|---|---|---|
| 1 | prepare for the meeting with Nokia? | 12:19:13 |
| 2 | A   I can't recall. | 12:19:22 |
| 3 | Q   In determining what offer to make to Nokia, did | 12:19:33 |
| 4 | you consider any licenses that other parties had entered | 12:19:41 |
| 5 | into? | 12:19:46 |
| 6 | MR. QUINN:  Objection.  I instruct him not to | 12:20:07 |
| 7 | answer.  Attorney work product. | 12:20:09 |
| 8 | MR. SELWYN:  And, Mr. Quinn, just so the record | 12:20:20 |
| 9 | is clear, my not responding to your instructions not to | 12:20:23 |
| 10 | answer, it should not be interpreted as my agreement about | 12:20:29 |
| 11 | the appropriateness of those instructions.  I just want to | 12:20:32 |
| 12 | be able to move on. | 12:20:35 |
| 13 | MR. QUINN:  I will never interpret it that way. | 12:20:36 |
| 14 | I will never let you -- your -- | 12:20:38 |
| 15 | MR. FLINN:  The same for me. | 12:20:42 |
| 16 | MR. QUINN:  In fact, the assumption would be if | 12:20:44 |
| 17 | you don't say I agree, I'm going to assume you disagree. | 12:20:46 |
| 18 | BY MR. SELWYN: | 12:20:49 |
| 19 | Q   In determining what offer to make to Nokia, did | 12:20:50 |
| 20 | you consider any licenses that Samsung had entered into? | 12:20:53 |
| 21 | MR. QUINN:  Same instruction. | 12:21:09 |
| 22 | Don't answer.  Same instruction.  Work product. | 12:21:16 |
| 23 | THE INTERPRETER:  Interjection.  With respect to | 12:21:21 |
| 24 | the witness actually answered and the interpreter | 12:21:21 |
| 25 | unfortunately heard that, so the interpreter is under an | 12:21:24 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

70

1   obligation, but perhaps counsel can instruct.                  12:21:28

2          MR. QUINN:  We're going to shoot you in the leg.        12:21:29

3   But go ahead.                                                  12:21:31

4          THE WITNESS:  Yes, by the way.                          12:21:31

5          MR. QUINN:  I move to strike the answer.                12:21:34

6   BY MR. SELWYN:                                                 12:21:48

7      Q    In determining what offer to make to Nokia, did       12:21:48

8   you consider the royalty rates that other parties had          12:21:52

9   entered into for UMTS declared essential patents?              12:21:57

10         MR. QUINN:  Instruct you not to answer.  Work           12:22:26

11  product.                                                       12:22:28

12  BY MR. SELWYN:                                                 12:22:33

13     Q    What did Mr. Kwak do to prepare for the meeting        12:22:33

14  with Nokia in June of 2013?                                    12:22:37

15         MR. QUINN:  Calls for speculation.  Lacks               12:22:50

16  foundation.                                                    12:22:51

17         THE WITNESS:  On that occasion, there was a hotel       12:23:02

18  that was reserved.  I believe it was Mr. Kwak who made the     12:23:06

19  hotel reservation in that regard.                              12:23:09

20  BY MR. SELWYN:                                                 12:23:12

21     Q    Did Mr. Kwak do anything else to prepare for the      12:23:12

22  meeting with Nokia?                                            12:23:15

23     A    I'm thinking.  You know, if recollection -- if         12:23:29

24  memory serves me, I really don't believe there was a whole     12:23:32

25  lot of anything to prepare in that regard.                     12:23:35

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

71

| | | |
|---|---|---|
| 1 | Q    Did Mr. Kang do anything to prepare for the | 12:23:37 |
| 2 | meeting with Nokia in June of 2013? | 12:23:41 |
| 3 | A    I don't quite know. | 12:23:49 |
| 4 | Q    In determining what offer to make to Nokia, did | 12:23:50 |
| 5 | you give any consideration to the license that Nokia had | 12:23:55 |
| 6 | entered into with Apple? | 12:23:58 |
| 7 | MR. QUINN:  I'm going to instruct you not to | 12:24:17 |
| 8 | answer the question.  Attorney work product. | 12:24:19 |
| 9 | BY MR. SELWYN: | 12:24:40 |
| 10 | Q    In the course of Samsung's negotiations with | 12:24:40 |
| 11 | Nokia, have you ever given any consideration to the | 12:24:44 |
| 12 | license that Nokia entered into with Apple? | 12:24:48 |
| 13 | MR. QUINN:  I instruct you not to answer. | 12:25:05 |
| 14 | Attorney work product. | 12:25:07 |
| 15 | BY MR. SELWYN: | 12:25:18 |
| 16 | Q    In the course of -- strike that. | 12:25:18 |
| 17 | In connection with determining what offer Samsung | 12:25:24 |
| 18 | should make to Nokia, has any Samsung employee ever | 12:25:29 |
| 19 | considered the terms of Nokia's license with Apple? | 12:25:33 |
| 20 | MR. QUINN:  That calls for speculation.  As to | 12:26:01 |
| 21 | himself -- I instruct you not to answer as to yourself, | 12:26:11 |
| 22 | but it's attorney work product. | 12:26:15 |
| 23 | BY MR. SELWYN: | 12:26:24 |
| 24 | Q    How long was the June 4th meeting? | 12:26:24 |
| 25 | A    After discussing -- strike. | 12:26:28 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

72

| | | |
|---|---|---|
| 1 | After going for about five to ten minutes, there | 12:26:47 |
| 2 | was about an hour's break, and then we went for another | 12:26:50 |
| 3 | five minutes followed by another 40-minute-or-so-long | 12:26:53 |
| 4 | break. | 12:26:58 |
| 5 | MR. QUINN: So it's 12:30 now. Is now a good | 12:27:00 |
| 6 | time to break for lunch? | 12:27:04 |
| 7 | MR. SELWYN: Just give me, like, two questions. | 12:27:05 |
| 8 | MR. QUINN: Okay. | 12:27:07 |
| 9 | BY MR. SELWYN: | 12:27:11 |
| 10 | Q    So is it fair to say that you were only with the | 12:27:11 |
| 11 | Nokia representatives during that meeting for | 12:27:19 |
| 12 | approximately ten to 15 minutes in total? | 12:27:22 |
| 13 | A    Based on my recollection, that is the case. | 12:27:41 |
| 14 | MR. SELWYN: Let's take a lunch break. | 12:27:45 |
| 15 | THE VIDEOGRAPHER: The time now is 12:27. We're | 12:27:47 |
| 16 | off the record. | 12:27:52 |
| 17 | (A lunch recess was taken from | 12:27:55 |
| 18 | 12:27 p.m. to 1:19 p.m.) | 01:19:51 |
| 19 | THE VIDEOGRAPHER: We are back on the record, and | 01:19:51 |
| 20 | the time now is 1:19. | 01:19:53 |
| 21 | Counsel. | 01:19:54 |
| 22 | MR. QUINN: Earlier in the deposition, I had | 01:19:55 |
| 23 | indicated that we would consider -- or we would likely | 01:19:59 |
| 24 | allow the witness to answer questions about whether he had | 01:20:03 |
| 25 | discussed the Teece report with counsel prior to July 1, | 01:20:07 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

73

1   2013, and prior to April 1, 2013.                          01:20:12

2          I think it was the two questions I instructed not    01:20:16

3   to answer on, but I said that if counsel for Nokia and     01:20:18

4   counsel for Apple would stipulate that answering those     01:20:21

5   questions would not be -- just answering those questions   01:20:25

6   would not be a waive of the privilege, I would consider    01:20:28

7   letting him answer those questions.                        01:20:28

8          I can confirm that we will make that offer.  As     01:20:32

9   long as there is a stipulation that answering those        01:20:34

10  questions is not in itself a waiver of the privilege,      01:20:37

11  we'll withdraw the instruction.                            01:20:41

12         You also asked questions -- there were three        01:20:43

13  questions about in arriving at -- in considering potential 01:20:46

14  fee proposals for Nokia --                                 01:20:55

15         THE REPORTER:  What?  I'm sorry.                     01:20:55

16         MR. QUINN:  -- in considering potential royalty     01:20:55

17  proposals for Nokia, did Dr. Ahn consider the Apple        01:21:04

18  license, did Dr. Ahn consider other licenses, did Dr. Ahn  01:21:08

19  consider other Samsung licenses, did Dr. Ahn consider      01:21:12

20  licenses other parties had entered into for standard       01:21:16

21  essential patents.  I instruct him not to answer on the    01:21:20

22  grounds of a work product.                                 01:21:22

23         We're prepared to withdraw that instruction, if     01:21:25

24  counsel for Apple and Nokia will agree that merely         01:21:27

25  answering those questions does not constitute a waiver of  01:21:32

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

74

| | | |
|---|---|---|
| 1 | the work-product privilege. | 01:21:36 |
| 2 | And, finally, there were a series of instructions | 01:21:38 |
| 3 | about conversations with a Samsung attorney in the very | 01:21:41 |
| 4 | recent past -- I can't remember if it was the last 30 days | 01:21:47 |
| 5 | or two weeks or however the questions were framed.  That | 01:21:50 |
| 6 | attorney was Ken Korea.  The questions were along the | 01:21:53 |
| 7 | lines of, did you discuss with Mr. Korea the issues about | 01:21:57 |
| 8 | breach of protective order, Teece report, a brief, or | 01:22:02 |
| 9 | something before the ITC. | 01:22:06 |
| 10 | I'm prepared to -- and I do unqualifiedly | 01:22:09 |
| 11 | withdraw those instructions not to answer. | 01:22:14 |
| 12 | Thank you. | 01:22:17 |
| 13 | MR. SELWYN:  Well, with respect to the questions | 01:22:32 |
| 14 | that I asked the witness about communications with | 01:22:33 |
| 15 | Mr. Korea, given that you have now withdrawn your prior | 01:22:37 |
| 16 | instructions, I will go back and re-ask the witness those | 01:22:39 |
| 17 | questions so we have a clear record. | 01:22:42 |
| 18 | For the other ones where you have asked for our | 01:22:50 |
| 19 | agreement that his answers will not constitute a waiver, | 01:22:52 |
| 20 | my concern, obviously, is that I don't want privilege to | 01:22:57 |
| 21 | be selectively asserted as I ask him questions along the | 01:23:03 |
| 22 | same lines. | 01:23:06 |
| 23 | So our position would be that we are entitled to | 01:23:07 |
| 24 | ask those questions and entitled to pursue that same | 01:23:10 |
| 25 | subject matter with the witness, and that if you allow him | 01:23:15 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

75

| | | |
|---|---|---|
| 1 | to answer those questions, you should likewise not be | 01:23:18 |
| 2 | asserting the privilege as to similar subject matter. | 01:23:21 |
| 3 | THE REPORTER:  As to what? | 01:23:21 |
| 4 | MR. SELWYN:  Similar subject matter. | 01:23:21 |
| 5 | THE REPORTER:  Thank you. | 01:23:28 |
| 6 | MR. QUINN:  I had understood that -- I'm merely | 01:23:28 |
| 7 | asking -- a subject -- "yes" or "no," was the subject | 01:23:32 |
| 8 | discussed, did not involve a privileged communication, | 01:23:37 |
| 9 | but, you know, I think we've made our positions clear. | 01:23:39 |
| 10 | It's up to you whether you see it fit to take me up on our | 01:23:42 |
| 11 | offer. | 01:23:46 |
| 12 | BY MR. SELWYN: | 01:23:49 |
| 13 | Q    Before the lunch break -- | 01:23:49 |
| 14 | MR. FLINN:  Actually, on the issue of the | 01:23:51 |
| 15 | questions -- actually, start over. | 01:23:59 |
| 16 | I believe that a -- the general subject matter of | 01:24:08 |
| 17 | a communication is not privileged and so an answer that | 01:24:16 |
| 18 | discloses the general subject matter of a communication | 01:24:23 |
| 19 | should be permitted. | 01:24:29 |
| 20 | Since I don't know what the answer is, I'm not | 01:24:31 |
| 21 | going to agree in advance that any particular answer is or | 01:24:32 |
| 22 | is not going to waive the privilege. | 01:24:40 |
| 23 | Beyond that, I don't think I'm prepared to agree | 01:24:45 |
| 24 | that any particular answer does not waive the privilege | 01:24:51 |
| 25 | if, you know -- if at any given question you want me to | 01:24:57 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

76

| | | |
|---|---|---|
| 1 | take a position as to, you know, that subject matter or | 01:25:03 |
| 2 | waiver issue, I could restate it. | 01:25:07 |
| 3 | THE REPORTER:  You could what? | 01:25:07 |
| 4 | MR. FLINN:  Restate it. | 01:25:07 |
| 5 | THE REPORTER:  Thank you. | 01:25:13 |
| 6 | MR. QUINN:  I mean, as to whether he discussed | 01:25:13 |
| 7 | the Teece report with counsel before April 1 or before | 01:25:15 |
| 8 | July 1, the answer is going to be "yes" or "no." | 01:25:20 |
| 9 | So, I mean, in terms of -- in response to your | 01:25:26 |
| 10 | comment, it's going to be one of those.  It will be -- | 01:25:31 |
| 11 | THE REPORTER:  It will be what? | 01:25:33 |
| 12 | MR. QUINN:  Binary. | 01:25:33 |
| 13 | -- if you answer "no." | 01:25:36 |
| 14 | And, similarly, the other is whether he | 01:25:40 |
| 15 | considered his licenses or didn't consider his licenses. | 01:25:42 |
| 16 | The answer's either going to be "yes" or "no." | 01:25:45 |
| 17 | So it's up to you whether you want to pursue | 01:25:47 |
| 18 | that. | 01:25:50 |
| 19 | MR. FLINN:  Let me make one other observation | 01:25:51 |
| 20 | echoing Mr. Selwyn's position on selectivity.  That | 01:25:54 |
| 21 | position that the subject -- the general subject matter of | 01:25:57 |
| 22 | the communication is not privileged is not a position that | 01:26:00 |
| 23 | Samsung's lawyers agreed with during the past two days of | 01:26:04 |
| 24 | depositions, and there were a number of instances when the | 01:26:07 |
| 25 | question simply elicited, did you talk about subject "X," | 01:26:11 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

77

1   and the instruction to answer was unqualifiedly given                01:26:14

2   then.                                                                01:26:17

3          So I have the additional concern here that if                 01:26:18

4   Samsung is now taking the position that answering those              01:26:21

5   questions is not privileged, then we obviously need to               01:26:24

6   revisit some of the instructions we were given in the last           01:26:29

7   two days.                                                            01:26:34

8          MR. QUINN:  I don't understand why you won't                  01:26:35

9   accept it.  It's not a waiver.  I think it's not                     01:26:37

10  privileged in the first place.  But, again, it's up to you           01:26:39

11  whether you want to hear the answer or not.  It's entirely           01:26:42

12  your decision.                                                       01:26:44

13         MR. SELWYN:  All right.  All set?                             01:26:47

14  BY MR. SELWYN:                                                       01:26:47

15     Q    Okay.  Dr. Ahn, before the lunch break, we were             01:26:50

16  talking about the June 4th meeting between Nokia and                 01:26:52

17  Samsung.                                                             01:26:56

18         Do you generally recall that?                                 01:26:58

19     A    Yes.                                                         01:26:59

20     Q    Where was the June 4th meeting held?                        01:27:32

21     A    In Korea.                                                    01:27:40

22     Q    What language was the discussion between Samsung            01:27:43

23  and Nokia?                                                           01:27:46

24     A    It was done in English.                                     01:27:54

25     Q    Did you have any language problems that prevented           01:27:56

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

78

| | | |
|---|---|---|
| 1 | you from communicating clearly with Nokia? | 01:27:59 |
| 2 | A    Well, English not being my mother tongue, I am | 01:28:26 |
| 3 | not, in fact, able to communicate to the fullest extent as | 01:28:31 |
| 4 | the way it were my native language. | 01:28:41 |
| 5 | Q    Were you able to communicate clearly with Nokia | 01:28:45 |
| 6 | at that meeting? | 01:28:49 |
| 7 | MR. QUINN:  That, in a sense, calls for | 01:28:55 |
| 8 | speculation.  Vague and ambiguous.  Object to form. | 01:28:58 |
| 9 | THE WITNESS:  When you ask as to clearly | 01:29:09 |
| 10 | communicating, to what extent would that be? | 01:29:13 |
| 11 | BY MR. SELWYN: | 01:29:18 |
| 12 | Q    Did you have any difficulty -- strike that.  I'm | 01:29:18 |
| 13 | having difficulty, clearly. | 01:29:26 |
| 14 | Did you have any difficulty communicating with | 01:29:30 |
| 15 | Nokia during that meeting? | 01:29:39 |
| 16 | MR. QUINN:  Same objection.  Same objection. | 01:29:48 |
| 17 | THE WITNESS:  I'm of the view that general levels | 01:29:57 |
| 18 | of communication all take place without issue. | 01:30:01 |
| 19 | BY MR. SELWYN: | 01:30:14 |
| 20 | Q    Was there any discussion at the meeting of | 01:30:14 |
| 21 | Nokia's license with Apple? | 01:30:17 |
| 22 | A    Yes. | 01:30:31 |
| 23 | Q    How much of the ten or 15 minutes of that meeting | 01:30:31 |
| 24 | was spent discussing Nokia's license with Apple? | 01:30:37 |
| 25 | A    That was mostly discussed during that second | 01:30:56 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

79

| | | |
|---|---|---|
| 1 | session, if you will, during that five to ten minutes | 01:31:01 |
| 2 | there. | 01:31:05 |
| 3 | Q    Was it discussed at all during that first | 01:31:05 |
| 4 | session? | 01:31:08 |
| 5 | A    To my recollection, I don't think we discussed | 01:31:08 |
| 6 | that during the first session. | 01:31:15 |
| 7 | Q    Who raised the issue of the Apple-Nokia license | 01:31:18 |
| 8 | at your meeting on June 4th? | 01:31:21 |
| 9 | A    That, depending on the circumstances, one can say | 01:31:39 |
| 10 | that it was either by me first or by Nokia first. | 01:31:44 |
| 11 | Q    Well, was it by you first? | 01:31:49 |
| 12 | A    What I'm saying is that depending on how one | 01:32:03 |
| 13 | chooses to look at the circumstances one might say it was | 01:32:06 |
| 14 | Nokia first or then again maybe it was I first. | 01:32:09 |
| 15 | Q    Who was the first person at the meeting to | 01:32:12 |
| 16 | mention the Apple-Nokia license? | 01:32:14 |
| 17 | A    As I said, it could either be -- depending on how | 01:32:27 |
| 18 | one looks at it, either me or by Paul Melin first. | 01:32:32 |
| 19 | Q    Why do you think that there is some lack of | 01:32:36 |
| 20 | clarity about who the first person to mention the | 01:32:38 |
| 21 | Apple-Nokia -- Apple-Nokia license at the meeting was? | 01:32:42 |
| 22 | A    See, in order to explain that to you, I would | 01:33:03 |
| 23 | need to relate to you how the second session, basically, | 01:33:06 |
| 24 | went down.  Actually, I think I would also have to talk | 01:33:11 |
| 25 | about the first session, too. | 01:33:15 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

80

1       Q    Who was the first person at the meeting to say          01:33:17

2   the word "Apple"?                                                01:33:19

3       A    I cannot recall.                                        01:33:28

4       Q    Which participants in the meeting discussed the         01:33:39

5   Apple-Nokia license?                                             01:33:45

6            THE INTERPRETER:  Interjection by the                   01:33:51

7   interpreter.  In explaining the interpreter understands it      01:33:52

8   in two different ways, discussed amongst themselves --          01:33:54

9   with each other or mentioned.  What does counsel mean?          01:33:57

10  BY MR. SELWYN:                                                   01:34:06

11      Q    Let me re-ask the question.                             01:34:06

12           Who at the meeting spoke about the Apple-Nokia          01:34:16

13  license?                                                         01:34:19

14      A    As far as my recollection goes, I think it was          01:34:41

15  probably me and Paul Melin.                                      01:34:43

16      Q    ████████████████████████████████████████               ██████

    ██  ████████████████████████████████████████                    ██████

    ██  ████████████                                                ██████

    ██    █  ████████████████████████████████████████              ██████

    ██  ████████████████████████████████████████                    ██████

    ██  ████████████████████████████████████                        ██████

    ██  ████████████████████████████    ████████                    ██████

    ██  ████████████████████████████████████████                    ██████

    ██  ████████████████████    ████████████████                    ██████

    ██  ████████████████                                            ██████

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

81

1    So upon starting with the second session, Nokia    01:36:13

2    put on a PowerPoint, saying that this would be their    01:36:18

3    counteroffer.    01:36:23

4    So -- and, by the way, I don't quite recall the    01:37:09

5    order of things, but, basically -- so we were looking at    01:37:13

6    this chart by way of the PowerPoint, and the amount of    01:37:17

7    monies that were being discussed were rather huge.    01:37:22

8    And so I say to them, "Does this really compute?    01:37:25

9    Does this make any sense?"    01:37:29

10   ███████████████████████████████████    ██████

     ███████████████████████████    ██████

     ████████████████    ████████████    ██████

     ██████████████████████████████    ██████

     ████████████████ And then again, there is or    01:37:46

15   are companies that are paying ████████████████ to    01:37:50

16   them.  Therefore, Samsung also ought to be paying them a    01:37:53

17   handsome sum was his point.    01:37:57

18   THE INTERPRETER:  And quick interjection by the    01:38:07

19   interpreter.  The singularity versus plurality, it's    01:38:09

20   opaque in Korean; hence, the dual --    01:38:14

21   THE REPORTER:  Dual what?    01:38:14

22   THE INTERPRETER:  -- treatment here, for the    01:38:20

23   record, by the interpreter.    01:38:21

24   MR. QUINN:  Of what?  What are you referring to    01:38:24

25   as an example?    01:38:26

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

82

1    THE INTERPRETER:  Company or companies.                01:38:26

2    MR. QUINN:  Okay.                                       01:38:29

3    THE WITNESS:  So I asked Paul Melin just who            01:38:42

4  exactly that was who was paying as much.  Upon that, Paul 01:38:44

5  Melin says, "It is a certain company that is of a         01:38:50

6  comparable size to Samsung."                             01:38:54

7    So in response, I say, "Well, within the               01:39:10

8  industry, within the smartphone industry, when you talk   01:39:13

9  about a company that is comparable to Samsung, do you not 01:39:17

10  mean Apple by that?"  And upon that, Paul Melin just sort 01:39:22

11  of put on an awkward face, but did not actually deny that. 01:39:35

12    And, of course, here we're talking about             01:39:54

13  negotiations, and my role there was to try to minimize the 01:39:57

14  amount of monies that we would end up paying.            01:40:03

15  ████████████████████████████  ████████████    ████████████

██  ████████████    I further stated to him that, as far as  01:40:16

17  my understanding went with respect to Apple, based upon my 01:40:50

18  estimation at that time, I told him that I figured ██████

██  ████████████████████████████████████████████    ████████████

██  ████████████████████████████████            ████████████

██  ██████████████████████████████████████    ████████████

██  ████████████████████████████████████████████    ████████████

██  ██████████████████████████████████████████    ████████████

██  ██████████████████████████████████████████    ████████████

██  ████████████████████████████████                01:42:00

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

83

1    ████████████████████████████████   ██████

     ████████████████████████████████   ██████

     ███████████████████   ████████████   ██████

     ████████████████████████████████   ██████

     ██████████████████████████   01:42:17

6         So here I was speaking to him as though I were in   01:42:34

7    the know and citing -- reciting these numbers.  And Paul   01:42:39

8    Melin seemed to be kind of mulling over it, and then he   01:42:43

9    eventually says, "Why don't we take another break,"   01:42:47

10   without necessarily responding to anything.   01:42:59

11        And so after about a good 40 minutes or so later,   01:43:13

12   we got back together, and ultimately, he says, "Let us   01:43:18

13   discontinue talking for the day," and, basically, that was   01:43:22

14   it.   01:43:27

15   BY MR. SELWYN:   01:43:30

16        Q    Is there anything else that Mr. Melin said to you   01:43:30

17   and you said to Mr. Melin about the Apple-Nokia license?   01:43:33

18        A    It does not seem to me that Paul Melin said   01:44:11

19   anything further to me.  And as for me, I'm sort of   01:44:17

20   thinking that I may have talked to him about how I got to   01:44:21

21   know about the numbers that I had mentioned to him.   01:44:25

22        Q    What did you say to him in that regard?   01:44:30

23        A    So here keep in mind the fact that we are   01:44:58

24   engaging in a negotiation.  I'm hoping to convince him   01:45:02

25   that my numbers are persuasive.  You know, I'm pretending   01:45:08

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

84

1    here.  And so I told him as to how I went about coming up          01:45:12

2    with that estimate.                                                01:45:16

3         Q    What did you say?                                        01:45:18

4         A    So I think what I said was that, you know, that          01:45:30

5    much we were able to fathom via information gathered from          01:45:34

6    multiple sources, something like that.                             01:45:40

7         Q    Did you say anything else to Mr. Melin at the            01:45:42

8    meeting about the Apple-Nokia license?                             01:45:45

9         A    No, I don't think there was anything else.               01:45:56

10        Q    Tell me as specifically as you can the basis for         01:45:59

11   the understanding that you expressed at the meeting about          01:46:03

12   the royalty terms of the Apple-Nokia license.                      01:46:06

13        A    When Nokia and Apple settled, that was a matter          01:46:38

14   over which virtually everybody within the industry had a           01:46:46

15   keen interest in.  It will -- figured to be tantamount to          01:46:51

16   what's going on nowadays between Samsung and Apple.                01:47:02

17        So upon the parties settling, there were a slew               01:47:13

18   of reports, publications about what the probable royalty           01:47:18

19   terms were.  And whenever industry folks would get to see          01:47:26

20   each other, that often served as sort of a point of                01:47:39

21   discussion amongst themselves.                                     01:47:42

22        And so -- not that I have an exact recollection               01:48:02

23   as to things, but as it were, based upon all the things           01:48:05

24   that I'd come across in the media and publications -- many        01:48:09

25   of which I had read -- and my talking with folks in the           01:48:13

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

85

| | | |
|---|---|---|
| 1 | industry, based upon that kind of information, I was able | 01:48:17 |
| 2 | to come up with my guesstimation. | 01:48:20 |
| 3 | Q    Have you now told me as specifically as you can | 01:48:27 |
| 4 | the basis for the understanding that you expressed at that | 01:48:30 |
| 5 | meeting about the royalty terms of the Apple-Nokia | 01:48:33 |
| 6 | license? | 01:48:35 |
| 7 | A    To the extent I could recall anything at this | 01:48:56 |
| 8 | moment, yes. | 01:48:59 |
| 9 | Q    Who are the industry folks with whom you have | 01:49:00 |
| 10 | discussed the Apple-Nokia license? | 01:49:03 |
| 11 | A    So right now what I would -- what I have in mind | 01:49:34 |
| 12 | are such folks that I would now and then meet, such as | 01:49:38 |
| 13 | lawyers with law firms or folks working for | 01:49:42 |
| 14 | Trolls (phonetic), because I encountered such people.  And | 01:49:47 |
| 15 | there probably also were some in-house counsel belonging | 01:49:55 |
| 16 | to other companies. | 01:49:58 |
| 17 | Q    What are the names of the industry folks with | 01:49:59 |
| 18 | whom you have discussed the Apple-Nokia license? | 01:50:02 |
| 19 | A    Well, now we're talking about something already a | 01:50:20 |
| 20 | year or two ago.  So I cannot recall their names. | 01:50:23 |
| 21 | Q    Who are the lawyers with law firms with whom you | 01:50:27 |
| 22 | have discussed the Apple-Nokia license? | 01:50:31 |
| 23 | A    Even that, we're talking about something two | 01:50:43 |
| 24 | years ago.  I cannot recall any names. | 01:50:45 |
| 25 | Q    Well, how many lawyers and law firms have you | 01:50:47 |

86

1      discussed the Apple-Nokia license with?                   01:50:50

2              That's a bad question.  Let me re-ask it.          01:50:56

3              How many lawyers have you discussed the            01:50:58

4      Apple-Nokia license with?                                 01:50:59

5      A     Well, I'm unable to recall that.  And the reason    01:51:23

6      why I'm unable to recall it, aside from the passage of    01:51:27

7      time, is because it's not that that would be the sole     01:51:30

8      point of discussion.  While discussing many other things, 01:51:33

9      that was part of it, embedded in it.                      01:51:35

10     Q     At what law firms did these lawyers work at?        01:51:38

11     A     I don't quite recall.  Right now I don't have a     01:51:49

12     precise recollection as to whom I spoke with.             01:51:52

13     Q     Were any of these Samsung's lawyers?                01:51:54

14     A     I certainly would not be able to recall that.       01:52:10

15     Q     What information did the industry folks tell you    01:52:22

16     about the terms of the Apple-Nokia license?               01:52:25

17     A     It's just, you know -- you know, I don't actually   01:52:47

18     have a recollection about this, but here I'm sort of      01:52:51

19     thinking that even those folks were just probably telling 01:52:54

20     me what they were figuring to be the case.                01:52:57

21     Q     Were some of those lawyers people that had access   01:53:03

22     to the Apple-Nokia license?                               01:53:07

23     A     I wouldn't be able to know that.                    01:53:18

24     Q     Were some of these lawyers people that Samsung      01:53:20

25     had retained?                                             01:53:23

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

87

1     A   No.  This wasn't something that was -- that took    01:53:33

2  place in that regard.    01:53:37

3     Q   What did the industry folks tell you were the    01:53:46

4  terms of the Apple-Nokia license?    01:53:49

5     A   As I mentioned earlier, we're talking about    01:54:03

6  something from a good two years ago.  And as such, I    01:54:06

7  cannot recall specifically as to what I got to hear from    01:54:09

8  whom.    01:54:12

9     Q   Can you tell me anything about what the industry    01:54:19

10  folks told you were the terms of the Apple-Nokia license?    01:54:22

11     A   I believe I've already answered that question.    01:54:39

12     Q   So you've now told us everything that you can    01:54:42

13  recall about information provided to you by industry folks    01:54:45

14  regarding the terms of the Apple-Nokia license; correct?    01:54:49

15     A   Yes, for the time being.    01:55:06

16     Q   Can you identify us -- strike that.    01:55:07

17     Can you identify for us the reports that you have    01:55:10

18  read about the Apple-Nokia license?    01:55:13

19     A   You see, I, you know, read this and that, many    01:55:30

20  things.  And so I don't exactly recall where,    01:55:36

21  specifically, I got to read about those.    01:55:39

22     Q   When you said that there were a slew of reports    01:55:41

23  about the probable terms of the royalty of the -- strike    01:55:45

24  that.    01:55:50

25     When you said that there were a slew of reports    01:55:50

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

88

1     about the probable terms of the Apple-Nokia license, did                01:55:52

2     you have any particular reports in mind?                                01:55:57

3             MR. QUINN:  You mean in answering the questions                 01:56:17

4     here today?  You mean in answering today?                               01:56:20

5             MR. SELWYN:  Yes.                                               01:56:24

6             THE WITNESS:  Without meaning to actually say                   01:57:02

7     that it was this magazine or this site or something, I                  01:57:05

8     just simply figured it probably is amongst the things that             01:57:13

9     I read up on generally, and as such, it could have been                01:57:17

10    from any of the following, such as the "Wall Street                     01:57:21

11    Journal," "CNET," "Business Insider," "Law360" degrees,                 01:57:25

12    "Bloomberg."  Could be one of them.                                     01:57:29

13    BY MR. SELWYN:                                                          01:57:31

14       Q    Can you identify for us any public reports that                 01:57:31

15    were the basis for the understanding you expressed at the              01:57:36

16    meeting with Mr. Melin about the royalty terms of the                   01:57:38

17    Apple-Nokia license?                                                    01:57:42

18       A    Well, this estimation on my part wasn't just some               01:58:19

19    misingularity that was somewhere.  I'm talking about me                 01:58:27

20    sort of putting all these things together, this, that,                  01:58:32

21    little bits and pieces, and things I had gotten to hear                  01:58:36

22    from folks, including the reports.                                      01:58:39

23       Q    But what I'd like to know, Dr. Ahn, is whether                  01:58:45

24    you can list for us, whether you can identify for us any                01:58:49

25    public reports that form the basis for the understanding               01:58:52

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

89

1    you expressed at your meeting with Mr. Melin about the          01:58:55

2    royalty terms of the Apple-Nokia license.                       01:58:59

3          MR. QUINN:  Objection.  Objection.  Asked and             01:59:29

4    answered.                                                       01:59:31

5          THE WITNESS:  How could I recall one by one               01:59:42

6    things that I read two years ago?                               01:59:44

7    BY MR. SELWYN:                                                  01:59:48

8    Q    Can you identify for us any specific public                01:59:49

9    information that formed the basis for the understanding         01:59:53

10   that you expressed at your meeting about the royalty terms      01:59:57

11   of the Apple-Nokia license?                                     02:00:01

12         MR. QUINN:  Objection.  Vague and ambiguous.              02:00:20

13         THE WITNESS:  I wonder, sir, why you persist on           02:00:28

14   asking the very same questions.  I believe I've answered        02:00:31

15   those.                                                          02:00:35

16   BY MR. SELWYN:                                                  02:00:36

17   Q    Okay.  Can you answer my question, please, sir.           02:00:36

18   A    I will answer this, but if you should insist on            02:00:44

19   asking the same questions over and over again, I will          02:00:48

20   decline to answer any further.                                 02:00:51

21         Here, let me answer you.  I am unable to recall           02:01:00

22   the names of publications I have -- I may have read some        02:01:04

23   two years ago.                                                 02:01:08

24   Q    Has Apple ever publicly disclosed the terms of            02:01:13

25   the Apple-Nokia license?                                        02:01:18

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

90

| | | |
|---|---|---|
| 1 | MR. QUINN:  Objection.  You know, calls for | 02:01:28 |
| 2 | speculation.  Lacks foundation. | 02:01:31 |
| 3 | THE WITNESS:  I certainly would not be able to | 02:01:40 |
| 4 | know if Apple has ever outwardly disclosed that or not. | 02:01:41 |
| 5 | BY MR. SELWYN: | 02:01:41 |
| 6 | Q    You're not aware of Apple ever publicly | 02:01:47 |
| 7 | disclosing the terms of the Apple-Nokia license; correct? | 02:01:50 |
| 8 | A    That's right.  I would not know as to what Apple | 02:02:00 |
| 9 | may have done, if at all. | 02:02:03 |
| 10 | Q    You're not aware of Nokia having ever publicly | 02:02:04 |
| 11 | disclosed the terms of the Apple-Nokia license; correct? | 02:02:09 |
| 12 | A    I would not be able to know that, either.  It's | 02:02:19 |
| 13 | somebody else's company. | 02:02:21 |
| 14 | Q    Would you agree with me, sir, that the media | 02:02:31 |
| 15 | reports about the amount of the -- strike that. | 02:02:33 |
| 16 | Would you agree with me, sir, that the media | 02:02:38 |
| 17 | reports about the royalty terms of the Apple-Nokia license | 02:02:41 |
| 18 | varied widely? | 02:02:44 |
| 19 | MR. QUINN:  Vague and ambiguous.  Calls for | 02:02:59 |
| 20 | speculation.  Lacks foundation. | 02:03:05 |
| 21 | THE WITNESS:  Of course, there is a variation, | 02:03:15 |
| 22 | but as to whether that's wide or otherwise, you know, that | 02:03:17 |
| 23 | depends on the beholder. | 02:03:21 |
| 24 | THE REPORTER:  As opposed? | 02:03:21 |
| 25 | THE INTERPRETER:  That depends on the beholder. | 02:03:30 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

91

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 02:03:30 |
| 2 | Q    Is it fair to say that the media reports about | 02:03:31 |
| 3 | the royalty terms of the Apple-Nokia license were based on | 02:03:34 |
| 4 | speculation? | 02:03:37 |
| 5 | MR. QUINN:  I don't know, but that question calls | 02:03:50 |
| 6 | for speculation and lacks -- lacks foundation.  Overly | 02:03:53 |
| 7 | broad.  Vague and ambiguous. | 02:04:02 |
| 8 | THE WITNESS:  I'm not the one who wrote those | 02:04:10 |
| 9 | reports.  So I would not be able to know as to whether | 02:04:14 |
| 10 | they were based upon speculation or what. | 02:04:17 |
| 11 | BY MR. SELWYN: | 02:04:19 |
| 12 | Q    And you don't know what any of the media reports | 02:04:19 |
| 13 | were based on; correct? | 02:04:21 |
| 14 | A    That is correct. | 02:04:33 |
| 15 | Q    Have you had experience with the media | 02:04:34 |
| 16 | speculating about details of Samsung's confidential | 02:04:38 |
| 17 | license agreements? | 02:04:42 |
| 18 | A    Yes. | 02:04:58 |
| 19 | Q    Have you ever found those media reports to be | 02:04:59 |
| 20 | inaccurate? | 02:05:01 |
| 21 | A    Some were rather on the dot and some inaccurate. | 02:05:15 |
| 22 | Q    Would it be fair to say that some were very far | 02:05:20 |
| 23 | off in their estimates? | 02:05:24 |
| 24 | MR. QUINN:  Objection.  Vague and ambiguous. | 02:05:38 |
| 25 | Improper opinion. | 02:05:41 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

92

| | | |
|---|---|---|
| 1 | THE WITNESS:  Some were inaccurate, whereas some | 02:05:53 |
| 2 | were accurate. | 02:05:55 |
| 3 | BY MR. SELWYN: | 02:06:09 |
| 4 | Q    I'm handing you a document that I've marked as | 02:06:10 |
| 5 | Exhibit 8, which is a copy of an order issued by | 02:06:15 |
| 6 | Judge Grewal on October 2nd. | 02:06:22 |
| 7 | (Ahn Exhibit 8 was marked for | 02:06:26 |
| 8 | identification.) | 02:06:33 |
| 9 | BY MR. SELWYN: | 02:06:33 |
| 10 | Q    Have you seen that before, sir? | 02:06:36 |
| 11 | MR. QUINN:  Other than in preparation for the | 02:06:40 |
| 12 | deposition. | 02:06:42 |
| 13 | THE WITNESS:  Yes, I've seen this. | 02:06:50 |
| 14 | MR. QUINN:  If I say something, don't stop. | 02:06:52 |
| 15 | BY MR. SELWYN: | 02:06:57 |
| 16 | Q    Fine.  Other than in preparation -- | 02:06:57 |
| 17 | MR. QUINN:  I move to strike the answer. | 02:06:59 |
| 18 | BY MR. SELWYN: | 02:07:02 |
| 19 | Q    Other than for preparation for your deposition, | 02:07:02 |
| 20 | have you seen Exhibit 8 before? | 02:07:06 |
| 21 | A    I don't exactly know, but I'm thinking sort of, | 02:07:21 |
| 22 | yes. | 02:07:24 |
| 23 | Q    Have you read Exhibit 8? | 02:07:25 |
| 24 | A    Read it, no, I have not. | 02:07:30 |
| 25 | Q    Okay.  May I ask you please, sir, to turn to | 02:07:31 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

93

| | | |
|---|---|---|
| 1 | page 3.  And I want to ask you some questions about the | 02:07:36 |
| 2 | first full paragraph on page 3 that begins, "At this point | 02:07:51 |
| 3 | things get murky." | 02:07:56 |
| 4 | And if you'd like, we can have the translator | 02:08:10 |
| 5 | translate that paragraph to you before I ask you some | 02:08:13 |
| 6 | specific questions. | 02:08:16 |
| 7 | MR. QUINN:  Just an idea.  Would it be better to | 02:08:24 |
| 8 | do it sentence by sentence? | 02:08:27 |
| 9 | MR. SELWYN:  That's fine.  That's fine.  I just | 02:08:28 |
| 10 | didn't want to be charged with not letting him read the | 02:08:30 |
| 11 | paragraph.  That's fine. | 02:08:33 |
| 12 | THE INTERPRETER:  May the interpreters have a | 02:08:38 |
| 13 | courtesy copy, if anybody has one to spare. | 02:08:40 |
| 14 | MR. QUINN:  Here you go. | 02:08:44 |
| 15 | THE INTERPRETER:  Thank you. | 02:08:45 |
| 16 | MR. QUINN:  Can you ask him to translate one | 02:08:48 |
| 17 | sentence and then ask your question. | 02:08:50 |
| 18 | MR. SELWYN:  Yeah.  I'm just going to basically | 02:08:52 |
| 19 | be reading sentence by sentence.  So -- | 02:08:54 |
| 20 | MR. QUINN:  Okay. | 02:08:56 |
| 21 | BY MR. SELWYN: | 02:08:57 |
| 22 | Q    Dr. Ahn, is it true that in the June 4th, 2013, | 02:08:57 |
| 23 | meeting you informed Nokia that the terms of the | 02:09:01 |
| 24 | Apple-Nokia license were known to you? | 02:09:05 |
| 25 | A    I don't know if I said that they were known to | 02:09:34 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

94

| | | |
|---|---|---|
| 1 | me, but what I did say to them was what my | 02:09:37 |
| 2 | estimate -- about -- was about my estimation. | 02:09:40 |
| 3 | Q    Do you deny having informed Nokia that the terms | 02:09:44 |
| 4 | of the Apple-Nokia license were known to you? | 02:09:48 |
| 5 | A    I don't know as to exactly what I said or didn't | 02:10:12 |
| 6 | say, but I do grant you that I did act as though I was in | 02:10:15 |
| 7 | the know.  I was pretending, yes. | 02:10:21 |
| 8 | Q    So is it fair to say that you do not deny having | 02:10:23 |
| 9 | informed Nokia that the terms of the Apple-Nokia license | 02:10:27 |
| 10 | were known to you? | 02:10:30 |
| 11 | MR. QUINN:  Objection.  Asked and answered. | 02:10:46 |
| 12 | THE WITNESS:  I have answered that. | 02:10:51 |
| 13 | BY MR. SELWYN: | 02:10:53 |
| 14 | Q    With respect, sir, I don't think that you have. | 02:10:54 |
| 15 | Dr. Ahn, do you deny -- | 02:11:03 |
| 16 | A    What I am able to tell you, sir, is I put on a | 02:11:09 |
| 17 | pretense, acting as though I were in the know. | 02:11:13 |
| 18 | Q    So is it fair to say, then, that you do not deny | 02:11:17 |
| 19 | having informed Nokia that the terms of the Apple-Nokia | 02:11:21 |
| 20 | license were known to you? | 02:11:24 |
| 21 | MR. QUINN:  Objection.  The question really was | 02:11:41 |
| 22 | asked and answered.  If you look about just four questions | 02:11:44 |
| 23 | back. | 02:11:52 |
| 24 | THE WITNESS:  I said earlier to you that you | 02:12:04 |
| 25 | don't recall exactly what I said. | 02:12:06 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

95

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 02:12:10 |
| 2 | Q    Is it true that in the June 4th, 2013, meeting | 02:12:11 |
| 3 | you stated that Apple had produced the Apple-Nokia license | 02:12:14 |
| 4 | in its litigation with Samsung? | 02:12:17 |
| 5 | A    I never said anything like that. | 02:12:35 |
| 6 | Q    Is it true that in the June 4th, 2013, meeting | 02:12:38 |
| 7 | you stated that Samsung's outside counsel had provided | 02:12:41 |
| 8 | your team with the terms of the Apple-Nokia license? | 02:12:45 |
| 9 | A    I never said anything like that. | 02:13:04 |
| 10 | Q    Is it true that in the June 4th, 2013, meeting | 02:13:06 |
| 11 | you recited terms from the Apple-Nokia license to Samsung? | 02:13:10 |
| 12 | Let me re-ask the question.  I misstated it. | 02:13:21 |
| 13 | Is it true that in the June 4th, 2013, meeting | 02:13:27 |
| 14 | you recited terms from the Apple-Nokia license? | 02:13:31 |
| 15 | MR. QUINN:  Objection.  Calls for speculation. | 02:13:46 |
| 16 | Lacks foundation. | 02:13:48 |
| 17 | THE WITNESS:  As I mentioned earlier, I | 02:13:56 |
| 18 | referenced numbers. | 02:13:58 |
| 19 | BY MR. SELWYN: | 02:14:11 |
| 20 | Q    Is it true that in the June 4th, 2013, meeting | 02:14:11 |
| 21 | you told Nokia that, quote, "all information leaks"? | 02:14:15 |
| 22 | A    I do not recall ever uttering those very same | 02:14:43 |
| 23 | words, but, on the other hand, I do think I said something | 02:14:47 |
| 24 | that suggests -- is suggestive of a leak. | 02:14:51 |
| 25 | Q    Is it true that in the June 4th, 2013, meeting | 02:14:56 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

96

| | | |
|---|---|---|
| 1 | you stated that the Apple-Nokia license terms should | 02:14:59 |
| 2 | dictate terms of a Samsung-Nokia license? | 02:15:03 |
| 3 | A    I never said that such, you know, necessarily | 02:15:26 |
| 4 | dictate things, no. | 02:15:30 |
| 5 | Q    Is it true that in the June 4th, 2013, meeting | 02:15:32 |
| 6 | you stated that the Apple-Nokia license terms would be | 02:15:35 |
| 7 | relevant to the terms of a Samsung-Nokia license? | 02:15:38 |
| 8 | A    It doesn't seem to me that I ever said anything | 02:15:58 |
| 9 | with exactly that in mind. | 02:16:04 |
| 10 | Q    Are you aware that Mr. Melin submitted a | 02:16:22 |
| 11 | declaration to the Court in this matter? | 02:16:25 |
| 12 | MR. QUINN:  Objection.  If the only source of | 02:16:36 |
| 13 | your information you have on that subject is information | 02:16:39 |
| 14 | you got from a lawyer in connection with providing legal | 02:16:42 |
| 15 | advice, I instruct you not to answer. | 02:16:47 |
| 16 | THE WITNESS:  I'm unable to answer. | 02:17:04 |
| 17 | BY MR. SELWYN: | 02:17:37 |
| 18 | Q    Have you spoken with Ken Korea in the last month | 02:17:37 |
| 19 | about the Teece report? | 02:17:41 |
| 20 | A    I am thinking that a few days ago Ken Korea asked | 02:18:07 |
| 21 | me some questions about that as he was preparing to | 02:18:12 |
| 22 | testify as a 30(b)(6) witness. | 02:18:16 |
| 23 | Q    What questions did he ask you? | 02:18:19 |
| 24 | A    He asked me a number of questions, but I am not | 02:18:41 |
| 25 | able to recall as to all of them, but I'm thinking he, for | 02:18:44 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

97

| | | |
|---|---|---|
| 1 | instance, asked me whether I violated the protective | 02:18:49 |
| 2 | order, whether I did see the Teece report, things like | 02:18:52 |
| 3 | that. | 02:18:57 |
| 4 | Q    Do you recall any other questions he asked you? | 02:18:57 |
| 5 | A    Not quite. | 02:19:02 |
| 6 | Q    For how long did you speak with him? | 02:19:03 |
| 7 | A    Twenty, 30 minutes. | 02:19:11 |
| 8 | Q    Did you take any notes during that call? | 02:19:13 |
| 9 | A    No, I didn't -- | 02:19:22 |
| 10 | THE REPORTER:  You didn't what? | 02:19:22 |
| 11 | THE INTERPRETER:  "I didn't jot down anything." | 02:19:26 |
| 12 | THE REPORTER:  Thank you. | 02:19:26 |
| 13 | BY MR. SELWYN: | 02:19:27 |
| 14 | Q    Who else participated in that call? | 02:19:27 |
| 15 | A    No.  This was just Ken Korea calling me and | 02:19:36 |
| 16 | asking me these questions. | 02:19:39 |
| 17 | Q    Okay.  I'm going to turn to a new subject, which | 02:19:56 |
| 18 | will relate to Apple-Samsung's license negotiations. | 02:20:00 |
| 19 | THE INTERPRETER:  Could we take a break, please. | 02:20:06 |
| 20 | MR. SELWYN:  Certainly. | 02:20:09 |
| 21 | THE VIDEOGRAPHER:  This ends Media No. 2, and | 02:20:10 |
| 22 | we're off the record at 2:19 p.m. | 02:20:14 |
| 23 | (A break was held in the proceedings.) | 02:20:18 |
| 24 | THE VIDEOGRAPHER:  We are back on the record, and | 02:31:29 |
| 25 | the time now is 2:30. | 02:31:32 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

98

| | | |
|---|---|---|
| 1 | Counsel. | 02:31:34 |
| 2 | MR. QUINN:  We'd respectfully request of Nokia's | 02:31:35 |
| 3 | counsel that they provide us with a copy of that | 02:31:39 |
| 4 | PowerPoint as soon as possible.  We need that for a brief | 02:31:41 |
| 5 | that we're going to be filing -- is it Monday? | 02:31:44 |
| 6 | MR. ZELLER:  Yeah, it's Monday. | 02:31:44 |
| 7 | MR. QUINN:  So we'd appreciate getting a copy of | 02:31:47 |
| 8 | that. | 02:31:50 |
| 9 | MR. FLINN:  Which PowerPoint is that? | 02:31:50 |
| 10 | MR. QUINN:  The one that Mr. Melin had -- | 02:31:52 |
| 11 | THE REPORTER:  That this is referring to? | 02:31:52 |
| 12 | MR. QUINN:  That the witness referred to. | 02:31:58 |
| 13 | MR. FLINN:  I'll take your request to my client. | 02:32:00 |
| 14 | MR. QUINN:  Thank you. | 02:32:04 |
| 15 | BY MR. SELWYN: | 02:32:06 |
| 16 | Q    Good afternoon again, Dr. Ahn. | 02:32:06 |
| 17 | Dr. Ahn, are you aware that the Court in the | 02:32:08 |
| 18 | Netherlands required Apple and Samsung to submit certain | 02:32:11 |
| 19 | license information to the Court? | 02:32:16 |
| 20 | MR. QUINN:  I instruct you to answer that | 02:32:33 |
| 21 | question to the extent that you can without disclosing | 02:32:35 |
| 22 | information provided to you by lawyers in connection with | 02:32:39 |
| 23 | providing legal advice. | 02:32:44 |
| 24 | THE WITNESS:  I don't know. | 02:32:59 |
| 25 | /// | |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

99

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 02:33:04 |
| 2 | Q    Have you ever seen any license information that | 02:33:05 |
| 3 | Apple submitted to the Dutch Court? | 02:33:09 |
| 4 | A    Not to my recollection. | 02:33:22 |
| 5 | Q    Have you ever discussed with any Samsung | 02:33:24 |
| 6 | employees any license information that Apple provided to | 02:33:27 |
| 7 | the Dutch Court? | 02:33:30 |
| 8 | A    Not to my recollection. | 02:33:45 |
| 9 | Q    Do you have any knowledge of the terms of Apple's | 02:33:47 |
| 10 | patent license agreements with Ericsson? | 02:33:50 |
| 11 | MR. QUINN:  If you -- you know, answer that | 02:34:00 |
| 12 | question, excluding from your answer anything that you | 02:34:02 |
| 13 | learned from lawyers in connection with the provision of | 02:34:07 |
| 14 | legal advice or anything that you learned relating to a | 02:34:12 |
| 15 | mediation.  So that should all be excluded from your | 02:34:18 |
| 16 | answer. | 02:34:21 |
| 17 | THE WITNESS:  I do not know. | 02:34:34 |
| 18 | BY MR. SELWYN: | 02:34:39 |
| 19 | Q    Have any lawyers informed you about the terms of | 02:34:39 |
| 20 | Apple's patent license agreements with Ericsson? | 02:34:43 |
| 21 | MR. QUINN:  You know, you can answer that | 02:35:01 |
| 22 | question, but you must -- I'll instruct you to exclude | 02:35:02 |
| 23 | from your answer any communications you've had with | 02:35:05 |
| 24 | lawyers representing Samsung in connection with the | 02:35:08 |
| 25 | provision of legal advice and any information provided by | 02:35:12 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

100

| | | |
|---|---|---|
| 1 | lawyers in connection with the mediation. | 02:35:16 |
| 2 | THE WITNESS:  No, not to my recollection. | 02:35:44 |
| 3 | BY MR. SELWYN: | 02:35:46 |
| 4 | Q    Have you ever seen any documents describing the | 02:35:46 |
| 5 | terms of Apple's patent license agreement with Ericsson? | 02:35:48 |
| 6 | MR. QUINN:  Same instruction with respect to | 02:36:01 |
| 7 | documents furnished in connection with the mediation or | 02:36:04 |
| 8 | documents provided -- | 02:36:07 |
| 9 | THE REPORTER:  By what? | 02:36:07 |
| 10 | MR. QUINN:  Provided or offered by Samsung | 02:36:11 |
| 11 | lawyers and provided to you in connection with obtaining | 02:36:13 |
| 12 | legal advice. | 02:36:16 |
| 13 | THE WITNESS:  I have no recollection of coming | 02:36:39 |
| 14 | across anything like that. | 02:36:42 |
| 15 | BY MR. SELWYN: | 02:36:43 |
| 16 | Q    Have you ever seen any public information about | 02:36:44 |
| 17 | the terms of Apple's patent license agreements with | 02:36:46 |
| 18 | Ericsson? | 02:36:49 |
| 19 | A    Not to my recollection. | 02:37:03 |
| 20 | Q    Do you have any knowledge or information about | 02:37:09 |
| 21 | the terms of Apple's patent license agreements with either | 02:37:10 |
| 22 | Sharp or Philips? | 02:37:14 |
| 23 | A    No. | 02:37:28 |
| 24 | Q    Have you ever seen any public information about | 02:37:29 |
| 25 | the terms of Apple's patent license agreements with either | 02:37:32 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

101

| | | |
|---|---|---|
| 1 | Sharp or Philips? | 02:37:36 |
| 2 | A    I have not. | 02:37:48 |
| 3 | Q    Have you ever seen any documents describing the | 02:37:49 |
| 4 | terms of Apple's licenses with Sharp or Philips? | 02:37:52 |
| 5 | A    I have no recollection of seeing anything like | 02:38:05 |
| 6 | that. | 02:38:07 |
| 7 | Q    Isn't it true that Samsung views its patent | 02:38:07 |
| 8 | portfolio as comparable to Nokia's patent portfolio? | 02:38:12 |
| 9 | MR. QUINN:  I object in that answering that | 02:38:27 |
| 10 | question would invade this lawyer's mental processes and | 02:38:30 |
| 11 | be work product, one.  Improper opinion and vague and | 02:38:35 |
| 12 | ambiguous. | 02:38:38 |
| 13 | THE WITNESS:  So depending on the occasion, | 02:39:16 |
| 14 | sometimes we insist that it is that and sometimes we | 02:39:18 |
| 15 | insist that it is otherwise.  It all depends on the | 02:39:24 |
| 16 | circumstances. | 02:39:28 |
| 17 | BY MR. SELWYN: | 02:39:28 |
| 18 | Q    Under what circumstances has Samsung viewed its | 02:39:28 |
| 19 | patent portfolio as comparable to Nokia's? | 02:39:31 |
| 20 | MR. QUINN:  I object that this is outside the | 02:39:45 |
| 21 | scope of this proceeding, and it's work product.  I | 02:39:47 |
| 22 | instruct him not to answer. | 02:39:50 |
| 23 | So don't answer. | 02:40:04 |
| 24 | THE WITNESS:  Don't answer -- yeah?  I | 02:40:06 |
| 25 | will -- yes, to his instructions. | 02:40:12 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

102

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 02:40:49 |
| 2 | Q    Did Samsung make a license proposal to Apple in | 02:40:49 |
| 3 | March of 2013? | 02:40:54 |
| 4 | A    You see, we have made an offer as to a license | 02:41:18 |
| 5 | vis-à-vis Apple on more than ten occasions as far as I'm | 02:41:23 |
| 6 | concerned.  So I don't know if on that -- during that | 02:41:27 |
| 7 | specific time frame we did or didn't. | 02:41:30 |
| 8 | Q    I'm going to hand you a document that we've | 02:41:33 |
| 9 | marked Ahn Exhibit 9 for identification. | 02:42:27 |
| 10 | (Ahn Exhibit 9 was marked for | 02:42:27 |
| 11 | identification.) | 02:42:32 |
| 12 | MR. QUINN:  So is this something that Nokia | 02:42:32 |
| 13 | should be seeing?  Is there an issue here?  Before you | 02:42:36 |
| 14 | hand it to him -- I don't know what -- | 02:42:39 |
| 15 | MR. SELWYN:  Apple understands the judge's order | 02:42:41 |
| 16 | to require Nokia to have access -- | 02:42:44 |
| 17 | MR. QUINN:  Well, we object to this, and we're | 02:42:46 |
| 18 | not -- we're not going to permit this to go forward with | 02:42:49 |
| 19 | Nokia in the room here.  If you're going to start talking | 02:42:52 |
| 20 | about confidential negotiations between Samsung and Apple, | 02:42:55 |
| 21 | the only way we will agree that that can go forward is if | 02:43:01 |
| 22 | Nokia leaves the room.  I understand your position, but we | 02:43:05 |
| 23 | don't agree, with respect. | 02:43:09 |
| 24 | MR. SELWYN:  I mean, our understanding of the | 02:43:12 |
| 25 | Court's order is that Nokia is entitled to have access. | 02:43:14 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

103

| | | |
|---|---|---|
| 1 | If Nokia wants to voluntarily leave, we obviously have no | 02:43:17 |
| 2 | objection to that. | 02:43:21 |
| 3 | MR. QUINN:  I understand that is your view, and I | 02:43:22 |
| 4 | think you understand our view. | 02:43:24 |
| 5 | MR. SELWYN:  Okay. | 02:43:26 |
| 6 | MR. QUINN:  I will be -- I will regard it as a | 02:43:27 |
| 7 | very serious breach, if you hand that document, this | 02:43:30 |
| 8 | exhibit that is marked for this record and it's made | 02:43:33 |
| 9 | available to Nokia. | 02:43:36 |
| 10 | I mean, I haven't had a chance had to read it | 02:43:42 |
| 11 | yet.  It says at the top, "Samsung Confidential Pursuant | 02:43:43 |
| 12 | to NDA."  I find it pretty ironic that in a proceeding | 02:43:46 |
| 13 | where Apple is -- and Nokia are making an issue about | 02:43:49 |
| 14 | alleged breach of a protective order that you all are so | 02:43:54 |
| 15 | cavalier about Samsung's confidential information in your | 02:43:58 |
| 16 | own agreements about confidentiality, but -- I think I'm | 02:44:04 |
| 17 | clear.  We're not going to permit examination on this | 02:44:07 |
| 18 | subject with Nokia's lawyers in the room. | 02:44:11 |
| 19 | MR. SELWYN:  And that's fine if that's your | 02:44:13 |
| 20 | position.  I would just ask you to make clear that you | 02:44:15 |
| 21 | would instruct the witness not to answer any questions | 02:44:18 |
| 22 | regarding this document, and I'll move on. | 02:44:21 |
| 23 | MR. QUINN:  Well, I have never seen this | 02:44:24 |
| 24 | document.  So -- you start to pass it out, and I saw | 02:44:26 |
| 25 | "Samsung Confidential" at the top. | 02:44:29 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

104

1        MR. SELWYN:  Take your time.  I'm not rushing       02:44:31

2    you.       02:44:32

3        MR. FLINN:  While Mr. Quinn is looking at that I       02:44:32

4    would appreciate --       02:44:35

5        MR. QUINN:  I can't read and listen.  Which would       02:44:35

6    you like me to do?       02:44:37

7        MR. FLINN:  Then hold off on your reading for a       02:44:38

8    second.       02:44:41

9        I would like to know whether or not -- and no one       02:44:41

10   in the room knows right now -- I'd like it to be tracked       02:44:44

11   down -- whether or not this document was used in any of       02:44:46

12   the prior depositions that occurred here in the last two       02:44:49

13   days.       02:44:51

14       MR. ZELLER:  We know that there was a breach of       02:44:53

15   the NDA by Apple, participated in by Nokia.  We know that.       02:44:55

16   You were provided with a letter or someone at your firm       02:44:59

17   was provided by at least one of these letters, which we       02:45:04

18   said that was a breach of the NDA.       02:45:07

19       MR. FLINN:  This is the first I'm hearing about       02:45:09

20   it.  What was the letter, and when it was provided?       02:45:11

21       MR. ZELLER:  My recollection is it was the       02:45:15

22   March 22nd, 2013, letter.       02:45:17

23       MR. QUINN:  I've looked at this now, and I really       02:45:21

24   don't want to waste your time, Mr. Selwyn.  Just on the       02:45:23

25   face of it, it seems to have confidential and proposed       02:45:28

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

105

1    licensing terms with specific dollar amounts.  We simply          02:45:31

2    cannot permit Nokia's counsel to see this or him to be            02:45:36

3    questioned about that type of thing.                              02:45:38

4          I'd hate to give a --                                       02:45:40

5          THE REPORTER:  You'd hate to give a what type?             02:45:40

6          MR. QUINN:  I'd hate to give a blanket                     02:45:45

7    instruction.  Under no circumstances would we let him            02:45:45

8    answer any question about this.  We really strenuously           02:45:48

9    would object to Nokia's counsel being provided a copy of         02:45:51

10   it.                                                               02:45:54

11         If you want to ask him what kind of paper is this          02:45:54

12   or what's -- or something like that, I'm not going to            02:45:56

13   instruct him, but in terms of the substance of the               02:46:00

14   negotiations that are reflected here, that's regarded as         02:46:03

15   highly confidential and business information to Samsung.         02:46:05

16         MR. SELWYN:  Well, when I got to this position of          02:46:08

17   the deposition yesterday with Mr. Korea, counsel for Nokia       02:46:10

18   did leave the room, and I proceeded to ask the questions         02:46:12

19   of the witness without Nokia present, and that portion of        02:46:15

20   the deposition transcript was separated from the rest of         02:46:17

21   the transcript.                                                   02:46:21

22         MR. ZELLER:  Exactly.  It appeared it was                  02:46:21

23   separated.  I, at least, saw that from a court reporter          02:46:23

24   e-mail.                                                           02:46:27

25         MR. SELWYN:  And as I say, I have no objections            02:46:28

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

106

| | | |
|---|---|---|
| 1 | to proceed in the same manner. | 02:46:29 |
| 2 | MR. QUINN:  We have no objections either, and | 02:46:31 |
| 3 | these seem like delightful guys.  So I don't mind having | 02:46:33 |
| 4 | them here at all under ordinary circumstances, but given | 02:46:34 |
| 5 | who -- they represent a competitor.  We just can't agree | 02:46:38 |
| 6 | that this go forward in their presence. | 02:46:41 |
| 7 | MR. FLINN:  I mean, first is that I would like to | 02:46:48 |
| 8 | follow up on my question if you can tell me the | 02:46:50 |
| 9 | circumstances under which you believe Nokia has already | 02:46:53 |
| 10 | improperly gotten -- | 02:46:56 |
| 11 | MR. ZELLER:  We'll send a letter and be very | 02:46:56 |
| 12 | specific. | 02:46:58 |
| 13 | MR. FLINN:  Can you be at all more specific -- | 02:46:58 |
| 14 | MR. ZELLER:  It was during the course of the | 02:47:02 |
| 15 | depositions.  I believe it was on the first day of these | 02:47:04 |
| 16 | depositions, in which Apple's counsel provided a copy of | 02:47:07 |
| 17 | the Nokia -- excuse me -- of the March 22nd, 2013, letter. | 02:47:11 |
| 18 | And we said that that was improper at the time, and, | 02:47:16 |
| 19 | basically -- and Nokia's counsel retained possession of | 02:47:20 |
| 20 | it, as far as we know. | 02:47:24 |
| 21 | MR. SELWYN:  Are you requesting it back? | 02:47:25 |
| 22 | MR. ZELLER:  We will be sending you a letter.  We | 02:47:27 |
| 23 | already told you it was a breach by Apple, or at least | 02:47:29 |
| 24 | participated in by -- | 02:47:33 |
| 25 | MR. QUINN:  We want it back.  We'd like it back. | 02:47:34 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

107

| | | |
|---|---|---|
| 1 | MR. ZELLER:  Of course. | 02:47:36 |
| 2 | MR. QUINN:  If you still have a copy, we'd like | 02:47:37 |
| 3 | it back.  I mean, I hate using Mr. Selwyn's time this way. | 02:47:39 |
| 4 | THE WITNESS:  I'm thinking that this is a very | 02:47:49 |
| 5 | critical issue because -- | 02:47:51 |
| 6 | MR. QUINN:  If you want to talk, we can go | 02:48:00 |
| 7 | outside. | 02:48:00 |
| 8 | All right.  Can we go off the record, please.  So | 02:48:01 |
| 9 | we'll go off the record for a second.  I have no idea -- | 02:48:03 |
| 10 | MR. SELWYN:  Unless Mr. Flinn has something to | 02:48:06 |
| 11 | say that might short-circuit this. | 02:48:08 |
| 12 | MR. FLINN:  I never short-circuit anything, it | 02:48:10 |
| 13 | turns out, so let's take a break. | 02:48:12 |
| 14 | MR. SELWYN:  I meant no disrespect. | 02:48:14 |
| 15 | THE VIDEOGRAPHER:  The time now is 2:47.  We're | 02:48:17 |
| 16 | off the record. | 02:48:20 |
| 17 | (A break was held in the proceedings.) | 02:53:58 |
| 18 | THE VIDEOGRAPHER:  We're back on the record, and | 02:53:59 |
| 19 | the time now is 2:53. | 02:54:00 |
| 20 | Counsel. | 02:54:02 |
| 21 | MR. FLINN:  Let me state my position with respect | 02:54:04 |
| 22 | to this issue.  The first is, earlier in this deposition | 02:54:12 |
| 23 | Mr. Selwyn made clear his position that he believes, on | 02:54:19 |
| 24 | behalf of his client, he is entitled to access to | 02:54:25 |
| 25 | information about the details of Nokia's negotiations with | 02:54:28 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

108

| | | |
|---|---|---|
| 1 | Samsung, notwithstanding the NDA. | 02:54:33 |
| 2 | He's got a very principled basis for that | 02:54:39 |
| 3 | position, given that his client is entitled to understand | 02:54:42 |
| 4 | whether, among other things, there is a pattern or | 02:54:47 |
| 5 | practice of such use within Samsung, and my client would | 02:54:50 |
| 6 | have a similar interest. | 02:54:56 |
| 7 | My second point is that Samsung did not object to | 02:54:58 |
| 8 | Mr. Selwyn staying in the room and learning about the | 02:55:03 |
| 9 | details of Apple's -- of Samsung's negotiations with | 02:55:09 |
| 10 | Nokia.  So the position it is taking now is inconsistent | 02:55:12 |
| 11 | with the position that it took with respect to the | 02:55:18 |
| 12 | Nokia-Samsung agreement. | 02:55:21 |
| 13 | Thirdly, I am informed that, on the first day of | 02:55:24 |
| 14 | the deposition, the document that has just been marked and | 02:55:27 |
| 15 | copies started to be handed out was, in fact, marked and | 02:55:34 |
| 16 | used in one of the depositions the first day.  At that | 02:55:39 |
| 17 | time, I understand that Samsung's counsel registered an | 02:55:43 |
| 18 | objection, but did not insist that the Nokia lawyer leave | 02:55:47 |
| 19 | the room, took no steps to restrict the use or access to | 02:55:55 |
| 20 | the document, other than it being subject to the | 02:56:00 |
| 21 | protective order, of course.  And the transcript, the | 02:56:03 |
| 22 | testimony, and the document have all been supplied by the | 02:56:08 |
| 23 | court reporter to all parties. | 02:56:12 |
| 24 | And, finally, I think the Court's order is pretty | 02:56:15 |
| 25 | clear with respect to the -- Nokia's right to access to | 02:56:18 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

109

1    this discovery.                                              02:56:24

2           So for those reasons, I am declining to leave the     02:56:26

3    room and will represent my client at the deposition, even   02:56:31

4    if the witness is asked questions about the details of      02:56:38

5    Apple's negotiations with Samsung.                          02:56:42

6           I will, of course, commit on behalf of myself and    02:56:45

7    my firm that we will comply with the terms of the           02:56:51

8    protective order, treating it as the highest level of       02:56:54

9    confidentiality applicable.                                 02:56:57

10          MR. QUINN:  No, don't say anything.  Don't say        02:57:02

11   anything.                                                    02:57:05

12          Do you have some other subjects we'd like to turn     02:57:05

13   to?  I think we've made our views pretty clear.  I'm not    02:57:09

14   into giving speeches or responding to speeches.             02:57:09

15          MR. SELWYN:  I just want to make sure I               02:57:12

16   understand your position and I'll state mine as briefly as  02:57:14

17   I can.                                                       02:57:18

18          The Court's order says, on the bottom of page 5,     02:57:18

19   "Nokia shall be allowed access to and full participation     02:57:23

20   in all of the above discoveries, which includes the         02:57:28

21   deposition of Dr. Ahn, subject to the terms of the          02:57:31

22   protective order."                                           02:57:34

23          That language seems to Apple to be unambiguous,      02:57:35

24   that Nokia is permitted to remain in the deposition         02:57:38

25   regardless of whether Apple or Samsung wish it were         02:57:42

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

110

1   otherwise.                                                    02:57:46

2        The questions that I want to ask of                      02:57:47

3   Mr. Ahn -- Dr. Ahn related to the March 22nd, 2013, letter    02:57:53

4   we believe to be highly relevant to the issues that the       02:57:59

5   Court will need to consider.  And, therefore, I believe       02:58:03

6   that I'm entitled to ask them and need to ask those           02:58:07

7   questions.                                                    02:58:11

8        Obviously, if you tell me that you're not going          02:58:12

9   to allow the witness to respond to those questions because    02:58:14

10   of the presence of Nokia's counsel, I will move on, and we    02:58:18

11   will not have any shouting.  That's our position.             02:58:23

12        MR. QUINN:  Let's just move on to another               02:58:28

13   subject.                                                      02:58:30

14        MR. SELWYN:  And can I take from that that you          02:58:32

15   will not allow this line of questions to proceed?             02:58:34

16        MR. QUINN:  You can take from that that my              02:58:36

17   position -- as I stated before, I have not changed, and I     02:58:39

18   will decline to waste your time and everybody's time here     02:58:45

19   by making another speech.  I think I've been pretty clear.    02:58:49

20        MR. SELWYN:  I apologize, then, because I'm not         02:58:53

21   sure, then, what the position is.  Would you allow the        02:58:54

22   answer to questions on the subject matter of the March        02:58:57

23   letter?                                                       02:59:00

24        MR. QUINN:  I think -- I'm not going to respond         02:59:01

25   beyond what I've already said on that subject.                02:59:03

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

111

1      THE REPORTER:  What on that subject?                    02:59:03

2      MR. QUINN:  I have said everything I am going to        02:59:06

3  say on that subject.  And I'm really doing that in the     02:59:08

4  interest of saving your time and everybody else's time.    02:59:11

5  I'm not going to say anything more than what I've already  02:59:14

6  said.                                                      02:59:16

7      MR. SELWYN:  I would just take a "yes" or "no,"        02:59:17

8  and then we can move on.                                   02:59:18

9      MR. QUINN:  No.  My deposition is not being           02:59:20

10  taken.                                                     02:59:21

11      MR. SELWYN:  No.  I know that, but I'm just           02:59:21

12  trying --                                                  02:59:21

13      MR. QUINN:  I told him he's going to ask              02:59:22

14  innocuous things like what kind of paper -- you can't give 02:59:26

15  those guys a copy of it.  If you get into the substance of 02:59:26

16  that, I would, indeed, instruct him not to answer.  The    02:59:33

17  substance of the confidential negotiation terms, I would,  02:59:34

18  indeed, instruct him not to answer.                        02:59:36

19      MR. SELWYN:  That's helpful, because I do intend      02:59:37

20  to ask him substantive questions about Apple-Samsung       02:59:39

21  negotiations.                                              02:59:39

22      MR. QUINN:  I already said that.                      02:59:42

23      MR. SELWYN:  I didn't understand that.                02:59:44

24      MR. QUINN:  Well, a lot of people these days are      02:59:46

25  saying they don't understand me.  Maybe that's            02:59:48

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

112

| | | |
|---|---|---|
| 1 | understandable. | 02:59:50 |
| 2 | I'm not supposed -- | 02:59:52 |
| 3 | THE REPORTER:  You're not supposed to what? | 02:59:52 |
| 4 | MR. QUINN:  Laugh.  So please don't make me.  It | 02:59:55 |
| 5 | would be a really bloody mess. | 03:00:00 |
| 6 | MR. SELWYN:  There will be no more laughing in | 03:00:02 |
| 7 | the deposition. | 03:00:04 |
| 8 | MR. QUINN:  I can cry. | 03:00:06 |
| 9 | MR. SELWYN:  Hopefully, it won't come to that | 03:00:09 |
| 10 | either. | 03:00:11 |
| 11 | BY MR. SELWYN: | 03:00:13 |
| 12 | Q    Dr. Ahn, just give me one minute to reposition | 03:00:14 |
| 13 | myself. | 03:00:17 |
| 14 | Dr. Ahn, has anyone collected your documents in | 03:00:37 |
| 15 | connection with the Apple-Samsung litigation in the last | 03:00:42 |
| 16 | two months? | 03:00:44 |
| 17 | A    That is my understanding, yes. | 03:00:59 |
| 18 | Q    When were your documents collected? | 03:01:04 |
| 19 | A    My understanding is that on account of this | 03:01:23 |
| 20 | motion by Nokia and by Apple, respectively, all of the | 03:01:26 |
| 21 | documents in my possession have been collected. | 03:01:31 |
| 22 | Q    Can you tell me when that happened, sir? | 03:01:48 |
| 23 | A    I'm not exactly able to recall. | 03:01:53 |
| 24 | Q    Is it true that Samsung has considered the | 03:01:58 |
| 25 | Apple-Nokia license to be relevant to the amount that | 03:02:13 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

113

| | | |
|---|---|---|
| 1 | Samsung believes Apple should pay Samsung for a license? | 03:02:16 |
| 2 | MR. QUINN:  So being asked of a lawyer involved | 03:02:38 |
| 3 | in negotiations, in framing negotiation strategy, | 03:02:43 |
| 4 | et cetera, I think that calls for work product -- work | 03:02:44 |
| 5 | product, and his mental processes. | 03:02:48 |
| 6 | So I instruct him not to answer the question. | 03:02:50 |
| 7 | THE WITNESS:  I decline to answer. | 03:03:14 |
| 8 | THE REPORTER:  I'm sorry.  I didn't get that. | 03:03:14 |
| 9 | THE WITNESS:  I decline to answer. | 03:03:14 |
| 10 | MR. QUINN:  Sorry. | 03:03:14 |
| 11 | THE WITNESS:  It doesn't mean yes (In English). | 03:03:19 |
| 12 | BY MR. SELWYN: | 03:03:23 |
| 13 | Q    Is it true that Samsung has argued to various | 03:03:24 |
| 14 | courts that a fair, reasonable, and nondiscriminatory | 03:03:26 |
| 15 | license between Apple and Samsung would be comparable to | 03:03:30 |
| 16 | the Apple-Nokia agreement? | 03:03:34 |
| 17 | MR. QUINN:  Objection.  Lacks foundation.  You | 03:04:04 |
| 18 | can answer. | 03:04:07 |
| 19 | THE WITNESS:  You know, I don't exactly recall | 03:04:17 |
| 20 | what the deal is, but if given a necessity, I think it's | 03:04:19 |
| 21 | possible for us to hold that position. | 03:04:23 |
| 22 | BY MR. SELWYN: | 03:04:26 |
| 23 | Q    What did you do to prepare for today's | 03:04:26 |
| 24 | deposition? | 03:04:28 |
| 25 | A    There really isn't a whole lot that I prepared in | 03:04:41 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

114

| | | |
|---|---|---|
| 1 | terms of just yesterday.  Last night I tried my best to | 03:04:46 |
| 2 | get a good night's sleep. | 03:04:50 |
| 3 | Q    Did you review any documents to prepare for | 03:04:51 |
| 4 | today's deposition? | 03:04:53 |
| 5 | MR. QUINN:  Answer that "yes" or "no." | 03:04:57 |
| 6 | THE WITNESS:  No. | 03:05:02 |
| 7 | BY MR. SELWYN: | 03:05:18 |
| 8 | Q    Did you speak with any Samsung employees to | 03:05:20 |
| 9 | prepare for today's deposition? | 03:05:22 |
| 10 | A    I don't quite think I really did talk about | 03:05:37 |
| 11 | anything in any major way. | 03:05:40 |
| 12 | MR. SELWYN:  I pass the witness. | 03:06:15 |
| 13 | MR. FLINN:  I'd like to take a short break.  I | 03:06:16 |
| 14 | need to find some stuff in the realtime transcript. | 03:06:20 |
| 15 | MR. SELWYN:  Off the record. | 03:06:23 |
| 16 | THE VIDEOGRAPHER:  Counsel, off the record? | 03:06:24 |
| 17 | MR. SELWYN:  Yes. | 03:06:25 |
| 18 | THE VIDEOGRAPHER:  The time now is 3:05.  We're | 03:06:26 |
| 19 | off the record. | 03:06:28 |
| 20 | (A break was held in the proceedings.) | 03:06:31 |
| 21 | THE VIDEOGRAPHER:  We're back on the record, and | 03:13:18 |
| 22 | the time now is 3:12. | 03:13:21 |
| 23 | Counsel. | 03:13:23 |
| 24 | /// | 03:13:23 |
| 25 | /// | 03:13:23 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

115

| | | |
|---|---|---|
| 1 | EXAMINATION | 03:13:24 |
| 2 | BY MR. FLINN: | 03:13:24 |
| 3 | Q    Good afternoon, Dr. Ahn.  My name is Patrick | 03:13:24 |
| 4 | Flinn, and I represent Nokia. | 03:13:30 |
| 5 | Dr. Ahn, I want to start my questions at -- going | 03:13:41 |
| 6 | back to approximately June of 2011, when the Nokia-Apple | 03:13:44 |
| 7 | settlement and license were announced. | 03:13:49 |
| 8 | Do you remember that event? | 03:13:52 |
| 9 | A    I sort of recall that as being the case. | 03:14:14 |
| 10 | Q    In answer to Mr. Selwyn's questions, I believe | 03:14:17 |
| 11 | you used the word "keen interest" in the financial terms | 03:14:23 |
| 12 | of that license. | 03:14:28 |
| 13 | Do you recall that testimony? | 03:14:29 |
| 14 | MR. QUINN:  Objection.  Misstates the testimony. | 03:14:53 |
| 15 | THE WITNESS:  Well, I'm not sure if I employed | 03:15:12 |
| 16 | those very same words.  I don't know that I said "keen." | 03:15:14 |
| 17 | BY MR. FLINN: | 03:15:20 |
| 18 | Q    Was there a keen interest in the financial terms | 03:15:20 |
| 19 | of the Apple-Nokia license after its announcement in June | 03:15:24 |
| 20 | of 2011? | 03:15:30 |
| 21 | MR. QUINN:  Objection.  Keen interest on the part | 03:15:48 |
| 22 | of whom?  Vague and ambiguous. | 03:15:52 |
| 23 | THE WITNESS:  The way I look at it, those within | 03:16:08 |
| 24 | the industry were interested in it. | 03:16:10 |
| 25 | /// | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

116

| | | |
|---|---|---|
| 1 | BY MR. FLINN: | 03:16:15 |
| 2 | Q   Is "keen" an appropriate word to describe that | 03:16:15 |
| 3 | interest? | 03:16:19 |
| 4 | MR. QUINN:  Objection.  Vague and ambiguous. | 03:16:30 |
| 5 | THE REPORTER:  What was that last? | 03:16:30 |
| 6 | MR. QUINN:  Improper opinion. | 03:16:33 |
| 7 | THE REPORTER:  Thank you. | 03:16:33 |
| 8 | MR. QUINN:  And again, it's interest on behalf of | 03:16:38 |
| 9 | whom.  So it's vague and ambiguous. | 03:16:41 |
| 10 | THE WITNESS:  Given that I am not a native | 03:17:01 |
| 11 | speaker of English, this English expression "keen," you | 03:17:04 |
| 12 | know, I'm not sure what that is intended to convey -- what | 03:17:09 |
| 13 | you intend to convey. | 03:17:12 |
| 14 | MR. FLINN:  Mr. Translator, could I ask you, is | 03:17:22 |
| 15 | there a word in Korean that you would translate into | 03:17:24 |
| 16 | "keen"? | 03:17:26 |
| 17 | MR. QUINN:  I'm not sure that's an appropriate | 03:17:27 |
| 18 | procedure to ask -- cross-examine the translator.  I've | 03:17:29 |
| 19 | never heard of that.  The translator is here to translate | 03:17:35 |
| 20 | for the witness things that are said, not to have dialogue | 03:17:39 |
| 21 | with counsel.  So I object to that procedure. | 03:17:44 |
| 22 | THE INTERPRETER: Without commenting on Mr. -- | 03:17:48 |
| 23 | MR. QUINN:  Well, I object to your responding to | 03:17:51 |
| 24 | that at all -- | 03:17:53 |
| 25 | THE INTERPRETER:  I don't -- | 03:17:57 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

117

| | | |
|---|---|---|
| 1 | THE REPORTER:  In any -- | 03:17:57 |
| 2 | THE INTERPRETER:  No.  I wish to state something | 03:17:57 |
| 3 | about the mechanics. | 03:17:58 |
| 4 | This interpreter, at least, does not operate at a | 03:18:00 |
| 5 | word kernel level.  The interpreter tends to operate at a | 03:18:03 |
| 6 | higher -- usually a text level -- textual level, often a | 03:18:09 |
| 7 | sentence or something of a higher order.  Therefore, it's | 03:18:13 |
| 8 | a little inappropriate to try to pick out a word and try | 03:18:17 |
| 9 | to match a corresponding -- look for a correspondence at | 03:18:22 |
| 10 | that level.  Though, there are word-for-word corresponds. | 03:18:26 |
| 11 | BY MR. FLINN: | 03:18:31 |
| 12 | Q   We can get to it another way.  I believe -- and | 03:18:32 |
| 13 | we can search the transcript for it -- that something he | 03:18:34 |
| 14 | said in Korean was translated as "keen interest."  And I | 03:18:37 |
| 15 | want to use the same word he used so that there was no | 03:18:40 |
| 16 | question what I mean by "keen." | 03:18:45 |
| 17 | I'll come back to that.  Let me ask a new | 03:18:47 |
| 18 | question. | 03:18:49 |
| 19 | THE INTERPRETER:  Just out of fairness to both | 03:18:50 |
| 20 | parties or all parties, the record does speak for itself, | 03:18:53 |
| 21 | and the interpreter, with the aid of his colleague, thinks | 03:18:55 |
| 22 | he recalls what may have been used, but he actually lacks | 03:18:58 |
| 23 | certainty at this time as to what the Korean was. | 03:19:02 |
| 24 | MR. QUINN:  Okay.  But you don't need to | 03:19:06 |
| 25 | volunteer things like that, I don't think.  I mean, he | 03:19:07 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

118

| | | |
|---|---|---|
| 1 | said he's going to go on to something else. | 03:19:10 |
| 2 | MR. FLINN:  And let me say that, as far as I can | 03:19:13 |
| 3 | tell, the translator and translators are doing a | 03:19:14 |
| 4 | spectacularly good job, and nothing that I have said or | 03:19:18 |
| 5 | done should be remotely believed as any kind of | 03:19:23 |
| 6 | questioning or criticism or the like.  I'm simply trying | 03:19:25 |
| 7 | to make sure that the witness and I are doing the best to | 03:19:28 |
| 8 | use common terms. | 03:19:30 |
| 9 | So, Mr. Translator, if anything I said to you, | 03:19:31 |
| 10 | you thought was -- | 03:19:35 |
| 11 | THE INTERPRETER:  Not at all. | 03:19:38 |
| 12 | MR. FLINN:  I apologize. | 03:19:38 |
| 13 | THE INTERPRETER:  Thank you.  I appreciate that. | 03:19:39 |
| 14 | And not at all. | 03:19:41 |
| 15 | BY MR. FLINN: | 03:19:43 |
| 16 | Q    Okay.  Dr. Ahn, back to some real questions. | 03:19:44 |
| 17 | At any time after the June 2011 announcement of | 03:19:48 |
| 18 | the Apple-Nokia license, to your knowledge, did anybody in | 03:19:53 |
| 19 | your organization, the IP Center, try to collect any | 03:19:56 |
| 20 | information about the terms of the Apple-Nokia license? | 03:20:03 |
| 21 | A    I would not know if anybody has tried to do | 03:20:47 |
| 22 | anything.  I don't know. | 03:20:53 |
| 23 | Q    Do you know whether anyone within the IP Center | 03:20:56 |
| 24 | was instructed to collect public information that reported | 03:21:00 |
| 25 | on that settlement? | 03:21:06 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

119

| 1 | A    Well, my recollection tells me that I have not | 03:21:30 |
| 2 | issued any such instructions to anybody. | 03:21:35 |
| 3 | Q    Are you aware of anyone issuing such | 03:21:38 |
| 4 | instructions? | 03:21:42 |
| 5 | A    I would not be able to know as to what may or may | 03:21:42 |
| 6 | not have been done by anyone else. | 03:21:55 |
| 7 | Q    Have you ever seen any written communications, | 03:22:04 |
| 8 | either in e-mail form or on paper, discussing any reports | 03:22:10 |
| 9 | on the terms of the Nokia-Apple license? | 03:22:18 |
| 10 | A    No, I don't have any recollection to that effect. | 03:22:57 |
| 11 | Q    I'm going to change the subject now somewhat, and | 03:23:03 |
| 12 | I want to talk about the preparation for the June 2013 | 03:23:10 |
| 13 | meeting that you and others from Samsung had with the two | 03:23:15 |
| 14 | Nokia representatives. | 03:23:21 |
| 15 | MR. QUINN:  So there isn't a question yet.  No, | 03:23:48 |
| 16 | there is no question yet.  So just wait. | 03:23:51 |
| 17 | MR. FLINN:  Madam Reporter, can you read back | 03:23:51 |
| 18 | what I said. | 03:24:12 |
| 19 | (The record was read as follows: | 03:24:12 |
| 20 | "Q    I'm going to change the subject | |
| 21 | now somewhat, and I want to talk about | |
| 22 | the preparation for the June 2013 | |
| 23 | meeting that you and others from | |
| 24 | Samsung had with the two Nokia | |
| 25 | representatives.") | 03:24:16 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

120

| | | |
|---|---|---|
| 1 | BY MR. FLINN: | 03:24:16 |
| 2 | Q    Am I correct that before that June meeting you | 03:24:17 |
| 3 | personally had not been directly involved in face-to-face | 03:24:19 |
| 4 | negotiations with Samsung -- with Nokia? | 03:24:22 |
| 5 | A    That also is my recollection. | 03:24:40 |
| 6 | Q    Were you made aware of the progress of the | 03:24:43 |
| 7 | negotiations prior to your personal involvement? | 03:24:49 |
| 8 | A    Yes. | 03:25:08 |
| 9 | Q    Who was your source of information about the | 03:25:10 |
| 10 | progress of the negotiations prior to your personal | 03:25:15 |
| 11 | involvement? | 03:25:20 |
| 12 | A    It was vice president, Jin Hwan Kwak. | 03:25:33 |
| 13 | Q    Did Mr. Kwak report to you about the negotiations | 03:25:38 |
| 14 | in any writings? | 03:25:46 |
| 15 | THE REPORTER:  In any what? | 03:25:46 |
| 16 | MR. FLINN:  Writings. | 03:26:03 |
| 17 | THE WITNESS:  Probably, yes. | 03:26:03 |
| 18 | BY MR. FLINN: | 03:26:06 |
| 19 | Q    Did you communicate with Mr. Kwak prior to your | 03:26:06 |
| 20 | personal involvement on the subject of what offer or | 03:26:10 |
| 21 | offers should be made to Nokia? | 03:26:15 |
| 22 | A    Prior to this June meeting in which we were | 03:26:42 |
| 23 | seeking to determine what the amounts shall be, prior to | 03:26:45 |
| 24 | that, I, for the most part, did not involve myself at all. | 03:26:50 |
| 25 | Q    Did you know what offer or offers Mr. Kwak was | 03:26:55 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

121

| | | |
|---|---|---|
| 1 | making prior to your personal involvement? | 03:26:59 |
| 2 | MR. QUINN:  Objection.  Assumes facts not in | 03:27:16 |
| 3 | evidence. | 03:27:19 |
| 4 | THE WITNESS:  If you'll just understand it as | 03:27:25 |
| 5 | being the case that I was just being told about things. | 03:27:28 |
| 6 | THE REPORTER:  About this? | 03:27:28 |
| 7 | THE INTERPRETER:  "About things." | 03:27:37 |
| 8 | BY MR. FLINN: | 03:27:37 |
| 9 | Q    What -- your thought, before your personal | 03:27:38 |
| 10 | involvement -- what, if any, understanding did you have | 03:27:41 |
| 11 | about the state of the negotiations between Samsung and | 03:27:45 |
| 12 | Nokia? | 03:27:47 |
| 13 | MR. QUINN:  And I have an objection that if -- if | 03:28:04 |
| 14 | the question is intended to elicit specific negotiation | 03:28:08 |
| 15 | terms that were passed back and forth it would be | 03:28:12 |
| 16 | inappropriate for that to be disclosed in the presence of | 03:28:17 |
| 17 | Apple. | 03:28:20 |
| 18 | BY MR. FLINN: | 03:28:38 |
| 19 | Q    Please answer my question without disclosing the | 03:28:39 |
| 20 | specifics. | 03:28:42 |
| 21 | MR. QUINN:  Do we have an agreement that if he | 03:28:47 |
| 22 | answers it, it's is not a waiver, with respect to any NDA? | 03:28:49 |
| 23 | Because they're not going to argue that this is a | 03:28:58 |
| 24 | waiver that, "Whoops, he said this." So just because he's | 03:29:02 |
| 25 | answered your question, that other information is fair | 03:29:05 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

122

| | | |
|---|---|---|
| 1 | game, just because he answered your question. | 03:29:09 |
| 2 | MR. FLINN:  In light of the position, Mr. Quinn, | 03:29:19 |
| 3 | you've already taken, I guess you're going to have to | 03:29:21 |
| 4 | decide what you're going to let your witness do. | 03:29:24 |
| 5 | MR. QUINN:  If both counsel here agree that it's | 03:29:32 |
| 6 | not a violation of the NDA for him to answer the question, | 03:29:37 |
| 7 | then we don't have any problem with it. | 03:29:40 |
| 8 | Frankly, I don't see the relevance of this, and I | 03:29:50 |
| 9 | have a sneaking suspicion the questions are being asked | 03:29:53 |
| 10 | just to draw instructions, and that's been part of the | 03:29:57 |
| 11 | strategy today.  So it's real easy.  The magic words are, | 03:29:59 |
| 12 | you guys, "If he answers this question, we're not going to | 03:30:24 |
| 13 | argue that answering this question is a violation of the | 03:30:27 |
| 14 | NDA." | 03:30:31 |
| 15 | MR. SELWYN:  I'm not sure if you're asking me to | 03:30:40 |
| 16 | agree to something.  Apple's not a party to the NDA.  So I | 03:30:42 |
| 17 | don't know. | 03:30:46 |
| 18 | MR. QUINN:  That part is directed to Nokia. | 03:30:46 |
| 19 | MR. SELWYN:  And to your comment that I was | 03:30:50 |
| 20 | asking -- or questions to elicit instructions, I can | 03:30:51 |
| 21 | assure you that's not correct. | 03:30:55 |
| 22 | MR. QUINN:  Thank you. | 03:30:58 |
| 23 | MR. FLINN:  From this point, all I'm going to do | 03:30:59 |
| 24 | is ask my question, and, Mr. Quinn, you'll have to decide | 03:31:00 |
| 25 | whether you'll let the witness answer it or not.  I'm | 03:31:04 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

123

| | | |
|---|---|---|
| 1 | making no promises or qualifications. | 03:31:07 |
| 2 | MR. ZELLER:  So you're saying you might assert | 03:31:09 |
| 3 | that his answering a question here is a violation of the | 03:31:11 |
| 4 | NDA? | 03:31:15 |
| 5 | MR. FLINN:  I just want to get my questions | 03:31:16 |
| 6 | answered. | 03:31:18 |
| 7 | MR. QUINN:  You're declining to answer the | 03:31:18 |
| 8 | question that Mr. Zeller asked you? | 03:31:20 |
| 9 | MR. FLINN:  There have been a lot of speeches | 03:31:24 |
| 10 | back and forth.  I don't want to make any more.  Do what | 03:31:26 |
| 11 | you have to do, Mr. Quinn.  I'm going to ask the reporter | 03:31:28 |
| 12 | one more time to read the pending question, and do what | 03:31:30 |
| 13 | you need to do. | 03:31:33 |
| 14 | And I qualify that if you can find that as well, | 03:31:33 |
| 15 | I'd ask him not to give specifics. | 03:32:09 |
| 16 | (The record was read as follows: | 03:32:09 |
| 17 | "Q   What, if any, personal | 03:32:09 |
| 18 | understanding did you have about the | 03:32:09 |
| 19 | state of the negotiations between | 03:32:09 |
| 20 | Samsung and Nokia?") | 03:32:09 |
| 21 | (A discussion was held off the record.) | 03:32:10 |
| 22 | BY MR. FLINN: | 03:32:10 |
| 23 | Q   I'll re-ask the same question in substance. | 03:32:12 |
| 24 | Dr. Ahn, I'm trying to understand what you knew | 03:32:15 |
| 25 | about the state of negotiations prior to your personal | 03:32:17 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

124

1    involvement.  I'm not interested in hearing from you the          03:32:20

2    specific financial terms that were offered or rejected           03:32:23

3    back and forth, but I'm trying to understand the level of        03:32:26

4    your knowledge.                                                  03:32:30

5          So can you tell me the level of your knowledge,            03:32:30

6    but without disclosing the specific terms.  And wait for         03:32:32

7    your counsel to decide and make whatever objections or           03:32:35

8    instructions he wants to.                                        03:32:39

9          MR. QUINN:  Well, you know, the NDA is not                 03:33:22

10   limited to specific financial terms, but, Dr. Ahn, if you        03:33:24

11   can describe in general terms what you knew about the            03:33:28

12   status of negotiations, go ahead and do that.                    03:33:31

13         THE WITNESS:  To put it quite simply, in spite of          03:34:11

14   the protracted negotiations, my recollection is that the         03:34:15

15   gap between the parties in terms of what they were               03:34:19

16   respectively offering was rather huge.                           03:34:24

17   BY MR. FLINN:                                                    03:34:29

18     Q    At the time you became personally involved with          03:34:30

19   negotiations, had you had any discussions with anyone at         03:34:32

20   Samsung on what Samsung's bottom line was?                       03:34:36

21     A    I don't know that there was any discussion as to         03:35:12

22   what the bottom line was.                                        03:35:15

23     Q    Are there in existence any written communications        03:35:21

24   discussing specific financial terms of a Samsung-Nokia           03:35:25

25   license prior to March of 2013?                                 03:35:44

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

125

| | | |
|---|---|---|
| 1 | MR. QUINN:  Vague and ambiguous as to whether | 03:36:21 |
| 2 | written communications refers to the written | 03:36:24 |
| 3 | communications before March of 2013 or a license prior to | 03:36:28 |
| 4 | March of 2013. | 03:36:31 |
| 5 | BY MR. FLINN: | 03:36:48 |
| 6 | Q    Written communications that occurred prior to | 03:36:49 |
| 7 | March 2013. | 03:36:52 |
| 8 | A    So perhaps I didn't quite hear it.  Written | 03:37:02 |
| 9 | communications about what? | 03:37:06 |
| 10 | Q    Any financial terms of any possible Nokia-Samsung | 03:37:10 |
| 11 | license. | 03:37:17 |
| 12 | A    And you said what?  Did anything like that take | 03:37:35 |
| 13 | place before March whatever? | 03:37:38 |
| 14 | Q    2013. | 03:37:40 |
| 15 | A    Not prior to the June negotiation, you don't | 03:37:43 |
| 16 | mean? | 03:37:47 |
| 17 | Q    Because March 2013 is before the June | 03:37:48 |
| 18 | negotiations, it would be before then, but I'm talking | 03:37:54 |
| 19 | about a period whose end time is March 2013. | 03:37:56 |
| 20 | Prior to that time, were there written | 03:38:02 |
| 21 | communications discussing any proposed or possible | 03:38:06 |
| 22 | financial terms of a proposed or possible Nokia-Samsung | 03:38:10 |
| 23 | license? | 03:38:15 |
| 24 | A    That I cannot exactly recall as to whether there | 03:39:02 |
| 25 | was or wasn't anything like that. | 03:39:06 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

126

1    Q    In the period between March 2013 and the date of    03:39:12

2    the June negotiations, did you communicate in writing with    03:39:25

3    anyone on the subject matter of negotiations with Nokia    03:39:31

4    for a patent license?    03:39:44

5    A    Without meaning to say that I have a clear    03:40:41

6    understanding as to what came before or after the month of    03:40:44

7    March, seeing as how it was starting in the month of June    03:40:47

8    that I personally started getting involved in this matter,    03:40:52

9    I would believe that I was probably at least sort of aware    03:40:55

10    as to what kind of amounts were being suggested and being    03:41:00

11    fielded and so forth.    03:41:04

12    Q    And do you believe there are writings that    03:41:07

13    reflect that?    03:41:09

14    A    The way I would look at that, I think it's    03:41:25

15    possible, and then again, maybe not.  I mean, at least    03:41:28

16    based upon my recollection, couldn't tell you for sure one    03:41:32

17    way or the other.    03:41:40

18    Q    I want now to ask you about the June meeting with    03:41:40

19    the Nokia representatives.    03:41:46

20         Did you take any notes during the meeting?    03:41:54

21    A    The June meeting?    03:42:03

22    Q    Yes.    03:42:05

23    A    No, I didn't.    03:42:06

24    Q    To your knowledge, did Mr. Kwak or Mr. Kang take    03:42:06

25    notes?    03:42:10

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

127

1      A    I can't quite recall when it comes to that.  You          03:42:19

2   know, it was a rather short meeting.  There really wasn't         03:42:26

3   a whole much to write down or what.                               03:42:29

4      Q    Did you observe anyone taking any notes during            03:42:34

5   the meeting?                                                      03:42:37

6      A    I really don't think I was observing things too           03:42:48

7   carefully.                                                        03:42:52

8      Q    Does -- you personally have a practice of making          03:42:55

9   any kind of a record of patent license negotiations that         03:43:02

10  you participate in?                                               03:43:09

11         MR. QUINN:  Objection.  Vague and ambiguous.               03:43:26

12         THE WITNESS:  Generally speaking, I, for the most          03:43:30

13  part, you know, don't write things down and, you know,           03:43:36

14  record things.                                                   03:43:38

15  BY MR. FLINN:                                                     03:43:42

16     Q    Is there any practice that any Samsung personnel          03:43:43

17  should follow in memorializing the substance of patent           03:43:50

18  license negotiations?                                             03:43:54

19         MR. QUINN:  Vague and ambiguous.  Improper                 03:44:19

20  opinion.                                                         03:44:21

21         THE INTERPRETER:  The interpreters could not hear          03:44:38

22  the tail end of the...                                           03:44:40

23         THE WITNESS:  You know, some folks tend to write           03:44:49

24  things down.  Some don't.  It all depends the person             03:44:54

25  involved.                                                        03:44:57

128

1   BY MR. FLINN:                                           03:44:59

2       Q    Do you know whether Mr. Kwak or Mr. Kang are   03:44:59

3   people who write these things down?                     03:45:02

4            MR. QUINN:  Objection.  Vague and ambiguous.   03:45:12

5            THE WITNESS:  Sometimes they do.  Sometimes they 03:45:19

6   don't.                                                  03:45:22

7   BY MR. FLINN:                                           03:45:22

8       Q    Are you aware of any written record made by or on 03:45:24

9   behalf of you, Mr. Kwak, or Mr. Kang describing the     03:45:31

10  substance of the June meeting with Nokia?               03:45:36

11           MR. QUINN:  Objection.  Vague.                 03:46:02

12           THE WITNESS:  I can't quite recall.            03:46:06

13  BY MR. FLINN:                                           03:46:07

14      Q    You testified earlier today in some detail about 03:46:11

15  your recollection of the meeting.                       03:46:18

16           Do you recall that testimony?                  03:46:20

17      A    Well, I mean, I recall as to the overall gist. 03:46:43

18      Q    Did you do anything between the June meeting and 03:46:49

19  now to help you remember what happened at that meeting? 03:46:53

20      A    There isn't anything in particular that I've   03:47:14

21  done.                                                   03:47:17

22      Q    Between the time of the June meeting and the   03:47:18

23  present, have you talked to either Mr. Kwak or Mr. Kang 03:47:21

24  about the events that took place in that meeting?       03:47:28

25           MR. QUINN:  For clarification, you mean other  03:47:50

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

129

| | | |
|---|---|---|
| 1 | than he's already testified to? | 03:47:54 |
| 2 | MR. FLINN:  Can I hear the question back, please. | 03:48:07 |
| 3 | MR. QUINN:  My point is that we went over this | 03:48:10 |
| 4 | morning in a conversation with Kwak in September.  I don't | 03:48:12 |
| 5 | want to be accused of coaching the witness.  I trust | 03:48:16 |
| 6 | you're remembering the testimony I'm referring to, and I | 03:48:20 |
| 7 | don't know whether -- | 03:48:23 |
| 8 | MR. FLINN:  I remember that conversation.  I | 03:48:25 |
| 9 | don't remember that conversation as being responsive to my | 03:48:28 |
| 10 | question, which made me want to redo my question. | 03:48:30 |
| 11 | (The record was read as follows: | 03:48:47 |
| 12 | "Q  Between the time of the June | 03:48:47 |
| 13 | meeting and the present, have you | 03:48:47 |
| 14 | talked to either Mr. Kwak or Mr. Kang | 03:48:47 |
| 15 | about the events that took place in | 03:48:47 |
| 16 | that meeting?") | 03:48:48 |
| 17 | MR. FLINN:  My question will stand. | 03:48:53 |
| 18 | MR. QUINN:  Objection.  Asked and answered.  I | 03:49:07 |
| 19 | object to the question, and you're refusing to clarify the | 03:49:13 |
| 20 | issue I've raised, but go ahead. | 03:49:19 |
| 21 | THE WITNESS:  I don't have any recollection that | 03:49:39 |
| 22 | I asked anything -- or talked about anything specific with | 03:49:48 |
| 23 | him, though it is possible, in my mind, that I may have | 03:49:53 |
| 24 | asked possibly a question or two.  But I don't recall | 03:49:56 |
| 25 | anything specific.  So, in other words, I don't have a | 03:49:59 |

130

1    recollection that we had an extensive conversation.          03:50:07

2    BY MR. FLINN:                                                03:50:22

3        Q    Have you ever attempted to learn either what        03:50:23

4    Mr. Kwak or Mr. Kang remember from that meeting?             03:50:28

5        A    To my recollection, no.  I don't believe I've       03:50:46

6    done that.                                                   03:50:48

7        Q    I take it you've become aware, as you sit here      03:50:54

8    today, that what you are alleged to have said in the         03:51:05

9    meeting in June is now a matter of some controversy?         03:51:08

10           MR. QUINN:  I don't -- I really don't understand     03:51:43

11   the question.  Controversy between whom, on what?  He's      03:51:47

12   been here today to answer questions.  Are you suggesting     03:51:54

13   he learned something from the questioning?                   03:52:01

14           I'm going to instruct him not to ask [sic] that      03:52:03

15   question.  I just think it's incapable of -- it's            03:52:05

16   harassment.  And what he has learned or not learned from     03:52:10

17   answering your questions is utterly irrelevant.              03:52:33

18           MR. FLINN:  My question was merely foundational,     03:52:43

19   but given your instruction, I'll have to assume the          03:52:46

20   foundation.                                                  03:52:51

21   BY MR. FLINN:                                                03:52:51

22       Q    My question to you is:  After you learned that      03:52:52

23   what you said at the meeting was the subject of some         03:52:55

24   controversy, did you take any steps at all to try to         03:52:58

25   obtain any other person's recollection of what happened at   03:53:03

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

131

| | | |
|---|---|---|
| 1 | that meeting? | 03:53:06 |
| 2 | MR. QUINN:  And same instruction.  Same basis. | 03:53:07 |
| 3 | Also assumes facts not in evidence.  Don't answer the | 03:54:05 |
| 4 | question. | 03:54:20 |
| 5 | THE WITNESS:  But could you just kind of shorten | 03:54:25 |
| 6 | your questions, please, so that I can better understand | 03:54:27 |
| 7 | your questions. | 03:54:31 |
| 8 | BY MR. FLINN: | 03:54:32 |
| 9 | Q    I'll do what I can. | 03:54:32 |
| 10 | At the June meeting, how many breaks took place? | 03:54:36 |
| 11 | A    I recall it as being twice. | 03:54:54 |
| 12 | Q    How certain are you of that? | 03:54:58 |
| 13 | MR. QUINN:  Vague and ambiguous. | 03:55:04 |
| 14 | THE WITNESS:  That's how I recall things. | 03:55:09 |
| 15 | BY MR. FLINN: | 03:55:11 |
| 16 | Q    Okay.  And is it -- are you certain of your | 03:55:13 |
| 17 | recollection that the Apple-Nokia license agreement was | 03:55:18 |
| 18 | discussed after the first break? | 03:55:25 |
| 19 | MR. QUINN:  Mischaracterizes the witness's | 03:55:44 |
| 20 | testimony.  It's vague and ambiguous. | 03:55:47 |
| 21 | THE WITNESS:  Well, of course, I'm not sure if I | 03:56:01 |
| 22 | can be entirely certain, but at least the way I recall | 03:56:03 |
| 23 | things right now, that's the way it is. | 03:56:06 |
| 24 | BY MR. FLINN: | 03:56:08 |
| 25 | Q    Okay.  Let me ask you some other details about | 03:56:09 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

132

| | | |
|---|---|---|
| 1 | the meeting. | 03:56:12 |
| 2 | Do you recall, first, that you began speaking | 03:56:19 |
| 3 | first at the meeting?  Let me change the question and make | 03:56:23 |
| 4 | it more clear. | 03:56:33 |
| 5 | Do you recall that you were the first person to | 03:56:35 |
| 6 | speak substantively at the meeting? | 03:56:40 |
| 7 | A    When you say "to speak substantively," what do | 03:56:56 |
| 8 | you mean by that? | 03:57:00 |
| 9 | Q    That -- beyond the pleasantries of the meeting | 03:57:01 |
| 10 | starting, that you were the first person to speak to the | 03:57:07 |
| 11 | substance of your negotiations. | 03:57:09 |
| 12 | A    If memory serves, seeing as how I was making an | 03:57:26 |
| 13 | offer, I'm thinking that it was I who started talking | 03:57:39 |
| 14 | first. | 03:57:44 |
| 15 | Q    And do you recall that the first thing you said | 03:57:46 |
| 16 | in substance when you began was that, because the | 03:57:49 |
| 17 | negotiations were not progressing, it was time for you, | 03:57:55 |
| 18 | personally, and Mr. Melin, personally, to talk? | 03:57:59 |
| 19 | MR. QUINN:  Are you going to agree that if he | 03:58:30 |
| 20 | answers this -- we're getting into the substance of the | 03:58:32 |
| 21 | discussions.  You're going to agree that this is not a | 03:58:35 |
| 22 | violation of the NDA, that Apple is present for him to | 03:58:38 |
| 23 | answer these questions? | 03:58:44 |
| 24 | MR. FLINN:  Yes. | 03:58:58 |
| 25 | THE WITNESS:  Not that I recall as to what I may | 03:59:11 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

133

| | | |
|---|---|---|
| 1 | have said sentence by sentence, but what you've just | 03:59:19 |
| 2 | related, it is entirely possible I could have said.  I | 03:59:22 |
| 3 | might have said something like that. | 03:59:27 |
| 4 | BY MR. FLINN: | 03:59:30 |
| 5 | Q    Is it consistent with your recollection that next | 03:59:30 |
| 6 | you said that you have investigated the matters in | 03:59:34 |
| 7 | relation to the case and considered the alternatives of | 03:59:41 |
| 8 | litigation and arbitration? | 03:59:43 |
| 9 | A    As I mentioned earlier, I'm not able to recall | 04:00:25 |
| 10 | each and every utterance by me.  And the sorts of things | 04:00:28 |
| 11 | you're talking about are general in nature, to the extent | 04:00:32 |
| 12 | that it is, on the one hand, possible for me to have said | 04:00:36 |
| 13 | that and then again, maybe not.  I cannot recall. | 04:00:38 |
| 14 | Q    Is it consistent with your recollection that the | 04:00:43 |
| 15 | next thing you said was that you have information on | 04:00:44 |
| 16 | Nokia's agreement with Apple? | 04:00:47 |
| 17 | MR. QUINN:  Objection.  Vague and ambiguous as to | 04:01:08 |
| 18 | "next." | 04:01:10 |
| 19 | At what point in the meeting are you referencing? | 04:01:12 |
| 20 | MR. FLINN:  The last thing I asked him about. | 04:01:26 |
| 21 | MR. QUINN:  Since he said that he couldn't recall | 04:01:31 |
| 22 | whether he said that last thing that you asked him about, | 04:01:34 |
| 23 | it's kind of hard for him to answer the question as | 04:01:37 |
| 24 | phrased.  Because as phrased, it requires him to agree | 04:01:40 |
| 25 | with you that he said something that he's already said -- | 04:01:54 |

134

1        THE REPORTER:  Sorry.  I didn't get that.        04:01:54

2        MR. QUINN:  It requires him to agree with you    04:01:54

3    that he said what he's already said.  He can't remember    04:02:05

4    what he said.                                         04:02:09

5        THE WITNESS:  You know, in terms of the order of    04:02:40

6    things, in terms of what I may or may not have said, in    04:02:42

7    fact, I am unable to recall things in that regard.  What I    04:02:46

8    do recall I have already detailed to you.            04:02:49

9    BY MR. FLINN:                                         04:02:54

10       Q    Please tell me whether or not the following is    04:03:05

11   consistent with your recollection:  That after saying that    04:03:07

12   you had information on Nokia's agreement with Apple, you    04:03:12

13   said that there is a lot of litigation going on and that    04:03:16

14   the information has been received by Samsung's attorneys    04:03:20

15   in the discovery process, and that even if it's supposed    04:03:23

16   to be confidential, all information leaks.            04:03:27

17       MR. QUINN:  Objection.  Asked and answered.      04:04:09

18       THE WITNESS:  I don't think I spoke in that      04:04:18

19   fashion.                                              04:04:19

20   BY MR. FLINN:                                         04:04:25

21       Q    And why is it you don't think you spoke in that    04:04:25

22   fashion?                                              04:04:28

23       A    Because isn't that rather foolish to say     04:04:34

24   something like that?  Earlier I did say that I sort of am    04:04:38

25   thinking that I may have said something along the concept    04:05:06

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

135

| | | |
|---|---|---|
| 1 | of things leaking.  And the reason why I think I said that | 04:05:10 |
| 2 | is -- and this is based upon my own experience -- is | 04:05:14 |
| 3 | because things, confidential or otherwise, sometimes do | 04:05:18 |
| 4 | seem to leak. | 04:05:21 |
| 5 | Take, for instance, in the past with respect to | 04:05:44 |
| 6 | some settlement that we at Samsung had entered into with | 04:05:47 |
| 7 | some other party, you know, lo and behold, we turn around, | 04:05:51 |
| 8 | I see that others seemed to be aware of that over which I | 04:05:56 |
| 9 | was taken aback.  So that's what I had in mind. | 04:06:01 |
| 10 | Q    Am I correct, though -- | 04:06:07 |
| 11 | CHECK INTERPRETER:  I would just strike the | 04:06:09 |
| 12 | phrase "lo and behold." | 04:06:11 |
| 13 | "I just figured out later."  I would just replace | 04:06:13 |
| 14 | it with "I just figured out later that others seemed to be | 04:06:15 |
| 15 | aware of that." | 04:06:20 |
| 16 | BY MR. FLINN: | 04:06:49 |
| 17 | Q    Is it consistent with your recollection that you | 04:06:49 |
| 18 | brought up your knowledge of the terms of the Apple-Nokia | 04:06:56 |
| 19 | license before Mr. Melin said anything about Apple? | 04:07:07 |
| 20 | MR. QUINN:  Objection.  Asked and answered.  It's | 04:07:33 |
| 21 | also vague. | 04:07:38 |
| 22 | THE INTERPRETER:  Also? | 04:07:40 |
| 23 | MR. QUINN:  Vague. | 04:07:44 |
| 24 | THE WITNESS:  As I mentioned earlier, I think, | 04:08:03 |
| 25 | upon Paul Melin saying that a company comparable to | 04:08:06 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

136

| | | |
|---|---|---|
| 1 | Samsung is paying that much money, and upon that, I said, | 04:08:16 |
| 2 | "Might that possibly be Apple." | 04:08:20 |
| 3 | CHECK INTERPRETER:  "Or isn't that Apple." | 04:08:25 |
| 4 | THE INTERPRETER:  Let me just put it this way. | 04:08:30 |
| 5 | "Might that not be possibly Apple." | 04:08:32 |
| 6 | That's what I think I said. | 04:08:35 |
| 7 | CHECK INTERPRETER:  I think the way I heard it | 04:08:36 |
| 8 | is:  "Isn't that Apple." | 04:08:38 |
| 9 | BY MR. FLINN: | 04:08:45 |
| 10 | Q    Is it your recollection, then, that you | 04:08:46 |
| 11 | brought -- you mentioned what you believed to be the | 04:08:51 |
| 12 | financial terms of the Apple-Nokia license only after | 04:08:56 |
| 13 | Mr. Melin made a specific financial proposal to you? | 04:09:01 |
| 14 | MR. QUINN:  Objection.  Mischaracterizes the | 04:09:26 |
| 15 | witness's testimony.  He's testified several times. | 04:09:29 |
| 16 | THE WITNESS:  What I've already related to you, | 04:09:47 |
| 17 | that is what I presently recall. | 04:09:50 |
| 18 | BY MR. FLINN: | 04:09:56 |
| 19 | Q    I want to make sure I understand the sequence of | 04:09:57 |
| 20 | events.  Is it your testimony that you brought up your | 04:09:59 |
| 21 | knowledge or belief as to the financial terms of the | 04:10:06 |
| 22 | Apple-Nokia license agreement only after Nokia made its | 04:10:11 |
| 23 | financial proposal to you? | 04:10:15 |
| 24 | MR. QUINN:  It's the exact same question, I | 04:10:50 |
| 25 | believe.  Mischaracterizes the witness's testimony.  It's | 04:10:53 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

137

1    also vague.                                                    04:11:04

2          THE WITNESS:  That is the way I recall things.          04:11:10

3    BY MR. FLINN:                                                 04:11:17

4      Q    Do you recall the PowerPoint that Mr. Melin           04:11:18

5    presented at the meeting?                                    04:11:22

6      A    No, not exactly.  Not exactly in terms of the         04:11:37

7    contents.  I remember him putting on some PowerPoint, and    04:11:40

8    that it involved large amounts.                              04:11:46

9      Q    Do you recall whether the PowerPoint made any          04:11:49

10   reference to any other licenses that Nokia had?              04:11:53

11         MR. QUINN:  For clarification, by name?                04:12:14

12         MR. FLINN:  No, not necessarily by name.               04:12:20

13         MR. QUINN:  Vague and ambiguous.                       04:12:26

14         Go ahead and answer.                                   04:12:28

15         THE WITNESS:  Nokia did not name any company            04:12:36

16   expressly -- explicitly, rather.  It was just something to   04:12:54

17   the effect that some company was, indeed, paying such an     04:12:59

18   amount.  And I don't even know if that was actually stated   04:13:02

19   orally or whether I gathered as much from the PowerPoint.    04:13:05

20   Nonetheless, they did manage to convey that message to me.   04:13:10

21   BY MR. FLINN:                                                04:13:15

22     Q    Please answer this "yes" or "no."  And I'll agree     04:13:17

23   that a "yes" or "no" answer doesn't waive -- doesn't         04:13:20

24   breach the NDA.                                              04:13:23

25         Do you remember the specific financial proposal         04:13:25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

138

1    that you made at the meeting?                        04:13:29

2         MR. QUINN:  I mean, I have been operating under  04:13:53

3    the assumption that any of this testimony about this  04:13:56

4    meeting was not going to be the subject of a claim that  04:13:58

5    was a breach of the NDA.                             04:14:02

6         MR. FLINN:  I think we've debated that issue too  04:14:20

7    much.  I'd like an answer to my question.            04:14:22

8         MR. QUINN:  Well, no.  Wait a second.  At the top  04:14:26

9    of this discussion about this meeting, I asked you, when  04:14:29

10   answering questions about what was said in this meeting  04:14:35

11   that -- you know, elicited by you as Nokia's counsel,  04:14:37

12   whether Nokia would claim answering your questions would  04:14:40

13   be a breach of the NDA.  And you said you would not make  04:14:44

14   that claim.  Now, you know, you qualified only one      04:14:46

15   question, saying you can answer this one "yes" or "no,"  04:14:51

16   and I won't claim a breach.  So I'm wondering where I am  04:14:54

17   now.                                                  04:14:57

18        MR. FLINN:  All I know is I'm in a deposition.    04:15:03

19   I'm trying to get some answers to my questions.       04:15:05

20        MR. QUINN:  All right.  You are not going to      04:15:06

21   get -- I instruct him not to answer unless you tell us  04:15:06

22   that -- you confirm to us that Nokia's counsel eliciting  04:15:08

23   answers from this witness about what was said in a meeting  04:15:16

24   with your client -- that Nokia is not going to later claim  04:15:19

25   that's a breach of the NDA.                           04:15:23

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

139

| | | |
|---|---|---|
| 1 | It's real simple.  Just tell us that.  I'll let | 04:15:26 |
| 2 | him answer.  Otherwise, I think you've given conflicting | 04:15:27 |
| 3 | advice here today, and I'm feeling kind of insecure. | 04:15:30 |
| 4 | I will instruct him not to answer.  So it's up to | 04:15:35 |
| 5 | you. | 04:15:39 |
| 6 | MR. FLINN:  Well, since I've specifically said | 04:15:39 |
| 7 | that question -- answering that question "yes" or "no" | 04:15:43 |
| 8 | would not constitute a breach -- | 04:15:45 |
| 9 | MR. QUINN:  We're not going to do it that way. | 04:15:48 |
| 10 | How are we supposed to guess where we are?  I mean, | 04:15:52 |
| 11 | sometimes you qualify the question by saying, "I won't | 04:15:55 |
| 12 | claim in answering this one's a breach."  Other times you | 04:15:57 |
| 13 | don't say that.  I don't know whether you're reserving the | 04:16:00 |
| 14 | right to claim that's a breach.  It's nonsense. | 04:16:03 |
| 15 | So you need to be real clear now or I'm not | 04:16:06 |
| 16 | letting him answer any more questions from you on this | 04:16:09 |
| 17 | subject.  It's up to you.  I can point in the record how, | 04:16:10 |
| 18 | you know, you've kind of waffled on this now.  We need | 04:16:17 |
| 19 | some real clear agreement on the record. | 04:16:21 |
| 20 | MR. FLINN:  My concern is that Samsung, as | 04:16:35 |
| 21 | represented by you, has not taken consistent positions | 04:16:46 |
| 22 | regarding the NDA.  I do not want to find myself, as I was | 04:16:50 |
| 23 | earlier today, accused of being -- accomplished full | 04:16:54 |
| 24 | breach and at the same time being forced to discharge your | 04:16:58 |
| 25 | client from similar behavior.  Please don't interrupt me. | 04:17:03 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

140

| | | |
|---|---|---|
| 1 | MR. ZELLER:  Our position is on -- | 04:17:03 |
| 2 | MR. FLINN:  Please don't interrupt me. | 04:17:12 |
| 3 | MR. QUINN:  Just let him say what he wants to | 04:17:12 |
| 4 | say. | 04:17:16 |
| 5 | MR. FLINN:  Could you read back what I started to | 04:17:16 |
| 6 | say. | 04:17:20 |
| 7 | (The record was read as follows: | |
| 8 | "Q   My concern is that Samsung, as | |
| 9 | represented by you, has not taken | |
| 10 | consistent positions regarding the NDA. | |
| 11 | I do not want to find myself, as I was | |
| 12 | earlier today, accused of...breach...") | 04:17:45 |
| 13 | MR. FLINN:  Accused of being an accomplice to | 04:17:45 |
| 14 | some breach while at the same time having to discharge | 04:17:48 |
| 15 | Samsung from such accusations when it has been ordered to | 04:17:54 |
| 16 | appear to answer the questions I'm trying to get asked. | 04:18:08 |
| 17 | I, personally, don't believe that if | 04:18:19 |
| 18 | Mr. -- Dr. Ahn answers these questions in this deposition | 04:18:27 |
| 19 | with Mr. Selwyn that there is any more of a breach than | 04:18:31 |
| 20 | there was when Mr. Koppelman was in the room and the | 04:18:35 |
| 21 | Samsung witness was answering questions about the | 04:18:40 |
| 22 | Apple-Samsung licensing because of the Court order, but | 04:18:44 |
| 23 | what I do want is some reciprocity that you have not | 04:18:56 |
| 24 | afforded me. | 04:19:01 |
| 25 | So you've got a decision now, Mr. Quinn, I guess, | 04:19:02 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

141

1    which is to disobey Judge Grewal's order because I have          04:19:10

2    more questions about what happened at that witness -- at         04:19:16

3    that meeting and terminate this deposition, or you can           04:19:19

4    accept what I've just said and we can proceed.                   04:19:33

5         But if you continue to take the position that              04:19:39

6    Nokia did something wrong by having Mr. Koppelman in the         04:19:43

7    room in depositions the judge ordered and yet insist that       04:19:47

8    I exonerate your client from similar accusations, then we       04:19:52

9    do have a problem, and you have to explain to Judge Grewal       04:19:56

10   why we're back up there.                                         04:20:00

11        MR. QUINN:  I've made my decision, and my                   04:20:02

12   decision is, unless you commit unqualifiedly that his           04:20:06

13   answering questions about this June meeting will not be          04:20:10

14   asserted by Nokia to be a breach of the NDA, he's not           04:20:15

15   answering any more questions.  So you can either make that       04:20:18

16   agreement right now or you can move to another subject.          04:20:21

17        MR. ZELLER:  If I can also just add that there is          04:20:26

18   no inconsistency in our position.  One needs to look at          04:20:29

19   two items.  One is, is who is the owner of the                   04:20:32

20   information, and second who is eliciting the information.        04:20:35

21        What occurred previously is that Apple gave a              04:20:40

22   copy of a letter that was subject to an NDA between              04:20:43

23   Samsung and Apple and gave it to Nokia without Samsung's         04:20:47

24   permission.  That -- and included Samsung's confidential         04:20:52

25   terms that were being offered in it.  That was the breach.       04:20:56

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

142

| | | |
|---|---|---|
| 1 | There was no resemblance to what's going on here. | 04:21:02 |
| 2 | MR. QUINN:  So what would you like to do?  Would | 04:21:05 |
| 3 | you like to agree that you have to withdraw what you said | 04:21:06 |
| 4 | and agree you won't maintain it's a breach, or do you want | 04:21:10 |
| 5 | to move on to another subject?  It's up to you, sir. | 04:21:13 |
| 6 | MR. FLINN:  What I'm going to do is I'm going to | 04:21:16 |
| 7 | ask questions.  And, Mr. Quinn, you will have to decide | 04:21:18 |
| 8 | what you want to do.  What I'm going to do now is ask the | 04:21:27 |
| 9 | reporter to mark as -- | 04:21:32 |
| 10 | MR. ZELLER:  Apple's attorney can also leave. | 04:21:34 |
| 11 | That's the other option.  If you want to do that, Apple's | 04:21:36 |
| 12 | attorney can leave. | 04:21:40 |
| 13 | We're certainly not going to agree that a prior | 04:21:40 |
| 14 | breach between -- by Apple of an NDA under those | 04:21:44 |
| 15 | circumstances somehow be barring the way under these | 04:21:49 |
| 16 | conditions.  It makes no sense. | 04:21:52 |
| 17 | MR. SELWYN:  I decline to leave.  And in | 04:21:55 |
| 18 | addition, there has been no -- nothing that Apple did in | 04:21:59 |
| 19 | the prior deposition that you reference was inappropriate. | 04:22:03 |
| 20 | MR. ZELLER:  We'll see. | 04:22:08 |
| 21 | MR. QUINN:  If I were you, I'd rather get the | 04:22:18 |
| 22 | testimony, just lawyer to lawyer.  Especially since on the | 04:22:20 |
| 23 | record you said a couple of different things today.  You | 04:22:24 |
| 24 | look a little tricky. | 04:22:26 |
| 25 | MR. FLINN:  I'll assume you weren't trying to | 04:22:33 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

143

| | | |
|---|---|---|
| 1 | insult me. | 04:22:36 |
| 2 | MR. QUINN:  I'm just telling you what... | 04:22:37 |
| 3 | MR. FLINN:  What I'm going to do to make maximum | 04:22:40 |
| 4 | use of this witness's valuable time, I'm going to turn to | 04:22:43 |
| 5 | subjects for now that I believe are not controversial.  I | 04:22:49 |
| 6 | expect I'll return to that, and we will -- unfortunately, | 04:22:53 |
| 7 | what seems to be going on with our government this day -- | 04:22:57 |
| 8 | have to confront the issue in a little bit, but for now, | 04:23:01 |
| 9 | let me change the subject. | 04:23:02 |
| 10 | BY MR. FLINN: | 04:23:02 |
| 11 | Q    Dr. Ahn, I just want to know a little bit more | 04:23:05 |
| 12 | about you as a person, if I can.  You testified in answer | 04:23:07 |
| 13 | to Mr. Selwyn's questions about when you started at | 04:23:11 |
| 14 | Samsung and what you did after you were at Samsung.  I'm | 04:23:14 |
| 15 | going to ask you about the time before. | 04:23:21 |
| 16 | First, can you describe for us your formal | 04:23:48 |
| 17 | education from a university and any graduate degrees you | 04:23:54 |
| 18 | have. | 04:23:58 |
| 19 | A    I obtained my bachelor's degree in Korea, came | 04:23:58 |
| 20 | over to the U.S., obtained my master's and doctorate. | 04:24:23 |
| 21 | Q    From what university did you obtain your | 04:24:29 |
| 22 | bachelor's degree? | 04:24:31 |
| 23 | A    I received it from Seoul National University in | 04:24:35 |
| 24 | Korea. | 04:24:40 |
| 25 | Q    And what was the subject matter of your degree? | 04:24:41 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

144

| | | |
|---|---|---|
| 1 | A    Actually, I'm sorry.  I did both my | 04:24:45 |
| 2 | undergraduate, as well as master's degree, both in Korea. | 04:24:50 |
| 3 | I'm suffering from jet lag.  So... | 04:24:54 |
| 4 | Q    I understand. | 04:24:56 |
| 5 | Can you tell us the subject matter of your | 04:24:58 |
| 6 | master's and bachelor's degrees. | 04:25:01 |
| 7 | A    I obtained my bachelor's degree in polymer | 04:25:16 |
| 8 | engineering, and in certain circles they also refer to it | 04:25:20 |
| 9 | as being textile engineering.  But anyhow.  And my | 04:25:23 |
| 10 | master's degree was in metallurgical engineering. | 04:25:27 |
| 11 | Q    And what institution did you attend for your | 04:25:32 |
| 12 | doctorate? | 04:25:35 |
| 13 | A    From the University of Illinois, | 04:25:40 |
| 14 | Urbana-Champaign. | 04:25:42 |
| 15 | Q    And what was the subject matter of your doctoral | 04:25:45 |
| 16 | studies? | 04:25:51 |
| 17 | A    That also was in the area of metallurgical | 04:25:56 |
| 18 | engineering, aka, materials engineering. | 04:26:02 |
| 19 | Q    And did you provide a thesis for part of your | 04:26:06 |
| 20 | doctoral studies? | 04:26:12 |
| 21 | A    Yes. | 04:26:16 |
| 22 | Q    Can you tell us the subject matter of your | 04:26:18 |
| 23 | thesis. | 04:26:20 |
| 24 | A    Even that I almost -- I don't recall.  I only | 04:26:31 |
| 25 | recall that I wrote on the subject of corrosion fatigue. | 04:26:37 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

145

| | | |
|---|---|---|
| 1 | Q    Was your thesis written in English? | 04:26:42 |
| 2 | A    Yes. | 04:26:47 |
| 3 | Q    Were your doctoral classes conducted in English? | 04:26:48 |
| 4 | A    Yes. | 04:26:56 |
| 5 | Q    And while you were a doctoral student, did you | 04:26:57 |
| 6 | teach classes? | 04:27:00 |
| 7 | A    No. | 04:27:06 |
| 8 | Q    Can you tell us the years you got your | 04:27:08 |
| 9 | bachelor's, master's, and doctoral degrees? | 04:27:12 |
| 10 | A    I got my bachelor's degree in '81, master's | 04:27:36 |
| 11 | degree in '83, and a Ph.D. in -- let's see, was it the end | 04:27:40 |
| 12 | of 1990 -- you know, I think I completed it in 1989, but | 04:27:43 |
| 13 | I'm not sure if the degree was handed out in '89 or in | 04:27:50 |
| 14 | 1990. | 04:27:54 |
| 15 | Q    After you started your undergraduate studies, | 04:27:58 |
| 16 | starting then up until the time you worked at Samsung, can | 04:28:05 |
| 17 | you describe any full-time employment you had. | 04:28:09 |
| 18 | MR. QUINN:  Just to try to be helpful.  If you | 04:28:29 |
| 19 | want, these guys have already taken his deposition, and | 04:28:31 |
| 20 | all these questions -- you can find all his employment and | 04:28:35 |
| 21 | everything.  It's already been asked. | 04:28:39 |
| 22 | And we'd be prepared to stipulate that that can | 04:28:48 |
| 23 | be shared with you -- about this information.  They did a | 04:28:51 |
| 24 | pretty good job. | 04:29:01 |
| 25 | THE REPORTER:  Can you say that again. | 04:29:01 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

146

| | | |
|---|---|---|
| 1 | MR. QUINN:  Brian Mueller can take a deposition. | 04:29:08 |
| 2 | BY MR. FLINN: | 04:29:16 |
| 3 | Q    I appreciate the offer, but I'd like to know | 04:29:18 |
| 4 | today.  I won't be able to if the witness doesn't answer | 04:29:21 |
| 5 | the questions. | 04:29:26 |
| 6 | A    I'm sorry.  What was the question? | 04:29:37 |
| 7 | Q    The question was:  Can you walk us through your | 04:29:39 |
| 8 | employment -- any full-time employment you had from the | 04:29:42 |
| 9 | time at the university in Korea up to the time you started | 04:29:45 |
| 10 | at Samsung. | 04:29:48 |
| 11 | A    No. | 04:30:00 |
| 12 | Q    Can you explain why not? | 04:30:01 |
| 13 | A    Because I didn't have a full-time job. | 04:30:13 |
| 14 | Q    Okay.  What was your first full-time job after | 04:30:15 |
| 15 | getting a doctorate degree? | 04:30:21 |
| 16 | A    I came on board with Samsung Electronics. | 04:30:28 |
| 17 | Q    Okay.  I understand that part of your job | 04:30:32 |
| 18 | involves the ultimate supervision of patent litigation | 04:30:45 |
| 19 | that Samsung is engaged in; is that correct? | 04:30:50 |
| 20 | A    Yes. | 04:31:11 |
| 21 | Q    In your career at Samsung, do you have any idea | 04:31:12 |
| 22 | how many United States patent lawsuits you've had ultimate | 04:31:16 |
| 23 | responsibility for? | 04:31:21 |
| 24 | A    Well, before I answer that, I'm actually not | 04:31:59 |
| 25 | really certain as to what is meant by having "ultimate | 04:32:02 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

147

1   responsibility," but that said, if by that you mean to ask          04:32:05

2   as to how many, say, total numbers of cases are currently          04:32:09

3   pending with me being the present IP head, I would say it          04:32:15

4   numbers in the multiple of dozens.          04:32:19

5       Q    And is it fair to say that in those multiple of          04:32:22

6   dozens most of them at least get into the discovery          04:32:28

7   process?          04:32:37

8           MR. QUINN:  Objection.  Lacks foundation.  Calls          04:32:51

9   for speculation.          04:32:56

10          THE WITNESS:  Some do; some don't.          04:33:00

11  BY MR. FLINN:          04:33:03

12      Q    In all the cases that do, is it fair to say that          04:33:03

13  as far as you know there was always a protective order          04:33:08

14  entered to restrict access to confidential information?          04:33:10

15      A    That is what I would think.          04:33:33

16      Q    So I take it you're fairly familiar with          04:33:36

17  protective orders issued by the United States courts?          04:33:40

18          MR. QUINN:  Vague and ambiguous.  Overbroad.          04:33:51

19  Calls for speculation.          04:33:55

20          THE WITNESS:  I know that there are protective          04:34:04

21  orders, but I don't quite know that I'm either familiar          04:34:09

22  with or accustomed to such.          04:34:13

23  BY MR. FLINN:          04:34:16

24      Q    Is it your experience that in U.S. patent          04:34:16

25  litigation Samsung has been required to produce copies of          04:34:20

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

148

| | | |
|---|---|---|
| 1 | its patent licenses with third parties? | 04:34:27 |
| 2 | THE INTERPRETER:  Copies of patent licenses, | 04:34:52 |
| 3 | Counsel? | 04:34:59 |
| 4 | MR. QUINN:  Objection.  Vague.  Ambiguous.  Lacks | 04:34:59 |
| 5 | foundation.  Calls for speculation. | 04:35:02 |
| 6 | THE WITNESS:  That is my understanding. | 04:35:11 |
| 7 | BY MR. FLINN: | 04:35:13 |
| 8 | Q   And in those cases where Samsung's patent | 04:35:14 |
| 9 | licenses are produced, is it your understanding that | 04:35:20 |
| 10 | Samsung designates them to be protected under the | 04:35:23 |
| 11 | protective order so that they are not available to your | 04:35:28 |
| 12 | competitors? | 04:35:33 |
| 13 | MR. QUINN:  Same objections. | 04:35:59 |
| 14 | THE WITNESS:  Not that I personally do anything | 04:36:08 |
| 15 | one way or the other in that regard, but I am of the | 04:36:11 |
| 16 | belief that that is how things go. | 04:36:13 |
| 17 | BY MR. FLINN: | 04:36:16 |
| 18 | Q   Do you believe that Samsung would be damaged if | 04:36:17 |
| 19 | the terms of its patent licenses with third parties became | 04:36:22 |
| 20 | known to competitors? | 04:36:27 |
| 21 | MR. QUINN:  It's an overbroad hypothetical, not | 04:36:52 |
| 22 | specific -- excuse me -- also, you're asking this question | 04:36:57 |
| 23 | of a lawyer.  So I'm going to instruct him not to answer | 04:37:07 |
| 24 | on work product grounds. | 04:37:09 |
| 25 | THE REPORTER:  What was the last part of that? | 04:37:09 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

149

| | | |
|---|---|---|
| 1 | MR. QUINN:  Invades his thought processes. | 04:37:11 |
| 2 | So I instruct you not to answer the question. | 04:37:17 |
| 3 | BY MR. FLINN: | 04:37:35 |
| 4 | Q    Dr. Ahn, in answer to my prior questions, have | 04:37:36 |
| 5 | you completely described all of your formal education from | 04:37:39 |
| 6 | university onwards? | 04:37:44 |
| 7 | A    No. | 04:38:00 |
| 8 | Q    Okay.  Will you answer my question, then, | 04:38:01 |
| 9 | completely and tell me all of the formal education you | 04:38:04 |
| 10 | have, starting from when you were at university. | 04:38:07 |
| 11 | A    In addition to what I've already entailed to you | 04:38:39 |
| 12 | and while working for the company, I came over to the U.S. | 04:38:43 |
| 13 | and attended law school for a period of three years for | 04:38:47 |
| 14 | the purposes of obtaining a JD. | 04:38:51 |
| 15 | Q    And from what institution did you get a JD? | 04:38:54 |
| 16 | A    From Santa Clara University. | 04:38:59 |
| 17 | Q    And were the classes taught to you in English | 04:39:02 |
| 18 | there? | 04:39:10 |
| 19 | A    Yes. | 04:39:10 |
| 20 | Q    And you completed all your examinations in | 04:39:10 |
| 21 | English? | 04:39:12 |
| 22 | A    Yes. | 04:39:14 |
| 23 | Q    And you participated in classroom discussions in | 04:39:16 |
| 24 | English? | 04:39:19 |
| 25 | A    When it comes to discussions, for the most part, | 04:39:24 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

150

| | | |
|---|---|---|
| 1 | I didn't participate. | 04:39:27 |
| 2 | Q    Did you seek admission to the bar in any state in | 04:39:30 |
| 3 | the United States? | 04:39:38 |
| 4 | A    I took the California bar. | 04:39:44 |
| 5 | Q    Did you pass the California bar? | 04:39:46 |
| 6 | A    Yes. | 04:39:50 |
| 7 | Q    And was it administered in English? | 04:39:50 |
| 8 | A    Yes, it's in English. | 04:39:55 |
| 9 | MR. FLINN:  We need to change the recording.  So | 04:40:00 |
| 10 | might as well take a break. | 04:40:02 |
| 11 | THE VIDEOGRAPHER:  This is the end of Media | 04:40:03 |
| 12 | No. 3, and we're off the record at 4:39 p.m. | 04:40:06 |
| 13 | (A break was held in the proceedings.) | 04:40:12 |
| 14 | THE VIDEOGRAPHER:  We are back on the record. | 04:51:42 |
| 15 | This begins Media No. 4, and the time now is 4:51. | 04:51:43 |
| 16 | Counsel. | 04:51:48 |
| 17 | BY MR. FLINN: | 04:51:49 |
| 18 | Q    Dr. Ahn, are you admitted to the bars of any | 04:51:49 |
| 19 | other states besides California? | 04:51:54 |
| 20 | A    I am not. | 04:52:00 |
| 21 | Q    Are you currently an active member of the | 04:52:01 |
| 22 | California bar? | 04:52:04 |
| 23 | A    I am not. | 04:52:06 |
| 24 | Q    Okay.  Are you an active member of any bar in any | 04:52:08 |
| 25 | jurisdiction? | 04:52:12 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

151

| | | | |
|---|---|---|---|
| 1 | A | No. | 04:52:21 |
| 2 | Q | Is Mr. Kwak a lawyer? | 04:52:22 |
| 3 | A | He is not. | 04:52:32 |
| 4 | Q | And is Mr. InDong Kang a doctor -- let me start | 04:52:33 |
| 5 | | over again. | 04:52:40 |
| 6 | | Is Mr. InDong Kang a lawyer? | 04:52:40 |
| 7 | A | Yes. | 04:52:47 |
| 8 | Q | Okay.  And can you tell me where he is admitted | 04:52:47 |
| 9 | | to practice? | 04:52:49 |
| 10 | A | I don't know. | 04:52:55 |
| 11 | Q | Okay.  Do you know whether he was admitted to | 04:52:56 |
| 12 | | practice law in the United States? | 04:53:00 |
| 13 | A | That I do know.  Yeah. | 04:53:05 |
| 14 | Q | Is he admitted to practice in the United States? | 04:53:10 |
| 15 | A | Yes. | 04:53:18 |
| 16 | Q | But you don't know what state? | 04:53:20 |
| 17 | A | Right.  I do not. | 04:53:24 |
| 18 | Q | Okay.  In his job, does he provide legal advice | 04:53:25 |
| 19 | | to Samsung? | 04:53:30 |
| 20 | | MR. QUINN:  Calls for speculation.  Lacks | 04:53:41 |
| 21 | | foundation.  Overbroad. | 04:53:43 |
| 22 | | THE WITNESS:  The way I look at it, I think to | 04:54:00 |
| 23 | | some extent, he does. | 04:54:03 |
| 24 | | BY MR. FLINN: | 04:54:34 |
| 25 | Q | Can we take a look, Doctor, at Ahn Exhibit 7 that | 04:54:34 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

152

| | | |
|---|---|---|
| 1 | was shown to you earlier. | 04:54:40 |
| 2 | Do you see that the -- there is alleged | 04:54:54 |
| 3 | privileged and confidential attorney-client communication | 04:55:03 |
| 4 | and attorney work product? | 04:55:05 |
| 5 | Do you see that? | 04:55:07 |
| 6 | A    Yes. | 04:55:15 |
| 7 | Q    Can you tell us any information that you have | 04:55:16 |
| 8 | that would allow us to conclude that this is, in fact, a | 04:55:21 |
| 9 | privileged communication? | 04:55:24 |
| 10 | MR. QUINN:  I object that it calls for | 04:55:40 |
| 11 | speculation.  It's argumentative.  It calls for a legal | 04:55:43 |
| 12 | conclusion, and it's attorney work product. | 04:55:46 |
| 13 | On that basis, I instruct him not to answer. | 04:56:02 |
| 14 | BY MR. FLINN: | 04:56:08 |
| 15 | Q    Let me ask you the question -- this question, | 04:56:08 |
| 16 | yes -- and I'm only seeking a "yes" or "no" answer. | 04:56:11 |
| 17 | Are you aware of facts that would support the | 04:56:15 |
| 18 | assertion that the redacted material on Exhibit 7 is | 04:56:19 |
| 19 | covered by the attorney-client privilege? | 04:56:24 |
| 20 | MR. QUINN:  Objection.  Lacks foundation, given | 04:56:53 |
| 21 | his earlier testimony that he didn't recognize the | 04:56:58 |
| 22 | document.  Assumes that he knows what's been blacked out | 04:57:04 |
| 23 | here. | 04:57:06 |
| 24 | BY MR. FLINN: | 04:57:37 |
| 25 | Q    You can answer. | 04:57:38 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

153

| | | |
|---|---|---|
| 1 | A    I'm sorry.  What was your question? | 04:57:39 |
| 2 | Q    My question asks only for a "yes" or "no" answer, | 04:57:44 |
| 3 | which is:  Are you aware of any facts that would support | 04:57:48 |
| 4 | the assertion that the material redacted from Exhibit 7 is | 04:57:55 |
| 5 | subject to the attorney-client privilege? | 04:58:02 |
| 6 | MR. QUINN:  Objection.  Lacks foundation, given | 04:58:27 |
| 7 | his earlier testimony that he doesn't recognize the | 04:58:29 |
| 8 | document.  It assumes that -- as phrased, it assumes that | 04:58:32 |
| 9 | he knows what's been blocked out in the document. | 04:58:36 |
| 10 | THE WITNESS:  And so am I to answer, or what? | 04:59:01 |
| 11 | MR. QUINN:  I didn't instruct you not to answer. | 04:59:04 |
| 12 | THE WITNESS:  Since I don't know what the | 04:59:13 |
| 13 | contents are, just based upon what I'm looking at here, I | 04:59:14 |
| 14 | have no basis with which to say either yea or nay. | 04:59:17 |
| 15 | BY MR. FLINN: | 04:59:23 |
| 16 | Q    Looking at the attachment that's referenced in | 04:59:24 |
| 17 | Exhibit 7, as you sit here today, do you know whether or | 04:59:27 |
| 18 | not that attachment contains information about the | 04:59:30 |
| 19 | financial terms of the Nokia-Apple license? | 04:59:36 |
| 20 | A    I am unable to know as to what is embodied within | 05:00:03 |
| 21 | that just by looking at this here. | 05:00:07 |
| 22 | Q    How many computers, if any, do you use in | 05:00:10 |
| 23 | accessing your e-mail?  And I'm talking about the period | 05:00:18 |
| 24 | between March 2013 and the present. | 05:00:21 |
| 25 | A    I use one. | 05:00:39 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

154

| | | |
|---|---|---|
| 1 | Q    And where is that computer? | 05:00:41 |
| 2 | A    Within my office. | 05:00:45 |
| 3 | Q    Okay.  Is it a desktop or a laptop? | 05:00:47 |
| 4 | A    It's a desktop. | 05:00:51 |
| 5 | Q    And to your knowledge, has anyone in the last two | 05:00:53 |
| 6 | months taken an image of that hard drive in connection | 05:00:59 |
| 7 | with the protective order dispute that we've been talking | 05:01:05 |
| 8 | about? | 05:01:08 |
| 9 | A    I was told that somebody was going to do that. | 05:01:27 |
| 10 | Q    To your knowledge, that's been done? | 05:01:31 |
| 11 | A    I have been told that it has been done. | 05:01:34 |
| 12 | Q    Who told you that? | 05:01:36 |
| 13 | A    Right now I cannot recall who. | 05:01:41 |
| 14 | Q    Do you recall when you were told that? | 05:01:44 |
| 15 | A    I think it was a few weeks ago. | 05:01:50 |
| 16 | Q    The court reporter is going to hand you a | 05:01:52 |
| 17 | document we've marked as Exhibit 10. | 05:01:56 |
| 18 | (Ahn Exhibit 10 was marked for | 05:02:03 |
| 19 | identification.) | 05:02:04 |
| 20 | BY MR. FLINN: | 05:02:04 |
| 21 | Q    I'd ask you to take a look at it long enough to | 05:02:05 |
| 22 | know and to tell us whether you recognize it. | 05:02:08 |
| 23 | A    I think this is the first time I'm coming across | 05:02:26 |
| 24 | this. | 05:02:29 |
| 25 | Q    Okay.  You can answer this "yes" or "no," because | 05:02:29 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

155

| | | |
|---|---|---|
| 1 | I'm not interested in the substance of any communications | 05:02:34 |
| 2 | with your lawyers.  But, as you sit here today, are you | 05:02:37 |
| 3 | aware that Nokia and Samsung, through their lawyers, | 05:02:41 |
| 4 | entered into a stipulation in connection with the issue of | 05:02:47 |
| 5 | disclosure of the Apple-Nokia license terms? | 05:02:59 |
| 6 | MR. QUINN:  Dr. Ahn, I instruct you that in | 05:03:45 |
| 7 | answering that question, if you have information | 05:03:49 |
| 8 | responsive based on sources other than lawyers who have | 05:03:54 |
| 9 | communicated information to you in connection with | 05:03:57 |
| 10 | providing legal advice, you can answer it.  If your only | 05:03:59 |
| 11 | source of information that you have is lawyers | 05:04:03 |
| 12 | representing the company providing legal advice, I | 05:04:05 |
| 13 | instruct you not to answer. | 05:04:08 |
| 14 | THE WITNESS:  I'm unable to answer. | 05:04:34 |
| 15 | BY MR. FLINN: | 05:04:35 |
| 16 | Q    Is there any officer of Samsung besides yourself | 05:04:39 |
| 17 | responsible for ensuring that Samsung complies with the | 05:04:43 |
| 18 | agreements contained in the stipulation? | 05:04:48 |
| 19 | MR. QUINN:  I object.  Assumes facts not in | 05:05:17 |
| 20 | evidence.  Lacks foundation.  Witness hasn't had a chance | 05:05:21 |
| 21 | to even read the stipulation so wouldn't know | 05:05:24 |
| 22 | whether -- he, the witness, wouldn't necessarily know if | 05:05:30 |
| 23 | there is any agreements there at all. | 05:05:32 |
| 24 | THE WITNESS:  There is some other | 05:06:04 |
| 25 | individual -- there are some other individuals who handle | 05:06:07 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

156

| | | |
|---|---|---|
| 1 | this kind of work aside from me. | 05:06:11 |
| 2 | BY MR. FLINN: | 05:06:14 |
| 3 | Q   Who are those individuals? | 05:06:14 |
| 4 | A   I don't quite know as to who actually has been | 05:06:20 |
| 5 | tasked with handling things of that regard with respect to | 05:06:24 |
| 6 | this case. | 05:06:27 |
| 7 | Q   Is there some employee within Samsung who has | 05:06:30 |
| 8 | primary responsibility for the Apple Samsung U.S. | 05:06:36 |
| 9 | litigation? | 05:06:40 |
| 10 | A   Several people do that. | 05:06:56 |
| 11 | Q   Who are they? | 05:06:58 |
| 12 | A   You're asking for names? | 05:07:04 |
| 13 | Q   Yes, please. | 05:07:06 |
| 14 | A   There is an attorney by the name of Eric Cha, | 05:07:10 |
| 15 | C-h-a; another one named Richard An, A-n; a Rosa Kim.  And | 05:07:16 |
| 16 | I also would understand Daniel Shim, S-h-i-m, also to have | 05:07:29 |
| 17 | been involved to a certain extent. | 05:07:36 |
| 18 | And let's see who else.  There are a few others, | 05:07:39 |
| 19 | but their names don't readily come to mind. | 05:07:49 |
| 20 | Q   Do all of those people work in the IP Center that | 05:07:54 |
| 21 | you're the head of? | 05:08:07 |
| 22 | THE REPORTER:  I need the end of that question. | 05:08:07 |
| 23 | THE INTERPRETER:  "That you're the head of." | 05:08:10 |
| 24 | THE WITNESS:  Yes. | 05:08:10 |
| 25 | /// | |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

157

| | | |
|---|---|---|
| 1 | BY MR. FLINN: | 05:08:16 |
| 2 | Q   Are you in a position to give the judge any | 05:08:16 |
| 3 | assurance that Samsung will comply with any of the | 05:08:20 |
| 4 | provisions agreed to in the stipulation? | 05:08:27 |
| 5 | MR. QUINN:  I instruct him not to answer the | 05:08:47 |
| 6 | question for reasons previously stated.  He's here to | 05:08:50 |
| 7 | answer the proper fact questions. | 05:08:55 |
| 8 | Once again, no foundation has been laid.  In | 05:09:05 |
| 9 | fact, the witness testified he hasn't previously seen this | 05:09:14 |
| 10 | document.  At this point, it's harassment. | 05:09:18 |
| 11 | BY MR. FLINN: | 05:09:31 |
| 12 | Q   At this point, Dr. Ahn, I'm going to start asking | 05:09:33 |
| 13 | you questions, again, about the June meeting.  And I'm | 05:09:37 |
| 14 | going to make my position as clear as I can with respect | 05:09:42 |
| 15 | to not only the answers you give to my current questions, | 05:09:46 |
| 16 | but any of the answers that you've given in this | 05:09:51 |
| 17 | deposition today. | 05:09:54 |
| 18 | It is Nokia's position that it is not a breach of | 05:09:56 |
| 19 | any nondisclosure agreement to give testimony that is | 05:09:59 |
| 20 | compelled by Court order where the individuals who have | 05:10:05 |
| 21 | access to it are expressly given permission to have access | 05:10:14 |
| 22 | by Court order.  That applies to all of my questions I've | 05:10:20 |
| 23 | asked you; all the questions, I believe, Mr. Selwyn has | 05:10:25 |
| 24 | asked you; and all the questions I'm going to ask you. | 05:10:29 |
| 25 | So with that statement in mind, I'm going to | 05:10:32 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

158

| | | |
|---|---|---|
| 1 | start again, but before you answer, give your counsel a | 05:10:34 |
| 2 | chance, because he may instruct you not to answer those | 05:10:37 |
| 3 | questions. | 05:10:39 |
| 4 | MR. QUINN:  Right.  That is kind of a | 05:10:40 |
| 5 | mealy-mouthed response.  Are you agreeing now that if he | 05:10:47 |
| 6 | answers the questions about the June meeting in front of | 05:10:50 |
| 7 | Apple that Nokia will not claim that that's a breach of | 05:10:52 |
| 8 | the NDA?  "Yes" or "no"?  "Yes" or "no," sir? | 05:10:57 |
| 9 | MR. FLINN:  I thought long and hard about what I | 05:11:01 |
| 10 | was going to say.  I've said exactly what I mean, and you | 05:11:04 |
| 11 | do what you want to do. | 05:11:13 |
| 12 | MR. QUINN:  Okay.  I think what you've said -- | 05:11:13 |
| 13 | you've said several different things.  You've blown hot | 05:11:16 |
| 14 | and cold on this issue on the record here today. | 05:11:19 |
| 15 | I ask you again, if he answers these questions | 05:11:23 |
| 16 | about the June meeting, will Nokia agree that his | 05:11:26 |
| 17 | answering these questions in front of Apple will not be | 05:11:30 |
| 18 | objected to by Nokia as being a breach of the NDA?  "Yes" | 05:11:36 |
| 19 | or "no," sir? | 05:11:40 |
| 20 | MR. FLINN:  My answer is exactly what I said a | 05:11:42 |
| 21 | few minutes ago. | 05:11:44 |
| 22 | MR. ZELLER:  Perhaps -- | 05:11:45 |
| 23 | MR. FLINN:  Indeed, the court reporter can read | 05:11:46 |
| 24 | it back. | 05:11:47 |
| 25 | MR. QUINN:  So you're just -- you're hedging. | 05:11:48 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

159

1    You're being mealy-mouthed.  I don't know why you're          05:11:50

2    playing this game.                                            05:11:53

3         What -- the preface that you made a moment ago,          05:11:55

4    frankly, I find unintelligible, and English is my mother      05:11:59

5    tongue.                                                       05:12:04

6         You know, it's simple to say "yes" or "no."  If         05:12:05

7    you want this testimony, just say, "Nokia will never claim    05:12:07

8    that your answering my questions was a breach of the NDA,     05:12:11

9    and it's fine if Apple's here, and we won't make that        05:12:14

10   contention."  If you can't say yes to that, then he's not     05:12:19

11   going to answer your questions.  Simple as that.              05:12:22

12        MR. FLINN:  Since you claim not to understand my         05:12:24

13   position, I will try to restate it.  Hopefully, you will,     05:12:27

14   in good faith, try to understand it.                          05:12:30

15        It is not a breach of the NDA between Nokia and          05:12:32

16   Samsung and it is not a breach of the NDA, in my view,        05:12:39

17   between Apple and Samsung for this witness to answer          05:12:45

18   questions in a deposition compelled by the Court where the    05:12:49

19   participants in the deposition are permitted by that order    05:12:54

20   to be present.                                                05:12:57

21        I believe that is so clear that you have                 05:13:00

22   absolutely no basis for complaining that somehow Nokia's      05:13:02

23   hedging on this issue.  The reason I am not buying into       05:13:06

24   your cross-examination of me is because I believe Samsung     05:13:10

25   is trying to have it both ways, trying to insist on           05:13:14

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

160

1    protection for its witnesses when it, on the one hand,          05:13:18

2    wants to, but wants to reserve the right to prosecute          05:13:24

3    parties or lawyers for doing what the Court has ordered to     05:13:28

4    be done.                                                       05:13:33

5          I am not going to sit still for that, and I'm not        05:13:35

6    going to buy into it.  So you've got a very difficult          05:13:37

7    decision to make, Mr. Quinn.                                   05:13:41

8          MR. QUINN:  It's not difficult at all.                   05:13:42

9          MR. FLINN:  Let me finish.  Let me finish.               05:13:43

10         MR. QUINN:  It's not difficult at all.                   05:13:50

11         MR. FLINN:  All right.  You have no doubt --             05:13:50

12         THE REPORTER:  I can't take both of you down at          05:13:50

13   the same time.                                                 05:13:50

14         MR. QUINN:  You don't want to say "yes" or "no."         05:13:50

15   You don't want to say "yes" or "no."  It's comical.            05:13:52

16   BY MR. FLINN:                                                  05:13:59

17     Q    Dr. Ahn, in your answer to Mr. Selwyn's                 05:13:59

18   questions, you talked about making an estimate of what you     05:14:05

19   thought were the financial terms of the Apple                  05:14:13

20   license -- Apple-Nokia agreements.                             05:14:19

21         Do you recall that testimony?                            05:14:21

22         MR. QUINN:  Are you referring to an estimate             05:14:41

23   that's -- that's said in the June meeting?  I'm asking for     05:14:43

24   that clarification.                                            05:14:50

25         MR. FLINN:  My question is what it is, and I'd           05:14:59

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

161

1    like an answer.                                              05:15:03

2         MR. QUINN:  My problem is if you're asking him          05:15:05

3    about what he referred to earlier as an estimate that he     05:15:08

4    voiced in the June meeting and you've declined to say that   05:15:11

5    his answering the question will not be deemed a breach of    05:15:17

6    the NDA, if that's what you're referring to, I instruct      05:15:20

7    him not to answer.                                           05:15:23

8         If you're asking him about something else outside       05:15:24

9    that meeting, which you're not reserving the right to        05:15:27

10   accuse him of violating the NDA, then that's something       05:15:31

11   else.  So I'll ask for that clarification.  If you don't     05:15:35

12   want to clarify, I'll instruct him not to answer.            05:15:37

13        MR. FLINN:  I stand on my question.                     05:15:40

14        MR. QUINN:  I stand on my instruction.                  05:15:42

15   BY MR. FLINN:                                                05:15:46

16   Q    Prior to the June meeting, did you come up with         05:15:47

17   what you believed to be an estimate of the financial terms   05:15:54

18   of the Apple-Nokia license?                                  05:16:02

19   A    Yes.                                                    05:16:29

20   Q    Do any writings exist that would document your          05:16:29

21   analysis or methodology?                                     05:16:35

22   A    Probably not.                                           05:16:48

23   Q    Can you explain to us today the analysis or            05:16:50

24   methodology that you used to derive that number?             05:16:53

25        MR. QUINN:  Other than what he's already said?          05:17:09

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

162

| | | |
|---|---|---|
| 1 | MR. FLINN:  I stand by my question. | 05:17:14 |
| 2 | MR. QUINN:  The question has been asked and | 05:17:18 |
| 3 | answered.  We're wasting time now. | 05:17:22 |
| 4 | THE WITNESS:  Simply understand it as having been | 05:17:46 |
| 5 | the case that I, based on the many media sources that I | 05:17:51 |
| 6 | read, the many individuals whom I would meet and hear | 05:17:56 |
| 7 | things from -- you know, I basically gathered all that up | 05:18:00 |
| 8 | and came up with my estimation.  It's not like I relied on | 05:18:04 |
| 9 | any particular formula, or what. | 05:18:08 |
| 10 | BY MR. FLINN: | 05:18:16 |
| 11 | Q    Is it fair to say, sir, that, as you sit here | 05:18:21 |
| 12 | today, you can't recall all of the sources of information | 05:18:26 |
| 13 | that you used to derive that number? | 05:18:28 |
| 14 | A    Well, I'm unable to recall things in terms of | 05:18:47 |
| 15 | what it exactly was that I saw exactly where. | 05:18:51 |
| 16 | Q    My question now is directed to your state of mind | 05:18:56 |
| 17 | when you made the decision to tell Nokia what you believed | 05:19:03 |
| 18 | to be the terms of the Apple-Nokia license agreement. | 05:19:09 |
| 19 | Did you intend or desire for Nokia to believe | 05:19:34 |
| 20 | that your information was accurate? | 05:19:42 |
| 21 | A    Sir, I think the way we can look at this is, in | 05:20:21 |
| 22 | view of how Nokia was at least indirectly insinuating that | 05:20:25 |
| 23 | Apple was paying lots and lots of money, I was, basically, | 05:20:31 |
| 24 | saying, on the contrary, that probably is not so.  I | 05:20:35 |
| 25 | was -- I made an effort to push them to make that -- drive | 05:20:42 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

163

1    that home.                                                    05:20:49

2        Q    When you made the decision to say what you said     05:21:13

3    to Nokia about the terms of the Nokia-Apple license, how     05:21:17

4    sure were you that you were right?                           05:21:23

5            MR. QUINN:  Vague.  Ambiguous.  Improper opinion.    05:21:42

6            THE WITNESS:  I didn't think about anything like     05:21:51

7    that.                                                        05:21:52

8    BY MR. FLINN:                                                05:21:58

9        Q    When you arrived at the number or numbers that      05:22:02

10   you spoke, did you believe those numbers were correct?       05:22:05

11           MR. QUINN:  Wait.  Wait.  Wait.  Is there an         05:22:33

12   issue?                                                       05:22:35

13           THE INTERPRETER:  No.                                05:22:36

14           THE WITNESS:  At that time, when I was coming up     05:22:43

15   with this guesstimate as to the initial payments of          05:23:03

16   being -- ██████████████████████████████                     ████████

     ██████                                                       05:23:20

18           THE INTERPRETER:  Interjection.  The witness         05:23:22

19   apparently did misspeak himself.  He's now correcting the    05:23:23

20   interpreter.  But people misspeak oftentimes.               05:23:23

21           THE WITNESS:  ████████████████████████              ████████

     ██████████████████████████████████████████████              ████████

     ██████  ████████████████████████                            05:23:35

24           I mean, it's a range we're talking about.           05:23:37

25   Generally speaking, you don't think in terms of whether      05:23:39

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

164

1    that's accurate or what, do you?                          05:23:42

2         MR. FLINN:  Madam Reporter, can you read back my     05:23:59

3    question, please.                                         05:24:02

4         (The record was read as follows:                     05:24:05

5         "Q   When you arrived at the number or               05:24:05

6         numbers that you spoke, did you believe              05:24:05

7         those numbers were correct?")                        05:24:10

8    BY MR. FLINN:                                             05:24:10

9    Q   Doctor, because I'm not sure I understood your        05:24:10

10   answer, I don't think you may have understood the         05:24:12

11   question.                                                 05:24:14

12        Do you understand the question now that it's been    05:24:15

13   read back?                                                05:24:18

14        MR. QUINN:  I don't think that's appropriate.  I     05:24:27

15   thought his answer indicated he understood the question   05:24:30

16   completely.                                               05:24:33

17   BY MR. FLINN:                                             05:24:43

18   Q   Now that you've heard the question read back the      05:24:44

19   second time, do you believe that is the same one you      05:24:47

20   answered?                                                 05:24:49

21        MR. QUINN:  You're now asking him whether the        05:24:57

22   reporter accurately read back your question?              05:24:59

23        He answered the question saying it's a range.        05:25:03

24   You don't think in terms of whether it's accurate or      05:25:05

25   inaccurate.                                               05:25:08

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

165

1    You asked him is it accurate.  He said I don't                05:25:08

2    think in those terms.  It's whether -- it's a range.          05:25:11

3    Wait.  Wait.  Wait.  Wait.  There is no question              05:25:33

4    pending.  The only question pending is whether the            05:25:35

5    reporter accurately read his other question, and you don't    05:25:37

6    have to answer that, so...                                    05:25:42

7    BY MR. FLINN:                                                 05:25:45

8    Q    That's not the question I asked.  I'd like an            05:25:45

9    answer to the question I asked.                               05:25:49

10   MR. QUINN:  Why don't you restate it, because I               05:25:52

11   believe that is the question you asked.  You lost me.         05:25:55

12   MR. FLINN:  Would you read back the same                      05:25:58

13   question, Madam Reporter, that I asked you to read back a     05:26:00

14   few minutes ago.                                              05:26:03

15   MR. QUINN:  And I would like to hear the answer               05:26:04

16   as well, then.  The question and answer.                      05:26:06

17   MR. FLINN:  That's fine.  Let's do both.                      05:26:07

18   (The record was read as follows:                              05:27:17

19   "Q    When you arrived at the number or

20   numbers that you spoke, did you believe

21   those numbers were correct?

22   "THE WITNESS:  At that time, when I was

23   coming up with this guesstimate as to

24   the initial payments of being --

25   initial payments being anywhere between

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

166

6           "I mean, it's a range we're

7       talking about.  Generally speaking, you

8       don't think in terms of whether that's

9       accurate or what, do you?")                                    05:27:19

10   BY MR. FLINN:                                                      05:27:38

11       Q    Let's start with the number you believed to be           05:27:39

12   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  When you                                   05:27:44

13   came to your conclusion about that number, did you believe        05:28:00

14   that number to be accurate?                                       05:28:03

15           MR. QUINN:  It's vague.  Ambiguous.  Assumes              05:28:14

16   facts not in evidence.                                            05:28:17

17           THE WITNESS:  As you know, I stated earlier that          05:28:37

18   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                    05:29:06

19   whereas with the second instance -- in the second                 05:29:11

20   instance, I suggested a range.  Did I not?                        05:29:14

21           The reason why I stated things that way was               05:29:17

22   because I was certain that I was probably correct as to           05:29:19

23   the former number, and the reason for that was because            05:29:24

24   many publications from that point in time suggested as            05:29:27

25   much,▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  And                                   05:29:31

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

167

| | | |
|---|---|---|
| 1 | so that's why. | 05:29:37 |
| 2 | THE INTERPRETER:  Interjection.  The witness | 05:29:39 |
| 3 | clearly misspoke.  It's on the record. | 05:29:40 |
| 4 | CHECK INTERPRETER:  No.  I think he | 05:29:42 |
| 5 | actually -- his pronouncing was not really clear, but I | 05:29:44 |
| 6 | ██████████████████  But, anyway. | 05:29:49 |
| 7 | THE INTERPRETER:  No.  I think it's clear.  But | 05:29:51 |
| 8 | it's on the video.  So I just wanted that to be clear. | 05:29:52 |
| 9 | MR. QUINN:  Don't say anything.  Okay?  It's | 05:30:01 |
| 10 | going to make it worse. | 05:30:04 |
| 11 | BY MR. FLINN: | 05:30:05 |
| 12 | Q   ████████████████████████ | ████████ |
| ██ | ██████████████████████████ | 05:30:09 |
| 14 | MR. QUINN:  Objection.  That question was just | 05:30:30 |
| 15 | asked and answered.  We're talking about the annual | 05:30:33 |
| 16 | payment. | 05:30:35 |
| 17 | THE WITNESS:  This is not a matter of whether I | 05:30:49 |
| 18 | was accurate or not.  I stated the smallest number from | 05:30:53 |
| 19 | within the range that I had in mind. | 05:30:57 |
| 20 | BY MR. FLINN: | 05:31:00 |
| 21 | Q   I understand that. | 05:31:01 |
| 22 | And my question is quite simply:  When you stated | 05:31:02 |
| 23 | that smallest number, did you believe at the time that | 05:31:05 |
| 24 | that was, in fact, the correct number?  Or was there | 05:31:09 |
| 25 | uncertainty in your mind that that lower number was the | 05:31:26 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

168

| | | |
|---|---|---|
| 1 | correct number? | 05:31:29 |
| 2 | MR. QUINN:  Objection.  Asked and answered. | 05:31:40 |
| 3 | Compound. | 05:31:45 |
| 4 | THE WITNESS:  I'm sorry.  Here -- in my opinion, | 05:31:53 |
| 5 | in going about engaging in any negotiation, when people | 05:32:01 |
| 6 | state numbers like that, I don't think there is any one | 05:32:05 |
| 7 | person who actually thinks about whether this is accurate | 05:32:08 |
| 8 | or not accurate.  I don't think there are people like | 05:32:12 |
| 9 | that. | 05:32:15 |
| 10 | BY MR. FLINN: | 05:32:17 |
| 11 | Q    Okay.  Again, I'm interested in your state of | 05:32:18 |
| 12 | mind at the time you made the decision to express those | 05:32:20 |
| 13 | numbers to Nokia. | 05:32:23 |
| 14 | Did you give any thought to whether your | 05:32:27 |
| 15 | credibility would be affected if it turned out that your | 05:32:31 |
| 16 | statement was wrong? | 05:32:41 |
| 17 | A    Sir, when you play poker, just because I bluff -- | 05:33:24 |
| 18 | when you bluff, if it turns out otherwise, does a person | 05:33:30 |
| 19 | lose credibility? | 05:33:34 |
| 20 | Q    That's my question to you, sir.  Do you lose | 05:33:37 |
| 21 | credibility? | 05:33:40 |
| 22 | MR. QUINN:  Wait.  Wait.  Wait.  Wait.  We're not | 05:33:46 |
| 23 | going to answer questions about poker here.  I instruct | 05:33:48 |
| 24 | you not to answer that.  I know you brought it up, but | 05:33:51 |
| 25 | we're not going to do it.  Next question. | 05:33:55 |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

169

1    MR. FLINN:  I listened to -- for some legal          05:34:03

2    theory underlying that instruction.  If there was one, I   05:34:05

3    missed it.                                            05:34:09

4    MR. QUINN:  Well, it's also irrelevant.  It's        05:34:12

5    harassment.  It's a waste of time.                    05:34:15

6    BY MR. FLINN:                                         05:34:17

7    Q    Would you agree, sir, that your credibility is   05:34:20

8    not at risk if you are certain that the numbers you are   05:34:27

9    quoting are correct?                                  05:34:33

10   MR. QUINN:  Overbroad.  Overly general.  Not tied     05:34:53

11   to any particular circumstance or fact scenario.  It's   05:34:56

12   harassment, waste of time.                            05:35:01

13   THE WITNESS:  As far as I'm concerned, when a         05:35:40

14   person goes about engaging in any negotiation, including   05:35:45

15   bluffing as necessary, generally speaking, just because   05:35:49

16   some numbers as indicated pan out to be wrong doesn't mean   05:35:53

17   that the person loses credibility, nor does the person   05:36:00

18   gain more credibility if the numbers should happen to turn   05:36:04

19   out to be right.                                      05:36:06

20   BY MR. FLINN:                                         05:36:44

21   Q    Am I correct, sir, that at the meeting you did   05:36:44

22   not express to Nokia any uncertainty that you had as to   05:36:48

23   the financial terms of the Apple-Nokia license?       05:36:57

24   MR. QUINN:  I instruct him not to answer unless       05:37:16

25   Nokia agrees that it will never claim that his answering   05:37:19

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

170

1   this question in the presence of Apple's counsel is a          05:37:22

2   breach of the nondisclosure agreement.                         05:37:26

3   BY MR. FLINN:                                                   05:37:46

4       Q    I've already agreed that any answer this witness      05:37:46

5   gives or any of the other witnesses have given in this         05:37:49

6   deposition compelled by the Court is not a breach of any       05:37:52

7   nondisclosure agreement.                                       05:38:00

8            MR. QUINN:  Go ahead.  Answer the question.           05:38:20

9            THE WITNESS:  Can I have the question again,          05:38:23

10  please.                                                        05:38:26

11           MR. FLINN:  Madam Reporter, can you read it back,     05:38:26

12  please.                                                        05:38:29

13           (The record was read as follows:                     05:38:45

14           "Q   Am I correct, sir, that at the                   05:38:45

15           meeting you did not express to Nokia                  05:38:45

16           any uncertainty that you had as to the                05:38:45

17           financial terms of the Apple-Nokia                    05:38:45

18           license?")                                            05:39:04

19           THE WITNESS:  After the conclusion of the             05:39:04

20  meeting, we had dinner together, and it does not seem to       05:39:14

21  me that I discussed anything like that.  We just had a         05:39:18

22  good time, you know, spent time together.                      05:39:22

23           CHECK INTERPRETER:  Actually, my take on that is      05:39:31

24  a little different.                                            05:39:33

25           THE WITNESS:  So after the meeting, we had            05:39:34

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

171

| | | |
|---|---|---|
| 1 | dinner, and I don't think there was any indication like | 05:39:35 |
| 2 | that at the meeting.  At the dinner meeting. | 05:39:38 |
| 3 | THE INTERPRETER:  Interjection.  I appreciate my | 05:39:41 |
| 4 | colleague's perspective, but given the premise of the | 05:39:42 |
| 5 | question, I believe he was probably answering it in the | 05:39:45 |
| 6 | first person.  But... | 05:39:47 |
| 7 | BY MR. FLINN: | 05:39:50 |
| 8 | Q    Given the difference between the translations, | 05:39:50 |
| 9 | I'm going to try and focus my question. | 05:39:52 |
| 10 | At any time during the meeting or in the dinner | 05:39:55 |
| 11 | that followed, did you express any uncertainty to Nokia as | 05:39:58 |
| 12 | to the numbers that you had quoted for the Nokia-Apple | 05:40:04 |
| 13 | license agreement? | 05:40:09 |
| 14 | A    Why do I need to do that?  No, I didn't. | 05:40:43 |
| 15 | Q    The -- were the financial terms that you proposed | 05:40:49 |
| 16 | to Nokia for a license Samsung was willing to accept -- | 05:41:00 |
| 17 | did they correspond at all to any of the financial terms | 05:41:04 |
| 18 | you quoted for the Nokia-Apple license? | 05:41:07 |
| 19 | THE INTERPRETER:  Just by way of clarification | 05:41:13 |
| 20 | for the interpreter, "were the financial terms," and so | 05:41:15 |
| 21 | forth? | 05:41:19 |
| 22 | BY MR. FLINN: | 05:41:19 |
| 23 | Q    I'll re-ask the question, because the interpreter | 05:41:19 |
| 24 | may not have been sure of what the question was. | 05:41:23 |
| 25 | Was there any correspondence between the | 05:41:26 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

172

1    financial offer Samsung made at that meeting and the terms        05:41:28

2    you quoted in the meeting for the Nokia-Apple license?            05:41:32

3            MR. QUINN:  Objection.  Vague and ambiguous as to         05:41:55

4    "correspondence."                                                 05:41:57

5            THE WITNESS:  My understanding is that there              05:42:08

6    wasn't a whole lot of relevance.                                  05:42:11

7            Mr. Interpreter, rather than relevance, my point          05:42:20

8    is that there isn't a whole lot of relatedness.                   05:42:23

9    BY MR. FLINN:                                                     05:42:31

10       Q   ████████████████████████████████████████         ██████

██       ████████████████████████████████                             05:42:37

12           MR. QUINN:  It's vague and ambiguous.  Could mean         05:43:01

13   two different things.                                             05:43:07

14   BY MR. FLINN:                                                     05:43:15

15       Q   Rephrase the question.                                    05:43:16

16           ████████████████████████████████                 ██████

██   ████████████████████████████████████████████             ██████

██   █████████████                                            ██████

██      █ ████████████████████████████  ████████████████      ██████

██   ███████████████████████                                  ██████

██      █ ██████  ████████████████████████████████            ██████

██   █████████████████████                                    ██████

██      █ ██████████████████████████████████                  ██████

██      █  █████████                                          ██████

██      █  █████████                                          ██████

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

173

1    BY MR. FLINN:                                            05:43:59

2        Q    Was it a single monetary amount to cover a      05:44:10

3    license of a specified number of years?                  05:44:13

4            THE REPORTER:  I'm sorry.  I need you to repeat

5    that.

6            MR. FLINN:  Sure.

7    BY MR. FLINN:

8        Q    ███████████████████████████████████

     ████████████████████████████████                         ████████

     ██    ██████                                             ████████

     ██    ██████  ███████████████████████                    ████████

     ██████████████████████████████████████                  ████████

     ███████████████████████████                             05:44:32

14           MR. QUINN:  Vague.  Ambiguous.  Calls for        05:44:51

15   speculation.  Lacks foundation.                          05:44:54

16           THE WITNESS:  ██████████████████████             ████████

     ████████████████████████████████  ██████████            ████████

     ████████████████████                                    05:45:10

19   BY MR. FLINN:                                            05:45:12

20       Q    Had anybody at Samsung done that --             05:45:13

21           MR. QUINN:  Same objection.                      05:45:22

22           THE REPORTER:  I need the end of that question.  05:45:22

23   Had anybody at Samsung done that?                        05:45:29

24   BY MR. FLINN:                                            05:45:29

25       Q    Before you made the offer.                      05:45:29

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

174

1          THE REPORTER:  Thank you.                    05:45:34

2          THE WITNESS:  I don't quite know as to whether  05:45:34

3    anyone else has done that or not.                  05:45:36

4    BY MR. FLINN:                                      05:45:39

5        Q    ███████████████████████████            ████████

██    ███████████████████████████████████            ████████

██    ██████████████████████████████                  05:45:53

8          MR. QUINN:  It's vague and ambiguous.      05:46:21

9          THE WITNESS:  ████                          ████████

██    ███████████████                                ████████

██      █  ████████████████████████████████          ████████

██    ████████████████████████████████████████        ████████

██    ███████████████████████████                    05:46:36

14         MR. QUINN:  I object.  The question is vague,  05:47:07

15   ambiguous.  Calls for speculation.  Improper opinion.  I  05:47:11

16   don't know how he can possibly answer that.  It's  05:47:20

17   harassment and a waste of time.                    05:47:26

18          So I instruct him not to answer.           05:47:31

19   BY MR. FLINN:                                      05:47:44

20       Q    Did you believe that the amount that Apple was  05:47:45

21   paying Nokia was a reason why Nokia should accept your  05:47:52

22   offer?                                             05:47:59

23         MR. QUINN:  Vague.  Ambiguous.  Unintelligible.  05:48:15

24         THE WITNESS:  I never contemplated something like  05:48:25

25   that.  I didn't think about that.                  05:48:29

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

175

1    BY MR. FLINN:                                                05:48:38

2        Q    If the -- was the number that -- I'm sorry.          05:48:38

3             What relevance, if any, did the financial terms      05:48:50

4    of the Apple-Nokia license have to your discussions with     05:48:54

5    Nokia?                                                        05:49:01

6             MR. QUINN:  It's -- calls for a conclusion.  It's    05:49:22

7    vague and ambiguous.  There has been extensive testimony      05:49:30

8    today by the witness and I don't know if you intend for       05:49:34

9    him to recap all that testimony.  Calls for a conclusion.     05:49:37

10            THE WITNESS:  Here we were negotiating, and as        05:50:05

11   such, my goal was to somehow arrive at a lower than           05:50:32

12   otherwise amount by -- one way or another, without respect    05:50:40

13   to whether something is accurate or relevant, or what.        05:50:46

14   BY MR. FLINN:                                                 05:51:03

15       Q    How did quoting terms from the Apple-Nokia           05:51:03

16   license agreement help you arrive at an agreement with        05:51:13

17   Nokia?                                                        05:51:20

18            MR. QUINN:  Objection.  Misstates his testimony      05:51:22

19   completely.  Assumes facts not in evidence.                   05:51:24

20   BY MR. FLINN:                                                 05:51:55

21       Q    Let me withdraw the question and ask it             05:51:55

22   differently.                                                  05:51:58

23            How did quoting the terms of the Apple              05:51:58

24   license -- Apple-Nokia license agreement help in the         05:52:04

25   negotiation process?                                          05:52:12

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

176

| | | |
|---|---|---|
| 1 | MR. QUINN:  It assumes facts not in evidence, and | 05:52:33 |
| 2 | it's argumentative and harassment at this point. | 05:52:40 |
| 3 | THE WITNESS:  Do I answer? | 05:52:58 |
| 4 | MR. ZELLER:  Yeah. | 05:52:59 |
| 5 | THE WITNESS:  Here, in the two companies going | 05:53:18 |
| 6 | about negotiating with each other, Nokia was insisting on | 05:54:09 |
| 7 | getting paid more money, whereas Samsung was hoping to pay | 05:54:14 |
| 8 | less money.  And so as far as I'm concerned here, I need | 05:54:18 |
| 9 | to compare myself to similar companies out there, be that | 05:54:23 |
| 10 | by way of either revenue or the patent portfolio, in fact, | 05:54:28 |
| 11 | all things considered. | 05:54:32 |
| 12 | It only goes without saying that one would want | 05:54:34 |
| 13 | to coincide things in that regard.  And that being the | 05:54:36 |
| 14 | natural process, it so happens that Apple and Samsung, | 05:54:44 |
| 15 | within the smartphone arena, are similarly positioned, | 05:54:48 |
| 16 | although Apple's patent portfolio pales by comparison to | 05:54:53 |
| 17 | us.  So if Apple gets to pay less, then certainly it goes | 05:54:56 |
| 18 | without saying that Samsung should get to pay even less | 05:54:59 |
| 19 | than that. | 05:55:03 |
| 20 | MR. QUINN:  So we're at a break now. | 05:55:04 |
| 21 | MR. FLINN:  Okay.  You want to take a break. | 05:55:07 |
| 22 | That's fine. | 05:55:09 |
| 23 | THE VIDEOGRAPHER:  The time now is 5:54, and | 05:55:10 |
| 24 | we're off the record. | 05:55:13 |
| 25 | (A break was held in the proceedings.) | 05:55:14 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

177

| | | |
|---|---|---|
| 1 | MR. FLINN:  During the break, we recognized there | 06:06:27 |
| 2 | is about 20 minutes left before a seven-hour limit is | 06:06:31 |
| 3 | reached.  I think it's reasonable to say, particularly | 06:06:34 |
| 4 | given the needs for translation, the time zone of the | 06:06:37 |
| 5 | witness, the lateness of the hour, it's appropriate to say | 06:06:42 |
| 6 | that that's a good day, and that the witness does not need | 06:06:44 |
| 7 | to stay here longer. | 06:06:49 |
| 8 | I have more questions.  I suspect that Mr. Selwyn | 06:06:50 |
| 9 | may have more questions.  There are a number of disputes | 06:06:54 |
| 10 | that we think the judge may have to resolve.  And if those | 06:06:57 |
| 11 | disputes require more deposition testimony for Mr. Ahn, we | 06:07:01 |
| 12 | may resume those questions. | 06:07:06 |
| 13 | My understanding is that counsel for Samsung is | 06:07:08 |
| 14 | reserving its rights to say the deposition's over.  They | 06:07:10 |
| 15 | are not agreeing to bring him back.  And I understand | 06:07:12 |
| 16 | they're reserving those rights, and we'll see if we need | 06:07:18 |
| 17 | to fight about that another day. | 06:07:21 |
| 18 | Mr. Quinn, anything to add? | 06:07:22 |
| 19 | MR. QUINN:  No.  That's fine with me.  I have | 06:07:23 |
| 20 | nothing to add to that. | 06:07:24 |
| 21 | MR. ZELLER:  And I assume that, to the extent | 06:07:26 |
| 22 | that there really is a need or desire on your part to | 06:07:29 |
| 23 | bring him back for specific things, we'd obviously have a | 06:07:33 |
| 24 | discussion about that first. | 06:07:37 |
| 25 | MR. FLINN:  Yeah. | 06:07:37 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

178

| | | |
|---|---|---|
| 1 | MR. ZELLER:  We're just reserving our position. | 06:07:38 |
| 2 | MR. FLINN:  Just to be real clear, we've told | 06:07:40 |
| 3 | your colleagues on repeated occasions that we don't | 06:07:43 |
| 4 | believe we've gotten all the documents we were supposed to | 06:07:46 |
| 5 | have gotten.  And that is a major impediment to us | 06:07:49 |
| 6 | completing the depositions.  So I don't want to have to | 06:07:51 |
| 7 | deal with -- | 06:07:52 |
| 8 | MR. ZELLER:  We don't want to have that -- we | 06:07:52 |
| 9 | don't -- we don't agree, of course. | 06:07:54 |
| 10 | MR. FLINN:  I understand. | 06:07:54 |
| 11 | MR. QUINN:  Just in case it turns out that this | 06:07:55 |
| 12 | is the last of this, should we have a stipulation?  I | 06:07:57 |
| 13 | don't know what the practice has been in this case with | 06:08:00 |
| 14 | stipulations with respect to signing. | 06:08:04 |
| 15 | Has there been one? | 06:08:05 |
| 16 | MR. ZELLER:  Yeah, there is. | 06:08:06 |
| 17 | MR. QUINN:  Do you know it? | 06:08:08 |
| 18 | MR. ZELLER:  I used to.  It's been a while. | 06:08:14 |
| 19 | MR. FLINN:  I don't know anything -- go ahead, | 06:08:14 |
| 20 | Mr. Selwyn. | 06:08:16 |
| 21 | MR. SELWYN:  I think we've been reserving the | 06:08:18 |
| 22 | witness's right to read and sign. | 06:08:20 |
| 23 | MR. FLINN:  Yeah. | 06:08:20 |
| 24 | MR. SELWYN:  I can't recall what the time limit | 06:08:22 |
| 25 | has been.  I think it has been 30 days.  And we've been | 06:08:23 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA   888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

179

| | | |
|---|---|---|
| 1 | negotiating as necessary for extensions or whatnot.  I | 06:08:26 |
| 2 | suspect portions of these transcripts will be used by both | 06:08:31 |
| 3 | parties in briefs to be submitted next week. | 06:08:35 |
| 4 | MR. QUINN:  Is there a stipulation necessary | 06:08:38 |
| 5 | about the handling of the original transcript? | 06:08:39 |
| 6 | MR. ZELLER:  Probably not for this, because, I | 06:08:43 |
| 7 | mean, it wouldn't be -- it would be highly -- | 06:08:46 |
| 8 | MR. QUINN:  I just... | 06:08:49 |
| 9 | THE REPORTER:  Before I close -- sorry. | 06:08:49 |
| 10 | Before I close the record, can I get any copy | 06:08:49 |
| 11 | orders on the record. | 06:09:03 |
| 12 | MR. SELWYN:  Copy orders.  Apple would like an | 06:09:03 |
| 13 | expedited transcript. | 06:09:04 |
| 14 | MR. FLINN:  Nokia would like whatever Apple gets, | 06:09:04 |
| 15 | because, as we all know, they're comparable.  Just a joke. | 06:09:07 |
| 16 | MR. QUINN:  We would like something expedited. | 06:09:10 |
| 17 | And also, can we get a rough? | 06:09:12 |
| 18 | THE REPORTER:  Yes. | 06:09:12 |
| 19 | MR. QUINN:  How soon can we get that? | 06:09:16 |
| 20 | THE REPORTER:  Tonight. | 06:09:16 |
| 21 | MR. QUINN:  Tonight?  By what time? | 06:09:16 |
| 22 | THE REPORTER:  Within four hours of the | 06:09:16 |
| 23 | deposition concluding. | 06:09:23 |
| 24 | MR. FLINN:  We'd like the rough as well, as soon | 06:09:23 |
| 25 | as possible. | 06:09:28 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

180

1          (Signature having not been waived, the

2     videotaped deposition of SEUNGHO AHN was concluded at

3     6:09 p.m.)

4

5

6

7

8

9

10                    ACKNOWLEDGMENT OF DEPONENT

11

12          I, SEUNGHO AHN, do hereby acknowledge that

13     I have read and examined the foregoing testimony, and

14     the same is a true, correct and complete transcription

15     of the testimony given by me and any corrections appear

16     on the attached Errata sheet signed by me.

17

18

19     _____    _____

20        (DATE)                    (SIGNATURE)

21

22

23

24

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

181

                          REPORTER'S CERTIFICATE

1

2          I, CANDICE ANDINO, CSR No. 13415, Certified

3     Shorthand Reporter, certify;

4          That the foregoing proceedings were taken before

5     me at the time and place therein set forth, at which time

6     the witness declared under penalty of perjury; that the

7     testimony of the witness and all objections made at the

8     time of the examination were recorded stenographically by

9     me and were thereafter transcribed;

10         That the foregoing is a true and correct

11    transcript of my shorthand notes so taken;

12    That before completion of the deposition, review of the

13    transcript ( X ) was (  ) was not requested

14    (  ) that the witness has failed or refused to approve the

15    transcript.

16         I further certify that I am not a relative or

17    employee of any attorney or of any of the parties, nor

18    financially interested in the action.

19         I declare under penalty of perjury under the laws

20    of California that the foregoing is true and correct.

21    Dated this 18th day of October, 2013.

22

23

24    _____

25              CANDICE ANDINO

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

182

1              E R R A T A   S H E E T

2        IN RE:  Apple -v- Samsung (01846)

3      WITNESS:  Seungho Ahn

4      PAGE     LINE      CORRECTION AND REASON

5      _____    _____     _____

6      _____    _____     _____

7      _____    _____     _____

8      _____    _____     _____

9      _____    _____     _____

10     _____    _____     _____

11     _____    _____     _____

12     _____    _____     _____

13     _____    _____     _____

14     _____    _____     _____

15     _____    _____     _____

16     _____    _____     _____

17     _____    _____     _____

18     _____    _____     _____

19     _____    _____     _____

20     _____    _____     _____

21     _____    _____     _____

22     _____    _____     _____

23     _____    _____     _____

24     _____         _____

25        (DATE)              (SIGNATURE)

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

183

1          E R R A T A   S H E E T   C O N T I N U E D

2          IN RE:  Apple –v– Samsung (01846)

3          WITNESS:  Seungho Ahn

4     PAGE      LINE       CORRECTION AND REASON

5     _____     _____      _____

6     _____     _____      _____

7     _____     _____      _____

8     _____     _____      _____

9     _____     _____      _____

10    _____     _____      _____

11    _____     _____      _____

12    _____     _____      _____

13    _____     _____      _____

14    _____     _____      _____

15    _____     _____      _____

16    _____     _____      _____

17    _____     _____      _____

18    _____     _____      _____

19    _____     _____      _____

20    _____     _____      _____

21    _____     _____      _____

22    _____     _____      _____

23    _____     _____      _____

24    _____           _____

25        (DATE)                   (SIGNATURE)

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

184

| A | | | | |
|---|---|---|---|---|
| **aback**<br>135:9 | **43:21 53:3 59:9**<br>112:19 | **27:18 45:12** | **158:16 169:7**<br>178:9 | **48:7,11 49:1**<br>66:25 73:17,18 |
| **abide**<br>16:1,18 17:7,14<br>17:23 18:2 | **accounts**<br>49:20 51:15 | **addressing**<br>51:23 | **agreed**<br>5:10 12:23 51:1 | 73:18,19 77:15<br>88:23 92:7 |
| **abided**<br>15:8,17 16:17 | **accurate**<br>92:2 162:20<br>164:1,24 165:1 | **administer**<br>8:5 | 76:23 157:4<br>170:4 174:7 | 93:22 94:15<br>98:16,17 102:9 |
| **abilities**<br>8:12 | 166:9,14 167:13<br>167:18 168:7,8 | **administered**<br>150:7 | **agreeing**<br>49:11 63:16 | 102:10 109:21<br>110:3,3 112:12 |
| **able**<br>14:12 27:5 48:13<br>49:25 53:18 | 175:13 | **admission**<br>150:2 | 158:5 177:15 | 112:14 115:3,5<br>118:16 123:24 |
| 69:12 78:3,5<br>84:5 85:1 86:14 | **accurately**<br>8:10 164:22<br>165:5 | **admitted**<br>150:18 151:8,11<br>151:14 | **agreement**<br>44:10,21 45:5<br>47:17 48:16,18 | 124:10 140:18<br>143:11 149:4 |
| 86:23 90:3,12<br>91:9 94:16 | **accusations**<br>140:15 141:8 | **advance**<br>75:21 | 49:4,14 50:15<br>51:17 54:25 | 150:18 151:25<br>154:18 155:6 |
| 96:25 112:23<br>119:5 133:9 | **accuse**<br>161:10 | **advice**<br>15:13,22 16:14 | 55:10,19 63:5<br>69:10 74:19 | 156:7 160:17<br>177:11 180:2,12 |
| 146:4 | **accused**<br>129:5 139:23 | 17:11 37:14<br>44:9 56:13 | 100:5 108:12<br>113:16 121:21 | 182:3 183:3 |
| **absolutely**<br>159:22 | 140:12,13 | 65:12 96:15<br>98:23 99:14,25 | 131:17 133:16<br>134:12 136:22 | **Ahn's**<br>48:18 |
| **accept**<br>77:9 141:4<br>171:16 174:21 | **accustomed**<br>147:22 | 100:12 139:3<br>151:18 155:10 | 139:19 141:16<br>157:19 162:18 | **aid**<br>117:21 |
| **acceptable**<br>49:25 | **acknowledge**<br>180:12 | 155:12 | 170:2,7 171:13<br>175:16,16,24 | **aka**<br>144:18 |
| **access**<br>15:2 24:5 37:6,21 | **ACKNOWLE...**<br>180:10 | **affairs**<br>9:17 10:16,21 | **agreements**<br>44:17 91:17 | **ALBERT**<br>4:13 8:8 |
| 38:3 86:21<br>102:16,25 | **act**<br>47:6 94:6 | **afforded**<br>140:24 | 99:10,20 100:17<br>100:21,25 | **alert**<br>47:1 52:12 |
| 107:24 108:19<br>108:25 109:19 | **acting**<br>94:17 | **afternoon**<br>98:16 115:3 | 103:16 155:18<br>155:23 160:20 | **allegation**<br>62:16 |
| 147:14 157:21<br>157:21 | **action**<br>1:9 7:12 16:23 | **ago**<br>10:15 85:20,24 | **agrees**<br>55:1 169:25 | **alleged**<br>39:13 103:14 |
| **accessed**<br>25:5 | 17:15 18:7,12<br>181:18 | 87:6 89:6,23<br>96:20 154:15 | **ahead**<br>15:15 17:4 18:24 | 130:8 152:2 |
| **accessing**<br>24:11,14,18 | **active**<br>150:21,24 | 158:21 159:3<br>165:14 | 55:22 70:3<br>124:12 129:20 | **Allen**<br>4:12 7:23 |
| 153:23 | **activities**<br>10:6 | **agree**<br>15:4 36:19,25 | 137:14 170:8<br>178:19 | **allow**<br>72:24 74:25 |
| **accompanied**<br>58:1 | **add**<br>52:8 58:21 | 44:24 45:2<br>48:24 51:9 53:6 | **Ahn**<br>1:20 2:17 5:2,9 | 110:9,15,21<br>152:8 |
| **accomplice**<br>140:13 | 141:17 177:18<br>177:20 | 55:8,14 69:17<br>73:24 75:21,23 | 5:15,20 6:2 7:14<br>8:15 9:1 12:18 | **allowed**<br>109:19 |
| **accomplished**<br>139:23 | **addition**<br>142:18 149:11 | 90:14,16 102:21<br>102:23 106:5 | 12:20 14:20<br>20:9,11 21:5 | **Alston**<br>4:5,12 |
| **account** | **additional**<br>77:3 | 122:5,16 132:19<br>132:21 133:24 | 22:14 27:11<br>28:19 30:3,6 | **alternatives**<br>133:7 |
| | **address** | 134:2 137:22<br>142:3,4,13 | 33:16 44:13 | **Alto**<br>3:7 |
| | | | | **ambiguous** |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

185

12:15 14:5
16:10 17:16
25:21 26:6
31:25 37:9
59:24 60:11,22
78:8 89:12
90:19 91:7,24
101:12 115:22
116:4,9 125:1
127:11,19 128:4
131:13,20
133:17 137:13
147:18 148:4
163:5 166:15
172:3,12 173:14
174:8,15,23
175:7
**AMERICA**
1:10,12 2:5,7
3:11,12
**amount**
11:22 56:17 58:8
81:6,10 82:14
90:15 112:25
137:18 172:17
173:2,8 174:20
175:12
**amounts**
83:5 105:1
120:23 126:10
137:8
**analysis**
161:21,23
**Andino**
1:25 2:25 181:2
181:25
**Angeles**
1:21 2:22 3:18
7:1,9
**ANN**
4:14 8:8
**announced**
115:7
**announcement**
115:19 118:17
**annual**
83:1 163:22

166:3 167:12,15
173:13,18 174:6
174:12
**annualized**
174:6,12
**annum**
81:12
**answer**
15:13,15,21 18:22
18:25 19:1 20:1
20:22,23 22:25
23:1,24 27:5
37:11 38:21
46:5,20 50:14
50:15 51:24
52:6 53:1,17
55:7,8,22 56:13
60:13,13 61:5
61:13,22 62:8
64:6 65:19 69:7
69:10,22 70:5
70:10 71:8,13
71:21 72:24
73:3,7,21 74:11
75:1,17,20,21
75:24 76:8,13
77:1,11 89:17
89:18,20,21
92:17 96:15,16
98:20 99:11,12
99:16,21,23
101:22,23,24
103:21 105:8
110:22 111:16
111:18 113:6,7
113:9,18 114:5
115:10 121:19
122:6,25 123:7
130:12 131:3
132:23 133:23
137:14,22,23
138:7,15,21
139:2,4,16
140:16 143:12
146:4,24 148:23
149:2,4,8
152:13,16,25

153:2,10,11
154:25 155:10
155:13,14 157:5
157:7 158:1,2
158:20 159:11
159:17 160:17
161:1,7,12
164:10,15 165:6
165:9,15,16
168:23,24
169:24 170:4,8
174:16,18 176:3
**answered**
17:3 25:9,14 37:3
50:7 51:5,19
54:9 63:3 69:24
87:11 89:4,14
94:11,12,22
121:25 122:1
123:6 129:18
134:17 135:20
162:3 164:20,23
167:15 168:2
**answering**
11:10 16:11
44:12,19,20
45:22 55:9
61:21 73:4,5,9
73:25 77:4 88:3
88:4 101:9
122:13 123:3
130:17 138:10
138:12 139:7,12
140:21 141:13
141:15 155:7
158:17 159:8
161:5 169:25
171:5
**answers**
9:8 20:16 52:9
53:13 74:19
121:22 122:12
132:20 138:19
138:23 140:18
157:15,16 158:6
158:15
**answer's**

52:12 76:16
**Anthony**
30:12
**anybody**
26:14,16 27:6
32:23 33:8,10
53:6 59:16
93:13 118:18,21
119:2 173:20,23
**anyway**
10:17 167:6
**apologies**
40:21 41:9
**apologize**
110:20 118:12
**apparently**
163:19,21 166:3
**appear**
21:16 27:16
140:16 180:15
**appeared**
105:22
**Appearing**
4:12
**appears**
27:19 55:1
**Apple**
1:4 2:12 3:2 7:13
7:20 11:8,14,18
11:24 12:2 30:1
31:3,13,20,23
34:17 37:7,22
38:4 46:18 48:5
48:9 50:25 51:2
51:5,10,19
52:16,20 53:20
53:21 55:3
59:10 63:1 71:6
71:12,19 73:4
73:17,24 78:21
78:24 80:2
82:10,15,17,18
84:13,16 89:24
90:4,6,8 95:3
98:18 99:3,6
102:2,5,15,20
103:13 104:15

106:23 109:23
109:25 112:20
113:1,15 121:17
132:22 133:16
134:12 135:19
136:2,3,5,8
141:21,23
142:14,18 156:8
158:7,17 159:17
160:19 162:23
174:7,13,20
175:23 176:14
176:17 179:12
179:14 182:2
183:2
**Apple's**
6:5 38:13,19 39:3
39:18,25 40:14
40:23 44:13
62:16 63:20
64:3 65:22,25
66:6 99:9,20
100:5,17,21,25
101:4 106:16
108:9 109:5
122:16 142:10
142:11 159:9
170:1 176:16
**Apple-Ericsson**
64:11,17 65:7,17
**Apple-Nokia**
41:25 42:8,11,15
42:18,23 43:7
43:13 44:1 56:8
57:7,17 59:7,13
59:19,23 62:25
63:7,11 79:7,16
79:21,21 80:5
80:12,17 83:17
84:8,12 85:5,10
85:18,22 86:1,4
86:16,22 87:4
87:10,14,18
88:1,17 89:2,11
89:25 90:7,11
90:17 91:3
93:24 94:4,9,19

96:1,6 112:25
113:16 115:19
118:18,20
131:17 135:18
136:12,22 155:5
160:20 161:18
162:18 169:23
170:17 175:4,15
175:24
**Apple-Samsung**
34:11,13 42:7
61:4 111:20
112:15 140:22
**Apple-Samsung's**
97:18
**applicable**
109:9
**applies**
157:22
**apply**
55:20
**appreciate**
98:7 104:4
118:13 146:3
171:3
**approach**
48:23
**appropriate**
53:13 116:2,17
164:14 177:5
**appropriateness**
69:11
**approve**
181:14
**approximately**
11:20 68:22
72:12 115:6
**approximation**
13:24 41:5
**April**
10:23,25 31:14,18
73:1 76:7
**arbitration**
133:8
**area**
144:17
**arena**

176:15
**argue**
52:11 121:23
122:13
**argued**
113:13
**argumentative**
152:11 176:2
**arithmetic**
173:12
**arrive**
175:11,16
**arrived**
163:9 164:5
165:19
**arrives**
66:17
**arriving**
73:13
**ascertain**
16:6
**Asfall**
4:15 7:10
**aside**
23:20 65:3 86:6
156:1
**asked**
22:2 23:3 25:9,22
50:22,23,25
53:15,24 54:3
58:9,14,14,15
58:22 61:10
62:6,11,15
64:10 73:12
74:14,18 82:3
89:3 94:11,22
96:20,24 97:1,4
109:4 113:2
122:9 123:8
129:18,22,24
133:20,22
134:17 135:20
138:9 140:16
145:21 157:23
157:24 162:2
165:1,8,9,11,13
167:15 168:2

**asking**
14:20 20:20
23:13 47:3
50:11 60:16
65:9 75:7 89:14
89:19 97:16
122:15,20
148:22 156:12
157:12 160:23
161:2,8 164:21
**asks**
51:8 52:23 153:2
**aspects**
10:19
**assert**
123:2
**asserted**
74:21 141:14
**asserting**
75:2
**assertion**
152:18 153:4
**assume**
23:13,15,23 43:15
63:12 69:17
130:19 142:25
177:21
**assumes**
21:11 35:11 36:1
67:19,24 121:2
131:3 152:22
153:8,8 155:19
166:15 175:19
176:1
**assuming**
53:1
**assumption**
23:25 69:16
138:3
**assurance**
157:3
**assure**
122:21
**attached**
5:8 29:7 31:9
180:16
**attachment**

22:18 30:23 32:6
33:5 35:22,24
36:10,13,20
37:1 153:16,18
**attachments**
28:2,4,6 29:16,20
32:20 36:15
**attempted**
130:3
**attend**
144:11
**attended**
11:17 67:11,14
149:13
**attention**
28:23
**attorney**
7:16 8:3 18:23
69:7 71:8,14,22
74:3,6 142:10
142:12 152:4,12
156:14 181:17
**attorneys**
1:18 11:11 15:12
15:15,22 16:14
19:17 37:13
44:8 46:7 48:19
59:8 134:14
**attorney-client**
18:23 38:22 60:1
61:13 62:9 64:6
64:20 66:2
152:3,19 153:5
**August**
5:17 18:16 19:25
22:13 42:6,9,17
42:23 43:7
**available**
103:9 148:11
**aware**
13:10,15,18,21
14:1,3,7,9,13
16:21 18:11,14
90:6,10 96:10
98:17 119:3
120:6 126:9
128:8 130:7

135:8,15 152:17
153:3 155:3
**awkward**
46:9 82:11
**A-n**
156:15
**a.m**
1:22 7:2,8 54:16

_____
**B**

**B**
3:13 5:7 6:1
**bachelor's**
143:19,22 144:6,7
145:9,10
**back**
32:13,17 33:2
35:19 44:3
54:18 56:15
62:21 64:9
66:21 72:19
74:16 83:12
94:23 97:24
106:21,25,25
107:3,18 114:21
115:6 117:17
118:16 119:17
121:15 123:10
124:3 129:2
140:5 141:10
150:14 158:24
164:2,13,18,22
165:12,13
170:11 177:15
177:23
**bad**
86:2
**bar**
150:2,4,5,22,24
**barrier**
45:17
**barring**
142:15
**bars**
150:18
**based**
56:19 72:13
82:17,21 84:23

85:1 91:3,10,13
126:16 135:2
153:13 155:8
162:5
**basically**
10:5 11:14 63:5
63:16 68:20,22
79:23 81:5
83:13 93:18
106:19 162:7,23
**basis**
15:19 16:4 45:10
45:12 51:1
53:10 82:19
84:10 85:4
88:15,25 89:9
108:2 131:2
152:13 153:14
159:22
**Becher**
5:18,23 22:13
28:18
**began**
132:2,16
**beginning**
7:16 57:25
**begins**
23:6 28:24 54:19
93:2 150:15
**behalf**
3:2,10 4:2 25:17
25:23 26:4,7
44:24 45:2
48:24 67:11,14
107:24 109:6
116:8 128:9
172:22
**behavior**
139:25
**behest**
26:8
**behold**
135:7,12
**beholder**
90:23,25
**belief**
136:21 148:16

174:11
**believe**
7:23 14:2 15:17
21:18,22 26:7
27:22 30:20
35:16 37:3 38:1
38:9 40:21
58:20 70:18,24
75:16 87:11
89:14 106:9,15
110:4,5 115:10
117:12 126:9,12
130:5 136:25
140:17 143:5
148:18 157:23
159:21,24
162:19 163:10
164:6,19 165:11
165:20 166:13
167:13,23 171:5
174:20 178:4
**believed**
118:5 136:11
161:17 162:17
166:11
**believes**
55:2 107:23
113:1
**bell**
47:7
**belonging**
85:15
**best**
8:12 13:24 16:18
17:7,14,23 41:5
44:23 114:1
118:7
**better**
13:17 24:17 93:7
131:6
**beyond**
47:2 49:6 50:9
52:10 75:23
110:25 132:9
**Binary**
76:12
**Bird**

4:5,12
**bit**
46:8 143:8,11
**bits**
88:21
**blacked**
152:22
**blanket**
105:6
**blocked**
153:9
**bloody**
112:5
**Bloomberg**
88:12
**blown**
158:13
**bluff**
168:17,18
**bluffing**
169:15
**blurt**
50:14
**blurted**
47:4
**board**
146:16
**boss**
9:13
**bother**
29:22
**bottom**
109:18 124:20,22
**boundaries**
52:10
**breach**
62:17 74:8 103:7
103:14 104:14
104:18 106:23
137:24 138:5,13
138:16,25 139:8
139:12,14,19
140:12,14,19
141:14,25 142:4
142:14 157:18
158:7,18 159:8
159:15,16 161:5

170:2,6
**break**
32:8,12 54:17
56:21,22,23
57:15 62:22,25
63:1 66:12 72:2
72:4,6,14 75:13
77:15 80:23,24
83:9 97:19,23
107:13,17
114:13,20
131:18 150:10
150:13 176:20
176:21,25 177:1
**breaks**
131:10
**Brian**
4:11 8:3 146:1
**brief**
62:12 74:8 98:4
**briefing**
31:23
**briefings**
32:3
**briefly**
109:16
**briefs**
179:3
**Briggs**
5:16 21:10,23
22:2 23:7,19
24:4
**Briggs's**
24:9 26:20 27:1
**bring**
177:15,23
**Bristows**
28:25
**broad**
91:7
**broadcast**
29:22
**brought**
135:18 136:11,20
168:24
**buck**
11:15

**bullet**
23:6,10 24:3,23
28:23,24 29:2,6
**bunch**
28:10 29:23
**business**
88:11 105:15
**buy**
160:6
**buying**
159:23

_____
C
_____
**C**
3:1 4:1,1 5:1 6:1
183:1
**CA**
2:25
**California**
1:2,4,21 2:12,22
3:7,18 4:7 7:1,9
18:16 150:4,5
150:19,22
181:20
**call**
46:16 47:2 53:11
55:1 97:8,14
**calling**
97:15
**calls**
32:21 36:1,21
37:10 39:10
50:7 70:15
71:20 78:7 90:1
90:19 91:5
95:15 113:4
147:8,19 148:5
151:20 152:10
152:11 173:14
174:15 175:6,9
**Candice**
1:25 2:25 181:2
181:25
**Caption**
1:17 2:1
**career**
146:21
**carefully**

Case 5:11-cv-01846-LHK   Document 3235-1   Filed 01/23/15   Page 188 of 216
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

188

127:7
**case**
10:6 13:19 23:15
30:1 31:3,13,19
31:23 33:7
36:14 37:7,22
54:24 62:18
68:24 72:13
80:23 86:20
115:9 121:5
133:7 156:6
162:5 178:11,13
**cases**
11:6 34:3,9 147:2
147:12 148:8
**case-by-case**
45:12 53:10
**caution**
11:9 17:8 59:25
**cavalier**
103:15
**cc**
27:17 30:13
**Center**
9:11,15,25 118:19
118:23 156:20
**certain**
11:25 12:11
14:17 46:2 82:5
98:18 131:12,16
131:22 144:8
146:25 156:17
166:22 169:8
**certainly**
23:21 27:5 86:14
90:3 97:20
142:13 176:17
**certainty**
117:23
**CERTIFICATE**
181:1
**Certified**
181:2
**certify**
181:3,16
**cetera**
113:4

**CFO**
9:13
**Cha**
156:14
**chance**
103:10 155:20
158:2
**change**
54:14,14 119:11
119:20 132:3
143:9 150:9
**changed**
10:11,24 110:17
**changes**
11:2
**charge**
9:17 10:18 35:5
**charged**
40:10 93:10
**chart**
81:6
**chat**
58:17
**chatting**
43:23
**Check**
4:14 26:15 58:19
59:3 135:11
136:3,7 167:4
170:23
**chitchat-type**
58:25
**chooses**
79:13
**chose**
83:4
**circles**
144:8
**circumstance**
169:11
**circumstances**
79:9,13 101:16,18
105:7 106:4,9
142:15
**citing**
83:7
**Civil**

1:9 7:12
**claim**
48:20 52:2 138:4
138:12,14,16,24
139:12,14 158:7
159:7,12 169:25
**claimed**
49:13
**Clara**
149:16
**clarification**
13:3 38:15
128:25 137:11
160:24 161:11
171:19
**clarify**
64:16 129:19
161:12
**clarity**
44:2 79:20
**classes**
145:3,6 149:17
**classroom**
149:23
**clear**
61:15,24 62:2
69:9 74:17 75:9
103:17,20
107:23 108:25
109:13 110:19
126:5 132:4
139:15,19
157:14 159:21
167:5,7,8 178:2
**clearly**
53:9 54:8 68:8
78:1,5,9,13
167:3
**client**
20:16,22 98:13
107:24 108:3,5
109:3 138:24
139:25 141:8
**close**
56:24 179:9,10
**CNET**
88:11

**coaching**
129:5
**coincide**
176:13
**coincidence**
174:13
**cold**
158:14
**colleague**
117:21
**colleagues**
17:2,2 178:3
**colleague's**
171:4
**collect**
118:19,24
**collected**
112:14,18,21
**column**
27:18
**come**
10:20 36:15
46:10,12 48:17
52:6,18 57:24
84:24 85:2
112:9 117:17
156:19 161:16
**comes**
49:7 82:22 127:1
149:25
**comfortable**
23:2 46:8
**comical**
160:15
**coming**
52:16 84:1
100:13 154:23
163:14 165:23
**comment**
14:23 76:10
122:19
**commenting**
116:22
**comments**
29:7
**commit**
109:6 141:12

**common**
118:8
**communicate**
78:3,5 120:19
126:2
**communicated**
155:9
**communicating**
78:1,10,14
**communication**
64:18 75:8,17,18
76:22 78:18
152:3,9
**communications**
6:9 11:11 15:12
17:9 18:23
38:22 60:1 64:7
64:7,21,21
65:11 66:2
74:14 99:23
119:7 124:23
125:2,3,6,9,21
155:1
**companies**
81:13,15 82:1
85:16 176:5,9
**company**
1:14 2:9 9:3
15:17 44:9
81:13 82:1,5,9
90:13 135:25
137:15,17
149:12 155:12
**comparable**
82:6,9 101:8,19
113:15 135:25
179:15
**compare**
176:9
**comparison**
174:5 176:16
**compelled**
157:20 159:18
170:6
**competitor**
106:5
**competitors**

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

**competitors**
15:6 148:12,20
**complaining**
159:22
**complete**
9:7 45:14 54:23
180:14
**completed**
145:12 149:20
**completely**
149:5,9 164:16
175:19
**completing**
178:6
**completion**
181:12
**complies**
155:17
**comply**
109:7 157:3
**comport**
15:25 16:8
**Compound**
168:3
**compute**
81:8
**computer**
154:1
**computers**
153:22
**concept**
14:15 134:25
**concern**
74:20 77:3
139:20 140:8
**concerned**
61:7 102:6
169:13 176:8
**concerning**
10:16 49:12
**conclude**
45:13 152:8
**concluded**
180:2
**concluding**
179:23
**conclusion**

152:12 166:13
170:19 175:6,9
**conditions**
142:16
**conducted**
145:3
**confidential**
1:18 6:8 11:11
15:5 37:7,23
38:4,5 91:16
102:20 103:11
103:15,25
104:25 105:15
111:17 134:16
135:3 141:24
147:14 152:3
**confidentiality**
44:18,21 45:7
48:25 49:16
50:23 55:20
103:16 109:9
**confirm**
73:8 138:22
**conflicting**
139:2
**confront**
143:8
**confused**
40:22
**connection**
11:4 12:7,12 13:4
15:12 16:14
17:10 37:13
71:17 96:14
98:22 99:13,24
100:1,7,11
112:15 154:6
155:4,9
**consider**
20:13,19 69:4,20
70:8 72:23 73:6
73:17,18,19,19
76:15 110:5
174:5
**consideration**
71:5,11
**considered**

71:19 76:15
112:24 133:7
176:11
**considering**
73:13,16
**consisted**
24:4
**consistent**
133:5,14 134:11
135:17 139:21
140:10
**constitute**
42:19 73:25
74:19 139:8
**contained**
155:18
**contains**
153:18
**contemplated**
14:2 82:24
174:24
**contend**
55:8
**content**
24:9
**contention**
47:23 159:10
**contents**
19:5 29:12 32:5
57:24 58:5
137:7 153:13
**context**
48:5 50:2 56:12
64:8,21 65:6
**contextual**
53:2
**continue**
141:5
**continued**
1:17 2:1
**contrary**
162:24
**controversial**
143:5
**controversy**
45:15 130:9,11,24
**conversation**

50:16 51:9,16
52:25 53:16
54:7 57:2,5,14
58:25 59:21
60:3,12 61:3
62:21 129:4,8,9
130:1
**conversations**
41:7,20,21 44:7,8
49:21,22 50:1
51:15,25 56:11
56:12 57:10,21
60:5,6 65:10
74:3
**convey**
116:12,13 137:20
**convince**
83:24
**convinced**
48:23
**convoluted**
37:15
**copies**
108:15 147:25
148:2
**copy**
21:19 25:1,6,17
30:21 92:5
93:13 98:3,7
105:9 106:16
107:2 111:15
141:22 179:10
179:12
**corporation**
1:5,9,11 2:4,6,13
4:2 6:14
**correct**
11:18 14:14,16
21:10 40:15,18
48:23 57:3,4
67:1,5,9 87:14
90:7,11 91:13
91:14 120:2
122:21 135:10
146:19 163:10
164:7 165:21
166:22 167:24

168:1 169:9,21
170:14 180:14
181:10,20
**correcting**
163:19
**CORRECTION**
182:4 183:4
**corrections**
180:15
**correspond**
171:17
**correspondence**
117:9 171:25
172:4 174:11
**corresponding**
117:9
**corresponds**
117:10
**corrosion**
144:25
**counsel**
7:15 8:21 13:8
17:1,9 19:21,24
20:5,15,21
22:23 32:15
44:11 46:4
50:25 52:12
54:20 66:23
70:1 72:21,25
73:3,4,24 76:7
80:9 85:15 95:7
98:1,3 105:2,9
105:17 106:16
106:19 107:20
108:17 110:10
114:16,23
116:21 122:5
124:7 138:11,22
148:3 150:16
158:1 170:1
177:13
**Counterclaim-...**
2:14
**Counterclaim-...**
2:10
**counteroffer**
81:3

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

**COUNTER-DE...**
3:2
**couple**
58:20 142:23
**course**
13:22 16:25 32:9
71:10,16 82:12
83:3 90:21
106:14 107:1
108:21 109:6
131:21 178:9
**court**
1:1 8:5 9:8 15:24
16:17 17:22
32:3 96:11
98:17,19 99:3,7
105:23 108:23
110:5 140:22
154:16 157:20
157:22 158:23
159:18 160:3
170:6
**courtesy**
93:13
**courts**
113:14 147:17
**Court's**
37:23 38:5
102:25 108:24
109:18
**cover**
172:17 173:2,8
**covered**
11:12 152:19
**create**
47:7
**credibility**
168:15,19,21
169:7,17,18
**critical**
107:5
**criticism**
118:6
**crossed**
47:10
**cross-examinati...**
159:24

**cross-examine**
116:18
**cry**
112:8
**CSR**
2:25 181:2
**current**
51:23 157:15
**currently**
10:3 45:15 147:2
150:21
**CUTLER**
3:5
**C-h-a**
156:15

**D**

**D**
3:4 4:1 6:1 183:1
**damaged**
148:18
**damages**
18:7
**Daniel**
156:16
**date**
7:7 24:14,15
34:13 38:14
47:18 67:6
126:1 180:20
182:25 183:25
**dated**
5:17,19,22,24 6:3
181:21
**David**
18:5
**day**
22:6 23:20 83:13
106:15 108:13
108:16 143:7
177:6,17 181:21
**days**
74:4 76:23 77:7
96:20 104:13
111:24 178:25
**deal**
113:20 178:7
**debated**

138:6
**decide**
122:4,24 124:7
142:7
**decision**
77:12 140:25
141:11,12 160:7
162:17 163:2
168:12
**declaration**
96:11
**declare**
181:19
**declared**
8:9,16 70:9 181:6
**decline**
89:20 110:18
113:7,9 142:17
**declined**
161:4
**declining**
109:2 123:7
**deemed**
44:14 161:5
**DEFENDANT**
3:10
**Defendants**
1:15
**degree**
42:16 143:19,22
143:25 144:2,7
144:10 145:10
145:11,13
146:15
**degrees**
88:11 143:17
144:6 145:9
**Delaware**
1:13 2:8
**delaying**
53:11
**delightful**
106:3
**demand**
52:16
**deny**
24:21 25:6,13

28:6 36:13
82:11 94:3,8,15
94:18
**depending**
10:6 79:9,12,17
101:13
**depends**
90:23,25 101:15
127:24
**deponent**
7:14 180:10
**Depos**
7:11
**deposition**
1:20 2:17 5:9 6:2
7:8,23 13:4
44:12,22 45:1,3
45:6 48:19
49:15 50:21
52:5 53:12 55:3
55:18 59:10
72:22 92:12,19
105:17,20
107:22 108:14
109:3,21,24
111:9 112:7
113:24 114:4,9
138:18 140:18
141:3 142:19
145:19 146:1
157:17 159:18
159:19 170:6
177:11 179:23
180:2 181:12
**depositions**
76:24 104:12
106:15,16
108:16 141:7
178:6
**deposition's**
177:14
**derive**
161:24 162:13
**derived**
38:4
**describe**
11:7 116:2

124:11 143:16
145:17
**described**
149:5
**describing**
100:4 101:3
128:9
**designate**
46:7
**designated**
37:22 38:5
**designates**
148:10
**designed**
51:4
**desire**
162:19 177:22
**desktop**
154:3,4
**despite**
47:4
**detail**
128:14
**detailed**
60:3,6,12 65:13
134:8
**details**
59:15 91:16
107:25 108:9
109:4 131:25
**determine**
120:23
**determining**
69:3,19 70:7 71:4
71:17
**dialogue**
116:20
**dictate**
96:2,4
**difference**
171:8
**different**
26:23 41:9 80:8
142:23 158:13
170:24 172:13
**differently**
175:22

**difficult**
46:22 160:6,8,10
**difficulty**
78:12,13,14
**dinner**
170:20 171:1,2,10
**direct**
28:22
**directed**
122:18 162:16
**direction**
52:23
**directly**
34:22 120:3
**disagree**
69:17
**discharge**
139:24 140:14
**disclose**
11:10 15:11
   16:13 17:9,18
   59:25 65:1
**disclosed**
48:9 89:24 90:4
   90:11 121:16
**discloses**
44:13 75:18
**disclosing**
15:14 18:23 90:7
   98:21 121:19
   124:6
**disclosure**
5:12 12:24 155:5
**disclosures**
44:22
**discontinue**
83:13
**discoveries**
109:20
**discovery**
5:12 12:24 109:1
   134:15 147:6
**discuss**
39:18 42:7,8
   64:23 67:5
   68:13,25 74:7
**discussed**

13:7 19:15,20,24
20:5 38:11,12
38:19 39:2,24
40:23 41:18
42:5,15,23 56:8
57:6,16 58:16
59:15 63:19
64:2,24 65:7,22
65:24 66:5
68:21 72:25
75:8 76:6 78:25
79:3,5 80:4,8
81:7 85:10,18
85:22 86:1,3
99:5 131:18
170:21
**discussing**
41:24 42:3 43:1
71:25 78:24
86:8 119:8
124:24 125:21
**discussion**
39:12 40:20
42:19 43:10,16
43:22 54:21
64:11,13,15
66:20 77:22
78:20 84:21
86:8 123:21
124:21 138:9
177:24
**discussions**
40:14,18 41:12,15
42:10 43:6,11
43:12,21 45:11
46:1 50:12
52:16,18 56:4
64:10 65:14,16
124:19 132:21
149:23,25 175:4
**disobey**
141:1
**dispute**
53:9 154:7
**disputes**
177:9,11
**disrespect**

107:14
**distribution**
21:24
**District**
1:1,2 18:16
**divide**
173:16
**DIVISION**
1:2
**doctor**
151:4,25 164:9
**doctoral**
144:15,20 145:3,5
   145:9
**doctorate**
143:20 144:12
   146:15
**document**
5:10 6:4,7,11
   12:25 13:11
   14:21 15:2 20:9
   22:22,25 23:2
   23:11 27:10
   30:5 31:1,9
   33:19,21 92:4
   102:8 103:7,22
   103:24 104:11
   108:14,20,22
   152:22 153:8,9
   154:17 157:10
   161:20
**documents**
25:25 26:3 37:7
   37:22 38:4 68:3
   100:4,7,8 101:3
   112:14,18,21
   114:3 178:4
**doing**
26:8 59:11 111:3
   118:3,7 160:3
**dollar**
105:1
**DOOR**
3:5
**dot**
91:21
**doubt**

160:11
**download**
24:19,25 25:23
**downloaded**
24:21 25:1,6,17
   25:25 26:3
**dozens**
147:4,6
**Dr**
5:15,20 14:20
   18:17 21:5
   44:13 48:11,18
   49:1 66:25
   73:17,18,18,19
   77:15 88:23
   93:22 94:15
   98:16,17 109:21
   110:3 112:12,14
   115:3,5 118:16
   123:24 124:10
   140:18 143:11
   149:4 150:18
   155:6 157:12
   160:17
**draft**
31:2 33:10
**drafts**
19:10 29:25
   31:12,19
**drastically**
80:21
**draw**
46:22 47:9
   122:10
**drive**
154:6 162:25
**dual**
81:20,21
**Dutch**
99:3,7
**duties**
9:14

———————————
          **E**
———————————
**E**
3:1,1 4:1,1,1 5:1
   5:7 6:1,1 182:1
   182:1,1 183:1,1

183:1,1
**earlier**
29:21 72:22 87:5
   94:24 95:17
   107:22 128:14
   133:9 134:24
   135:24 139:23
   140:12 152:1,21
   153:7 161:3
   166:17
**easy**
122:11
**echoing**
76:20
**education**
143:17 149:5,9
**Eeva**
40:4,5,6,8,9 67:15
**effect**
119:10 137:17
**effort**
16:18 17:24
   162:25
**either**
36:9 46:17 49:2
   61:25 76:16
   79:10,17,18
   90:12 100:21,25
   106:2 112:10
   119:8 128:23
   129:14 130:3
   141:15 147:21
   153:14 176:10
**Electronics**
1:8,10 2:3,5 3:10
   3:11 7:14 9:3,13
   9:18 146:16
**elevated**
68:18
**elicit**
51:4 121:14
   122:20
**elicited**
76:25 138:11
**eliciting**
138:22 141:20
**else's**

90:13 111:4
**Emanuel**
2:20 3:15 23:8
  25:2,7
**embedded**
29:9 86:9
**embodied**
153:20
**Emmanuel**
25:18 26:1,4
**Emmanuel's**
25:5
**employed**
9:2,19 115:15
**employee**
37:6 38:12,19
  41:16,24 42:16
  42:24 52:1 59:6
  63:20 64:3,18
  65:8,17,24 66:5
  71:18 156:7
  181:17
**employees**
16:8,21 17:10,11
  17:13 30:11
  37:21 38:3 39:2
  40:17,24 41:12
  42:9 56:5,5,9
  57:7,17 99:6
  114:8
**employment**
145:17,20 146:8,8
**encompass**
42:12,13
**encountered**
85:14
**ends**
97:21
**engaged**
146:19
**engagement**
68:17
**engaging**
83:24 168:5
  169:14
**engineer**
33:23,25 67:13

**engineering**
144:8,9,10,18,18
**English**
8:10,12 12:5,7,10
  12:12 50:18
  52:5 77:24 78:2
  113:11 116:11
  116:11 145:1,3
  149:17,21,24
  150:7,8 159:4
**ensure**
15:5 17:14 45:14
**ensuring**
155:17
**entailed**
149:11
**entered**
13:18 15:9 16:9
  16:22 69:4,20
  70:9 71:6,12
  73:20 135:6
  147:14 155:4
**entire**
10:18 57:10
**entirely**
22:19,24 66:11
  77:11 131:22
  133:2
**entitled**
5:10 6:4,7,11
  12:23 74:23,24
  102:25 107:24
  108:3 110:6
**erased**
22:10
**Eric**
156:14
**Ericsson**
63:21 64:4,25
  65:7,18 99:10
  99:20 100:5,18
**Errata**
180:16
**Especially**
142:22
**ESQUIRE**
3:4,13,14 4:3,4

**essential**
70:9 73:21
**estimate**
82:21 84:2 94:2
  160:18,22 161:3
  161:17
**estimates**
91:23
**estimating**
56:17
**estimation**
58:24 82:18 83:2
  88:18 94:2
  162:8
**et**
113:4
**euro**
163:23 166:4,18
**euros**
81:12 82:19,20,25
  83:3
**event**
55:12 115:8
**events**
128:24 129:15
  136:20
**eventually**
83:9
**everybody**
15:24 17:22 46:9
  84:14 111:4
**everybody's**
110:18
**evidence**
6:10 121:3 131:3
  155:20 166:16
  175:19 176:1
**exact**
43:9 67:6 84:22
  136:24
**exactly**
11:21 13:23 23:3
  41:2 82:4 87:20
  92:21 94:5,25
  96:9 105:22
  112:23 113:19
  125:24 137:6,6

158:10,20
  162:15,15
**examination**
5:2 8:23 45:14
  103:17 115:1
  181:8
**examinations**
149:20
**examined**
8:17 180:13
**example**
48:8 81:25
**exclude**
15:20 38:21
  43:15 44:7
  57:19 64:6,20
  65:10,11 99:22
**excluded**
99:15
**excluding**
19:17 56:11 59:8
  99:12
**excuse**
17:3 38:15 64:5
  106:17 148:22
**exhibit**
5:9,10,14,17,19
  5:22,24 6:2,3,4
  6:7,11 12:19,20
  13:2,7,11 14:24
  20:10,11 21:2,3
  21:6,8 22:12,14
  22:18 23:12
  24:9,23 27:2,8
  27:11,14 28:17
  28:19 29:3,3,6
  29:13,17,20
  30:4,6,9 32:6,17
  32:20 33:2,5,15
  33:16 35:20,21
  36:6,8,20 37:1
  92:5,7,20,23
  102:9,10 103:8
  151:25 152:18
  153:4,17 154:17
  154:18
**exist**

161:20
**existence**
13:10,15 51:2
  124:23
**exonerate**
141:8
**expand**
50:9
**expect**
143:6
**expedited**
179:13,16
**experience**
91:15 135:2
  147:24
**expert**
18:7,12,18 19:20
  25:2,7,18 33:10
  61:11 62:7
**explain**
79:22 141:9
  146:12 161:23
**explaining**
80:7
**explicitly**
137:16
**express**
168:12 169:22
  170:15 171:11
**expressed**
84:11 85:4 88:15
  89:1,10
**expression**
47:7 116:11
**expressly**
26:9 137:16
  157:21
**extended**
56:22
**extensions**
179:1
**extensive**
130:1 175:7
**extent**
10:8,14 11:25
  12:9,11 14:17
  15:13,16 34:14

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

42:2,12 44:11
60:13 63:4 78:3
78:10 85:7
98:21 133:11
151:23 156:17
177:21
**extraordinarily**
47:9
**extreme**
48:8
**eyes**
1:18 46:7 48:19
**e-mail**
5:14,19,24 6:3
21:8,19,24,25
22:5,9 23:7 24:4
24:9 26:20 27:1
27:15,18,23,25
28:14,25 29:7
29:12,16 30:10
30:16,19,21,23
31:10 32:6
33:22 34:24
35:10,14,17
36:5 105:24
119:8 153:23
**e-mails**
22:7 23:20 28:10
29:22

**F**

**face**
46:16 82:11
104:25
**face-to-face**
120:3
**fact**
14:7 34:12 69:16
78:3 83:23
108:15 134:7
152:8 157:7,9
167:24 169:11
176:10
**facts**
16:6 21:11 35:11
36:1 48:17
67:19,24 121:2
131:3 152:17

153:3 155:19
166:16 175:19
176:1
**factual**
45:17
**failed**
181:14
**fair**
11:13,23 41:23
53:2,3,4 72:10
91:2,22 94:8,18
113:14 121:25
147:5,12 162:11
**fairly**
22:25 147:16
**fairness**
117:19
**faith**
46:19 47:6 55:7,9
159:14
**familiar**
14:15 18:4
147:16,21
**far**
37:25 38:8 61:7
80:14 82:16
91:22 102:5
106:20 118:2
147:13 169:13
176:8
**fashion**
134:19,22
**fathom**
84:5
**fatigue**
144:25
**Federal**
6:9
**fee**
73:14
**feel**
22:22,24 23:1
46:8
**feeling**
139:3
**fellow**
34:14

**field**
52:14
**fielded**
126:11
**fight**
177:17
**fighting**
65:4
**Figueroa**
2:21 3:16 7:9
**figure**
41:10 68:9,23
**figured**
58:8 68:21 82:18
84:15 88:8
135:13,14
166:18
**figuring**
86:20
**filed**
30:1 39:14 58:11
58:23 59:9
**filing**
31:2 98:5
**filings**
31:12,19
**final**
19:13
**finally**
74:2 108:24
**financial**
115:11,18 124:2
124:10,24
125:10,22
136:12,13,21,23
137:25 153:19
160:19 161:17
169:23 170:17
171:15,17,20
172:1 175:3
**financially**
181:18
**find**
103:12 114:14
123:14 139:22
140:11 145:20
159:4

**fine**
66:13 92:16 93:9
93:9,11 103:19
159:9 165:17
176:22 177:19
**finish**
54:2 160:9,9
**firm**
7:17 104:16
109:7
**firms**
85:13,21,25 86:10
**first**
8:9,16 13:10 23:6
28:23,24 77:10
79:3,6,10,10,11
79:14,14,15,18
79:20,25 80:1
80:19 93:2
104:19 106:7,15
107:22 108:13
108:16 131:18
132:2,3,5,10,14
132:15 143:16
146:14 154:23
171:6 177:24
**fit**
75:10
**five**
72:1,3 79:1
**Flinn**
4:3 5:4 7:21,21
44:23 46:15
47:25 48:22
49:15 50:6,20
51:18 52:8 53:5
53:24 54:2,21
55:14 61:15,20
69:15 75:14
76:4,19 98:9,13
104:3,7,19
106:7,13 107:10
107:12,21
114:13 115:2,4
115:17 116:1,14
117:11 118:2,12
118:15 119:17

120:1,16,18
121:8,18 122:2
122:23 123:5,9
123:22 124:17
125:5 127:15
128:1,7,13
129:2,8,17
130:2,18,21
131:8,15,24
132:24 133:4,20
134:9,20 135:16
136:9,18 137:3
137:12,21 138:6
138:18 139:6,20
140:2,5,13
142:6,25 143:3
143:10 146:2
147:11,23 148:7
148:17 149:3
150:9,17 151:24
152:14,24
153:15 154:20
155:15 156:2
157:1,11 158:9
158:20,23
159:12 160:9,11
160:16,25
161:13,15 162:1
162:10 163:8
164:2,8,17
165:7,12,17
166:10 167:11
167:20 168:10
169:1,6,20
170:3,11 171:7
171:22 172:9,14
173:1,6,7,19,24
174:4,10,19
175:1,14,20
176:21 177:1,25
178:2,10,19,23
179:14,24
**Floor**
2:21 3:17
**focus**
171:9
**focused**

43:17

**folks**
14:7 16:18 39:15
56:16 58:1
68:16 84:19,25
85:9,12,13,17
86:15,19 87:3
87:10,13 88:22
127:23
**follow**
106:8 127:17
**followed**
72:3 171:11
**following**
8:13 61:16 88:10
134:10
**follows**
8:18 119:19
123:16 129:11
140:7 164:4
165:18 170:13
**foolish**
134:23
**forbids**
15:1
**forced**
139:24
**foregoing**
180:13 181:4,10
181:20
**forgotten**
37:16
**form**
5:14 12:14 13:12
21:8 78:8 88:25
119:8
**formal**
143:16 149:5,9
**formed**
89:9
**former**
26:12 166:23
**formula**
162:9
**formulate**
11:23 12:1 18:19
34:17

**forth**
44:4 121:15
123:10 124:3
126:11 171:21
181:5
**forward**
36:8 102:18,21
106:6
**found**
91:19
**foundation**
16:11 17:17
21:12 25:20
26:5 31:4 32:22
37:10 70:16
90:2,20 91:6
95:16 113:17
130:20 147:8
148:5 151:21
152:20 153:6
155:20 157:8
173:15
**foundational**
130:18
**four**
94:22 179:22
**frame**
42:4 43:1 44:3
46:2 102:7
**framed**
54:10 74:5
**framing**
47:1 113:3
**FRAND**
31:23
**FRAND.DOC**
30:24
**frankly**
122:8 159:4
**free**
22:22
**freely**
51:5
**French**
29:8 30:1
**front**
12:25 32:17 33:2

35:20 53:21
158:6,17
**FTP**
24:5,11,18,22
25:2,5,7,19 26:1
26:4
**full**
8:25 45:14 47:25
54:23 93:2
109:19 139:23
**fullest**
78:3
**fully**
47:17 49:12
55:15
**full-time**
145:17 146:8,13
146:14
**furnished**
100:7
**further**
16:18 82:16
83:19 89:20
181:16

———————
**G**
**gain**
169:18
**game**
52:15 122:1
159:2
**gap**
124:15
**gathered**
84:5 137:19
162:7
**general**
42:14 46:24 47:5
47:11,14 59:1,3
59:4 75:16,18
76:21 78:17
124:11 133:11
169:10
**generally**
11:7 15:25 28:9
29:21 32:2
77:18 88:9
127:12 163:25

166:7 169:15
**gentleman**
18:4
**getting**
98:7 126:8
132:20 146:15
176:7
**gist**
128:17
**give**
9:7 22:22 53:12
61:15 71:5 72:7
105:4,5,6
111:14 112:12
123:15 157:2,15
157:19 158:1
168:14
**given**
9:1 13:25 22:6
34:12 55:2
71:11 74:15
75:25 77:1,6
106:4 108:3
113:20 116:10
130:19 139:2
152:20 153:6
157:16,21 170:5
171:4,8 173:17
177:4 180:15
**gives**
170:5
**giving**
54:23 109:14
**go**
15:15 16:5 17:4
18:24 27:17
55:22 62:21
66:9 70:3 74:16
93:14 102:18,21
106:6 107:6,8,9
118:1 124:12
129:20 137:14
148:16 170:8
178:19
**goal**
45:13 175:11
**goes**

16:16 18:1 23:8
37:25 38:8
80:14 169:14
176:12,17
**going**
44:3,14 45:21
48:2,3,4,15,20
49:24 50:14
51:16 52:2,10
53:17 54:1 64:9
69:17 70:2 71:7
72:1 75:21,22
76:8,10,16
84:16 93:18
97:17 98:5
102:8,18,19
103:17 105:12
110:8,24 111:2
111:5,13 115:5
118:1 119:11,20
121:23 122:3,4
122:12,23
123:11 130:14
132:19,21
134:13 138:4,20
138:24 139:9
142:1,6,6,8,13
143:3,4,7,15
148:23 154:9,16
157:12,14,24,25
158:10 159:11
160:5,6 167:10
168:5,23,25
171:9 176:5
**good**
7:5 8:25 11:22
46:6,19 47:6
55:7,9 66:12
72:5 83:11 87:6
98:16 114:2
115:3 118:4
145:24 159:14
170:22 177:6
**gotten**
88:21 106:10
178:4,5
**governing**

governing
49:4 55:11
government
143:7
graduate
143:17
grant
36:16 94:6
Great
55:21
greater
10:7
Grewal
13:18 15:9 16:9
16:22 92:6
141:9
Grewal's
14:4 141:1
grounds
73:22 148:24
Group
35:5,7
guess
14:6 18:16 29:23
58:10,13 60:11
122:3 139:10
140:25
guesstimate
163:15 165:23
guesstimation
85:2
guidelines
47:11,15
guys
51:7,7 83:4 106:3
111:15 122:12
145:19

―――――――――
H

H
5:7 6:1 182:1
183:1
HALE
3:5
half
10:17
hand
12:18 20:9 22:12

27:8 28:17 30:3
33:15 43:1
95:23 102:8,14
103:7 133:12
154:16 160:1
handed
108:15 145:13
handing
92:4
handle
155:25
handling
34:3 40:10 156:5
179:5
hands
15:6
handsome
81:17
happen
36:14 53:23
169:18
happened
64:23 112:22
128:19 130:25
141:2
happens
10:1 50:6,15
176:14
happy
63:24
harassment
130:16 157:10
169:5,12 174:17
176:2
hard
133:23 154:6
158:9
hate
105:4,5,6 107:3
head
9:11,14 11:14
147:3 156:21,23
heading
10:15
hear
18:17 46:5 48:14
77:11 87:7

88:21 125:8
127:21 129:2
162:6 165:15
heard
18:6 37:13 69:25
116:19 136:7
164:18 167:6
hearing
104:19 124:1
hedging
158:25 159:23
held
2:17 32:12 54:17
66:20 77:20
97:23 107:17
114:20 123:21
150:13 176:25
Helen
5:20 27:15,20
28:25
help
18:19 128:19
175:16,24
helped
11:23 12:1
helpful
111:19 145:18
helping
34:16
helps
15:5
Hey
56:23
high
34:18
higher
117:6,7
highest
45:6 48:25 49:16
55:20 109:8
highly
1:18 105:15
110:4 179:7
hold
104:7 113:21
home
163:1

honestly
8:10 48:17
hope
47:11 61:18
Hopefully
112:9 159:13
hoping
83:24 176:7
Hopson
5:20 27:15,20
28:12,14,25
32:19
hot
158:13
hotel
70:17,19
hour
50:11 177:5
hours
179:22
hour's
72:2 80:24
huge
81:7 124:16
huh
58:10
humor
63:22
hundred
22:6,7
Hwan
35:1 39:4 41:14
42:1 56:23
67:12 68:9
120:12
hypothetical
148:21

―――――――――
I

idea
51:22 93:7 107:9
146:21
identification
12:21 20:12
22:15 27:12
28:20 30:7
33:17 92:8
102:9,11 154:19

identified
32:20
identify
7:15,18 87:16,17
88:14,24 89:8
Illinois
144:13
image
154:6
impediment
178:5
importance
14:1
important
11:6
improper
91:25 101:11
106:18 116:6
127:19 163:5
174:15
improperly
106:10
inaccurate
91:20,21 92:1
164:25
inappropriate
117:8 121:16
142:19
incapable
130:15
include
11:3 50:15 57:9
57:21
included
21:24 22:3 27:20
42:19 141:24
includes
109:20
including
18:24 88:22
169:14
incompletely
24:6 29:8
inconsistency
141:18
inconsistent
108:10

increased
80:22
indicated
72:23 164:15
169:16
indication
171:1
indirectly
162:22
individual
34:2 41:18
155:25
individuals
155:25 156:3
157:20 162:6
InDong
33:23 67:13
151:4,6
industry
82:8,8 84:14,19
85:1,9,17 86:15
87:3,9,13
115:24
information
15:5,11,14,21
16:13 17:19
37:12,12 38:4
44:13 46:10
47:2 55:2 84:5
85:1 86:15
87:13 89:9
95:21 96:13,13
98:19,22 99:2,6
99:25 100:16,20
100:24 103:15
105:15 107:25
118:20,24 120:9
121:25 133:15
134:12,14,16
141:20,20
145:23 147:14
152:7 153:18
155:7,9,11
162:12,20
informed
17:1 93:23 94:3,9
94:19 99:19

108:13
initial
163:15,16,21
165:24,25 166:2
innocuous
111:14
input
19:5
inquiry
45:17
insecure
139:3
Insider
88:11
insinuating
162:22
insist
89:18 101:14,15
108:18 141:7
159:25
insisting
176:6
instance
57:25 58:5 59:11
97:1 135:5
166:19,20
instances
11:6 76:24
institution
144:11 149:15
instruct
15:11,20 16:12
17:18 18:25
20:1 37:11 44:7
62:8 64:5 65:19
69:6 70:1,10
71:7,13,21
73:21 96:15
98:20 99:22
101:22 103:21
105:13 111:16
111:18 113:6
130:14 138:21
139:4 148:23
149:2 152:13
153:11 155:6,13
157:5 158:2

161:6,12 168:23
169:24 174:18
instructed
26:13,15 73:2
118:24
instructing
61:22 65:11
instruction
16:24 19:7 20:7
20:14,20 37:24
38:7 61:13,16
61:17 62:13,19
66:1,7 69:21,22
73:11,23 77:1
100:6 105:7
130:19 131:2
161:14 169:2
instructions
24:5 69:9,11 74:2
74:11,16 77:6
101:25 119:2,4
122:10,20 124:8
insult
143:1
intend
42:12,14 47:9
111:19 116:13
162:19 175:8
intended
116:12 121:14
intends
49:24
intention
57:9
interacting
14:7
interest
84:15 108:6
111:4 115:11,18
115:21 116:3,8
117:14
interested
42:15 51:13 56:3
64:16,16 115:24
124:1 155:1
168:11 181:18
interjection

24:13 41:8 49:8
69:23 80:6
81:18 163:18
167:2 171:3
internal
43:20
internally
16:2 17:1
interpret
69:13
interpreted
8:13 69:10
interpreter
4:13,14 8:6,17
24:13,14 26:15
35:7 41:8,9 49:8
49:9 58:19 59:3
69:23,24,25
80:6,7,8 81:18
81:19,22,23
82:1 90:25
93:12,15 97:11
97:19 116:22,25
117:2,4,5,19,21
118:11,13 121:7
127:21 135:11
135:22 136:3,4
136:7 148:2
156:23 163:13
163:18,20 167:2
167:4,7 170:23
171:3,19,20,23
172:7
interpreters
93:12 127:21
interrupt
139:25 140:2
interview
60:23
interviewed
60:21
invade
101:10
Invades
149:1
investigated
133:6

invite
44:10
involve
75:8 120:24
involved
34:14 56:17
67:17 113:2
120:3 124:18
126:8 127:25
137:8 156:17
involvement
10:7 11:7 12:3
31:22 34:13
120:7,11,20
121:1,10 124:1
involves
146:18
involving
50:11
in-house
8:3 17:1,9 85:15
IP
9:11,15,25 10:18
118:19,23 147:3
156:20
IP-related
9:17
ironic
103:12
irrelevant
130:17 169:4
issue
13:25 46:11,21
52:13 53:5
75:14 76:2
78:18 79:7
102:13 103:13
107:5,22 129:20
138:6 143:8
155:4 158:14
159:23 163:12
issued
92:5 119:2
147:17
issues
31:24 45:16
54:10 74:7

110:4
issuing
119:3
ITC
31:2,7,13,19,23
62:12 74:9
items
141:19
i.e
49:20

**J**

J
4:3
JD
149:14,15
jet
144:3
Jin
35:1 39:4 41:14
42:1 56:23
67:12 68:9
120:12
job
1:23 118:4
145:24 146:13
146:14,17
151:18
John
3:13 7:24
joke
179:15
JOSE
1:2
jot
97:11
Journal
88:11
judge
13:18 14:4 15:9
16:9,22 92:6
141:1,7,9 157:2
177:10
judge's
102:15
judgment
46:4
July

20:6 72:25 76:8
jump
52:5
June
43:2,16 44:25
45:4 46:2,19
47:18,21,22
48:1 49:2,12
53:7 55:12,16
56:15 57:3,4,6
57:10,16 62:22
67:1,4,7,9 70:14
71:2,24 77:16
77:20 79:8
93:22 95:2,6,10
95:13,20,25
96:5 115:6,19
118:17 119:12
119:22 120:2,22
125:15,17 126:2
126:7,18,21
128:10,18,22
129:12 130:9
131:10 141:13
157:13 158:6,16
160:23 161:4,16
jurisdiction
150:25

**K**

K
30:13
Kang
33:23 67:13 71:1
126:24 128:2,9
128:23 129:14
130:4 151:4,6
Kang's
33:24 34:5
keen
84:15 115:11,16
115:18,21 116:2
116:11,16
117:14,16
keep
47:12 66:15
83:23
keeps

46:25
Ken
59:18 60:3,6,16
60:21 62:4 74:6
96:18,20 97:15
kernel
117:5
Kim
4:11,13 8:3,3,8
156:15
kind
17:24 22:7 26:19
43:10 46:9
60:23 83:8 85:1
105:11 111:14
118:5 126:10
127:9 131:5
133:23 139:3,18
156:1 158:4
knew
123:24 124:11
174:7,13
know
13:23 14:10,17
17:24 22:9,11
27:3,9 28:7,12
28:14 30:4 32:5
32:23 33:7,12
34:14,19 35:12
35:24 39:15
40:4,4,8 41:6
43:21 45:22
46:4 48:12
49:18 55:7 58:9
59:11,14 61:25
64:25 67:15
68:16 70:23
71:3 75:9,20,25
76:1 83:7,21,25
84:4 86:17,17
86:23 87:19
88:23 90:1,4,8
90:12,22 91:5,9
91:12 92:21
93:25 94:5,7,17
96:3 98:24
99:11,17,21

102:6,14 104:9
104:14,15
106:20 111:11
113:19 115:16
116:12 118:21
118:22,23 119:5
120:25 122:17
124:9,21 127:2
127:13,13,23
128:2 129:7
134:5 135:7
137:18 138:11
138:14,18
139:13,18
143:11 145:12
146:3 147:13,20
147:21 151:10
151:11,13,16
153:12,17,20
154:22 155:21
155:22 156:4
159:1,6 162:7
166:17 168:24
170:22 172:20
174:2,16 175:8
178:13,17,19
179:15
knowledge
99:9 100:20
118:18 124:4,5
126:24 135:18
136:21 154:5,10
known
15:24 93:24,25
94:4,10,20
148:20
knows
104:10 152:22
153:9
Koppelman
4:4 7:22 140:20
141:6
Korea
59:18,21 60:3,7
60:17,21 61:3
61:10 62:6,11
62:15 74:6,7,15

77:21 96:18,20
97:15 105:17
143:19,24 144:2
146:9
Korean
1:9 2:4 4:13 8:11
8:11 45:22
50:14 52:9
81:20 116:15
117:14,23
Kwak
35:1 39:4,5,18,25
40:14 41:14,23
42:1 43:11,25
44:7 49:23
56:23 57:2,6,10
57:15,20,22
58:1,10 59:1,7
62:22,24 63:10
63:16 67:12
68:9,13,25
70:13,18,21
120:12,13,19,25
126:24 128:2,9
128:23 129:4,14
130:4 151:2
Kwak's
35:2

**L**

lack
79:19
lacks
16:11 17:16
21:11 25:20
26:5 32:22
37:10 70:15
90:2,20 91:6,6
95:16 113:17
117:22 147:8
148:4 151:20
152:20 153:6
155:20 173:15
lag
144:3
laid
157:8
language

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

8:10,11,11,12
77:22,25 78:4
109:23
**laptop**
154:3
**large**
137:8
**lasting**
56:22
**late**
46:4
**lateness**
177:5
**Laugh**
112:4
**laughing**
112:6
**law**
9:8 85:13,21,25
86:10 149:13
151:12
**laws**
181:19
**lawsuits**
146:22
**lawyer**
44:13 53:20
96:14 108:18
113:2 142:22,22
148:23 151:2,6
**lawyers**
17:20 56:11,12
65:12 76:23
85:13,21,25
86:3,10,13,21
86:24 98:22
99:13,19,24
100:1,11 103:18
155:2,3,8,11
160:3
**lawyer's**
101:10
**Law360**
88:11
**LCD**
10:16
**leak**

95:24 135:4
**leaking**
135:1
**leaks**
95:21 134:16
**learn**
130:3
**learned**
15:14 99:13,14
130:13,16,16,22
**learning**
108:8
**leave**
51:1 52:15,20
53:20 103:1
105:18 108:18
109:2 142:10,12
142:17
**leaves**
51:9 102:22
**left**
58:20 177:2
**leg**
70:2
**legal**
7:10 15:13,22
16:14 17:10
37:14 44:8,9
56:13 65:12
96:14 98:23
99:14,25 100:12
151:18 152:11
155:10,12 169:1
**legitimate**
45:17
**lengthy**
56:22
**lesser**
10:7 83:5
**letter**
5:17,22 22:13
28:18 104:16,20
104:22 106:11
106:17,22 110:3
110:23 141:22
**letters**
104:17

**letting**
73:7 93:10
139:16
**let's**
23:24 26:12 40:4
50:8 52:22
54:14 61:25
62:4 65:3 72:14
107:13 110:12
145:11 156:18
165:17 166:11
**level**
34:18,19 45:7
49:16 55:20
68:18,22 109:8
117:5,6,6,10
124:3,5
**levels**
48:25 78:17
**liability**
1:13 2:8
**liberty**
64:25
**license**
38:20 39:3,19,25
40:14,23 41:25
42:8,15,18,23
43:7,13 44:1,14
48:10 50:24
55:11 56:8 57:7
57:17 59:7,13
59:19,23 62:25
63:7,11 64:3,11
64:12,17 65:8
65:17,23,25
66:6,25 67:8
71:5,12,19
73:18 78:21,24
79:7,16,21 80:5
80:13,18 83:17
84:8,12 85:6,10
85:18,22 86:1,4
86:16,22 87:4
87:10,14,18
88:1,17 89:2,11
89:25 90:7,11
90:17 91:3,17

93:24 94:4,9,20
95:3,8,11,14
96:1,2,6,7 97:18
98:19 99:2,6,10
99:20 100:5,17
100:21,25 102:2
102:4 112:25
113:1,15 115:7
115:12,19
118:18,20 119:9
124:25 125:3,11
125:23 126:4
127:9,18 131:17
135:19 136:12
136:22 153:19
155:5 160:20
161:18 162:18
163:3 169:23
170:18 171:13
171:16,18 172:2
172:11,17 173:3
173:9 175:4,16
175:24,24
**licenses**
11:4 38:13 63:20
67:5 69:4,20
73:18,19,20
76:15,15 101:4
137:10 148:1,2
148:9,19
**licensing**
9:22 10:2,4,11,21
10:24 11:8,24
34:6,8,17 35:5,6
35:7 40:11
105:1 140:22
**licensing-related**
10:5,15 34:4
**light**
122:2
**likewise**
75:1
**limit**
177:2 178:24
**limited**
1:13 2:8 9:4 47:3
124:10

**line**
46:22 110:15
124:20,22 182:4
183:4
**lines**
27:17 47:10
59:12 74:7,22
**list**
21:24 88:24
**listen**
104:5
**listened**
169:1
**literally**
57:11
**litigation**
11:5 12:2 13:22
14:16 16:25
18:15 34:11
61:4,6 95:4
112:15 133:8
134:13 146:18
147:25 156:9
**little**
10:22 46:8 88:21
117:8 142:24
143:8,11 170:24
172:20
**live**
7:18
**LLC**
1:12 2:7 3:12
**LLP**
2:20 3:5,15 4:5
4:12 28:25
**lo**
135:7,12
**location**
7:8
**long**
9:19 42:18 47:5
51:5 71:24 73:9
97:6 154:21
158:9
**longer**
177:7
**look**

Case 5:11-cv-01846-LHK   Document 3235-1   Filed 01/23/15   Page 199 of 216
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

199

31:5 32:2 34:7
79:13 94:22
115:23 117:9
126:14 141:18
142:24 151:22
151:25 154:21
162:21
**looked**
104:23
**looking**
58:6 81:5 104:3
153:13,16,21
**looks**
79:18
**Los**
1:21 2:22 3:18
7:1,9
**lose**
168:19,20
**loses**
169:17
**lost**
165:11
**lot**
39:1 42:3 70:25
82:23 111:24
113:25 123:9
134:13 172:6,8
**lots**
162:23,23
**lower**
34:19 167:25
175:11
**lump**
166:12
**lunch**
66:10,17 72:6,14
72:17 75:13
77:15

————
**M**
**Madam**
119:17 164:2
165:13 170:11
**magazine**
88:7
**magic**
122:11

**maintain**
142:4
**maintained**
49:17
**major**
11:2 114:11
178:5
**making**
68:23 103:13
110:19 121:1
123:1 127:8
132:12 160:18
173:11
**manage**
137:20
**manner**
106:1
**March**
5:15,24 6:3 21:9
21:19 23:7 24:4
24:12,19,22
26:20 27:1 30:9
30:17 31:13,18
38:11,18 40:25
41:25 42:9,16
42:22 43:7 44:5
63:19 64:2,19
102:3 104:22
106:17 110:3,22
124:25 125:3,4
125:7,13,17,19
126:1,7 153:24
**mark**
3:4 7:19 142:9
**marked**
12:18,20 13:11
20:9,11 22:12
22:14 23:11
24:9 27:1,8,11
28:17,19 29:3
29:12,16 30:3,6
32:6 33:15,16
92:4,7 102:9,10
103:8 108:14,15
154:17,18
**master's**
143:20 144:2,6,10

145:9,10
**match**
117:9
**material**
152:18 153:4
**materials**
5:13 12:24
144:18
**matter**
7:12,13 18:16
22:9 34:13 40:7
42:11 48:1
56:18 74:25
75:2,4,16,18
76:1,21 84:13
96:11 110:22
126:3,8 130:9
143:25 144:5,15
144:22 167:17
**matters**
10:16 34:4 40:11
42:5 45:15 58:3
133:6
**maximum**
143:3
**mealy-mouthed**
158:5 159:1
**mean**
13:14 16:5 17:25
26:8 38:14
41:19,20 43:15
45:18 64:12
76:6,9 80:9
82:10 88:3,4
102:24 103:10
106:7 107:3
113:11 117:16
117:25 125:16
126:15 128:17
128:25 132:8
138:2 139:10
147:1 158:10
163:24 166:6
169:16 172:12
179:7
**meaning**
88:6 126:5

**meaningful**
53:2
**meant**
107:14 146:25
173:12
**mechanics**
117:3
**media**
54:19 82:23
84:24 90:14,16
91:2,12,15,19
97:21 150:11,15
162:5
**mediation**
64:8,8,22 65:6,10
65:18,20 99:15
100:1,7
**meet**
68:19 85:12
162:6
**meeting**
40:7 43:2 44:25
45:4 46:3,19
49:13 53:7
55:13 57:16
62:23 63:2 67:1
67:9,11,14,18
67:23 68:4,7,11
68:14,16 69:1
70:13,22 71:2
71:24 72:11
77:16,20 78:6
78:15,20,23
79:8,15,21 80:1
80:4,12,17 84:8
84:11 85:5
88:16 89:1,10
93:23 95:2,6,10
95:13,20,25
96:5 119:13,23
120:2,22 126:18
126:20,21 127:2
127:5 128:10,15
128:18,19,22,24
129:13,16 130:4
130:9,23 131:1
131:10 132:1,3

132:6,9 133:19
137:5 138:1,4,9
138:10,23 141:3
141:13 157:13
158:6,16 160:23
161:4,9,16
169:21 170:15
170:20,25 171:2
171:2,10 172:1
172:2
**meetings**
11:17 53:8
**Melin**
40:1 58:7,15,23
67:15 68:18
79:18 80:15,16
81:12 82:3,5,10
82:15 83:8,16
83:17,18 84:7
88:16 89:1
96:10 98:10
132:18 135:19
135:25 136:13
137:4
**Melin's**
56:19
**member**
150:21,24
**memorializing**
127:17
**memory**
24:8 29:11,15,19
70:24 132:12
**Menlo**
4:7
**mental**
101:10 113:5
**mention**
79:16,20
**mentioned**
17:21 29:21
56:15,18,23
58:8 80:9 83:21
87:5 95:17
133:9 135:24
136:11
**mere**

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

64:12
**merely**
73:24 75:6
130:18
**mess**
112:5
**message**
137:20
**met**
18:9 67:4
**metallurgical**
144:10,17
**methodology**
161:21,24
**MICHAEL**
3:14
**Middlefield**
4:6
**Mike**
8:1
**Mill**
3:6
**million**
81:12 82:19,20,25
83:3,3,5 163:23
166:4,18,25
167:6
**mind**
23:25 37:16
39:11 42:3,4
46:25 47:12
56:6 68:20
82:21 83:23
85:11 88:2 96:9
106:3 129:23
135:9 156:19
157:25 162:16
167:19,25
168:12
**mine**
109:16
**minimize**
82:13
**minute**
112:12
**minutes**
72:1,3,12 78:23

79:1 83:11 97:7
158:21 165:14
177:2
**minutes-plus**
56:22
**Mischaracterizes**
131:19 136:14,25
**misingularity**
88:19
**missed**
169:3
**misspeak**
163:19,20
**misspoke**
167:3
**misstated**
95:12
**Misstates**
115:14 175:18
**mistakenly**
52:9
**moment**
65:4 85:8 159:3
**Monday**
98:5,6
**monetary**
172:17 173:2,8
**money**
58:13 136:1
162:23 176:7,8
**monies**
56:17 80:21 81:7
82:14
**monitoring**
7:17,23
**month**
42:6 57:10,24
60:7,21 61:4,11
62:7,12,16
96:18 126:6,7
**months**
112:16 154:6
**morning**
7:5 8:25 129:4
**mother**
78:2 159:4
**motion**

6:5,12 39:13
43:22 58:11,24
59:9 112:20
**move**
69:12 70:5 92:17
103:22 110:10
110:12 111:8
141:16 142:5
**Mueller**
146:1
**mulling**
83:8
**multiple**
84:6 147:4,5
**murky**
93:3

――――――――――
**N**
――――――――――
**N**
3:1 4:1,1,1 5:1,1
6:1,1 183:1,1
**name**
7:10,19,21,24
8:25 9:1,1 21:14
21:15 27:16
59:14 67:16
115:3 137:11,12
137:15 156:14
**named**
18:4 35:1 156:15
**names**
85:17,20,24 89:22
156:12,19
**narrow**
65:4
**National**
143:23
**native**
78:4 116:10
**natural**
176:14
**naturally**
16:18 58:2
**nature**
22:7 133:11
**nay**
153:14
**NDA**

6:8 44:15 45:16
46:10 47:24
48:21 50:3,17
51:2,21 52:3,11
53:22 54:22
103:12 104:15
104:18 108:1
121:22 122:6,14
122:16 123:4
124:9 132:22
137:24 138:5,13
138:25 139:22
140:10 141:14
141:22 142:14
158:8,18 159:8
159:15,16 161:6
161:10
**necessarily**
21:22 23:14,15
83:10 96:3
137:12 155:22
**necessary**
12:9 17:25
169:15 179:1,4
**necessity**
113:20
**need**
22:21,24,25 47:7
48:16,18 50:4,9
53:14 55:21
77:5 79:23 98:4
110:5,6 114:14
117:24 123:13
139:15,18 150:9
156:22 171:14
173:4,16,22
176:8 177:6,16
177:22
**needs**
141:18 177:4
**negotiating**
11:3 83:4 175:10
176:6 179:1
**negotiation**
11:17 43:2 45:11
55:16 56:14
57:15 58:2

62:23 63:2
64:24 67:1,8
83:24 111:17
113:3 121:14
125:15 168:5
169:14 175:25
**negotiations**
11:8,14 44:18
46:18 49:2,5
50:24 51:20
54:4 55:11
71:10 82:13
97:18 102:20
105:14 107:25
108:9 109:5
111:21 113:3
120:4,7,10,13
121:11 123:19
123:25 124:12
124:14,19
125:18 126:2,3
127:9,18 132:11
132:17
**Netherlands**
98:18
**never**
14:1 24:24 25:4
25:10,22 26:13
69:13,14 95:5,9
96:3 103:23
107:12 116:19
159:7 169:25
174:24
**new**
1:10 2:5 19:19
60:19 97:17
117:17
**night**
114:1
**night's**
114:2
**Nokia**
4:2 6:13 7:22
38:13,20 39:3
39:14,14,19,25
40:1,11,11,15
40:17,24 43:2

Case 5:11-cv-01846-LHK   Document 3235-1   Filed 01/23/15   Page 201 of 216
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

201

44:15,24 45:2,5
45:8,24 46:17
46:18 48:6,9,24
49:2,5,14,23
50:3,12,16
52:25 53:1,17
53:19 54:4,22
55:1,2,3,8,11
56:5,10,15,15
56:18 57:8,18
58:1,8,11 63:13
66:25 67:4,8,14
68:14 69:1,3,19
70:7,14,22 71:2
71:4,5,11,12,18
72:11 73:3,14
73:17,24 77:16
77:23 78:1,5,15
79:10,14 80:22
81:1 82:20
84:13 90:10
93:23 94:3,9,19
95:21 102:12,16
102:19,22,25
103:1,9,13
104:15 105:17
105:19 106:9,17
108:10,18
109:19,24
112:20 115:4
119:14,24 120:4
120:21 121:12
122:18 123:20
126:3,19 128:10
136:22 137:10
137:15 138:12
138:24 141:6,14
141:23 155:3
158:7,16,18
159:7,15 162:17
162:19,22 163:3
168:13 169:22
169:25 170:15
171:11,16 174:7
174:13,21,21
175:5,17 176:6
179:14

**Nokia's**
44:11 46:4 49:11
51:16 52:2,17
62:16 71:19
78:21,24 98:2
101:8,19 103:18
105:2,9 106:19
107:25 108:25
110:10 133:16
134:12 138:11
138:22 157:18
159:22
**Nokia-Apple**
48:10 56:18
115:6 119:9
153:19 163:3
171:12,18 172:2
**Nokia-Samsung**
57:15 108:12
125:10,22
**nondisclosure**
45:5 49:4,14
55:10,18 157:19
170:2,7
**nondiscriminat...**
113:14
**nonresponsive**
53:12
**nonsense**
139:14
**Northern**
1:2 18:15
**notes**
97:8 126:20,25
127:4 181:11
**Notice**
2:25
**notwithstanding**
108:1
**nowadays**
84:16
**number**
7:12 10:1 76:24
96:24 161:24
162:13 163:9
164:5 165:19
166:11,13,14,23

167:12,13,18,23
167:24,25 168:1
172:10,11,17
173:3,9,17,17
173:18 175:2
177:9
**numbers**
83:7,21,25 95:18
147:2,4 163:9
163:10 164:6,7
165:20,21 168:6
168:13 169:8,16
169:18 171:12

──────────
**O**

**O**
4:1 5:1 6:1 183:1
**oath**
8:6 9:5
**object**
12:14 48:17 55:4
55:6,9 78:8
101:9,20 102:17
105:9 108:7
116:21,23
129:19 152:10
155:19 174:14
**objected**
158:18
**objection**
13:12 16:10
17:16 18:21
21:11 22:1 25:9
25:20 26:5 31:4
31:25 32:21
33:6 36:1,21
37:2,9,24 60:8,8
60:22 61:12
67:19 69:6
78:16,16 89:3,3
89:12 90:1
91:24 94:11,21
95:15 96:12
103:2 108:18
113:17 115:14
115:21 116:4
121:2,13 127:11
128:4,11 129:18

133:17 134:17
135:20 136:14
147:8 148:4
152:20 153:6
167:14 168:2
172:3 173:21
175:18
**objections**
16:24 38:7
105:25 106:2
124:7 148:13
181:7
**obligation**
70:1
**observation**
50:20 76:19
**observe**
127:4
**observing**
127:6
**obstacle**
46:12
**obtain**
130:25 143:21
**obtained**
143:19,20 144:7
**obtaining**
56:13 100:11
149:14
**obviously**
74:20 77:5 103:1
110:8 177:23
**occasion**
34:22 40:1 43:3
58:12,22 70:17
101:13
**occasions**
102:5 178:3
**occurred**
104:12 125:6
141:21
**October**
1:22 7:1,7 92:6
181:21
**offer**
41:9 68:21,23
69:3,19 70:7

71:4,17 73:8
75:11 80:20
102:4 120:20,25
132:13 146:3
172:1,10,16,19
172:21,23
173:11,12,25
174:6,12,22
**offered**
100:10 124:2
141:25
**offering**
124:16
**offers**
120:21,25
**office**
154:2
**officer**
155:16
**offices**
2:18
**official**
15:23
**oftentimes**
163:20
**oh**
22:6 27:17,19
39:20 43:19
**okay**
20:25 23:4 24:1
29:4,5 40:12,21
42:22 43:25
44:6 49:18
54:14 55:12,22
55:24 56:2
61:20 72:8
77:15 80:22
82:2 89:17
92:25 93:20
97:17 103:5
117:24 118:16
131:16,25
146:14,17 149:8
150:24 151:8,11
151:18 154:3,25
158:12 167:9
168:11 173:11

176:21
**Once**
15:20 157:8
**ones**
74:18
**one's**
46:11 48:20
139:12
**one-sided**
49:19 51:15
**onwards**
149:6
**opaque**
81:20
**open**
36:10
**opened**
36:20,23 37:1
**opening**
36:13,16
**operate**
117:4,5
**operating**
138:2
**opinion**
25:15 91:25
101:11 116:6
127:20 163:5
168:4 174:15
**opportunity**
21:5 27:9 30:5
**opposed**
24:14 90:24
**option**
142:11
**orally**
137:19
**order**
1:19 5:11 6:4,12
6:13 12:23
13:19 14:4,8,16
14:19 15:1,4,9
15:17,23,24
16:9,17,22
17:15,22 37:8
37:23 38:6
39:13 45:7,16

49:1 55:19
62:17 74:8
79:22 81:5,11
92:5 97:2
102:15,25
103:14 108:21
108:24 109:8,18
109:22 117:7
134:5 140:22
141:1 147:13
148:11 154:7
157:20,22
159:19
**ordered**
140:15 141:7
160:3
**orders**
147:17,21 179:11
179:12
**order's**
49:17
**ordinary**
106:4
**organization**
118:19
**organizes**
34:8
**original**
179:5
**ought**
17:6 68:23 81:16
**outline**
62:11
**outside**
56:9 57:7,17
63:12 65:6 95:7
101:20 107:7
161:8
**outwardly**
90:4
**overall**
9:16 10:19 40:6
128:17
**overbroad**
16:11 147:18
148:21 151:21
169:10

**Overly**
91:6 169:10
**oversee**
10:5,20
**owner**
141:19

———————

**P**

**P**
3:1,1 4:1,1
**page**
1:17 2:1 3:6 5:2,9
6:2,3 22:18
28:23 93:1,2
109:18 182:4
183:4
**pages**
1:24 5:13,16,18
5:21,23,25 6:6
6:10,14
**paid**
42:2 80:21 176:7
**pales**
176:16
**Palo**
3:7
**pan**
169:16
**paper**
105:11 111:14
119:8
**paragraph**
93:2,5,11
**parameters**
46:25 47:6
**pardon**
31:16
**Park**
4:7,14 8:8
**parse**
46:13
**part**
20:17 82:21 86:9
88:18 115:21
120:24 122:10
122:18 127:13
144:19 146:17
148:25 149:25

177:22
**participants**
80:4 159:19
**participate**
127:10 150:1
**participated**
40:17 97:14
104:15 106:24
149:23
**participation**
109:19
**particular**
14:21 15:1,2
30:22 35:18
42:25 75:21,24
88:2 128:20
162:9 169:11
**particularly**
177:3
**parties**
55:17 69:4 70:8
73:20 84:17
108:23 117:20
117:20 124:15
148:1,19 160:3
179:3 181:17
**party**
122:16 135:7
**party's**
15:5
**pass**
103:24 114:12
150:5
**passage**
86:6
**passed**
121:15
**patent**
9:22 10:4,10,24
11:4 14:16
99:10,20 100:5
100:17,21,25
101:7,8,19
126:4 127:9,17
146:18,22
147:24 148:1,2
148:8,19 176:10

176:16
**patents**
70:9 73:21
**Patrick**
4:3 7:21 115:3
**pattern**
108:4
**Paul**
40:1 56:19 58:6
58:14,15,23
67:15 68:18
79:18 80:15
81:12 82:3,4,10
82:15 83:7,18
135:25
**pay**
113:1 176:7,17,18
**paying**
81:13,15,16 82:4
82:14,16,19
136:1 137:17
162:23 174:13
174:21
**payment**
82:22,24 83:1
163:21,22 166:2
166:3,12,12,18
166:25 167:13
167:16 173:13
174:6
**payments**
163:15,16 165:24
165:25 174:12
**PDF**
29:9
**Pease**
5:25 30:10 33:4
**penalty**
8:9,16 181:6,19
**pending**
45:25 46:15,20
50:6 53:10 54:8
54:9,12 123:12
147:3 165:4,4
**people**
28:11 29:23
34:12 45:24,24

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

203

49:23 50:12
52:5,24 53:19
53:19 85:14
86:21,24 111:24
128:3 156:10,20
163:20 168:5,8
**percent**
81:15
**period**
43:18 125:19
126:1 149:13
153:23
**perjury**
8:9,16 181:6,19
**permission**
141:24 157:21
**permit**
102:18 103:17
105:2
**permits**
46:13
**permitted**
75:19 109:24
159:19
**persist**
89:13
**person**
7:18 15:1,25 16:6
26:9 27:20
79:15,20 80:1
127:24 132:5,10
143:12 168:7,18
169:14,17,17
171:6
**personal**
10:7 120:7,10,20
121:1,9 123:17
123:25
**personally**
120:3 124:18
126:8 127:8
132:18,18
140:17 148:14
**personnel**
127:16
**persons**
40:10

**person's**
67:16 130:25
**perspective**
171:4
**persuasive**
83:25
**Philips**
63:21 66:6
100:22 101:1,4
**phonetic**
85:14
**phrase**
31:17 135:12
**phrased**
133:24,24 153:8
**Ph.D**
145:11
**pick**
117:8
**PICKERING**
3:5
**pieces**
88:21
**place**
9:17 14:8 17:6
59:10 77:10
78:18 87:2
125:13 128:24
129:15 131:10
181:5
**placed**
24:6,12,15
**Plaintiff**
1:6 3:2
**Planet**
7:11
**play**
52:14,15 168:17
**playing**
159:2
**pleading**
29:8
**pleadings**
29:25
**pleasantries**
132:9
**please**

7:15,18 8:5 17:4
20:18 22:17
27:10 30:4 32:8
32:17 33:3
35:20 37:17
44:2 67:2 89:17
92:25 97:19
107:8 112:4
121:19 129:2
131:6 134:10
137:22 139:25
140:2 156:13
164:3 170:10,12
**plurality**
81:19
**plus**
82:20
**point**
23:6,10 24:3,23
43:5 44:10
47:10 68:17
81:17 84:20
86:8 93:2 108:7
122:23 129:3
133:19 139:17
157:10,12
166:24 172:7
176:2
**pointed**
52:4
**poker**
168:17,23
**polymer**
144:7
**portfolio**
101:8,8,19 176:10
176:16
**portion**
105:19
**portions**
179:2
**position**
9:10 33:24 35:2
50:18 51:18,21
74:23 76:1,20
76:21,22 77:4
102:22 103:20

105:16 107:21
107:23 108:3,10
108:11 109:16
110:11,17,21
113:21 122:2
140:1 141:5,18
157:2,14,18
159:13 178:1
**positioned**
176:15
**positions**
18:19 75:9
139:21 140:10
**possession**
106:19 112:21
**possibility**
31:6
**possible**
23:19,21 36:19,25
48:3 98:4
113:21 125:10
125:21,22
126:15 129:23
133:2,12 179:25
**possibly**
53:2 68:24
129:24 136:2,5
174:16
**potential**
73:13,16
**PowerPoint**
81:2,6 98:4,9
137:4,7,9,19
**practice**
29:22 108:5
127:8,16 151:9
151:12,14
178:13
**precise**
10:22 47:9 49:15
57:13,24 60:20
86:12
**precisely**
41:3
**preface**
159:3
**premise**

171:4
**preparation**
13:4 67:20,25
68:3 92:11,16
92:19 119:12,22
**prepare**
67:23 68:6,10,13
69:1 70:13,21
70:25 71:1
113:23 114:3,9
**prepared**
20:15,19,21 33:11
73:23 74:10
75:23 113:25
145:22
**preparing**
31:2 67:17 96:21
**prepositional**
31:17
**presence**
49:23 56:9,12
57:8,18 63:12
106:6 110:10
121:16 170:1
**present**
4:10 38:18 39:24
42:2 43:14,18
44:8,11 45:25
50:12 55:3 56:5
105:19 128:23
129:13 132:22
147:3 153:24
159:20
**presented**
137:5
**presently**
136:17
**president**
35:1,3 39:4
120:12
**pretending**
83:25 94:7
**pretense**
94:17
**pretty**
56:24 58:10,13
103:12 108:24

Case 5:11-cv-01846-LHK   Document 3235-1   Filed 01/23/15   Page 204 of 216
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

204

**prevented**
109:13 110:19
145:24
**prevented**
77:25
**previous**
2:1
**previously**
37:4 141:21
157:6,9
**primary**
156:8
**principal**
33:22,25 67:13
**principled**
108:2
**prior**
10:14 19:24 20:5
68:15 72:25
73:1 74:15
104:12 120:7,10
120:19,22,23
121:1 123:25
124:25 125:3,6
125:15,20
142:13,19 149:4
161:16
**privilege**
20:16,22 61:14
62:9 64:8 65:20
73:6,10 74:1,20
75:2,22,24
152:19 153:5
**privileged**
64:20 65:11 66:1
75:8,17 76:22
77:5,10 152:3,9
**probable**
84:18 87:23 88:1
**probably**
9:20 25:4 29:23
41:14 58:23
68:9 80:15 83:2
85:15 86:19
88:8 120:17
126:9 161:22
162:24 166:22
171:5 179:6

**problem**
45:20 46:19
48:21 49:19
50:13 51:3,11
51:23 122:7
141:9 161:2
**problems**
77:25
**procedure**
116:18,21
**proceed**
8:21 46:23 47:8
106:1 110:15
141:4
**proceeded**
105:18
**proceeding**
44:12 101:21
103:12
**proceedings**
32:12 54:17
97:23 107:17
114:20 150:13
176:25 181:4
**process**
46:9,13 134:15
147:7 175:25
176:14
**processes**
101:10 113:5
149:1
**produce**
147:25
**produced**
37:7,22 95:3
148:9
**product**
11:12 18:24,24
69:7,22 70:11
71:8,14,22
73:22 101:11,21
113:4,5 148:24
152:4,12
**Professor**
18:5,9,11,20 19:6
19:10,13,15,20
19:24 20:5 25:2

25:7,18 33:11
61:11 62:7
**progress**
120:6,10
**progressing**
132:17
**promises**
123:1
**pronouncing**
167:5
**proper**
157:7
**properly**
56:20
**proposal**
46:22 102:2
136:13,23
137:25
**proposals**
73:14,17
**propose**
45:9
**proposed**
6:12 104:25
125:21,22
171:15
**prosecute**
160:2
**protected**
148:10
**protection**
11:12 52:17,19
160:1
**protective**
1:19 5:11 6:13
12:23 13:19
14:4,8,15,19
15:4,8,17,23
16:9,22 17:14
37:8,23 38:5
45:7,16 49:1,4
49:17 55:19
62:17 74:8 97:1
103:14 108:21
109:8,22 147:13
147:17,20
148:11 154:7

**protracted**
124:14
**provide**
98:3 144:19
151:18
**provided**
19:3 45:6 49:16
52:11 55:19
87:13 95:7
98:22 99:6,25
100:8,10,11
104:16,17,20
105:9 106:16
**providing**
15:13,22 16:14
17:10 37:14
44:9 65:12
96:14 98:23
155:10,12
**provision**
99:13,25
**provisions**
157:4
**public**
88:14,25 89:8
100:16,24
118:24
**publications**
82:24 84:18,24
89:22 166:24
**publicly**
89:24 90:6,10
**purpose**
14:18 23:22,23
44:9
**purposes**
80:20 149:14
**Pursuant**
2:25 6:8,9 103:11
**pursue**
74:24 76:17
**push**
162:25
**put**
10:18 32:17 33:2
35:19 49:22
81:2 82:11

94:16 124:13
136:4
**puts**
50:17
**putting**
88:20 137:7
**p.m**
72:18,18 97:22
150:12 180:3

_____
**Q**
**qualifications**
123:1
**qualified**
138:14
**qualify**
64:15 123:14
139:11
**question**
11:10 12:14
13:13,17 15:10
16:12 17:19
18:22 19:19
20:2 22:20,22
22:25 23:1
24:17 25:14
31:16 37:11,16
44:3 45:21,25
46:15,20 47:2
50:7 53:10 54:8
54:9,12,22 55:1
55:4,6,9 56:13
57:11 60:13,16
60:19 61:22
64:9 71:8 75:25
76:25 80:11
86:2 87:11
89:17 91:5
93:17 94:21
95:12 98:21
99:12,22 101:10
105:8 106:8
113:6 117:16,18
119:15,16
121:14,19,25
122:1,6,12,13
122:24 123:3,8
123:12,23 129:2

Case 5:11-cv-01846-LHK   Document 3235-1   Filed 01/23/15   Page 205 of 216
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

205

129:10,10,17,19
129:24 130:11
130:15,18,22
131:4 132:3
133:23 136:24
138:7,15 139:7
139:7,11 146:6
146:7 148:22
149:2,8 152:15
152:15 153:1,2
155:7 156:22
157:6 160:25
161:5,13 162:1
162:2,16 164:3
164:11,12,15,18
164:22,23 165:3
165:4,5,8,9,11
165:13,16
167:14,22
168:20,25 170:1
170:8,9 171:5,9
171:23,24
172:15,19
173:22 174:14
175:21
**questioned**
105:3
**questioning**
118:6 130:13
**questions**
23:23,24 44:12,19
44:20 45:8,10
47:1 50:22,23
51:4,19,24
52:23 53:15,17
53:24 54:3
55:23 56:3 72:7
72:24 73:2,5,5,7
73:10,12,13,25
74:5,6,13,17,21
74:24 75:1,15
77:5 88:3 89:14
89:19 93:1,6
94:22 96:21,23
96:24 97:4,16
103:21 105:18
109:4 110:2,7,9

110:15,22
111:20 115:5,10
118:16 122:9,20
123:5 130:12,17
131:6,7 132:23
138:10,12,19
139:16 140:16
140:18,21 141:2
141:13,15 142:7
143:13 145:20
146:5 149:4
157:7,13,15,22
157:23,24 158:3
158:6,15,17
159:8,11,18
160:18 168:23
177:8,9,12
**question-by-qu...**
45:10
**quick**
81:18
**quiet**
48:22
**Quinn**
2:20 3:13,15 7:24
7:24 11:9 12:14
13:3,12 14:5,20
14:23 15:10,20
16:10,24 17:3,8
17:16 18:21
19:7,17 20:1,7
20:13,19 21:11
22:1,23 23:7,13
23:22 25:2,5,7,9
25:14,18,20
26:1,4,5 30:12
31:4,25 32:21
33:6 35:11 36:1
36:21 37:2,9,18
37:24 38:7,15
38:21 39:10
40:25 43:15,19
44:2,6 45:20
46:21 47:16,20
47:22 48:2
49:10,18 50:13
51:7,14,22

52:19 53:15
54:1,10 55:12
55:21 56:11
57:9 59:8,24
60:8,11,22 61:5
61:12,18,23,25
62:8,13,19
63:12,22,25
64:5,20 65:9,19
66:1,7,11,13,16
67:19,24 69:6,8
69:13,16,21
70:2,5,10,15
71:7,13,20 72:5
72:8,22 73:16
75:6 76:6,12
77:8 78:7,16
81:24 82:2 88:3
89:3,12 90:11,19
91:5,24 92:11
92:14,17 93:7
93:14,16,20
94:11,21 95:15
96:12 98:2,7,10
98:12,14,20
99:11,21 100:6
100:10 101:9,20
102:12,17 103:3
103:6,23 104:3
104:5,23 105:6
106:2,25 107:2
107:6 109:10
110:12,16,24
111:2,9,13,22
111:24 112:4,8
113:2,10,17
114:5 115:14,21
116:4,6,8,17,23
117:24 119:15
121:2,13,21
122:2,5,18,22
122:24 123:7,11
124:9 125:1
127:11,19 128:4
128:11,25 129:3
129:18 130:10
131:2,13,19

132:19 133:17
133:21 134:2,17
135:20,23
136:14,24
137:11,13 138:2
138:8,20 139:9
140:3,25 141:11
142:2,7,21
143:2 145:18
146:1 147:8,18
148:4,13,21
149:1 151:20
152:10,20 153:6
153:11 155:6,19
157:5 158:4,12
158:25 160:7,8
160:10,14,22
161:2,14,25
162:2 163:5,11
164:14,21
165:10,15
166:15 167:9,14
168:2,22 169:4
169:10,24 170:8
172:3,12 173:14
173:21 174:8,14
174:23 175:6,18
176:1,20 177:18
177:19 178:11
178:17 179:4,8
179:16,19,21
**quite**
14:9 17:25 26:22
35:12 36:3 39:7
41:17 56:20
57:23 58:4,24
67:15 71:3 81:4
86:11 97:5
114:10 124:13
125:8 127:1
128:12 147:21
156:4 167:22
174:2
**quote**
24:5 28:24 29:7
95:21
**quoted**

171:12,18 172:2
**quoting**
169:9 175:15,23

---

### R

**R**
3:1 4:1 182:1,1
183:1,1
**raised**
79:7 129:20
**Randall**
4:12 7:23
**range**
83:2 163:23,24
164:23 165:2
166:5,6,20
167:19
**ranges**
16:1
**rates**
70:8
**reached**
177:3
**reaction**
56:19
**read**
12:5,7 14:24
22:19,21,25
28:10 84:25
87:18,19,21
88:9 89:6,22
92:23,24 93:10
103:10 104:5
119:17,19
123:12,16
129:11 140:5,7
155:21 158:23
162:6 164:2,4
164:13,18,22
165:5,12,13,18
170:11,13
178:22 180:13
**readily**
156:19
**reading**
23:2 29:22 93:19
104:7
**reads**

24:7 31:7 34:25
57:11
**real**
48:21 118:16
122:11 139:1,15
139:19 178:2
**really**
28:7,9 41:19
46:11 48:16,16
50:18 59:12
60:2,15 70:24
81:8 94:21
104:23 105:8
111:3 112:5
113:25 114:10
127:2,6 130:10
146:25 167:5
177:22
**realtime**
114:14
**reason**
21:18,21 23:18
27:22,24 30:20
30:22 35:16,18
86:5 135:1
159:23 166:21
166:23 174:21
182:4 183:4
**reasonable**
113:14 177:3
**reasons**
49:18 109:2
157:6
**recall**
11:21 22:5,8
24:10,11,18
27:4,25 28:1
29:14,18 30:18
33:13 35:14,15
36:3,7,9,11,17
36:22 39:7,20
41:2,17,19,24
43:1,4,6 57:23
58:4 63:4,9 67:6
67:16 68:8,12
69:2 77:18 80:3
81:4 85:7,20,24

86:5,6,11,14
87:7,13,20 89:5
89:21 94:25
95:22 96:25
97:4 112:23
113:19 115:9,13
125:24 127:1
128:12,16,17
129:24 131:11
131:14,22 132:2
132:5,15,25
133:9,13,21
134:7,8 136:17
137:2,4,9
144:24,25
154:13,14
160:21 162:12
162:14 172:10
172:16 178:24
**recalls**
117:22
**recap**
175:9
**receive**
21:19,22 22:6
27:23 30:16,19
30:21 35:17
**received**
5:14 15:12,21
16:13 21:9
24:24 134:14
143:23
**receiving**
22:5 26:20,25
27:25 35:14
**recess**
72:17
**recipients**
21:16 27:21
**reciprocal**
52:17,19
**reciprocity**
52:21 140:23
**recited**
95:11,14
**reciting**
83:7

**recognize**
31:6 33:19 46:8
152:21 153:7
154:22
**recognized**
177:1
**recollect**
42:25
**recollection**
24:20,24 25:4,10
26:2,13 28:5
30:2 31:11,15
31:21 32:2 39:9
39:20 43:9
59:20 61:8 66:8
70:23 72:13
79:5 80:14
84:22 86:12,18
99:4,8 100:2,13
100:19 101:5
104:21 119:1,10
120:5 124:14
126:16 128:15
129:21 130:1,5
130:25 131:17
133:5,14 134:11
135:17 136:10
**recollections**
55:15
**record**
7:6,16 30:12
32:11,13 54:16
54:18,21 61:24
62:3 66:19,20
66:21 69:8
72:16,19 74:17
81:23 97:22,24
103:8 107:8,9
107:16,18
114:15,16,19,21
117:20 119:19
123:16,21 127:9
127:14 128:8
129:11 139:17
139:19 140:7
142:23 150:12
150:14 158:14

164:4 165:18
167:3 170:13
176:24 179:10
179:11
**recorded**
181:8
**recording**
150:9
**redacted**
5:14 21:8 24:6
29:8 152:18
153:4
**redo**
129:10
**refer**
144:8
**reference**
29:3 64:12,17
137:10 142:19
**referenced**
59:14 95:18
153:16
**referencing**
133:19
**referred**
24:22 43:16
98:12 161:3
**referring**
36:5 44:21 81:24
98:11 129:6
160:22 161:6
**refers**
14:25 23:11
125:2
**reflect**
126:13
**reflected**
105:14
**refresh**
24:8 29:11,15,19
39:8
**refused**
181:14
**refusing**
129:19
**regard**
18:1 39:12 42:3

42:11 64:12
70:19,25 83:22
87:2 103:6
134:7 148:15
156:5 176:13
**regarded**
105:14
**regarding**
5:11 12:24 45:15
61:4 65:16
87:14 103:22
139:22 140:10
**regardless**
109:25
**registered**
108:17
**regularly**
12:7,12,15
**rejected**
124:2
**relate**
79:23 97:18
**related**
44:18 110:3
133:2 136:16
**relatedness**
172:8
**relates**
62:16
**relating**
59:22 65:10
99:14
**relation**
133:7
**relative**
181:16
**relevance**
53:9 122:8 172:6
172:7 175:3
**relevant**
96:7 110:4
112:25 175:13
**relied**
162:8
**remain**
45:6 109:24
**remember**

74:4 115:8
128:19 129:8,9
130:4 134:3
137:7,25
**remembering**
129:6
**remembers**
53:6
**remotely**
4:12 118:5
**rendition**
41:9
**repeat**
173:4
**repeated**
178:3
**Rephrase**
172:15
**replace**
135:13
**reply**
36:5
**report**
9:12 18:12,18,20
19:3,6,11,13,15
19:21,24 20:5
24:6,12,15,19
24:21 25:2,7,18
29:9 33:11
34:21 61:11
62:7 72:25 74:8
76:7 96:19 97:2
120:13
**reported**
1:25 118:24
**reporter**
8:5 20:17 35:6,8
59:2,4 73:15
75:3,5 76:3,5,11
81:21 90:24
97:10,12 98:11
100:9 105:5,23
108:23 111:1
112:3 113:8
116:5,7 117:1
119:17 120:15
121:6 123:11

134:1 142:9
145:25 148:25
154:16 156:22
158:23 160:12
164:2,22 165:5
165:13 170:11
173:4,22 174:1
179:9,18,20,22
181:3
**REPORTER'S**
181:1
**reports**
84:18 87:17,22,25
88:2,14,22,25
90:15,17 91:2,9
91:12,19 119:8
**reposition**
112:12
**represent**
7:11,19,22,24
23:10 29:2
106:5 109:3
115:4
**representatives**
44:25 45:3,9 48:7
51:6 55:3 72:11
119:14,25
126:19
**represented**
139:21 140:9
**representing**
23:17 99:24
155:12
**request**
26:12 46:25 98:2
98:13
**requested**
181:13
**requesting**
106:21
**require**
16:17 102:16
177:11
**required**
98:18 147:25
**requires**
133:24 134:2

**resemblance**
142:1
**reservation**
70:19
**reserve**
160:2
**reserved**
70:18
**reserving**
139:13 161:9
177:14,16 178:1
178:21
**reset**
56:2
**resolve**
55:4 177:10
**Resp**
30:24
**respect**
9:22 10:4,10,24
34:5,8,10 49:20
69:23 74:13
82:17 83:1
94:14 100:6
102:23 107:21
108:11,25
121:22 135:5
156:5 157:14
175:12 178:14
**respectfully**
98:2
**respectively**
112:20 124:16
**respond**
44:23 110:9,24
**responded**
48:11
**responding**
15:10 69:9 83:10
109:14 116:23
**response**
26:19,25 48:6
76:9 82:7 158:5
**responsibilities**
9:14,21 10:3,10
10:23 11:3 34:5
34:10

**responsibility**
34:16 35:4
146:23 147:1
156:8
**responsible**
155:17
**responsive**
17:19 46:20 55:7
129:9 155:8
**rest**
105:20
**restate**
76:2,4 159:13
165:10
**restrict**
108:19 147:14
**resume**
177:12
**retained**
86:25 106:19
**retreat**
51:21
**return**
143:6
**revenue**
176:10
**review**
19:10,13 21:5
27:9 28:4,9 30:5
31:9,12,18 68:3
114:3 181:12
**reviewed**
29:20,25
**reviewing**
28:6
**revisit**
20:24 77:6
**re-ask**
37:19 74:16
80:11 86:2
95:12 123:23
171:23
**re-asking**
31:16
**Richard**
156:15
**right**

14:13,22 16:6
20:23 33:14
36:3 50:9 52:5
58:10,24 60:10
77:13 85:11
86:11 90:8
104:10 107:8
108:25 131:23
138:20 139:14
141:16 151:17
154:13 158:4
160:2,11 161:9
163:4 169:19
172:23 178:22
**rights**
177:14,16
**risk**
51:16,25 169:8
**Road**
3:6 4:6
**role**
34:1 82:13
**room**
51:1,6,20 52:15
52:20 53:3,20
102:19,22
103:18 104:10
105:18 108:8,19
109:3 140:20
141:7
**Rosa**
156:15
**rough**
179:17,24
**royalty**
70:8 73:16 84:12
84:18 85:5
87:23 88:16
89:2,10 90:17
91:3
**RPR**
2:25
**Rule**
6:10
**run**
51:16,25
**rushing**

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

104:1
**Ryan**
4:4 7:22

**S**

**S**
3:1 4:1 5:1,7 6:1
182:1 183:1
**Samsung**
1:8,9,11 2:3,4,6
3:10,11,11 4:11
6:7 7:14,25 8:1
8:3 9:3,10,13,18
9:19 12:8,13
15:8,22 16:2,8
16:15,21 17:10
17:13 30:10
31:2 33:24 37:6
37:21 38:3,12
38:19 39:2
40:24 41:12,15
41:24 42:9,16
42:24 44:16,25
45:3,5,24 48:1
48:10 49:3,5,20
50:1,23,25 51:2
51:18,19,21
52:1,24 53:4,19
54:4,23 55:11
56:4,9 57:17
59:6 62:17
63:20 64:3,18
65:8,17,24 66:5
66:25 67:4,8,11
67:17 69:20
71:17,18 73:19
74:3 77:4,17,22
80:21 81:16
82:6,9 84:16
86:24 95:4,11
98:18 99:5,24
100:10 101:7,18
102:2,20 103:11
103:25 105:15
108:1,5,7 109:5
109:25 112:24
113:1,1,13,15
114:8 119:13,24

120:4 121:11
123:20 124:20
127:16 135:6
136:1 139:20
140:8,15,21
141:23 143:14
143:14 145:16
146:10,16,19,21
147:25 148:10
148:18 151:19
155:3,16,17
156:7,8 157:3
159:16,17,24
171:16 172:1,22
173:12,20,23
174:6 176:7,14
176:18 177:13
182:2 183:2
**Samsung's**
11:8,24 12:1 18:7
31:22 34:17
50:21,25 52:16
71:10 76:23
86:13 91:16
95:7 103:15
108:9,17 124:20
134:14 141:23
141:24 148:8
**Samsung-Nokia**
62:23 63:1 96:2,7
124:24
**SAN**
1:2
**Sanctions**
6:5
**Santa**
149:16
**saving**
111:4
**saw**
50:13 103:24
105:23 162:15
**saying**
16:16 18:2 40:19
45:13 48:11
50:10 53:7
58:23 79:12

81:2,12 111:25
123:2 134:11
135:25 138:15
139:11 162:24
164:23 176:12
176:18
**says**
24:3 29:6 51:25
52:2 82:5 83:9
83:12 103:11
109:18
**scenario**
169:11
**school**
149:13
**scope**
101:21
**scope-wise**
42:11
**se**
42:4,19 43:22
**search**
117:13
**SEC**
10:19
**second**
35:25 78:25
79:23 81:1
104:8 107:9
108:7 138:8
141:20 164:19
166:19,19
**see**
21:7 23:6,24 24:3
24:7 27:14,19
28:2,24 29:1,6
29:10,24 30:9
30:14,23 35:19
35:21 40:4,12
47:16 50:6,8
51:11 62:4
75:10 79:22
82:23 84:19
87:19 97:2
102:4 105:2
122:8 135:8
142:20 145:11

152:2,5 156:18
173:12 177:16
**seeing**
21:14 31:6 58:11
101:5 102:13
126:7 132:12
**seek**
150:2
**seeking**
120:23 152:16
**seeks**
15:25
**seen**
13:2,5 92:10,13
92:20 99:2
100:4,16,24
101:3 103:23
119:7 157:9
**selectively**
74:21
**selectivity**
76:20
**Selwyn**
3:4 5:3 7:19,19
8:24 11:16
12:17,22 13:6
13:16 14:11,22
15:3,18 16:3,20
17:12 18:3 19:4
19:9,18 20:3,8
20:25 21:3,4,17
22:4,16 23:5,16
24:2,16 25:12
25:16,24 26:11
26:17 27:13
28:21 30:8,15
31:8 32:4,9,16
33:1,9,18 35:9
35:13 36:4,24
37:5,19,20 38:2
38:10,16,17,24
39:17 41:1,4,11
43:17,24 44:5
46:25 47:21
49:24 50:10
51:12 52:23
53:24 54:13

56:1 57:1,12
59:5,17 60:4,10
60:18 61:1,9,21
62:1,10,14,20
63:14,18,24
64:1,14 65:2,15
65:21 66:4,9,12
66:15,24 67:22
68:1 69:8,18
70:6,12,20 71:9
71:15,23 72:7,9
72:14 74:13
75:4,12 77:13
77:14 78:11,19
80:10 83:15
88:5,13 89:7,16
90:5 91:1,11
92:3,9,15,18
93:9,18,21
94:13 95:1,19
96:17 97:13,20
98:15 99:1,18
100:3,15 101:17
102:1,15,24
103:5,19 104:1
104:24 105:16
105:25 106:21
107:10,14,23
108:8 109:15
110:14,20 111:7
111:11,19,23
112:6,9,11
113:12,22 114:7
114:12,15,17
122:15,19
140:19 142:17
157:23 177:8
178:20,21,24
179:12
**Selwyn's**
48:22 76:20
107:3 115:10
143:13 160:17
**send**
32:19 106:11
**sender**
21:15

Case 5:11-cv-01846-LHK   Document 3235-1   Filed 01/23/15   Page 209 of 216
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

209

sending
106:22
sense
10:19 46:11 78:7
   81:9 142:16
sent
23:19 27:20
   28:10,14 33:4
   33:10,22 34:24
   34:25 35:10,24
sentence
58:20 93:8,8,17
   93:19,19 117:7
   133:1,1
sentences
58:20
Seoul
143:23
separated
105:20,23
separately
17:24 51:10
September
5:22 28:18 39:21
   39:22 40:13,20
   42:6 43:11,13
   43:18 49:23
   50:16 51:8,24
   53:17 54:4
   57:24 58:7
   63:11 129:4
sequence
136:19
series
56:3 74:2
serious
68:21 103:7
serve
9:11
served
84:20
serves
70:24 132:12
session
47:22 55:16 58:2
   79:1,4,6,23,25
   80:19 81:1

sessions
45:11
set
65:3 77:13 181:5
settled
84:13
settlement
11:4 80:20 115:7
   118:25 135:6
settling
84:17
Seungho
1:20 2:17 5:2
   7:14 8:15 9:1
   180:2,12 182:3
   183:3
seven-hour
177:2
shared
145:23
Sharp
63:21 65:23,25
   100:22 101:1,4
sheet
180:16
Shim
156:16
shoot
70:2
short
66:15 114:13
   127:2
shorten
131:5
shorthand
181:3,11
short-circuit
107:11,12
shouting
110:11
shown
33:5 152:1
sic
130:14 166:25
side
48:14 49:2
sign

178:22
Signature
180:1,20 182:25
   183:25
signed
180:16
signing
178:14
similar
49:19 75:2,4
   108:6 139:25
   141:8 176:9
similarly
76:14 176:15
simple
139:1 159:6,11
simply
17:23 48:3 76:25
   88:8 105:1
   118:6 124:13
   162:4 167:22
single
167:12,13 172:10
   172:16 173:2,8
   173:17
singularity
81:19
sir
9:18,24 11:1 12:5
   15:19 22:17
   33:3 35:20
   36:14 89:13,17
   90:14,16 92:10
   92:25 94:14,16
   112:22 142:5
   158:8,19 162:11
   162:21 168:17
   168:20 169:7,21
   170:14 173:16
sit
130:7 153:17
   155:2 160:5
   162:11
site
24:5,11,18,22
   25:3,5,8,19 26:1
   26:4 88:7

situation
48:4
size
82:6
sleep
114:2
slew
84:17 87:22,25
smallest
167:18,23
smartphone
82:8 176:15
sneaking
122:9
sole
86:7
solve
51:3,11 54:22
somebody
26:8 27:6 52:1
   90:13 154:9
somewhat
119:11,21
soon
98:4 179:19,24
sorry
21:1 43:19 62:4
   67:2 73:15
   113:8,10 134:1
   144:1 146:6
   153:1 168:4
   173:4 175:2
   179:9
sort
15:1 31:16 82:10
   83:19 84:20
   86:18 88:20
   92:21 115:9
   126:9 134:24
sorts
28:10 36:15
   133:10
source
96:12 120:9
   155:11
sources
84:6 155:8 162:5

162:12
South
2:21 3:16 7:9
spare
93:13
speak
45:18,19 50:18
   68:6,10 97:6
   114:8 117:20
   132:6,7,10
speaker
116:11
speaking
32:2 83:6 127:12
   132:2 163:25
   166:7 169:15
specific
22:21 27:24 58:5
   89:8 93:6 102:7
   105:1 106:12,13
   121:14 124:2,6
   124:10,24
   129:22,25
   136:13 137:25
   148:22 177:23
specifically
14:9 30:18 41:17
   41:19 84:10
   85:3 87:7,21
   139:6
specifics
121:20 123:15
specified
172:11,17 173:3,9
spectacularly
118:4
speculating
91:16
speculation
22:1 32:21 35:11
   36:2,21 37:2,10
   39:10 70:15
   71:20 78:8 90:2
   90:20 91:4,6,10
   95:15 147:9,19
   148:5 151:20
   152:11 173:15

174:15
**speech**
110:19
**speeches**
109:14,14 123:9
**spent**
78:24 170:22
**spite**
124:13
**spoke**
68:9 80:12 86:12
134:18,21
163:10 164:6
165:20 167:12
**spoken**
96:18
**stage**
56:2
**stand**
129:17 161:13,14
162:1
**standard**
73:20
**start**
26:12 40:22 45:1
45:21,23 46:2,3
49:10 75:15
102:19 103:24
115:5 151:4
157:12 158:1
166:11
**started**
14:24 108:15
126:8 132:13
140:5 143:13
145:15 146:9
**starting**
10:17 81:1 126:7
132:10 145:16
149:10
**starts**
52:6
**state**
54:24 107:21
109:16 117:2
121:11 123:19
123:25 150:2

151:16 162:16
168:6,11
**stated**
82:16 95:3,7 96:1
96:6 110:17
137:18 157:6
166:17,21
167:18,22
**statement**
157:25 168:16
**states**
1:1 30:14 146:22
147:17 150:3,19
151:12,14
**status**
124:12
**stay**
177:7
**staying**
108:8
**stenographically**
181:8
**steps**
17:13 26:19
108:19 130:24
**stipulate**
20:15,21 73:4
145:22
**stipulation**
6:11 52:9 73:9
155:4,18,21
157:4 178:12
179:4
**stipulations**
178:14
**stop**
20:24 45:23
92:14
**stops**
11:15
**strategy**
11:24 12:2 34:17
113:3 122:11
**stream**
7:18
**Street**
2:21 3:16 7:9

88:10
**strenuously**
105:8
**strictures**
55:19
**strike**
16:7 21:13 26:18
42:7 60:5 61:2
65:23 68:2 70:5
71:16,25 78:12
87:16,23 90:15
92:17 135:11
**student**
145:5
**studies**
144:16,20 145:15
**stuff**
114:14
**subject**
1:19 22:9 45:6
48:24 60:9,10
64:7 74:25 75:2
75:4,7,7,16,18
76:1,21,21,25
96:13 97:17
103:18 108:20
109:21 110:13
110:22,25 111:1
111:3 119:11,20
120:20 126:3
130:23 138:4
139:17 141:16
141:22 142:5
143:9,25 144:5
144:15,22,25
153:5
**subjects**
109:12 143:5
**submit**
98:18
**submitted**
18:11,17 96:10
99:3 179:3
**substance**
46:17 50:24 54:3
60:1 105:13
111:15,17

123:23 127:17
128:10 132:11
132:16,20 155:1
**substantive**
111:20
**substantively**
132:6,7
**suffering**
144:3
**suggested**
52:20 126:10
166:20,24
**suggesting**
130:12
**suggestive**
95:24
**suggests**
95:24
**Suite**
4:6
**SULLIVAN**
2:20 3:15
**sum**
81:17 166:12
**summarize**
40:12 49:9
**supervision**
146:18
**supplied**
108:22
**support**
19:2 152:17
153:3
**suppose**
48:9 52:22
**supposed**
112:2,3 134:15
139:10 178:4
**sure**
26:22,24 38:16
44:4 46:13
61:23 67:3
109:15 110:21
115:15 116:12
116:17 118:7
122:15 126:16
131:21 136:19

145:13 163:4
164:9 171:24
172:21 173:6
**surmising**
56:16
**suspect**
177:8 179:2
**suspicion**
122:9
**S-h-i-m**
156:16
**S-I**
27:18

_____

**T**

**T**
3:14 4:1 5:1,1,7
6:1,1 182:1,1
183:1,1,1
**table**
49:22 51:23 53:5
53:16
**tail**
127:22
**take**
9:17 26:19 32:8
45:9 49:6,6 53:9
66:14 72:14
75:10 76:1
78:18 80:23
83:9 97:8,19
98:13 104:1
107:13 110:14
110:16 111:7
114:13 125:12
126:20,24 130:7
130:24 135:5
141:5 146:1
147:16 150:10
151:25 154:21
160:12 170:23
176:21
**taken**
17:13 18:20
72:17 111:10
122:3 135:9
139:21 140:9
145:19 154:6

Case 5:11-cv-01846-LHK   Document 3235-1   Filed 01/23/15   Page 211 of 216
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

211

181:4,11
**talk**
60:16 76:25
79:24 82:8
107:6 114:10
119:12,21
132:18
**talked**
39:15 50:8 52:10
58:2 59:6,18
83:20 128:23
129:14,22
160:18
**talking**
9:23 17:22 39:12
39:16,20 40:6,7
45:23 51:22
53:8 60:24
77:16 81:10
82:12 83:13
84:25 85:19,23
87:5 88:19
102:19 125:18
132:13 133:11
153:23 154:7
163:24 166:7
167:15 172:19
172:21
**tantamount**
84:15
**tape**
54:14,14
**tasked**
156:5
**taught**
149:17
**teach**
145:6
**team**
10:2 95:8
**teams**
10:1
**Teece**
18:5,9,11,17,20
29:8 33:11
72:25 74:8 76:7
96:19 97:2

**Teece's**
19:6,10,13,15,20
19:24 20:5 25:2
25:7,18 61:11
62:7
**TELECOMM...**
1:12 2:7 3:12
**tell**
8:16 19:23 20:4
28:8 52:24,25
53:21 80:16
84:10 86:15
87:3,9 94:16
106:8 110:8
112:22 118:3
124:5 126:16
134:10 138:21
139:1 144:5,22
145:8 149:9
151:8 152:7
154:22 162:17
**telling**
22:23 26:9 86:19
143:2
**tells**
119:1
**ten**
11:22 27:17 72:1
72:12 78:23
79:1 102:5
**tend**
127:23
**tends**
117:5
**terminate**
141:3
**terminating**
53:11
**terms**
19:3 42:25 48:10
48:12,13 58:5,7
59:10,13,15
71:19 76:9
84:12,19 85:5
86:16 87:4,10
87:14,23 88:1
88:16 89:2,10

89:24 90:7,11
90:17 91:3
93:23 94:3,9,19
95:8,11,14 96:1
96:2,6,7 99:9,19
100:5,17,21,25
101:4 105:1,13
109:7,21 111:17
114:1 115:11,18
118:8,20 119:9
121:15 124:2,6
124:10,11,15,24
125:10,22 134:5
134:6 135:18
136:12,21 137:6
141:25 148:19
153:19 155:5
160:19 161:17
162:14,18 163:3
163:25 164:24
165:2 166:8
169:23 170:17
171:15,17,20
172:1 173:13
175:3,15,23
**testified**
8:17 63:8 128:14
129:1 136:15
143:12 157:9
**testifies**
53:21
**testify**
46:16 47:17
48:13 49:12
55:15 96:22
**testimony**
8:13 44:24 45:2
46:12 47:25
48:5,18,20 49:1
51:4 54:24
55:17 108:22
115:13,14
128:16 129:6
131:20 136:15
136:20,25 138:3
142:22 152:21
153:7 157:19

159:7 160:21
175:7,9,18
177:11 180:13
180:15 181:7
**text**
117:6
**textile**
144:9
**textual**
117:6
**Thank**
8:4,20 10:9 35:8
59:4 63:25
74:12 75:5 76:5
93:15 97:12
98:14 116:7
118:13 122:22
174:1
**theirs**
58:11
**theory**
169:2
**thesis**
144:19,23 145:1
**thing**
17:6 25:23 105:3
132:15 133:15
133:20,22
**things**
32:3 34:8 39:15
46:17 47:4 50:8
53:22 64:24
68:17 80:19,25
81:5 84:23,23
86:8 87:20 88:8
88:20,21 89:6
93:3 96:4 97:2
108:4 111:14
116:20 117:25
121:5,7 127:6
127:13,14,24
128:3 131:14,23
133:10 134:6,7
135:1,3 137:2
142:23 148:16
156:5 158:13
162:7,14 166:21

172:13 176:11
176:13 177:23
**think**
11:13 14:20
16:16 18:1,1
21:14 22:23
23:22 28:5
43:23 45:25
47:8,10,12 50:4
50:7,10 51:12
53:13 54:10
55:21 73:2 75:9
75:23 77:9 79:5
79:19,24 80:14
80:24 84:4,9
94:14 95:23
103:4,16 108:24
109:13 110:19
110:24 113:4,20
114:10 117:25
126:14 127:6
130:15 134:18
134:21 135:1,24
136:6,7 138:6
139:2 145:12
147:15 151:22
154:15,23
158:12 162:21
163:6,25 164:10
164:14,24 165:2
166:8 167:4,6,7
168:6,8 171:1
174:25 177:3,10
178:21,25
**thinking**
70:23 83:20
86:19 92:21
96:20,25 107:4
132:13 134:25
**thinks**
117:21 168:7
**third**
22:18 148:1,19
**Thirdly**
108:13
**Thomas**
5:25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

212

thought
56:20 118:10
121:9 149:1
158:9 160:19
164:15 168:14
thoughtful
48:22
three
10:11,14 39:1
40:13 59:22
73:12 149:13
Thursday
1:22 7:1
tied
169:10
time
7:7 25:1 32:10,14
35:25 38:18
42:4 43:1,5,18
44:3 46:2,6
49:13 54:19
55:5 63:7,23
66:12,13,18,22
67:7 68:17 72:6
72:15,20 80:24
82:18 86:7
87:15 97:25
102:7 104:1,24
106:18 107:3,15
107:19 108:17
110:18,18 111:4
111:4 114:18,22
117:23 118:17
123:12 124:18
125:19,20
128:22 129:12
132:17 139:24
140:14 143:4,15
145:16 146:9,9
150:15 154:23
160:13 162:3
163:14 164:19
165:22 166:24
167:23 168:12
169:5,12 170:22
170:22 171:10
174:17 176:23

177:4 178:24
179:21 181:5,5
181:8
times
11:22 15:8 38:25
39:1 40:23 41:3
41:6,10 42:22
136:15 139:12
titled
30:24
today
9:5 13:2 88:4,4
122:11 128:14
130:8,12 139:3
139:23 140:12
142:23 146:4
153:17 155:2
157:17 158:14
161:23 162:12
175:8
today's
7:7,14 113:23
114:4,9
Todd
5:16 21:9 22:2
23:7,19
told
27:6,6 44:20
63:15 82:18
84:1 85:3 87:10
87:12 95:21
106:23 111:13
121:5 154:9,11
154:12,14 178:2
Tom
30:10
tongue
78:2 159:5
Tonight
179:20,21
top
103:11,25 138:8
total
72:12 147:2
tracked
104:10
transcribed

181:9
transcript
5:8 46:7 51:10
105:20,21
108:21 114:14
117:13 179:5,13
181:11,13,15
transcription
180:14
transcripts
179:2
translate
8:10 55:22 93:5
93:16 116:15,19
translated
47:8 52:12
117:14
translation
177:4
translations
171:8
translator
93:4 116:14,18,19
118:3,9
translators
118:3
transpired
55:16
treat
51:9
treating
109:8
treatment
81:22
Trevor
4:15 7:10
tricky
142:24
tried
114:1 118:21
Trolls
85:14
true
23:17 48:12
93:22 95:2,6,10
95:13,20,25
96:5 101:7

112:24 113:13
180:14 181:10
181:20
trust
44:19 129:5
truth
8:17
truthful
9:8
try
40:22 47:1,6,12
54:13,22,24
55:4 56:2 60:19
82:13 117:8,8
118:19 130:24
145:18 159:13
159:14 171:9
trying
111:12 118:6
123:24 124:3
138:19 140:16
142:25 159:25
159:25
turn
22:17 45:8,10
92:25 97:17
109:12 135:7
143:4 169:18
turned
168:15
turns
107:13 168:18
178:11
Twenty
97:7
twice
131:11
two
10:17 28:2 39:1
40:13 53:22
72:7 73:2 74:5
76:23 77:7 80:8
85:20,23 87:6
89:6,23 104:12
112:16 119:13
119:24 129:24
141:19 154:5

172:13 176:5
type
44:15,21 105:3,5
types
82:23

——————————

U

U
4:1 6:1 183:1
ultimate
146:18,22,25
ultimately
83:12
UMTS
70:9
unable
22:8 33:12 36:22
86:5,6 89:21
96:16 134:7
153:20 155:14
162:14
unambiguous
109:23
uncertainty
167:25 169:22
170:16 171:11
uncomfortable
50:18
undergraduate
144:2 145:15
underlying
169:2
underneath
9:25
understand
9:5,7,16 10:20
14:18 23:3,11
26:22 31:1
46:21 47:16
54:25 58:17
65:9 77:8
102:22 103:3,4
108:3,17 109:16
111:23,25 121:4
123:24 124:3
130:10 131:6
136:19 144:4
146:17 156:16

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

159:12,14 162:4
164:12 167:21
177:15 178:10
**understandable**
112:1
**understanding**
14:25 15:16,19
16:4 18:8 21:23
34:2 37:25 38:8
44:17 82:17
84:11 85:4
88:15,25 89:9
102:24 112:17
112:19 121:10
123:18 126:6
148:6,9 172:5
177:13
**understands**
46:24 47:5 80:7
102:15
**understood**
47:11 75:6 164:9
164:10,15
**unfortunately**
69:25 143:6
**unintelligible**
159:4 174:23
**United**
1:1 146:22
147:17 150:3
151:12,14
**university**
143:17,21,23
144:13 146:9
149:6,10,16
**unqualifiedly**
74:10 77:1
141:12
**unringable**
47:7
**upfront**
82:19,22,24
166:12,18,25
**Urbana-Cham...**
144:14
**URQUHART**
2:20 3:15

**use**
5:12 12:24 108:5
108:19 117:15
118:8 143:4
153:22,25
**usually**
117:6
**utmost**
16:1
**utterance**
133:10
**uttering**
95:22
**utterly**
130:17
**U.S**
143:20 147:24
149:12 156:8

———————

**V**

**v**
1:7 2:11 182:2
183:2
**vague**
12:15 14:5 16:10
17:16 25:20
26:5 31:25 37:9
59:24 60:11,22
78:8 89:12
90:19 91:7,24
101:11 115:22
116:4,9 125:1
127:11,19 128:4
128:11 131:13
131:20 133:17
135:21,23 137:1
137:13 147:18
148:4 163:5
166:15 172:3,12
173:14 174:8,14
174:23 175:7
**valuable**
143:4
**variation**
90:21
**varied**
90:18
**various**

113:13
**versus**
7:13 81:19
**vice**
35:1,3 39:4
120:12
**video**
167:8
**videographer**
4:15 7:5,11 8:4
8:20 32:10,13
54:15,18 66:18
66:21 72:15,19
97:21,24 107:15
107:18 114:16
114:18,21
150:11,14
176:23
**Videotape**
54:16
**videotaped**
1:20 2:17 180:2
**view**
27:3,4 78:17
103:3,4 159:16
162:22
**viewed**
101:18
**views**
101:7 109:13
**violate**
51:20
**violated**
39:13 51:17 97:1
**violating**
161:10
**violation**
44:15,20 45:4
47:24 48:20
49:3,14 50:3,17
52:2,11 53:22
55:10,18 122:6
122:13 123:3
132:22
**virtually**
84:14
**vis-à-vis**

64:25 102:5
**voiced**
161:4
**voluntarily**
103:1
**volunteer**
117:25

———————

**W**

**W**
4:4
**waffled**
139:18
**wait**
119:16 124:6
138:8 163:11,11
163:11 165:3,3
165:3,3 168:22
168:22,22,22
**waive**
73:6 75:22,24
137:23
**waived**
180:1
**waiver**
20:16,22 73:10,25
74:19 76:2 77:9
121:22,24
**walk**
146:7
**Wall**
88:10
**want**
20:24 22:19
37:18 45:16
46:5 51:8 52:24
54:6 61:24 66:9
69:11 74:20
75:25 76:17
77:11 93:1,10
104:24 105:11
106:25 107:6
109:15 110:2
115:5 117:15
119:12,21 123:5
123:10 126:18
129:5,10 136:19
139:22 140:11

140:23 142:4,8
142:11 143:11
145:19 158:11
159:7 160:14,15
161:12 176:12
176:21 178:6,8
**wanted**
80:24 167:8
**wants**
46:9,10 103:1
124:8 140:3
160:2,2
**wasn't**
40:8 42:3 52:1
58:13 67:20,25
87:1 88:18
125:25 127:2
172:6
**waste**
104:24 110:18
169:5,12 174:17
**wasting**
162:3
**way**
21:14 22:10 24:8
26:23 27:19
28:8 29:11,15
29:19 31:5 34:7
34:19,25 36:15
36:17 46:13
51:3 53:1 56:19
58:9 59:22
68:15 69:13
70:4 78:4 81:4,6
102:21 107:3
114:11 115:23
117:12 126:14
126:17 131:22
131:23 136:4,7
137:2 139:9
142:15 148:15
151:22 162:21
166:21 171:19
175:12 176:10
**ways**
80:8 159:25
**week**

Case 5:11-cv-01846-LHK   Document 3235-1   Filed 01/23/15   Page 214 of 216
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

214

57:25 179:3
**weeks**
59:22 74:5
154:15
**welcome**
22:20
**went**
68:15 72:2 79:24
80:19 82:17
84:1 129:3
**weren't**
142:25
**we'll**
49:6,6 50:6 65:3
73:11 106:11
107:9 142:20
177:16
**we're**
7:5 32:11 39:12
48:4 53:8 54:16
54:18 61:15
65:4 66:18,21
70:2 72:15
73:23 81:10
82:12 85:19,23
87:5 97:22 98:5
102:17,18
103:17 107:15
107:18 114:18
114:21 122:12
132:20 139:9
141:10 142:13
150:12 162:3
163:24 166:6
167:15 168:22
168:25 176:20
176:24 178:1
**we've**
12:18 13:11 20:9
23:11 24:9 27:1
29:3,16 32:6
44:3 54:21 75:9
102:8 109:13
138:6 154:7,17
178:2,4,21,25
**whatnot**
179:1

**Whoops**
121:24
**wide**
90:22
**widely**
90:18
**willing**
51:21 52:14,15
53:9 171:16
**WILMERHALE**
3:5
**wish**
109:25 117:2
**withdraw**
73:11,23 74:11
142:3 175:21
**withdrawing**
20:13,20
**withdrawn**
74:15
**witness**
7:25 8:2 11:9,13
12:16 13:5,14
14:6,24,25
15:16,23 16:16
16:25 17:5,8,18
17:21 19:2,8
21:13 22:2 23:4
23:14 24:1
25:10,15,22
26:7 30:14 31:5
32:1,23 33:7
35:12 36:3,22
37:3,15,25 38:8
38:23 39:11
41:2,10 43:20
45:18 46:16,24
47:5,14 50:22
50:22,24 51:19
52:9 53:4,6,12
55:14,24 56:14
58:22 59:9 60:2
60:15,23 61:6
61:16,19 63:15
64:9,23 65:13
66:3,8,17 67:20
67:25 69:24

70:4,17 72:24
74:14,16,25
78:9,17 82:3
88:6 89:5,13
90:3,21 91:8
92:1,13 94:12
94:24 95:17
96:16,22 98:12
98:24 99:17
100:2,13 101:13
101:24 103:21
105:19 107:4
109:4 110:9
113:7,9,11,19
114:6,12 115:15
115:23 116:10
116:20 118:7
120:17 121:4
122:4,25 124:13
127:12,23 128:5
128:12 129:5,21
131:5,14,21
132:25 134:5,18
135:24 136:16
137:2,15 138:23
140:21 141:2
146:4 147:10,20
148:6,14 151:22
153:10,12
155:14,20,22,24
156:24 157:9
159:17 162:4
163:6,14,18,21
165:22 166:17
167:2,17 168:4
169:13 170:4,9
170:19,25 172:5
173:16 174:2,9
174:24 175:8,10
176:3,5 177:5,6
181:6,7,14
182:3 183:3
**witnesses**
160:1 170:5
**witness's**
54:23 55:7
131:19 136:15

136:25 143:4
178:22
**wonder**
11:21 89:13
**wondering**
40:5 138:16
**word**
42:18 59:2 80:2
115:11 116:2,15
117:5,8,15
**words**
95:23 115:16
122:11 129:25
**word-for-word**
117:10
**work**
11:12 12:8,13
17:5 18:23,24
48:2,3,15 69:7
69:22 70:10
71:8,14,22
73:22 86:10
101:11,21 113:4
113:4 148:24
152:4,12 156:1
156:20
**worked**
145:16
**working**
85:13 149:12
**work-product**
74:1
**worse**
167:10
**wouldn't**
34:14,19 43:22
86:23 155:21,22
179:7
**write**
12:10,12 127:3,13
127:23 128:3
**writing**
19:3 35:23 126:2
**writings**
120:14,16 126:12
161:20
**written**

119:7 124:23
125:2,2,6,8,20
128:8 145:1
**wrong**
141:6 168:16
169:16
**wrote**
91:8 144:25

_____
**X**
_____
**X**
1:3,16 2:2,15 5:7
6:1 48:12,13
76:25 181:13

_____
**Y**
_____
**Y**
48:12,14
**yea**
153:14
**yeah**
43:3 47:20 49:10
51:12 93:18
98:6 101:24
151:13 176:4
177:25 178:16
178:23
**year**
14:13,13 18:17
82:20 85:20
**years**
9:20 10:11,15
85:24 87:6 89:6
89:23 145:8
149:13 172:11
172:18 173:3,9
173:17
**yesterday**
50:21 105:17
114:1
**York**
1:11 2:6

_____
**Z**
_____
**Z**
48:12,14
**Zeller**
3:14 8:1,1 21:1

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF SEUNGHO AHN
CONDUCTED ON THURSDAY, OCTOBER 17, 2013

215

47:19 98:6
104:14,21
105:22 106:11
106:14,22 107:1
123:2,8 140:1
141:17 142:10
142:20 158:22
176:4 177:21
178:1,8,16,18
179:6
**zone**
56:20 177:4

_____

**0**
**01846**
182:2 183:2

_____

**1**
**1**
1:24 5:10,17,19
6:3 12:19,20
13:2,7,11 35:5,7
54:16 72:25
73:1 76:7,8
**1st**
19:25 20:6 22:13
27:14,23 28:25
29:7,12,16
**1:19**
72:18,20
**10**
6:11 154:17,18
**10th**
2:21 3:17
**10:32**
32:10
**10:47**
32:14
▬▬
▬▬▬▬
▬▬▬▬▬▬
**102**
6:7
**11-cv-01846-L...**
1:10 7:13
**11:38**
54:16

**11:44**
54:19
**115**
5:4
**12**
5:10
**12:12**
66:18
**12:13**
66:22
**12:27**
72:15,18
**12:30**
66:17 72:5
**13415**
181:2
**15**
72:12 78:23
**150**
4:6
**154**
6:11
**17**
1:22 7:1 9:20
**17th**
7:7
**18**
9:20
**18th**
181:21
**183**
1:24
**19**
5:13
**1989**
145:12
**1990**
145:12,14

_____

**2**
**2**
5:14,16,21,23
6:10 20:10,11
21:2,3,6,8 23:12
24:9 27:2 54:19
81:15 97:21
**2nd**
92:6

**2:19**
97:22
**2:30**
97:25
**2:47**
107:15
**2:53**
107:19
**20**
5:14 177:2
**2011**
10:23,25 115:6,20
118:17
**2012**
5:16,19 14:4 21:9
21:20 23:7 24:4
24:12,19,22
26:21 27:1,14
27:23 28:25
29:7,12,16
38:11,18 40:25
41:25 42:9,17
42:22 43:7 44:5
63:19 64:2,19
**2013**
1:22 5:17,22,24
6:3 7:1,7 14:4
19:25 20:6
22:13 28:18
30:9,17 31:13
31:14,18,18
39:22 40:13
42:9,17,23 43:8
43:12,13,18
46:19 47:19
54:5 55:16 57:3
57:6,16 62:22
63:11 67:1,4,9
70:14 71:2 73:1
73:1 93:22 95:2
95:6,10,13,20
95:25 96:5
102:3 104:22
106:17 110:3
119:12,22
124:25 125:3,4
125:7,14,17,19

126:1 153:24
181:21
**213**
2:23 3:19
**22**
5:17
**22nd**
104:22 106:17
110:3
**23**
5:24
**23rd**
30:9,17
**24**
27:1
**24th**
5:15 21:9,19 23:7
24:4,12,19,22
26:20
**25**
5:22 6:3
**25th**
28:18
**250**
83:3 163:22
166:4
**27**
5:19
**275**
4:6
**28**
5:22

_____

**3**
**3**
5:17,18,25 22:12
22:14,18 24:23
93:1,2 150:12
**3:05**
114:18
**3:12**
114:22
**30**
5:24 56:22 74:4
97:7 178:25
**30(b)(6)**
50:21 52:4 96:22
**33**

6:3

_____

**4**
**4**
5:19 27:8,11,14
29:3,13,17,20
32:17,20 150:15
**4th**
47:21,22 67:1,4
71:24 77:16,20
79:8 93:22 95:2
95:6,10,13,20
95:25 96:5
**4:39**
150:12
**4:51**
150:15
**40**
83:11
**40-minute-or-s...**
72:3
**400**
81:11
**408**
6:10
**427-9090**
4:8
**443-3000**
2:23 3:19
**46380**
1:23

_____

**5**
**5**
5:22 28:17,19
29:6 109:18
166:25
**5:54**
176:23
▬▬▬▬▬▬▬
**5224213_10_ITC**
30:24

_____

**6**
**6**
5:24 6:6 30:4,6,9

32:6 33:2,5
35:20,21 37:1
**6:09**
180:3
**650**
3:8 4:8

---
**7**

**7**
6:3 33:15,16
35:21 36:6,8,20
151:25 152:18
153:4,17
**794**
30:24 31:7,13,19
31:23

---
**8**

**8**
5:3 6:4 92:5,7,20
92:23
**81**
145:10
**83**
145:11
**858-6031**
3:8
**865**
2:21 3:16 7:9
**89**
145:13

---
**9**

**9**
6:7,14 102:9,10
**9:29**
1:22 7:2,8
**90017**
2:22 3:18
**92**
6:4
**94025-4008**
4:7
**94304**
3:7
**950**
3:6