# EXHIBIT 9

1

1            UNITED STATES DISTRICT COURT

2       NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

3     - - - - - - - - - - - - - - - - X

4   APPLE INC., a California         :

5   Corporation,                     :

6                 Plaintiffs,        :

7   v.                               :

8   SAMSUNG ELECTRONICS CO., LTD., a :

9   Korean corporation; SAMSUNG      : Civil Action No.

10  ELECTRONICS AMERICA, INC., a New : 11-cv-01846-LHK

11  York corporation; and SAMSUNG    :

12  TELECOMMUNICATIONS AMERICA, LLC, :  FULL VERSION

13  a Delaware limited liability     :  Apple-Samsung

14  Company,                         :  Attorneys' Eyes

15        Defendants.                :  Only

16  - - - - - - - - - - - - - - - - X

17  (Caption continued on next page)

18  CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PORTIONS

19       UNDER NORTHERN CALIFORNIA PROTECTIVE ORDER

20         Videotaped Deposition of JIN HWAN KWAK

21                 Los Angeles, California

22         Friday, October 18, 2013, 9:15 a.m.

23  Job No.:  46617

24  Pages 1 – 196

25  Reported by:  Clay J. Frazier, CSR, RMR, CRR

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

2

1    (Caption continued from previous page)

2    - - - - - - - - - - - - - - - - - X

3    SAMSUNG ELECTRONICS CO., LTD, a    :

4    Korean corporation; SAMSUNG        :

5    ELECTRONICS AMERICA, INC., a New   :

6    York corporation; and SAMSUNG      :

7    TELECOMMUNICATIONS AMERICA, LLC    :

8    a Delaware limited liability       :

9    company,                           :

10          Counterclaim-Plaintiffs,    :

11   v.                                 :

12   APPLE INC., a California           :

13   corporation,                       :

14          Counterclaim-Defendant.     :

15   - - - - - - - - - - - - - - - - - X

16       Videotaped Deposition of JIN HWAN KWAK, held

17   at the offices of:

18

19       QUINN EMANUEL URQUHART & SULLIVAN LLP

20       865 South Figueroa Street, 10th Floor

21       Los Angeles, California  90071

22       (213) 443-3000

23

24       Pursuant to Notice, before Clay J. Frazier,

25   CSR, RMR, and CRR for State of California.

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

3

1                    A P P E A R A N C E S

2      ON BEHALF OF PLAINTIFF AND

3      COUNTERCLAIM-DEFENDANT APPLE INC.:

4              GREGORY H. LANTIER, ESQUIRE

5              DEREK A. GOSMA, ESQUIRE

6              WILMER CUTLER PICKERING HALE and DOOR LLP

7              1875 Pennsylvania Avenue, NW

8              Washington, DC 20006

9              (617) 526-6975

10

11     ON BEHALF DEFENDANT SAMSUNG ELECTRONICS CO., LTD.,

12     SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG

13     TELECOMMUNICATIONS AMERICA, LLC:

14             MICHAEL T. ZELLER, ESQUIRE

15             JOHN S. GORGON, ESQUIRE

16             QUINN EMANUEL URQUHART & SULLIVAN, LLP

17             865 South Figueroa Street

18             10th Floor

19             Los Angeles, California 90017

20             (213) 443-3000

21

22

23

24

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

4

1           A P P E A R A N C E S   C O N T I N U E D

2    ON BEHALF OF NOKIA CORPORATION:

3              RYAN W. KOPPELMAN, ESQUIRE

4              ALSTON & BIRD, LLP

5              275 Middlefield Road

6              Suite 150

7              Menlo Park, California 94025-4008

8              (650) 427-9090

9

10   ALSO PRESENT:

11             JAMES SHIN

12             ALBERT KIM, Korean Interpreter

13             ALEX JO, Check Interpreter

14             TREVOR ASFALL, Videographer

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

5

1                    C O N T E N T S

2    EXAMINATION OF JIN HWAN KWAK                  PAGE

3       BY MR. LANTIER                              9

4       BY MR. KOPPELMAN                          164

5       BY MR. ZELLER                             188

6

7                    E X H I B I T S

8                (Attached to transcript)

9    KWAK DEPOSITION EXHIBIT                       PAGE

10    Exhibit 1 - Summary of Interviews with        86

11                 Recipients of Inadvertent

12                 Disclosure E-mails (9 pages)

13    Exhibit 2 - 8/1/13 Becher-Selwyn              86

14                 correspondence (3 pages)

15    Exhibit 3 - 9/25/13 Becher-Selwyn             95

16                 correspondence (2 pages)

17    Exhibit 4 - 7/5/12 Chang e-mail correspondence   97

18                 (2 pages)

19    Exhibit 5 - 8/1/13 Becher-Selwyn             103

20                 correspondence (4 pages)

21    Exhibit 6 - 10/2/13 Order Re: Apple's Motion   137

22                 for Sanctions (6 pages)

23    Exhibit 7 - 3/31/13 Zyelman e-mail           147

24                 correspondence (1 page)

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

6

1            E X H I B I T S   C O N T I N U E D

2     KWAK DEPOSITION EXHIBIT                    PAGE

3       Exhibit 8 – 5/6/13 Shin e-mail correspondence   153

4               (2 pages)

5       Exhibit 9 – Williams & Connolly document       164

6               (1 page)

7       Exhibit 10– 3/25/13 e-mail correspondence       168

8               (1 page)

9

10

11     SEALED HIGHLY CONFIDENTIAL PORTIONS:  Pages 60:21-61:16

12        Apple-Samsung Attorneys' Eyes Only – Protective Order

13        Under the Northern District of California

14        Transcripts will be bound separately as

15            Full version, Redacted version and Excerpt only

16        **Only Apple-Samsung Attorneys can view the Full

17          and Excerpt versions.

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

7

1      LOS ANGELES, CALIFORNIA; FRIDAY, OCTOBER 18, 2013

2                        9:15 A.M.

3

4          THE VIDEOGRAPHER:  Good morning, everyone.          09:15:05

5    We are now on the record.                                 09:15:07

6          Today's date is October 18th, 2013, and            09:15:08

7    the time now is 9:15 a.m.  The location of this           09:15:11

8    deposition is 865 South Figueroa Street in                09:15:15

9    Los Angeles, California.  My name is Trevor Asfall.       09:15:18

10   I'm a legal videographer, and I represent                 09:15:20

11   Planet Depos.                                             09:15:23

12          The civil action in this matter is                09:15:24

13   11-CV-01846-LKH in the matter of Apple Inc. vs           09:15:25

14   Samsung Electronics.  Today's deponent is                09:15:35

15   Mr. Jin Hwan Kwak.                                        09:15:39

16          Will all counsel please identify yourself         09:15:40

17   for the record, beginning with the taking attorney.      09:15:41

18          MR. LANTIER:  My name is Greg Lantier from        09:15:45

19   Wilmer, Cutler, Pickering, Hale & Dorr.  I represent      09:15:46

20   Apple.  With me today is Derek Gosma.                     09:15:49

21          MR. KOPPELMAN:  Ryan Koppelman from               09:15:54

22   Alston & Bird, representing Nokia.                        09:15:55

23          MR. ZELLER:  Mike Zeller on behalf of             09:15:57

24   Samsung and the witness.                                  09:15:59

25          MR. GORDON:  John Gordon, Quinn Emanuel,          09:16:00

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

8

| | | |
|---|---|---|
| 1 | on behalf of Samsung and the witness. | 09:16:01 |
| 2 | MR. SHINN:  James Shin from Samsung. | 09:16:04 |
| 3 | THE VIDEOGRAPHER:  Thank you.  Will the | 09:16:06 |
| 4 | court reporter please administer the oath to the | 09:16:07 |
| 5 | interpreter. | 09:16:08 |
| 6 | THE REPORTER:  Sure. | 09:16:08 |
| 7 | Do you solemnly state you both will | 09:16:08 |
| 8 | interpret from Korean into English and English into | 09:16:08 |
| 9 | Korean to the best of your abilities? | 09:16:08 |
| 10 | THE INTERPRETER:  I do. | 09:16:08 |
| 11 | CHECK INTERPRETER:  I do. | 09:16:08 |
| 12 | THE REPORTER:  Thank you. | 09:16:08 |
| 13 | Sir, would you please raise your right | 09:16:08 |
| 14 | hand. | 09:16:08 |
| 15 | Do you solemnly state the testimony you're | 09:16:08 |
| 16 | about to give in this matter will be the truth, the | 09:16:08 |
| 17 | whole truth, and nothing but the truth? | 09:16:08 |
| 18 | THE WITNESS:  I do. | 09:16:08 |
| 19 | THE REPORTER:  Thank you. | 09:16:08 |
| 20 | JIN HWAN KWAK, | 09:16:08 |
| 21 | having declared under penalty of perjury to tell the | 09:16:08 |
| 22 | truth, was examined and testified as follows: | 09:16:08 |
| 23 | THE VIDEOGRAPHER:  Counsel, you may | 09:16:34 |
| 24 | proceed. | 09:16:35 |
| 25 | | 09:16:35 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

9

| | | |
|---|---|---|
| 1 | EXAMINATION | 09:16:35 |
| 2 | BY MR. LANTIER: | 09:16:36 |
| 3 | Q    Good morning.  Please state your full | 09:16:36 |
| 4 | name. | 09:16:40 |
| 5 | A    My name is Jin Hwan Kwak. | 09:16:44 |
| 6 | Q    Do you go by any other names? | 09:16:48 |
| 7 | A    By way of an English name, I use James | 09:16:54 |
| 8 | Kwak. | 09:16:58 |
| 9 | Q    Mr. Kwak, have you been deposed before? | 09:16:59 |
| 10 | A    This is the first time. | 09:17:09 |
| 11 | Q    Do you understand that you're under oath? | 09:17:13 |
| 12 | A    Yes.  Indeed. | 09:17:23 |
| 13 | Q    And do you understand that there are | 09:17:24 |
| 14 | penalties under U.S. law if you testify untruthfully | 09:17:25 |
| 15 | today? | 09:17:33 |
| 16 | A    Yes.  I am aware of that. | 09:17:43 |
| 17 | Q    And I'm sure you've been informed of how | 09:17:45 |
| 18 | the process works, but allow me to set forth a | 09:17:47 |
| 19 | couple of the rules for today. | 09:17:52 |
| 20 | Do you understand that I will be asking | 09:18:06 |
| 21 | you a series of questions? | 09:18:07 |
| 22 | A    Yes, I do. | 09:18:17 |
| 23 | Q    If at any time you don't understand my | 09:18:17 |
| 24 | question, do you agree to ask me to clarify it? | 09:18:19 |
| 25 | A    I shall do so. | 09:18:32 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

10

| | | |
|---|---|---|
| 1 | Q    And you understand that if I ask a | 09:18:33 |
| 2 | question and you answer it, I will assume you | 09:18:34 |
| 3 | understood my question? | 09:18:36 |
| 4 | A    Yes. | 09:18:50 |
| 5 | Q    I will do my best to ask you fair | 09:18:51 |
| 6 | questions.  Do you agree to give me fair answers? | 09:18:53 |
| 7 | A    Yes. | 09:19:07 |
| 8 | Q    Is there any reason that you don't feel | 09:19:09 |
| 9 | you're able to give full and fair answers to my | 09:19:10 |
| 10 | questions today? | 09:19:14 |
| 11 | A    No, sir. | 09:19:25 |
| 12 | Q    What is your title? | 09:19:27 |
| 13 | A    I'm the vice president. | 09:19:33 |
| 14 | Q    Do you have any further title?  Is it vice | 09:19:40 |
| 15 | president of something? | 09:19:42 |
| 16 | A    I am a vice president in charge of | 09:19:55 |
| 17 | licensing. | 09:19:58 |
| 18 | Q    This is at Samsung; correct? | 09:20:04 |
| 19 | A    That is correct. | 09:20:09 |
| 20 | Q    Are there other vice presidents in charge | 09:20:09 |
| 21 | of licensing at Samsung? | 09:20:11 |
| 22 | A    Yes. | 09:20:22 |
| 23 | Q    Approximately how many? | 09:20:23 |
| 24 | A    There's one other. | 09:20:26 |
| 25 | Q    Who is that? | 09:20:28 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

11

| | | |
|---|---|---|
| 1 | A    That would be Jae-Hee Shim. | 09:20:33 |
| 2 | THE INTERPRETER:  General spelling for the | 09:20:35 |
| 3 | reporter:  J-a-e dash H-e-e S-h-i-m. | 09:20:36 |
| 4 | BY MR. LANTIER: | 09:20:50 |
| 5 | Q    How do your responsibilities differ from | 09:20:50 |
| 6 | those of Mr. Shim? | 09:20:51 |
| 7 | MR. ZELLER:  I assume at this point you're | 09:20:59 |
| 8 | just asking generally, not for a complete | 09:20:59 |
| 9 | recitation? | 09:21:02 |
| 10 | MR. LANTIER:  That's correct.  This is | 09:21:09 |
| 11 | just background, trying to understand what his role | 09:21:09 |
| 12 | is at the company. | 09:21:11 |
| 13 | THE WITNESS:  The areas that I am in | 09:21:36 |
| 14 | charge of are, in Korean parlance if you will, what | 09:21:38 |
| 15 | we refer to as being set, such as phones, TVs, | 09:21:42 |
| 16 | consumer products. | 09:21:46 |
| 17 | THE INTERPRETER:  Strike. | 09:21:55 |
| 18 | THE WITNESS:  Household appliances. | 09:21:55 |
| 19 | BY MR. LANTIER: | 09:22:04 |
| 20 | Q    And what are Mr. Shim's areas of | 09:22:04 |
| 21 | responsibility, generally? | 09:22:06 |
| 22 | A    If you'll understand him to be in charge | 09:22:17 |
| 23 | of parts. | 09:22:19 |
| 24 | Q    Would that include components for wireless | 09:22:24 |
| 25 | hand-held devices? | 09:22:27 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

12

| | | |
|---|---|---|
| 1 | A    That is right. | 09:22:37 |
| 2 | Q    For how long have you been vice president | 09:22:51 |
| 3 | in charge of licensing for sets at Korea -- I'm | 09:22:53 |
| 4 | sorry -- at Samsung. | 09:22:56 |
| 5 | A    It has been one year and ten months. | 09:23:08 |
| 6 | Q    Do you know the month and the year in | 09:23:16 |
| 7 | which you took that position? | 09:23:16 |
| 8 | A    That was in December of 2011. | 09:23:29 |
| 9 | Q    What position did you hold prior to | 09:23:38 |
| 10 | December of 2011? | 09:23:39 |
| 11 | A    I was then with strategy team 1. | 09:23:49 |
| 12 | Q    Did you have a title? | 09:23:58 |
| 13 | A    I was a vice president. | 09:24:01 |
| 14 | Q    And that would be vice president of | 09:24:04 |
| 15 | strategy team 1? | 09:24:05 |
| 16 | A    That is right. | 09:24:14 |
| 17 | Q    When were you first hired by Samsung? | 09:24:20 |
| 18 | A    December of 1989. | 09:24:28 |
| 19 | Q    Have you been continuously employed by | 09:24:32 |
| 20 | Samsung since December of 1989? | 09:24:33 |
| 21 | A    That is right. | 09:24:42 |
| 22 | Q    Could you tell me what your educational | 09:24:43 |
| 23 | background is. | 09:24:46 |
| 24 | A    How would you want me to describe that to | 09:24:52 |
| 25 | you? | 09:24:54 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

13

| 1 | Q | What is the highest degree that you hold? | 09:24:55 |

1    Q    What is the highest degree that you hold?          09:24:55

2    A    I'm a college graduate.                            09:25:02

3    Q    What was your concentration in college?            09:25:06

4    A    Mathematics.                                       09:25:11

5    Q    Do you have any legal training?                    09:25:16

6    A    No.                                                09:25:21

7    Q    I'd like to ask you a few more detailed            09:25:29

8  questions about your responsibilities as vice            09:25:31

9  president in charge of licensing; okay?                  09:25:33

10   A    Yes.                                               09:25:43

11   Q    Understanding that your responsibilities          09:25:45

12 are focused on sets, would you describe your             09:25:48

13 responsibilities as vice president in charge of          09:25:54

14 licensing at Samsung?                                    09:25:55

15   A    The most important thing that I do is to          09:26:16

16 engage in licensing-related negotiations.                09:26:20

17   Q    What other responsibilities do you have as        09:26:31

18 vice president of licensing?                             09:26:33

19   A    My work further entails the establishment         09:26:52

20 of such things as strategies and what have you for       09:26:54

21 purposes of such negotiations.                           09:26:57

22   Q    Other than engaging in licensing-related          09:27:10

23 negotiations and developing strategies for the          09:27:11

24 purpose of licensing negotiations, do you have any       09:27:15

25 other responsibilities in your position at Samsung?      09:27:19

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

14

| | | |
|---|---|---|
| 1 | A    No.  There isn't anything else in | 09:27:42 |
| 2 | particular. | 09:27:44 |
| 3 | Q    Other than the position of vice president | 09:27:49 |
| 4 | in charge of licensing, do you hold any other | 09:27:50 |
| 5 | positions at Samsung? | 09:27:53 |
| 6 | A    No, sir. | 09:28:04 |
| 7 | Q    Do you have any job outside of your work | 09:28:06 |
| 8 | as vice president in charge of licensing at Samsung? | 09:28:10 |
| 9 | A    No, I don't. | 09:28:24 |
| 10 | Q    As between engaging in licensing-related | 09:28:33 |
| 11 | negotiations and developing strategies for the | 09:28:36 |
| 12 | purpose of license negotiations, on which activity | 09:28:38 |
| 13 | do you spend most of your time? | 09:28:45 |
| 14 | A    Not that I've actually ever really thought | 09:29:27 |
| 15 | about that specifically, but I guess in terms of my | 09:29:30 |
| 16 | preparing to engage in such negotiations and coming | 09:29:33 |
| 17 | up with strategies, I think it's pretty much even. | 09:29:37 |
| 18 | Q    Do you have any responsibilities with | 09:29:51 |
| 19 | respect to any litigation matters that Samsung is | 09:29:51 |
| 20 | engaged in? | 09:29:57 |
| 21 | A    No. | 09:30:07 |
| 22 | MR. ZELLER:  Objection as vague. | 09:30:07 |
| 23 | BY MR. LANTIER: | 09:30:15 |
| 24 | Q    Since you have taken the position of vice | 09:30:15 |
| 25 | president in charge of licensing, have you had any | 09:30:19 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

15

| | | |
|---|---|---|
| 1 | responsibilities with respect to litigation matters? | 09:30:25 |
| 2 | MR. ZELLER:  The question is vague. | 09:30:41 |
| 3 | You can answer. | 09:30:52 |
| 4 | THE WITNESS:  I'm okay to answer? | 09:30:53 |
| 5 | MR. LANTIER:  Yes, sir. | 09:30:55 |
| 6 | MR. ZELLER:  Yes, please.  Go ahead. | 09:30:55 |
| 7 | THE WITNESS:  No.  Nothing in particular. | 09:30:57 |
| 8 | BY MR. LANTIER: | 09:30:58 |
| 9 | Q    Are you kept apprised of litigation | 09:31:07 |
| 10 | developments in connection with your work as vice | 09:31:09 |
| 11 | president in charge of licensing? | 09:31:15 |
| 12 | A    It is my understanding that I am apprised | 09:31:35 |
| 13 | of such things via e-mail. | 09:31:38 |
| 14 | Q    I'd like to ask you a few more detailed | 09:32:00 |
| 15 | questions about the activities in which you engage | 09:32:01 |
| 16 | as part of your position as vice president of | 09:32:04 |
| 17 | licensing; okay? | 09:32:05 |
| 18 | A    Yes. | 09:32:20 |
| 19 | Q    Let me begin with your work in developing | 09:32:23 |
| 20 | strategies for purposes of licensing negotiations. | 09:32:27 |
| 21 | A    Okay. | 09:32:41 |
| 22 | Q    Very generally, what types of activities | 09:32:44 |
| 23 | do you engage in in order to develop strategies for | 09:32:44 |
| 24 | the purposes of licensing negotiations at Samsung? | 09:32:49 |
| 25 | A    I wonder, sir.  Do you have a specific | 09:33:23 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

16

| | | |
|---|---|---|
| 1 | company or companies in -- a number of companies in | 09:33:26 |
| 2 | mind when you ask that? | 09:33:29 |
| 3 | I wonder if you could perhaps simplify | 09:33:31 |
| 4 | your question -- I wonder if you could narrow down | 09:33:33 |
| 5 | your question for my purposes. | 09:33:36 |
| 6 | MR. ZELLER:  I'm sorry.  Let me interject | 09:33:37 |
| 7 | at this point. | 09:33:38 |
| 8 | He's only asking you generally.  Do not | 09:33:41 |
| 9 | give an answer in the context of particular | 09:33:44 |
| 10 | companies.  He's not asking that question, and I | 09:33:47 |
| 11 | would potentially instruct you if it had to do with | 09:33:49 |
| 12 | particular companies. | 09:33:51 |
| 13 | He's just asking for generally a | 09:33:53 |
| 14 | description of what it is that you do to develop | 09:33:55 |
| 15 | strategies. | 09:34:00 |
| 16 | THE WITNESS:  My strategy -- I generally | 09:35:15 |
| 17 | refer -- am referring to how beforehand we look at | 09:35:16 |
| 18 | various things in terms of, say, companies with whom | 09:35:24 |
| 19 | we have, say, agreements in place. | 09:35:29 |
| 20 | Or even if the party happens to be a party | 09:35:32 |
| 21 | with whom we have no agreement in place, if, per | 09:35:34 |
| 22 | chance, there is an agreement that is coming to its | 09:35:39 |
| 23 | end or if, per chance, the other side has bought | 09:35:43 |
| 24 | some sort of a claim against us, why, what we do is | 09:35:45 |
| 25 | look at the respective patents' strengths, the pros | 09:35:50 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

17

| | | |
|---|---|---|
| 1 | and cons thereof, analyze such, and basically | 09:35:56 |
| 2 | determine as to how to go about the prospective | 09:35:59 |
| 3 | negotiations from a step-by-step basis. | 09:36:04 |
| 4 | BY MR. LANTIER: | 09:36:08 |
| 5 | Q    What sources of information do you look at | 09:36:09 |
| 6 | when you are developing licensing strategies for | 09:36:11 |
| 7 | Samsung? | 09:36:15 |
| 8 | MR. ZELLER:  Again, you can answer that | 09:36:31 |
| 9 | question, Jin. | 09:36:33 |
| 10 | THE WITNESS:  Generally speaking -- and, | 09:37:03 |
| 11 | of course, there happen to be various sources in | 09:37:04 |
| 12 | that regard.  But we often base our discussions on | 09:37:07 |
| 13 | information available within the industry, as well | 09:37:10 |
| 14 | as, say, patent-related information, which is made | 09:37:13 |
| 15 | available by way of the USPTO site, as you well | 09:37:17 |
| 16 | know, for such is there and -- like that. | 09:37:22 |
| 17 | BY MR. LANTIER: | 09:37:29 |
| 18 | Q    In terms of the information available from | 09:37:29 |
| 19 | the industry, what particular sources of information | 09:37:30 |
| 20 | are you referring to? | 09:37:34 |
| 21 | A    For instance, you have annual reports, for | 09:38:08 |
| 22 | instance.  And also, as you well know, there is a | 09:38:09 |
| 23 | whole slew of documents made available by way of | 09:38:16 |
| 24 | websites.  So we take into consideration all of | 09:38:19 |
| 25 | those things comprehensively. | 09:38:21 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

18

|  |  |  |
|---|---|---|
| 1 | Q    Any other sources of information that you | 09:38:27 |
| 2 | typically take into account when you're developing | 09:38:29 |
| 3 | licensing strategy for Samsung? | 09:38:32 |
| 4 | A    Perhaps to be a little more specific but | 09:39:07 |
| 5 | still to speak in general terms, there you have such | 09:39:08 |
| 6 | widely available media, such as Financial Times, the | 09:39:14 |
| 7 | Wall Street Journal, Business Insight. | 09:39:19 |
| 8 | Q    Is it your practice to review those | 09:39:37 |
| 9 | publications yourself in order to determine if | 09:39:38 |
| 10 | there's any relevant information for licensing | 09:39:42 |
| 11 | strategies? | 09:39:43 |
| 12 | A    Sometimes I do that personally myself. | 09:40:09 |
| 13 | And sometimes I request that others do it on my | 09:40:11 |
| 14 | behalf. | 09:40:14 |
| 15 | Q    Who is on your team at Samsung for | 09:40:21 |
| 16 | developing licensing strategies? | 09:40:25 |
| 17 | A    Well, so long as anybody is within our | 09:40:48 |
| 18 | team or on our team, they all respectively bear | 09:40:50 |
| 19 | their given tasks in that regard. | 09:40:56 |
| 20 | Q    Sorry if my question was unclear. | 09:41:06 |
| 21 | I was hoping you could tell us generally | 09:41:11 |
| 22 | who at Samsung assists you with developing licensing | 09:41:13 |
| 23 | strategies. | 09:41:19 |
| 24 | A    I apologize.  I'm perhaps not | 09:41:48 |
| 25 | understanding your question.  Could you perhaps ask | 09:41:49 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

19

| | | |
|---|---|---|
| 1 | me that again, please. | 09:41:51 |
| 2 | Q    Sure.  Let me try it a different way. | 09:41:52 |
| 3 | To whom do you report at Samsung? | 09:41:55 |
| 4 | A    I presently report to vice -- executive | 09:42:09 |
| 5 | vice presidents Mr. Jaewan Chi and Dr. Seung Ho Ahn. | 09:42:14 |
| 6 | Q    Who directly reports to you at Samsung? | 09:42:28 |
| 7 | A    There are several. | 09:42:40 |
| 8 | Q    Could you identify them, please. | 09:42:40 |
| 9 | A    I've got a good 25 or so people reporting | 09:42:53 |
| 10 | to me presently.  Do you want me to identify all of | 09:42:55 |
| 11 | them? | 09:42:57 |
| 12 | Q    Yes. | 09:42:59 |
| 13 | A    Hold on a second. | 09:43:04 |
| 14 | Principal engineer Joon Won Lee. | 09:43:18 |
| 15 | Principal engineer In Dong Kang. | 09:43:36 |
| 16 | Senior engineer Tae Yeon Yoo. | 09:43:44 |
| 17 | Q    I'm sorry.  Was that Tae Yeon? | 09:43:50 |
| 18 | THE VIDEOGRAPHER:  Tae Yeon. | 09:43:51 |
| 19 | MR. LANTIER:  Tae Yeon. | 09:43:51 |
| 20 | THE REPORTER:  What was the answer? | 09:44:04 |
| 21 | THE WITNESS:  Senior engineer Jae Hun Han. | 09:44:07 |
| 22 | Senior engineer Moon Chan Chung. | 09:44:16 |
| 23 | Principal engineer Young Jin Kwon. | 09:44:32 |
| 24 | Principal engineer Il Seok Chang. | 09:44:43 |
| 25 | Principal engineer Seung Pyo Shin. | 09:45:00 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

20

| | | |
|---|---|---|
| 1 | Senior engineer Hae Seon Suh. | 09:45:15 |
| 2 | Senior engineer Bong Joon Kang. | 09:45:26 |
| 3 | Senior engineer Ho Yeon Kim. | 09:45:39 |
| 4 | Principal engineer Dong Hyun Shim. | 09:45:50 |
| 5 | Principal engineer Jae Ho Huh. | 09:45:56 |
| 6 | Principal engineer Sang Rok Han. | 09:46:02 |
| 7 | Principal engineer Dae Jin Jeon. | 09:46:16 |
| 8 | Principal engineer Hyuk Jae Choi. | 09:46:23 |
| 9 | Engineer Nami Koh. | 09:46:36 |
| 10 | Principal engineer Heung Ju Qwon. | 09:46:47 |
| 11 | Jae Hyung Kim, a senior engineer. | 09:47:07 |
| 12 | Won Seon Kim, an engineer. | 09:47:19 |
| 13 | Attorney Daniel Ko. | 09:47:33 |
| 14 | Attorney Hojin Chang. | 09:47:43 |
| 15 | Principal engineer Jong Seon Park. | 09:47:58 |
| 16 | Associate Miseon Kang. | 09:48:09 |
| 17 | And my assistant Eun Kyung Yoo. | 09:48:24 |
| 18 | BY MR. LANTIER: | 09:48:59 |
| 19 | Q    I'm not looking for their names, but | 09:48:59 |
| 20 | approximately how many Samsung employees | 09:49:01 |
| 21 | collectively report to your direct reports? | 09:49:05 |
| 22 | A    There are, at least to my understanding, | 09:49:31 |
| 23 | no individuals who report to my people. | 09:49:35 |
| 24 | Q    Am I correct to understand that the total | 09:49:42 |
| 25 | size of the organization that you manage is the 25 | 09:49:44 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

21

| | | |
|---|---|---|
| 1 | people you just identified and yourself? | 09:49:50 |
| 2 | A    Yes.  That's correct. | 09:50:05 |
| 3 | Q    Generally amongst your reports, how are | 09:50:14 |
| 4 | responsibilities divided? | 09:50:16 |
| 5 | MR. ZELLER:  And, again, you can answer | 09:50:28 |
| 6 | that very generally, but don't do it with regard to | 09:50:28 |
| 7 | any particular case or negotiations at this point. | 09:50:33 |
| 8 | THE WITNESS:  The way things are | 09:50:59 |
| 9 | delineated are in three parts.  Namely, the | 09:51:01 |
| 10 | telecommunications part, the digital media part, and | 09:51:05 |
| 11 | the pool part. | 09:51:08 |
| 12 | BY MR. LANTIER: | 09:51:16 |
| 13 | Q    What is the pool part? | 09:51:16 |
| 14 | A    For instance, we're referring to such | 09:51:33 |
| 15 | things as MPEG-2.  Namely, any departments that are | 09:51:35 |
| 16 | charged with handling certain things having to do | 09:51:39 |
| 17 | with patent pools. | 09:51:41 |
| 18 | Q    Does the pool part -- strike that. | 09:51:57 |
| 19 | Does the pool part have responsibilities | 09:52:03 |
| 20 | for standards essential patents that are not part of | 09:52:05 |
| 21 | a patent pool? | 09:52:10 |
| 22 | A    Well, on the one hand, said part does | 09:52:39 |
| 23 | undertake responsibilities concerning standards | 09:52:44 |
| 24 | patents too.  However, that is also born by other | 09:52:47 |
| 25 | organizational units as well. | 09:52:52 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

22

| | | |
|---|---|---|
| 1 | And the reason for that is, as you | 09:53:06 |
| 2 | probably well know, although when it comes to | 09:53:07 |
| 3 | standards-related patents, though there are some | 09:53:09 |
| 4 | movements in which people seek to form a pool, then | 09:53:14 |
| 5 | again some companies want to play, you know, things | 09:53:16 |
| 6 | out individually.  So that's why things are handled | 09:53:19 |
| 7 | that way. | 09:53:22 |
| 8 | Q    Does your organization have | 09:53:27 |
| 9 | responsibilities for developing licensing strategies | 09:53:30 |
| 10 | for patents that have been declared essential to the | 09:53:34 |
| 11 | UMTS standard? | 09:53:35 |
| 12 | A    Yes, it does. | 09:53:57 |
| 13 | Q    Are there other organizations within | 09:53:59 |
| 14 | Samsung that also have responsibilities for | 09:53:59 |
| 15 | developing licensing strategies for patents that | 09:54:04 |
| 16 | have been declared essential to the UMTS standard? | 09:54:06 |
| 17 | A    No.  Not to my understanding. | 09:54:26 |
| 18 | Q    To make sure I understand, your | 09:54:31 |
| 19 | organization is responsible for developing Samsung's | 09:54:32 |
| 20 | licensing strategy with respect to the UMTS-declared | 09:54:36 |
| 21 | essential patents? | 09:54:43 |
| 22 | A    That is correct. | 09:54:58 |
| 23 | Q    Is that done by the pool part of your | 09:55:02 |
| 24 | organization or by another part of your | 09:55:04 |
| 25 | organization? | 09:55:06 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
**CONDUCTED ON FRIDAY, OCTOBER 18, 2013**

23

| | | |
|---|---|---|
| 1 | A    Well, it depends on what you are actually | 09:55:24 |
| 2 | referring to. | 09:55:27 |
| 3 | For instance, are you referring to ETSI? | 09:55:28 |
| 4 | Q    Insofar as ETSI was involved in developing | 09:55:41 |
| 5 | the UMTS standard, yes, I would be including ETSI. | 09:55:44 |
| 6 | A    Yes.  Indeed. | 09:56:05 |
| 7 | Q    Does the Telecom part of your organization | 09:56:11 |
| 8 | have any responsibility for developing licensing | 09:56:16 |
| 9 | strategies for UMTS declared essential patents? | 09:56:17 |
| 10 | A    Well, of course generally speaking, you | 09:57:09 |
| 11 | couldn't quite say that there is no involvement on | 09:57:12 |
| 12 | the part of other parts because you work in concert | 09:57:15 |
| 13 | with one another. | 09:57:20 |
| 14 | But, generally speaking, any work relating | 09:57:21 |
| 15 | to those patents that we declare to be essential at | 09:57:26 |
| 16 | the UMTS body, it is the pool part that undertakes | 09:57:29 |
| 17 | work in that regard. | 09:57:35 |
| 18 | And that said, in terms of working on | 09:57:37 |
| 19 | strategies with respect to contacts -- per company | 09:57:40 |
| 20 | contacts, each individual basically undertakes his | 09:57:46 |
| 21 | or her given responsibilities. | 09:57:49 |
| 22 | Q    Is each of your reports assigned to one of | 09:58:01 |
| 23 | the three parts that you identified for me? | 09:58:05 |
| 24 | A    That is correct.  Yes. | 09:58:24 |
| 25 | Q    Which of your reports is assigned to the | 09:58:29 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

24

| | | |
|---|---|---|
| 1 | pool part of your organization? | 09:58:30 |
| 2 | A Il Seok Chang. Seung Pyo Shin. | 09:58:48 |
| 3 | Hae Seon Suh. Bong Joon Kang. | 09:59:23 |
| 4 | And to some limited extent, attorney | 09:59:46 |
| 5 | Hojin Chang is also involved in that. | 09:59:48 |
| 6 | Q Does Il Seok Chang have an English name | 10:00:15 |
| 7 | that he or she goes by? | 10:00:20 |
| 8 | A Not to my understanding. But, again, I'm | 10:00:34 |
| 9 | not too sure. | 10:00:35 |
| 10 | Q Does -- and I apologize if I'm not | 10:00:41 |
| 11 | remembering the names precisely correctly. | 10:00:44 |
| 12 | But the second individual that you | 10:00:48 |
| 13 | identified, Seung Pyo Shin, does that individual use | 10:00:49 |
| 14 | any English name? | 10:00:54 |
| 15 | A Not as far as I can recollect. | 10:01:14 |
| 16 | Q And the third individual that you | 10:01:16 |
| 17 | identified, Hae Seon Suh, does that individual go by | 10:01:18 |
| 18 | any English name? | 10:01:24 |
| 19 | A To my understanding, I believe that | 10:01:34 |
| 20 | individual uses "Alex." | 10:01:35 |
| 21 | Q And would therefore go by the name Alex | 10:01:43 |
| 22 | Suh; is that correct? | 10:01:46 |
| 23 | A Yes. That's right. | 10:01:50 |
| 24 | Q The fourth individual who you | 10:01:54 |
| 25 | identified -- which I believe was Bong Joon Kang? | 10:01:55 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

25

| | | |
|---|---|---|
| 1 | A    Yes. | 10:02:05 |
| 2 | Q    Does that individual go by any English | 10:02:05 |
| 3 | name? | 10:02:07 |
| 4 | A    No.  Not to my understanding. | 10:02:11 |
| 5 | Q    And Hojin Chang -- does Hojin Chang go by | 10:02:14 |
| 6 | an English name? | 10:02:20 |
| 7 | A    No.  He does not, to my understanding. | 10:02:21 |
| 8 | Q    You mentioned a moment ago that some | 10:02:35 |
| 9 | responsibilities are also divided up in terms of the | 10:02:37 |
| 10 | company with which Samsung is planning to negotiate | 10:02:41 |
| 11 | a license; is that correct? | 10:02:46 |
| 12 | A    Well, rather than to say that things are | 10:03:20 |
| 13 | delineated in terms of prospective companies, | 10:03:25 |
| 14 | really, if you will regard it as each individual | 10:03:28 |
| 15 | being tasked with certain companies that he or she | 10:03:31 |
| 16 | is to handle. | 10:03:34 |
| 17 | Q    Which companies is Il Seok Chang tasked | 10:03:52 |
| 18 | with handling? | 10:03:59 |
| 19 | A    Well, there happen to be a number of | 10:04:41 |
| 20 | companies that he manages.  For instance -- and I | 10:04:44 |
| 21 | can't quite recall everyone by name.  It's a little | 10:04:48 |
| 22 | difficult. | 10:04:51 |
| 23 | But, for instance -- and I'm not even sure | 10:04:51 |
| 24 | if "company" is really the way to put this. | 10:04:53 |
| 25 | But, for instance, there's MPEG-2 -- or | 10:04:56 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

26

| | | |
|---|---|---|
| 1 | should I say MPEG LA?  Anyhow, so the more | 10:04:58 |
| 2 | representative of the ones that he handles are | 10:05:02 |
| 3 | MPEG-2/MPEG LA, NEC, and such. | 10:05:04 |
| 4 | Q    And Seung Pyo Shin, which companies is | 10:05:15 |
| 5 | that individual responsible for? | 10:05:22 |
| 6 | MR. ZELLER:  I'm sorry.  At this point I | 10:05:30 |
| 7 | would like to interject something. | 10:05:31 |
| 8 | I'm somewhat concerned how this is going | 10:05:33 |
| 9 | to come out.  I don't think it's a fair question. | 10:05:34 |
| 10 | It's revealing disputes with companies that are not | 10:05:39 |
| 11 | public knowledge, that are subject to any number of | 10:05:41 |
| 12 | NDAs or whatever are not really relevant here.  I'm | 10:05:43 |
| 13 | not really sure I'd have a problem if you want to | 10:05:46 |
| 14 | ask him, you know, who's worked on Apple, who's | 10:05:49 |
| 15 | worked on Nokia and those companies, that sort of | 10:05:53 |
| 16 | thing. | 10:05:55 |
| 17 | I also think he's sort of saying it's not | 10:05:57 |
| 18 | really organized that way.  But I am concerned it's | 10:06:00 |
| 19 | going to come out that people working on things that | 10:06:02 |
| 20 | really may also reveal work product. | 10:06:04 |
| 21 | So I'd ask maybe if you could rephrase it | 10:06:09 |
| 22 | in some way and maybe ask about Nokia or Apple if | 10:06:11 |
| 23 | you want. | 10:06:16 |
| 24 | But I think kind of an open-ended | 10:06:16 |
| 25 | question, just asking about a litany of companies | 10:06:18 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

27

| | | |
|---|---|---|
| 1 | may end up revealing work product that I'm concerned | 10:06:20 |
| 2 | about. | 10:06:24 |
| 3 | MR. LANTIER: I don't think that's a | 10:07:49 |
| 4 | proper objection. | 10:07:51 |
| 5 | MR. ZELLER: Then I'll instruct him. | 10:07:52 |
| 6 | MR. LANTIER: For several reasons. | 10:07:53 |
| 7 | MR. ZELLER: We're not going to debate it. | 10:07:55 |
| 8 | You're instructed not to reveal company | 10:07:56 |
| 9 | names that people are working on in response to | 10:07:58 |
| 10 | those questions. | 10:08:02 |
| 11 | BY MR. LANTIER: | 10:08:32 |
| 12 | Q Are you going to follow your attorney's | 10:08:32 |
| 13 | instruction? | 10:08:34 |
| 14 | MR. ZELLER: He doesn't have to answer | 10:08:35 |
| 15 | that question. Please move on. Next question. | 10:08:36 |
| 16 | MR. LANTIER: I disagree he doesn't have | 10:08:45 |
| 17 | to answer my questions. | 10:08:47 |
| 18 | MR. ZELLER: He's instructed not to answer | 10:08:49 |
| 19 | the question. | 10:08:50 |
| 20 | MR. LANTIER: Before we move on, the | 10:09:00 |
| 21 | original speaking objection was improper. In | 10:09:01 |
| 22 | particular, given that it instructed the witness to | 10:09:04 |
| 23 | answer the question in a certain way, which was not | 10:09:07 |
| 24 | consistent with his prior testimony. | 10:09:09 |
| 25 | MR. ZELLER: Actually, you had misstated | 10:09:12 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

28

| | | |
|---|---|---|
| 1 | his testimony, Counsel.  I'm not going to debate it. | 10:09:14 |
| 2 | You are asking for work product and | 10:09:16 |
| 3 | attorney-client communications.  In that question, | 10:09:18 |
| 4 | he is instructed.  Ask another question, please. | 10:09:23 |
| 5 | MR. LANTIER:  You are permitted -- | 10:09:25 |
| 6 | MR. ZELLER:  So the record is clear, I was | 10:09:34 |
| 7 | asking for the courtesy of a clarification, but your | 10:09:35 |
| 8 | refusal to do so showed that, in fact, you were | 10:09:39 |
| 9 | asking, improperly, for attorney-client and work | 10:09:40 |
| 10 | product. | 10:09:44 |
| 11 | So ask another question. | 10:09:44 |
| 12 | MR. LANTIER:  Mr. Zeller, let the | 10:09:47 |
| 13 | interpreter finish interpreting -- | 10:09:49 |
| 14 | MR. ZELLER:  He doesn't have to interpret | 10:09:50 |
| 15 | this portion of it.  Please ask your next question. | 10:09:51 |
| 16 | THE INTERPRETER:  In the interest of time, | 10:09:52 |
| 17 | if the interpreter may be allowed to forgo, he would | 10:09:53 |
| 18 | be happy to forgo. | 10:09:56 |
| 19 | MR. LANTIER:  I don't mind if the | 10:10:04 |
| 20 | interpreter doesn't interpret the speaking | 10:10:04 |
| 21 | objection -- | 10:10:06 |
| 22 | MR. ZELLER:  Counsel, that is totally | 10:10:07 |
| 23 | improper.  You keep on calling it a speaking | 10:10:08 |
| 24 | objection.  I was asking for a courtesy for you to | 10:10:10 |
| 25 | clarify your question, that you were not asking for | 10:10:13 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

29

| | | |
|---|---|---|
| 1 | work product and attorney-client communications. | 10:10:15 |
| 2 | You refused to do so, showing that, in fact, your | 10:10:17 |
| 3 | question was improper.  I have now instructed.  This | 10:10:19 |
| 4 | is not a debate.  He's instructed.  Please move on. | 10:10:22 |
| 5 | MR. LANTIER:  If you could let me finish, | 10:10:25 |
| 6 | please. | 10:10:27 |
| 7 | MR. ZELLER:  Ask a question.  We're not | 10:10:28 |
| 8 | here to debate.  Ask a question. | 10:10:29 |
| 9 | MR. LANTIER:  I'm asking you not to make | 10:10:31 |
| 10 | speaking objections.  If you have an objection, | 10:10:32 |
| 11 | state your objection and -- | 10:10:34 |
| 12 | MR. ZELLER:  It's not a speaking | 10:10:36 |
| 13 | objection.  It is asking for you -- | 10:10:36 |
| 14 | MR. LANTIER:  You stop for a moment and | 10:10:37 |
| 15 | let me finish, please. | 10:10:38 |
| 16 | If you have an objection, you state your | 10:10:39 |
| 17 | objection.  If you're instructing the witness, you | 10:10:41 |
| 18 | instruct the witness.  That's all you need to do. | 10:10:43 |
| 19 | MR. ZELLER:  Then you will not -- you're | 10:10:45 |
| 20 | not going to, during the course of this deposition, | 10:10:47 |
| 21 | clarify when you are asking for work product and | 10:10:50 |
| 22 | attorney-client communications?  Is that your | 10:10:51 |
| 23 | position? | 10:10:54 |
| 24 | MR. LANTIER:  My position is I ask | 10:10:55 |
| 25 | questions.  If you need to instruct the witness, you | 10:10:56 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

30

| | | |
|---|---|---|
| 1 | instruct the witness. | 10:10:58 |
| 2 | MR. ZELLER: So you will not clarify them; | 10:10:59 |
| 3 | correct? | 10:11:01 |
| 4 | Just yes or no. That's all I need to know | 10:11:01 |
| 5 | so we can proceed with the deposition and not waste | 10:11:03 |
| 6 | this witness' time. Just yes or no. | 10:11:04 |
| 7 | MR. LANTIER: That's improper. I ask | 10:11:07 |
| 8 | questions, you either object -- | 10:11:08 |
| 9 | MR. ZELLER: So you're going to refuse to | 10:11:10 |
| 10 | tell whether you're going to clarify a question? Go | 10:11:11 |
| 11 | ahead. Let's just proceed. Go ahead. | 10:11:13 |
| 12 | MR. LANTIER: I think the way you're | 10:11:18 |
| 13 | behaving is completely improper, and I would please | 10:11:18 |
| 14 | ask you to stop with the speaking objections and | 10:11:21 |
| 15 | stop wasting transcript time -- | 10:11:23 |
| 16 | MR. ZELLER: Counsel -- | 10:11:25 |
| 17 | MR. LANTIER: -- with nonsense. | 10:11:26 |
| 18 | MR. ZELLER: -- you're the one who | 10:11:28 |
| 19 | continues -- I have asked you now, what, a dozen | 10:11:28 |
| 20 | times to please ask a question. You're just | 10:11:30 |
| 21 | obviously doing this to pick a fight and prolong it. | 10:11:32 |
| 22 | Ask a question. Do not address me further. Ask a | 10:11:34 |
| 23 | question, please. | 10:11:36 |
| 24 | MR. LANTIER: Okay. The next speaking | 10:11:38 |
| 25 | objection, I'm on the record as asking you -- you | 10:11:41 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

31

| | | |
|---|---|---|
| 1 | can say, "Objection.  Form."  You can say, | 10:11:44 |
| 2 | "Objection.  Instruct the witness not to answer." | 10:11:46 |
| 3 | That's it. | 10:11:49 |
| 4 | BY MR. LANTIER: | 10:11:55 |
| 5 | Q    Mr. Kwak, which of the reports in your | 10:11:55 |
| 6 | pool part has responsibilities for Nokia? | 10:12:02 |
| 7 | MR. ZELLER:  And I'm instructing you to | 10:12:20 |
| 8 | exclude from your answer any information that you | 10:12:22 |
| 9 | know solely as a result of communications with | 10:12:24 |
| 10 | counsel or work product. | 10:12:27 |
| 11 | MR. LANTIER:  And before the witness | 10:12:46 |
| 12 | answers, allow me to say I think that's an improper | 10:12:47 |
| 13 | instruction.  I'll also note that the witness has | 10:12:49 |
| 14 | already testified he does not have responsibilities | 10:12:52 |
| 15 | for litigation, so I'm not -- I'm not able to | 10:12:54 |
| 16 | understand how there could be a work product | 10:12:57 |
| 17 | objection. | 10:13:00 |
| 18 | THE WITNESS:  And could I have the | 10:13:31 |
| 19 | question again, please? | 10:13:32 |
| 20 | MR. LANTIER:  Yes, sir. | 10:13:34 |
| 21 | BY MR. LANTIER: | 10:13:35 |
| 22 | Q    Which of the reports in the pool part of | 10:13:35 |
| 23 | your organization has responsibility for Nokia | 10:13:37 |
| 24 | negotiation strategy? | 10:13:43 |
| 25 | MR. ZELLER:  And I'm instructing you to | 10:13:57 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

32

| | | |
|---|---|---|
| 1 | exclude from your answer information that you know | 10:13:58 |
| 2 | solely as a result of attorney-client communications | 10:13:59 |
| 3 | or work product. | 10:14:03 |
| 4 | MR. LANTIER:  And I'll repeat that I think | 10:14:25 |
| 5 | that instruction and all like instructions, if | 10:14:26 |
| 6 | they're given further today, are improper. | 10:14:30 |
| 7 | THE WITNESS:  None. | 10:14:51 |
| 8 | BY MR. LANTIER: | 10:14:51 |
| 9 | Q    Do your reports report to anyone else at | 10:14:53 |
| 10 | Samsung? | 10:14:54 |
| 11 | A    Not to my understanding. | 10:15:06 |
| 12 | Q    Do any of your reports have | 10:15:10 |
| 13 | responsibilities for Samsung's licensing strategy | 10:15:10 |
| 14 | with respect to Nokia? | 10:15:18 |
| 15 | A    Yes. | 10:15:33 |
| 16 | Q    All right.  Who? | 10:15:34 |
| 17 | A    In Dong Kang. | 10:15:42 |
| 18 | Q    Any others? | 10:15:45 |
| 19 | A    Not as far as I know. | 10:15:58 |
| 20 | Q    Which part is In Dong Kang assigned to? | 10:16:00 |
| 21 | A    He's with the Telecom part. | 10:16:11 |
| 22 | Q    Do any of your reports have | 10:16:21 |
| 23 | responsibilities with respect to Samsung's license | 10:16:23 |
| 24 | negotiations with Apple? | 10:16:28 |
| 25 | MR. ZELLER:  Vague. | 10:16:40 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

33

| | | |
|---|---|---|
| 1 | THE WITNESS:  Yes. | 10:16:41 |
| 2 | BY MR. LANTIER: | 10:16:42 |
| 3 | Q    Who? | 10:16:42 |
| 4 | A    Attorney Hojin Chang. | 10:16:43 |
| 5 | Q    Any others? | 10:16:49 |
| 6 | A    Principal engineer Heung Ju Kwon. | 10:16:54 |
| 7 | Q    Was that Heung Joong Kwon? | 10:17:04 |
| 8 | A    Heung Ju Kwon. | 10:17:10 |
| 9 | Q    To what part is Heung Joong Kwon assigned? | 10:17:21 |
| 10 | A    He's with Telecom. | 10:17:32 |
| 11 | Q    Do any of your other reports have | 10:17:41 |
| 12 | responsibilities with respect to Samsung's license | 10:17:43 |
| 13 | negotiations with Apple? | 10:17:46 |
| 14 | A    No.  Not as far as I understand. | 10:18:01 |
| 15 | Q    Which of your reports have | 10:18:05 |
| 16 | responsibilities with respect to Ericsson licensing | 10:18:06 |
| 17 | strategy? | 10:18:10 |
| 18 | A    As far as the Ericsson-related strategy | 10:18:32 |
| 19 | aspects are concerned, that would be principal | 10:18:35 |
| 20 | engineer Joon Won Lee. | 10:18:36 |
| 21 | Q    To what part is Joon Won Lee assigned? | 10:18:44 |
| 22 | A    He's with the Telecom part. | 10:18:46 |
| 23 | Q    Do any of your other reports have | 10:18:50 |
| 24 | responsibilities with respect to either Ericsson | 10:18:51 |
| 25 | licensing strategy or negotiations? | 10:18:54 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

34

| | | |
|---|---|---|
| 1 | MR. ZELLER:  The question is compound. | 10:19:10 |
| 2 | THE WITNESS:  Oh, recently Young Jin Kwon, | 10:19:22 |
| 3 | a principal engineer. | 10:19:28 |
| 4 | BY MR. LANTIER: | 10:19:28 |
| 5 | Q    Is Young Jin Kwon also assigned to | 10:19:29 |
| 6 | Telecom? | 10:19:31 |
| 7 | A    That is correct. | 10:19:37 |
| 8 | Q    Since you have taken the position of vice | 10:19:49 |
| 9 | president of licensing, have any of your reports had | 10:19:52 |
| 10 | responsibilities regarding Sharp licensing strategy? | 10:19:57 |
| 11 | MR. ZELLER:  Assumes facts. | 10:20:22 |
| 12 | Incomprehensible. | 10:20:25 |
| 13 | THE WITNESS:  No.  Not as far as my | 10:20:35 |
| 14 | understanding goes. | 10:20:37 |
| 15 | BY MR. LANTIER: | 10:20:38 |
| 16 | Q    And since the time you've taken the | 10:20:38 |
| 17 | position of vice president of licensing, have any of | 10:20:39 |
| 18 | your reports had responsibilities regarding Philips | 10:20:42 |
| 19 | licensing strategy? | 10:20:46 |
| 20 | MR. ZELLER:  Assumes facts. | 10:21:00 |
| 21 | THE WITNESS:  Yes. | 10:21:01 |
| 22 | BY MR. LANTIER: | 10:21:07 |
| 23 | Q    Which employee? | 10:21:07 |
| 24 | A    Dong Hyun Shim. | 10:21:15 |
| 25 | Q    Any others. | 10:21:25 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

35

| | | |
|---|---|---|
| 1 | A     Dong Hyun Shim is the one. | 10:21:31 |
| 2 | Q     Do you have responsibilities with respect | 10:21:53 |
| 3 | to licensing strategy for Apple, Nokia, Ericsson, | 10:21:54 |
| 4 | and Philips? | 10:22:01 |
| 5 | MR. ZELLER:  The question's compound. | 10:22:15 |
| 6 | THE WITNESS:  Yes.  To a certain extent, I | 10:22:20 |
| 7 | do. | 10:22:23 |
| 8 | BY MR. LANTIER: | 10:22:23 |
| 9 | Q     What -- strike that. | 10:22:23 |
| 10 | With respect to Nokia, what | 10:22:28 |
| 11 | responsibilities do you have? | 10:22:33 |
| 12 | A     In concert with my staff, I make | 10:22:52 |
| 13 | preparations so as to be able to engage in | 10:22:56 |
| 14 | negotiations. | 10:22:59 |
| 15 | Q     What preparations are those? | 10:23:09 |
| 16 | MR. ZELLER:  You can answer that question | 10:23:15 |
| 17 | generally. | 10:23:17 |
| 18 | THE WITNESS:  It's funny you asked me that | 10:23:29 |
| 19 | out of the blue.  And, of course, this is what I | 10:23:31 |
| 20 | routinely do, but it's sort of -- I suppose for | 10:23:33 |
| 21 | starters we try to set up a schedule, suggest as to | 10:23:44 |
| 22 | when we shall meet and general things, you know. | 10:23:47 |
| 23 | Try to decide on what occasion of the next ensuing | 10:24:00 |
| 24 | negotiation we ought to be talking about.  And in | 10:24:06 |
| 25 | that regard, we mostly talk about what kind of | 10:24:24 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

36

| | | |
|---|---|---|
| 1 | offers anew we ought to be making. | 10:24:29 |
| 2 | BY MR. LANTIER: | 10:24:50 |
| 3 | Q    What other activities do you engage in in | 10:24:50 |
| 4 | order to make preparations to engage -- excuse me. | 10:24:52 |
| 5 | I misstated my question.  Let me start over. | 10:24:57 |
| 6 | What other preparations have you engaged | 10:25:02 |
| 7 | in in order to prepare for negotiations with Nokia? | 10:25:03 |
| 8 | MR. ZELLER:  You can answer that question | 10:25:27 |
| 9 | generally. | 10:25:28 |
| 10 | THE WITNESS:  Generally speaking, it is | 10:26:11 |
| 11 | not the case that we do anything differently with | 10:26:11 |
| 12 | respect to Nokia in comparison to any others in that | 10:26:16 |
| 13 | similarly we try to set up the schedule, discuss as | 10:26:21 |
| 14 | to how, in comparison to the last round, what we | 10:26:25 |
| 15 | knew we ought to be doing or maybe not do in terms | 10:26:30 |
| 16 | of making offers or not.  Mostly. | 10:26:33 |
| 17 | BY MR. LANTIER: | 10:26:38 |
| 18 | Q    Could you be more specific as to what | 10:26:39 |
| 19 | preparations you made in order to negotiate with | 10:26:41 |
| 20 | Nokia? | 10:26:44 |
| 21 | MR. ZELLER:  He's just asking you can you. | 10:27:02 |
| 22 | So it's a yes-no answer at this point. | 10:27:03 |
| 23 | THE WITNESS:  As far as I'm concerned, I | 10:27:26 |
| 24 | do not believe I could quite answer that because | 10:27:30 |
| 25 | were I to do that, I have no choice but to disclose | 10:27:32 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

37

| | | |
|---|---|---|
| 1 | confidential information.  So -- | 10:27:36 |
| 2 | BY MR. LANTIER: | 10:27:45 |
| 3 |     Q    Your attorney has the ability to restrict | 10:27:46 |
| 4 | access to whatever's said today such that your | 10:27:50 |
| 5 | confidential information would not be disclosed | 10:27:55 |
| 6 | outside of individuals the Court has ordered are | 10:27:59 |
| 7 | permitted to learn that information. | 10:28:03 |
| 8 |         And therefore, understanding that the | 10:28:30 |
| 9 | information may be confidential, I need to ask you | 10:28:35 |
| 10 | to tell me specifically what you did in order to | 10:28:36 |
| 11 | prepare for Samsung's licensing negotiations with | 10:28:39 |
| 12 | Nokia. | 10:28:42 |
| 13 |         MR. ZELLER:  Is Nokia agreeing that if | 10:29:04 |
| 14 | this witness answers questions in response to | 10:29:05 |
| 15 | Apple's attorney while Apple's attorney is here, | 10:29:09 |
| 16 | that discloses information about the negotiations | 10:29:14 |
| 17 | with Nokia, that Nokia will not argue or claim it is | 10:29:17 |
| 18 | a breach of an NDA or any other confidentiality | 10:29:20 |
| 19 | obligation? | 10:29:23 |
| 20 |         MR. LANTIER:  I don't think it's an issue | 10:29:52 |
| 21 | of whether there's an agreement.  This is discovery | 10:29:53 |
| 22 | that's been ordered by the Court, and this is | 10:29:55 |
| 23 | clearly relevant to the issues that are presented at | 10:29:58 |
| 24 | this stage. | 10:30:00 |
| 25 |         MR. ZELLER:  I disagree.  Is Nokia | 10:30:01 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

38

| | | |
|---|---|---|
| 1 | agreeing to -- | 10:30:03 |
| 2 | MR. KOPPELMAN: I have a very short | 10:30:04 |
| 3 | statement. | 10:30:04 |
| 4 | Nokia will not contend that Samsung's | 10:30:06 |
| 5 | testimony here today pursuant to Judge Grewal's | 10:30:07 |
| 6 | October 2nd order is a breach of confidentiality as | 10:30:11 |
| 7 | long as it is produced -- as long as it's designated | 10:30:14 |
| 8 | highly confidential, outside of counsel's eyes only | 10:30:18 |
| 9 | under the protective order in this case. | 10:30:21 |
| 10 | At this point we so designate the | 10:30:23 |
| 11 | transcript. | 10:30:24 |
| 12 | MR. ZELLER: And I assume when you say | 10:30:25 |
| 13 | "breach of confidentiality," you're including the | 10:30:26 |
| 14 | NDA specifically? | 10:30:28 |
| 15 | MR. KOPPELMAN: Yes. | 10:30:31 |
| 16 | MR. ZELLER: Okay. All right. | 10:30:31 |
| 17 | THE INTERPRETER: May the interpreter | 10:30:33 |
| 18 | forgo? | 10:30:35 |
| 19 | MR. LANTIER: Yes. I agree that the | 10:30:36 |
| 20 | interpretation can be skipped. | 10:30:37 |
| 21 | THE INTERPRETER: And any time -- | 10:30:41 |
| 22 | MR. ZELLER: Well, you know, let me just | 10:30:43 |
| 23 | make a statement then for the record so he | 10:30:44 |
| 24 | understands where we are. | 10:30:46 |
| 25 | So we have an agreement as to certain | 10:30:48 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

39

| | | |
|---|---|---|
| 1 | issues about confidentiality that should, I think, | 10:30:50 |
| 2 | address some of those concerns.  However, at this | 10:30:54 |
| 3 | point he's asking you a question right now whether | 10:30:58 |
| 4 | you can be more specific.  And he may restate the | 10:31:00 |
| 5 | question or repeat it, but at this point he's just | 10:31:04 |
| 6 | asking for a yes or a no. | 10:31:06 |
| 7 | And I would instruct you, if you're going | 10:31:47 |
| 8 | to give more specifics, to exclude from your answer | 10:31:49 |
| 9 | attorney-client communications or work product. | 10:31:53 |
| 10 | THE WITNESS:  Yes. | 10:32:25 |
| 11 | BY MR. LANTIER: | 10:32:25 |
| 12 | Q    What specifically did Samsung do to | 10:32:25 |
| 13 | prepare for license negotiations with Nokia? | 10:32:27 |
| 14 | MR. ZELLER:  And I'm instructing you in | 10:32:41 |
| 15 | your answer not to reveal the substance of | 10:32:42 |
| 16 | attorney-client communications or work product. | 10:32:45 |
| 17 | THE WITNESS:  I'm unable to answer that | 10:33:14 |
| 18 | question without revealing privileged information. | 10:33:15 |
| 19 | BY MR. LANTIER: | 10:33:32 |
| 20 | Q    Your testimony is you have no knowledge of | 10:33:32 |
| 21 | what Samsung did specifically to prepare for its | 10:33:36 |
| 22 | license negotiations with Nokia that you don't | 10:33:43 |
| 23 | believe is privileged? | 10:33:46 |
| 24 | MR. ZELLER:  Misstates the witness' | 10:34:06 |
| 25 | testimony. | 10:34:08 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

40

| | | |
|---|---|---|
| 1 | MR. LANTIER:  I'll rephrase the question. | 10:34:12 |
| 2 | BY MR. LANTIER: | 10:34:16 |
| 3 | Q    Am I correct to understand that all of the | 10:34:20 |
| 4 | knowledge you have of what Samsung did to prepare | 10:34:23 |
| 5 | for its license negotiations with Nokia is | 10:34:32 |
| 6 | privileged? | 10:34:34 |
| 7 | MR. ZELLER:  Misstates the witness' | 10:35:00 |
| 8 | testimony.  Now calls for a legal conclusion. | 10:35:00 |
| 9 | BY MR. LANTIER: | 10:35:21 |
| 10 | Q    Sir, you may answer the question. | 10:35:22 |
| 11 | MR. ZELLER:  To the extent you understand | 10:35:25 |
| 12 | it. | 10:35:25 |
| 13 | THE WITNESS:  Would you mind restating | 10:35:37 |
| 14 | that question a little more simply, just in a more | 10:35:38 |
| 15 | straightforward fashion, please. | 10:35:41 |
| 16 | BY MR. LANTIER: | 10:35:47 |
| 17 | Q    What specifically did Samsung do to | 10:35:47 |
| 18 | prepare for its license negotiations with Nokia? | 10:35:49 |
| 19 | MR. ZELLER:  And I'm instructing you in | 10:36:02 |
| 20 | your answer not to reveal the substance of | 10:36:03 |
| 21 | attorney-client communications or work product. | 10:36:05 |
| 22 | THE WITNESS:  I'm unable to answer that | 10:36:22 |
| 23 | without revealing privileged information. | 10:36:23 |
| 24 | BY MR. LANTIER: | 10:36:29 |
| 25 | Q    Are you withholding any information on the | 10:36:30 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

41

| | | |
|---|---|---|
| 1 | basis of work product? | 10:36:31 |
| 2 | MR. ZELLER:  Calls for a legal conclusion. | 10:36:36 |
| 3 | BY MR. LANTIER: | 10:37:13 |
| 4 | Q    You may answer the question. | 10:37:22 |
| 5 | A    The way I look at this, I think so. | 10:37:30 |
| 6 | THE INTERPRETER:  Counsel, can we take a | 10:37:34 |
| 7 | break, please, at some point? | 10:37:35 |
| 8 | MR. LANTIER:  Yeah.  Just a few more | 10:37:37 |
| 9 | minutes. | 10:37:40 |
| 10 | BY MR. LANTIER: | 10:37:48 |
| 11 | Q    Are you withholding information on the | 10:37:48 |
| 12 | basis of attorney-client privilege? | 10:37:52 |
| 13 | MR. ZELLER:  Calls for a legal conclusion. | 10:38:01 |
| 14 | THE WITNESS:  Can I just have the question | 10:38:08 |
| 15 | repeated again, please. | 10:38:09 |
| 16 | MR. LANTIER:  Yes, sir. | 10:38:13 |
| 17 | BY MR. LANTIER: | 10:38:13 |
| 18 | Q    Are you withholding information on the | 10:38:13 |
| 19 | basis of attorney-client privilege? | 10:38:14 |
| 20 | MR. ZELLER:  Calls for a legal conclusion. | 10:38:23 |
| 21 | THE WITNESS:  I think so, yeah. | 10:38:38 |
| 22 | BY MR. LANTIER: | 10:38:42 |
| 23 | Q    How are you determining that information | 10:38:42 |
| 24 | is subject to the attorney-client privilege? | 10:38:44 |
| 25 | MR. ZELLER:  Calls for a legal conclusion. | 10:38:59 |

42

| | | |
|---|---|---|
| 1 | The question is also vague. | 10:39:07 |
| 2 | THE WITNESS:  As far as my understanding | 10:39:34 |
| 3 | goes generally, it is my understanding that | 10:39:34 |
| 4 | discussions that I have had or we have had with | 10:39:39 |
| 5 | counsel for purposes of undertaking some particular | 10:39:43 |
| 6 | task fall under the work product privilege. | 10:39:46 |
| 7 | BY MR. LANTIER: | 10:40:03 |
| 8 | Q    Without disclosing the specific types of | 10:40:04 |
| 9 | tasks, what tasks are you referring to? | 10:40:05 |
| 10 | MR. ZELLER:  The question is incoherent. | 10:40:19 |
| 11 | I instruct the witness not to answer.  It's | 10:40:21 |
| 12 | calculated to obtain attorney-client privileged | 10:40:22 |
| 13 | communications and work product. | 10:40:25 |
| 14 | MR. LANTIER:  Well, here's the problem. | 10:40:46 |
| 15 | You're instructing your witness to | 10:40:49 |
| 16 | withhold information on the basis of attorney-client | 10:40:50 |
| 17 | privilege and work product.  And then you're | 10:40:55 |
| 18 | objecting that your witness can't tell us the | 10:41:00 |
| 19 | criteria that he's using to withhold information on | 10:41:02 |
| 20 | those bases because, as you say, they call for legal | 10:41:05 |
| 21 | conclusions. | 10:41:10 |
| 22 | So we can't have a situation where the | 10:41:13 |
| 23 | witness is giving incomplete answers on the basis of | 10:41:14 |
| 24 | what very well may be a misunderstanding of how the | 10:41:20 |
| 25 | attorney-client privilege or the attorney work | 10:41:23 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

43

| | | |
|---|---|---|
| 1 | product protection applies.  He has no legal | 10:41:26 |
| 2 | training, and I think your instructions are | 10:41:30 |
| 3 | improper. | 10:41:33 |
| 4 | You can instruct the witness not to answer | 10:41:34 |
| 5 | a question if you think he cannot answer the | 10:41:36 |
| 6 | question without revealing attorney-client | 10:41:40 |
| 7 | privileged information or attorney work product, and | 10:41:41 |
| 8 | he can either abide by your instruction or not. | 10:41:44 |
| 9 | But he cannot give incomplete testimony | 10:41:48 |
| 10 | without anybody understanding the criteria by which | 10:41:51 |
| 11 | he is withholding facts. | 10:41:55 |
| 12 | MR. ZELLER:  You really need to stop | 10:42:00 |
| 13 | wasting time.  Ask a factual question, please. | 10:42:00 |
| 14 | BY MR. LANTIER: | 10:42:08 |
| 15 | Q    For the third time, my question is:  What | 10:42:09 |
| 16 | specifically did Samsung do to prepare for its | 10:42:14 |
| 17 | licensing negotiations with Nokia? | 10:42:16 |
| 18 | MR. ZELLER:  This is at least the third | 10:42:37 |
| 19 | time you've asked that question.  I've instructed | 10:42:39 |
| 20 | each and every time.  He's given you an answer. | 10:42:41 |
| 21 | Please move on. | 10:42:44 |
| 22 | THE WITNESS:  Could we perhaps take a | 10:43:02 |
| 23 | break, please? | 10:43:04 |
| 24 | BY MR. LANTIER: | 10:43:04 |
| 25 | Q    Could you -- excuse me.  Why would you | 10:43:05 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

44

| | | |
|---|---|---|
| 1 | like to take a break? | 10:43:07 |
| 2 | MR. ZELLER:  Counsel, would you stop | 10:43:09 |
| 3 | harassing the witness?  He's not going to answer | 10:43:10 |
| 4 | that question either.  I'm instructing him not to | 10:43:11 |
| 5 | answer the prior question.  Ask a factual question | 10:43:12 |
| 6 | that you have not asked previously.  I'm begging you | 10:43:16 |
| 7 | to stop wasting time.  Please, ask a factual | 10:43:17 |
| 8 | question. | 10:43:19 |
| 9 | MR. LANTIER:  Counsel, your position is | 10:43:21 |
| 10 | that the question "what specifically did Samsung do | 10:43:23 |
| 11 | to prepare for its license negotiations with | 10:43:27 |
| 12 | Nokia" -- | 10:43:29 |
| 13 | MR. ZELLER:  Perhaps you're not | 10:43:29 |
| 14 | prepared -- | 10:43:29 |
| 15 | MR. LANTIER:  -- cannot be answered. | 10:43:32 |
| 16 | MR. ZELLER:  -- today before the | 10:43:34 |
| 17 | deposition, so that's why you're looking to waste | 10:43:35 |
| 18 | time and argue.  We've already been down this road | 10:43:37 |
| 19 | more than once. | 10:43:39 |
| 20 | He has given you answers to that question | 10:43:39 |
| 21 | based upon my instructions.  You explored those | 10:43:43 |
| 22 | instructions.  You were unhappy with it.  That is | 10:43:45 |
| 23 | not really my concern. | 10:43:47 |
| 24 | Move on to the next topic. | 10:43:48 |
| 25 | MR. LANTIER:  Are you instructing the | 10:43:50 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

45

| | | |
|---|---|---|
| 1 | witness not to answer the question or not, Counsel? | 10:43:50 |
| 2 | MR. ZELLER:  We are taking a break.  Let's | 10:43:55 |
| 3 | go.  Let's go off the record. | 10:43:56 |
| 4 | MR. LANTIER:  Counsel, before we go off | 10:43:58 |
| 5 | the record, I'm asking you to tell us.  Are you | 10:43:58 |
| 6 | instructing the witness not to answer? | 10:44:00 |
| 7 | MR. ZELLER:  Counsel, I gave an | 10:44:02 |
| 8 | instruction that is reflected in the record.  Go | 10:44:03 |
| 9 | back and look at the transcript. | 10:44:05 |
| 10 | It said he needed to exclude the substance | 10:44:07 |
| 11 | of attorney-client communications and work product | 10:44:09 |
| 12 | from his answer.  He then said in response to your | 10:44:11 |
| 13 | question that he could not answer the question | 10:44:14 |
| 14 | without revealing that.  You explored that, and you | 10:44:16 |
| 15 | didn't like the answers, but, again, that's not my | 10:44:19 |
| 16 | concern.  He's been instructed.  There's a record on | 10:44:22 |
| 17 | this very question. | 10:44:24 |
| 18 | You are now deliberately -- and have been | 10:44:27 |
| 19 | for some time, deliberately wasting time. | 10:44:29 |
| 20 | MR. LANTIER:  That's not true, Counsel. | 10:44:31 |
| 21 | I'm asking you once and for all:  Would you please | 10:44:32 |
| 22 | tell us are you instructing the witness not to | 10:44:34 |
| 23 | answer the question? | 10:44:34 |
| 24 | MR. ZELLER:  I have said that now | 10:44:38 |
| 25 | repeatedly.  How many more times do I need to tell | 10:44:40 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

46

| | | |
|---|---|---|
| 1 | you, Counsel? | 10:44:42 |
| 2 | He's instructed not to answer what you | 10:44:43 |
| 3 | admit is now the third time you've asked the | 10:44:47 |
| 4 | question and, in fact, asked follow-up questions on, | 10:44:48 |
| 5 | that he answered. | 10:44:52 |
| 6 | MR. LANTIER:  Okay.  So the answer is yes; | 10:44:53 |
| 7 | correct? | 10:44:55 |
| 8 | MR. ZELLER:  How many times do you need to | 10:44:55 |
| 9 | hear yes before you understand? | 10:44:56 |
| 10 | MR. LANTIER:  Just once.  Thanks. | 10:44:59 |
| 11 | MR. ZELLER:  Well, you've heard it more | 10:45:00 |
| 12 | than once.  Go back and look at the record.  You | 10:45:01 |
| 13 | will see it's in there repeatedly, including my | 10:45:05 |
| 14 | express instruction. | 10:45:08 |
| 15 | MR. LANTIER:  Are you finished, sir? | 10:45:12 |
| 16 | MR. ZELLER:  We're taking a break.  We're | 10:45:13 |
| 17 | going off the record; right? | 10:45:15 |
| 18 | You said a few more minutes.  I think he | 10:45:17 |
| 19 | has to change the videotape anyway. | 10:45:19 |
| 20 | MR. LANTIER:  Are you finished? | 10:45:22 |
| 21 | MR. ZELLER:  Apparently.  Go ahead. | 10:45:25 |
| 22 | MR. LANTIER:  Okay.  Yes.  Let's go off | 10:45:26 |
| 23 | the record. | 10:45:28 |
| 24 | THE VIDEOGRAPHER:  This ends Media No. 1, | 10:45:28 |
| 25 | and we're off the record at 10:45 a.m. | 10:45:30 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

47

| | | |
|---|---|---|
| 1 | (Recess.) | 10:58:36 |
| 2 | THE VIDEOGRAPHER:  We are back on the | 11:03:09 |
| 3 | record.  This begins Media No. 2.  And the time now | 11:03:09 |
| 4 | is 11:03.  Counsel. | 11:03:12 |
| 5 | BY MR. LANTIER: | 11:03:14 |
| 6 | Q    When did you first get involved in | 11:03:20 |
| 7 | preparing for licensing negotiations with Nokia? | 11:03:23 |
| 8 | A    Not that I have a precise recollection | 11:03:48 |
| 9 | about that.  I generally recall it as being around | 11:03:49 |
| 10 | the beginning of last year. | 11:03:52 |
| 11 | Q    The beginning of 2012? | 11:03:56 |
| 12 | A    Yes.  That is correct. | 11:04:00 |
| 13 | Q    At that time, with whom at Samsung did you | 11:04:12 |
| 14 | discuss potential licensing with Nokia? | 11:04:17 |
| 15 | A    I spoke with principal engineer | 11:04:46 |
| 16 | In Dong Kang and Executive Vice President Seung Ho | 11:04:47 |
| 17 | Ahn. | 11:04:50 |
| 18 | Q    Did Samsung engage any law firms to assist | 11:05:05 |
| 19 | it with developing licensing strategies with respect | 11:05:07 |
| 20 | to Nokia? | 11:05:13 |
| 21 | MR. ZELLER:  You can answer that yes or | 11:05:31 |
| 22 | no. | 11:05:32 |
| 23 | THE WITNESS:  Yes, it did. | 11:05:35 |
| 24 | BY MR. LANTIER: | 11:05:36 |
| 25 | Q    Which law firms? | 11:05:36 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

48

| | | | |
|---|---|---|---|
| 1 | A | Williams Connolly. | 11:05:40 |
| 2 | Q | Any others? | 11:05:44 |
| 3 | A | No.  Not to my understanding. | 11:05:51 |
| 4 | Q | This is a yes-or-no question. | 11:05:56 |
| 5 | | Other than on Samsung's licensing | 11:06:01 |
| 6 | | negotiation strategies for Nokia, in your position | 11:06:07 |
| 7 | | as vice president of licensing, have you worked with | 11:06:13 |
| 8 | | Williams & Connolly on any other matters? | 11:06:17 |
| 9 | A | I have. | 11:06:46 |
| 10 | Q | What matters were those? | 11:06:47 |
| 11 | | MR. ZELLER:  I'm instructing you to | 11:06:48 |
| 12 | | exclude from your answer any information that would | 11:06:51 |
| 13 | | reveal the substance of attorney-client | 11:06:56 |
| 14 | | communications or work product. | 11:06:58 |
| 15 | | MR. LANTIER:  Counsel, is that an | 11:07:12 |
| 16 | | instruction to the witness not to answer, or is it | 11:07:12 |
| 17 | | not an instruction not to answer? | 11:07:15 |
| 18 | | MR. ZELLER:  The record is very clear what | 11:07:22 |
| 19 | | it is. | 11:07:23 |
| 20 | | MR. LANTIER:  For the reasons previously | 11:07:28 |
| 21 | | discussed, I think that's an improper instruction. | 11:07:29 |
| 22 | | BY MR. LANTIER: | 11:07:42 |
| 23 | Q | Please answer the question. | 11:07:43 |
| 24 | | MR. ZELLER:  And please follow my | 11:07:44 |
| 25 | | instruction. | 11:07:45 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

49

| | | |
|---|---|---|
| 1 | THE WITNESS:  I will comply with counsel's | 11:07:51 |
| 2 | instructions. | 11:07:52 |
| 3 | BY MR. LANTIER: | 11:07:55 |
| 4 | Q    What is your answer? | 11:07:55 |
| 5 | MR. ZELLER:  I'm instructing you in | 11:08:04 |
| 6 | answering the question to exclude from your answer | 11:08:05 |
| 7 | information that would reveal the substance of | 11:08:10 |
| 8 | attorney-client communications or work product. | 11:08:13 |
| 9 | If there's information beyond that, you | 11:08:30 |
| 10 | can provide it in your answer. | 11:08:31 |
| 11 | THE WITNESS:  I am unable to answer that | 11:08:45 |
| 12 | without revealing privileged information. | 11:08:46 |
| 13 | BY MR. LANTIER: | 11:08:51 |
| 14 | Q    But so the record's clear, there are other | 11:08:51 |
| 15 | matters in which you've worked with Williams & | 11:08:53 |
| 16 | Connolly in your position of vice president of | 11:08:55 |
| 17 | licensing; correct? | 11:08:59 |
| 18 | MR. ZELLER:  Asked and answered. | 11:09:14 |
| 19 | THE WITNESS:  Yes.  That is right. | 11:09:19 |
| 20 | BY MR. LANTIER: | 11:09:20 |
| 21 | Q    Other than Dr. Ahn and In Dong Kang, what | 11:09:28 |
| 22 | other Samsung employees have you communicated with | 11:09:35 |
| 23 | regarding licensing strategy for Nokia? | 11:09:40 |
| 24 | A    None to my recollection. | 11:10:03 |
| 25 | Q    Other than Williams & Connolly, have you | 11:10:18 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

50

| | | |
|---|---|---|
| 1 | communicated with anyone outside of Samsung | 11:10:19 |
| 2 | regarding licensing strategy for Nokia? | 11:10:26 |
| 3 | MR. ZELLER:  Assumes facts. | 11:10:47 |
| 4 | THE WITNESS:  I believe none insofar as my | 11:10:55 |
| 5 | recollection goes. | 11:10:58 |
| 6 | BY MR. LANTIER: | 11:11:10 |
| 7 | Q    Do you have responsibilities with respect | 11:11:10 |
| 8 | to Apple's -- I'm sorry -- Samsung's licensing | 11:11:12 |
| 9 | negotiations with Apple. | 11:11:16 |
| 10 | A    I do. | 11:11:31 |
| 11 | Q    What responsibilities are those? | 11:11:33 |
| 12 | A    As with other matters, I make preparations | 11:12:00 |
| 13 | to engage in such negotiations to the extent of | 11:12:02 |
| 14 | deciding on what shall be discussed as part of such | 11:12:06 |
| 15 | negotiations, what we shall offer. | 11:12:11 |
| 16 | Q    How did Samsung determine what to offer | 11:12:25 |
| 17 | Apple as part of the licensing negotiations? | 11:12:28 |
| 18 | MR. ZELLER:  The question is vague as to | 11:12:47 |
| 19 | time.  Lacks foundation.  And I'm instructing the | 11:12:50 |
| 20 | witness to exclude from his answer information that | 11:12:51 |
| 21 | would reveal the substance of attorney-client | 11:12:52 |
| 22 | communications and work product. | 11:12:57 |
| 23 | THE WITNESS:  I'm unable to speak as to | 11:13:25 |
| 24 | that without revealing privileged information. | 11:13:26 |
| 25 | MR. LANTIER:  I again repeat that I think | 11:13:54 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

51

| | | |
|---|---|---|
| 1 | the instruction is improper. | 11:13:55 |
| 2 | BY MR. LANTIER: | 11:13:58 |
| 3 | Q    When did you first become involved in | 11:13:59 |
| 4 | developing license negotiation strategy for | 11:14:02 |
| 5 | Samsung's negotiations with Apple? | 11:14:08 |
| 6 | A    I recall that as being in December of | 11:14:33 |
| 7 | 2011. | 11:14:39 |
| 8 | Q    Would that be at the same time that you | 11:14:47 |
| 9 | took the position of vice president of licensing? | 11:14:51 |
| 10 | A    Yes.  Indeed. | 11:15:00 |
| 11 | Q    And as of December of 2011, what was the | 11:15:02 |
| 12 | status of Samsung's licensing negotiations with | 11:15:06 |
| 13 | Apple? | 11:15:08 |
| 14 | A    You know, I'm thinking, sir, that in order | 11:15:43 |
| 15 | to try to answer that, I could only but reveal | 11:15:45 |
| 16 | privileged information. | 11:15:51 |
| 17 | Q    What lawyers were you discussing licensing | 11:16:04 |
| 18 | strategy for Apple with as of December of 2011? | 11:16:10 |
| 19 | A    I'm sorry.  I have to go -- I apologize, | 11:16:34 |
| 20 | but did you say lawyers? | 11:16:36 |
| 21 | Q    Yes, sir. | 11:16:37 |
| 22 | A    So what?  Outside counsel or -- | 11:16:45 |
| 23 | Q    All lawyers. | 11:16:47 |
| 24 | A    Well, it was with in-house counsel.  Both | 11:16:56 |
| 25 | in-house counsel as well as outside counsel.  The | 11:17:08 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

52

| | | |
|---|---|---|
| 1 | names escape me at the moment, but -- | 11:17:10 |
| 2 | Q    Do you recall the name of any in-house | 11:17:18 |
| 3 | counsel with whom you were discussing Samsung's | 11:17:19 |
| 4 | license negotiations with Apple in December 2011? | 11:17:21 |
| 5 | A    Anybody that I do recall would be EVP | 11:17:47 |
| 6 | Seung Ho Ahn.  EVP Jaewan Chi.  There is other names | 11:17:51 |
| 7 | that come to mind.  Other than them, I do believe | 11:18:00 |
| 8 | there were perhaps a few other individuals, but | 11:18:09 |
| 9 | their names, again, escape me. | 11:18:11 |
| 10 | Q    What outside law firms do you remember | 11:18:18 |
| 11 | talking to about license strategy for Apple? | 11:18:19 |
| 12 | A    Quinn comes to mind. | 11:18:38 |
| 13 | Q    Any others? | 11:18:41 |
| 14 | A    Not that I can quite recall.  I don't | 11:18:49 |
| 15 | think there have been any others. | 11:18:50 |
| 16 | Q    Is that at any time, or is your answer | 11:18:57 |
| 17 | only as of December 2011? | 11:19:01 |
| 18 | A    I don't think it was necessarily limited | 11:19:22 |
| 19 | to that point in time.  So, if memory serves, I | 11:19:25 |
| 20 | think it would be throughout. | 11:19:28 |
| 21 | Q    At any point in time did you discuss | 11:19:39 |
| 22 | licensing strategy for Apple with any attorneys at | 11:19:40 |
| 23 | Kirkland & Ellis? | 11:19:44 |
| 24 | MR. ZELLER:  You can answer that "yes," | 11:19:58 |
| 25 | "no," or "I don't remember." | 11:19:59 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

53

| | | |
|---|---|---|
| 1 | THE WITNESS:  I believe not, if memory | 11:20:07 |
| 2 | serves. | 11:20:11 |
| 3 | BY MR. LANTIER: | 11:20:13 |
| 4 | Q    At any point in time did you discuss | 11:20:14 |
| 5 | licensing strategy for Apple with any attorneys at | 11:20:15 |
| 6 | Fish & Richardson? | 11:20:19 |
| 7 | A    No.  Not as far as my understanding goes. | 11:20:31 |
| 8 | Q    Ropes & Gray? | 11:20:34 |
| 9 | A    I'm thinking no. | 11:20:39 |
| 10 | Q    Williams & Connolly? | 11:20:41 |
| 11 | A    To my recollection, no. | 11:20:53 |
| 12 | Q    Shearman & Sterling? | 11:20:58 |
| 13 | A    I'm thinking no. | 11:21:04 |
| 14 | Q    O'Melveny & Myers? | 11:21:06 |
| 15 | A    I think not. | 11:21:14 |
| 16 | Q    Have you personally attended any meetings | 11:21:22 |
| 17 | with Apple regarding the negotiation of a potential | 11:21:23 |
| 18 | license? | 11:21:31 |
| 19 | A    Yes. | 11:21:47 |
| 20 | Q    Which meetings were those. | 11:21:49 |
| 21 | A    Now, of course I am not going to be able | 11:22:25 |
| 22 | to recall any specific dates, but I'll tell you as | 11:22:27 |
| 23 | things come to mind. | 11:22:30 |
| 24 | I was in attendance, for instance, at a | 11:22:40 |
| 25 | meeting held in December of last year.  And I recall | 11:22:43 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

54

| | | |
|---|---|---|
| 1 | it as being sometime after the middle of December. | 11:22:53 |
| 2 | I also was in attendance at a January | 11:23:03 |
| 3 | meeting.  I'm talking about of this year.  And I was | 11:23:04 |
| 4 | in attendance at both meetings held in February, two | 11:23:13 |
| 5 | of them. | 11:23:18 |
| 6 | Q    Any other meetings? | 11:23:29 |
| 7 | A    Well, I guess I got to ask you.  In | 11:23:47 |
| 8 | meetings, do we include mediations or what? | 11:23:49 |
| 9 | Q    That's a fair question.  I had not meant | 11:23:52 |
| 10 | to include mediations. | 11:23:55 |
| 11 | A    So that is what I recall as having | 11:24:20 |
| 12 | attended. | 11:24:22 |
| 13 | Q    How many mediations have you attended? | 11:24:25 |
| 14 | A    Upon three occasions. | 11:24:32 |
| 15 | Q    Who else from Samsung attended the late | 11:24:51 |
| 16 | December meeting? | 11:24:53 |
| 17 | MR. ZELLER:  Misstates the witness' | 11:25:03 |
| 18 | testimony as to time. | 11:25:03 |
| 19 | THE WITNESS:  No.  You are referring to | 11:25:20 |
| 20 | late December, are you not? | 11:25:22 |
| 21 | BY MR. LANTIER: | 11:25:25 |
| 22 | Q    My recollection is that you said there was | 11:25:26 |
| 23 | a meeting sometime after the middle of December, and | 11:25:26 |
| 24 | I was referring to that meeting? | 11:25:31 |
| 25 | A    My recollection tells me that in | 11:26:35 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

55

| | | |
|---|---|---|
| 1 | attendance were Seung Ho Ahn, EVP.  And EVP Ki Joong | 11:26:37 |
| 2 | Kang.  SVP Min Hyung Chung.  VP Ken Korea.  And I, | 11:26:44 |
| 3 | myself. | 11:26:55 |
| 4 | Q    During the December 2012 meeting, did | 11:27:12 |
| 5 | Samsung make any license offer to Apple? | 11:27:15 |
| 6 | A    To my recollection, Samsung did. | 11:27:31 |
| 7 | Q    What was that offer? | 11:27:32 |
| 8 | MR. ZELLER:  For the record, we believe | 11:27:35 |
| 9 | that Apple eliciting this information while Nokia is | 11:27:36 |
| 10 | present in the room and sharing it with it is a | 11:27:41 |
| 11 | violation of the NDA. | 11:27:43 |
| 12 | MR. LANTIER:  Just to briefly state our | 11:28:00 |
| 13 | position, we disagree.  We believe that Judge Grewal | 11:28:01 |
| 14 | has ordered that Nokia is permitted to be present | 11:28:06 |
| 15 | during this discovery and have full access.  And the | 11:28:09 |
| 16 | question is clearly relevant to the issues presented | 11:28:13 |
| 17 | in Judge Grewal's order. | 11:28:15 |
| 18 | MR. ZELLER:  Previously the Nokia | 11:28:48 |
| 19 | attorneys voluntarily left.  We do believe it is a | 11:28:52 |
| 20 | violation of the NDA; we have said so. | 11:28:54 |
| 21 | There is also on-the-record evidence that | 11:28:56 |
| 22 | Apple shared confidential information, Samsung's | 11:28:59 |
| 23 | confidential information, with Nokia, outside of the | 11:29:01 |
| 24 | context of the order or the discovery process, just | 11:29:06 |
| 25 | gave our information to Nokia.  And apparently now | 11:29:09 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

56

| | | |
|---|---|---|
| 1 | you're just going to compound that. | 11:29:15 |
| 2 | If you want specific information about | 11:29:16 |
| 3 | offers, Nokia's going to have to be excluded. | 11:29:18 |
| 4 | If you want to subsequently share that | 11:29:20 |
| 5 | portion of the transcript with Nokia, you can do so | 11:29:21 |
| 6 | at your peril. | 11:29:24 |
| 7 | MR. LANTIER:  First, I have no idea what | 11:29:28 |
| 8 | you're talking about -- | 11:29:29 |
| 9 | MR. ZELLER:  I believe you're actually | 11:29:30 |
| 10 | part of the prior violation.  But, in any event, it | 11:29:31 |
| 11 | doesn't really matter.  We've stated our position. | 11:29:35 |
| 12 | So Nokia's lawyers can either excuse themselves or | 11:29:38 |
| 13 | we can move on to a new topic if you're going to ask | 11:29:41 |
| 14 | about the specifics of those negotiations. | 11:29:44 |
| 15 | MR. LANTIER:  I've stated our position. | 11:29:48 |
| 16 | Mr. Koppelman, it's up to you as to how you would | 11:29:51 |
| 17 | like to proceed. | 11:29:55 |
| 18 | MR. KOPPELMAN:  I guess I'm curious about | 11:30:14 |
| 19 | Samsung's position that I'm now supposed to leave | 11:30:15 |
| 20 | the room. | 11:30:19 |
| 21 | MR. ZELLER:  We've made our position | 11:30:20 |
| 22 | clear.  I obviously cannot force you to leave.  If | 11:30:22 |
| 23 | Nokia voluntarily leaves, then he can answer these | 11:30:24 |
| 24 | questions.  If Nokia is going to stay, then I'm | 11:30:27 |
| 25 | going to tell him not to answer.  I mean, that's -- | 11:30:30 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

57

| | | |
|---|---|---|
| 1 | we talked about this at some length yesterday. | 11:30:33 |
| 2 | Or another way we could proceed is the way | 11:30:38 |
| 3 | we sort of did yesterday, which was -- and this has | 11:30:40 |
| 4 | to do with the level of generality.  If you're | 11:30:43 |
| 5 | asking about specific numbers -- and we sort of | 11:30:47 |
| 6 | avoided doing that yesterday, I think, with the | 11:30:49 |
| 7 | agreement of all counsel -- that perhaps we can have | 11:30:51 |
| 8 | Nokia remain. | 11:30:54 |
| 9 | But if you're asking, as I understood the | 11:30:56 |
| 10 | question to elicit, specific numbers, that's what we | 11:31:00 |
| 11 | have a problem with. | 11:31:02 |
| 12 | MR. KOPPELMAN:  I guess my concern is that | 11:31:05 |
| 13 | yesterday you had implied that we were somehow an | 11:31:06 |
| 14 | accomplice to some breach or something like that. | 11:31:11 |
| 15 | MR. ZELLER:  Certainly we believe that | 11:31:14 |
| 16 | that's true.  It was more than implied. | 11:31:15 |
| 17 | There's already been a breach of the NDA | 11:31:20 |
| 18 | by the sharing -- improper sharing of Samsung | 11:31:22 |
| 19 | confidential information that violate an Apple | 11:31:25 |
| 20 | agreement between Apple and Samsung. | 11:31:29 |
| 21 | MR. KOPPELMAN:  We have no -- we have no | 11:31:31 |
| 22 | information about the contents of that NDA or its | 11:31:32 |
| 23 | terms or anything.  So actually I can't make an | 11:31:36 |
| 24 | independent decision.  I can't make an independent | 11:31:39 |
| 25 | decision. | 11:31:39 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

58

| | | |
|---|---|---|
| 1 | MR. ZELLER:  It said right on the face of | 11:31:41 |
| 2 | the letter -- | 11:31:41 |
| 3 | MR. KOPPELMAN:  You can cut me off if you | 11:31:42 |
| 4 | want. | 11:31:44 |
| 5 | MR. ZELLER:  I'm sorry.  Go ahead. | 11:31:44 |
| 6 | MR. KOPPELMAN:  We can't make an | 11:31:45 |
| 7 | independent decision because I don't know anything | 11:31:45 |
| 8 | about this NDA or what it covers or anything. | 11:31:46 |
| 9 | So I'm asking you whether you need me to | 11:31:49 |
| 10 | leave the room because I don't know. | 11:31:52 |
| 11 | MR. ZELLER:  First of all, the letter that | 11:31:59 |
| 12 | was improperly given by Apple to Nokia says on its | 11:31:59 |
| 13 | face that it's subject to an agreement, an NDA.  On | 11:32:02 |
| 14 | its face it said that.  So -- | 11:32:07 |
| 15 | MR. KOPPELMAN:  I'm talking about now. | 11:32:09 |
| 16 | I'm talking about right now.  Do I need to leave the | 11:32:10 |
| 17 | room right now? | 11:32:12 |
| 18 | MR. ZELLER:  I've said the choices are the | 11:32:15 |
| 19 | following: | 11:32:17 |
| 20 | You can voluntarily leave, and then he can | 11:32:18 |
| 21 | answer questions.  If you will not leave, then he's | 11:32:20 |
| 22 | not going to answer those questions, at least with | 11:32:23 |
| 23 | that level of specificity. | 11:32:29 |
| 24 | Third option is we all stay here, like we | 11:32:31 |
| 25 | did yesterday, and he answers them without reference | 11:32:33 |

59

| | | |
|---|---|---|
| 1 | to specific numbers. | 11:32:36 |
| 2 | Now, what may work later on is if you | 11:32:37 |
| 3 | really want to have specific numbers, we can then | 11:32:40 |
| 4 | decide what we do about that particular portion. | 11:32:42 |
| 5 | I was also offering that, you know, | 11:32:44 |
| 6 | perhaps if we do it that way, a portion of the | 11:32:46 |
| 7 | transcript can be segregated, and then we can decide | 11:32:48 |
| 8 | whether they see. | 11:32:53 |
| 9 | So my concern is that if you're asking | 11:32:54 |
| 10 | about specific numbers, "Here's the offer we made on | 11:32:56 |
| 11 | this amount, here was the counter," all that | 11:32:59 |
| 12 | stuff -- I just don't think it's appropriate for | 11:33:01 |
| 13 | Nokia to have, and we do think it's a violation of | 11:33:04 |
| 14 | the NDA. | 11:33:09 |
| 15 | MR. KOPPELMAN:  I understand your | 11:33:11 |
| 16 | position. | 11:33:12 |
| 17 | All I'm saying is when there's some point | 11:33:12 |
| 18 | where Samsung needs me to leave the room, I need you | 11:33:14 |
| 19 | to tell me that.  And -- | 11:33:16 |
| 20 | MR. ZELLER:  Well, if it's -- if he's | 11:33:18 |
| 21 | asking in his question about specific numbers, then | 11:33:20 |
| 22 | yes.  The only way he's going to answer that | 11:33:22 |
| 23 | question is if you're not in the room. | 11:33:25 |
| 24 | MR. KOPPELMAN:  All right.  Tell me when | 11:33:27 |
| 25 | that occurs. | 11:33:28 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

60

| | | |
|---|---|---|
| 1 | MR. ZELLER:  Okay.  Are you asking for | 11:33:30 |
| 2 | specific numbers? | 11:33:31 |
| 3 | MR. KOPPELMAN:  And just so you know, I'm | 11:33:32 |
| 4 | reserving all rights -- | 11:33:33 |
| 5 | MR. ZELLER:  I understand. | 11:33:35 |
| 6 | MR. KOPPELMAN:  -- to have access to this. | 11:33:35 |
| 7 | But I just want this to proceed, and I can't make | 11:33:36 |
| 8 | these determinations on my own. | 11:33:39 |
| 9 | MR. ZELLER:  I understand.  Everyone's | 11:33:41 |
| 10 | reserving their position on this.  I'm just trying | 11:33:41 |
| 11 | to actually in some ways come to a resolution on how | 11:33:43 |
| 12 | we can deal with it. | 11:33:46 |
| 13 | MR. LANTIER:  It's only going to be two | 11:33:49 |
| 14 | questions.  Ryan, if you could step out, that would | 11:33:50 |
| 15 | be great. | 11:33:52 |
| 16 | MR. KOPPELMAN:  Is Samsung asking me to | 11:33:53 |
| 17 | step out? | 11:33:54 |
| 18 | MR. ZELLER:  I would appreciate it. | 11:33:55 |
| 19 | MR. KOPPELMAN:  All right. | 11:33:57 |
| 20 | (Mr. Koppelman exits the room.) | 11:34:02 |
| 21 | (The following testimony has been designated | 11:34:04 |
| 22 | as Highly Confidential Apple-Samsung Attorneys' Eyes | 11:34:04 |
| 23 | Only Under Northern California Protective Order and is | 11:34:04 |
| 24 | bound separately.) | 11:34:04 |
| 25 | MR. LANTIER:  Maybe we could have the | 11:34:11 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

61

| | | |
|---|---|---|
| 1 | court reporter read the question back. | 11:34:11 |
| 2 | (Record read by reporter as follows: | 11:34:13 |
| 3 | "Q   What was that offer?") | 11:34:26 |
| 4 | ██████████     ███████████████ | ███████ |
| | ████████████████████████████████ | ███████ |
| | ██████████████████     ████████ | ███████ |
| | ████████████████████ | 11:35:02 |
| 8 | MR. LANTIER:  I would like to ask you | 11:35:07 |
| 9 | follow-up questions, but I won't ask you to repeat | 11:35:08 |
| 10 | those specific terms.  With that, could we have | 11:35:11 |
| 11 | Nokia's counsel come back in? | 11:35:16 |
| 12 | MR. ZELLER:  Sure.  Absolutely. | 11:35:18 |
| 13 | (This concludes the Highly Confidential | 11:35:18 |
| 14 | Apple-Samsung Attorneys' Eyes Only testimony under | 11:35:18 |
| 15 | Northern California Protective Order and is no | 11:35:18 |
| 16 | longer bound separately.) | 11:35:18 |
| 17 | (Mr. Koppelman returns.) | 11:35:18 |
| 18 | MR. LANTIER:  He's got LiveNote.  I don't | 11:35:34 |
| 19 | know if that's an issue. | 11:35:35 |
| 20 | MR. ZELLER:  Maybe just -- it will scroll | 11:35:36 |
| 21 | up and -- | 11:35:38 |
| 22 | MR. GORDON:  Is it on his LiveNote? | 11:35:40 |
| 23 | MR. KOPPELMAN:  It's down for now. | 11:35:43 |
| 24 | MR. ZELLER:  It will scroll up in a little | 11:35:45 |
| 25 | bit.  And then what we do is we ask that that | 11:35:46 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

62

| | | |
|---|---|---|
| 1 | specific response be put in a bound -- bound | 11:35:49 |
| 2 | separately in another part of the transcript.  Thank | 11:35:52 |
| 3 | you. | 11:35:54 |
| 4 | BY MR. LANTIER: | 11:35:57 |
| 5 | Q    Were you part of the team at Samsung that | 11:35:58 |
| 6 | formulated that offer? | 11:36:05 |
| 7 | A    Yes, I was. | 11:36:19 |
| 8 | Q    When did you formulate that offer? | 11:36:24 |
| 9 | A    I am not able to recollect that precisely, | 11:36:51 |
| 10 | but I sort of think it may have been in November or | 11:36:55 |
| 11 | December. | 11:36:58 |
| 12 | Q    Who else at Samsung participated in | 11:37:02 |
| 13 | formulating that offer? | 11:37:03 |
| 14 | A    Again, not that I have a precise | 11:37:37 |
| 15 | recollection on that, but I am thinking EVPs | 11:37:39 |
| 16 | Seung Ho Ahn and Jaewan Chi, et cetera, participated | 11:37:43 |
| 17 | in that. | 11:37:48 |
| 18 | Q    Did any lawyers participate in formulating | 11:37:52 |
| 19 | that offer? | 11:37:54 |
| 20 | A    Well, as you know, those two gentleman are | 11:38:04 |
| 21 | lawyers. | 11:38:07 |
| 22 | Q    Sorry.  You are correct. | 11:38:08 |
| 23 | What I meant to ask was did any outside | 11:38:11 |
| 24 | counsel participate in formulating that offer. | 11:38:14 |
| 25 | A    As for that, I don't quite recall. | 11:38:33 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
**CONDUCTED ON FRIDAY, OCTOBER 18, 2013**

63

| | | |
|---|---|---|
| 1 | Looking back at the way things went at that time, | 11:38:38 |
| 2 | I'm thinking -- it's unclear. | 11:38:44 |
| 3 | THE INTERPRETER:  Part of the witness | 11:38:56 |
| 4 | testimony.  "I'm thinking -- it's unclear." | 11:38:56 |
| 5 | MR. LANTIER:  Now I'm unclear. | 11:39:05 |
| 6 | BY MR. LANTIER: | 11:39:06 |
| 7 | Q   Was the witness' answer, "Looking back at | 11:39:06 |
| 8 | the way things went at that time, I'm thinking it | 11:39:08 |
| 9 | was unclear"?  Or is unclear? | 11:39:11 |
| 10 | A   What I'm thinking is that it does not seem | 11:39:37 |
| 11 | that there was any outside counsel involved, but I | 11:39:39 |
| 12 | cannot speak with 100 percent certainty as to that. | 11:39:42 |
| 13 | Q   Without repeating the terms of the offer, | 11:39:51 |
| 14 | how did Samsung arrive at that offer? | 11:39:56 |
| 15 | MR. ZELLER:  I'm instructing you to | 11:40:15 |
| 16 | exclude from your answer the substance of | 11:40:16 |
| 17 | attorney-client communications or work product. | 11:40:17 |
| 18 | MR. LANTIER:  Could we have an agreement | 11:40:36 |
| 19 | that I have a standing objection to that | 11:40:37 |
| 20 | instruction? | 11:40:39 |
| 21 | MR. ZELLER:  Of course. | 11:40:40 |
| 22 | THE WITNESS:  I would not be able to speak | 11:40:55 |
| 23 | as to that without revealing privileged information. | 11:40:56 |
| 24 | BY MR. LANTIER: | 11:40:58 |
| 25 | Q   When did you have the privileged | 11:40:58 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

64

| | | |
|---|---|---|
| 1 | conversations that you're referring to? | 11:41:02 |
| 2 | A    Well, as of those days, the negotiations | 11:41:38 |
| 3 | vis-à-vis Apple was a rather important matter.  So | 11:41:40 |
| 4 | while it's hard to say as to when, I would say that | 11:41:44 |
| 5 | these discussions had been ongoing.  And I do not | 11:41:47 |
| 6 | otherwise know from recollection -- based upon my | 11:41:54 |
| 7 | recollection that I could tell you as to any | 11:41:56 |
| 8 | specific date. | 11:41:58 |
| 9 | Q    Are you referring to conversations that | 11:42:02 |
| 10 | took place prior to your preparation for today's | 11:42:04 |
| 11 | deposition? | 11:42:05 |
| 12 | A    Run that by me again, please. | 11:42:27 |
| 13 | Q    Yes. | 11:42:30 |
| 14 | You answered to a previous question that | 11:42:31 |
| 15 | you couldn't answer because of the attorney-client | 11:42:34 |
| 16 | privilege.  Do you recall that? | 11:42:36 |
| 17 | A    Yes. | 11:42:52 |
| 18 | Q    And I'm trying to determine when you had | 11:42:54 |
| 19 | the privileged communications you were referring to | 11:42:56 |
| 20 | when you said that. | 11:42:59 |
| 21 | Could you tell me when you had those | 11:43:17 |
| 22 | communications? | 11:43:18 |
| 23 | A    So the way I understand your question, it | 11:43:41 |
| 24 | seems to me that you're asking as to when those | 11:43:42 |
| 25 | certain conversations were had for purposes of being | 11:43:45 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

65

| | | |
|---|---|---|
| 1 | able to make this December offer; is that right? | 11:43:49 |
| 2 | My understanding is that that is what I | 11:44:02 |
| 3 | was answering to? | 11:44:04 |
| 4 | Q    Yes. | 11:44:10 |
| 5 | But that's not entirely it, so let me try | 11:44:11 |
| 6 | to break it down and hopefully come at it from a | 11:44:12 |
| 7 | different way. | 11:44:15 |
| 8 | In your answer of a moment ago when you | 11:44:26 |
| 9 | said you couldn't answer because that would reveal | 11:44:28 |
| 10 | privileged communications, were you referring to any | 11:44:30 |
| 11 | privileged communications that took place prior to | 11:44:35 |
| 12 | the December 2012 meeting. | 11:44:37 |
| 13 | A    And the answer that I provided to you in | 11:45:38 |
| 14 | response to that particular question was in response | 11:45:40 |
| 15 | to your question seeking as to how it was that we | 11:45:43 |
| 16 | arrived at or derived at the particular offer | 11:45:47 |
| 17 | that -- amount that was in question as part of the | 11:45:50 |
| 18 | December offer. | 11:45:52 |
| 19 | Q    Okay.  That -- then I think we're clear, | 11:45:57 |
| 20 | but let me ask so we're clear. | 11:45:58 |
| 21 | You consider -- strike that.  New | 11:46:01 |
| 22 | question. | 11:46:05 |
| 23 | You consider the conversations you had | 11:46:11 |
| 24 | with Dr. Ahn and Mr. Chi in preparation for the | 11:46:11 |
| 25 | December 2012 meeting to be privileged; is that | 11:46:18 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
**CONDUCTED ON FRIDAY, OCTOBER 18, 2013**

66

| | | |
|---|---|---|
| 1 | correct? | 11:46:24 |
| 2 | A    I am of that opinion. | 11:46:47 |
| 3 | Q    Do you believe that all of your | 11:46:50 |
| 4 | conversations with Dr. Ahn and Mr. Chi are | 11:46:51 |
| 5 | privileged? | 11:46:54 |
| 6 | MR. ZELLER:  The question is vague and | 11:47:07 |
| 7 | calls for a legal conclusion.  Harassing. | 11:47:08 |
| 8 | THE WITNESS:  That is what I am thinking. | 11:47:20 |
| 9 | BY MR. LANTIER: | 11:47:22 |
| 10 | Q    Did you have any privileged communications | 11:47:30 |
| 11 | after the December 2012 meeting in which you learned | 11:47:34 |
| 12 | any new information about how Samsung formulated the | 11:47:42 |
| 13 | offer made at that meeting? | 11:47:49 |
| 14 | A    I'm sorry.  The meeting -- how did that | 11:48:26 |
| 15 | go?  Can I have the interpretation again, please. | 11:48:27 |
| 16 | (Question reinterpreted.) | 11:49:22 |
| 17 | THE WITNESS:  No.  Not to my recollection. | 11:49:23 |
| 18 | MR. ZELLER:  I'm sorry.  I think my -- | 11:49:26 |
| 19 | BY MR. LANTIER: | 11:49:38 |
| 20 | Q    And I'd like to come back to the December | 11:49:39 |
| 21 | meeting later, but let's move on now to the January | 11:49:44 |
| 22 | meeting that you mentioned. | 11:49:47 |
| 23 | Without restating the terms of the offer, | 11:50:04 |
| 24 | did Samsung's offer to Apple change between the | 11:50:07 |
| 25 | December meeting and the January meeting? | 11:50:12 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

67

| | | |
|---|---|---|
| 1 | A     Based upon my recollection, I believe yes. | 11:50:41 |
| 2 | Q     And so we don't have to have Nokia's | 11:50:54 |
| 3 | counsel getting up and down, we'll save the | 11:50:57 |
| 4 | follow-up question to that until later. | 11:50:59 |
| 5 | The next question is:  Between the January | 11:51:04 |
| 6 | meeting and the first February meeting, did | 11:51:07 |
| 7 | Samsung's offer to Apple change? | 11:51:11 |
| 8 | A     Yes.  Well, at least that is what I | 11:51:49 |
| 9 | believe I recall. | 11:51:50 |
| 10 | Q     And, finally, between the first February | 11:51:56 |
| 11 | meeting and the second February meeting that you | 11:51:57 |
| 12 | attended, did the terms of Samsung's offer to Apple | 11:52:00 |
| 13 | change? | 11:52:05 |
| 14 | A     I'm thinking yes. | 11:52:27 |
| 15 | Q     Do you currently continue to have | 11:52:42 |
| 16 | responsibility for Samsung's license negotiations | 11:52:45 |
| 17 | with Apple? | 11:52:45 |
| 18 | A     I still do, yes. | 11:53:01 |
| 19 | Q     You mentioned Ken Korea as being one of | 11:53:04 |
| 20 | the individuals from Samsung that was involved in | 11:53:10 |
| 21 | formulating the December offer; is that correct? | 11:53:17 |
| 22 | A     I don't think -- at least the way I recall | 11:53:37 |
| 23 | things right now, I don't think I said anything to | 11:53:38 |
| 24 | that effect. | 11:53:40 |
| 25 | Q     Okay.  Then I misunderstood. | 11:53:43 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

68

| | | |
|---|---|---|
| 1 | Was Mr. Korea involved in the December | 11:53:46 |
| 2 | meeting with Apple? | 11:53:50 |
| 3 | A    My recollection is that he was, yes, in | 11:54:07 |
| 4 | attendance. | 11:54:09 |
| 5 | Q    Did Mr. Korea participate in formulating | 11:54:10 |
| 6 | the offer that Samsung made to Apple at that | 11:54:13 |
| 7 | meeting? | 11:54:16 |
| 8 | A    You know, I don't know that I recall him | 11:54:37 |
| 9 | being involved in that. | 11:54:39 |
| 10 | Q    When was the last time you spoke -- | 11:54:43 |
| 11 | (Interpreters confer.) | 11:54:43 |
| 12 | THE INTERPRETER:  In the alternative, | 11:55:18 |
| 13 | based upon my colleague's expressed concerns here -- | 11:55:18 |
| 14 | and this is a stylistic variation, simply.  Here's | 11:55:22 |
| 15 | an alternative rendition: | 11:55:27 |
| 16 | THE WITNESS:  You know, I don't know if I | 11:55:29 |
| 17 | remember him being involved in that. | 11:55:30 |
| 18 | CHECK INTERPRETER:  Another authoritative | 11:55:36 |
| 19 | rendition would be: | 11:55:36 |
| 20 | THE WITNESS:  I don't recall him being | 11:55:37 |
| 21 | involved. | 11:55:38 |
| 22 | THE INTERPRETER:  There was a little more | 11:55:41 |
| 23 | supposition on the part.  It's okay.  Let's move on. | 11:55:42 |
| 24 | CHECK INTERPRETER:  That's the way I | 11:55:47 |
| 25 | heard. | 11:55:47 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

69

| | | |
|---|---|---|
| 1 | MR. LANTIER: Okay. | 11:55:48 |
| 2 | BY MR. LANTIER: | 11:55:50 |
| 3 | Q When is the last time you spoke to | 11:55:50 |
| 4 | Mr. Korea? | 11:55:51 |
| 5 | MR. ZELLER: This is on any subject, I | 11:56:02 |
| 6 | take it? | 11:56:03 |
| 7 | MR. LANTIER: That's correct. | 11:56:04 |
| 8 | THE WITNESS: To my recollection, I think | 11:56:08 |
| 9 | it was a few days ago. Two, three days ago. | 11:56:09 |
| 10 | BY MR. LANTIER: | 11:56:22 |
| 11 | Q Did that conversation relate to Samsung's | 11:56:22 |
| 12 | negotiations or litigations with Apple or the | 11:56:31 |
| 13 | negotiation with Nokia? | 11:56:36 |
| 14 | A If you wouldn't mind being a little more | 11:57:00 |
| 15 | precise with your questioning, please. | 11:57:02 |
| 16 | Q I'm not looking for specifics right now, | 11:57:15 |
| 17 | but, generally, what was the topic of the | 11:57:16 |
| 18 | conversation you had with Mr. Korea? | 11:57:18 |
| 19 | A To the extent I can recollect, I believe a | 11:58:01 |
| 20 | few questions were raised concerning some of the | 11:58:05 |
| 21 | issues brought up by Nokia. | 11:58:07 |
| 22 | Q Would these be the issues relating to the | 11:58:14 |
| 23 | terms of the Apple and Nokia license? | 11:58:19 |
| 24 | MR. ZELLER: The question's vague. | 11:58:33 |
| 25 | THE WITNESS: I'd really appreciate a | 11:58:45 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

70

| | | |
|---|---|---|
| 1 | little more precision here, please, with your | 11:58:46 |
| 2 | question. | 11:58:48 |
| 3 | BY MR. LANTIER: | 11:58:52 |
| 4 | Q    Where did your conversation with Mr. Korea | 11:58:54 |
| 5 | take place? | 11:58:55 |
| 6 | A    Oh, the conversation was over the phone. | 11:59:06 |
| 7 | Q    Did he call you, or did you call him? | 11:59:08 |
| 8 | A    SVP Ken Korea called me over the phone. | 11:59:18 |
| 9 | Q    Why did he call you? | 11:59:25 |
| 10 | A    I don't recall the specific wording on his | 11:59:50 |
| 11 | part, but he on behalf of the company, in | 11:59:51 |
| 12 | representation of the company, asked me a number of | 11:59:56 |
| 13 | questions, as I recall. | 11:59:57 |
| 14 | Q    What did he ask you? | 12:00:00 |
| 15 | A    Again, I don't recall the specific | 12:00:29 |
| 16 | wording, but I think he was asking me if I had seen | 12:00:31 |
| 17 | any certain e-mails, whether I knew about any | 12:00:33 |
| 18 | contents.  So whether I knew or had gotten to see | 12:00:37 |
| 19 | any of the terms.  Something like that. | 12:00:42 |
| 20 | Q    What did you tell him? | 12:00:44 |
| 21 | A    That I hadn't seen any; that I at least | 12:00:50 |
| 22 | had no recollection of seeing anything. | 12:00:53 |
| 23 | Q    Did he ask you any follow-up questions? | 12:01:00 |
| 24 | MR. ZELLER:  The question's vague. | 12:01:08 |
| 25 | THE WITNESS:  As I recall, I don't believe | 12:01:14 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

71

| | | |
|---|---|---|
| 1 | there were any other questions. | 12:01:14 |
| 2 | BY MR. LANTIER: | 12:01:17 |
| 3 | Q    About how long was the telephone call? | 12:01:18 |
| 4 | A    Oh, about -- not that I really recall, but | 12:01:28 |
| 5 | maybe between five to ten minutes. | 12:01:31 |
| 6 | Q    As specifically as possible, tell me what | 12:01:33 |
| 7 | Mr. Korea said about the reason that he was calling. | 12:01:36 |
| 8 | A    What he told me was that he needed to | 12:02:01 |
| 9 | verify a few things in representation of the | 12:02:03 |
| 10 | company. | 12:02:06 |
| 11 | Q    What did he tell you he needed to verify? | 12:02:10 |
| 12 | A    As I recall, it was something in the order | 12:02:49 |
| 13 | of whether I had gotten to see any e-mails related | 12:02:50 |
| 14 | to, say, Nokia and Ericsson, whether I had gotten to | 12:02:56 |
| 15 | see any e-mails involved in the Apple litigation. | 12:03:01 |
| 16 | Things like that. | 12:03:06 |
| 17 | Q    Was your call with Mr. Korea the first | 12:03:09 |
| 18 | time you had heard about the issue of the e-mails | 12:03:10 |
| 19 | relating to Nokia and Ericsson? | 12:03:17 |
| 20 | MR. ZELLER:  I'm instructing you in your | 12:03:29 |
| 21 | answer not to disclose the substance of | 12:03:30 |
| 22 | attorney-client communications, work product.  Also | 12:03:33 |
| 23 | assumes facts. | 12:03:44 |
| 24 | THE WITNESS:  I would not be able to | 12:03:55 |
| 25 | answer that, I'm afraid, without revealing | 12:03:56 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

72

| | | |
|---|---|---|
| 1 | privileged information. | 12:03:58 |
| 2 | BY MR. LANTIER: | 12:04:00 |
| 3 | Q   My question was just whether that call | 12:04:05 |
| 4 | with Mr. Korea was the first time you had heard | 12:04:06 |
| 5 | about the issue. | 12:04:09 |
| 6 | MR. ZELLER:  Same instruction, same | 12:04:25 |
| 7 | objection. | 12:04:25 |
| 8 | THE WITNESS:  I don't think I'm going to | 12:04:31 |
| 9 | be able to answer that without revealing privileged | 12:04:32 |
| 10 | information. | 12:04:34 |
| 11 | BY MR. LANTIER: | 12:04:42 |
| 12 | Q   Can you answer it yes or no? | 12:04:43 |
| 13 | MR. ZELLER:  I'll let him answer yes or no | 12:04:46 |
| 14 | if you agree it's not a waiver and Nokia does as | 12:04:48 |
| 15 | well. | 12:04:51 |
| 16 | MR. LANTIER:  I will agree that the | 12:04:58 |
| 17 | answering of this question is not a waiver. | 12:04:59 |
| 18 | MR. ZELLER:  Is that agreeable? | 12:05:08 |
| 19 | MR. KOPPELMAN:  I'm not stipulating to any | 12:05:10 |
| 20 | nonwaivers. | 12:05:13 |
| 21 | MR. ZELLER:  The question is too specific | 12:05:13 |
| 22 | to allow him to answer it without revealing | 12:05:14 |
| 23 | attorney-client communications.  So -- or at | 12:05:17 |
| 24 | least -- | 12:05:26 |
| 25 | THE REPORTER:  Or at least what? | 12:05:27 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

73

| | | |
|---|---|---|
| 1 | MR. ZELLER:  I'm going to stand on the | 12:05:28 |
| 2 | instruction then. | 12:05:30 |
| 3 | MR. LANTIER:  We disagree the | 12:05:42 |
| 4 | instruction's proper. | 12:05:44 |
| 5 | BY MR. LANTIER: | 12:05:53 |
| 6 | Q    As specifically as you can, tell me the | 12:05:54 |
| 7 | questions that Mr. Korea asked you. | 12:05:55 |
| 8 | MR. ZELLER:  This is asked and answered. | 12:06:06 |
| 9 | THE WITNESS:  It's the same as my previous | 12:06:12 |
| 10 | answer. | 12:06:14 |
| 11 | BY MR. LANTIER: | 12:06:26 |
| 12 | Q    What answers did you give Mr. Korea? | 12:06:26 |
| 13 | A    That I had no recollection of seeing | 12:06:37 |
| 14 | things. | 12:06:38 |
| 15 | Q    Other than Mr. Korea and yourself, was | 12:06:47 |
| 16 | anyone else present for this conversation? | 12:06:49 |
| 17 | A    That I do not quite recall.  I'm not sure | 12:07:06 |
| 18 | that I'm in any position to be able to actually | 12:07:11 |
| 19 | answer that. | 12:07:13 |
| 20 | Q    As far as you're aware, was anyone else on | 12:07:18 |
| 21 | the telephone line? | 12:07:20 |
| 22 | A    Insofar as my understanding goes, there | 12:07:32 |
| 23 | wasn't anybody. | 12:07:34 |
| 24 | MR. LANTIER:  Mark as Kwak Exhibit 1 a | 12:07:53 |
| 25 | document entitled, "Summary of interviews with | 12:07:57 |

74

| | | |
|---|---|---|
| 1 | recipients of inadvertent disclosure e-mails, | 12:08:01 |
| 2 | attaching ITC public interest." | 12:08:04 |
| 3 | I think we're short a couple of copies, so | 12:08:20 |
| 4 | I will not mark the exhibit at this time.  I'll mark | 12:08:21 |
| 5 | it later. | 12:08:25 |
| 6 | BY MR. LANTIER: | 12:08:36 |
| 7 | Q    What did you do to prepare for today's | 12:08:36 |
| 8 | deposition? | 12:08:36 |
| 9 | A    I met with counsel. | 12:08:42 |
| 10 | Q    Which counsel? | 12:08:43 |
| 11 | A    I met with counsel Zeller, Gordon, and | 12:08:58 |
| 12 | Minjae Shin over there. | 12:09:00 |
| 13 | Q    When was that meeting? | 12:09:08 |
| 14 | A    Yesterday. | 12:09:09 |
| 15 | Q    Approximately for how long did you meet? | 12:09:10 |
| 16 | A    Approximately half a day. | 12:09:20 |
| 17 | Q    Did you review documents? | 12:09:23 |
| 18 | MR. ZELLER:  You can answer that yes or | 12:09:27 |
| 19 | no. | 12:09:31 |
| 20 | THE WITNESS:  Yes. | 12:09:33 |
| 21 | BY MR. LANTIER: | 12:09:34 |
| 22 | Q    Did you review any e-mails? | 12:09:34 |
| 23 | MR. ZELLER:  If you're not going to | 12:09:38 |
| 24 | stipulate on that one, I'm going to instruct.  It's | 12:09:38 |
| 25 | not an appropriate question.  You can ask him yes or | 12:09:43 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

75

| | | |
|---|---|---|
| 1 | no about documents, if there are proper questions to | 12:09:45 |
| 2 | ask, but that's not one. | 12:09:49 |
| 3 | MR. LANTIER:  I'm not trying to elicit a | 12:09:51 |
| 4 | waiver, so I'll stipulate that the answering of that | 12:09:52 |
| 5 | question is not in itself a waiver. | 12:09:54 |
| 6 | MR. ZELLER:  My understanding is Nokia | 12:10:02 |
| 7 | won't stipulate, though. | 12:10:03 |
| 8 | MR. KOPPELMAN:  I'm not stipulating. | 12:10:05 |
| 9 | MR. LANTIER:  Although our position, we | 12:10:14 |
| 10 | don't think that's a proper instruction. | 12:10:15 |
| 11 | MR. ZELLER:  You're really only entitled | 12:10:20 |
| 12 | to know what he -- anything that would refresh his | 12:10:21 |
| 13 | recollection.  And beyond that, I'm instructing. | 12:10:24 |
| 14 | BY MR. LANTIER: | 12:10:37 |
| 15 | Q    Did any document that you reviewed | 12:10:37 |
| 16 | yesterday refresh your recollections as to any | 12:10:39 |
| 17 | issue? | 12:10:41 |
| 18 | A    No. | 12:10:52 |
| 19 | Q    Were the documents you reviewed yesterday | 12:11:00 |
| 20 | redacted? | 12:11:02 |
| 21 | MR. ZELLER:  I'm instructing the witness | 12:11:07 |
| 22 | not to answer. | 12:11:07 |
| 23 | BY MR. LANTIER: | 12:11:15 |
| 24 | Q    It's safe for me to assume that you're | 12:11:15 |
| 25 | going to follow your attorney's instruction? | 12:11:18 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

76

| | | |
|---|---|---|
| 1 | A    Yes.  Indeed. | 12:11:27 |
| 2 | Q    Other than the meeting yesterday, did you | 12:11:30 |
| 3 | do anything else to prepare for today's deposition? | 12:11:32 |
| 4 | A    No, sir. | 12:11:45 |
| 5 | Q    When did you first learn that you were to | 12:11:46 |
| 6 | be deposed on this matter? | 12:11:49 |
| 7 | A    As I recall, I believe it was Saturday | 12:12:08 |
| 8 | last, based upon local Korea time. | 12:12:10 |
| 9 | Q    Do you have responsibilities in connection | 12:12:19 |
| 10 | with license negotiations or license strategy for | 12:12:24 |
| 11 | Philips? | 12:12:28 |
| 12 | MR. ZELLER:  Assumes facts. | 12:12:43 |
| 13 | THE WITNESS:  Yes, I do. | 12:12:50 |
| 14 | BY MR. LANTIER: | 12:12:51 |
| 15 | Q    And what negotiations are those? | 12:12:51 |
| 16 | A    Could you be a little bit more exact? | 12:13:03 |
| 17 | Q    Sure. | 12:13:05 |
| 18 | Is Samsung currently engaged in | 12:13:06 |
| 19 | negotiations with Philips regarding licensing? | 12:13:08 |
| 20 | A    Yes.  We are currently in negotiation. | 12:13:21 |
| 21 | Q    What role do you play in developing | 12:13:24 |
| 22 | negotiations -- excuse me.  Strike that.  Let me | 12:13:30 |
| 23 | start over. | 12:13:32 |
| 24 | What role do you play in developing | 12:13:33 |
| 25 | strategies in connection with Samsung's license | 12:13:35 |

77

| | | |
|---|---|---|
| 1 | negotiations with Philips? | 12:13:39 |
| 2 | A    Well, let me ask you back.  When you ask | 12:14:10 |
| 3 | that, do you mean to ask as to any, say, direct | 12:14:13 |
| 4 | role? | 12:14:16 |
| 5 | Q    Yes. | 12:14:17 |
| 6 | A    Well, as far as any Philips-related roles | 12:14:29 |
| 7 | that I bear, there really isn't a whole lot that I | 12:14:35 |
| 8 | do directly. | 12:14:39 |
| 9 | If you'll assume that my role is limited | 12:14:43 |
| 10 | to that of supervising. | 12:14:47 |
| 11 | Q    What indirect role do you play in | 12:14:54 |
| 12 | developing strategies in connection with Samsung's | 12:14:57 |
| 13 | license negotiations with Philips? | 12:14:58 |
| 14 | A    I guess if you'll simply understand that | 12:15:40 |
| 15 | my role is limited to seeing if the strategy as | 12:15:42 |
| 16 | formulated is appropriate, whether the meeting time | 12:15:48 |
| 17 | as set forth is correct. | 12:15:54 |
| 18 | To get down to more mundane sorts of | 12:16:05 |
| 19 | things, perhaps even things in terms of whether the | 12:16:07 |
| 20 | overall number of personnel slated to attend | 12:16:10 |
| 21 | whatever meetings are perhaps appropriate and not | 12:16:13 |
| 22 | too many. | 12:16:18 |
| 23 | Q    When is the last time that Samsung met | 12:16:23 |
| 24 | with Philips to discuss licensing? | 12:16:26 |
| 25 | A    I recall that as being the first week of | 12:16:40 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

78

| | | |
|---|---|---|
| 1 | October. | 12:16:42 |
| 2 | Q    And prior to then, what was the last time | 12:16:45 |
| 3 | Samsung and Philips had met? | 12:16:47 |
| 4 | A    I don't exactly know, not having been | 12:17:07 |
| 5 | there myself.  But I think I recall it as being | 12:17:09 |
| 6 | perhaps a month or two prior to that. | 12:17:12 |
| 7 | Q    And with respect to Ericsson, what | 12:17:28 |
| 8 | responsibilities do you have for licensing strategy? | 12:17:31 |
| 9 | A    Even in the case of Ericsson, the overall, | 12:17:55 |
| 10 | say, extent of my involvement is not all that great. | 12:17:59 |
| 11 | I would say it's similar to that of Philips -- well, | 12:18:07 |
| 12 | perhaps less.  No.  If you'll regard it as being | 12:18:10 |
| 13 | similar to that for Philips. | 12:18:13 |
| 14 | Q    And so you're more involved in the license | 12:18:16 |
| 15 | negotiations with Nokia and Apple than you are in | 12:18:20 |
| 16 | the negotiations with Ericsson and Philips; correct? | 12:18:22 |
| 17 | A    Yeah, if you'll regard it as being such. | 12:18:43 |
| 18 | Q    Now, are you aware that Apple and Samsung | 12:18:48 |
| 19 | are engaged in litigation in a number of different | 12:18:52 |
| 20 | countries around the world? | 12:18:55 |
| 21 | A    Yes, I am aware of that. | 12:19:12 |
| 22 | Q    Do you receive communications from | 12:19:17 |
| 23 | Samsung's counsel in litigations occurring outside | 12:19:22 |
| 24 | of the United States? | 12:19:26 |
| 25 | MR. ZELLER:  You can answer that yes or | 12:19:40 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

79

| | | |
|---|---|---|
| 1 | no. | 12:19:41 |
| 2 | THE WITNESS:  Yes. | 12:19:43 |
| 3 | BY MR. LANTIER: | 12:19:44 |
| 4 | Q    What's your understanding as to why you | 12:19:45 |
| 5 | are sent those communications? | 12:19:49 |
| 6 | MR. ZELLER:  And I'm instructing you to | 12:19:58 |
| 7 | exclude from your answer the substance of | 12:19:59 |
| 8 | communications with attorneys and work product. | 12:20:01 |
| 9 | THE WITNESS:  Not that I know the exact | 12:20:31 |
| 10 | reasoning as to that, but I'm thinking that it gets | 12:20:32 |
| 11 | sent -- they get sent to me perhaps because I'm | 12:20:37 |
| 12 | charged with handling licensing. | 12:20:40 |
| 13 | BY MR. LANTIER: | 12:20:44 |
| 14 | Q    In what way are communications about the | 12:20:45 |
| 15 | Samsung and Apple litigation relevant to your job as | 12:20:48 |
| 16 | vice president of licensing? | 12:20:53 |
| 17 | MR. ZELLER:  I'm instructing you to | 12:21:12 |
| 18 | exclude from your answer the substance of | 12:21:13 |
| 19 | attorney-client communications and work product. | 12:21:15 |
| 20 | THE WITNESS:  I don't think I'm going to | 12:21:29 |
| 21 | be able to answer that without revealing privileged | 12:21:29 |
| 22 | information. | 12:21:31 |
| 23 | BY MR. LANTIER: | 12:21:32 |
| 24 | Q    I understood you earlier to say that you | 12:21:37 |
| 25 | don't have any responsibilities with respect to | 12:21:39 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

80

| | | |
|---|---|---|
| 1 | Samsung litigation matters; is that correct? | 12:21:44 |
| 2 | MR. ZELLER:  Misstates the witness' | 12:22:01 |
| 3 | testimony.  There's no pending question.  Wait until | 12:22:01 |
| 4 | he's asked a question. | 12:22:20 |
| 5 | MR. LANTIER:  Could the court reporter | 12:22:25 |
| 6 | please read my question back. | 12:22:26 |
| 7 | (Record read by reporter as follows: | 12:22:27 |
| 8 | "Q   I understood you earlier to say | 12:22:39 |
| 9 | that you don't have any | 12:22:39 |
| 10 | responsibilities with respect to | 12:22:39 |
| 11 | Samsung litigation matters; is that | 12:22:39 |
| 12 | correct?") | 12:22:39 |
| 13 | MR. ZELLER:  Not a question as to what you | 12:22:40 |
| 14 | understand. | 12:22:42 |
| 15 | BY MR. LANTIER: | 12:22:49 |
| 16 | Q    Do you have any responsibilities with | 12:22:49 |
| 17 | respect to Samsung litigation matters, sir? | 12:22:50 |
| 18 | MR. ZELLER:  I've requested -- it's also | 12:22:53 |
| 19 | the exact same one that you asked before.  It's | 12:22:54 |
| 20 | asked and answered now repeatedly.  Moreover, the | 12:22:57 |
| 21 | question is vague. | 12:23:20 |
| 22 | BY MR. LANTIER: | 12:24:00 |
| 23 | Q    Are you able to answer the question? | 12:24:01 |
| 24 | MR. ZELLER:  Asked and answered.  Vague. | 12:24:03 |
| 25 | THE WITNESS:  I'm sorry.  Am I to answer | 12:24:37 |

81

| | | |
|---|---|---|
| 1 | right now? | 12:24:39 |
| 2 | MR. LANTIER:  Yes. | 12:24:40 |
| 3 | THE WITNESS:  To what question? | 12:24:41 |
| 4 | BY MR. LANTIER: | 12:24:43 |
| 5 | Q     Do you have any responsibilities with | 12:24:44 |
| 6 | respect to Samsung litigation matters? | 12:24:44 |
| 7 | MR. ZELLER:  Asked and answered.  Vague. | 12:24:56 |
| 8 | THE WITNESS:  Do I need to answer again? | 12:25:03 |
| 9 | MR. ZELLER:  He's asked it several times. | 12:25:06 |
| 10 | Go ahead and answer it again to the extent it makes | 12:25:08 |
| 11 | any sense at all. | 12:25:13 |
| 12 | MR. LANTIER:  No more speaking objections, | 12:25:17 |
| 13 | please. | 12:25:19 |
| 14 | THE WITNESS:  I am not charged with | 12:25:25 |
| 15 | handling litigation. | 12:25:27 |
| 16 | | |
| 17 | BY MR. LANTIER: | 12:25:31 |
| 18 | Q     In what way are communications regarding | 12:25:31 |
| 19 | Samsung litigation matters relevant to your work as | 12:25:32 |
| 20 | vice president of licensing? | 12:25:36 |
| 21 | MR. ZELLER:  This is asked and answered. | 12:25:51 |
| 22 | And I'm instructing you, in answering the question | 12:25:54 |
| 23 | again, to exclude the substance of attorney-client | 12:25:56 |
| 24 | communications and work product from your answer. | 12:25:59 |
| 25 | THE WITNESS:  I'm unable to answer that | 12:26:17 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

82

| | | |
|---|---|---|
| 1 | without revealing privileged information. | 12:26:18 |
| 2 | BY MR. LANTIER: | 12:26:23 |
| 3 | Q    How do you use the information you receive | 12:26:23 |
| 4 | from Samsung's litigation counsel in your job as | 12:26:25 |
| 5 | vice president of licensing? | 12:26:28 |
| 6 | MR. ZELLER:  I'm instructing you to | 12:26:45 |
| 7 | exclude from your answer the substance of | 12:26:46 |
| 8 | attorney-client communications and work product. | 12:26:48 |
| 9 | THE WITNESS:  I cannot answer that without | 12:27:01 |
| 10 | revealing privileged information. | 12:27:02 |
| 11 | MR. LANTIER:  Why don't we break for | 12:27:39 |
| 12 | lunch. | 12:27:40 |
| 13 | MR. ZELLER:  Sure.  How long do you | 12:27:41 |
| 14 | want -- we can do this off the record. | 12:27:42 |
| 15 | THE VIDEOGRAPHER:  This ends Media No. 2. | 12:27:44 |
| 16 | And we're off the record at 12:27 p.m. | 12:27:45 |
| 17 | (Lunch recess: 12:27 p.m.) | 12:27:47 |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

83

| | | |
|---|---|---|
| 1 | LOS ANGELES, CALIFORNIA; FRIDAY, OCTOBER 18, 2013 | 12:27:47 |
| 2 | 1:28 P.M. | 12:27:47 |
| 3 | | 12:27:47 |
| 4 | THE VIDEOGRAPHER:  We are back on the | 13:27:54 |
| 5 | record.  This begins Media No. 3.  And the time now | 13:27:54 |
| 6 | is 1:28.  Counsel. | 13:27:58 |
| 7 | THE INTERPRETER:  May the interpreter make | 13:28:00 |
| 8 | one correction as to the record? | 13:28:00 |
| 9 | MR. LANTIER:  Yes. | 13:28:07 |
| 10 | THE INTERPRETER:  What was previously | 13:28:08 |
| 11 | rendered on "Business Insight," upon further | 13:28:09 |
| 12 | verification, it turns out to be "Business Insider." | 13:28:13 |
| 13 | MR. LANTIER:  Thank you. | 13:28:17 |
| 14 | | 13:28:17 |
| 15 | EXAMINATION (CONTINUED) | 13:28:17 |
| 16 | BY MR. LANTIER: | 13:28:20 |
| 17 | Q    Mr. Kwak, before we broke for lunch we | 13:28:20 |
| 18 | were discussing some of your work as vice president | 13:28:22 |
| 19 | of licensing at Samsung. | 13:28:26 |
| 20 | Do you work with outside counsel as part | 13:28:32 |
| 21 | of that role? | 13:28:35 |
| 22 | A    Yes, I do. | 13:29:01 |
| 23 | Q    From time to time, do you receive e-mails | 13:29:01 |
| 24 | from outside counsel? | 13:29:03 |
| 25 | A    Yes, I do. | 13:29:11 |

84

| | | |
|---|---|---|
| 1 | Q    Do you review those e-mails carefully? | 13:29:12 |
| 2 | MR. ZELLER:  The question is overbroad. | 13:29:19 |
| 3 | Vague. | 13:29:20 |
| 4 | THE WITNESS:  Some e-mails I look at, but | 13:29:37 |
| 5 | for the most part I don't look at e-mails. | 13:29:39 |
| 6 | BY MR. LANTIER: | 13:29:50 |
| 7 | Q    For the most part you don't review e-mails | 13:29:50 |
| 8 | that you receive from outside counsel; is that | 13:29:52 |
| 9 | right? | 13:29:54 |
| 10 | A    I think my previous testimony about | 13:30:07 |
| 11 | mostly -- that being the case mostly, I think | 13:30:11 |
| 12 | perhaps I was mistaken. | 13:30:14 |
| 13 | My point was that I don't look at them all | 13:30:18 |
| 14 | too carefully. | 13:30:22 |
| 15 | Q    So you mostly look at the e-mails you | 13:30:27 |
| 16 | receive from outside counsel, but you don't do so | 13:30:30 |
| 17 | carefully; correct? | 13:30:32 |
| 18 | A    That is correct. | 13:30:45 |
| 19 | Q    How about e-mails you receive from your | 13:30:45 |
| 20 | colleagues at Samsung?  Do you review those | 13:30:47 |
| 21 | carefully? | 13:30:50 |
| 22 | MR. ZELLER:  The question is overbroad and | 13:30:59 |
| 23 | vague. | 13:31:00 |
| 24 | THE WITNESS:  Well, I do not.  It is not | 13:31:09 |
| 25 | the case that I look at all e-mails in a careful | 13:31:10 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

85

| | | |
|---|---|---|
| 1 | manner. | 13:31:14 |
| 2 | BY MR. LANTIER: | 13:31:14 |
| 3 | Q    And how do you decide which e-mails to | 13:31:18 |
| 4 | look at carefully? | 13:31:19 |
| 5 | A    Well, it's not like there's any exact | 13:31:53 |
| 6 | criteria in that regard.  That said -- well, I think | 13:31:55 |
| 7 | what I do is just -- you know, it just differs from | 13:32:02 |
| 8 | time to time. | 13:32:05 |
| 9 | Q    Are you aware that on a number of | 13:32:17 |
| 10 | occasions between 2012 and 2013 you received | 13:32:18 |
| 11 | confidential Apple information that was protected | 13:32:27 |
| 12 | under a court protective order? | 13:32:32 |
| 13 | MR. ZELLER:  The question assumes facts | 13:33:01 |
| 14 | not in evidence, is vague.  Lacks foundation. | 13:33:01 |
| 15 | THE WITNESS:  Could you perhaps ask me | 13:33:20 |
| 16 | that once more but in a slightly simpler way, | 13:33:22 |
| 17 | please. | 13:33:28 |
| 18 | MR. LANTIER:  Why don't we mark as | 13:33:29 |
| 19 | Exhibit 1 the summary of interviews with recipients | 13:33:31 |
| 20 | of inadvertent disclosure e-mails document that I | 13:33:40 |
| 21 | mentioned before lunch. | 13:33:44 |
| 22 | THE INTERPRETER:  Is there a courtesy copy | 13:34:17 |
| 23 | for the interpreter? | 13:34:18 |
| 24 | MR. LANTIER:  Of course. | 13:34:19 |
| 25 | | |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

86

| | | |
|---|---|---|
| 1 | (Exhibit 1 was marked for | 13:34:37 |
| 2 | identification by the reporter.) | 13:34:37 |
| 3 | MR. LANTIER:  And, sir, you can put | 13:34:42 |
| 4 | Exhibit 1 to the side for now. | 13:34:43 |
| 5 | I'll ask the court reporter to mark as | 13:34:49 |
| 6 | Exhibit 2 a letter dated August 1st, 2013 from | 13:34:51 |
| 7 | Robert Becher of Quinn Emanuel to Mark Selwyn of | 13:34:57 |
| 8 | Wilmer Hale. | 13:35:02 |
| 9 | (Exhibit 2 was marked for | 13:35:03 |
| 10 | identification by the reporter.) | 13:35:03 |
| 11 | BY MR. LANTIER: | 13:35:30 |
| 12 | Q    If you could take a moment to look at | 13:35:30 |
| 13 | Exhibit 2, my question will be have you ever seen | 13:35:33 |
| 14 | that letter before today. | 13:35:35 |
| 15 | A    You're talking about number 2, are you | 13:35:47 |
| 16 | not? | 13:35:48 |
| 17 | Q    Yes, sir. | 13:35:49 |
| 18 | A    I don't think I have any recollection of | 13:35:56 |
| 19 | seeing this previously. | 13:35:57 |
| 20 | Q    Could you take a moment and review it. | 13:36:13 |
| 21 | I won't be asking you detailed questions | 13:37:48 |
| 22 | about the letter without pointing you to specific | 13:37:50 |
| 23 | parts, but have you had a brief opportunity to | 13:37:52 |
| 24 | review it? | 13:37:53 |
| 25 | A    This -- yeah, I've gone through it right | 13:38:19 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

87

| | | |
|---|---|---|
| 1 | now. | 13:38:20 |
| 2 | Q    Do you see that the letter refers to the | 13:38:21 |
| 3 | disclosure of what's called an incompletely redacted | 13:38:24 |
| 4 | Teece report? | 13:38:27 |
| 5 | A    Yes.  I see that. | 13:38:56 |
| 6 | Q    What's your understanding as to what the | 13:38:58 |
| 7 | incompletely redacted Teece report is? | 13:39:00 |
| 8 | MR. ZELLER:  I'm going to instruct you to | 13:39:13 |
| 9 | not reveal in your answer information that was | 13:39:14 |
| 10 | obtained solely from counsel or reveal the substance | 13:39:17 |
| 11 | of attorney-client communications. | 13:39:18 |
| 12 | THE WITNESS:  Can I have the question | 13:39:51 |
| 13 | again, please. | 13:39:51 |
| 14 | MR. LANTIER:  Yes. | 13:39:53 |
| 15 | BY MR. LANTIER: | 13:39:53 |
| 16 | Q    What's your understanding as to what the | 13:39:53 |
| 17 | incompletely redacted Teece report is? | 13:39:54 |
| 18 | MR. ZELLER:  Assumes facts.  Lacks | 13:40:15 |
| 19 | foundation.  Same instructions. | 13:40:18 |
| 20 | THE WITNESS:  I'm not quite able to | 13:40:49 |
| 21 | understand the contents just by looking at this. | 13:40:49 |
| 22 | BY MR. LANTIER: | 13:40:52 |
| 23 | Q    If you could turn to Exhibit 1, which is | 13:41:14 |
| 24 | the spreadsheet that we marked earlier. | 13:41:16 |
| 25 | Have you seen Exhibit 1 before today? | 13:41:31 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

88

| | | |
|---|---|---|
| 1 | A    I don't have any recollection that I did. | 13:41:37 |
| 2 | Q    If you could turn -- sorry, but the page | 13:41:42 |
| 3 | numbering is slightly confusing. | 13:41:45 |
| 4 | If you could turn to the fifth page of the | 13:41:47 |
| 5 | document, which is marked page 1. | 13:41:49 |
| 6 | Are you there? | 13:42:17 |
| 7 | A    Yes. | 13:42:18 |
| 8 | Q    On the top of this page is titled, | 13:42:22 |
| 9 | "Summary of Interviews with Recipients of | 13:42:24 |
| 10 | Inadvertent Disclosure E-mails Attaching Teece | 13:42:27 |
| 11 | Report." | 13:42:29 |
| 12 | Do you see that? | 13:42:30 |
| 13 | A    Yes. | 13:42:41 |
| 14 | Q    And do you see that there is a series of | 13:42:42 |
| 15 | questions in the first row of the table on that | 13:42:45 |
| 16 | page? | 13:42:48 |
| 17 | A    Yes. | 13:42:57 |
| 18 | Q    Are these some of the questions that | 13:42:59 |
| 19 | Mr. Korea asked you when you spoke to him two or | 13:43:00 |
| 20 | three days ago? | 13:43:02 |
| 21 | A    Although I don't have an exact | 13:43:29 |
| 22 | recollection, I think it's sort of similar. | 13:43:30 |
| 23 | Q    At the time you spoke to Mr. Korea, did | 13:43:37 |
| 24 | you have an understanding of what the incompletely | 13:43:39 |
| 25 | redacted Teece report was? | 13:43:41 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

89

| | | |
|---|---|---|
| 1 | MR. ZELLER:  Assumes facts.  Vague.  Lacks | 13:43:58 |
| 2 | foundation. | 13:43:58 |
| 3 | THE WITNESS:  With apologies, when you ask | 13:44:13 |
| 4 | if I had an understanding, what exactly do you mean | 13:44:15 |
| 5 | to be asking in that regard? | 13:44:18 |
| 6 | BY MR. LANTIER: | 13:44:22 |
| 7 | Q    I mean had anybody told you what the | 13:44:23 |
| 8 | incompletely redacted Teece report was at the time | 13:44:27 |
| 9 | you spoke with Mr. Korea? | 13:44:30 |
| 10 | MR. ZELLER:  Assumes facts.  Vague. | 13:44:48 |
| 11 | THE WITNESS:  There has not been anything | 13:44:57 |
| 12 | like that to my recollection. | 13:44:57 |
| 13 | BY MR. LANTIER: | 13:44:59 |
| 14 | Q    If you'd turn to page 2, which is the | 13:45:02 |
| 15 | sixth page of Exhibit 1. | 13:45:05 |
| 16 | And you count up four rows from the bottom | 13:45:20 |
| 17 | of the table on that page, do you see that there's | 13:45:26 |
| 18 | an entry for James Kwak? | 13:45:30 |
| 19 | A    Yes. | 13:45:37 |
| 20 | Q    And it states there that you answered "no" | 13:45:38 |
| 21 | to the question of whether you recalled receiving or | 13:45:46 |
| 22 | reviewing the e-mails containing the partially | 13:45:49 |
| 23 | redacted Teece report from Quinn Emanuel. | 13:45:53 |
| 24 | Do you see that? | 13:45:56 |
| 25 | MR. ZELLER:  That grossly mischaracterizes | 13:46:21 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

90

| | | |
|---|---|---|
| 1 | the document. | 13:46:22 |
| 2 | Counsel, point to me on this page, on this | 13:46:24 |
| 3 | document, where it says incompletely redacted Teece | 13:46:26 |
| 4 | report.  Point it out, Counsel.  You made a flat | 13:46:28 |
| 5 | misrepresentation about this document on the record. | 13:46:32 |
| 6 | Point it out. | 13:46:34 |
| 7 | MR. LANTIER:  I was referring to the | 13:47:01 |
| 8 | top-left box in the table where it identifies | 13:47:02 |
| 9 | Mr. Kwak as a recipient of one or more partially | 13:47:06 |
| 10 | redacted Teece report e-mails from Quinn Emanuel. | 13:47:08 |
| 11 | MR. ZELLER:  Those aren't questions, | 13:47:11 |
| 12 | Counsel.  Point to me where in the questions that | 13:47:13 |
| 13 | these witnesses were asked where it says partially | 13:47:16 |
| 14 | redacted Teece report. | 13:47:18 |
| 15 | Point it out to me in the questions. | 13:47:20 |
| 16 | MR. LANTIER:  Would you stop testifying, | 13:47:22 |
| 17 | please, sir. | 13:47:23 |
| 18 | MR. ZELLER:  It's not testifying.  I'm | 13:47:25 |
| 19 | going to instruct him not to answer this question | 13:47:26 |
| 20 | unless you point to me where that is. | 13:47:27 |
| 21 | You are misrepresenting to a Korean | 13:47:29 |
| 22 | speaker, who's being deposed through a translator, | 13:47:31 |
| 23 | the contents of a document and through a truly | 13:47:34 |
| 24 | appalling attempt to get him to adopt language that | 13:47:39 |
| 25 | is not in those questions.  And he's not going to do | 13:47:41 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

91

| | | |
|---|---|---|
| 1 | it.  Ask another question. | 13:47:46 |
| 2 | BY MR. LANTIER: | 13:47:59 |
| 3 |     Q    When Mr. Korea called you, did you have | 13:48:00 |
| 4 | any idea what e-mails he was asking you about | 13:48:08 |
| 5 | whether you recalled receiving or reviewing? | 13:48:13 |
| 6 |         THE WITNESS:  Well, what do you mean by | 13:48:46 |
| 7 | "idea" in this regard?  What have you in mind? | 13:48:46 |
| 8 | BY MR. LANTIER: | 13:48:49 |
| 9 |     Q    Well, it has been my assumption that there | 13:48:50 |
| 10 | had been some explanation provided to you about what | 13:48:50 |
| 11 | you were being asked whether you received or | 13:48:50 |
| 12 | recalled reviewing.  But, through your counsel's | 13:48:50 |
| 13 | testimony, that appears to maybe not be the case. | 13:48:50 |
| 14 |         MR. ZELLER:  Counsel, that is improper. | 13:49:02 |
| 15 | Ask a question.  Don't even bother to translate the | 13:49:04 |
| 16 | preamble. | 13:49:08 |
| 17 | BY MR. LANTIER: | 13:49:13 |
| 18 |     Q    What exactly -- | 13:49:13 |
| 19 |         MR. ZELLER:  And, Counsel, you're really | 13:49:15 |
| 20 | going to say that your gross misrepresentation of | 13:49:16 |
| 21 | the contents of a document in English to a Korean | 13:49:18 |
| 22 | speaker is something that is permissible; is that | 13:49:20 |
| 23 | right? | 13:49:24 |
| 24 |         MR. LANTIER:  There's no | 13:49:25 |
| 25 | misrepresentation. | 13:49:25 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

92

| | | |
|---|---|---|
| 1 | MR. ZELLER:  Show me where that language | 13:49:26 |
| 2 | is.  Show me where it was among those questions. | 13:49:27 |
| 3 | MR. LANTIER:  You got to stop.  You're | 13:49:34 |
| 4 | really wasting a lot of transcript time here. | 13:49:35 |
| 5 | MR. ZELLER:  You've been actually wasting | 13:49:38 |
| 6 | tremendous amounts of time through what are really | 13:49:39 |
| 7 | ridiculous tactics. | 13:49:45 |
| 8 | MR. LANTIER:  I know that this is your | 13:49:47 |
| 9 | style, and I understand that, but you really need to | 13:49:48 |
| 10 | let me conduct the deposition. | 13:49:51 |
| 11 | MR. ZELLER:  Ask a question. | 13:49:53 |
| 12 | BY MR. LANTIER: | 13:49:59 |
| 13 | Q    Do you see there's an entry next to your | 13:50:00 |
| 14 | name in the column titled, "Recalls reviewing or | 13:50:01 |
| 15 | receiving e-mails."  It says, "No." | 13:50:05 |
| 16 | A    Yes. | 13:50:25 |
| 17 | Q    What question did you think you were | 13:50:26 |
| 18 | answering? | 13:50:28 |
| 19 | MR. ZELLER:  This lacks foundation as to | 13:50:36 |
| 20 | this document. | 13:50:38 |
| 21 | THE WITNESS:  I'm sorry.  Am I to answer? | 13:51:02 |
| 22 | MR. LANTIER:  Yes. | 13:51:03 |
| 23 | THE WITNESS:  When I was providing my | 13:51:48 |
| 24 | answers -- and here, mind you, I would reserve some | 13:51:49 |
| 25 | room that there may be some differences as to how | 13:51:55 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
**CONDUCTED ON FRIDAY, OCTOBER 18, 2013**

93

| | | |
|---|---|---|
| 1 | one goes about explaining these things. | 13:51:59 |
| 2 | But now my recollection is that it was | 13:52:01 |
| 3 | basically speaking in terms of maybe the titles | 13:52:04 |
| 4 | only. And my recollection, again, is not exact here | 13:52:08 |
| 5 | in this regard. But I believe I was, for instance, | 13:52:12 |
| 6 | asked as to when it was that I may have seen | 13:52:15 |
| 7 | something called a Teece report, if I had. | 13:52:19 |
| 8 | BY MR. LANTIER: | 13:52:33 |
| 9 | Q   At the time that you answered that | 13:52:33 |
| 10 | question, did you have any understanding as to what | 13:52:34 |
| 11 | the Teece report was? | 13:52:36 |
| 12 | MR. ZELLER:  Asked and answered. | 13:52:48 |
| 13 | THE WITNESS:  As far as something called a | 13:53:25 |
| 14 | Teece report is concerned, I believe that the only | 13:53:26 |
| 15 | thing that I knew about that, if I recall things | 13:53:31 |
| 16 | correctly, is that it was in reference to some sort | 13:53:32 |
| 17 | of a report that was lodged by one of our | 13:53:35 |
| 18 | litigation-related experts. And the background in | 13:53:39 |
| 19 | my being able to know that was because during the | 13:53:44 |
| 20 | trial of last year, that had been widely reported on | 13:53:47 |
| 21 | in the newspapers. | 13:53:52 |
| 22 | BY MR. LANTIER: | 13:54:01 |
| 23 | Q   And am I understanding you correctly -- | 13:54:02 |
| 24 | I'm not trying to characterize any document -- that | 13:54:03 |
| 25 | you told Mr. Korea that you didn't recall receiving | 13:54:06 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

94

| | | |
|---|---|---|
| 1 | or reviewing any e-mails containing the Teece | 13:54:09 |
| 2 | report? | 13:54:11 |
| 3 | A    That is what I am thinking that I said. | 13:54:44 |
| 4 | Q    If you could turn back then to Exhibit 2. | 13:54:47 |
| 5 | I'd like to ask you about the very last page of that | 13:54:56 |
| 6 | document, which it's marked with the number 3 at the | 13:54:59 |
| 7 | bottom.  Just let me know when you're there. | 13:55:03 |
| 8 | A    Okay.  I'm there. | 13:55:15 |
| 9 | Q    The second bullet down from the top | 13:55:16 |
| 10 | discusses an April 5th, 2012 e-mail from | 13:55:23 |
| 11 | Thomas Pease of Quinn Emanuel. | 13:55:30 |
| 12 |       Do you see that? | 13:55:32 |
| 13 | A    Yes.  I see that. | 13:55:49 |
| 14 | Q    If you read to the third line, do you see | 13:55:49 |
| 15 | that you're identified as one of the recipients of | 13:55:52 |
| 16 | that e-mail? | 13:55:53 |
| 17 | A    Yes.  I see that. | 13:56:11 |
| 18 | Q    You're not disputing that on April 5th, | 13:56:13 |
| 19 | 2012, you received an e-mail from Thomas Pease of | 13:56:15 |
| 20 | Quinn Emanuel, attaching an incompletely redacted | 13:56:21 |
| 21 | Teece report; correct? | 13:56:22 |
| 22 |       MR. ZELLER:  Lacks foundation. | 13:56:50 |
| 23 |       THE WITNESS:  Although I don't really | 13:57:04 |
| 24 | recollect all too clearly, seeing as how my name | 13:57:05 |
| 25 | does appear amongst the recipients of this, I would | 13:57:08 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

95

| | | |
|---|---|---|
| 1 | surmise that I must have received such. | 13:57:11 |
| 2 | MR. LANTIER:  If we could mark as | 13:57:17 |
| 3 | Exhibit No. 3 a document dated September 25th, 2013. | 13:57:18 |
| 4 | It's a letter, again, from Mr. Becher of | 13:57:26 |
| 5 | Quinn Emanuel to Mr. Selwyn of WilmerHale. | 13:57:32 |
| 6 | (Exhibit 3 was marked for | 13:58:21 |
| 7 | identification by the reporter.) | 13:58:21 |
| 8 | BY MR. LANTIER: | 13:59:15 |
| 9 | Q    The first question, Mr. Kwak, is whether | 13:59:15 |
| 10 | you have seen Exhibit 3 before today. | 13:59:20 |
| 11 | A    I do not recall seeing this. | 13:59:29 |
| 12 | Q    If you turn to the second page of the | 13:59:30 |
| 13 | document, which is entitled "Attachment A," a | 13:59:32 |
| 14 | relevant e-mail sent from or to Samsung personnel. | 13:59:36 |
| 15 | Do you see there is a bullet identifying a | 13:59:52 |
| 16 | May 1st, 2012 e-mail? | 13:59:54 |
| 17 | A    Yes.  I see it. | 14:00:07 |
| 18 | Q    And the document states that a | 14:00:09 |
| 19 | Helen Hopson of Bristows, LLP, attached comments on | 14:00:10 |
| 20 | a French pleading in which the incompletely redacted | 14:00:16 |
| 21 | Teece report was embedded as a PDF. | 14:00:18 |
| 22 | Do you see that? | 14:00:23 |
| 23 | A    Yes.  I see that. | 14:00:56 |
| 24 | Q    And if you count down six lines, do you | 14:00:57 |
| 25 | see that you've been identified as a recipient of | 14:01:08 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

96

| | | |
|---|---|---|
| 1 | that March 1st, 2012 e-mail? | 14:01:12 |
| 2 | A    Yes.  I see that. | 14:01:25 |
| 3 | Q    And then -- excuse me. | 14:01:28 |
| 4 | You're not disputing that you did, in | 14:01:35 |
| 5 | fact, receive this May 1st, 2012 e-mail; correct? | 14:01:37 |
| 6 | A    Although I don't expressly recall | 14:02:06 |
| 7 | receiving this, seeing as how my name does appear | 14:02:08 |
| 8 | there, I am not about to deny that I have ever | 14:02:10 |
| 9 | received it either. | 14:02:13 |
| 10 | Q    And then finally there's a second bullet | 14:02:16 |
| 11 | toward the bottom of the page.  It identifies a | 14:02:18 |
| 12 | July 5th, 2012 e-mail from Hojin Chang of Samsung to | 14:02:21 |
| 13 | you among others. | 14:02:26 |
| 14 | Do you see that? | 14:02:28 |
| 15 | A    Yes.  I see it. | 14:02:50 |
| 16 | Q    And do you see that it says that that | 14:02:52 |
| 17 | e-mail attached a zip file containing a incompletely | 14:02:54 |
| 18 | redacted Teece report? | 14:03:00 |
| 19 | A    Yes.  I do see that. | 14:03:13 |
| 20 | Q    You're not denying that you received an | 14:03:16 |
| 21 | e-mail on July 5th from Mr. Chang that attached the | 14:03:19 |
| 22 | incompletely redacted Teece report; correct? | 14:03:22 |
| 23 | MR. ZELLER:  Lacks foundation.  Vague. | 14:03:46 |
| 24 | THE INTERPRETER:  May the interpreter rely | 14:04:00 |
| 25 | on his colleague on this and ask for a break, | 14:04:00 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

97

| | | |
|---|---|---|
| 1 | please. | 14:04:04 |
| 2 | MR. LANTIER:  Yes. | 14:04:04 |
| 3 | THE INTERPRETER:  Could we re-elicit -- or | 14:04:11 |
| 4 | do you want to do it? | 14:04:13 |
| 5 | THE WITNESS:  I don't recall exactly, but | 14:04:17 |
| 6 | given that I see my name as one of the recipients, I | 14:04:18 |
| 7 | don't dispute that I received it. | 14:04:21 |
| 8 | MR. LANTIER:  Were you asking that we go | 14:04:26 |
| 9 | off the record for a break or just a break to -- | 14:04:27 |
| 10 | THE INTERPRETER:  Just -- I don't want to | 14:04:30 |
| 11 | break your flow, but can we take a break at some | 14:04:31 |
| 12 | time? | 14:04:34 |
| 13 | MR. LANTIER:  Sure.  We can take a break. | 14:04:35 |
| 14 | THE VIDEOGRAPHER:  The time now is 2:04, | 14:04:37 |
| 15 | and we're off the record. | 14:04:39 |
| 16 | (Recess.) | 14:13:32 |
| 17 | THE VIDEOGRAPHER:  We're back on the | 14:13:44 |
| 18 | record.  The time now is 2:13.  Counsel. | 14:13:44 |
| 19 | MR. LANTIER:  I'd ask the court reporter | 14:13:50 |
| 20 | to mark as Exhibit 4 a document with a Bates number | 14:13:51 |
| 21 | SAMNDCAZ0002024 to 2025. | 14:13:54 |
| 22 | (Exhibit 4 was marked for | 14:14:15 |
| 23 | identification by the reporter.) | 14:14:15 |
| 24 | BY MR. LANTIER: | 14:14:34 |
| 25 | Q    Exhibit 4 is a one-page e-mail that | 14:14:35 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

98

| | | |
|---|---|---|
| 1 | appears to have been sent by Hojin Chang on July 5th | 14:14:37 |
| 2 | of 2012. | 14:14:43 |
| 3 | Do you see that? | 14:14:45 |
| 4 | A    Yes.  I see it. | 14:14:58 |
| 5 | Q    And my question is:  If you compare that | 14:15:01 |
| 6 | to the second bullet in Exhibit 3, is the list of | 14:15:02 |
| 7 | recipients the same as between the two -- the e-mail | 14:15:07 |
| 8 | and the description? | 14:15:11 |
| 9 | A    As I look at this, the one that you've | 14:15:54 |
| 10 | just shown me compared to the one over here, I think | 14:15:56 |
| 11 | it is quite possible that they may be one in the | 14:15:59 |
| 12 | same, perhaps. | 14:16:02 |
| 13 | Q    Maybe it would be easier to do it this | 14:16:07 |
| 14 | way:  If you could just look at the cc line on | 14:16:08 |
| 15 | Exhibit 4. | 14:16:13 |
| 16 | A    Yes. | 14:16:23 |
| 17 | Q    Are you identified as one of the | 14:16:24 |
| 18 | recipients of this e-mail? | 14:16:25 |
| 19 | A    Yes. | 14:16:34 |
| 20 | Q    Is Caleb Lee identified as a recipient of | 14:16:35 |
| 21 | this e-mail? | 14:16:38 |
| 22 | A    Yes. | 14:16:46 |
| 23 | Q    Who is Caleb Lee? | 14:16:48 |
| 24 | A    That is in reference to the second person | 14:16:57 |
| 25 | listed over here, whose name is in Korean. | 14:17:00 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

99

| | | |
|---|---|---|
| 1 | Q    Yes.  And I apologize for a clumsy | 14:17:05 |
| 2 | question. | 14:17:07 |
| 3 | My question was supposed to be:  What is | 14:17:09 |
| 4 | Caleb Lee's job title? | 14:17:12 |
| 5 | A    Mr. Kye-Sung Lee is -- title is that of | 14:17:34 |
| 6 | VP. | 14:17:39 |
| 7 | Q    VP of what? | 14:17:42 |
| 8 | A    Said gentleman is charged with handling | 14:17:48 |
| 9 | overseas legal affairs, excluding, that is sans, IP. | 14:18:09 |
| 10 | Q    And when you use the term "overseas," is | 14:18:22 |
| 11 | that responsibility for outside of Korea? | 14:18:25 |
| 12 | A    Yes.  That is right. | 14:18:40 |
| 13 | Q    Is Sanghoon Park identified as -- in the | 14:18:41 |
| 14 | recipient line in Exhibit 4? | 14:18:43 |
| 15 | A    Yes.  That's right. | 14:18:52 |
| 16 | Q    And what's Sanghoon Park's job title? | 14:18:54 |
| 17 | A    He's a lawyer. | 14:19:03 |
| 18 | Q    He's a lawyer who works at Samsung; is | 14:19:14 |
| 19 | that right? | 14:19:16 |
| 20 | A    Yes.  That's right. | 14:19:20 |
| 21 | Q    What are his areas of responsibility? | 14:19:21 |
| 22 | A    Overseas legal affairs, exclusive of IP. | 14:19:31 |
| 23 | Q    And Joong Ho Park and Yeon-Wook Son are | 14:19:39 |
| 24 | each identified as recipients of Exhibit 4? | 14:19:42 |
| 25 | A    Yes.  That's right. | 14:19:57 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

100

| | | |
|---|---|---|
| 1 | Q    Did you tell us earlier that they were in | 14:19:58 |
| 2 | your group? | 14:19:59 |
| 3 | A    No.  I never said that. | 14:20:11 |
| 4 | Q    Okay.  What is Joong Ho Park's job title? | 14:20:12 |
| 5 | A    He's a lawyer. | 14:20:17 |
| 6 | Q    And Yeon-Wook Son, what is his job title? | 14:20:21 |
| 7 | A    He's a lawyer. | 14:20:29 |
| 8 | Q    And what is the area of responsibility | 14:20:45 |
| 9 | that Joong Ho Park has? | 14:20:46 |
| 10 | A    Overseas legal, not including IP. | 14:20:52 |
| 11 | Q    Is the same true of Yeon-Wook Son? | 14:20:56 |
| 12 | A    That is right. | 14:21:04 |
| 13 | Q    Do you see that Thomas Pease is identified | 14:21:12 |
| 14 | as a recipient of this July 5th, 2012 e-mail? | 14:21:13 |
| 15 | A    Yes, I do. | 14:21:30 |
| 16 | Q    And do you recall when we were discussing | 14:21:33 |
| 17 | Exhibit 3 -- sorry -- Exhibit 2, he was the sender | 14:21:36 |
| 18 | of an April 5th, 2012 e-mail that went to you? | 14:21:43 |
| 19 | A    When it comes to that one, I don't recall | 14:22:20 |
| 20 | seeing that. | 14:22:21 |
| 21 | Q    Okay.  If you could turn back to | 14:22:23 |
| 22 | Exhibit 2. | 14:22:24 |
| 23 | And just focusing on the last page and | 14:22:32 |
| 24 | second bullet. | 14:22:34 |
| 25 | A    All right. | 14:22:54 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

101

| | | |
|---|---|---|
| 1 | Q    Do you see that Mr. Pease sent you that | 14:22:55 |
| 2 | e-mail? | 14:23:00 |
| 3 | A    Yes.  I see it. | 14:23:03 |
| 4 | Q    Is Mr. Pease one of the Quinn Emanuel | 14:23:05 |
| 5 | attorneys you've worked with on the Apple licensing | 14:23:08 |
| 6 | negotiation strategy? | 14:23:12 |
| 7 | MR. ZELLER:  You can answer that yes or | 14:23:31 |
| 8 | no. | 14:23:32 |
| 9 | THE WITNESS:  No. | 14:23:33 |
| 10 | BY MR. LANTIER: | 14:23:40 |
| 11 | Q    Which Quinn Emanuel attorneys have you | 14:23:40 |
| 12 | worked with on matters relating to licensing | 14:23:42 |
| 13 | strategy for Apple? | 14:23:44 |
| 14 | MR. ZELLER:  Mischaracterizes the witness' | 14:24:01 |
| 15 | testimony. | 14:24:03 |
| 16 | THE WITNESS:  Well, the Quinn attorneys | 14:24:22 |
| 17 | whom I am able to recall in that regard would be | 14:24:26 |
| 18 | John "Kim" and Kevin Johnson. | 14:24:28 |
| 19 | BY MR. LANTIER: | 14:24:37 |
| 20 | Q    Was that John Kim? | 14:24:37 |
| 21 | A    John Ken.  Quinn. | 14:24:40 |
| 22 | Q    John Quinn? | 14:24:43 |
| 23 | A    John Quinn. | 14:24:44 |
| 24 | Q    With John Quinn; correct? | 14:24:45 |
| 25 | A    (No audible response.) | 14:25:05 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

102

| | | |
|---|---|---|
| 1 | Q    I understand that your testimony is you | 14:25:05 |
| 2 | don't recall receiving this particular e-mail from | 14:25:07 |
| 3 | Mr. Pease.  But do you know why Mr. Pease would have | 14:25:10 |
| 4 | been sending e-mails to you in April of 2012? | 14:25:29 |
| 5 | MR. ZELLER:  Calls for speculation. | 14:25:47 |
| 6 | THE WITNESS:  As for the reason concerning | 14:26:05 |
| 7 | that, I would not exactly be able to know as to why. | 14:26:07 |
| 8 | BY MR. LANTIER: | 14:26:14 |
| 9 | Q    Do you recall receiving any e-mails from | 14:26:14 |
| 10 | Thomas Pease? | 14:26:16 |
| 11 | A    Well, with respect to a few of the | 14:26:44 |
| 12 | things -- well, actually this person, Thomas Pease, | 14:26:46 |
| 13 | I am aware of the name because of the fact that the | 14:26:50 |
| 14 | person continues to send things my way. | 14:26:54 |
| 15 | Q    And I'm sorry to stop this, but I've | 14:27:00 |
| 16 | noticed on the LiveNote we need to clear up a | 14:27:02 |
| 17 | potential issue. | 14:27:06 |
| 18 | Before when you were answering the | 14:27:09 |
| 19 | question of which Quinn Emanuel attorneys you had | 14:27:10 |
| 20 | worked with on licensing strategies with respect to | 14:27:16 |
| 21 | Apple, the two Quinn Emanuel attorneys you were able | 14:27:19 |
| 22 | to identify were Kevin Johnson and John Quinn; | 14:27:23 |
| 23 | correct? | 14:27:29 |
| 24 | A    That is correct. | 14:27:56 |
| 25 | MR. LANTIER:  If I could ask the court | 14:28:03 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

103

| | | |
|---|---|---|
| 1 | reporter to mark as Exhibit 5 a letter dated | 14:28:05 |
| 2 | August 1st, 2013 from Mr. Becher to Mr. Selwyn, with | 14:28:10 |
| 3 | the re: line certain electronic devices, including | 14:28:19 |
| 4 | wireless communication devices, portable music, and | 14:28:21 |
| 5 | data processing devices and tablet computers, | 14:28:25 |
| 6 | investigation number 337TA794. | 14:28:28 |
| 7 | (Exhibit 5 was marked for | 14:28:59 |
| 8 | identification by the reporter.) | 14:28:59 |
| 9 | MR. ZELLER:  Is this our redaction or | 14:29:00 |
| 10 | Apple's? | 14:29:01 |
| 11 | MR. GOSMA:  It's our redaction. | 14:29:03 |
| 12 | MR. ZELLER:  Nokia's -- I'm sorry.  I got | 14:29:05 |
| 13 | confused.  Too many people here. | 14:29:07 |
| 14 | MR. LANTIER:  Yes.  The redaction on the | 14:29:10 |
| 15 | front page of Exhibit 5 is a redaction we've made to | 14:29:12 |
| 16 | the letter in order to avoid a situation in which | 14:29:18 |
| 17 | the witness is being shown the confidential | 14:29:21 |
| 18 | information at issue. | 14:29:25 |
| 19 | MR. ZELLER:  Sure.  Fair enough.  Thank | 14:29:27 |
| 20 | you for clarifying that. | 14:29:28 |
| 21 | BY MR. LANTIER: | 14:29:40 |
| 22 | Q    Mr. Kwak, I won't ask you to read the | 14:29:40 |
| 23 | attachment in detail, but my first question is:  In | 14:29:42 |
| 24 | redacted or other form, have you ever seen Exhibit 5 | 14:29:47 |
| 25 | before today? | 14:29:50 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

104

| | | |
|---|---|---|
| 1 | A    Did you say 5?  I'm just asking the | 14:30:14 |
| 2 | interpreter. | 14:30:18 |
| 3 | THE INTERPRETER:  Yes by the interpreter | 14:30:25 |
| 4 | and apparently also by counsel. | 14:30:26 |
| 5 | MR. LANTIER:  Yes.  Exhibit 5 is what | 14:30:27 |
| 6 | we're focused on. | 14:30:30 |
| 7 | THE WITNESS:  Although I cannot recall | 14:32:06 |
| 8 | anything in terms of the contents -- and for that | 14:32:07 |
| 9 | matter, nor do I know if the referenced date is | 14:32:11 |
| 10 | correct or not.  I would believe that I -- I | 14:32:15 |
| 11 | actually recall that I probably did receive such an | 14:32:19 |
| 12 | e-mail. | 14:32:26 |
| 13 | BY MR. LANTIER: | 14:32:28 |
| 14 | Q    My question was:  With respect to the | 14:32:31 |
| 15 | letter that is Exhibit 5, have you seen this letter | 14:32:35 |
| 16 | prior to today? | 14:32:38 |
| 17 | MR. ZELLER:  Vague. | 14:32:44 |
| 18 | THE WITNESS:  I have no recollection of | 14:32:50 |
| 19 | having seen this letter. | 14:32:51 |
| 20 | BY MR. LANTIER: | 14:32:57 |
| 21 | Q    Based on your reading of the letter, do | 14:32:57 |
| 22 | you understand that it refers to some e-mails that | 14:32:58 |
| 23 | contained a draft outline prepared by lawyers | 14:33:04 |
| 24 | regarding a Samsung-Apple litigation? | 14:33:13 |
| 25 | A    That would be my understanding as I look | 14:33:47 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

105

| | | |
|---|---|---|
| 1 | at this letter. | 14:33:48 |
| 2 | Q    Am I correct -- strike that. | 14:33:53 |
| 3 | You do recall receiving an e-mail with the | 14:33:57 |
| 4 | outline attached to it; correct? | 14:34:00 |
| 5 | A    Again, without being able to say that I | 14:34:29 |
| 6 | recall anything in terms of either the contents or | 14:34:32 |
| 7 | the date, I do have some recollection that I have | 14:34:34 |
| 8 | received some sort of a similar type of e-mail to | 14:34:36 |
| 9 | this. | 14:34:39 |
| 10 | (Interpreters confer.) | 14:34:39 |
| 11 | THE WITNESS:  Again, without being able to | 14:34:56 |
| 12 | say that I have an exact recollection about anything | 14:34:58 |
| 13 | about the contents or the date, I do have some | 14:35:00 |
| 14 | recollection that I have received some sort of a | 14:35:03 |
| 15 | similar type of e-mail to this. | 14:35:05 |
| 16 | BY MR. LANTIER: | 14:35:10 |
| 17 | Q    Do you recall receiving multiple e-mails | 14:35:10 |
| 18 | with this outline attached? | 14:35:11 |
| 19 | MR. ZELLER:  Mischaracterizes the witness' | 14:35:28 |
| 20 | testimony. | 14:35:29 |
| 21 | THE WITNESS:  Well, I don't happen to | 14:35:54 |
| 22 | recollect all types of e-mails in terms of either | 14:35:57 |
| 23 | the date or what have you. | 14:35:59 |
| 24 | What I do recall is my receiving something | 14:36:12 |
| 25 | that referenced, quote, unquote, public interest. | 14:36:14 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

106

| | | |
|---|---|---|
| 1 | That's sort of a mail I do recall receiving. | 14:36:17 |
| 2 | And the reason why I'm able to recall that | 14:36:41 |
| 3 | is because of the fact that the matter concerning | 14:36:43 |
| 4 | our standards essential patents, you know, and the | 14:36:47 |
| 5 | related potential injunction and what have you, why | 14:36:52 |
| 6 | those things were widely discussed in the papers and | 14:36:55 |
| 7 | elsewhere in terms of the ITC investigation. | 14:36:58 |
| 8 | And as such, I am able to recall the fact | 14:37:09 |
| 9 | that there was a public interest issue that existed. | 14:37:12 |
| 10 | BY MR. LANTIER: | 14:37:22 |
| 11 | Q    What's your understanding as to why you | 14:37:23 |
| 12 | would be sent an outline for a submission in the | 14:37:26 |
| 13 | ITC? | 14:37:30 |
| 14 | MR. ZELLER:  I'm instructing the witness | 14:37:48 |
| 15 | not to reveal in his answer the substance of | 14:37:50 |
| 16 | attorney-client communications that were engaged in | 14:37:53 |
| 17 | for the purpose of legal advice or work product. | 14:37:56 |
| 18 | THE WITNESS:  While I'm really unable to | 14:38:33 |
| 19 | know about these matters in that regard, off times I | 14:38:34 |
| 20 | get sent a bunch of e-mail concerning litigation | 14:38:41 |
| 21 | irrespective of my own desire on that. | 14:38:44 |
| 22 | (Interpreters confer.) | 14:38:58 |
| 23 | THE WITNESS:  I don't exactly know why, | 14:39:03 |
| 24 | but at times I get a bunch of e-mails concerning | 14:39:04 |
| 25 | litigation. | 14:39:10 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

107

| | | |
|---|---|---|
| 1 | THE INTERPRETER:  Irrespective of my -- | 14:39:16 |
| 2 | THE WITNESS:  Irrespective of my own | 14:39:19 |
| 3 | desire about that. | 14:39:21 |
| 4 | BY MR. LANTIER: | 14:39:29 |
| 5 | Q    Do you ever read those e-mails? | 14:39:29 |
| 6 | MR. ZELLER:  Asked and answered. | 14:39:44 |
| 7 | THE WITNESS:  Sometimes yes, sometimes no, | 14:39:45 |
| 8 | depending on the circumstances. | 14:39:46 |
| 9 | BY MR. LANTIER: | 14:39:49 |
| 10 | Q    Do you ever open the attachments to these | 14:39:50 |
| 11 | e-mails? | 14:39:51 |
| 12 | A    To my recollection, I think it's almost | 14:40:05 |
| 13 | never that I actually open up any of the | 14:40:08 |
| 14 | attachments.  But that said, then again, I'm not | 14:40:11 |
| 15 | sure if I can quite say that I never open up any of | 14:40:23 |
| 16 | the attachments. | 14:40:26 |
| 17 | Q    If you could turn back to Exhibit 1 again. | 14:40:28 |
| 18 | And I'll ask you to turn back to the very first page | 14:40:38 |
| 19 | of the exhibit, which is titled, "Summary of | 14:40:40 |
| 20 | Interviews with Recipients of Inadvertent Disclosure | 14:40:48 |
| 21 | E-mails, attaching ITC Public Interest Brief." | 14:40:56 |
| 22 | A    Yes. | 14:41:16 |
| 23 | Q    If you would turn to page 2 of Exhibit 1. | 14:41:17 |
| 24 | Approximately halfway down the chart, do you see the | 14:41:22 |
| 25 | name James Kwak? | 14:41:27 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

108

| | | |
|---|---|---|
| 1 | A    Yes, I do. | 14:41:35 |
| 2 | Q    And it says that you recall receiving or | 14:41:37 |
| 3 | reviewing the e-mails. | 14:41:41 |
| 4 | Do you see that? | 14:41:43 |
| 5 | A    Yes, I do see that. | 14:42:00 |
| 6 | Q    Do you recall reviewing these e-mails? | 14:42:04 |
| 7 | A    I do not have any recollection that I | 14:42:25 |
| 8 | reviewed those e-mails, but -- | 14:42:28 |
| 9 | Q    Were you finished with your answer? | 14:42:38 |
| 10 | A    But I do recall seeing them. | 14:42:46 |
| 11 | Q    And if you look in the next column, do you | 14:42:51 |
| 12 | see the heading of the column says, "Recalls | 14:42:54 |
| 13 | reviewing the attached Samsung public interests | 14:42:56 |
| 14 | outline/brief"? | 14:42:59 |
| 15 | A    Yes.  I see it. | 14:43:15 |
| 16 | Q    And the answer next to your name is "no." | 14:43:18 |
| 17 | Do you see that? | 14:43:24 |
| 18 | A    I do see it. | 14:43:25 |
| 19 | Q    Is your testimony that you didn't review | 14:43:31 |
| 20 | the outline/brief, or that you just can't recall | 14:43:33 |
| 21 | whether you did or you didn't? | 14:43:39 |
| 22 | A    I have no recollection that I reviewed | 14:44:01 |
| 23 | this. | 14:44:02 |
| 24 | Q    Do you have a recollection that you did | 14:44:08 |
| 25 | not review it? | 14:44:09 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

109

| | | |
|---|---|---|
| 1 | A     That is right.  Insofar as my recollection | 14:44:18 |
| 2 | goes, I did not review that. | 14:44:21 |
| 3 | Q     Are you sure you didn't review the outline | 14:44:32 |
| 4 | attached to the e-mail you remember receiving? | 14:44:33 |
| 5 | A     As far as my recollection goes, I did not | 14:44:58 |
| 6 | see that. | 14:45:01 |
| 7 | Q     We've discussed some e-mail communications | 14:45:15 |
| 8 | that are described in the letters from Mr. Becher to | 14:45:21 |
| 9 | Mr. Selwyn. | 14:45:25 |
| 10 | I'd like to ask you about any other | 14:45:28 |
| 11 | communications you've had regarding the financial | 14:45:30 |
| 12 | terms of Apple's licenses. | 14:45:32 |
| 13 | Excluding the e-mails we've already | 14:46:13 |
| 14 | discussed, have you had communications with anyone | 14:46:15 |
| 15 | else about the financial terms of Apple's license | 14:46:21 |
| 16 | with Nokia? | 14:46:22 |
| 17 | A     No.  Not to my recollection. | 14:46:48 |
| 18 | Q     And, again, excluding the e-mails we've | 14:46:52 |
| 19 | already discussed, have you had any communications | 14:46:55 |
| 20 | with anyone else about the financial term of Apple's | 14:46:55 |
| 21 | license with Philips? | 14:47:00 |
| 22 | A     Insofar as my recollection goes, no, there | 14:47:21 |
| 23 | never has been any such. | 14:47:24 |
| 24 | Q     Excluding the e-mails we've discussed, | 14:47:28 |
| 25 | have you had any communications regarding the | 14:47:29 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

110

| | | |
|---|---|---|
| 1 | financial terms of Apple's license with Sharp? | 14:47:32 |
| 2 | A    I don't have any recollection to that | 14:47:54 |
| 3 | effect. | 14:47:55 |
| 4 | Q    And excluding the e-mails we've already | 14:47:55 |
| 5 | discussed, have you had any communications regarding | 14:47:56 |
| 6 | the financial terms of Apple's license with | 14:48:07 |
| 7 | Ericsson? | 14:48:09 |
| 8 | MR. ZELLER:  I think this may invade some | 14:48:23 |
| 9 | mediation privilege the way this is described. | 14:48:25 |
| 10 | I will instruct the witness to exclude | 14:48:28 |
| 11 | from his answer information that he derived solely | 14:48:32 |
| 12 | from any mediation, as well as information derived | 14:48:38 |
| 13 | solely from communications with counsel. | 14:48:43 |
| 14 | THE WITNESS:  My answer is:  Insofar as my | 14:49:12 |
| 15 | recollection goes, no. | 14:49:13 |
| 16 | BY MR. LANTIER: | 14:49:16 |
| 17 | Q    Were you excluding from your answer any | 14:49:21 |
| 18 | information based on the instruction Mr. Zeller gave | 14:49:22 |
| 19 | you? | 14:49:25 |
| 20 | MR. ZELLER:  You could answer that yes or | 14:49:37 |
| 21 | no. | 14:49:39 |
| 22 | THE WITNESS:  Yes. | 14:49:40 |
| 23 | BY MR. LANTIER: | 14:49:58 |
| 24 | Q    Were you excluding from your answer | 14:49:59 |
| 25 | information that you derived from the mediation? | 14:50:00 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

111

| | | |
|---|---|---|
| 1 | MR. ZELLER:  You can answer that yes or | 14:50:15 |
| 2 | no. | 14:50:16 |
| 3 | THE WITNESS:  Yes. | 14:50:17 |
| 4 | BY MR. LANTIER: | 14:50:18 |
| 5 | Q    What mediation is that? | 14:50:18 |
| 6 | MR. ZELLER:  I'm going to instruct the | 14:50:23 |
| 7 | witness not to answer at this point.  You did not | 14:50:23 |
| 8 | invite Ericsson to this.  There are NDA's that cover | 14:50:26 |
| 9 | that as well, mediation privileges and the like. | 14:50:29 |
| 10 | You had every opportunity to involve Ericsson.  We | 14:50:31 |
| 11 | have notified them of the claims that Apple and | 14:50:34 |
| 12 | Nokia have made, and I'm just not -- we have to have | 14:50:36 |
| 13 | Ericsson here at a bare minimum to protect whatever | 14:50:42 |
| 14 | interest it has in that mediation. | 14:50:45 |
| 15 | BY MR. LANTIER: | 14:51:24 |
| 16 | Q    When you answered my question previously, | 14:51:24 |
| 17 | were you excluding any information based on | 14:51:31 |
| 18 | information you acquired from counsel? | 14:51:35 |
| 19 | MR. ZELLER:  And now you can answer yes or | 14:51:58 |
| 20 | no. | 14:52:00 |
| 21 | THE WITNESS:  Yes. | 14:52:01 |
| 22 | BY MR. LANTIER: | 14:52:02 |
| 23 | Q    What lawyer or lawyers provided you the | 14:52:10 |
| 24 | information you excluded from your answer? | 14:52:13 |
| 25 | MR. ZELLER:  He's just asking the names of | 14:52:26 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

112

| | | |
|---|---|---|
| 1 | the attorneys or the firms you had communications | 14:52:27 |
| 2 | with. | 14:52:30 |
| 3 | I'm instructing you not to reveal the | 14:52:30 |
| 4 | substance of those communications. | 14:52:32 |
| 5 | THE WITNESS:  When you say "those | 14:52:54 |
| 6 | communications," what specifically would that be in | 14:52:55 |
| 7 | reference to?  I'm directing it to the other | 14:52:57 |
| 8 | gentleman. | 14:52:59 |
| 9 | CHECK INTERPRETER:  Substance. | 14:53:04 |
| 10 | THE WITNESS:  What I'm getting at is I | 14:53:17 |
| 11 | believe you asked me as to which attorney or | 14:53:18 |
| 12 | attorneys I spoke with.  Like under what | 14:53:23 |
| 13 | circumstances do you mean to ask that? | 14:53:25 |
| 14 | BY MR. LANTIER: | 14:53:55 |
| 15 | Q    My original question was:  Excluding the | 14:53:56 |
| 16 | e-mails that we've discussed today, have you had any | 14:54:00 |
| 17 | communications regarding the financial terms of | 14:54:06 |
| 18 | Apple's license with Ericsson. | 14:54:09 |
| 19 | Do you recall that? | 14:54:35 |
| 20 | A    Yes. | 14:54:36 |
| 21 | Q    And your attorney instructed you not to | 14:54:37 |
| 22 | reveal in your answer any communications you had in | 14:54:40 |
| 23 | connection with the mediation or that would be | 14:54:47 |
| 24 | covered by the attorney-client privilege. | 14:54:54 |
| 25 | Do you recall that? | 14:55:20 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

113

| | | |
|---|---|---|
| 1 | A    Yes. | 14:55:22 |
| 2 | Q    And you answered my question "no." | 14:55:25 |
| 3 | A    Right. | 14:55:29 |
| 4 | Q    So now I'm trying to determine with which | 14:55:32 |
| 5 | attorneys you had communications that you are | 14:55:36 |
| 6 | excluding from -- that you excluded from your answer | 14:55:38 |
| 7 | when you said "no." | 14:55:43 |
| 8 | A    And is it permissible for me to ask you a | 14:56:08 |
| 9 | question? | 14:56:11 |
| 10 | MR. ZELLER:  Let's do this:  There's a | 14:56:24 |
| 11 | pending question.  So you can either answer the | 14:56:29 |
| 12 | question or not.  Or if you need clarification, you | 14:56:30 |
| 13 | can speak up.  But there's a pending question, so, | 14:56:34 |
| 14 | you know, why don't you do what you can to answer. | 14:56:39 |
| 15 | I've been instructing you, however, that | 14:56:41 |
| 16 | if you would answer the question about what lawyers | 14:56:44 |
| 17 | you're talking about, you do not reveal the | 14:56:46 |
| 18 | substance. | 14:56:50 |
| 19 | He's just asking for names and law firms | 14:56:50 |
| 20 | at this moment, that's it. | 14:56:53 |
| 21 | THE WITNESS:  It's not something I got to | 14:57:27 |
| 22 | hear from an attorney. | 14:57:28 |
| 23 | MR. LANTIER:  Okay. | 14:57:32 |
| 24 | BY MR. LANTIER: | 14:57:32 |
| 25 | Q    From whom did you hear it? | 14:57:32 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

114

| | | |
|---|---|---|
| 1 | MR. ZELLER:  I'm sorry.  Hold on.  I think | 14:57:35 |
| 2 | there's some confusion here. | 14:57:37 |
| 3 | To the extent that this is something that | 14:57:38 |
| 4 | he's now back to the mediation, which I think maybe | 14:57:40 |
| 5 | is where we are, I'm instructing you not to reveal | 14:57:43 |
| 6 | information that you learned as a consequence of | 14:57:48 |
| 7 | mediations. | 14:57:52 |
| 8 | THE WITNESS:  I am unable to answer. | 14:58:16 |
| 9 | BY MR. LANTIER: | 14:58:24 |
| 10 | Q    In connection with that mediation, were | 14:58:25 |
| 11 | you working with any outside law firm? | 14:58:27 |
| 12 | A    Yes.  That's right. | 14:58:39 |
| 13 | Q    What firm is that? | 14:58:39 |
| 14 | A    Kirkland. | 14:58:43 |
| 15 | Q    Any other firms? | 14:58:45 |
| 16 | A    No.  Not to my recollection, that is. | 14:58:51 |
| 17 | MR. LANTIER:  And my understanding, | 14:58:58 |
| 18 | Counsel, is that the witness is instructed not to | 14:58:59 |
| 19 | reveal what he knows based on any mediation; is that | 14:59:03 |
| 20 | correct? | 14:59:10 |
| 21 | MR. ZELLER:  Well, particularly since | 14:59:10 |
| 22 | Ericsson is not here, the Ericsson mediation that | 14:59:12 |
| 23 | I'm referring to. | 14:59:15 |
| 24 | So as long as Ericsson isn't here to | 14:59:16 |
| 25 | protect its interests, I just don't see how I can | 14:59:18 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

115

| | | |
|---|---|---|
| 1 | allow him to answer questions about that. | 14:59:21 |
| 2 | I mean, we can obviously, you know, talk | 14:59:25 |
| 3 | to Ericsson and see what they want to do and the | 14:59:25 |
| 4 | like.  But, as I say, we all notified them, you | 14:59:28 |
| 5 | know, of these issues. | 14:59:31 |
| 6 | And -- you know, but they have not taken a | 14:59:35 |
| 7 | position as far as I know on this, and that's why | 14:59:37 |
| 8 | I'm reluctant to go into that. | 14:59:41 |
| 9 | MR. LANTIER:  Okay. | 14:59:53 |
| 10 | And I don't want to have a prolonged | 14:59:54 |
| 11 | argument on the record.  But, as you expect, we | 14:59:55 |
| 12 | believe we would be entitled to information about | 14:59:57 |
| 13 | the financial terms -- how the witness knows, if he | 15:00:03 |
| 14 | does, the financial terms of the Apple-Ericsson | 15:00:06 |
| 15 | license. | 15:00:08 |
| 16 | MR. ZELLER:  He didn't say that.  That's | 15:00:10 |
| 17 | not the question you asked.  Whether he knew the | 15:00:11 |
| 18 | financial terms of the Apple-Ericsson license, he | 15:00:16 |
| 19 | never said that. | 15:00:19 |
| 20 | MR. LANTIER:  Precisely.  My question was | 15:00:20 |
| 21 | trying to lay the foundation as to whether he had | 15:00:21 |
| 22 | had communications about it. | 15:00:22 |
| 23 | MR. ZELLER:  Well, you said if he had any | 15:00:25 |
| 24 | discussions.  He didn't say he knew. | 15:00:27 |
| 25 | And, in any event -- I mean, the fact is, | 15:00:28 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

116

| | | |
|---|---|---|
| 1 | is that that was the question you asked. | 15:00:30 |
| 2 | But that's not really so much the issue | 15:00:35 |
| 3 | right now.  The issue is you're asking about a | 15:00:37 |
| 4 | mediation in which you and Nokia were not parties. | 15:00:38 |
| 5 | It's covered by NDAs as well as mediator agreements | 15:00:45 |
| 6 | and the like that Ericsson has an interest in, and I | 15:00:49 |
| 7 | assume that they are going to say -- they're going | 15:00:53 |
| 8 | to have a position on this.  I don't know what that | 15:00:55 |
| 9 | position is, but I just can't allow the witness to | 15:00:57 |
| 10 | talk about the contents of the mediation under these | 15:01:02 |
| 11 | circumstances when Ericsson's not here. | 15:01:05 |
| 12 | MR. LANTIER:  Okay.  Our position is we | 15:01:07 |
| 13 | disagree. | 15:01:09 |
| 14 | MR. ZELLER:  Understood. | 15:01:10 |
| 15 | BY MR. LANTIER: | 15:01:15 |
| 16 | Q    Do you know the financial terms of the | 15:01:16 |
| 17 | Apple-Ericsson license? | 15:01:17 |
| 18 | MR. ZELLER:  Again, I'm instructing the | 15:01:24 |
| 19 | witness to exclude from his answer -- no.  On this, | 15:01:25 |
| 20 | I just have to instruct.  Go ahead.  Next question, | 15:01:30 |
| 21 | please. | 15:01:33 |
| 22 | And, again, if you want to bring Ericsson | 15:01:37 |
| 23 | into this, you've had every opportunity to invite | 15:01:39 |
| 24 | them. | 15:01:41 |
| 25 | You're instructed. | 15:01:52 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

117

| | | |
|---|---|---|
| 1 | BY MR. LANTIER: | 15:01:56 |
| 2 | Q    I was just asking a yes-or-no question. | 15:01:56 |
| 3 | Do you know the financial terms of the | 15:01:57 |
| 4 | Apple-Ericsson license? | 15:02:00 |
| 5 | MR. ZELLER:  He's instructed on it.  I'm | 15:02:02 |
| 6 | instructing on matters pertaining to the mediation | 15:02:04 |
| 7 | when Ericsson is not here. | 15:02:14 |
| 8 | MR. LANTIER:  And I'm not fighting you on | 15:02:26 |
| 9 | your right to instruct him. | 15:02:27 |
| 10 | Is the instruction based on | 15:02:29 |
| 11 | attorney-client privilege, or is it based on | 15:02:31 |
| 12 | something else? | 15:02:32 |
| 13 | MR. ZELLER:  Okay.  Counsel, I've already | 15:02:33 |
| 14 | said it's based upon mediation privilege and the | 15:02:34 |
| 15 | fact that this is Ericsson's interest as well and | 15:02:39 |
| 16 | attorney-client communications -- attorney-client | 15:02:42 |
| 17 | privilege, rather. | 15:02:45 |
| 18 | MR. LANTIER:  We disagree, but I will move | 15:02:53 |
| 19 | on. | 15:02:54 |
| 20 | BY MR. LANTIER: | 15:02:55 |
| 21 | Q    Do you know the financial terms of the | 15:02:56 |
| 22 | Apple-Nokia license? | 15:02:57 |
| 23 | A    No. | 15:03:08 |
| 24 | Q    Do you know the financial terms of the | 15:03:10 |
| 25 | Apple-Philips license? | 15:03:13 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

118

| | | |
|---|---|---|
| 1 | A    No. | 15:03:25 |
| 2 | Q    And do you know the financial terms of | 15:03:25 |
| 3 | Apple's license with Sharp? | 15:03:27 |
| 4 | A    No. | 15:03:33 |
| 5 | MR. ZELLER:  I think that was asked and | 15:03:34 |
| 6 | answered. | 15:03:35 |
| 7 | MR. LANTIER:  I'd like to switch topics | 15:03:51 |
| 8 | slightly. | 15:03:52 |
| 9 | BY MR. LANTIER: | 15:03:54 |
| 10 | Q    You were an attendee at a June 4th, 2013 | 15:03:54 |
| 11 | meeting between representatives of Samsung and | 15:04:01 |
| 12 | Nokia; correct? | 15:04:12 |
| 13 | A    That is correct. | 15:04:20 |
| 14 | Q    And who else attended that meeting? | 15:04:21 |
| 15 | A    EVP Seung Ho Ahn.  Principal engineer In | 15:04:30 |
| 16 | Dong Kang and Paul Melin.  And Eeva. | 15:04:35 |
| 17 | Q    And Paul Melin and Eeva are Nokia | 15:04:43 |
| 18 | employees; is that correct? | 15:04:49 |
| 19 | A    Correct. | 15:05:07 |
| 20 | Q    What did you and Mr. Ahn do to prepare for | 15:05:13 |
| 21 | the June 4th, 2013 meeting with Nokia?  That we | 15:05:15 |
| 22 | haven't talked about. | 15:05:33 |
| 23 | MR. ZELLER:  And I'm instructing you not | 15:05:34 |
| 24 | to reveal in your answer the substance of | 15:05:36 |
| 25 | attorney-client communications in connection with | 15:05:39 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

119

| | | |
|---|---|---|
| 1 | the -- in connection with legal advice or work | 15:05:42 |
| 2 | product. | 15:05:46 |
| 3 | THE WITNESS:  Prior to the meeting we set | 15:06:17 |
| 4 | up the schedule and prepared our offer anew. | 15:06:18 |
| 5 | BY MR. LANTIER: | 15:06:31 |
| 6 | Q    How did you go about preparing Samsung's | 15:06:31 |
| 7 | offer? | 15:06:33 |
| 8 | MR. ZELLER:  And I'm instructing you in | 15:06:43 |
| 9 | your answer not to reveal the substance of | 15:06:44 |
| 10 | attorney-client communications in connection with | 15:06:46 |
| 11 | legal advice or work product. | 15:06:47 |
| 12 | MR. LANTIER:  And, as previously | 15:07:03 |
| 13 | discussed, we have an ongoing objection to this | 15:07:04 |
| 14 | instruction. | 15:07:07 |
| 15 | MR. ZELLER:  So you're seeking privileged | 15:07:10 |
| 16 | advice, is that your position, substance of | 15:07:11 |
| 17 | attorney-client communications?  You know that | 15:07:14 |
| 18 | that's unethical; right?  I mean, you do know that. | 15:07:16 |
| 19 | MR. LANTIER:  I'm asking questions, and | 15:07:19 |
| 20 | I'm hoping to get answers. | 15:07:20 |
| 21 | MR. ZELLER:  Well, Counsel, so you're | 15:07:21 |
| 22 | telling me you're deliberately seeking to elicit | 15:07:23 |
| 23 | attorney-client communications and work product?  Is | 15:07:25 |
| 24 | that true? | 15:07:26 |
| 25 | It's a very simple question.  Are you | 15:07:27 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

120

| | | |
|---|---|---|
| 1 | seeking it or not? | 15:07:29 |
| 2 | MR. LANTIER:  I'm taking the deposition. | 15:07:30 |
| 3 | But, no, Mike, I'm not.  I'm asking questions, | 15:07:31 |
| 4 | you're obstructing the witness from answering -- | 15:07:34 |
| 5 | MR. ZELLER:  I have every right to | 15:07:37 |
| 6 | instruct to protect a privilege.  You have no right | 15:07:37 |
| 7 | and it is unethical for you to attempt to | 15:07:39 |
| 8 | deliberately elicit what you know is protected. | 15:07:42 |
| 9 | MR. LANTIER:  You have every right to do | 15:07:46 |
| 10 | two things:  One is object to form.  Two is instruct | 15:07:47 |
| 11 | the witness not to answer a question on the basis of | 15:07:50 |
| 12 | attorney-client privilege. | 15:07:53 |
| 13 | MR. ZELLER:  I'm instructing -- | 15:07:54 |
| 14 | MR. LANTIER:  You've been doing neither of | 15:07:55 |
| 15 | those things today, and instead you've been trying | 15:07:56 |
| 16 | to prevent us from getting discoverable information | 15:07:58 |
| 17 | that you're ordered to provide by Judge Grewal and | 15:08:01 |
| 18 | Judge Koh by giving this -- | 15:08:04 |
| 19 | MR. ZELLER:  You're the ones who have -- | 15:08:07 |
| 20 | MR. LANTIER:  -- direction -- | 15:08:08 |
| 21 | MR. ZELLER:  -- an absolutely baseless | 15:08:09 |
| 22 | position that Judge Grewal had ever gave you the | 15:08:11 |
| 23 | privilege, and that was your basis for supposedly | 15:08:14 |
| 24 | seeking such information.  You know that's wrong. | 15:08:16 |
| 25 | It's unethical for you now the way you're conducting | 15:08:18 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

121

| | | |
|---|---|---|
| 1 | yourself. | 15:08:20 |
| 2 | I'm entitled to instruct, and I'm | 15:08:20 |
| 3 | instructing.  There's nothing that you can tell me | 15:08:22 |
| 4 | that is going to make me waive the attorney-client | 15:08:24 |
| 5 | privilege or work product, potentially. | 15:08:26 |
| 6 | MR. LANTIER:  Okay. | 15:08:28 |
| 7 | You know nobody here is asking to waive | 15:08:28 |
| 8 | the attorney-client privilege.  All I'm saying is | 15:08:30 |
| 9 | either the witness gets instructed not to answer the | 15:08:31 |
| 10 | question because the privilege applies or -- | 15:08:33 |
| 11 | MR. ZELLER:  You're simply incorrect. | 15:08:36 |
| 12 | MR. LANTIER:  -- or you don't instruct the | 15:08:37 |
| 13 | witness not to answer the question. | 15:08:38 |
| 14 | MR. ZELLER:  Well, then you need to ask | 15:08:39 |
| 15 | questions that exclude protected information. | 15:08:40 |
| 16 | Those -- that's your choice.  You're the | 15:08:44 |
| 17 | one who's asking overbroad, improper questions, | 15:08:45 |
| 18 | which you know is calculated to seek privileged and | 15:08:49 |
| 19 | work product information. | 15:08:52 |
| 20 | I'm going to continue to make my | 15:08:54 |
| 21 | instructions.  You should ask a question that is | 15:08:55 |
| 22 | either fair and ethical or not. | 15:08:57 |
| 23 | MR. LANTIER:  You should cut it out.  And | 15:09:03 |
| 24 | what you can do is instruct the witness not to | 15:09:05 |
| 25 | answer a question.  If you think it calls for | 15:09:06 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

122

| | | |
|---|---|---|
| 1 | privileged information, I'll let you do that all | 15:09:08 |
| 2 | day.  What you can't do is tell them -- | 15:09:10 |
| 3 | MR. ZELLER:  Actually, I instructed | 15:09:13 |
| 4 | point-blank on a question, but you asked them three | 15:09:16 |
| 5 | times. | 15:09:18 |
| 6 | MR. LANTIER:  You didn't.  And we don't | 15:09:19 |
| 7 | need to argue about it. | 15:09:20 |
| 8 | MR. ZELLER:  But, in any event, ask a | 15:09:22 |
| 9 | question. | 15:09:23 |
| 10 | MR. LANTIER:  All right. | 15:09:24 |
| 11 | Again, this is a completely improper way | 15:09:25 |
| 12 | to conduct discovery.  The attorney representing the | 15:09:26 |
| 13 | witness can instruct the witness not to answer a | 15:09:30 |
| 14 | question or he can choose not to instruct the | 15:09:33 |
| 15 | witness not to answer a question.  You cannot | 15:09:35 |
| 16 | attempt to prevent us from receiving discovery | 15:09:37 |
| 17 | that's not privileged by telling the witness to give | 15:09:42 |
| 18 | half an answer to a question.  If you think it calls | 15:09:43 |
| 19 | for privileged information -- | 15:09:45 |
| 20 | MR. ZELLER:  All right, Counsel -- | 15:09:47 |
| 21 | MR. LANTIER:  -- you can instruct not to | 15:09:48 |
| 22 | answer. | 15:09:48 |
| 23 | MR. ZELLER:  You need to consult with | 15:09:50 |
| 24 | Apple's other attorneys.  That's what I would do, I | 15:09:51 |
| 25 | think you need to do, if that's really Apple's | 15:09:53 |

123

| | | |
|---|---|---|
| 1 | position now. | 15:09:55 |
| 2 | But, in any event, we're not going to | 15:09:56 |
| 3 | solve this here today.  I'm going to continue to | 15:09:58 |
| 4 | make my instructions.  You can complain about it all | 15:09:59 |
| 5 | you want.  It's not going to make a difference. | 15:10:03 |
| 6 | You're just wasting time.  Ask a question. | 15:10:04 |
| 7 | MR. LANTIER:  You've taken up so much of | 15:10:09 |
| 8 | this transcript, I won't continue this.  But you're | 15:10:10 |
| 9 | not conducting yourself appropriately for a | 15:10:16 |
| 10 | deposition. | 15:10:18 |
| 11 | We have no time left on the tape, so we | 15:10:25 |
| 12 | need to take a break. | 15:10:27 |
| 13 | THE VIDEOGRAPHER:  This ends Media No. 3, | 15:10:30 |
| 14 | and we're off the record at 3:10 p.m. | 15:10:32 |
| 15 | (Recess.) | 15:10:33 |
| 16 | THE VIDEOGRAPHER:  We're back on the | 15:25:38 |
| 17 | record.  This begins Media No. 4.  And the time now | 15:25:39 |
| 18 | is 3:25.  Counsel. | 15:25:42 |
| 19 | MR. ZELLER:  There's one question you | 15:25:43 |
| 20 | asked that I'm going to withdraw the instruction on. | 15:25:45 |
| 21 | It's the question of -- because I think we can do | 15:25:57 |
| 22 | this without any issue over Ericsson not being | 15:25:59 |
| 23 | present. | 15:26:02 |
| 24 | You said -- the question was "do you know | 15:26:03 |
| 25 | the financial terms of the Apple-Ericsson license." | 15:26:07 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

124

| | | |
|---|---|---|
| 1 | So on that one, I will withdraw my | 15:26:12 |
| 2 | instruction. | 15:26:14 |
| 3 | BY MR. LANTIER: | 15:26:33 |
| 4 | Q    Do you know the financial terms of the | 15:26:34 |
| 5 | Apple-Ericsson license? | 15:26:35 |
| 6 | A    No. | 15:26:43 |
| 7 | Q    Did you speak to your counsel on the | 15:26:43 |
| 8 | break? | 15:26:45 |
| 9 | A    No. | 15:26:49 |
| 10 | Q    Not at all? | 15:26:54 |
| 11 | A    That is right.  I did not. | 15:26:55 |
| 12 | Q    We were talking about the June 4th, 2013 | 15:27:03 |
| 13 | meeting between Nokia and Samsung and specifically | 15:27:05 |
| 14 | about the preparations for that meeting. | 15:27:13 |
| 15 | When did you begin preparing for the | 15:27:15 |
| 16 | June 4th, 2013 meeting with Nokia? | 15:27:19 |
| 17 | A    Although I don't have an exact | 15:28:02 |
| 18 | recollection, I'm thinking it may have been starting | 15:28:03 |
| 19 | in the May time frame. | 15:28:05 |
| 20 | Q    And who did you talk to or otherwise | 15:28:11 |
| 21 | communicate with in order to prepare for the | 15:28:13 |
| 22 | June 4th, 2013 meeting? | 15:28:15 |
| 23 | A    I believe that would have been with | 15:28:43 |
| 24 | Dr. Seung Ho Ahn of the IP center and | 15:28:44 |
| 25 | Mr. In Dong Kang. | 15:28:47 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

125

| | | |
|---|---|---|
| 1 | Q    Anyone else? | 15:28:57 |
| 2 | A    There isn't anybody that comes mind in | 15:29:05 |
| 3 | particular. | 15:29:07 |
| 4 | Q    Were you working with lawyers from | 15:29:11 |
| 5 | Williams & Connolly to prepare for the June 4th, | 15:29:13 |
| 6 | 2013 meeting? | 15:29:15 |
| 7 | MR. ZELLER:  You can answer that yes or | 15:29:29 |
| 8 | no. | 15:29:30 |
| 9 | THE WITNESS:  No. | 15:29:31 |
| 10 | BY MR. LANTIER: | 15:29:34 |
| 11 | Q    As of May 2013, were you working with | 15:29:34 |
| 12 | attorneys from Williams & Connolly on any matter? | 15:29:41 |
| 13 | MR. ZELLER:  You can answer that yes or | 15:29:56 |
| 14 | no. | 15:29:57 |
| 15 | THE WITNESS:  Yes. | 15:29:59 |
| 16 | BY MR. LANTIER: | 15:29:59 |
| 17 | Q    Was your work with Williams & Connolly on | 15:30:06 |
| 18 | a work-related matter? | 15:30:10 |
| 19 | A    Yes.  That's correct. | 15:30:20 |
| 20 | Q    What was the matter on which you were | 15:30:28 |
| 21 | working with Williams & Connolly in May of 2013? | 15:30:29 |
| 22 | MR. ZELLER:  I'm going to instruct you not | 15:30:42 |
| 23 | to reveal in your answer the substance of | 15:30:43 |
| 24 | attorney-client communications in connection with | 15:30:46 |
| 25 | legal advice or work product. | 15:30:47 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

126

| | | |
|---|---|---|
| 1 | THE WITNESS:  I would not be able to | 15:31:08 |
| 2 | answer that question without sharing privileged | 15:31:09 |
| 3 | information. | 15:31:11 |
| 4 | BY MR. LANTIER: | 15:31:11 |
| 5 | Q   I'm not looking for you to tell me about | 15:31:13 |
| 6 | any specific communications, but I think I'm | 15:31:15 |
| 7 | entitled to know at a general level what matter | 15:31:20 |
| 8 | Williams & Connolly was working on in May of 2013 | 15:31:25 |
| 9 | with you. | 15:31:29 |
| 10 | MR. ZELLER:  There's no pending question. | 15:31:49 |
| 11 | Please ask a question. | 15:31:51 |
| 12 | BY MR. LANTIER: | 15:31:56 |
| 13 | Q   What matter was Williams & Connolly | 15:31:56 |
| 14 | working on in May of 2013 with you? | 15:31:59 |
| 15 | MR. ZELLER:  The question is vague as to | 15:32:10 |
| 16 | "matter."  It's also asked and answered. | 15:32:11 |
| 17 | And, again, I instruct you not to reveal | 15:32:19 |
| 18 | in your answer the substance of attorney-client | 15:32:20 |
| 19 | communications in connection with legal advice or | 15:32:25 |
| 20 | work product. | 15:32:28 |
| 21 | BY MR. LANTIER: | 15:32:57 |
| 22 | Q   You can answer the question. | 15:32:57 |
| 23 | A   I am unable to answer that question | 15:33:02 |
| 24 | without revealing privileged information. | 15:33:03 |
| 25 | Q   Your testimony is they weren't helping you | 15:33:09 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

127

| | | |
|---|---|---|
| 1 | with licensing strategy for Nokia at that time? | 15:33:11 |
| 2 | MR. ZELLER:  The question is vague. | 15:33:31 |
| 3 | THE WITNESS:  I cannot answer that | 15:33:45 |
| 4 | question without revealing privileged information. | 15:33:45 |
| 5 | BY MR. LANTIER: | 15:33:56 |
| 6 | Q     How many meetings did you have with | 15:33:57 |
| 7 | Dr. Ahn and Mr. Kang to prepare for the June 4th, | 15:33:58 |
| 8 | 2013 Nokia meeting? | 15:34:03 |
| 9 | A     I don't have an exact recollection in that | 15:34:27 |
| 10 | regard.  But, to my recollection, it was a number of | 15:34:28 |
| 11 | occasions. | 15:34:31 |
| 12 | Q     And other than Mr. Kang and Dr. Ahn, did | 15:34:36 |
| 13 | you work with any other Samsung employees in the May | 15:34:44 |
| 14 | to June 2013 time frame on licensing strategy for | 15:34:49 |
| 15 | Nokia? | 15:34:53 |
| 16 | A     None to my recollection. | 15:35:30 |
| 17 | Q     Let me ask you about a little bit earlier | 15:35:36 |
| 18 | in 2013. | 15:35:38 |
| 19 | Were you working with Williams & Connolly | 15:35:39 |
| 20 | on any matters in -- between January 2013 and April | 15:35:42 |
| 21 | 2013? | 15:35:47 |
| 22 | A     With respect to Williams & Connolly, we, | 15:36:54 |
| 23 | for purposes of Ericsson -- or actually, rather, | 15:36:59 |
| 24 | excuse me. | 15:37:02 |
| 25 | Nokia did contact them in -- for the | 15:37:03 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

128

| | | |
|---|---|---|
| 1 | purposes of seeking legal advice from them | 15:37:06 |
| 2 | concerning the Nokia matter.  And with respect to | 15:37:09 |
| 3 | preparing for the Nokia matter, did discuss things | 15:37:14 |
| 4 | about conducting or collecting various pieces of | 15:37:18 |
| 5 | information and sorting those -- | 15:37:23 |
| 6 | MR. ZELLER:  The question he asked you -- | 15:37:30 |
| 7 | I move to strike the last part of it.  I'm -- and | 15:37:31 |
| 8 | this is exactly the hazard that you are creating. | 15:37:35 |
| 9 | This is why what you're doing is improper. | 15:37:37 |
| 10 | He asked you a yes-or-no question.  In | 15:37:42 |
| 11 | fact, I move to strike the entire answer.  He's | 15:37:44 |
| 12 | asked you a yes-or-no question, whether you worked | 15:37:48 |
| 13 | with them during that time period. | 15:37:50 |
| 14 | We'll have it read back.  Please answer | 15:37:52 |
| 15 | that question.  If he has follow-up questions, he'll | 15:37:53 |
| 16 | ask it, and then I can instruct you not to reveal | 15:37:57 |
| 17 | the substance of attorney-client communications or | 15:37:59 |
| 18 | work product. | 15:37:59 |
| 19 | MR. LANTIER:  We oppose the motion to | 15:38:00 |
| 20 | strike. | 15:38:01 |
| 21 | MR. KOPPELMAN:  And I join in the | 15:38:18 |
| 22 | opposition to the motion to strike. | 15:38:37 |
| 23 | (Record read by reporter as follows: | 15:38:38 |
| 24 | "Q   Let me ask you about a little bit | 15:38:58 |
| 25 | earlier in 2013. | 15:35:38 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

129

| | | |
|---|---|---|
| 1 | Were you working with Williams & | 15:35:40 |
| 2 | Connolly on any matters in -- between | 15:35:40 |
| 3 | January 2013 and April 2013?") | 15:35:44 |
| 4 | MR. ZELLER:  You can answer that question | 15:39:15 |
| 5 | yes or no. | 15:39:16 |
| 6 | THE WITNESS:  Yes. | 15:39:21 |
| 7 | BY MR. LANTIER: | 15:39:29 |
| 8 | Q    Who at Williams & Connolly were you | 15:39:29 |
| 9 | working with? | 15:39:31 |
| 10 | A    At that time -- and I don't quite recall | 15:39:42 |
| 11 | the person's last name, but it was Ari.  Kevin. | 15:39:43 |
| 12 | And, mind you, it is not that I personally | 15:39:56 |
| 13 | worked with them. | 15:39:58 |
| 14 | Q    Between January and June of 2013, did you | 15:40:07 |
| 15 | have any in-person meetings with the attorneys at | 15:40:10 |
| 16 | Williams & Connolly? | 15:40:13 |
| 17 | A    Yes, I did. | 15:40:40 |
| 18 | Q    How many? | 15:40:42 |
| 19 | A    My recollection is that it was once. | 15:40:48 |
| 20 | Q    When was that meeting? | 15:40:51 |
| 21 | A    My recollection is inexact, but I think it | 15:41:06 |
| 22 | was perhaps around April, I think. | 15:41:08 |
| 23 | Q    Who attended the meeting? | 15:41:11 |
| 24 | A    My recollection is that Ari and Kevin were | 15:41:21 |
| 25 | in attendance. | 15:41:24 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

130

| | | |
|---|---|---|
| 1 | Q     Where did the meeting take place? | 15:41:26 |
| 2 | A     In Washington, D.C. | 15:41:30 |
| 3 | Q     Other than yourself, did any Samsung | 15:41:33 |
| 4 | employees attend the meeting? | 15:41:35 |
| 5 | A     My recollection is that I went there with | 15:41:46 |
| 6 | In Dong Kang. | 15:41:48 |
| 7 | Q     Anyone else? | 15:41:50 |
| 8 | A     Right now, I'm not sure if I can quite | 15:41:58 |
| 9 | recall. | 15:41:59 |
| 10 | Q     Other than the attorneys from Williams & | 15:42:00 |
| 11 | Connolly and the Samsung employees, was anyone else | 15:42:01 |
| 12 | present at the meeting? | 15:42:07 |
| 13 | A     My recollection is that no other persons | 15:42:27 |
| 14 | were in attendance at that meeting. | 15:42:28 |
| 15 | Q     Approximately how long was the meeting? | 15:42:35 |
| 16 | A     Again, this may not be exact, but I don't | 15:42:48 |
| 17 | think it was all that long.  It was perhaps an hour | 15:42:50 |
| 18 | or two, perhaps. | 15:42:53 |
| 19 | Q     Were any written materials exchanged at | 15:42:57 |
| 20 | the meeting? | 15:42:58 |
| 21 | MR. ZELLER:  You can answer that yes or | 15:43:06 |
| 22 | no. | 15:43:06 |
| 23 | THE WITNESS:  I don't think there were, at | 15:43:14 |
| 24 | least if I can recall. | 15:43:16 |
| 25 | | |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

131

| | | |
|---|---|---|
| 1 | BY MR. LANTIER: | 15:43:35 |
| 2 | Q    And am I correct that the subject matter | 15:43:35 |
| 3 | of that meeting was confidential, and you consider | 15:43:39 |
| 4 | it privileged? | 15:43:41 |
| 5 | MR. ZELLER:  Objection.  Vague as to | 15:43:56 |
| 6 | "subject matter."  Calls for a legal conclusion. | 15:43:57 |
| 7 | THE WITNESS:  That is the case as far as I | 15:44:08 |
| 8 | am concerned. | 15:44:09 |
| 9 | MR. LANTIER:  Your counsel made a form | 15:44:19 |
| 10 | objection, so I'm going to restate the question. | 15:44:21 |
| 11 | BY MR. LANTIER: | 15:44:25 |
| 12 | Q    What was the topic discussed at the | 15:44:33 |
| 13 | meeting at Williams & Connolly? | 15:44:35 |
| 14 | MR. ZELLER:  I instruct the witness not to | 15:44:51 |
| 15 | answer. | 15:44:51 |
| 16 | BY MR. LANTIER: | 15:45:10 |
| 17 | Q    Where did the meetings that you had with | 15:45:11 |
| 18 | Dr. Ahn and Mr. Kang to prepare for the June 4th, | 15:45:13 |
| 19 | 2013 meeting take place? | 15:45:16 |
| 20 | A    It wasn't anywhere in particular.  My | 15:45:40 |
| 21 | recollection is that we met within our offices. | 15:45:43 |
| 22 | Q    Samsung's offices in Seoul? | 15:45:48 |
| 23 | A    Yes.  That is what I am thinking. | 15:45:53 |
| 24 | Q    You testified that you met many times. | 15:45:59 |
| 25 | Can you tell me with any more specificity how many | 15:46:03 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

132

| | | |
|---|---|---|
| 1 | times you met? | 15:46:05 |
| 2 | MR. ZELLER:  Mischaracterizes witness' | 15:46:07 |
| 3 | testimony. | 15:46:08 |
| 4 | MR. LANTIER:  I'll withdraw the question. | 15:46:25 |
| 5 | BY MR. LANTIER: | 15:46:29 |
| 6 | Q    How many times did you meet with Dr. Ahn | 15:46:29 |
| 7 | and Mr. Kang to prepare for the June 4th, 2013 | 15:46:30 |
| 8 | meeting? | 15:46:32 |
| 9 | MR. ZELLER:  Asked and answered. | 15:46:53 |
| 10 | BY MR. LANTIER: | 15:46:54 |
| 11 | Q    You may answer. | 15:46:54 |
| 12 | A    We met a number of times.  I don't recall | 15:46:58 |
| 13 | as to exactly how many, though. | 15:47:00 |
| 14 | Q    What sources of information did you and | 15:47:04 |
| 15 | your colleagues consider in formulating Samsung's | 15:47:07 |
| 16 | position in advance of the June 4th, 2013 meeting? | 15:47:16 |
| 17 | MR. ZELLER:  You can answer that question | 15:47:45 |
| 18 | generally, but I'm instructing you not to reveal in | 15:47:46 |
| 19 | your answer the substance of attorney-client | 15:47:48 |
| 20 | communications in connection with legal advice or | 15:47:50 |
| 21 | work product. | 15:47:52 |
| 22 | THE WITNESS:  I'm unable to answer without | 15:48:14 |
| 23 | breaching privileged information. | 15:48:16 |
| 24 | BY MR. LANTIER: | 15:48:24 |
| 25 | Q    And is that because you had the | 15:48:24 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

133

| | | |
|---|---|---|
| 1 | communications with Dr. Ahn, and he's a lawyer? | 15:48:27 |
| 2 | MR. ZELLER:  That mischaracterizes the | 15:48:38 |
| 3 | witness' testimony.  He didn't say it was Dr. Ahn, | 15:48:39 |
| 4 | Counsel, as you know. | 15:48:43 |
| 5 | THE WITNESS:  That's not necessarily the | 15:49:04 |
| 6 | case. | 15:49:04 |
| 7 | BY MR. LANTIER: | 15:49:06 |
| 8 | Q    Is Mr. Kang a lawyer? | 15:49:06 |
| 9 | A    Yes, he is. | 15:49:10 |
| 10 | Q    Okay.  Is the reason you believe you can't | 15:49:12 |
| 11 | answer the question without breaching privileged | 15:49:17 |
| 12 | information that the conversations you had were with | 15:49:22 |
| 13 | Dr. Ahn and Mr. Kang? | 15:49:26 |
| 14 | MR. ZELLER:  Calls for a legal conclusion. | 15:49:49 |
| 15 | Vague. | 15:49:50 |
| 16 | THE WITNESS:  It's not necessarily limited | 15:49:58 |
| 17 | to that only. | 15:50:00 |
| 18 | MR. LANTIER:  Okay. | 15:50:05 |
| 19 | BY MR. LANTIER: | 15:50:05 |
| 20 | Q    I understood your earlier testimony to be | 15:50:07 |
| 21 | that you didn't talk to any other lawyers in | 15:50:09 |
| 22 | preparation for the June 4th, 2013 meeting.  Did I | 15:50:12 |
| 23 | misunderstand you? | 15:50:15 |
| 24 | MR. ZELLER:  You're asking him to what -- | 15:50:35 |
| 25 | about your understanding about his earlier | 15:50:38 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

134

| | | |
|---|---|---|
| 1 | testimony?  The question is vague. | 15:50:42 |
| 2 | MR. LANTIER:  I'll withdraw the question. | 15:50:55 |
| 3 | BY MR. LANTIER: | 15:50:56 |
| 4 | Q    Other than Dr. Ahn and Mr. Kang, what | 15:50:56 |
| 5 | other lawyers did you speak to in preparation for | 15:50:59 |
| 6 | the June 4th, 2013 meeting between Samsung and | 15:51:02 |
| 7 | Nokia? | 15:51:06 |
| 8 | A    My recollection is that I spoke with no | 15:51:35 |
| 9 | other attorneys in preparation for the June 4th, | 15:51:40 |
| 10 | 2013 meeting other than Messrs. Ahn and Kang. | 15:51:44 |
| 11 | Q    Strictly limited to the financial terms | 15:52:06 |
| 12 | Samsung would offer to Nokia, what did you discuss | 15:52:11 |
| 13 | with Dr. Ahn and Mr. Kang to prepare for the | 15:52:16 |
| 14 | June 4th, 2013 meeting? | 15:52:19 |
| 15 | MR. ZELLER:  I'm instructing you not to | 15:52:50 |
| 16 | reveal in your answer the substance of | 15:52:51 |
| 17 | attorney-client communications in connection with | 15:52:54 |
| 18 | legal advice or work product. | 15:52:54 |
| 19 | MR. LANTIER:  How could that be | 15:53:03 |
| 20 | privileged? | 15:53:04 |
| 21 | MR. ZELLER:  Apple's position is, is that | 15:53:05 |
| 22 | discussion of financial terms about offers in | 15:53:06 |
| 23 | licensing negotiations among lawyers is not | 15:53:09 |
| 24 | privileged?  Just so we have a clear record on that, | 15:53:12 |
| 25 | is that going to be Apple's position going forward? | 15:53:14 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

135

| | | |
|---|---|---|
| 1 | So your communications with Apple about | 15:53:18 |
| 2 | financial terms is not privileged? | 15:53:22 |
| 3 | MR. LANTIER:  We're not talking about my | 15:53:28 |
| 4 | communications with Apple. | 15:53:29 |
| 5 | MR. ZELLER:  Well, of course not.  Because | 15:53:30 |
| 6 | you wouldn't apply the same rule.  I'm not going to | 15:53:32 |
| 7 | engage you on this.  You've specifically asked for | 15:53:34 |
| 8 | something that calls for, potentially, | 15:53:37 |
| 9 | attorney-client communications and work product, as | 15:53:41 |
| 10 | you've done all day long.  I'm instructing him.  So | 15:53:43 |
| 11 | let's have the question read back if you want it | 15:53:47 |
| 12 | read back.  But I've instructed. | 15:53:49 |
| 13 | MR. LANTIER:  I don't think a | 15:54:00 |
| 14 | communication amongst the three Samsung negotiators | 15:54:01 |
| 15 | strictly limited to the financial terms that Samsung | 15:54:04 |
| 16 | will offer as a business matter to Nokia for a | 15:54:08 |
| 17 | license is privileged. | 15:54:11 |
| 18 | MR. ZELLER:  Can I make that a public | 15:54:13 |
| 19 | statement on behalf of Apple?  Can we agree on that, | 15:54:14 |
| 20 | that that's Apple's position about negotiations? | 15:54:19 |
| 21 | MR. LANTIER:  You know, Mike, you've been | 15:54:25 |
| 22 | trying to slow this deposition down all day, and you | 15:54:26 |
| 23 | know I can't -- you know I don't have the authority | 15:54:31 |
| 24 | to make statements on behalf of Apple public in this | 15:54:33 |
| 25 | deposition.  So it's this outrageous grandstanding | 15:54:35 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

136

| | | |
|---|---|---|
| 1 | that's really been slowing us down. | 15:54:39 |
| 2 | I understand that that's your style, but | 15:54:41 |
| 3 | it's really slowing things down, and I would ask you | 15:54:43 |
| 4 | to stop. | 15:54:45 |
| 5 | MR. ZELLER:  Counsel, the record is quite | 15:54:46 |
| 6 | clear on what's been slowing things down. | 15:54:47 |
| 7 | I'm not going to debate this with you. | 15:54:49 |
| 8 | I've instructed.  If you have another question -- | 15:54:50 |
| 9 | BY MR. LANTIER: | 15:54:59 |
| 10 | Q    Sir, are you going to answer the question | 15:54:59 |
| 11 | or not? | 15:55:00 |
| 12 | MR. ZELLER:  Do you have in mind what the | 15:55:08 |
| 13 | question is? | 15:55:10 |
| 14 | THE WITNESS:  Can I just have it repeated, | 15:55:12 |
| 15 | please, if you don't mind. | 15:55:13 |
| 16 | MR. LANTIER:  Could the court reporter | 15:55:15 |
| 17 | please read the question. | 15:55:17 |
| 18 | (Record read by reporter as follows: | 15:55:18 |
| 19 | "Q    Strictly limited to the financial | 15:55:58 |
| 20 | terms Samsung would offer to Nokia, | 15:55:58 |
| 21 | what did you discuss with Dr. Ahn and | 15:55:58 |
| 22 | Mr. Kang to prepare for the June 4th, | 15:55:58 |
| 23 | 2013 meeting?") | 15:55:58 |
| 24 | MR. ZELLER:  I'm instructing you not to | 15:55:58 |
| 25 | reveal in your answer the substance of | 15:56:00 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

137

| | | |
|---|---|---|
| 1 | attorney-client communications in connection with | 15:56:04 |
| 2 | legal advice or work product. | 15:56:04 |
| 3 | THE WITNESS:  I'm unable to answer that | 15:56:34 |
| 4 | question without revealing privileged information. | 15:56:35 |
| 5 | MR. LANTIER:  We think that was an | 15:56:40 |
| 6 | improper instruction. | 15:56:41 |
| 7 | BY MR. LANTIER: | 15:56:42 |
| 8 | Q    Let's talk about the June 4th meeting. | 15:56:44 |
| 9 | Who spoke on behalf of Samsung at that meeting? | 15:57:06 |
| 10 | MR. ZELLER:  Asked and answered. | 15:57:15 |
| 11 | THE WITNESS:  EVP Seung Ho Ahn. | 15:57:23 |
| 12 | BY MR. LANTIER: | 15:57:30 |
| 13 | Q    And who spoke on behalf of Nokia? | 15:57:31 |
| 14 | A    To my recollection, it was Paul Melin who | 15:57:53 |
| 15 | mostly spoke on behalf of their company. | 15:57:55 |
| 16 | MR. LANTIER:  I'll ask the court reporter | 15:58:00 |
| 17 | to mark as Exhibit 6 an order from Judge Grewal | 15:58:00 |
| 18 | dated October 2nd, 2013. | 15:58:15 |
| 19 | (Exhibit 6 was marked for | 15:59:01 |
| 20 | identification by the reporter.) | 15:59:01 |
| 21 | BY MR. LANTIER: | 15:59:02 |
| 22 | Q    Mr. Kwak, have you seen Exhibit 6 before? | 15:59:02 |
| 23 | A    I do not recall seeing this document. | 15:59:16 |
| 24 | Q    If you could, could you turn to page 3. | 15:59:20 |
| 25 | And I'll ask you to review the first full paragraph | 15:59:21 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

138

| | | |
|---|---|---|
| 1 | on that page, which begins with the words "at this | 15:59:37 |
| 2 | point." | 15:59:39 |
| 3 | Let me know when you've had a chance to | 16:02:18 |
| 4 | read that, please. | 16:02:23 |
| 5 | A    How does this translate, Mr. Interpreter? | 16:02:36 |
| 6 | Q    Have you completed the review? | 16:05:06 |
| 7 | A    If you wouldn't mind giving me just a | 16:05:11 |
| 8 | little more time, please. | 16:05:13 |
| 9 | Okay.  I'm done. | 16:06:00 |
| 10 | Q    Is it true that at the June 4th, 2013 | 16:06:09 |
| 11 | meeting between Samsung and Nokia licensing | 16:06:10 |
| 12 | executives, that Dr. Ahn informed Nokia that the | 16:06:15 |
| 13 | terms of the Apple-Nokia license were known to him? | 16:06:17 |
| 14 | A    I think that is incorrect. | 16:06:47 |
| 15 | Q    In what way is it incorrect? | 16:06:50 |
| 16 | A    Now, I don't know if these are the exact | 16:07:24 |
| 17 | words, but the reference as to how Apple was | 16:07:26 |
| 18 | possibly per chance ████████████████████ | ████ |
| ██ | ████████████████████  the person who first | 16:07:39 |
| 20 | brought that up was Paul Melin. | 16:07:44 |
| 21 | MR. LANTIER:  I move to strike. | 16:08:02 |
| 22 | BY MR. LANTIER: | 16:08:02 |
| 23 | Q    The question was whether it's true that at | 16:08:03 |
| 24 | the June 4th, 2013 meeting, Dr. Ahn informed Nokia | 16:08:05 |
| 25 | that the terms of the Apple-Nokia license were known | 16:08:13 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

139

| | | |
|---|---|---|
| 1 | to him. | 16:08:16 |
| 2 | MR. ZELLER:  Asked and answered. | 16:08:46 |
| 3 | THE WITNESS:  Should I answer again? | 16:08:53 |
| 4 | BY MR. LANTIER: | 16:08:57 |
| 5 | Q    Yes.  Please answer the question I asked, | 16:08:57 |
| 6 | which is:  Did Dr. Ahn inform Nokia that the terms | 16:08:59 |
| 7 | of the Apple-Nokia license were known to him? | 16:09:03 |
| 8 | A    I think that is incorrect. | 16:09:24 |
| 9 | Q    Your testimony is that Dr. Ahn did not say | 16:09:33 |
| 10 | during the June 4th, 2013 meeting that the terms of | 16:09:34 |
| 11 | the Apple-Nokia license were known to him; correct? | 16:09:38 |
| 12 | MR. ZELLER:  Asked and answered. | 16:09:57 |
| 13 | THE WITNESS:  That is correct.  I do not | 16:10:02 |
| 14 | believe that to be true. | 16:10:04 |
| 15 | BY MR. LANTIER: | 16:10:08 |
| 16 | Q    During the June 4th, 2013 meeting, did | 16:10:08 |
| 17 | Dr. Ahn state that Apple had produced the | 16:10:12 |
| 18 | Apple-Nokia license in its litigation with Samsung? | 16:10:15 |
| 19 | A    I have not heard anything to that effect. | 16:10:43 |
| 20 | Q    Did Dr. Ahn state during the June 4th, | 16:10:54 |
| 21 | 2013 meeting that Samsung's outside counsel had | 16:10:56 |
| 22 | provided him with the terms of the Apple-Nokia | 16:11:02 |
| 23 | license? | 16:11:04 |
| 24 | A    I do not recall hearing anything to that | 16:11:28 |
| 25 | effect. | 16:11:30 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

140

| | | |
|---|---|---|
| 1 | Q    Do you recall Dr. Ahn saying anything | 16:11:31 |
| 2 | during a meeting that might have been -- | 16:11:33 |
| 3 | THE INTERPRETER:  I'm sorry.  Strike.  May | 16:11:35 |
| 4 | the interpreter correct himself, with apologies to | 16:11:36 |
| 5 | the parties. | 16:11:40 |
| 6 | THE WITNESS:  I have not heard anything to | 16:11:41 |
| 7 | that effect. | 16:11:42 |
| 8 | THE INTERPRETER:  Strike -- | 16:11:44 |
| 9 | THE WITNESS:  I did not hear anything to | 16:11:44 |
| 10 | that effect. | 16:11:46 |
| 11 | BY MR. LANTIER: | 16:11:50 |
| 12 | Q    Did you hear Dr. Ahn say anything during | 16:11:50 |
| 13 | the meeting that could have been misinterpreted to | 16:11:53 |
| 14 | mean that Samsung's outside counsel provided him | 16:12:00 |
| 15 | with the terms of the Apple-Nokia license? | 16:12:02 |
| 16 | MR. ZELLER:  Calls for speculation.  Lacks | 16:12:35 |
| 17 | foundation.  Vague. | 16:12:35 |
| 18 | THE WITNESS:  I have no recollection of | 16:12:43 |
| 19 | hearing anything. | 16:12:44 |
| 20 | BY MR. LANTIER: | 16:12:48 |
| 21 | Q    Did Dr. Ahn state the terms of the | 16:12:49 |
| 22 | Apple-Nokia license during the June 4th, 2013 | 16:12:53 |
| 23 | meeting? | 16:12:56 |
| 24 | A    Can I just have the question again, | 16:13:17 |
| 25 | please. | 16:13:18 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

141

| | | |
|---|---|---|
| 1 | Q    Yes. | 16:13:20 |
| 2 | Did Dr. Ahn state the terms of the | 16:13:21 |
| 3 | Apple-Nokia license during the June 4th, 2013 | 16:13:23 |
| 4 | meeting? | 16:13:24 |
| 5 | A    I do not recall hearing anything like | 16:13:42 |
| 6 | that. | 16:13:43 |
| 7 | THE INTERPRETER:  Strike. | 16:13:50 |
| 8 | THE WITNESS:  I did not hear anything like | 16:13:52 |
| 9 | that. | 16:13:52 |
| 10 | BY MR. LANTIER: | 16:14:04 |
| 11 | Q    Did Dr. Ahn state during the June 4th, | 16:14:04 |
| 12 | 2013 meeting, in any form of words, that all | 16:14:06 |
| 13 | information leaks? | 16:14:12 |
| 14 | A    I do not recall hearing anything to that | 16:14:34 |
| 15 | effect. | 16:14:35 |
| 16 | Q    What did Dr. Ahn state during the | 16:14:43 |
| 17 | June 4th, 2013 meeting? | 16:14:45 |
| 18 | MR. ZELLER:  The question is vague. | 16:14:58 |
| 19 | THE WITNESS:  Would it be permissible for | 16:15:13 |
| 20 | me to confer with counsel? | 16:15:14 |
| 21 | MR. ZELLER:  Just answer -- if you can | 16:15:20 |
| 22 | answer the question.  He's asking you vague | 16:15:22 |
| 23 | questions -- | 16:15:23 |
| 24 | MR. LANTIER:  Please stop the speaking | 16:15:24 |
| 25 | objection. | 16:15:25 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

142

| | | |
|---|---|---|
| 1 | MR. ZELLER:  It's not a speaking | 16:15:26 |
| 2 | objection. | 16:15:26 |
| 3 | MR. LANTIER:  You don't think that's a | 16:15:27 |
| 4 | speaking objection? | 16:15:28 |
| 5 | MR. ZELLER:  I was explaining to the | 16:15:29 |
| 6 | witness that it's your right to ask vague, improper | 16:15:30 |
| 7 | questions, and he's just going to have to try and | 16:15:34 |
| 8 | deal with them.  So -- he's asked a question. | 16:15:38 |
| 9 | MR. LANTIER:  That's a speaking objection. | 16:15:46 |
| 10 | MR. ZELLER:  Clearly, it's not.  Go ahead. | 16:15:48 |
| 11 | MR. LANTIER:  Could we have the question | 16:15:50 |
| 12 | read back. | 16:15:51 |
| 13 | (Record read by reporter as follows: | 16:15:52 |
| 14 | "Q   What did Dr. Ahn state during the | 16:16:01 |
| 15 | June 4th, 2013 meeting?") | 16:16:01 |
| 16 | MR. ZELLER:  The question is vague. | 16:16:03 |
| 17 | THE WITNESS:  Let me just describe the | 16:17:03 |
| 18 | circumstances as I recall things, which are as | 16:17:05 |
| 19 | follows: | 16:17:08 |
| 20 | It was Paul Melin who first put on a | 16:17:10 |
| 21 | PowerPoint which showed what they believed they | 16:17:13 |
| 22 | ought to be receiving in terms of an offer. | 16:17:20 |
| 23 | In view of the rather high amount that | 16:17:44 |
| 24 | they had -- | 16:17:47 |
| 25 | (Interpreters confer.) | 16:17:56 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

143

| | | |
|---|---|---|
| 1 | THE WITNESS:  In view of the rather high | 16:18:01 |
| 2 | amount they were insisting on receiving, Dr. Ahn in | 16:18:02 |
| 3 | response said, "What company out there in the world | 16:18:05 |
| 4 | would ever pay such an amount?" | 16:18:10 |
| 5 | And upon that, Paul Melin says -- and I | 16:18:33 |
| 6 | forget his exact words, but he said something to the | 16:18:34 |
| 7 | effect that there is a certain company that is | 16:18:37 |
| 8 | comparable to our company that happens ▬▬▬▬ | ▬▬▬ |
| 9 | ▬▬▬▬▬▬▬▬▬ | 16:18:42 |
| 10 | Upon that, Dr. Ahn quips, "Oh, you must be | 16:18:55 |
| 11 | talking about Apple." | 16:19:01 |
| 12 | (Interpreters confer.) | 16:19:03 |
| 13 | THE WITNESS:  Upon that, Dr. Ahn quips, | 16:19:10 |
| 14 | "Oh, you must be talking about Apple, are you not?" | 16:19:12 |
| 15 | And upon that, Paul Melin did not deny | 16:19:22 |
| 16 | that. | 16:19:24 |
| 17 | And then as I recall -- and I'm not sure | 16:19:54 |
| 18 | about the exact wording, but Dr. Ahn said something | 16:19:55 |
| 19 | to the effect back to Paul Melin, "Well, to my | 16:19:58 |
| 20 | understanding, I don't believe that Apple is paying | 16:20:00 |
| 21 | that high" -- "that much in money to Nokia." | 16:20:03 |
| 22 | And then further, Dr. Ahn states to | 16:20:29 |
| 23 | Paul Melin that he believes he knows Apple to be | 16:20:31 |
| 24 | paying Nokia a certain amount. | 16:20:41 |
| 25 | And at that time, at that moment, | 16:20:50 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

144

| | | |
|---|---|---|
| 1 | Paul Melin did seem rather surprised indeed.  And | 16:20:51 |
| 2 | then a moment later the guy says, "How do you know | 16:21:02 |
| 3 | about that?" | 16:21:06 |
| 4 | Then as I recall, I believe what Dr. Ahn | 16:21:34 |
| 5 | said back to Paul Melin was, "When you look at the | 16:21:37 |
| 6 | industrial information comprehensively, he believes | 16:21:43 |
| 7 | Apple to be paying such-and-such an amount to | 16:21:46 |
| 8 | Nokia." | 16:21:51 |
| 9 | Industry information. | 16:21:57 |
| 10 | And upon that, my recollection is that we | 16:22:04 |
| 11 | took a break for a while. | 16:22:07 |
| 12 | (Interpreters confer.) | 16:22:16 |
| 13 | CHECK INTERPRETER:  The interpreter is | 16:23:04 |
| 14 | thinking of "just about that amount," as opposed to | 16:23:07 |
| 15 | "such-and-such" -- quote, unquote, "such-and-such an | 16:23:10 |
| 16 | amount." | 16:23:15 |
| 17 | THE INTERPRETER:  If this interpreter may | 16:23:17 |
| 18 | explain the "such-and-such" treatment. | 16:23:18 |
| 19 | There is no referent that goes as to what | 16:23:19 |
| 20 | my colleague in good faith is suggesting as being -- | 16:23:22 |
| 21 | how do you put it?  Where did it go?  "That amount," | 16:23:25 |
| 22 | quote, unquote, "just about that amount."  There is | 16:23:30 |
| 23 | no referent to that.  The "such-and-such" is more in | 16:23:32 |
| 24 | a vacuum, as this interpreter perceives this | 16:23:35 |
| 25 | gentleman's utterance to be. | 16:23:37 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

145

| | | |
|---|---|---|
| 1 | But with that, counsel on either side can | 16:23:39 |
| 2 | follow up. | 16:23:45 |
| 3 | MR. LANTIER:  Sure. | 16:23:47 |
| 4 | THE INTERPRETER:  But I believe the | 16:23:47 |
| 5 | gentleman was not done. | 16:23:48 |
| 6 | THE WITNESS:  How far did we get? | 16:23:54 |
| 7 | THE INTERPRETER:  So there was a break | 16:23:55 |
| 8 | and -- | 16:23:57 |
| 9 | THE WITNESS:  So there's this extended | 16:24:09 |
| 10 | break after which we come back, go through a | 16:24:10 |
| 11 | wrap-up.  And, as I recall, we went out to dinner | 16:24:12 |
| 12 | together. | 16:24:18 |
| 13 | BY MR. LANTIER: | 16:24:29 |
| 14 | Q    Is that your complete answer, sir? | 16:24:29 |
| 15 | MR. ZELLER:  Vague question.  Yeah, that | 16:24:33 |
| 16 | question's vague.  Complete answer -- | 16:24:35 |
| 17 | THE WITNESS:  Let's see.  Is there | 16:25:04 |
| 18 | anything else I can add?  Oh, well of course in | 16:25:04 |
| 19 | terms of Paul Melin opening up that PowerPoint, that | 16:25:06 |
| 20 | was during the second session, prior to which we had | 16:25:08 |
| 21 | made a new offer to them.  And then ensued a long | 16:25:11 |
| 22 | break, and then came the second session that I | 16:25:30 |
| 23 | explained to you about. | 16:25:33 |
| 24 | BY MR. LANTIER: | 16:25:37 |
| 25 | Q    Just so I'm sure, I have that there were | 16:25:38 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

146

| | | |
|---|---|---|
| 1 | two sessions to the meeting; is that right? | 16:25:40 |
| 2 | A    In large part, there were two sessions, | 16:25:53 |
| 3 | you can assume.  But if we were to include the last | 16:25:57 |
| 4 | wrap-up portion, then maybe three. | 16:26:01 |
| 5 | Q    Okay.  You don't need to repeat all of the | 16:26:10 |
| 6 | details, but what was the division between the first | 16:26:12 |
| 7 | session and the second session? | 16:26:15 |
| 8 | A    Okay.  Let me start from the top then. | 16:26:32 |
| 9 | So we got together first.  So we, Samsung, | 16:26:34 |
| 10 | made an offer to Nokia first.  And so not too long | 16:26:40 |
| 11 | thereafter, Nokia says let's take a break, so we | 16:26:52 |
| 12 | take a break.  And the length of the break, if I | 16:26:55 |
| 13 | recall correctly, it was about an hour.  Maybe more | 16:27:01 |
| 14 | or less -- an hour let's say.  And Nokia calls us | 16:27:05 |
| 15 | back.  We start again with a second session. | 16:27:20 |
| 16 | And when we go in, we see that Nokia has | 16:27:25 |
| 17 | already got this PowerPoint up there.  And Nokia | 16:27:29 |
| 18 | makes a presentation as to their offer, and they go | 16:27:38 |
| 19 | through the explanation that I just entailed to you. | 16:27:41 |
| 20 | Q    During the third session, was there any | 16:27:47 |
| 21 | discussion of the Apple-Nokia license? | 16:27:48 |
| 22 | A    Not to my recollection. | 16:28:03 |
| 23 | Q    And during the second session, did Dr. Ahn | 16:28:07 |
| 24 | say anything else about the Apple-Nokia license that | 16:28:09 |
| 25 | you haven't already told us about? | 16:28:11 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

147

| | | |
|---|---|---|
| 1 | MR. ZELLER:  The question's vague. | 16:28:26 |
| 2 | THE WITNESS:  No.  I do not have any | 16:28:28 |
| 3 | recollection to that effect. | 16:28:30 |
| 4 | BY MR. LANTIER: | 16:28:45 |
| 5 | Q    Prior to the June 4th, 2013 meeting, did | 16:28:46 |
| 6 | you have any communications with anyone concerning | 16:28:51 |
| 7 | the production of the Apple-Nokia license in the | 16:28:55 |
| 8 | litigation? | 16:29:02 |
| 9 | A    I have no recollection to that effect. | 16:29:26 |
| 10 | MR. LANTIER:  If we could mark as | 16:29:32 |
| 11 | Exhibit 7 a document with the Bates number | 16:29:35 |
| 12 | SAMNDCA-Z0012355. | 16:29:40 |
| 13 | MR. ZELLER:  I'm sorry.  What exhibit | 16:30:01 |
| 14 | number again? | 16:30:03 |
| 15 | MR. LANTIER:  7. | 16:30:05 |
| 16 | (Exhibit 7 was marked for | 16:30:10 |
| 17 | identification by the reporter.) | 16:30:10 |
| 18 | BY MR. LANTIER: | 16:30:31 |
| 19 | Q    Are you identified in Exhibit 7 as a | 16:30:31 |
| 20 | recipient of this e-mail? | 16:30:34 |
| 21 | A    Yes.  I am there. | 16:30:47 |
| 22 | Q    And does this e-mail concern the project | 16:30:48 |
| 23 | you were working on with Williams & Connolly in the | 16:30:51 |
| 24 | first half of 2013? | 16:30:56 |
| 25 | MR. ZELLER:  You can answer that yes or no | 16:31:12 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

148

| | | |
|---|---|---|
| 1 | to the extent you know. | 16:31:13 |
| 2 | THE WITNESS:  That is correct. | 16:31:15 |
| 3 | BY MR. LANTIER: | 16:31:21 |
| 4 | Q    And this project you said is unrelated to | 16:31:22 |
| 5 | your preparations for the meeting with Nokia in | 16:31:24 |
| 6 | June; correct? | 16:31:28 |
| 7 | MR. ZELLER:  I think that mischaracterizes | 16:31:49 |
| 8 | the witness' statement.  Assumes facts. | 16:31:50 |
| 9 | THE WITNESS:  May I just have the | 16:31:56 |
| 10 | interpretation again, please, as to the question. | 16:31:57 |
| 11 | MR. LANTIER:  I'll rephrase in light of | 16:32:01 |
| 12 | the form objection. | 16:32:03 |
| 13 | BY MR. LANTIER: | 16:32:07 |
| 14 | Q    Is the communication reflected in | 16:32:18 |
| 15 | Exhibit 7 related to Samsung's preparation for its | 16:32:19 |
| 16 | license negotiations with Nokia? | 16:32:30 |
| 17 | MR. ZELLER:  You can answer that "yes," | 16:32:55 |
| 18 | "no," or, "I don't know." | 16:33:00 |
| 19 | THE WITNESS:  My view is that this matter | 16:33:11 |
| 20 | was unrelated to the June meeting, the negotiation | 16:33:13 |
| 21 | matter. | 16:33:18 |
| 22 | BY MR. LANTIER: | 16:33:22 |
| 23 | Q    Was it unrelated to the June meeting | 16:33:22 |
| 24 | specifically, or was it unrelated to Samsung's | 16:33:24 |
| 25 | negotiations with Nokia overall? | 16:33:27 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

149

| | | |
|---|---|---|
| 1 | MR. ZELLER:  I'm going to instruct you not | 16:33:53 |
| 2 | to reveal in your answer the substance of any | 16:33:54 |
| 3 | attorney-client communication in connection with | 16:34:00 |
| 4 | advice or work product. | 16:34:02 |
| 5 | THE WITNESS:  What I'm able to tell you | 16:34:52 |
| 6 | about the contents concerning this particular matter | 16:34:53 |
| 7 | are as follows: | 16:34:55 |
| 8 | What this entails happens not to be | 16:34:59 |
| 9 | anything that we are able to utilize in terms of the | 16:35:04 |
| 10 | data thereof in any direct fashion for any | 16:35:09 |
| 11 | negotiation purposes, whether such be for the June | 16:35:13 |
| 12 | meeting purposes or otherwise. | 16:35:15 |
| 13 | You see, when you are in the business of | 16:35:26 |
| 14 | handling licenses, you come across many claims, many | 16:35:28 |
| 15 | litigation -- many pieces of litigation.  And as I | 16:35:34 |
| 16 | think I alluded to earlier, in view of such matters | 16:35:49 |
| 17 | to -- routinely to go about collecting information | 16:35:54 |
| 18 | on companies, that is a rather routine sort of | 16:35:59 |
| 19 | thing. | 16:36:07 |
| 20 | And as it were at that time -- and I am, | 16:36:12 |
| 21 | of course, not able to disclose any amounts, but | 16:36:17 |
| 22 | Nokia was asking a rather high amount of money from | 16:36:19 |
| 23 | our company. | 16:36:23 |
| 24 | And so what we were going about doing was | 16:36:44 |
| 25 | to prepare not only in view of the negotiation but | 16:36:46 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

150

| | | |
|---|---|---|
| 1 | also to prepare for any possible action, litigation, | 16:36:54 |
| 2 | as may possibly ensue.  It's something that we just | 16:37:01 |
| 3 | do as a company, as with any other company out | 16:37:05 |
| 4 | there, in terms of conducting any basic routine | 16:37:09 |
| 5 | types of information gathering. | 16:37:18 |
| 6 | That is how I recall things to be with | 16:37:31 |
| 7 | respect to this e-mail. | 16:37:32 |
| 8 | BY MR. LANTIER: | 16:37:41 |
| 9 | Q    How did you ultimately use the information | 16:37:41 |
| 10 | in the Exhibit 7? | 16:37:45 |
| 11 | MR. ZELLER:  I instruct you not to reveal | 16:37:55 |
| 12 | in your answer the substance of attorney-client | 16:37:56 |
| 13 | communications in connection with legal advice or | 16:38:00 |
| 14 | work product. | 16:38:03 |
| 15 | THE WITNESS:  When it comes to information | 16:38:26 |
| 16 | such as we have here, it is not necessarily the case | 16:38:27 |
| 17 | that the way this gets utilized, whether it be for | 16:38:31 |
| 18 | negotiation purposes or elsewhere -- well, things | 16:38:36 |
| 19 | differ depending on the circumstances. | 16:38:39 |
| 20 | And as such, I think -- at least as of | 16:38:52 |
| 21 | this moment, I think it's a little difficult for me | 16:38:54 |
| 22 | to give you any clear-cut answer in that regard. | 16:38:57 |
| 23 | But, sir, if you will simply regard it as | 16:39:17 |
| 24 | being a routine course as far as our company is | 16:39:20 |
| 25 | concerned for us in going back to conducting | 16:39:23 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

151

| | | |
|---|---|---|
| 1 | licensing affairs to gather up basic publicly | 16:39:26 |
| 2 | available information on the other party with whom | 16:39:30 |
| 3 | we are dealing. | 16:39:33 |
| 4 | Just to further elaborate, this sort of | 16:39:35 |
| 5 | going about gathering basic information on the other | 16:39:49 |
| 6 | party, this is not just something that is routine | 16:39:51 |
| 7 | with us; I would believe that all other companies | 16:39:56 |
| 8 | out there do the very same thing. | 16:39:59 |
| 9 | BY MR. LANTIER: | 16:40:03 |
| 10 | Q    If I understand you, this information was | 16:40:03 |
| 11 | being gathered in case the negotiations with Nokia | 16:40:06 |
| 12 | are ultimately unsuccessful; is that correct? | 16:40:11 |
| 13 | MR. ZELLER:  I'm instructing the witness | 16:40:32 |
| 14 | not to answer the question. | 16:40:33 |
| 15 | BY MR. LANTIER: | 16:40:49 |
| 16 | Q    You've been instructed not to answer the | 16:40:49 |
| 17 | question.  Are you going to follow your attorney's | 16:40:50 |
| 18 | instruction? | 16:40:53 |
| 19 | A    No.  I think I could actually talk about | 16:40:58 |
| 20 | this. | 16:40:59 |
| 21 | MR. ZELLER:  Hold on.  No, you're not. | 16:41:00 |
| 22 | I'm instructing you not to answer the question as | 16:41:01 |
| 23 | he's asked it.  He could ask a proper question.  He | 16:41:04 |
| 24 | has not.  I'm instructing you not to answer it.  So | 16:41:07 |
| 25 | there's no need -- and it's quite extraordinary that | 16:41:09 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

152

| | | |
|---|---|---|
| 1 | you would continue to ask some witness whether he's | 16:41:12 |
| 2 | going to follow the instruction.  It's another | 16:41:15 |
| 3 | improper tactic on your part.  Please ask a | 16:41:18 |
| 4 | question. | 16:41:23 |
| 5 | BY MR. LANTIER: | 16:41:39 |
| 6 | Q    For what purpose was the information in | 16:41:39 |
| 7 | Exhibit 7 being provided to you? | 16:41:41 |
| 8 | MR. ZELLER:  Objection.  The question is | 16:41:54 |
| 9 | vague as to the referent.  Without proper question, | 16:41:55 |
| 10 | I instruct not to answer that question.  Again, | 16:41:58 |
| 11 | calculated to reveal work product and | 16:42:01 |
| 12 | attorney-client privilege.  And it's vague.  Form. | 16:42:03 |
| 13 | BY MR. LANTIER: | 16:42:37 |
| 14 | Q    Was the information in Exhibit 7 being | 16:42:38 |
| 15 | provided to you in anticipation of potential | 16:42:39 |
| 16 | litigation with Nokia? | 16:42:43 |
| 17 | MR. ZELLER:  I instruct the witness not to | 16:43:01 |
| 18 | answer the question. | 16:43:03 |
| 19 | MR. LANTIER:  That information would be on | 16:43:08 |
| 20 | a privilege log. | 16:43:09 |
| 21 | MR. ZELLER:  Next question, please, | 16:43:15 |
| 22 | Counsel. | 16:43:16 |
| 23 | BY MR. LANTIER: | 16:43:35 |
| 24 | Q    Have you used the information in Exhibit 7 | 16:43:35 |
| 25 | for any purpose? | 16:43:37 |

153

| | | |
|---|---|---|
| 1 | MR. ZELLER:  You can answer that question | 16:43:48 |
| 2 | "yes," "no," or, "I don't know." | 16:43:49 |
| 3 | THE WITNESS:  Negative, as far as my | 16:43:59 |
| 4 | understanding goes -- insofar as my recollection | 16:44:00 |
| 5 | goes. | 16:44:02 |
| 6 | BY MR. LANTIER: | 16:44:08 |
| 7 | Q    Do you have any plan to use the | 16:44:09 |
| 8 | information contained in Exhibit 7 in the future? | 16:44:10 |
| 9 | MR. ZELLER:  Calls for speculation.  Vague | 16:44:26 |
| 10 | and ambiguous. | 16:44:26 |
| 11 | And I instruct you not to reveal in your | 16:44:29 |
| 12 | answer the substance of attorney-client | 16:44:32 |
| 13 | communications in connection with legal advice or | 16:44:33 |
| 14 | work product. | 16:44:35 |
| 15 | THE WITNESS:  To answer that would require | 16:45:00 |
| 16 | me to reveal privileged information.  Therefore, I | 16:45:01 |
| 17 | am unable to answer your question. | 16:45:04 |
| 18 | MR. LANTIER:  Let's mark as Exhibit 8 a | 16:45:16 |
| 19 | document bearing the Bates stamp numbers | 16:45:24 |
| 20 | SAMNDCA-Z0010621 to 622. | 16:45:26 |
| 21 | (Exhibit 8 was marked for | 16:46:05 |
| 22 | identification by the reporter.) | 16:46:05 |
| 23 | BY MR. LANTIER: | 16:46:06 |
| 24 | Q    Mr. Kwak, have you seen Exhibit No. 8 | 16:46:06 |
| 25 | before today? | 16:46:08 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

154

| | | |
|---|---|---|
| 1 | A     This one I do not recall seeing. | 16:46:16 |
| 2 | Q     Do you see that it's an e-mail from | 16:46:18 |
| 3 | James Shin forwarding an e-mail from Ari Zymelman of | 16:46:20 |
| 4 | Williams & Connolly? | 16:46:28 |
| 5 | A     Yes.  That is what is indicated here. | 16:46:45 |
| 6 | Q     There's a set of attachments to that | 16:46:49 |
| 7 | e-mail. | 16:46:53 |
| 8 | Do you see that? | 16:46:54 |
| 9 | A     Yes.  That is what is indicated here. | 16:47:02 |
| 10 | Q     And one of the attachments is called | 16:47:03 |
| 11 | Nokia-Apple license memo. | 16:47:05 |
| 12 | Do you see that? | 16:47:07 |
| 13 | A     Yes. | 16:47:13 |
| 14 | Q     What is the -- strike that. | 16:47:17 |
| 15 | For what purpose was the Nokia-Apple | 16:47:21 |
| 16 | license memo prepared? | 16:47:23 |
| 17 | MR. ZELLER:  I'm instructing you when you | 16:47:34 |
| 18 | answer the question again not to reveal the | 16:47:37 |
| 19 | substance of attorney-client communication in | 16:47:39 |
| 20 | connection with legal advice or work product. | 16:47:43 |
| 21 | THE WITNESS:  I don't think I'm going to | 16:48:13 |
| 22 | be able to quite answer that question on this aspect | 16:48:14 |
| 23 | without revealing privileged information. | 16:48:17 |
| 24 | BY MR. LANTIER: | 16:48:22 |
| 25 | Q     Have you reviewed the Nokia-Apple license | 16:48:22 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

155

| | | |
|---|---|---|
| 1 | memo? | 16:48:29 |
| 2 | MR. ZELLER:  You can answer that yes or | 16:48:29 |
| 3 | no. | 16:48:31 |
| 4 | THE WITNESS:  No, as far as I can | 16:48:39 |
| 5 | remember. | 16:48:39 |
| 6 | BY MR. LANTIER: | 16:48:47 |
| 7 | Q    You can put that aside for now. | 16:48:47 |
| 8 | MR. ZELLER:  Before we change topics, can | 16:48:52 |
| 9 | we take a break?  We've been going for a while.  I | 16:48:53 |
| 10 | don't want to interrupt if it's the same line, | 16:48:55 |
| 11 | but -- | 16:48:57 |
| 12 | MR. LANTIER:  No, but can I ask five | 16:48:58 |
| 13 | minutes of questions, and we'll take a break? | 16:48:59 |
| 14 | MR. ZELLER:  Of course.  Of course. | 16:49:02 |
| 15 | BY MR. LANTIER: | 16:49:03 |
| 16 | Q    You mentioned earlier that you had | 16:49:03 |
| 17 | conferred with John Quinn and Kevin Johnson on | 16:49:08 |
| 18 | matters relating to Samsung's licensing negotiations | 16:49:14 |
| 19 | with Apple; correct? | 16:49:15 |
| 20 | A    That is right. | 16:49:39 |
| 21 | Q    When was the first time that you had | 16:49:41 |
| 22 | communications with Mr. Quinn and Mr. Johnson on | 16:49:45 |
| 23 | that topic? | 16:49:52 |
| 24 | A    Since we're talking about -- let's see. | 16:50:20 |
| 25 | At the time of the first mediation is -- I guess | 16:50:23 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

156

| | | |
|---|---|---|
| 1 | that would be in December of 2011. | 16:50:26 |
| 2 | Q    What is the most recent time you have | 16:50:30 |
| 3 | discussed that issue with Mr. Quinn or Mr. Johnson? | 16:50:33 |
| 4 | A    Though I can't recall for certain, I am | 16:51:05 |
| 5 | thinking that it may have been something last year. | 16:51:32 |
| 6 | Let's see.  So 2012.  I think the July time frame | 16:51:35 |
| 7 | was perhaps the last time. | 16:51:39 |
| 8 | Q    In between December of 2011 and July of | 16:51:46 |
| 9 | 2012, how frequently did you discuss Samsung's | 16:51:48 |
| 10 | licensing strategy with respect to Apple with | 16:51:53 |
| 11 | Mr. Quinn or Mr. Johnson? | 16:51:58 |
| 12 | A    Again, I'm not sure if this is quite | 16:52:39 |
| 13 | correct or what, but I think that may have been on | 16:52:42 |
| 14 | two, maybe three occasions. | 16:52:45 |
| 15 | Q    And I don't want you to tell me what was | 16:52:52 |
| 16 | discussed.  I'm just asking you yes or no. | 16:52:54 |
| 17 | Do you remember what you discussed with | 16:53:01 |
| 18 | Mr. Quinn and Mr. Johnson? | 16:53:02 |
| 19 | MR. ZELLER:  Yes or no.  Do not reveal the | 16:53:20 |
| 20 | substance of any communications. | 16:53:22 |
| 21 | THE WITNESS:  Quite frankly, I don't | 16:53:48 |
| 22 | exactly recall. | 16:53:49 |
| 23 | (Interpreters confer.) | 16:53:58 |
| 24 | (Through check interpreter:) | 16:54:21 |
| 25 | THE WITNESS:  As a matter of fact, I don't | 16:54:23 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

157

| | | |
|---|---|---|
| 1 | exactly recall. | 16:54:25 |
| 2 | BY MR. LANTIER: | 16:54:29 |
| 3 | Q    Was Apple's license with Nokia ever | 16:54:29 |
| 4 | discussed during those conversations? | 16:54:32 |
| 5 | MR. ZELLER:  I instruct the witness not to | 16:54:54 |
| 6 | answer. | 16:54:54 |
| 7 | BY MR. LANTIER: | 16:55:12 |
| 8 | Q    I'm not suggesting that you shouldn't.  I | 16:55:12 |
| 9 | believe I didn't ask you are you going to follow | 16:55:14 |
| 10 | your attorney's instruction? | 16:55:15 |
| 11 | MR. ZELLER:  Counsel, we'll stipulate he's | 16:55:25 |
| 12 | going to follow.  You don't have to ask every time. | 16:55:27 |
| 13 | MR. LANTIER:  Okay. | 16:55:29 |
| 14 | MR. ZELLER:  We've already talked about | 16:55:30 |
| 15 | it. | 16:55:30 |
| 16 | MR. LANTIER:  Then let's go off the | 16:55:36 |
| 17 | record. | 16:55:36 |
| 18 | THE VIDEOGRAPHER:  This ends Media No. 4, | 16:55:37 |
| 19 | and we're off the record at 4:55 p.m. | 16:55:39 |
| 20 | (Recess.) | 17:10:55 |
| 21 | THE VIDEOGRAPHER:  We're back on the | 17:11:03 |
| 22 | record.  This begins Media No. 5, and the time now | 17:11:04 |
| 23 | is 5:11.  Counsel. | 17:11:07 |
| 24 | BY MR. LANTIER: | 17:11:08 |
| 25 | Q    Let me ask one follow-up question | 17:11:13 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

158

| | | |
|---|---|---|
| 1 | regarding the June 4th, 2013 meeting; okay. | 17:11:15 |
| 2 | When you were relating your version of | 17:11:24 |
| 3 | what was said at that meeting, you said that Dr. Ahn | 17:11:30 |
| 4 | stated that he understood the terms of the | 17:11:35 |
| 5 | Apple-Nokia license to be such-and-such. | 17:11:40 |
| 6 | What exactly did Dr. Ahn say he understood | 17:12:11 |
| 7 | the terms of the Apple-Nokia license to be? | 17:12:14 |
| 8 | A    Would it be permissible for me to consult | 17:12:43 |
| 9 | with counsel to find out if I can talk about | 17:12:46 |
| 10 | confidential information as such? | 17:12:48 |
| 11 | MR. ZELLER:  It's okay to talk about those | 17:12:50 |
| 12 | numbers.  The numbers we were concerned about had to | 17:12:53 |
| 13 | do with the offers on other matters.  There's no | 17:12:57 |
| 14 | problem.  You can go ahead and say them. | 17:13:00 |
| 15 | THE WITNESS:  What I recall EVP Ahn as | 17:13:25 |
| 16 | stating at that time are as follows: | 17:13:28 |
| 17 | So Paul Melin says something to the effect | 17:14:01 |
| 18 | of, ███████████████████████ | ████ |
| | ███████████████████  And upon that, | 17:14:05 |
| 20 | Dr. Ahn retorts -- and I don't recall his exact | 17:14:07 |
| 21 | words -- "Oh, I bet you that's Apple."  And to that, | 17:14:11 |
| 22 | Paul Melin doesn't necessarily refute it. | 17:14:15 |
| 23 | And then suddenly Dr. Ahn says that he is | 17:15:06 |
| 24 | thinking -- thinking -- well, you know, again, the | 17:15:08 |
| 25 | exact expressions at this point in time I cannot be | 17:15:11 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

159

| | | |
|---|---|---|
| 1 | certain of. | 17:15:15 |
| 2 | He either says I believe, he believes or | 17:15:16 |
| 3 | he thinks or he knows -- whatever he said, however | 17:15:19 |
| 4 | he said it, the message he was conveying was that as | 17:15:28 |
| 5 | far as he was concerned, ███████████████ | ████████ |
| | ████████████████████████████████████████████ | ████████ |
| | ██████████, that he was aware of that -- well, again, | 17:15:46 |
| 8 | however he put it, that I don't know, but something | 17:15:51 |
| 9 | to that effect. | 17:15:54 |
| 10 | Which Paul Melin didn't necessarily | 17:16:02 |
| 11 | refute. | 17:16:05 |
| 12 | THE INTERPRETER:  The interpreter's | 17:16:34 |
| 13 | uncertain as to the tag that he just added, so the | 17:16:35 |
| 14 | interpreter retracts the "didn't necessarily refute" | 17:16:37 |
| 15 | part at this time. | 17:16:40 |
| 16 | THE WITNESS:  Which Paul Melin didn't | 17:16:46 |
| 17 | deny, yet Paul Melin did seem surprised.  And he | 17:16:47 |
| 18 | asked, "So how do you know that," I think. | 17:16:53 |
| 19 | BY MR. LANTIER: | 17:17:00 |
| 20 | Q    And what did Dr. Ahn say? | 17:17:00 |
| 21 | MR. ZELLER:  This is asked and answered. | 17:17:08 |
| 22 | THE WITNESS:  I'll be happy to state it | 17:17:11 |
| 23 | again. | 17:17:12 |
| 24 | So what Dr. Ahn says in response is, | 17:17:32 |
| 25 | "based upon available industry information out | 17:17:34 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

160

| | | |
|---|---|---|
| 1 | there, that is what one is led to believe." | 17:17:37 |
| 2 | I think that's how he answered. | 17:17:41 |
| 3 | BY MR. LANTIER: | 17:17:47 |
| 4 | Q    Did Samsung use the terms of the | 17:17:47 |
| 5 | Apple-Nokia license in any way while developing its | 17:17:48 |
| 6 | license offers to Apple? | 17:17:53 |
| 7 | A    No.  There isn't anything insofar as my | 17:18:17 |
| 8 | understanding goes -- strike -- insofar as my | 17:18:20 |
| 9 | recollection goes. | 17:18:22 |
| 10 | Q    Did Samsung consider the terms of the | 17:18:24 |
| 11 | Apple-Nokia license while developing license offers | 17:18:28 |
| 12 | to Apple? | 17:18:32 |
| 13 | A    No.  There hasn't been anything as far as | 17:18:51 |
| 14 | my recollection goes. | 17:18:54 |
| 15 | Q    Has Samsung used the terms of the | 17:18:56 |
| 16 | Apple-Ericsson license in any way in developing its | 17:18:58 |
| 17 | licensing position with respect to Ericsson? | 17:19:03 |
| 18 | Has Samsung used the terms of the | 17:19:13 |
| 19 | Apple-Ericsson license in any way in developing its | 17:19:15 |
| 20 | licensing position with respect to Ericsson? | 17:19:18 |
| 21 | A    As far as my understanding goes, there has | 17:19:40 |
| 22 | not been anything like that. | 17:19:42 |
| 23 | Q    Has Samsung used the terms of the | 17:19:44 |
| 24 | Apple-Ericsson license in any way in developing its | 17:19:45 |
| 25 | licensing position with respect to Apple? | 17:19:49 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
**CONDUCTED ON FRIDAY, OCTOBER 18, 2013**

161

| | | |
|---|---|---|
| 1 | A     As far as my understanding goes, no. | 17:20:09 |
| 2 | Q     And has Samsung used the terms of the | 17:20:11 |
| 3 | Apple-Philips or Apple-Sharp licenses in any way in | 17:20:14 |
| 4 | developing its licensing position with respect to | 17:20:21 |
| 5 | Apple? | 17:20:25 |
| 6 | A     No, as far as my understanding goes. | 17:20:41 |
| 7 | Q     Do you believe that you ever forwarded any | 17:20:47 |
| 8 | of the e-mails you received that attached the ITC | 17:20:50 |
| 9 | outline to anyone else? | 17:20:58 |
| 10 | MR. ZELLER:  The question's vague. | 17:21:16 |
| 11 | THE WITNESS:  As far as my recollection | 17:21:20 |
| 12 | goes, no, I have not. | 17:21:21 |
| 13 | BY MR. LANTIER: | 17:21:24 |
| 14 | Q     Did you forward any of the e-mails you | 17:21:24 |
| 15 | received that attached the partially redacted Teece | 17:21:27 |
| 16 | report to anyone else? | 17:21:31 |
| 17 | A     No, as far as my recollection goes. | 17:21:48 |
| 18 | MR. LANTIER:  I'm going to cede so that | 17:21:53 |
| 19 | counsel for Nokia has time to ask you questions as | 17:21:55 |
| 20 | well.  I am holding this deposition open for several | 17:21:58 |
| 21 | reasons, including the improper instructions on the | 17:22:02 |
| 22 | basis of the attorney-client privilege and what we | 17:22:07 |
| 23 | believe were improper instructions on other bases as | 17:22:11 |
| 24 | well. | 17:22:15 |
| 25 | But I do want to say thank you very much | 17:22:17 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

162

| | | |
|---|---|---|
| 1 | for your time, Mr. Kwak. | 17:22:19 |
| 2 | (Interpreters confer.) | 17:22:44 |
| 3 | MR. LANTIER:  And also hold it open on the | 17:23:05 |
| 4 | basis that the document production we've received is | 17:23:07 |
| 5 | overly redacted and we believe does not comply with | 17:23:14 |
| 6 | the order. | 17:23:18 |
| 7 | With that said, I would like to mark this | 17:23:23 |
| 8 | transcript as highly confidential – attorneys' eyes | 17:23:26 |
| 9 | only as containing Apple confidential information. | 17:23:29 |
| 10 | MR. ZELLER:  What Apple confidential | 17:23:50 |
| 11 | information or highly confidential information did | 17:23:51 |
| 12 | you show this witness. | 17:23:53 |
| 13 | MR. LANTIER:  I don't think I showed him | 17:24:02 |
| 14 | any Apple confidential information.  I do believe | 17:24:03 |
| 15 | that some of his testimony reflects Apple highly | 17:24:07 |
| 16 | confidential information. | 17:24:12 |
| 17 | MR. ZELLER:  What testimony? | 17:24:13 |
| 18 | MR. LANTIER:  He testified about the terms | 17:24:15 |
| 19 | of the Apple-Nokia license. | 17:24:19 |
| 20 | MR. ZELLER:  He did not testify about the | 17:24:21 |
| 21 | terms.  He testified about what was said in a | 17:24:22 |
| 22 | meeting with Nokia, which is a very different thing. | 17:24:25 |
| 23 | Are you saying that those -- | 17:24:29 |
| 24 | MR. KOPPELMAN:  This doesn't have to be | 17:24:30 |
| 25 | settled now.  I need to -- | 17:24:30 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

163

| | | |
|---|---|---|
| 1 | MR. ZELLER:  Well, I have a big problem | 17:24:32 |
| 2 | with him saying that it's, A, no Apple.  Because | 17:24:33 |
| 3 | already we've been hindered in our ability to defend | 17:24:37 |
| 4 | ourselves by improper designations, including the | 17:24:40 |
| 5 | Paul Melin declaration. | 17:24:43 |
| 6 | MR. KOPPELMAN:  That will not be resolved | 17:24:45 |
| 7 | right now.  You can agree that. | 17:24:46 |
| 8 | MR. ZELLER:  I think it's improper. | 17:24:49 |
| 9 | I ask that you identify specifically what | 17:24:50 |
| 10 | it is that you believe is Apple confidential or | 17:24:52 |
| 11 | highly confidential information.  We will bind it | 17:24:54 |
| 12 | separately. | 17:24:57 |
| 13 | But the ability to interfere with our | 17:24:58 |
| 14 | ability to defend ourselves is improper.  There's -- | 17:25:03 |
| 15 | this deposition is replete with Samsung confidential | 17:25:05 |
| 16 | information and highly confidential information, so | 17:25:08 |
| 17 | we can and are properly designated, but Apple | 17:25:11 |
| 18 | cannot. | 17:25:15 |
| 19 | MR. KOPPELMAN:  For the record, I | 17:25:15 |
| 20 | designated earlier myself. | 17:25:16 |
| 21 | MR. LANTIER:  And, Mike, no theatrics | 17:25:20 |
| 22 | needed.  I'm happy to identify the specific answers | 17:25:22 |
| 23 | that we believe contain Apple highly confidential | 17:25:27 |
| 24 | information.  We'll do that promptly, and I agree | 17:25:30 |
| 25 | that we can separately bind it so that there's no | 17:25:33 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

164

| | | |
|---|---|---|
| 1 | issue. | 17:25:36 |
| 2 | MR. KOPPELMAN:  Mark this as the next | 17:25:43 |
| 3 | exhibit.  Can the court reporter hear me? | 17:25:45 |
| 4 | THE REPORTER:  Yes. | 17:26:22 |
| 5 | MR. KOPPELMAN:  Well, let's go off the | 17:26:24 |
| 6 | record. | 17:26:24 |
| 7 | THE VIDEOGRAPHER:  The time now is 5:26, | 17:26:25 |
| 8 | and we're off the record. | 17:26:29 |
| 9 | (Recess.) | 17:28:21 |
| 10 | (Exhibit 9 was marked for | 17:28:21 |
| 11 | identification by the reporter.) | 17:28:21 |
| 12 | THE VIDEOGRAPHER:  We're back on the | 17:28:55 |
| 13 | record, and the time now is 5:29.  Counsel. | 17:28:55 |
| 14 | | 17:28:59 |
| 15 | EXAMINATION | 17:28:59 |
| 16 | BY MR. KOPPELMAN: | 17:29:00 |
| 17 | Q    Good afternoon, Mr. Kwak. | 17:29:00 |
| 18 | A    Good afternoon. | 17:29:03 |
| 19 | Q    You have in front of you what's marked as | 17:29:10 |
| 20 | Exhibit 9 to your deposition. | 17:29:12 |
| 21 | A    Yes. | 17:29:20 |
| 22 | Q    Do you recognize this document? | 17:29:20 |
| 23 | A    I do not recall seeing this. | 17:29:26 |
| 24 | Q    Let me direct your attention to the fourth | 17:29:38 |
| 25 | paragraph. | 17:29:39 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

165

| | | | |
|---|---|---|---|
| 1 | It starts: | | 17:29:43 |
| 2 | "On February 1st, 2013, Tom Pease | | 17:29:44 |
| 3 | of Quinn Emanuel e-mailed a copy of | | 17:29:50 |
| 4 | the incompletely redacted Teece | | 17:29:51 |
| 5 | report to Ari Zymelman and | | 17:29:52 |
| 6 | Kevin Hardy at Williams & Connolly." | | 17:29:59 |
| 7 | Do you see that? | | 17:30:03 |
| 8 | A    Yes.  I see that. | | 17:30:28 |
| 9 | Q    You testified earlier about an Ari and a | | 17:30:30 |
| 10 | Kevin at Williams & Connolly. | | 17:30:33 |
| 11 | Are these the two gentlemen you spoke | | 17:30:36 |
| 12 | about earlier? | | 17:30:37 |
| 13 | A    Yes.  That is correct. | | 17:30:49 |
| 14 | Q    Do you happen to know why on | | 17:30:53 |
| 15 | February 1st -- strike that. | | 17:30:55 |
| 16 | Do you know whether this statement is | | 17:31:05 |
| 17 | true? | | 17:31:06 |
| 18 | A    I don't happen to know one way or another, | | 17:31:29 |
| 19 | but if it is true that this mail was indeed sent, | | 17:31:31 |
| 20 | then I guess it would be true. | | 17:31:35 |
| 21 | Q    Do you happen to know why it was sent? | | 17:31:44 |
| 22 | MR. ZELLER:  You can answer that yes or | | 17:31:51 |
| 23 | no. | | 17:31:52 |
| 24 | THE WITNESS:  No. | | 17:31:53 |
| 25 | | | |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

166

| | | |
|---|---|---|
| 1 | BY MR. KOPPELMAN: | 17:31:55 |
| 2 | Q    Direct your attention to Exhibit 7. | 17:32:09 |
| 3 |      I believe you testified about this e-mail | 17:32:15 |
| 4 | previously; correct? | 17:32:17 |
| 5 | A    That is correct. | 17:32:24 |
| 6 | Q    And in this e-mail, Ari Zymelman from | 17:32:26 |
| 7 | Williams & Connolly e-mailed you a memo titled the | 17:32:31 |
| 8 | Nokia-Apple license memo; is that correct? | 17:32:37 |
| 9 | A    The way I think about this, I think that | 17:33:03 |
| 10 | is correct. | 17:33:05 |
| 11 | Q    Can you look at Exhibit 8.  And compare | 17:33:06 |
| 12 | Exhibit 7 and Exhibit 8. | 17:33:13 |
| 13 |      You'll notice on Exhibit 7 that the | 17:33:19 |
| 14 | attachment Nokia-Apple license memo, the title of | 17:33:23 |
| 15 | that is redacted, whereas on Exhibit 8 it is not. | 17:33:26 |
| 16 |      Do you see that? | 17:33:29 |
| 17 | A    Yes.  I see that. | 17:33:52 |
| 18 | Q    And if you look at the bottom of | 17:33:54 |
| 19 | Exhibit 8, it appears that Exhibit 8 is an e-mail | 17:33:56 |
| 20 | reforwarding the e-mail in Exhibit 7. | 17:34:00 |
| 21 |      Would you agree? | 17:34:04 |
| 22 |      MR. ZELLER:  Lacks foundation. | 17:34:15 |
| 23 |      THE WITNESS:  I'm not an expert in e-mail, | 17:34:28 |
| 24 | therefore I wouldn't exactly know. | 17:34:31 |
| 25 | | |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

167

| | | |
|---|---|---|
| 1 | BY MR. KOPPELMAN: | 17:34:38 |
| 2 | Q    Do you dispute that the e-mail in | 17:34:39 |
| 3 | Exhibit 7 contained the attachment Nokia-Apple | 17:34:41 |
| 4 | license memo referenced in Exhibit 8? | 17:34:43 |
| 5 | MR. ZELLER:  Lacks foundation. | 17:35:06 |
| 6 | THE WITNESS:  If per chance actual | 17:35:31 |
| 7 | e-mail-related experts say that two are one in the | 17:35:34 |
| 8 | same, then in view of that, how could anyone dispute | 17:35:43 |
| 9 | that?  I don't know that I could, if that were the | 17:35:47 |
| 10 | case. | 17:35:51 |
| 11 | BY MR. KOPPELMAN: | 17:35:54 |
| 12 | Q    Maybe we need some e-mail experts. | 17:35:54 |
| 13 | The next question I have for you is:  Do | 17:36:04 |
| 14 | you know whether Ari Zymelman included information | 17:36:08 |
| 15 | that he learned from the Teece report as referenced | 17:36:13 |
| 16 | in Exhibit 9 in the Nokia and Apple license memo | 17:36:15 |
| 17 | that's referenced in, I believe, Exhibit 7 and 8? | 17:36:21 |
| 18 | THE INTERPRETER:  May the interpreter | 17:36:49 |
| 19 | rehear that, Counsel? | 17:36:49 |
| 20 | MR. ZELLER:  In view of Nokia's refusal to | 17:36:53 |
| 21 | stipulate to any sort of nonwaiver in answering | 17:36:55 |
| 22 | these types of questions, I'm instructing the | 17:36:58 |
| 23 | witness not to answer. | 17:36:59 |
| 24 | If Nokia will reconsider its position on | 17:37:21 |
| 25 | nonwaiver, I'll consider having him answer the | 17:37:23 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

168

| | | |
|---|---|---|
| 1 | question.  But he's not going to talk about the | 17:37:26 |
| 2 | content of a privileged and work product document | 17:37:29 |
| 3 | without it. | 17:37:31 |
| 4 | MR. KOPPELMAN:  I appreciate your offer, | 17:37:48 |
| 5 | Mr. Zeller.  I decline. | 17:37:49 |
| 6 | Mark this as Exhibit 10. | 17:38:45 |
| 7 | (Exhibit 10 was marked for | 17:38:47 |
| 8 | identification by the reporter.) | 17:38:47 |
| 9 | MR. KOPPELMAN:  I'm having déjà vu.  We | 17:38:55 |
| 10 | haven't marked this yet, have we?  Too many | 17:38:57 |
| 11 | depositions this week.  I just want to make sure we | 17:39:01 |
| 12 | have a clear record. | 17:39:02 |
| 13 | MR. ZELLER:  We have not. | 17:39:04 |
| 14 | MR. KOPPELMAN:  Okay. | 17:39:05 |
| 15 | MR. ZELLER:  Upon what basis Nokia's | 17:39:05 |
| 16 | asking about the 794 proceeding is probably going to | 17:39:07 |
| 17 | be in violation of the protective order there.  I | 17:39:11 |
| 18 | guess we'll see. | 17:39:14 |
| 19 | Go ahead. | 17:39:15 |
| 20 | MR. KOPPELMAN:  I'm not a party to that | 17:39:15 |
| 21 | protective order.  What is your concern? | 17:39:17 |
| 22 | MR. ZELLER:  That's exactly the point. | 17:39:19 |
| 23 | You're not a party to it.  But go ahead. | 17:39:20 |
| 24 | MR. KOPPELMAN:  If you need to instruct | 17:39:23 |
| 25 | him not to answer my questions on that basis, I'll | 17:39:24 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

169

| | | |
|---|---|---|
| 1 | leave that to you. | 17:39:28 |
| 2 | MR. ZELLER:  We'll find out what you know | 17:39:29 |
| 3 | about the 794 proceeding in violation of the ITC's | 17:39:30 |
| 4 | protective order. | 17:39:34 |
| 5 | Please proceed. | 17:39:35 |
| 6 | MR. KOPPELMAN:  I don't know what you're | 17:39:37 |
| 7 | talking about, Mr. Zeller. | 17:39:37 |
| 8 | BY MR. KOPPELMAN: | 17:39:47 |
| 9 | Q    Mr. Kwak, do you recognize Exhibit 10? | 17:39:48 |
| 10 | A    As far as my understanding goes, no, I | 17:40:06 |
| 11 | cannot recall this. | 17:40:08 |
| 12 | Q    The "to" line I believe is in Korean.  Is | 17:40:11 |
| 13 | your name listed in the "to" line? | 17:40:15 |
| 14 | A    Yes, it is. | 17:40:29 |
| 15 | Q    Are there other individuals besides | 17:40:30 |
| 16 | yourself listed in the "to" line of Exhibit 10? | 17:40:31 |
| 17 | A    Yes.  EVP Seung Ho Ahn is also listed. | 17:40:43 |
| 18 | Q    Is there anyone else? | 17:40:53 |
| 19 | A    No.  Nobody else. | 17:41:00 |
| 20 | Q    So this is an e-mail amongst three people: | 17:41:01 |
| 21 | You, Mr. Ahn, and In Dong Kang; correct? | 17:41:05 |
| 22 | A    Looking at this, that would be the case. | 17:41:24 |
| 23 | Q    And the three of you were the ones that | 17:41:32 |
| 24 | attended the June 4th, 2013 meeting with Nokia; | 17:41:33 |
| 25 | correct? | 17:41:38 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

170

| | | |
|---|---|---|
| 1 | A     Yes.  That's correct. | 17:41:49 |
| 2 | Q     Do you have any explanation for why the | 17:41:53 |
| 3 | three of you were communicating about the attachment | 17:41:55 |
| 4 | listed here on Exhibit 10? | 17:41:59 |
| 5 | MR. ZELLER:  Assumes facts.  Misstates the | 17:42:18 |
| 6 | testimony and the record as to the attachment. | 17:42:19 |
| 7 | Also, I'm going to instruct the witness | 17:42:22 |
| 8 | not to reveal in his answer the substance of | 17:42:24 |
| 9 | attorney-client communications in connection with | 17:42:26 |
| 10 | legal advice or work product. | 17:42:26 |
| 11 | MR. KOPPELMAN:  Is he permitted to answer | 17:42:41 |
| 12 | the question in part, or are you instructing him not | 17:42:43 |
| 13 | to answer it at all? | 17:42:45 |
| 14 | MR. ZELLER:  I'm telling him not to reveal | 17:42:50 |
| 15 | the kind of privileged matters that I've just | 17:42:52 |
| 16 | described. | 17:42:55 |
| 17 | MR. KOPPELMAN:  Then I'm going to ask a | 17:43:07 |
| 18 | different question first. | 17:43:07 |
| 19 | BY MR. KOPPELMAN: | 17:43:13 |
| 20 | Q     When your attorney tells you not to reveal | 17:43:20 |
| 21 | attorney-client communications, what do you think | 17:43:21 |
| 22 | that means? | 17:43:23 |
| 23 | MR. ZELLER:  The question is overbroad. | 17:43:33 |
| 24 | You're asking for all purposes?  Also, again, you | 17:43:35 |
| 25 | really have to exclude from that any attorney-client | 17:43:39 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

171

| | | |
|---|---|---|
| 1 | communications provided in connection with legal | 17:43:42 |
| 2 | advice and work product.  Calls for a legal | 17:43:47 |
| 3 | conclusion as well. | 17:43:51 |
| 4 | I think we've seen this movie before with | 17:43:53 |
| 5 | other counsel.  I mean, you don't have very much | 17:43:55 |
| 6 | long left.  We're coming up on seven hours -- | 17:43:58 |
| 7 | MR. KOPPELMAN:  And you're using it up by | 17:44:00 |
| 8 | talking. | 17:44:01 |
| 9 | MR. ZELLER:  -- I suggest you use it | 17:44:02 |
| 10 | productively. | 17:44:05 |
| 11 | MR. KOPPELMAN:  I'm trying. | 17:44:06 |
| 12 | MR. ZELLER:  We're not here to debate the | 17:44:38 |
| 13 | attorney-client privilege.  Ask -- | 17:44:39 |
| 14 | MR. KOPPELMAN:  I'd like to ask my | 17:44:41 |
| 15 | question.  I'm moving on. | 17:44:41 |
| 16 | MR. ZELLER:  Ask a factual question. | 17:44:43 |
| 17 | MR. KOPPELMAN:  I'm about to.  I'm about | 17:44:45 |
| 18 | to. | 17:44:45 |
| 19 | BY MR. KOPPELMAN: | 17:44:47 |
| 20 | Q    Do you have any explanation for why -- | 17:44:47 |
| 21 | this is my original question.  Coming back to it. | 17:44:48 |
| 22 | Do you have any explanation for why the | 17:44:50 |
| 23 | three of you were communicating about the attachment | 17:44:51 |
| 24 | listed here on Exhibit 10? | 17:44:55 |
| 25 | MR. ZELLER:  The question lacks | 17:45:14 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

172

| | | |
|---|---|---|
| 1 | foundation.  Assumes facts. | 17:45:14 |
| 2 | And I'm instructing the witness not to | 17:45:15 |
| 3 | reveal in his answer the substance of | 17:45:17 |
| 4 | attorney-client communications in connection with | 17:45:19 |
| 5 | legal advice or work product. | 17:45:19 |
| 6 | BY MR. KOPPELMAN: | 17:45:45 |
| 7 | Q    Do you have an answer to my question, | 17:45:46 |
| 8 | Mr. Kwak? | 17:45:48 |
| 9 | MR. ZELLER:  Same instructions and | 17:45:50 |
| 10 | objections. | 17:45:51 |
| 11 | THE WITNESS:  As far as I can recall -- | 17:46:04 |
| 12 | I'm not even sure why this was being sent to me.  I | 17:46:08 |
| 13 | don't quite know. | 17:46:10 |
| 14 | BY MR. KOPPELMAN: | 17:46:15 |
| 15 | Q    In Dong Kang reports to you; correct? | 17:46:16 |
| 16 | A    That is correct. | 17:46:23 |
| 17 | Q    And he's the member of your team that's | 17:46:27 |
| 18 | assigned to the Nokia licensing matter; correct? | 17:46:29 |
| 19 | MR. ZELLER:  This is asked and answered. | 17:46:42 |
| 20 | THE WITNESS:  Yes.  That's correct. | 17:46:46 |
| 21 | BY MR. KOPPELMAN: | 17:46:51 |
| 22 | Q    Do you recall speaking with him about this | 17:46:51 |
| 23 | subject matter? | 17:46:54 |
| 24 | MR. ZELLER:  The question is vague about | 17:47:02 |
| 25 | "subject matter."  You can answer that yes or no. | 17:47:04 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

173

| | | |
|---|---|---|
| 1 | THE WITNESS:  No. | 17:47:11 |
| 2 | BY MR. KOPPELMAN: | 17:47:29 |
| 3 | Q    Do you recall whether the e-mail in | 17:47:32 |
| 4 | exhibit 10 -- well, scratch that. | 17:47:34 |
| 5 | Do you recall if the subject of your | 17:47:59 |
| 6 | communications in Exhibit 10 related specifically to | 17:48:02 |
| 7 | the attachment listed here? | 17:48:06 |
| 8 | MR. ZELLER:  I instruct the witness not to | 17:48:30 |
| 9 | answer. | 17:48:30 |
| 10 | MR. KOPPELMAN:  Okay. | 17:48:32 |
| 11 | BY MR. KOPPELMAN: | 17:48:39 |
| 12 | Q    Mr. Kwak, do you recall whether the | 17:48:39 |
| 13 | subject of the e-mail in Exhibit 10 related to the | 17:48:41 |
| 14 | licensing terms between Nokia and Apple? | 17:48:50 |
| 15 | Let me ask a better question. | 17:49:10 |
| 16 | Mr. Kwak, do you recall whether the | 17:49:15 |
| 17 | subject of the e-mail in Exhibit 10 was the | 17:49:23 |
| 18 | licensing terms between Nokia and Apple? | 17:49:25 |
| 19 | MR. ZELLER:  I instruct the witness not to | 17:49:40 |
| 20 | answer. | 17:49:40 |
| 21 | BY MR. KOPPELMAN: | 17:50:16 |
| 22 | Q    Mr. Kwak, do you have any personal | 17:50:18 |
| 23 | knowledge as to whether Williams & Connolly has had | 17:50:19 |
| 24 | access to the licensing terms between Nokia and | 17:50:24 |
| 25 | Apple? | 17:50:29 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

174

| | | |
|---|---|---|
| 1 | MR. ZELLER:  The question's vague. | 17:50:45 |
| 2 | THE WITNESS:  As for me -- well, as far as | 17:51:01 |
| 3 | my understanding goes, I don't know about that. | 17:51:04 |
| 4 | BY MR. KOPPELMAN: | 17:51:30 |
| 5 | Q   Mr. Kwak, you testified about this, but | 17:51:30 |
| 6 | just a quick foundational question. | 17:51:36 |
| 7 | You attended the June 4th, 2013 meeting | 17:51:38 |
| 8 | with Nokia; correct? | 17:51:41 |
| 9 | A   Yes.  That's correct. | 17:51:52 |
| 10 | Q   Do you have a clear recollection of that | 17:51:55 |
| 11 | meeting? | 17:51:57 |
| 12 | MR. ZELLER:  The question is vague.  It's | 17:52:06 |
| 13 | also been asked and answered. | 17:52:07 |
| 14 | THE WITNESS:  What is meant by having a | 17:52:17 |
| 15 | clear recollection?  Could you ask me again, please. | 17:52:20 |
| 16 | BY MR. KOPPELMAN: | 17:52:34 |
| 17 | Q   Did you take any notes at the June 4th, | 17:52:35 |
| 18 | 2013 meeting with Nokia? | 17:52:36 |
| 19 | A   I do not recall as to whether I took down | 17:52:56 |
| 20 | any notes or not.  I can't quite recall. | 17:53:00 |
| 21 | Q   If you had taken some notes, where do you | 17:53:06 |
| 22 | think they would be stored right now? | 17:53:08 |
| 23 | MR. ZELLER:  Calls for speculation.  Lacks | 17:53:17 |
| 24 | foundation. | 17:53:19 |
| 25 | THE WITNESS:  Well, I wouldn't quite be | 17:53:34 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

175

| | | |
|---|---|---|
| 1 | able to recall as to where they might be. | 17:53:36 |
| 2 | BY MR. KOPPELMAN: | 17:53:41 |
| 3 | Q    If it was important to find them, where | 17:53:41 |
| 4 | would you look for them? | 17:53:42 |
| 5 | MR. ZELLER:  Calls for speculation.  Lacks | 17:53:50 |
| 6 | foundation. | 17:53:50 |
| 7 | You can answer the question if you can. | 17:54:18 |
| 8 | THE WITNESS:  There does not happen to be | 17:54:36 |
| 9 | any particular place where I tend to keep things, so | 17:54:37 |
| 10 | I myself am at a loss as to where I might look to | 17:54:42 |
| 11 | find those. | 17:54:46 |
| 12 | BY MR. KOPPELMAN: | 17:54:52 |
| 13 | Q    Have you looked for them within the last | 17:54:53 |
| 14 | two weeks. | 17:54:56 |
| 15 | A    No.  I do not recall looking for them. | 17:55:07 |
| 16 | Q    Do you recall anyone asking you to look | 17:55:09 |
| 17 | for them? | 17:55:12 |
| 18 | MR. ZELLER:  I'm going to instruct you not | 17:55:16 |
| 19 | to reveal the substance of attorney-client | 17:55:17 |
| 20 | communications in connection with legal advice. | 17:55:19 |
| 21 | MR. KOPPELMAN:  I'll withdraw the question | 17:55:31 |
| 22 | and ask it in pieces. | 17:55:32 |
| 23 | BY MR. KOPPELMAN: | 17:55:34 |
| 24 | Q    Other than an attorney, do you recall | 17:55:36 |
| 25 | anyone asking you to look for your notes from the | 17:55:38 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

176

| | | |
|---|---|---|
| 1 | June 4th, 2013 meeting with Nokia? | 17:55:42 |
| 2 | MR. ZELLER:  Assumes facts. | 17:56:09 |
| 3 | THE WITNESS:  Negative as far as my | 17:56:23 |
| 4 | recollection goes. | 17:56:24 |
| 5 | MR. KOPPELMAN:  Okay.  Follow-up question. | 17:56:27 |
| 6 | BY MR. KOPPELMAN: | 17:56:29 |
| 7 | Q    Did any attorney ask you to look for your | 17:56:29 |
| 8 | notes from the June 4th, 2013 meeting with Nokia? | 17:56:32 |
| 9 | MR. ZELLER:  I instruct you not to answer | 17:56:48 |
| 10 | the question.  And assumes facts. | 17:56:49 |
| 11 | BY MR. KOPPELMAN: | 17:57:31 |
| 12 | Q    Did you observe anyone at the June 4th, | 17:57:32 |
| 13 | 2013 meeting taking any notes? | 17:57:33 |
| 14 | A    As far as I can recall that -- well, I'm | 17:57:56 |
| 15 | not too sure about that. | 17:57:58 |
| 16 | Q    Do you recall making a specific decision | 17:58:18 |
| 17 | to not take notes at the June 4th, 2013 meeting with | 17:58:20 |
| 18 | Nokia? | 17:58:23 |
| 19 | A    As I would think about that, I don't | 17:58:37 |
| 20 | recall making that sort of a decision. | 17:58:40 |
| 21 | Q    I believe you previously testified -- and | 17:58:58 |
| 22 | I don't mean to characterize your testimony, but | 17:59:01 |
| 23 | just to bring you back to your previous testimony. | 17:59:04 |
| 24 | You generally talked about the fact there | 17:59:07 |
| 25 | were two sessions, I believe.  And the second one | 17:59:09 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

177

| | | |
|---|---|---|
| 1 | had a PowerPoint.  Is that correct, or am I | 17:59:13 |
| 2 | remembering your testimony incorrectly? | 17:59:17 |
| 3 | MR. ZELLER:  Misstates the witness' | 17:59:49 |
| 4 | testimony.  It's also compound. | 17:59:54 |
| 5 | THE WITNESS:  So I need to answer? | 18:00:06 |
| 6 | MR. KOPPELMAN:  Yes, please. | 18:00:08 |
| 7 | THE WITNESS:  So in terms of the number of | 18:00:21 |
| 8 | sessions, it wasn't two.  There were three. | 18:00:22 |
| 9 | BY MR. KOPPELMAN: | 18:00:28 |
| 10 | Q    Thank you for that clarification. | 18:00:33 |
| 11 | How many times was the PowerPoint | 18:00:43 |
| 12 | presentation presented?  Was it in only one, two, or | 18:00:44 |
| 13 | all three of those sessions? | 18:00:48 |
| 14 | A    I recall it was the second session that | 18:01:25 |
| 15 | had the PowerPoint up on the screen. | 18:01:27 |
| 16 | Q    And it was -- | 18:01:32 |
| 17 | A    So after we came back from the break, upon | 18:01:41 |
| 18 | going into the second session, we saw that Nokia | 18:01:45 |
| 19 | already had the PowerPoint up running. | 18:01:48 |
| 20 | Q    And the PowerPoint was up only for the | 18:01:54 |
| 21 | second session, not the first or third; is that | 18:01:56 |
| 22 | correct? | 18:02:00 |
| 23 | A    With respect to the third session, I | 18:02:15 |
| 24 | cannot recall one way or the other as to whether it | 18:02:16 |
| 25 | was up or not. | 18:02:19 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

178

| | | |
|---|---|---|
| 1 | Q    But your recollection, it was not up the | 18:02:29 |
| 2 | first session; correct? | 18:02:32 |
| 3 | A    That is correct. | 18:02:36 |
| 4 | Q    In which session did Samsung present its | 18:02:42 |
| 5 | offer? | 18:02:45 |
| 6 | A    The first one. | 18:02:49 |
| 7 | Q    In which session did Paul Melin, as you | 18:03:17 |
| 8 | remember, bring up a percentage royalty rate? | 18:03:29 |
| 9 | A    If you wouldn't mind, sir, could you be | 18:03:52 |
| 10 | more specific with your question? | 18:03:53 |
| 11 | Q    I'll try to be more specific.  I'm afraid | 18:04:12 |
| 12 | I'm going to get accused of retreading territory. | 18:04:14 |
| 13 | What I'm trying to figure out is in your | 18:04:19 |
| 14 | testimony you mentioned that Paul Melin raised a | 18:04:23 |
| 15 | specific royalty rate, and I'm just trying to figure | 18:04:26 |
| 16 | out during which session that occurred. | 18:04:29 |
| 17 | MR. ZELLER:  The question's vague. | 18:05:01 |
| 18 | THE WITNESS:  And -- well, with due | 18:05:10 |
| 19 | respect, what I'm asking of you, sir, is that if you | 18:05:13 |
| 20 | could perhaps be a little more specific with your | 18:05:16 |
| 21 | question and perhaps a little simpler while at it. | 18:05:19 |
| 22 | MR. KOPPELMAN:  I'll try. | 18:05:24 |
| 23 | BY MR. KOPPELMAN: | 18:05:33 |
| 24 | Q    Did Paul Melin raise a specific royalty | 18:05:34 |
| 25 | rate during the June 4th, 2013 meeting? | 18:05:35 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

179

| | | |
|---|---|---|
| 1 | MR. ZELLER:  The question's vague. | 18:05:49 |
| 2 | THE WITNESS:  And that is the portion of | 18:06:00 |
| 3 | your question that I would like you to speak with | 18:06:01 |
| 4 | much more specificity, if you wouldn't mind, please. | 18:06:05 |
| 5 | BY MR. KOPPELMAN: | 18:06:32 |
| 6 | Q    Do you recall Paul Melin bringing up a | 18:06:33 |
| 7 | percentage royalty rate during that meeting? | 18:06:40 |
| 8 | MR. ZELLER:  The question is vague and | 18:06:52 |
| 9 | asked and answered. | 18:06:54 |
| 10 | THE WITNESS:  With due apologies, could I | 18:07:01 |
| 11 | confer with counsel? | 18:07:03 |
| 12 | MR. ZELLER:  If the question is too vague | 18:07:04 |
| 13 | for you to answer, you just need to say so. | 18:07:05 |
| 14 | I think the confusion is he doesn't know | 18:07:15 |
| 15 | what royalty rate you're asking about, whether it's | 18:07:17 |
| 16 | the one that was offered by some party or not or the | 18:07:19 |
| 17 | one that he talked about previously.  That's what I | 18:07:22 |
| 18 | don't think is clear to him, and he's concerned it's | 18:07:25 |
| 19 | the other one. | 18:07:27 |
| 20 | In other words, the specific financial | 18:07:30 |
| 21 | terms of -- not the Apple-Nokia license, but, | 18:07:31 |
| 22 | rather, the negotiations between Samsung and Nokia | 18:07:36 |
| 23 | in terms of offers and counter offers. | 18:07:41 |
| 24 | MR. KOPPELMAN:  I'm not following you, | 18:07:52 |
| 25 | Mr. Zeller. | 18:07:53 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

180

| | | |
|---|---|---|
| 1 | BY MR. KOPPELMAN: | 18:08:04 |
| 2 | Q    I believe, Mr. Kwak, you had said that | 18:08:04 |
| 3 | there was another party paying a certain percentage | 18:08:06 |
| 4 | rate, that Paul Melin raised that at some point on | 18:08:07 |
| 5 | the June 4th, 2013 meeting, and that's what I'm | 18:08:17 |
| 6 | trying to focus on. | 18:08:19 |
| 7 | Do you recall that? | 18:08:21 |
| 8 | A    With due apologies, I do not believe that | 18:09:00 |
| 9 | I ever employed that sort of an expression.  Could | 18:09:02 |
| 10 | you be a little more precise with how you're | 18:09:06 |
| 11 | phrasing your question, please. | 18:09:09 |
| 12 | Q    Did Paul Melin at the June 4th, 2013 | 18:09:37 |
| 13 | meeting raise the issue of a third party paying a | 18:09:38 |
| 14 | specific percentage royalty rate? | 18:09:46 |
| 15 | MR. ZELLER:  The question's vague. | 18:10:10 |
| 16 | THE WITNESS:  I really must beg your | 18:10:22 |
| 17 | indulgence because I do not believe that I ever used | 18:10:23 |
| 18 | the expression, quote, third party, unquote. | 18:10:25 |
| 19 | So if you wouldn't mind indulging me, | 18:10:32 |
| 20 | could you be a little more specific? | 18:10:35 |
| 21 | BY MR. KOPPELMAN: | 18:10:42 |
| 22 | Q    I was not trying to quote your words back | 18:10:42 |
| 23 | to you.  I was just trying to ask a question. | 18:10:44 |
| 24 | Did Paul Melin at the June 4th, 2013 | 18:10:49 |
| 25 | meeting raise the issue of some other company paying | 18:10:54 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

181

| | | |
|---|---|---|
| 1 | to Nokia a specific percentage royalty rate? | 18:10:57 |
| 2 | MR. ZELLER:  The question's vague. | 18:11:33 |
| 3 | THE WITNESS:  I have to apologize, sir, | 18:12:01 |
| 4 | but I think you're going to have to tell me as to | 18:12:05 |
| 5 | what company has said that.  I think you need to be | 18:12:08 |
| 6 | a little bit more precise with that question for my | 18:12:14 |
| 7 | purposes. | 18:12:17 |
| 8 | MR. KOPPELMAN:  At this point I feel like | 18:12:21 |
| 9 | he's refusing to answer my question, so I'm going to | 18:12:22 |
| 10 | move -- | 18:12:24 |
| 11 | MR. ZELLER:  Your question is vague.  You | 18:12:25 |
| 12 | know the percentages.  You can just tell him. | 18:12:26 |
| 13 | MR. KOPPELMAN:  It's not my testimony. | 18:12:29 |
| 14 | I'm not going to testify for him. | 18:12:30 |
| 15 | MR. ZELLER:  You are continuing to | 18:12:32 |
| 16 | rephrase and make his testimony -- and make it | 18:12:34 |
| 17 | vague.  That's why he can't figure out what you're | 18:12:38 |
| 18 | talking about.  And you have a translator here, | 18:12:40 |
| 19 | which causes further problems on what you're asking. | 18:12:41 |
| 20 | You can ask a very specific question about | 18:12:45 |
| 21 | this.  It's not that hard. | 18:12:47 |
| 22 | MR. KOPPELMAN:  I've asked a bunch of | 18:12:52 |
| 23 | specific questions about it at this point. | 18:12:53 |
| 24 | MR. ZELLER:  You refuse to say the | 18:12:55 |
| 25 | percentage.  It's easy enough to just say the | 18:12:56 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

182

| | | |
|---|---|---|
| 1 | percentage, and that may help him. | 18:12:59 |
| 2 | MR. KOPPELMAN:  It's not my testimony.  He | 18:13:03 |
| 3 | doesn't want to say the percentage.  He doesn't want | 18:13:08 |
| 4 | to answer. | 18:13:10 |
| 5 | MR. ZELLER:  No.  Counsel, that's just | 18:13:11 |
| 6 | completely unnecessary. | 18:13:12 |
| 7 | MR. KOPPELMAN:  I agree. | 18:13:14 |
| 8 | MR. ZELLER:  It's your responsibility to | 18:13:16 |
| 9 | ask a clear question, and you just won't do it. | 18:13:17 |
| 10 | BY MR. KOPPELMAN: | 18:13:28 |
| 11 | Q    I'm going to change topics, Mr. Kwak. | 18:13:29 |
| 12 | Do you understand that Apple and Nokia | 18:13:53 |
| 13 | have raised an issue of whether Samsung acquired | 18:13:54 |
| 14 | Apple and Nokia's confidential licensing information | 18:14:00 |
| 15 | from litigation and then used that information in | 18:14:03 |
| 16 | its negotiations with both Apple and Nokia? | 18:14:10 |
| 17 | MR. ZELLER:  You can answer that yes or | 18:14:58 |
| 18 | no. | 18:14:59 |
| 19 | THE WITNESS:  Yes. | 18:15:00 |
| 20 | BY MR. KOPPELMAN: | 18:15:01 |
| 21 | Q    Do you know whether that happened? | 18:15:04 |
| 22 | A    Could you be more precise, please. | 18:15:15 |
| 23 | Q    No.  I need to know whether you know | 18:15:19 |
| 24 | whether that happened. | 18:15:20 |
| 25 | MR. ZELLER:  Counselor, your question is | 18:15:28 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

183

| | | |
|---|---|---|
| 1 | compound now at this point.  You have two things | 18:15:29 |
| 2 | there, which is about whether it's true Apple and | 18:15:31 |
| 3 | Nokia raised an issue, versus whether or not the | 18:15:34 |
| 4 | allegation is true. | 18:15:37 |
| 5 | If you're refusing to clarify the | 18:15:41 |
| 6 | witness' -- question for the witness, it will speak | 18:15:42 |
| 7 | for itself. | 18:15:45 |
| 8 | MR. KOPPELMAN:  Fair point, Mr. Zeller. | 18:15:46 |
| 9 | BY MR. KOPPELMAN: | 18:15:49 |
| 10 | Q    Do you know whether the allegation is | 18:15:50 |
| 11 | true? | 18:15:51 |
| 12 | A    Just the interpretation again, please. | 18:16:01 |
| 13 | If you really wouldn't mind, could you be | 18:16:40 |
| 14 | more precise with your -- with the way you're asking | 18:16:42 |
| 15 | that question? | 18:16:44 |
| 16 | Q    Do you know whether Samsung acquired Apple | 18:16:50 |
| 17 | and Nokia's confidential information from litigation | 18:16:52 |
| 18 | and then used that information in its negotiations | 18:16:54 |
| 19 | with both Apple and Nokia? | 18:16:57 |
| 20 | And let me stop.  This is late in a day | 18:17:22 |
| 21 | after a long week.  After reading my question, I | 18:17:24 |
| 22 | realize it's compound.  Let me try to break it down. | 18:17:27 |
| 23 | Do you know whether Samsung acquired | 18:17:46 |
| 24 | Nokia's confidential information from litigation and | 18:17:47 |
| 25 | then used it -- used that information in its | 18:17:51 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

184

| | | |
|---|---|---|
| 1 | negotiations with Nokia? | 18:17:54 |
| 2 | A    I'm sorry.  And with apologies, would you | 18:18:23 |
| 3 | mind simplifying that for me, please.  Just either | 18:18:26 |
| 4 | yay or nay. | 18:18:29 |
| 5 | MR. ZELLER:  Can I make a suggestion at | 18:18:49 |
| 6 | this point? | 18:18:49 |
| 7 | MR. KOPPELMAN:  Sure. | 18:18:51 |
| 8 | MR. ZELLER:  Why don't we take a few | 18:18:52 |
| 9 | minute break.  Obviously, it's the end -- as you | 18:18:53 |
| 10 | pointed out, a very long day -- week for everyone. | 18:18:54 |
| 11 | Maybe if the witness walks around a little | 18:18:58 |
| 12 | bit -- you know, we all think about how to best wrap | 18:19:00 |
| 13 | this up in terms of -- because we are pretty much at | 18:19:03 |
| 14 | seven hours now. | 18:19:05 |
| 15 | I mean, I'm not going to cut you off, you | 18:19:06 |
| 16 | know, in mid-question or anything else.  But, you | 18:19:07 |
| 17 | know, it may be a matter of, you know, the witness | 18:19:11 |
| 18 | getting up and stretching, and maybe we will all be | 18:19:14 |
| 19 | a little clearer. | 18:19:18 |
| 20 | MR. KOPPELMAN:  We can go off the record. | 18:19:19 |
| 21 | THE VIDEOGRAPHER:  The time now is 6:19, | 18:19:21 |
| 22 | and we're off the record. | 18:19:23 |
| 23 | (Recess.) | 18:33:53 |
| 24 | THE VIDEOGRAPHER:  We're back on the | 18:34:17 |
| 25 | record.  And the time now is 6:36.  Counsel. | 18:34:17 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

185

| | | |
|---|---|---|
| 1 | MR. KOPPELMAN:  I don't have many more | 18:34:24 |
| 2 | questions for today.  I appreciate your patience, | 18:34:25 |
| 3 | Mr. Kwon. | 18:34:31 |
| 4 | BY MR. KOPPELMAN: | 18:34:49 |
| 5 | Q    Are you aware of any Samsung employee who | 18:34:50 |
| 6 | learned the financial terms of the Nokia-Apple | 18:34:52 |
| 7 | license as a part of litigation and then used that | 18:34:55 |
| 8 | information in negotiations with Nokia? | 18:34:58 |
| 9 | A    As far as my understanding goes, there has | 18:35:40 |
| 10 | not been any such individual. | 18:35:44 |
| 11 | Q    Is there anything that supports that | 18:36:03 |
| 12 | belief that you haven't testified about here today? | 18:36:08 |
| 13 | MR. ZELLER:  The question's overbroad and | 18:36:39 |
| 14 | vague. | 18:36:41 |
| 15 | THE WITNESS:  Could you approach it a | 18:36:52 |
| 16 | little more simply, please. | 18:36:53 |
| 17 | MR. KOPPELMAN:  Different question. | 18:36:56 |
| 18 | BY MR. KOPPELMAN: | 18:36:57 |
| 19 | Q    Do you know whether In Dong Kang used the | 18:36:58 |
| 20 | Nokia-Apple license memo referenced in Exhibit 8 in | 18:37:01 |
| 21 | preparation for the June 4 meeting? | 18:37:08 |
| 22 | A    I believe not, as far as my understanding | 18:37:38 |
| 23 | goes. | 18:37:39 |
| 24 | Q    And why is that? | 18:37:42 |
| 25 | MR. ZELLER:  The question's vague. | 18:37:53 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

186

| | |
|---|---|
| 1 | THE WITNESS:  With apologies, could you be | 18:37:59 |
| 2 | more specific, please, in asking that. | 18:38:00 |
| 3 | MR. KOPPELMAN:  Different question. | 18:38:14 |
| 4 | BY MR. KOPPELMAN: | 18:38:15 |
| 5 | Q    Do you know whether In Dong Kang brought a | 18:38:16 |
| 6 | copy of the Nokia-Apple license memo referenced in | 18:38:22 |
| 7 | Exhibit 8 to the meeting of June 4th with Nokia? | 18:38:26 |
| 8 | A    As far as I'm concerned, I believe him not | 18:39:10 |
| 9 | to have done that, but I wouldn't quite know as to | 18:39:12 |
| 10 | precisely what the deal is. | 18:39:16 |
| 11 | Q    Have you personally ever seen a printed | 18:39:19 |
| 12 | copy of the Nokia-Apple license memo referenced in | 18:39:21 |
| 13 | Exhibit 8? | 18:39:26 |
| 14 | A    As far as my recollection goes, no. | 18:39:41 |
| 15 | Q    As the supervisor of In Dong Kang, did you | 18:40:51 |
| 16 | ever ask him to review or analyze the Nokia-Apple | 18:40:53 |
| 17 | license memo referenced in Exhibit 8? | 18:40:55 |
| 18 | A    I recollect no such thing as far as my | 18:41:28 |
| 19 | recollection goes. | 18:41:31 |
| 20 | Q    Is there any reason why you would not have | 18:41:42 |
| 21 | told him to review it? | 18:41:44 |
| 22 | MR. ZELLER:  The question's vague. | 18:42:01 |
| 23 | THE WITNESS:  I can't quite recall as to | 18:42:21 |
| 24 | what the reason might have been. | 18:42:25 |
| 25 | | |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

187

| | | |
|---|---|---|
| 1 | BY MR. KOPPELMAN: | 18:42:29 |
| 2 |     Q    Is there any reason In Dong Kang should | 18:42:29 |
| 3 | have not reviewed the Nokia-Apple license memo | 18:42:31 |
| 4 | referenced in Exhibit 8? | 18:42:41 |
| 5 |       MR. ZELLER:  Calls for speculation.  Lacks | 18:42:49 |
| 6 | foundation.  Vague. | 18:42:49 |
| 7 |       THE WITNESS:  Well, as far as I can | 18:43:05 |
| 8 | recall, I don't think there would have been any such | 18:43:08 |
| 9 | reason. | 18:43:11 |
| 10 |       MR. KOPPELMAN:  It's late.  That's all the | 18:43:22 |
| 11 | questions I have for the day.  We will -- | 18:43:24 |
| 12 |       MR. GORDON:  Can we talk one minute? | 18:43:27 |
| 13 |       MR. KOPPELMAN:  -- also keep the | 18:43:30 |
| 14 | deposition open for the reasons previously stated | 18:43:31 |
| 15 | and others that I won't recite on the record. | 18:43:34 |
| 16 |       Are we going off, or are you guys -- | 18:43:38 |
| 17 |       MR. ZELLER:  We're just going to talk for | 18:43:40 |
| 18 | one second. | 18:43:41 |
| 19 |       THE VIDEOGRAPHER:  Did he say go off the | 18:43:43 |
| 20 | record? | 18:43:43 |
| 21 |       MR. KOPPELMAN:  We are not going off. | 18:43:44 |
| 22 | We're waiting for them to step outside and talk. | 18:43:46 |
| 23 |       MR. ZELLER:  Just briefly. | 18:44:46 |
| 24 |     (Pause in proceedings.) | 18:44:47 |
| 25 |       MR. ZELLER:  Do I need a microphone? | 18:44:47 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

188

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  No. | 18:44:49 |
| 2 | | 18:44:49 |
| 3 | | 18:44:49 |
| 4 | EXAMINATION | 18:44:49 |
| 5 | BY MR. ZELLER: | 18:44:51 |
| 6 | Q    Earlier in your testimony today, you | 18:44:52 |
| 7 | talked about the June 4th, 2013 meeting with Nokia. | 18:44:53 |
| 8 | Do you recall that? | 18:44:59 |
| 9 | A    Yes.  That's right. | 18:45:11 |
| 10 | Q    And you talked earlier today about how | 18:45:12 |
| 11 | Mr. Melin came in at some point, and he said that | 18:45:16 |
| 12 | there was a comparable company that ███████ | |
| | ███████████████████ | 18:45:24 |
| 14 | Do you recall generally testifying about | 18:45:27 |
| 15 | that? | 18:45:29 |
| 16 | MR. KOPPELMAN:  Objection.  Leading. | 18:45:30 |
| 17 | THE WITNESS:  Yes.  That is right. | 18:45:55 |
| 18 | BY MR. ZELLER: | 18:45:57 |
| 19 | Q    Which session of the Samsung-Nokia meeting | 18:45:57 |
| 20 | did that occur in? | 18:46:00 |
| 21 | A    During the second session. | 18:46:09 |
| 22 | MR. ZELLER:  Thank you. | 18:46:11 |
| 23 | MR. KOPPELMAN:  I have no further | 18:46:21 |
| 24 | questions. | 18:46:21 |
| 25 | MR. ZELLER:  All right.  Thank you. | 18:46:23 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

189

| | | |
|---|---|---|
| 1 | MR. KOPPELMAN:  With keeping it open, | 18:46:24 |
| 2 | under all the other things I've said previously. | 18:46:25 |
| 3 | THE VIDEOGRAPHER:  Off the record? | 18:46:30 |
| 4 | MR. KOPPELMAN:  Off the record. | 18:46:32 |
| 5 | MR. ZELLER:  Yes, please. | 18:46:32 |
| 6 | THE VIDEOGRAPHER:  This concludes today's | 18:46:33 |
| 7 | deposition.  The total number of media used will be | 18:46:34 |
| 8 | five.  And we're off the record at 6:46 p.m. | 18:46:37 |
| 9 | (Recess.) | 18:52:12 |
| 10 | MR. ZELLER:  So we've had some discussions | 18:52:20 |
| 11 | off the record. | 18:52:22 |
| 12 | Samsung is designating the transcript | 18:52:23 |
| 13 | attorneys' eyes only.  Nokia is similarly | 18:52:25 |
| 14 | designating the transcript as attorneys' eyes only. | 18:52:29 |
| 15 | We have represented to Apple and confirmed that if | 18:52:34 |
| 16 | either or both of us de-designate the transcript | 18:52:38 |
| 17 | from that designation, that we will obviously inform | 18:52:44 |
| 18 | Apple, and Apple will have an opportunity to | 18:52:47 |
| 19 | consider its position as to whether it should | 18:52:50 |
| 20 | designate. | 18:52:53 |
| 21 | We have made a proposal to Nokia that | 18:52:54 |
| 22 | in-house counsel who are assisting in the motion | 18:52:58 |
| 23 | practice associated with the protective order issues | 18:53:03 |
| 24 | be allowed to have information from this deposition. | 18:53:06 |
| 25 | Nokia's counsel's informed me that he | 18:53:13 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

190

|  |  |  |
|---|---|---|
| 1 | needs to consult with the client on that.  I would | 18:53:16 |
| 2 | ask that he do that quickly and promptly since we do | 18:53:21 |
| 3 | have a Monday deadline, is the next brief that's due | 18:53:25 |
| 4 | on this matter. | 18:53:28 |
| 5 | We have proposed sort of as an alternative | 18:53:31 |
| 6 | that we would be willing potentially to limit the | 18:53:33 |
| 7 | number of in-house counsel and then do potentially | 18:53:35 |
| 8 | by name, if need be, who would have access to the | 18:53:40 |
| 9 | transcript here. | 18:53:44 |
| 10 | So with that said, again, I would | 18:53:46 |
| 11 | appreciate a response from Nokia as soon as | 18:53:49 |
| 12 | possible. | 18:53:51 |
| 13 | MR. KOPPELMAN:  And I will try to get one | 18:53:53 |
| 14 | if -- I think it would be helpful to have names of | 18:53:56 |
| 15 | who you're proposing see it.  But I'll try to get | 18:54:02 |
| 16 | back. | 18:54:05 |
| 17 | MR. LANTIER:  Apple just requests that its | 18:54:06 |
| 18 | attorneys be copied on whatever negotiations are | 18:54:09 |
| 19 | going on. | 18:54:11 |
| 20 | MR. ZELLER:  Yeah.  We will certainly do | 18:54:12 |
| 21 | that.  And that's -- and then also we had a | 18:54:14 |
| 22 | stipulation at yesterday's deposition that -- | 18:54:16 |
| 23 | concerning the handling of the transcript. | 18:54:20 |
| 24 | I would propose that we follow the same | 18:54:23 |
| 25 | one. | 18:54:24 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

191

| | | |
|---|---|---|
| 1 | MR. KOPPELMAN:  I don't disagree. | 18:54:26 |
| 2 | MR. ZELLER:  That's all I have.  Thank | 18:54:29 |
| 3 | you. | 18:54:30 |
| 4 | (Recess.) | 18:56:25 |
| 5 | MR. ZELLER:  So we'll just -- we're going | 18:56:42 |
| 6 | to enter into the following stipulation regarding | 18:56:43 |
| 7 | the transcript.  And some of this is building off of | 18:56:47 |
| 8 | what was agreed to yesterday: | 18:56:54 |
| 9 | We're reserving the right for the witness | 18:56:57 |
| 10 | to read and sign.  The default is 30 days for that, | 18:57:00 |
| 11 | unless otherwise agreed to; | 18:57:05 |
| 12 | The original -- we're waiving any Code | 18:57:06 |
| 13 | requirements; | 18:57:12 |
| 14 | The original of the transcript will go to | 18:57:12 |
| 15 | the attorneys representing the witness who has | 18:57:14 |
| 16 | testified; | 18:57:20 |
| 17 | And that counsel will make the original of | 18:57:24 |
| 18 | the transcript, if need be, available for inspection | 18:57:25 |
| 19 | to any other party who has a right to see that | 18:57:31 |
| 20 | transcript upon -- upon reasonable written request. | 18:57:36 |
| 21 | THE REPORTER:  Okay.  And did you want a | 18:57:39 |
| 22 | rough of this deposition? | 18:57:39 |
| 23 | MR. ZELLER:  Yes, please. | 18:57:39 |
| 24 | THE REPORTER:  Okay. | 18:57:39 |
| 25 | MR. ZELLER:  And then were you going to do | 18:57:39 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

192

1    a final tomorrow?                                      18:57:39

2           THE REPORTER:  I was.                           18:57:39

3           MR. ZELLER:  Okay.                              18:57:39

4           THE REPORTER:  So is everyone planning on       18:57:39

5    getting the final tomorrow?                            18:57:39

6           MR. KOPPELMAN:  Yeah.                           18:57:39

7           MR. LANTIER:  Yes.  And could I get a           18:57:39

8    rough tonight?                                         18:57:39

9           THE REPORTER:  Yes.                             18:57:39

10          (Signature having not been waived, the

11   videotaped deposition of JIN HWAN KWAK was concluded

12   at 6:57 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

193

1                    ACKNOWLEDGMENT OF DEPONENT

2

3          I, JIN HWAN KWAK, do hereby acknowledge that

4     I have read and examined the foregoing testimony, and

5     the same is a true, correct and complete transcription

6     of the testimony given by me and any corrections appear

7     on the attached Errata sheet signed by me.

8

9

10    _____    _____

11        (DATE)                    (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

194

1                   REPORTER'S CERTIFICATE

2

3          I, Clay J. Frazier, CSR No. 13401, RMR,

4     CRR, a Certified Shorthand Reporter in and for the

5     State of California, do hereby certify:

6               That prior to being examined, the witness

7     named in the foregoing proceedings declared under

8     penalty of perjury to testify to the truth, the

9     whole truth, and nothing but the truth;

10              That said proceedings were taken by me in

11    shorthand at the time and place herein named and was

12    thereafter transcribed into typewriting under my

13    direction, said transcript being a true and correct

14    transcription of my shorthand notes;

15              Pursuant to Federal Rule 30 (e),

16    transcript review was requested;

17              I further certify that I have no interest

18    in the outcome of this action.

19

20

21

22

23    _____

24    Clay J. Frazier

25    CSR No. 13401, RMR, CRR

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

195

1                 E R R A T A   S H E E T

2        IN RE:  Apple -v- Samsung (01846)

3        WITNESS:  Jin Hwan Kwak

4     PAGE    LINE      CORRECTION AND REASON

5     _____   _____     _____

6     _____   _____     _____

7     _____   _____     _____

8     _____   _____     _____

9     _____   _____     _____

10    _____   _____     _____

11    _____   _____     _____

12    _____   _____     _____

13    _____   _____     _____

14    _____   _____     _____

15    _____   _____     _____

16    _____   _____     _____

17    _____   _____     _____

18    _____   _____     _____

19    _____   _____     _____

20    _____   _____     _____

21    _____   _____     _____

22    _____   _____     _____

23    _____   _____     _____

24    _____     _____

25      (DATE)                 (SIGNATURE)

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
## CONDUCTED ON FRIDAY, OCTOBER 18, 2013

```
                                                    196
1        E R R A T A   S H E E T   C O N T I N U E D

2      IN RE:  Apple -v- Samsung (01846)

3      WITNESS:  Jin Hwan Kwak

4    PAGE     LINE      CORRECTION AND REASON

5    _____    _____      _____

6    _____    _____      _____

7    _____    _____      _____

8    _____    _____      _____

9    _____    _____      _____

10   _____    _____      _____

11   _____    _____      _____

12   _____    _____      _____

13   _____    _____      _____

14   _____    _____      _____

15   _____    _____      _____

16   _____    _____      _____

17   _____    _____      _____

18   _____    _____      _____

19   _____    _____      _____

20   _____    _____      _____

21   _____    _____      _____

22   _____    _____      _____

23   _____    _____      _____

24   _____         _____

25     (DATE)                   (SIGNATURE)
```

**A**

**abide**
43:8
**abilities**
8:9
**ability**
37:3 163:3,13,14
**able**
10:9 31:15 35:13
53:21 62:9
63:22 65:1
71:24 72:9
73:18 79:21
80:23 87:20
93:19 101:17
102:7,21 105:5
105:11 106:2,8
126:1 149:5,9
149:21 154:22
175:1
**absolutely**
61:12 120:21
**access**
37:4 55:15 60:6
173:24 190:8
**accomplice**
57:14
**account**
18:2
**accused**
178:12
**acknowledge**
193:3
**ACKNOWLE...**
193:1
**acquired**
111:18 182:13
183:16,23
**action**
1:9 7:12 150:1
194:18
**activities**
15:15,22 36:3
**activity**
14:12
**actual**
167:6

**add**
145:18
**added**
159:13
**address**
30:22 39:2
81:10 116:20
142:10 158:14
168:19,23
**administer**
8:4
**admit**
46:3
**adopt**
90:24
**advance**
132:16
**advice**
106:17 119:1,11
119:16 125:25
126:19 128:1
132:20 134:18
137:2 149:4
150:13 153:13
154:20 170:10
171:2 172:5
175:20
**affairs**
99:9,22 151:1
**afraid**
71:25 178:11
**afternoon**
164:17,18
**ago**
25:8 65:8 69:9,9
88:20
**agree**
9:24 10:6 38:19
72:14,16 135:19
163:7,24 166:21
182:7
**agreeable**
72:18
**agreed**
191:8,11
**agreeing**
37:13 38:1
**agreement**
16:21,22 37:21
38:25 57:7,20
58:13 63:18

**agreements**
16:19 116:5
**ahead**
15:6 30:11,11
46:21 58:5
81:10 116:20
142:10 158:14
168:19,23
**Ahn**
19:5 47:17 49:21
52:6 55:1 62:16
65:24 66:4
118:15,20
124:24 127:7,12
131:18 132:6
133:1,3,13
134:4,10,13
136:21 137:11
138:12,24 139:6
139:9,17,20
140:1,12,21
141:2,11,16
142:14 143:2,10
143:13,18,22
144:4 146:23
158:3,6,15,20
158:23 159:20
159:24 169:17
169:21
**ALBERT**
4:12
**Alex**
4:13 24:20,21
**allegation**
183:4,10
**allow**
9:18 31:12 72:22
115:1 116:9
**allowed**
28:17 189:24
**alluded**
149:16
**Alston**
4:4 7:22
**alternative**
68:12,15 190:5
**ambiguous**
153:10

**AMERICA**
1:10,12 2:5,7
3:12,13
**amount**
59:11 65:17
142:23 143:2,4
143:24 144:7,14
144:16,21,22
149:22
**amounts**
92:6 149:21
**analyze**
17:1 186:16
**anew**
36:1 119:4
**Angeles**
1:21 2:21 3:19
7:1,9 83:1
**annual**
17:21
**answer**
10:2 15:3,4 16:9
17:8 19:20 21:5
27:14,17,18,23
31:2,8 32:1
35:16 36:8,22
36:24 39:8,15
39:17 40:10,20
40:22 41:4
42:11 43:4,5,20
44:3,5 45:1,6,12
45:13,23 46:2,6
47:21 48:12,16
48:17,23 49:4,6
49:10,11 50:20
51:15 52:16,24
56:23,25 58:21
58:22 59:22
63:7,16 64:15
65:8,9,13 71:21
71:25 72:9,12
72:13,22 73:10
73:19 74:18
75:22 78:25
79:7,18,21
80:23,25 81:8
81:10,24,25
82:7,9 87:9

90:19 92:21
101:7 106:15
108:9,16 110:11
110:14,17,20,24
111:1,7,19,24
112:22 113:6,11
113:14,16 114:8
115:1 116:19
118:24 119:9
120:11 121:9,13
121:25 122:13
122:15,18,22
125:7,13,23
126:2,18,22,23
127:3 128:11,14
129:4 130:21
131:15 132:11
132:17,19,22
133:11 134:16
136:10,25 137:3
139:3,5 141:21
141:22 145:14
145:16 147:25
148:17 149:2
150:12,22
151:14,16,22,24
152:10,18 153:1
153:12,15,17
154:18,22 155:2
157:6 165:22
167:23,25
168:25 170:8,11
170:13 172:3,7
172:25 173:9,20
175:7 176:9
177:5 179:13
181:9 182:4,17
**answered**
44:15 46:5 49:18
64:14 73:8
80:20,24 81:7
81:21 89:20
93:9,12 107:6
111:16 113:2
118:6 126:16
132:9 137:10
139:2,12 159:21
160:2 172:19

174:13 179:9
**answering**
49:6 65:3 72:17
75:4 81:22
92:18 102:18
120:4 167:21
**answers**
10:6,9 31:12
37:14 42:23
44:20 45:15
58:25 73:12
92:24 119:20
163:22
**anticipation**
152:15
**anybody**
18:17 43:10 52:5
73:23 89:7
125:2
**anyway**
46:19
**apologies**
89:3 140:4
179:10 180:8
184:2 186:1
**apologize**
18:24 24:10
51:19 99:1
181:3
**appalling**
90:24
**apparently**
46:21 55:25
104:4
**appear**
94:25 96:7 193:6
**appears**
91:13 98:1
166:19
**Apple**
1:4 2:12 3:3 7:13
7:20 26:14,22
32:24 33:13
35:3 50:9,17
51:5,13,18 52:4
52:11,22 53:5
53:17 55:5,9,22
57:19,20 58:12

64:3 66:24 67:7
67:12,17 68:2,6
69:12,23 71:15
78:15,18 79:15
85:11 101:5,13
102:21 111:11
135:1,4,19,24
138:17 139:17
143:11,14,20,23
144:7 155:19
156:10 158:21
159:5 160:6,12
160:25 161:5
162:9,10,14,15
163:2,10,17,23
167:16 173:14
173:18,25
182:12,14,16
183:2,16,19
189:15,18,18
190:17 195:2
196:2
**Apple's**
5:21 37:15,15
50:8 103:10
109:12,15,20
110:1,6 112:18
118:3 122:24,25
134:21,25
135:20 157:3
**Apple-Ericsson**
115:14,18 116:17
117:4 123:25
124:5 160:16,19
160:24
**Apple-Nokia**
117:22 138:13,25
139:7,11,18,22
140:15,22 141:3
146:21,24 147:7
158:5,7 160:5
160:11 162:19
179:21
**Apple-Philips**
117:25 161:3
**Apple-Samsung**
1:13 6:12,16
60:22 61:14

**Apple-Sharp**
161:3
**appliances**
11:18
**applies**
43:1 121:10
**apply**
135:6
**appreciate**
60:18 69:25
168:4 185:2
190:11
**apprised**
15:9,12
**approach**
185:15
**appropriate**
59:12 74:25
77:16,21
**appropriately**
123:9
**approximately**
10:23 20:20
74:15,16 107:24
130:15
**April**
94:10,18 100:18
102:4 127:20
129:3,22
**area**
100:8
**areas**
11:13,20 99:21
**argue**
37:17 44:18
122:7
**argument**
115:11
**Ari**
129:11,24 154:3
165:5,9 166:6
167:14
**arrive**
63:14
**arrived**
65:16
**Asfall**
4:14 7:9

**aside**
155:7
**asked**
30:19 35:18
43:19 44:6 46:3
46:4 49:18
70:12 73:7,8
80:4,19,20,24
81:7,9,21 88:19
90:13 91:11
93:6,12 107:6
112:11 115:17
116:1 118:5
122:4 123:20
126:16 128:6,10
128:12 132:9
135:7 137:10
139:2,5,12
142:8 151:23
159:18,21
172:19 174:13
179:9 181:22
**asking**
9:20 11:8 16:8,10
16:13 26:25
28:2,7,9,24,25
29:9,13,21
30:25 36:21
39:3,6 45:5,21
57:5,9 58:9 59:9
59:21 60:1,16
64:24 70:16
86:21 89:5 91:4
97:8 104:1
111:25 113:19
116:3 117:2
119:19 120:3
121:7,17 133:24
141:22 149:22
156:16 168:16
170:24 175:16
175:25 178:19
179:15 181:19
183:14 186:2
**aspect**
154:22
**aspects**
33:19

**assigned**
23:22,25 32:20
33:9,21 34:5
172:18
**assist**
47:18
**assistant**
20:17
**assisting**
189:22
**assists**
18:22
**Associate**
20:16
**associated**
189:23
**assume**
10:2 11:7 38:12
75:24 77:9
116:7 146:3
**assumes**
34:11,20 50:3
71:23 76:12
85:13 87:18
89:1,10 148:8
170:5 172:1
176:2,10
**assumption**
91:9
**attached**
5:8 95:19 96:17
96:21 105:4,18
108:13 109:4
161:8,15 193:7
**attaching**
74:2 88:10 94:20
107:21
**attachment**
95:13 103:23
166:14 167:3
170:3,6 171:23
173:7
**attachments**
107:10,14,16
154:6,10
**attempt**
90:24 120:7
122:16

Case 5:11-cv-01846-LHK Document 3235-2 Filed 01/23/15 Page 200 of 228
HIGHLY CONFIDENTIAL - VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

199

**attend**
77:20 130:4
**attendance**
53:24 54:2,4 55:1
68:4 129:25
130:14
**attended**
53:16 54:12,13,15
67:12 118:14
129:23 169:24
174:7
**attendee**
118:10
**attention**
164:24 166:2
**attorney**
7:17 20:13,14
24:4 33:4 37:3
37:15,15 42:25
43:7 112:11,21
113:22 122:12
170:20 175:24
176:7
**attorneys**
1:14,18 6:12,16
52:22 53:5
55:19 60:22
61:14 79:8
101:5,11,16
102:19,21 112:1
112:12 113:5
122:24 125:12
129:15 130:10
134:9 162:8
189:13,14
190:18 191:15
**attorney's**
27:12 75:25
151:17 157:10
**attorney-client**
28:3,9 29:1,22
32:2 39:9,16
40:21 41:12,19
41:24 42:12,16
42:25 43:6
45:11 48:13
49:8 50:21
63:17 64:15

71:22 72:23
79:19 81:23
82:8 87:11
106:16 112:24
117:11,16,16
118:25 119:10
119:17,23
120:12 121:4,8
125:24 126:18
128:17 132:19
134:17 135:9
137:1 149:3
150:12 152:12
153:12 154:19
161:22 170:9,21
170:25 171:13
172:4 175:19
**audible**
101:25
**August**
86:6 103:2
**authoritative**
68:18
**authority**
135:23
**available**
17:13,15,18,23
18:6 151:2
159:25 191:18
**Avenue**
3:7
**avoid**
103:16
**avoided**
57:6
**aware**
9:16 73:20 78:18
78:21 85:9
102:13 159:7
185:5
**a.m**
1:22 7:2,7 46:25

———————
        B
———————
**B**
5:7 6:1
**back**
45:9 46:12 47:2

61:1,11 63:1,7
66:20 77:2 80:6
83:4 94:4 97:17
100:21 107:17
107:18 114:4
123:16 128:14
135:11,12
142:12 143:19
144:5 145:10
146:15 150:25
157:21 164:12
171:21 176:23
177:17 180:22
184:24 190:16
**background**
11:11 12:23
93:18
**bare**
111:13
**base**
17:12
**based**
44:21 64:6 67:1
68:13 76:8
104:21 110:18
111:17 114:19
117:10,11,14
159:25
**baseless**
120:21
**bases**
42:20 161:23
**basic**
150:4 151:1,5
**basically**
17:1 23:20 93:3
**basis**
17:3 41:1,12,19
42:16,23 120:11
120:23 161:22
162:4 168:15,25
**Bates**
97:20 147:11
153:19
**bear**
18:18 77:7
**bearing**
153:19

**Becher**
86:7 95:4 103:2
109:8
**Becher-Selwyn**
5:13,15,19
**beg**
180:16
**begging**
44:6
**beginning**
7:17 47:10,11
**begins**
47:3 83:5 123:17
138:1 157:22
**behalf**
3:2,11 4:2 7:23
8:1 18:14 70:11
135:19,24 137:9
137:13,15
**behaving**
30:13
**belief**
185:12
**believe**
24:19,25 36:24
39:23 50:4 52:7
53:1 55:8,13,19
56:9 57:15 66:3
67:1,9 69:19
70:25 76:7 93:5
93:14 104:10
112:11 115:12
124:23 133:10
139:14 143:20
144:4 145:4
151:7 157:9
159:2 160:1
161:7,23 162:5
162:14 163:10
163:23 166:3
167:17 169:12
176:21,25 180:2
180:8,17 185:22
186:8
**believed**
142:21
**believes**
143:23 144:6

159:2
**best**
8:9 10:5 184:12
**bet**
158:21
**better**
173:15
**beyond**
49:9 75:13
**big**
163:1
**bind**
163:11,25
**Bird**
4:4 7:22
**bit**
61:25 76:16
127:17 128:24
181:6 184:12
**blue**
35:19
**body**
23:16
**Bong**
20:2 24:3,25
**born**
21:24
**bother**
91:15
**bottom**
89:16 94:7 96:11
166:18
**bought**
16:23
**bound**
6:14 60:24 61:16
62:1,1
**box**
90:8
**breach**
37:18 38:6,13
57:14,17
**breaching**
132:23 133:11
**break**
41:7 43:23 44:1
45:2 46:16 65:6
82:11 96:25

Case 5:11-cv-01846-LHK   Document 3235-2   Filed 01/23/15   Page 201 of 228
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

200

97:9,9,11,11,13
123:12 124:8
144:11 145:7,10
145:22 146:11
146:12,12 155:9
155:13 177:17
183:22 184:9
**brief**
86:23 107:21
190:3
**briefly**
55:12 187:23
**bring**
116:22 176:23
178:8
**bringing**
179:6
**Bristows**
95:19
**broke**
83:17
**brought**
69:21 138:20
186:5
**building**
191:7
**bullet**
94:9 95:15 96:10
98:6 100:24
**bunch**
106:20,24 181:22
**business**
18:7 83:11,12
135:16 149:13

——————
**C**
**C**
3:1 4:1,1 5:1 6:1
196:1
**calculated**
42:12 121:18
152:11
**Caleb**
98:20,23 99:4
**California**
1:2,4,19,21 2:12
2:21,25 3:19 4:7
6:13 7:1,9 60:23

61:15 83:1
194:5
**call**
42:20 70:7,7,9
71:3,17 72:3
**called**
70:8 87:3 91:3
93:7,13 154:10
**calling**
28:23 71:7
**calls**
40:8 41:2,13,20
41:25 66:7
102:5 121:25
122:18 131:6
133:14 135:8
140:16 146:14
153:9 171:2
174:23 175:5
187:5
**Caption**
1:17 2:1
**careful**
84:25
**carefully**
84:1,14,17,21
85:4
**case**
21:7 36:11 38:9
78:9 84:11,25
91:13 131:7
133:6 150:16
151:11 167:10
169:22
**causes**
181:19
**cc**
98:14
**cede**
161:18
**center**
124:24
**certain**
21:16 25:15
27:23 35:6
38:25 64:25
70:17 103:3
143:7,24 156:4

158:18 159:1
180:3
**certainly**
57:15 190:20
**certainty**
63:12
**CERTIFICATE**
194:1
**Certified**
194:4
**certify**
194:5,17
**cetera**
62:16
**Chan**
19:22
**chance**
16:22,23 138:3,18
167:6
**Chang**
5:17 19:24 20:14
24:2,5,6 25:5,5
25:17 33:4
96:12,21 98:1
**change**
46:19 66:24 67:7
67:13 155:8
182:11
**characterize**
93:24 176:22
**charge**
10:16,20 11:14,22
12:3 13:9,13
14:4,8,25 15:11
**charged**
21:16 79:12
81:14 99:8
**chart**
107:24
**check**
4:13 8:11 68:18
68:24 112:9
144:13 156:24
**Chi**
19:5 52:6 62:16
65:24 66:4
**Choi**
20:8

**choice**
36:25 121:16
**choices**
58:18
**choose**
122:14
**Chung**
19:22 55:2
**circumstances**
107:8 112:13
116:11 142:18
150:19
**civil**
1:9 7:12
**claim**
16:24 37:17
**claims**
111:11 149:14
**clarification**
28:7 113:12
177:10
**clarify**
9:24 28:25 29:21
30:2,10 183:5
**clarifying**
103:20
**Clay**
1:25 2:24 194:3
194:24
**clear**
28:6 48:18 49:14
56:22 65:19,20
102:16 134:24
136:6 168:12
174:10,15
179:18 182:9
**clearer**
184:19
**clearly**
37:23 55:16
94:24 142:10
**clear-cut**
150:22
**client**
190:1
**clumsy**
99:1
**Code**

191:12
**colleague**
96:25 144:20
**colleagues**
84:20 132:15
**colleague's**
68:13
**collecting**
128:4 149:17
**collectively**
20:21
**college**
13:2,3
**column**
92:14 108:11,12
**come**
26:9,19 52:7
53:23 60:11
61:11 65:6
66:20 145:10
149:14
**comes**
22:2 52:12
100:19 125:2
150:15
**coming**
14:16 16:22
171:6,21
**comments**
95:19
**communicate**
124:21
**communicated**
49:22 50:1
**communicating**
170:3 171:23
**communication**
103:4 135:14
148:14 149:3
154:19
**communications**
28:3 29:1,22 31:9
32:2 39:9,16
40:21 42:13
45:11 48:14
49:8 50:22
63:17 64:19,22
65:10,11 66:10

Case 5:11-cv-01846-LHK   Document 3235-2   Filed 01/23/15   Page 202 of 228
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

201

71:22 72:23
78:22 79:5,8,14
79:19 81:18,24
82:8 87:11
106:16 109:7,11
109:14,19,25
110:5,13 112:1
112:4,6,17,22
113:5 115:22
117:16 118:25
119:10,17,23
125:24 126:6,19
128:17 132:20
133:1 134:17
135:1,4,9 137:1
147:6 150:13
153:13 155:22
156:20 170:9,21
171:1 172:4
173:6 175:20
**companies**
16:1,1,10,12,18
22:5 25:13,15
25:17,20 26:4
26:10,15,25
149:18 151:7
**company**
1:14 2:9 11:12
16:1 23:19
25:10,24 27:8
70:11,12 71:10
137:15 143:3,7
143:8 149:23
150:3,3,24
158:18 180:25
181:5 188:12
**comparable**
143:8 188:12
**compare**
98:5 166:11
**compared**
98:10
**comparison**
36:12,14
**complain**
123:4
**complete**
11:8 145:14,16

193:5
**completed**
138:6
**completely**
30:13 122:11
182:6
**comply**
49:1 162:5
**components**
11:24
**compound**
34:1 35:5 56:1
177:4 183:1,22
**comprehensively**
17:25 144:6
**computers**
103:5
**concentration**
13:3
**concern**
44:23 45:16
57:12 59:9
147:22 168:21
**concerned**
26:8,18 27:1
33:19 36:23
93:14 131:8
150:25 158:12
159:5 179:18
186:8
**concerning**
21:23 69:20
102:6 106:3,20
106:24 128:2
147:6 149:6
190:23
**concerns**
39:2 68:13
**concert**
23:12 35:12
**concluded**
192:11
**concludes**
61:13 189:6
**conclusion**
40:8 41:2,13,20
41:25 66:7
131:6 133:14

171:3
**conclusions**
42:21
**conduct**
92:10 122:12
**conducting**
120:25 123:9
128:4 150:4,25
**confer**
68:11 105:10
106:22 141:20
142:25 143:12
144:12 156:23
162:2 179:11
**conferred**
155:17
**confidential**
1:18 6:11 37:1,5
37:9 38:8 55:22
55:23 57:19
60:22 61:13
85:11 103:17
131:3 158:10
162:8,9,10,11
162:14,16
163:10,11,15,16
163:23 182:14
183:17,24
**confidentiality**
37:18 38:6,13
39:1
**confirmed**
189:15
**confused**
103:13
**confusing**
88:3
**confusion**
114:2 179:14
**connection**
15:10 76:9,25
77:12 112:23
114:10 118:25
119:1,10 125:24
126:19 132:20
134:17 137:1
149:3 150:13
153:13 154:20

170:9 171:1
172:4 175:20
**Connolly**
6:5 48:1,8 49:16
49:25 53:10
125:5,12,17,21
126:8,13 127:19
127:22 129:2,8
129:16 130:11
131:13 147:23
154:4 165:6,10
166:7 173:23
**cons**
17:1
**consequence**
114:6
**consider**
65:21,23 131:3
132:15 160:10
167:25 189:19
**consideration**
17:24
**consistent**
27:24
**consult**
122:23 158:8
190:1
**consumer**
11:16
**contact**
127:25
**contacts**
23:19,20
**contain**
163:23
**contained**
104:23 153:8
167:3
**containing**
89:22 94:1 96:17
162:9
**CONTAINS**
1:18
**contend**
38:4
**content**
168:2
**contents**

57:22 70:18
87:21 90:23
91:21 104:8
105:6,13 116:10
149:6
**context**
16:9 55:24
**continue**
67:15 121:20
123:3,8 152:1
**continued**
1:17 2:1 83:15
**continues**
30:19 102:14
**continuing**
181:15
**continuously**
12:19
**conversation**
69:11,18 70:4,6
73:16
**conversations**
64:1,9,25 65:23
66:4 133:12
157:4
**conveying**
159:4
**copied**
190:18
**copies**
74:3
**copy**
85:22 165:3
186:6,12
**corporation**
1:5,9,11 2:4,6,13
4:2
**correct**
10:18,19 11:10
20:24 21:2
22:22 23:24
24:22 25:11
30:3 34:7 40:3
46:7 47:12
49:17 62:22
66:1 67:21 69:7
77:17 78:16
80:1,12 84:17

Case 5:11-cv-01846-LHK   Document 3235-2   Filed 01/23/15   Page 203 of 228
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

202

84:18 94:21
96:5,22 101:24
102:23,24
104:10 105:2,4
114:20 118:12
118:13,18,19
125:19 131:2
139:11,13 140:4
148:2,6 151:12
155:19 156:13
165:13 166:4,5
166:8,10 169:21
169:25 170:1
172:15,16,18,20
174:8,9 177:1
177:22 178:2,3
193:5 194:13
**correction**
83:8 195:4 196:4
**corrections**
193:6
**correctly**
24:11 93:16,23
146:13
**correspondence**
5:14,16,17,20,24
6:3,7
**counsel**
7:16 8:23 28:1,22
30:16 31:10
41:6 42:5 44:2,9
45:1,4,7,20 46:1
47:4 48:15
51:22,24,25,25
52:3 57:7 61:11
62:24 63:11
67:3 74:9,10,11
78:23 82:4 83:6
83:20,24 84:8
84:16 87:10
90:2,4,12 91:14
91:19 97:18
104:4 110:13
111:18 114:18
117:13 119:21
122:20 123:18
124:7 131:9
133:4 136:5

139:21 140:14
141:20 145:1
152:22 157:11
157:23 158:9
161:19 164:13
167:19 171:5
179:11 182:5
184:25 189:22
190:7 191:17
**Counselor**
182:25
**counsel's**
38:8 49:1 91:12
189:25
**count**
89:16 95:24
**counter**
59:11 179:23
**Counterclaim-...**
2:14 3:3
**Counterclaim-...**
2:10
**countries**
78:20
**couple**
9:19 74:3
**course**
17:11 23:10
29:20 35:19
53:21 63:21
85:24 135:5
145:18 149:21
150:24 155:14
155:14
**court**
1:1 8:4 37:6,22
61:1 80:5 85:12
86:5 97:19
102:25 136:16
137:16 164:3
**courtesy**
28:7,24 85:22
**cover**
111:8
**covered**
112:24 116:5
**covers**
58:8

**creating**
128:8
**criteria**
42:19 43:10 85:6
**CRR**
1:25 2:25 194:4
194:25
**CSR**
1:25 2:25 194:3
194:25
**curious**
56:18
**currently**
67:15 76:18,20
**cut**
58:3 121:23
184:15
**Cutler**
3:6 7:19

_____
**D**
_____
**D**
4:1 6:1 196:1
**Dae**
20:7
**Daniel**
20:13
**dash**
11:3
**data**
103:5 149:10
**date**
7:6 64:8 104:9
105:7,13,23
193:11 195:25
196:25
**dated**
86:6 95:3 103:1
137:18
**dates**
53:22
**day**
74:16 122:2
135:10,22
183:20 184:10
187:11
**days**
64:2 69:9,9 88:20

191:10
**DC**
3:8
**deadline**
190:3
**deal**
60:12 142:8
186:10
**dealing**
151:3
**debate**
27:7 28:1 29:4,8
136:7 171:12
**December**
12:8,10,18,20
51:6,11,18 52:4
52:17 53:25
54:1,16,20,23
55:4 62:11 65:1
65:12,18,25
66:11,20,25
67:21 68:1
156:1,8
**decide**
35:23 59:4,7 85:3
**deciding**
50:14
**decision**
57:24,25 58:7
176:16,20
**declaration**
163:5
**declare**
23:15
**declared**
8:21 22:10,16
23:9 194:7
**decline**
168:5
**default**
191:10
**defend**
163:3,14
**DEFENDANT**
3:11
**Defendants**
1:15
**degree**

13:1
**Delaware**
1:13 2:8
**deliberately**
45:18,19 119:22
120:8
**delineated**
21:9 25:13
**deny**
96:8 143:15
159:17
**denying**
96:20
**departments**
21:15
**depending**
107:8 150:19
**depends**
23:1
**deponent**
7:14 193:1
**Depos**
7:11
**deposed**
9:9 76:6 90:22
**deposition**
1:20 2:16 5:9 6:2
7:8 29:20 30:5
44:17 64:11
74:8 76:3 92:10
120:2 123:10
135:22,25
161:20 163:15
164:20 187:14
189:7,24 190:22
191:22 192:11
**depositions**
168:11
**Derek**
3:5 7:20
**derived**
65:16 110:11,12
110:25
**describe**
12:24 13:12
142:17
**described**
109:8 110:9

170:16
**description**
16:14 98:8
**designate**
38:10 189:20
**designated**
38:7 60:21
163:17,20
**designating**
189:12,14
**designation**
189:17
**designations**
163:4
**desire**
106:21 107:3
**detail**
103:23
**detailed**
13:7 15:14 86:21
**details**
146:6
**determinations**
60:8
**determine**
17:2 18:9 50:16
64:18 113:4
**determining**
41:23
**develop**
15:23 16:14
**developing**
13:23 14:11
15:19 17:6 18:2
18:16,22 22:9
22:15,19 23:4,8
47:19 51:4
76:21,24 77:12
160:5,11,16,19
160:24 161:4
**developments**
15:10
**devices**
11:25 103:3,4,5
**de-designate**
189:16
**differ**
11:5 150:19

**difference**
123:5
**differences**
92:25
**different**
19:2 65:7 78:19
162:22 170:18
185:17 186:3
**differently**
36:11
**differs**
85:7
**difficult**
25:22 150:21
**digital**
21:10
**dinner**
145:11
**direct**
20:21 77:3
149:10 164:24
166:2
**directing**
112:7
**direction**
120:20 194:13
**directly**
19:6 77:8
**disagree**
27:16 37:25
55:13 73:3
116:13 117:18
191:1
**disclose**
36:25 71:21
149:21
**disclosed**
37:5
**discloses**
37:16
**disclosing**
42:8
**disclosure**
5:12 74:1 85:20
87:3 88:10
107:20
**discoverable**
120:16

**discovery**
37:21 55:15,24
122:12,16
**discuss**
36:13 47:14
52:21 53:4
77:24 128:3
134:12 136:21
156:9
**discussed**
48:21 50:14
106:6 109:7,14
109:19,24 110:5
112:16 119:13
131:12 156:3,16
156:17 157:4
**discusses**
94:10
**discussing**
51:17 52:3 83:18
100:16
**discussion**
134:22 146:21
**discussions**
17:12 42:4 64:5
115:24 189:10
**dispute**
97:7 167:2,8
**disputes**
26:10
**disputing**
94:18 96:4
**District**
1:1,2 6:13
**divided**
21:4 25:9
**division**
1:2 146:6
**document**
6:5 73:25 75:15
85:20 88:5 90:1
90:3,5,23 91:21
92:20 93:24
94:6 95:3,13,18
97:20 137:23
147:11 153:19
162:4 164:22
168:2

**documents**
17:23 74:17 75:1
75:19
**doing**
30:21 36:15 57:6
120:14 128:9
149:24
**Dong**
19:15 20:4 32:17
32:20 34:24
35:1 47:16
49:21 118:16
124:25 130:6
169:21 172:15
185:19 186:5,15
187:2
**DOOR**
3:6
**Dorr**
7:19
**dozen**
30:19
**Dr**
19:5 49:21 65:24
66:4 124:24
127:7,12 131:18
132:6 133:1,3
133:13 134:4,13
136:21 138:12
138:24 139:6,9
139:17,20 140:1
140:12,21 141:2
141:11,16
142:14 143:2,10
143:13,18,22
144:4 146:23
158:3,6,20,23
159:20,24
**draft**
104:23
**due**
178:18 179:10
180:8 190:3
**D.C**
130:2
**déjà**
168:9

**E**

**e**
3:1,1 4:1,1,1 5:1
5:7 6:1,1 194:15
195:1,1,1 196:1
196:1,1,1
**earlier**
79:24 80:8 87:24
100:1 127:17
128:25 133:20
133:25 149:16
155:16 163:20
165:9,12 188:6
188:10
**easier**
98:13
**easy**
181:25
**educational**
12:22
**Eeva**
118:16,17
**effect**
67:24 110:3
139:19,25 140:7
140:10 141:15
143:7,19 147:3
147:9 158:17
159:9
**either**
30:8 33:24 43:8
44:4 56:12 96:9
105:6,22 113:11
121:9,22 145:1
159:2 184:3
189:16
**elaborate**
151:4
**electronic**
103:3
**Electronics**
1:8,10 2:3,5 3:11
3:12 7:14
**elicit**
57:10 75:3
119:22 120:8
**eliciting**

Case 5:11-cv-01846-LHK  Document 3235-2  Filed 01/23/15  Page 205 of 228
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

204

55:9
**Ellis**
52:23
**Emanuel**
2:19 3:16 7:25
86:7 89:23
90:10 94:11,20
95:5 101:4,11
102:19,21 165:3
**embedded**
95:21
**employed**
12:19 180:9
**employee**
34:23 185:5
**employees**
20:20 49:22
118:18 127:13
130:4,11
**ends**
46:24 82:15
123:13 157:18
**engage**
13:16 14:16
15:15,23 35:13
36:3,4 47:18
50:13 135:7
**engaged**
14:20 36:6 76:18
78:19 106:16
**engaging**
13:22 14:10
**engineer**
19:14,15,16,21,22
19:23,24,25
20:1,2,3,4,5,6,7
20:8,9,10,11,12
20:15 33:6,20
34:3 47:15
118:15
**English**
8:8,8 9:7 24:6,14
24:18 25:2,6
91:21
**ensue**
150:2
**ensued**
145:21

**ensuing**
35:23
**entailed**
146:19
**entails**
13:19 149:8
**enter**
191:6
**entire**
128:11
**entirely**
65:5
**entitled**
73:25 75:11
95:13 115:12
121:2 126:7
**entry**
89:18 92:13
**Ericsson**
33:16,24 35:3
71:14,19 78:7,9
78:16 110:7
111:8,10,13
112:18 114:22
114:22,24 115:3
116:6,22 117:7
123:22 127:23
160:17,20
**Ericsson's**
116:11 117:15
**Ericsson-related**
33:18
**Errata**
193:7
**escape**
52:1,9
**ESQUIRE**
3:4,5,14,15 4:3
**essential**
21:20 22:10,16,21
23:9,15 61:6
106:4
**establishment**
13:19
**et**
62:16
**ethical**
121:22

**ETSI**
23:3,4,5
**Eun**
20:17
**euros**
159:6,6
**event**
56:10 115:25
122:8 123:2
**Everyone's**
60:9
**evidence**
55:21 85:14
**EVP**
52:5,6 55:1,1
118:15 137:11
158:15 169:17
**EVPs**
62:15
**exact**
76:16 79:9 80:19
85:5 88:21 93:4
105:12 124:17
127:9 130:16
138:16 143:6,18
158:20,25
**exactly**
78:4 89:4 91:18
97:5 102:7
106:23 128:8
132:13 156:22
157:1 158:6
166:24 168:22
**EXAMINATION**
5:2 9:1 83:15
164:15 188:4
**examined**
8:22 193:4 194:6
**Excerpt**
6:15,17
**exchanged**
130:19
**exclude**
31:8 32:1 39:8
45:10 48:12
49:6 50:20
63:16 79:7,18
81:23 82:7

110:10 116:19
121:15 170:25
**excluded**
56:3 111:24
113:6
**excluding**
99:9 109:13,18,24
110:4,17,24
111:17 112:15
113:6
**exclusive**
99:22
**excuse**
36:4 43:25 56:12
76:22 96:3
127:24
**executive**
19:4 47:16
**executives**
138:12
**exhibit**
5:9,10,13,15,17
5:19,21,23 6:2,3
6:5,7 73:24 74:4
85:19 86:1,4,6,9
86:13 87:23,25
89:15 94:4 95:3
95:6,10 97:20
97:22,25 98:6
98:15 99:14,24
100:17,17,22
103:1,7,15,24
104:5,15 107:17
107:19,23
137:17,19,22
147:11,13,16,19
148:15 150:10
152:7,14,24
153:8,18,21,24
164:3,10,20
166:2,11,12,12
166:13,15,19,19
166:20 167:3,4
167:16,17 168:6
168:7 169:9,16
170:4 171:24
173:4,6,13,17
185:20 186:7,13

186:17 187:4
**existed**
106:9
**exits**
60:20
**expect**
115:11
**expert**
166:23
**experts**
93:18 167:7,12
**explain**
144:18
**explained**
145:23
**explaining**
93:1 142:5
**explanation**
91:10 146:19
170:2 171:20,22
**explored**
44:21 45:14
**express**
46:14
**expressed**
68:13
**expression**
180:9,18
**expressions**
158:25
**expressly**
96:6
**extended**
145:9
**extent**
24:4 35:6 40:11
50:13 69:19
78:10 81:10
114:3 148:1
**extraordinary**
151:25
**eyes**
1:14,18 6:12 38:8
60:22 61:14
162:8 189:13,14
**e-mail**
5:17,23 6:3,7
15:13 94:10,16

94:19 95:14,16
96:1,5,12,17,21
97:25 98:7,18
98:21 100:14,18
101:2 102:2
104:12 105:3,8
105:15 106:20
109:4,7 147:20
147:22 150:7
154:2,3,7 166:3
166:6,19,20,23
167:2,12 169:20
173:3,13,17
**e-mailed**
165:3 166:7
**e-mails**
5:12 70:17 71:13
71:15,18 74:1
74:22 83:23
84:1,4,5,7,15,19
84:25 85:3,20
88:10 89:22
90:10 91:4
92:15 94:1
102:4,9 104:22
105:17,22
106:24 107:5,11
107:21 108:3,6
108:8 109:13,18
109:24 110:4
112:16 161:8,14
**e-mail-related**
167:7

_____
**F**
**face**
58:1,13,14
**fact**
28:8 29:2 46:4
96:5 102:13
106:3,8 115:25
117:15 128:11
156:25 176:24
**facts**
34:11,20 43:11
50:3 71:23
76:12 85:13
87:18 89:1,10

148:8 170:5
172:1 176:2,10
**factual**
43:13 44:5,7
171:16
**fair**
10:5,6,9 26:9
54:9 103:19
121:22 183:8
**faith**
144:20
**fall**
42:6
**far**
24:15 32:19
33:14,18 34:13
36:23 42:2 53:7
73:20 77:6
93:13 109:5
115:7 131:7
145:6 150:24
153:3 155:4
159:5 160:13,21
161:1,6,11,17
169:10 172:11
174:2 176:3,14
185:9,22 186:8
186:14,18 187:7
**fashion**
40:15 149:10
**February**
54:4 67:6,10,11
165:2,15
**Federal**
194:15
**feel**
10:8 181:8
**fifth**
88:4
**fight**
30:21
**fighting**
117:8
**Figueroa**
2:20 3:17 7:8
**figure**
178:13,15 181:17
**file**

96:17
**final**
192:1,5
**finally**
67:10 96:10
**financial**
18:6 109:11,15,20
110:1,6 112:17
115:13,14,18
116:16 117:3,21
117:24 118:2
123:25 124:4
134:11,22 135:2
135:15 136:19
179:20 185:6
**find**
158:9 169:2
175:3,11
**finish**
28:13 29:5,15
**finished**
46:15,20 108:9
**firm**
114:11,13
**firms**
47:18,25 52:10
112:1 113:19
114:15
**first**
9:10 12:17 47:6
51:3 56:7 58:11
67:6,10 71:17
72:4 76:5 77:25
88:15 95:9
103:23 107:18
137:25 138:19
142:20 146:6,9
146:10 147:24
155:21,25
170:18 177:21
178:2,6
**Fish**
53:6
**five**
71:5 155:12
189:8
**flat**
90:4

**Floor**
2:20 3:18
**flow**
97:11
**focus**
180:6
**focused**
13:12 104:6
**focusing**
100:23
**follow**
27:12 48:24
75:25 145:2
151:17 152:2
157:9,12 190:24
**following**
58:19 60:21
179:24 191:6
**follows**
8:22 61:2 80:7
128:23 136:18
142:13,19 149:7
158:16
**follow-up**
46:4 61:9 67:4
70:23 128:15
157:25 176:5
**force**
56:22
**foregoing**
193:4 194:7
**forget**
143:6
**forgo**
28:17,18 38:18
**form**
22:4 31:1 103:24
120:10 131:9
141:12 148:12
152:12
**formulate**
62:8
**formulated**
62:6 66:12 77:16
**formulating**
62:13,18,24 67:21
68:5 132:15
**forth**

9:18 77:17
**forward**
134:25 161:14
**forwarded**
161:7
**forwarding**
154:3
**foundation**
50:19 85:14
87:19 89:2
92:19 94:22
96:23 115:21
140:17 166:22
167:5 172:1
174:24 175:6
187:6
**foundational**
174:6
**four**
89:16
**fourth**
24:24 164:24
**frame**
124:19 127:14
156:6
**frankly**
156:21
**Frazier**
1:25 2:24 194:3
194:24
**French**
95:20
**frequently**
156:9
**Friday**
1:22 7:1 83:1
**front**
103:15 164:19
**full**
1:12 6:15,16 9:3
10:9 55:15
137:25
**funny**
35:18
**further**
10:14 13:19
30:22 32:6
83:11 143:22

Case 5:11-cv-01846-LHK   Document 3235-2   Filed 01/23/15   Page 207 of 228
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

206

151:4 181:19
188:23 194:17
**future**
153:8

_____
**G**
_____
**gather**
151:1
**gathered**
151:11
**gathering**
150:5 151:5
**general**
11:2 18:5 35:22
126:7
**generality**
57:4
**generally**
11:8,21 15:22
16:8,13,16
17:10 18:21
21:3,6 23:10,14
35:17 36:9,10
42:3 47:9 69:17
132:18 176:24
188:14
**gentleman**
62:20 99:8 112:8
145:5
**gentleman's**
144:25
**gentlemen**
165:11
**getting**
67:3 112:10
120:16 184:18
192:5
**give**
8:16 10:6,9 16:9
39:8 43:9 73:12
122:17 150:22
**given**
18:19 23:21
27:22 32:6
43:20 44:20
58:12 97:6
193:6
**giving**

42:23 120:18
138:7
**go**
9:6 15:6 17:2
24:17,21 25:2,5
30:10,11 45:3,3
45:4,8 46:12,21
46:22 51:19
58:5 66:15
81:10 97:8
115:8 116:20
119:6 142:10
144:21 145:10
146:16,18
149:17 157:16
158:14 164:5
168:19,23
184:20 187:19
191:14
**goes**
24:7 34:14 42:3
50:5 53:7 73:22
93:1 109:2,5,22
110:15 144:19
153:4,5 160:8,9
160:14,21 161:1
161:6,12,17
169:10 174:3
176:4 185:9,23
186:14,19
**going**
26:8,19 27:7,12
28:1 29:20 30:9
30:10 39:7 44:3
46:17 53:21
56:1,3,13,24,25
58:22 59:22
60:13 72:8 73:1
74:23,24 75:25
79:20 87:8
90:19,25 91:20
111:6 116:7,7
121:4,20 123:2
123:3,5,20
125:22 131:10
134:25,25 135:6
136:7,10 142:7
149:1,24 150:25

151:5,17 152:2
154:21 155:9
157:9,12 161:18
168:1,16 170:7
170:17 175:18
177:18 178:12
181:4,9,14
182:11 184:15
187:16,17,21
190:19 191:5,25
**good**
7:4 9:3 19:9
144:20 164:17
164:18
**Gordon**
7:25,25 61:22
74:11 187:12
**GORGON**
3:15
**Gosma**
3:5 7:20 103:11
**gotten**
70:18 71:13,14
**graduate**
13:2
**grandstanding**
135:25
**Gray**
53:8
**great**
60:15 78:10
**Greg**
7:18
**GREGORY**
3:4
**Grewal**
55:13 120:17,22
137:17
**Grewal's**
38:5 55:17
**gross**
91:20
**grossly**
89:25
**group**
100:2
**guess**
14:15 54:7 56:18

57:12 77:14
155:25 165:20
168:18
**guy**
144:2
**guys**
187:16

_____
**H**
_____
**H**
3:4 5:7 6:1 195:1
196:1
**Hae**
20:1 24:3,17
**Hale**
3:6 7:19 86:8
**half**
74:16 122:18
147:24
**halfway**
107:24
**Han**
19:21 20:6
**hand**
8:14 21:22
**handle**
25:16
**handled**
22:6
**handles**
26:2
**handling**
21:16 25:18
79:12 81:15
99:8 149:14
190:23
**hand-held**
11:25
**happen**
17:11 25:19
105:21 165:14
165:18,21 175:8
**happened**
182:21,24
**happens**
16:20 143:8
149:8 158:18
**happy**

28:18 159:22
163:22
**harassing**
44:3 66:7
**hard**
64:4 181:21
**Hardy**
165:6
**hazard**
128:8
**heading**
108:12
**hear**
46:9 113:22,25
140:9,12 141:8
164:3
**heard**
46:11 68:25
71:18 72:4
139:19 140:6
**hearing**
139:24 140:19
141:5,14
**held**
2:16 53:25 54:4
**Helen**
95:19
**help**
182:1
**helpful**
190:14
**helping**
126:25
**Heung**
20:10 33:6,7,8,9
**he'll**
128:15
**high**
142:23 143:1,21
149:22
**highest**
13:1
**highly**
1:18 6:11 38:8
60:22 61:13
162:8,11,15
163:11,16,23
**hindered**

163:3
**hired**
12:17
**Ho**
19:5 20:3,5 47:16
52:6 55:1 62:16
99:23 100:4,9
118:15 124:24
137:11 169:17
**Hojin**
20:14 24:5 25:5,5
33:4 96:12 98:1
**hold**
12:9 13:1 14:4
19:13 114:1
151:21 162:3
**holding**
161:20
**hopefully**
65:6
**hoping**
18:21 119:20
**Hopson**
95:19
**hour**
130:17 146:13,14
**hours**
171:6 184:14
**Household**
11:18
**Huh**
20:5
**Hun**
19:21
**Hwan**
1:20 2:16 5:2
7:15 8:20 9:5
192:11 193:3
195:3 196:3
**Hyuk**
20:8
**Hyun**
20:4 34:24 35:1
**Hyung**
20:11 55:2
**H-e-e**
11:3

**I**

**idea**
56:7 91:4,7
**identification**
86:2,10 95:7
97:23 103:8
137:20 147:17
153:22 164:11
168:8
**identified**
21:1 23:23 24:13
24:17,25 94:15
95:25 98:17,20
99:13,24 100:13
147:19
**identifies**
90:8 96:11
**identify**
7:16 19:8,10
102:22 163:9,22
**identifying**
95:15
**Il**
19:24 24:2,6
25:17
**implied**
57:13,16
**important**
13:15 64:3 175:3
**improper**
27:21 28:23 29:3
30:7,13 31:12
32:6 43:3 48:21
51:1 57:18
91:14 121:17
122:11 128:9
137:6 142:6
152:3 161:21,23
163:4,8,14
**improperly**
28:9 58:12
**inadvertent**
5:11 74:1 85:20
88:10 107:20
**include**
11:24 54:8,10
146:3

**included**
167:14
**including**
23:5 38:13 46:13
100:10 103:3
161:21 163:4
**incoherent**
42:10
**incomplete**
42:23 43:9
**incompletely**
87:3,7,17 88:24
89:8 90:3 94:20
95:20 96:17,22
165:4
**Incomprehensi...**
34:12
**incorrect**
121:11 138:14,15
139:8
**incorrectly**
177:2
**independent**
57:24,24 58:7
**indicated**
154:5,9
**indirect**
77:11
**individual**
23:20 24:12,13,16
24:17,20,24
25:2,14 26:5
185:10
**individually**
22:6
**individuals**
20:23 37:6 52:8
67:20 169:15
**indulgence**
180:17
**indulging**
180:19
**industrial**
144:6
**industry**
17:13,19 144:9
159:25
**inexact**

129:21
**inform**
139:6 189:17
**information**
17:5,13,14,18,19
18:1,10 31:8
32:1 37:1,5,7,9
37:16 39:18
40:23,25 41:11
41:18,23 42:16
42:19 43:7
48:12 49:7,9,12
50:20,24 51:16
55:9,22,23,25
56:2 57:19,22
63:23 66:12
72:1,10 79:22
82:1,3,10 85:11
87:9 103:18
110:11,12,18,25
111:17,18,24
114:6 115:12
120:16,24
121:15,19 122:1
122:19 126:3,24
127:4 128:5
132:14,23
133:12 137:4
141:13 144:6,9
149:17 150:5,9
150:15 151:2,5
151:10 152:6,14
152:19,24 153:8
153:16 154:23
158:10 159:25
162:9,11,11,14
162:16 163:11
163:16,16,24
167:14 182:14
182:15 183:17
183:18,24,25
185:8 189:24
**informed**
9:17 138:12,24
189:25
**injunction**
106:5
**Insider**

83:12
**Insight**
18:7 83:11
**insisting**
143:2
**insofar**
23:4 50:4 73:22
109:1,22 110:14
153:4 160:7,8
**inspection**
191:18
**instance**
17:21,22 21:14
23:3 25:20,23
25:25 53:24
93:5
**instruct**
16:11 27:5 29:18
29:25 30:1 31:2
39:7 42:11 43:4
74:24 87:8
90:19 110:10
111:6 116:20
117:9 120:6,10
121:2,12,24
122:13,14,21
125:22 126:17
128:16 131:14
149:1 150:11
152:10,17
153:11 157:5
168:24 170:7
173:8,19 175:18
176:9
**instructed**
27:8,18,22 28:4
29:3,4 43:19
45:16 46:2
112:21 114:18
116:25 117:5
121:9 122:3
135:12 136:8
151:16
**instructing**
29:17 31:7,25
39:14 40:19
42:15 44:4,25
45:6,22 48:11

49:5 50:19
63:15 71:20
75:13,21 79:6
79:17 81:22
82:6 106:14
112:3 113:15
114:5 116:18
117:6 118:23
119:8 120:13
121:3 132:18
134:15 135:10
136:24 151:13
151:22,24
154:17 167:22
170:12 172:2
**instruction**
27:13 31:13 32:5
43:8 45:8 46:14
48:16,17,21,25
51:1 63:20 72:6
73:2 75:10,25
110:18 117:10
119:14 123:20
124:2 137:6
151:18 152:2
157:10
**instructions**
32:5 43:2 44:21
44:22 49:2
87:19 121:21
123:4 161:21,23
172:9
**instruction's**
73:4
**interest**
28:16 74:2
105:25 106:9
107:21 111:14
116:6 117:15
194:17
**interests**
108:13 114:25
**interfere**
163:13
**interject**
16:6 26:7
**interpret**
8:8 28:14,20

**interpretation**
38:20 66:15
148:10 183:12
**interpreter**
4:12,13 8:5,10,11
11:2,17 28:13
28:16,17,20
38:17,17,21
41:6 63:3 68:12
68:18,22,24
83:7,7,10 85:22
85:23 96:24,24
97:3,10 104:2,3
104:3 107:1
112:9 138:5
140:3,4,8 141:7
144:13,13,17,17
144:24 145:4,7
156:24 159:12
159:14 167:18
167:18
**Interpreters**
68:11 105:10
106:22 142:25
143:12 144:12
156:23 162:2
**interpreter's**
159:12
**interpreting**
28:13
**interrupt**
155:10
**interviews**
5:10 73:25 85:19
88:9 107:20
**invade**
110:8
**investigation**
103:6 106:7
**invite**
111:8 116:23
**involve**
111:10
**involved**
23:4 24:5 47:6
51:3 63:11
67:20 68:1,9,17
68:21 71:15

78:14
**involvement**
23:11 78:10
**in-house**
51:24,25 52:2
189:22 190:7
**in-person**
129:15
**IP**
99:9,22 100:10
124:24
**irrespective**
106:21 107:1,2
**issue**
37:20 61:19
71:18 72:5
75:17 102:17
103:18 106:9
116:2,3 123:22
156:3 164:1
180:13,25
182:13 183:3
**issues**
37:23 39:1 55:16
69:21,22 115:5
189:23
**ITC**
74:2 106:7,13
107:21 161:8
**ITC's**
169:3

_____

**J**
**J**
1:25 2:24 194:3
194:24
**Jae**
19:21 20:5,8,11
**Jaewan**
19:5 52:6 62:16
**Jae-Hee**
11:1
**James**
4:11 8:2 9:7
89:18 107:25
154:3
**January**
54:2 66:21,25

67:5 127:20
129:3,14
**Jeon**
20:7
**Jin**
1:20 2:16 5:2
7:15 8:20 9:5
17:9 19:23 20:7
34:2,5 192:11
193:3 195:3
196:3
**JO**
4:13
**job**
1:23 14:7 79:15
82:4 99:4,16
100:4,6
**John**
3:15 7:25 101:18
101:20,21,22,23
101:24 102:22
155:17
**Johnson**
101:18 102:22
155:17,22 156:3
156:11,18
**join**
128:21
**Jong**
20:15
**Joon**
19:14 20:2 24:3
24:25 33:20,21
**Joong**
33:7,9 55:1 99:23
100:4,9
**JOSE**
1:2
**Journal**
18:7
**Ju**
20:10 33:6,8
**Judge**
38:5 55:13,17
120:17,18,22
137:17
**July**
96:12,21 98:1

100:14 156:6,8
**June**
118:10,21 124:12
124:16,22 125:5
127:7,14 129:14
131:18 132:7,16
133:22 134:6,9
134:14 136:22
137:8 138:10,24
139:10,16,20
140:22 141:3,11
141:17 142:15
147:5 148:6,20
148:23 149:11
158:1 169:24
174:7,17 176:1
176:8,12,17
178:25 180:5,12
180:24 185:21
186:7 188:7
**J-a-e**
11:3

_____

**K**
**Kang**
19:15 20:2,16
24:3,25 32:17
32:20 47:16
49:21 55:2
118:16 124:25
127:7,12 130:6
131:18 132:7
133:8,13 134:4
134:10,13
136:22 169:21
172:15 185:19
186:5,15 187:2
**keep**
28:23 175:9
187:13
**keeping**
189:1
**Ken**
55:2 67:19 70:8
101:21
**kept**
15:9
**Kevin**

Case 5:11-cv-01846-LHK   Document 3235-2   Filed 01/23/15   Page 210 of 228
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

209

101:18 102:22
129:11,24
155:17 165:6,10
**Ki**
55:1
**Kim**
4:12 20:3,11,12
101:18,20
**kind**
26:24 35:25
170:15
**Kirkland**
52:23 114:14
**knew**
36:15 70:17,18
93:15 115:17,24
**know**
12:6 17:16,22
22:2,5 26:14
30:4 31:9 32:1
32:19 35:22
38:22 51:14
58:7,10 59:5
60:3 61:19
62:20 64:6 68:8
68:8,16,16
75:12 78:4 79:9
85:7 92:8 93:19
94:7 102:3,7
104:9 106:4,19
106:23 113:14
115:2,5,6,7
116:8,16 117:3
117:21,24 118:2
119:17,18 120:8
120:24 121:7,18
123:24 124:4
126:7 133:4
135:21,23,23
138:3,16 144:2
148:1,18 153:2
158:24 159:8,18
165:14,16,18,21
166:24 167:9,14
169:2,6 172:13
174:3 179:14
181:12 182:21
182:23,23

183:10,16,23
184:12,16,17,17
185:19 186:5,9
**knowledge**
26:11 39:20 40:4
173:23
**known**
138:13,25 139:7
139:11
**knows**
114:19 115:13
143:23 159:3
**Ko**
20:13
**Koh**
20:9 120:18
**Koppelman**
4:3 5:4 7:21,21
38:2,5 56:16
56:18 57:12,21
58:3,6,15 59:15
59:24 60:3,6,16
60:19,20 61:17
61:23 72:19
75:8 128:21
162:24 163:6,19
164:2,5,16
166:1 167:1,11
168:4,9,14,20
168:24 169:6,8
170:11,17,19
171:7,11,14,17
171:19 172:6,14
172:21 173:2,10
173:11,21 174:4
174:16 175:2,12
175:21,23 176:5
176:6,11 177:6
177:9 178:22,23
179:5,24 180:1
180:21 181:8,13
181:22 182:2,7
182:10,20 183:8
183:9 184:7,20
185:1,4,17,18
186:3,4 187:1
187:10,13,21
188:16,23 189:1

189:4 190:13
191:1 192:6
**Korea**
12:3 55:2 67:19
68:1,5 69:4,18
70:4,8 71:7,17
72:4 73:7,12,15
76:8 88:19,23
89:9 91:3 93:25
99:11
**Korean**
1:9 2:4 4:12 8:8,9
11:14 90:21
91:21 98:25
169:12
**Kwak**
1:20 2:16 5:2,9
6:2 7:15 8:20
9:5,8,9 31:5
73:24 83:17
89:18 90:9 95:9
103:22 107:25
137:22 153:24
162:1 164:17
169:9 172:8
173:12,16,22
174:5 180:2
182:11 192:11
193:3 195:3
196:3
**Kwon**
19:23 33:6,7,8,9
34:2,5 185:3
**Kye-Sung**
99:5
**Kyung**
20:17

_____

L

_____
**LA**
26:1,3
**lacks**
50:19 85:14
87:18 89:1
92:19 94:22
96:23 140:16
166:22 167:5
171:25 174:23

175:5 187:5
**language**
90:24 92:1
**Lantier**
3:4 5:3 7:18,18
9:2 11:4,10,19
14:23 15:5,8
17:4,17 19:19
20:18 21:12
27:3,6,11,16,20
28:5,12,19 29:5
29:9,14,24 30:7
30:12,17,24
31:4,11,20,21
32:4,8 33:2 34:4
34:15,22 35:8
36:2,17 37:2,20
38:19 39:11,19
40:1,2,9,16,24
41:3,8,10,16,17
41:22 42:7,14
43:14,24 44:9
44:15,25 45:4
45:20 46:6,10
46:15,20,22
47:5,24 48:15
48:20,22 49:3
49:13,20 50:6
50:25 51:2 53:3
54:21 55:12
56:7,15 60:13
60:25 61:8,18
62:4 63:5,6,18
63:24 66:9,19
69:1,2,7,10 70:3
71:2 72:2,11,16
73:3,5,11,24
74:6,21 75:3,9
75:14,23 76:14
79:3,13,23 80:5
80:15,22 81:2,4
81:12,17 82:2
82:11 83:9,13
83:16 84:6 85:2
85:18,24 86:3
86:11 87:14,15
87:22 89:6,13
90:7,16 91:2,8

91:17,24 92:3,8
92:12,22 93:8
93:22 95:2,8
97:2,8,13,19,24
101:10,19 102:8
102:25 103:14
103:21 104:5,13
104:20 105:16
106:10 107:4,9
110:16,23 111:4
111:15,22
112:14 113:23
113:24 114:9,17
115:9,20 116:12
116:15 117:1,8
117:18,20 118:7
118:9 119:5,12
119:19 120:2,9
120:14,20 121:6
121:12,23 122:6
122:10,21 123:7
124:3 125:10,16
126:4,12,21
127:5 128:19
129:7 131:1,9
131:11,16 132:4
132:5,10,24
133:7,18,19
134:2,3,21
135:3,13,21
136:9,16 137:5
137:7,12,16,21
138:21,22 139:4
139:15 140:11
140:20 141:10
141:24 142:3,9
142:11 145:3,13
145:24 147:4,10
147:15,18 148:3
148:11,13,22
150:8 151:9,15
152:5,13,19,23
153:6,18,23
154:24 155:6,12
155:15 157:2,7
157:13,16,24
159:19 160:3
161:13,18 162:3

162:13,18
163:21 190:17
192:7
**large**
146:2
**late**
54:15,20 183:20
187:10
**law**
9:14 47:18,25
52:10 113:19
114:11
**lawyer**
99:17,18 100:5,7
111:23 133:1,8
**lawyers**
51:17,20,23 56:12
62:18,21 104:23
111:23 113:16
125:4 133:21
134:5,23
**lay**
115:21
**Leading**
188:16
**leaks**
141:13
**learn**
37:7 76:5
**learned**
66:11 114:6
167:15 185:6
**leave**
56:19,22 58:10,16
58:20,21 59:18
169:1
**leaves**
56:23
**led**
160:1
**Lee**
19:14 33:20,21
98:20,23 99:5
**Lee's**
99:4
**left**
55:19 123:11
171:6

**legal**
7:10 13:5 40:8
41:2,13,20,25
42:20 43:1 66:7
99:9,22 100:10
106:17 119:1,11
125:25 126:19
128:1 131:6
132:20 133:14
134:18 137:2
150:13 153:13
154:20 170:10
171:1,2 172:5
175:20
**length**
57:1 146:12
**letter**
58:2,11 86:6,14
86:22 87:2 95:4
103:1,16 104:15
104:15,19,21
105:1
**letters**
109:8
**let's**
30:11 45:2,3
46:22 66:21
68:23 113:10
135:11 137:8
145:17 146:11
146:14 153:18
155:24 156:6
157:16 164:5
**level**
57:4 58:23 126:7
**liability**
1:13 2:8
**license**
14:12 25:11
32:23 33:12
39:13,22 40:5
40:18 44:11
51:4 52:4,11
53:18 55:5
67:16 69:23
76:10,10,25
77:13 78:14
109:15,21 110:1

110:6 112:18
115:15,18
116:17 117:4,22
117:25 118:3
123:25 124:5
135:17 138:13
138:25 139:7,11
139:18,23
140:15,22 141:3
146:21,24 147:7
148:16 154:11
154:16,25 157:3
158:5,7 160:5,6
160:11,11,16,19
160:24 162:19
166:8,14 167:4
167:16 179:21
185:7,20 186:6
186:12,17 187:3
**licenses**
109:12 149:14
161:3
**licensing**
10:17,21 12:3
13:9,14,18,24
14:4,8,25 15:11
15:17,20,24
17:6 18:3,10,16
18:22 22:9,15
22:20 23:8
32:13 33:16,25
34:9,10,17,19
35:3 37:11
43:17 47:7,14
47:19 48:5,7
49:17,23 50:2,8
50:17 51:9,12
51:17 52:22
53:5 76:19
77:24 78:8
79:12,16 81:20
82:5 83:19
101:5,12 102:20
127:1,14 134:23
138:11 151:1
155:18 156:10
160:17,20,25
161:4 172:18

173:14,18,24
182:14
**licensing-related**
13:16,22 14:10
**light**
148:11
**limit**
190:6
**limited**
1:13 2:8 24:4
52:18 77:9,15
133:16 134:11
135:15 136:19
**line**
73:21 94:14
98:14 99:14
103:3 155:10
169:12,13,16
195:4 196:4
**lines**
95:24
**list**
98:6
**listed**
98:25 169:13,16
169:17 170:4
171:24 173:7
**litany**
26:25
**litigation**
14:19 15:1,9
31:15 71:15
78:19 79:15
80:1,11,17 81:6
81:15,19 82:4
104:24 106:20
106:25 139:18
147:8 149:15,15
150:1 152:16
182:15 183:17
183:24 185:7
**litigations**
69:12 78:23
**litigation-related**
93:18
**little**
18:4 25:21 40:14
61:24 68:22

69:14 70:1
76:16 127:17
128:24 138:8
150:21 178:20
178:21 180:10
180:20 181:6
184:11,19
185:16
**LiveNote**
61:18,22 102:16
**LLC**
1:12 2:7 3:13
**LLP**
2:19 3:6,16 4:4
95:19
**local**
76:8
**location**
7:7
**lodged**
93:17
**log**
152:20
**long**
12:2 18:17 38:7,7
71:3 74:15
82:13 114:24
130:15,17
135:10 145:21
146:10 171:6
183:21 184:10
**longer**
61:16
**look**
16:17,25 17:5
41:5 45:9 46:12
84:4,5,13,15,25
85:4 86:12 98:9
98:14 104:25
108:11 144:5
166:11,18 175:4
175:10,16,25
176:7
**looked**
175:13
**looking**
20:19 44:17 63:1
63:7 69:16

Case 5:11-cv-01846-LHK   Document 3235-2   Filed 01/23/15   Page 212 of 228
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

211

87:21 126:5
169:22 175:15
**Los**
1:21 2:21 3:19
7:1,9 83:1
**loss**
175:10
**lot**
77:7 92:4
**lump**
159:6
**lunch**
82:12,17 83:17
85:21

——————
**M**
**mail**
106:1 165:19
**making**
36:1,16 176:16,20
**manage**
20:25
**manages**
25:20
**manner**
85:1
**March**
96:1
**mark**
73:24 74:4,4
85:18 86:5,7
95:2 97:20
103:1 137:17
147:10 153:18
162:7 164:2
168:6
**marked**
86:1,9 87:24 88:5
94:6 95:6 97:22
103:7 137:19
147:16 153:21
164:10,19 168:7
168:10
**materials**
130:19
**Mathematics**
13:4
**matter**

7:12,13 8:16
56:11 64:3 76:6
104:9 106:3
125:12,18,20
126:7,13,16
128:2,3 131:2,6
135:16 148:19
148:21 149:6
156:25 172:18
172:23,25
184:17 190:4
**matters**
14:19 15:1 48:8
48:10 49:15
50:12 80:1,11
80:17 81:6,19
101:12 106:19
117:6 127:20
129:2 149:16
155:18 158:13
170:15
**mean**
56:25 77:3 89:4,7
91:6 112:13
115:2,25 119:18
140:14 171:5
176:22 184:15
**means**
170:22
**meant**
54:9 62:23
174:14
**media**
18:6 21:10 46:24
47:3 82:15 83:5
123:13,17
157:18,22 189:7
**mediation**
110:9,12,25 111:5
111:9,14 112:23
114:4,10,19,22
116:4,10 117:6
117:14 155:25
**mediations**
54:8,10,13 114:7
**mediator**
116:5
**meet**

35:22 74:15
132:6
**meeting**
53:25 54:3,16,23
54:24 55:4
65:12,25 66:11
66:13,14,21,22
66:25,25 67:6,6
67:11,11 68:2,7
74:13 76:2
77:16 118:11,14
118:21 119:3
124:13,14,16,22
125:6 127:8
129:20,23 130:1
130:4,12,14,15
130:20 131:3,13
131:19 132:8,16
133:22 134:6,10
134:14 136:23
137:8,9 138:11
138:24 139:10
139:16,21 140:2
140:13,23 141:4
141:12,17
142:15 146:1
147:5 148:5,20
148:23 149:12
158:1,3 162:22
169:24 174:7,11
174:18 176:1,8
176:13,17
178:25 179:7
180:5,13,25
185:21 186:7
188:7,19
**meetings**
53:16,20 54:4,6,8
77:21 127:6
129:15 131:17
**Melin**
118:16,17 137:14
138:20 142:20
143:5,15,19,23
144:1,5 145:19
158:17,22
159:10,16,17
163:5 178:7,14

178:24 179:6
180:4,12,24
188:11
**member**
172:17
**memo**
154:11,16 155:1
166:7,8,14
167:4,16 185:20
186:6,12,17
187:3
**memory**
52:19 53:1
**Menlo**
4:7
**mentioned**
25:8 66:22 67:19
85:21 155:16
178:14
**message**
159:4
**Messrs**
134:10
**met**
74:9,11 77:23
78:3 131:21,24
132:1,12
**MICHAEL**
3:14
**microphone**
187:25
**middle**
54:1,23
**Middlefield**
4:5
**mid-question**
184:16
**Mike**
7:23 120:3
135:21 163:21
**million**
61:5 159:6,6
**Min**
55:2
**mind**
16:2 28:19 40:13
52:7,12 53:23
69:14 91:7

92:24 125:2
129:12 136:12
136:15 138:7
178:9 179:4
180:19 183:13
184:3
**minimum**
111:13
**Minjae**
74:12
**minute**
184:9 187:12
**minutes**
41:9 46:18 71:5
155:13
**mischaracterizes**
89:25 101:14
105:19 132:2
133:2 148:7
**Miseon**
20:16
**misinterpreted**
140:13
**misrepresentati...**
90:5 91:20,25
**misrepresenting**
90:21
**misstated**
27:25 36:5
**Misstates**
39:24 40:7 54:17
80:2 170:5
177:3
**mistaken**
84:12
**misunderstand**
133:23
**misunderstandi...**
42:24
**misunderstood**
67:25
**moment**
25:8 29:14 52:1
65:8 86:12,20
113:20 143:25
144:2 150:21
**Monday**
190:3

**money**
143:21 149:22
**month**
12:6 78:6
**months**
12:5
**Moon**
19:22
**morning**
7:4 9:3
**motion**
5:21 128:19,22
189:22
**move**
27:15,20 29:4
43:21 44:24
56:13 66:21
68:23 117:18
128:7,11 138:21
181:10
**movements**
22:4
**movie**
171:4
**moving**
171:15
**MPEG**
26:1
**MPEG-2**
21:15 25:25
**MPEG-2/MPEG**
26:3
**multiple**
105:17
**mundane**
77:18
**music**
103:4
**Myers**
53:14

———————
N
———————
**N**
3:1 4:1,1 5:1,1
6:1,1 196:1,1
**name**
7:9,18 9:4,5,7
24:6,14,18,21

25:3,6,21 52:2
92:14 94:24
96:7 97:6 98:25
102:13 107:25
108:16 129:11
169:13 190:8
**named**
194:7,11
**names**
9:6 20:19 24:11
27:9 52:1,6,9
111:25 113:19
190:14
**Nami**
20:9
**narrow**
16:4
**nay**
184:4
**NDA**
37:18 38:14
55:11,20 57:17
57:22 58:8,13
59:14
**NDAs**
26:12 116:5
**NDA's**
111:8
**NEC**
26:3
**necessarily**
52:18 133:5,16
150:16 158:22
159:10,14
**need**
29:18,25 30:4
37:9 43:12
45:25 46:8 58:9
58:16 59:18
81:8 92:9
102:16 113:12
121:14 122:7,23
122:25 123:12
146:5 151:25
162:25 167:12
168:24 177:5
179:13 181:5
182:23 187:25

190:8 191:18
**needed**
45:10 71:8,11
163:22
**needs**
59:18 190:1
**Negative**
153:3 176:3
**negotiate**
25:10 36:19
**negotiation**
31:24 35:24 48:6
51:4 53:17
69:13 76:20
101:6 148:20
149:11,25
150:18
**negotiations**
13:16,21,23,24
14:11,12,16
15:20,24 17:3
21:7 32:24
33:13,25 35:14
36:7 37:11,16
39:13,22 40:5
40:18 43:17
44:11 47:7 50:9
50:13,15,17
51:5,12 52:4
56:14 64:2
67:16 69:12
76:10,15,19,22
77:1,13 78:15
78:16 134:23
135:20 148:16
148:25 151:11
155:18 179:22
182:16 183:18
184:1 185:8
190:18
**negotiators**
135:14
**neither**
120:14
**never**
100:3 107:13,15
109:23 115:19
**new**

1:10 2:5 56:13
65:21 66:12
145:21
**newspapers**
93:21
**Nokia**
4:2 7:22 26:15,22
31:6,23 32:14
35:3,10 36:7,12
36:20 37:12,13
37:17,17,25
38:4 39:13,22
40:5,18 43:17
44:12 47:7,14
47:20 48:6
49:23 50:2 55:9
55:14,18,23,25
56:5,23,24 57:8
58:12 59:13
69:13,21,23
71:14,19 72:14
75:6 78:15
109:16 111:12
116:4 118:12,17
118:21 124:13
124:16 127:1,8
127:15,25 128:2
128:3 134:7,12
135:16 136:20
137:13 138:11
138:12,19,24
139:6 143:21,24
144:8 146:10,11
146:14,16,17
148:5,16,25
149:22 151:11
152:16 157:3
159:5 161:19
162:22 167:16
167:24 169:24
172:18 173:14
173:18,24 174:8
174:18 176:1,8
176:18 177:18
179:22 181:1
182:12,16 183:3
183:19 184:1
185:8 186:7

188:7 189:13,21
190:11
**Nokia's**
56:3,12 61:11
67:2 103:12
167:20 168:15
182:14 183:17
183:24 189:25
**Nokia-Apple**
154:11,15,25
166:8,14 167:3
185:6,20 186:6
186:12,16 187:3
**nonsense**
30:17
**nonwaiver**
167:21,25
**nonwaivers**
72:20
**Northern**
1:2,19 6:13 60:23
61:15
**note**
31:13
**notes**
174:17,20,21
175:25 176:8,13
176:17 194:14
**notice**
2:24 166:13
**noticed**
102:16
**notified**
111:11 115:4
**November**
62:10
**number**
16:1 25:19 26:11
70:12 77:20
78:19 85:9
86:15 94:6
97:20 103:6
127:10 132:12
147:11,14 177:7
189:7 190:7
**numbering**
88:3
**numbers**

Case 5:11-cv-01846-LHK   Document 3235-2   Filed 01/23/15   Page 214 of 228
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

213

57:5,10 59:1,3
59:10,21 60:2
153:19 158:12
158:12
**NW**
3:7

___

**O**

**O**
4:1 5:1 6:1 196:1
**oath**
8:4 9:11
**object**
30:8 120:10
**objecting**
42:18
**objection**
14:22 27:4,21
28:21,24 29:10
29:11,13,16,17
30:25 31:1,2,17
63:19 72:7
119:13 131:5,10
141:25 142:2,4
142:9 148:12
152:8 188:16
**objections**
29:10 30:14
81:12 172:10
**obligation**
37:19
**observe**
176:12
**obstructing**
120:4
**obtain**
42:12
**obtained**
87:10
**obviously**
30:21 56:22
115:2 184:9
189:17
**occasion**
35:23
**occasions**
54:14 85:10
127:11 156:14

**occur**
188:20
**occurred**
178:16
**occurring**
78:23
**occurs**
59:25
**October**
1:22 7:1,6 38:6
78:1 83:1
137:18
**offer**
50:15,16 55:5,7
59:10 61:3,5
62:6,8,13,19,24
63:13,14 65:1
65:16,18 66:13
66:23,24 67:7
67:12,21 68:6
119:4,7 134:12
135:16 136:20
142:22 145:21
146:10,18 168:4
178:5
**offered**
179:16
**offering**
59:5
**offers**
36:1,16 56:3
134:22 158:13
160:6,11 179:23
179:23
**offices**
2:17 131:21,22
**Oh**
34:2 70:6 71:4
143:10,14
145:18 158:21
**okay**
13:9 15:4,17,21
30:24 38:16
46:6,22 60:1
65:19 67:25
68:23 69:1 94:8
100:4,21 113:23
115:9 116:12

117:13 121:6
133:10,18 138:9
146:5,8 157:13
158:1,11 168:14
173:10 176:5
191:21,24 192:3
**once**
44:19 45:21
46:10,12 85:16
129:19
**ones**
26:2 120:19
169:23
**one-page**
97:25
**ongoing**
64:5 119:13
**on-the-record**
55:21
**open**
107:10,13,15
161:20 162:3
187:14 189:1
**opening**
145:19
**open-ended**
26:24
**opinion**
66:2
**opportunity**
86:23 111:10
116:23 189:18
**oppose**
128:19
**opposed**
144:14
**opposition**
128:22
**option**
58:24
**order**
1:19 5:21 6:12
15:23 18:9 36:4
36:7,19 37:10
38:6,9 51:14
55:17,24 60:23
61:15 71:12
85:12 103:16

124:21 137:17
138:18 162:6
168:17,21 169:4
189:23
**ordered**
37:6,22 55:14
120:17
**organization**
20:25 22:8,19,24
22:25 23:7 24:1
31:23
**organizational**
21:25
**organizations**
22:13
**organized**
26:18
**original**
27:21 112:15
171:21 191:12
191:14,17
**ought**
35:24 36:1,15
142:22
**outcome**
194:18
**outline**
104:23 105:4,18
106:12 109:3
161:9
**outline/brief**
108:14,20
**outrageous**
135:25
**outside**
14:7 37:6 38:8
50:1 51:22,25
52:10 55:23
62:23 63:11
78:23 83:20,24
84:8,16 99:11
114:11 139:21
140:14 187:22
**overall**
77:20 78:9
148:25
**overbroad**
84:2,22 121:17

170:23 185:13
**overly**
162:5
**overseas**
99:9,10,22 100:10
**O'Melveny**
53:14

___

**P**

**P**
3:1,1 4:1,1
**page**
1:17 2:1 5:2,9,24
6:2,6,8 88:2,4,5
88:8,16 89:14
89:15,17 90:2
94:5 95:12
96:11 100:23
103:15 107:18
107:23 137:24
138:1 195:4
196:4
**pages**
1:24 5:12,14,16
5:18,20,22 6:4
6:11
**papers**
106:6
**paragraph**
137:25 164:25
**Park**
4:7 20:15 99:13
99:23 100:9
**Park's**
99:16 100:4
**parlance**
11:14
**part**
15:16 21:10,10,11
21:13,18,19,20
21:22 22:23,24
23:7,12,16 24:1
31:6,22 32:20
32:21 33:9,21
33:22 50:14,17
56:10 62:2,5
63:3 65:17
68:23 70:11

Case 5:11-cv-01846-LHK   Document 3235-2   Filed 01/23/15   Page 215 of 228
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

214

83:20 84:5,7
128:7 146:2
152:3 159:15
170:12 185:7
**partially**
89:22 90:9,13
161:15
**participate**
62:18,24 68:5
**participated**
62:12,16
**particular**
14:2 15:7 16:9,12
17:19 21:7
27:22 42:5 59:4
65:14,16 102:2
125:3 131:20
149:6 175:9
**particularly**
114:21
**parties**
116:4 140:5
**parts**
11:23 21:9 23:12
23:23 86:23
**party**
16:20,20 151:2,6
168:20,23
179:16 180:3,13
180:18 191:19
**patent**
21:17,21
**patents**
16:25 21:20,24
22:3,10,15,21
23:9,15 61:6
106:4
**patent-related**
17:14
**patience**
185:2
**Paul**
118:16,17 137:14
138:20 142:20
143:5,15,19,23
144:1,5 145:19
158:17,22
159:10,16,17

163:5 178:7,14
178:24 179:6
180:4,12,24
**Pause**
187:24
**pay**
61:5 143:4
**paying**
138:18 143:8,20
143:24 144:7
158:19 159:5
180:3,13,25
188:12
**PDF**
95:21
**Pease**
94:11,19 100:13
101:1,4 102:3,3
102:10,12 165:2
**penalties**
9:14
**penalty**
8:21 194:8
**pending**
80:3 113:11,13
126:10
**Pennsylvania**
3:7
**people**
19:9 20:23 21:1
22:4 26:19 27:9
103:13 169:20
**perceives**
144:24
**percent**
63:12 138:19
143:9 158:19
188:13
**percentage**
178:8 179:7
180:3,14 181:1
181:25 182:1,3
**percentages**
181:12
**peril**
56:6
**period**
128:13

**perjury**
8:21 194:8
**permissible**
91:22 113:8
141:19 158:8
**permitted**
28:5 37:7 55:14
170:11
**person**
98:24 102:12,14
138:19
**personal**
173:22
**personally**
18:12 53:16
129:12 186:11
**personnel**
77:20 95:14
**persons**
130:13
**person's**
129:11
**pertaining**
117:6
**Philips**
34:18 35:4 76:11
76:19 77:1,13
77:24 78:3,11
78:13,16 109:21
**Philips-related**
77:6
**phone**
70:6,8
**phones**
11:15
**phrasing**
180:11
**pick**
30:21
**Pickering**
3:6 7:19
**pieces**
128:4 149:15
175:22
**place**
16:19,21 64:10
65:11 70:5
130:1 131:19

175:9 194:11
**PLAINTIFF**
3:2
**Plaintiffs**
1:6
**plan**
153:7
**Planet**
7:11
**planning**
25:10 192:4
**play**
22:5 76:21,24
77:11
**pleading**
95:20
**please**
7:16 8:4,13 9:3
15:6 19:18
27:15 28:4,15
29:4,6,15 30:13
30:20,23 31:19
40:15 41:7,15
43:13,21,23
44:7 45:21
48:23,24 64:12
66:15 69:15
70:1 80:6 81:13
85:17 87:13
90:17 97:1
116:21 126:11
128:14 136:15
136:17 138:4,8
139:5 140:25
141:24 148:10
152:3,21 169:5
174:15 177:6
179:4 180:11
182:22 183:12
184:3 185:16
186:2 189:5
191:23
**point**
11:7 16:7 21:7
26:6 36:22
38:10 39:3,5
41:7 52:19,21
53:4 59:17

84:13 90:2,4,6
90:12,15,20
111:7 138:2
158:25 168:22
180:4 181:8,23
183:1,8 184:6
188:11
**pointed**
184:10
**pointing**
86:22
**point-blank**
122:4
**pool**
21:11,13,18,19,21
22:4,23 23:16
24:1 31:6,22
**pools**
21:17
**portable**
103:4
**portion**
28:15 56:5 59:4,6
146:4 179:2
**PORTIONS**
1:18 6:11
**position**
12:7,9 13:25 14:3
14:24 15:16
29:23,24 34:8
34:17 44:9 48:6
49:16 51:9
55:13 56:11,15
56:19,21 59:16
60:10 73:18
75:9 115:7
116:8,9,12
119:16 120:22
123:1 132:16
134:21,25
135:20 160:17
160:20,25 161:4
167:24 189:19
**positions**
14:5
**possible**
71:6 98:11 150:1
190:12

**possibly**
138:18 150:2
**potential**
47:14 53:17
102:17 106:5
152:15
**potentially**
16:11 121:5
135:8 190:6,7
**PowerPoint**
142:21 145:19
146:17 177:1,11
177:15,19,20
**practice**
18:8 189:23
**preamble**
91:16
**precise**
47:8 62:14 69:15
180:10 181:6
182:22 183:14
**precisely**
24:11 62:9
115:20 186:10
**precision**
70:1
**preparation**
64:10 65:24
133:22 134:5,9
148:15 185:21
**preparations**
35:13,15 36:4,6
36:19 50:12
124:14 148:5
**prepare**
36:7 37:11 39:13
39:21 40:4,18
43:16 44:11
74:7 76:3
118:20 124:21
125:5 127:7
131:18 132:7
134:13 136:22
149:25 150:1
**prepared**
44:14 104:23
119:4 154:16
**preparing**

14:16 47:7 119:6
124:15 128:3
**present**
4:10 55:10,14
73:16 123:23
130:12 178:4
**presentation**
146:18 177:12
**presented**
37:23 55:16
177:12
**presently**
19:4,10
**president**
10:13,15,16 12:2
12:13,14 13:9
13:13,18 14:3,8
14:25 15:11,16
34:9,17 47:16
48:7 49:16 51:9
79:16 81:20
82:5 83:18
**presidents**
10:20 19:5
**pretty**
14:17 184:13
**prevent**
120:16 122:16
**previous**
2:1 64:14 73:9
84:10 176:23
**previously**
44:6 48:20 55:18
83:10 86:19
111:16 119:12
166:4 176:21
179:17 187:14
189:2
**principal**
19:14,15,23,24,25
20:4,5,6,7,8,10
20:15 33:6,19
34:3 47:15
118:15
**printed**
186:11
**prior**
12:9 27:24 44:5

56:10 64:10
65:11 78:2,6
104:16 119:3
145:20 147:5
194:6
**privilege**
41:12,19,24 42:6
42:17,25 64:16
110:9 112:24
117:11,14,17
120:6,12,23
121:5,8,10
152:12,20
161:22 171:13
**privileged**
39:18,23 40:6,23
42:12 43:7
49:12 50:24
51:16 63:23,25
64:19 65:10,11
65:25 66:5,10
72:1,9 79:21
82:1,10 119:15
121:18 122:1,17
122:19 126:2,24
127:4 131:4
132:23 133:11
134:20,24 135:2
135:17 137:4
153:16 154:23
168:2 170:15
**privileges**
111:9
**probably**
22:2 104:11
168:16
**problem**
26:13 42:14
57:11 158:14
163:1
**problems**
181:19
**proceed**
8:24 30:5,11
56:17 57:2 60:7
169:5
**proceeding**
168:16 169:3

**proceedings**
187:24 194:7,10
**process**
9:18 55:24
**processing**
103:5
**produced**
38:7 139:17
**product**
26:20 27:1 28:2
28:10 29:1,21
31:10,16 32:3
39:9,16 40:21
41:1 42:6,13,17
43:1,7 45:11
48:14 49:8
50:22 63:17
71:22 79:8,19
81:24 82:8
106:17 119:2,11
119:23 121:5,19
125:25 126:20
128:18 132:21
134:18 135:9
137:2 149:4
150:14 152:11
153:14 154:20
168:2 170:10
171:2 172:5
**production**
147:7 162:4
**productively**
171:10
**products**
11:16
**project**
147:22 148:4
**prolong**
30:21
**prolonged**
115:10
**promptly**
163:24 190:2
**proper**
27:4 73:4 75:1,10
151:23 152:9
**properly**
163:17

**proposal**
189:21
**propose**
190:24
**proposed**
190:5
**proposing**
190:15
**pros**
16:25
**prospective**
17:2 25:13
**protect**
111:13 114:25
120:6
**protected**
85:11 120:8
121:15
**protection**
43:1
**protective**
1:19 6:12 38:9
60:23 61:15
85:12 168:17,21
169:4 189:23
**provide**
49:10 120:17
**provided**
65:13 91:10
111:23 139:22
140:14 152:7,15
171:1
**providing**
92:23
**public**
26:11 74:2
105:25 106:9
107:21 108:13
135:18,24
**publications**
18:9
**publicly**
151:1
**purpose**
13:24 14:12
106:17 152:6,25
154:15
**purposes**

Case 5:11-cv-01846-LHK   Document 3235-2   Filed 01/23/15   Page 217 of 228
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

216

13:21 15:20,24
16:5 42:5 64:25
127:23 128:1
149:11,12
150:18 170:24
181:7
**pursuant**
2:24 38:5 194:15
**put**
25:24 62:1 86:3
142:20 144:21
155:7 159:8
**Pyo**
19:25 24:2,13
26:4
**p.m**
82:16,17 83:2
123:14 157:19
189:8 192:12

---

**Q**

**question**
9:24 10:2,3 15:2
16:4,5,10 17:9
18:20,25 26:9
26:25 27:15,15
27:19,23 28:3,4
28:11,15,25
29:3,7,8 30:10
30:20,22,23
31:19 34:1
35:16 36:5,8
39:3,5,18 40:1
40:10,14 41:4
41:14 42:1,10
43:5,6,13,15,19
44:4,5,5,8,10,20
45:1,13,13,17
45:23 46:4 48:4
48:23 49:6
50:18 54:9
55:16 57:10
59:21,23 61:1
64:14,23 65:14
65:15,17,22
66:6,16 67:4,5
70:2 72:3,17,21
74:25 75:5 80:3

80:4,6,13,21,23
81:3,22 84:2,22
85:13 86:13
87:12 89:21
90:19 91:1,15
92:11,17 93:10
95:9 98:5 99:2,3
102:19 103:23
104:14 111:16
112:15 113:2,9
113:11,12,13,16
115:17,20 116:1
116:20 117:2
119:25 120:11
121:10,13,21,25
122:4,9,14,15
122:18 123:6,19
123:21,24 126:2
126:10,11,15,22
126:23 127:2,4
128:6,10,12,15
129:4 131:10
132:4,17 133:11
134:1,2 135:11
136:8,10,13,17
137:4 138:23
139:5 140:24
141:18,22 142:8
142:11,16
145:15 148:10
151:14,17,22,23
152:4,8,9,10,18
152:21 153:1,17
154:18,22
157:25 167:13
168:1 170:12,18
170:23 171:15
171:16,21,25
172:7,24 173:15
174:6,12 175:7
175:21 176:5,10
178:10,21 179:3
179:8,12 180:11
180:23 181:6,9
181:11,20 182:9
182:25 183:6,15
183:21 185:17
186:3

**questioning**
69:15
**questions**
9:21 10:6,10 13:8
15:15 27:10,17
29:25 30:8
37:14 46:4
56:24 58:21,22
60:14 61:9
69:20 70:13,23
71:1 73:7 75:1
86:21 88:15,18
90:11,12,15,25
92:2 115:1
119:19 120:3
121:15,17
128:15 141:23
142:7 155:13
161:19 167:22
168:25 181:23
185:2 187:11
188:24
**question's**
35:5 69:24 70:24
145:16 147:1
161:10 174:1
178:17 179:1
180:15 181:2
185:13,25
186:22
**quick**
174:6
**quickly**
190:2
**Quinn**
2:19 3:16 7:25
52:12 86:7
89:23 90:10
94:11,20 95:5
101:4,11,16,21
101:22,23,24
102:19,21,22
155:17,22 156:3
156:11,18 165:3
**quips**
143:10,13
**quite**
23:11 25:21

36:24 52:14
62:25 73:17
87:20 98:11
107:15 129:10
130:8 136:5
151:25 154:22
156:12,21
172:13 174:20
174:25 186:9,23
**quote**
105:25 144:15,22
180:18,22
**Qwon**
20:10

---

**R**

**R**
3:1 4:1 195:1,1
196:1,1
**raise**
8:13 178:24
180:13,25
**raised**
69:20 178:14
180:4 182:13
183:3
**rate**
178:8,15,25 179:7
179:15 180:4,14
181:1 188:13
**read**
61:1,2 80:6,7
94:14 103:22
107:5 128:14,23
135:11,12
136:17,18 138:4
142:12,13
191:10 193:4
**reading**
104:21 183:21
**realize**
183:22
**really**
14:14 25:14,24
26:12,13,18,20
43:12 44:23
56:11 59:3
69:25 71:4

75:11 77:7
91:19 92:4,6,9
94:23 106:18
116:2 122:25
136:1,3 170:25
180:16 183:13
**reason**
10:8 22:1 71:7
102:6 106:2
133:10 186:20
186:24 187:2,9
195:4 196:4
**reasonable**
191:20
**reasoning**
79:10
**reasons**
27:6 48:20
161:21 187:14
**recall**
25:21 47:9 51:6
52:2,5,14 53:22
53:25 54:11
62:25 64:16
67:9,22 68:8,20
70:10,13,15,25
71:4,12 73:17
76:7 77:25 78:5
93:15,25 95:11
96:6 97:5
100:16,19
101:17 102:2,9
104:7,11 105:3
105:6,17,24
106:1,2,8 108:2
108:6,10,20
112:19,25
129:10 130:9,24
132:12 137:23
139:24 140:1
141:5,14 142:18
143:17 144:4
145:11 146:13
150:6 154:1
156:4,22 157:1
158:15,20
164:23 169:11
172:11,22 173:3

Case 5:11-cv-01846-LHK   Document 3235-2   Filed 01/23/15   Page 218 of 228
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

217

172:11,22 173:3
173:5,12,16
174:19,20 175:1
175:15,16,24
176:14,16,20
177:14,24 179:6
180:7 186:23
187:8 188:8,14
**recalled**
89:21 91:5,12
**Recalls**
92:14 108:12
**receive**
78:22 82:3 83:23
84:8,16,19 96:5
104:11
**received**
85:10 91:11
94:19 95:1 96:9
96:20 97:7
105:8,14 161:8
161:15 162:4
**receiving**
89:21 91:5 92:15
93:25 96:7
102:2,9 105:3
105:17,24 106:1
108:2 109:4
122:16 142:22
143:2
**recess**
47:1 82:17 97:16
123:15 157:20
164:9 184:23
189:9 191:4
**recipient**
90:9 95:25 98:20
99:14 100:14
147:20
**recipients**
5:11 74:1 85:19
88:9 94:15,25
97:6 98:7,18
99:24 107:20
**recitation**
11:9
**recite**
187:15

**recognize**
164:22 169:9
**recollect**
24:15 62:9 69:19
94:24 105:22
186:18
**recollection**
47:8 49:24 50:5
53:11 54:22,25
55:6 61:4 62:15
64:6,7 66:17
67:1 68:3 69:8
70:22 73:13
75:13 86:18
88:1,22 89:12
93:2,4 104:18
105:7,12,14
107:12 108:7,22
108:24 109:1,5
109:17,22 110:2
110:15 114:16
124:18 127:9,10
127:16 129:19
129:21,24 130:5
130:13 131:21
134:8 137:14
140:18 144:10
146:22 147:3,9
153:4 160:9,14
161:11,17
174:10,15 176:4
178:1 186:14,19
**recollections**
75:16
**reconsider**
167:24
**record**
7:5,17 28:6 30:25
38:23 45:3,5,8
45:16 46:12,17
46:23,25 47:3
48:18 55:8 61:2
80:7 82:14,16
83:5,8 90:5 97:9
97:15,18 115:11
123:14,17
128:23 134:24
136:5,18 142:13

157:17,19,22
163:19 164:6,8
164:13 168:12
170:6 184:20,22
184:25 187:15
187:20 189:3,4
189:8,11
**record's**
49:14
**redacted**
6:15 75:20 87:3,7
87:17 88:25
89:8,23 90:3,10
90:14 94:20
95:20 96:18,22
103:24 161:15
162:5 165:4
166:15
**redaction**
103:9,11,14,15
**refer**
11:15 16:17
**reference**
58:25 93:16
98:24 112:7
138:17
**referenced**
104:9 105:25
167:4,15,17
185:20 186:6,12
186:17 187:4
**referent**
144:19,23 152:9
**referring**
16:17 17:20
21:14 23:2,3
42:9 54:19,24
64:1,9,19 65:10
90:7 114:23
**refers**
87:2 104:22
**reflected**
45:8 148:14
**reflects**
162:15
**reforwarding**
166:20
**refresh**

75:12,16
**refusal**
28:8 167:20
**refuse**
30:9 181:24
**refused**
29:2
**refusing**
181:9 183:5
**refute**
158:22 159:11,14
**regard**
17:12 18:19 21:6
23:17 25:14
35:25 78:12,17
85:6 89:5 91:7
93:5 101:17
106:19 127:10
150:22,23
**regarding**
34:10,18 49:23
50:2 53:17
76:19 81:18
104:24 109:11
109:25 110:5
112:17 158:1
191:6
**rehear**
167:19
**reinterpreted**
66:16
**relate**
69:11
**related**
71:13 106:5
148:15 173:6,13
**relating**
23:14 69:22
71:19 101:12
155:18 158:2
**relevant**
18:10 26:12
37:23 55:16
79:15 81:19
95:14
**reluctant**
115:8
**rely**

96:24
**remain**
57:8
**remember**
52:10,25 68:17
109:4 155:5
156:17 178:8
**remembering**
24:11 177:2
**rendered**
83:11
**rendition**
68:15,19
**repeat**
32:4 39:5 50:25
61:9 146:5
**repeated**
41:15 136:14
**repeatedly**
45:25 46:13
80:20
**repeating**
63:13
**rephrase**
26:21 40:1
148:11 181:16
**replete**
163:15
**report**
19:3,4 20:21,23
32:9 87:4,7,17
88:11,25 89:8
89:23 90:4,10
90:14 93:7,11
93:14,17 94:2
94:21 95:21
96:18,22 161:16
165:5 167:15
**reported**
1:25 93:20
**reporter**
8:4,6,12,19 11:3
19:20 61:1,2
72:25 80:5,7
86:2,5,10 95:7
97:19,23 103:1
103:8 128:23
136:16,18

137:16,20
142:13 147:17
153:22 164:3,4
164:11 168:8
191:21,24 192:2
192:4,9 194:4
**REPORTER'S**
194:1
**reporting**
19:9
**reports**
17:21 19:6 20:21
21:3 23:22,25
31:5,22 32:9,12
32:22 33:11,15
33:23 34:9,18
172:15
**represent**
7:10,19
**representation**
70:12 71:9
**representative**
26:2
**representatives**
118:11
**represented**
189:15
**representing**
7:22 122:12
191:15
**request**
18:13 191:20
**requested**
80:18 194:16
**requests**
190:17
**require**
153:15
**requirements**
191:13
**reserve**
92:24
**reserving**
60:4,10 191:9
**resolution**
60:11
**resolved**
163:6

**respect**
14:19 15:1 22:20
23:19 32:14,23
33:12,16,24
35:2,10 36:12
47:19 50:7 61:5
78:7 79:25
80:10,17 81:6
102:11,20
104:14 127:22
128:2 150:7
156:10 160:17
160:20,25 161:4
177:23 178:19
**respective**
16:25 61:7
**respectively**
18:18
**response**
27:9 37:14 45:12
62:1 65:14,14
101:25 143:3
159:24 190:11
**responsibilities**
11:5 13:8,11,13
13:17,25 14:18
15:1 21:4,19,23
22:9,14 23:21
25:9 31:6,14
32:13,23 33:12
33:16,24 34:10
34:18 35:2,11
50:7,11 76:9
78:8 79:25
80:10,16 81:5
**responsibility**
11:21 23:8 31:23
67:16 99:11,21
100:8 182:8
**responsible**
22:19 26:5
**restate**
39:4 131:10
**restating**
40:13 66:23
**restrict**
37:3
**result**

31:9 32:2
**retorts**
158:20
**retracts**
159:14
**retreading**
178:12
**returns**
61:17
**reveal**
26:20 27:8 39:15
40:20 48:13
49:7 50:21
51:15 65:9 87:9
87:10 106:15
112:3,22 113:17
114:5,19 118:24
119:9 125:23
126:17 128:16
132:18 134:16
136:25 149:2
150:11 152:11
153:11,16
154:18 156:19
170:8,14,20
172:3 175:19
**revealing**
26:10 27:1 39:18
40:23 43:6
45:14 49:12
50:24 63:23
71:25 72:9,22
79:21 82:1,10
126:24 127:4
137:4 154:23
**review**
18:8 74:17,22
84:1,7,20 86:20
86:24 108:19,25
109:2,3 137:25
138:6 186:16,21
194:16
**reviewed**
75:15,19 108:8,22
154:25 187:3
**reviewing**
89:22 91:5,12
92:14 94:1

108:3,6,13
**re-elicit**
97:3
**Richardson**
53:6
**ridiculous**
92:7
**right**
8:13 12:1,16,21
24:23 32:16
38:16 39:3
46:17 49:19
58:1,16,17
59:24 60:19
65:1 67:23
69:16 81:1 84:9
86:25 91:23
99:12,15,19,20
99:25 100:12,25
109:1 113:3
114:12 116:3
117:9 119:18
120:5,6,9
122:10,20
124:11 130:8
142:6 146:1
155:20 163:7
174:22 188:9,17
188:25 191:9,19
**rights**
60:4
**RMR**
1:25 2:25 194:3
194:25
**road**
4:5 44:18
**Robert**
86:7
**Rok**
20:6
**role**
11:11 76:21,24
77:4,9,11,15
83:21
**roles**
77:6
**room**
55:10 56:20

58:10,17 59:18
59:23 60:20
92:25
**Ropes**
53:8
**rough**
191:22 192:8
**round**
36:14
**routine**
149:18 150:4,24
151:6
**routinely**
35:20 149:17
**row**
88:15
**rows**
89:16
**royalty**
143:9 178:8,15,24
179:7,15 180:14
181:1 188:13
**rule**
135:6 194:15
**rules**
9:19
**Run**
64:12
**running**
177:19
**Ryan**
4:3 7:21 60:14

| | S | |

**S**
3:1,15 4:1 5:1,7
6:1 195:1 196:1
**safe**
75:24
**SAMNDCAZ00...**
97:21
**SAMNDCA-Z0...**
153:20
**SAMNDCA-Z0...**
147:12
**Samsung**
1:8,9,11 2:3,4,6
3:11,12,12 7:14

7:24 8:1,2 10:18
10:21 12:4,17
12:20 13:14,25
14:5,8,19 15:24
17:7 18:3,15,22
19:3,6 20:20
22:14 25:10
32:10 39:12,21
40:4,17 43:16
44:10 47:13,18
49:22 50:1,16
54:15 55:5,6
57:18,20 59:18
60:16 62:5,12
63:14 66:12
67:20 68:6
76:18 77:23
78:3,18 79:15
80:1,11,17 81:6
81:19 83:19
84:20 95:14
96:12 99:18
108:13 118:11
124:13 127:13
130:3,11 134:6
134:12 135:14
135:15 136:20
137:9 138:11
139:18 146:9
160:4,10,15,18
160:23 161:2
163:15 178:4
179:22 182:13
183:16,23 185:5
189:12 195:2
196:2
**Samsung's**
22:19 32:13,23
33:12 37:11
38:4 48:5 50:8
51:5,12 52:3
55:22 56:19
66:24 67:7,12
67:16 69:11
76:25 77:12
78:23 82:4
119:6 131:22
132:15 139:21

140:14 148:15
148:24 155:18
156:9
**Samsung-Apple**
104:24
**Samsung-Nokia**
188:19
**SAN**
1:2
**Sanctions**
5:22
**Sang**
20:6
**Sanghoon**
99:13,16
**sans**
99:9
**Saturday**
76:7
**save**
67:3
**saw**
177:18
**saying**
26:17 59:17
121:8 140:1
162:23 163:2
**says**
58:12 90:3,13
92:15 96:16
108:2,12 143:5
144:2 146:11
158:17,23 159:2
159:24
**schedule**
35:21 36:13
119:4
**scratch**
173:4
**screen**
177:15
**scroll**
61:20,24
**SEALED**
6:11
**second**
19:13 24:12
67:11 94:9

95:12 96:10
98:6,24 100:24
145:20,22 146:7
146:15,23
176:25 177:14
177:18,21
187:18 188:21
**see**
46:13 59:8 70:18
71:13,15 87:2,5
88:12,14 89:17
89:24 92:13
94:12,13,14,17
95:15,17,22,23
95:25 96:2,14
96:15,16,19
97:6 98:3,4
100:13 101:1,3
107:24 108:4,5
108:12,15,17,18
109:6 114:25
115:3 145:17
146:16 149:13
154:2,8,12
155:24 156:6
165:7,8 166:16
166:17 168:18
190:15 191:19
**seeing**
70:22 73:13
77:15 86:19
94:24 95:11
96:7 100:20
108:10 137:23
154:1 164:23
**seek**
22:4 121:18
**seeking**
65:15 119:15,22
120:1,24 128:1
**seen**
70:16,21 86:13
87:25 93:6
95:10 103:24
104:15,19
137:22 153:24
171:4 186:11
**segregated**

59:7
**Selwyn**
86:7 95:5 103:2
109:9
**send**
102:14
**sender**
100:17
**sending**
102:4
**senior**
19:16,21,22 20:1
20:2,3,11
**sense**
81:11
**sent**
79:5,11,11 95:14
98:1 101:1
106:12,20
165:19,21
172:12
**Seok**
19:24 24:2,6
25:17
**Seon**
20:1,12,15 24:3
24:17
**Seoul**
131:22
**separately**
6:14 60:24 61:16
62:2 163:12,25
**September**
95:3
**series**
9:21 88:14
**serves**
52:19 53:2
**session**
145:20,22 146:7,7
146:15,20,23
177:14,18,21,23
178:2,4,7,16
188:19,21
**sessions**
146:1,2 176:25
177:8,13
**set**

9:18 11:15 35:21
36:13 77:17
119:3 154:6
**sets**
12:3 13:12
**settled**
162:25
**Seung**
19:5,25 24:2,13
26:4 47:16 52:6
55:1 62:16
118:15 124:24
137:11 169:17
**seven**
171:6 184:14
**share**
56:4
**shared**
55:22
**sharing**
55:10 57:18,18
126:2
**Sharp**
34:10 110:1
118:3
**Shearman**
53:12
**sheet**
193:7
**Shim**
11:1,6 20:4 34:24
35:1
**Shim's**
11:20
**Shin**
4:11 6:3 8:2
19:25 24:2,13
26:4 74:12
154:3
**SHINN**
8:2
**short**
38:2 74:3
**shorthand**
194:4,11,14
**show**
92:1,2 162:12
**showed**

Case 5:11-cv-01846-LHK   Document 3235-2   Filed 01/23/15   Page 221 of 228
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

220

28:8 142:21
162:13
**showing**
29:2
**shown**
98:10 103:17
**side**
16:23 86:4 145:1
**sign**
191:10
**Signature**
192:10 193:11
195:25 196:25
**signed**
193:7
**similar**
78:11,13 88:22
105:8,15
**similarly**
36:13 189:13
**simple**
119:25
**simpler**
85:16 178:21
**simplify**
16:3
**simplifying**
184:3
**simply**
40:14 68:14
77:14 121:11
150:23 185:16
**sir**
8:13 10:11 14:6
15:5,25 31:20
40:10 41:16
46:15 51:14,21
76:4 80:17 86:3
86:17 90:17
136:10 145:14
150:23 178:9,19
181:3
**site**
17:15
**situation**
42:22 103:16
**six**
95:24

**sixth**
89:15
**size**
20:25
**skipped**
38:20
**slated**
77:20
**slew**
17:23
**slightly**
85:16 88:3 118:8
**slow**
135:22
**slowing**
136:1,3,6
**solely**
31:9 32:2 87:10
110:11,13
**solemnly**
8:7,15
**solve**
123:3
**somewhat**
26:8
**Son**
99:23 100:6,11
**soon**
190:11
**sorry**
12:4 16:6 18:20
19:17 26:6 50:8
51:19 58:5
62:22 66:14,18
80:25 88:2
92:21 100:17
102:15 103:12
114:1 140:3
147:13 184:2
**sort**
16:24 26:15,17
35:20 57:3,5
62:10 88:22
93:16 105:8,14
106:1 149:18
151:4 167:21
176:20 180:9
190:5

**sorting**
128:5
**sorts**
77:18
**sources**
17:5,11,19 18:1
132:14
**South**
2:20 3:17 7:8
**speak**
18:5 50:23 63:12
63:22 113:13
124:7 134:5
179:3 183:6
**speaker**
90:22 91:22
**speaking**
17:10 23:10,14
27:21 28:20,23
29:10,12 30:14
30:24 36:10
81:12 93:3
141:24 142:1,4
142:9 172:22
**specific**
15:25 18:4 36:18
39:4 42:8 53:22
56:2 57:5,10
59:1,3,10,21
60:2 61:10 62:1
64:8 70:10,15
72:21 86:22
126:6 163:22
176:16 178:10
178:11,15,20,24
179:20 180:14
180:20 181:1,20
181:23 186:2
**specifically**
14:15 37:10
38:14 39:12,21
40:17 43:16
44:10 71:6 73:6
112:6 124:13
135:7 148:24
163:9 173:6
**specificity**
58:23 131:25

179:4
**specifics**
39:8 56:14 69:16
**speculation**
102:5 140:16
153:9 174:23
175:5 187:5
**spelling**
11:2
**spend**
14:13
**spoke**
47:15 68:10 69:3
88:19,23 89:9
112:12 134:8
137:9,13,15
165:11
**spreadsheet**
87:24
**staff**
35:12
**stage**
37:24
**stamp**
153:19
**stand**
73:1
**standard**
22:11,16 23:5
**standards**
21:20,23 61:6
106:4
**standards-relat...**
22:3
**standing**
63:19
**start**
36:5 76:23 146:8
146:15
**starters**
35:21
**starting**
124:18
**starts**
165:1
**state**
2:25 8:7,15 9:3
29:11,16 55:12

139:17,20
140:21 141:2,11
141:16 142:14
159:22 194:5
**stated**
56:11,15 158:4
187:14
**statement**
38:3,23 135:19
148:8 165:16
**statements**
135:24
**states**
1:1 78:24 89:20
95:18 143:22
**stating**
158:16
**status**
51:12
**stay**
56:24 58:24
**step**
60:14,17 187:22
**step-by-step**
17:3
**Sterling**
53:12
**stipulate**
74:24 75:4,7
157:11 167:21
**stipulating**
72:19 75:8
**stipulation**
190:22 191:6
**stop**
29:14 30:14,15
43:12 44:2,7
90:16 92:3
102:15 136:4
141:24 183:20
**stored**
174:22
**straightforward**
40:15
**strategies**
13:20,23 14:11,17
15:20,23 16:15
17:6 18:11,16

Case 5:11-cv-01846-LHK   Document 3235-2   Filed 01/23/15   Page 222 of 228
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

221

18:23 22:9,15
23:9,19 47:19
48:6 76:25
77:12 102:20
**strategy**
12:11,15 16:16
18:3 22:20
31:24 32:13
33:17,18,25
34:10,19 35:3
49:23 50:2 51:4
51:18 52:11,22
53:5 76:10
77:15 78:8
101:6,13 127:1
127:14 156:10
**Street**
2:20 3:17 7:8
18:7
**strengths**
16:25
**stretching**
184:18
**strictly**
134:11 135:15
136:19
**strike**
11:17 21:18 35:9
65:21 76:22
105:2 128:7,11
128:20,22
138:21 140:3,8
141:7 154:14
160:8 165:15
**stuff**
59:12
**style**
92:9 136:2
**stylistic**
68:14
**subject**
26:11 41:24
58:13 69:5
131:2,6 172:23
172:25 173:5,13
173:17
**submission**
106:12

**subsequently**
56:4
**substance**
39:15 40:20
45:10 48:13
49:7 50:21
63:16 71:21
79:7,18 81:23
82:7 87:10
106:15 112:4,9
113:18 118:24
119:9,16 125:23
126:18 128:17
132:19 134:16
136:25 149:2
150:12 153:12
154:19 156:20
170:8 172:3
175:19
**such-and-such**
144:7,15,15,18,23
158:5
**suddenly**
158:23
**suggest**
35:21 171:9
**suggesting**
144:20 157:8
**suggestion**
184:5
**Suh**
20:1 24:3,17,22
**Suite**
4:6
**SULLIVAN**
2:19 3:16
**sum**
159:6
**summary**
5:10 73:25 85:19
88:9 107:19
**supervising**
77:10
**supervisor**
186:15
**supports**
185:11
**suppose**

35:20
**supposed**
56:19 99:3
**supposedly**
120:23
**supposition**
68:23
**sure**
8:6 9:17 19:2
22:18 24:9
25:23 26:13
61:12 73:17
76:17 82:13
97:13 103:19
107:15 109:3
130:8 143:17
145:3,25 156:12
168:11 172:12
176:15 184:7
**surmise**
95:1
**surprised**
144:1 159:17
**SVP**
55:2 70:8
**switch**
118:7
**S-h-i-m**
11:3

———————
**T**
**T**
3:14 4:1 5:1,1,7
6:1,1 195:1,1
196:1,1,1
**table**
88:15 89:17 90:8
**tablet**
103:5
**tactic**
152:3
**tactics**
92:7
**Tae**
19:16,17,18,19
**tag**
159:13
**take**

17:24 18:2 41:6
43:22 44:1 69:6
70:5 86:12,20
97:11,13 123:12
130:1 131:19
146:11,12 155:9
155:13 174:17
176:17 184:8
**taken**
14:24 34:8,16
115:6 123:7
174:21 194:10
**talk**
35:25 115:2
116:10 124:20
133:21 137:8
151:19 158:9,11
168:1 187:12,17
187:22
**talked**
57:1 118:22
157:14 176:24
179:17 188:7,10
**talking**
35:24 52:11 54:3
56:8 58:15,16
86:15 113:17
124:12 135:3
143:11,14
155:24 169:7
171:8 181:18
**tape**
123:11
**task**
42:6
**tasked**
25:15,17
**tasks**
18:19 42:9,9
**team**
12:11,15 18:15,18
18:18 62:5
172:17
**Teece**
87:4,7,17 88:10
88:25 89:8,23
90:3,10,14 93:7
93:11,14 94:1

94:21 95:21
96:18,22 161:15
165:4 167:15
**Telecom**
23:7 32:21 33:10
33:22 34:6
**telecommunicat...**
1:12 2:7 3:13
21:10
**telephone**
71:3 73:21
**tell**
8:21 12:22 18:21
30:10 37:10
42:18 45:5,22
45:25 53:22
56:25 59:19,24
64:7,21 70:20
71:6,11 73:6
100:1 121:3
122:2 126:5
131:25 149:5
156:15 181:4,12
**telling**
119:22 122:17
170:14
**tells**
54:25 170:20
**ten**
12:5 71:5
**tend**
175:9
**term**
61:7 99:10
109:20
**terms**
14:15 16:18
17:18 18:5
23:18 25:9,13
36:15 57:23
61:10 63:13
66:23 67:12
69:23 70:19
77:19 93:3
104:8 105:6,22
106:7 109:12,15
110:1,6 112:17
115:13,14,18

116:16 117:3,21
117:24 118:2
123:25 124:4
134:11,22 135:2
135:15 136:20
138:13,25 139:6
139:10,22
140:15,21 141:2
142:22 145:19
149:9 150:4
158:4,7 160:4
160:10,15,18,23
161:2 162:18,21
173:14,18,24
177:7 179:21,23
184:13 185:6
**territory**
178:12
**testified**
8:22 31:14
131:24 162:18
162:21 165:9
166:3 174:5
176:21 185:12
191:16
**testify**
9:14 162:20
181:14 194:8
**testifying**
90:16,18 188:14
**testimony**
8:15 27:24 28:1
38:5 39:20,25
40:8 43:9 54:18
60:21 61:14
63:4 80:3 84:10
91:13 101:15
102:1 105:20
108:19 126:25
132:3 133:3,20
134:1 139:9
162:15,17 170:6
176:22,23 177:2
177:4 178:14
181:13,16 182:2
188:6 193:4,6
**thank**
8:3,12,19 62:2

83:13 103:19
161:25 177:10
188:22,25 191:2
**Thanks**
46:10
**theatrics**
163:21
**thereof**
17:1 149:10
**thing**
13:15 26:16
93:15 149:19
151:8 162:22
186:18
**things**
13:20 15:13
16:18 17:25
21:8,15,16 22:5
22:6 25:12
26:19 35:22
53:23 63:1,8
67:23 71:9,16
73:14 77:19,19
93:1,15 102:12
102:14 106:6
120:10,15 128:3
136:3,6 142:18
150:6,18 175:9
183:1 189:2
**think**
14:17 26:9,17,24
27:3 30:12
31:12 32:4
37:20 39:1 41:5
41:21 43:2,5
46:18 48:21
50:25 52:15,18
52:20 53:15
57:6 59:12,13
62:10 65:19
66:18 67:22,23
69:8 70:16 72:8
74:3 75:10 78:5
79:20 84:10,11
85:6 86:18
88:22 92:17
98:10 107:12
110:8 114:1,4

118:5 121:25
122:18,25
123:21 126:6
129:21,22
130:17,23
135:13 137:5
138:14 139:8
142:3 148:7
149:16 150:20
150:21 151:19
154:21 156:6,13
159:18 160:2
162:13 163:8
166:9,9 170:21
171:4 174:22
176:19 179:14
179:18 181:4,5
184:12 187:8
190:14
**thinking**
51:14 53:9,13
62:15 63:2,4,8
63:10 66:8
67:14 79:10
94:3 124:18
131:23 144:14
156:5 158:24,24
**thinks**
159:3
**third**
24:16 43:15,18
46:3 58:24
94:14 146:20
177:21,23
180:13,18
**Thomas**
94:11,19 100:13
102:10,12
**thought**
14:14
**three**
21:9 23:23 54:14
69:9 88:20
122:4 135:14
146:4 156:14
169:20,23 170:3
171:23 177:8,13
**time**

7:7 9:10,23 14:13
28:16 30:6,15
34:16 38:21
43:13,15,19,20
44:7,18 45:19
45:19 46:3 47:3
47:13 50:19
51:8 52:16,19
52:21 53:4
54:18 63:1,8
68:10 69:3
71:18 72:4 74:4
76:8 77:16,23
78:2 83:5,23,23
85:8,8 88:23
89:8 92:4,6 93:9
97:12,14,18
123:6,11,17
124:19 127:1,14
128:13 129:10
138:8 143:25
149:20 155:21
155:25 156:2,6
156:7 157:12,22
158:16,25
159:15 161:19
162:1 164:7,13
184:21,25
194:11
**times**
18:6 30:20 45:25
46:8 81:9
106:19,24 122:5
131:24 132:1,6
132:12 177:11
**title**
10:12,14 12:12
99:4,5,16 100:4
100:6 166:14
**titled**
88:8 92:14
107:19 166:7
**titles**
93:3
**today**
7:20 9:15,19
10:10 32:6 37:4
38:5 44:16

86:14 87:25
95:10 103:25
104:16 112:16
120:15 123:3
153:25 185:2,12
188:6,10
**today's**
7:6,14 64:10 74:7
76:3 189:6
**told**
71:8 89:7 93:25
146:25 186:21
**Tom**
165:2
**tomorrow**
192:1,5
**tonight**
192:8
**top**
88:8 94:9 146:8
**topic**
44:24 56:13
69:17 131:12
155:23
**topics**
118:7 155:8
182:11
**top-left**
90:8
**total**
20:24 189:7
**totally**
28:22
**training**
13:5 43:2
**transcribed**
194:12
**transcript**
5:8 30:15 38:11
45:9 56:5 59:7
62:2 92:4 123:8
162:8 189:12,14
189:16 190:9,23
191:7,14,18,20
194:13,16
**transcription**
193:5 194:14
**Transcripts**

6:14
translate
91:15 138:5
translator
90:22 181:18
treatment
144:18
tremendous
92:6
Trevor
4:14 7:9
trial
93:20
true
45:20 57:16
100:11 119:24
138:10,23
139:14 165:17
165:19,20 183:2
183:4,11 193:5
194:13
truly
90:23
truth
8:16,17,17,22
194:8,9,9
try
19:2 35:21,23
36:13 51:15
65:5 142:7
178:11,22
183:22 190:13
190:15
trying
11:11 60:10
64:18 75:3
93:24 113:4
115:21 120:15
135:22 171:11
178:13,15 180:6
180:22,23
turn
87:23 88:2,4
89:14 94:4
95:12 100:21
107:17,18,23
137:24
turns

83:12
TVs
11:15
two
54:4 60:13 62:20
69:9 78:6 88:19
98:7 102:21
120:10,10
130:18 138:19
143:9 146:1,2
156:14 158:19
165:11 167:7
175:14 176:25
177:8,12 183:1
188:13
type
105:8,15
types
15:22 42:8
105:22 150:5
167:22
typewriting
194:12
typically
18:2

_____
U
_____
U
4:1 6:1 196:1
ultimately
150:9 151:12
UMTS
22:11,16 23:5,9
23:16
UMTS-declared
22:20
unable
39:17 40:22
49:11 50:23
81:25 106:18
114:8 126:23
132:22 137:3
153:17
uncertain
159:13
unclear
18:20 63:2,4,5,9,9
understand

9:11,13,20,23
10:1 11:11,22
20:24 22:18
31:16 33:14
40:3,11 46:9
59:15 60:5,9
64:23 77:14
80:14 87:21
92:9 102:1
104:22 136:2
151:10 182:12
understanding
13:11 15:12
18:25 20:22
22:17 24:8,19
25:4,7 32:11
34:14 37:8 42:2
42:3 43:10 48:3
53:7 65:2 73:22
75:6 79:4 87:6
87:16 88:24
89:4 93:10,23
104:25 106:11
114:17 133:25
143:20 153:4
160:8,21 161:1
161:6 169:10
174:3 185:9,22
understands
38:24
understood
10:3 57:9 79:24
80:8 116:14
133:20 158:4,6
undertake
21:23
undertakes
23:16,20
undertaking
42:5
unethical
119:18 120:7,25
unhappy
44:22
United
1:1 78:24
units
21:25

unnecessary
182:6
unquote
105:25 144:15,22
180:18
unrelated
148:4,20,23,24
unsuccessful
151:12
untruthfully
9:14
URQUHART
2:19 3:16
use
9:7 24:13 82:3
99:10 150:9
153:7 160:4
171:9
uses
24:20
USPTO
17:15
utilize
149:9
utilized
150:17
utterance
144:25
U.S
9:14

_____
V
_____
v
1:7 2:11 195:2
196:2
vacuum
144:24
vague
14:22 15:2 32:25
42:1 50:18 66:6
69:24 70:24
80:21,24 81:7
84:3,23 85:14
89:1,10 96:23
104:17 126:15
127:2 131:5
133:15 134:1
140:17 141:18

141:22 142:6,16
145:15,16 147:1
152:9,12 153:9
161:10 172:24
174:1,12 178:17
179:1,8,12
180:15 181:2,11
181:17 185:14
185:25 186:22
187:6
variation
68:14
various
16:18 17:11
128:4
verification
83:12
verify
71:9,11
version
1:12 6:15,15
158:2
versions
6:17
versus
183:3
vice
10:13,14,16,20
12:2,13,14 13:8
13:13,18 14:3,8
14:24 15:10,16
19:4,5 34:8,17
47:16 48:7
49:16 51:9
79:16 81:20
82:5 83:18
videographer
4:14 7:4,10 8:3
8:23 19:18
46:24 47:2
82:15 83:4
97:14,17 123:13
123:16 157:18
157:21 164:7,12
184:21,24
187:19 188:1
189:3,6
videotape

Case 5:11-cv-01846-LHK   Document 3235-2   Filed 01/23/15   Page 225 of 228
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

224

46:19
**videotaped**
1:20 2:16 192:11
**view**
6:16 142:23
  143:1 148:19
  149:16,25 167:8
  167:20
**violate**
57:19
**violation**
55:11,20 56:10
  59:13 168:17
  169:3
**vis-à-vis**
64:3
**voluntarily**
55:19 56:23
  58:20
**VP**
55:2 99:6,7
**vs**
7:13
**vu**
168:9

———————
**W**

**W**
4:3
**Wait**
80:3
**waiting**
187:22
**waive**
121:4,7
**waived**
192:10
**waiver**
72:14,17 75:4,5
**waiving**
191:12
**walks**
184:11
**Wall**
18:7
**want**
12:24 19:10 22:5
  26:13,23 56:2,4

58:4 59:3 60:7
82:14 97:4,10
115:3,10 116:22
123:5 135:11
155:10 156:15
161:25 168:11
182:3,3 191:21
**Washington**
3:8 130:2
**wasn't**
73:23 131:20
  177:8
**waste**
30:5 44:17
**wasting**
30:15 43:13 44:7
  45:19 92:4,5
  123:6
**way**
9:7 17:15,23 19:2
  21:8 22:7 25:24
  26:18,22 27:23
  30:12 41:5 57:2
  57:2 59:6,22
  63:1,8 64:23
  65:7 67:22
  68:24 79:14
  81:18 85:16
  98:14 102:14
  110:9 120:25
  122:11 138:15
  150:17 160:5,16
  160:19,24 161:3
  165:18 166:9
  177:24 183:14
**ways**
60:11
**websites**
17:24
**week**
77:25 168:11
  183:21 184:10
**weeks**
175:14
**went**
63:1,8 100:18
  130:5 145:11
**weren't**

126:25
**we'll**
67:3 128:14
  155:13 157:11
  163:24 168:18
  169:2 191:5
**we're**
21:14 27:7 29:7
  46:16,16,25
  65:19,20 74:3
  82:16 97:15,17
  104:6 123:2,14
  123:16 135:3
  155:24 157:19
  157:21 164:8,12
  171:6,12 184:22
  184:24 187:17
  187:22 189:8
  191:5,9,12
**we've**
44:18 56:11,21
  103:15 109:7,13
  109:18,24 110:4
  112:16 155:9
  157:14 162:4
  163:3 171:4
  189:10
**whatever's**
37:4
**widely**
18:6 93:20 106:6
**Williams**
6:5 48:1,8 49:15
  49:25 53:10
  125:5,12,17,21
  126:8,13 127:19
  127:22 129:1,8
  129:16 130:10
  131:13 147:23
  154:4 165:6,10
  166:7 173:23
**willing**
190:6
**Wilmer**
3:6 7:19 86:8
**WilmerHale**
95:5
**wireless**

11:24 103:4
**withdraw**
123:20 124:1
  132:4 134:2
  175:21
**withhold**
42:16,19
**withholding**
40:25 41:11,18
  43:11
**witness**
7:24 8:1,18 11:13
  11:18 15:4,7
  16:16 17:10
  19:21 21:8
  27:22 29:17,18
  29:25 30:1,6
  31:2,11,13,18
  32:7 33:1 34:2
  34:13,21 35:6
  35:18 36:10,23
  37:14 39:10,17
  39:24 40:7,13
  40:22 41:14,21
  42:2,11,15,18
  42:23 43:4,22
  44:3 45:1,6,22
  47:23 48:16
  49:1,11,19 50:4
  50:20,23 53:1
  54:17,19 61:4
  63:3,7,22 66:8
  66:17 68:16,20
  69:8,25 70:25
  71:24 72:8 73:9
  74:20 75:21
  76:13 79:2,9,20
  80:2,25 81:3,8
  81:14,25 82:9
  84:4,24 85:15
  87:12,20 89:3
  89:11 91:6
  92:21,23 93:13
  94:23 97:5
  101:9,14,16
  102:6 103:17
  104:7,18 105:11
  105:19,21

106:14,18,23
107:2,7 110:10
110:14,22 111:3
111:7,21 112:5
112:10 113:21
114:8,18 115:13
116:9,19 119:3
120:4,11 121:9
121:13,24
122:13,13,15,17
125:9,15 126:1
127:3 129:6
130:23 131:7,14
132:2,22 133:3
133:5,16 136:14
137:3,11 139:3
139:13 140:6,9
140:18 141:8,19
142:6,17 143:1
143:13 145:6,9
145:17 147:2
148:2,8,9,19
149:5 150:15
151:13 152:1,17
153:3,15 154:21
155:4 156:21,25
157:5 158:15
159:16,22
161:11 162:12
165:24 166:23
167:6,23 170:7
172:2,11,20
173:1,8,19
174:2,14,25
175:8 176:3
177:3,5,7
178:18 179:2,10
180:16 181:3
182:19 183:6,6
184:11,17
185:15 186:1,23
187:7 188:17
191:9,15 194:6
195:3 196:3
**witnesses**
90:13
**Won**
19:14 20:12

Case 5:11-cv-01846-LHK   Document 3235-2   Filed 01/23/15   Page 226 of 228
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

225

19:14 20:12
33:20,21
**wonder**
15:25 16:3,4
**wording**
70:10,16 143:18
**words**
138:1,17 141:12
143:6 158:21
179:20 180:22
**work**
13:19 14:7 15:10
15:19 23:12,14
23:17 26:20
27:1 28:2,9 29:1
29:21 31:10,16
32:3 39:9,16
40:21 41:1 42:6
42:13,17,25
43:7 45:11
48:14 49:8
50:22 59:2
63:17 71:22
79:8,19 81:19
81:24 82:8
83:18,20 106:17
119:1,11,23
121:5,19 125:17
125:25 126:20
127:13 128:18
132:21 134:18
135:9 137:2
149:4 150:14
152:11 153:14
154:20 168:2
170:10 171:2
172:5
**worked**
26:14,15 48:7
49:15 101:5,12
102:20 128:12
129:13
**working**
23:18 26:19 27:9
114:11 125:4,11
125:21 126:8,14
127:19 129:1,9
147:23

**works**
9:18 99:18
**work-related**
125:18
**world**
78:20 143:3
**wouldn't**
69:14 135:6
138:7 166:24
174:25 178:9
179:4 180:19
183:13 186:9
**wrap**
184:12
**wrap-up**
145:11 146:4
**written**
130:19 191:20
**wrong**
120:24

_____
**X**
**X**
1:3,16 2:2,15 5:7
6:1

_____
**Y**
**yay**
184:4
**yeah**
41:8,21 78:17
86:25 145:15
190:20 192:6
**year**
12:5,6 47:10
53:25 54:3
93:20 156:5
159:7
**years**
61:7
**Yeon**
19:16,17,18,19
20:3
**Yeon-Wook**
99:23 100:6,11
**yesterday**
57:1,3,6,13 58:25
74:14 75:16,19

76:2 191:8
**yesterday's**
190:22
**yes-no**
36:22
**yes-or-no**
48:4 117:2
128:10,12
**Yoo**
19:16 20:17
**York**
1:11 2:6
**Young**
19:23 34:2,5

_____
**Z**
**Zeller**
3:14 5:5 7:23,23
11:7 14:22 15:2
15:6 16:6 17:8
21:5 26:6 27:5,7
27:14,18,25
28:6,12,14,22
29:7,12,19 30:2
30:9,16,18 31:7
31:25 32:25
34:1,11,20 35:5
35:16 36:8,21
37:13,25 38:12
38:16,22 39:14
39:24 40:7,11
40:19 41:2,13
41:20,25 42:10
43:12,18 44:2
44:13,16 45:2,7
45:24 46:8,11
46:16,21 47:21
48:11,18,24
49:5,18 50:3,18
52:24 54:17
55:8,18 56:9,21
57:15 58:1,5,11
58:18 59:20
60:1,5,9,18
61:12,20,24
63:15,21 66:6
66:18 69:5,24
70:24 71:20

72:6,13,18,21
73:1,8 74:11,18
74:23 75:6,11
75:21 76:12
78:25 79:6,17
80:2,13,18,24
81:7,9,21 82:6
82:13 84:2,22
85:13 87:8,18
89:1,10,25
90:11,18 91:14
91:19 92:1,5,11
92:19 93:12
94:22 96:23
101:7,14 102:5
103:9,12,19
104:17 105:19
106:14 107:6
110:8,18,20
111:1,6,19,25
113:10 114:1,21
115:16,23
116:14,18 117:5
117:13 118:5,23
119:8,15,21
120:5,13,19,21
121:11,14 122:3
122:8,20,23
123:19 125:7,13
125:22 126:10
126:15 127:2
128:6 129:4
130:21 131:5,14
132:2,9,17
133:2,14,24
134:15,21 135:5
135:18 136:5,12
136:24 137:10
139:2,12 140:16
141:18,21 142:1
142:5,10,16
145:15 147:1,13
147:25 148:7,17
149:1 150:11
151:13,21 152:8
152:17,21 153:1
153:9 154:17
155:2,8,14

156:19 157:5,11
157:14 158:11
159:21 161:10
162:10,17,20
163:1,8 165:22
166:22 167:5,20
168:5,13,15,22
169:2,7 170:5
170:14,23 171:9
171:12,16,25
172:9,19,24
173:8,19 174:1
174:12,23 175:5
175:18 176:2,9
177:3 178:17
179:1,8,12,25
180:15 181:2,11
181:15,24 182:5
182:8,17,25
183:8 184:5,8
185:13,25
186:22 187:5,17
187:23,25 188:5
188:18,22,25
189:5,10 190:20
191:2,5,23,25
192:3
**zip**
96:17
**Zyelman**
5:23
**Zymelman**
154:3 165:5
166:6 167:14

_____
**$**
▮▮▮▮▮▮
▮▮▮▮▮

_____
**0**
**01846**
195:2 196:2

_____
**1**
**1**
1:24 5:10,24 6:6
6:8 12:11,15
46:24 73:24

85:19 86:1,4
87:23,25 88:5
89:15 107:17,23
**1st**
86:6 95:16 96:1,5
103:2 165:2,15
**1:28**
83:2,6
**10**
6:7 61:7 168:6,7
169:9,16 170:4
171:24 173:4,6
173:13,17
**10th**
2:20 3:18
**10/2/13**
5:21
**10:45**
46:25
███████
███████
**103**
5:19
**11-cv-01846-L...**
1:10
**11-CV-01846-L...**
7:13
**11:03**
47:4
**12:27**
82:16,17
**13401**
194:3,25
**137**
5:21
**147**
5:23
**150**
4:6
**153**
6:3
**164**
5:4 6:5
**168**
6:7
**18**
1:22 7:1 83:1
**18th**

7:6
**1875**
3:7
**188**
5:5
**196**
1:24
**1989**
12:18,20

————— **2** —————

**2**
5:13,16,18 6:4
47:3 82:15 86:6
86:9,13,15
89:14 94:4
100:17,22
107:23
**2nd**
38:6 137:18
**2:04**
97:14
**2:13**
97:18
**20006**
3:8
**2011**
12:8,10 51:7,11
51:18 52:4,17
156:1,8
**2012**
47:11 55:4 65:12
65:25 66:11
85:10 94:10,19
95:16 96:1,5,12
98:2 100:14,18
102:4 156:6,9
**2013**
1:22 7:1,6 83:1
85:10 86:6 95:3
103:2 118:10,21
124:12,16,22
125:6,11,21
126:8,14 127:8
127:14,18,20,21
128:25 129:3,3
129:14 131:19
132:7,16 133:22

134:6,10,14
136:23 137:18
138:10,24
139:10,16,21
140:22 141:3,12
141:17 142:15
147:5,24 158:1
165:2 169:24
174:7,18 176:1
176:8,13,17
178:25 180:5,12
180:24 188:7
**2025**
97:21
**213**
2:22 3:20
**25**
19:9 20:25
**25th**
95:3
**275**
4:5

————— **3** —————

**3**
5:14,15 83:5 94:6
95:3,6,10 98:6
100:17 123:13
137:24
**3/25/13**
6:7
**3/31/13**
5:23
**3:10**
123:14
**3:25**
123:18
**30**
191:10 194:15
**337TA794**
103:6

————— **4** —————

**4**
5:17,20 97:20,22
97:25 98:15
99:14,24 123:17
157:18 185:21

**4th**
118:10,21 124:12
124:16,22 125:5
127:7 131:18
132:7,16 133:22
134:6,9,14
136:22 137:8
138:10,24
139:10,16,20
140:22 141:3,11
141:17 142:15
147:5 158:1
169:24 174:7,17
176:1,8,12,17
178:25 180:5,12
180:24 186:7
188:7
**4:55**
157:19
**427-9090**
4:8
**443-3000**
2:22 3:20
**46617**
1:23

————— **5** —————

**5**
5:19 103:1,7,15
103:24 104:1,5
104:15 157:22
**5th**
94:10,18 96:12,21
98:1 100:14,18
**5/6/13**
6:3
**5:11**
157:23
**5:26**
164:7
**5:29**
164:13
███████
███████
**526-6975**
3:9

————— **6** —————

**6**
5:21,22 137:17,19
137:22
**6:19**
184:21
**6:36**
184:25
**6:46**
189:8
**6:57**
192:12
**60:21-61:16**
6:11
**617**
3:9
**622**
153:20
**650**
4:8

————— **7** —————

**7**
5:23 147:11,15,16
147:19 148:15
150:10 152:7,14
152:24 153:8
166:2,12,13,20
167:3,17
**7/5/12**
5:17
**794**
168:16 169:3

————— **8** —————

**8**
6:3 153:18,21,24
166:11,12,15,19
166:19 167:4,17
185:20 186:7,13
186:17 187:4
**8/1/13**
5:13,19
**86**
5:10,13
**865**
2:20 3:17 7:8

————— **9** —————

Case 5:11-cv-01846-LHK   Document 3235-2   Filed 01/23/15   Page 228 of 228
HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

227

| | | | | |
|---|---|---|---|---|
| **9**<br> 5:3,12 6:5 164:10<br>  164:20 167:16<br>**9/25/13**<br> 5:15<br>**9:15**<br> 1:22 7:2,7<br>**90017**<br> 3:19<br>**90071**<br> 2:21<br>**94025-4008**<br> 4:7<br>**95**<br> 5:15<br>**97**<br> 5:17 | | | | |