# EXHIBIT 40
# Unredacted Version of Document Sought to be Sealed

```
                                                                    1
 1                   UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
 3      - - - - - - - - - - - - - - - X
 4     APPLE INC., a California        :
 5     Corporation,                    :
 6              Plaintiffs,            :
 7     v.                              :
 8     SAMSUNG ELECTRONICS CO., LTD., a :
 9     Korean corporation; SAMSUNG     : Civil Action No.
10     ELECTRONICS AMERICA, INC., a New : 11-cv-01846-LHK
11     York corporation; and SAMSUNG   :
12     TELECOMMUNICATIONS AMERICA, LLC, :  FULL VERSION
13     a Delaware limited liability    :  Apple-Samsung
14     Company,                        :  Attorneys' Eyes
15            Defendants.              :  Only
16      - - - - - - - - - - - - - - - X
17     (Caption continued on next page)
18     CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS
19          UNDER NORTHERN CALIFORNIA PROTECTIVE ORDER
20            Videotaped Deposition of JIN HWAN KWAK
21                    Los Angeles, California
22             Friday, October 18, 2013, 9:15 a.m.
23     Job No.:  46617
24     Pages 1 - 196
25     Reported by:  Clay J. Frazier, CSR, RMR, CRR
```

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

138

| | | |
|---|---|---|
| 1 | on that page, which begins with the words "at this | 15:59:37 |
| 2 | point." | 15:59:39 |
| 3 | Let me know when you've had a chance to | 16:02:18 |
| 4 | read that, please. | 16:02:23 |
| 5 | A   How does this translate, Mr. Interpreter? | 16:02:36 |
| 6 | Q   Have you completed the review? | 16:05:06 |
| 7 | A   If you wouldn't mind giving me just a | 16:05:11 |
| 8 | little more time, please. | 16:05:13 |
| 9 | Okay.  I'm done. | 16:06:00 |
| 10 | Q   Is it true that at the June 4th, 2013 | 16:06:09 |
| 11 | meeting between Samsung and Nokia licensing | 16:06:10 |
| 12 | executives, that Dr. Ahn informed Nokia that the | 16:06:15 |
| 13 | terms of the Apple-Nokia license were known to him? | 16:06:17 |
| 14 | A   I think that is incorrect. | 16:06:47 |
| 15 | Q   In what way is it incorrect? | 16:06:50 |
| 16 | A   Now, I don't know if these are the exact | 16:07:24 |
| 17 | words, but the reference as to how Apple was | 16:07:26 |
| 18 | possibly per chance ███████████████████████████ | |
| | ████████████████████████  the person who first | 16:07:39 |
| 20 | brought that up was Paul Melin. | 16:07:44 |
| 21 | MR. LANTIER:  I move to strike. | 16:08:02 |
| 22 | BY MR. LANTIER: | 16:08:02 |
| 23 | Q   The question was whether it's true that at | 16:08:03 |
| 24 | the June 4th, 2013 meeting, Dr. Ahn informed Nokia | 16:08:05 |
| 25 | that the terms of the Apple-Nokia license were known | 16:08:13 |

CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY PORTIONS - SUBJECT TO PROTECTIVE ORDER
PLANET DEPOS - ASIA | 888.433.3767 | WWW.PLANETDEPOS.COM/ASIA

139

| | | |
|---|---|---|
| 1 | to him. | 16:08:16 |
| 2 | MR. ZELLER:  Asked and answered. | 16:08:46 |
| 3 | THE WITNESS:  Should I answer again? | 16:08:53 |
| 4 | BY MR. LANTIER: | 16:08:57 |
| 5 | Q    Yes.  Please answer the question I asked, | 16:08:57 |
| 6 | which is:  Did Dr. Ahn inform Nokia that the terms | 16:08:59 |
| 7 | of the Apple-Nokia license were known to him? | 16:09:03 |
| 8 | A    I think that is incorrect. | 16:09:24 |
| 9 | Q    Your testimony is that Dr. Ahn did not say | 16:09:33 |
| 10 | during the June 4th, 2013 meeting that the terms of | 16:09:34 |
| 11 | the Apple-Nokia license were known to him; correct? | 16:09:38 |
| 12 | MR. ZELLER:  Asked and answered. | 16:09:57 |
| 13 | THE WITNESS:  That is correct.  I do not | 16:10:02 |
| 14 | believe that to be true. | 16:10:04 |
| 15 | BY MR. LANTIER: | 16:10:08 |
| 16 | Q    During the June 4th, 2013 meeting, did | 16:10:08 |
| 17 | Dr. Ahn state that Apple had produced the | 16:10:12 |
| 18 | Apple-Nokia license in its litigation with Samsung? | 16:10:15 |
| 19 | A    I have not heard anything to that effect. | 16:10:43 |
| 20 | Q    Did Dr. Ahn state during the June 4th, | 16:10:54 |
| 21 | 2013 meeting that Samsung's outside counsel had | 16:10:56 |
| 22 | provided him with the terms of the Apple-Nokia | 16:11:02 |
| 23 | license? | 16:11:04 |
| 24 | A    I do not recall hearing anything to that | 16:11:28 |
| 25 | effect. | 16:11:30 |

140

| | | |
|---|---|---|
| 1 | Q   Do you recall Dr. Ahn saying anything | 16:11:31 |
| 2 | during a meeting that might have been -- | 16:11:33 |
| 3 | THE INTERPRETER: I'm sorry. Strike. May | 16:11:35 |
| 4 | the interpreter correct himself, with apologies to | 16:11:36 |
| 5 | the parties. | 16:11:40 |
| 6 | THE WITNESS: I have not heard anything to | 16:11:41 |
| 7 | that effect. | 16:11:42 |
| 8 | THE INTERPRETER: Strike -- | 16:11:44 |
| 9 | THE WITNESS: I did not hear anything to | 16:11:44 |
| 10 | that effect. | 16:11:46 |
| 11 | BY MR. LANTIER: | 16:11:50 |
| 12 | Q   Did you hear Dr. Ahn say anything during | 16:11:50 |
| 13 | the meeting that could have been misinterpreted to | 16:11:53 |
| 14 | mean that Samsung's outside counsel provided him | 16:12:00 |
| 15 | with the terms of the Apple-Nokia license? | 16:12:02 |
| 16 | MR. ZELLER: Calls for speculation. Lacks | 16:12:35 |
| 17 | foundation. Vague. | 16:12:35 |
| 18 | THE WITNESS: I have no recollection of | 16:12:43 |
| 19 | hearing anything. | 16:12:44 |
| 20 | BY MR. LANTIER: | 16:12:48 |
| 21 | Q   Did Dr. Ahn state the terms of the | 16:12:49 |
| 22 | Apple-Nokia license during the June 4th, 2013 | 16:12:53 |
| 23 | meeting? | 16:12:56 |
| 24 | A   Can I just have the question again, | 16:13:17 |
| 25 | please. | 16:13:18 |

141

| | | |
|---|---|---|
| 1 | Q    Yes. | 16:13:20 |
| 2 | Did Dr. Ahn state the terms of the | 16:13:21 |
| 3 | Apple-Nokia license during the June 4th, 2013 | 16:13:23 |
| 4 | meeting? | 16:13:24 |
| 5 | A    I do not recall hearing anything like | 16:13:42 |
| 6 | that. | 16:13:43 |
| 7 | THE INTERPRETER:  Strike. | 16:13:50 |
| 8 | THE WITNESS:  I did not hear anything like | 16:13:52 |
| 9 | that. | 16:13:52 |
| 10 | BY MR. LANTIER: | 16:14:04 |
| 11 | Q    Did Dr. Ahn state during the June 4th, | 16:14:04 |
| 12 | 2013 meeting, in any form of words, that all | 16:14:06 |
| 13 | information leaks? | 16:14:12 |
| 14 | A    I do not recall hearing anything to that | 16:14:34 |
| 15 | effect. | 16:14:35 |
| 16 | Q    What did Dr. Ahn state during the | 16:14:43 |
| 17 | June 4th, 2013 meeting? | 16:14:45 |
| 18 | MR. ZELLER:  The question is vague. | 16:14:58 |
| 19 | THE WITNESS:  Would it be permissible for | 16:15:13 |
| 20 | me to confer with counsel? | 16:15:14 |
| 21 | MR. ZELLER:  Just answer -- if you can | 16:15:20 |
| 22 | answer the question.  He's asking you vague | 16:15:22 |
| 23 | questions -- | 16:15:23 |
| 24 | MR. LANTIER:  Please stop the speaking | 16:15:24 |
| 25 | objection. | 16:15:25 |

142

| | | |
|---|---|---|
| 1 | MR. ZELLER:  It's not a speaking | 16:15:26 |
| 2 | objection. | 16:15:26 |
| 3 | MR. LANTIER:  You don't think that's a | 16:15:27 |
| 4 | speaking objection? | 16:15:28 |
| 5 | MR. ZELLER:  I was explaining to the | 16:15:29 |
| 6 | witness that it's your right to ask vague, improper | 16:15:30 |
| 7 | questions, and he's just going to have to try and | 16:15:34 |
| 8 | deal with them.  So -- he's asked a question. | 16:15:38 |
| 9 | MR. LANTIER:  That's a speaking objection. | 16:15:46 |
| 10 | MR. ZELLER:  Clearly, it's not.  Go ahead. | 16:15:48 |
| 11 | MR. LANTIER:  Could we have the question | 16:15:50 |
| 12 | read back. | 16:15:51 |
| 13 | (Record read by reporter as follows: | 16:15:52 |
| 14 | "Q   What did Dr. Ahn state during the | 16:16:01 |
| 15 | June 4th, 2013 meeting?") | 16:16:01 |
| 16 | MR. ZELLER:  The question is vague. | 16:16:03 |
| 17 | THE WITNESS:  Let me just describe the | 16:17:03 |
| 18 | circumstances as I recall things, which are as | 16:17:05 |
| 19 | follows: | 16:17:08 |
| 20 | It was Paul Melin who first put on a | 16:17:10 |
| 21 | PowerPoint which showed what they believed they | 16:17:13 |
| 22 | ought to be receiving in terms of an offer. | 16:17:20 |
| 23 | In view of the rather high amount that | 16:17:44 |
| 24 | they had -- | 16:17:47 |
| 25 | (Interpreters confer.) | 16:17:56 |

HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF JIN HWAN KWAK - FULL VERSION
CONDUCTED ON FRIDAY, OCTOBER 18, 2013

143

| | | |
|---|---|---|
| 1 | THE WITNESS: In view of the rather high | 16:18:01 |
| 2 | amount they were insisting on receiving, Dr. Ahn in | 16:18:02 |
| 3 | response said, "What company out there in the world | 16:18:05 |
| 4 | would ever pay such an amount?" | 16:18:10 |
| 5 | And upon that, Paul Melin says -- and I | 16:18:33 |
| 6 | forget his exact words, but he said something to the | 16:18:34 |
| 7 | effect that there is a certain company that is | 16:18:37 |
| 8 | comparable to our company that happens ███████ | ███████ |
| 9 | ████████████████████████ | 16:18:42 |
| 10 | Upon that, Dr. Ahn quips, "Oh, you must be | 16:18:55 |
| 11 | talking about Apple." | 16:19:01 |
| 12 | (Interpreters confer.) | 16:19:03 |
| 13 | THE WITNESS: Upon that, Dr. Ahn quips, | 16:19:10 |
| 14 | "Oh, you must be talking about Apple, are you not?" | 16:19:12 |
| 15 | And upon that, Paul Melin did not deny | 16:19:22 |
| 16 | that. | 16:19:24 |
| 17 | And then as I recall -- and I'm not sure | 16:19:54 |
| 18 | about the exact wording, but Dr. Ahn said something | 16:19:55 |
| 19 | to the effect back to Paul Melin, "Well, to my | 16:19:58 |
| 20 | understanding, I don't believe that Apple is paying | 16:20:00 |
| 21 | that high" -- "that much in money to Nokia." | 16:20:03 |
| 22 | And then further, Dr. Ahn states to | 16:20:29 |
| 23 | Paul Melin that he believes he knows Apple to be | 16:20:31 |
| 24 | paying Nokia a certain amount. | 16:20:41 |
| 25 | And at that time, at that moment, | 16:20:50 |

144

| | | |
|---|---|---|
| 1 | Paul Melin did seem rather surprised indeed.  And | 16:20:51 |
| 2 | then a moment later the guy says, "How do you know | 16:21:02 |
| 3 | about that?" | 16:21:06 |
| 4 | Then as I recall, I believe what Dr. Ahn | 16:21:34 |
| 5 | said back to Paul Melin was, "When you look at the | 16:21:37 |
| 6 | industrial information comprehensively, he believes | 16:21:43 |
| 7 | Apple to be paying such-and-such an amount to | 16:21:46 |
| 8 | Nokia." | 16:21:51 |
| 9 | Industry information. | 16:21:57 |
| 10 | And upon that, my recollection is that we | 16:22:04 |
| 11 | took a break for a while. | 16:22:07 |
| 12 | (Interpreters confer.) | 16:22:16 |
| 13 | CHECK INTERPRETER:  The interpreter is | 16:23:04 |
| 14 | thinking of "just about that amount," as opposed to | 16:23:07 |
| 15 | "such-and-such" -- quote, unquote, "such-and-such an | 16:23:10 |
| 16 | amount." | 16:23:15 |
| 17 | THE INTERPRETER:  If this interpreter may | 16:23:17 |
| 18 | explain the "such-and-such" treatment. | 16:23:18 |
| 19 | There is no referent that goes as to what | 16:23:19 |
| 20 | my colleague in good faith is suggesting as being -- | 16:23:22 |
| 21 | how do you put it?  Where did it go?  "That amount," | 16:23:25 |
| 22 | quote, unquote, "just about that amount."  There is | 16:23:30 |
| 23 | no referent to that.  The "such-and-such" is more in | 16:23:32 |
| 24 | a vacuum, as this interpreter perceives this | 16:23:35 |
| 25 | gentleman's utterance to be. | 16:23:37 |

145

| | | |
|---|---|---|
| 1 | But with that, counsel on either side can | 16:23:39 |
| 2 | follow up. | 16:23:45 |
| 3 | MR. LANTIER:  Sure. | 16:23:47 |
| 4 | THE INTERPRETER:  But I believe the | 16:23:47 |
| 5 | gentleman was not done. | 16:23:48 |
| 6 | THE WITNESS:  How far did we get? | 16:23:54 |
| 7 | THE INTERPRETER:  So there was a break | 16:23:55 |
| 8 | and -- | 16:23:57 |
| 9 | THE WITNESS:  So there's this extended | 16:24:09 |
| 10 | break after which we come back, go through a | 16:24:10 |
| 11 | wrap-up.  And, as I recall, we went out to dinner | 16:24:12 |
| 12 | together. | 16:24:18 |
| 13 | BY MR. LANTIER: | 16:24:29 |
| 14 | Q   Is that your complete answer, sir? | 16:24:29 |
| 15 | MR. ZELLER:  Vague question.  Yeah, that | 16:24:33 |
| 16 | question's vague.  Complete answer -- | 16:24:35 |
| 17 | THE WITNESS:  Let's see.  Is there | 16:25:04 |
| 18 | anything else I can add?  Oh, well of course in | 16:25:04 |
| 19 | terms of Paul Melin opening up that PowerPoint, that | 16:25:06 |
| 20 | was during the second session, prior to which we had | 16:25:08 |
| 21 | made a new offer to them.  And then ensued a long | 16:25:11 |
| 22 | break, and then came the second session that I | 16:25:30 |
| 23 | explained to you about. | 16:25:33 |
| 24 | BY MR. LANTIER: | 16:25:37 |
| 25 | Q   Just so I'm sure, I have that there were | 16:25:38 |

194

1        REPORTER'S CERTIFICATE

2

3        I, Clay J. Frazier, CSR No. 13401, RMR,

4   CRR, a Certified Shorthand Reporter in and for the

5   State of California, do hereby certify:

6        That prior to being examined, the witness

7   named in the foregoing proceedings declared under

8   penalty of perjury to testify to the truth, the

9   whole truth, and nothing but the truth;

10       That said proceedings were taken by me in

11  shorthand at the time and place herein named and was

12  thereafter transcribed into typewriting under my

13  direction, said transcript being a true and correct

14  transcription of my shorthand notes;

15       Pursuant to Federal Rule 30 (e),

16  transcript review was requested;

17       I further certify that I have no interest

18  in the outcome of this action.

19

20

21

22

23  _____

24  Clay J. Frazier

25  CSR No. 13401, RMR, CRR