QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ROBERT J. BECHER IN SUPPORT OF MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING RE SAMSUNG'S EMERGENCY MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 TO STAY APRIL 3, 2015 ORDER PENDING RESOLUTION OF SAMSUNG'S FED. R. CIV. P. 72 OBJECTIONS AND, IF NECESSARY, APPEAL TO THE FEDERAL CIRCUIT** |

I, Robert J. Becher, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and counsel of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in the above-captioned matter. I am a member in good standing of the state bar of California and admitted to practice in this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. I submit this declaration in support of Samsung's Motion to Shorten Time Re Emergency Miscellaneous Administrative Request Pursuant to Civil Local Rule 7-11 to Stay April 3, 2015 Order Pending Resolution of Samsung's Fed. R. Civ. P. 72 Objections and, If Necessary, Appeal to the Federal Circuit (the "Emergency Stay Request").

3. Samsung's proposed expedited schedule would not postpone any of the other deadlines set in this case; rather, it would provide an avenue for Samsung to obtain a timely stay of Magistrate Judge Grewal's April 3, 2015 Order compelling production of privileged documents by April 10, 2015. Absent the relief requested, Apple and Nokia's opposition briefs to the stay request would not be due until less than a day before the April 10, 2015 deadline provided in the April 3 Order, leaving insufficient time for this Court to rule and insufficient time for Samsung to seek relief from the Federal Circuit, if necessary.

4. On April 3, 2015, Samsung contacted Apple and Nokia and requested that they stipulate to a stay. As of this filing, Apple and Nokia have not provided a substantive answer to those requests. On April 5, 2015, Samsung contacted Apple and Nokia and requested that they stipulate to a shortened briefing schedule for the Emergency Stay Request. Apple and Nokia have not responded to Samsung's request for an expedited schedule.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Redwood Shores, California on April 5, 2015.

  */s/ Robert J. Becher*
  Robert J. Becher

## ATTESTATION

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i), I hereby attest that Robert J. Becher has concurred in this filing.

Dated: April 5, 2015

*/s/ Victoria Maroulis*
Victoria Maroulis