UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-CV-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S EMERGENCY MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 TO STAY APRIL 3, 2015 ORDER PENDING RESOLUTION OF SAMSUNG'S FED. R. CIV. P. 72 OBJECTIONS AND, IF NECESSARY, APPEAL TO THE FEDERAL CIRCUIT** |

1    THE COURT, HAVING CONSIDERED Samsung's Emergency Miscellaneous
2 Administrative Request Pursuant to Civil Local Rule 7-11 to Stay April 3, 2015 Order Pending
3 Resolution of Samsung's Fed. R. Civ. P. 72 Objections and, If Necessary, Appeal to the Federal
4 Circuit (the "Emergency Stay Request"), AND GOOD CAUSE APPEARING THEREFOR,
5 HEREBY ORDERS THAT the April 3, 2015 Order is stayed pending exhaustion of Samsung's
6 appellate rights, including objections under Fed. R. Civ. P. 72 and, if necessary, proceedings
7 before the Federal Circuit
8    SO ORDERED.

10 DATED: _____

    HONORABLE LUCY H. KOH
11    United States District Court Judge