QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING RE SAMSUNG'S EMERGENCY MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-11 TO STAY APRIL 3, 2015 ORDER PENDING RESOLUTION OF SAMSUNG'S FED. R. CIV. P. 72 OBJECTIONS AND, IF NECESSARY, APPEAL TO THE FEDERAL CIRCUIT;**<br><br>**DECLARATION OF ROBERT J. BECHER**<br><br>**[PROPOSED] ORDER** |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") shall and hereby do move the Court, pursuant to Civil Local Rules 6-1(b) and 6-3, to shorten time for briefing on its accompanying Emergency Miscellaneous Administrative Request Pursuant to Civil Local Rule 7-11 to Stay April 3, 2015 Order Pending Resolution of Samsung's Fed. R. Civ. P. 72 Objections and, If Necessary, Appeal to the Federal Circuit (the "Emergency Stay Request").

This motion is based on this notice of motion and supporting memorandum, and such other written or oral argument as may be presented at or before the time this motion is taken under submission by the Court.

**RELIEF REQUESTED**

Samsung seeks to shorten time for briefing on Samsung's Emergency Stay Request.

DATED: April 5, 2015

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Victoria F. Maroulis
Charles K. Verhoeven
Kathleen M. Sullivan
Kevin P.B. Johnson
Victoria F. Maroulis
William C. Price
Michael T. Zeller
Michael L. Fazio

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**MEMORANDUM**

On Friday, April 3, 2015 at 5:12 p.m., Magistrate Judge Grewal issued an Order (Dkt. 3237, the "Order") finding that Samsung had waived privilege over nearly 100 facially privileged documents and instructing Samsung to produce its privileged documents to Apple and Nokia within a week, by April 10, 2015.  The Order provides no explanation for requiring such an urgent production, which does not afford sufficient time for the resolution of Samsung's forthcoming objections to this Court and/or appeal to the Federal Circuit prior to the specified deadline for production.  Accordingly, Samsung has filed herewith an Emergency Request for Stay, seeking a stay of the production deadline pending the resolution of Samsung's forthcoming objections and/or appeal.

Because there also is not sufficient time for briefing of the Emergency Request for Stay under the ordinary schedule, Samsung hereby moves the Court pursuant to Local Rules 6-1(b) and 6-3 to shorten time for the briefing and hearing of this motion.  Specifically, with respect to the Emergency Stay Request, Samsung requests that:

1. Apple's Opposition be filed on or before April 6, 2015;
2. Samsung would not file a reply.
3. The Court decide Samsung's Emergency Request without oral argument.

Absent an order shortening time, Apple and Nokia's oppositions to the stay request would not be due until less than a day before the April 10, 2015 deadline provided in the April 3 Order, leaving insufficient time for this Court to rule and for Samsung to seek relief from the Federal Circuit, if necessary.  Accordingly, the shortened schedule proposed by Samsung is warranted.

Samsung contacted Apple and Nokia in an effort to reach a stipulation regarding the briefing and hearing schedule outlined above.  *See* Declaration of Robert Becher in Support of Samsung's Motion to Shorten Time, filed concurrently.  Apple and Nokia refused to agree to Samsung's proposed schedule.  *See* Becher Declaration, filed concurrently.

**CONCLUSION**

For the foregoing reasons, Samsung respectfully requests that the Court grant Samsung's Motion to Shorten Time for Briefing and Hearing.

| | |
|---|---|
| DATED: April 5, 2015 | Respectfully submitted, |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By  */s/ Victoria F. Maroulis* |
| | Charles K. Verhoeven |
| | Kevin P.B. Johnson |
| | Victoria F. Maroulis |
| | Michael T. Zeller |
| | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |