1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO SHORTEN TIME** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed an Emergency
3  Miscellaneous Administrative Request Pursuant to Civil Local Rule 7-11 to Stay April 3, 2015
4  Order Pending Resolution of Samsung's Fed. R. Civ. P. 72 Objections and, If Necessary, Appeal
5  to the Federal Circuit (the "Emergency Stay Request").   Samsung concurrently filed a Motion to
6  Shorten Time for Briefing and Hearing seeking to shorten time on this motion.

7    Having considered the arguments of the parties and the papers submitted, and good cause
8  having been shown, the Court hereby GRANTS Samsung's Motion to Shorten Time and sets the
9  following schedule:

10    1.    Apple's Opposition to Samsung's Emergency Stay Request be filed on or before
11           April 6, 2015.

13    **IT IS SO ORDERED.**

15  DATED:   April ____, 2015

18                                          HONORABLE LUCY H. KOH
                                            United States District Court Judge