UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., ) | Case No.: 5:11-cv-01846-LHK-PSG |
| ) | |
| Plaintiff, ) | **ORDER GRANTING MOTION TO** |
| v. ) | **SHORTEN TIME** |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD., et al., ) | **(Re: Docket Nos. 3238, 3239)** |
| ) | |
| Defendants. ) | |

Late last night, Defendants Samsung Electronics Co., Ltd., et al. filed a motion to stay the court's most recent order[1] as well as a motion to shorten time.[2] Though acting in its right, Samsung directed the motions to the wrong judge.[3] At the direction of the presiding judge, the undersigned fixes that error now. The court GRANTS Samsung's motion to shorten time. Plaintiff Apple Inc. and non-party Nokia Corporation may respond to the motion to stay with briefs no

---

[1] *See* Docket No. 3238.

[2] *See* Docket No. 3239.

[3] *See, e.g.*, *Herskowitz v. Charney*, Case No. 93-cv-5248-JC, 1995 U.S. Dist. LEXIS 2681, at *9 (S.D.N.Y. Mar. 7, 1995).

1
Case No.: 5:11-cv-01846-LHK-PSG
ORDER GRANTING MOTION TO SHORTEN TIME

longer than five pages, no later than April 7, 2015 at 5:00 p.m.  No reply will be considered, and no hearing will be held.

**SO ORDERED.**

Dated: April 6, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

2
Case No.:  5:11-cv-01846-LHK-PSG
ORDER GRANTING MOTION TO SHORTEN TIME