HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522


Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE INC.'S STATEMENT OF NON-OPPOSITION TO SAMSUNG'S MOTION TO STAY APRIL 3, 2015 ORDER (DKT. 3237)**<br><br>Judge:      Hon. Lucy H. Koh |

1       On April 3, 2015, Judge Grewal granted Plaintiff Apple Inc.'s ("Apple") motion to

2   compel the production of documents by defendants Samsung Electronics America, Inc. and

3   Samsung Telecommunications America, LLC (collectively "Samsung"), and ordered the seven

4   documents at issue to be produced by April 10, 2015.  *See* Dkt. 3237.

5       Apple does not oppose Samsung's motion to stay  Judge Grewal's Order pending

6   resolution of Samsung's objections thereto.[1]

7

8   Dated: April 6, 2015                WILMER CUTLER PICKERING
                                  HALE AND DORR LLP

9

10                             By: */s/ Mark D. Selwyn*
                                  MARK D. SELWYN

11

12                                    Attorneys for Plaintiff
                                  APPLE INC.

13

14

15

16

17

18

19

20

21

22

23

24

---

25  [1] Due to the holiday weekend, Apple was unable to meet Samsung's demand that it agree
26  to a stay by noon on Saturday, April 4, 2015.  However, contrary to Samsung's claims, Apple did
    not "refuse" to agree to Samsung's proposed expedited briefing.  *See* Dkt. 3239 at 2.  Samsung
    did not even propose an expedited schedule until an e-mail sent last night at 10:25pm PT, less
27  than two hours before it filed its motions. Thus, at the time of filing, Apple had not been able to
    respond to Samsung's proposal.  *See* Dkt. 3238-1.
28

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that a true and correct copy of the above and foregoing document has been

3   served on April 6, 2015 to all counsel of record who are deemed to have consented to electronic

4   service via the Court's ECF system per Civil Local Rule 5-1.

5

6                                            */s/ Mark D. Selwyn*
                                             Mark D. Selwyn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28