QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael L. Fazio (Bar No. 228601)
michaelfazio@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 12-CV-00630-LHK (PSG)<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATED TO SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE (DKT. 3237)** |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") hereby bring this administrative motion for an order to seal documents related to
4  Samsung's Motion For Relief From Nondispositive Order Of Magistrate Judge (Dkt. 3237).

5  Apple Inc. ("Apple") or third-party Nokia Corporation ("Nokia") may consider portions of
6  the Declaration of Robert Becher in support of Samsung's Motion confidential.  Samsung expects
7  that Apple or Nokia will file a declaration as required by Civil L.R. 79-5 establishing good cause
8  to permit filing under seal.  Apple does not oppose Samsung's Administrative Motion to File
9  Documents Under Seal as a procedural mechanism for filing Samsung's Opposition under seal.
10 Apple reserves the right to challenge any proposed redactions to the extent it believes those
11 redactions improperly seal non-confidential information.

12 Pursuant to the Court's Order (Dkt. 2984), the redacted and confidential, unredacted
13 versions of the aforementioned document will be served on counsel for Apple and Nokia, and
14 Samsung will file a public, proposed redacted version of the document after counsel for Apple and
15 Nokia confirm the proposed redactions.

16
17
18
19
20
21
22
23
24
25
26
27
28

02198.51981/6675603.2

-1-  Case No. 11-cv-01846-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1  DATED: April 13, 2015  QUINN EMANUEL URQUHART &
2  SULLIVAN, LLP
3
4  By */s/ Victoria Maroulis*
       Charles K. Verhoeven
5      Kevin P.B. Johnson
       Victoria F. Maroulis
6      William C. Price
       Michael T. Zeller
7      Michael L. Fazio
8
   Attorneys for Defendants
9  SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG ELECTRONICS AMERICA, INC.,
10 and SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC