| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | Kevin A. Smith (Bar No. 250814) kevinsmith@quinnemanuel.com |
| 4 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 5 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 6 | |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 12 | Michael L. Fazio (Bar No. 228601) michaelfazio@quinnemanuel.com |
| 13 | 865 South Figueroa Street, 10th Floor Los Angeles, California 90017-2543 |
| 14 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |
| 15 | |
| 16 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 17 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 12-CV-00630-LHK |
| Plaintiff, | **DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198.51981/6675631.1

Case No. 11-cv-01846-LHK
BECHER DECL. ISO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1  I, Robert J. Becher, declare:

2  1. I am a member of the State Bar of California, admitted to practice before this
3  Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for
4  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
5  Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of
6  personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as
7  set forth below.

8  2. I make this declaration in support of Samsung's Administrative Motion to File
9  Under Seal Motion For Relief From Nondispositive Order Of Magistrate Judge (Dkt. 3237)
10  ("Administrative Motion").

11  3. Exhibits A and B to the Becher Declaration ISO Samsung's Motion For Relief
12  From Nondispositive Order Of Magistrate Judge include information that party Apple and third-
13  party Nokia Corporation may consider confidential.

15  I declare under penalty of perjury under the laws of the United States of America that the
16  foregoing is true and correct.  Executed on April 13, 2015, at Los Angeles, California.

18  */s/ Robert J. Becher*
19  Robert J. Becher

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i), I hereby attest that Robert J. Becher has concurred in this filing.

Dated: April 13, 2015

*/s/ Victoria Maroulis*
Victoria Maroulis