1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charelsverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, CA  94111
   Telephone:  (415) 875-6600
4  Facsimile:  (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   keveinjohonson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, CA  94055
8  Telephone:  (610) 801-500
   Facsimile:  (610) 801-5100
9
   William C. Price (Bar no. 108542)
10 williamprice@quinnemanuael.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, CA  90017
   Telephone:  (213) 443-3000
13 Facsimile:  (213) 443-3100

14 Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG
   ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS
15 AMERICA, LLC

16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18
                           SAN JOSE DIVISION
19

20 APPLE, INC.,                              Case No. 11-cv-01846-LHK
21
              Plaintiff,                    **NOTICE OF WITHDRAWAL OF**
22                                          **KATHARINE F. BARACH AS COUNSEL**
        v.
23
   SAMSUNG ELECTRONICS CO., LTD.,
24 SAMSUNG ELECTRONICS AMERICA,
   INC., and SAMSUNG
25 TELECOMMUNICATIONS AMERICA,
   LLC,
26
              Defendants.
27

28

                                                      CASE NO. 11-CV-01846-LHK
                              NOTICE OF WITHDRAWAL OF KATHARINE F. BARACH AS COUNSEL

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

2  Please take notice that Katharine F. Barach, formerly of Quinn Emanuel Urquhart &

3  Sullivan, LLP, hereby withdraws her appearance as counsel of record for Defendants Samsung

4  Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications

5  America, LLC, and requests to be removed from the service list in the above-captioned matter.

7  Dated: April 15, 2015         QUINN EMANUEL URQUHART & SULLIVAN, LLP

9                                 */s/ Victoria F. Maroulis*
                                  Victoria F. Maroulis
10                                Attorneys for Defendants SAMSUNG ELECTRONICS
                                  CO., LTD., SAMSUNG ELECTRONICS AMERICA,
11                                INC., and SAMSUNG TELECOMMUNICATIONS
                                  AMERICA, LLC