1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kevin P.B. Johnson (Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
7  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California 94065
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
12 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
13
   Attorneys for SAMSUNG ELECTRONICS
14 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
15 TELECOMMUNICATIONS AMERICA, LLC

16
                    UNITED STATES DISTRICT COURT
17
              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
18

19 | APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK |
   |---|---|
20 | Plaintiff, | **STATEMENT REGARDING SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE (DKT. 3237)** |
21 | vs. | |
22 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
23 | | |
24 | | |
25 | Defendants. | |

26

27

28

| | |
|---|---|
| 1 | On April 13, 2015, defendants Samsung Electronics Co., Ltd., Samsung Electronics |
| 2 | America, Inc., and Samsung Telecommunications America, LLC[1] filed a Administrative Motion |
| 3 | To Exceed Page Limit For Samsung's Motion For Relief From Nondispositive Order Of |
| 4 | Magistrate Judge (Dkt. 3237) seeking leave to file a 18-page Motion for Relief From |
| 5 | Nondispositve Order of Magistrate Judge (Dkt. 3237) ("Motion for Relief") notwithstanding the |
| 6 | default 5-page limit in the Local Rules.  *See* Dkt. 3245-2.  As Samsung explained in that |
| 7 | submission, Samsung's objections to the Magistrate Judge's broad privilege waiver ruling cannot |
| 8 | be fully articulated within the default page limit, and leave to file a longer Motion for Relief |
| 9 | should be granted. |
| 10 | Because the Court has not yet ruled on Samsung's request, out of an abundance of caution, |
| 11 | Samsung is filing herewith a separate Motion for Relief that complies with the 5 page limit of the |
| 12 | Local Rules.  Samsung has not, however, withdrawn its request for leave to file its April 13 |
| 13 | Motion for Relief, for which leave should be granted.  Should such leave be granted by this Court, |
| 14 | Samsung requests that the Court consider the April 13 Motion for Relief, *see* Dkts. 3245-3 to |
| 15 | 3245-9, in lieu of this filing. |

Dated:  April 17, 2015

*/s/ Michael T. Zeller*
Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

---

[1]  Effective January 1, 2015, Samsung Telecommunications America, LLC merged with and into Samsung Electronics America, Inc. and no longer exists as a separate corporate entity.  Dkt. 2124 (Case No. 12-cv-00630).

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i), I hereby attest that Michael T. Zeller has concurred in this filing.

Dated: April 17, 2015

*/s/ Victoria Maroulis*
Victoria Maroulis