QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE (DKT. 3237)** |

I, Robert J. Becher, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and counsel of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in the above-captioned matter. I am a member in good standing of the state bar of California and admitted to practice in this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. I submit this declaration in support of Samsung's Motion for Relief from Nondispositive Order of Magistrate Judge (Dkt. 3237).

3. In 2013, in response to the Court's Order re: Apple's Motion for Sanctions (Dkt. 2483), Samsung produced 470 documents, consisting of a total of 12,988 pages. Samsung also served privilege logs on counsel for Apple and Nokia. Samsung served a Privilege Log, dated November 7, 2013, and then an Amended Privilege Log, dated December 12, 2013. A true and correct copy of the November 7, 2013 Privilege Log is attached hereto as Exhibit A. A true and correct copy of the December 12, 2013 Amended Privilege Log is attached hereto as Exhibit B.

4. Many of the documents contained within the 92 tabs referenced in my declaration, dated November 7, 2014 (Dkt. 3215-04), contain attachments. The documents contained within the 92 tabs referenced in my declaration, dated November 7, 2014, and the documents that were the subject of Apple's motion to compel, consist of approximately 313 documents in total. Only approximately 108 of these documents mention the Apple-Nokia license and many of the documents that reference the Apple-Nokia license are communications with outside counsel. Only 17 of the lead communications behind the 92 tabs refer to the Apple-Nokia license.

5. Many of the documents contained within the 92 tabs referenced in my declaration, dated November 7, 2014 (Dkt. 3215-04), and the documents that were the subject of Apple's motion to compel, also refer to Apple's licenses with third-parties such as Sharp, Philips, and/or Ericsson

6. The 92 tabs referenced in my declaration, dated November 7, 2014, include draft and final mediation statements and communications in preparation for mediation.

1      7.    Attached hereto as Exhibit C is a true and correct copy of a hearing transcript, dated
2  December 9, 2013.
3      8.    Attached hereto as Exhibit D is a true and correct copy of Apple's Sixth
4  Supplemental Privilege Log, served in *Apple Inc. v. Samsung Elecs. Co., Ltd.,* Case No. 11-CV-
5  01846-LHK (N.D. Cal.) on June 5, 2013.
6      9.    Attached hereto as Exhibit E is a true and correct copy of a transcript created from
7  the audiotape of the December 10, 2014 hearing.
8
9      I declare under penalty of perjury of the laws of the United States that the foregoing is true
10 and correct.  Executed in Los Angeles, California on April 13, 2015.
11
12                                               */s/  Robert J. Becher*
                                                      Robert J. Becher
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i), I hereby attest that Robert J. Becher has concurred in this filing.

Dated: April 13, 2015

*/s/ Victoria Maroulis*
Victoria Maroulis