# EXHIBIT A

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 1. | SAMNDCA-Z0002515 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 1.1 | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP |
| | SAMNDCA-Z0001902 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Redacted ACP/WP Duplicate of Tab 1.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0002638 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |
| | SAMNDCA-Z0002761 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | SAMNDCA-Z0002884 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |
| | SAMNDCA-Z0003007 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |
| | SAMNDCA-Z0003130 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | LLP), Pat Treacy (Attorney, Bristows, LLP) | | |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |
| | SAMNDCA-Z0003253 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |
| | SAMNDCA-Z0003376 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | LLP), Pat Treacy (Attorney, Bristows, LLP) | | |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |
| | SAMNDCA-Z0003499 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |
| | SAMNDCA-Z0003622 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|----|----|
| | | | | Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | LLP), Pat Treacy (Attorney, Bristows, LLP) | | |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |
| | Z0003868 | 3/22/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel Wooseob Shim (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Ko (Attorney), Brian Sungyun Kim (Attorney), Jae-il Park (Attorney), James Shin (Attorney), Hojin Chang (Attorney), Eric Cha (Attorney) | Helen Hopson (Attorney, Bristows, LLP), Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 1 |
| | N/A | 3/22/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP Duplicate of Tab 1.1 |
| 2. | SAMNDCA-Z0000707 – SAMNDCA- | 3/24/2012 | Todd Briggs (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Todd Briggs (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP),  Anthony Hojin Kahng (Attorney), IlMan Bae, MinHyung | SamsungPatentTeam@quinnemanuel.com, SamsungvApple@quinnemanuel.com | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------|-----|
| | Z0000708 | | | Chung, Alan Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan LLP),Jae-Il Park (Attorney), Jaehawk Lee, Jaehyun Parkl, SangHoon Jin, Karin Norton (Attorney), Beyong Ho Yuu, Brian Kim (Attorney), Byung-Gun Min, julie.han@sisa.samsung.com'; 'cmoreland@sta.samsung.com'; 'DANIEL W. SHIM'; 'drobinson@sea.samsung.com'; 'SEUNGHO AHN'; 'EDWARD KIM'; 'ERIC CHA'; 'EUNHA KIM'; 'HANKIL KANG'; 'HEUNGJU KWON'; 'HOJIN CHANG'; 'HOSHIN LEE'; 'JAEWAN CHI (ATTORNEY)'; 'JAEHWAN KIM'; 'JaeHyoung Kim'; 'JAMES SHIN'; 'jeff.myung@sisa.samsung.com'; 'j.crites@sta.samsung.com'; 'JONGHEE KIM'; 'JunHong Park'; 'KyuHyuk Lee'; 'Kenneth Korea'; 'MICHAEL KANG'; 'Michelle Yang'; 'RICHARD AN'; 'ROSA KIM'; 'Samuel Lee'; 'SEONG-WOO KIM'; 'SooJin Lee'; 'SungCheol Bae'; | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | 'SUNG-HO LEE'; 'YongKu PARK'; 'YoonJung Shin'; 'YOUNGJO LIM'; 'YoungSoon Lee'; 'YUNHEE KANG'; 'Jae N. Noh'; 'Youngho Kim'; Eric Huang; 'JONGHEE KIM'; 'ssanai50@samsung.com' | | | |
| 3. | SAMNDCA-Z0009218 | 3/27/2012 | Heungju Kwon, Yongoo Park | Hojin Chang (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 4. | SAMNDCA-Z0002145 | 4/20/2012 | Clayton Seongwoo Kim | James Shin (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 4.1 | N/A | 4/20/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP |
| 5. | SAMNDCA-Z0006752 - SAMNDCA-Z0006753 | 4/20/2012 | Heungju Kwon, Hojin Chang (Attorney) | Clayton Seongwoo Kim | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 5.1 | N/A | 4/20/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------  |-------------------|
|     |             |      |             |              |    | pending or anticipated litigation |             |
| 6.  | SAMNDCA-Z0001903 - SAMNDCA-Z0001904 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| 6.1 | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP |
| 6.2 | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 6.3 | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP |
| 6.4 | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR |
| | SAMNDCA-Z0002516 - SAMNDCA-Z0002517 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             |              | Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0002639 - SAMNDCA-Z0002640 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  |  | Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0002762 - SAMNDCA-Z0002763 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0002885 - SAMNDCA-Z0002886 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             |              | Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0003008 - SAMNDCA-Z0003009 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|----|-------------------|
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0003131 - SAMNDCA-Z0003132 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             |              | (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0003254 - SAMNDCA-Z0003255 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  |  | Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0003377 - SAMNDCA-Z0003378 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0003500 - SAMNDCA-Z0003501 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0003623 - SAMNDCA-Z0003624 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| N/A | | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| N/A | | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0003746 - SAMNDCA-Z0003747 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             |              | (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0003869 - SAMNDCA-Z0003870 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| N/A | | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
| N/A | | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| N/A | | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0009649 - SAMNDCA-Z0009650 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) | | |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 5/1/2012 | | | | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
| | N/A | 5/1/2012 | | | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
| | N/A | 5/1/2012 | | | | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |
| | SAMNDCA-Z0010140 - SAMNDCA-Z0010141 | 5/1/2012 | Laetita Benard (Attorney, AllenOvery) | Helen Hopson (Attorney, Bristows LLP) | Amanda Lees (Attorney, Blake Dawson/Ashurst), Ashwin van Rooijen (Attorney, Clifford Chance), Bas Berghius van Woortman (Attorney, Simmons & Simmons), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Clayton Seongwoo Kim, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 6 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Hopson (Attorney, Bristows, LLP), Jaehawk Lee, Jane Bersohl (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Jaewan Chi (Attorney), Jeff Myles (Attorney, bristows, LLP), Jin Hwan Kwak, Kijoong Kang (Attorney), Hoshin Lee (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Mattie de Koning (Attorney, Simmons & Simmons), Max von Rospatt (Attorney, Rospatt Osten Pross), Michel Petite (Clifford Chance), Dr. Joel Naegerl, Peter Chalk (Attorney, Blake Dawson/Ashurst), Ranote Lee, Richard Ahn (Attorney), Thomas Vinje (Attorney, Clifford Chance), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Dr. Henrik Timmann (Attorney, Rospatt Osten Pross), Pat Treacy (Attorney Bristows, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  |  | Sullivan, LLP), Wen Ts-ai Lim (Attorney, Blake Dawson/Ashurst), Youngjo Lim (Attorney), Yunhee Kang (Attorney) |  |  |
|  | N/A | 5/1/2012 |  |  |  | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.1 |
|  | N/A | 5/1/2012 |  |  |  | Draft pleading regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.2 |
|  | N/A | 5/1/2012 |  |  |  | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 6.3 |
|  | N/A | 5/1/2012 |  |  |  | Communication from the Commission of the European Communities on Intellectual Property Rights and Standardization | Not Produced, NR Duplicate of Tab 6.4 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 7. | SAMNDCA-Z0000646 - SAMNDCA-Z0000647 | 6/27/2012 | Helen Hopson (Attorney, Bristows LLP) | Pat Treacy, Peter Camesasca, Thomas Vinje (Attorney, Clifford Chance), Michel Petite (Attorney, Clifford Chance), Dieter Paemen (Attorney, Clifford Chance), Ashwin van Rooijen (Attorney, Clifford Chance), Michel Struys (Attorney, AllenOvery), Charles Pommies (Attorney AllenOVery), Cristina Caffarra, Gregor Langus, Damien Neven | Ief Daems, Sunny Cho | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 7.1 | N/A | 6/27/2012 | | | | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR, ACP/WP |
| 7.2 | N/A | 6/27/2012 | | | | Communication with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR, ACP/WP |
| 7.3 | N/A | 6/27/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 7.4 | N/A | 6/27/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 7.5 | N/A | 6/27/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| | SAMNDCA-Z0000648 - SAMNDCA-Z0000706 | 6/27/2012 | Helen Hopson (Attorney, Bristows LLP) | Pat Treacy, Peter Camesasca, Thomas Vinje (Attorney, Clifford Chance), Michel Petite (Attorney, Clifford Chance), Dieter Paemen (Attorney, Clifford Chance), Ashwin van Rooijen (Attorney, Clifford Chance), Michel Struys (Attorney, AllenOvery), Charles Pommies (Attorney AllenOVery), Cristina Caffara, Gregor Langus, Damien Neven | Ief Daems, Sunny Cho | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 7 |
| | N/A | 6/27/2012 | | | | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 7.1 |
| | N/A | 6/27/2012 | | | | Communication with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 7.2 |
| | N/A | 6/27/2012 | | | | Expert report regarding licensing negotiations written in anticipation of | Not Produced, NR Duplicate of Tab |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | litigation | 7.3 |
| | N/A | 6/27/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 7.4 |
| | N/A | 6/27/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 7.5 |
| 8. | SAMNDCA-Z0010459 - SAMNDCA-Z0010461 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 8.1 | SAMNDCA-Z0010464 - SAMNDCA-Z0010466 | | | | | Spreadsheet regarding licensing negotiations | Produced |
| 8.2 | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced |
| | SAMNDCA-Z0010462 - SAMNDCA-Z0010463 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0010464 - SAMNDCA-Z0010466 | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0010464 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |
| | N/A | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0010498 - SAMNDCA-Z0010500 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| N/A | | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| N/A | | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0010501 - SAMNDCA-Z0010503 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |
| N/A | | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| N/A | | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011819 - SAMNDCA-Z0011821 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| N/A | | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| N/A | | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011822 - SAMNDCA-Z0011823 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |
| N/A | | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| N/A | | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011824 - SAMNDCA-Z0011824 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| N/A | | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| N/A | | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011835 - SAMNDCA-Z0011837 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |
| N/A | | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| N/A | | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011838 - SAMNDCA-Z0011839 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| N/A | | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| N/A | | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011840 - SAMNDCA-Z0011842 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |
| N/A | | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| N/A | | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011851 - SAMNDCA-Z0011853 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011854 - SAMNDCA-Z0011855 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |
| | N/A | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011856 - SAMNDCA-Z0011858 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| N/A | | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| N/A | | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011859 - SAMNDCA-Z0011860 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |
| N/A | | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| N/A | | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011861 - SAMNDCA-Z0011863 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| | SAMNDCA-Z0011864 - SAMNDCA-Z0011865 | 6/29/2012 | Daniel Wooseob Shim (Attorney) | Clayton Seongwoo Kim | Hojin Chang (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 8 |
| | N/A | | | | | Spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.1 |
| | N/A | | | | | General notes regarding spreadsheet regarding licensing negotiations | Produced Duplicate of Tab 8.2 |
| 9. | SAMNDCA-Z0009710 - SAMNDCA-Z0009712 | 7/4/2012 | Ief Daems (Attorney) | DS Park | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 9.1 | N/A | 7/4/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 9.2 | N/A | 7/4/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 9.3 | N/A | 7/4/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 9.4 | N/A | 7/4/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 9.5 | N/A | 7/4/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 10. | SAMNDCA-Z0000584 - SAMNDCA-Z0000586 | 7/4/2012 | Thomas Vinje (Attorney, Clifford Chance) | Ashwin van Rooijen (Attorney, Clifford Chance), Athene Chanter (Attorney, Allen & Overy), Calypso Lee, Charles Pommies (Attorney, Allen & Overy), Clayton Seongwoo Kim, David Gabathuler (Attorney, Allen & Overy), Diane Souffront | | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | (Attorney, Allen & Overy), Dieter Paemen (Attorney, Clifford Chance), Francesca Miotto (Attorney, Allen & Overy), Frans Muller (Attorney, Clifford Chance), Hansung Kang, Hojin Chang (Attorney), Hyojae Kim, Lef Daems, Jaewan Chi (Attorney), James Jinhwan Kwak, Jinho Park (Attorney), Liliana Eskenazi (Attorney, Allen & Overy) | | | |
| 10.1 | N/A | 7/4/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| 10.2 | N/A | 7/4/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| 10.3 | N/A | 7/4/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| 10.4 | N/A | 7/4/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 10.5 | N/A | 7/4/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |
| 11. | SAMNDCA-Z0011866 - SAMNDCA-Z0011867 | 7/5/2012 | Christopher Park (Attorney) | Donghoon Kan | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 11.1 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| 11.2 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| 11.3 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| 11.4 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| 11.5 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| 12. | SAMNDCA-Z0002207 - SAMNDCA-Z0002208 | 7/5/2012 | Hojin Chang (Attorney) | Ross Zaurrini (Attorney, Ashurst), Hojin Chang (Attorney) | Angela Lin, Nathan Bellgrove (Attorney, Ashurst), Sally Morris, Wen-Ts'ai Lim (Attorney, Blake Dawson/Ashurst), James Jinhwan Kwak, Clayton Seongwoo Kim, Jaehyoung Kim, Jaehwan Kim (Attorney), Peter Sanghoon Park (Attorney), Christopher Jinho Park (Attorney), Caleb Lee (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| | SAMNDCA-Z0010079 - SAMNDCA-Z0010080 | 7/5/2012 | Hojin Chang (Attorney) | Ross Zaurrini (Attorney, Ashurst), Hojin Chang (Attorney) | Angela Lin, Nathan Bellgrove (Attorney, Ashurst), Sally Morris, Wen-Ts'ai Lim (Attorney, Blake Dawson/Ashurst), James Jinhwan Kwak, Clayton Seongwoo Kim, Jaehyoung Kim, Jaehwan Kim (Attorney), Peter Sanghoon Park (Attorney), Christopher Jinho Park (Attorney), Caleb Lee (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 12 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 13. | SAMNDCA-Z0002268 - SAMNDCA-Z0002269 | 7/5/2012 | G. Halling  (Attorney-Shephard Mullin) | Hojin Chang (Attorney) | Jaehawk Lee, Clayton Seongwoo Kim, Peter Sanghoon Park (Attorney), Christopher Jinho Park (Attorney), Yeonwook Sunny Son (Attorney), Caleb Lee (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 13.1 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| 13.2 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| 13.3 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| 13.4 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| 13.5 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 14. | SAMNDCA-Z0002024 - SAMNDCA-Z0002025 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 14.1 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| 14.2 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| 14.3 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| 14.4 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| 14.5 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0002577 - SAMNDCA-Z0002578 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0002700 - SAMNDCA-Z0002701 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0002823 - SAMNDCA-Z0002824 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0002946 - SAMNDCA-Z0002947 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0003069 - SAMNDCA-Z0003070 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0003192 - SAMNDCA-Z0003193 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0003315 - SAMNDCA-Z0003316 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0003438 - SAMNDCA-Z0003439 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| N/A | | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| N/A | | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0003561 - SAMNDCA-Z0003562 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0003684 - SAMNDCA-Z0003685 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0003807 - SAMNDCA-Z0003808 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0003930 - SAMNDCA-Z0003931 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | SAMNDCA-Z0003991 - SAMNDCA-Z0003992 | 7/5/2012 | Hojin Chang (Attorney) | Hojin Chang (Attorney),Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Kenneth Korea (Attorney), Jin Hwan Kwak, Clayton Seongwoo Kim, Brian Sungyun Kim (Attorney), Sanghoon Park (Attorney), Jinho Park (Attorney), Yunwook Son, Daniel Wooseob Shim (Attorney), Calypso Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 14 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.1 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.2 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.3 |
| | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.4 |
| | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 9.5 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 15. | SAMNDCA-Z0008847 - SAMNDCA-Z0008849 | 7/9/2012 | Michael Kang (Attorney) | Anthony Alden (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Alden (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| | SAMNDCA-Z0008850 - SAMNDCA-Z0008908 | 7/9/2012 | Michael Kang (Attorney) | Anthony Alden (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Alden (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 15 |
| 16. | SAMNDCA-Z0009834 - SAMNDCA-Z0009835 | 8/16/2012 | Ief Daems (Attorney) | Julie Vandenbussche | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP |
| 16.1 | N/A | 8/16/2012 | | | | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 7.1 |
| 16.2 | N/A | 8/16/2012 | | | | Communication with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 7.2 |
| 16.3 | N/A | 8/16/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 7.3 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 16.4 | N/A | 8/16/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 7.4 |
| 16.5 | N/A | 8/16/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 7.5 |
| | SAMNDCA-Z0009956 - SAMNDCA-Z0009957 | 8/16/2012 | Ief Daems (Attorney) | Julie Vandenbussche | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 16 |
| | N/A | 8/16/2012 | | | | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 7.1 |
| | N/A | 8/16/2012 | | | | Communication with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 7.2 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 8/16/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 7.3 |
| | N/A | 8/16/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 7.4 |
| | N/A | 8/16/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 7.5 |
| 17. | SAMNDCA-Z0001510 | 9/7/2012 | Junghyeob Lee | Michael Kang (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| | SAMNDCA-Z0001706 | 9/7/2012 | Junghyeob Lee | Michael Kang (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 17 |
| | SAMNDCA-Z0001707 - SAMNDCA-Z0001842 | 9/7/2012 | Junghyeob Lee | Michael Kang (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 17 |
| | SAMNDCA-Z0001843 - | 9/7/2012 | Junghyeob Lee | Michael Kang (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0001901 | | | | | anticipation of litigation | Duplicate of Tab 17 |
| 18. | SAMNDCA-Z0000513 - SAMNDCA-Z0000515 | 10/26/2012 | Nathan Capone (Bistows, LLP) | Thomas Vinje (Attorney, Clifford Chance), Hojin Chang (Attorney) | Helen Hopson (Attorney, Bristows LLP), Peter Camesasca (Attorney), Pat Treacy (Attorney, Bristows LLP), Daniel Ko (Attorney), James Jinhwan Kwak, Clayton Seongwoo Kim, Sanghoon Park (Attorney), Jinho Park (Attorney), Daniel Wooseob Shim (Attorney), Gaesung Lee, Sujin Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 19. | SAMNDCA-Z0000720 - SAMNDCA-Z0000721 | 12/22/2012 | Daniel Wooseob Shim (Attorney) | Guy Eddon (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 20. | SAMNDCA-Z0010201 | 1/4/2013 | Daniel Wooseob Shim (Attorney) | Guy Eddon (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Pease [Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 21. | SAMNDCA-Z0010261 - | 2/1/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & | Anthony Kahng (Attorney), Karin Norton (Attorney), Linda Kordziel | | Email with outside counsel reflecting and seeking legal advice regarding licensing, | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0010263 | | Sullivan, LLP) | (Attorney, Fish & Richardson P.C.), Pepe Steven, Ari Zymelman (Attorney, Williams & Connolly LLP) | | in anticipation of litigation | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 22. | SAMNDCA-Z0000034 - SAMNDCA-Z0000036 | 3/23/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney) | Seungho Ahn (Attorney), Kijoong Kang (Attorney), Jaewan Chi (Attorney),  Injung Lee (Attorney),  Minhyung Chung, Brian Sungyun Kim (Attorney), ,Michael Kang (Attorney), Hosik Jang (Attorney),  Cindi Moreland (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Byung-Gun Min, Byungsik Kim, Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), IlMan Bae, James Jinhwan Kwak,  JaeHwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jeff Myung, Sunmi Kim, Johnda Crites (Attorney), JongHee Kim, Julie Han (Attorney), Junhong Park, Kyuhyuk Lee, Kenneth Korea (Attorney), Megan Drahos | Email with outside counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney), Richard An (Attorney), Richard Rosalez (Attorney), Rosa Woosun Kim (Attorney), SangHoon Jin, Se-Jin Chung, Clayton Seongwoo Kim, Jaehawk Lee, Soojin Lee, SungCheol Bae, Sung-Ho Lee, Wonsuk Park, Wonsun Kim, Yeowan Youn, Young Kyoo Jang, Youngho Kim, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungITC@quinnemanuel.com | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 3/23/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000190 - SAMNDCA-Z0000192 | 3/23/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney) | Seungho Ahn (Attorney), Kijoong Kang (Attorney), Jaewan Chi (Attorney), Injung Lee (Attorney), Minhyung Chung, Brian Sungyun Kim (Attorney), ,Michael Kang (Attorney), Hosik Jang (Attorney), Cindi Moreland (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Byung-Gun Min, Byungsik Kim, Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), IlMan Bae, James Jinhwan Kwak, JaeHwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jeff Myung, Sunmi Kim, Johnda Crites (Attorney), | Email with outside counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 22 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | JongHee Kim, Julie Han (Attorney), Junhong Park, Kyuhyuk Lee, Kenneth Korea (Attorney), Megan Drahos (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney), Richard An (Attorney), Richard Rosalez (Attorney), Rosa Woosun Kim (Attorney), SangHoon Jin, Se-Jin Chung, Clayton Seongwoo Kim, Jaehawk Lee, Soojin Lee, SungCheol Bae, Sung-Ho Lee, Wonsuk Park, Wonsun Kim, Yeowan Youn, Young Kyoo Jang, Youngho Kim, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungITC@quinnemanuel.com | | |
| | SAMNDCA-Z0000297 - SAMNDCA-Z0000299 | 3/23/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney) | Seungho Ahn (Attorney), Kijoong Kang (Attorney), Jaewan Chi (Attorney),  Injung Lee (Attorney),  Minhyung Chung, Brian Sungyun Kim (Attorney), | Email with outside counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 22 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             |              | ,Michael Kang (Attorney), Hosik Jang (Attorney),  Cindi Moreland (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Byung-Gun Min, Byungsik Kim, Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), IlMan Bae, James Jinhwan Kwak,  JaeHwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jeff Myung, Sunmi Kim, Johnda Crites (Attorney), JongHee Kim, Julie Han (Attorney), Junhong Park, Kyuhyuk Lee, Kenneth Korea (Attorney), Megan Drahos (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney), Richard An (Attorney), Richard Rosalez (Attorney), Rosa Woosun Kim |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), SangHoon Jin, Se-Jin Chung, Clayton Seongwoo Kim, Jaehawk Lee, Soojin Lee, SungCheol Bae, Sung-Ho Lee, Wonsuk Park, Wonsun Kim, Yeowan Youn, Young Kyoo Jang, Youngho Kim, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungITC@quinnemanuel.com | | |
| | SAMNDCA-Z0000364 - SAMNDCA-Z0000366 | 3/23/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney) | Seungho Ahn (Attorney), Kijoong Kang (Attorney), Jaewan Chi (Attorney),  Injung Lee (Attorney),  Minhyung Chung, Brian Sungyun Kim (Attorney), ,Michael Kang (Attorney), Hosik Jang (Attorney),  Cindi Moreland (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Byung-Gun Min, Byungsik Kim, Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Eunha Kim, Hankil | Email with outside counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 22 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             |              | Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), IlMan Bae, James Jinhwan Kwak,  JaeHwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jeff Myung, Sunmi Kim, Johnda Crites (Attorney), JongHee Kim, Julie Han (Attorney), Junhong Park, Kyuhyuk Lee, Kenneth Korea (Attorney), Megan Drahos (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney), Richard An (Attorney), Richard Rosalez (Attorney), Rosa Woosun Kim (Attorney), SangHoon Jin, Se-Jin Chung, Clayton Seongwoo Kim, Jaehawk Lee, Soojin Lee, SungCheol Bae, Sung-Ho Lee, Wonsuk Park, Wonsun Kim, Yeowan Youn, Young Kyoo Jang, Youngho Kim, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney), Karin |             |                   |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Norton (Attorney), SamsungITC@quinnemanuel.com | | |
| | SAMNDCA-Z0000510 - SAMNDCA-Z0000512 | 3/23/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney) | Seungho Ahn (Attorney), Kijoong Kang (Attorney), Jaewan Chi (Attorney), Injung Lee (Attorney), Minhyung Chung, Brian Sungyun Kim (Attorney), ,Michael Kang (Attorney), Hosik Jang (Attorney), Cindi Moreland (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Byung-Gun Min, Byungsik Kim, Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), IlMan Bae, James Jinhwan Kwak, JaeHwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jeff Myung, Sunmi Kim, Johnda Crites (Attorney), | Email with outside counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 22 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | JongHee Kim, Julie Han (Attorney), Junhong Park, Kyuhyuk Lee, Kenneth Korea (Attorney), Megan Drahos (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney), Richard An (Attorney), Richard Rosalez (Attorney), Rosa Woosun Kim (Attorney), SangHoon Jin, Se-Jin Chung, Clayton Seongwoo Kim, Jaehawk Lee, Soojin Lee, SungCheol Bae, Sung-Ho Lee, Wonsuk Park, Wonsun Kim, Yeowan Youn, Young Kyoo Jang, Youngho Kim, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungITC@quinnemanuel.com | | |
| 23. | SAMNDCA-Z0000113 - SAMNDCA-Z0000115 | 3/23/2013 | Heungju Kwon | Kenneth Korea (Attorney) | James Jinhwan Kwak, Anthony Hojin Kahng (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), Jaehyoung Kim, Wonsuk Park, Wonsun Kim | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 23.1 | N/A | 3/25/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000172 - SAMNDCA-Z0000174 | 3/23/2013 | Heungju Kwon | Kenneth Korea (Attorney) | James Jinhwan Kwak, Anthony Hojin Kahng (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), Jaehyoung Kim, Wonsuk Park, Wonsun Kim | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 23 |
| | N/A | 3/25/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 23.1 |
| | SAMNDCA-Z0000308 - SAMNDCA-Z0000310 | 3/23/2013 | Heungju Kwon | Kenneth Korea (Attorney) | James Jinhwan Kwak, Anthony Hojin Kahng (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), Jaehyoung Kim, Wonsuk Park, Wonsun Kim | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 23 |
| | N/A | 3/25/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 23.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 24. | SAMNDCA-Z0000001 - SAMNDCA-Z0000004 | 3/25/2013 | Jaehawk Lee | Hyunsun Kwack, Yangsun Kim, JaeHyun Park, Seungkyun Oh, Sung-Ho Lee, Suyeul Lee | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP |
| 24.1 | N/A | 3/23/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 25. | SAMNDCA-Z0000160 - SAMNDCA-Z0000162 | 3/25/2013 | Karin Norton (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 25.1 | N/A | 3/25/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000276 - SAMNDCA-Z0000278 | 3/25/2013 | Karin Norton (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 25 |
| | N/A | 3/25/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 25.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------  |-------------------|
| 26. | SAMNDCA-Z0000716 - SAMNDCA-Z0000719 | 3/25/2013 | Hojin Chang (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| 26.1 | N/A | 3/25/2013 | | | | Communication outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| 27. | SAMNDCA-Z0000109 - SAMNDCA-Z0000112 | 3/25/2013 | Daniel Wooseob Shim (Attorney) | Pat Treacy (Attorney, Bristows) | Helen Hopson (Attorney, Bristows), Sophie Lawrance (Attorney, Bristows) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 27.1 | N/A | 3/23/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| 28. | SAMNDCA-Z0000105 - SAMNDCA-Z0000108 | 3/25/2013 | Daniel Wooseob Shim (Attorney) | Peter Camesasca (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 28.1 | N/A | 3/23/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 29. | SAMNDCA-Z0000103 - SAMNDCA-Z0000104 | 3/25/2013 | Pat Treacy (Attorney, Bristows) | Daniel Wooseob Shim (Attorney) | Helen Hopson (Attorney, Bristows), Sophie Lawrance (Attorney, Bristows) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 29.1 | N/A | 3/23/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 29.2 | N/A | 3/25/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 29.3 | N/A | 3/25/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 30. | SAMNDCA-Z0000116 - SAMNDCA-Z0000119 | 3/25/2013 | Hojin Chang (Attorney) | Indong Kang | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 30.1 | N/A | 3/25/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 31. | SAMNDCA-Z0000057 | 3/26/2013 | Daniel Wooseob Shim (Attorney) | Maxim Price (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alexander Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), SamsungITC@quinnemanuel.com, Victoria F. Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney), Pat Treacy (Attorney, Bristows) | Email with outside counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP |
| 31.1 | N/A | 3/26/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 32. | SAMNDCA-Z0000284 - SAMNDCA-Z0000288 | 3/26/2013 | Hojin Chang (Attorney) | Edward C. Donovan (Attorney, Kirkland & Ellis), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungITC@quinnemanuel.com, Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | |
| 32.1 | N/A | 3/26/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000326 - SAMNDCA-Z0000330 | 3/26/2013 | Hojin Chang (Attorney) | Edward C. Donovan (Attorney, Kirkland & Ellis), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 32 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Taehyung Kim (Attorney) | Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungITC@quinnemanuel.com, Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | |
| N/A | | 3/26/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 32.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 33. | SAMNDCA-Z0000326 - SAMNDCA-Z0000330 | 3/26/2013 | Hojin Chang (Attorney) | Edward C. Donovan (Attorney, Kirkland & Ellis), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungITC@quinnemanuel.com, Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 33.1 | N/A | 3/26/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000284 - SAMNDCA-Z0000288 | 3/26/2013 | Hojin Chang (Attorney) | Edward C. Donovan (Attorney, Kirkland & Ellis), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungITC@quinnemanuel.com, Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 33 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | |
| | N/A | 3/26/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 33.1 |
| 34. | SAMNDCA-Z0000066 - SAMNDCA-Z0000072 | 3/26/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis) | Hojin Chang (Attorney), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton | Email with outside  counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Jay Shim (Attorney), SamsungITC@quinnemanuel.com, Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | |
| 34.1 | N/A | 3/27/2013 | | | | Document prepared by counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| 34.2 | N/A | 3/27/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000203 - SAMNDCA-Z0000208 | 3/26/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis) | Hojin Chang (Attorney), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, | Email with outside  counsel with redacted portions reflecting legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 34 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), SamsungITC@quinnemanuel.com, Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | |
| | N/A | 3/27/2013 | | | | Document prepared by counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 34.1 |
| | N/A | 3/27/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 34.2 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0000385 - SAMNDCA-Z0000390 | 3/26/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis) | Hojin Chang (Attorney), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), SamsungITC@quinnemanuel.com, Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | Email with outside  counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 34 |
| | N/A | 3/27/2013 | | | | Document prepared by counsel | Withheld |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | | reflecting legal advice regarding licensing negotiations written in anticipation of litigation | ACP/WP Duplicate of Tab 34.1 |
| | N/A | 3/27/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 34.2 |
| | SAMNDCA-Z0000401 - SAMNDCA-Z0000406 | 3/26/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis) | Hojin Chang (Attorney), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), | Email with outside  counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 34 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | SamsungITC@quinnemanuel.com, Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | |
| | N/A | 3/27/2013 | | | | Document prepared by counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 34.1 |
| | N/A | 3/27/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 34.2 |
| 35. | SAMNDCA-Z0000709 - SAMNDCA-Z0000715 | 3/26/2013 | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 35.1 | N/A | 3/26/2013 | | | | Communication outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 35.2 | N/A | 3/26/2013 | | | | Draft pleading from outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP |
| 36. | SAMNDCA-Z0000279 - SAMNDCA-Z0000283 | 3/27/2013 | Brian Sungyun Kim (Attorney) | Karin Norton (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 36.1 | N/A | 3/27/2013 | | | | Communication outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| 37. | SAMNDCA-Z0000078 | 3/27/2013 | Brian Sungyun Kim (Attorney) | Brian Sungyun Kim (Attorney) | | Email from counsel with redacted portions reflecting attorney client communication seeking or providing legal advice regarding licensing negotiations | Redacted ACP/WP |
| 37.1 | N/A | 3/27/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 38. | SAMNDCA-Z0000175 - SAMNDCA- | 3/27/2013 | Hojin Chang (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | Z0000180 | | | | Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Victoria F. Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| 38.1 | N/A | 3/27/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000028 - SAMNDCA-Z0000033 | 3/27/2013 | Hojin Chang (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel. | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 38 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Victoria F. Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 3/27/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 38.1 |
| | SAMNDCA-Z0000367 - SAMNDCA-Z0000372 | 3/27/2013 | Hojin Chang (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 38 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-----|-----|-----|-----|-----|-----|-----|
| | | | | | Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Victoria F. Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 3/27/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | negotiations written in anticipation of litigation | Duplicate of Tab 38.1 |
| | SAMNDCA-Z0000425 - SAMNDCA-Z0000430 | 3/27/2013 | Hojin Chang (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Victoria F. Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 38 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | LLP), Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 3/27/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 38.1 |
| 39. | SAMNDCA-Z0000575 - SAMNDCA-Z0000583 | 3/27/2013 | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Email with outside  counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP |
| 39.1 | N/A | 3/27/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| 40. | SAMNDCA-Z0000079 - SAMNDCA-Z0000081 | 3/27/2013 | Daniel Wooseob Shim (Attorney) | Gregory S. Arovas (Attorney, Kirkland & Ellis) | Injung Lee (Attorney) | Email with outside counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 40.1 | N/A | 3/27/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 41. | SAMNDCA-Z0000289 - SAMNDCA-Z0000296 | 3/28/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Alan L. Whitehurst | Email with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Redacted ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| 41.1 | N/A | 3/28/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000058 - SAMNDCA-Z0000065 | 3/28/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim | Email with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 41 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 3/28/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 41.1 |
| | SAMNDCA-Z0000300 - SAMNDCA-Z0000307 | 3/28/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon | Email with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 41 |

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 3/28/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | written in anticipation of litigation | Duplicate of Tab 41.1 |
| | SAMNDCA-Z0000356 - SAMNDCA-Z0000363 | 3/28/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel | Email with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 41 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 3/28/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 41.1 |
| 42. | SAMNDCA-Z0000005 - SAMNDCA-Z0000015 | 3/28/2013 | Hojin Chang (Attorney) | Edward C. Donovan (Attorney, Kirkland & Ellis), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney), Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim | Email with outside counsel with redacted portionsreflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | |
| 42.1 | N/A | 3/27/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 42.2 | N/A | 3/28/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000135 - SAMNDCA-Z0000144 | 3/28/2013 | Hojin Chang (Attorney) | Edward C. Donovan (Attorney, Kirkland & Ellis), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney), Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth | Email with outside counsel with redacted portionsreflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 42 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | |
| | N/A | 3/27/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 42.1 |
| | N/A | 3/28/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 42.2 |
| | SAMNDCA-Z0000311 - SAMNDCA- | 3/28/2013 | Hojin Chang (Attorney) | Edward C. Donovan (Attorney, Kirkland & Ellis), Jennifer M. Selendy (Attorney, Kirkland & | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael | Email with outside counsel with redacted portionsreflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | Z0000320 | | | Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney), Hojin Chang (Attorney) | Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | 42 |
| | N/A | 3/27/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 42.1 |
| | N/A | 3/28/2013 | | | | Communication reflecting legal advice | Withheld |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | regarding licensing negotiations written by counsel in anticipation of litigation | ACP/WP Duplicate of Tab 42.2 |
| | SAMNDCA-Z0000346 - SAMNDCA-Z0000355 | 3/28/2013 | Hojin Chang (Attorney) | Edward C. Donovan (Attorney, Kirkland & Ellis), Jennifer M. Selendy (Attorney, Kirkland & Ellis), Michael J. McKeon (Attorney, Fish & Richardson), Taehyung Kim (Attorney), Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Daniel Wooseob Shim (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jae-il Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Greg Arovas (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | Email with outside counsel with redacted portionsreflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP Duplicate of Tab 42 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 3/27/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 42.1 |
| | N/A | 3/28/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 42.2 |
| 43. | SAMNDCA-Z0000082 - SAMNDCA-Z0000092 | 3/28/2013 | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Email with outside counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP |
| 43.1 | N/A | 3/27/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 43.2 | N/A | 3/28/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 44. | SAMNDCA-Z0000037 - SAMNDCA-Z0000046 | 3/29/2013 | Hojin Chang (Attorney) | Daniel Laurence Girdwood (Attorney), Everrette Rett Snotherly (Attorney), Karin Norton (Attorney) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), | Email with  counsel with redacted portions reflecting and seeking legal advice regarding licensing negotiations | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon | | |
| 44.1 | N/A | 3/28/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 45. | SAMNDCA-Z0000266 - SAMNDCA-Z0000275 | 3/29/2013 | Hojin Chang (Attorney) | Karin Norton (Attorney), Daniel Laurence Girdwood (Attorney), Everrette Rett Snotherly (Attorney) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon | | |
| 45.1 | N/A | 3/29/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000331 - SAMNDCA-Z0000340 | 3/29/2013 | Hojin Chang (Attorney) | Karin Norton (Attorney), Daniel Laurence Girdwood (Attorney), Everrette Rett Snotherly (Attorney) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 45 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon | | |
| | N/A | 3/29/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 46.1 |
| 46. | SAMNDCA-Z0000093 - SAMNDCA-Z0000102 | 3/29/2013 | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 46.1 | N/A | 3/28/2013 | | | | Communication reflecting legal advice regarding licensing negotiations written by counsel in anticipation of litigation | Withheld ACP/WP |
| 47. | SAMNDCA-Z0000193 - SAMNDCA-Z0000202 | 3/29/2013 | Kartin Norton (Attorney) | Anthony Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Everrette Rett Snotherly (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 47.1 | N/A | 3/29/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| 48. | SAMNDCA-Z0011218 - SAMNDCA-Z0011219 | 3/31/2013 | Ari Zymelman (Attorney, Williams & Connolly LLP) | Minjae Shin (Attorney) | Kevin Hardy (Attorney, Williams & Connolly LLP) | Email with outside counsel reflecting and seeking legal advice regarding licensing | Redacted ACP/WP |
| 49. | SAMNDCA-Z0000181 - SAMNDCA-Z0000189 | 4/1/2013 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James | Email with outside counsel reflecting and seeking legal advice regarding licensing | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| 49.1 | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| | SAMNDCA- | 4/1/2013 | Thomas Pease (Attorney, | Hojin Chang (Attorney) | Anthony Hojin Kahng (Attorney), | Email with outside counsel reflecting and | Redacted |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | Z0000407 - SAMNDCA-Z0000415 | | Quinn Emanuel Urquhart & Sullivan, LLP) | | Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Daniel Wooseob Shim (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, | seeking legal advice regarding licensing | ACP/WP Duplicate of Tab 49 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations | Withheld ACP/WP Duplicate of Tab 49.1 |
| 50. | SAMNDCA-Z0000416 - SAMNDCA-Z0000424 | 4/1/2013 | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel. | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| 50.1 | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000047 - SAMNDCA-Z0000056 | 4/1/2013 | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 50 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 50.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | SAMNDCA-Z0000163 - SAMNDCA-Z0000171 | 4/1/2013 | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 50 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 50.1 |
| | SAMNDCA-Z0000416 - SAMNDCA-Z0000424 | 4/1/2013 | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney), Anthony Hojin Kahng (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 50 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 50.1 |
| 51. | SAMNDCA-Z0000120 - SAMNDCA-Z0000121 | 4/1/2013 | Wonsun Kim | Wonsun Kim, Hojin Chang (Attorney) | | Email with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Redacted ACP/WP |
| 51.1 | N/A | 4/1/2013 | Wonsun Kim | Wonsun Kim, Hojin Chang (Attorney) | | Draft pleading authored by counsel reflecting legal positions regarding | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | | | licensing negotiations written in connection with pending or anticipated litigation | |
| 52. | SAMNDCA-Z0000431 - SAMNDCA-Z0000440 | 4/1/2013 | Hojin Chang (Attorney) | Daniel Wooseob Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| 52.1 | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000150 - SAMNDCA-Z0000159 | 4/1/2013 | Hojin Chang (Attorney) | Daniel Wooseob Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 52 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 52.1 |
| | SAMNDCA-Z0000391 - SAMNDCA-Z0000400 | 4/1/2013 | Hojin Chang (Attorney) | Daniel Wooseob Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 52 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel | Withheld |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | | reflecting legal advice regarding licensing negotiations written in anticipation of litigation | ACP/WP Duplicate of Tab 52.1 |
| | SAMNDCA-Z0000431 - SAMNDCA-Z0000440 | 4/1/2013 | Hojin Chang (Attorney) | Daniel Wooseob Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 52 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 52.1 |
| 53. | SAMNDCA-Z0000373 - SAMNDCA-Z0000384 | 4/1/2013 | Hojin Chang (Attorney) | Hojin Chang (Attorney), Daniel Wooseob Kim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| 53.1 | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| | SAMNDCA-Z0000016 - SAMNDCA-Z0000027 | 4/1/2013 | Hojin Chang (Attorney) | Hojin Chang (Attorney), Daniel Wooseob Kim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Eric Junghoon Cha | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 53 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel | Withheld |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | | reflecting legal advice regarding licensing negotiations written in anticipation of litigation | ACP/WP Duplicate of Tab 53.1 |
| | SAMNDCA-Z0000123 - SAMNDCA-Z0000134 | 4/1/2013 | Hojin Chang (Attorney) | Hojin Chang (Attorney), Daniel Wooseob Kim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 53 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 53.1 |
| | SAMNDCA-Z0000498 - SAMNDCA-Z0000509 | 4/1/2013 | Hojin Chang (Attorney) | Hojin Chang (Attorney), Daniel Wooseob Kim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney),  Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 53 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), SamsungFRAND@quinnemanuel.com, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | |
| | N/A | 4/1/2013 | | | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 53.1 |
| 54. | SAMNDCA-Z0000209 - SAMNDCA-Z0000225 | 4/4/2013 | S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hojin Chang (Attorney), Edward C. Donovan (Attorney, Kirkland & Ellis), Daniel Wooseob | Brian Sungyun Kim (Attorney), Taehyung Kim (Attorney), Anthony Hojin Kahng (Attorney), Injung Lee (Attorney), Michael Kang (Attorney), Daniel Ko | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Shim (Attorney) | (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), SamsungFRAND@quinnemanuel.com | | |
| | SAMNDCA-Z0000441 - SAMNDCA- | 4/4/2013 | S. Alex Lasher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hojin Chang (Attorney), | Brian Sungyun Kim (Attorney), Taehyung Kim (Attorney), Anthony Hojin Kahng (Attorney), | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP Duplicate of Tab |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | Z0000457 | | | Edward C. Donovan (Attorney, Kirkland & Ellis), Daniel Wooseob Shim (Attorney) | Injung Lee (Attorney), Michael Kang (Attorney), Daniel Ko (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, James Jinhwan Kwak, Jaehyoung Kim, Jaeil Park (Attorney), James Minjae Shin (Attorney), Kenneth Korea (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Clayton Seongwoo Kim, Soojin Lee, Wonsuk Park, Wonsun Kim, Youngjo Lim (Attorney), Yunhee Kang (Attorney), Karin Norton (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Hyuck Sun Kwon, Kijoong Kang (Attorney), Alan L. Whitehurst (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Marissa R. Ducca (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), SamsungFRAND@quinnemanuel.com | | 54 |
| 55. | SAMNDCA- | 4/24/2013 | Daniel Wooseob Shim | Minki Hyun | | Email with counsel reflecting and seeking | Redacted |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | Z0010520 | | (Attorney) | | | legal advice regarding licensing, in anticipation of litigation | ACP/WP |
| 55.1 | N/A | 4/24/2013 | | | | Publication related to intellectual property | Not Produced, NR |
| 55.2 | N/A | 4/24/2013 | | | | Publication related to intellectual property | Not Produced, NR |
| 56. | SAMNDCA-Z0010621 - SAMNDCA-Z0010622 | 5/6/2013 | James Shin (Attorney) | Jaehwan Kim (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------|------------------|
| 57. | SAMNDCA-Z0001312 | 5/15/2013 | Hyucksun Kwon | Hyucksun Kwon | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP |
| 57.1 | N/A | 5/15/2013 | | | | Summary of expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP |
| | SAMNDCA-Z0001372 - SAMNDCA-Z0001507 | 5/6/2013 | James Shin (Attorney) | Jaehwan Kim (Attorney) | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 57 |
| | N/A | 5/15/2013 | Hyucksun Kwon | Hyucksun Kwon | | Summary of expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 57.1 |
| 58. | SAMNDCA-Z0012355 | 5/15/2013 | Ari Zymelman (Attorney, Williams & Connolly LLP) | Indong Kang | Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Minjae Shin, Rosa W. Kim (Attorney), Kyungman Kim, James Jinhwan Kwak, JaeHun Han, Bruce Genderson, Kevin Hardy, Stanley Fisher | Email with outside counsel reflecting and seeking legal advice regarding licensing | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 59. | N/A | 4/13/2012 | Helen Hopson (Attorney, Bristows LLP) | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel W. Shim (Attorney), Karin Norton (Attorney), Anthony Hojin Kahng (Attorney), Jaeil Park (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), James Minjae Shin (Attorney), Eric Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, Samsung FRAND, Marc Becker (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Nathan Capone (Attorney, Bristows LLP) | Email from outside counsel reflecting legal advice regarding an expert report | Withheld ACP/WP |
| 59.1 | N/A | 4/13/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Helen Hopson (Attorney, Bristows LLP) | Daniel W. Shim (Attorney), Karin Norton (Attorney), Anthony Hojin Kahng (Attorney), Jaeil Park (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), James Minjae | Email from outside counsel reflecting legal advice regarding an expert report | Not Produced, NR, ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Shin (Attorney), Eric Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, Samsung FRAND, Marc Becker (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Nathan Capone (Attorney, Bristows LLP) | | |
| 59.2 | N/A | 4/13/2012 | Helen Hopson (Attorney, Bristows LLP) | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel W. Shim (Attorney), Karin Norton (Attorney), Anthony Hojin Kahng (Attorney), Jaeil Park (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), James Minjae Shin (Attorney), Eric Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, Samsung FRAND, Marc | Draft of Teece expert report prepared by counsel | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Becker (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Nathan Capone (Attorney, Bristows LLP) | | |
| | N/A | 4/13/2012 | Helen Hopson (Attorney, Bristows LLP) | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel W. Shim (Attorney), Karin Norton (Attorney), Anthony Hojin Kahng (Attorney), Jaeil Park (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), James Minjae Shin (Attorney), Eric Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, Samsung FRAND, Marc Becker (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Nathan Capone (Attorney, Bristows LLP) | Email from outside counsel reflecting legal advice regarding an expert report | Withheld ACP/WP Duplicate of Tab 59 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| N/A | | 4/13/2012 | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Helen Hopson (Attorney, Bristows LLP) | Daniel W. Shim (Attorney), Karin Norton (Attorney), Anthony Hojin Kahng (Attorney), Jaeil Park (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), James Minjae Shin (Attorney), Eric Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, Samsung FRAND, Marc Becker (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Nathan Capone (Attorney, Bristows LLP) | Email from outside counsel reflecting legal advice regarding an expert report | Withheld ACP/WP Duplicate of Tab 59.1 |
| N/A | | 4/13/2012 | Helen Hopson (Attorney, Bristows LLP) | Eric Wall (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel W. Shim (Attorney), Karin Norton (Attorney), Anthony Hojin Kahng (Attorney), Jaeil Park (Attorney), Hojin Chang (Attorney), Daniel Ko (Attorney), James Minjae Shin (Attorney), Eric Junghoon Cha (Attorney), Brian Sungyun Kim | Draft of Teece expert report prepared by counsel | Withheld ACP/WP Duplicate of Tab 59.2 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (attorney), Kijoong Kang (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, Samsung FRAND, Marc Becker (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Nathan Capone (Attorney, Bristows LLP) | | |
| 60. | N/A | 6/8/2012 | Thomas Vinje (Attorney, Clifford Chance) | Michael Kang (Attorney) | Michel Struys (Attorney, Allen & Overy LLP), Pat Treacy (Attorney, Bristows LLP) | Email from outside counsel reflecting legal advice regarding licensing and mediation with third party | Withheld ACP/WP |
| 60.1 | N/A | 6/8/2012 | Thomas Vinje (Attorney, Clifford Chance) | Michael Kang (Attorney) | Michel Struys (Attorney, Allen & Overy LLP), Pat Treacy (Attorney, Bristows LLP) | Confidential draft document prepared by counsel reflecting legal advice regarding licensing and mediation with third party | Withheld ACP/WP |
| 61. | N/A | 1. 6/8/2012 2. 6/9/2012 | 1. Michael Kang; 2. Thomas Vinje (Attorney, Clifford Chance) | 1. Indong Kang, Junwon Lee, Taehyung Kim (Attorney); 2. Michael Kang | 1. Eric Junghoon Cha (Attorney), James Jinhwan Kwak, Brian Sungyun Kim (Attorney) | Email from outside counsel reflecting legal advice regarding licensing and mediation with third party | Withheld ACP/WP |
| 61.1 | N/A | 6/8/2012 | Thomas Vinje (Attorney, Clifford Chance) | Michael Kang (Attorney) | Michel Struys (Attorney, Allen & Overy LLP), Pat Treacy (Attorney, | Document prepared by outside counsel reflecting legal advice regarding | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Bristows LLP) | intellectual property rights and licensing issues, prepared in connection with mediation | |
| 62. | N/A | 6/13/2012 | 1.  Michael Kang (Attorney) 2. Thomas Vinje (Attorney, Clifford Chance) | 1. Eric Cha (Attorney) 2. Michael Kang (Attorney) | | Communication with outside counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |
| 62.1 | N/A | 6/8/2012 | Thomas Vinje (Attorney, Clifford Chance) | Michael Kang (Attorney) | Michel Struys (Attorney, Allen & Overy LLP), Pat Treacy (Attorney, Bristows LLP) | Document prepared by outside counsel reflecting legal advice regarding intellectual property rights and licensing issues, prepared in connection with mediation | Withheld ACP/WP |
| 63. | | | | | | Removed For Translation | |
| 64. | N/A | 1. 12/19/2012 2. 12/14/2012 3. 12/15/2012; | 1. Edward C. Donovan (Attorney, Kirkland & Ellis LLP); 2. Daniel Shim (Attorney); 3. Jennifer Selendy (Attorney, Kirkland & Ellis LLP); | 1. Daniel Shim (Attorney), Jennifer Selendy (Attorney, Kirkland & Ellis LLP); 2. Jennifer Selendy (Attorney, Kirkland & Ellis LLP) | 1. Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), Youngjo Lim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Clayton Kim, Sean Trainor, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Greg Arovas (Attorney, Kirkland & Ellis LLP); 2. Brian Sungyun Kim | Email sent by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | (attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), Youngjo Lim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Clayton Kim, Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Sean Trainor, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP) | | |
| | N/A | 1. 12/19/2012 2. 12/14/2012 3. 12/15/2012; | 1. Edward C. Donovan (Attorney, Kirkland & Ellis LLP); 2. Daniel Shim (Attorney); 3. Jennifer Selendy (Attorney, Kirkland & Ellis LLP); | 1. Daniel Shim (Attorney), Jennifer Selendy (Attorney, Kirkland & Ellis LLP); 2. Jennifer Selendy (Attorney, Kirkland & Ellis LLP) | 1. Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), Youngjo Lim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Clayton Kim, Sean Trainor, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Greg Arovas (Attorney, Kirkland & Ellis LLP); 2. Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), Youngjo Lim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Clayton Kim, | Email sent by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 64 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Sean Trainor, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP) | | |
| 65. | N/A | 12/20/2012 | Helen Hopson (Attorney, Bristows LLP) | Taehyung Kim (Attorney), James Jinhwan Kwak, Jinho Park (Attorney), Hojin Chang (Attorney), Bongjoon Kang, Indong Kang, Peter Camesasca (Attorney) | Jay Shim (Attorney), Hyucksun Kwon, Laura Peirson, Pat Treacy (Attorney, Bristows LLP), Sophie Lawrance | Email with outside counsel reflecting legal advice and attaching document regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 65.1 | N/A | 12/18/2012 | Pat Treacy (Attorney, Bristows LLP) | Taehyung Kim (Attorney), James Jinhwan Kwak, Jinho Park (Attorney), Hojin Chang (Attorney), Bongjoon Kang, Indong Kang, Peter Camesasca (Attorney) | Helen Hopson (Attorney, Bristows LLP), Laura Peirson (Attorney, Bristows LLP) | Email with outside counsel reflecting legal advice and attaching document regarding licensing negotiations, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 65.2 | N/A | 12/10/2012 | Laura Peirson (Attorney, Bristows LLP) | Taehyung Kim (Attorney), James Jinhwan Kwak, Jinho Park (Attorney), Hojin Chang (Attorney), Bongjoon Kang, Indong Kang, Peter Camesasca (Attorney) | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | Email with outside counsel reflecting legal advice and attaching document regarding licensing negotiations, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 65.3 | N/A | | | | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|-----|-------------|-------------------|
| 65.4 | N/A | | | | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 65.5 | N/A | | | | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 66. | N/A | 1. 12/28/2012 2. 12/28/2012 3. 12/28/2012 4. 12/21/2012 5. 12/18/2012 6. 12/10/2012 | 1. Daniel W. Shim (Attorney); 2. Taehyung Kim (Attorney); 3. Taehyung Kim (Attorney); 4. Helen Hopson (Attorney, Bristows LLP); 5. Pat Treacy (Attorney, Bristows LLP); 6. Laura Peirson | 1. Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | | Email with outside counsel in anticipation of litigation reflecting legal advice and attaching document prepared regarding licensing negotiations | Withheld ACP/WP |
| 66.1 | N/A | | Pat Treacy (Attorney, Bristows LLP) | | | Email with outside counsel in anticipation of litigation reflecting legal advice and attaching document prepared regarding licensing negotiations | Not Produced, NR, ACP/WP Duplicate of Tab 65.1 |
| 66.2 | N/A | | Laura Peirson (Attorney, Bristows LLP) | | | Email with outside counsel in anticipation of litigation reflecting legal advice and attaching document prepared regarding licensing negotiations | Not Produced, NR, ACP/WP Duplicate of Tab 65.2 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| 66.3 | N/A | 12/20/2012 | | | | Document prepared by counsel in anticipation of litigation reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 66.4 | N/A | 12/20/2012 | | | | Document prepared by counsel in anticipation of litigation reflecting legal advice regarding licensing negotiations | Not Produced, NR, ACP/WP Duplicate of Tab 65.4 |
| 66.5 | N/A | 12/20/2012 | | | | Document prepared by counsel in anticipation of litigation reflecting legal advice regarding licensing negotiations | Not Produced, NR, ACP/WP Duplicate of Tab 65.5 |
| 67 | N/A | 1. 1/7/2013 2. 1/7/2013 | 1. Daniel W. Shim (Attorney); 2. Taehyung Kim (Attorney) | 1. Pat Treacy (Attorney, Bristows LLP); 2. Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | 1. Helen Hopson (Attorney, Bristows LLP), Brian S. Kim (Attorney) | Email with outside counsel reflecting legal advice and attaching document regarding licensing issues prepared in anticipation of litigation | Withheld ACP/WP |
| 67.1 | N/A | 12/20/2012 | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP), | Taehyung Kim (Attorney) | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| | N/A | 1. 1/7/2013 2. 1/7/2013 | 1. Daniel W. Shim (Attorney); 2. Taehyung Kim (Attorney) | 1. Pat Treacy (Attorney, Bristows LLP); 2. Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | 1. Helen Hopson (Attorney, Bristows LLP), Brian Sungyun Kim (Attorney) | Email with outside counsel reflecting legal advice and attaching document regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 67 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  | N/A | 12/20/2012 | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP), | Taehyung Kim (Attorney) |  | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 67.1 |
| 68. | N/A | 1. 1/11/2013 2. 1/10/2013 3. 1/11/2013 | 1. Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Daniel W. Shim (Attorney); 3. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Daniel W. Shim (Attorney); 2. Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); | Email with outside counsel, prepared in anticipation of litigation,  reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 68.1 | N/A | 1/9/2013 | Peter Camesasca (Attorney) | Daniel W. Shim (Attorney), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in conjunction with litigation | Withheld ACP/WP |
|  | N/A | 1. 1/11/2013 2. 1/10/2013 3. 1/11/2013 | 1. Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) (sender); 2. Daniel W. Shim (Attorney); 3. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Daniel W. Shim (Attorney); 2. Alex Baxter(Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1, 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email from outside counsel reflecting legal advice and attaching document prepared regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 68 |
|  | N/A | 1/11/2013 | Peter Camesasca (Attorney) (author), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) (sender) | Daniel Wooseob Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 68.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 69. | N/A | 1. 1/11/2013<br>2. 1/11/2013<br>3. 1/11/2013<br>4. 1/11/2013<br>5. 1/7/2013 | 1. Peter Camesasca (Attorney);<br>2. Christopher Park (Attorney);<br>3. Christopher Park (Attorney);<br>4. Peter Camesasca (Attorney);<br>5. Christopher Park (Attorney) | 1. Christopher Park (Attorney);<br>2. Christopher Park (Attorney),<br>Peter Camesasca (Attorney);<br>5. Peter Camesasca (Attorney) | 1, 2. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Jay Shim (Attorney), James Jinhwan Kwak;<br>5. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son | Email with outside counsel, prepared in anticipation of ligitation, seeking and reflecting legal advice and attaching presentations regarding licensing negotiations (attaching Privilege Log Entry No. 432 and 433) | Withheld ACP/WP |
| 69.1 | N/A | 1/11/2013 | Peter Camesasca (Attorney) | Christopher Park (Attorney) | Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Jay Shim (Attorney), James Jinhwan Kwak | Presentation prepared by counsel, prepared in anticipation of ligitation, reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 69.2 | N/A | 1/11/2013 | Peter Camesasca (Attorney) | Christopher Park (Attorney) | Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon | Presentation prepared by counsel, prepared in anticipation of ligitation, | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Park, Hojin Chang (Attorney), Yeonwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Jay Shim (Attorney), James Jinhwan Kwak | reflecting legal advice regarding licensing negotiations | |
| 70. | N/A | 1. 1/11/2013 2. 1/11/2013 3. 1/11/2013 4. 1/11/2013 5. 1/11/2013 6. 1/11/2013 7. 1/7/2013 | 1. Daniel W. Shim (Attorney); 2. Daniel W. Shim (Attorney); 3. Peter Camesasca (Attorney); 4. Christopher Park (Attorney); 5. Christopher Park (Attorney) ; 6. Peter Camesasca (Attorney); 7. Christopher Park (Attorney) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Jinho Park, Yeonwook Son, Sanghoon Park, Gyesung Lee, Sangjoo Lee, Hojin Chang, Jaewan Chi, Trevor Soames (Attorney, Shearman & Sterling), Miguel Rato (Attorney, Shearman & Sterling), Thomas Vinje (Attorney, Clifford & Chance LLP), Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Ilseok Jang, James Jinhwan Kwak, Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 3. Christopher Park | | Email to outside counsel reflecting legal advice and attaching document regarding trial strategy, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney); 4. Christopher Park (Attorney), Peter Camesasca (Attorney) 5. Peter Camesasca (Attorney); 6.  Christopher Park (Attorney); 7.  Peter Camesasca (Attorney) | | | |
| 70.1 | N/A | 1/11/2013 | Peter Camesasca (Attorney) (author), Daniel Shim (Attorney) (sender) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel reflecting legal advice regarding trial strategy, prepared in anticipation of litigation | Withheld ACP/WP |
| 71. | N/A | 1/11/2013 | Daniel W. Shim (Attorney) | Michael Fazio (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email with outside counsel, prepared in connection with litigation, seeking legal advice regarding litigation discovery issues | Withheld ACP/WP |
| 72. | N/A | 1. 1/11/2013 2. 1/11/2013 3. 1/11/2013 4. 1/11/2013 5. 1/11/2013 6. 1/11/2013 7. 1//11/2013 8. 1/7/2013 | 1. Peter Camesasca (Attorney); 2. Daniel Shim (Attorney); 3. Daniel Shim (Attorney); 4. Peter Camesasca (Attorney); 5. Christopher Park (Attorney); 6. Christopher Park (Attorney); 7. Peter Camesasca (Attorney); 8. Christopher Park (Attorney) | 1. Daniel Shim (Attorney); 2. Peter Camesasca (Attorney); 3. Peter Camesasca (Attorney); 5. Christopher Park (Attorney), Peter Camesasca (Attorney); 8. Peter Camesasca (Attorney) | 1, 2. Christopher Park (Attorney), Yeonwook Son, Sanghoon Park, Gaesung Lee, Sangjoo Lee (Attorney), Hojin Chang (Attorney), Jaewan Chi (Attorney), Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Taehyung Kim (Attorney), Jay Shim (Attorney), | Email with outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Indong Kang, Junwon Lee, Ilseok Jang, James Jinhwan Kwak, Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 5. Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche; 8. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son | | |
| 73. | N/A | 1. 1/15/2013 2. 1/14/2013 3. 1/7/2013 4. 1/7/2013 | 1. Daniel W. Shim (Attorney); 2. Pat Treacy (Attorney, Bristows LLP); 3. Daniel W. Shim (Attorney); 4. Taehyung Kim (Attorney) | 1. Pat Treacy (Attorney, Bristows LLP); 2. Daniel W. Shim (Attorney); 3. Pat Treacy (Attorney, Bristows LLP); 4. Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | 1. Helen Hopson (Attorney, Bristows LLP), Brian Sungyun Kim (Attorney),  Injung Lee (Attorney), Kijoong Kang (Attorney), | Email with outside counsel reflecting legal advice and attaching document regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 73.1 | N/A | 12/20/2012 | Bristows LLP | Samsung | | Document prepared by counsel reflecting legal advice regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP |
| 73.2 | N/A | | | | | Ericsson Open Standard Document | Not Produced, NR |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 73.3 | N/A | 1/14/2013 | Quinn Emanuel Urquhart & Sullivan LLP | Samsung | | Document prepared by counsel reflecting legal advice regarding licensing negotiations, written in anticipation of litigation | Not Produced, NR, ACP/WP |
| 74. | N/A | 1. 1/15/2013 2. 1/16/2013 3. 1/11/2013 4. 1/11/2013 5. 1/11/2013 6. 1/11/2013 7. 1/11/2013 | 1. Daniel Shim (Attorney); 2. Peter Camesasca (Attorney); 3. Peter Camesasca (Attorney); 4. Daniel Shim (Attorney); 5. Daniel Shim (Attorney); 6. Peter Camesasca (Attorney); 7. Christopher Park (Attorney) | 1. Peter Camesasca (Attorney); 2. Daniel Shim (Attorney); 3. Daniel Shim (Attorney); 4., 5. Peter Camesasca (Attorney); 6. Christopher Park (Attorney); 7. Peter Camesasca (Attorney) | 3., 4. Jinho Park (Attorney), Yunwook Son, Sanghoon Park, Kyesung Lee, Sangjoo Lee (Attorney), Hojin Chang (Attorney), Jiwan Chi, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Ilsuk Chang, Jinhwan Kwak, Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 7. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Kyesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yunwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie | Email with outside counsel reflecting legal advice regarding licensing negotiations in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Vandenbussche, Daniel Shim (Attorney), Jinhwan Kwak | | |
| 74.1 | N/A | 1. 1/15/2013<br>2. 1/16/2013<br>3. 1/11/2013<br>4. 1/11/2013<br>5. 1/11/2013<br>6. 1/11/2013<br>7. 1/11/2013 | 1. Daniel Shim (Attorney); 2. Peter Camesasca (Attorney); 3. Peter Camesasca (Attorney); 4. Daniel Shim (Attorney); 5. Daniel Shim (Attorney); 6. Peter Camesasca (Attorney); 7. Christopher Park (Attorney) | 1. Peter Camesasca (Attorney); 2. Daniel Shim (Attorney); 3. Daniel Shim (Attorney); 4., 5. Peter Camesasca (Attorney); 6. Christopher Park (Attorney); 7. Peter Camesasca (Attorney) | 3., 4. Jinho Park (Attorney), Yunwook Son, Sanghoon Park, Kyesung Lee, Sangjoo Lee (Attorney), Hojin Chang (Attorney), Jiwan Chi, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Ilsuk Chang, Jinhwan Kwak, Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 7. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Kyesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yunwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Daniel Shim (Attorney), Jinhwan Kwak | Memorandum prepared by outside counsel in anticipation of litigation reflecting legal advice regarding intellectual property rights and licensing issues | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 75. | N/A | 1. 1/16/2013<br>2. 1/15/2013<br>3. 1/16/2013<br>4. 1/11/2013<br>5. 1/11/2013<br>6. 1/11/2013<br>7. 1/11/2013<br>8. 1/11/2013<br>9. 1/11/2013<br>10. 1/11/2013<br>11. 1/7/2013 | 1. Peter Camesasca (Attorney); 2. Daniel Shim (Attorney); 3. Peter Camesasca (Attorney); 4. Peter Camesasca (Attorney); 5. Daniel Shim (Attorney); 6. Daniel Shim (Attorney); 7. Peter Camesasca (Attorney); 8. Christopher Park (Attorney); 9. Christopher Park (Attorney); 10. Peter Camesasca (Attorney); 11. Christopher Park (Attorney) | 1. Daniel Shim (Attorney); 2. Peter Camesasca (Attorney); 4. Daniel Shim (Attorney); 5. Peter Camesasca (Attorney); 6. Peter Camesasca (Attorney); 7. Christopher Park (Attorney); 8. Christopher Park (Attorney), Peter Camesasca (Attorney); 9. Christopher Park (Attorney); 10. Christopher Park (Attorney); 11. Peter Camesasca (Attorney) | 4, 5, 8. Jaewan Chi (Attorney), Sangjoo Lee, Gaesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Jay Shim (Attorney), James Jinhwan Kwak; 11. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 76. | N/A | 1. 1/16/2013<br>2. 1/16/2013<br>3. 1/15/2013<br>4. 1/16/2013<br>5. 1/11/2013<br>6. 1/11/2013<br>7. 1/11/2013<br>8. 1/11/2013<br>9. 1/11/2013<br>10. 1/11/2013<br>11. 1/11/2013<br>12. 1/7/2013 | 1. Daniel W. Shim (Attorney); 2. Peter Camesasca (Attorney); 3. Daniel W. Shim (Attorney); 4. Peter Camesasca (Attorney); 5. Peter Camesasca (Attorney); 6. Daniel W. Shim (Attorney); 7. Daniel W. Shim (Attorney); 8. Peter Camesasca (Attorney); 9. Christopher Park (Attorney); 10. Christopher Park (Attorney); 11. Peter Camesasca (Attorney); 12. Christopher Park (Attorney) | 1. Peter Camesasca (Attorney); 2. Daniel W. Shim (Attorney); 3. Peter Camesasca (Attorney); 4. Daniel W. Shim (Attorney); 5. Daniel W. Shim (Attorney); 6. Peter Camesasca (Attorney); 7. Peter Camesasca (Attorney); 8. Christopher Park (Attorney); 9. Christopher Park (Attorney), Peter Camesasca (Attorney); 10. Peter Camesasca (Attorney); 11. Christopher Park (Attorney); | 5., 6.  Jinho Park (Attorney), Yeonwook Son, Gyesung Lee, Sangjoo Lee (Attorney), Hojin Chang (Attorney), Jaewan Chi (Attorney), Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP) , Damien Neven, Cristina Caffarra, Julie Vandenbussche, Taehyung Kim (Attorney), Jay Shim (Attorney), Indong Kang, Junwon Lee, Ilseok Chang, James Jinhwan Kwak, Brian | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | 12. Peter Camesasca (Attorney) | Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 9. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gyesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP) , Damien Neven, Cristina Caffarra, Julie Vandenbussche, Daniel W. Shim (Attorney), James Jinhwan Kwak; 12. Sangjoo Lee (Attorney), Gyesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son, Jinho Park | | |
| 77. | N/A | 1. 2/5/2013 2. 2/6/2013 3. 2/5/2013 4. 2/4/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3. Mike McKeon (Attorney, Fish & Richardson P.C.); 4. Mike McKeon (Attorney, Fish & Richardson P.C.) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael | 3, 4. F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders | Email with outside counsel reflecting legal advice and attaching document regarding trial strategies, prepared in anticipation of litigation (attaching Privilege Log Entry No. 463) | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee; 3, 4. Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Richard An (Attorney) | | | |
| 77.1 | N/A | 2/5/2013 | Ruffin Cordell (Attorney, Fish & Richardson, P.C.) (author), Eric Junghoon Cha (Attorney) (sender) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob | | Document prepared by outside counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Lee | | | |
| | N/A | 1. 2/5/2013 2. 2/6/2013 3. 2/6/2013 4. 2/5/2013 5. 2/4/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3.  Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4&5. Michael McKeon (Attorney, Fish & Richardson, P.C.) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee; 4&5. Eric Junghoon Cha (Attorney), David Higher, Ed Donovan, Richard An | 4&5. FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders | Email with outside counsel reflecting legal advice and attaching document prepared  in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 77 |
| | N/A | 2/5/2013 | Ruffin Cordell (Attorney, Fish & Richardson, P.C.) (author), Eric Junghoon Cha (Attorney) (sender) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | | Document prepared by outside counsel reflecting legal advice in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 77.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee | | | |
| 78. | N/A | 1. 2/6/2013 2. 2/6/2013 3. 2/6/2013 4. 2/5/2013 5. 2/4/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Michael McKeon (Attorney, Fish & Richardson P.C.) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Jay Shim (Attorney, Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney),  Brian Sungyun Kim (Attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak (Attorney), Junwon Lee, Julie Han (Attorney), Kijoong | 4. F&R Samsung-Ericsson Leaders, KE-Samsung-Leaders | Email with outside counsel reflecting legal advice and attaching document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Kang (Attorney), Michael Kang (Attorney), Everrette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee; 4. Eric Junghoon Cha (Attorney),  David W. Higer (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Richard An (Attorney) | | | |
| 78.1 | N/A | 2/6/2013 | Daniel W. Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 79. | N/A | 1. 2/6/2013 2. 2/6/2013 3. 2/6/2013 4. 2/5/2013 5. 2/4/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Mike McKeon (Attorney, Fish & Richardson P.C.); 5. Mike McKeon (Attorney, Fish & Richardson P.C.) | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Hyucksun Kwon; 4. Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Richard An | 1. Brian Sungyun Kim (Attorney); 4. F&R Samsung-Ericsson Leader, KE-Samsung-Ericsson-Leaders; 5. F&R Samsung-Ericsson Leader, KE-Samsung-Ericsson-Leaders | Email with outside counsel seeking and reflecting legal advice and attaching document regarding licensing negotiations, prepared in anticipation of litigation (attaching Privilege Log Entry No. 251) | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney); 5. Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Richard An (Attorney) | | | |
| 79.1 | N/A | 2/5/2013 | Fish & Richardson P.C. | Samsung | | Document prepared by outside counsel in anticipation of litigation, containing legal advice regarding licensing issues | Withheld ACP/WP |
| | N/A | 1. 2/6/2013 2. 2/6/2013 3. 2/6/2013 4. 2/5/2013 5. 2/4/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Mike McKeon (Attorney, Fish & Richardson P.C.); 5. Mike McKeon (Attorney, Fish & Richardson P.C.) | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Hyucksun Kwon; 4. Eric Junghoon Cha (Attorney, Kirkland & Ellis LLP), David W. Higer (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Richard An (Attorney); 5. Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Richard An (Attorney) | 1. Brian Sungyun Kim (Attorney); 4., 5. F&R Samsung-Ericsson Leader, KE-Samsung-Ericsson-Leaders | Email with outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation (attaching Privilege Log Entry No. 416) | Withheld ACP/WP Duplicate of Tab 79 |
| | N/A | 1. 2/6/2013 2. 2/6/2013 3. 2/6/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Hyucksun Kwon; 4. Eric Junghoon Cha | 1. Brian Sungyun Kim (Attorney); 4., 5. F&R Samsung-Ericsson Leader, KE-Samsung-Ericsson- | Email with outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation | Withheld ACP/WP Duplicate of |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 4. 2/5/2013 5. 2/4/2013 | Richardson, P.C.); 4. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.); 5. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.) | (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Richard An (Attorney); 5. Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Richard An (Attorney) | Leaders | of litigation | Tab 79.1 |
| 80. | N/A | 1. 2/15/2013 2. 2/14/2013 3. 2/14/2013 4. 2/14/2013 5. 2/13/2013 6. 2/12/2013 7. 2/13/2013 8. 2/13/2013 9. 2/11/2013 10. 2/11/2013 11. 2/11/2013 12. 2/10/2013 | 1.  Michael McKeon (Attorney, Fish & Richardson P.C.); 2.  Jennifer M. Selendy (Attorney, Kirkland & Ellis LLP); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 5. Michael McKeon (Attorney, Fish & Richardson P.C.); 6. Jay Shim (Attorney); 7. Eric Junghoon Cha (Attorney); 8. Edward C. Donovan (Attorney, Kirkland & Ellis LLP); 9. Ruffin Cordell (Attorney, Fish & Richardson P.C.) ; 10. Eric Junghoon Cha (Attorney); 11. Richard An (Attorney); 12.  Michael McKeon (Attorney, Fish & Richardson P.C.) | 1. Jennifer M. Selendy (Attorney, Kirkland & Ellis LLP), Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Greg Arovas (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, F&R Samsung-Ericsson Leaders, #KE-Samsung-Ericsson-Leaders; 2. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Greg Arovas (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, | 1.  Taehyung Kim (Attorney), Richard An (Attorney), Hyucksun Kwon, Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 2. Taehyung Kim (Attorney), Richard An (Attorney), Hyucksun Kwon, Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 3. Taehyung Kim (Attorney), Richard An (Attorney), Hyucksun Kwon, Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 5. Taehyung Kim (Attorney), Eric JUnghoon Cha | Email with outside counsel reflecting legal advice and attaching document regarding licensing issues, prepared  in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kirkland & Ellis LLP), James Jinhwan Kwak, F&R Samsung-Ericsson Leaders, #KE-Samsung-Ericsson-Leaders; 3.  Ruffin Cordell (Attorney, Fish & Richardson P.C.), Michael McKeon (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Jennifer M. Selendy (Attorney, Kirkland & Ellis LLP), Greg Arovas (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, F&R Samsung-Ericsson Leaders, #KE-Samsung-Ericsson-Leaders; 4. Jay Shim (Attorney); 5.  Jay Shim (Attorney), Jennifer M. Selendy (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP); 6.  Jennifer M. Selendy (Attorney, Kirkland & Ellis LLP),  Ruffin Cordell (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), | (Attorney), Richard An (Attorney), Hyucksun Kwon, Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 6. Taehyung Kim (Attorney), Eric Junghoon Cha (Attorney), Richard An (Attorney), Hyucksun Kwon, Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 9. F&R Samsung-Ericsson Leaders, Kijoong Kang (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Youngjo Lim (Attorney), #KE-Samsung-Ericsson-Leaders, Michael McKeon (Attorney, Fish & Richardson P.C.); 10. F&R Samsung-Ericsson Leader, Kijoong Kang (Attorney),  Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Youngjo Lim (Attorney), #KE-Samsung-Ericsson-Leaders, | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Michael McKeon (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP); 9. Eric Junghoon Cha (Attorney), Richard An (Attorney); 10. Richard An (Attorney),  Michael McKeon (Attorney, Fish & Richardson P.C.); 11. Michael McKeon (Attorney, Fish & Richardson P.C.) | | | |
| 80.1 | N/A | 2/15/2013 | Michael McKeon (Attorney, Fish & Richardson P.C.) | Jennifer M. Selendy (Attorney, Kirkland & Ellis LLP), Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Greg Arovas (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, F&R Samsung-Ericsson Leaders, #KE-Samsung-Ericsson-Leaders | Taehyung Kim (Attorney), Richard An (Attorney), Hyucksun Kwon, Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney) | Document prepared by outside counsel reflecting legal advice on licensing issues, prepared  in anticipation of litigation | Withheld ACP/WP |
| 81. | N/A | 1. 2/17/2013 2. 2/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim | 1. Samsung New | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in connection with  pending litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (attorney), Byunggun Min, Seongwoo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jaehyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney); 2. Eric Junghoon Cha (Attorney), Richard An (Attorney) | | | |
| N/A | | 1. 2/17/2013<br>2. 2/11/2013 | 1. Eric Junghoon Cha (Attorney);<br>2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byunggun Kim, Clayton Seongwoo Kim, Cindi Moreland (Attorney), Chulwoo Ahn, Daniel Ko, Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), | 1. Samsung NEW | Email with outside counsel, prepared in connection with litigation, seeking and reflecting legal advice regarding litigation discovery | Withheld ACP/WP Duplicate of Tab 81 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Jaehyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Lisa Conkwright (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), Youngjin Kwon, Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), Minhyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, Hyunkwon Chung, Wonsun Kim Yeowan Yoon (Attorney), Youngho Kim, Jungkyu Jin, Youngjo Lim (Attorney) | | | |
| | N/A | 1. 2/17/2013 2. 2/11/2013 | 1. Eric Junghoon Cha (Attorney) 2. Amar Thakur (Attorney, Quinn | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); | 1. Samsung NEW | Email with outside counsel reflecting and seeking legal advice regarding | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | Emanuel Urquhart & Sullivan, LLP) | YoungSoon Lee; Beyongho Yuu (Attorney); Brian Sungyun Kim (Attorney); Byung-Gun Min; Seong-woo Kim; Cindi Moreland (Attorney); Cheolwoo Ahn; Daniel Ko (Attorney); Daniel W. Shim (Attorney); Eunha Kim; Hankil Kang (Attorney); Heungju Kwon; Hojin Chang (Attorney); Injung Lee (Attorney); Johnda Crites (Attorney); Jaehawk Lee; Jaeil Park (Attorney); James Shin (Attorney); Jaewan Chi (Attorney); Jeff Myung; Jeff Myung-SISA; JaeHyoung Kim; James Kwak; Julie Han (Attorney) - SISA; Kenneth Korea (Attorney); Kenneth Korea (Attorney) - SISA; KyuHyuk Lee; Kijoong Kang (Attorney); YoungJin Kwon; lconkwri@sta.samsung.com; Hoshin Lee (Attorney); Michelle Yang (Attorney); Michelle Yang (Attorney) - SISA; Megan Drahos (Attorney); MinHyung Chung; Michelangelo Troisi (Attorney); Wonsuk Park; Richard Rosalez (Attorney); Richard An (Attorney); | | licensing issues, prepared in anticipation of litigation | Duplicate of Tab 81 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Rosa Woosun Kim (Attorney); Seungho Ahn (Attorney); Suyeul Lee; HyunGwon Chung; Wonsun Kim; Yeowan Youn; Youngho Kim; Fredrick Jin; Youngjo Lim (Attorney); 2. Richard An (Attorney) and Eric Junghoon Cha (Attorney) | | | |
| N/A | 1. 2/17/2013 2. 2/11/2013 | | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), YoungSoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-Gun Min, Clayton Seongwoo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, JaeHyoung Kim, James Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk | 1. Samsung NEW | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 81 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Lee, Kijoong Kang (Attorney), YoungJin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), MinHyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, HyunGwon Chung, Wonson Kim, Yeowan Youn, Youngho Kim, Frederick Jin, Youngjo Lim (Attorney); 2. Eric Junghoon Cha (Attorney), Richard An (Attorney) | | | |
| | N/A | 1. 2/17/2013 2. 2/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), YoungSoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-Gun Min, Clayton Seongwoo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin | 1. Samsung NEW | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 81 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, JaeHyoung Kim, James Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), YoungJin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), MinHyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, HyunGwon Chung, Wonson Kim, Yeowan Youn, Youngho Kim, Frederick Jin, Youngjo Lim (Attorney); 2. Eric Junghoon Cha (Attorney), Richard An (Attorney) |  |  |  |
|  | N/A | 1. 2/17/2013 2. 2/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur | 1. Amar Thakur, Youngsoon Lee, Beyongho Yuu (attorney), Brian | 1. Samsung NEW | Email with outside counsel seeking and reflecting legal advice regarding | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Sungyun Kim (attorney), Byung-gun Min, Seong-woo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Shim, Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jaehyoung Kim, James Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), YoungJin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), Minhyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An, Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, HyunGwon Chung, Yeowan Youn, Youngho Kim, Frederick Jin, Youngjo Lim (Attorney) | | discovery matters, prepared in connection with litigation | Duplicate of Tab 81 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 1. 2/17/2013<br>2. 2/11/2013 | 1. Eric Junghoon Cha (Attorney)<br>2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); YoungSoon Lee; Beyongho Yuu (Attorney); Brian Sungyun Kim (Attorney); Byung-Gun Min; Seong-woo Kim; Cindi Moreland (Attorney); Cheolwoo Ahn; Daniel Ko (Attorney); Daniel W. Shim (Attorney); Eunha Kim; Hankil Kang (Attorney); Heungju Kwon; Hojin Chang (Attorney); Injung Lee (Attorney); Johnda Crites (Attorney); Jaehawk Lee; Jaeil Park (Attorney); James Shin (Attorney); Jaewan Chi (Attorney); Jeff Myung; Jeff Myung-SISA; JaeHyoung Kim; James Kwak; Julie Han (Attorney) - SISA; Kenneth Korea (Attorney); Kenneth Korea (Attorney) - SISA; KyuHyuk Lee; Kijoong Kang (Attorney); YoungJin Kwon; lconkwri@sta.samsung.com; Hoshin Lee (Attorney); Michelle Yang (Attorney); Michelle Yang (Attorney) - SISA; Megan Drahos (Attorney); MinHyung Chung; Michelangelo Troisi (Attorney); | 1. Samsung NEW | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 81 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Wonsuk Park; Richard Rosalez (Attorney); Richard An (Attorney); Rosa Woosun Kim (Attorney); Seungho Ahn (Attorney); Suyeul Lee; HyunGwon Chung; Wonsun Kim; Yeowan Youn; Youngho Kim; Fredrick Jin; Youngjo Lim (Attorney); 2. Richard An (Attorney) and Eric Junghoon Cha (Attorney) | | | |
| | N/A | 1. 2/17/2013 2. 2/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), YoungSoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-Gun Min, Clayton Seongwoo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney); Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, JaeHyoung Kim, James | 1. Samsung NEW | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 81 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), YoungJin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), MinHyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, HyunGwon Chung, Wonson Kim, Yeowan Youn, Youngho Kim, Frederick Jin, Youngjo Lim (Attorney); 2. Eric Junghoon Cha (Attorney) | | | |
| N/A | | 1. 2/17/2013 2. 2/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), YoungSoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-Gun Min, Clayton Seongwoo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang | 1. Samsung NEW | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 81 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, JaeHyoung Kim, James Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), YoungJin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), MinHyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, HyunGwon Chung, Wonson Kim, Yeowan Youn, Youngho Kim, Frederick Jin, Youngjo Lim (Attorney); 2. Eric Junghoon Cha (Attorney), Richard An (Attorney) |  |  |  |
| 82. | N/A | 1.2/18/13 | 1. Amar Thakur (Attorney, Quinn | 1. Eric Junghoon Cha (Attorney), | 1., 2. Samsung New | Email with outside counsel seeking and | Withheld |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  | 2. 2/17/13<br>3. 2/11/13 | Emanuel Urquhart & Sullivan, LLP);<br>2. Eric Junghoon Cha (Attorney);<br>3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-Gun Min, Weong-Woo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jaehyoung Kim, James Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), YoungJin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), MinHyung Chung, Michelangelo Trois, Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, Hyunggwon Chung, Wonsun Kim, Yeowan Youn, Youngho Kim, |  | reflecting legal advice regarding discovery matters in connection with litigation | ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Fredrick Jin, Youngjo Lim (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) + (1) - Eric Junghoon Cha (Attorney). | | | |
| N/A | | 1. 2/18/2013 2. 2/17/2013 3. 2/11/2013 | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Eric Junghoon Cha (Attorney); 3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Eric Junghoon Cha (Attorney), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byunggun Kim, Clayton Seongwoo Kim, Cindi Moreland (Attorney), Chulwoo Ahn, Daniel Ko, Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Jaehyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Lisa Conkwright (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), Youngjin Kwon, Hoshin Lee (Attorney), Michelle Yang | 1., 2. Samsung NEW | Email with outside counsel, prepared in connection with litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP Duplicate of Tab 82 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Megan Drahos (Attorney), Minhyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, Hyunkwon Chung, Wonsun Kim, Yeowan Yoon (Attorney), Youngho Kim, Jungkyu Jin, Youngjo Lim (Attorney); 2. 1 + Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), except Eric Junghoon Cha (Attorney) | | | |
| N/A | | 1. 2/18/2013 2. 2/17/2013 3. 2/11/2013 | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Eric Junghoon Cha (Attorney); 3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Eric Junghoon Cha (Attorney), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byunggun Min, Seongwoo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park | 1., 2. Samsung New | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in connection with pending litigation | Withheld ACP/WP Duplicate of Tab 82 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jaehyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byunggun Min, Seongwoo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jaehyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney); 3. Eric Junghoon Cha (Attorney), Richard An (Attorney) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 1. 2/18/2013<br>2. 2/17/2013<br>3. 2/11/2013 | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP)<br>2. Eric Junghoon Cha (Attorney)<br>3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Eric Junghoon Cha (Attorney), YoungSoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-Gun Min, Seong-Woo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, JaeHyoung Kim, James Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), KyuHyuk Lee, Kijoong Kang (Attorney), YoungJin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), MinHyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), | 1. Samsung NEW | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 82 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
|     |             |      |             | Seungho Ahn (Attorney), Suyeul Lee, HyunGwon Chung, Wonsun Kim, Yeowan Youn, Youngho Kim, Fredrick Jin, Youngo Lim; 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); YoungSoon Lee; Beyongho Yuu (Attorney); Brian Sungyun Kim (Attorney); Byung-Gun Min; Seong-woo Kim; Cindi Moreland (Attorney); Cheolwoo Ahn; Daniel Ko (Attorney); Daniel W. Shim (Attorney); Eunha Kim; Hankil Kang (Attorney); Heungju Kwon; Hojin Chang (Attorney); Injung Lee (Attorney); Johnda Crites (Attorney); Jaehawk Lee; Jaeil Park (Attorney); James Shin (Attorney); Jaewan Chi (Attorney); Jeff Myung; Jeff Myung-SISA; JaeHyoung Kim; James Kwak; Julie Han (Attorney) - SISA; Kenneth Korea (Attorney); Kenneth Korea (Attorney) - SISA; KyuHyuk Lee; Kijoong Kang (Attorney); YoungJin Kwon; lconkwri@sta.samsung.com; Hoshin Lee (Attorney); Michelle |    |             |                   |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Yang (Attorney); Michelle Yang (Attorney) - SISA; Megan Drahos (Attorney); MinHyung Chung; Michelangelo Troisi (Attorney); Wonsuk Park; Richard Rosalez (Attorney); Richard An (Attorney); Rosa Woosun Kim (Attorney); Seungho Ahn (Attorney); Suyeul Lee; HyunGwon Chung; Wonsun Kim; Yeowan Youn; Youngho Kim; Fredrick Jin; Youngjo Lim (Attorney); 3. Richard An (Attorney) and Eric Junghoon Cha (Attorney) | | | |
| N/A | 1. 2/18/2013 2. 2/17/2013 3. 2/11/2013 | | 1. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Eric Junghoon Cha (Attorney); 3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Eric Junghoon Cha (Attorney), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-gun Kim, Seong-woo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park | 1. Samsung NEW; 2. Samsung NEW | Email sent by outside counsel reflecting legal advice regarding discovery, prepared in connection with litigation | Withheld ACP/WP Duplicate of Tab 82 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung; 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-gun Kim, Seong-woo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jaehyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), Youngjin Kwon, lconkwri@sta.samsung.com, Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), Minhyung Chung, Michelangelo Troisi (Attorney), | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, Hyungwon Chung, Wonsun Kim, Yeowan Youn, Youngho Kim, Fredrick Jin, Youngjo Lim (Attorney) | | | |
| 83. | N/A | 1. 02/18/13 2. 2/19/13 3. 2/17/13 4. 2/11/13 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Eric Junghoon Cha (Attorney); 4. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Son, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Won, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo, Seungho Ahn | 3. Samsung New | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Jaewan Chi (Attorney), MinHyung Chung; 3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-Gun Min, Weong-Woo Kim, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jaehyoung Kim, James Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), Youngjin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), MinHyung Chung, Michelangelo Trois, Wonsuk Park, Richard Rosalez (Attorney), Richard | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, Hyungwon Chung, Wonsun Kim, Yeowan Youn, Youngho Kim, Fredrick Jin, Youngjo Lim (Attorney) | | | |
| N/A | | 1. 2/18/2013 2. 2/19/2013 3. 2/17/2013 4. 2/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Eric Junghoon Cha (Attorney); 4. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung; | 3. Samsung NEW | Email from counsel, prepared in connection with litigation, reflecting legal advice regarding litigation strategy and status | Withheld ACP/WP Duplicate of Tab 83 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|--------------------|
|     |             |      |             | 2. Eric Junghoon Cha (Attorney); 3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byunggun Kim, Clayton Seongwoo Kim, Cindi Moreland (Attorney), Chulwoo Ahn, Daniel Ko, Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Jaehyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Minjae Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Lisa Conkwright (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), Youngjin Kwon, Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), Minhyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez |    |             |                    |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, Hyunkwon Chung, Wonsun Kim Yeowan Yoon (Attorney), Youngho Kim, Jungkyu Jin, Youngjo Lim (Attorney) | | | |
| | N/A | 1. 2/18/2013 2. 2/19/2013 3. 2/17/2013 4. 2/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Eric Junghoon Cha (Attorney); 4. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney); Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan | 3. Samsung New | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 83 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Chi (Attorney), MinHyung Chung; 2. Eric Junghoon Cha (Attorney); 3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (Attorney); Byunggun Min, Cindi Moreland (Attorney), Cheolwoo Ahn, Daniel Ko (Attorney), Daniel W. Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jaehyoung Kim, James Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), Youngjin Kwon, Lisa Conkwright (Attorney), Hoshin Lee (Attorney), Michelle Yang (Attorney), m1.yang@sisa.samsung.com, mdrahos@sea.com, Minhyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, Hyungwon Chung, Wonsun Kim, Yeowan Youn, Youngho Kim, Fredrick Jin, Youngjo Lim (Attorney); 4. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| | N/A | 1. 2/18/2013 2. 2/19/2013 3. 2/17/2013 4. 2/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Eric Junghoon Cha (Attorney); 4. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. Eric | 3. Samsung NEW | Email with outside counsel reflecting and seeking legal advice regarding discovery, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 83 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Junghoon Cha (Attorney); 3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byung-gun Min, Seong-woo Kim, Cindi Moreland (Attorney), Chelwoo Ahn, Daniel Ko (Attorney), Daniel Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jae-hyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), Youngjin Kwon, Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), Minhyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Seungho Ahn (Attorney), Suyeul Lee, Hyungwon Chung, Wonsun Kim, Yeowan Youn, Youngho Kim, Fredrick Jin, Youngjo Lim (Attorney) | | | |
| | N/A | 1. 2/18/2013 2. 2/19/2013 3. 2/17/2013 4. 2/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Eric Junghoon Cha (Attorney); 4. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Jay Shim (Attorney, Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. Eric Junghoon Cha (Attorney); 3. Amar Thakur (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Youngsoon Lee, Beyongho Yuu (Attorney), Brian Sungyun Kim | 3. Samsung NEW | Email with outside counsel reflecting and seeking legal advice regarding discovery, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 83 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (attorney), Byung-gun Min, Seong-woo Kim, Cindi Moreland (Attorney), Chelwoo Ahn, Daniel Ko (Attorney), Daniel Shim (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Injung Lee (Attorney), Johnda Crites (Attorney), Jaehawk Lee, Jaeil Park (Attorney), James Shin (Attorney), Jaewan Chi (Attorney), Jeff Myung, Jae-hyoung Kim, James Jinhwan Kwak, Julie Han (Attorney), Kenneth Korea (Attorney), Kyuhyuk Lee, Kijoong Kang (Attorney), Youngjin Kwon, Hoshin Lee (Attorney), Michelle Yang (Attorney), Megan Drahos (Attorney), Minhyung Chung, Michelangelo Troisi (Attorney), Wonsuk Park, Richard Rosalez (Attorney), Richard An (Attorney), Rosa Woosun Kim (Attorney), Seungho Ahn (Attorney), Suyeul Lee, Hyungwon Chung, Wonsun Kim, Yeowan Youn, Youngho Kim, Fredrick Jin, Youngjo Lim (Attorney) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 84. | N/A | 2/19/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis LLP) | D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney) | Samsung-Ericson ITC, FRLeaders | Email with outside counsel seeking and reflecting legal advice and attaching document regarding arbitration strategy, in anticipation of arbitration | Withheld ACP/WP |
| 84.1 | N/A | 2/19/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis LLP) | D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Eric Junghoon | | Document prepared by outside counsel reflecting legal advice regarding arbitration strategy, prepared in anticipation of arbitration | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Cha (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney) | | | |
| | N/A | 2/19/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis LLP) | D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Hojin Kang (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly | Samsung-Ericsson ITC, FRLeaders | Email with outside counsel seeking and reflecting legal advice and attaching document regarding arbitration strategy, in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 84 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) | | | |
| | N/A | 2/19/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis LLP) | D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Hojin Kang (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) | Samsung-Ericsson ITC, FRLeaders | Document prepared by outside counsel reflecting legal advice regarding arbitration strategy, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 84.1 |
| 85. | N/A | 1. 2/19/2013 2. 2/18/2013 | 1&2. Edward C. Donovan (Attorney, Kirkland & Ellis LLP) | 1&2. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), D. Sean Trainor (Attorney, Kirkland | 1&2. Samsung-Ericsson ITC, FRLeaders | Email from outside counsel in anticipation of arbitration, reflecting legal advice and attaching document | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
|  |  |  |  | & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel W. Shim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jaehwak Lee, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) |  | prepared regarding licensing issues |  |
| 85.1 | N/A | 2/22/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis LLP) | Edward C. Donovan (Attorney, Kirkland & Ellis LLP), D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel W. Shim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), |  | Document prepared by counsel in anticipation of arbitration, reflecting legal advice regarding licensing issues | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Jaehwak Lee, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) | | | |
| 86. | N/A | 2/19/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis LLP) | D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyoungho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) | | Email from outside counsel reflecting legal advice and attaching draft document regarding  licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 86.1 | N/A | 2/19/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis LLP) | D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyoungho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Eric Junghoon Cha (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) | | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 87. | N/A | 1. 2/25/2013 2. 2/25/2012 | 1. Eric Junghoon Cha (Attorney); 2. James Jinhwah Kwak | 1., 2. James Jinhwan Kwak | | Email with counsel seeking and reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 88. | N/A | 2/25/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Injung Lee (Attorney), Julie Han | | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | anticipation of litigation | |
| 88.1 | N/A | 2/22/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | Memorandum prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP |
| 88.2 | N/A | 2/20/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly | | Memorandum prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | | |
| N/A | | 2/25/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | Email with counsel reflecting legal advice and attaching documents prepared regarding licensing issues in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 88 |
| N/A | | 2/22/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), | | Document prepared by counsel regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 88.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | | |
| N/A | | 2/20/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | Document prepared by counsel regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 88.2 |
| N/A | | 2/25/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney). Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 88 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  | N/A | 1/25/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney). Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) |  | Document prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 88.1 |
|  | N/A | 1/25/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney). Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) |  | Document prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 88.2 |
|  | N/A | 2/25/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee |  | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in | Withheld ACP/WP Duplicate of |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney). Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | anticipation of litigation | Tab 88 |
| | N/A | 1/25/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney). Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | Document prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 88.1 |
| | N/A | 1/25/2013 | Eric Junghoon Cha (Attorney) | Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney). Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett | | Document prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 88.2 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | | |
| 89. | N/A | 2/25/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & | Document prepared by outside counsel reflecting legal advice regarding licensing issues,   prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP) | | |
| 89.1 | N/A | 2/25/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP) | Document prepared by outside counsel reflecting legal advice regarding licensing issues,   prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 2/25/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 89 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| | N/A | 2/25/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 89.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| N/A | | 2/25/2013 | David Higer (Attorney, Kickland & Ellis, LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo (Attorney, Kirkland & Ellis), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), R. Paul Zeineddin (Attorney, Zeineddin), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, | Document prepared by outside counsel reflecting legal advice regarding licensing issues,   prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 89 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Kirkland & Ellis), Archit P. Shah (Attorney, Kirkland & Ellis), Stanley Fisher (Attorney, Williams & Connolly), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP),Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer (Attorney, Fish & Richardson P.C.), Michael McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Kim (Attorney), Kijoong Kang (Attorney), Anthony Hojin Kang (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Rett Snotherly, Joseph Colaianni (Attorney, Fish & Richardson P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| | N/A | 2/25/2013 | David Higer (Attorney, Kickland & | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & | Document prepared by outside counsel | Withheld |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | Ellis, LLP) | | Richardson P.C.), Kenneth Adamo (Attorney, Kirkland & Ellis), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), R. Paul Zeineddin (Attorney, Zeineddin), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis), Archit P. Shah (Attorney, Kirkland & Ellis), Stanley Fisher (Attorney, Williams & Connolly), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP),Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer (Attorney, Fish & Richardson P.C.), Michael McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Kim (Attorney), Kijoong Kang (Attorney), Anthony | reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | ACP/WP Duplicate of Tab 89.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Hojin Kang (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Rett Snotherly, Joseph Colaianni (Attorney, Fish & Richardson P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 90. | N/A | 1. 2/25/2013 2. 2/25/2013 | 1. Eric Junghoon Cha (Attorney); 2. David W. Higer (Attorney, Kirkland & Ellis LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, | | Email with outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Youngmo Koo; Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung 2. Eric Junghoon Cha (Attorney) | | | |
| 90.1 | N/A | 2/22/2013 | IP Legal | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung | | Memorandum prepared by counsel reflecting legal advice regarding arbitration strategy, prepared in anticipation of arbitration | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| 90.2 | N/A | 2/20/2013 | IP Legal | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung | | Memorandum prepared by counsel reflecting legal advice regarding litigation strategy, prepared in anticipation of litigation | Withheld ACP/WP |
| | N/A | 1. 2/25/2013 2. 2/25/2013 | 1. Eric Junghoon Cha (Attorney); 2. David Higer (Attorney, Kickland & Ellis, LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), | | Email with outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of 90 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney); Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung; 2. Eric Junghoon Cha (Attorney) | | | |
| | N/A | 1. 2/25/2013 2. 2/25/2013 | 1. Eric Junghoon Cha (Attorney); 2. David Higer (Attorney, Kickland & Ellis, LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang | | Memorandum prepared by counsel reflecting legal advice regarding arbitration strategy, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of 90.1 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney); Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung; 2. Eric Junghoon Cha (Attorney) | | | |
| | N/A | 1. 2/25/2013 2. 2/25/2013 | 1. Eric Junghoon Cha (Attorney); 2. David Higer (Attorney, Kickland & Ellis, LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony | | Memorandum prepared by counsel reflecting legal advice regarding litigation strategy, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of 90.2 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney); Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung; 2. Eric Junghoon Cha (Attorney) | | | |
| N/A | 1. 2/25/2013 2. 2/25/2013 | | 1. Eric Junghoon Cha (Attorney); 2. David W. Higer (Attorney, Kirkland & Ellis LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu, Brian Sungyun Kim (Attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyuncksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), | | Email with outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of 90 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Minhyung Chung; 2. Eric Junghoon Cha (Attorney) | | | |
| | N/A | 2/22/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yu, Brian Sung Yun Kim, Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyuncksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | Memorandum prepared by counsel reflecting legal advice regarding arbitration strategy, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of 90.1 |
| | N/A | 2/20/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yu, Brian Sung Yun Kim, Daniel | | Memorandum prepared by counsel reflecting legal advice regarding litigation strategy, prepared in | Withheld ACP/WP Duplicate of |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyuncksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | anticipation of litigation | 90.2 |
| N/A | 1. 2/25/2013 2. 2/25/2013 | | 1. Eric Junghoon Cha (Attorney); 2. David W. Higer (Attorney, Kirkland & Ellis LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu, Brian Sungyun Kim (Attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyuncksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han | | Email with outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of 90 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung; 2. Eric Junghoon Cha (Attorney) | | | |
| N/A | | 2/22/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yu, Brian Sung Yun Kim, Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyuncksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), | | Memorandum prepared by counsel reflecting legal advice regarding arbitration strategy, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of 90.1 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | | |
| | N/A | 2/20/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yu, Brian Sung Yun Kim, Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyuncksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), | | Memorandum prepared by counsel reflecting legal advice regarding litigation strategy, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of 90.2 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | MinHyung Chung | | | |
| 91. | N/A | 1. 2/24/2013<br>2. 2/22/2013<br>3. 2/21/2013 | 1. Eric Junghoon Cha (Attorney); 2. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.); 3. Mike McKeon (Attorney, Fish & Richardson P.C.) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney); James Kwak; Junwon Lee; Julie Han (Attorney), Kijoong Kang (Attorney); Michael Kang (Attorney); Everette Rett Snotherly (Attorney); Richard An (Attorney); Taehyung Kim (Attorney); WonDeuk Song; Youngjo Lim (Attorney); Anthony Kahng (Attorney); YoungJin Kwon; Hankil Kang (Attorney); JungHyeob Lee; Youngmo Koo; Seungho Ahn (Attorney); Jaewan Chi (Attorney); MinHyung Chung; 3. Sharon Lundgren; Ruffin Cordell (Attorney, Fish & Richardson P.C.); Adamo, Kenneth R.; Thomas Melsheimer; Eric Junghoon Cha (Attorney); | | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | David W. Higer (Attorney, Kirkland & Ellis LLP); Robert Earle (Attorney, Fish & Richardson P.C.); Thomas H. Reger II (Attorney, Fish & Richardson P.C.); Paul Zeineddin (Attorney); Michael Tyler (Attorney, Fish & Richardson P.C.); Renee Skinner (Attorney, Fish & Richardson P.C.); Edward C. Donovan (Attorney, Kirkland & Ellis LLP); Shah, Archit P.; Stanley Fisher (Attorney, Williams & Connolly LLP); samuel.brenner@ropesgray.com; Jay Shim (Attorney); Injung Lee (Attorney); Linda Kordziel (Attorney, Fish & Richardson P.C.); Mike Jones (Attorney, Kirkland & Ellis LLP); Taehyung Kim (Attorney); Youngjin Kwon | | | |
| N/A | | 1. 2/25/13 2. 2/22/13 3. 2/21/13 | 1. Eric Junghoon Cha (Attorney); 2. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.); 3. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Byong Ho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), | | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 91 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung; 3. Sharon Lundgren, Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth R. Adamo, Thomas Melsheimer, Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edonovan | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Kirkland, Archit P. Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon; | | | |
| | N/A | 1. 2/24/2013 2. 2/22/2013 3. 2/21/2013 | 1. Eric Junghoon Cha (Attorney); 2. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.); 3. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob | | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 91 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------|--------------------|
| | | | | Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung; 3. Sharon Lundgren, Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo (Attorney, Kirkland & Ellis, LLP), Thomas Melsheimer (Attorney, Fish & Richardson, P.C.), Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fish (Attorney, Williams & Connolly, LLP0 Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel, Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 92. | N/A | 2/25/13 | Eric Junghoon Cha (Attorney) | Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Young jin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | Withheld ACP/WP |
| 92.1 | N/A | 2/25/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) (author), Eric Junghoon Cha (Attorney) (sender) | Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Young jin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | | |
| N/A | 1. 2/25/2013 2. 2/25/2013 3. 2/25/2013 | | 1&2. Eric Junghoon Cha (Attorney); 3. David Higher (Attorney, Kirkland & Ellis) | 1. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everett Rett Snotherly, | | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 92 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung | | | |
| | N/A | 2/25/2013 | Eric Junghoon Cha (Attorney) | Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 92.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung | | | |
| 93. | N/A | 1. 2/24/13 2. 2/24/13 | 1. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, YoungMoo Koo; 2. F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney),  Beyongho Yuu | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, YoungMoo Koo | | | |
| | N/A | 1. 2/24/2013 2. 2/24/2013 | 1. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney); F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders; Jay Shim (Attorney); Beyongho Yuu (Attorney); Brian Sungyun Kim (Attorney); Daniel Laurence Girdwood (Attorney); Daniel W. Shim (Attorney); Hojin Chang (Attorney); Hyucksun Kwon; Indong Kang, Injung Lee (Attorney); James | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 93 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Kwak; Junwon Lee; Julie Han (Attorney)  Kijoong Kang (Attorney); Michael Kang (Attorney); Everette Rett Snotherly (Attorney); Richard An (Attorney); Taehyung Kim (Attorney);Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. 1 - Eric Junghoon Cha (Attorney) | | | |
| 94. | N/A | 1. 2/25/2013 2. 2/22/2013 3. 2/21/2013 | 1. Eric Junghoon Cha (Attorney); 2., 3. Mike McKeon (Attorney, Fish & Richardson P.C.) | 1. 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), | | Email with outside counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung; 3. Sharon Lundgren, Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth R. Adamo, Thomas Melsheimer, Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit P. Shah, Stanley Fisher (Attorney, Williams & Connolly), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon | | | |
| 95. | N/A | 1. 2/25/2013 2. 2/25/2013 3. 2/22/2013 4. 2/21/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.); 4. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Sophie Lawrance (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP); 2. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrette Eett | | Email with counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Enotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung; 4. Sharon Lundgren, Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth R. Adamo, Thomas Melsheimer, Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit P. Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon | | | |
| N/A | | 1. 2/25/2013 2. 2/25/2013 3. 2/21/2013 | 1. Daniel Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.) ( Attorney, Fish & Richardson, P.C.) (Fish & Richardson, P.C.) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP), Sophie Lawrence (Attorney, Bristows LLP),  Helen Hopson (Attorney, Bristows LLP); 2. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yuu (Attorney), Brian Sung Yun Kim, Daniel Girwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrette | | Email with counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 95 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Young Mo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyujng Chung; 4. Sharon Lundgren, Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Thomas Melsheimer, Eric Junghoon Cha (Attorney), David Higher, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Archit Shah, S Fisher (Attorney, William & Connolly), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon | | | |
| 96. | N/A | 1. 2/25/2013 2. 1/25/2013 | 1. Daniel Shim (Attorney); 2.. David W. Higer (Attorney, Kirkland & Ellis LLP) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows LLP), Sophie Lawrence (Attorney, Bristows LLP), Pat Treacy (Attorney, Bristows LLP); 2. Eric Junghoon Cha (Attorney) | 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Greg Arovas (Attorney, | Email with outside counsel reflecting legal advice and attaching memorandum prepared regarding licensing issues in anticipation of arbitration | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 96.1 | N/A | 1. 2/25/2013 | Daniel Shim (Attorney) (Sender) David W. Higer (Attorney, Kirkland & Ellis LLP) (Author) | Thomas Pease, Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Helen Hopson (Attorney, Bristows LLP), Sophie Lawrence (Attorney, Bristows LLP), Pat Treacy (Attorney, Bristows LLP) | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues in anticipation of arbitration | Withheld ACP/WP |
| 97. | N/A | 1. 2/25/2013 2. 2/25/2013 | 1. Daniel Shim (Attorney); 2. Eric Junghoon Cha (Attorney) | 1. Pat Treacy (Attorney, Bristows LLP) , Helen Hopson (Attorney, Bristows LLP) , Sophie Lawrance, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), | | Email with outside counsel reflecting legal advice and attaching documents prepared regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Daniel Laurence Girdwood(Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Hankil Kang (Attorney), James Minjae Shin (Attorney), Karin Norton (Attorney) | | | |
| 97.1 | N/A | 2/25/2013 | Eric Junghoon Cha (Attorney) (author), Daniel Shim (Attorney) (sender) | Pat Treacy (Attorney, Bristows LLP) , Helen Hopson (Attorney, Bristows LLP) , Sophie Lawrance, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 97.2 | N/A | 2/20/2013 | Eric Junghoon Cha (Attorney) (author), Daniel Shim (Attorney) (sender) | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) , Sophie Lawrance, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel, in anticipation of litigation, reflecting legal advice regarding licensing issues | Withheld ACP/WP |
| | N/A | 1. 2/25/2013 2. 2/25/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney) | 1. Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP), Sophie Lawrance, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victorial Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), | | Email with outside counsel reflecting legal advice and attaching documents prepared regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 97 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | | |
| N/A | | 2/22/2013 | Daniel W. Shim (Attorney) | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP), Sophie Lawrance, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victorial Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 97.1 |
| N/A | | 2/22/2013 | Daniel W. Shim (Attorney) | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP), Sophie Lawrance, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victorial Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel, in anticipation of litigation, reflecting legal advice regarding licensing issues | Withheld ACP/WP Duplicate of Tab 97.2 |
| N/A | | 1. 2/25/2013 2. 2/25/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney) | 1. Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP), Sophie Lawrance, Thomas Pease (Attorney, Quinn | | Email with outside counsel reflecting legal advice and attaching documents prepared regarding licensing negotiations, written in anticipation of | Withheld ACP/WP Duplicate of Tab 97 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Emanuel Urquhart & Sullivan, LLP), Victorial Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), James Shin (Attorney), Karin Norton (Attorney) | | arbitration | |
| | N/A | 2/22/2013 | Daniel W. Shim (Attorney) | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP), Sophie Lawrance, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victorial Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 97.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|----|-------------------|
| | N/A | 2/22/2013 | Daniel W. Shim (Attorney) | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP), Sophie Lawrance, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victorial Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel, in anticipation of litigation, reflecting legal advice regarding licensing issues | Withheld ACP/WP Duplicate of Tab 97.2 |
| 98. | N/A | 1. 2/26/2013 2. 2/25/2013 3. 2/25/2013 | 1. Eric Junghoon Cha (Attorney); 2. Eric Junghoon Cha (Attorney); 3. David W. Higer (Attorney, Kirkland & Ellis LLP) | 1. Soojin Lee, Jaeil Park (Attorney), Jaehwan Kim (Attorney), Rosa Woosun Kim (Attorney), Michael Kang (Attorney), Brian Sungyun Kim (Attorney), Youngjo Lim (Attorney), Kyungman Kim, Richard An (Attorney), Eric Junghoon Cha (Attorney), Yunhee Kang (Attorney), Hyemi Han, Daniel W. Shim (Attorney), Hankil Kang (Attorney), Minjae Shin (Attorney), Kijoong Kang (Attorney), Jin Jung, Sooji Yun, Youngkyu Jang, Beomjun Jin, Sangsoo Kim (Attorney), Injung Lee (Attorney); 3. Eric Junghoon Cha (Attorney) | | Email with counsel reflecting legal advice and attaching memorandum prepared by outside counsel and document regarding licensing negotiations | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 98.1 | N/A | 2/22/2013 | IP Legal | Sujin Lee, Jaeil Park (Attorney), Jaehwan Kim (Attorney), Rosa Woosun Kim (Attorney), Michael Kang (Attorney), Brian Sungyun Kim (attorney), Youngjo Lim (Attorney), Kyungman Kim, Richard An (Attorney), Eric Junghoon Cha (Attorney), Yoonhui Kang (Attorney), Haemi Han, Daniel W. Shim (Attorney), Hankil Kang (Attorney), James Minjae Shin (Attorney), Kijoong Kang (Attorney), Jin Jung, Suji Yoon, Youngkyu Jang, Beomjoon Jin, Sangsoo Kim (Attorney), Injung Lee (Attorney) | | Memorandum from outside counsel prepared in connection with arbitration and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 98.2 | N/A | 2/20/2013 | IP Legal | Sujin Lee, Jaeil Park (Attorney), Jaehwan Kim (Attorney), Rosa Woosun Kim (Attorney), Michael Kang (Attorney), Brian Sungyun Kim (attorney), Youngjo Lim (Attorney), Kyungman Kim, Richard An (Attorney), Eric Junghoon Cha (Attorney), Yoonhui Kang (Attorney), Haemi Han, Daniel W. Shim (Attorney), Hankil Kang | | Document prepared by counsel, containing legal advice on trial strategy, prepared in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), James Minjae Shin (Attorney), Kijoong Kang (Attorney), Jin Jung, Suji Yoon, Youngkyu Jang, Beomjoon Jin, Sangsoo Kim (Attorney), Injung Lee (Attorney) | | | |
| 99. | N/A | 2/26/2013 | Taehyung Kim (Attorney) | Seungho Ahn (Attorney), Jay Shim (Attorney), Injung Lee (Attorney), James Jinhwan Kwak, Eric Junghoon Cha (Attorney), Richard An (Attorney), Junwon Lee, Hyucksun Kwon, Youngmo Koo, Youngjin Kwon | | Document prepared by counsel reflecting legal advice regarding licensing issues,  prepared in anticipation of litigation | Withheld ACP/WP |
| 99.1 | N/A | 2/26/2013 | Taehyung Kim (Attorney) | Seungho Ahn (Attorney), Jay Shim (Attorney), Injung Lee (Attorney), James Jinhwan Kwak, Eric Junghoon Cha (Attorney), Richard An (Attorney), Junwon Lee, Hyucksun Kwon, Youngmo Koo, Youngjin Kwon | | Email with outside counsel forwarding document prepared in anticipation of arbitration for the purpose of furnishing legal advice regarding licensing issues | Withheld ACP/WP |
| 100. | N/A | 1. 2/26/2013 2. 2/26/2013 | 1. Taehyung Kim (Attorney); 2. Taehyung Kim (Attorney) | 1. Hojin Chang (Attorney), Daniel Shim(Attorney), Hankil Kang (Attorney) | | Email from counsel, prepared in anticipation of litigation, reflecting legal advice regarding litigation strategy and status | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 100.1 | N/A | 2/26/2013 | Taehyung Kim (Attorney) | Hojin Chang (Attorney), Daniel Shim (Attorney), Hankil Kang (Attorney) | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| | N/A | 1. 2/26/2013; 2. 2/26/2013 | 1. Taehyung Kim (Attorney); 2. Taehyung Kim (Attorney) | 1. Hojin Chang (Attorney), Daniel W. Shim (Attorney), Hankil Kang (Attorney) | | Email from counsel, prepared in anticipation of litigation, reflecting legal advice regarding litigation strategy and status | Withheld ACP/WP Duplicate of Tab 100 |
| | N/A | 2/26/2013 | Taehyung Kim (Attorney) | Hojin Chang (Attorney), Daniel W. Shim (Attorney), Hankil Kang (Attorney) | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 100.1 |
| | N/A | 1. 2/26/2013; 2. 2/26/2013 | 1. Taehyung Kim (Attorney); 2. Taehyung Kim (Attorney) | 1. Hojin Chang (Attorney), Daniel W. Shim (Attorney), Hankil Kang (Attorney) | | Email from counsel, prepared in anticipation of litigation, reflecting legal advice regarding litigation strategy and status | Withheld ACP/WP Duplicate of Tab 100 |
| | N/A | 2/26/2013 | Taehyung Kim (Attorney) | Hojin Chang (Attorney), Daniel W. Shim (Attorney), Hankil Kang (Attorney) | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 100.1 |
| 101. | N/A | 1. 2/26/2013 2/26/2013 2/26/2013 | 1. Daniel W. Shim (Attorney); 2. Taehyung Kim (Attorney); 3. Taehyung Kim (Attorney) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Pat Treacy (Attorney, Bristows); | | Email with counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | 2. Hojin Chang (Attorney), Daniel W. Shim (Attorney), Hankil Kang (Attorney) | | | |
| 101.1 | N/A | 2/26/2013 | Taehyung Kim (Attorney) | Thomas Peace (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Pat Treacy (Attorney, Bristows LLP) | | Memorandum prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| | N/A | 1. 2/26/2013 2. 2/26/2013 3. 2/26/2013 | 1. Daniel W. Shim (Attorney); 2. Taehyung Kim (Attorney); 3. Taehyung Kim (Attorney) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP) ; 2. Hojin Chang (Attorney), Daniel Shim (Attorney), Hankil Kang (Attorney) | | Email with counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 101 |
| | N/A | 2/26/2013 | Taehyung Kim (Attorney), Daniel W. Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP) | | Memorandum prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 101.1 |
| 102. | N/A | 1. 2/25/2013 2. 2/26/2013 3. 2/26/2013 | 1. Daniel W. Shim (Attorney); 2. Taehyung Kim (Attorney); 3. Taehyung Kim (Attorney) | 1. Taehyung Kim (Attorney) | | Email with counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP |
| | N/A | 1. 2/25/2013 2. 2/26/2013 3. 2/26/2013 | 1. Daniel W. Shim (Attorney); 2., 3. Taehyung Kim (Attorney) | 1. Taehyung Kim (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of | Withheld ACP/WP Duplicate of |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | | litigation | Tab 102 |
| 103. | N/A | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Brian Sungyun Kim (Attorney), Injung Lee | Email with outside counsel reflecting and seeking legal advice and attaching memoranda regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Girdwood, Karin North, Everette Rett Snotherly, Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Danie Shim (Attorney), Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 103.1 | N/A | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.) | | |
| 103.2 | N/A | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson P.C.) | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues,  prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
|  | N/A | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) (sender) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton | Email with outside counsel reflecting and seeking legal advice and attaching memoranda regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 103 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| N/A | | 2/26/2013 | Kirkland & Ellis, LLP (author), David W. Higer (Attorney, Kirkland & Ellis LLP) (sender) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 103.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| | N/A | 2/26/2013 | Kirkland & Ellis, LLP (author), David W. Higer (Attorney, Kirkland & Ellis LLP) (sender) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues,  prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 103.2 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| | N/A | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & | Email with outside counsel reflecting and seeking legal advice and attaching memoranda regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 103 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | | Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Shah Archit, Stanley Fisher (Attorney, Williams & Connolly, LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson, P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer (Attorney, Fish & Richardson, P.C.), Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.) | | |
| | N/A | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 103.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Shah Archit, Stanley Fisher (Attorney, Williams & Connolly, LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson, P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer (Attorney, Fish & Richardson, P.C.), Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.) | | |
| N/A | | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 103.2 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Shah Archit, Stanley Fisher (Attorney, Williams & Connolly, LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson, P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer (Attorney, Fish & Richardson, P.C.), Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.) | | |
| 104. | N/A | 1. 2/26/2013<br>2. 2/27/2013 | 1. Daniel Shim (Attorney); 2. David Higher; | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, David Hecht, Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP); 2. Eric Junghoon Cha (Attorney); | 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Ellis LLP), Archit Shah, S Fisher (Attorney, William & Connolly), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.) ( Attorney, Fish & Richardson, P.C.) (Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Karin Norton (Attorney), David Girdwood, Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 104.1 | N/A | 2/27/2013 | 1. Daniel Shim (Attorney); 2. David | 1. Thomas Pease (Attorney, Quinn | | Document prepared by outside counsel | Withheld |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | Higher; | Emanuel Urquhart & Sullivan, LLP), Guy Eddon, David Hecht, Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP); 2. Eric Junghoon Cha (Attorney); | | reflecting legal advice regarding licensing issues, prepared in conjunction with litigation | ACP/WP |
| 104.2 | N/A | 2/27/2013 | 1. Daniel Shim (Attorney); 2. David Higher; | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, David Hecht, Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP); 2. Eric Junghoon Cha (Attorney); | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in conjunction with litigation | Withheld ACP/WP |
| 105. | N/A | 1. 2/26/2013 2. 2/26/2013 3. 2/27/2013; | 1. Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Daniel Shim (Attorney); 3. David W. Higer (Attorney, Kirkland & Ellis LLP) | 1. Daniel Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP); 2. Thomas Pease (Attorney, Quinn | 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward | Email with outside counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Emanuel Urquhart & Sullivan, LLP), Guy Eddon (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP); 3. Eric Junghoon Cha (Attorney) | C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly, LLP), Samuel Brenner (Attorney, Ropes & Gray, LLP), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson, P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, LLP), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Girdwood, Karin Norton (Attorney), Rett Snotherly, Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 105.1 | N/A | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Daniel Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel | | Memorandum prepared by outside counsel reflecting legal advice | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Urquhart & Sullivan, LLP), Guy Eddon (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | | regarding trial strategies, prepared in anticipation of litigation | |
| 105.2 | N/A | 2/26/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Daniel Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | | Memorandum prepared by outside counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP |
| | N/A | 1. 2/26/2013 2. 2/26/2013 3. 2/27/2013 | 1. Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) ; 2. Daniel W. Shim (Attorney); 3. David W. Higer (Attorney, Kirkland & Ellis LLP) | 1. Daniel Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP); 2. | 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward | Email with outside counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 105 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP); 3. Eric Junghoon Cha (Attorney) | C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| | N/A | 2/26/2013 | Kirkland & Ellis, LLP (author), Alex Baxter (Attorney, Quinn Emanuel | Daniel Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel | | Memorandum prepared by outside counsel reflecting legal advice | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | Urquhart & Sullivan, LLP) (sender) | Urquhart & Sullivan, LLP), Guy Eddon, David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | | regarding trial strategies, prepared in anticipation of litigation | Duplicate of Tab 105.1 |
| | N/A | 2/26/2013 | Kirkland & Ellis, LLP (author), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) (sender) | Daniel Shim (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon, David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | | Memorandum prepared by outside counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 105.2 |
| 106. | N/A | 2/27/13 | Thomas Melsheimer (Attorney, Fish & Richardson, P.C.) | Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Mike McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 106.1 | N/A | 2/26/2013 | Thomas Melsheimer (sender) | David W. Higer (Attorney, Kirkland & Ellis LLP), Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  |  | P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Mike McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) |  |  |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 106.2 | N/A | 2/26/2013 | Thomas Melsheimer (sender) | David W. Higer (Attorney, Kirkland & Ellis LLP), Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Mike McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| | N/A | 2/27/2013 | Thomas Melsheimer (Attorney, Fish & Richardson, P.C.) | Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Mike McKeon (Attorney, Fish & Richardson P.C.), Greg | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 106 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| | N/A | 2/26/2013 | Fish & Richardson, P.C. (author), Thomas Melsheimer (sender) | Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 106.1 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| N/A | | 2/26/2013 | Fish & Richardson, P.C. (author), Thomas Melsheimer (sender) | Eric Junghoon Cha (Attorney), David W. Higer (Attorney, Kirkland & Ellis LLP) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 106.2 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Hojin Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel W. Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| | N/A | 2/27/2013 | Thomas Melsheimer | Eric Cha (Attorney),  David Higer | | Email with counsel reflecting legal | Withheld |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney, Kikrland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo (Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney),  Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah (Kirkland & Ellis LLP), Stanley Fisher (William & Connolly LLP), Samuel Brenner (Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim, Youngjin Kwon, Michael McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian S. Kim (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Girdwood, Karin Norton (Attorney), | | advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | ACP/WP Duplicate of Tab 106 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Everrette Rett Snotherly, Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | | |
| | N/A | 2/26/2013 | Fish & Richardson, P.C. | Samsung Electronics, Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 106.1 |
| | N/A | 2/26/2013 | Fish & Richardson, P.C. | Samsung Electronics, Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared  in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 106.2 |
| | N/A | 2/27/2013 | Thomas Melsheimer | Eric Cha (Attorney),  David Higer (Attorney, Kirkland & Ellis LLP), Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo (Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney),  Michael Tyler (Attorney, Fish & Richardson P.C.), | | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 106 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Renee Skinner (Attorney, Fish & Richardson P.C.), Edward Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah (Kirkland & Ellis LLP), Stanley Fisher (William & Connolly LLP), Samuel Brenner (Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim, Youngjin Kwon, Michael McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian S. Kim (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Girdwood, Karin Norton (Attorney), Everrette Rett Snotherly, Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) |  |  |  |
|  | N/A | 2/26/2013 | Fish & Richardson, P.C. | Samsung Electronics, Co. |  | Memorandum prepared by outside counsel reflecting legal advice | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | | regarding licensing issues, prepared in anticipation of arbitration | Duplicate of Tab 106.1 |
| | N/A | 2/26/2013 | Fish & Richardson, P.C. | Samsung Electronics, Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 106.2 |
| 107. | N/A | 1. 2/27/2013 2. 2/27/2013 | 1. Daniel W. Shim (Attorney); 2. Thomas Melsheimer (Attorney, Fish & Richardson, P.C.) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Guy Eddon (Attorney, Quinn Emanuel Urquhart, LLP), David Hecht (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP); 2. Eric Junghoon Cha (Attorney), David Higher (Attorney, Kirkland & Ellis LLP) | 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Kenneth Adamo (Attorney, Kirkland & Ellis LLP), Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah (Attorney, Kirkland & Ellis LLP), S Fisher (Attorney, Williams & Connolly, LLP), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson, LLP), Mike Jones | Email with outside counsel reflecting legal advice and attaching documents regarding licensing issues, prepared in connection with arbitration | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Anthony Hojin Kahng (Attorney), Daniel Girdwood, Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 107.1 | N/A | 2/26/2013 | Fish & Richardson PC (author)/ Thomas Melsheimer (Attorney, Fish & Richardson, P.C.) (sender) | Samsung Electronics, Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP |
| 107.2 | N/A | 2/26/2013 | Fish & Richardson PC (author)/ Thomas Melsheimer (Attorney, Fish & Richardson, P.C.) (sender) | Samsung Electronics, Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 108. | N/A | 1. 2/27/2013 2. 2/27/2013 | 1. Daniel Wooseob Shim; 2. Thomas Melsheimer | 1. Pat Treacy (Attorney, Bristows LLP), Sophie Lawrence (Attorney, | 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, | Email from outside counsel, prepared in anticipation of litigation, reflecting | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Bristows LLP), Helen Hopson (Attorney, Bristows LLP); 2. Eric Junghoon Cha (Attorney), David Higher | Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Donovan Edward, Archit Shah, S Fisher (Attorney, William & Connolly), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.) ( Attorney, Fish & Richardson, P.C.) (Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijoong Kang (Attorney), Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | legal advice regarding litigation strategy and status | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|-----|-------------|-------------------|
| 108.1 | N/A | 2/27/2013 | Fish & Richardson PC (author)/ Daniel Shim (Attorney) (sender) | Pat Treacy (Attorney, Bristows LLP), Sophie Lawrence (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | | Document prepared by outside counselreflecting legal advice regarding licensing issues in conjunction with arbitration | Withheld ACP/WP |
| 108.2 | N/A | 2/27/2013 | Fish & Richardson PC (author)/ Daniel Shim (Attorney) (sender) | Pat Treacy (Attorney, Bristows LLP), Sophie Lawrence (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | | Document prepared by outside counsel reflecting legal advice regarding trial strategy in conjunction with litigation | Withheld ACP/WP |
| 109. | N/A | 2/27/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) | Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth R. Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit P. Shah, Stanley Fisher (Attorney, Williams & Connolly), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & | Email with outside counsel reflecting legal advice regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Thomas Melsheimer, Mike McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Laurence Girdwood (Attorney), Karin Norton (Attorney), Everette Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 109.1 | N/A | 2/26/2013 | Kirkland & Ellis LLP | Samsung Electonics Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP |
| 109.2 | N/A | 2/26/2013 | Kirkland & Ellis LLP | Samsung Electonics Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | anticipation of litigation | |
| 110. | N/A | 1. 2/27/2013 2/27/2013 | 1. Daniel Shim (Attorney); 2. Thomas Melsheimer | 1. Pat Treacy (Attorney, Bristows LLP), Sophie Lawrence (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP); 2. Eric Junghoon Cha (Attorney), David Higher | 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo, Robert Earle (Attorney, Fish & Richardson P.C.), Thomas Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah, S Fisher (Attorney, William & Connolly), Samuel Brenner (Attorney, Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim (Attorney), Youngjin Kwon, Mike McKeon (Attorney, Fish & Richardson P.C.) (Attorney, Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian Sungyun Kim (attorney), Kijong Kang  (Attorney), Anthony | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Kahng (Attorney), David Girdwood, Karin Norton (Attorney), Rett Snotherly (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | |
| 110.1 | N/A | 2/27/2013 | Daniel Shim (Attorney) (Sender) | Pat Treacy (Attorney, Bristows LLP), Sophie Lawrence (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP); 2. Eric Junghoon Cha (Attorney), David Higher | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 110.2 | N/A | 2/27/2013 | Daniel Shim (Attorney) (Sender) | Pat Treacy (Attorney, Bristows LLP), Sophie Lawrence (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP); 2. Eric Junghoon Cha (Attorney), David Higher | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 111. | N/A | 2/27/13 | Eric Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), | | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, JungHyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | | |
| 111.1 | N/A | 2/27/2013 | David W. Higer (Attorney, Kirkland & Ellis LLP) (author), Eric Junghoon Cha (Attorney) (sender) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, JungHyeob Lee, YoungMo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | | |
| N/A | | 2/27/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney),  Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney),  Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), | | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 111 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | MinHyung Chung | | | |
| | N/A | 2/27/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney); Eric Junghoon Cha (Attorney); Beyongho Yuu (Attorney);  Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney); Daniel W. Shim (Attorney); Hojin Chang (Attorney); Hyucksun Kwon; Indong Kang, Injung Lee (Attorney); James Kwak; Junwon Lee; Julie Han (Attorney); Kijoong Kang (Attorney); Michael Kang (Attorney); Everette Rett Snotherly (Attorney); Richard An (Attorney); Taehyung Kim (Attorney); WonDeuk Song; Youngjo Lim (Attorney);  Anthony Kahng (Attorney); YoungJin Kwon; Hankil Kang (Attorney); JungHyeob Lee; Youngmo Koo; Seungho Ahn (Attorney); Jaewan Chi (Attorney); MinHyung Chung | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared  in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 111.1 |
| | N/A | 2/25/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yuu, Brian Sung Yun Kim, Daniel | | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in | Withheld ACP/WP Duplicate of |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, JungHyeob Lee, Young Mo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | anticipation of litigation | Tab 111 |
| N/A | | 2/27/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yuu, Brian Sung Yun Kim, Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 111.1 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, JungHyeob Lee, Young Mo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | | |
| N/A | | 2/25/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yuu, Brian Sung Yun Kim, Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, JungHyeob Lee, Young Mo Koo, | | Email with counsel reflecting legal advice regarding licensing issues and attaching memoranda prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 111 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | | |
| | N/A | 2/27/2013 | Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yuu, Brian Sung Yun Kim, Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, JungHyeob Lee, Young Mo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), MinHyung Chung | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 111.1 |
| 112. | N/A | 2/27/2013 | Thomas Melsheimer | Eric Cha (Attorney), David Higer (Attorney, Kirkland & Ellis LLP) | Ruffin Cordell (Attorney, Fish & Richardson P.C.), Kenneth Adamo (Kirkland & Ellis LLP), Robert Earle ( Attorney, Fish & Richardson P.C.), | Email with outside counsel reflecting legal advice and attaching memoranda regarding trial strategies, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Thomas H. Reger II (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney),  Michael Tyler (Attorney, Fish & Richardson P.C.), Renee Skinner (Attorney, Fish & Richardson P.C.), Edward Donovan (Attorney, Kirkland & Ellis LLP), Archit Shah (Kirkland & Ellis LLP), Stanley Fisher (William & Connolly LLP), Samuel Brenner (Ropes & Gray), Jay Shim (Attorney), Injung Lee (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Mike Jones (Attorney, Kirkland & Ellis LLP), Taehyung Kim, Youngjin Kwon, Michael McKeon (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), Brian S. Kim (Attorney), Kijoong Kang (Attorney), Anthony Kahng (Attorney), Daniel Girdwood, Karin Norton (Attorney), Everrette Rett Snotherly, Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Daniel Shim (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | LLP) | | |
| 112.1 | N/A | 2/26/2013 | Fish & Richardson, P.C. | Samsung Electonics Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP |
| 112.2 | N/A | 2/26/2013 | Fish & Richardson, P.C. | Samsung Electonics Co. | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 113. | N/A | 1. 2/28/2013 2. 2/27/2013 3. 2/25/2013 4. 2/25/2013 5. 2/24/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2., 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 5. Eric Junghoon Cha (Attorney) | 1., 2. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Byeongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang | | Email with outside counsel seeking and reflecting legal advice regarding licensing issues, prepared in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 4. Eric Junghoon Cha (Attorney) 5. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Byeongho Yuu (Attorney), Brian Sungyun Kim (Attorney) Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Kahng, Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| | N/A | 1. 2/28/2013 2. 2/27/2013 3. 2/25/2013 4. 2/25/2013 5. 2/24/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. same as 1; 4. Eric Junghoon Cha | | Email with outside counsel seeking and reflecting legal advice regarding licensing issues, prepared in connection with litigation | Withheld ACP/WP Duplicate of Tab 113 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney); 5. same as 1 | | | |
| | N/A | 1. 2/27/2013 2. 2/27/13 3. 2/25/13 4. 2/25/13 5. 2/24/13 | 1. Joseph Colaiaanni; 2. Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 5. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Won, Hankil Kang (Attorney), JungHyeob Lee, YoungMoo Koo; 2. same as (1); 5. F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Eric Junghoon Cha | | Email with outside counsel seeking and reflecting legal advice regarding licensing issues, prepared in connection with litigation | Withheld ACP/WP Duplicate of Tab 113 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------|-------------------|
| | | | | (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), wdsong@samsung, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, YoungMoo Koo | | | |
| 114. | N/A | 1. 2/27/2013 2. 2/28/13 3. 2/27/13 4. 2/25/13 5. 2/25/13 6. 2/24/13 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 6. Eric Junghoon Cha (Attorney) | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders; Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sung Yun Kim, Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------  |-------------------|
|     |             |      |             | Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Son, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo; 3. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett |    |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Son, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Won, Hankil Kang (Attorney), JungHyeob Lee, YoungMoo Koo; 6. F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Son, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Won, Hankil Kang (Attorney), JungHyeob Lee, YoungMoo Koo; |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 1. 2/28/2013 2. 2/28/2013 3. 2/27/2013 4. 2/25/2013 5. 2/25/2013 6. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 6. Eric Junghoon Cha (Attorney) | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo; 2. Eric Junghoon Cha (Attorney); 3.  Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 114 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
|     |             |      |             | Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo; 4. No Info; 5. Eric Junghoon Cha (Attorney); FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, |    |             |                   |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo; | | | |
| 115. | N/A | 1. 2/28/13 2. 2/28/13 3. 2/28/13 4. 2/27/13 5. 2/25/13 6. 2/25/13 7. 2/24/13 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.);  4. Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 7. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, jnwnlee@samsung.com, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), wdsong@samsung.com, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, YoungMoo Koo; 2.  Joseph Colaianni (Attorney, Fish & | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Richardson, P.C.);  Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, jnwnlee@samsung.com, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), wdsong@samsung.com, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, YoungMoo Koo; 4. same as (1); 8.Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney),  Eric Junghoon Cha | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, jnwnlee@samsung.com, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), wdsong@samsung.com, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, YoungMoo Koo; | | | |
| | N/A | 1. 2/28/2013 2. 2/28/2013 3. 2/28/2013 4. 2/27/2013 5. 2/25/2013 6. 2/25/2013 7. 2/24/2013\ | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney) 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 115 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | 7. Eric Junghoon Cha (Attorney) | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. 1 + Joseph Colaianni (Attorney, Fish & Richardson, P.C.), except Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. 1; 5. No Information; 6. Eric Junghoon Cha (Attorney); 7. 1, except Ruffin Cordell (Attorney, Fish & Richardson, P.C.). | | | |
| | N/A | 1. 2/28/2013 2. 2/28/2013 3. 2/28/2013 4. 2/27/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung- | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 115 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 5. 2/25/2013 6. 2/25/2013 7. 2/24/2013 | Richardson, P.C.); 4., 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 7. Eric Junghoon Cha (Attorney) | Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 3. Eric Junghoon Cha (Attorney); 4. 1; 6. Eric Junghoon Cha (Attorney); 7. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 116. | N/A | 1. 3/30/2013 2. 3/1/2013 3. 2/28/2013 4. 2/28/2013 5. 2/27/2013 6. 2/25/2013 7. 2/25/2013 8. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5., 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 8. Eric Junghoon Cha (Attorney) | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. Eric Junghoon Cha (Attorney); 3. 1 + F&R Samsung-ERicsson Leaders; 4. Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-ERicsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 7. Eric Junghoon Cha (Attorney); 8. F&R Samsung-ERicsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| N/A | | 1. 3/4/2013<br>2. 3/1/2013<br>3. 2/28/2013<br>4. 2/28/2013<br>5. 2/27/2013<br>6. 2/25/2013<br>7. 2/25/2013<br>8. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5., 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney) | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo;<br>2. Eric Junghoon Cha (Attorney);<br>3. same as 1; 4. Eric Junghoon Cha | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP Duplicate of Tab 116 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney); 5. 1 + Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 8. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| N/A | | 1. 3/3/13 2. 3/1/13 3. 2/28/13 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric | 1, 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in | Withheld ACP/WP Duplicate of |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | 4. 2/28/13<br>5. 2/27/13<br>6. 2/25/13<br>7. 2/25/13<br>8. 2/24/13 | Junghoon Cha (Attorney);<br>4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 7.Ruffin Cordell (Attorney, Fish & Richardson P.C.); 8. Eric Junghoon Cha (Attorney) | Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHeob Lee, YoungMo Koo; 5. Eric Junghoon Cha (Attorney),  Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim | | connection with litigation | Tab 116 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), JungHeob Lee, YoungMo Koo; 8. F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), JungHeob Lee, YoungMo Koo | | | |
| 117. | N/A | 1. 3/3/13 2. 2/3/13 3. 3/1/13 4. 2/28/13 5. 2/28/13 6. 2/27/13 7. 2/25/13 8. 2/25/13 9. 2/24/13 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 8. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 9. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, jnwnlee@samsung.com, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | wdsong@samsung.com, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, YoungMoo Koo; 2.  Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, jnwnlee@samsung.com, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), wdsong@samsung.com, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | YoungMoo Koo; 4. same as (2); 6. same as (1); 9. F&R samsung-ericsson leaders, KE-samsung-ericsson leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSon Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, jnwnlee@samsung.com, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), wdsong@samsung.com, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney),  JungHyeob Lee, YoungMoo Koo; | | | |
| N/A | 1. 3/4/2013 2. 3/3/2013 3. 3/1/2013 | | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung- | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with | Withheld ACP/WP Duplicate of |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  | 4. 2/28/2013 5. 2/28/2013 6. 2/27/2013 7. 2/25/2013 8. 2/25/2013 9. 2/24/2013 | Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6., 7. Eric Junghoon Cha (Attorney); 8. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney) | Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. 1 + Joseph Colaianni (Attorney, Fish & Richardson, P.C.), except Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE- |  | litigation | Tab 117 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 5. Eric Junghoon Cha (Attorney); 6., 7. same as 1; 9. 1, except Eric Junghoon Cha (Attorney) and Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | | |
| | N/A | 1. 3/3/2013 2. 3/3/2013 3. 3/1/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.) ; 2. Eric Junghoon Cha (Attorney); 3. Joseph | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung- | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with | Withheld ACP/WP Duplicate of |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 4. 2/28/2013 5. 2/28/2013 6. 2/27/2013 7. 2/25/2013 8. 2/25/2013 9. 2/24/2013 | Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 8. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 9. Eric Junghoon Cha (Attorney) | Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon; 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | | litigation | Tab 117 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong |  |  |  |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 5. Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Eric Junghoon Cha (Attorney); 9. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 118. | N/A | 1. 3/3/2013<br>2. 3/4/2013<br>3. 3/3/2013<br>4. 3/1/2013<br>5. 2/28/2013<br>6. 2/28/2013<br>7. 2/27/2013<br>8. 2/25/2013<br>9. 2/25/2013<br>10. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Eric Junghoon Cha (Attorney); 9. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 10. Eric Junghoon Cha (Attorney) | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Genderson Bruce; 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Youngmo Koo; 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 6. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney), Ruffin Cordell | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 9. Eric Junghoon Cha (Attorney); 10. F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| | N/A | 1. 3/3/2013 2. 3/4/2013 3. 3/3/2013 4. 3/1/2013 5. 2/28/2013 6. 2/28/2013 7. 2/27/2013 8. 2/25/2013 9. 2/25/2013 10. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Eric Junghoon Cha (Attorney); | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 118 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | 9. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 10. Eric Junghoon Cha (Attorney) | (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3., 5.  Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 4. Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 9. Eric Junghoon Cha (Attorney); 10. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 119. | N/A | 1. 3/3/2013<br>2. 3/3/2013<br>3. 3/4/2013<br>4. 3/3/2013<br>5. 3/1/2013<br>6. 2/28/2013<br>7. 2/28/2013<br>8. 2/27/2013<br>9. 2/25/2013<br>10. 2/25/2013<br>11. 2/24/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 3. Eric Junghoon Cha (Attorney); 4.  Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung- | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|----|
| | | | | (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 7. Eric Junghoon Cha (Attorney); 8. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 9. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 10. Eric Junghoon Cha (Attorney); 11. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| | N/A | 1. 3/4/2013 2. 3/3/2013 3. 3/4/2013 4. 3/3/2013 5. 3/1/2013 6. 2/28/2013 7. 2/28/2013 8. 2/27/2013 9. 2/25/2013 10. 2/25/2013 11. 2/24/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 119 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
|     |             |      |             | Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. 1 +  Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, |    |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 5. Eric Junghoon Cha (Attorney); 6. 4; 7. Eric Junghoon Cha (Attorney); 8. 4 + Eric Junghoon Cha (Attorney)except Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 10. Eric Junghoon Cha (Attorney), 11. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| | N/A | 1. 3/3/2013 2. 3/3/2013 3. 3/4/2013 4. 3/3/2013 5. 3/1/2013 6. 2/28/2013 7. 2/28/2013 8. 2/27/2013 9. 2/25/2013 10. 2/25/2013 11. 2/24/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 119 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 3. Eric Junghoon Cha (Attorney); 4., 6.  Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 5. Eric Junghoon |  |  |  |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 8. Eric Junghoon Cha (Attorney),  Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 10. Eric Junghoon Cha (Attorney); 11. F&R Samsung- |  |  |  |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 120. | N/A | 1. 3/3/13<br>2. 3/4/13<br>3. 3/4/13<br>4. 3/3/13<br>5. 3/1/13<br>6. 2/28/13 | 1. Eric Junghoon Cha (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|-------------------|
| | | 7. 2/28/13 8. 2/27/13 9. 2/25/13 10. 2/25/13 11. 2/24/13 | Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney) | Shim (Attorney), Beyongho Yuu (Attorney), Brian Sung Yun Kim, Daniel Laurence Girdwoon, Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 4. same as (1) minus (Eric Junghoon Cha (Attorney), zymelman are, Bruce Genderson (Attorney, Williams & Connolly LLP);  6. same as (4);  8. same as (1) minus Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------  |-------------------|
| | | | | (Attorney, Williams & Connolly LLP); 11. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sung Yun Kim, Daniel Laurence Girdwoon, Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo; | | | |
| | N/A | 1. 3/3/2013<br>2. 3/4/2013<br>3. 3/4/2013<br>4. 3/3/2013<br>5. 3/1/2013 | 1. Eric Junghoon Cha (Attorney)<br>2. Eric Junghoon Cha (Attorney)<br>3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.)<br>4. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.); Ruffin Cordell (Attorney, Fish & Richardson P.C.); F&R Samsung-Ericsson Leaders; KE- | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 120 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 6. 2/28/2013<br>7. 2/28/2013<br>8. 2/27/2013<br>9. 2/25/2013<br>10. 2/25/2013<br>11. 2/24/2013 | 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.)<br>6. Eric Junghoon Cha (Attorney)<br>7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.)<br>8. Eric Junghoon Cha (Attorney)<br>9. Eric Junghoon Cha (Attorney)<br>10. Ruffin Cordell (Attorney, Fish & Richardson P.C.)<br>11. Eric Junghoon Cha (Attorney) | Samsung-Ericsson-Leaders; Jay Shim (Attorney), Beyongho Yuu (Attorney); Brian Sungyun Kim (Attorney); Daniel Laurence Girdwood (Attorney); Daniel W. Shim (Attorney); Hojin Chang (Attorney); hyucksun kwon; Indong Kang; Injung Lee (Attorney); James Kwak; Junwon Lee; Julie Han (Attorney), Kijoong Kang (Attorney); Michael Kang (Attorney); Everette Rett Snotherly (Attorney); Richard An (Attorney); Taehyung Kim (Attorney); WonDeuk Song; Youngjo Lim (Attorney); Anthony Kahng (Attorney); YoungJin Kwon; Hankil Kang (Attorney); JungHyeob Lee; Youngmo Koo; Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP); Genderson Bruce<br>2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.)<br>3. Eric Junghoon Cha (Attorney)<br>4. 1 + Junghyeob Lee and minus Genderson Bruce | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | 5. Eric Junghoon Cha (Attorney) 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); Ruffin Cordell (Attorney, Fish & Richardson P.C.); F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders; Jay Shim (Attorney); Beyongho Yuu (Attorney); Brian Sungyun Kim (Attorney); Daniel Laurence Girdwood (Attorney); Daniel W. Shim (Attorney); Hojin Chang (Attorney); hyucksun kwon; Indong Kang; Injung Lee (Attorney); James Kwak; Junwon Lee; Julie Han (Attorney), Kijoong Kang (Attorney); Michael Kang (Attorney); Everette Rett Snotherly (Attorney); Richard An (Attorney); Taehyung Kim (Attorney); WonDeuk Song; Youngjo Lim (Attorney); Anthony Kahng (Attorney); YoungJin Kwon; Hankil Kang (Attorney); JungHyeob Lee; Youngmo Koo; 7. Eric Junghoon Cha (Attorney) 8. 6 + Eric Junghoon Cha (Attorney), minus Joseph Colaianni | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney, Fish & Richardson, P.C.) 10. Eric Junghoon Cha (Attorney) 11. F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders; Jay Shim (Attorney); Beyongho Yuu (Attorney); Brian Sungyun Kim (Attorney); Daniel Laurence Girdwood (Attorney); Daniel W. Shim (Attorney); Hojin Chang (Attorney); hyucksun kwon; Indong Kang; Injung Lee (Attorney); James Kwak; Junwon Lee; Julie Han (Attorney), Kijoong Kang (Attorney); Michael Kang (Attorney); Everette Rett Snotherly (Attorney); Richard An (Attorney); Taehyung Kim (Attorney); WonDeuk Song; Youngjo Lim (Attorney); Anthony Kahng (Attorney); YoungJin Kwon; Hankil Kang (Attorney); JungHyeob Lee; Youngmo Koo | | | |
| 121. | N/A | 1. 3/3/2013 2. 03/04/13 3. 03/04/13 4. 03/04/13 | 1. Eric Junghoon Cha (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 5. 03/03/13<br>6. 03/01/13<br>7. 02/28/13<br>8. 02/28/13<br>9. 02/27/13<br>10. 02/25/13<br>11. 02/25/13<br>12. 02/24/13 | & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney) | F&F Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sung Yun Kim, Daniel Laurence Girdwoon, Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHeob Lee, YoungMo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP). 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericson Leaders, KE - Samsung-Ericsson-Leaders, Jay | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Shim (Attorney), Beyongho Yuu (Attorney), Brian Sung Yun Kim, Daniel Laurence Girdwoon, Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Hankil Kang (Attorney), JungHyeob Lee, YoungMoo Koo; 7. same as (5); 9. same as (1) Minus Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 12. same as (9) | | | |
| N/A | | 1. 3/3/2013 2. 3/4/2013 3. 3/4/2013 4. 3/4/2013 5. 3/3/2013 | 1. Eric Junghoon Cha (Attorney) 2. Eric Junghoon Cha (Attorney) 3. Eric Junghoon Cha (Attorney); 4 Joseph Colaianni (Attorney, Fish & Richardson, P.C.); | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE- | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 121 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 6. 3/1/2013<br>7. 2/28/2013<br>8. 2/28/2013<br>9. 2/27/2013<br>10. 2/25/2013<br>11. 2/25/2013<br>12. 2/24/2013 | 5. Eric Junghoon Cha (Attorney);<br>6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.);<br>7. Eric Junghoon Cha (Attorney);<br>8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.);<br>9. Eric Junghoon Cha (Attorney)<br>10. Eric Junghoon Cha (Attorney);<br>11. Ruffin Cordell (Attorney, Fish & Richardson, P.C.);<br>12. Eric Junghoon Cha (Attorney) | Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 6. Eric Junghoon Cha (Attorney); 7. same as 5; 8. Eric Junghoon Cha (Attorney); 9. 5 + Eric Junghoon Cha (Attorney); 11. Eric Junghoon Cha (Attorney); 12. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| N/A | | 1. 3/04/2013 2. 3/04/2013 3. 3/04/2013 4. 3/04/2013 5. 3/03/2013 6. 3/01/2013 7. 2/28/2013 8. 2/28/2013 9. 2/27/2013 | 1. - 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders; Jay Shim (Attorney), Beyong Ho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 121 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 10. 2/25/2013 11. 2/25/2013 12. 2/24/2013 | 9., 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney) | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Byeongho Yuu | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 6. Eric Junghoon Cha (Attorney); 7. same as 5; 8. Eric Junghoon Cha (Attorney); 9. 5 +Eric Junghoon Cha (Attorney), minus Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney); 12. 5 minus Joseph Colaianni (Attorney, Fish & Richardson, P.C.) and Ruffin Cordell (Attorney, Fish & Richardson P.C.); | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| 122. | N/A | 1. 3/5/2013<br>2. 3/4/2013<br>3. 3/3/2013<br>4. 3/1/2013<br>5. 2/28/2013<br>6. 2/28/2013<br>7. 2/27/2013<br>8. 2/25/2013<br>9. 2/25/2013<br>10. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Eric Junghoon Cha (Attorney); 9. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 10. Eric Junghoon Cha (Attorney) | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung- | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 6. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 9. Eric Junghoon Cha (Attorney); 10. F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo |  |  |  |
|  | N/A | 1. 3/5/2013 2. 3/4/2013 3. 3/3/2013 4. 3/1/2013 5. 2/28/2013 6. 2/28/2013 7. 2/27/2013 8. 2/25/2013 9. 2/25/2013 10. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Eric Junghoon Cha (Attorney); 9. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 10. Eric Junghoon Cha (Attorney) | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Wooseob Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, |  | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 122 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. Eric Junghoon Cha (Attorney); 3. same as 1; 4. Eric Junghoon Cha (Attorney); 5. same as 1; 6. Eric Junghoon Cha (Attorney); 7. 1 + Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney); 10. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Wooseob Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| | N/A | 1. 3/5/2013 2. 3/4/2013 3. 3/3/2013 4. 3/1/2013 5. 2/28/2013 6. 2/28/2013 7. 2/27/2013 8. 2/25/2013 9. 2/25/2013 10. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.) (Fish & Richardson, Attorney); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Eric Junghoon Cha (Attorney); 9. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 10. Eric Junghoon Cha (Attorney); | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo; 2. No Information; 3. Same as #1; 4. Eric Junghoon Cha (Attorney); 5 Same as #1; 6. Eric Junghoon Cha (Attorney); 7. #1 + Eric Junghoon | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 122 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Cha (Attorney); 8. No Info; 9. Eric Junghoon Cha (Attorney); 10.  FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo | | | |
| 123. | N/A | 1. 3/5/2013 2. 3/5/2013 3. 3/4/2013 4. 3/4/2013 5. 3/1/2013 6. 2/28/2013 7. 2/28/2013 8. 2/27/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); | 1.  Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 9. 2/25/2013 10. 2/25/2013 11. 2/24/2013 | 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney) | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Kang (Attorney), Junghyeob Lee, Youngmo Koo; 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 7. Eric Junghoon Cha (Attorney); 8. Eric Junghoon | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 9. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 10. Eric Junghoon Cha (Attorney); 11. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| N/A | | 1. 3/6/2013 2. 3/5/2013 3. 3/4/2013 4. 3/3/2013 5. 3/1/2013 6. 2/28/2013 7. 2/28/2013 8. 2/27/2013 9. 2/25/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaiann; 8., 9.  Eric | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 123 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 10. 2/25/2013 11. 2/24/2013 | Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney) | W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 2. 1 + Joseph Colaianni (Attorney, Fish & Richardson, P.C.), except Eric Junghoon Cha (Attorney) 3. Eric Junghoon Cha (Attorney); 4. same as 2; 5. Eric Junghoon Cha (Attorney); 6. same as 2; 7. Eric Junghoon Cha (Attorney); 8. same as 1; 10. Eric Junghoon Cha (Attorney); 11. 1 minus Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | | |
| | N/A | 1. 3/5/2013 2. 3/5/2013 | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 2. Eric | 1. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & | | Email with outside counsel seeking and reflecting legal advice regarding | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 3. 3/4/2013<br>4. 3/3/2013<br>5. 3/1/2013<br>6. 2/28/2013<br>7. 2/28/2013<br>8. 2/27/2013<br>9. 2/25/2013<br>10. 2/25/2013<br>11. 2/24/2013 | Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8., 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney) | Richardson P.C.), F&R Samsung Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo;<br>2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu | | discovery matters in connection with litigation | Duplicate of Tab 123 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 3. Eric Junghoon Cha (Attorney); 4. 2; 5. Eric Junghoon Cha (Attorney); 6. 2; 7. Eric Junghoon Cha (Attorney); 8. 1; 10. Eric Junghoon Cha (Attorney); 11. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 124. | N/A | 1. 3/7/2013<br>2. 3/4/2013<br>3. 3/3/2013<br>4. 3/4/2013<br>5. 3/3/2013<br>6. 3/1/2013<br>7. 2/28/2013<br>8. 2/28/2013<br>9. 2/27/2013<br>10. 2/25/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  | 11. 2/25/2013<br>12. 2/24/2013 | & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney) | (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3. Same as #1;  4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo; 6. Eric Junghoon Cha (Attorney); 7. Same as #5; 8. Eric Junghoon Cha (Attorney); 9.  Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, |  |  |  |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo; 10. No Info; 11. Eric Junghoon Cha (Attorney); 12. FR Samsung-Ericsson Leaders, KE Samsung-Ericsson Leaders, Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo | | | |
| | N/A | 1. 3/7/2013 2. 3/4/2013 3. 3/3/2013 4. 3/4/2013 5. 3/3/2013 6. 3/1/2013 7. 2/28/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP Duplicate of Tab 124 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 8. 2/28/2013 9. 2/27/2013 10. 2/25/2013 11. 2/25/2013 12. 2/24/2013 | (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney) | (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung- | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|--------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney); 12. F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 125. | N/A | 1. 3/8/2013<br>2. 3/7/2013<br>3. 3/4/2013<br>4. 3/3/2013<br>5. 3/4/2013<br>6. 3/3/2013<br>7. 3/1/2013<br>8. 2/28/2013<br>9. 2/28/2013<br>10. 2/27/2013<br>11. 2/25/2013<br>12. 2/25/2013<br>13. 2/24/2013 | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 10. Eric Junghoon Cha (Attorney); 11. Eric Junghoon Cha (Attorney); 12. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 13. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney); 2. Joseph Colaianni | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | LLP); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 7. Eric Junghoon | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 9. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 11. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney); 13. F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 125.1 | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding subpoeana duces tecum, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| | N/A | 1. 3/8/2013 2. 3/7/2013 3. 3/4/2013 4. 3/3/2013 5. 3/4/2013 6. 3/3/2013 | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney); 3 Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 125 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 7. 3/1/2013<br>8. 2/28/2013<br>9. 2/28/2013<br>10. 2/27/2013<br>11. 2/25/2013<br>12. 2/25/2013<br>13. 2/24/2013 | & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8.  Eric Junghoon Cha (Attorney); 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 10.<br>11. Eric Junghoon Cha (Attorney); 12. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 13. Eric Junghoon Cha (Attorney) | (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2., 4., 6., 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 3. Eric Junghoon Cha (Attorney); 4. same as 2; 5. Eric Junghoon Cha (Attorney); 6. same as 2; 7. Eric Junghoon Cha (Attorney); 8. same as 2; 9. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung- |     |             |                   |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 12. Eric Junghoon Cha (Attorney); 13. 10 minus Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | | |
| | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding subpoeana duces tecum, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 125.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 1. 3/8/2013<br>2. 3/7/2013<br>3. 3/3/2013<br>4. 3/3/2013<br>5. 3/4/2013<br>6. 3/3/2013<br>7. 3/1/2013<br>8. 2/28/2013<br>9. 2/28/2013<br>10. 2/27/2013<br>11. 2/25/2013<br>12. 2/25/2013<br>13. 2/24/2013 | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 10., 11. Eric Junghoon Cha (Attorney); 12. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 13. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 125 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | LLP); 2. 1 - Eric Junghoon Cha (Attorney); 3. Eric  Cha; 4. 1 - Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|----|------------------|
| | | | | 7. Eric Junghoon Cha (Attorney); 8. 6; 9. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 12. Eric Junghoon Cha (Attorney); 13. F&R Samsung-Ericsson Leaders, | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------|--------------------|
| | | | | KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding subpoeana duces tecum, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 125.1 |
| | N/A | 1. 3/8/2013 | 1. Linda Kordziel; 2. Eric Junghoon | 1. Eric Junghoon Cha (Attorney), | | Email with outside counsel seeking and | Withheld |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | 2. 3/7/2013 3. 3/4/2013 4. 3/3/2013 5. 3/4/2013 6. 3/3/2013 7. 3/1/2013 8. 2/28/2013 9. 2/28/2013 10. 2/27/2013 11. 2/25/2013 12. 2/25/2013 13. 2/24/2013 | Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 10. Eric Junghoon Cha (Attorney); 11. Eric Junghoon Cha (Attorney); 12. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 13. Eric Junghoon Cha (Attorney) | Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeok Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junhyuk Lee, Youngmo Koo, Ari Zymelman, Bruce Genderson (Attorney, Williams & Connolly LLP); 2, 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE- | | reflecting legal advice regarding discovery matters in connection with litigation | ACP/WP Duplicate of Tab 125 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeok Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junhyuk Lee, Youngmo Koo, Ari Zymelman, Bruce Genderson (Attorney, Williams & Connolly LLP); 3., 5., 7., 9., 12. Eric Junghoon Cha (Attorney); 6, 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|--------------------|
|  |  |  |  | (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeok Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junhyuk Lee, Youngmo Koo; 10. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeok Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junhyuk Lee, Youngmo Koo;  13. F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeok Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junhyuk Lee, Youngmo Koo |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding subpoeana duces tecum, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 125.1 |
| 126. | N/A | 1. 3/8/2013 2. 3/3/2013 3. 3/4/2013 4. 3/4/2013 5. 3/3/2013 6. 3/1/2013 7. 2/28/2013 8. 2/28/2013 9. 2/27/2013 10. 2/25/2013 11. 2/25/2013 12. 2/24/2013 | 1. Ari S. Zymelman (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil | 1. Kevin Hardy (Attorney, Williams & Connolly LLP), Samuel Davidoff (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP), Bryant Hall (Attorney, Williams & Connolly LLP) | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kang (Attorney), Junghyeob Lee, Youngmo Koo, Bruce Genderson (Attorney, Williams & Connolly LLP), Johnda Crites (Attorney), Megan Drahos (Attorney), Eunha Kim, Kyongman Kim, Rosa Woosun Kim (Attorney), Sunmi Kim, Cindi Moreland (Attorney), Jeff Myung, Karin Norton (Attorney), Richard Rosalez (Attorney); 2. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), |  |  |  |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney),  Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney); 12. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | N/A | 1. 3/8/2013<br>2. 3/3/2013<br>3. 3/4/2013<br>4. 3/4/2013<br>5. 3/3/2013<br>6. 3/1/2013<br>7. 2/28/2013<br>8. 2/28/2013<br>9. 2/27/2013<br>10. 2/25/2013<br>11. 2/25/2013<br>12. 2/24/2013 | 1. Ari S. Zymelman (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9., 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 12. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Bruce Genderson (Attorney, Williams & Connolly LLP), Johnda Crites (Attorney), Megan Drahos (Attorney), Eunha Kim, Sunmi Kim, | 1. Kevin Hardy (Attorney, Williams & Connolly LLP), Samuel Davidoff (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP), Bryant Hall (Attorney, Williams & Connolly LLP) | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 126 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Cindi Moreland (Attorney), Jeff Myung, Karin Norton (Attorney), Richard Rosalez (Attorney), James Minjae Shin (Attorney), Michelangelo Troisi (Attorney); 2. 1, except Johnda Crites (Attorney), Megan Drahos (Attorney), Eunha Kim, Sunmi Kim, Cindi Moreland (Attorney), Jeff Myung, Karin Norton (Attorney), Richard Rosalez (Attorney), James Minjae Shin (Attorney), Michelangelo Troisi (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. 1, except Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 7. same as 5; 8. Eric Junghoon Cha (Attorney); 9. 2, except Bruce Genderson (Attorney, Williams & Connolly LLP); 11. Eric Junghoon Cha (Attorney); 12. 9, except Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 1. 3/8/13<br>2. 3/3/13<br>3. 3/4/13<br>4. 3/4/13<br>5. 3/3/13<br>6. 3/1/13<br>7. 2/28/13<br>8. 2/28/13<br>9. 2/27/13<br>10. 2/25/13<br>11. 2/25/13<br>12. 2/24/13 | 1. Ari S. Zymelman (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo, Bruce Genderson (Attorney, Williams & Connolly LLP), Johnda Crites (Attorney), Megan Drahos (Attorney), Eunha Kim, Kyongman | 1. Kevin Hardy (Attorney, Williams & Connolly LLP), Samuel Davidoff (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP), Bryant Hall (Attorney, Williams & Connolly LLP) | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 126 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kim, Rosa Woosun Kim (Attorney), Sunmi Kim, Cindi Moreland (Attorney), Jeff Myung, Karin Norton (Attorney), Richard Rosalez (Attorney), James Minjae Shin (Attorney), Michelangelo Troisi (Attorney); 2. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwoon, Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwoon, Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | YoungMo Koo; 7. same as (5) ; 9. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwoon, Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo; 12.  F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwoon, Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo | | | |
| | N/A | 1. 3/8/2013 2. 3/3/2013 3. 3/4/2013 4. 3/3/2013 5. 3/1/2013 6. 2/28/2013 7. 2/28/2013 8. 2/27/2013 9. 2/25/2013 10. 2/25/2013 | 1. Ari S. Zymelman (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel | 1. Kevin Hardy (Attorney, Williams & Connolly LLP), Samuel Davidoff (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly), Bryant Hall (Attorney, Williams & Connolly LLP) | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 126 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 11. 2/24/2013 | Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney) | W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Bruce Genderson (Attorney, Williams & Connolly LLP), Johnda Crites (Attorney), Eunha Kim, Kyongman Kim, Rosa Woosun Kim (Attorney), Sunmi Kim, Cindi Moreland (Attorney), Jeff Myung (Attorney), Karin Norton (Attorney); 2. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung- | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|---|
| | | | | Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 4., 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung- | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Eric unghoon Cha, Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 10. Eric Junghoon Cha (Attorney); 11. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari | | | |
| | N/A | 1. 3/8/2013 2. 3/3/2013 3. 3/4/2013 4. 3/4/2013 5. 3/3/2013 6. 3/1/2013 7. 2/28/2013 8. 2/28/2013 9. 2/27/2013 10. 2/25/2013 11. 2/25/2013 12. 2/24/2013 | 1. Ari S. Zymelman (Attorney, Williams & Connolly LLP); 2, 3, 5, 7, 9, 10, 12. Eric Junghoon Cha (Attorney); 4, 6, 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 11. Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly; 2. Eric Junghoon Cha (Attorney), Joseph | 1. Kevin Hardy (Attorney, Williams & Connolly LLP), Samuel Davidoff (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP), Bryant Hall (Attorney, Williams & Connolly LLP) | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 126 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly , Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson; 5, 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE- | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly , Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 9. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------------|------|-------------|--------------|-----|-------------|-------------------|
|     |            |      |             | Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly , Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 12. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly , Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 127. | N/A | 1. 3/8/13<br>2. 3/8/13<br>3. 3/7/13<br>4. 3/4/13<br>5. 3/3/13<br>6. 3/4/13<br>7. 3/3/13<br>8. 3/1/13<br>9. 2/28/13<br>10. 2/28/13<br>11. 2/27/13<br>12. 2/25/13<br>13. 2/25/13<br>14. 2/24/13 | 1. Eric Junghoon Cha (Attorney); 2. Linda Korziel (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney); 12. Eric Junghoon Cha (Attorney); 13. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 14. Eric Junghoon Cha (Attorney) | 1. Linda Korziel (Attorney, Fish & Richardson P.C.), JungHoon Cha, Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), ByungHo Yuu, Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Lee, Julie Han (Attorney), KiJoon Kang, Michael Kang (Attorney), Everette Rett Snotherly (Attorney), ChaDung Lee, Taehyung Kim (Attorney), Wonduk Song, YoungJo Yim, Hojin Kang (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Yongmo Gu, azymelman@wc.com, bgenderson@wc.com; 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 5. same as (3); 7. same as (3) minus Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Connolly LLP); 9. same as (7); 11. Eric Junghoon Cha (Attorney) + (7); 14. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo | | | |
| | N/A | 1. 3/9/2013 2. 3/8/2013 3. 3/7/2013 4. 3/4/2013 | 1. Eric Junghoon Cha (Attorney); 2. Linda Korziel (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni | 1. Linda Korziel (Attorney, Fish & Richardson P.C.), Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 127 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 5. 3/3/2013<br>6. 3/4/2013<br>7. 3/3/2013<br>8. 3/1/2013<br>9. 2/28/2013<br>10. 2/28/2013<br>11. 2/27/2013<br>12. 2/25/2013<br>13. 2/25/2013<br>14. 2/24/2013 | (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 11., 12. Eric Junghoon Cha (Attorney); 13. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 14. Eric Junghoon Cha (Attorney) | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung- | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 4. Eric Junghoon Cha (Attorney); 5. same as 3; 6. Eric Junghoon Cha (Attorney); 7. same as 3; 8. Eric Junghoon Cha (Attorney); 9. same as 3; 10. Eric |     |             |                   |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Junghoon Cha (Attorney); 11. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 13. Eric Junghoon Cha (Attorney); 14. 11 minus Ruffin Cordell (Attorney, Fish & Richardson, P.C.) |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 1. 3/8/13<br>2. 3/8/13<br>3. 3/7/13<br>4. 3/4/13<br>5. 3/3/13<br>6. 3/4/13<br>7. 3/3/13<br>8. 3/1/13<br>9. 2/28/13<br>10. 2/28/13<br>11. 2/27/13<br>12. 2/25/13<br>13. 2/25/13<br>14. 2/24/13 | 1. Eric Junghoon Cha (Attorney); 2. Linda Korziel (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney); 12. Eric Junghoon Cha (Attorney); 13. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 14. Eric Junghoon Cha (Attorney) | 1. Linda Korziel (Attorney, Fish & Richardson P.C.), JungHoon Cha, Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), ByungHo Yuu, Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Lee, Julie Han (Attorney), KiJoon Kang, Michael Kang (Attorney), Everette Rett Snotherly (Attorney), ChaDung Lee, Taehyung Kim (Attorney), Wonduk Song, YoungJo Yim, Hojin Kang (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Yongmo Gu, azymelman@wc.com, bgenderson@wc.com; 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 127 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 5. same as (3); 7. same as (3) minus Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 9. same as (7); 11. Eric Junghoon Cha (Attorney) + (7); 14. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson- |  |  |  |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, YoungMo Koo | | | |
| N/A | | 1. 3/9/2013 2. 3/8/2013 3. 3/7/2013 4. 3/4/2013 5. 3/3/2013 6. 3/4/2013 7. 3/3/2013 8. 3/1/2013 | 1. Eric Junghoon Cha (Attorney); 2. Linda Kordziel (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.), Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 127 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 9. 2/28/2013 10. 2/28/2013 11. 2/27/2013 12. 2/25/2013 13. 2/25/2013 14. 2/24/2013 | Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney); 12. Eric Junghoon Cha (Attorney); 13. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 14. Eric Junghoon Cha (Attorney); | (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3., 5., Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 4. Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 7., 9.  Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung- | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------:|-------------------|
|  |  |  |  | Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney); 11. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 13. Eric Junghoon Cha (Attorney); 14. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 128. | N/A | 1. 3/11/2013<br>2. 3/4/2013<br>3/4/2013 | 1. Brian Sung Yun Kim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Sharon Lundgren, PhD, (Lundgren Trial Consulting, Inc.) | 1. Brian Sungyun Kim (Attorney) | | Emai from counsel reflecting legal advice and attaching documents prepared for purposes of providing legal advice in anticipation of litigation | Withheld ACP/WP |
| 128.1 | N/A | 3/2/2013 | Sharon Lundgren, PhD, (Lundgren Trial Consulting, Inc.) | Eric Cha (Attorney) | | Document prepared at the direction of counsel for purposes of providing legal advice in anticipation of litigation | Withheld ACP/WP |
| 128.2 | N/A | Sharon Lundgren, PhD, (Lundgren Trial Consulting, Inc.) | Eric Cha (Attorney) | | | Document prepared at the direction of counsel for purposes of providing legal advice in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|---|
| 129. | N/A | 1. 3/12/2013<br>2. 3/8/2013<br>3. 3/7/2013<br>4. 3/4/2013<br>5. 3/3/2013<br>6. 3/4/2013<br>7. 3/3/2013<br>8. 3/1/2013<br>9. 2/28/2013<br>10. 2/28/2013<br>11. 2/27/2013<br>12. 2/25/2013<br>13. 2/25/2013<br>14. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Linda Kordziel (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney); 12. Eric Junghoon Cha (Attorney); 13. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 14. Eric Junghoon Cha (Attorney) | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney); 3. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung- | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Eric Junghoon Cha (Attorney); 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 10. Eric Junghoon Cha (Attorney); 11. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 12. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 13. Eric Junghoon Cha (Attorney); 14. F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| | N/A | 1. 3/12/2013 2. 3/8/2013 3. 3/7/2013 4. 3/4/2013 5. 3/3/2013 6. 3/4/2013 7. 3/3/2013 8. 3/1/2013 9. 2/28/2013 10. 2/28/2013 11. 2/27/2013 12. 2/25/2013 13. 2/25/2013 14. 2/24/2013 | 1. Eric Junghoon Cha (Attorney); 2. Linda Kordziel (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6; . Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney); 12. Eric Junghoon Cha (Attorney); 13. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 14. Eric Junghoon | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 129 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | Cha (Attorney) | (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3., 5., Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 4. Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 7., 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 8. Eric Junghoon Cha (Attorney); 10. Eric Junghoon Cha (Attorney); 11. 7. + Eric Junghoon Cha (Attorney); 13. Eric Junghoon Cha (Attorney); 14. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericcson-Leaders, Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 130. | N/A | 1. 3/13/2013 2. 3/13/2013 3. 3/8/2013 4. 3/7/2013 5. 3/4/2013 6. 3/3/2013 7. 3/4/2013 8. 3/3/2013 9. 3/1/2013 10. 2/28/2013 11. 2/28/2013 12. 2/27/2013 13. 2/25/2013 14. 2/25/2013 15. 2/24/2013 | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney); 3. Linda Kordziel (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 10. Eric Junghoon Cha (Attorney); 11. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 12. Eric Junghoon Cha (Attorney); 13. Eric Junghoon Cha (Attorney); 14. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 15. Eric Junghoon | 1. Eric Junghoon Cha (Attorney), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney); 2.  Linda Kordziel (Attorney, Fish & Richardson P.C.), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | Cha (Attorney) | F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 3. Eric Junghoon Cha (Attorney); 4. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 5. Eric Junghoon Cha | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney); 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Bruce Genderson | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney, Williams & Connolly LLP); 7. Eric Junghoon Cha (Attorney); 8. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 9. Eric Junghoon Cha (Attorney); 10. Joseph | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 11. Eric Junghoon Cha (Attorney); 12. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson-Leaders, KE- |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|----|
| | | | | Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 13. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 14. Eric Junghoon Cha (Attorney); 15. F&R Samsung-Ericsson-Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| N/A | 1. 3/13/2013 2. 3/13/2013 3. 3/8/2013 4. 3/7/2013 5. 3/4/2013 6. 3/3/2013 7. 3/4/2013 8. 3/3/2013 9. 3/1/2013 10. 2/28/2013 11. 2/28/2013 12. 2/27/2013 | | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney); 3. Linda Kordziel (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 130 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 13. 2/25/2013 14. 2/25/2013 15. 2/24/2013 | 10. Eric Junghoon Cha (Attorney); 11. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 12. Eric Junghoon Cha (Attorney); 13. Eric Junghoon Cha (Attorney); 14. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 15. Eric Junghoon Cha (Attorney) | Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. 1 + Linda Kordziel (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. 1, except Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha (Attorney); 6. 4; 7. Eric Junghoon Cha (Attorney); 8. 4, except Ari S. Zymelman (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP); 9. Eric Junghoon Cha (Attorney); 10. 4; 11. Eric Junghoon Cha (Attorney) 12. 1, except Joseph Colaianni (Attorney, Fish & | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Richardson, P.C.), Ari S. Zymelman, Bruce Genderson (Attorney, Williams & Connolly LLP); 14. Eric Junghoon Cha (Attorney); 15. 12, except Ruffin Cordell (Attorney, Fish & Richardson, P.C.) | | | |
| | N/A | 1. 3/13/2013 2. 3/13/2013 3. 3/8/2013 4. 3/7/2013 5. 3/4/2013 6. 3/3/2013 7. 3/4/2013 8. 3/3/2013 9. 3/1/2013 10. 2/28/2013 11. 2/28/2013 12. 2/27/2013 13. 2/25/2013 14. 2/25/2013 15. 2/24/2013 | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney); 3. Linda Kordziel (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 10. Eric Junghoon Cha (Attorney); 11. Joseph Colaianni (Attorney, Fish & Richardson, P.C.); 12. Eric Junghoon Cha (Attorney); 13. Eric Junghoon Cha (Attorney); 14. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 15. Eric Junghoon Cha (Attorney) | 1. Eric Junghoon Cha (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP Duplicate of Tab 130 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 2. Linda Kordziel (Attorney, Fish & Richardson P.C.), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 3. Eric Junghoon Cha (Attorney); 4., 6. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
|     |             |      |             | Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Bruce Genderson (Attorney, Williams & Connolly LLP); 5. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 8., 10. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), |    |             |                   |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 9. Eric Junghoon Cha (Attorney); 11. Eric Junghoon Cha (Attorney); 12. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng |     |             |                   |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 14. Eric Junghoon; 15. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; 9. Eric Junghoon Cha (Attorney); 11. Eric Junghoon Cha (Attorney); 12. Eric Junghoon Cha (Attorney), Ruffin Cordell (Attorney, Fish & Richardson P.C.), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo | | | |
| 131. | N/A | 1. 3/14/2013 2. 3/14/2013 | 1. Daniel Shim (Attorney) (sender); 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Email with outside counsel reflecting legal advice and attaching document prepared regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 131.1 | N/A | 3/14/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) (author), Daniel Shim (Attorney) (sender) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP |
| | N/A | 1. 3/14/2013 2. 3/14/2013 | 1. Daniel W. Shim (Attorney); 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Email with outside counsel reflecting legal advice and attaching document prepared regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 131 |
| | N/A | 3/12/2013 | Daniel W. Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 131.1 |
| 132. | N/A | 3/15/2013 | Daniel W. Shim (Attorney) | Peter Camesasca (Attorney) | | Email with outside counsel reflecting legal advice and attaching memorandum regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 132.1 | N/A | 3/15/2013 | Daniel W. Shim (Attorney) (sender), Greg Arovas (Attorney, Kirkland & Ellis LLP) | Peter Camesasca (Attorney) | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 133. | N/A | 1. 3/15/2013 | 1. Daniel W. Shim (Attorney); 2. | 1. Helen Hopson (Attorney, | Pat Treacy (Attorney, Bristows LLP) | Email with outside counsel reflecting | Withheld |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 2. 3/15/2013 | Helen Hopson (Attorney, Bristows LLP) | Bristows LLP); 2. Daniel W. Shim (Attorney) | | legal advice and attaching memorandum prepared regarding licensing issues in anticipation of arbitration | ACP/WP |
| 133.1 | N/A | 3/15/2013 | Daniel Shim (Attorney) (sender) | Helen Hopson (Attorney, Bristows LLP) | Pat Treacy (Attorney, Bristows LLP) | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues in anticipation of arbitration | Withheld ACP/WP |
| 134. | N/A | 1. 3/16/2013, 2. 3/14/2013 3. 3/14/2013 | 1. Daniel Shim (Attorney); 2. Daniel Shim (Attorney); 3. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Daniel Shim (Attorney) | 1. Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | Email with outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 134.1 | N/A | 3/14/2013 | Daniel Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in conjunction with litigation | Withheld ACP/WP |
| 135. | N/A | 1. 3/20/2013 2. 3/20/2013 3. 3/19/2013 4. 3/20/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), | 3. KE Samsung-Ericsson Leaders, FR Samsung-Ericsson Leaders | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo, Jong K Choi, FRLeaders; 2. Eric Junghoon Cha (Attorney); 3. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng, Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Jay Shim (attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney); 4. Richard An, Eric Junghoon Cha (Attorney) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 135.1 | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| | N/A | 1. 3/20/2013 2. 3/20/2013 3. 3/19/2013 4. 3/20/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney); Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Leaders; 2. Eric Junghoon Cha (Attorney); 3. D. Sean Trainor | 3. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP Duplicate of 135 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 4. Richard An, Eric Junghoon Cha (Attorney) | | | |
| | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of 135.1 |
| 136. | N/A | 1. 3/20/2013 2. 3/20/2013 | 1. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon | 1. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu | 4. KE-Samsung-Ericcson-Leaders, F&R Samsung Ericsson Leaders | Email with outside counsel seeking and reflecting legal advice regarding | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 3. 3/20/2013 4. 3/19/2013 5. 3/20/2013 | Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung Ericsson Leaders; 2. 1. + Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel | | discovery matters, prepared in connection with litigation | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 5. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| 137. | N/A | 1. 3/20/2013 2. 3/20/2013 3. 3/20/2013 4. 3/19/2013 5. 3/20/2013 | 1. Daniel Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Pat Treacy (Attorney, Bristows LLP), Sohpie Lawrance; 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong | | Email with outside counsel reflecting legal advice regarding licensing negotiations in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------  |-------------------|
|     |             |      |             | Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), WonDeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Young Mo Koo, Jong K Choi, FR Samsung-Ericsson Leaders; 3. Eric Junghoon Cha (Attorney); 4. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 5. Richard An (Attorney), Eric Junghoon Cha (Attorney) |    |             |                   |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 137.1 | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of 135.1 |
| 138. | N/A | 1. 3/20/2013 2. 3/20/2013 3. 3/20/2013 4. 3/19/2013 5. 3/20/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Peter Camesasca (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K. Choi, F&R | | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Samsung-Ericsson Leaders; 3. Eric Junghoon Cha (Attorney); 4. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney); Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 5. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| 138.1 | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in | Not Produced, NR, ACP/WP Duplicate of |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | anticipation of litigation | 135.1 |
| 139. | N/A | 1. 3/20/2013 2. 3/21/2013 3. 3/20/2013 4. 3/20/2013 5. 3/19/2013 6. 3/20/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 5. Eric Junghoon Cha (Attorney); 6. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (attorney), Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Young Mo Koo, Jong K Choi, FRLeaders; 2. Eric Junghoon Cha (Attorney); 3. Same as #1; 4. Eric Junghoon Cha (Attorney); 5. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng, Beyong Ho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters prepared in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Indong Kang, Injung Lee (Attorney), James Kwak, Junwon Lee, Jay Shim (attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrett Rett Snotherly, Richard An, Taehyung Kim, Wondeuck Song, Youngjo Lim (Attorney); 6. Richard An, Eric Junghoon Cha (Attorney) | | | |
| | N/A | 1. 3/20/2013 2. 3/21/2013 3. 3/20/2013 4. 3/20/2013 5. 3/19/2013 6. 3/20/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney); Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Wooseob Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuck Song, Youngjo Lim | 5. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders | Email with outside counsel seeking and reflecting legal advice regarding discovery matters prepared in connection with litigation | Withheld ACP/WP Duplicate of Tab 139 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 2. Eric Junghoon Cha (Attorney); 3. 1 + Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 5. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Wooseob Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An(Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 6. Richard An |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Eric Junghoon Cha (Attorney) | | | |
| 140. | N/A | 1. 3/20/2013 2. 3/20/2013 3. 3/21/2013 4. 3/20/2013 5. 3/20/2013 6. 3/19/2013 7. 3/20/2013 | 1. Rufffin Cordell; 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 6. Eric Junghoon Cha (Attorney); 7. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; Jong K Choi, F&R Sasung-Ericsson Leaders; 2. #1+ Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. 1 + Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha | 6. KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney); 6. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoon Kang, Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 7. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| 141. | N/A | 1. 3/21/2013 2. 3/21/2013 3. 3/20/2013 4. 3/21/2013 5. 3/20/2013 6. 3/20/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 5. Eric Junghoon Cha (Attorney); | 1., 3. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 7. 3/19/2013 8. 3/20/2013 | 6. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 7. Eric Junghoon Cha (Attorney); 8. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi; F&R Samsung-Ericsson Leaders; 2. Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 5. 1+ Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 7. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney) Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 8. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| | N/A | 1. 3/21/2013 2. 3/21/2013 3. 3/20/2013 4. 3/21/2013 5. 3/20/2013 6. 3/20/2013 7. 3/19/2013 8. 3/20/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); . D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1., 3. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An | 7. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP Duplicate of Tab 141 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Taehyoung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi; F&R Samsung-Ericsson Leaders; 2. Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 5. 1+ Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 7. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney) Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney) (Attorney), Richard An (Attorney), Taehyoung | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 8. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| 142. | N/A | 1. 3/21/2013 2. 3/21/2013 3. 3/20/2013 4. 3/21/2013 5. 3/20/2013 6. 3/20/2013 7. 3/19/2013 8. 3/20/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 7. Eric Junghoon Cha (Attorney); 8. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1., 3., 5., Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi; F&R Samsung-Ericsson Leaders; 2. Eric Junghoon Cha (Attorney); 4. Eric | | Email sent by counsel regaring licensing issues, prepared in conjunction with pending litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Junghoon Cha (Attorney); 6. Eric Hunghoon Cha; 7. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney) Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 8. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| | N/A | 1. 3/21/2013 2. 3/21/2013 3. 3/20/2013 4. 3/21/2013 5. 3/20/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney); Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | 7. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders | Email sent by counsel regaring licensing issues, prepared in conjunction with pending litigation | Withheld ACP/WP Duplicate of Tab 142 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 6. 3/20/2013 7. 3/19/2013 8. 3/20/2013 | 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 2. Eric Junghoon Cha (Attorney); 3. 1; 4. Eric Junghoon Cha (Attorney); 5. 1; 6. Eric Junghoon Cha (Attorney); 7. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 8. Richard An, Eric Junghoon Cha (Attorney) | | | |
| 143. | N/A | 1. 3/21/2013<br>2. 3/21/2012<br>3. 3/21/2013<br>4. 3/20/2013<br>5. 3/21/2013<br>6. 3/20/2013<br>7. 3/20/2013<br>8. 3/19/2013<br>9. 3/20/213 | 1. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 8. Eric Junghoon Cha (Attorney); 9. D. Sean Trainor (Attorney, Kirkland & Ellis, LLP) | 1. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), | | Email with outside counsel reflecting and seeking legal advice regarding licensing negotiations | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 2., 4., 6.  Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 8. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karen Norton, Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney); 9. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| | N/A | 1. 3/21/2013 2. 3/21/2013 3. 3/21/2013 4. 3/20/2013 5. 3/21/2013 6. 3/20/2013 7. 3/20/2013 8. 3/19/2013 9. 3/20/2013 | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 2. 1+ Ruffin Cordell (Attorney, Fish & Richardson, P.C.), except Eric Junghoon Cha (Attorney); 3. Eric | 8. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders | Email with outside counsel reflecting and seeking legal advice regarding licensing negotiations | Withheld ACP/WP Duplicate of Tab 143 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Junghoon Cha (Attorney); 4. 2; 5. Eric Junghoon Cha (Attorney); 6. 2; 7. Eric Junghoon Cha (Attorney); 8. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 9. Richard An, Eric Junghoon Cha (Attorney) | | | |
| 144. | N/A | 1. 3/21/2013 2. 3/21/2013 3. 3/21/2013 | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Linda Kordziel (Attorney, Fish & Richardson P.C.); | 1. Eric Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|--------|
| | | 4. 3/21/2013 5. 3/21/2013 6. 3/21/2013 7. 3/20/2013 8. 3/19/2013 9. 3/18/2013 10. 3/15/2013 11. 3/13/2013 12. 3/13/2013 13. 3/13/2013 | 3. Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha (Attorney); 6. Linda Kordziel (Attorney, Fish & Richardson P.C.); 7. Eric Junghoon Cha (Attorney); 8. Linda Kordziel (Attorney, Fish & Richardson P.C.); 9. Eric Junghoon Cha (Attorney); 10. Linda Kordziel (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney); 12. Injung Lee (Attorney); 13. Eric Junghoon Cha (Attorney) | (Attorney), Richard An (Attorney), Anthony Hojin Kahng (Attorney), Everette Rett Snotherly (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Davidoff (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Richard An (Attorney), Anthony Hojin Kahng (Attorney), Everette Rett Snotherly (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce | | litigation | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP); 3. Eric Junghoon Cha (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Richard An (Attorney), Anthony Hojin Kahng (Attorney), Everette Rett Snotherly (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP); 5. Linda Kordziel (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders; 6. Eric Junghoon Cha (Attorney); 7. Linda |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kordziel (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Junghyeob Lee, Karin Norton (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Connolly LLP); 8. Eric Junghoon Cha (Attorney); 9. Linda Kordziel (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Junghyeob Lee, Karin Norton (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | LLP)n (Attorney, Williams & Connolly LLP); 10. Eric Junghoon Cha (Attorney); 11. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon,  Hankil Kang (Attorney), Junghyeob Lee, ym90.koo@samsung.com, Jong K. Choi, F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders; 12. Eric Junghoon Cha (Attorney), Richard An (Attorney) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 144.1 | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding discovery, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 145. | N/A | 1. 3/26/2013<br>2. 3/26/2013<br>3. 3/20/2013<br>4. 3/20/2013<br>5. 3/20/2013<br>6. 3/19/2013<br>7. 3/20/2013 | 1. Daniel W. Shim (Attorney); 2. Peter Camesasca (Attorney); 3. Daniel W. Shim (Attorney); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Peter Camesasca (Attorney); 2. Daniel W. Shim (Attorney); 3. Peter Camesasca (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil | 6. KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K. Choi, F&R Samsung-Ericsson Leaders; 5. Eric Junghoon Cha (Attorney); 6. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney); Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 7. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| 146. | N/A | 1. 3/25/2013 | 1. Ruffin Cordell (Attorney, Fish & | 1. Eric Junghoon Cha (Attorney); | | Email with outside counsel reflecting | Withheld |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 2. 3/21/2013 3. 3/21/2013 4. 3/20/2013 5. 3/21/2013 6. 3/20/2013 7. 3/20/2013 8. 3/19/2013 9. 3/20/2013 | Richardson P.C.); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 8. Eric Junghoon Cha (Attorney); 9. Sean D. Trainor (Attorney, Kirkland & Ellis LLP) | Jay Shim (Attorney); Beyongho Yuu (Attorney);  Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney); Daniel W. Shim (Attorney); Hojin Chang (Attorney); Hyucksun Kwon; Indong Kang, Injung Lee (Attorney); James Kwak; Junwon Lee; Julie Han (Attorney)  Kijoong Kang (Attorney); Michael Kang (Attorney); Everette Rett Snotherly (Attorney); Richard An (Attorney); Taehyung Kim (Attorney); WonDeuk Song; Youngjo Lim (Attorney);  Anthony Kahng (Attorney); YoungJin Kwon; Hankil Kang (Attorney); JungHyeob Lee; Youngmo Koo; Jong K Choi; F&R Samsung-Ericsson Leaders; 2. 1 - Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. 1 - Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha (Attorney); 6. 1 - Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 8. Sean D. Trainor (Attorney, Kirkland & Ellis LLP); Anthony | | and seeking legal advice regarding licensing negotiations | ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kahng (Attorney); Beyongho Yuu (Attorney);  Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney); Daniel W. Shim (Attorney); Hojin Chang (Attorney); Hyucksun Kwon; Indong Kang, Injung Lee (Attorney); James Kwak; Junwon Lee; Jay Shim (Attorney); Julie Han (Attorney), Kijoong Kang (Attorney); Michael Kang (Attorney); Everette Rett Snotherly (Attorney); Richard An (Attorney); Taehyung Kim (Attorney); WonDeuk Song; Youngjo Lim (Attorney); 9. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| 146.1 | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| | N/A | 1. 3/26/2013 2. 3/21/2013 3. 3/21/2013 4. 3/20/2013 | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); | 1. Eric Junghoon Cha (Attorney), Jay Shim (Attorney); Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | 8. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders | Email with outside counsel reflecting and seeking legal advice regarding licensing negotiations | Withheld ACP/WP Duplicate of 146 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 5. 3/21/2013 6. 3/20/2013 7. 3/20/2013 8. 3/19/2013 9. 3/20/2013 | 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | Girdwood (Attorney), Daniel Wooseob Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 2. 1 + Ruffin Cordell, except Eric Junghoon Cha (Attorney); 3. Eric Junghoon Cha (Attorney); 4. same as 2; 5. Eric Junghoon Cha (Attorney); 6. 1 + Ruffin Cordell; 7. Eric Junghoon Cha (Attorney); 8. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An(Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 9. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of 146.1 |
| | N/A | 1. 3/26/2013 2. 3/21/2013 3. 3/21/2013 4. 3/20/2013 5. 3/21/2013 | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); | 1. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyong Yuu, Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim | 8. KE-Samsung-Ericsson-Leaders, F7R Samsung-Ericsson Leaders | Email with outside counsel reflecting and seeking legal advice regarding licensing negotiations | Withheld ACP/WP Duplicate of 146 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | 6. 3/20/2013<br>7. 3/20/2013<br>8. 3/19/2013<br>9. 3/20/2013 | 5. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. D. Sean Trainor (Attorney, Kirkland & Ellis, LLP); | (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Lee, Injung Lee (Attorney), Jaehwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; Jong K Choi, F&R Sasung-Ericsson Leaders; 2., 4., 6 Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyong Yuu, Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Lee, Injung Lee (Attorney), Jaehwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------  |-------------------|
|     |             |      |             | Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo; Jong K Choi, F&R Sasung-Ericsson Leaders; 3. Eric Junghoon Cha (Attorney);  5. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 8. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoon Kang, Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, |    |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Youngjo Lim (Attorney); 9. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of 146.1 |
| 147. | N/A | 1. 3/26/2013 2. 3/26/2013 3. 3/21/2013 4. 3/21/2013 5. 3/20/2013 6. 3/21/2013 7. 3/20/2013 8. 3/20/2013 9. 3/19/2013 10. 3/20/2013 | 1. Daniel W. Shim (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng | | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K. Choi, F&R Samsung-Ericsson Leaders; 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K. Choi,  F&R Samsung-Ericsson Leaders; 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K. Choi,  F&R Samsung-Ericsson Leaders; 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K. Choi, F&R Samsung-Ericsson Leaders; 8. Eric Junghoon Cha (Attorney); 9. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney), Beyongho Yuu (Attorney); Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 10. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| 147.1 | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of 146.1 |
| 148. | N/A | 1. 3/26/2013 2. 3/25/2013 3. 3/26/2013 4. 3/21/2013 5. 3/21/2013;6. 3/20/2013;7. 3/21/2013 8. 3/20/2013 9. 3/20/2013 10. 3/19/2013 | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) 2. Daniel W. Shim (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Eric Cha (Attorney);5. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 6. Eric Cha (Attorney);7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 8. Eric Cha (Attorney); 9. Ruffin Cordell | 1. Daniel W. Shim (Attorney); 2. Thomas Pease Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Eric Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan | 10. KE-Samsung-Ericsson Leaders, F&R Samsung-Ericsson Leaders | Document prepared by counsel reflecting legal advice regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------|------------------|
| | | 11. 3/20/2013 | (Attorney, Fish & Richardson, P.C.); 10. Eric Cha (Attorney); 11. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 4., 6., Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Yongmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 8. 4. + Eric Cha | | | |
| 149. | N/A | 1. 3/26/2013 2. 3/26/2013 3. 3/25/2013 4. 3/26/2013 5. 3/21/2013 6. 3/21/2013 7. 3/20/2013 8. 3/21/2013 9. 3/20/2013 10. 3/20/2013 11. 3/19/2013 12. 3/20/2013 | 1. Daniel W. Shim (Attorney); 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) 3. Daniel W. Shim (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 7. Eric Junghoon Cha (Attorney); 8. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney); 12. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 4. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim | 11. KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders | Email with counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 5. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 7. same as (5); 9. Eric Junghoon Cha | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney) + same as (5); 11. D. Sean Trainor (Attorney, Kirkland & Ellis LLP),  Anthony Kahng (Attorney),  Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney),  Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) | | | |
| 150. | N/A | 1. 3/25/2013 2. 3/26/2013 3. 3/26/2013 4. 3/25/2013 5. 3/26/2013 6. 3/21/2013 7. 3/21/2013 | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Daniel Shim (Attorney); 3. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 4. Daniel Shim (Attorney); 5. Ruffin Cordell (Attorney, Fish & | 1. Daniel Shim (Attorney); 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 4. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 5. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyong Yu, | 12. KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders | Email with outside counsel, prepared in connection with litigation, reflecting and seeking legal advice regarding licensing negotiations | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 8. 3/20/2013 9. 3/21/2013 10. 3/20/2013 11. 3/20/2013 12. 3/19/2013 13. 3/20/2013 Sean | Richardson P.C.); 6.Eric Junghoon Cha (Attorney);  7. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 8. Eric Junghoon Cha (Attorney); 9. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney); 13. D. Trainor (Attorney, Kirkland & Ellis LLP), | Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), YoungJin Kwon, Hankil Kang (Attorney), JungHyeob Lee, Youngmo Koo, Jong K. Choi, F&RSamsung-EricssonLeaders@fr.com; 6. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jaehwan Kwak, Junwon Lee, Julie Han | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 8. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jaehwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim |    |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; |     |             |                   |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | 12. Sean D. Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); | | | |
| 151. | N/A | 1. 3/26/2013<br>2. 3/26/2013<br>3. 3/26/2013<br>4. 3/25/2013<br>5. 3/26/2013<br>6. 3/21/2013<br>7. 3/21/2013<br>8. 3/20/2013 | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP)<br>2. Daniel W. Shim (Attorney)<br>3. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP)<br>4. Daniel W. Shim (Attorney)<br>5. Ruffin Cordell (Attorney, Fish & Richardson P.C.) | 1. Daniel W. Shim (Attorney)<br>2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP)<br>3. Daniel W. Shim (Attorney)<br>4. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP)<br>5. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyongho Yuu | | Email sent by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | 9. 3/21/2013<br>10. 3/20/2013<br>11. 3/20/2013<br>12. 3/20/2013<br>13. 3/20/2013 | | 6. Eric Junghoon Cha (Attorney)<br>7. Ruffin Cordell (Attorney, Fish & Richardson P.C.)<br>8. Eric Junghoon Cha (Attorney)<br>9. Ruffin Cordell (Attorney, Fish & Richardson P.C.)<br>10. Eric Junghoon Cha (Attorney)<br>11. Ruffin Cordell (Attorney, Fish & Richardson P.C.)<br>12. Eric Junghoon Cha (Attorney)<br>13. Sean D. Trainor (Attorney, Kirkland & Ellis LLP) | (Attorney), Brians Sungyun Kim, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Injung Lee (Attorney), Julie Han (Attorney), Jinhwan Kwak, Junwon Lee, Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samung-Ericsson Leaders<br>6. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brians Sungyun Kim, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Injung Lee (Attorney), Julie Han (Attorney), Jinhwan Kwak, Junwon Lee, Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samung-Ericsson Leaders 7. Eric Junghoon Cha (Attorney) 8. 6 9. Eric Junghoon Cha (Attorney) 10. 6 + Eric Junghoon Cha (Attorney) 11. Eric Junghoon Cha (Attorney) 12.6 + Sean D. Trainor (Attorney, Kirkland & Ellis LLP), minus Ruffin Cordell (Attorney, Fish & Richardson P.C.) 13. Richard An (Attorney), Eric Junghoon Cha (Attorney) | | | |
| 152. | N/A | 1. 3/26/2013 2. 3/26/2013 3. 3/26/2013 4. 3/26/2013 5. 3/25/2013 6. 3/26/2013 7. 3/21/2013 8. 3/21/2013 | 1. Daniel Shim (Attorney); 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 3. Daniel Shim (Attorney); 4. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 5. Daniel Shim (Attorney); 6. Ruffin Cordell (Attorney, Fish & | 1., 3., 5. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 6. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyonho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong | 13. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders | Email with outside counsel prepared in connection with litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 9. 3/20/2013 10. 3/21/2013 11. 3/20/2013 12. 3/20/2013 13. 3/19/2013 14. 3/20/2013 | Richardson P.C.); 7. Eric Junghoon Cha (Attorney); 8. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney); 12. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 13. Eric Junghoon Cha (Attorney); 14. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), wdsong@samsung.com, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong Choi, F&R Samsung-Ericcson Leaders; 7., 9., Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyonho Yuu, Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney),Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong Choi, F&R Samsung-Ericcson Leaders; 11. 6. + Ruffin Cordell (Attorney, Fish & Richardson P.C.); 13. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwoo Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 153. | N/A | 1. 3/26/13 2. 3/25/13 3. 3/21/13 4. 3/21/13 5. 3/20/13 6. 3/21/13 7. 3/20/13 8. 3/19/13 9. 3/20/13; | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 5. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 8. Eric Junghoon Cha (Attorney); 9. Trainor D. Sean | 1. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Eric Junghoon Cha (Attorney), Jay Shim (attorney), Beyong Ho Yuu, Sungyun Kim (Attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim, Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Wwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly, Richard An, Taehyung Kim, Wondeuk Song, Youngjo Lim (Attorney), Hojin Kang (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K. Choi; 3. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim (attorney), BeYong Yuu, Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim, Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|----|
| | | | | Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Smotherly, Richard An, Taehyung Kim, Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng, Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee; Young Mo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 4. same as (3); 6. same as (3); 8. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng, BeYong Yuu, Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel Shim, Hojin Chang (Attorney), HyuckSun Kwon, Indong Kang, Injung Lee (Attorney), JinHwan Kwak, JunWon Lee, Jay Shim (attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An, TaeHyung Kim, Wondeuk Song, Youngjo Lim (Attorney) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 1. 3/26/2013 2. 3/25/2013 3. 3/21/2013 4. 3/21/2013 5. 3/20/2013 6. 3/21/2013 7. 3/20/2013 8. 3/20/2013 9. 3/19/2013 10. 3/20/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Eric Junghoon Cha (Attorney); Jay Shim (Attorney); Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi; 2. Eric Junghoon Cha (Attorney); 3. 1 + F&R Samsung-Ericsson Leaders, except Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 5. 3; 6. Eric Junghoon Cha (Attorney); 7. 3; 8. Eric | 9. F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders | Email with outside counsel seeking and reflecting legal advice regarding discovery matters, prepared in connection with litigation | Withheld ACP/WP Duplicate of Tab 153 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Junghoon Cha (Attorney); 9. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney); 10. Richard An, Eric Junghoon Cha (Attorney) | | | |
| 154. | N/A | 1. 3/27/2013 2. 3/26/2013 3. 3/26/2013 4. 3/25/2013 5. 3/21/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP); 4. Ruffin Cordell (Attorney, Fish & | 1. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim | 1. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim | Email with outside counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 6. 3/21/2013 7. 3/20/2013 8. 3/21/2013 9. 3/20/2013 10. 3/20/2013 11. 3/19/2013 12. 3/20/2013 | Richardson P.C.); 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 7. Eric Junghoon Cha (Attorney); 8. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 11. Eric Junghoon Cha (Attorney); 12. Sean Trainor (Attorney, Kirkland & Ellis LLP) | (Attorney); 3. Eric Junghoon Cha (Attorney); 5, 7, 9. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K Choi, F&R Samsung-Ericsson Leaders; 11. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Kahng (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong | (Attorney), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Ruffin Cofdell (Attorney, Fish & Richardson P.C.), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.); 11. KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly, Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney) | | | |
| 155. | N/A | 1. 3/27/2013 2. 3/27/2013 3. 3/26/2013 4. 3/21/2013 5. 3/21/2013 6. 3/20/2013 7. 3/21/2013 8. 3/20/2013 9. 3/20/2013 | 1. Daniel Shim (Attorney); 2. Daniel Shim (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson P.C.); 8. Eric Junghoon Cha (Attorney); 9. D. Sean Trainor (Attorney, Kirkland & Ellis LLP); | 1. Paul Zeineddin (Attorney); 2. Paul Zeineddin (Attorney); 3. Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Beyong Ho Yuu (Attorney), Brian Sungyun Kim (attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly (Attorney), Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Jong K Choi, FR Samsung-Ericsson Leaders; 4&6&8. Ruffin Cordell (Attorney, Fish & Richardson P.C.), Jay Shim | | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Beyong Ho Yuu (Attorney), Brian Sungyun Kim (attorney), David Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Young Mo Koo, Jong K Choi, FR Samsung-Ericsson Leaders; 5. Eric Junghoon Cha (Attorney); 7. Eric Junghoon Cha (Attorney); 9. Eric Junghoon Cha (Attorney), Richard An (Attorney) | | | |
| 156. | N/A | 1. 4/2/2013 2. 3/31/2013 | 1. Jeahun Han; 2. Ari Zymelman (Attorney, Williams & Connolly LLP) | 1. Ari S. Zymelman (Attorney, Williams & Connolly LLP), Indong Kang; 2. Indong Kang | 1. Injung Lee (Attorney) Brian Sungyun Kim (Attorney) James Minjae Shin (Attorney) Rosa Woosun Kim (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|-----|
| | | | | | Kyungman Kim, James Jinhwan Kwak, Jeahun Han, Bruce Genderson (Attorney), Williams & Connolly LLP<br>Kevin Hardy (Attorney), Williams & Connolly LLP<br>Stanley Fisher (Attorney), Williams & Connolly LLP) | | |
| 157. | N/A | 1. 4/2/2013<br>2. 4/2/2013<br>3. 3/31/2013 | 1. Kevin Hardy (Attorney, Williams & Connolly LLP); 2. Jeahun Han; 3.  Ari S. Zymelman (Attorney, Williams & Connolly LLP) | 1. Jeahun Han, Ari S. Zymelman (Attorney, Williams & Connolly LLP), Indong Kang; 2. Ari S. Zymelman (Attorney, Williams & Connolly LLP), Indong Kang; 3. Indong Kang | 1. Injung Lee (Attorney), Brian Sungyun Kim (attorney), James Minjae Shin (Attorney), Rosa Woosun Kim (Attorney), Kyungman Kim, James Jinhwan Kwak, Jeahun Han, Bruce Genderson (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP); 2.  Injung Lee (Attorney), Brian Sungyun Kim (attorney), James Minjae Shin (Attorney), Rosa Woosun Kim (Attorney), Kyungman Kim, James Jinhwan Kwak, Bruce Genderson (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly | Email with outside counsel, prepared in anticipation of litigation, seeking legal advice regarding licensing issues | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | LLP), Stanley Fisher (Attorney, Williams & Connolly LLP) | | |
| 158. | N/A | 1. 4/3/2013 2. 04/03/2013 3. 3/27/2013 4. 3/26/2013 5. 3/26/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 5. Greg Arovas (Attorney, Kirkland & Ellis LLP) | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim (Attorney); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim (Attorney); 5. Eric Junghoon Cha (Attorney) | 1. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Sungyoon Kim, Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.); 3. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (attorney), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.); 5. Greg Arovas (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim | Email with counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | (attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Richard An (Attorney), Kijoong Kang (Attorney), Michale McKeon | | |
| 159. | N/A | 1. 4/2/2013 2. 3/22/2013 3. 3/21/2013 4. 3/21/2013 5. 3/21/2013 6. 3/21/2013 7. 3/21/2013 8. 3/20/2013 9. 3/19/2013 10. 3/18/2013 11. 3/15/2013 12. 3/13/2013 13. 3/13/2013 14. 3/13/2013 | 1. Eric Junghoon Cha (Attorney); 2. Linda Kordziel (Attorney, Fish & Richardson P.C.); 3. Linda Kordziel (Attorney, Fish & Richardson P.C.); 4. Eric Junghoon Cha (Attorney); 5. Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 7. Linda Kordziel (Attorney, Fish & Richardson P.C.); 8. Eric Junghoon Cha (Attorney); 9. Linda Kordziel (Attorney, Fish & Richardson P.C.); 10. Eric Junghoon Cha (Attorney); 11. Linda Kordziel (Attorney, Fish & Richardson P.C.); 12. Eric Junghoon Cha (Attorney); 13. Injung Lee (Attorney); 14. Eric Junghoon Cha (Attorney) | 1. Linda Kordziel (Attorney, Fish & Richardson P.C.), Eric Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Richard An (Attorney), Anthony Hojin Kahng (Attorney), Everette Rett Snotherly (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP), Samuel Davidoff (Attorney, Williams & Connolly LLP); 2. Eric Junghoon Cha (Attorney); 3. Eric | | Email with outside counsel seeking and reflecting legal advice regarding discovery matters in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Junghoon Cha (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Richard An (Attorney), Anthony Hojin Kahng (Attorney), Everette Rett Snotherly (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP); 4. Eric Junghoon Cha (Attorney), Linda Kordziel (Attorney, Fish & Richardson P.C.), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Richard An (Attorney), Anthony Hojin Kahng (Attorney), Everette Rett Snotherly (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Injung Lee (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP); 6. Linda Kordziel (Attorney, Fish & Richardson P.C.), Paul Zeineddin (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders; 7. Eric Junghoon Cha (Attorney); 8. Linda Kordziel (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Richard An |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Junghyeob Lee, Karin Norton (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP); 9. Eric Junghoon Cha (Attorney); 10. Linda Kordziel (Attorney, Fish & Richardson P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Kang (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Junghyeob Lee, Karin Norton (Attorney), KE-Samsung-Ericsson-Leaders, F&R Samsung-Ericsson Leaders, Paul Zeineddin (Attorney), Bruce Genderson (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP)n (Attorney, Williams & Connolly LLP); 11. Eric Junghoon Cha (Attorney); 12. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon,  Hankil Kang (Attorney), Junghyeob Lee, Young Mo Koo, Jong K. Choi, F&R Samsung-Ericsson Leaders, KE-Samsung-Ericsson-Leaders; 13. Eric Junghoon Cha (Attorney), Richard An (Attorney) | | | |
| 159.1 | N/A | | | | | Draft document prepared by outside counsel reflecting legal advice regarding discovery, prepared in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 144.1 |
| 160. | N/A | 1. 4/3/2013 2. 4/3/2013 3. 3/27/2013 4. 3/26/2013 5. 3/26/2013 6. 3/26/2013 7. 3/25/2013 8. 03/21/2013 9. 3/21/2013 10. 3/20/2013 11. 3/21/2013 | 1. Eric Junghoon Cha (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 3. Eric Junghoon Cha (Attorney); 4.  Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 5. Greg Arovas (Attorney, Kirkland & Ellis LLP); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 8. Eric Junghoon Cha (Attorney); 9. Ruffin Cordell (Attorney, Fish & | 1, 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim (Attorney); 4. Greg Arovas (Attorney, Kirkland & Ellis LLP); 5. Eric Junghoon Cha (Attorney); 6. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP); | 1, 3. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (attorney), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.); 5. Greg Arovas (Attorney, Kirkland & Ellis LLP), Kenneth | Email with counsel reflecting and seeking legal advice regarding licensing issues, prepared  in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 12. 3/20/2013 13. 3/20/2013 14. 3/19/2013 15. 3/20/2013 | Richardson, P.C.); 10. Eric Junghoon Cha (Attorney); 11. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 12. Eric Junghoon Cha (Attorney); 13. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 14. Eric Junghoon Cha (Attorney); 15. Sean Trainor (Attorney, Kirkland & Ellis) | 7. Eric Junghoon Cha (Attorney); 8, 10, 12. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly; 9, 11, 13. Eric Junghoon Cha (Attorney); 14. Sean Trainor (Attorney, Kirkland & Ellis), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly; 15. Eric Junghoon Cha (Attorney), Richard An (Attorney) | Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.) | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 160.1 | N/A | 4/5/2013 | IP Legal | Samsung IP Legal | | Document prepared by counsel regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 161. | N/A | 1. 4/3/2013 2. 4/3/2013 3. 4/3/2013 4. 3/27/2013 5. 3/26/2013 6. 3/26/2013 7. 3/26/2013 8. 3/25/2013 9. 3/21/2013 10. 3/21/2013 11. 3/21/2013 12. 3/21/2013 13. 3/20/2013 14. 3/20/2013 15. 3/19/2013 16. 3/20/2013 | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 2. Ruffin Cordell; 3. Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell; 6. Greg Arovas (Attorney, Kirkland & Ellis LLP); 7. Eric Junghoon Cha (Attorney); 8. Ruffin Cordell; 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell; 11. Eric Junghoon Cha (Attorney); 12. Ruffin Cordell; 13. Eric Junghoon Cha (Attorney), 14. Ruffin Cordell; 15. Eric Junghoon Cha (Attorney); 16. D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | 1. Eric Junghoon Cha (Attorney), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim (Attorney); 2., 4. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim (Attorney); 3. Eric Junghoon Cha (Attorney); 4. Eric Junghoon Cha (Attorney); 6. Eric Junghoon Cha (Attorney); 9., 11., 13 Ruffin Cordell, Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang | 1. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (attorney), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Linda Kordziel (Attorney, Fish & Richardson P.C.); 2, 4. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.); 6. Greg Arovas (Attorney, Kirkland & Ellis LLP), Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth | Email with outside counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee, Youngmo Koo, Jong K. Choi,  F&R Samsung-Ericsson Leaders; 15.  D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Anthony Hojin Kahng (Attorney); Beyongho Yuu (Attorney); Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney)d, Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Jay Shim (Attorney), Julie Han (Attorney), Karin Norton (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim | Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.); 15. KE-Samsung-Ericsson Leaders, F&R Samsaung-Ericsson Leaders | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney); | | | |
| 161.1 | N/A | 4/5/2013 | IP Legal | Samsung IP Legal | | Document prepared by counsel regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP, Duplicate of 245.1 |
| 162. | N/A | 1. 4/4/2013 2. 4/3/2013 3. 4/4/2013 4. 4/3/2013 5. 4/3/2013 6. 3/27/2013 7. 3/26/2013 8. 3/26/2013 9. 3/26/2013 10. 3/25/2013 11. 03/21/2013 12. 3/21/2013 13. 3/20/2013 14. 3/21/2013 15. 3/20/2013 16. 3/20/2013 17. 3/19/2013 18. 3/20/2013 | 1. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 4. Eric Junghoon Cha (Attorney); 5. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 6. Eric Junghoon Cha (Attorney); 7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 8. Greg Arovas (Attorney, Kirkland & Ellis LLP); 9. Eric Junghoon Cha (Attorney); 10. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 11. Eric Junghoon Cha (Attorney); 12. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 13. Eric Junghoon Cha (Attorney); 14. Ruffin Cordell (Attorney, Fish & Richardson, P.C.); 15. Eric Junghoon Cha (Attorney); 16. Ruffin Cordell (Attorney, Fish & | 1. Eric Junghoon Cha (Attorney), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim (Attorney); 2. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Eric Junghoon Cha (Attorney), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim (Attorney); 3. Eric Junghoon Cha (Attorney); 4, 6. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP), James Jinhwan Kwak, Taehyung Kim (Attorney), Jay Shim (Attorney); 7. Greg Arovas (Attorney, Kirkland & Ellis LLP), 8. Eric Junghoon Cha (Attorney); 9. Ruffin Cordell (Attorney, Fish & | 1. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Sungyoon Kim, Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Linda Kordziel (Attorney, Fish & Richardson P.C.); 2. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (attorney), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.), Linda | Email with counsel reflecting and seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  | Richardson, P.C.); 17. Eric Junghoon Cha (Attorney); 18. Sean Trainor (Attorney, Kirkland & Ellis) | Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP); 10. Eric Junghoon Cha (Attorney); 11, 13, 15. Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Jay Shim (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly; 12, 14, 16. Eric Junghoon Cha (Attorney); 17. Sean Trainor (Attorney, Kirkland & Ellis), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Girdwood, Daniel Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Rett Snotherly; 18. Eric | Kordziel (Attorney, Fish & Richardson P.C.); 4, 6. Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (attorney), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.); 8. Greg Arovas (Attorney, Kirkland & Ellis LLP), Kenneth Adamo, Jennifer Selendy (Attorney, Kirkland & Ellis LLP), Injung Lee (Attorney), Brian Sungyun Kim (attorney), Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Richard An (Attorney), Kijoong Kang (Attorney), Mike McKeon (Attorney, Fish & Richardson P.C.) (Fish & Richardson P.C.) |  |  |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Junghoon Cha (Attorney), Richard An (Attorney) | | | |
| 163. | | | | | | Removed For Translation | |
| 164. | N/A | 1. 4/9/2013<br>2. 4/9/2013<br>3. 4/8/2013<br>4. 4/5/2013<br>5. 4/5/2013<br>6. 4/5/2013<br>7. 4/4/2013<br>8. 4/3/2013 | 1. Eric Junghoon Cha (Attorney)<br>2. Edward C. Donovan (Attorney, Kirkland & Ellis LLP)<br>3. - 6. Eric Junghoon Cha (Attorney),<br>7. Ruffin Cordell (Attorney, Fish & Richardson, P.C.)<br>8. Greg Arovas (Attorney, Kirkland & Ellis LLP) | 1. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Junghyeob Lee, Youngmo Koo, Jong K Choi, Seungho Ahn (Attorney), Seung Gun Park, Jaewan Chi (Attorney), Minhyung Chung<br>3. Eric Junghoon Cha (Attorney), | 3. Richard An (Attorney), F&R Samsung-Ericsson Leaders, #KE-Samsung-Ericsson_Leaders, #Samsung-Erricson-Licensing-Team | Email from counsel reflecting legal advice regarding third party licensing issues, written in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Ruffin Cordell (Attorney, Fish & Richardson, P.C.), Greg Arovas (Attorney, Kirkland & Ellis LLP) | | | |
| 164.1 | N/A | 4/8/2013 | Edward C. Donovan (Attorney, Kirkland & Ellis LLP), Eric Junghoon Cha (Attorney) | Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Junghyeob Lee, Youngmo Koo, Jong K Choi, Seungho Ahn (Attorney), Seung Gun Park, Jaewan Chi (Attorney), Minhyung Chung | | Memorandum prepared by counsel in anticipation of litigation reflecting legal advice regarding third party licensing issues | Withheld ACP/WP |
| 165. | | | | | | Removed For Translation | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 166. | N/A | 4/10/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Richard An (Attorney), F&R Samsung-EricssonLeaders, KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney) | | Email with outside counsel reflecting and seeking legal advice and attaching document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 166.1 | N/A | 4/10/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Richard An (Attorney), F&R Samsung-EricssonLeaders, KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney) | | Document prepared by outside counsel reflecting legal advice regarding licensing issues,  prepared in anticipation of litigation | Withheld ACP/WP |
| | N/A | 1. 4/10/2013 2. 4/4/2013 | 1. Greg Arovas (Attorney, Kirkland & Ellis LLP); 2. Richard An (Attorney) | 1. Richard An (Attorney), F&RSamsung-EricssonLeaders, KE-Ericsson-Leaders, Brian Sungyun Kim (attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang | | Email with outside counsel reflecting and seeking legal advice and attaching document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 166 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Everrette Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehwak Lee, Kyuhyuk Lee, Taesuk Kim, Hyunsun Kwak, Jaehyun Park, Jonghee Kim, Joosang Kim, Joonhong Park, Seungkyun Oh, Sungho Lee (attorney), Suyeul Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyun Kim (Attorney), Kenneth Korea (Attorney), Jong K Choi , Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Paul Zeineddin (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP),  F&RSamsung-EricssonLeaders, KE-Ericsson-Leaders, Brian Sungyun Kim (attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everrette  Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehwak Lee, Kyuhyuk Lee, Taesuk Kim, Hyunsun Kwak, Jaehyun Park, Jonghee Kim, Joosang Kim, Joonhong Park, Seungkyun Oh, Sungho Lee (attorney), Suyeul Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, |  |  |  |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|--------------|-------------------|
| | | | | Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyun Kim (Attorney), Kenneth Korea (Attorney), Jong K Choi , Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Paul Zeineddin (Attorney) | | | |
| | N/A | 4/10/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Richard An (Attorney), F&RSamsung-EricssonLeaders, KE-Ericsson-Leaders, Brian Sungyun Kim (attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everrette Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), | | Document prepared by outside counsel reflecting legal advice regarding licensing issues,  prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 166.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------|--------------------|
| | | | | Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehwak Lee, Kyuhyuk Lee, Taesuk Kim, Hyunsun Kwak, Jaehyun Park, Jonghee Kim, Joosang Kim, Joonhong Park, Seungkyun Oh, Sungho Lee (attorney), Suyeul Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyun Kim (Attorney), Kenneth Korea (Attorney), Jong K Choi , Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Paul Zeineddin (Attorney) | | | |
| N/A | | 4/10/13 | 1. Greg Arovas (Attorney, Kirkland & Ellis LLP), 2. Richard An (Attorney) | 1. Richard An (Attorney), F&RSamsung-EricssonLeaders@fr.com, KE-Samsung-ERicsson-Leaders, Brian Sungyun Kim (attorney), James | | Email with outside counsel reflecting and seeking legal advice and attaching document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 166 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Jun Hong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), Youngjin Kwon, |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Seungho Ahn (Attorney), MinHyung Chung, Jaewan Chi (Attorney), Young Kyoo Jang, Jaeil Park (Attorney), Seunggun Park, Paul Zeineddin (Attorney) 2. Greg Arovas (Attorney, Kirkland & Ellis LLP), F&RSamsung-EricssonLeaders@fr.com, KE-Samsung-ERicsson-Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Jun Hong Park, | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), MinHyung Chung, Jaewan Chi (Attorney), Young Kyoo Jang, Jaeil Park (Attorney), Seunggun Park, Paul Zeineddin (Attorney) | | | |
| N/A | | 4/10/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Richard An (Attorney), F&RSamsung-EricssonLeaders@fr.com, KE-Samsung-ERicsson-Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim | | Document prepared by outside counsel reflecting legal advice regarding licensing issues,  prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 166.1 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Jun Hong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), MinHyung Chung, Jaewan Chi (Attorney), Young Kyoo Jang, Jaeil Park (Attorney), Seunggun Park, Paul Zeineddin (Attorney) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------------|------|-------------|--------------|----|-----------|--------|
| | N/A | 1. 4/9/2013<br>2. 4/4/2013 | 1. Greg Arovas (Attorney, Kirkland & Ellis, LLP); 2. Richard An (Attorney) | 1. Richard An (Attorney), F&R Samsung-EricssonLeaders, KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim, Hojin Chang (Attorney), Daniel Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel Shim, Beyongho Yuu (attorney), Jaehawk Lee, Kyuhyuck Lee, kts71@samsung.com, Hyeonseon Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seung-gyun Oh, Sung-ho Lee, Sooyeol Lee, kimys98@samsung.com, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin, Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong Choi, Ilsun Tak, | | Email with outside counsel reflecting and seeking legal advice and attaching document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 166 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney). Minhyung Chung, Jaewan Chi (Attorney), Youngkyoo Jang, Jaeil Park (Attorney), Seunggun Park, Paul Zeineddin (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis, LLP), F&Rsamsung-EricssonLeaders, KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim, Richard An, Hojin Chang (Attorney), Daniel Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel Shim (Attorney), Beyongho Yuu (attorney), Jaehawk Lee, Kyuhyuck Lee, kts71@samsung.com, Hyeonseon Kwak, Jaehyun Park, Jonghee Kim, Joosang Kim, |     |             |                   |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Junhong Park, Seung-gyun Oh, Sung-ho Lee, Sooyeol Lee, kimys98@samsung.com, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin, Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong Choi, Ilsun Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney). Minhyung Chung, Jaewan Chi (Attorney), Youngkyoo Jang, Jaeil Park (Attorney), Seunggun Park, Paul Zeineddin (Attorney) | | | |
| | N/A | 4/9/2013 | Greg Arovas (Attorney, Kirkland & Ellis, LLP) | Richard An (Attorney), F&R Samsung-EricssonLeaders, KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim, Hojin Chang | | Document prepared by outside counsel reflecting legal advice regarding licensing issues,  prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 166.1 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Daniel Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel Shim, Beyongho Yuu (attorney), Jaehawk Lee, Kyuhyuck Lee, kts71@samsung.com, Hyeonseon Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seung-gyun Oh, Sung-ho Lee, Sooyeol Lee, kimys98@samsung.com, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin, Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong Choi, Ilsun Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyoo Jang, Jaeil Park (Attorney), Seunggun Park, Paul Zeineddin (Attorney) | | | |
| 167. | N/A | 1. 4/10/2013 2. 4/10/2013 | 1. Daniel W. Shim (Attorney); 2. Greg Arovas (Attorney, Kirkland & | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); | | Email with outside counsel seeking and reflecting legal advice and attaching | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 3. 4/4/2013 | Ellis LLP); 3. Richard An (Attorney) | 2. Richard An (Attorney), F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney); Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuck Lee, Taesuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seunggyoon Oh, Sungho Lee (attorney), Sooyul Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, TaeEun Kim, Hoshin Lee (Attorney), Minjae Shin, Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea | | document regarding licensing issues prepared in anticipation of litigation | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Jong K Choi, Ilsung Tak, Young Ok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung, Jaeil Park (Attorney), Youngkyu Jang; Seung Gun Park, Paul Zeineddin (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP), F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney); Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuck Lee, Taesuk Kim, Hyunsun Kwack, | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Jaehyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seunggyoon Oh, Sungho Lee (attorney), Sooyul Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, TaeEun Kim, Hoshin Lee (Attorney), Minjae Shin, Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young Ok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung, Jaeil Park (Attorney), Youngkyu Jang; Seung Gun Park, Paul Zeineddin (Attorney) | | | |
| 167.1 | N/A | 4/10/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Richard An (Attorney), F&R Samsung-Ericsson Leaders; KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney); Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuck Lee, Taesuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seunggyoon Oh, Sungho Lee (attorney), Sooyul Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, TaeEun Kim, Hoshin Lee (Attorney), Minjae Shin, Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young Ok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung, Jaeil Park (Attorney), Youngkyu Jang; Seung Gun Park, Paul Zeineddin (Attorney) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 1. 4/10/2013<br>2. 4/10/2013<br>3. 4/4/2013 | 1. Daniel W. Shim (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP); 3. Richard An (Attorney) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP); 2. Richard An (Attorney), F&R Samsung-Ericsson Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Gridwood, Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Taesuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghui Kim, Joosang Kim, Junhong Park, Seunggyun Oh, Sungho Lee (attorney), Sooyeol Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, | | Email with outside counsel seeking and reflecting legal advice and attaching document regarding licensing issues prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 167 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Minkyoon Kim, Kenneth Korea (Attorney), Jong K. Choi, Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyu Jang, Jaeil Park (Attorney), Seungun Park, Paul Zeineddin (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP), F&RSamsung-EricssonLeaders, KE-Ericsson-Leaders, Brian Sungyun Kim (attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everrette Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehwak Lee, Kyuhyuk | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Lee, Taesuk Kim, Hyunsun Kwak, Jaehyun Park, Jonghee Kim, Joosang Kim, Joonhong Park, Seungkyun Oh, Sungho Lee (attorney), Suyeul Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyun Kim (Attorney), Kenneth Korea (Attorney), Jong K Choi , Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Paul Zeineddin (Attorney) | | | |
| | N/A | 4/9/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Richard An (Attorney), F&R Samsung-Ericsson Leaders, Brian Sungyun Kim (attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 167.1 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Gridwood, Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Taesuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghui Kim, Joosang Kim, Junhong Park, Seunggyun Oh, Sungho Lee (attorney), Sooyeol Lee, Yangsun Kim, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K. Choi, Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyu Jang, Jaeil Park (Attorney), Seungun Park, Paul Zeineddin (Attorney) | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 168. | N/A | 4/12/2013 | Ari Zymelman (Attorney, Williams & Connolly LLP) | Injung Lee (Attorney), Jaehun Han, Seughno Ahn (Attorney) | Bruce Genderson (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP) | Email from outside counsel reflecting legal advice regarding licensing,and attaching presentation prepared by counsel in anticipation of litigation | Withheld ACP/WP |
| 168.1 | N/A | 4/12/2013 | Ari S. Zymelman (Attorney, Williams & Connolly LLP) | Injung Lee (Attorney), Jeahun Han, Seungho Ahn (Attorney) | Bruce Genderson (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP) | Document prepared by outside counsel in anticipation of litigation reflecting legal advice regarding license negotiations with third party | Withheld ACP/WP |
| 169. | N/A | 1. 4/13/2013 2. 4/12/2013 | 1. Injung Lee (Attorney); 2. Ari S. Zymelman (Attorney, Williams & Connolly LLP) | 1. Indong Kang, James Minjae Shin (Attorney), James Jinhwan Kwak, Hosik Jang, Kyungman Kim (Attorney), Brian Sungyun Kim (Attorney), Daniel W. Shim (Attorney), Richard An (Attorney), Eric Junghoon Cha (Attorney), Kijoong Kang (Attorney); 2. Injung Lee (Attorney), Jeahun Han, Seungho Ahn (Attorney) | 2. Bruce Genderson (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP) | Email written at the direction of counsel in anticipation of litigation reflecting legal advice and attaching document prepared regarding license negotiations with third party | Withheld ACP/WP |
| 169.1 | N/A | 4/12/2013 | Ari S. Zymelman (Attorney, Williams & Connolly LLP) | Injung Lee (Attorney), Jeahun Han, Seungho Ahn (Attorney) | Bruce Genderson (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP) | Document prepared by outside counsel in anticipation of litigation reflecting legal advice regarding license negotiations with third party | Withheld ACP/WP, Duplicate of 170.1 |
| 170. | N/A | 1. 4/13/2013 2. 4/13/2013 | 1. Brian Sung Yun Kim (Attorney); 2. Injung Lee (Attorney); 3. Ari | 1. Brian Sungyun Kim (Attorney); 3. Injung Lee (Attorney), Jeahun Han, | 3. Bruce Genderson (Attorney, Williams & Connolly LLP), Kevin | Email with counsel reflecting legal advice and attaching document | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 3. 4/12/2013 | S. Zymelman (Attorney, Williams & Connolly LLP) | Seungho Ahn | Hardy (Attorney, Williams & Connolly LLP) | prepared regarding license negotiations | |
| 170.1 | N/A | 4/12/2013 | Ari S. Zymelman (Attorney, Williams & Connolly LLP) | Injung Lee (Attorney), Jeahun Han, Seungho Ahn | Bruce Genderson (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP) | Document prepared by counsel reflecting legal advice regarding license negotiations | Withheld ACP/WP |
| 171. | N/A | 4/15/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Daniel Shim (Attorney) | | Email from outside counsel reflecting legal advice and attaching document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 171.1 | N/A | 4/15/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Daniel Shim (Attorney) | | Document prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 171.2 | N/A | | | | | Empty File | Not Produced, NR |
| 172. | N/A | 1. 4/15/2013 2. 4/15/2013 | 1. Daniel W. Shim (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP) | 1. Greg Arovas (Attorney, Kirkland & Ellis LLP); 2. Daniel W. Shim (Attorney) | 1. Injung Lee (Attorney) | Email with outside counsel reflecting legal advice and attaching document regarding deposition strategy, prepared in anticipation of litigation | Withheld ACP/WP |
| 172.1 | N/A | 4/15/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Daniel W. Shim (Attorney) | | Document prepared by outside counsel reflecting legal advice on deposition | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|-------------------|
| | | | | | | strategy, prepared in anticipation of litigation | |
| 173. | N/A | 1. 4/15/2013 2. 4/15/2013 3. 4/15/2013 | 1. Daniel W. Shim (Attorney); 2. Daniel W Shim (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP) | 1. Peter Camesasca (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP); 3. Daniel W. Shim (Attorney) | 2. Injung Lee (Attorney) | Email with outside counsel reflecting legal advice and attaching document regarding deposition strategy, prepared in anticipation of litigation | Withheld ACP/WP |
| 173.1 | N/A | 4/15/2013 | Greg Arovas (Attorney, Kirkland & Ellis LLP) | Peter Camesasca (Attorney) | | Document prepared by outside counsel reflecting legal advice on deposition strategy, prepared in anticipation of litigation | Withheld ACP/WP |
| 174. | N/A | 1. 4/15/2013 2. 4/15/2013 3. 4/15/2013 | 1. Daniel W. Shim (Attorney); 2. Daniel W. Shim (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) ; 2. Greg Arovas (Attorney, Kirkland & Ellis LLP); 3. Daniel W. Shim (Attorney) | 2. Injung Lee (Attorney) | Email with outside counsel reflecting legal advice and attaching document regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 174.1 | N/A | 4/15/2013 | Daniel W. Shim (Attorney) | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | | Document prepared by counsel reflecting legal advice regarding licensing negotiations, written in anticipation of litigation | Withheld ACP/WP |
| 175. | N/A | 1. 4/15/2013 2. 4/14/2013 3. 4/15/2013 4. 4/15/2013 | 1. Peter Camesasca (Attorney); 2. Daniel W. Shim (Attorney); 3. Daniel W. Shim (Attorney); 4. Greg Arovas (Attorney, Kirkland & Ellis | 1. Daniel Shim (Attorney); 2. Peter Camesasca (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP); 4. Daniel W. Shim (Attorney) | 1. Julie Vandenbusche; 3. Injung Lee (Attorney) | Email with outside counsel reflecting legal advice and attaching memorandum regarding licensing issues, prepared in anticipation of | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | LLP) | | | litigation | |
| 175.1 | N/A | 4/15/2013 | Peter Camesasca (Attorney) | Daniel Shim (Attorney) | Julie Vandenbusche | Memorandum prepared by outside counsel reflecting legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 176. | N/A | 4/16/2013 | William & Connolly LLP | Samsung Electronics Co., Ltd. | | Memorandum prepared by outside counsel with redacted portions reflecting legal advice regarding Samsung's license negotiation with third party, written in connection with arbitration and in anticipation of litigation | Withheld ACP/WP |
| 176.1 | N/A | 4/16/2013 | William & Connolly LLP | Samsung Electronics Co., Ltd. | | Memorandum prepared by outside counsel with redacted portions reflecting legal advice regarding Samsung's license negotiation with third party, written in connection with arbitration and in anticipation of litigation | Withheld ACP/WP |
| 177. | N/A | 1. 4/17/2013 2. 4/17/2013 | 1. Injung Lee (Attorney); 2. Ari S. Zymelman (Attorney, Williams & Connolly LLP) | 1. Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney) | | Email from Samsung's outside counsel attaching memorandum providing legal advice | Withheld ACP/WP |
| 177.1 | N/A | 4/16/2013 | William & Connolly LLP | Samsung Electronics Co., Ltd. | | Memorandum prepared by outside | Withheld |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | | counsel with redacted portions reflecting legal advice regarding Samsung's license negotiation with third party, written in connection with arbitration and in anticipation of litigation | ACP/WP |
| 178. | N/A | 4/24/13 | Kathleen Sullivan (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | Anthony Hojin Kahng (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byungun Min, Chris Low, Cindi Moreland (Attorney), Daniel W. Shim (Attorney), Seungho Ahn (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Injung Lee (Attorney), Jaewan Chi (Attorney), James Jinhwan Kwak, Jaehwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Shin (Attorney), Jeff Myung, Jena Kim, Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K. H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Megan Drahos | Samsung Appeal Team, Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | Email from outside counsel reflecting legal advice and attaching document regarding litigation strategy, prepared in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Michael Kang (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney), Minhyung Chung, Jaehaek Lee Richard An (Attorney), Richard Rosalez (Attorney), Rosa Kim (Attorney), Seongwoo Kim, Seungkyun Oh, SoonJin Lee, Wonsuk Park, Wonsun Kim, Yeowan Youn, Young Kyoo Jang, Youngho Kim, Youngjae Joo, YoungJin Kwon, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney) | | | |
| 178.1 | N/A | 4/29/2013 | Kathleen Sullivan (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | Anthony Hojin Kahng (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byungun Min, Chris Low, Cindi Moreland (Attorney), Daniel W. Shim (Attorney), Seungho Ahn (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Injung Lee (Attorney), Jaewan Chi (Attorney), James Jinhwan Kwak, Jaehwan Kim | Samsung Appeal Team, Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | Document prepared by outside counsel reflecting legal advice regarding litigation strategy, prepared in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Shin (Attorney), Jeff Myung, Jena Kim, Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K. H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Megan Drahos (Attorney), Michael Kang (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney); Minhyung Chung | | | |
| 179. | N/A | 4/29/13 | 1. Rosa Woosun Kim (Attorney), 2. Kathleen Sullivan (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | 1. Rosa Woosun Kim (Attorney), Kathleen Sullivan (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Anthony Hojin Kahng (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byungun Min, Chris Low, Cindi Moreland (Attorney), Daniel W. Shim (Attorney), Seungho Ahn (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Injung Lee (Attorney), Jaewan Chi (Attorney), | 4/29/13 | Email from outside counsel reflecting legal advice and attaching document regarding litigation strategy, prepared in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | James Jinhwan Kwak, Jaehwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Shin (Attorney), Jeff Myung, Jena Kim, Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K. H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Megan Drahos (Attorney), Michael Kang (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney), Minhyung Chung, Jaehawk Lee, Richard Ahn, Richard Rosalez, Seongwoo Kim, Seungkyun Oh, SoonJin Lee, Wonsuk Park, Wonsun Kim, Yeowan Youn, Young Kyoo Jang, Youngho Kim, YoungJin Kwon, Youngjo Lim, YoungSoon Lee, Yunhee Kang, Rosa W. Kim, cpgs@samsung.com 2. Anthony Hojin Kahng (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byungun Min, Chris Low, Cindi Moreland (Attorney), Daniel W. Shim (Attorney), Seungho Ahn | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Injung Lee (Attorney), Jaewan Chi (Attorney), James Jinhwan Kwak, Jaehwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Shin (Attorney), Jeff Myung, Jena Kim, Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K. H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Megan Drahos (Attorney), Michael Kang (Attorney), Michelangelo Troisi (Attorney), Michelle Yang (Attorney), MinHyung Chung, Jaehawk Lee, Richard An (Attorney), Richard Rosalez (Attorney), Rosa Kim (Attorney), Seongwoo Kim, Seungkyun Oh, SoonJin Lee, Wonsuk Park, Wonsun Kim, Yeowan Youn, Young Kyoo Jang, Youngho Kim, Youngjae Joo, YoungJin Kwon, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Kang (Attorney) | | | |
| 179.1 | N/A | 4/29/2013 | Kathleen Sullivan (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | Rosa Woosun Kim (Attorney), Kathleen Sullivan (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Anthony Hojin Kahng (Attorney), Beomjun Jin, Beyongho Yuu (Attorney), Brian Sungyun Kim (attorney), Byungun Min, Chris Low, Cindi Moreland (Attorney), Daniel W. Shim (Attorney), Seungho Ahn (Attorney), Eric Junghoon Cha (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Injung Lee (Attorney), Jaewan Chi (Attorney), James Jinhwan Kwak, Jaehwan Kim (Attorney), Jaehyoung Kim, Jaehyun Park, Jaeil Park (Attorney), James Shin (Attorney), Jeff Myung, Jena Kim, Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K. H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Megan Drahos (Attorney), Michael Kang (Attorney), Michelangelo Troisi | Samsung Appeal Team, Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP) | Document prepared by outside counsel reflecting legal advice regarding litigation strategy, prepared in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Michelle Yang (Attorney) | | | |
| 180. | N/A | 1. 6/11/2013<br>2. 6/11/2013<br>3. 6/11/2013<br>4. 6/11/2013<br>5. 6/11/2013<br>6. 5/29/2013<br>7. 5/27/2013<br>8. 5/25/2913<br>9. 5/24/2013<br>10. 5/23/2013<br>11. 5/23/2013 | 1. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 2. Daniel Shim (Attorney); 3. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 4. Daniel Shim (Attorney); 5. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 6. Daniel Shim (Attorney); 7. Hyucksun Kwon; 8. Daniel Shim (Attorney); 9. Heungju Kwon; 10. Hyucksum Kwon; 11. Seungho Ahn (Attorney) | 1. Daniel Shim (Attorney); 2. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 3. Daniel Shim (Attorney); 4. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 5. Daniel Shim (Attorney); 6. Wen-Ts'ai Lim (Attorney, Ashurst LLP), Angela Lin (Attorney, Ashurst LLP), Nathan Bellgrove (Attorney, Ashurst), Ross Zaurrini (Attorney, Ashurst); 7. Daniel Shim (Attorney) | 1, 2, 4. Jaehwan Kim (Attorney), Angela Lin (Attorney, Ashurst LLP), Nathan Bellgrove (Attorney, Ashurst), Ross Zaurrini (Attorney, Ashurst); 6. Jaehwan Kim (Attorney); 7. Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney) | Email with outside counsel reflecting legal advice regarding -licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 181. | N/A | 1. 6/13/2013<br>2. 6/12/2013<br>3. 6/11/2013<br>4. 6/9/2013<br>5. 6/7/2013<br>6. 6/8/2013 | 1. Ari S. Zymelman (Attorney, Williams & Connolly LLP); 2. Jaehwan Kim (Attorney); 3., 4. Ari S. Zymelman (Attorney, Williams & Connolly LLP); 5. Jaehwan Kim (Attorney); 6. Karin Norton (Attorney) | 1. Jaehwan Kim (Attorney); 2. Jonghyuk Hong (Attorney), Jeahun Han, Indong Kang, Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney); 3. Jaehwan Kim (Attorney); 4. Jaehwan Kim (Attorney), F. Lane Heard (Attorney, William & Connolly LLP), F. Greg Bowman, Kevin Hardy (Attorney, Williams & Connolly LLP), Dov Grossman (Attorney, | 1. Jonghyuk Hong (Attorney), Jeahun Han, Indong Kang, Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney), F. Lane Heard (Attorney, William & Connolly LLP), F. Greg Bowman, Kevin Hardy (Attorney, Williams & Connolly LLP), Dov Grossman (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Covington & Burling LLP); Jonghyuk Hong | Email with outside counsel, prepared in anticipation of litigation, seeking legal advice regarding licensing issues | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP); 5. F. Lane Heard (Attorney, William & Connolly LLP), F. Greg Bowman, Kevin Hardy (Attorney, Williams & Connolly LLP), Dov Grossman (Attorney, Williams & Connolly LLP), Ari S. Zymelman (Attorney, Williams & Connolly LLP) | (Attorney), Jeahun Han, Indong Kang, Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney) | | |
| 181.1 | N/A | 6/12/2013 | William & Connolly LLP | Samsung Electronics Co., Ltd. | | Memorandum from outside counsel prepared in anticipation of litigation and reflecting legal advice regarding potentialarbitration claims | Withheld ACP/WP |
| 182. | N/A | 1. 6/19/2013 2. 6/18/2013 | 1. Injung Lee (Attorney); 2. F. Lane Heard (Attorney, Williams & Connolly LLP) | 1. Seungho Ahn (Attorney); 2. Indong Kang, Injung Lee (Attorney), Kijoong Kang (Attorney), Jonghyuk Hong, Jeahun Han, Brian Sungyun Kim (Attorney), Injung Lee, Jaehwan Kim (Attorney) | | Email from outside counsel in anticipation of litigation reflecting legal advice and attaching memorandum prepared regarding Samsung's license negotiation with third party | Withheld ACP/WP |
| 182.1 | N/A | 6/17/2013 | William & Connolly LLP | Samsung Electronics Co., Ltd. | | Memorandum prepared by outside counsel in anticipation of litigation reflecting legal advice regarding Samsung's license negotiation with third party | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 183. | N/A | 1. 7/6/2013; 2. 7/2/2013 | 1. Brian Sungyun Kim (Attorney); 2. F. Lane Heard (Attorney, Williams & Connolly LLP) | 1. Brian Sungyun Kim (Attorney) | | Email with outside counsel seeking and reflecting legal advice and attaching Draft of Request for Arbitration prepared in anticipation of litigation | Withheld ACP/WP |
| 183.1 | N/A | 7/6/2013 | F. Lane Heard (Attorney, Williams & Connolly LLP) | Brian Sungyun Kim (Attorney) | | Draft of Request for Arbitration prepared by outside counsel seeking and reflecting legal advice in anticipation of litigation | Withheld ACP/WP |
| 183.2 | N/A | | | | | Draft letter from Samsung to Nokia regarding licensing | Not Produced, NR, ACP/WP |
| 184. | N/A | 7/11/2013 | Richard An (Attorney) | Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | W. Shim (Attorney), Beyong Ho Yuu, Jaehawk Lee, Kyuhyuk Lee, Tai Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, JunHong Park, Seungkyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, Ilman Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung; Karin Norton (Attorney); YoungJin Kwon; MinHyung Chung; Young Kyoo Jang; Jaeil Park (Attorney); Rosa Woosun Kim (Attorney); Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Fish Leaders; KE-Samsung-Ericsson Leaders, Paul Zeineddin (Attorney) |  |  |  |
| 185. | N/A | 1. 7/11/2013 2. 7/11/2013 3. 7/11/2013 | 1. Richard An (Attorney); 2. Joshua Pond; 3. Richard An (Attorney) | 1. Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), |  | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. Richard An (Attorney); 3. 1 | | | |
| 186. | N/A | 1. 7/11/2013 2. 7/11/2013 3. 7/11/2013 4. 7/11/2013 | 1., 2. Richard An (Attorney); 3. Joshua Pond; 4. Richard An (Attorney) | 1. Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. Joshua Pond; 3. Richard An (Attorney); 4. 1 | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 187. | N/A | 1. 7/11/2013<br>2. 7/11/2013<br>3. 7/11/2013<br>4. 7/11/2013<br>5. 7/11/2013 | 1. Joshua Pond; 2., 3. Richard An (Attorney); 4. Joshua Pond; 5. Richard An (Attorney) | 1. Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. 1 + Joshua Pond; 3. Joshua Pond; 4. Richard An (Attorney); 5. 1 + Joshua Pond | | | |
| 188. | N/A | 1. 7/16/2013 2. 7/16/2013 3. 7/11/2013 4. 7/11/2013 5. 7/11/2013 6. 7/11/2013 7. 7/11/2013 | 1. Eric Junghoon Cha (Attorney); 2., 3. Joshua Pond; 4., 5. Richard An (Attorney); 6. Joshua Pond; 7. Richard An (Attorney) | 1. Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney); 2. Richard An (Attorney); 3. 1 - Joshua Pond; 4. 1; 5. Joshua Pond; 6. Richard An (Attorney); 7. 1 | | | |
| 189. | N/A | 1. 7/16/2013 2. 7/16/2013 3. 7/16/2013 4. 7/11/2013 5. 7/11/2013 6. 7/11/2013 7. 7/11/2013 8. 7/11/2013 | 1. Joshua Pond; 2. Eric Junghoon Cha (Attorney); 3., 4. Joshua Pond; 5., 6. Richard An (Attorney); 7. Joshua Pond; 8. Richard An (Attorney) | 1. Eric Junghoon Cha (Attorney), Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung- |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 3. Eric Junghoon Cha (Attorney); 4. 1 - Eric Junghoon Cha (Attorney); 5. 2; 6. Joshua Pond; 7. Richard An (Attorney); 8. 2 | | | |
| 190. | N/A | 1. 7/16/2013 2. 7/17/2013 3. 7/16/2013 4. 7/16/2013 5. 7/11/2013 6. 7/11/2013 7. 7/11/2013 8. 7/11/2013 9. 7/11/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joshua Pond; 3. Eric Junghoon Cha (Attorney); 4., 5. Joshua Pond; 6., 7. Richard An (Attorney); 8. Joshua Pond; 9. Richard An (Attorney) | 1. Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|---------|
| | | | | SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. Eric Junghoon Cha (Attorney); 3. 1; 4. Richard An (Attorney); 5. 1 - Joshua Pond; 6. 1; 7. Joshua Pond; 8. Richard An (Attorney); 9. 1 | | | |
| 191. | N/A | 1. 7/16/2013 2. 7/16/2013 | 1. D. Sean Trainor (Attorney, Kirkland & Ellis LLP); 2. Eric | 1. Eric Junghoon Cha (Attorney), Joshua Pond, Richard An | | Email with outside counsel seeking and reflecting legal advice regarding trial | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|----|-------------------|
|  |  | 3. 7/17/2013<br>4. 7/16/2013<br>5. 7/16/2013<br>6. 7/11/2013<br>7. 7/11/2013<br>8. 7/11/2013<br>9. 7/11/2013<br>10. 7/11/2013 | Junghoon Cha (Attorney); 3. Joshua Pond; 4. Eric Junghoon Cha (Attorney); 5., 6. Joshua Pond; 7., 8. Richard An (Attorney); 9. Joshua Pond; 10. Richard An (Attorney) | (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K |  | strategy in connection with litigation |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 3. Eric Junghoon Cha (Attorney); 4. 2; 5. Richard An (Attorney); 6. 2 - Joshua Pond; 7. 2; 8. Joshua Pond; 9. Richard An |     |             |                  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney); 10. 2 | | | |
| 192. | N/A | 1. 7/17/2013<br>2. 7/17/2013<br>3. 7/16/2013<br>4. 7/17/2013<br>5. 7/16/2013<br>6. 7/16/2013<br>7. 7/11/2013<br>8. 7/11/2013<br>9. 7/11/2013<br>10. 7/11/2013<br>11. 7/11/2013 | 1. Eric Junghoon Cha (Attorney)<br>2. Sean D. Trainor (Attorney, Kirkland & Ellis LLP)<br>3. Eric Junghoon Cha (Attorney)<br>4. Joshua Pond<br>5. Eric Junghoon Cha (Attorney)<br>6. Joshua Pond<br>7. Joshua Pond<br>8. Richard An (Attorney)<br>9. Richard An (Attorney)<br>10. Joshua Pond<br>11. Richard An (Attorney) | 1. Sean D. Trainor (Attorney, Kirkland & Ellis LLP), Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyong Ho Yuu, Jaehawk Lee, Kyuhyuk Lee, Tai Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, JunHong Park, Seungkyon Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie | | Email with outside counsel seeking and relfecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Han (Attorney), WonDeuk Song, Ilman Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K. Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, SungHyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders; Samsung-Ericsson-Leaders, Paul Zeineddin (Attorney) 2. Eric Junghoon Cha (Attorney) 3. pond@fr.com, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), jhkwak@samsung.com; Kijoong Kang (Attorney); Everette Rett Snotherly (Attorney), Hyucksun Kwon, ym90.koo@samsung.com, indong@samsung, brians.kim@samsung.com, jnwnlee@samsung.com, Taehyung |  |  |  |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), jshim@samsung, Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), beyong.yuu@samsung.com, Jaehawk Lee, khlee1221@samsung.com, kts71@samsung.com, hs.kwack@samsung.com, jihyun75.park@samsung.com, kjh8941@samsung.com, joosang9.kim@samsung.com, jun2hong.park@samsung.com, ssanai50@samsung.com, sung-ho.lee@samsung.com, sigma55@samsung.com, kimys98@samsung.com, ameth.lee@samsung.com, yh1025.kim@samsung,com, taeeun31.kim@samsung.com, lee.hoshin@samsung.com, James Minjae Shin (Attorney), Julie Han (Attorney), wdsong@samsung.com, | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------|-------------------|
| | | | | ilman.bae@samsung.com, minkyoon.kim@samsung.com, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), Youngjin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, hr.you@samsung.com, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders; KE-Samsung<br>4. Eric Junghoon Cha (Attorney)<br>5. Same as 3<br>6. Richard An (Attorney)<br>7. Same as 3, minus Joshua Pond<br>8. Same as 3<br>9. Joshua Pond<br>10. Richard An (Attorney)<br>11. Same as 3 | | | |
| 193. | N/A | 1. 7/16/2013<br>2. 7/16/2013<br>3. 7/17/2013<br>4. 7/16/2013 | 1. Joshua Pond; 2. Eric Junghoon Cha (Attorney); 3. D. Sean Trainor (Attorney, Kirkland & Ellis LLP); 4. Eric Junghoon Cha (Attorney); | 1. Eric Junghoon Cha (Attorney), D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Richard An (Attorney), Joseph Colaianni (Attorney, Fish & | | Email with outside counsel seeking and reflecting legal advice regarding licensing issues in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  | 5. 7/17/2013<br>6. 7/16/2013<br>7. 7/16/2013<br>8. 7/11/2013<br>9. 7/11/2013<br>10. 7/11/2013<br>11. 7/11/2013<br>12. 7/11/2013 | 5. Joshua Pond; 6. Eric Junghoon Cha (Attorney); 7., 8. Joshua Pond; 9., 10. Richard An (Attorney); 11. Joshua Pond; 12. Richard An (Attorney) | Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 3. Eric Junghoon Cha (Attorney); 4. 2 - D. Sean Trainor (Attorney, Kirkland & Ellis LLP) [Same as 2 without D. Sean Trainor | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney, Kirkland & Ellis LLP)]; 5. Eric Junghoon Cha (Attorney); 6. Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 7. Richard An (Attorney); 8. 6 - Joshua Pond; 9. 6; 10. Joshua Pond; 11. Richard An (Attorney); 12. 2 - D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | | |
| 193.1 | N/A | 7/16/2013 | Benjamin Levi (Attorney, McKool Smith) | Joshua Pond, D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | Lisa Kattan (Attorney, ITC), Monisha Deka (Attorney, ITC), Brian PLunkett (Attorney, ITC) | Email between counsel for Ericsson and counsel for Samsung regarding notice of motion | Not Produced, NR |
| 194. | N/A | 1. 7/16/2013 2. 7/17/2013 3. 7/16/2013 | 1. Eric Junghoon Cha (Attorney); 2. Joshua Pond; 3. Eric Junghoon Cha (Attorney); 4. D. Sean Trainor | 1. Joshua Pond, D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Richard An (Attorney), Joseph | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 4. 7/17/2013<br>5. 7/16/2013<br>6. 7/17/2013<br>7. 7/16/2013<br>8. 7/16/2013<br>9. 7/11/2013<br>10. 7/11/2013<br>11. 7/11/2013<br>12. 7/11/2013<br>13. 7/11/2013<br>14. 7/16/2013 | (Attorney, Kirkland & Ellis LLP);<br>5. Eric Junghoon Cha (Attorney);<br>6. Joshua Pond; 7. Eric Junghoon Cha (Attorney); 8., 9. Joshua Pond; 10., 11. Richard An (Attorney); 12. Joshua Pond; 13. Richard An (Attorney); 14. Benjamin Levi | Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Kim, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. Eric Junghoon Cha (Attorney), Richard An (Attorney); 3. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 4. Eric Junghoon Cha (Attorney); 5. 3 - D. Sean Trainor |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney, Kirkland & Ellis LLP); 6. Eric Junghoon Cha (Attorney); 7. Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 8. Richard An (Attorney); 9. 6 - Joshua Pond; 10. 7; 11. Joshua Pond; 12. Richard An (Attorney); 13. 3 - D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | | |
| 195. | N/A | 1. 7/18/2013<br>2. 7/17/2013<br>3. 7/17/2013<br>4. 7/16/2013<br>5. 7/17/2013<br>6. 7/16/2013 | 1. Sean D. Trainor (Attorney, Kirkland & Ellis LLP)<br>2. Eric Junghoon Cha (Attorney)<br>3. Joshua Pond<br>4. Eric Junghoon Cha (Attorney)<br>5. Sean D. Trainor (Attorney, | 1. Eric Junghoon Cha (Attorney), pond@fr.com, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), jhkwak@samsung.com; Kijoong | | Email with outside counsel seeking and relfecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 7. 7/17/2013<br>8. 7/16/2013<br>9. 7/16/2013<br>10. 7/11/2013<br>11. 7/11/2013<br>12. 7/11/2013<br>13. 7/11/2013<br>14. 7/11/2013<br>15. 7/16/2013 | Kirkland & Ellis LLP)<br>6. Eric Junghoon Cha (Attorney)<br>7. Joshua Pond<br>8. Eric Junghoon Cha (Attorney)<br>9. Joshua Pond<br>10. Joshua Pond<br>11. Richard An (Attorney)<br>12. Richard An (Attorney)<br>13. Joshua Pond<br>14. Richard An (Attorney)<br>15. Benjamin Levi | Kang (Attorney); Everette Rett Snotherly (Attorney), Hyucksun Kwon, ym90.koo@samsung.com, indong@samsung, brians.kim@samsung.com, jnwnlee@samsung.com, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), jshim@samsung, Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), beyong.yuu@samsung.com, Jaehawk Lee, khlee1221@samsung.com, kts71@samsung.com, hs.kwack@samsung.com, jihyun75.park@samsung.com, kjh8941@samsung.com, joosang9.kim@samsung.com, jun2hong.park@samsung.com, ssanai50@samsung.com, sung-ho.lee@samsung.com, sigma55@samsung.com, kimys98@samsung.com, ameth.lee@samsung.com, | | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
|     |             |      |             | yh1025.kim@samsung,com, taeeun31.kim@samsung.com, lee.hoshin@samsung.com, James Minjae Shin (Attorney), Julie Han (Attorney), wdsong@samsung.com, ilman.bae@samsung.com, minkyoon.kim@samsung.com, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), Youngjin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, hr.you@samsung.com, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders; KE-Samsung Ericsson Leaders; Paul Zeineddin (Attorney); 2. 1 + Sean D. Trainor (Attorney, Kirkland & Ellis LLP); 3. Richard An (Attorney), Eric Junghoon Cha (Attorney) 4. 1 + Sean D. Trainor (Attorney, Kirkland & Ellis LLP) 5. Eric Junghoon Cha (Attorney) |    |             |                   |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | 6. Same as 1<br>7. Eric Junghoon Cha (Attorney)<br>8. Same as 1, minus Eric Junghoon Cha (Attorney)<br>9. Richard An (Attorney)<br>10. Same as 1, minus Eric Junghoon Cha (Attorney)<br>11. Same as 1, minus Eric Junghoon Cha (Attorney)<br>12. Joshua Pond<br>13. Richard An (Attorney)<br>14. Joshua Pond<br>15. No Information<br>14. Same as 1, minus Eric Junghoon Cha (Attorney) | | | |
| 196. | N/A | 1. 7/18/2013<br>2. 7/17/2013<br>3. 7/17/2013<br>4. 7/17/2013<br>5. 7/16/2013<br>6. 7/17/2013<br>7. 7/16/2013<br>8. 7/17/2013<br>9. 7/16/2013<br>10. 7/16/2013<br>11. 7/11/2013 | 1. Joshua Pond; 2. D. Sean Trainor (Attorney, Kirkland & Ellis LLP); 3. Eric Junghoon Cha (Attorney); 4. Joshua Pond; 5. Eric Junghoon Cha (Attorney); 6. D. Sean Trainor (Attorney, Kirkland & Ellis LLP); 7. Eric Junghoon Cha (Attorney); 8. Joshua Pond; 9. Eric Junghoon Cha (Attorney); 10., 11. Joshua Pond; 12., 13. Richard An (Attorney); 14. Joshua Pond; | 1. D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Eric Junghoon Cha (Attorney), Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon | | Email with outside counsel seeking and relfecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  | 12. 7/11/2013<br>13. 7/11/2013<br>14. 7/11/2013<br>15. 7/11/2013<br>16. 7/16/2013 | 15. Richard An (Attorney);<br>16. Benjamin Levi | Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             | Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. Eric Junghoon Cha (Attorney), Joshua Pond, Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, |     |             |                   |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 3. Joshua Pond, D. Sean Trainor (Attorney, Kirkland & Ellis LLP), Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung- | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 4. Richard An (Attorney), Eric Junghoon Cha (Attorney); 5. 3; 6. Eric Junghoon Cha (Attorney); 7. 3 - D. Sean Trainor (Attorney, Kirkland & Ellis LLP); 8. Eric Junghoon Cha (Attorney); 9. 3 - D. Sean Trainor (Attorney, Kirkland & Ellis LLP); 10. Richard An (Attorney); 11. Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 12. 3 - D. Sean Trainor (Attorney, Kirkland & Ellis LLP); 13. Joshua Pond; 14. Richard An (Attorney); 15. 3 - D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 196.1 | N/A | 7/18/2013 | Benjamin Levi (Attorney, McKool Smith) | Joshua Pond, D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | Lisa Kattan (Attorney, ITC), Monisha Deka (Attorney, ITC), Brian PLunkett (Attorney, ITC) | Email between counsel for Ericsson and counsel for Samsung regarding notice of motion | Not Produced, NR |
| 197. | N/A | 1. 7/27/2013  2. 7/11/2013  2. 7/11/2013  3. 7/11/2013  4. 7/11/2013 | 1. Joshua Pond, 2., 3. Richard An (Attorney); 4. Joshua Pond; 5. Richard An (Attorney) | 1. Richard An (Attorney), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), Injung Lee (Attorney), James Jinhwan Kwak, Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Hyucksun Kwon, Youngmo Koo, Indong Kang, Brian Sungyun Kim (attorney), Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney),Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Tal Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim; Joosang Kim, JunHong Park, SeungKyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), | | Email with outside counsel seeking and reflecting legal advice regarding trial strategy in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, IlMan Bae, Min Kyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Rosa Woosun Kim (Attorney), Beomjun Jin, Sung Hyuk Lim, You Hyeran, Diane Kim, Jonghyuk Hong, Seungho Ahn (Attorney), Jaewan Chi (Attorney), F&R Samsung-Ericsson Leaders, KE-Samsung-ERicsson-Leaders, Paul Zeineddin (Attorney); 2. 1 + Joshua Pond; 3. Joshua Pond; 4. Richard An (Attorney); 5. 1 + Joshua Pond | | | |
| 197.1 | N/A | 7/26/2013 | Benjamin Levi (Attorney, McKool Smith) | Joshua Pond, D. Sean Trainor (Attorney, Kirkland & Ellis LLP) | Lisa Kattan (Attorney, ITC), Monisha Deka (Attorney, ITC), Brian PLunkett (Attorney, ITC) | Email between counsel for Ericsson and counsel for Samsung regarding notice of motion | Not Produced, NR |
| 198. | N/A | 8/2/2013 | Robert Becher (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Chulwoo Ahn, Seungho Ahn, Richard An (Attorney), Ilman Bae. Sam Bae, Eric Junghoon Cha (Attorney); Hojin Chang (Attorney), | Alex Baxter (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Victorial Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), | Email with counsel reflecting legal advice and attaching document preservation notice in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Jaewan Chi (Attorney), Minhyung Chung, Sejin Chung, Johnda Crites (Attorney), Megan Drahos (Attorney), Julie Han (Attorney), Hosik Jang, Youngkyu Jang, Bumjoon Jin, Sanghoon Jin, Anthony Kahng (Attorney), Hankil Kang (Attorney), Indong Kang, Kijoong Kang (Attorney), Michael Kang (Attorney), Yunhee Kang (Attorney), Brian S. Kim (Attorney), Byungsik Kim, Edward Kim (Attorney), Jaehwan Kim (Attorney), Jaehyung Kim, Rosa W. Kim (Attorney), Clayton Kim, Jena Kim, Taehyung Kim (Attorney), Daniel Ko (Attorney), Kenneth Korea (Attorney), Eunha Kim, Jonghee Kim, w_sun.kim@samsung.com, Youngho Kim, Jinhwan Kwak, Heungju Kwon, Hyucksun Kwon, Hoshin Lee, Injung Lee (Attorney), Jaehwak Lee, Junwon Lee, Kyuhuck Lee, Sungho Lee, Seungjok Lee, Soojin Lee, Suyeul Lee,  Youngsoon Lee, Youngjo Lim (Attorney), | James Shin (Attorney) | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Byungun Min, Cindi Moreland (Attorney), Jeff Myung, Karin Norton (Attorney), Jihyun Park, Jaenam Noh, Seungkyun Oh;  Jaeil Park (Attorney), Junhong Park (Attorney), Wonsuk Park, Yongkoo Park, Derrick Robinson (Attorney), Richard Rosalez (Attorney), Daniel Shim (Attorney), Jay Shim (Attorney), James Shin (Attorney), Yoonjung Shin, Michelangelo Troisi (Attorney), Michelle Yang (Attorney), Yeowan Youn, Beyong Yuu (Attorney) | | | |
| 198.1 | N/A | 8/1/2013 | Quinn Emanuel Urquhart & Sullivan, LLP | Samsung | | Document preservation notice | Withheld ACP/WP |
| 199. | N/A | 5/8/2012 | Michelle Yang (Attorney) | Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Anthony Kahng (Attorney), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Cindi Moreland (Attorney), Daniel Wooseob Shim (Attorney), Seungho Ahn (Attorney), Ed Kim, Eric Cha (Attorney), Eunha Kim, Hankil Kang | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Jaewan Chi (Attorney), Jin Hwan Kwak (Attorney), Jae-Hwan Kim, Jaehyoung Kim, JaeHyun Park, Jae-il Park (Attorney), James Shin (Attorney), Jeff Myung (Attorney), Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K.H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), J.H. Lee,  Richard Ahn (Attorney), Richard Rosalez (Attorney), Rosa Kim (Attorney), Seongwoo Kim,  Seungkyun Oh, SoonJin Lee, Wonsuk Park, YongKu Park, Youngho Kim, Youngjae Joo, YoungJin Kwon, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney) | | | |
| 199.1 | N/A | 5/8/2012 | Michelle Yang (Attorney) | Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Anthony Kahng (Attorney), Beyong Yuu (Attorney), Brian Sungyun Kim | | Document prepared by counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Cindi Moreland (Attorney), Daniel Wooseob Shim (Attorney), Seungho Ahn (Attorney), Ed Kim, Eric Cha (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Jaewan Chi (Attorney), Jin Hwan Kwak (Attorney), Jae-Hwan Kim, Jaehyoung Kim, JaeHyun Park, Jae-il Park (Attorney), James Shin (Attorney), Jeff Myung (Attorney), Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K.H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), J.H. Lee,  Richard Ahn (Attorney), Richard Rosalez (Attorney), Rosa Kim (Attorney), Seongwoo Kim,  Seungkyun Oh, SoonJin Lee, Wonsuk Park, YongKu Park, Youngho Kim, Youngjae Joo, YoungJin Kwon, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney) | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 200. | N/A | 5/7/2012 | Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Anthony Kahng (Attorney), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Cindi Moreland (Attorney), Daniel Wooseob Shim (Attorney), Seungho Ahn (Attorney), Ed Kim, Eric Cha (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Jaewan Chi (Attorney), Jin Hwan Kwak (Attorney), Jae-Hwan Kim, Jaehyoung Kim, JaeHyun Park, Jae-il Park (Attorney), James Shin (Attorney), Jeff Myung (Attorney), Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K.H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), J.H. Lee,  Richard Ahn (Attorney), Richard Rosalez (Attorney), Rosa Kim (Attorney), Seongwoo Kim,  Seungkyun Oh, SoonJin Lee, Wonsuk Park, YongKu | | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Park, Youngho Kim, Youngjae Joo, YoungJin Kwon, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney) | | | |
| 200.1 | N/A | 5/7/2012 | Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Anthony Kahng (Attorney), Beyong Yuu (Attorney), Brian Sungyun Kim (Attorney), Cindi Moreland (Attorney), Daniel Wooseob Shim (Attorney), Seungho Ahn (Attorney), Ed Kim, Eric Cha (Attorney), Eunha Kim, Hankil Kang (Attorney), Heungju Kwon, Hojin Chang (Attorney), Hoshin Lee (Attorney), Jaewan Chi (Attorney), Jin Hwan Kwak (Attorney), Jae-Hwan Kim, Jaehyoung Kim, JaeHyun Park, Jae-il Park (Attorney), James Shin (Attorney), Jeff Myung (Attorney), Johnda Crites (Attorney), Jonghee Kim, Julie Han (Attorney), K.H. Lee, Karin Norton (Attorney), Kenneth Korea (Attorney), Kijoong Kang (Attorney), Michael Kang | | Document prepared by counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 199.1 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------|--------------------|
| | | | | (Attorney), J.H. Lee,  Richard Ahn (Attorney), Richard Rosalez (Attorney), Rosa Kim (Attorney), Seongwoo Kim,  Seungkyun Oh, SoonJin Lee, Wonsuk Park, YongKu Park, Youngho Kim, Youngjae Joo, YoungJin Kwon, Youngjo Lim (Attorney), YoungSoon Lee, Yunhee Kang (Attorney) | | | |
| 201. | N/A | 1. 4/10/2013 2. 4/10/2013 3. 4/4/2013 | 1. Daniel W. Shim (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP); 3. Richard An (Attorney) | 1. Greg Arovas (Attorney, Kirkland & Ellis LLP); 2. Richard An (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP), F&R Samsung-EricssonLeaders@fr.com, #KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (Attorney), Jinhwan Kwak, Injung Lee, Kijoong Kang (Attorney), Everrette Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Joonwon Lee, Taehyoung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), | 1.  Injung Lee (Attorney) | Email with outside counsel reflecting legal advice and attaching document regarding deposition strategy, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Taesuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghwe Kim, Joosang Kim, Joon Hong Park, Seunggyun Oh, Sungho Lee, Suyeol Lee, Yangsun Kim, Yongsoon Lee, Yongho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin (Attorney), Julie Han (Attorney), Wonduk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Yongjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Paul Zeineddin (Attorney) | | | |
| 201.1 | N/A | 1. 4/10/2013 2. 4/10/2013 3. 4/4/2013 | 1. Daniel W. Shim (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP); 3. Richard An (Attorney) | 1. Greg Arovas (Attorney, Kirkland & Ellis LLP); 2. Richard An (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP), F&R Samsung-EricssonLeaders@fr.com, | Injung Lee (Attorney) | Document prepared by outside counsel reflecting legal advice on deposition strategy, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | #KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (Attorney), Jinhwan Kwak, Injung Lee, Kijoong Kang (Attorney), Everrette Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Joonwon Lee, Taehyoung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Taesuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghwe Kim, Joosang Kim, Joon Hong Park, Seunggyun Oh, Sungho Lee, Suyeol Lee, Yangsun Kim, Yongsoon Lee, Yongho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin (Attorney), Julie Han (Attorney), Wonduk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Youngok Hyung, Karin Norton | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Yongjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Paul Zeineddin (Attorney) | | | |
| N/A | | 1. 4/10/2013 2. 4/10/2013 3. 4/4/2013 | 1. Daniel W. Shim (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP); 3. Richard An (Attorney) | 1. Greg Arovas (Attorney, Kirkland & Ellis LLP); 2. Richard An (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP), F&R Samsung-EricssonLeaders@fr.com, #KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (Attorney), Jinhwan Kwak, Injung Lee, Kijoong Kang (Attorney), Everrette Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Joonwon Lee, Taehyoung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk | Injung Lee (Attorney) | Email with outside counsel reflecting legal advice and attaching document regarding deposition strategy, prepared in anticipation of litigation | Redacted ACP/WP Duplicate of Tab 201 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Lee, Taesuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghwe Kim, Joosang Kim, Joon Hong Park, Seunggyun Oh, Sungho Lee, Suyeol Lee, Yangsun Kim, Yongsoon Lee, Yongho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin (Attorney), Julie Han (Attorney), Wonduk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Yongjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Paul Zeineddin (Attorney) | | | |
| N/A | | 1. 4/10/2013 2. 4/10/2013 3. 4/4/2013 | 1. Daniel W. Shim (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP); 3. Richard An (Attorney) | 1. Greg Arovas (Attorney, Kirkland & Ellis LLP); 2. Richard An (Attorney); 3. Greg Arovas (Attorney, Kirkland & Ellis LLP), F&R Samsung-EricssonLeaders@fr.com, #KE-Samsung-Ericsson-Leaders, Brian Sungyun Kim (Attorney), Jinhwan Kwak, Injung Lee, Kijoong | Injung Lee (Attorney) | Document prepared by outside counsel reflecting legal advice on deposition strategy, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 201.1 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Kang (Attorney), Everrette Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Joonwon Lee, Taehyoung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Taesuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghwe Kim, Joosang Kim, Joon Hong Park, Seunggyun Oh, Sungho Lee, Suyeol Lee, Yangsun Kim, Yongsoon Lee, Yongho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin (Attorney), Julie Han (Attorney), Wonduk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Yongjin Kwon, Seungho Ahn (Attorney), Minhyung Chung, Jaewan Chi (Attorney), Youngkyu |  |  |  |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Jang, Jaeil Park (Attorney), Seung Gun Park, Paul Zeineddin (Attorney) | | | |
| 202. | N/A | 1. 4/24/2013 2. 4/24/2013 3. 4/24/2013 4. 4/22/2013 | 1. Michael McKeon (Attorney, Fish & Richardson P.C.); 2. Daniel Shim (Attorney); 3. Michael McKeon (Attorney, Fish & Richardson P.C.); 4. Richard An (Attorney) | 1. Daniel Shim (Attorney); 2. Michael McKeon (Attorney, Fish & Richardson P.C.); 3. Richard An (Attorney); 4. Michael McKeon (Attorney, Fish & Richardson P.C.), Joseph Colaianni (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, Ke-Samsung-Ericsson-Leaders@kirkland.com, Brian Sungyun Kim (Attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everrette Rett Snotherly, Hyuckson Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu | 1. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson Leaders, Ke-Samsung-Ericsson-Leaders@kirkland.com, Richard An (Attorney), Brian Sungyun Kim (Attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everrette Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood, Eric Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee,  kyuhyuk Lee, kts71samsung.com, Hyunsun Kwack, Jihyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seungkyun Oh, Sungho Lee, Suyeul Lee, kimys98@samsung.com, | Email with outside counsel reflecting legal advice regarding patent licensing issues written in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | (Attorney), Jaehawk Lee, Kyuhyuk Lee, kts71@samsung.com, Hyunsun Kwack, Jihyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seungkyun Oh, Sungho Lee, Suyeul Lee, kimys98@samsung.com, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Korea), Jong K Choi, Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Minhyung Chung, Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Rosa Woosun Kim (Attorney), Bumjoon Jin, Paul Zeineddin (Attorney), Seungho Ahn (Attorney), Jaewan Chi (Attorney) | Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoonn Kim, Kenneth Korea (Attorney), Jong K Choi,  Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Minhyung Jung, Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Rosa Kim (Attorney), Bunjoon Jin, Paul Zeineddin (Attorney), Seungho Ahn (Attorney), Jaewan Chi (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Pat Treacy (Attorney, Bristows LLP); 2. Joseph Colaianni (Attorney, Fish & Richardson, P.C.), F&R Samsung-Ericsson-Leaders, Ke-Samsung-Ericsson-Leaders@kirkland.com, Richard An (Attorney), Brian Kim (Attorney), Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everrette Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Indong Kang, |  |  |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Junwon Lee, Taehyung Kim (Attorney), Hojin Chang, Daniel Laurence Girdwood, Eric Cha, Jay Shim, Youngjo Lim, Michael Kang, Beyong Yuu, Jaehawk Lee, Kyuhyuk Lee, kts71@samsung.com, Hyunsun Kwack, Jihyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seungkyun Oh, Sungho Lee, Suyeul Lee, kimys98@samsung.com, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea (Attorney), Jung K Choi, Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Mingyung Jung, Youngkyu Jang, Jaeil Park (Attorney), Seung Gun Park, Rosa Kim (Attorney), Bumjoon Jin, Paul Zeineddin (Attorney), Seungho Ahn (Attorney), Jaewon Chi (Attorney), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | Pat Treacy (Attorney, Bristows LLP) | | |
| 203. | N/A | 1. 4/4/2013 2. 4/4/2013 3. 3/28/2013 | 1. Ross Zaurrini (Attorney, Ashurst); 2. Jaehwan Kim (Attorney); 3. Ross Zaurrini (Attorney, Ashurst) | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst) | 1., 2. Jaehyung Kim, Wen-Ts'ai Lim (Attorney, Ashurst LLP) | Email with outside counsel reflecting legal advice regarding expert reports and attaching draft expert report prepared at the direction of counsel in connection with pending litigation | Withheld ACP/WP |
| 203.1 | N/A | 1. 4/4/2013 2. 4/4/2013 3. 3/28/2013 | 1. Ross Zaurrini (Attorney, Ashurst); 2. Jaehwan Kim (Attorney); 3. Ross Zaurrini (Attorney, Ashurst) | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst) | 1., 2. Jaehyung Kim, Wen-Ts'ai Lim (Attorney, Ashurst LLP) | Draft expert report prepared at the direction of counsel in connection with litigation | Withheld ACP/WP |
| 204. | N/A | 1. 5/7/2013 2. 4/4/2013 3. 4/4/2013 4. 3/28/2013 | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst); 3. Jaehwan Kim (Attorney); 4. Ross Zaurrini (Attorney, Ashurst) | 1. Daniel Shim (Attorney), Jaehwan Kim (Attorney); 3. Ross Zaurrini (Attorney, Ashurst)  (Attorney, Ashurst LLP), Jaehwan Kim (Attorney) | 2, 3. Jaehyoung Kim (Attorney), Wen-Ts'ai Lim (Attorney, Ashurst LLP) | Email with outside counsel reflecting legal advice regarding expert reports and attaching draft expert report prepared at the direction of counsel in connection with pending litigation | Withheld ACP/WP |
| 204.1 | N/A | 1. 5/7/2013 2. 4/4/2013 3. 4/4/2013 4. 3/28/2013 | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst); 3. Jaehwan Kim (Attorney); 4. Ross Zaurrini (Attorney, Ashurst) | 1. Daniel Shim (Attorney), Jaehwan Kim (Attorney); 3. Ross Zaurrini (Attorney, Ashurst)  (Attorney, Ashurst LLP), Jaehwan Kim (Attorney) | 2, 3. Jaehyoung Kim (Attorney), Wen-Ts'ai Lim (Attorney, Ashurst LLP) | Draft expert report prepared at the direction of counsel in connection with litigation | Withheld ACP/WP |
| 205. | N/A | 1. 5/7/2013 2. 4/4/2013 3. 4/4/2013 4. 3/28/2013 | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst); 3. Jaehwan Kim (Attorney); 4.. Ross Zaurrini (Attorney, Ashurst) | 2. Jaehwan Kim; 3. Ross Zaurrini (Attorney, Ashurst); 4. Jaehwan Kim (Attorney) | 2., 3. Jaehyung Kim,  Wen-Ts'ai Lim (Attorney, Ashurst) | Email with counsel transmitting draft expert report  prepared at the direction of counsel in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|------------|------|-------------|--------------|-----|-------------|-------------------|
| 205.1 | N/A | 1. 5/7/2013 2. 4/4/2013 3. 4/4/2013 4. 3/28/2013 | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst); 3. Jaehwan Kim (Attorney); 4.. Ross Zaurrini (Attorney, Ashurst) | 2. Jaehwan Kim; 3. Ross Zaurrini (Attorney, Ashurst); 4. Jaehwan Kim (Attorney) | 2., 3. Jaehyung Kim, Wen-Ts'ai Lim (Attorney, Ashurst) | Draft expert report prepared at the direction of counsel in connection with litigation | Withheld ACP/WP |
| | N/A | 1. 5/7/2013 2. 4/4/2013 3. 4/4/2013 4. 3/28/2013 | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst); 3. Jaehwan Kim (Attorney); 4.. Ross Zaurrini (Attorney, Ashurst) | 2. Jaehwan Kim; 3. Ross Zaurrini (Attorney, Ashurst); 4. Jaehwan Kim (Attorney) | 2., 3. Jaehyung Kim, Wen-Ts'ai Lim (Attorney, Ashurst) | Email with counsel transmitting draft expert report prepared at the direction of counsel in connection with litigation | Withheld ACP/WP Duplicate of 205 |
| | N/A | 1. 5/7/2013 2. 4/4/2013 3. 4/4/2013 4. 3/28/2013 | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst); 3. Jaehwan Kim (Attorney); 4.. Ross Zaurrini (Attorney, Ashurst) | 2. Jaehwan Kim; 3. Ross Zaurrini (Attorney, Ashurst); 4. Jaehwan Kim (Attorney) | 2., 3. Jaehyung Kim, Wen-Ts'ai Lim (Attorney, Ashurst) | Draft expert report prepared at the direction of counsel in connection with litigation | Withheld ACP/WP Duplicate of 205.1 |
| 206. | N/A | 1. 5/9/2013 2. 5/7/2013 3. 4/4/2013 4. 4/4/2013 5. 3/28/2013 | 1. Daniel W. Shim (Attorney); 2. Jaehwan Kim (Attorney); 3. Ross Zaurrini (Attorney, Ashurst); 4. Jaehwan Kim (Attorney); 5.. Ross Zaurrini (Attorney, Ashurst); | 1. Jaehwan Kim (Attorney); 3. Jaehwan Kim; 4. Ross Zaurrini (Attorney, Ashurst); 5. Jaehwan Kim (Attorney) | 3., 4. Jaehyung Kim, Wen-Ts'ai Lim (Attorney, Ashurst) | Email with counsel transmitting draft expert report prepared at the direction of counsel in connection with litigation | Withheld ACP/WP |
| 206.1 | N/A | 1. 5/9/2013 2. 5/7/2013 3. 4/4/2013 4. 4/4/2013 5. 3/28/2013 | 1. Daniel W. Shim (Attorney); 2. Jaehwan Kim (Attorney); 3. Ross Zaurrini (Attorney, Ashurst); 4. Jaehwan Kim (Attorney); 5.. Ross Zaurrini (Attorney, Ashurst); | 1. Jaehwan Kim (Attorney); 3. Jaehwan Kim; 4. Ross Zaurrini (Attorney, Ashurst); 5. Jaehwan Kim (Attorney) | 3., 4. Jaehyung Kim, Wen-Ts'ai Lim (Attorney, Ashurst) | Draft expert report prepared at the direction of counsel in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 207. | N/A | 1. 6/5/2013<br>2. 6/5/2013 | 1. Ari S. Zymelman (Attorney, Williams & Connolly LLP); 2. Indong Kang | 1. Indong Kang, Stanley Fisher (Attorney, Williams & Connolly LLP), F. Lane Heard (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP); 2. Ari S. Zymelman (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP), F. Lane Heard (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP) | 1. Jeahun Han, Jaehwan Kim (Attorney), Jinhwan Kwak, Dov Grossman (Attorney, Williams & Connolly LLP); 2. Jeahun Han, Jaehwan Kim (Attorney), Jinhwan Kwak | Email from outside counsel reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 208. | N/A | 1. 6/11/2013<br>2. 6/11/2013<br>3. 6/11/2013<br>4. 6/11/2013<br>5. 5/29/2013<br>6. 5/27/2013<br>7. 5/25/2013<br>8. 5/24/2013<br>9. 5/23/2013<br>10. 5/23/2013 | 1. Daniel Shim (Attorney); 2. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 3. Daniel Shim (Attorney); 4. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 5. Daniel Shim (Attorney); 6. Hyucksun Kwon; 7. Daniel Shim (Attorney); 8. Heungju Kwon; 9. Hyucksum Kwon; 10. Seungho Ahn (Attorney) | 1. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 2. Daniel Shim (Attorney); 3. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 4. Daniel Shim (Attorney); 5. Wen-Ts'ai Lim (Attorney, Ashurst LLP), Angela Lin (Attorney, Ashurst LLP), Nathan Bellgrove (Attorney, Ashurst), Ross Zaurrini (Attorney, Ashurst); 6. Daniel Shim (Attorney) | 1, 3. Jaehwan Kim (Attorney), Angela Lin (Attorney, Ashurst LLP), Nathan Bellgrove (Attorney, Ashurst), Ross Zaurrini (Attorney, Ashurst); 5. Jaehwan Kim (Attorney); 6. Brian Sungyun Kim (attorney), Injung Lee (Attorney), Kijoong Kang (Attorney) | Email with outside counsel reflecting legal advice regarding -licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 209. | N/A | 1. 6/19/2013<br>2. 6/19/2013 | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst) | 1. Ross Zaurrini (Attorney, Ashurst), Daniel Shim (Attorney) | 1. Angela Lin (Attorney, Ashurst) | Email with outside counsel reflecting legal advice regarding expert reports and attaching draft expert report | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | | prepared at the direction of counsel in connection with pending litigation | |
| 209.1 | N/A | 1. 6/19/2013 2. 6/19/2013 | 1. Jaehwan Kim (Attorney); 2. Ross Zaurrini (Attorney, Ashurst) | 1. Ross Zaurrini (Attorney, Ashurst), Daniel Shim (Attorney) | 1. Angela Lin (Attorney, Ashurst) | Draft expert report prepared at the direction of counsel in connection with litigation | Withheld ACP/WP |
| 210. | N/A | 7/3/2013 | F. Lane Heard (Williams and Connolly LLP) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jaehwan Kim (Attorney), Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak | | Email with outside counsel reflecting legal advice and attaching draft pleading regarding licensing negotiations, prepared in anticipation of arbitration | Withheld ACP/WP |
| 210.1 | N/A | 7/3/2013 | F. Lane Heard (Williams and Connolly LLP) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jaehwan Kim (Attorney), Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak | | Draft pleading prepared regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP |
| 211. | N/A | 7/5/2013 | Jaehwan Kim (Attorney) | F. Lane Heard (Williams and Connolly LLP) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Kevin Hardy (Attorney, Williams & Connolly LLP) | Email with outside counsel reflecting legal advice and attaching draft pleading regarding licensing negotiations, prepared in anticipation of arbitration | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 211.1 | N/A | 7/5/2013 | Jaehwan Kim (Attorney) | F. Lane Heard (Williams and Connolly LLP) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Kevin Hardy (Attorney, Williams & Connolly LLP) | Draft pleading prepared regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP |
| 212. | N/A | 7/5/2013 | F. Lane Heard (Williams and Connolly LLP) | Jaehwan Kim (Attorney) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak | Email with outside counsel reflecting legal advice and attaching draft pleading regarding licensing negotiations, prepared in anticipation of arbitration | Withheld ACP/WP |
| 212.1 | N/A | 7/5/2013 | F. Lane Heard (Williams and Connolly LLP) | Jaehwan Kim (Attorney) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak | Draft pleading prepared regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 213. | N/A | 7/5/2013 | F. Lane Heard (Williams and Connolly LLP) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jaehwan Kim (Attorney), Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak | Jonathan Landy (Williams and Connolly LLP) | Email with outside counsel reflecting legal advice and attaching draft pleading regarding licensing negotiations, prepared in anticipation of arbitration | Withheld ACP/WP |
| 213.1 | N/A | 7/5/2013 | F. Lane Heard (Williams and Connolly LLP) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jaehwan Kim (Attorney), Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak | Jonathan Landy (Williams and Connolly LLP) | Draft pleading prepared regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP |
| 214 | N/A | 7/2/2013 | F. Lane Heard (Williams and Connolly LLP) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jaehwan Kim (Attorney), Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak | | Email with outside counsel reflecting legal advice and attaching draft pleading regarding licensing negotiations, prepared in anticipation of arbitration | Withheld ACP/WP |
| 214.1 | N/A | 7/2/2013 | F. Lane Heard (Williams and Connolly LLP) | Kijoong Kang (Attorney), Seungho Ahn (Attorney), Indong Kang, Jaehwan Kim (Attorney), Jeahun Han, Jonghyuk Hong (Attorney), Injung Lee (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak | | Draft pleading prepared regarding licensing negotiations, written in anticipation of arbitration | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 215. | SAMNDCA-Z0009402 SAMNDCA-Z0009403 | 3/27/2012 | Youngoo Park, Hojin Chang (Attorney) | Hojin Chang (Attorney) | Heungju Kwon | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 216. | SAMNDCA-Z0002329 SAMNDCA-Z0002334 | 4/6/2012 | Hojin Chang (Attorney), Soojin Lee | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Tomomine Ichihashi (Attorney, Ohno and Partners), Hideaki Kobayashi (Attorney, Ohno and Partners), Mamoru Suzuki (Attorney, Ohno and Partners), Seiji Ohno (Attorney, Ohno and Partners), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan LLP), Kijoong Kang (Attorney), James Jinhwan Kwak, Heungju Kwon, Clayton Seongwoo Kim, JaeHyun Park, Seungkyun Oh, Beyong Yuu (Attorney), Sooyeol Lee, Jaehawk Lee | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 216.1 | N/A | 4/6/2012 | | | | Samsung's Opposition to Respondent Apple Inc.'s Motion for Summary Determination Terminating the Investigation as to the '644 and '348 Patents Based on Samsung's Agreements with Chip Suppliers and FRAND Commitments | Not Produced, NR |
| 216.2 | N/A | 4/6/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 217. | SAMNDCA-Z0009342 | 4/9/2012 | Hojin Chang (Attorney), Yunhee Kang (Attorney) | Hojin Chang (Attorney) | Daniel Ko (Attorney), Clayton Seongwoo Kim | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 217.1 | N/A | 4/9/2012 | | | | Samsung's Opposition to Respondent Apple Inc.'s Motion for Summary Determination Terminating the Investigation as to the '644 and '348 Patents Based on Samsung's Agreements with Chip Suppliers and FRAND Commitments | Not Produced, NR |
| 217.2 | N/A | 4/9/2012 | | | | Samsung's Opposition to Apple's Motion for Partial Summary Judgment | Not Produced, NR |
| 217.3 | N/A | 3/18/2012 | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | 1. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Hojin Chang (Attorney), Marcus Grosch | 1. SamsungFRAND@quinnemanuel.com 2. SamsungFRAND@quinne | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | 2. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP)<br><br>3. Hojin Chang (Attorney)<br><br>4. Henrik Timmann (Attorney, Rospatt Osten Pross)<br><br>5. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP)<br><br>6. Michael Struys (Attorney, Allen Overy)<br><br>7. Hojin Chang (Attorney) | (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Henrik Timmann (Attorney, Rospatt Osten Pross), Michael Struys (Attorney, Allen Overy), Laetitia Benard (Attorney, Allen Overy), Youngmo Kwon (Attorney, Lee & Ko), Pat Treacy (Attorney, Bristows), Bas Berghuis (Attorney, Simmons & Simmons), studio@vanzettieassociati.it, Wen Ts'ai Lim (Attorney, Blake Dawson / Ashurst), Seiji Ohno (Attorney, Ohno & Partners), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Vinje (Attorney, Clifford Chance), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Gaesung Lee, Seongwoo Clayton Kim, Jaehyoung Kim, Sanghoon Park (Attorney), Jinho Park, Daniel Wooseob Shim (Attorney), Richard An (Attorney), Jongsun Park, | manuel.com 3. 3. Henrik Timmann (Attorney, Rospatt Osten Pross), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Michael Struys (Attorney, Allen Overy), Hojin Chang (Attorney), Laetitia Benard (Attorney, Allen Overy), Youngmo Kwon (Attorney, Lee & Ko), Pat Treacy (Attorney, Bristows), Bas Berghuis (Attorney, Simmons & Simmons), studio@vanzettieassociati.it, Wen Ts'ai Lim (Attorney, Blake Dawson / Ashurst), Seiji Ohno (Attorney, Ohno & Partners), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Vinje (Attorney, Clifford Chance), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Gaesung | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  | Daniel Ko (Attorney)<br><br>2. Hojin Chang (Attorney), Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Henrik Timmann (Attorney, Rospatt Osten Pross), Michael Struys (Attorney, Allen Overy), Laetitia Benard (Attorney, Allen Overy), Youngmo Kwon (Attorney, Lee & Ko), Pat Treacy (Attorney, Bristows), Bas Berghuis (Attorney, Simmons & Simmons), studio@vanzettieassociati.it, Wen Ts'ai Lim (Attorney, Blake Dawson / Ashurst), Seiji Ohno (Attorney, Ohno & Partners), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Vinje (Attorney, Clifford Chance), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Gaesung Lee, Seongwoo Clayton Kim, Jaehyoung Kim, Sanghoon Park (Attorney), Jinho Park, | Lee, Seongwoo Clayton Kim, Sanghoon Park (Attorney), Jinho Park, Daniel Wooseob Shim (Attorney), Richard An (Attorney), Jongsun Park, Daniel Ko (Attorney), Jaehyoung Kim<br><br>4. Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Gaesung Lee, Seongwoo Clayton Kim, Sanghoon Park (Attorney), Jinho Park, Daniel Wooseob Shim (Attorney), Richard An (Attorney), Jongsun Park, Daniel Ko (Attorney), Jaehyoung Kim<br><br>5. Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Gaesung Lee, Seongwoo Clayton Kim, Sanghoon Park (Attorney), Jinho Park, |  |  |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Daniel Wooseob Shim (Attorney), Richard An (Attorney), Jongsun Park, Daniel Ko (Attorney)<br><br>3. Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP)<br><br>4. Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Michael Struys (Attorney, Allen Overy), Hojin Chang (Attorney), Laetitia Benard (Attorney, Allen Overy), Youngmo Kwon (Attorney, Lee & Ko), Pat Treacy (Attorney, Bristows), Bas Berghuis (Attorney, Simmons & Simmons), studio@vanzettieassociati.it, Wen Ts'ai Lim (Attorney, Blake Dawson / Ashurst), Seiji Ohno (Attorney, Ohno & Partners), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Vinje (Attorney, Clifford Chance)<br><br>5. Michael Struys (Attorney, | Daniel Wooseob Shim (Attorney), Richard An (Attorney), Jongsun Park, Daniel Ko (Attorney), Jaehyoung Kim<br><br>6. Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Gaesung Lee, Seongwoo Clayton Kim, Sanghoon Park (Attorney), Jinho Park, Daniel Wooseob Shim (Attorney), Richard An (Attorney), Jongsun Park, Daniel Ko (Attorney), Jaehyoung Kim<br><br>7. Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Gaesung Lee, Seongwoo Clayton Kim, Sanghoon Park (Attorney), Jinho Park, Daniel Wooseob Shim (Attorney), Richard An (Attorney), Jongsun Park, | | |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Allen Overy), Hojin Chang (Attorney), Laetitia Benard (Attorney, Allen Overy), Youngmo Kwon (Attorney, Lee & Ko), Pat Treacy (Attorney, Bristows), Bas Berghuis (Attorney, Simmons & Simmons), studio@vanzettieassociati.it, Wen Ts'ai Lim (Attorney, Blake Dawson / Ashurst), Seiji Ohno (Attorney, Ohno & Partners), Henrik Timmann (Attorney, Rospatt Osten Pross), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Vinje (Attorney, Clifford Chance)  6. Hojin Chang (Attorney), Laetitia Benard (Attorney, Allen Overy), Youngmo Kwon (Attorney, Lee & Ko), Pat Treacy (Attorney, Bristows), Bas Berghuis (Attorney, Simmons & Simmons), studio@vanzettieassociati.it, Wen Ts'ai Lim (Attorney, Blake Dawson / Ashurst), Seiji Ohno (Attorney, Ohno & | Daniel Ko (Attorney), Jaehyoung Kim | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Partners), Henrik Timmann (Attorney, Rospatt Osten Pross), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Vinje (Attorney, Clifford Chance)<br><br>7. Laetitia Benard (Attorney, Allen Overy), Youngmo Kwon (Attorney, Lee & Ko), Pat Treacy (Attorney, Bristows), Bas Berghuis (Attorney, Simmons & Simmons), studio@vanzettieassociati.it, Wen Ts'ai Lim (Attorney, Blake Dawson / Ashurst), Seiji Ohno (Attorney, Ohno & Partners), Henrik Timmann (Attorney, Rospatt Osten Pross), Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Thomas Vinje (Attorney, Clifford Chance), Michael Struys (Attorney, | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Allen Overy) | | | |
| 217.4 | N/A | 3/18/2012 | | | | Memorandum reflecting legal advice regarding licensing prepared at the direction of counsel in anticipation of litigation | Not Produced, NR |
| 217.5 | N/A | 4/3/2012 | Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Hojin Chang (Attorney), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), James Jinhwan Kwak, Gaesung Lee, Seongwoo Clayton Kim, Sanghoon Park (Attorney), Jinho Park, Daniel Wooseob Shim (Attorney), Richard An (Attorney), Jongsun Park, Daniel Ko (Attorney), Jaehyoung Kim, Yunhee Kang (Attorney), James Minjae Shin (Attorney), Eric Cha (Attorney), Anthony Hojin Kahng (Attorney) | Michael Struys (Attorney, Allen Overy), Thomas Vinje (Attorney, Clifford Chance), Laetitia Benard (Attorney, Allen Overy), Bas Berghuis (Attorney, Simmons & Simmons), Pat Treacy (Attorney, Bristows), Youngmo Kwon (Attorney, Lee & Ko), Patrick Shields (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), studio@vanzettieassociati.it, Wen Ts'ai Lim (Attorney, Blake Dawson / Ashurst), Seiji Ohno (Attorney, Ohno & Partners), Henrik Timmann (Attorney, Rospatt Osten Pross), Ashin van Rooijen (Attorney, Clifford Chance), Marie-Laure | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Not Produced, NR |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Combet (Attorney, Clifford Chance), Michel Petite (Clifford Chance), Charles K Verhoeven (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Samsung ITC, Samsung FRAND, Marcus Grosch (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP), Chong Park (Attorney, Steptoe & Johnson), Paul Lall (Attorney, Steptoe & Johnson) | | |
| 218. | SAMNDCA-Z0006201 SAMNDCA-Z0006204 | 4/20/2012 | Heungju Kwon, Clayton Seongwoo Kim, Hojin Chang (Attorney) | Heungju Kwon | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 218.1 | N/A | 4/20/2012 | | | | Memorandum reflecting legal advice regarding licensing prepared at the direction of counsel in anticipation of litigation | Not Produced, NR |
| 218.2 | N/A | 4/20/2012 | | | | Memorandum reflecting legal advice regarding licensing prepared at the direction of counsel in anticipation of litigation | Not Produced, NR |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| 218.3 | N/A | 4/20/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 218.4 | N/A | 4/20/2012 | | | | Memorandum from outside counsel regarding expert reports prepared in anticipation of litigation | Not Produced, NR |
| 218.5 | N/A | 4/20/2012 | | | | Draft expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 218.6 | N/A | 4/20/2012 | | | | Memorandum reflecting legal advice regarding licensing prepared at the direction of counsel in anticipation of litigation | Not Produced, NR |
| 218.7 | N/A | 4/20/2012 | | | | Memorandum reflecting legal advice regarding licensing prepared at the direction of counsel in anticipation of litigation | Not Produced, NR |
| 218.8 | N/A | 4/20/2012 | | | | Presentation reflecting legal advice regarding licensing prepared at the direction of counsel in anticipation of litigation | Not Produced, NR |
| 218.9 | N/A | 4/20/2012 | | | | Presentation reflecting legal advice regarding expert reports prepared at the direction of counsel in anticipation of litigation | Not Produced, NR |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 219. | SAMNDCA-Z0006509 | 5/4/2012 | Yunhee Kang (Attorney) | Heungju Kwon | Kijoong Kang (Attorney), Daniel Ko (Attorney), Clayton Seongwoo Kim, Hojin Chang (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 219.1 | | 5/4/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR |
| 219.2 | | 5/4/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 220. | SAMNDCA-Z0006569 | 5/4/2012 | Heungju Kwon | Heungju Kwon | Kijoong Kang (Attorney), Yunhee Kang (Attorney), Heungju Kwon, Clayton Seongwoo Kim, Peter Sanghoon Park (Attorney), Christopher Jinho Park (Attorney), Jaewan Chi (Attorney) | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP |
| 220.1 | N/A | 5/4/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR Duplicate of Tab 219.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 220.2 | N/A | 5/4/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 219.2 |
| 221. | N/A | 1. 6/29/2012 2. 6/29/2012 3. 2/23/2012 4. 2/23/2012 | 1. Clayton Seongwoo Kim; 2. Daniel W. Shim (Attorney); 3. Ruben Ladde (Attorney, Simmons & Simmons LLP); 4. R.M. Kleemans (Attorney, Freshfields Bruckhaus Deringer) | 1. Daniel W. Shim (Attorney); 4. j.th.van.walderveen@rechtspraak.nl, e.brinkman@rechtspraak.nl | 4. Theo Blomme (Attorney, Freshfields Bruckhaus Deringer), Jelle Drok (Attorney, Freshfields Bruckhaus Deringer), p.h.blok@rechtspraak.nl, Mattie de Koning (Attorney, Simmons & Simmons LLP), a.raghoenandan@rechtspraak.nl, Ruben Ladde (Attorney, Simmons & Simmons LLP), Bas Berghuis van Woortman (Attorney, Simmons & Simmons LLP) | Email with counsel, prepared in anticipation of litigation, reflecting legal advice regarding third party's intellectual property rights and licensing issues | Withheld ACP/WP |
| 222. | SAMNDCA-Z0010490 SAMNDCA-Z0010494 | 1. 6/29/2012 2. 6/29/2012 3. 6/29/2012 4. 2/23/2012 5. 2/23/2012 | 1. Daniel W. Shim (Attorney); 2. Clayton Seongwoo Kim; 3. Daniel W. Shim (Attorney); 4. Ruben Ladde (Attorney, Simmons & Simmons LLP); | 1. Clayton Seongwoo Kim; 5. j.th.van.walderveen@rechtspraak.nl, e.brinkman@rechtspraak.nl | 5. Theo Blomme (Attorney, Freshfields Bruckhaus Deringer), Jelle Drok (Attorney, Freshfields Bruckhaus Deringer), | Email with counsel, prepared in anticipation of litigation, reflecting legal advice regarding third party's intellectual property rights and licensing issues | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | 5. R.M. Kleemans (Attorney, Freshfields Bruckhaus Deringer) | | p.h.blok@rechtspraak.nl, Mattie de Koning (Attorney, Simmons & Simmons LLP), a.raghoenandan@rechtspraak.nl, Ruben Ladde (Attorney, Simmons & Simmons LLP), Bas Berghuis van Woortman (Attorney, Simmons & Simmons LLP) | | |
| | N/A | 1. 6/29/2012 2. 6/29/2012 3. 6/29/2012 4. 2/23/2012 5. 2/23/2012 | 1. Daniel W. Shim (Attorney); 2. Clayton Seongwoo Kim; 3. Daniel W. Shim (Attorney); 4. Ruben Ladde (Attorney, Simmons & Simmons LLP); 5. R.M. Kleemans (Attorney, Freshfields Bruckhaus Deringer) | 1. Clayton Seongwoo Kim; 5. j.th.van.walderveen@rechtspraak.nl, e.brinkman@rechtspraak.nl | 5. Theo Blomme (Attorney, Freshfields Bruckhaus Deringer), Jelle Drok (Attorney, Freshfields Bruckhaus Deringer), p.h.blok@rechtspraak.nl, Mattie de Koning (Attorney, Simmons & Simmons LLP), a.raghoenandan@rechtspraak.nl, Ruben Ladde (Attorney, Simmons & Simmons LLP), Bas Berghuis van Woortman (Attorney, Simmons & | Email with counsel, prepared in anticipation of litigation, reflecting legal advice regarding third party's intellectual property rights and licensing issues | Withheld ACP/WP Duplicate of Tab 222. |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Simmons LLP) | | |
| | N/A | 1. 6/29/2012<br>2. 6/29/2012<br>3. 6/29/2012<br>4. 2/23/2012<br>5. 2/23/2012 | 1. Daniel W. Shim (Attorney); 2. Clayton Seongwoo Kim; 3. Daniel W. Shim (Attorney); 4. Ruben Ladde (Attorney, Simmons & Simmons LLP); 5. R.M. Kleemans (Attorney, Freshfields Bruckhaus Deringer) | 1. Clayton Seongwoo Kim; 5. j.th.van.walderveen@rechtspraak.nl, e.brinkman@rechtspraak.nl | 5. Theo Blomme (Attorney, Freshfields Bruckhaus Deringer), Jelle Drok (Attorney, Freshfields Bruckhaus Deringer), p.h.blok@rechtspraak.nl, Mattie de Koning (Attorney, Simmons & Simmons LLP), a.raghoenandan@rechtspraak.nl, Ruben Ladde (Attorney, Simmons & Simmons LLP), Bas Berghuis van Woortman (Attorney, Simmons & Simmons LLP) | Email with counsel, prepared in anticipation of litigation, reflecting legal advice regarding third party's intellectual property rights and licensing issues | Withheld ACP/WP Duplicate of Tab 222. |
| 223. | SAMNDCA-Z0006264 SAMNDCA-Z0006265 | 7/5/2012 | Caleb Lee (Attorney) | Hojin Chang (Attorney) | Kijoong Kang (Attorney), Yunhee Kang (Attorney), Heungju Kwon, Clayton Seongwoo Kim, Peter Sanghoon Park (Attorney), Christopher Jinho Park (Attorney), Jaewan Chi (Attorney) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 223.1 | N/A | 7/5/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR |
| 223.2 | N/A | 7/5/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR |
| 223.3 | N/A | 7/5/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR |
| 223.4 | N/A | 7/5/2012 | | | | Pleading submitted to European Commission on the Commission's potential theories of harm | Not Produced, NR |
| 223.5 | N/A | 7/5/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR |
| 223.6 | N/A | 7/5/2012 | | | | Pleading prepared regarding licensing negotiations, written in anticipation of arbitration | Not Produced, NR |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------  |-------------------|
| 223.7 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 223.8 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 223.9 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 223.10 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 223.11 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR |
| 223.12 | N/A | 7/5/2012 | | | | Letter from Samsung to Apple regarding licensing negotiations | Not Produced, NR |
| 223.13 | N/A | 7/5/2012 | | | | Presentation reflecting legal advice regarding licensing prepared at the direction of counsel in anticipation of litigation | Not Produced, NR |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 223.14 | N/A | 7/5/2012 | | | | Pleading submitted to European Commission on the Commission's potential theories of harm | Not Produced, NR |
| 224. | SAMNDCA-Z0006388 SAMNDCA-Z0006389 | 7/5/2012 | Young Mo Kwon (Attorney, Lee & Ko), Hyeon Gil Ryoo (Attorney, Lee & Ko) | Hojin Chang (Attorney) | Kijoong Kang (Attorney), Yunhee Kang (Attorney), James Jinhwan Kwak, Heungju Kwon, Clayton Seongwoo Kim, Peter Sanghoon Park (Attorney), Caleb Lee (Attorney), Hojin Chang (Attorney), Jaewan Chi (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 224.1 | N/A | 7/5/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.1 |
| 224.2 | N/A | 7/5/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.2 |
| 224.3 | N/A | 7/5/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.3 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 224.4 | N/A | 7/5/2012 | | | | Pleading submitted to European Commission on the Commission's potential theories of harm | Not Produced, NR Duplicate of Tab 223.4 |
| 224.5 | N/A | 7/5/2012 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.5 |
| 224.6 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.7 |
| 224.7 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.8 |
| 224.8 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.9 |
| 224.9 | N/A | 7/5/2012 | | | | Expert declaration regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.10 |
| 224.10 | N/A | 7/5/2012 | | | | Expert report regarding licensing negotiations written in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.11 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 224.11 | N/A | 7/5/2012 | | | | Letter from Samsung to Apple regarding licensing negotiations | Not Produced, NR Duplicate of Tab 223.12 |
| 224.12 | N/A | 7/5/2012 | | | | Presentation reflecting legal advice regarding licensing prepared at the direction of counsel in anticipation of litigation | Not Produced, NR Duplicate of Tab 223.13 |
| 224.13 | N/A | 7/5/2012 | | | | Pleading prepared regarding licensing negotiations, written in anticipation of arbitration | Not Produced, NR Duplicate of Tab 223.6 |
| 224.14 | N/A | 7/5/2012 | | | | Pleading submitted to European Commission on the Commission's potential theories of harm | Not Produced, NR Duplicate of Tab 223.14 |
| 225. | SAMNDCA-Z0006449 | 7/6/2012 | Heungju Kwon,Clayton Seongwoo Kim | Heungju Kwon | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP |
| 225.1 | N/A | 7/6/2012 | | | | Draft expert report reflecting legal positions regarding licensing negotiations written in connection with pending or anticipated litigation | Withheld ACP/WP |
| 226. | SAMNDCA-Z0010477 SAMNDCA-Z0010482 | 7/14/2012 | Helen Hopson (Attorney, Bristows, LLP) | Daniel Ko (Attorney), Hojin Chang (Attorney), Michel Struys (Attorney, AllenOvery), Peter | Ief Daems, Thomas Vinje (Attorney, Clifford Chance), Pat Treacy (Attorney, Bristows, LLP), | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Camesasca (Attorney) (Attorney, Zimmermann & Partner), Ashwin van Rooijen (Attorney, Clifford Chance), Jinho Park (Attorney), Jaewan Chi (Attorney) | Sanghoon Park (Attorney), Yunwook Son, Clayton Seongwoo Kim, Hyojae Kim, Caleb Lee (Attorney), Daniel Wooseob Shim (Attorney) | | |
| 227. | N/A | 12/16/2012 | Wonsuk Park | Seungho Ahn (Attorney), Kijoong Kang (Attorney), Minhyung Chung, James Jinhwan Kwak, Kenneth Korea (Attorney) | Wonsuk Park | Email to counsel written in anticipation of litigation, reflecting legal advice regarding intellectual property rights written in connection with prospective licensing negotiation | Withheld ACP/WP |
| 227.1. | N/A | 12/16/2012 | | | | Document prepared at the direction of counsel, prepared in anticipation of litigation, reflecting legal advice regarding intellectual property rights written in connection with prospective licensing negotiation | Withheld ACP/WP |
| 227.2. | N/A | 12/16/2012 | | | | Document prepared at the direction of counsel, prepared in anticipation of litigation, reflecting legal advice regarding intellectual property rights written in connection with prospective licensing negotiation | Withheld ACP/WP |
| | N/A | 12/16/2012 | Wonsuk Park | Seungho Ahn (Attorney), Kijoong Kang (Attorney), | Wonsuk Park | Email to counsel written in anticipation of litigation, reflecting legal advice regarding | Withheld ACP/WP Duplicate of Tab 227. |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Minhyung Chung, James Jinhwan Kwak, Kenneth Korea (Attorney) | | intellectual property rights written in connection with prospective licensing negotiation | |
| | N/A | 12/16/2012 | | | | Document prepared at the direction of counsel, prepared in anticipation of litigation, reflecting legal advice regarding intellectual property rights written in connection with prospective licensing negotiation | Withheld ACP/WP Duplicate of Tab 227.1. |
| | N/A | 12/16/2012 | | | | Document prepared at the direction of counsel, prepared in anticipation of litigation, reflecting legal advice regarding intellectual property rights written in connection with prospective licensing negotiation | Withheld ACP/WP Duplicate of Tab 227.2. |
| 228. | N/A | 1. 12/28/2012 2. 12/28/2012 3. 12/21/2012 4. 12/18/2012 5. 12/10/2012 | 1. Taehyung Kim (Attorney) 2. Taehyung Kim (Attorney) 3. Helen Hopson (Attorney, Bristows LLP) 4. Pat Treacy (Attorney, Bristows LLP) 5. Laura Peirson (Attorney, Bristows LLP) | 1. Daniel W. Shim (Attorney) | | Email with outside counsel reflecting legal advice and transmitting document regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 228.1 | N/A | 12/28/2012 | Pat Treacy (Attorney, Bristows LLP) | Taehyung Kim (Attorney), James Jinhwan Kwak, Jinho Park (Attorney), Hojin Chang (Attorney), Bongjoon Kang, Indong Kang, Peter Camesasca (Attorney) | Helen Hopson (Attorney, Bristows LLP), Laura Peirson (Attorney, Bristows LLP) | Email with outside counsel reflecting legal advice and attaching document regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 228.2 | N/A | 12/28/2012 | Laura Peirson (Attorney, Bristows LLP) | Taehyung Kim (Attorney), James Jinhwan Kwak, Jinho Park (Attorney), Hojin Chang (Attorney), Bongjoon Kang, Indong Kang, Peter Camesasca (Attorney) | Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | Email with outside counsel reflecting legal advice and attaching document regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 228.3 | N/A | 12/28/2012 | | | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 228.4 | N/A | 12/28/2012 | | | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation | Not Produced, NR |
| 228.5 | N/A | 12/28/2012 | | | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations, prepared in anticipation of litigation | Not Produced, NR |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 229. | N/A | 1. 1/8/2013 2. 1/7/2013 3. 1/7/2013 4. 1/7/2013 | 1. Taehyung Kim (Attorney); 2. Indong Kang; 3. Taehyung Kim (Attorney); 4. Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney) | 1. Taehyung Kim (Attorney), Indong Kang; 3. Pat Treacy (Attorney), Helen Hopson (Attorney); 4. Taehyung Kim (Attorney) | | Email with outside counsel reflecting legal advice and transmitting document regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |
| 229.1. | N/A | 1/8/2013 | | | | Document prepared by outside counsel reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 229.2. | N/A | 1/8/2013 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 229.3. | N/A | 1/8/2013 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 230. | N/A | 1. 1/11/2013 2. 1/11/2013 3. 1/11/2013 4. 1/11/2013 5. 1/11/2013 6. 1/07/2013 | 1. Hojin Chang (Attorney); 2. Peter Camesasca (Attorney); 3. Christopher Park (Attorney); 4. Christopher Park (Attorney); 5. Peter Camesasca (Attorney); 6. Christopher Park (Attorney) | 1. Daniel Shim (Attorney); 2. Christopher Park (Attorney); 3. Christopher Park (Attorney), Peter Camesasca (Attorney); 6. Peter Camesasca (Attorney) | 1. Kijoong Kang (Attorney), Injung Lee (Attorney), Clayton Kim, Eric Junghoon Cha (Attorney), James Jinhwan Kwak, Jay Shim (Attorney), Taehyung Kim (Attorney); 2, 3. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gaesung | Email with counsel reflecting legal advice regarding trial strategy, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Lee, Sanghoon Park, Hojin Chang (Attorney), Yeonwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Daniel Shim (Attorney), James Jinhwan Kwak; 6. Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon Park, Hojin Chang N/A(Attorney), Yeonwook Son, Christopher Park (Attorney) | | |
| 230.1. | N/A | 1/11/2013 | | | | Presentation document prepared by outside counsel reflecting legal advice regarding trial strategy, prepared in anticipation of litigation | Withheld ACP/WP |
| 230.2. | N/A | 1/11/2013 | | | | Presentation document prepared by outside counsel reflecting legal advice regarding trial strategy, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 231. | N/A | 1. 1/11/2013 2. 1/11/2013 3. 1/11/2013 4. 1/11/2013 5. 1/11/2013 6. 1/11/2013 7. 1/7/2013 | 1. Injung Lee (Attorney); 2. Hojin Chang (Attorney); 3. Peter Camesasca (Attorney); 4. Christopher Jinho Park (Attorney); 5. Christopher Jinho Park (Attorney); 6. Peter Camesasca (Attorney); 7. Christopher Jinho Park (Attorney); | 1. Hojin Chang (Attorney), Daniel W. Shim (Attorney); 2. Daniel W. Shim (Attorney); 3. Christopher Jinho Park (Attorney); 4. Christopher Jinho Park (Attorney), Peter Camesasca (Attorney); 5. Peter Camesasca (Attorney); 6. Christopher Jinho Park (Attorney); 7. Peter Camesasca (Attorney) | 1. Kijoong Kang (Attorney), Brian Sungyun Kim (Attorney), Eric Junghoon Cha (Attorney), Jinhwan Kwak, Jay Shim (Attorney), Taehyung Kim (Attorney); 3., 4. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yunwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Daniel W. Shim (Attorney), Jinhwan Kwak; 7. Sangjoo Lee (Attorney), Gaesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yunwook Son, Christopher Jinho Park (Attorney) | Email with outside counsel, prepared in anticipation of litigation, reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 232. | N/A | 1. 1/11/2013<br>2. 1/11/2013<br>3. 1/11/2013<br>4. 1/11/2013<br>5. 1/11/2013<br>6. 1/11/2013<br>7. 1/11/2013<br>8. 1/7/2013 | 1. Daniel Shim (Attorney); 2. Injung Lee (Attorney); 3. Hojin Chang (Attorney); 4. Peter Camesasca (Attorney); 5&6. Christopher (Jinho) Park; 7. Peter Camesasca (Attorney); 8. Christopher Park (Attorney) | 1. Injung Lee (Attorney); 4. Jinho Park; 5. Christopher Park (Attorney), Peter Camesasca (Attorney); 6. Peter Camesasca (Attorney); 7. Christopher Park (Attorney); 8. Peter Camesasca (Attorney) | 1. Hojin Chang (Attorney), Kijoong Kang (Attorney), Eric Junghoon Cha (Attorney), Jinhwan Kwak, Jay Shim (Attorney), Taehyung Kim (Attorney); 4&5. Jaewan Chi (Attorney), Sangjoo Lee (Attorney), Kyesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yunwook Son, Trevor Soames, Miguel Rato, Thomas Vinje, Pat Treacy (Attorney, Bristows LLP), Damien Neven, Cristina Caffarra, Julie Vandenbussche, Daniel Shim (Attorney), Jinhwan Kwak; 8. Sangjoo Lee (Attorney), Kyesung Lee, Sanghoon Park, Hojin Chang (Attorney), Yunwook Son, Jinho Park | Email from outside counsel reflecting legal advice regarding licensing issues in conjunction with litigation | Withheld ACP/WP |
| 233. | N/A | 1. 2/5/2013<br>2. 2/6/2013<br>3. 2/6/2013 | 1. Indong Kang; 2. Eric Junghoon Cha (Attorney); 3. Ruffin Cordell | 1. Jeahun Han, Hoyun Kim 2. Hyucksun Kwon; 4. Eric Junghoon Cha (Attorney), | 4&5. FR Samsung-Ericsson Leaders, KE Samsung-Ericsson | Email with outside counsel in anticipation of litigation, reflecting legal advice and transmitting document prepared regarding | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 4. 2/5/2013 5. 2/4/2013 | (Attorney, Fish & Richardson, P.C.); 4. Michael McKeon; 5. Michael McKeon | David Higher, Ed Donovan, Richard An; 5. Eric Junghoon Cha (Attorney), David Higher, Ed Donavan, Richard An (Attorney) | Leaders | licensing issues | |
| 233.1. | N/A | 2/5/2013 | | | | Document prepared by outside counsel in anticipation of litigation, reflecting legal advice regarding licensing issues | Withheld ACP/WP |
| 234. | N/A | 1. 2/6/2013 2. 2/5/2013 3. 2/4/2013 | 1., 2., 3. Hyucksun Kwon | 1. Seungho Ahn (Attorney), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Minhyung Chung, Jay Shim (Attorney), Injung Lee (Attorney), James Jinhwan Kwak, Brian Sungyun Kim (Attorney), Beyongho Yuu (Attorney), Junwon Lee, Joonkyo Cheong, Richard An (Attorney), Eric Junghoon Cha (Attorney), James Minjae Shin (Attorney), Indong Kang, YoungJin Kwon, Taehyung Kim (Attorney), Youngmo Koo,  Kyuhyuk Lee, Jaehwak Lee, Junghyeob Lee, Dongsoo Seo, Hankil Kang | 1. Hyunju Kim, Miji Kim, Eunhye Choi, Sohee Yoon, Jeong Jin, Ahra Lee, Mirae Choo | Email with counsel reflecting legal advice in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------| ----------------|
| | | | | (Attorney), Hyunsun Kwak, Hyucksun Kwon | | | |
| 234.1. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding litigation timeline in anticipation of litigation | Withheld ACP/WP |
| 234.2. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding arbitration  in anticipation of litigation | Withheld ACP/WP |
| 234.3. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding component vendors in anticipation of litigation | Withheld ACP/WP |
| 234.4. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding document production in anticipation of litigation | Withheld ACP/WP |
| 234.5. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding litigation strategy in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 234.6. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding mock trial and arbitration studies in anticipation of litigation | Withheld ACP/WP |
| 234.7. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding litigation schedule in anticipation of litigation | Withheld ACP/WP |
| 234.8. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding mock trial in anticipation of litigation | Withheld ACP/WP |
| 234.9. | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel in anticipation of litigation | Withheld ACP/WP |
| 235. | N/A | 1. 2/6/2013<br>2. 2/6/2013<br>3. 2/5/2013<br>4. 2/4/2013 | 1. Indong Kang;<br>2., 3., 4. Hyucksun Kwon | 1. Jaehun Han, Hoyun Kim | | Email with counsel reflecting legal advice regarding litigation schedule  in anticipation of litigation | Withheld ACP/WP |
| 235.1 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding litigation timeline in anticipation of litigation | Withheld ACP/WP<br>Duplicate of Tab 234.1. |
| 235.2 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding arbitration  in anticipation of litigation | Withheld ACP/WP<br>Duplicate of Tab 234.2. |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 235.3 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding component vendors in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 234.3. |
| 235.4 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding document production in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 234.4. |
| 235.5 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding litigation strategy in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 234.5. |
| 235.6 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding mock trial and arbitration studies in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 234.6. |
| 235.7 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding litigation schedule in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 234.7. |
| 235.8 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel regarding mock trial in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 234.8. |
| 235.9 | N/A | 2/6/2013 | | | | Document reflecting legal advice from counsel in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 234.9. |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 236. | N/A | 1. 2/13/2013 2. 2/14/2013 | 1. James Jinhwan Kwak; 2. FOSS Patents | 1. Indong Kang, James Jinhwan Kwak; 2. James Jinhwan Kwak | | Email seeking legal advice regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 237. | N/A | 2/14/2013 | Eugene Shim | Seungho Ahn (Attorney), Jaewan Chi (Attorney), Kijoong Kang (Attorney), MinHyung Chung, Seunggun Park, Injung Lee (Attorney), Jay Shim (Attorney), Hosik Jang (Attorney), Dong-Geun Lee, WonDeuk Song, Beyongho Yuu (Attorney), James Kwak, Brian Sungyun Kim (Attorney), Yooseok Kim, Jongpil Hong, Andrew Hong, Hojin Chang (Attorney), Taehyung Kim (Attorney), James Shin (Attorney), Richard An (Attorney), Jaehwan Kim (Attorney), Eric Junghoon Cha (Attorney), HK Park, Jay Jaehwang Sim, Joonkyo Cheong, Chulhee Lee, Sungjae Chang, Giho Ro, Junghyeob Lee, Seungbeom Choi, Jack Kyonghwa Chong, | Byungsung Cho, Caroline Shin, Esther Park, Eugene Shim, Eunha Kim, Kenneth Korea (Attorney) | Email with counsel reflecting legal advice and transmitting document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Joe Hur, Sunghwan Youn, Hyungtaek Lim, Kiwoong Song, Jongwoon Kim, Junghoon Park, Hyungwon Chung, Sungmin Jo | | | |
| 237.1. | N/A | 2/14/2013 | | | | Memorandum from counsel reflecting legal advice regarding licensing and summarizing IP news in anticipation of litigation | Withheld ACP/WP |
| 238. | N/A | 1. 2/14/2013 2. 2/14/2013 | 1. Eugene Shim; 2. Eugene Shim | 1. Everette Rett Snotherly (Attorney), Karin Norton (Attorney), Daniel Laurence Girdwood (Attorney), Bryan Richardson, Anthony Hojin Kahng (Attorney); 2. Seungho Ahn (Attorney), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Minhyung Chung, Seuggun Park, Injung Lee (Attorney), Jay Shim (Attorney), Hosik Jang, Donggeun Lee, Wondeuk Song, Beyongho Yuu (Attorney), James Jinhwan Kwak, Brian Sungyun Kim (Attorney), Yooseok Kim, Jongpil Hong, | 1. Gunyoung Lee; 2. Kenneth Korea (Attorney), Eunha Kim, Esther Park, Caroline Shin, Byungsung Cho, Eugene Shim | Email with counsel reflecting legal advice and transmitting document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Andrew Hong, Hojin Chang (Attorney), Taehyung Kim (Attorney), James Shin (Attorney), Richard An (Attorney), Jaehwan Kim (Attorney), Eric Junghoon Cha (Attorney), HK Park, Jay Jaehwang Sim, Joonkyu Cheong, Chulhee Lee, Sungjae Chang, Giho Ro, Junghyeob Lee, Seungbeom Choi, Jack Kyonghwa Chong, Joe Hur, Sunghwan Youn, Hyungtaek Lim, Kiwoong Song, Jongwoon Kim, Junghoon Park, Hyungwon Chung, Sungmin Jo | | | |
| 238.1. | N/A | 2/14/2013 | | | | Memorandum from counsel reflecting legal advice regarding licensing and summarizing IP news in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 236.1 |
| 239. | N/A | 2/22/2013 | 1. Indong Kang 2. Hyucksun Kwon 3. Hyucksun Kwon 4. Hyucksun Kwon | 1. Jaehun Kim, Hoyun Kim | | Document prepared at the direction of counsel reflecting legal advice regarding licensing negotiations with third party | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| 239.1 | N/A | 2/22/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.2 | N/A | 2/22/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.3 | N/A | 2/22/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.4 | N/A | 2/22/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.5 | N/A | 2/22/2013 | | | | Presentation prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.6 | N/A | 2/22/2013 | | | | Presentation prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.7 | N/A | 2/22/2013 | | | | Presentation prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 239.8 | N/A | 2/22/2013 | | | | Presentation prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.9 | N/A | 2/22/2013 | | | | Presentation prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.10 | N/A | 2/22/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.11 | N/A | 2/22/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.12 | N/A | 2/22/2013 | | | | Presentation prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.13 | N/A | 2/22/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 239.14 | N/A | 2/22/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 240. | N/A | 1. 2/28/2013<br>2. 2/27/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney) | 1. Eunha Kim; 2. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (Attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak (Attorney), Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee; Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung | | Email with counsel reflecting legal advice and transmitting memorandum prepared by outside counsel regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 240.1. | N/A | 2/28/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | issues, prepared in anticipation of arbitration | |
| | N/A | 1. 2/28/2013 2. 2/27/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney) | 1. Eunha Kim; 2. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (Attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Kwak (Attorney), Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everrette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Kahng (Attorney), Youngjin Kwon, Hankil Kang (Attorney), Junghyeob Lee; Youngmo Koo, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Minhyung Chung | | Email with counsel reflecting legal advice and transmitting memorandum prepared by outside counsel regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 240 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 2/28/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing issues, prepared in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 240.1 |
| | N/A | 1. 2/28/2013 2. 2/27/2013 | 1. Daniel W. Shim (Attorney); 2. Eric Junghoon Cha (Attorney) | 1. Eunha Kim; 2. Jay Shim (Attorney), Eric Junghoon Cha (Attorney), Beyongho Yuu (Attorney), Brian Sungyun Kim (Attorney), Daniel Laurence Girdwood (Attorney), Daniel W. Shim (Attorney), Hojin Chang (Attorney), Hyucksun Kwon, Indong Kang, Injung Lee (Attorney), James Jinhwan Kwak, Junwon Lee, Julie Han (Attorney), Kijoong Kang (Attorney), Michael Kang (Attorney), Everette Rett Snotherly (Attorney), Richard An (Attorney), Taehyung Kim (Attorney), Wondeuk Song, Youngjo Lim (Attorney), Anthony Hojin Kahng (Attorney), Youngjin Kwon, Junghyeob Lee, Youngmo Koo; Seungho Ahn | | Email with counsel reflecting legal advice and transmitting memorandum prepared by outside counsel  regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 240 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Jaewan Chi (Attorney), Minhyung Chung | | | |
| | N/A | 2/28/2013 | | | | Memorandum prepared by counsel reflecting legal advice in anticipation of arbitration | Withheld ACP/WP Duplicate of Tab 240.1 |
| 241. | N/A | 1. 3/12/2013 2. 3/12/2013 | 1. Injung Lee (Attorney); 2. Greg Arovas (Attorney, Kirkland & Ellis LLP); | 1. Junwon Lee, Hyucksun Kwon, Daniel W. Shim (Attorney), Richard An, Eric Junghoon Cha (Attorney), Brian Sungyun Kim (Attorney), Taehyung Kim (Attorney), Hojin Chang (Attorney), Jinhwan Kwak; 2. Injung Lee (Attorney) | | Email with outside counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Withheld ACP/WP |
| 241.1. | N/A | 3/12/2013 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing negotiations in anticipation of litigation | Withheld ACP/WP |
| 242. | N/A | 1. 3/22/2013 2. 3/20/2013 | 1. Hyucksun Kwon; 2. Hyucksun Kwon | 1. Hyucksun Kwon, Seungho Ahn (Attorney), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Minhyung Chung, Jay Shim (Attorney), Injung Lee (Attorney), Jinhwan Kwak, Brian Sungyun Kim (Attorney), Beyongho Yuu | | Email to counsel transmitting document prepared by outside counsel reflecting legal advice regarding discovery in conjunction with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Junwon Lee, Joonkyo Jung, Richard An (Attorney), Eric Junghoon Cha (Attorney), James Minjae Shin (Attorney), Indong Kang, Youngjin Kwon, Youngjo Lim (Attorney), Taehyung Kim (Attorney), Youngmo Koo, Kyuhyuk Lee, Jaehwak Lee, Junghyeob Lee, Dongsoo Seo, Hankil Kang (Attorney), Hyunsun Kwak, Clayton Seongwoo Kim | | | |
| 242.1 | N/A | 3/22/2013 | | | | Document reflecting legal advice from counsel regarding litigation strategy in anticipation of litigation | Withheld ACP/WP |
| 242.2 | N/A | 3/22/2013 | | | | Document reflecting legal advice from counsel regarding litigation strategy in anticipation of litigation | Withheld ACP/WP |
| 242.3 | N/A | 3/22/2013 | | | | Document reflecting legal advice from counsel regarding licensing negotiations in anticipation of litigation | Withheld ACP/WP |
| 242.4 | N/A | 3/22/2013 | | | | Document reflecting legal advice from counsel regarding licensing negotiations in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 242.5 | N/A | 3/22/2013 | | | | Document reflecting legal advice from counsel regarding litigation strategy in anticipation of litigation | Withheld ACP/WP |
| 242.6 | N/A | 3/22/2013 | | | | Document reflecting legal advice from counsel regarding discovery in anticipation of litigation | Withheld ACP/WP |
| 242.7 | N/A | 3/22/2013 | | | | Document reflecting legal advice from counsel regarding litigation strategy in anticipation of litigation | Withheld ACP/WP |
| 243. | SAMNDCA-Z0000122 | 3/25/2013 | Indong Kang | Seungho Ahn (Attorney), James Jinhwan Kwak | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 244. | N/A | 1. 4/1/2013 2. 4/1/2013 | 1. Indong Kang; 2. Ari S. Zymelman (Attorney, Williams & Connolly LLP) | 1. Jeahun Han; 2. Indong Kang | | Email written at the direction of counsel reflecting and seeking legal advice regarding Samsung's license negotiation with third party | Withheld ACP/WP |
| 245. | N/A | 4/6/2013 | Jeahun Han | Indong Kang | | Email written at the direction of counsel in anticipation of litigation reflecting legal advice and transmitting document prepared regarding patent license royalty | Withheld ACP/WP |
| 245.1. | N/A | 4/6/2013 | | | | Document prepared at the direction of counsel reflecting legal advice regarding patent license royalty | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 246. | N/A | 4/12/2013 | Jeahun Han | Seungho Ahn (Attorney), Injung Lee (Attorney) | | Email with counsel in anticipation of litigation reflecting legal advice and transmitting memorandum prepared regarding Samsung's license negotiation with third party | Withheld ACP/WP |
| 246.1. | N/A | 4/12/2013 | | | | Memorandum prepared by outside counsel regarding Samsung's license negotiation with third party | Withheld ACP/WP |
| | N/A | 4/12/2013 | Jeahun Han | Seungho Ahn (Attorney), Injung Lee (Attorney) | | Email with counsel in anticipation of litigation reflecting legal advice and transmitting memorandum prepared regarding Samsung's license negotiation with third party | Withheld ACP/WP Duplicate of Tab 246 |
| | N/A | 4/12/2013 | | | | Memorandum prepared by outside counsel regarding Samsung's license negotiation with third party | Withheld ACP/WP Duplicate of Tab 246.1 |
| 247. | N/A | 4/19/2013 | Hyucksun Kwon | Seungho Ahn (Attorney), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Minhyung Chung, Jay Shim (Attorney), Injung Lee (Attorney), Jinhwan Kwak, Sungyoon Kim (Attorney) | Joonwon Lee, Joonkyo Chung, Richard An (Attorney), Hyucksun Kwon, Junghoon Cha (Attorney), Youngjin Kwon, Youngjo Lim (Attorney), Taehyung Kim (Attorney), | Email with counsel reflecting legal advice regarding licensing negotiations prepared in anticipation of litigation | Not Produced, NR |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|     |             |      |             |              | Seungwoo Kim, Joonghyup Lee, Indong Kang, Youngmo Ku, Dongsu Suh, Bumjoon Jin, Seungbum Choi, Suk Huh, Kyungwha Jung, Sunghwan Yun (Attorney) |             |                   |
| 247.1 | N/A | 4/19/2013 | | | | Document reflecting legal advice from counsel regarding litigation strategy in anticipation of litigation | Not Produced, NR |
| 247.2 | N/A | 4/19/2013 | | | | Document reflecting legal advice from counsel regarding litigation strategy prepared in anticipation of litigation | Withheld ACP/WP |
| 247.3 | N/A | 4/19/2013 | | | | Letter between Samsung and Ericsson regarding licensing negotiations | Not Produced, NR |
| 247.4 | N/A | 4/19/2013 | | | | Document reflecting legal advice from counsel regarding licensing prepared in anticipation of litigation | Withheld ACP/WP |
| 247.5 | N/A | 4/19/2013 | | | | Letter between Samsung and Ericsson regarding licensing negotiations | Not Produced, NR |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| 247.6 | N/A | 4/19/2013 | | | | Letter between Samsung and Ericsson regarding licensing negotiations | Not Produced, NR |
| 247.7 | N/A | 4/19/2013 | | | | Memorandum reflecting legal advice from counsel regarding litigation strategy prepared in anticipation of litigation | Not Produced, NR |
| 247.8 | N/A | 4/19/2013 | | | | Memorandum reflecting legal advice from counsel regarding litigation strategy prepared in anticipation of litigation | Not Produced, NR |
| 247.9 | N/A | 4/19/2013 | | | | Memorandum reflecting legal advice from counsel regarding FRAND cases prepared in anticipation of litigation | Not Produced, NR |
| 247.10 | N/A | 4/19/2013 | | | | Memorandum reflecting legal advice from counsel regarding litigation strategy prepared in anticipation of litigation | Not Produced, NR |
| 248. | N/A | 5/5/2013 | Richard An (Attorney) | Jaewan Chi (Attorney), James Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Seungho Ahn (Attorney), Hyucksun Kwon, Youngmo Koo, Brian Sungyun Kim (Attorney), Indong Kang, Junwon Lee, Taehyung Kim (Attorney), | | Email with counsel seeking and reflecting legal advice and transmitting documents prepared regarding licensing issues in connection with litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyong Ho Yuu, Jaehwak Lee, Kyuhyuk Lee, Tai Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seungkyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, Ilman Bae, Min K. Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Seunggun Park, | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Rosa Woosun Kim (Attorney), Beomjun Jin, Seong Hyuk Kim | | | |
| 248.1 | N/A | 5/5/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP |
| 248.2 | N/A | 5/5/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP |
| | N/A | 5/5/2013 | Richard An (Attorney) | Jaewan Chi (Attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Rett Snotherly, Seungho Ahn (Attorney), Hyucksun Kwon, Youngmo Koo, Brian Sungyun Kim (Attorney), Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Girdwood, Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang | | Email with counsel reflecting and seeking legal advice and transmitting document prepared by outside counsel regarding licensing issues, written in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 248 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | (Attorney), Daniel Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Taisuk Kim | | | |
| | N/A | 5/5/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 248.1 |
| | N/A | 5/5/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 248.2 |
| 249. | N/A | 5/5/2013 | Richard An (Attorney) | Seungho Ahn (Attorney), Junwon Lee, Richard An (Attorney), Jaewan Chi (Attorney), James Jinhwan Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Rett Snotherly, Hyucksun Kwon, Youngmo Koo, Brian Sungyun Kim (Attorney), Indong Kang, Taehyung Kim (Attorney), Hojin Chang (Attorney), Daniel girdwood, Eric Junghoon Cha (Attorney), Jay Shiim, Youngjo Lim (Attorney), | | Email with counsel seeking and reflecting legal advice and transmitting documents prepared regarding licensing issues in connection with litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| | | | | Michael Kang (Attorney), Daniel Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Taisuk Kim | | | |
| 249.1 | N/A | 5/5/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 248.1 |
| 249.2 | N/A | 5/5/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 248.2 |
| | N/A | 1. 5/5/2013 2. 5/6/2013 | 1. Richard An (Attorney) 2. Richard An (Attorney) | 1. Seungho Ahn (Attorney), Junwon Lee, Richard An (Attorney), Jaewan Chi (Attorney), James Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everette Rett Snotherly (Attorney), Seungho Ahn (Attorney), Hyucksun Kwon, Youngmo Koo, Brian Sungyun Kim (Attorney), | | Email with counsel seeking and reflecting legal advice and transmitting documents prepared regarding licensing issues in connection with litigation | Withheld ACP/WP Duplicate of Tab 249 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Richard An (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyong Ho Yuu (Attorney), Jaehwak Lee, Kyuhyuk Lee, Tai Suk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seungkyun Oh, Sung-ho Lee, Suyeul Lee, Yangsun Kim, YoungSoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Minjae Shin (Attorney), Julie Han (Attorney), WonDeuk Song, Ilman Bae, Min K. Kim, Kenneth Korea (Attorney), Jong K Choi, Ilsung Tak, Young ok Hyung, Karin Norton (Attorney), YoungJin | | | |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Kwon, MinHyung Chung, Young Kyoo Jang, Jaeil Park (Attorney), Seunggun Park, Rosa Woosun Kim (Attorney), Beomjun Jin, Seong Hyuk Kim 2. Jaewan Chi (Attorney) | | | |
| | N/A | 5/5/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 248.1 |
| | N/A | 5/5/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 248.2 |
| 250. | N/A | 1. 5/8/2013 2. 5/8/2013 3. 5/6/2013 | 1. Jaehyoung Kim; 2. Hojin Chang (Attorney); 3. Richard An | 1. Daniel W. Shim (Attorney); 3. Jaewan Chi (Attorney), James Kwak, Injung Lee (Attorney), Kijoong Kang (Attorney), Everrette Rett Snotherly (Attorney), Seungho Ahn (Attorney), Hyucksun Kwon, Youngmo Koo, Brian Sungyun Kim (Attorney), Indong Kang, Junwon Lee, Taehyung Kim (Attorney), Richard An | | Email with outside counsel reflecting legal advice and transmitting document regarding licensing negotiations, prepared in anticipation of litigation | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | (Attorney), Hojin Chang (Attorney), Daniel Laurence Girdwood (Attorney), Eric Junghoon Cha (Attorney), Jay Shim (Attorney), Youngjo Lim (Attorney), Michael Kang (Attorney), Daniel W. Shim (Attorney), Beyongho Yuu (Attorney), Jaehawk Lee, Kyuhyuk Lee, Taisuk Kim, Hyunsun Kwack, Jaehyun Park, Jonghee Kim, Joosang Kim, Junhong Park, Seungkyun Oh, Sungho Lee, Suyeul Lee, Yangs un Kim, Youngsoon Lee, Youngho Kim, Taeeun Kim, Hoshin Lee (Attorney), James Shin (Attorney), Julie Han (Attorney), Wondeuk Song, Ilman Bae, Minkyoon Kim, Kenneth Korea, Jong K Choi, Ilsung Tak, Youngok Hyung, Karin Norton (Attorney), Youngjin Kwon, Minhyung Chung, Youngkyoo Jang, Jaeil Park (Attorney), Seunggun Park, Rosa Kim (Attorney), | | | |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Beomjun Jin, Sunghyuk Lim | | | |
| 250.1 | N/A | 5/8/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 258.1 |
| 250.2 | N/A | 5/8/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding licensing prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 258.2 |
| 251. | N/A | 6/5/2013 | Indong Kang | Ari S. Zymelman (Attorney, Williams & Connolly LLP), Stanley Fisher (Attorney, Williams & Connolly LLP), F. Lane Heard (Attorney, Williams & Connolly LLP), Kevin Hardy (Attorney, Williams & Connolly LLP) | Jeahun Han, Jaehwan Kim (Attorney), Jinhwan Kwak | Email with outside counsel reflecting legal advice and transmitting document regarding licensing negotiations with third party | Withheld ACP/WP |
| 251.1. | N/A | 6/5/2013 | | | | Document prepared at the direction of counsel reflecting legal advice regarding licensing negotiations with third party | Withheld ACP/WP |
| 252. | N/A | 1. 6/11/2013 2. 6/11/2013 3. 6/11/2013 4. 6/11/2013 5. 5/29/2013 6. 5/27/2013 | 1. Daniel W. Shim (Attorney); 2.  Wen-Ts'ai Lim; 3. Daniel W. Shim (Attorney); 4. Wen-Ts'ai Lim; 5. Daniel W. Shim (Attorney); 6. Hyucksun | 1.  Wen-Ts'ai Lim; 3. Lim Wen-Tsai; 5. Lim Wen-Ts'ai, Lin Angela, Bellgrove Natha, Zaurrini Ross; 6. Daniel W. Shim (Attorney) | 1., 3. Jaehwan Kim (Attorney), Angela Lin, Nathan Bellgrove (Attorney, Ashurst), Ross Zurrini; 6. Brian Sungyun Kim (Attorney), Injung | Email with outside counsel, prepared in anticipation of litigation, reflecting and seeking legal advice regarding licensing negotiations | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | 7. 5/25/2013 8. 5/24/2013 9. 5/23/2013 10. 5/23/2013 11. 5/22/2013 | Kwon; 7. Daniel Shim (Attorney); 8. Heungju Kwon; 9. Hyucksun Kwon; 10. Seungho Ahn (Attorney); 11. Hyucksun Kwon | | Lee (Attorney), Kijoong Kang (Attorney) | | |
| 253. | N/A | 1. 6/11/2013 2. 6/11/2013 3. 6/11/2013 4. 6/11/2013 5. 6/11/2013 6. 5/29/2013 7. 5/27/2013 8. 5/25/2013 9. 5/24/2013 10. 5/23/2013 11. 5/23/2013 12. 5/22/2013 | 1. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 2. Daniel Shim (Attorney); 3. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 4. Daniel Shim (Attorney); 5. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 6. Daniel Shim (Attorney); 7. Hyucksun Kwon; 8. Daniel Shim (Attorney); 9. Heungju Kwon; 10. Hyucksun Kwon; 11. Seungho Ahn (Attorney); 12. Hyucksun Kwon | 1. Daniel Shim (Attorney); 2., 4. Wen-Ts'ai Lim (Attorney, Ashurst LLP); 6. Wen-Ts'ai Lim (Attorney, Ashurst LLP), Angela Lin, Nathan Bellgrove (Attorney, Ashurst), Ross Zaurrini (Attorney, Ashurst); 7. Daniel Shim (Attorney) | 1. - 4. Jaehwan Kim (Attorney), Angela Lin, Nathan Bellgrove (Attorney, Ashurst), Ross Zaurrini (Attorney, Ashurst); 6. Jaehwan Kim (Attorney); 7. Brian Sungyun Kim (Attorney), Injung Lee (Attorney), Kijoong Kang (Attorney) | Email from counsel, prepared in anticipation of litigation, seeking and reflecting legal advice regarding licensing issues | Withheld ACP/WP |
| 254. | N/A | 7/3/2013 | Indong Kang | Injung Lee (Attorney), Jinhwan Kwak | | Email to counsel transmitting memorandum reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 254.1. | N/A | 7/3/2013 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding licensing negotiations | Withheld ACP/WP |
| 255. | N/A | 7/4/2013 | Indong Kang | Indong Kang, Jeahun Han | | Email with counsel reflecting legal advice and transmitting document prepared regarding intellectual property rights issues in anticipation of litigation | Withheld ACP/WP |
| 255.1 | N/A | 7/4/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding mock trial, prepared in anticipation of arbitration | Withheld ACP/WP |
| 255.2 | N/A | 7/4/2013 | | | | Memorandum prepared by counsel reflecting legal advice regarding arbitration strategy | Withheld ACP/WP |
| 255.3 | N/A | 7/4/2013 | | | | Draft correspondence with Nokia regarding licensing negotiations. | Withheld ACP/WP |
| 255.4 | N/A | 7/4/2013 | | | | Draft correspondence with Nokia regarding licensing negotiations. | Withheld ACP/WP |
| 255.5 | N/A | 7/4/2013 | | | | Draft of Request for Arbitration prepared by outside counsel seeking and reflecting legal advice in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 255.6 | N/A | 7/4/2013 | | | | Correspondence with Nokia regarding licensing negotiations. | Withheld ACP/WP |
| 255.7 | N/A | 7/4/2013 | | | | Correspondence from Nokia regarding licensing negotiations. | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 256. | N/A | 5/2/2012 | Heungju Kwon | Hojin Chang (Attorney), Jongsun Park, Daniel Ko (Attorney), Jaehyoung Kim, Wonsun Kim, Heungju Kwon, Wonsuk Park, Kyuhyuk Lee | | Email, written at the direction of counsel, reflecting legal advice and transmitting documents regarding intellectual property rights issues, written in connection with mediation | Withheld ACP/WP |
| 256.1 | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent litigation between Apple and Samsung, written in connection with mediation | Withheld ACP/WP |
| 256.2 | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent litigation between Apple and Samsung, written in connection with mediation | Withheld ACP/WP |
| 256.3 | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent analysis, written in connection with litigation | Withheld ACP/WP |
| 256.4 | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding the Apple patents asserted in the pending litigation | Withheld ACP/WP |
| 256.5 | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding patents asserted by Samsung and Apple in the litigations worldwide, written in connection with | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | litigation | |
| 256.6 | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding the FRAND issues in various countries, written in connection with litigation | Withheld ACP/WP |
| 256.7 | N/A | 5/2/2012 | | | | Document prepared by counsel providing legal advice regarding an in-depth analysis of third party patent exhaustion, written in connection with litigation | Withheld ACP/WP |
| 256.8 | N/A | 5/2/2012 | | | | Patent Cross License Agreement between Samsung and third party | Not Produced, NR |
| 256.9 | N/A | 5/2/2012 | | | | Amendment to the Patent Cross License Agreement between Samsung and third party | Not Produced, NR |
| 256.10 | N/A | 5/2/2012 | | | | Correspondence between Samsung and third party regarding the License Agreement between Samsung and the third party | Not Produced, NR |
| 256.11 | N/A | 5/2/2012 | | | | Document prepared by counsel providing legal advice regarding issues related to patent exhaustion, written in connection with litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 256.12 | N/A | 5/2/2012 | | | | License Agreement between and Samsung and third party | Not Produced, NR |
| 256.13 | N/A | 5/2/2012 | | | | Amendment to the License Agreement between third party and Samsung | Not Produced, NR |
| 256.14 | N/A | 5/2/2012 | | | | Amendment to the License Agreement between third party and Samsung | Not Produced, NR |
| 256.15 | N/A | 5/2/2012 | | | | Memorandum prepared by counsel reflecting licensing negotiations between Apple and Samsung | Withheld ACP/WP |
| 256.16 | N/A | 5/2/2012 | | | | Memorandum prepared by counsel reflecting licensing negotiations between Apple and Samsung | Withheld ACP/WP |
| 256.17 | N/A | 5/2/2012 | | | | Report prepared by Samsung IP legal team regarding status of patent licensing negotiations between Samsung and Apple | Withheld ACP/WP |
| 256.18 | N/A | 5/2/2012 | | | | Report prepared by Samsung IP legal team regarding status of patent licensing negotiations between Samsung and Apple | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 256.19 | N/A | 5/2/2012 | | | | Report prepared by Samsung IP legal team regarding results of settlement conference between Samsung and Apple | Withheld ACP/WP |
| 256.20 | N/A | 5/2/2012 | | | | Press release by Stock Exchange regarding 2011 Nokia-Apple patent license agreement | Not Produced |
| 256.21 | N/A | 5/2/2012 | | | | Press release by Geeks Gab regarding 2011 Nokia-Apple patent license agreement and royalty amounts | Not Produced |
| 256.22 | N/A | 5/2/2012 | | | | Report prepared by Samsung Technology Analysis Team regarding status of related litigation in different jurisdictions | Withheld ACP/WP |
| 256.23 | N/A | 5/2/2012 | | | | Report prepared by Samsung Technology Analysis Team regarding status of related litigation in different jurisdictions and analysis of related patents | Withheld ACP/WP |
| 256.24 | N/A | 5/2/2012 | | | | Excel spreadsheets containing global sales statistics of Samsung and Apple's smartphones and tabs | Withheld ACP/WP |
| 256.25 | N/A | 5/2/2012 | | | | ETSI Rules of Procedure | Not Produced, NR |
| 256.26 | N/A | 5/2/2012 | | | | ETSI Guide on Intellectual Property Rights | Not Produced, NR |
| 256.27 | N/A | 5/2/2012 | | | | Mediation brief prepared by Samsung's | Not Produced |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | | outside counsel to be used in mediation | |
| 256.28 | N/A | 5/2/2012 | | | | Exhibit 1 to mediation brief prepared by Samsung's outside counsel to be used in mediation between Samsung and Apple | Not Produced, NR |
| 256.29 | N/A | 5/2/2012 | | | | Mediation brief submitted on behalf of Apple | Not Produced, NR |
| 256.30 | N/A | 5/2/2012 | | | | Exhibit A to Mediation brief submitted on behalf of Apple | Not Produced, NR |
| 256.31 | N/A | 5/2/2012 | | | | Presentation summarizing Apple patents prepared by Samsung IP legal team to be submitted to mediator | Withheld ACP/WP |
| | N/A | 5/2/2012 | Heungju Kwon | Hojin Chang (Attorney), Jongsun Park, Daniel Ko (Attorney), Jaehyoung Kim, Wonsun Kim, Heungju Kwon, Wonsuk Park, Kyuhyuk Lee | | Email, written at the direction of counsel, reflecting legal advice and transmitting documents regarding intellectual property rights issues, written in connection with mediation | Withheld ACP/WP Duplicate of Tab 256 |
| | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent litigation between Apple and Samsung, written in connection with mediation | Withheld ACP/WP Duplicate of Tab 256.1 |
| | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent litigation | Withheld ACP/WP Duplicate of Tab 256.2 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | between Apple and Samsung, written in connection with mediation | |
| | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent analysis, written in connection with litigation | Withheld ACP/WP Duplicate of Tab 256.3 |
| | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding the Apple patents asserted in the pending litigation | Withheld ACP/WP Duplicate of Tab 256.4 |
| | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding patents asserted by Samsung and Apple in the litigations worldwide, written in connection with litigation | Withheld ACP/WP Duplicate of Tab 256.5 |
| | N/A | 5/2/2012 | | | | Document prepared by counsel reflecting legal advice regarding the FRAND issues in various countries, written in connection with litigation | Withheld ACP/WP Duplicate of Tab 256.6 |
| | N/A | 5/2/2012 | | | | Document prepared by counsel providing legal advice regarding an in-depth analysis of third party patent exhaustion, written in connection with litigation | Withheld ACP/WP Duplicate of Tab 256.7 |
| | N/A | 5/2/2012 | | | | Patent Cross License Agreement between Samsung and third party | Not Produced, NR Duplicate of Tab 256.8 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 5/2/2012 | | | | Amendment to the Patent Cross License Agreement between Samsung and third party | Not Produced, NR Duplicate of Tab 256.9 |
| | N/A | 5/2/2012 | | | | Correspondence between Samsung and third party regarding the License Agreement between Samsung and the third party | Not Produced, NR Duplicate of Tab 256.10 |
| | N/A | 5/2/2012 | | | | Document prepared by counsel providing legal advice regarding issues related to patent exhaustion, written in connection with litigation | Withheld ACP/WP Duplicate of Tab 256.11 |
| | N/A | 5/2/2012 | | | | License Agreement between and Samsung and third party | Not Produced, NR Duplicate of Tab 256.12 |
| | N/A | 5/2/2012 | | | | Amendment to the License Agreement between third party and Samsung | Not Produced, NR Duplicate of Tab 256.13 |
| | N/A | 5/2/2012 | | | | Amendment to the License Agreement between third party and Samsung | Not Produced, NR Duplicate of Tab 256.14 |
| | N/A | 5/2/2012 | | | | Memorandum prepared by counsel reflecting licensing negotiations between Apple and Samsung | Withheld ACP/WP Duplicate of Tab 256.15 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|--------------------|
|  | N/A | 5/2/2012 |  |  |  | Memorandum prepared by counsel reflecting licensing negotiations between Apple and Samsung | Withheld ACP/WP Duplicate of Tab 256.16 |
|  | N/A | 5/2/2012 |  |  |  | Report prepared by Samsung IP legal team regarding status of patent licensing negotiations between Samsung and Apple | Withheld ACP/WP Duplicate of Tab 256.17 |
|  | N/A | 5/2/2012 |  |  |  | Report prepared by Samsung IP legal team regarding status of patent licensing negotiations between Samsung and Apple | Withheld ACP/WP Duplicate of Tab 256.18 |
|  | N/A | 5/2/2012 |  |  |  | Report prepared by Samsung IP legal team regarding results of settlement conference between Samsung and Apple | Withheld ACP/WP Duplicate of Tab 256.19 |
|  | N/A | 5/2/2012 |  |  |  | Press release by Stock Exchange regarding 2011 Nokia-Apple patent license agreement | Not Produced Duplicate of Tab 256.20 |
|  | N/A | 5/2/2012 |  |  |  | Press release by Geeks Gab regarding 2011 Nokia-Apple patent license agreement and royalty amounts | Not Produced Duplicate of Tab 256.21 |
|  | N/A | 5/2/2012 |  |  |  | Report prepared by Samsung Technology Analysis Team regarding status of related litigation in different jurisdictions | Withheld ACP/WP Duplicate of Tab 256.22 |
|  | N/A | 5/2/2012 |  |  |  | Report prepared by Samsung Technology Analysis Team regarding status of related | Withheld ACP/WP Duplicate of Tab 256.23 |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | litigation in different jurisdictions and analysis of related patents | |
| | N/A | 5/2/2012 | | | | Excel spreadsheets containing global sales statistics of Samsung and Apple's smartphones and tabs | Withheld ACP/WP Duplicate of Tab 256.24 |
| | N/A | 5/2/2012 | | | | ETSI Rules of Procedure | Not Produced, NR Duplicate of Tab 256.25 |
| | N/A | 5/2/2012 | | | | ETSI Guide on Intellectual Property Rights | Not Produced, NR Duplicate of Tab 256.26 |
| | N/A | 5/2/2012 | | | | Mediation brief prepared by Samsung's outside counsel to be used in mediation | Not Produced, NR Duplicate of Tab 256.27 |
| | N/A | 5/2/2012 | | | | Exhibit 1 to mediation brief prepared by Samsung's outside counsel to be used in mediation between Samsung and Apple | Not Produced, NR Duplicate of Tab 256.28 |
| | N/A | 5/2/2012 | | | | Mediation brief submitted on behalf of Apple | Not Produced, NR Duplicate of Tab 256.29 |
| | N/A | 5/2/2012 | | | | Exhibit A to Mediation brief submitted on behalf of Apple | Not Produced, NR Duplicate of Tab 256.30 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | N/A | 5/2/2012 | | | | Presentation summarizing Apple patents prepared by Samsung IP legal team to be submitted to mediator | Withheld ACP/WP Duplicate of Tab 256.31 |
| 257. | N/A | 5/7/2012 | Hyunjong Kim (Samsung Legal & Compliance) | Samsung recipients | | Email, written at the direction of counsel, reflecting legal advice and transmitting document prepared regarding media coverage of legal issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 257.1 | N/A | 5/7/2012 | | | | Document prepared at the direction of counsel compiling and summarizing media coverage of legal issues, prepared in anticipation of litigation | Withheld ACP/WP |
| | N/A | 5/7/2012 | Hyunjong Kim (Samsung Legal & Compliance) | Samsung recipients | | Email, written at the direction of counsel, reflecting legal advice and transmitting document prepared regarding media coverage of legal issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 257 |
| | N/A | 5/7/2012 | | | | Document prepared at the direction of counsel compiling and summarizing media coverage of legal issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 257.1 |
| | N/A | 5/7/2012 | Hyunjong Kim (Samsung Legal & Compliance) | Samsung recipients | | Email, written at the direction of counsel, reflecting legal advice and transmitting document prepared regarding media | Withheld ACP/WP Duplicate of Tab 257 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | coverage of legal issues, prepared in anticipation of litigation | |
| | N/A | 5/7/2012 | | | | Document prepared at the direction of counsel compiling and summarizing media coverage of legal issues, prepared in anticipation of litigation | Withheld ACP/WP Duplicate of Tab 257.1 |
| 258. | SAMNDCA-Z0006816 SAMNDCA-Z0006818 | 5/8/2012 | Hui Jin Yang (Attorney, Lee & Ko) | Kang Yunhee (Attorney) | Hyeongil Ryoo (Attorney, Lee & Ko), Youngmo Kwon (Attorney, Lee & Ko), Kijoong Kang (Attorney), Daniel Ko (Attorney), Junwon Lee, Hojin Chang (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 258.1 | N/A | 5/8/2012 | | | | Transcript of deposition of Jun Won Lee for Northern District of California trial | Not Produced, NR |
| 258.2 | N/A | 5/8/2012 | | | | Transcript of deposition of Jun Won Lee for Northern District of California trial | Not Produced, NR |
| 258.3 | N/A | 5/8/2012 | | | | Transcript of deposition of Jun Won Lee for Northern District of California trial | Not Produced, NR |
| 258.4 | N/A | 5/8/2012 | | | | Report by Vincent E. O'Brien regarding patent licensing prepared in anticipation of litigation | Not Produced, NR |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 258.5 | SAMNDCA-Z0006819 SAMNDCA-Z0006877 | 5/8/2012 | | | | Report by David J. Teece regarding patent licensing prepared in anticipation of litigation | Produced |
| 259. | SAMNDCA-Z0006754 SAMNDCA-Z0006756 | 5/8/2012 | Hui Jin Yang (Attorney, Lee & Ko) | Kang Yunhee (Attorney) | Hyeongil Ryoo (Attorney, Lee & Ko), Youngmo Kwon (Attorney, Lee & Ko), Kijoong Kang (Attorney), Daniel Ko (Attorney), Junwon Lee, Hojin Chang (Attorney) | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |
| 259.1 | SAMNDCA-Z0006757 SAMNDCA-Z0006815 | 5/8/2012 | | | | Report by David J. Teece regarding patent licensing prepared in anticipation of litigation | Produced |
| 260. | SAMNDCA-Z0002207 SAMNDCA-Z0002208 | 7/5/2012 | Hojin Chang (Attorney) | Ross Zaurrini (Attorney, Ashurst), Hojin Chang (Attorney) | Jaehwan Kim (Attorney), Sally Morris, Jaehyung Kim, Angela Lin, Nathan Bellgrove (Attorney, Ashurst), Wen-Ts'ai Lim (Attorney , Ashurst), James Jinhwan Kwak, Clayton Seongwoo Kim, Peter Sanghoon Park (Attorney), Christopher Jinho Park (Attorney), | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | Caleb Lee (Attorney) | | |
| 260.1 | N/A | 7/5/2012 | | | | Presentation prepared by counsel for purposes of licensing negotiation between Samsung and Apple | Not Produced, NR |
| 260.2 | N/A | 7/5/2012 | | | | Document prepared by counsel and submitted to the European Commission regarding licensing negotiations between Samsung and Apple | Not Produced, NR |
| 260.3 | N/A | 7/5/2012 | | | | Document prepared by counsel and submitted to the European Commission regarding licensing issues written in connection with litigation | Not Produced, NR |
| 260.4 | N/A | 7/5/2012 | | | | Document prepared by counsel and submitted to the European Commission regarding licensing issues written in connection with litigation | Not Produced, NR |
| 260.5 | N/A | 7/5/2012 | | | | Document prepared by counsel and submitted to the European Commission regarding licensing negotiations between Samsung and Apple | Not Produced, NR |
| 260.6 | N/A | 7/5/2012 | | | | Report prepared by Peter C. Grindley on Apple's R&D expenditure and its implications | Not Produced, NR |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|------|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 260.7 | N/A | 7/5/2012 | | | | Report prepared by Eric Stasik regarding FRAND licensing | Not Produced, NR |
| 260.8 | N/A | 7/5/2012 | | | | Report prepared by Karl Heinz Rosenbrock on ETSI matters | Not Produced, NR |
| 260.9 | N/A | 7/5/2012 | | | | Report prepared by Ansgar Bergmann on ETSI IPR policy | Not Produced, NR |
| 260.10 | N/A | 7/5/2012 | | | | Report prepared by Peter C. Grindley on Samsung royalty rates | Not Produced, NR |
| 260.11 | SAMNDCA-Z0002209-SAMNDCA-Z0002267 | 7/5/2012 | | | | Report by David J. Teece regarding patent licensing prepared in anticipation of litigation | Produced |
| 260.12 | N/A | 4/18/2012 | Seongwoo Kim | Boris Teksler | | Letter from Samsung to Director of Patent Licensing and Strategy with Apple regarding patent licensing | Not Produced, NR |
| 261. | N/A | 11/9/2012 | Namhee Ko | Junwon Lee | | Email prepared at the direction of counsel in connection with mediation, reflecting legal advice and transmitting document prepared regarding intellectual property rights issues | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 261.1 | N/A | 11/9/2012 | | | | 2012 Executive Licensing Program Evaluation by Jaewan Chi | Not Produced, NR, ACP/WP |
| 261.2 | N/A | 11/9/2012 | | | | 2012 Executive Licensing Program Evaluation of Jaewan Chi | Not Produced, NR, ACP/WP |
| 261.3 | N/A | 11/9/2012 | | | | 2012 Vice President Jaewan Chi MBO Evaluation Material | Not Produced, NR, ACP/WP |
| 261.4 | N/A | 1. 6/1/2012; 2. 2/22/2012 | 1.  Jaeho Heo 2.  Jaeho Heo | 1. Namhee Ko | | Email reflecting and seeking legal advice regarding 3D TV patent license contract with third party | Not Produced, NR, ACP/WP |
| 261.5 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel regarding third party 3D TV Patent License Analysis | Not Produced, NR, ACP/WP |
| 261.6 | N/A | 11/9/2012 | | | | Patent License Agreement between Samsung and third party | Not Produced, NR |
| 261.7 | N/A | 9/29/2011 | Jaeho Heo | | | Email reflecting and seeking legal advice regarding 3D TV patent license contract with third party | Not Produced, NR, ACP/WP |
| 261.8 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding third party DTV Patent Claim Countermeasures | Not Produced, NR, ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 261.9 | N/A | 1. 2/3/2012;<br>2. 2/3/2012 | 1. Hyukjae Choi<br>2. Hyukjae Choi | 1. Jaeho Heo, Namhee Ko | | Email prepared at the direction of counsel reflecting legal advice regarding withdrawal of litigation | Not Produced, NR, ACP/WP |
| 261.10 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding withdrawal of litigation | Not Produced, NR, ACP/WP |
| 261.11 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding litigation against third party | Not Produced, NR, ACP/WP |
| 261.12 | N/A | 11/9/2012 | Steve Sang-Rok Han | | | Email prepared at the direction of counsel reflecting legal advice regarding dismissal of litigation | Not Produced, NR, ACP/WP |
| 261.13 | N/A | 11/9/2012 | Steve Sang-Rok Han | | | Email prepared at the direction of counsel reflecting legal advice regarding dismissal of litigation | Not Produced, NR, ACP/WP |
| 261.14 | N/A | 11/9/2012 | Daejin Jun | | | Email prepared at the direction of counsel reflecting legal advice regarding third party claim settlement | Not Produced, NR, ACP/WP |
| 261.15 | N/A | 1. 1/9/2012;<br>2. 1/9/2012 | 1. Jeahun Han<br>2. Jeahun Han | 1. Jeahun Han | | Email prepared at the direction of counsel reflecting legal advice regarding a trial victory | Not Produced, NR, ACP/WP |
| 261.16 | N/A | 1. 11/9/2012; | 1. Steve Sang-Rok | 3. Steve Sang-Rok Han | | Email prepared at the direction of counsel | Not Produced, NR, |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | 2. 7/16/2012; 3. 7/16/2012 | 2. Steve Sang-Rok Han 3. Hwajin Lee | | | reflecting legal advice regarding license negotiations with third party | ACP/WP |
| 261.17 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding a resolution of litigation | Not Produced, NR, ACP/WP |
| 261.18 | N/A | 11/9/2012 | Junwon Lee | | | Email prepared at the direction of counsel reflecting legal advice regarding license negotiations with third party | Not Produced, NR, ACP/WP |
| 261.19 | N/A | 1. 4/9/2012 | 1. Hyucksun Kwon | 1. Jaewan Chi (Attorney), Jay Shim (Attorney), James Jinhwan Kwak | 1. Beyongho Yuu (Attorney), Dongsoo Seo, Eunha Kim, Jeff Myung, Taeeun Kim, Namhee Ko, Hyucksun Kwon | Email prepared at the direction of counsel reflecting legal advice regarding a resolution of litigation | Not Produced, NR, ACP/WP |
| 261.20 | N/A | 11/9/2012 | Woochan Jung | | | Email prepared at the direction of counsel reflecting legal advice regarding license agreement with third party | Not Produced, NR, ACP/WP |
| 261.21 | N/A | 5/2/2012 | Jaehyung Kim | Seungho Ahn (Attorney), Kijoong Kang (Attorney), Minhyung Jung, Brian Sungyun Kim (Attorney), Youngho Song, Sangwon Min, Jeahun Han | | Email prepared at the direction of counsel reflecting legal advice regarding license agreement with third party | Not Produced, NR, ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| 261.22 | N/A | 4/6/2012 | Jeahun Han | Jeahun Han | | Email prepared at the direction of counsel reflecting legal advice regarding patent purchase fee | Not Produced, NR, ACP/WP |
| 261.23 | N/A | 11/9/2012 | | | | Indian Intellectual Property Appellate Board Order revoking patent number 214388 | Not Produced, NR |
| 261.24 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding a trial victory against third party | Not Produced, NR, ACP/WP |
| 261.25 | N/A | 1. 11/9/2012 2. 7/3/2012 | Steve Kim (RPX Corp) | Teayeoun Yoon | Bong-June Kang, Julie Shin (Attorney), Eunha Kim | Email regarding  license agreement with third party | Not Produced, NR |
| 261.26 | N/A | 1. 11/9/2012 2. 4/16/2012 3. 4/6/2012 | 1. Woochan Jung; 2. Yunhee Kang (Attorney); 3. Yunhee Kang (Attorney) | | | Email from counsel reflecting legal advice regarding a  resolution of litigation against an individual | Not Produced, NR, ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 261.27 | N/A | 1. 8/1/2012 2. 2/14/2012 3. 6/3/2011 4. 5/24/2011 5. 5/25/2011 6. 4/10/2011 7. 4/9/2011 8. 12/21/2010 9. 11/22/2010 10. 11/23/2010 11. 11/22/2010 12. 10/4/2010 13. 8/3/2010 | 1. Amber Rovner (Weil, Gotshal & Manges LLP); 2. Amber Rovner (Weil, Gotshal & Manges LLP); 3. Amber Rovner (Weil, Gotshal & Manges LLP); 4. Jack Kyonghwa Chong; 5. Amber Rovner (Weil, Gotshal & Manges LLP); 6. Jack Kyonghwa Chong; 7. Amber Rovner (Weil, Gotshal & Manges LLP); 8. Amber Rovner (Weil, Gotshal & Manges LLP); 9. Sungbin Jeon; 10.  Amber Rovner (Weil, Gotshal & Manges LLP); 11. Sungbin Jeon; 12. Amber Rovner (Weil, Gotshal & Manges LLP); 13. Amber Rovner (Weil, Gotshal & Manges LLP) | 1, 2. Jack Kyonghwa Chong, Jeahun Han, sooj.lee@samsung.com; 3. Jack Kyonghwa Chong, Jeahun Han; 4.  Amber Rovner (Weil, Gotshal & Manges LLP), Jeahun Han, Steven Cherensky (Weil, Gotshal & Manges LLP); 5. Jack Kyonghwa Chong; 6. Steven Cherensky (Weil, Gotshal & Manges LLP), Amber Rovner (Weil, Gotshal & Manges LLP); 7, 8. Sungbin Jeon; 9. Amber Rovner (Weil, Gotshal & Manges LLP); 10. Sungbin Jeon; 11. Amber Rovner (Weil, Gotshal & Manges LLP); 12. Sungbin Jeon, Sunghui Chae, johnjg.kim@samsung.com, Youngjo Lim (Attorney), Brian Sungyun Kim (Attorney); 13. Sungbin Jeon | 1. Youngjo Lim (Attorney), Brian Sungyun Kim (Attorney), Jared Bobrow; 2. Youngjo Lim (Attorney), Brian Sungyun Kim (Attorney); 3. Youngjo Lim (Attorney), Brian Sungyun Kim (Attorney), Steven Cherensky; 4. Youngjo Lim (Attorney), Brian Sungyun Kim (Attorney); 6. Jeahun Han, Youngjo Lim (Attorney), Brian Sungyun Kim (Attorney); 7, 8. Jack Kyonghwa Chong, Sunghui Chae, Youngjo Lim, Brian Sungyun Kim (Attorney), Steven Cherensky (Weil, Gotshal & Manges LLP); 9, 10, 11. Jack Kyonghwa Chong, Sunghui Chae, Youngjo Lim (Attorney), Brian Sungyun Kim (Attorney); 12. Jack Kyonghwa Chong; | Email with outside counsel reflecting legal advice regarding third party's intellectual property rights in connection with pending litigation | Not Produced, NR, ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | 13. Steven Cherensky (Weil, Gotshal & Manges LLP) | | |
| 261.28 | N/A | 11/9/2012 | Junwon Lee | | | Email prepared at the direction of counsel reflecting legal advice regarding patent royalty agreement | Not Produced, NR, ACP/WP |
| 261.29 | N/A | 2/1/2012 | Junwon Lee | | | Email prepared at the direction of counsel reflecting legal advice regarding patent licensing agreement | Not Produced, NR, ACP/WP |
| 261.30 | N/A | 11/9/2012 | Sangrok Han | | | Email prepared at the direction of counsel reflecting legal advice regarding patent licensing agreement | Not Produced, NR, ACP/WP |
| 261.31 | N/A | 1. 11/9/2012 2. 6/12/2012 | 1. Daejin Jeon 2. Daejin Jeon | | | Email prepared at the direction of counsel reflecting legal advice regarding patent litigation status against third party | Not Produced, NR, ACP/WP |
| 261.32 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel regarding Sarju Laser invalidity ruling | Not Produced, NR, ACP/WP |
| 261.33 | N/A | 11/9/2012 | | | | An Agreed Order of Dismissal on E-Micro Corp. v. Google Inc. case | Not Produced, NR |
| 261.34 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding | Not Produced, NR, ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | license agreement with third party | |
| 261.35 | N/A | 11/9/2012 | Junwon Lee | | | Email prepared at the direction of counsel reflecting legal advice regarding HW Tech litigation settlement action | Not Produced, NR, ACP/WP |
| 261.36 | N/A | 1. 7/6/2012<br>2. 7/6/2012 | 1. Yoosuk Kim<br>2. Yoosuk Kim | 1. Seok Huh, Hyungtaek Lim, Kyonghwa Chong, Choonghyo Lee | | Email prepared at the direction of counsel reflecting legal advice regarding patent license agreement | Not Produced, NR, ACP/WP |
| 261.37 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding patent license agreement | Not Produced, NR, ACP/WP |
| 261.38 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding patent license agreement | Not Produced, NR, ACP/WP |
| 261.39 | N/A | 11/9/2012 | Daejin Jeon | | | Email prepared at the direction of counsel regarding proposed settlement with third party | Not Produced, NR, ACP/WP |
| 261.40 | N/A | 11/9/2012 | Sangrok Han | | | Email prepared at the direction of counsel reflecting legal advice regarding a resolution of litigation | Not Produced, NR, ACP/WP |
| 261.41 | N/A | 11/9/2012 | Daejin Jeon | | | Email prepared at the direction of counsel reflecting legal advice regarding settlement and licensing agreement with third party | Not Produced, NR, ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 261.42 | N/A | 11/9/2012 | | | | An Order Granting Joint Motion for Dismissal of Defendant Samsung Electronics America, Inc. regarding Lochner Technologies v. Apple Inc. case | Not Produced, NR |
| 261.43 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding patent license agreement | Not Produced, NR, ACP/WP |
| 261.44 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding patent license negotiations | Not Produced, NR, ACP/WP |
| 261.45 | N/A | 11/9/2012 | | | | Presentation reflecting legal advice regarding MPEG-2 patents and royalty issues | Not Produced, NR, ACP/WP |
| 261.46 | N/A | 11/9/2012 | | | | Presentation reflecting legal advice regarding MPEG-2 patent licensing issues | Not Produced, NR, ACP/WP |
| 261.47 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding defense against patent troll operations | Not Produced, NR, ACP/WP |
| 261.48 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding patent license agreement | Not Produced, NR, ACP/WP |
| 261.49 | N/A | 11/9/2012 | | | | Document prepared at the direction of | Not Produced, NR, |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----|------------|
| | | | | | | counsel reflecting legal advice regarding OCAP patent pool status | ACP/WP |
| 261.50 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding strategy for Chinese patent pool management company (NERC) | Not Produced, NR, ACP/WP |
| 261.51 | N/A | 11/9/2012 | | | | Document containing meeting notes on the 40th AVS Meeting reflecting legal advice regarding patent licensing | Not Produced, NR, ACP/WP |
| 261.52 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel containing meeting notes on the NERC-DTV Patent Pool Meeting | Not Produced, NR, ACP/WP |
| 261.53 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel containing meeting notes on the 1st HEVC Patent Meeting | Not Produced, NR, ACP/WP |
| 261.54 | N/A | 11/9/2012 | | | | Document containing patent evaluation and licensing issues written in connection with licensing negotiations | Not Produced, NR, ACP/WP |
| 261.55 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel summarizing result of mediation with Ericsson | Not Produced, NR, ACP/WP |
| 261.56 | N/A | 11/9/2012 | | | | Document prepared at the direction of | Withheld |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
|  |  |  |  |  |  | counsel summarizing result of mediation with Ericsson | ACP/WP |
| 261.57 | N/A | 11/9/2012 |  |  |  | Document prepared at the direction of counsel regarding license agreement with third party | Not Produced, NR, ACP/WP |
| 261.58 | N/A | 11/9/2012 |  |  |  | Document prepared at the direction of counsel regarding license agreement with third party | Not Produced, NR, ACP/WP |
| 261.59 | N/A | 11/9/2012 |  |  |  | Document prepared at the direction of counsel regarding license agreement with third party | Not Produced, NR, ACP/WP |
| 261.60 | N/A | 11/9/2012 |  |  |  | Document prepared at the direction of counsel regarding patent license negotiations with third party | Not Produced, NR, ACP/WP |
| 261.61 | N/A | 11/9/2012 |  |  |  | Document prepared at the direction of counsel regarding renewal of patent license with third party | Not Produced, NR, ACP/WP |
| 261.62 | N/A | 11/9/2012 |  |  |  | Document prepared at the direction of counsel regarding renewal of patent license with third party | Not Produced, NR, ACP/WP |
| 261.63 | N/A | 11/9/2012 |  |  |  | Document prepared at the direction of counsel regarding renewal of patent license | Not Produced, NR, ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | | | | | | with third party | |
| 261.64 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel regarding patent claim countermeasures against third party | Not Produced, NR, ACP/WP |
| 261.65 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel regarding patent claim countermeasures against third party | Not Produced, NR, ACP/WP |
| 261.66 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel containing a progress report for patent disputes, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 261.67 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel containing a progress report for patent disputes, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 261.68 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel containing a progress report for patent disputes, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 261.69 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel containing a progress report for patent disputes, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 261.70 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding patent license negotiations | Not Produced, NR, ACP/WP |
| 261.71 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice containing SIPMS Access Statistics status update | Not Produced, NR, ACP/WP |
| 261.72 | N/A | 1. 2/9/2012 2. 2/9/2012 3. 2/9/2012 4. 2/9/2012 | 1. Michael Kang (Attorney); 2. Jennifer M. Selendy (Attorney, Kirkland & Ellis LLP); 3., 4. Florian Bruder | 1. Seungho Ahn (Attorney), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Minhyung Chung, Brian Sungyun Kim (Attorney), Jay Shim (Attorney), Wondeuk Song, Jinhwan Kwak; 3., 4. Jennifer M. Selendy (Attorney, Kirkland & Ellis LLP) | 1. Hanyoung Uhm, Youngjo Lim (Attorney), Seung-mok Lee, Dongsoo Seo, Taehyung Kim (Attorney), Joonil Lee, Dongwoo Lee, Hyungtaek Lim, Kyonghwa Chong, Youngkwan Kim, Jaeho Shin, Hongseob Jeon; 4. Bernd Meyer-Loewy | Email from counsel reflecting legal advice regarding litigation between third parties and its impact on Samsung | Not Produced, NR, ACP/WP |
| 261.73 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding status of litigation against third party | Not Produced, NR, ACP/WP |
| 261.74 | N/A | 11/9/2012 | | | | Memorandum prepared by outside counsel regarding damages analysis, written in connection with litigation | Not Produced, NR, ACP/WP |
| 261.75 | N/A | 7/2/2012 | Richard An (Attorney) | Jay Shim (Attorney), Richard An (Attorney), Daniel W. | | Email from counsel reflecting legal advice regarding a filing of appeal pleading, written | Not Produced, NR, ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Shim (Attorney), Brian Sungyun Kim (Attorney), Youngjo Lim (Attorney), DongSoo Seo, Hyucksun Kwon, Taehyung Kim (Attorney), Kijoong Kang (Attorney), Seungho Ahn, Jaewan Chi (Attorney), Minhyung Chung, James Kwak, Beyongho Yuu (Attorney) | | in connection with litigation | |
| 261.76 | N/A | 11/9/2012 | | | | Document reflecting legal advice regarding patent license agreement | Not Produced, NR, ACP/WP |
| 261.77 | N/A | 11/9/2012 | | | | Document reflecting legal advice regarding renewal of patent license agreement | Not Produced, NR, ACP/WP |
| 261.78 | N/A | 11/9/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding license agreement | Not Produced, NR, ACP/WP |
| 261.79 | N/A | 11/9/2012 | | | | Comprehensive spreadsheet prepared at the direction of counsel reflecting legal advice regarding technology earnings and expenses per GBM | Not Produced, NR, ACP/WP |
| 262. | N/A | 12/25/2012 | Kijoong Kang (Attorney) | Kijoong Kang (Attorney) | | Communication prepared by counsel reflecting and seeking legal advice regarding | Withheld ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | | | licensing, in anticipation of litigation | |
| 262.1 | | | | | | Document authored by European Commission removed for further review of confidentiality obligations | |
| 262.2 | N/A | 12/25/2012 | | | | Document prepared by counsel containing a summary of meeting between Samsung and Apple to negotiate patent licensing issues | Not Produced, NR, ACP/WP |
| 262.3 | N/A | 12/25/2012 | | | | International Legal Team report regarding Countermeasure for EU Competitors Appeal | Not Produced, NR, ACP/WP |
| 262.4 | N/A | 12/25/2012 | | | | Document prepared by counsel containing a plan for a meeting between Samsung and Apple to negotiate patent licensing issues | Not Produced, NR, ACP/WP |
| 262.5 | N/A | 12/25/2012 | | | | Document prepared by counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Withheld ACP/WP |
| 262.6 | N/A | 12/25/2012 | | | | Document prepared by counsel reflecting legal advice regarding European competitors' SOP meeting results | Not Produced, NR, ACP/WP |
| 262.7 | N/A | 12/25/2012 | | | | Document prepared at the direction of counsel reflecting legal advice regarding withdrawal process for standard patent litigation in Europe | Not Produced, NR, ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-----------  |-------------------|
| 262.8 | N/A | 12/25/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent license and royalty negotiations between Samsung and Apple | Not Produced, NR, ACP/WP |
| 262.9 | N/A | 12/25/2012 | | | | Document prepared by counsel reflecting legal advice regarding status of litigation against Apple | Not Produced, NR, ACP/WP |
| 262.10 | N/A | 12/25/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent license negotiations with Apple | Not Produced, NR, ACP/WP |
| 262.11 | N/A | 12/25/2012 | | | | Document prepared by counsel reflecting legal advice regarding patent license negotiations with Apple | Not Produced, NR, ACP/WP |
| 263. | | | | | | Document Removed – Duplicate Of Tab 228 Previously Submitted To The Court | |
| 264. | N/A | 1. 12/28/2012 2. 12/28/2012 3. 12/28/2012 4. 12/21/2012 5. 12/18/2012 6. 12/10/2012 | 1. Daniel W. Shim (Attorney); 2. Taehyung Kim (Attorney); 3. Taehyung Kim (Attorney); 4. Helen Hopson (Attorney, Bristows LLP); 5. Pat Treacy (Attorney, Bristows LLP); 6. Laura Peirson (Bristows | 1. Pat Treacy (Attorney, Bristows LLP), Helen Hopson (Attorney, Bristows LLP) | | Email with outside counsel in anticipation of litigation reflecting legal advice and transmitting document prepared regarding licensing negotiations | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | LLP) | | | | |
| 264.1 | N/A | 12/28/2012 | Pat Treacy (Attorney, Bristows LLP) | Taehyung Kim (Attorney) | | Email from outside counsel seeking information regarding changes to Samsung's Ericsson license negotiation team | Not Produced, NR, ACP/WP |
| 264.2 | N/A | 12/28/2012 | Laura Peirson (Bristows LLP) | | | Email from outside counsel reflecting legal advice regarding licensing negotiations | Not Produced, NR, ACP/WP |
| 264.3 | N/A | 12/28/2012 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding analysis of FRAND Issues written in anticipation of litigation | Withheld ACP/WP |
| 264.4 | N/A | 12/28/2012 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding patent licensing  written in anticipation of litigation | Withheld ACP/WP |
| 264.5 | N/A | 12/28/2012 | | | | Document prepared by outside counsel reflecting legal advice regarding analysis of FRAND Issues written in anticipation of litigation | Not Produced, NR, ACP/WP |
| 265. | N/A | 1/7/2013 | Daniel Shim (Attorney) | Injung Lee (Attorney) | | Email with counsel reflecting legal advice and transmitting documents prepared by outside counsel regarding licensing negotiations written in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

SAMSUNG'S AMENDED PRIVILEGE LOG
Combined and Revised November 7, 2013
APPLE V. SAMSUNG
CASE NO. 11-cv-01846-LHK (PSG)
Hon. Paul S. Grewal

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 265.1 | N/A | 1/7/2013 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding analysis of FRAND Issues written in anticipation of litigation | Withheld ACP/WP |
| 265.2 | N/A | 1/7/2013 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding patent licensing  written in anticipation of litigation | Withheld ACP/WP |
| 265.3 | N/A | 1/7/2013 | | | | Document prepared by outside counsel reflecting legal advice regarding analysis of FRAND Issues written in anticipation of litigation | Not Produced, NR, ACP/WP |
| | N/A | 1/7/2013 | Daniel Shim (Attorney) | Injung Lee (Attorney) | | Email with counsel reflecting legal advice and transmitting documents prepared by outside counsel regarding licensing negotiations written in anticipation of litigation | Not Produced, NR, ACP/WP Duplicate of Tab 265 |
| | N/A | 1/7/2013 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding analysis of FRAND Issues written in anticipation of litigation | Withheld ACP/WP Duplicate of 265.1 |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| | N/A | 1/7/2013 | | | | Memorandum prepared by outside counsel reflecting legal advice regarding patent licensing written in anticipation of litigation | Not Produced, NR, ACP/WP, Duplicate of 265.2 |
| | N/A | 1/7/2013 | | | | Document prepared by outside counsel reflecting legal advice regarding analysis of FRAND Issues written in anticipation of litigation | Not Produced, NR, ACP/WP, Duplicate of 265.3 |
| 266. | SAMNDCA-Z0011817-SAMNDCA-Z0011818 | 1. 2/8/2013 2. 2/8/2013 3. 2/8/2013 | 1. Youngmo Koo; 2. Heungju Kwon 3. Heungju Kwon | 1. T aehyung Kim (Attorney), Hyucksun Kwon | 1. Jay Shim (Attorney) | Email with outside counsel reflecting legal advice regarding expert reports and transmitting draft expert report prepared at the direction of counsel in connection with litigation | Redacted ACP/WP |
| 266.1 | N/A | 2/8/2013 | | | | Rebuttal Report of Dr. David J. Teece regarding Apple's antitrust allegations and opinions offered by Dr. Ordover, Mr. Donaldson, and Dr. Walker | Withheld ACP/WP Duplicate of Tab 271.2 |
| 266.2 | N/A | 2/8/2013 | | | | Expert report of Richard Donaldson regarding the license terms that Samsung offered to Apple, FRAND, and Samsung's license to Intel | Not Produced, NR |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 266.3 | N/A | 2/8/2013 | | | | Rebuttal Expert Report of Richard Donaldson regarding FRAND and Dr. Teece's report | Not Produced, NR |
| 267. | SAMNDCA-Z0011815-SAMNDCA-Z0011816 | 1. 2/8/2013 2. 2/8/2013 3. 2/8/2013 | 1. Youngmo Koo; 2., 3. Heungju Kwon | 1. Taehyung Kim (Attorney), Hyucksun Kwon | 1. Jay Shim (Attorney) | Email with counsel reflecting legal advice regarding expert reports and transmitting draft expert report prepared at the direction of counsel in connection with litigation | Redacted ACP/WP |
| | N/A | 2/8/2013 | | | | Rebuttal Report of Dr. David J. Teece regarding Apple's antitrust allegations and opinions offered by Dr. Ordover, Mr. Donaldson, and Dr. Walker | Withheld Duplicate of Tab 266.1. |
| | N/A | 2/8/2013 | | | | Expert report of Richard Donaldson regarding the license terms that Samsung offered to Apple, FRAND, and Samsung's license to Intel | Withheld Duplicate of Tab 266.2 |
| | N/A | 2/8/2013 | | | | Rebuttal Expert Report of Richard Donaldson regarding FRAND and Dr. Teece's report | Withheld Duplicate of Tab 266.3 |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 268. | N/A | 1. 2/14/2013<br>2. 2/15/2013<br>3. 2/15/2013 | 1. Ilman Bae; 2. Junghoon Park; 3. Eugene Shim | 1. Taesuk Kim, Kyuhwan Shin, Chulwoo Ahn, Kyuhyuk Lee, Woojong Lee, Jaehawk Lee, Hyunsun Kwack, Yangsan Kim, Youngho Kim, Jungmin Kim, Jonghee Kim, Joosang Kim, Jaehyun Park, Junhong Park, Sungcheol Bae, Seungkyun Oh, Sungho Lee, Suyeul Lee, Youngsoon Lee, Sanghoon Jin, Jungkyu Jin, Taeeun Kim, Youngeun Hong, Hoshin Lee (Attorney), Minkyoon Kim (Attorney) | 1. Beyongho Yuu (Attorney) | Email with counsel reflecting legal advice and transmitting document regarding licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |
| 268.1 | N/A | 2/14/2013 | | | | Memorandum from counsel reflecting legal advice regarding licensing and summarizing IP news in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 269. | SAMNDCA-Z0010467-SAMNDCA-Z0010468 | 1. 3/6/2013 2. 3/6/2013 3. 3/6/2013 4. 3/5/2013 | 1. Brian Sungyun Kim (Attorney); 2. Kijoong Kang (Attorney); 3. Peter Camesasca (Attorney); 4. Fabrice Guillaume, Nicholas Banasevic | 1. Daniel W. Shim (Attorney); 2. Injung Lee (Attorney), Brian Sungyun Kim (attorney), James Minjae Shin (Attorney), Richard An (Attorney), Eric Junghoon Cha (Attorney); 4. Peter Camesasca (Attorney) | 4. COMP-GREFFE-ANTITRUST@ec.europa.eu; Nicholas.Banasevic@ec.europa.eu; Thomas.KRAMLER@ec.europa.eu; Michal.MOTTL@ec.europa.eu; Wouter.Wils@ec.europa.eu | Email with counsel, prepared in anticipation of litigation, forwarding documents for purposes of providing legal advice regarding licensing negotiations | Redacted ACP/WP |
| 269.1 | SAMNDCA-Z0010469-SAMNDCA-Z0010470 | 3/6/2013 | | | | Letter from the European Commission to Samsung regarding Samsung's request to access documents in the Commission's file | Produced |
| 269.2 | SAMNDCA-Z0010471-SAMNDCA-Z0010474 | 3/6/2013 | | | | A chart containing Apple's Reply to the Commission's Request for Information regarding licensing negotiations | Produced |
| 269.3 | SAMNDCA-Z0010475-SAMNDCA-Z0010476 | 3/6/2013 | | | | A chart containing Apple's Reply to the Commission's Request for Information regarding licensing negotiations | Produced |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 270. | N/A | 4/19/2013 | Hyucksun Kwon | Hyucksun Kwon | | Email with counsel, prepared at the direction of counsel, reflecting legal advice and transmitting document prepared regarding Samsung's intellectual property rights license negotiation with third party | Withheld ACP/WP |
| 270.1 | N/A | 4/19/2013 | | | | Document created in preparation of an executive meeting regarding litigation against Ericsson | Not Produced, NR, ACP/WP |
| 270.2 | N/A | 4/19/2013 | | | | Document prepared at the direction of counsel regarding licensing negotiations with Ericsson, prepared in anticipation of litigation | Withheld ACP/WP |
| 270.3 | N/A | 4/19/2013 | | | | Letter From Seung Ho Ahn (Samsung EVP & Chief IP Officer) to Kasim and Frank (Ericsson) responding to April 12, 2013 letter regarding Samsung/Ericsson patent license negotiations | Not Produced, NR |
| 270.4 | N/A | 4/19/2013 | | | | Ericsson and Samsung "Settlement Term Sheet" | Redacted ACP/WP |
| 270.5 | N/A | 4/19/2013 | | | | Letter from Frank Vecella (Ericsson) to Seung Ho Ahn (Samsung) dated April 12, 2013 regarding arbitrating dispute of patent license | Not Produced, NR |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 270.6 | N/A | 4/19/2013 | | | | Letter from Kasim Alfalahi (Ericsson) to Seung Ho Ahn (Samsung) dated April 12, 2013 regarding Ericsson/Samsung patent licensing negotiations with attached licensing offer | Not Produced, NR |
| 270.7 | N/A | 4/19/2013 | | | | Document reflecting legal advice regarding recent case events and discovery issues written in connection with litigation | Not Produced, NR, ACP/WP |
| 270.8 | N/A | 4/19/2013 | | | | Document reflecting legal advice regarding recent case events and discovery issues written in connection with litigation | Not Produced, NR, ACP/WP |
| 270.9 | N/A | 4/19/2013 | | | | Document prepared at the direction of counsel containing status of pending U.S. FRAND cases | Not Produced, NR, ACP/WP |
| 271. | SAMNDCA-Z0000917 SAMNDCA-Z0000918 | 5/13/2013 | Hyucksun Kwon | Daniel W. Shim (Attorney) | | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 271.1 | SAMNDCA-Z0000919 SAMNDCA-Z0000977 | 5/13/2013 | | | | Report by David J. Teece regarding patent licensing prepared in anticipation of litigation | Produced |
| 271.2 | SAMNDCA-Z0000978 SAMNDCA-Z0001113 | 5/13/2013 | | | | Rebuttal Report by David J. Teece regarding patent licensing prepared in anticipation of litigation | Produced |
| 271.3 | N/A | 5/13/2013 | | | | Public paper titled "Review of Patents Declared as Essential to WCDMA Through December, 2008" | Not Produced, NR |
| 271.4 | N/A | 5/13/2013 | | | | Transcript of court testimony by David J. Teece | Not Produced, NR |
| 271.5 | N/A | 5/13/2013 | | | | Transcript of court testimony by David J. Teece | Not Produced, NR |
| 272. | SAMNDCA-Z0001114 SAMNDCA-Z0001116 | 5/13/2013 | Samsung FRAND, Thomas Pease (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Daniel W. Shim (Attorney) | Victoria Maroulis (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Redacted ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| 272.1 | SAMNDCA-Z0001117 SAMNDCA-Z0001175 | 5/13/2013 | | | | Report by David J. Teece regarding patent licensing prepared in anticipation of litigation | Produced |
| 272.2 | SAMNDCA-Z0001176 SAMNDCA-Z0001311 | 5/13/2013 | | | | Rebuttal Report by David J. Teece regarding patent licensing prepared in anticipation of litigation | Produced |
| 272.3 | N/A | 5/13/2013 | | | | Transcript of court testimony by David J. Teece for Northern District of California trial | Not Produced, NR |
| 272.4 | N/A | 5/13/2013 | | | | Transcript of court testimony by David J. Teece for Northern District of California trial | Not Produced, NR |
| 273. | SAMNDCA-Z0001508 SAMNDCA-Z0001509 | 5/15/2013 | Eunhae Choi | Hyucksun Kwon | | Email reflecting legal advice regarding licensing, prepared at the direction of counsel in anticipation of litigation | Redacted ACP/WP |
| 273.1 | N/A | 5/15/2013 | | | | Legal memorandum prepared by counsel and sent to Samsung regarding summary of Teece Reports and NDCA testimony | Not Produced, NR, ACP/WP |

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|----|-------------|-------------------|
| 273.2 | N/A | 5/15/2013 | | | | Report and documentation reflecting legal advice regarding patent licensing negotiation meetings between Samsung and Ericsson from 2010-2013, prepared in anticipation of litigation | Not Produced, NR, ACP/WP |
| 273.3 | N/A | 5/15/2013 | | | | Title page for previous document 8283 with title: "Ericsson Case Negotiation History" | Not Produced, NR |
| 273.4 | N/A | 5/15/2013 | | | | Title page for Teece Report with title: "Apple Case Expert Report (David Teece)" | Not Produced, NR |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised November 7, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 274. | N/A | 1. 5/29/2012<br>2. 5/29/2012 | 1. Michael Kang (Attorney)<br>2. Indong Kang | 1. studio@vanzettieassociati.it, Martin Koehler (Attorney, ROKH IP), James Boon (Attorney, Bristows LLP) | 1. Indong Kang, Junwon Lee, Eric Junhun Cha (Attorney), Brian Sungyun Kim (Attorney), Kijoong Kang (Attorney) | Email with outside counsel seeking or reflecting legal advice regarding licensing and mediation with third party and attaching draft mediation statement | Withheld ACP/WP |
| 274.1. | N/A | | | | | Draft mediation statement prepared by Samsung's outside counsel in anticipation of litigation | Withheld ACP/WP |
| 275. | N/A | 1. 7/12/2012<br>2. 7/12/2012<br>3. 7/12/2012<br>4. 7/12/2012 | 1. James Jinhwan Kwak<br>2. Sangkil Lee<br>3. Wonduk Song<br>4. Sungup Choi | 1. Sangkil Lee, Sungup Choi, Junwon Lee, Indong Kang<br>3. Sungup Choi, James Jinhwan Kwak | 1. Wonduk Song, James Jinhwan Kwak<br>3. Sangkil Lee | Email written at the direction of counsel seeking or reflecting legal advice concerning licensing issues, prepared in anticipation of litigation | Withheld ACP/WP |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT B

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised December 12, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 276. | N/A | 1. 3/27/2013<br>2. 3/26/2013<br>3. 3/22/2013 | 1. Heungju Kwon<br>2. Heungju Kwon<br>3. Heungju Kwon | 1. Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Jay Shim (Attorney), Jinhwan Kwak, Eric Junghoon Cha (Attorney), Richard An (Attorney), James Minjae Shin (Attorney), Daniel W. Shim (Attorney), Taehyung Kim (Attorney), Hojin Chang (Attorney), Jaeil Park (Attorney), Wonsuk Park, Wonsun Kim, Junwon Lee, Indong Kang, Jeahun Han | 1. Seungho Ahn (Attorney), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Minhyung Chung, Youngjo Lim (Attorney), Hojin Kahng (Attorney), Daniel Ko (Attorney), Hyunju Kim, Sohee Yoon, Jin Jung, Eunhye Choi, Miji Kim, Jaehyoung Kim, Soonyoung Hwang | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Withheld ACP/WP |
| 276.1 | N/A | 3/22/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld, ACP/WP |
| 276.2 | N/A | 3/22/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld, ACP/WP |
| 277. | N/A | 1. 3/26/2013<br>2. 3/22/2013 | 1. Heungju Kwon<br>2. Heungju Kwon | 1. Heungju Kwon, Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Jay Shim (Attorney), Jinhwan Kwak, Eric Junghoon Cha (Attorney), Richard An (Attorney), James Minjae Shin (Attorney), | 1. Seungho Ahn (Attorney), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Minhyung Chung, Youngjo Lim (Attorney), Hojin Kahng (Attorney), Daniel Ko | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Withheld ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised December 12, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|-----|-------------|------|-------------|--------------|-----|-------------|-------------------|
| | | | | Daniel W. Shim (Attorney), Taehyung Kim (Attorney), Hojin Chang (Attorney), Jaeil Park (Attorney), Wonsuk Park, Wonsun Kim, Junwon Lee, Indong Kang, Jeahun Han | (Attorney), Hyunju Kim, Sohee Yoon, Jin Jung, Eunhye Choi, Miji Kim, Jaehyoung Kim, Soonyoung Hwang | | |
| 277.1 | N/A | 3/22/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld, ACP/WP |
| 278. | N/A | 3/29/2013 | Heungju Kwon | Injung Lee (Attorney), Brian Sungyun Kim (Attorney), Jay Shim (Attorney), Jinhwan Kwak, Eric Junghoon Cha (Attorney), Richard An (Attorney), James Minjae Shin (Attorney), Daniel W. Shim (Attorney), Taehyung Kim (Attorney), Hojin Chang (Attorney), Jaeil Park (Attorney), Wonsuk Park, Wonsun Kim, Junwon Lee, Indong Kang, Jeahun Han | Seungho Ahn (Attorney), Jaewan Chi (Attorney), Kijoong Kang (Attorney), Minhyung Chung, Youngjo Lim (Attorney), Hojin Kahng (Attorney), Daniel Ko (Attorney), Hyunju Kim, Sohee Yoon, Jin Jung, Eunhye Choi, Miji Kim, Jaehyoung Kim, Soonyoung Hwang | Email with counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Withheld ACP/WP |
| 278.1 | N/A | 3/22/2013 | | | | Communication with counsel reflecting legal advice regarding licensing negotiations written in anticipation of litigation | Withheld, ACP/WP |

**CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**
**CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER**

**SAMSUNG'S AMENDED PRIVILEGE LOG**
**Combined and Revised December 12, 2013**
**APPLE V. SAMSUNG**
**CASE NO. 11-cv-01846-LHK (PSG)**
**Hon. Paul S. Grewal**

| Tab | Bates Range | Date | From/Author | To/Recipient | CC | Description | Production Status |
|---|---|---|---|---|---|---|---|
| 279. | N/A | 1. 7/9/2012<br>2. 7/3/2012<br>3. 7/2/2012<br>4. 7/3/2012 | 1. Michael Kang (Attorney)<br>2. Anthony Alden (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP)<br>3. Michael Kang (Attorney)<br>4. Anthony Alden (Attorney, Quinn Emanuel Urquhart & Sullivan, LLP) | Katherine M. Robison (Attorney, O'Melveny & Myers, LLP), Mark Miller (Attorney, O'Melveny & Myers, LLP), Ryan K. Yagura (Attorney, O'Melveny & Myers, LLP) | | Email with outside counsel reflecting and seeking legal advice regarding licensing, in anticipation of litigation | Withheld ACP/WP |
| 279.1 | N/A | 3/22/2012 | | | | Report by David J. Teece regarding patent licensing prepared in anticipation of litigation | Produced |
| 279.2 | N/A | 4/2/2012 | | | | Supplemental Report by David J. Teece regarding patent licensing prepared in anticipation of litigation | Produced |

CONTAINS INFORMATION DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
CONFIDENTIAL BUSINESS INFORMATION – SUBJECT TO PROTECTIVE ORDER

# EXHIBIT C

# Transcription of December 10, 2014 Hearing

Judge:          Yes, Your Honor, calling *Apple v Samsung* Case No. cv-11-1846, Apple's Motion to Compel and non-party Nokia Corporation's Motion to Compel.  Please state your appearances.

Selwyn:         Good morning your honor, Mark Selwyn for Apple.

Judge:          Good morning.

Koppelman:      Ryan Koppelman for Nokia.

Judge:          Good morning, Mr. Koppelman.

Zeller:         Good morning your honor, Mike Zeller for Samsung and also with me Dan Posner and Rob Becher.

Judge:          Good morning to each of you.  Welcome back.  All right, well the crowd thins but we keep going.  I believe we all understand that we are back and here to address the motions to compel filed by Apple and Nokia.  I think what makes the most sense is to take these issues up in the order in which I think the parties presented them in all of their briefs which is to first talk about whether I've even got privileged documents at all and then to

turn to the issues of waiver and the crime-fraud exception and so.  Let's begin with the motion from Nokia since well, let's begin with the motion of Nokia and then I'll turn to Mr. Selwyn for Apple's perspective before hearing from Samsung.  Mr. Koppelman, go ahead, sir.

Koppelman:  Thank you, your Honor.  Good morning.  I'll start off the purpose of Nokia's Motion to Compel is to have equal access to the evidence that Samsung used to defend itself and the court considered.  And there's 3 main arguments - you just referenced them. First, that whether Samsung sufficiently substantiated privilege and then whether the at issue doctrine applies and whether there was selective disclosure.  As to the substantiation, Samsung has the burden to establish it and there's numerous facial problems with its claim.  After the Court initially reviewed the documents *in camera* it noted that many of the documents appear to have a business purpose as opposed to a legal purpose.  Many of the log entries don't involve an attorney and at least one log entry was with a third party blogger. Samsung in its Opposition now claims that

much of what it redacted and withheld based upon privilege is not actually privileged and it makes those claims in opposition.

Judge:        Can I ask you about that, Mr. Koppelman?

Koppelman:    Sure.

Judge:        What are - first of all, before we turn to all these other issues.  The universe of documents at issue seems to be a bit of a moving target here.  As I had understood it originally, the issue before Judge Koh on review was whether the documents I had referenced in my footnotes were indeed privileged and entitled to maintain that protection going forward in light of certain actions taken by Samsung.  On remand it seems you are talking about a broader universe of materials than just what I referenced in the Order so could you perhaps set that table for me.

Koppelman:    Well, if you go back to look at the original briefing the issues we raised leading up to the motion for sanctions, multiple times we raised the waiver issues and the concerns with their substantiation.  And in particular I would point the Court to our supplemental brief that was filed after the hearing before

the sanctions Order in which we made our arguments very broadly that the waiver went beyond just the ones at least cited in the order to show cause and that we thought there was a broader waiver as to how we characterize the record and we made those arguments and we're remaking them now.

Judge:                   Your view is that on this remand I am to consider not only the documents that I specifically referenced in my opinion, but indeed all of the documents for which Samsung has claimed and continues to claim privilege.

Koppelman:          Yes.

Judge:                   Okay.  All right, why don't you continue?

Koppelman:          And as to the substantiation point, they've withdrawn privilege on some of those and we think those documents should be produced now and in your Order for sanctions you identified certain documents that and at least portions of them were not privileged and we don't see a reason why there should be any further delay in production of that information.  The remainder of the documents that Nokia

cannot evaluate with equal access and that was what we understood the *in camera* process to be for is to resolve privilege claims where there's not equal access and that process took place and we would ask the Court to rule on the privilege assertions that Samsung has made, you know, it was Ordered to produce all the documents and then an October 2 Order, withheld them and we would like a ruling on that.

Judge:          So again, this is really what I'm getting at with my earlier question:  you believe that you're entitled to essentially a ruling on each and every one of the documents for which Samsung maintains its privilege such that I am to go through document by document and make a call on what I think would amount to several hundred documents?

Koppelman:      I think it's about 275.

Judge:          Okay.

Koppelman:      The size of that is in proportion of the size of the violation, the extent of the disclosure. If it was a smaller disclosure we'd have a smaller issue to deal with.  It went to 75 recipients and this was a wide-spread disclosure over a lengthy period of time and

that's not Nokia's fault that there's that much paper as a result of the extent of the disclosures.  Samsung has raised the issue of relevancy.  We can't evaluate those claims of relevancy because we don't have equal access.  It's possible that *in camera* review the Court may determine that some of the documents are completely irrelevant and I think that is an appropriate analysis to be done *in camera* separate and apart from privilege --

Judge:       Right.  I don't want to make your next argument for you but it would seem that by submitting those documents to review Samsung itself has conceded that those documents are relevant to those issues in dispute, right?

Koppelman:   I would agree with you, it's certainly in the scope of what the Court ordered as relevant and they submitted them and you know this goes right into the waiver arguments to where I was going to next.  They relied on them.  They pointed to this evidence, they pointed the Court to the evidence *ex parte* to say this stuff you know this set of documents the *in camera* submission shows inadvertence and non-use and those two

particular assertions and defenses give rise to the at issue doctrine.  The principle is that parties in litigation may not abuse the privilege by asserting claims or defenses the opposing party cannot adequately dispute unless it has access to the privileged materials.  This requires equal access for fundamental fairness - the case law refers to fundamental fairness, that's ultimately what we're arguing here what we're seeking, you know, so as to the first issue that Samsung injected the inadvertent -- Samsung repeatedly put at issue the intent of Samsung and its lawyers using the evidence and documentary record and the *in camera* submission to show that there was inadvertence.

Judge:     Now they're saying that they didn't put those documents at issue but effectively I did by ordering them to submit it.  What's your view on that?

Koppelman: I think that puts them in a tough position. And this is the horns of the dilemma where litigants are faced and do you defend yourself with privileged materials or do you not and if you do then equal access principles should apply and if you don't then

you take your lumps and it's a tough
position to be in -

Judge:              But their submission was *in camera*, right,
so it's not as if they made them available to
the world or even to you.  I think - what I
read in Samsung's papers is a recognition of
that same dilemma but a different solution
to it.  Right?  What they're saying is - I'm
sure I'm going to hear from Mr. Zeller and
others in just a moment - what they're
saying is that they have always maintained a
privilege over these materials and so to the
extent that the privilege is properly claimed
and they believe it is, they should be entitled
like every party in every case to maintain
that privilege and to the extent that the
Court has issued sanctions predicated on
those materials the solution is to withdraw
the sanctions - the solution is not to make
them available for review.  So what's your
thought about that?

Koppelman:          I mean to withdraw sanctions to us is not
appropriate.  If you look at your Order it is
independently supported not by - in fact I
think you addressed inadvertence, you
addressed use but you didn't find those
things and in your sanctions Orders there's a

finding of sanctions was based on independently public and non-privileged information and specifically as to the failure to enact safeguards and protocols to ensure this sort of thing didn't happen and this privilege fight goes more to their exculpatory claims that this evidence you know shows inadvertence and shows non-use.  If they want to withdraw those and their opposition seems to suggest that they could withdraw those defenses, I don't - I mean it seems odd to me at this point that 1) that they could and I think that horse is out of the barn but also the impact of them saying we no longer are claiming it is inadvertent and we no longer claim that we didn't use it.  I don't think - I think we're past that point.  Particularly you brought up the Order to show cause, they responded by saying that no piece of evidence and this is a quote "no piece of evidence deduced the massive discovery conducted either voluntarily or pursuant to the Court's October 2 Order" has revealed even the slightest indication that any disclosure was intentional rather than inadvertent.  And this is them putting those documents at issue and saying those documents show our

innocence, it's not just a mere denial, they're proving it without our equal access and this goes right into the fundamental fairness rule and the purpose of it to not allow those types of *ex parte* arguments -

Judge:   But can't I vindicate the purpose of that rule in a slightly different way?  I want to come back to what we were talking about just a minute ago.  It would seem that if you have never seen and you believe you have a right to see these documents.  One solution is the one proposed but I'm still struggling with this idea that why not simply say okay the privilege that has been claimed needs to be established, but let's assume they can do that, let's pull that set of documents out from the record that the Court considered in imposing the sanctions and ask are sanctions still justified on the record which remains and in that situation you believe there's adequate information in the record to maintain the existing sanctions.  Why isn't that an equally or perhaps even better solution than the one you're proposing?

Koppelman:   Because we don't know what the documents show and they may show something other than inadvertence from Nokia's perspective.

I've never seen them we know – it could be

Judge:          Right.  But if they're privileged -

Koppelman:      - worse -

Judge:          Right, but if they're privileged you're not entitled to see them, right?

Koppelman:      Unless they waived.

Judge:          Right, but the waiver you're claiming is a waiver that is an *in camera* submission at the direction of the Court and my question is is that really waiver at all?

Koppelman:      No - the *in camera* submission is not waiver, it's the arguments from those documents.  They submit them.  It doesn't mean they have to argue from them, it doesn't mean they have to say that those things *ex parte* argue those documents show x and show y.  That's where they stepped too far.  That's the misstep from Nokia's perspective.

Judge:          But don't they cure that problem by taking those documents out from the record and out from the analysis and ask are the sanctions justified in what remains.  That's the piece I am not quite understanding.

Koppelman:   I guess from Nokia's perspective we're past that already.  There's been an Order and we - out of fairness we should understand the full record that was considered and we don't see a reason to undo what's already been done because the Order is independently supportable on other bases separate and apart from inadvertence and use it could only get worse for them not better.  That's not a reason to vacate the Order.

Judge:   Well, but - it would seem that if your interests were in maintaining the sanctions as they currently exist one way to solve that problem would have been to let this one go.  But you have exercised your right and I appreciate you believe that you are entitled to see these documents.  I'm still stuck on this notion that I have to take the sanctions as issued and assume that they will remain in place based on what record exists independently of privileged materials it seems that there's a real question here whether the non-privileged materials can support the sanctions that were previously issued and if that's true and if the only waiver that could arguably be urged here is the submission to the Court of documents *in*

*camera* that's a very different posture than the ones in all the cases that you all cite. So help me out with that.

Koppelman: Well, I don't know if I know exactly how to respond. I think the main points are the Order the Sanctions Order as it currently stands at least in our reading does not where finding sanctions does not rely explicitly on the privileged materials to make those findings. In fact it basically says that you weren't convinced by it and to some extent it doesn't give much credit to what's in those materials in terms of the actual findings of sanctions.

Judge: So let's assume that I agree with you there. That there are materials independent of those which were subject to the privilege which justified the sanctions. If that's true, how can you argue that their arguments about the privileged documents independent of the documents submitted *in camera* themselves give rise to a waiver such that the only solution is to keep the sanctions in place, order the production and allow you to inspect. How does the argument independent of the documents give rise to

that kind of waiver?

Koppelman:     Because the positions they took still matter and they're-

Judge:         But on the one hand you're saying they don't matter because there are other documents that justify the sanctions now you're saying that they do matter because they were considered by the Court before the sanctions were issued in the first place.  So what am I missing?

Koppelman:     You're putting you finger right on it in both are true.  They-

Judge:         They do matter and they don't matter.

Koppelman:     Yes, they don't matter in what you already found to support the existing sanctions, those are independently supported.  They do matter in terms of what you didn't find and your review of these to agree with their defenses - I don't know if you agree with them but a reading of the Order is arguably you agree that it was inadvertent that you agreed that there was no use or at least not convinced there was use and those findings and at least that consideration and analysis, goes to the defenses and goes to the

|  | documents, but what you actually found in terms of the sanctions is not implicated. |
|---|---|
| Judge: | OK.  Go ahead. |
| Koppelman: | I think that the one thing that I haven't touched on is selective disclosure.  Samsung has waived privilege in addition by making selective partial disclosures of certain documents.  And in particular, Quinn Emanuel sent Apple a letter about the December 2012 exchange.  Quoting from this letter, "On December 21, 2011, a Quinn Emanuel associate sent the incompletely redacted Teece report to a Samsung employee.  Another associate realized that it contained references to licensing terms that had not been redacted.  The lawyer who sent the email notified the Samsung employee not to look at the report.  That goes to the content of the communication between Samsung and its counsel.  Content of communication has been redacted and withheld from us but disclosed in this letter to Apple.  It goes on, the email, the employee confirmed that he would not look at the report and would delete the email.  Again, that's content of communication between attorney and client that's been |

withheld from us but disclosed here.  The attorney subsequently sent another email with the report that contained redacted complete redactions and the completeness of those redactions go to the content of that communication as well.  And again, we haven't seen those things.  And these statements reveal substantial portions of the communications in this email exchange and transaction which Samsung has redacted entirely for privilege.

Judge:          And do you believe that that gives rise to a waiver as to the entire set of materials issue, or just those communications mentioned in that letter?

Koppelman:      Those communications and the subject matter.  The subject matter, though, would be narrowly defined as to those communications and anything that closely relates to them.  Without equal access to the record, I don't know what else that might entail.  It may be just this single set.  It may be somewhat broader.  But Samsung went further and revealed that Mr. Shim originally requested the Teece report in the same email exchange for use in the Microunity case.  Again, that's another

|           | detail of this exchange, the content of the communication, the purpose that's been withheld.  They're selectively disclosing parts and not other parts, which is the whole point of the doctrine.  And so, out of fairness, Nokia should be able to see the entire communications, which Samsung has characterized and used as a defense here, and Nokia respectfully requests the Court to grant its motion to compel.  If you have any other questions, I'm happy to answer them now. |
|-----------|-----|
| Judge:    | I'll give you a chance for rebuttal, I appreciate your arguments.  Let me hear from Apple before I turn to Samsung.  Mr. Selwyn, good morning. |
| Selwyn:   | Good morning.  If I could begin by just setting the stage a little bit, because Nokia's arguments are a bit different here than Apple's arguments are.  If you recall, Apple was actually the only party, not to appeal either order to Judge Koh. |
| Judge:    | I did notice that. |
| Selwyn:   | Apple believed that you reached a correct result and, as Your Honor has suggested in the past, was happy to move forward from |

it.  Samsung actually didn't appeal your order either, insofar as your sanctions ruling, they appealed the amount of fees and they also appealed the issue of waiver.  But as to the underlying correctness of the sanctions order, Samsung didn't appeal either.  So to this argument that Samsung has now raised about your Honor's reported use of privileged material, and that being improper, and that you should now go back and vacate it, that's all a new argument.  If that is something that they truly believe, they should have either raised it with you, or brought it to Judge Koh.  That has now been waived having not been raised and in fact again in the briefing to Judge Koh Samsung said they were okay with your Honor's sanctions ruling, they said it was appropriately narrow, it was the amount they were objecting too.  So, consistent with Apple's prior briefing to this Court and to Judge Koh, Apple has limited its briefing to the seven documents that Samsung had offered to produce to Apple and to Nokia and for which this Court had previously found that Samsung could not assert privilege.  We believe that the Court's prior conclusion on that point was correct and our

brief essentially raises the same arguments that we raised before this Court and again raised before Judge Koh.  Judge Koh simply found that your Honor had not addressed those arguments and directed your Honor to reconsider them in this proceeding, we just brought them forward once again.  We truly have no desire to prolong this but felt given Judge Koh's mandate that this Court consider it, that it was not appropriate for us to walk away but rather to present these arguments to your Honor.

Judge:   I don't want to speak for Judge Koh.  I suspect she would not have taken offense if you had elected to walk away.  You have an interest here, and you're entitled to pursue it.  Can I ask, it seems then that you've highlighted a few differences in Apple's posture here from Nokia's.  Among them, you're seeking review only of the seven documents, correct?

Selwyn:   Yes just as to the seven documents that were the subject of Your Honor's footnote.

Judge:   OK.  And in terms of the posture on remand, it's interesting the cases you all discuss in your briefs really focus on the classic

scenario of an appeal to the Circuit Court and a return to the District Court.  The relationship between Magistrate Judge and District Judge is I think slightly different than that.  One of the things Samsung seems to really focus on in their papers is that, while you raise these issues with Judge Koh, there was no independent request for review, as you yourself I think have just described.  Does that matter?  Does that matter that you've raised these issues in the context of an opposition to a Samsung request for relief, as opposed to independently seeking review?

Selwyn:    I don't think it does, I'm not sure what we could have appealed given your Honor agreed with us and found waiver.

Judge:    It would have made for a strange appeal, for sure.

Selwyn:    It would have been a strange appeal to appeal something where we had won.  Now Your Honor found on different grounds than we had brought to Your Honor and that was the reason for the remand but I don't think it makes a difference.  We presented the same arguments before to Your Honor as we

presented to Judge Koh as we do now and Judge Koh asked that those arguments be considered so we give them to you for your consideration.

Judge:     Can I ask you, Mr. Selwyn, since you raise these issues in your brief, I just wanted to touch upon them in some detail.  In terms of the quality of the privilege claim that Samsung makes, I read your brief as suggesting that, at a minimum, the log itself doesn't pass muster under the standards of the Ninth Circuit and perhaps other cases. Is that Apple's position?

Selwyn:    Yes.  I mean the log has not changed since Your Honor commented on it in the Order to Show Cause where Your Honor found that the log, Your Honor's words were unpersuaded by the generic statements in the log to meet the burden required to claim the protection  So nothing has changed between the time you made that statement and now, it's the same log, so when Samsung says the log may be sufficient I think that is ground we already covered and Your Honor has said you were not persuaded by the sufficiency of the log.

Judge:          What's interesting, right, is that even though I made that finding in the Order to Show Cause, that was a finding of this particular Court, and what I've never quite understood, candidly, is why that finding in the OSC wasn't presented to the District Judge as an alternative grounds that was made by this Court, even though it was in the OSC rather than the sanctions order.  Do you follow what I'm saying?

Selwyn:         I think so but Apple did, one of the arguments we presented to Judge Koh was, as your Honor had found in the Order to Show Cause, the log was insufficient so therefore Samsung had not met its burden of presenting a *prima facie* case of privilege as to each of those documents.

Judge:          Would you agree that Apple apparently wasn't persuasive in moving the District Judge to see that those findings were made?

Selwyn:         I don't, I wouldn't put it that way.  I think as I read Judge Koh's order she felt it appropriate for there to be consideration by this Court before she reviewed that argument.  So I don't think she was weighing one way or the other for Samsung

or Apple on that issue.  That issue as with the other issues that had been presented by Apple but not specifically ruled on by this Court.  As I read her order she felt it was appropriate for this Court to consider.

Judge:   Right, and it would seem that among the positions Apple is urging this Court to take is to simply affirm my earlier finding in the OSC order, that in fact the sufficiency of the privilege log was not there, that on that basis alone the privilege had not yet been claimed.  If that's true, then is there really much more for me to do for the benefit of the presiding judge, other than to confirm that I meant what I said before, and I'm reaffirming that in this context?

Selwyn:   I think that would be sufficient.  In our brief we have presented three arguments which each would independently provide a basis for your Honor to find either that the privilege has been waived or there is no privilege at all in the first place.   That is one of the arguments that as an initial matter Samsung has not substantiated its claim of privilege.  In its opposition it again points to that log.  We say that issue has been resolved by Your Honor and if Samsung

disagrees with it they should have taken it up with Judge Koh, but Your Honor ruled on that and with respect to the declaration in support, he only used that to support one of the seven documents Tab 6, they say their declarations are sufficient to substantiate privilege, they offer no argument their declarations are sufficient to substantiate privilege as to the remaining six documents and as to tab 6 if you look at the declarations it's really just offering a general statement that the recipients had some responsibility which they don't describe in any detail for handling aspects of the global litigations which they don't describe in any detail.  They don't explain what connection each recipient had to the litigation or anything else that would meet the test that's identified in the cases in our brief.  So that is the first issue, whether the log is sufficient or the log is not sufficient.  Whether in response to the order to show cause Samsung offered anything else that might overcome the deficiency that Your Honor found in the log.

The second issue that is presented in the briefs is the waiver argument.  And as to

three of the documents three of the seven
so-called waiver documents, Tab 6, 20 and
222, Samsung in its declarations and in its
brief in response to the order to show cause
made arguments about what those
documents do not show and based upon the
*Hawkins* and *Pinho* cases among others, we
believe that the denial of the existence of a
communication with counsel gave rise to a
waiver as to those documents.  Both of those
cases, *Hawkins* and *Pinho*, are very similar
on their facts.  For example, in *Pinho* it
involved the situation where the defendant
had testified that she had never discussed
the subpoena with her attorney and was not
told that the documents were going to the
grand jury and in those facts relying in part
on the *Hawkins* case the Court found that
when the defendant testified that none of her
conversations with her attorney included a
conversation about that specific subject she
was in fact testifying to the content of all
conversations that she had with her attorney
regarding that subject and found a waiver.
And for the same reason here, when
Samsung submitted declarations denying
that certain withheld communications
covered certain subjects that acted as a

waiver of the right to reserve privilege over those communications.

You mentioned the issue of Samsung's argument that well they there were forced to submit these declarations.  I don't think that's what happened.  They were forced to submit the documents *in camera*.  Your Honor did order that and Your Honor said you could you can provide me a brief with any other arguments supporting your claim.

Judge:           I thought that was more of an invitation than an order, right.  It wasn't a command to present a brief, was it?

Selwyn:          I read it as an invitation.  It was not an order, it was not a command to do so and in response, Samsung submitted a brief.  They also submitted a boatload of declarations as well.  Nothing required them to do that and they did.  It was purely voluntary.

Third is the issue of crime-fraud exception which, again, this Court did not rule on and Judge Koh did not rule on.  The documents that are already at issue here are among those that the Court relied on in finding that Samsung and its attorneys embarked upon, and I'll just use the words from the Court's

order, a conscious and strategic and willful path that caused hundreds of blame-worthy violations of the court's protective order. Samsung argues that its violations were inadvertent and it did not wrongfully use Apple's confidential information.  In response to that, first, the Court did in fact find that Samsung's violations were conscious, strategic and a "willful failure to institute safeguards."  And the Court also found at least with respect to one in-house lawyer that Samsung did make use of the confidential information.

Second and this is an observation that the Court made in its January 29th order.  There is no intent requirement to prove a violation of the protective order and a showing of intent is not required to invoke the crime fraud exception where as here it's clear that the  communications were in furtherance of wrongdoing.  Now, Samsung also disputes that issue, whether the communications were in furtherance of wrongdoing, but I think the January 29th order already found that they were -- that the communications were themselves evidence of breach.  So, for all of those reasons, and each of them is

independent, we think that that your initial conclusion about waiver was the correct one.  Again, Samsung's arguments that Your Honor properly relied on privilege, and therefore, everything should be set aside -- new argument, waived argument.  In any event, the sanctions ordered does not rely exclusively or even predominantly on these seven documents.  There are at least 18 other documents that we counted that are the basis of the Court's order for which Your Honor found that there was no privilege -- that was the finding that Samsung never challenged -- I think it's now the law of this case.  So there's no basis to go back and redo any of Your Honor's prior findings in that regard.

Judge:          Alright.  Thank you very much, Mr. Selwyn. I'll give you a chance for rebuttal as well.

Selwyn:         Thank you.

Judge:          Mr. Zeller, good morning again, sir.

Zeller:         Good morning, Your Honor.  There's obviously a number of things that have been raised.  I'm happy to start wherever the Court thinks is appropriate.  Perhaps one point that the Court was making is worth

emphasizing -- which is, from our perspective, *Mohawk* requires that essentially the order be redone to eliminate reliance upon the substance of privileged communications.  And I think that the next step is for the Court to see where it is.  There's an argument that somehow we haven't preserved that.  The reality is, as the Court knows, we have said all along, we thought that the amount of sanctions was, was excessive and unreasonable.  That is, we think still something the Court could revisit in determining, you know, once it looks at its findings, what's left, and then making that determination as to whether or not the, you know, approximately $2 million that was awarded is still appropriate, in light of those findings.  I think it's a very straightforward thing, and I think it's what the Supreme Court mandates in *Mohawk*, where it says, basically that, you know, where there's a inappropriate reliance upon privileged information, the judgment has to be vacated, and then basically it needs to be remanded, in which the protected material and its roots are excluded from evidence.  So I think it's a very straightforward kind of

approach.

Judge:     May I ask Mr. Zeller on that issue -- this wasn't one that was really addressed to any length in the papers -- if I were to go back and excise from my analysis and consideration those documents which are properly protected by privilege, and redo the analysis as you suggest, is it your feeling that no sanctions are justified with those seven documents out of the picture?

Zeller:    Your Honor, we would still agree that some level of sanctions, monetary sanctions -- not the other ones that the courts already found were ludicrously overbroad and the like -- but, but, we, we have said that we do think that you know, a monetary award that is, you know, looks for some reasonable reimbursement of fees is an appropriate sanction for, for the violations, the transgressions that we acknowledge.  The Court's order obviously does go further.  And, and there is an inherent contradiction, as the Court has pointed out, in, in Apple and Nokia's positions here.  On the one hand, they're trying to tell you -- it doesn't affect the Court's order.  On the other hand, they're trying to say that they need these

documents.  And those are completely irreconcilable.  Also, as the court is aware, for at-issue waiver to apply, the information, the communications have to be vital.  We didn't, set aside about the other five requirements that we don't think are met here.  But at the end of the day, the Court still would have to say -- well, it's vital for Apple and Nokia to have these communications in order to properly litigate these issues.  So they can't have it both ways.  They can't tell the Court that these communications don't matter for purposes of the sanctions, and therefore you don't need to disturb anything -- but on the other hand, order us to produce them.  Those are absolutely, completely irreconcilable, and they make no effort to reconcile those here today.

And also, I think there's a, there's a very similar point, too, Your Honor, which is -- you've used the word "moving target," and that definitely applies here.  Apple and Nokia are tripping over one another and themselves between positions they used to take and positions they take now.  You know, where basically they argue out of

literally the opposite sides of their mouths. Our privilege logs are insufficient, therefore it's a waiver.  On the other hand, they disclose too much, and there's been a waiver.  And Tab 6 is sort of a paradigm of this -- I mean there's a -- this is what Apple used to say.  This is docket 2825-2, at page 3.  They claim that our description of Tab 6 does not contain any information regarding the subject matter of the communication.  Then in docket 3212 at 4, they claim that we disclosed the content of it.  This literally is just this kind of nose of wax you have constantly going on here, where they just make these characterizations to fit what they think is the appropriate legal doctrine.  And there's, there's no consistency here.  There's none whatsoever.

There's also a fair amount of revisionist history, really, which is the idea that somehow we were not denying, and it was completely gratuitous that we were denying that, that our violations were intentional. They repeatedly put that at issue.  The Court will recall Mr. McElhinny got up here and called us criminals.  So the idea that we weren't responding and we were doing this

voluntarily is just completely belied by the record.

One thing I would also point Your Honor to is -- I know the court was asking questions about the logs.  And, and what the Court was describing as its findings previously. What the Court actually said, Your Honor, and you can look at it, it said the Court is not yet persuaded.  It didn't make a finding that our log was deficient.  But even more importantly, what it then went on to do was say -- but I'm going to give you an opportunity to substantiate privilege by putting in this submission.  And I can quote the language, but it is pretty mandatory.  I mean, one can argue I guess, metaphysics about what's voluntary or not, but clearly the Court was saying -- we need to further substantiate our privilege or it will be waived, at least as to those documents.  So, one thing that the Court has been hitting upon, I think, that Apple and Nokia has completely lost sight of, and this is replete throughout the cases -- this is not a strict liability kind of test.  Instances where courts have found waiver because of a -- inadequacies in the privilege log go through

a series of steps, and in fact, the Ninth
Circuit rule is, is that waiver isn't automatic,
even if you don't do a privilege log at all.
So it certainly cannot be the case that
somehow we can just simply say, you know,
that, that Apple and Nokia can say -- well,
we don't like your privilege log, no further
steps are necessary until you get to a waiver.
The cases, we think, quite clearly show that
the Court appropriately would need to give
us additional guidance as to what do we
have to have in the privilege log.  We think
we've made the *prima facie* case, as the
Court has seen from the papers.  And from,
the, you know, when you look at the criteria
that the Ninth Circuit has applied, we think
we meet those.  We have provided that
information.  Now, if the Court disagrees,
the next step would be to order us to
substantiate it further, and provide us
additional guidance.  The remedy there is
not waiver.  It just isn't.  There is no
authority.  Apple and Nokia can't point to a
single case where the Court has just simply
said -- "I looked at your log, too generic,
privilege waived."  Not a single authority.
And nor would it be fair.  There wouldn't be

any reason to have that kind of a rule.

The other thing is, is that there was the assertion was made that we're not relying on the declarations.  That's completely incorrect.  Of course we're relying on the declarations.  And Apple cannot argue, at least I think persuasively, that those declarations don't make the *prima facie* case of privilege.

Judge:          I, I assume you submitted the declarations for a reason.

Zeller:         We did.  Sixteen of them Your Honor.  And they, they went into -- they, they, of course, have to describe at the appropriate level of generality, why they are protected without then going further and disclosing the content.  But again, you know, the whole approach that Apple and Nokia take to all of this is, kind of *gotcha*.  You went too far, not far enough.  All means waiver.  And that's just not the law.  It's not even remotely the law.

Also, I add just briefly, Your Honor -- there have been statements made that somehow we were relying upon these privileged communications, and that results in the

waiver.  But, but those again, that's just kind of rhetoric from Apple and Nokia.  The cases make it very clear that you have to rely on the content of a specific communication in defending yourself -- basically, interjecting it yourself.  We didn't interject this.  These were denials, we were denying that we had done anything wrongful, as we are entitled to do.  But, more specifically, kind of these general statements of -- and Mr. -- Nokia's counsel quoted this -- where it said, you know, we were relying upon the discovery as showing nothing was intentional.  But we weren't relying on the documents we gave to the Court or privileged communications.  We were relying upon the discovery that Apple and Nokia took.  And that none of it showed intentionality.  So that's, that's -- there's no specific statement that they can point to where we said -- Judge, take a look at this document, it proves it exonerates us.  We never did that.  And that's the kind of specificity that's required for this kind of a waiver.

Judge:        A general denial is not good enough.

Zeller:      Correct.

There were a number of other arguments and statements that were made here, but I think these probably cover the, the crux of it.  I don't know if the Court had questions or anything further on this, but -- I, I think really the key in many respects, Your Honor, is, is that there's a complete disconnect between the arguments they make here and the remedy they are asking for.  There is nothing to bridge that gap. Everywhere they turn, the, the penalty or the remedy for that is not that we have to disgorge privileged information.  It's that either we're given a further chance to substantiate privilege or the, the Court's sanctions order needs to be revised to excise the privileged communications.

Judge:      I, I, I did have one last question on where this all leaves us in your view, and I want to hear from the other side on this as well, in rebuttal.  I take it, Mr. Zeller, in your view, the, the, the right outcome here is to affirm the privilege of the materials at issue, to redo the order awarding sanctions, in light of the materials which remain, and to leave it at that for the parties to take up, as they

see fit.

Zeller:         Exactly, Your Honor.  And I believe that the
                Court could and should revisit whether or
                not the full amount of attorneys' fees that
                were awarded was the appropriate sanction
                here.  I mean, we, we certainly agree that,
                again, as I was mentioning, as a baseline,
                excising everything out of the sanctions
                order -- and even things that we
                acknowledged to the Court -- clearly would
                be a sufficient basis to award monetary
                relief as a sanction.  Nothing further, but
                nevertheless, we, we at least agree on that
                point, and, and as Apple's counsel pointed
                out, and is certainly the case, we have only
                been challenging the amount.  When we
                took it up to Judge Koh we just said, we
                didn't think that the amount was
                proportionate, really, to the offense.  And,
                and so I do think that the Court would, in
                that instance, once you know, the findings
                are redone, should revisit that conclusion
                and make the determination as to what,
                what's left.  Whether that still appropriately
                supports the entire $1.92 million award.

Judge:          On that latter point, Mr. Zeller, do you read
                anything in Judge Koh's order which

suggests that the amount of fees which were awarded as a sanction is tied to the record which was properly reviewed, or put another way -- I thought I read in her order pretty clearly her saying that the amount was just fine. Even as she was saying, hey Judge Grewal, we'll go back and look at the privilege issue on these seven documents. So do I really have that authority on remand to revisit that issue when she's already made findings on that question?

Zeller: I do think you do, your Honor, because the circumstances are different. I, I read Judge Koh's order perhaps in a slightly different way, which is that, she, she was affirming your discretion on the range. We, we of course, made arguments about -- we thought there were particular standards that ought to be applied, and Judge Koh, I think at the end of the day, said you know, well it's up to Judge Grewal and he has discretion on that amount. I, I don't think that's inconsistent at all with the Court revisiting and using its discretion, in light of the adjusted findings, as to whether a different number is appropriate. I mean I think that's entirely consistent. In fact, I would suggest that,

Your Honor, that that is left to you because there, there are new circumstances, it's new, it's new evidence -- and it's not even the same order that Judge Koh would have reviewed.  She clearly did send it back to you for reconsideration of whether or not there were any remaining privileged objections -- she actually uses the word any remaining, so I disagree with Apple's assertion that she somehow blew past all the waiver arguments.  But so the Court needs to make that determination in the first instance, and then, if in fact, there is no basis, you know, what, what does that mean?  What are the implications of that?

Judge:          Alright.  I think I have your position, sir.  Thank you.

Zeller:         Thank you.

Judge:          Mr. Koppelman, do you want to offer a brief rebuttal?

Koppelman:      Thank you, Your Honor.  Judge Koh did not blow past the waiver arguments.  There's a footnote that specifically finds that the arguments were properly preserved.  That wasn't blown past, that's already been decided.  They feel inclined to still raise all

these same waiver arguments.  The inconsistency is in Samsung saying, in their brief, they're emphatic -- the order, the sanctions order is done and final, therefore not vital.  And then, in the same breath, they say, but we need to revisit it and completely redo it and lower the number and do all these things that we never assigned error to.  That is completely inconsistent.  They never --

Judge:    So what you're saying then is the outcome here is perhaps a more modest one.  Simply an order ruling on the sufficiency of the privilege claims of the -- with respect to the documents at issue.  The order awarding sanctions would remain in place.

Koppelman:   Yes.

Judge:    Where -- where does this go though in your world?  In the world that you want me to go to.  In other words, let's assume I -- I order these documents produced and that issue gets resolved and eventually the documents are turned over to you, where does that leave us?

Koppelman:   Well, at least one outcome is Nokia's satisfied with Your Honor's review of them

and agrees with the conclusions you've made on them.

Judge:      That's certainly one outcome I would --

Koppelman:  That's one -- that's one outcome.

Judge:      What -- But I take it that you be -- you would believe that in that scenario if you were not satisfied that the documents were properly considered in determining the type of sanctions, you would what?  Seek renewed --

Koppelman:  We would come back to you --

Judge:      -- consideration?

Koppelman:  -- and seek leave for some additional relief that would be tailored to what we find in the documents, if anything.  If we find something in the documents that needs to be addressed, we'd raise it with Your Honor and propose a way to address it which may require a deposition to clarify certain things. It may require us at that time requesting revisiting of the sanctions order but it's not proper for Samsung to ask for revisiting of it now because they didn't -- they didn't assign error to it at the appropriate time which is ironic because their brief is replete

with waiver arguments how we didn't
properly preserve – didn't properly preserve
and they clearly didn't preserve the fact
saying objecting to the amount and in their
appeal clearly limiting it to only the amount
and then saying that that somehow opens the
door to say the entire basis needs to be
revisited and reworked.  That is not what
*Mohawk* is about.  They didn't properly
preserve it and they can't revisit it and their
inviting error by the court to request that
now.

Judge:          All right.  Thank you very much, Mr.
                Koppelman.  Mr. Selwyn.

Selwyn:         Thank you, Your Honor.  Three points.
                First, the court is free to rely on information
                learned during *in camera* inspection,
                whether that information is privileged or
                not.  In the *Fresh v. Green Transportation*
                and the *Facebook v. Power Ventures* cases,
                which we've cited in our brief, the court
                awarded fees based, at least in part, on an *in
                camera* inspection of privileged documents
                and Samsung cites no case in its brief to the
                contrary.  The *Mohawk* case that Mr. Zeller
                just referenced is not on point at all.  That
                case does not suggest that the Court cannot

rely on privileged communications for any purpose.  What that case dealt with was the appealability of disclosure orders that were adverse to the attorney-client privilege under the collateral order doctrine --

Judge:          Right.

Selwyn:         -- and how courts can remedy the improper disclosure of privileged -- of communications at trial.  It dealt with the timing of how you appeal a finding later with respect to privilege.  It didn't deal at all with the issue of whether a court may or may not rely on privileged communications for a purpose.  So that's point one.  Point two, Mr. Zeller says that Apple is talking out of both sides of its mouth.  Before it was complaining that the declarations didn't say enough to substantiate privilege and now we're saying -- well, actually they waived privilege.  There's nothing legally or analytically inconsistent between those two points.  Although the declarations don't disclose sufficient information to substantiate Samsung's privilege claim or to allow Apple to assess that privilege claim, Samsung's denials of what the communications -- what the

communications say do entail a waiver of privilege. That's what the *Hawkins* and *Pinho* cases say. There's -- there's -- there's just nothing inconsistent between those two positions. Third point on the declarations. Samsung's brief does not say that the declarations substantiate the claim of privilege for anything other than Tab 6. And you know when you look -- when you go back and look at some of the documents while they're completely blacked out. You know here's one what they've blacked out is an email from Apple's counsel to Samsung. It's really hard for me to figure out what the basis of privilege claim would be there. You look back at their privilege log, it has the names of Apple's counsel as sender and the recipient and it claims privilege. Your Honor found that to be insufficient before, nothing has changed and it's insufficient now. Thank you.

Judge:    Thank you very much, Mr. Selwyn. Mr. Zeller, any last words?

Zeller:   Yes, Your Honor. There are a couple of new points --

Judge:    Sure.

Zeller:        -- I'd like to make just very briefly.  They're conflating different log entries.  The communications that involve Apple and Samsung, the reason why those were redacted was because they contained third party licensing information Nokia was not allowed to have and I won't recite the lengthy history.  The Court may recall that there were certain licensing terms with third parties that Nokia was not entitled to see.  We asked Apple for permission --

Judge:         I -- I remember it well.

Zeller:        -- Apple never gave permission for us to share that information.  You know, and of course the Court is aware that a lot of these documents too that Nokia is asking for relate to Ericsson and Sharp and Phillips and a bunch of third parties that they have no right to see that information.  Even in the first instance.  Even apart from the privilege objections and everything else, they have no right to see that.  It would violate other protective orders, we raise that issue repeatedly and they never came to the Court to ask for those objections to be overruled.  So from our perspective, that's way too late now for them to come in and say blow past

all those other objections and give us those documents.  Just then -- one other point briefly.  Our -- first of all it's not correct that we had denials of what the communications -- the privileged communications say.  What we were talking and the Court can see in every instance the context is that we're denying that we did anything wrong.  To the extent that we're talking about particularized documents at all, the reason why is that, the court will recall and these are in the declarations, Apple claimed crime fraud exception.  We are responding to the crime fraud allegations that were being made by Apple.  So a denial in that context is again just a denial.  And it in fact it's kind of a again a weird metaphysical thing where they're basically saying because you denied that this occurred, we're entitled to see any documents that relate to it.  But there's no -- if it's privileged, you can't do that.  That would -- just because a document is relevant to assertions that we have made, whether it's lack of intent or lack of intentionality, that does not answer the question of whether or not --

Judge:          Right.  That would put you essentially in the

position of choosing between either
admitting or waiving your privilege.

Zeller:     Right and that clearly is not the law either.
And then you can see that that's -- that's
kind of rhetorically how they tried to set this
up and in fact Nokia even said that
explicitly which is basically well you had a
choice at that point.  Either substantiate the
privilege or not, or basically just don't deny
our allegations and the Court can see that
that's not the -- that's not the choice that
court's put litigants to.  Never has been and
it doesn't make any sense to say that.  In
fact, *Bittaker* the en banc 9th Circuit decision
makes it perfectly clear that that kind of
choice is no choice at all.  Because they had
actually kind of raised the same point about
that habeas petitioner saying well if you're
going to put inadequacy of counsel at issue,
there must be a waiver and then Judge
Kozinski writing for the *en banc* panel said
no of course not.  I mean obviously he has a
constitutional right to raise that and so that
can't be the Hobson's choice that litigants
are put to and that's not -- it's not the
Hobson's choice that exists here either for
Samsung.

Judge:.         All right.  Thank you very much.

Zeller:         Thank you.

Judge:          I'll take this matter under submission.
                You'll get my latest chapter on this as soon
                as I can get one out.  Wish you all a good
                day.  Thank you.

# EXHIBIT D

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630-P0000001042 | Stephen Lemay | Marco Iacono;  Freddy Anzures | Donald Pitschel; Dan Keen; Stacey Lysik;  Henry Mason | n/a | 3/8/2012 | AC | Redacted portion of email is seeking and providing information for purposes of rendering legal advice regarding iOS development. |
| APL630-P0000001043 | Richard Lutton | Greg Christie | n/a | n/a | 4/4/2010 | AC; WP | E-mail from R. Lutton requesting information in order to provide legal analysis and advice regarding iPhone features and discussing patent infringement litigation strategy. |
| APL630-P0000001044 | Richard Lutton | Greg Christie | n/a | n/a | 4/4/2010 | AC; WP | Attachment to APL630-P0000001043.  Memorandum memorializing legal advice and patent infringement analysis regarding iPhone features prepared in anticipation of litigation. |
| APL630-P0000001045 | 1. Cyndi Wheeler  2. Cyndi Wheeler | 1. Greg Christie  2. Robert beyers (Morgan Lewis) | 2. Gary Williams (Morgan Lewis) | n/a | 1. 9/30/2008  2. 9/29/2008 | AC | Emil from Apple attorney C. Wheeler conveying legal analysis of patent prosecution process. |
| APL630-P0000001046 | 1. Gregory Joswiak  2. Philip Schiller | 1. Richard Lutton; Philip Schiller;  Greg Christie | n/a | n/a | 1. 12/28/2009  2. 1/25/2009 | AC; WP | Email providing analysis of competitor's product to Apple attorney R. Lutton in anticipation of litigation. |
| APL630-P0000001047 | Gregory Joswiak | Richard Lutton; Philip Schiller;  Greg Christie | n/a | n/a | 12/28/2009 | AC; WP | Attachment to APL630-P0000001046.  Document provided to Apple attorney R. Lutton for purposes of rendering legal advice regarding potential litigation. |
| APL630-P0000001048 | Gregory Joswiak | Richard Lutton; Philip Schiller;  Greg Christie | n/a | n/a | 12/28/2009 | AC; WP | Attachment to APL630-P0000001046.  Document provided to Apple attorney R. Lutton for purposes of rendering legal advice regarding potential litigation. |
| APL630-P0000001049 | Gregory Joswiak | Richard Lutton; Philip Schiller;  Greg Christie | n/a | n/a | 12/28/2009 | AC; WP | Attachment to APL630-P0000001046.  Document provided to Apple attorney R. Lutton for purposes of rendering legal advice regarding potential litigation. |
| APL630-P0000001050 | Gregory Joswiak | Richard Lutton; Philip Schiller;  Greg Christie | n/a | n/a | 12/28/2009 | AC; WP | Attachment to APL630-P0000001046.  Document provided to Apple attorney R. Lutton for purposes of rendering legal advice regarding potential litigation. |
| APL630-P0000001051 | Gregory Joswiak | Richard Lutton; Philip Schiller;  Greg Christie | n/a | n/a | 12/28/2009 | AC; WP | Attachment to APL630-P0000001046.  Document provided to Apple attorney R. Lutton for purposes of rendering legal advice regarding potential litigation. |
| APL630-P0000001052 | Gregory Joswiak | Richard Lutton; Philip Schiller;  Greg Christie | n/a | n/a | 12/28/2009 | AC; WP | Attachment to APL630-P0000001046.  Document provided to Apple attorney R. Lutton for purposes of rendering legal advice regarding potential litigation. |
| APL630-P0000001053 | Gregory Joswiak | Richard Lutton; Philip Schiller;  Greg Christie | n/a | n/a | 12/28/2009 | AC; WP | Attachment to APL630-P0000001046.  Document provided to Apple attorney R. Lutton for purposes of rendering legal advice regarding potential litigation. |
| APL630-P0000001054 | Gregory Joswiak | Richard Lutton; Philip Schiller;  Greg Christie | n/a | n/a | 12/28/2009 | AC; WP | Attachment to APL630-P0000001046.  Document provided to Apple attorney R. Lutton for purposes of rendering legal advice regarding potential litigation. |
| APL630-P0000001055 | Gregory Joswiak | Richard Lutton; Philip Schiller;  Greg Christie | n/a | n/a | 12/28/2009 | AC; WP | Attachment to APL630-P0000001046.  Document provided to Apple attorney R. Lutton for purposes of rendering legal advice regarding potential litigation. |

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630-P0000001056 | Gregory Joswiak | Richard Lutton; Philip Schiller;  Greg Christie | n/a | n/a | 12/28/2009 | AC; WP | Attachment to APL630-P0000001046.  Document provided to Apple attorney R. Lutton for purposes of rendering legal advice regarding potential litigation. |
| APL630-P0000001057 | Stephen Lemay | humaninterface@group.apple.com;  Cyndi Wheeler | n/a | n/a | 11/29/2009 | AC; WP | Email demonstrating competitors possible infringement of Apple's iPhone related patents sent to Apple attorney C. Wheeler to discuss potential  litigation. |
| APL630-P0000001058 | Cyndi Wheeler | Greg Christie | n/a | n/a | 2/2/2010 | AC | Attorney-client communication conveying legal advice regarding patent prosecution issues. |
| APL630-P0000001059 | Stephen Lemay | Cyndi Wheeler;  humaninterface@group.apple.com | n/a | n/a | 12/26/2008 | AC | Email providing information to C. Wheeler for purposes of obtaining legal advice regarding potential patent infringement claims. |
| APL630-P0000001060 | n/a | Cyndi Wheeler;  humaninterface@group.apple.com | n/a | n/a | 12/26/2008 | AC | Attachment to APL630-P0000001059. Document provided to Apple attorney C. Wheeler for purposes of rendering legal advice regarding potential patent infringement claims. |
| APL630-P0000001061 | n/a | Cyndi Wheeler;  humaninterface@group.apple.com | n/a | n/a | 12/26/2008 | AC | Attachment to APL630-P0000001059. Document provided to Apple attorney C. Wheeler for purposes of rendering legal advice regarding potential patent infringement claims. |
| APL630-P0000001062 | Patrick Coffman | Cyndi Wheeler | Greg Christie | n/a | 12/16/2009 | AC | Email to C. Wheeler providing information regarding potential patent infringement litigation. |
| APL630-P0000001063 | 1. Cyndi Wheeler  2. Patrick Coffman | 1. Patrick Coffman  2. Cyndi Wheeler | 1. Greg Christie | n/a | 1. 12/16/2009  2. 12/15/2009 | AC; WP | Email from C. Wheeler requesting information regarding legal analysis of potential patent infringement litigation. |
| APLNDC630-0000378113 | Patrick Coffman | Alessandro Sabatelli;  Raymond Sepulveda;  Aram Kudurshian;  Erin Rosenthal;  Caroline Furches;  Donald Pitschel;  Marcel Van Os;  Inose Mikio;  Patrick Coffman;  Stephen Lemay;  Wagner Ollie;  Greg Christie;  Pat Coleman;  Imran Chaudhri;  Laurent Baumann;  Ording Bas;  Angela Guzman;  Freddy Anzures;  Lyle Seplowitz | Scott Forstall | n/a | 12/16/2009 | AC | Redacted portion of email is seeking and providing information for purposes of rendering legal advice regarding iPhone development. |
| APL630-P0000001064 | 1. Patrick Coffman  2. Cyndi Wheeler  3. Patrick Coffman | 1. Cyndi Wheeler  2. Patrick Coffman  3. Cyndi Wheeler | 1. Greg Christie | n/a | 1. 12/16/2009  2. 12/15/2009  3. 12/15/2009 | AC | Email to C. Wheeler providing information regarding potential patent infringement litigation. |
| APLNDC630-0000378231 | Kevin Pipal | Maggie Sweet; Venkat Memula; Venkat Memula | henri-managers@group.apple.com, Josh Williams;  Eric Albert;  Greg Christie;  Stephen Lemay;  Donald Pitschel;  Patrick Coffman;  Meriko Borogove;  Shashi Hegde | n/a | 1/21/2010 | AC | Redacted portion of email is seeking and providing information for purposes of rendering legal advice regarding iPhone development. |
| APLNDC630-0000378204 | Kevin Pipal | Maggie Sweet | Venkat Memula; Venkat Memula; henri-managers@group.apple.com, Josh Williams;  Eric Albert;  Greg Christie;  Stephen Lemay;  Donald Pitschel;  Patrick Coffman;  Meriko Borogove;  Shashi Hegde;  Katherine Kojima;  Albert Ho | n/a | 1/22/2010 | AC | Redacted portion of email is seeking and providing information for purposes of rendering legal advice regarding iPhone development. |

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APLNDC630-0000378177 | Maggie Sweet | Kevin Pipal | Venkat Memula; Venkat Memula; henri-managers@group.apple.com, Josh Williams; Eric Albert; Greg Christie; Stephen Lemay; Donald Pitschel; Patrick Coffman; Meriko Borogove; Shashi Hegde; Katherine Kojima; Albert Ho | n/a | 1/22/2010 | AC | Redacted portion of email is seeking and providing information for purposes of rendering legal advice regarding iPhone development. |
| APLNDC630-0000378347 | Henri Lamiraux | henri-managers@group.apple.com | Albert Ho; Donald Pitschel; Patrick Coffman; Greg Christie; Stephen Lemay; Kevin Pipal | n/a | 1/28/2010 | AC | Redacted portion of email is seeking and providing information for purposes of rendering legal advice regarding iPhone development. |
| APLNDC630-0000378327 | Kevin Pipal | henri-managers@group.apple.com | Albert Ho; Donald Pitschel; Patrick Coffman; Greg Christie; Stephen Lemay; Maggie Sweet | n/a | 1/28/2010 | AC | Redacted portion of email is seeking and providing information for purposes of rendering legal advice regarding iPhone development. |
| APLNDC630-0000378293 | Kevin Pipal | Kevin Pipal | henri-managers@group.apple.com, Albert Ho; Donald Pitschel; Patrick Coffman; Greg Christie; Stephen Lemay; Maggie Sweet | n/a | 1/28/2010 | AC | Redacted portion of email is seeking and providing information for purposes of rendering legal advice regarding iPhone development. |
| APLNDC630-0000378276 | Donald Pitschel | Kevin Pipal | henri-managers@group.apple.com, Albert Ho; Patrick Coffman; Greg Christie; Stephen Lemay | n/a | 1/28/2010 | AC | Redacted portion of email is seeking and providing information for purposes of rendering legal advice regarding iPhone development. |
| APLNDC630-0000378261 | Donald Pitschel | Patrick Coffman; Stephen Lemay | Greg Christie | n/a | 1/28/2010 | AC | Redacted portion of email is seeking and providing information for purposes of rendering legal advice regarding iPhone development. |
| APLNDC630-0000378240 | Kevin Pipal | Maggie Sweet; Venkat Memula; Venkat Memula | henri-managers@group.apple.com, Greg Christie; Stephen Lemay; Donald Pitschel; Patrick Coffman; Eric Albert; Albert Ho; Meriko Borogove; Katherine Kojima | n/a | 1/28/2010 | AC | Redacted portion of email is seeking and providing information for purposes of rendering legal advice regarding iPhone development. |
| APLNDC630-0000378406 | Maggie Sweet | Kevin Pipal | Venkat Memula; Venkat Memula; henri-managers@group.apple.com, Greg Christie; Stephen Lemay; Donald Pitschel; Patrick Coffman; Eric Albert; Albert Ho; Meriko Borogove; Katherine Kojima | n/a | 1/28/2010 | AC | Redacted portion of email is seeking and providing information for purposes of rendering legal advice regarding iPhone development. |
| APLNDC630-0000378529 | Kevin Pipal | henri-managers@group.apple.com, Albert Ho; Greg Christie; Stephen Lemay; Patrick Coffman; Donald Pitschel; Katherine Kojima | n/a | n/a | 2/2/2010 | AC | Redacted portion of email is seeking and providing information for purposes of rendering legal advice regarding iPhone development. |
| APLNDC630-0000378512 | Kevin Pipal | henri-managers@group.apple.com | Albert Ho; Kevin Pipal; Greg Christie; Stephen Lemay; Patrick Coffman; Donald Pitschel; Katherine Kojima | n/a | 2/3/2010 | AC | Redacted portion of email is seeking and providing information for purposes of rendering legal advice regarding iPhone development. |
| APL630-P0000001065 | Douglas Davidson | Ali Ozer | n/a | n/a | 2/21/2001 | AC | Email seeking and providing information for purposes of obtaining legal advice from Apple attorney regarding potential licensing of spell checking software. |
| APL630-P0000001066 | Douglas Davidson | Ali Ozer | n/a | n/a | 2/21/2001 | AC | Email seeking and providing information for purposes of obtaining legal advice from Apple attorney regarding potential licensing of spell checking software. |
| APL630-P0000001067 | 1. Jonathan Barbero  2. Joyce Chow | 1. Douglas Davidson  2. Douglas Davidson | 1. Joyce Chow; Bud Tribble; Tom McNeil; messagetracer-review@group.apple.com; Jia Pu | n/a | 1. 7/28/2010  2. 7/6/2010 | AC | Email seeking and providing information for purposes of obtaining legal advice from Apple attorneys Joyce Chow and Tom McNeil regarding Apple OS X technology. |

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630-P0000001068 | Douglas Davidson | Jonathan Barbero; Joyce Chow | n/a | n/a | 7/28/2010 | AC | Attachment to APL-630-P0000001067. Document provided to attorneys in connection with obtaining legal advice regarding Apple OS X technology. |
| APL630-P0000001069 | 1. Douglas Davidson 2. Joyce Chow | 1. Joyce Chow 2. Douglas Davidson | 1. Bud Tribble;  Jonathan Barbero;  Tom McNeil; messagetracer-review@group.apple.com, Jia Pu | n/a | 1. 7/23/2010 2. 7/6/2010 | AC | Email seeking and providing information for purposes of obtaining legal advice from Apple attorneys Joyce Chow and Tom McNeil regarding Apple OS X technology. |
| APL630-P0000001070 | Douglas Davidson | Joyce Chow | n/a | n/a | 7/23/2010 | AC | Attachment to APL630-P0000001070. Document provided to attorneys in connection with obtaining legal advice relating to Apple OS X technology. |
| APL630-P0000001071 | Douglas Davidson | Ali Ozer | n/a | n/a | 2/21/2001 | AC | Email seeking and providing information for purposes of obtaining legal advice from Apple attorney regarding potential licensing of spell checking software. |
| APL630-P0000001072 | Douglas Davidson | Ali Ozer | n/a | n/a | 2/21/2001 | AC | Email seeking and providing information for purposes of obtaining legal advice from Apple attorney regarding potential licensing of spell checking software. |
| APL630-P0000001073 | Douglas Davidson | Ali Ozer | n/a | n/a | 2/21/2001 | AC | Email seeking and providing information for purposes of obtaining legal advice from Apple attorney regarding potential licensing of spell checking software. |
| APL630-P0000001074 | Douglas Davidson | Ali Ozer | n/a | n/a | 2/21/2001 | AC | Email seeking and providing information for purposes of obtaining legal advice from Apple attorney regarding potential licensing of spell checking software. |
| APL630-P0000001075 | Richard Lutton | Daniel Cooperman; Scott Forstall | Richard Lutton | n/a | 1/4/2008 | AC | Email from Apple in-house counsel R. Lutton to Apple employees providing legal advice regarding Apple's touch based technology and iOS. |
| APL630-P0000001076 | Richard Lutton | n/a | n/a | n/a | 1/4/2008 | AC; WP | Attachment to APL630-P0000001075.  Memorandum written by R. Lutton memorializing legal analysis and advice regarding touch based technology from Apple and competitors. |
| APL630-P0000001077 | Daniel Cooperman | Steve Jobs | Scott Forstall | n/a | 10/23/2008 | AC | Analysis of Apple's patent applications related to iPhone technology drafted by Apple attorney D. Cooperman. |
| APLNDC630-00002521129 | Scott Forstall | Venkat Memula | n/a | n/a | 11/15/2010 | AC | Redacted communication reflecting or conveying the requests for legal advice communicated to Apple's attorneys regarding product development of the iPhone. |
| APLNDC630-0000251428 | Venkat Memula | Scott Forstall | Venkat Memula; Maggie Sweet; Venkat Memula | n/a | 10/1/2010 | AC | Redacted communication reflecting or conveying the requests for legal advice communicated to Apple's attorneys regarding product development of the iPhone. |
| APLNDC630-0000252605 | Venkat Memula | Scott Forstall | Venkat Memula; Venkat Memula; Maggie Sweet | n/a | 2/4/2011 | AC | Redacted communication reflecting or conveying the requests for legal advice communicated to Apple's attorneys regarding product development of the iPhone. |
| APLNDC630-0000252379 | Venkat Memula | Scott Forstall | Venkat Memula; Venkat Memula; Maggie Sweet | n/a | 12/3/2010 | AC | Redacted communication reflecting or conveying the requests for legal advice communicated to Apple's attorneys regarding product development of the iPhone. |
| APLNDC630-0000252474 | Venkat Memula | Scott Forstall | Venkat Memula; Venkat Memula; Maggie Sweet | n/a | 1/21/2007 | AC | Redacted communication reflecting or conveying the requests for legal advice communicated to Apple's attorneys regarding product development of the iPhone. |

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APLNDC630-0000252701 | Venkat Memula | Scott Forstall | Venkat Memula; Venkat Memula; Maggie Sweet | n/a | 2/11/2011 | AC | Redacted communication reflecting or conveying the requests for legal advice communicated to Apple's attorneys regarding product development of the iPhone. |
| APLNDC630-0000253192 | Venkat Memula | Scott Forstall | Venkat Memula;  Venkat Memula;  Maggie Sweet | n/a | 3/18/2011 | AC | Redacted communication reflecting or conveying the requests for legal advice communicated to Apple's attorneys regarding product development of the iPhone. |
| APLNDC630-0000252805 | Venkat Memula | Scott Forstall | Venkat Memula;  Venkat Memula;  Maggie Sweet | n/a | 2/18/2011 | AC | Redacted communication reflecting or conveying the requests for legal advice communicated to Apple's attorneys regarding product development of the iPhone. |
| APLNDC630-0000252901 | Venkat Memula | Scott Forstall | Venkat Memula;  Venkat Memula;  Maggie Sweet | n/a | 2/5/2011 | AC | Redacted communication reflecting or conveying the requests for legal advice communicated to Apple's attorneys regarding product development of the iPhone. |
| APLNDC630-0000253011 | Venkat Memula | Scott Forstall | Venkat Memula;  Venkat Memula;  Maggie Sweet | n/a | 3/11/2011 | AC | Redacted communication reflecting or conveying the requests for legal advice communicated to Apple's attorneys regarding product development of the iPhone. |
| APLNDC630-0000253420 | Venkat Memula | Scott Forstall | Venkat Memula;  Venkat Memula;  Maggie Sweet | n/a | 3/25/2011 | AC | Redacted communication reflecting or conveying the requests for legal advice communicated to Apple's attorneys regarding product development of the iPhone. |
| APL630-P0000001078 | 1. Ken Bridges (Wong, Cabello, Lutsch, Rutherford & Brucculeri LLP)<br><br>2. Gordie Freedman<br><br>3. Ken Bridges (Wong, Cabello, Lutsch, Rutherford & Brucculeri LLP)<br><br>4. Gordie Freedman<br><br>5. Anand Sethuraman<br><br>6. Dallas De Atley<br><br>7. Kevin Pipal | 1. Gordie Freedman<br><br>2. Ken Bridges (Wong, Cabello, Lutsch, Rutherford & Brucculeri LLP)<br><br>3. Gordie Freedman; Anand Sethuraman; Dallas DeAtley; Kevin Pipal<br><br>4. Ken Bridges; Anand Sethuraman; Dallas DeAtley; Kevin Pipal<br><br>5. Anand Sethuraman; Dallas DeAtley; Kevin Pipal; Ken Bridges; Gordie Freedman<br><br>6. Anand Sethuraman;  Kevin Pipal; Gordie Freedman; Ken Bridges<br><br>7. Anand Sethuraman; Dallas DeAtley; Gordie Freedman; Ken Bridges | 1. Jeff Risher;  Katie Prescott;  Ann Marie Wahls<br><br>2. Anand Sethuraman; De  Atley;  Gordie Freedman<br><br>3. n/a<br><br>4. n/a<br><br>5. n/a<br><br>6. n/a<br><br>7. n/a | n/a | 1. 4/19/2010<br><br>2. 10/30/2009<br><br>3. 10/30/2009<br><br>4. 10/30/2009<br><br>5. 10/30/2009<br><br>6. 10/29/2009<br><br>7. 10/29/2009 | AC | Email discussion with outside counsel K. Bridges at Wong, Cabello, Lutsch, Rutherford & Brucculeri LLP seeking information for purposes of obtaining legal advice relating to '414 patent technology. |

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630-P0000001079 | 1. Gordie Freedman<br><br>2. Ken Bridges (Wong, Cabello, Lutsch, Rutherford & Brucculeri LLP)<br><br>3. Gordie Freedman<br><br>4. Anand Sethuraman<br><br>5. Dallas De Atley<br><br>6. Kevin Pipal | 1. Ken Bridges (Wong, Cabello, Lutsch, Rutherford & Brucculeri LLP)<br><br>2. Gordie Freedman; Anand Sethuraman; Dallas DeAtley; Kevin Pipal<br><br>3. Ken Bridges; Anand Sethuraman; Dallas DeAtley; Kevin Pipal<br><br>4. Anand Sethuraman; Dallas DeAtley; Kevin Pipal; Ken Bridges; Gordie Freedman<br><br>5. Anand Sethuraman;  Kevin Pipal; Gordie Freedman; Ken Bridges<br><br>6. Anand Sethuraman; Dallas DeAtley; Gordie Freedman; Ken Bridges | 1. Anand Sethuraman; De  Atley; Gordie Freedman<br><br>2. n/a<br><br>3. n/a<br><br>4. n/a<br><br>5. n/a<br><br>6. n/a | n/a | 1. 10/30/2009<br><br>2. 10/30/2009<br><br>3. 10/30/2009<br><br>4. 10/30/2009<br><br>5. 10/29/2009<br><br>6. 10/29/2009 | AC | Email from Apple's outside counsel K. Bridges seeking and providing information for purposes of obtaining legal advice from Apple attorney A. Sethuraman regarding iPhone syncing technology. |
| APLNDC630-0000195014 | Alexandre Moha | Michael Bell;  Kwok Lau;  Jean-Marie Hullot;  Rob Schoeben;  Tom LaFollette;  Tamaddon Sina | Cerveau Laurent; Katherine Kojima;  Mickey Zalusky;  William Kakes; Sandy Tompkins; Stephanie  Koester;  Eddy Cue; Alexandre Moha;  Scott Ryder; Mina  Norona;  William Coderre; Jeff Hussey;  Sue Kuo; Mark Wilhelm; Michele Gill; Joe Hayashi; Yuri Tsuchitani;  Ann Walker; Cheryl Thomas;  William Stein;  Rob Johnson; Jack Matthew; Philip Schiller; Jay Hanson; Guiheneuf Bertrand;  Mark Donnelly; Masaaki Numata; Scott Schlieman;  Erin Abramson;  Scott Forstall;  Peter Lowe;  Tim Schaaff; Yoichi Yamamura; Jeff Robbin; David Conway; John Kennedy;  Cornelia Bohle; Josh Meth;  Bertrand Serlet; Melonie Gifford; Gordie Freedman; Joe Zukowski; Gerhard Lengeling; Max (Greg) Paley;  Henri Lamiraux;  Laurel Frishman;  Saied Mostofi Toby Paterson;  David Austin | n/a | 2/4/2004 | AC | Redacted portion of email providing information requested by counsel in connection with providing legal advice relating to Apple's iPhone technology. |

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APLNDC630-0000195731 | Alexandre Moha | Jean-Marie Hullot; Michael Bell; Tom LaFollette; Sina Tamaddon; Rob Schoeben; Kwok Lau | Calin Pacurariu; Stephanie Koester; Dave Carvalho; Scott Ryder; Mina Norona; William Coderre; Sue Kuo; William Kakes; Katherine Kojima; Michele Gill; Julien Jalon; Scott Forstall; Tim Schaaf; John Kennedy; Peter Lowe; Gerhard Lengeling; Barbara Napier; William Heilman; Scott Schlieman; Ann Walker; William Stein; Jack Matthew; Christine OSullivan; Gina Ramsey; David Murphy; Daniel Carr; Jay Hanson; Brian Cassidy; Guiheneuf Bertrand; Mark Donnelly; Shoukry Hala; Josh Meth; Jennifer Cavaliere; Stephen Chick; Cheryl Thomas; Danielle Rubin; Jeff Robbin; Henri Lamiraux; Masaaki Numata; Neil Murphy; Gordie Freedman; Philip Schiller; Max (Greg) Paley; Jerilynne Marx; Laurel Frishman; Bertrand Serlet; Toby Paterson; David Austin; Amy Rapport; Shelia Annis; Quintell Melonie | n/a | 6/28/2005 | AC | Redacted portion of email providing information requested by counsel in connection with providing legal advice relating to Apple's iPhone technology. |
| APL630-P0000001080 | Dan Rose | n/a | n/a | n/a | 2/3/1992 | AC | Notes prepared for Apple counsel regarding possible patent application related to certain information retrieval techniques. |
| APL630-P0000001081 | David Casseres | Dan Rose | n/a | n/a | 7/27/1992 | AC | Email discussing possible patent application to discuss with Apple in-house counsel related to certain information retrieval techniques. |
| APL630-P0000001082 | David Casseres | n/a | n/a | n/a | 1992 | AC | Notes prepared for Apple counsel regarding possible patent application related to certain information retrieval techniques. |
| APL630-P0000001083 | Dan Rose | Elizabeth Greer | n/a | n/a | 11/28/1995 | AC | Email to Apple in-house counsel E. Greer regarding potential patent application related to certain information retrieval techniques. |
| APL630-P0000001084 | Dan Rose | n/a | n/a | n/a | 4/30/1992 | AC | Notes reflecting legal advice regarding draft of patent application related to information retrieval techniques. |
| APL630-P0000001085 | Blakely, Sokoloff, Taylor & Zafman LLP | n/a | n/a | n/a | 4/20/1992 | AC | Draft of patent application related to information retrieval techniques reflecting legal advice. |
| APL630-P0000001086 | Blakely, Sokoloff, Taylor & Zafman LLP | n/a | n/a | n/a | n/a | AC | Draft figures reflecting legal advice regarding patent application related to information retrieval techniques. |
| APL630-P0000001087 | Blakely, Sokoloff, Taylor & Zafman LLP | n/a | n/a | n/a | n/a | AC | Draft figures reflecting legal advice regarding patent application related to information retrieval techniques. |
| APL630-P0000001088 | Blakely, Sokoloff, Taylor & Zafman LLP | n/a | n/a | n/a | n/a | AC | Draft of patent application related to information retrieval techniques containing handwritten notes reflecting legal advice. |
| APL630-P0000001089 | Dan Rose | Blakely, Sokoloff, Taylor & Zafman LLP | n/a | n/a | 4/22/1992 | AC | Facsimile regarding potential patent application related to certain information retrieval techniques requesting legal advice. |
| APL630-P0000001090 | Dan Rose | n/a | n/a | n/a | 4/21/1992 | AC | Draft figures reflecting legal advice regarding patent application related to information retrieval techniques. |
| APL630-P0000001091 | Dan Rose | n/a | n/a | n/a | 4/21/1992 | AC | Communication from D. Rose providing informaiton to facilitate legal advice regarding draft patent application related to certain information retrieval techniques. |
| APL630-P0000001092 | Blakely, Sokoloff, Taylor & Zafman LLP | n/a | n/a | n/a | n/a | AC | Draft of patent application related to information retrieval techniques containing handwritten notes reflecting legal advice. |

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630-P0000001093 | Dan Rose | n/a | n/a | n/a | n/a | AC | Draft figures containing handwritten edits provided to facilitate legal advice regarding draft patent application related to information retrieval techniques. |
| APL630-P0000001094 | Richard Mander, Yin Yin Wong, Gitta Salomon | n/a | n/a | n/a | 7/21/1991 | AC | Invention disclosure form relating to methods of information retrieval. |
| APL630-P0000001095 | Carr, DeFilippo & Ferrell LLP | Dan Rose | n/a | n/a | 12/4/1996 | AC | Letter regarding patent application relating to information retrieval methods containing legal advice. |
| APL630-P0000001096 | Carr, DeFilippo & Ferrell LLP | Dan Rose | n/a | n/a | 3/5/1997 | AC | Letter regarding patent amendment relating to information retrieval methods containing legal advice. |
| APL630-P0000001097 | n/a | Dan Rose | n/a | n/a | n/a | AC | Attachment to APL630-P0000001096.  Document provided to facilitate legal advice. |
| APL630-P0000001098 | Arnold M. de Guzman (Carr, DeFilippo & Ferrell LLP) | Dan Rose | n/a | n/a | 2/27/1997 | AC | Email discussing possible amendment to patent application. |
| APL630-P0000001099 | Arnold M. de Guzman (Carr, DeFilippo & Ferrell LLP) | Dan Rose | n/a | n/a | 2/14/1997 | AC | Facsimile discussing amendment to patent application. |
| APL630-P0000001100 | Doug Cutting | Dan Rose | n/a | n/a | 2/2/1996 | AC | Email reflecting legal advice related to draft patent application related to information retrieval techniques. |
| APL630-P0000001101 | Dan Rose | Franklin Rimalovski | Ly-Huong Pham, Kevien Tiene, Doug Cutting | n/a | 2/14/1996 | AC | Email reflecting legal advice from Apple's in-house counsel E. Greer and B. Horowitz regarding product development. |
| APL630-P0000001102 | Dan Rose | n/a | n/a | n/a | 2/3/1992 | AC | Notes prepared for use with in-house counsel regarding possible patent application related to certain information retrieval techniques. |
| APL630-P0000001103 | Noreen Krall | Gregory Joswiak | n/a | n/a | 12/17/2010 | AC | Email from Apple in-house counsel N. Krall discussing status of patent infringement litigation. |
| APL630-P0000001104 | 1. Richard Lutton<br><br>2. Gregory Joswiak<br><br>3. John Richey | 1. Gregory Joswiak<br><br>2. Richard Lutton<br><br>3. Eric Jue; Steve Sinclair; Gregory Joswiak | n/a | n/a | 1. 3/23/2010<br><br>2. 3/23/2010<br><br>3. 3/23/2010 | AC | Email from Apple attorney R. Lutton providing legal advice regarding potential patent infringement claims. |
| APL630-P0000001105 | 1. Richard Lutton<br><br>2. Gregory Joswiak<br><br>3. Richard Lutton<br><br>4. Gregory Joswiak<br><br>5. John Richey | 1. Gregory Joswiak<br><br>2. Richard Lutton<br><br>3. Gregory Joswiak<br><br>4. Richard Lutton<br><br>5. Eric Jue; Steve Sinclair; Gregory Joswiak | n/a | n/a | 1. 3/23/2010<br><br>2. 3/23/2010<br><br>3. 3/23/2010<br><br>4. 3/23/2010<br><br>5. 3/23/2010 | AC | Email from Apple attorney R. Lutton providing legal advice regarding potential infringement of Apple's iPhone related patents. |
| APL630-P0000001106 | Eric Jue | Gregory Joswiak | Tom McNeil | n/a | 5/25/2010 | AC | Email to Apple attorney T. McNeil requesting legal advice relating to content of marketing materials for Apple's iPhone. |
| APL630-P0000001107 | 1. Mark Papermaster<br><br>2. Ruben Caballero<br><br>3. Aon Mujtaba | 1. Ruben Caballero<br><br>2. Aon Mujtaba<br><br>3. Ruben Caballero | 1. S. Aon Mujtaba;  Ruben Caballero;  Gregory Joswiak; David Tom<br><br>2. n/a<br><br>3. n/a | n/a | 1. 7/13/2010<br><br>2. 7/13/2010<br><br>3. 7/13/2010 | AC | Email providing information for purposes of obtaining legal advice from Apple attorney D. Tom regarding competitive products. |
| APL630-P0000001108 | Iain Cunningham | undisclosed-recipients@apple.com | Noreen Krall;  Jayna Whitt | n/a | 11/17/2010 | AC; WP | Email from Apple legal counsel I. Cunningham to Apple engineers and marketing personnel concerning analysis of competitors' mobile phones related to litigation. |
| APL630-P0000001109 | Kristin Huguet | Bruce Sewell, Noreen Krall, Philip Schiller; Greg Joswiak | Katie Cotton; Steve Dowling; Natalie Kerris | n/a | 12/17/2010 | AC | Email providing information to Apple in-house counsel N. Krall and B. Sewell to facilitate legal analysis regarding ongoing patent litigation. |

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630-P0000001110 | Noreen Krall | Gregory Joswiak | n/a | n/a | 12/17/2010 | AC | Email from Apple in-house counsel N. Krall discussing status of patent infringement litigation. |
| APL630-P0000001111 | Stephen Lemay | Cyndi Wheeler; humaninterface@group.apple.com | n/a | n/a | 6/28/2005 | AC | Correspondence between S. Lemay and C. Wheeler providing information regarding potential patent infringement litigation. |
| APL630-P0000001112 | n/a | n/a | n/a | n/a | n/a | AC | Attachment to APL630-P0000001111.  Provided to facilitate advice regarding possible patent infringement litigation. |
| APL630-P0000001113 | n/a | n/a | n/a | n/a | n/a | AC | Attachment to APL630-P0000001111.  Provided to facilitate advice regarding possible patent infringement litigation. |
| APL630-P0000001114 | 1. Michael Matas  2. hig@seo.apple.com | 1. Cyndi Wheeler  2. Steve Lemay | 1. hig@sw-eng.apple.com, Stephen Lemay  2. n/a | n/a | 1. 5/28/2008  2. 5/28/2008 | AC | Correspondence discussing potential patent infringement litigation. |
| APL630-P0000001115 | Michael Matas | humaninterface@group.apple.com | n/a | n/a | 2/13/2008 | AC | Correspondence discussing potential patent infringement litigation. |
| APL630-P0000001116 | n/a | n/a | n/a | n/a | 2/13/2008 | AC | Attachment to APL630-P0000001115. Attachment provided to facilitate discussion of potential patent infringement litigation. |
| APL630-P0000001117 | Stephen Lemay | Cyndi Wheeler | hig@sw-eng.apple.com | n/a | 5/28/2008 | AC; WP | Correspondence discussing potential patent infringement litigation. |
| APL630-P0000001118 | 1. Freddy Anzures  2. Stephen Lemay | 1. Stephen Lemay; hig@sw-eng.apple.com  2. hig@seo.apple.com | 1. n/a  2. n/a | n/a | 1. 5/28/2008  2. 5/28/2008 | AC; WP | Correspondence discussing potential patent infringement litigation. |
| APL630-P0000001119 | 1. Cyndi Wheeler  2. Michael Matas  3. hig@seo.apple.com | 1. Michael Matas  2. Cyndi Wheeler  3. Stephen Lemay | 1. Anand Sethuraman  2. Cyndi Wheeler  3. n/a | n/a | 1. 5/28/2008  2. 5/28/2008  3. 5/28/2008 | AC; WP | Correspondence discussing potential patent infringement litigation. |
| APLNDC630-0000192817 | Brad Moore | KB Team pep-keyboards@group.apple.com | n/a | n/a | 7/22/2010 | AC | Redacted portion of email is seeking and providing information for purposes of obtaining legal advice from Apple attorney C. Wheeler regarding potential patent infringement claims. |
| APL630-P0000001120 | Steve Jobs | Daniel Cooperman; Scott Forstall; Philip Schiller | Steve Jobs | n/a | 5/28/2008 | AC | Email seeking and providing information for the purpose of obtaining legal advice from Apple attorney D. Cooperman regarding infringement of Apple's patents. |
| APL630-P0000001121 | 1. Scott Forstall  2. Steve Jobs | 1. Steve Jobs  2. Scott Forstall; Daniel Cooperman; Philip Schiller | 1. Daniel Cooperman; Philip Schiller  2. n/a | n/a | 1. 5/28/2008  2. 5/28/2008 | AC | Email seeking and providing information for the purpose of obtaining legal advice from Apple attorney D. Cooperman regarding infringement of Apple's patents. |
| APL630-P0000001122 | 1. Steve Jobs  2. Philip Schiller  3. Steve Jobs | 1. Philip Schiller  2. Steve Jobs; Daniel Cooperman; Scott Forstall  3. Philip Schiller; Daniel Cooperman; Scott Forstall | 1. Daniel Cooperman; Scott Forstall  2. n/a  3. n/a | n/a | 1. 5/28/2008  2. 5/28/2008  3. 5/28/2008 | AC | Email seeking and providing information for the purpose of obtaining legal advice from Apple attorney D. Cooperman regarding infringement of Apple's patents. |
| APL630-P0000001123 | 1. Daniel Cooperman  2. Steve Jobs  3. Philip Schiller  4. Steve Jobs | 1. Steve Jobs  2. Daniel Cooperman; Philip Schiller; Scott Forstall  3. Steve Jobs; Daniel Cooperman; Scott Forstall  4. Philip Schiller; Daniel Cooperman; Scott Forstall | 1. Philip Schiller;  Scott Forstall  2. n/a  3. n/a  4. n/a | n/a | 1. 5/28/2008  2. 5/28/2008  3. 5/28/2008  4. 5/28/2008 | AC | Email from Apple attorney D. Cooperman providing legal advice regarding infringement of Apple's patents. |

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630-P0000001124 | 1. Scott Forstall<br><br>2. Philip Schiller | 1. Philip Schiller<br><br>2. Scott Forstall | 1. Steve Jobs;  Daniel Cooperman<br><br>2. n/a | n/a | 1. 5/29/2008<br><br>2. 5/28/2008 | AC | Email seeking and providing information for the purpose of obtaining legal advice from Apple attorney D. Cooperman regarding infringement of Apple's patents. |
| APL630-P0000001125 | Kevin Saul | Philip Schiller;  Eddy Cue | Kevin Saul;  Gregory Joswiak | n/a | 6/12/2009 | AC | Email from Apple attorney K. Saul providing legal advice regarding draft article. |
| APL630-P0000001126 | 1. Eddy Cue<br><br>2. Kevin Saul | 1. Kevin Saul<br><br>2. Eddy Cue; Philip Schiller; Gregory Joswiak | 1. Philip Schiller;  Gregory Joswiak<br><br>2. n/a | n/a | 1. 6/13/2009<br><br>2. 6/12/2009 | AC | Email seeking and providing information for the purpose of obtaining legal advice from Apple attorney K. Saul regarding draft article. |
| APL630-P0000001127 | Natalie Harrison | Tim Cook;  Philip Schiller;  Gregory Joswiak; Kim Cooper;  Kevin Saul | Katie Cotton; Natalie Kerris;  Steve Dowling | n/a | 10/22/2009 | AC | Redacted portion of email is seeking and providing information for purposes of obtaining legal advice from Apple attorney K. Saul regarding lawsuit with Nokia. |
| APL630-P0000001128 | 1. Scott Forstall<br><br>2. Philip Schiller | 1. Philip Schiller<br><br>2. Scott Forstall | 1. Steve Jobs;  Leslie Fithian; Brian Croll<br><br>2. n/a | n/a | 1. 3/23/2010<br><br>2. 3/22/2010 | AC | Email seeking and providing information for the purpose of obtaining legal advice from Apple attorney L. Fithian regarding negotiations relating to applications running on iOS. |
| APL630-P0000001129 | Steve Jobs | Tim Cook;  Bruce Sewell;  Philip Schiller | n/a | n/a | 6/3/2010 | AC; WP | Email seeking and providing information for the purpose of obtaining legal advice from Apple attorney B. Sewell regarding potential lawsuit. |
| APL630-P0000001130 | Bruce Sewell | Steve Jobs | Tim Cook;  Philip Schiller | n/a | 6/3/2010 | AC; WP | Email from Apple attorney Bruce Sewell providing legal advice regarding potential lawsuit. |
| APL630-P0000001131 | Tim Cook | Steve Jobs | Bruce Sewell;  Philip Schiller | n/a | 6/3/2010 | AC; WP | Email seeking and providing information for purpose of obtaining legal advice from Apple attorney B. Sewell regarding potential lawsuit. |
| APL630-P0000001132 | Steve Jobs | Tim Cook;  Philip Schiller;  Bruce Sewell | n/a | n/a | 6/15/2010 | AC; WP | Email seeking and providing information for the purpose of obtaining legal advice from Apple attorney B. Sewell regarding potential patent litigation. |
| APL630-P0000001133 | Tim Cook | Steve Jobs | Philip Schiller;  Bruce Sewell | n/a | 6/15/2010 | AC; WP | Email seeking and providing information for the purpose of obtaining legal advice from Apple attorney B. Sewell regarding potential patent litigation. |
| APL630-P0000001134 | Bruce Sewell | Tim Cook;  Steve Jobs;  Philip Schiller | n/a | n/a | 6/18/2010 | AC; WP | Email containing legal advice provided by Apple attorney B. Sewell regarding potential patent litigation. |
| APL630-P0000001135 | Peter Oppenheimer | Steve Jobs | Tim Cook;  Philip Schiller;  Bruce Sewell | n/a | 6/27/2010 | AC | Email seeking and providing information for purposes of obtaining legal advice from Apple attorney B. Sewell regarding draft press release regarding sales data. |
| APL630-P0000001136 | Bruce Sewell | Peter Oppenheimer | Steve Jobs;  Tim Cook;  Philip Schiller | n/a | 6/28/2010 | AC | Email from Apple attorney B. Sewell providing legal advice regarding draft press release regarding sales data. |
| APL630-P0000001137 | Ron Johnson | Steve Jobs;  Tim Cook;  Peter Oppenheimer;  Philip Schiller;  Scott Forstall; Robert Mansfield; Bruce Sewell;  Bertrand Serlet;  Eddy Cue; Jeff Williams | n/a | n/a | 8/8/2010 | AC | Email seeking and providing information for purposes of obtaining legal advice from Apple attorneys B. Sewell and J. Williams regarding sales analysis. |
| APL630-P0000001138 | Ron Johnson | Tim Cook;  Steve Jobs;  Peter Oppenheimer;  Bertrand Serlet;  Bruce Sewell;  Philip Schiller;  Scott Forstall; Tony Ive;  Robert Mansfield; Jeff Williams | Ron Johnson | n/a | 12/26/2010 | AC | Email seeking and providing information for purposes of obtaining legal advice from Apple attorneys B. Sewell and J. Williams regarding sales analysis. |
| APL630-P0000001139 | Ron Johnson | Ron Johnson;  Steve Jobs;  Tim Cook;  Bruce Sewell;  Bertrand Serlet;  Scott Forstall; Philip Schiller; Jeff  Williams;  Robert Mansfield; Peter Oppenheimer | n/a | n/a | 2/6/2011 | AC | Email seeking and providing information for purposes of obtaining legal advice from Apple attorneys B. Sewell and J. Williams regarding sales analysis. |
| APL630-P0000001140 | Ron Johnson | Tim Cook;  Steve Jobs;  Peter Oppenheimer;  Bertrand Serlet;  Philip Schiller;  Robert Mansfield;  Scott Forstall;  Jeff  Williams;  Bruce Sewell | n/a | n/a | 3/20/2011 | AC | Email seeking and providing information for purposes of obtaining legal advice from Apple attorneys B. Sewell and J. Williams regarding Apple's sales strategy. |

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630-P0000001141 | 1. Bruce Sewell<br><br>2. Philip Schiller | 1. Philip Schiller<br><br>2. Brice Sewell | n/a | n/a | 1. 3/30/2011<br><br>2. 3/29/2011 | AC | Email from Apple attorney B. Sewell providing legal advice regarding potential litigation. |
| APL630-P0000001142 | 1. Stefan Smith<br><br>2. Ann Walker<br><br>3. Maxine Vernon | 1. Steve Sinclair<br><br>2. Maxine Vernon<br><br>3. Ann Walker | 1. Nathan Melsted; Jill Hays;  Ann Walker; Eric Jue;  Christi Wilkerson<br><br>2. n/a<br><br>3. n/a | n/a | 1. 7/21/2008<br><br>2. 7/16/2008<br><br>3. 7/16/2008 | AC | Email to Apple attorney A. Walker to obtain legal advice regarding Apple iPhone technology. |
| APL630-P0000001143 | 1. Ann Walker<br><br>2. Steve  Sinclair<br><br>3. Stefan Smith | 1. Steve Sinclair<br><br>2. Stefan Smith<br><br>3. Steve Sinclair | 1. Stefan Smith;  Nathan Melsted; Jill Hays;  Eric Jue; Christi Wilkerson<br><br>2. Ann Walker; Nathan Melsted; Jill Hays; Eric Jue; Christi Wilkerson<br><br>3. Ann Walker; Nathan Melsted; Jill Hays; Eric Jue; Christi Wilkerson | n/a | 1. 7/22/2008<br><br>2. 7/22/2008<br><br>3. 7/21/2008 | AC | Email from Apple attorney A. Walker providing legal advice regarding Apple iPhone technology. |
| APL630-P0000001144 | 1. Stefan Smith<br><br>2.  Steve Sinclair<br><br>3. Stefan Smith | 1. Steve Sinclair<br><br>2. Stefan Smith<br><br>3. Steve Sinclair | 1. Nathan Melsted; Jill Hays;  Ann Walker; Eric Jue;  Christi Wilkerson; Gary Miller<br><br>2. Nathan Melsted; Jill Hays;  Ann Walker; Eric Jue;  Christi Wilkerson; Gary Miller<br><br>3. Nathan Melsted; Jill Hays;  Ann Walker; Eric Jue;  Christi Wilkerson; Gary Miller | n/a | 1. 7/22/2008<br><br>2. 7/22/2008<br><br>3. 7/21/2008 | AC | Email to Apple attorney A. Walker to obtain legal advice regarding Apple iPhone technology. |
| APL630-P0000001145 | 1. Christi Wilkerson<br><br>2. Stefan Smith<br><br>3. Steve Sinclair<br><br>4. Stefan Smith | 1. Stefan Smith<br><br>2. Steve Sinclair<br><br>3. Stefan Smith<br><br>4. Steve Sinclair | 1. Steve Sinclair;  Nathan Melsted; Jill Hays; Ann Walker; Eric Jue; Gary Miller | n/a | 1. 7/22/2008<br><br>2. 7/22/2008<br><br>3. 7/22/2008<br><br>4. 7/21/2008 | AC | Email to Apple attorney A. Walker to obtain legal advice regarding Apple iPhone technology. |
| APL630-P0000001146 | Stefan Smith | Michael Miramontes;  Julie Matsumoto | David Tom;  Steve Sinclair;  Eric Jue; Christi Wilkerson;  Jill Hays; Ann Walker | n/a | 7/22/2008 | AC | Email to Apple attorneys M. Miramontes and J. Matsumoto to obtain legal advice regarding Apple iPhone technology. |
| APL630-P0000001147 | 1. Stefan Smith<br><br>2. Stefan Smith | 1. Stefan Smith<br><br>2. Michael Miramontes; Julie Masumoto | 1. Michael Miramontes;  Julie Matsumoto; David Tom;  Steve Sinclair;  Eric Jue; Christi Wilkerson;  Jill Hays; Ann Walker<br><br>2. n/a | n/a | 1. 7/29/2008<br><br>2. 7/22/2008 | AC | Email providing information requested by Apple attorney M. Miramontes in connection with providing legal advice relating to Apple iPhone technology. |
| APL630-P0000001148 | 1. Steve Sinclair<br><br>2. Stefan Smith | 1. Stefan Smith<br><br>2. Steve Sinclair | 1. Nathan Melsted; Jill Hays;  Ann Walker; Eric Jue;  Christi Wilkerson | n/a | 1. 7/22/2008<br><br>2. 7/21/2008 | AC | Email to Apple attorney A. Walker to obtain legal advice regarding Apple iPhone technology. |
| APL630-P0000001149 | 1. Steve Sinclair<br><br>2. Stefan Smith<br><br>3. Steve Sinclair<br><br>4. Stefan Smith<br><br>5. Ann Walker<br><br>6. Maxine Vernon | 1. Christi Wilkerson;  Stefan Smith<br><br>2. Steve Sinclair<br><br>3. Stefan Smith<br><br>4. Steve Sinclair<br><br>5. Maxine Vernon<br><br>6. Ann Walker | 1. Nathan Melsted; Jill Hays;  Ann Walker; Eric Jue;  Gary Miller<br><br>2. n/a<br><br>3. n/a<br><br>4. Nathan Melsted; Jill Hays;  Ann Walker; Eric Jue;  Gary Miller<br><br>5. n/a<br><br>6. n/a | n/a | 1. 7/22/2008<br><br>2. 7/22/2008<br><br>3. 7/22/2008<br><br>4. 7/21/2008<br><br>5. 7/16/2008<br><br>6. 7/16/2008 | AC | Email to Apple attorney A. Walker to obtain legal advice regarding Apple iPhone technology. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630-P0000001150 | Susan Heminger | Cyndi Wheeler | n/a | n/a | 10/20/2009 | AC; WP | Spreadsheet prepared by Apple patent agent S. Heminger analyzing patents related to touch technology provided to Apple in-house counsel C. Wheeler to facilitate legal advice. |
| APL630-P0000001151 | Susan Heminger | Cyndi Wheeler | n/a | n/a | 10/2/2009 | AC; WP | Spreadsheet prepared by Apple patent agent S. Heminger analyzing patents related to touch technology provided to Apple in-house counsel C. Wheeler to facilitate legal advice. |
| APL630-P0000001152 | Michael Lynch (Schwegman, Lundberg & Woessner) | Cyndi Wheeler | n/a | n/a | 5/18/2010 | AC | Memorandum from Apple's outside counsel M. Lynch regarding meeting with patent examiner regarding '721 patent application. |
| APL630-P0000001153 | Michael Lynch (Schwegman, Lundberg & Woessner) | Cyndi Wheeler | n/a | n/a | 5/19/2010 | AC | Memorandum from Apple's outside counsel M. Lynch regarding meeting with patent examiner regarding '721 patent application. |
| APL630-P0000001154 | Michael Lynch (Schwegman, Lundberg & Woessner) | Cyndi Wheeler | n/a | n/a | 5/19/2010 | AC | Memorandum from Apple's outside counsel M. Lynch regarding meeting with patent examiner regarding '721 patent application. |
| APL630-P0000001155 | Cyndi Wheeler | n/a | n/a | n/a | 1/20/2011 | AC | Notes prepared by Apple in-house counsel C. Wheeler reflecting patent prosecution status and strategy relating to iPhone technology. |
| APL630-P0000001156 | Cyndi Wheeler | n/a | n/a | n/a | 1/24/2011 | AC | Notes prepared by Apple in-house counsel C. Wheeler reflecting patent prosecution status and strategy relating to iPhone technology. |
| APL630-P0000001157 | Cyndi Wheeler | n/a | n/a | n/a | 1/25/2011 | AC | Notes prepared by Apple in-house counsel C. Wheeler reflecting patent prosecution status and strategy relating to iPhone technology. |
| APL630-P0000001158 | Cyndi Wheeler | n/a | n/a | n/a | 10/31/2007 | AC; WP | Notes prepared by Apple in-house counsel C. Wheeler analyzing potential patent infringement claims relating to iPhone technology. |
| APL630-P0000001159 | Gary Williams (Morgan Lewis) | Cyndi Wheeler | n/a | n/a | 4/27/2008 | AC | Spreadsheet prepared by Apple outside counsel G. Williams (Morgan Lewis) analyzing status of pending patent applications and developing legal strategy regarding pending patent applications related to iPhone technology. |
| APL630-P0000001160 | Cyndi Wheeler | n/a | n/a | n/a | 4/22/2008 | AC; WP | Spreadsheet drafted by Apple in-house counsel C. Wheeler analyzing status of patent infringement litigation related to iPhone technology and summarizing litigation strategy. |
| APL630-P0000001161 | Cyndi Wheeler | n/a | n/a | n/a | 1/19/2010 | AC; WP | Spreadsheet drafted by Apple in-house counsel C. Wheeler analyzing status of patent infringement litigation related to iPhone technology and summarizing litigation strategy. |
| APL630-P0000001162 | Cyndi Wheeler | n/a | n/a | n/a | 4/19/2008 | AC | Notes drafted by Apple in-house counsel C. Wheeler analyzing legal status of pending patent applications relating to iPhone technology. |
| APL630-P0000001163 | Cyndi Wheeler | n/a | n/a | n/a | 4/22/2008 | AC; WP | Spreadsheet drafted by Apple in-house counsel C. Wheeler analyzing status of patent infringement litigation related to iPhone technology and summarizing litigation strategy. |
| APL630-P0000001164 | Cyndi Wheeler | n/a | n/a | n/a | 4/22/2008 | AC; WP | Spreadsheet drafted by Apple in-house counsel C. Wheeler analyzing status of patent infringement litigation related to iPhone technology and summarizing litigation strategy. |
| APL630-P0000001165 | Cyndi Wheeler | n/a | n/a | n/a | 4/22/2008 | AC; WP | Spreadsheet drafted by Apple in-house counsel C. Wheeler analyzing status of patent infringement litigation related to iPhone technology and summarizing litigation strategy. |
| APL630-P0000001166 | Cyndi Wheeler | n/a | n/a | n/a | 4/22/2008 | AC; WP | Spreadsheet drafted by Apple in-house counsel C. Wheeler analyzing status of patent infringement litigation related to iPhone technology and summarizing litigation strategy. |
| APL630-P0000001167 | Damon Carella | Christopher Wysocki; Michael Shebanek; Jay Mandal | Gina Ramsey;  Brad Brack;  Amy Rapport;  D. Carella;  Joe Hines | n/a | 9/21/2006 | AC | Email to Apple attorney J. Mandal seeking and providing information for the purpose of obtaining legal advice regarding iTunes technology documentation. |

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630-P0000001168 | n/a | n/a | n/a | n/a | 9/21/2006 | AC | Attachment to APL630-P0000001167. Document sent to Apple attorney Jay Mandal for the purpose of obtaining legal advice regarding iTunes technology documentation. |
| APLNDC630-0000725441 | Jeff Robbin | Jennifer Cavaliere | Sina Tamaddon;  Eddy Cue;  Tom LaFollette;  Michael Bell;  Peter Graffagnino;  Kwok Lau;  Mark Donnelly;  Barbara Poyer;  Jay Hanson;  Philip Schiller;  Cheryl Thomas;  Scott Schlieman; Max (Greg)  Paley;  Bertrand Serlet;  Yuri Tsuchitani);  Elizabeth d'Errico;  itunesxf | n/a | 9/21/2006 | AC | Redacted portion of email reflects provision of legal advice from Apple attorneys regarding whether to seek protection of intellectual property related to Apple software. |
| APLNDC630-0000725445 | Kwok Lau | Jennifer Cavaliere | Sina Tamaddon;  Eddy Cue;  Jeff Robbin;  Tom LaFollette;  Michael Bell;  Peter Graffagnino;  Kwok Lau;  Mark Donnelly;  Barbara Poyer;  Jay Hanson;  Philip Schiller;  Cheryl Thomas;  Scott Schlieman; Max (Greg)  Paley;  Bertrand Serlet;  Yuri Tsuchitani);  Elizabeth d'Errico;  itunesxf | n/a | 9/21/2006 | AC | Redacted portion of email reflects provision of legal advice from Apple attorneys regarding whether to seek protection of intellectual property related to Apple software. |
| APLNDC630-0000725453 | Sina Tamaddon | Jennifer Cavaliere | Eddy Cue;  Jeff Robbin;  Tom LaFollette;  Michael Bell;  Peter Graffagnino;  Kwok Lau;  Mark Donnelly;  Barbara Poyer;  Jay Hanson;  Philip Schiller;  Cheryl Thomas;  Scott Schlieman; Max (Greg)  Paley;  Bertrand Serlet;  Yuri Tsuchitani);  Elizabeth d'Errico;  itunesxf | n/a | 9/21/2006 | AC | Redacted portion of email reflects provision of legal advice from Apple attorneys regarding whether to seek protection of intellectual property related to Apple software. |
| APLNDC630-0000725449 | Michael Bell | Jennifer Cavaliere | Sina Tamaddon;  Eddy Cue;  Jeff Robbin;  Tom LaFollette;  Peter Graffagnino;  Kwok Lau;  Mark Donnelly;  Barbara Poyer;  Jay Hanson;  Philip Schiller;  Cheryl Thomas;  Scott Schlieman; Max (Greg)  Paley;  Bertrand Serlet;  Yuri Tsuchitani);  Elizabeth d'Errico;  itunesxf | n/a | 9/21/2006 | AC | Redacted portion of email reflects provision of legal advice from Apple attorneys regarding whether to seek protection of intellectual property related to Apple software. |
| APLNDC630-0000725437 | Tom LaFollette | Jennifer Cavaliere | Sina Tamaddon;  Eddy Cue;  Jeff Robbin;  Michael Bell;  Peter Graffagnino;  Kwok Lau;  Mark Donnelly;  Barbara Poyer;  Jay Hanson;  Philip Schiller;  Cheryl Thomas;  Scott Schlieman; Max (Greg)  Paley;  Bertrand Serlet;  Yuri Tsuchitani);  Elizabeth d'Errico;  itunesxf | n/a | 9/22/2006 | AC | Redacted portion of email reflects provision of legal advice from Apple attorneys regarding whether to seek protection of intellectual property related to Apple software. |
| APL630-P0000001169 | Doug Thomas (Technology & Innovation Law Group, PC) | Dave Heller;  Christopher Wysocki | Edward Scott | n/a | 2/3/2007 | AC | Email from Apple outside counsel Doug Thomas of Technology & Innovation Law Group, PC providing legal advice in connection with draft patent application. |
| APL630-P0000001170 | n/a | n/a | n/a | n/a | 2/3/2007 | AC | Attachment to APL630-P0000001169. Correspondence from Apple outside counsel Technology & Innovation Law Group, PC providing legal advice in connection with draft patent application. |
| APL630-P0000001171 | 1. Doug Thomas (Technology & Innovation Law Group, PC)   2. Doug Thomas (Technology & Innovation Law Group, PC) | 1. Doug Thomas (Technology & Innovation Law Group, PC); Dave Heller;  Christopher Wysocki   2. Dave Heller;  Christopher Wysocki | 1. Edward Scott   2. n/a | n/a | 2/8/2007 | AC | Email from Apple outside counsel Doug Thomas of Technology & Innovation Law Group, PC providing legal advice in connection with draft patent application. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630-P0000001172 | David Heller | Doug Thomas (Technology & Innovation Law Group, PC) | Christopher Wysocki;  Edward Scott | n/a | 2/23/2007 | AC | Email conveying legal advice provided by Doug Thomas of Technology & Innovation Law Group, PC providing legal advice in connection with draft patent application. |
| APL630-P0000001173 | 1. Doug Thomas (Technology & Innovation Law Group, PC)<br><br>2. Doug Thomas (Technology & Innovation Law Group, PC)<br><br>3. Doug Thomas (Technology & Innovation Law Group, PC) | Doug Thomas (Technology & Innovation Law Group, PC); Dave Heller;  Christopher Wysocki<br><br>2. Dave Heller;  Christopher Wysocki<br><br>3. Dave Heller;  Christopher Wysocki | 1. Edward Scott<br><br>2. n/a<br><br>3. n/a | n/a | 2/22/2007 | AC | Email from Apple outside counsel Doug Thomas of Technology & Innovation Law Group, PC providing legal advice in connection with draft patent application. |
| APL630-P0000001174 | n/a | n/a | n/a | n/a | 3/2/1994 | AC | Draft software development and distribution agreement between Apple and Miramar relating to AppleSearch containing notes from attorneys reflecting legal advice. |
| APL630WH-000142 | 1. Joseph Benson (Fish & Richardson)<br><br><br><br>2. Thomas Alsina<br><br><br><br><br><br>3. Joseph Benson (Fish & Richardson)<br>4. Thomas Alsina<br><br><br><br><br>5. Joseph Benson (Fish & Richardson)<br>6. Joseph Benson (Fish & Richardson) | 1. Thomas Alsina, Dan Preston, Nick King<br><br><br><br>2. Joseph Benson (Fish & Richardson)<br><br><br>3. Alan Cannistraro, Bob Bradley, Lucas Newman, Deep Jawa, Scott Forstall<br>4. Joseph Benson (Fish & Richardson)<br><br><br>5. Thomas Alsina, Alan Cannistraro<br>6. Thomas Alsina, Alan Cannistraro | 1. Alan Cannistraro, Bob Bradley, Lucas Newman, Deep Jawa, Scott Forstall, Sanjay Gadkari (Attorney, Apple Legal), Kirk Gottlieb (Fish & Richardson), Lisa Becker (Fish & Richardson), Judythe Roberts (Fish & Richardson), Angelica Zepeda (Fish & Richardson)<br>2. Alan Cannistraro, Bob Bradley, Lucas Newman, Deep Jawa, Scott Forstall, Sanjay Gadkari (Attorney, Apple Legal), Kirk Gottlieb (Fish & Richardson), Lisa Becker (Fish & Richardson), Judythe Roberts (Fish & Richardson), Angelica Zepeda (Fish & Richardson)<br>3. n/a<br><br>4. Alan Cannistraro, Sanjay Gadkari (Attorney, Apple Legal), Kirk Gottlieb (Fish & Richardson), Lisa Becker (Fish & Richardson), Judythe Roberts (Fish & Richardson), Angelica Zepeda (Fish & Richardson)<br>5. n/a<br><br>6. Sanjay Gadkari (Attorney, Apple Legal), Kirk Gottlieb (Fish & Richardson), Lisa Becker (Fish & Richardson), Judythe Roberts (Fish & Richardson), Angelica Zepeda (Fish & Richardson) | 1. n/a<br><br><br><br><br><br>2. n/a<br><br><br><br>3. n/a<br><br>4. n/a<br><br><br>5. n/a<br><br>6. n/a | 1. 8/30/2010<br><br><br><br><br><br>2. 8/30/2010<br><br><br><br>3. 8/30/2010<br><br>4. 8/29/2010<br><br><br>5. 8/27/2010<br><br>6. 8/25/2010 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 2012/0050012 A1. |
| APL630WH-000143 | Fish & Richardson P.C. | n/a | n/a | n/a | 8/30/2010 | AC | Draft application for United States Application Number 2012/0050012 A1 reflecting legal advice from counsel. |
| APL630WH-000144 | Fish & Richardson P.C. | n/a | n/a | n/a | 8/30/2010 | AC | Draft figure for United States Application Number 2012/0050012 A1 reflecting legal advice from counsel. |

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000145 | 1. Joseph Benson (Fish & Richardson)<br><br>2. Thomas Alsina<br><br><br>3. Joseph Benson (Fish & Richardson)<br>4. Joseph Benson (Fish & Richardson) | 1. Thomas Alsina, Alan Cannistraro, Bob Bradley, Lucas Newman, Deep Jawa, Scott Forstall<br><br>2. Joseph Benson (Fish & Richardson)<br><br><br>3. Thomas Alsina, Alan Cannistraro<br>4. Thomas Alsina, Alan Cannistraro | 1. Sanjay Gadkari (Attorney, Apple Legal), Kirk Gottlieb (Fish & Richardson), Lisa Becker (Fish & Richardson), Judythe Roberts (Fish & Richardson), Angelica Zepeda (Fish & Richardson)<br>2. Alan Cannistraro, Sanjay Gadkari (Attorney, Apple Legal), Kirk Gottlieb (Fish & Richardson), Lisa Becker (Fish & Richardson), Judythe Roberts (Fish & Richardson), Angelica Zepeda (Fish & Richardson)<br>3. n/a<br><br>4. Sanjay Gadkari (Attorney, Apple Legal), Kirk Gottlieb (Fish & Richardson), Lisa Becker (Fish & Richardson), Judythe Roberts (Fish & Richardson), Angelica Zepeda (Fish & Richardson) | 1. n/a<br><br><br>2. n/a<br><br><br><br>3. n/a<br>4. n/a | 1. 8/30/2010<br><br><br>2. 8/29/2010<br><br><br><br>3. 8/27/2010<br>4. 8/25/2010 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 2012/0050012 A1. |
| APL630WH-000146 | Fish & Richardson P.C. | n/a | n/a | n/a | 8/30/2010 | AC | Draft application for United States Application Number 2012/0050012 A1 reflecting legal advice from counsel. |
| APL630WH-000147 | Fish & Richardson P.C. | n/a | n/a | n/a | 8/30/2010 | AC | Draft figure for United States Application Number 2012/0050012 A1 reflecting legal advice from counsel. |
| APL630WH-000148 | Andrew Leung (Fish & Richardson) | Yasuo Kida, Deborah Goldsmith, Lee Collins, Ken Kocienda | Kirk Gottlieb (Fish & Richardson), Cyndi Wheeler (Attorney, Apple Legal), Mark Kirkland (Fish & Richardson), Letty Hernandez (Fish & Richardson) | n/a | 2/27/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/042,296. |
| APL630WH-000149 | Fish & Richardson P.C. | n/a | n/a | n/a | 2/27/2008 | AC | Draft figure for United States Application Number 12/042,296 reflecting legal advice from counsel. |
| APL630WH-000150 | Fish & Richardson P.C. | n/a | n/a | n/a | 2/15/2008 | AC | Draft application for United States Application Number 12/042,296 reflecting legal advice from counsel. |
| APL630WH-000151 | Andrew Leung (Fish & Richardson) | Yasuo Kida, Deborah Goldsmith, Lee Collins, Ken Kocienda | Kirk Gottlieb (Fish & Richardson), Cyndi Wheeler (Attorney, Apple Legal), Mark Kirkland (Fish & Richardson), Letty Hernandez (Fish & Richardson) | n/a | 2/27/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/042,296. |
| APL630WH-000152 | Fish & Richardson P.C. | n/a | n/a | n/a | 2/27/2008 | AC | Draft figure for United States Application Number 12/042,296 reflecting legal advice from counsel. |
| APL630WH-000153 | Fish & Richardson P.C. | n/a | n/a | n/a | 2/15/2008 | AC | Draft application for United States Application Number 12/042,296 reflecting legal advice from counsel. |
| APL630WH-000154 | Fish & Richardson P.C. | n/a | n/a | n/a | 3/4/2008 | AC | Draft figure for United States Application Number 12/268,306 reflecting legal advice from counsel. |
| APL630WH-000155 | Fish & Richardson P.C. | n/a | n/a | n/a | 2/15/2008 | AC | Draft application for United States Application Number 12/268,306 reflecting legal advice from counsel. |
| APL630WH-000156 | 1. Andrew Leung (Fish & Richardson)<br><br>2. Yasuo Kida<br><br><br>3. Andrew Leung (Fish & Richardson) | 1. Yasuo Kida, Deborah Goldsmith, Lee Collins, Ken Kocienda<br>2. Andrew Leung (Fish & Roichardson), Kirk Gottlieb (Fish & Richardson)<br>3. Yasuo Kida, Deborah Goldsmith, Lee Collins, Ken Kocienda | 1. Cyndi Wheeler (Attorney, Apple Legal), Kirk Gottlieb (Fish & Richardson)<br><br>2. Deborah Goldsmith, Lee Collins, Ken Kocienda, Cyndi Wheeler (Attorney, Apple Legal)<br><br>3. n/a | 1. n/a<br><br>2. n/a<br><br><br>3. n/a | 1. 3/14/2008<br><br>2. 2/29/2008<br><br><br>3. 2/28/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/268,306. |
| APL630WH-000157 | Fish & Richardson P.C. | n/a | n/a | n/a | 3/14/2008 | AC | Attachment to **[email above]** containing legal advice from outside counsel in connection with preparation of United States Application Number 12/268,306. |

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000158 | Fish & Richardson P.C. | n/a | n/a | n/a | 3/14/2008 | AC | Attachment to **[email above]** containing legal advice from outside counsel in connection with preparation of United States Application Number 12/268,306. |
| APL630WH-000159 | Fish & Richardson P.C. | n/a | n/a | n/a | 3/14/2008 | AC | Attachment to **[email above]** containing legal advice from outside counsel in connection with preparation of United States Application Number 12/268,306. |
| APL630WH-000160 | 1. Andrew Leung (Fish & Richardson)<br><br>2. Yasuo Kida<br><br>3. Andrew Leung (Fish & Richardson) | 1. Yasuo Kida, Deborah Goldsmith, Lee Collins, Ken Kocienda<br>2. Andrew Leung (Fish & Roichardson), Kirk Gottlieb (Fish & Richardson)<br>3. Yasuo Kida, Deborah Goldsmith, Lee Collins, Ken Kocienda | 1. Cyndi Wheeler (Attorney, Apple Legal), Kirk Gottlieb (Fish & Richardson)<br><br>2. Deborah Goldsmith, Lee Collins, Ken Kocienda, Cyndi Wheeler (Attorney, Apple Legal)<br><br>3. n/a | 1. n/a<br><br>2. n/a<br><br>3. n/a | 1. 3/14/2008<br><br>2. 2/29/2008<br><br>3. 2/28/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/268,306. |
| APL630WH-000161 | Fish & Richardson P.C. | n/a | n/a | n/a | 3/14/2008 | AC | Attachment to **[email above]** containing legal advice from outside counsel in connection with preparation of United States Application Number 12/268,306. |
| APL630WH-000162 | Fish & Richardson P.C. | n/a | n/a | n/a | 3/14/2008 | AC | Attachment to **[email above]** containing legal advice from outside counsel in connection with preparation of United States Application Number 12/268,306. |
| APL630WH-000163 | Fish & Richardson P.C. | n/a | n/a | n/a | 3/14/2008 | AC | Attachment to **[email above]** containing legal advice from outside counsel in connection with preparation of United States Application Number 12/268,306. |
| APL630WH-000164 | 1. Deborah Goldsmith<br><br><br>2. Caroline Furches<br>3. Lee Collins<br>4. Andrew Leung (Fish & Richardson)<br>5. Lee Collins<br><br><br>6. Andrew Leung (Fish & Richardson) | 1. Caroline Furches<br><br><br>2. n/a<br>3. n/a<br>4. n/a<br><br>5. Andrew Leung (Fish & Richardson)<br><br>6. Deborah Goldsmith, Lee Collins, Caroline Furches, Bas Ording, Ken Kocienda | 1. Lee Collins, Andrew Leung (Fish & Richardson), Caroline Furches, Ken Kocienda, Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal)<br>2. n/a<br>3. n/a<br>4. n/a<br><br>5. Deborah Goldsmith, Caroline Furches, Bas Ording, Ken Kocienda, Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal)<br>6. Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | 1. n/a<br><br><br>2. n/a<br>3. n/a<br>4. n/a<br><br>5. n/a<br><br><br>6. n/a | 1. 3/4/2008<br><br><br>2. 3/4/2008<br>3. 3/4/2008<br>4. 3/4/2008<br><br>5. 3/4/2008<br><br><br>6. 3/4/2008 | AC | Correspondence to outside counsel seeking legal advice in connection with preparation of United States Application Number 12/042,296. |

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000165 | 1. Caroline Furches | 1. Lee Collins | 1. Andrew Leung (Fish & Richardson), Deborah Goldsmith, Caroline Furches, Ken Kocienda>, Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) 2. n/a | 1. n/a | 1. 3/4/2008 | AC | Correspondence to outside counsel seeking legal advice in connection with preparation of United States Application Number 12/042,296. |
| | 2. Lee Collins | 2. n/a | 3. n/a | 2. n/a | 2. 3/4/2008 | | |
| | 3. Andrew Leung (Fish & Richardson) | 3. n/a | | 3. n/a | 3. 3/4/2008 | | |
| | 4. Lee Collins | 4. Andrew Leung (Fish & Richardson) | 4. Deborah Goldsmith, Caroline Furches, Bas Ording, Ken Kocienda, Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | 4. n/a | 4. 3/4/2008 | | |
| | 5. Andrew Leung (Fish & Richardson) | 5. Deborah Goldsmith, Lee Collins, Caroline Furches, Bas Ording, Ken Kocienda | 5. Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | 5. n/a | 5. 3/4/2008 | | |
| APL630WH-000166 | 1. Caroline Furches | 1. Lee Collins | 1. Andrew Leung (Fish & Richardson), Deborah Goldsmith, Caroline Furches, Ken Kocienda>, Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) 2. n/a | 1. n/a | 1. 3/4/2008 | AC | Correspondence to outside counsel seeking legal advice in connection with preparation of United States Application Number 12/042,296. |
| | 2. Lee Collins | 2. n/a | 3. n/a | 2. n/a | 2. 3/4/2008 | | |
| | 3. Andrew Leung (Fish & Richardson) | 3. n/a | | 3. n/a | 3. 3/4/2008 | | |
| | 4. Lee Collins | 4. Andrew Leung (Fish & Richardson) | 4. Deborah Goldsmith, Caroline Furches, Bas Ording, Ken Kocienda, Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) 5. n/a | 4. n/a | 4. 3/4/2008 | | |
| | 5. Andrew Leung (Fish & Richardson) | 5. Deborah Goldsmith, Lee Collins, Caroline Furches, Bas Ording, Ken Kocienda | | 5. n/a | 5. 3/4/2008 | | |
| APL630WH-000167 | 1. Lee Collins | 1. Andrew Leung (Fish & Richardson) | 1. Deborah Goldsmith, Caroline Furches, Ken Kocienda, Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) 2. n/a | 1. n/a | 1. 3/4/2008 | AC | Correspondence to outside counsel seeking legal advice in connection with preparation of United States Application Number 12/042,296. |
| | 2. Andrew Leung (Fish & Richardson) | 2. n/a | 3. Deborah Goldsmith, Caroline Furches, Bas Ording, Ken Kocienda, Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | 2. n/a | 2. 3/4/2008 | | |
| | 3. Lee Collins | 3. Andrew Leung (Fish & Richardson) | 4. n/a | 3. n/a | 3. 3/4/2008 | | |
| | 4. Andrew Leung (Fish & Richardson) | 4. Deborah Goldsmith, Lee Collins, Caroline Furches, Bas Ording, Ken Kocienda | | 4. n/a | 4. 3/4/2008 | | |

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000168 | 1. Lee Collins | 1. Andrew Leung (Fish & Richardson) | 1. Deborah Goldsmith, Caroline Furches, Ken Kocienda, Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | 1. n/a | 1. 3/4/2008 | AC | Correspondence to outside counsel seeking legal advice in connection with preparation of United States Application Number 12/042,296. |
| | 2. Andrew Leung (Fish & Richardson) | 2. n/a | 2. n/a | 2. n/a | 2. 3/4/2008 | | |
| | 3. Lee Collins | 3. Andrew Leung (Fish & Richardson) | 3. Deborah Goldsmith, Caroline Furches, Bas Ording, Ken Kocienda, Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | 3. n/a | 3. 3/4/2008 | | |
| | 4. Andrew Leung (Fish & Richardson) | 4. Deborah Goldsmith, Lee Collins, Caroline Furches, Bas Ording, Ken Kocienda | 4. Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | 4. n/a | 4. 3/4/2008 | | |
| APL630WH-000169 | 1. Andrew Leung (Fish & Richardson) | 1. Lee Collins | 1. Deborah Goldsmith, Caroline Furches, Ken Kocienda,  Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | 1. n/a | 1. 3/4/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/042,296. |
| | 2. Lee Collins | 2. Andrew Leung (Fish & Richardson) | 2. Deborah Goldsmith, Caroline Furches, Bas Ording, Ken Kocienda, Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | 2. n/a | 2. 3/4/2008 | | |
| | 3. Andrew Leung (Fish & Richardson) | 3. Deborah Goldsmith, Lee Collins, Caroline Furches, Bas Ording, Ken Kocienda | 3. Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | 3. n/a | 3. 3/4/2008 | | |
| APL630WH-000170 | 1. Andrew Leung (Fish & Richardson) | 1. Lee Collins | 1. Deborah Goldsmith, Caroline Furches, Ken Kocienda,  Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | 1. n/a | 1. 3/4/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/042,296. |
| | 2. Lee Collins | 2. Andrew Leung (Fish & Richardson) | 2. Deborah Goldsmith, Caroline Furches, Bas Ording, Ken Kocienda, Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | 2. n/a | 2. 3/4/2008 | | |
| | 3. Andrew Leung (Fish & Richardson) | 3. Deborah Goldsmith, Lee Collins, Caroline Furches, Bas Ording, Ken Kocienda | 3. Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | 3. n/a | 3. 3/4/2008 | | |
| APL630WH-000171 | 1. Lee Collins | 1. Andrew Leung (Fish & Richardson) | 1. Deborah Goldsmith, Caroline Furches, Bas Ording, Ken Kocienda, Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | 1. n/a | 1. 3/4/2008 | AC | Correspondence to outside counsel seeking legal advice in connection with preparation of United States Application Number 12/042,296. |
| | 2. Andrew Leung (Fish & Richardson) | 2. Deborah Goldsmith, Lee Collins, Caroline Furches, Bas Ording, Ken Kocienda | 2. Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | 2. n/a | 2. 3/4/2008 | | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000172 | 1. Lee Collins<br><br>2. Andrew Leung (Fish & Richardson) | 1. Andrew Leung (Fish & Richardson)<br><br>2. Deborah Goldsmith, Lee Collins, Caroline Furches, Bas Ording, Ken Kocienda | 1. Deborah Goldsmith, Caroline Furches, Bas Ording, Ken Kocienda, Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal)<br>2. Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | 1. n/a<br><br><br><br><br>2. n/a | 1. 3/4/2008<br><br><br><br><br>2. 3/4/2008 | AC | Correspondence to outside counsel seeking legal advice in connection with preparation of United States Application Number 12/042,296. |
| APL630WH-000173 | Andrew Leung (Fish & Richardson) | Deborah Goldsmith, Lee Collins, Caroline Furches, Bas Ording, Ken Kocienda | Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | n/a | 3/4/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/042,296. |
| APL630WH-000174 | Fish & Richardson P.C. | n/a | n/a | n/a | 3/4/2008 | AC | Draft figure for United States Application Number 12/042,296 reflecting legal advice from counsel. |
| APL630WH-000175 | Fish & Richardson P.C. | n/a | n/a | n/a | 2/15/2008 | AC | Draft application for United States Application Number 12/042,296 reflecting legal advice from counsel. |
| APL630WH-000176 | Andrew Leung (Fish & Richardson) | Deborah Goldsmith, Lee Collins, Caroline Furches, Bas Ording, Ken Kocienda | Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Yasuo Kida, Cyndi Wheeler (Attorney, Apple Legal) | n/a | 3/4/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/042,296. |
| APL630WH-000177 | Fish & Richardson P.C. | n/a | n/a | n/a | 3/4/2008 | AC | Draft figure for United States Application Number 12/042,296 reflecting legal advice from counsel. |
| APL630WH-000178 | Fish & Richardson P.C. | n/a | n/a | n/a | 2/15/2008 | AC | Draft application for United States Application Number 12/042,296 reflecting legal advice from counsel. |
| APL630WH-000179 | 1. Beverly Gemello (Morgan Lewis)<br><br>2. Beverly Gemello (Morgan Lewis)<br><br>3. Beverly Gemello (Morgan Lewis) | 1. Takumi Takano<br><br><br>2. Yasuo Kida, Shin Nishibori, Takumi Takano<br><br>3. Yasuo Kida, Shin Nishibori, Takumi Takano | 1. Yasuo Kida, shin@apple.com, Cyndi Wheeler (Attorney, Apple Legal), Robert Beyers (Morgan Lewis)<br>2. Cyndi Wheeler (Attorney, Apple Legal), Robert Beyers (Morgan Lewis), Beverly Gemello (Morgan Lewis)<br>3. Cyndi Wheeler (Attorney, Apple Legal), Robert Beyers (Morgan Lewis), Gary Williams (Morgan Lewis), Beverly Gemello (Morgan Lewis) | 1. n/a<br><br><br>2. n/a<br><br><br>3. n/a | 1. 8/27/2008<br><br><br>2. 8/27/2008<br><br><br>3. 8/26/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/268,306. |
| APL630WH-000180 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 3/5/2008 | AC | Draft figure for United States Application Number 12/268,306 reflecting legal advice from counsel. |
| APL630WH-000181 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 8/27/2008 | AC | Draft application for United States Application Number 12/268,306 reflecting legal advice from counsel. |
| APL630WH-000182 | 1. Beverly Gemello (Morgan Lewis)<br><br>2. Beverly Gemello (Morgan Lewis) | 1. Yasuo Kida, Shin Nishibori, Takumi Takano<br><br>2. Yasuo Kida, Shin Nishibori, Takumi Takano | 1. Cyndi Wheeler (Attorney, Apple Legal), Robert Beyers (Morgan Lewis), Beverly Gemello (Morgan Lewis)<br>2. Cyndi Wheeler (Attorney, Apple Legal), Robert Beyers (Morgan Lewis), Gary Williams (Morgan Lewis), Beverly Gemello (Morgan Lewis) | 1. n/a<br><br><br>2. n/a | 1. 8/26/2008<br><br><br>2. 8/26/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/268,306. |
| APL630WH-000183 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 3/5/2008 | AC | Draft figure for United States Application Number 12/268,306 reflecting legal advice from counsel. |
| APL630WH-000184 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 8/26/2008 | AC | Draft application for United States Application Number 12/268,306 reflecting legal advice from counsel. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

19

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000185 | 1. Takumi Takano<br>2. Andrew Leung (Fish & Richardson) | 1. Yosuke Kurita<br>2. Deborah Goldsmith, Lee Collins, Ken Kocienda, Yasuo Kida, Bas Ording, Caroline Furches, Takumi Takano, Toshiyuki Masui, Shin Nishibori | 1. n/a<br>2. Kirk Gottlieb (Fish & Richardson), Mark Kirkland (Fish & Richardson), Cyndi Wheeler (Attorney, Apple Legal) | 1. n/a<br>2. n/a | 1. 4/16/2008<br>2. 4/16/2008 | AC | Email forwarding correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/107,711. |
| APL630WH-000186 | Fish & Richardson P.C. | n/a | n/a | n/a | 4/16/2008 | AC | Draft figure for United States Application Number 12/107,711 reflecting legal advice from counsel. |
| APL630WH-000187 | Fish & Richardson P.C. | n/a | n/a | n/a | 2/15/2008 | AC | Draft application for United States Application Number 12/107,711 reflecting legal advice from counsel. |
| APL630WH-000188 | Andrew Leung (Fish & Richardson) | Caroline Furches, Deborah Goldsmith, Yasuo Kida, Lee Collins, Ken Kocienda | Mark Kirkland (Fish & Richardson), Kirk Gottlieb (Fish & Richardson), Cyndi Wheeler (Attorney, Apple Legal) | n/a | 4/22/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/107,711. |
| APL630WH-000189 | Fish & Richardson P.C. | n/a | n/a | n/a | 2/15/2008 | AC | Draft application for United States Application Number 12/107,711 reflecting legal advice from counsel. |
| APL630WH-000190 | Fish & Richardson P.C. | n/a | n/a | n/a | 4/22/2008 | AC | Draft figure for United States Application Number 12/107,711 reflecting legal advice from counsel. |
| APL630WH-000191 | Andrew Leung (Fish & Richardson) | Caroline Furches, Deborah Goldsmith, Yasuo Kida, Lee Collins, Ken Kocienda | Mark Kirkland (Fish & Richardson), Kirk Gottlieb (Fish & Richardson), Cyndi Wheeler (Attorney, Apple Legal) | n/a | 4/22/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/107,711. |
| APL630WH-000192 | Fish & Richardson P.C. | n/a | n/a | n/a | 2/15/2008 | AC | Draft application for United States Application Number 12/107,711 reflecting legal advice from counsel. |
| APL630WH-000193 | Fish & Richardson P.C. | n/a | n/a | n/a | 4/22/2008 | AC | Draft figure for United States Application Number 12/107,711 reflecting legal advice from counsel. |
| APL630WH-000194 | Regie Catiis (Fish & Richardson) | Cyndi Wheeler (Attorney, Apple Legal), Yasuo Kida, Deborah Goldsmith, Caroline Furches, Lee Collins, Ken Kocienda, Bas Ording, Toshiyuki Masui, Yosuke Kurita, Shin Nishibori, Takumi Takano, Haitao Guo, Celia Vigil | Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson), Mark Kirkland (Fish & Richardson), Kirk Gottlieb (Fish & Richardson), Andrew Leung (Fish & Richardson) | n/a | 4/23/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/107,711. |
| APL630WH-000195 | Regie Catiis (Fish & Richardson) | Cyndi Wheeler (Attorney, Apple Legal), Yasuo Kida, Deborah Goldsmith, Caroline Furches, Lee Collins, Ken Kocienda, Bas Ording, Toshiyuki Masui, Yosuke Kurita, Shin Nishibori, Takumi Takano, Haitao Guo, Celia Vigil | Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson), Mark Kirkland (Fish & Richardson), Kirk Gottlieb (Fish & Richardson), Andrew Leung (Fish & Richardson) | n/a | 4/23/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/107,711. |
| APL630WH-000196 | Regie Catiis (Fish & Richardson) | Cyndi Wheeler (Attorney, Apple Legal), Yasuo Kida, Deborah Goldsmith, Caroline Furches, Lee Collins, Ken Kocienda, Bas Ording, Toshiyuki Masui, Yosuke Kurita, Shin Nishibori, Takumi Takano, Haitao Guo, Celia Vigil | Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson), Mark Kirkland (Fish & Richardson), Kirk Gottlieb (Fish & Richardson), Andrew Leung (Fish & Richardson) | n/a | 4/23/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/107,711. |

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000197 | Regie Catiis (Fish & Richardson) | Cyndi Wheeler (Attorney, Apple Legal), Yasuo Kida, Deborah Goldsmith, Caroline Furches, Lee Collins, Ken Kocienda, Bas Ording, Toshiyuki Masui, Yosuke Kurita, Shin Nishibori, Takumi Takano, Haitao Guo, Celia Vigil | Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson), Mark Kirkland (Fish & Richardson), Kirk Gottlieb (Fish & Richardson), Andrew Leung (Fish & Richardson) | n/a | 4/23/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/107,711. |
| APL630WH-000198 | Regie Catiis (Fish & Richardson) | Cyndi Wheeler (Attorney, Apple Legal), Yasuo Kida, Deborah Goldsmith, Caroline Furches, Lee Collins, Ken Kocienda, Bas Ording, Toshiyuki Masui, Yosuke Kurita, Shin Nishibori, Takumi Takano, Haitao Guo, Celia Vigil | Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson), Mark Kirkland (Fish & Richardson), Kirk Gottlieb (Fish & Richardson), Andrew Leung (Fish & Richardson) | n/a | 4/23/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/107,711. |
| APL630WH-000199 | Regie Catiis (Fish & Richardson) | Yasuo Kida, Deborah Goldsmith, Caroline Furches, Lee Collins, Ken Kocienda, Bas Ording, Toshiyuki Masui, Yosuke Kurita, Shin Nishibori, Takumi Takano, Haitao Guo, Celia Vigil | Cyndi Wheeler (Attorney, Apple Legal), Letty Hernandez (Fish & Richardson), Andrew Leung (Fish & Richardson), APS Outgoing (Fish & Richardson) | n/a | 6/19/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/107,711. |
| APL630WH-000200 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/19/2008 | AC | Draft declaration for United States Application Number 12/107,711 reflecting legal advice from counsel. |
| APL630WH-000201 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/19/2008 | AC | Draft assignment for United States Application Number 12/107,711 reflecting legal advice from counsel. |
| APL630WH-000202 | Regie Catiis (Fish & Richardson) | Yasuo Kida, Deborah Goldsmith, Caroline Furches, Lee Collins, Ken Kocienda, Bas Ording, Toshiyuki Masui, Yosuke Kurita, Shin Nishibori, Takumi Takano, Haitao Guo, Celia Vigil | Cyndi Wheeler (Attorney, Apple Legal), Letty Hernandez (Fish & Richardson), Andrew Leung (Fish & Richardson), APS Outgoing (Fish & Richardson) | n/a | 6/19/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/107,711. |
| APL630WH-000203 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/19/2008 | AC | Draft declaration for United States Application Number 12/107,711 reflecting legal advice from counsel. |
| APL630WH-000204 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/19/2008 | AC | Draft assignment for United States Application Number 12/107,711 reflecting legal advice from counsel. |
| APL630WH-000205 | Regie Catiis (Fish & Richardson) | Yasuo Kida, Deborah Goldsmith, Caroline Furches, Lee Collins, Ken Kocienda, Bas Ording, Toshiyuki Masui, Yosuke Kurita, Shin Nishibori, Takumi Takano, Haitao Guo, Celia Vigil | Cyndi Wheeler (Attorney, Apple Legal), Letty Hernandez (Fish & Richardson), Andrew Leung (Fish & Richardson), APS Outgoing (Fish & Richardson) | n/a | 6/19/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/107,711. |
| APL630WH-000206 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/19/2008 | AC | Draft declaration for United States Application Number 12/107,711 reflecting legal advice from counsel. |
| APL630WH-000207 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/19/2008 | AC | Draft assignment for United States Application Number 12/107,711 reflecting legal advice from counsel. |
| APL630WH-000208 | Regie Catiis (Fish & Richardson) | Yasuo Kida, Deborah Goldsmith, Caroline Furches, Lee Collins, Ken Kocienda, Bas Ording, Toshiyuki Masui, kurita@apple.com, Shin Nishibori, Takumi Takano, Haitao Guo, Celia Vigil | Cyndi Wheeler (Attorney, Apple Legal), Letty Hernandez (Fish & Richardson), Andrew Leung (Fish & Richardson), APS Outgoing (Fish & Richardson) | n/a | 6/19/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/107,711. |
| APL630WH-000209 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/19/2008 | AC | Draft declaration for United States Application Number 12/107,711 reflecting legal advice from counsel. |

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000210 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/19/2008 | AC | Draft assignment for United States Application Number 12/107,711 reflecting legal advice from counsel. |
| APL630WH-000211 | Regie Catiis (Fish & Richardson) | Yasuo Kida, Deborah Goldsmith, Caroline Furches, Lee Collins, Ken Kocienda, Bas Ording, Toshiyuki Masui, Yosuke Kurita, Shin Nishibori, Takumi Takano, Haitao Guo, Celia Vigil | Cyndi Wheeler (Attorney, Apple Legal), Letty Hernandez (Fish & Richardson),  Andrew Leung (Fish & Richardson), APS Outgoing (Fish & Richardson) | n/a | 6/19/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/107,711. |
| APL630WH-000212 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/19/2008 | AC | Draft declaration for United States Application Number 12/107,711 reflecting legal advice from counsel. |
| APL630WH-000213 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/19/2008 | AC | Draft assignment for United States Application Number 12/107,711 reflecting legal advice from counsel. |
| APL630WH-000214 | Mymy Henderson (Fish & Richardson) | Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda | Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson), APS Outgoing (Fish & Richardson) | n/a | 6/27/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/207,429. |
| APL630WH-000215 | Fish & Richardson P.C. | n/a | n/a | n/a | 9/13/2007 | AC | Draft application for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000216 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/28/2008 | AC | Draft figure for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000217 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/28/2008 | AC | Draft declaration for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000218 | Mymy Henderson (Fish & Richardson) | Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda | Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson), APS Outgoing (Fish & Richardson) | n/a | 6/27/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/207,429. |
| APL630WH-000219 | Fish & Richardson P.C. | n/a | n/a | n/a | 9/13/2007 | AC | Draft application for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000220 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/28/2008 | AC | Draft figure for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000221 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/28/2008 | AC | Draft declaration for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000222 | Mymy Henderson (Fish & Richardson) | Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda | Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson), APS Outgoing (Fish & Richardson) | n/a | 6/27/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/207,429. |
| APL630WH-000223 | Fish & Richardson P.C. | n/a | n/a | n/a | 9/13/2007 | AC | Draft application for United States Application Number 12/207,429 reflecting legal advice from counsel. |

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000224 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/28/2008 | AC | Draft figure for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000225 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/28/2008 | AC | Draft declaration for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000226 | 1. Sarah Hoke (Fish & Richardson)<br><br>2. Mymy Henderson (Fish & Richardson)<br><br>3. Mymy Henderson (Fish & Richardson) | 1. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda<br><br>2. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda<br><br>3. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda | 1. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Mymy Henderson (Fish & Richardson), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson)<br>2. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson)<br>3. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson), APS Outgoing (Fish & Richardson) | 1. n/a<br><br>2. n/a<br><br>3. n/a | 1. 8/27/2008<br><br>2. 8/12/2008<br><br>3. 6/27/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/207,429. |
| APL630WH-000227 | Fish & Richardson P.C. | n/a | n/a | n/a | 8/27/2008 | AC | Draft application for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000228 | Fish & Richardson P.C. | n/a | n/a | n/a | 8/27/2008 | AC | Draft figure for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000229 | 1. Sarah Hoke (Fish & Richardson)<br><br>2. Mymy Henderson (Fish & Richardson)<br><br>3. Mymy Henderson (Fish & Richardson) | 1. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda<br><br>2. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda<br><br>3. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda | 1. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Mymy Henderson (Fish & Richardson), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson)<br>2. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson)<br>3. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson), APS Outgoing (Fish & Richardson) | 1. n/a<br><br>2. n/a<br><br>3. n/a | 1. 8/27/2008<br><br>2. 8/12/2008<br><br>3. 6/27/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/207,429. |
| APL630WH-000230 | Fish & Richardson P.C. | n/a | n/a | n/a | 8/27/2008 | AC | Draft application for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000231 | Fish & Richardson P.C. | n/a | n/a | n/a | 8/27/2008 | AC | Draft figure for United States Application Number 12/207,429 reflecting legal advice from counsel. |

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000232 | 1. Sarah Hoke (Fish & Richardson)<br><br>2. Mymy Henderson (Fish & Richardson)<br><br>3. Mymy Henderson (Fish & Richardson) | 1. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda<br><br>2. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda<br><br>3. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda | 1. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Mymy Henderson (Fish & Richardson), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson)<br>2. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson)<br>3. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson), APS Outgoing (Fish & Richardson) | 1. n/a<br><br>2. n/a<br><br>3. n/a | 1. 8/27/2008<br><br>2. 8/12/2008<br><br>3. 6/27/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/207,429. |
| APL630WH-000233 | | n/a | n/a | n/a | 8/27/2008 | AC | Draft application for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000234 | | n/a | n/a | n/a | 8/27/2008 | AC | Draft figure for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000235 | 1. Mymy Henderson (Fish & Richardson)<br><br>2. Mymy Henderson (Fish & Richardson) | 1. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda<br><br>2. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda | 1. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson)<br>2. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson), APS Outgoing (Fish & Richardson) | 1. n/a<br><br>2. n/a | 1. 8/12/2008<br><br>2. 6/27/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/207,429. |
| APL630WH-000236 | | n/a | n/a | n/a | 9/13/2007 | AC | Draft application for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000237 | | n/a | n/a | n/a | 6/28/2008 | AC | Draft figure for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000238 | | n/a | n/a | n/a | 6/28/2008 | AC | Draft declaration for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000239 | 1. Mymy Henderson (Fish & Richardson)<br><br>2. Mymy Henderson (Fish & Richardson) | 1. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda<br><br>2. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda | 1. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson)<br>2. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson), APS Outgoing (Fish & Richardson) | 1. n/a<br><br>2. n/a | 1. 8/12/2008<br><br>2. 6/27/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/207,429. |

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000240 | Fish & Richardson P.C. | n/a | n/a | n/a | 9/13/2007 | AC | Draft application for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000241 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/28/2008 | AC | Draft figure for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000242 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/28/2008 | AC | Draft declaration for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000243 | 1. Mymy Henderson (Fish & Richardson)<br><br>2. Mymy Henderson (Fish & Richardson) | 1. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda<br><br>2. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda | 1. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson)<br>2. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson) | 1. n/a<br><br><br><br>2. n/a | 1. 8/12/2008<br><br><br><br>2. 6/27/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/207,429. |
| APL630WH-000244 | Fish & Richardson P.C. | n/a | n/a | n/a | 9/13/2007 | AC | Draft application for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000245 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/28/2008 | AC | Draft figure for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000246 | Fish & Richardson P.C. | n/a | n/a | n/a | 6/28/2008 | AC | Draft declaration for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000247 | 1. Sarah Hoke (Fish & Richardson)<br><br>2. Sarah Hoke (Fish & Richardson)<br><br>3. Mymy Henderson (Fish & Richardson)<br><br>4. Mymy Henderson (Fish & Richardson) | 1. Deborah Goldsmith, Lee Collins, Yasuo Kida, Ken Kocienda<br><br>2. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda<br><br>3. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda<br><br>4. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda | 1. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Mymy Henderson (Fish & Richardson), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson)<br>2. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Mymy Henderson (Fish & Richardson), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson)<br>3. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson)<br>4. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson), APS Outgoing (Fish & Richardson) | 1. n/a<br><br><br><br><br>2. n/a<br><br><br><br><br>3. n/a<br><br><br><br>4. n/a | 1. 8/29/2008<br><br><br><br><br>2. 8/27/2008<br><br><br><br><br>3. 8/12/2008<br><br><br><br>4. 6/27/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/207,429. |
| APL630WH-000248 | Fish & Richardson P.C. | n/a | n/a | n/a | 8/27/2008 | AC | Draft declaration for United States Application Number 12/207,429 reflecting legal advice from counsel. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000249 | Fish & Richardson P.C. | n/a | n/a | n/a | 8/27/2008 | AC | Draft application for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000250 | Fish & Richardson P.C. | n/a | n/a | n/a | 8/27/2008 | AC | Draft figure for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000251 | 1. Sarah Hoke (Fish & Richardson)  2. Sarah Hoke (Fish & Richardson)  3. Mymy Henderson (Fish & Richardson)  4. Mymy Henderson (Fish & Richardson) | 1. Deborah Goldsmith, Lee Collins, Yasuo Kida, Ken Kocienda  2. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda  3. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda  4. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda | 1. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Mymy Henderson (Fish & Richardson), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson)  2. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Mymy Henderson (Fish & Richardson), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson)  3. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson)  4. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson), APS Outgoing (Fish & Richardson) | 1. n/a  2. n/a  3. n/a  4. n/a | 1. 8/29/2008  2. 8/27/2008  3. 8/12/2008  4. 6/27/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/207,429. |
| APL630WH-000252 | | n/a | n/a | n/a | 8/27/2008 | AC | Draft declaration for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000253 | | n/a | n/a | n/a | 8/27/2008 | AC | Draft application for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000254 | | n/a | n/a | n/a | 8/27/2008 | AC | Draft figure for United States Application Number 12/207,429 reflecting legal advice from counsel. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000255 | 1. Sarah Hoke (Fish & Richardson) | 1. Deborah Goldsmith, Lee Collins, Yasuo Kida, Ken Kocienda | 1. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Mymy Henderson (Fish & Richardson), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson) | 1. n/a | 1. 8/29/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/207,429. |
| | 2. Sarah Hoke (Fish & Richardson) | 2. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda | 2. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Mymy Henderson (Fish & Richardson), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson) | 2. n/a | 2. 8/27/2008 | | |
| | 3. Mymy Henderson (Fish & Richardson) | 3. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda | 3. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson) | 3. n/a | 3. 8/12/2008 | | |
| | 4. Mymy Henderson (Fish & Richardson) | 4. Deborah Goldsmith, Takumi Takano, Toshiyuki Masui, Lee Collins, Yasuo Kida, Ken Kocienda | 4. Kirk Gottlieb (Fish & Richardson), Sanjay Gadkari (Attorney, Apple Legal), Kathy Jordan (Fish & Richardson), Letty Hernandez (Fish & Richardson), Sarah Hoke (Fish & Richardson), APS Outgoing (Fish & Richardson) | 4. n/a | 4. 6/27/2008 | | |
| APL630WH-000256 | | n/a | n/a | n/a | 8/27/2008 | AC | Draft declaration for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000257 | | n/a | n/a | n/a | 8/27/2008 | AC | Draft application for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000258 | | n/a | n/a | n/a | 8/27/2008 | AC | Draft figure for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000259 | Sarah Hoke (Fish & Richardson) | Sanjay Gadkari (Attorney, Apple Legal), Deborah Goldsmith, Takumi Takano, Lee Collins, Yasuo Kida, Ken Kocienda | Mark Kirkland (Fish & Richardson), Kirk Gottlieb (Fish & Richardson), Mymy Henderson (Fish & Richardson), Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson) | n/a | 9/16/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/207,429. |
| APL630WH-000260 | Sarah Hoke (Fish & Richardson) | Sanjay Gadkari (Attorney, Apple Legal), Deborah Goldsmith, Takumi Takano, Lee Collins, Yasuo Kida, Ken Kocienda | Mark Kirkland (Fish & Richardson), Kirk Gottlieb (Fish & Richardson), Mymy Henderson (Fish & Richardson), Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson) | n/a | 9/16/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/207,429. |
| APL630WH-000261 | Sarah Hoke (Fish & Richardson) | Sanjay Gadkari (Attorney, Apple Legal), Deborah Goldsmith, Takumi Takano, Lee Collins, Yasuo Kida, Ken Kocienda | Mark Kirkland (Fish & Richardson), Kirk Gottlieb (Fish & Richardson), Mymy Henderson (Fish & Richardson), Letty Hernandez (Fish & Richardson), APS Outgoing (Fish & Richardson) | n/a | 9/16/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/207,429. |
| APL630WH-000262 | Sanjay Gadkari (Attorney, Apple Legal) | Yasuo Kida | Sharon Duncan (Attorney, Apple Legal), Celia Vigil, Sue Carroll (Attorney, Apple Legal), Joyce Chow (Attorney, Apple Legal) | n/a | 7/7/2010 | AC | Confidential communication reflecting or seeking legal advice from Apple Legal Department regarding intellectual property issues. |

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000263 | 1. Yasuo Kida<br><br>2. Sharon Duncan (Attorney, Apple Legal)<br><br><br>3. Celia Vigil<br>4. Yasuo Kida<br><br>5. Takumi Takano<br><br><br>6. Yasuo Kida<br>7. Sharon Duncan (Attorney, Apple Legal)<br>8. Celia Vigil<br>9. Yasuo Kida | 1. Sharon Duncan (Attorney, Apple Legal), Sanjay Gadkari (Attorney, Apple Legal)<br>2. Celia Vigil<br><br>3. n/a<br>4. iphone_i18n@group.apple.com<br>5. os_engineering_tokyo@group.apple.com<br>6. Lee Collins, Helen Workman<br>7. Celia Vigil<br>8. n/a<br>9. iphone_i18n@group.apple.com<br>10. os_engineering_tokyo@group.apple.com | 1. Celia Vigil, Sue Carroll (Attorney, Apple Legal), Joyce Chow (Attorney, Apple Legal)<br>2. Sue Carroll (Attorney, Apple Legal), Joyce Chow (Attorney, Apple Legal), Sanjay Gadkari (Attorney, Apple Legal), Yasuo Kida<br>3. n/a<br>4. n/a<br><br>5. n/a<br><br><br>6. Yosuke Kurita, Steve Swales<br>7. n/a<br>8. n/a<br>9. n/a<br><br>10. n/a | 1. Yasuo Kida<br><br>2. n/a<br><br><br>3. n/a<br>4. n/a<br><br>5. n/a<br><br><br>6. n/a<br>7. n/a<br>8. n/a<br>9. n/a<br><br>10. n/a | 1. 5/29/2010<br><br>2. 5/28/2010<br><br><br>3. 5/28/2010<br>4. 5/28/2010<br><br>5. 5/28/2010<br><br><br>6. 5/28/2010<br>7. 5/28/2010<br>8. 5/28/2010<br>9. 5/28/2010<br><br>10. 5/28/2010 | AC; 2-WP | Confidential communication reflecting or seeking legal advice from Apple Legal Department regarding intellectual property issues. |
| APL630WH-000264 | 1. Sharon Duncan (Attorney, Apple Legal)<br><br>2. Celia Vigil<br>3. Yasuo Kida<br><br>4. Takumi Takano<br><br><br>5. Yasuo Kida<br>6. Sharon Duncan (Attorney, Apple Legal)<br>7. Celia Vigil<br>8. Yasuo Kida<br><br>9. Takumi Takano | 1. Celia Vigil<br><br>2. n/a<br>3. iphone_i18n@group.apple.com<br>4. os_engineering_tokyo@group.apple.com<br>5. Lee Collins, Helen Workman<br>6. Celia Vigil<br>7. n/a<br>8. iphone_i18n@group.apple.com<br>9. os_engineering_tokyo@group.apple.com | 1. Sue Carroll (Attorney, Apple Legal), Joyce Chow (Attorney, Apple Legal), Sanjay Gadkari (Attorney, Apple Legal), Yasuo Kida<br>2. n/a<br>3. n/a<br><br>4. n/a<br><br><br>5. Yosuke Kurita, Steve Swales<br>6. n/a<br>7. n/a<br>8. n/a<br><br>9. n/a | 1. n/a<br><br>2. n/a<br>3. n/a<br><br>4. n/a<br><br><br>5. n/a<br>6. n/a<br>7. n/a<br>8. n/a | 1. 5/28/2010<br><br>2. 5/28/2010<br>3. 5/28/2010<br><br>4. 5/28/2010<br><br><br>5. 5/28/2010<br>6. 5/28/2010<br>7. 5/28/2010<br>8. 5/28/2010 | AC | Confidential communication reflecting or seeking legal advice from Apple Legal Department regarding intellectual property issues. |
| APL630WH-000265 | Xin Ma (Fish & Richardson) | Yasuo Kida, Deborah Goldsmith, Caroline Furches, Lee Collins, Ken Kocienda, Bas ording, Yosuke Kurita, Shin Nishibori, Takumi Takano, <Haitao Guo>, Celia Vigil | Cyndi Wheeler (Attorney, Apple Legal), Kirk Gottlieb (Fish & Richardson), Tiffany Turner (Fish & Richardson), Lisa Becker (Fish & Richardson) | n/a | 2/10/2011 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/107,711. |
| APL630WH-000266 | Fish & Richardson P.C. | n/a | n/a | n/a | 2/9/2011 | AC | Draft figure for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000267 | Fish & Richardson P.C. | n/a | n/a | n/a | 2/15/2008 | AC | Draft application for United States Application Number 12/207,429 reflecting legal advice from counsel. |
| APL630WH-000268 | Cyndi Wheeler (Attorney, Apple Legal) | Robert Beyers (Morgan Lewis), Gary Gex (Morgan Lewis) | Ken Kocienda, Bas Ording, Brad Moore | n/a | 2/25/2009 | AC | Email from Apple Legal Department reflecting legal advice regarding intellectual property issues. |
| APL630WH-000269 | 1. Ken Kocienda<br>2. Cyndi Wheeler (Attorney, Apple Legal) | 1. Cyndi Wheeler (Attorney, Apple Legal)<br>2. Ken Kocienda, Wayne Westerman | 1. Wayne Westerman<br>2. n/a | 1. n/a<br>2. n/a | 1. 5/21/2008<br>2. 5/21/2008 | AC | Email from Apple Legal Department reflecting legal advice regarding intellectual property issues. |
| APL630WH-000270 | Cyndi Wheeler (Attorney, Apple Legal) | Ken Kocienda, Wayne Westerman | n/a | n/a | 5/21/2008 | AC | Email from Apple Legal Department reflecting legal advice regarding intellectual property issues. |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000271 | 1. Kirk Gottlieb (Fish & Richardson)<br>2. Kirk Gottlieb (Fish & Richardson)<br>3. Kirk Gottlieb (Fish & Richardson) | 1. Ken Kocienda<br><br>2. Ken Kocienda<br><br>3. Ken Kocienda | 1. n/a<br><br>2. Helen Workman, Sanjay Gadkari (Attorney, Apple Legal)<br>3. n/a | 1. n/a<br><br>2. n/a<br><br>3. n/a | 1. 12/4/2007<br><br>2. 10/30/2007<br><br>3. n/a | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/028,960. |
| APL630WH-000272 | Fish & Richardson P.C. | n/a | n/a | n/a | 10/30/2007 | AC | Draft figure for United States Application Number 12/028,960 reflecting legal advice from counsel. |
| APL630WH-000273 | Fish & Richardson P.C. | n/a | n/a | n/a | 9/1/2007 | AC | Draft application for United States Application Number 12/028,960 reflecting legal advice from counsel. |
| APL630WH-000274 | Fish & Richardson P.C. | n/a | n/a | n/a | 10/30/2007 | AC | Draft declaration for United States Application Number 12/028,960 reflecting legal advice from counsel. |
| APL630WH-000275 | Fish & Richardson P.C. | n/a | n/a | n/a | 10/30/2007 | AC | Draft assignment for United States Application Number 12/028,960 reflecting legal advice from counsel. |
| APL630WH-000276 | 1. Kirk Gottlieb (Fish & Richardson)<br>2. Kirk Gottlieb (Fish & Richardson) | 1. Ken Kocienda<br><br>2. Ken Kocienda | 1. Helen Workman, Sanjay Gadkari (Attorney, Apple Legal)<br>2. n/a | 1. n/a<br><br>2. n/a | 1. 10/30/2007<br><br>2. n/a | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/028,960. |
| APL630WH-000277 | Fish & Richardson P.C. | n/a | n/a | n/a | 10/30/2007 | AC | Draft figure for United States Application Number 12/028,960 reflecting legal advice from counsel. |
| APL630WH-000278 | Fish & Richardson P.C. | n/a | n/a | n/a | 9/1/2007 | AC | Draft application for United States Application Number 12/028,960 reflecting legal advice from counsel. |
| APL630WH-000279 | Fish & Richardson P.C. | n/a | n/a | n/a | 10/30/2007 | AC | Draft declaration for United States Application Number 12/028,960 reflecting legal advice from counsel. |
| APL630WH-000280 | Fish & Richardson P.C. | n/a | n/a | n/a | 10/30/2007 | AC | Draft assignment for United States Application Number 12/028,960 reflecting legal advice from counsel. |
| APL630WH-000281 | 1. Kathy Jordan (Fish & Richardson)<br>2. docket@apple.com<br><br>3. Kathy Jordan (Fish & Richardson) | 1. docket@apple.com<br><br>2. Kathy Jordan (Fish & Richardson)<br>3. n/a | 1. Ken Kocienda<br><br>2. n/a<br><br>3. n/a | 1. n/a<br><br>2. n/a<br><br>3. n/a | 1. 11/7/2007<br><br>2. 11/7/2007<br><br>3. 11/7/2007 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/028,960. |
| APL630WH-000282 | Beverly Gemello (Morgan Lewis) | Ken Kocienda, Scott Forstall, Greg Novick, Bas Ording | Cyndi Wheeler (Attorney, Apple Legal), Robert Beyers (Morgan Lewis), Gary Williams (Morgan Lewis), Beverly Gemello (Morgan Lewis) | n/a | 12/18/2007 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 11/960,675. |
| APL630WH-000283 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 12/18/2007 | AC | Draft declaration for United States Application Number 11/960,675 reflecting legal advice from counsel. |
| APL630WH-000284 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 12/19/2007 | AC | Draft application for United States Application Number 11/960,675 reflecting legal advice from counsel. |
| APL630WH-000285 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 12/18/2007 | AC | Draft figure for United States Application Number 11/960,675 reflecting legal advice from counsel. |
| APL630WH-000286 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 12/19/2007 | AC | Draft application for United States Application Number 11/960,675 reflecting legal advice from counsel. |

Apple v. Samsung No. 12-cv-00630 LHK

Apple Privilege Log

06/05/2013

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000287 | 1. Vanessa Bang<br><br>2. Beverly Gemello (Morgan Lewis)<br><br>3. Beverly Gemello (Morgan Lewis) | 1. Ken Kocienda, Greg Novick, Bas Ording<br>2. Ken Kocienda, Scott Forstall, Greg Novick, Bas Ording<br><br>3. Ken Kocienda, Scott Forstall, Greg Novick, Bas Ording | 1. Cyndi Wheeler (Attorney, Apple Legal)<br><br>2. Cyndi Wheeler (Attorney, Apple Legal), Robert Beyers (Morgan Lewis), Gary Williams (Morgan Lewis), Beverly Gemello (Morgan Lewis)<br>3. Cyndi Wheeler (Attorney, Apple Legal), Robert Beyers (Morgan Lewis), Gary Williams (Morgan Lewis), Beverly Gemello (Morgan Lewis) | 1. n/a<br><br>2. n/a<br><br><br>3. n/a | 1. 1/2/2008<br><br>2. 12/18/2007<br><br><br>3. 12/18/2007 | AC | Email forwarding correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 11/960,675. |
| APL630WH-000288 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 12/18/2007 | AC | Draft declaration for United States Application Number 11/960,675 reflecting legal advice from counsel. |
| APL630WH-000289 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 12/19/2007 | AC | Draft application for United States Application Number 11/960,675 reflecting legal advice from counsel. |
| APL630WH-000290 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 12/18/2007 | AC | Draft figure for United States Application Number 11/960,675 reflecting legal advice from counsel. |
| APL630WH-000291 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 12/19/2007 | AC | Draft application for United States Application Number 11/960,675 reflecting legal advice from counsel. |
| APL630WH-000292 | Beverly Gemello (Morgan Lewis) | Ken Kocienda, Greg Christie, Bas Ording, Richard Williamson, Jerome Bellagarda | Cyndi Wheeler (Attorney, Apple Legal), Robert Beyers (Morgan Lewis), Gary Williams (Morgan Lewis), Beverly Gemello (Morgan Lewis) | n/a | 6/27/2008 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/165,554. |
| APL630WH-000293 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 6/28/2008 | AC | Draft application for United States Application Number 12/165,554 reflecting legal advice from counsel. |
| APL630WH-000294 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 6/28/2008 | AC | Draft application for United States Application Number 12/165,554 reflecting legal advice from counsel. |
| APL630WH-000295 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 6/28/2008 | AC | Draft figure for United States Application Number 12/165,554 reflecting legal advice from counsel. |
| APL630WH-000296 | Beverly Gemello (Morgan Lewis) | Wayne Westerman, Ken Kocienda, Drew Wilson, Deborah Goldsmith, Lee Collins | Cyndi Wheeler (Attorney, Apple Legal), Robert Beyers (Morgan Lewis), Gary Williams (Morgan Lewis), Beverly Gemello (Morgan Lewis) | n/a | 3/27/2009 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/505,382. |
| APL630WH-000297 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 3/28/2009 | AC | Draft application for United States Application Number 12/505,382 reflecting legal advice from counsel. |
| APL630WH-000298 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 3/16/2009 | AC | Draft figure for United States Application Number 12/505,382 reflecting legal advice from counsel. |
| APL630WH-000299 | Beverly Gemello (Morgan Lewis) | Bas Ording, Ken Kocienda, Brad Moore, Freddy Anzures, Marcel van Os | Cyndi Wheeler (Attorney, Apple Legal), Robert Beyers (Morgan Lewis), Gary Williams (Morgan Lewis), Beverly Gemello (Morgan Lewis) | n/a | 3/27/2009 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/565,759. |
| APL630WH-000300 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 3/17/2009 | AC | Draft figure for United States Application Number 12/565,759 reflecting legal advice from counsel. |
| APL630WH-000301 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 3/28/2009 | AC | Draft application for United States Application Number 12/565,759 reflecting legal advice from counsel. |

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000302 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 3/17/2009 | AC | Draft figure for United States Application Number 12/565,759 reflecting legal advice from counsel. |
| APL630WH-000303 | Gary Williams (Morgan Lewis) | Wayne Westerman | Ken Kocienda, Drew Wilson, Deborah Goldsmith, Lee Collins, Cyndi Wheeler (Attorney, Apple Legal), Robert Beyers (Morgan Lewis) | n/a | 5/16/2009 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/505,382. |
| APL630WH-000304 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 4/18/2009 | AC | Draft application for United States Application Number 12/505,382 reflecting legal advice from counsel. |
| APL630WH-000305 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 4/14/2009 | AC | Draft figure for United States Application Number 12/505,382 reflecting legal advice from counsel. |
| APL630WH-000306 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 4/18/2009 | AC | Draft application for United States Application Number 12/505,382 reflecting legal advice from counsel. |
| APL630WH-000307 | Gary Williams (Morgan Lewis) | Wayne Westerman | Ken Kocienda, Drew Wilson, Deborah Goldsmith, Lee Collins, Cyndi Wheeler (Attorney, Apple Legal), Robert Beyers (Morgan Lewis) | n/a | 5/16/2009 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/505,382. |
| APL630WH-000308 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 4/18/2009 | AC | Draft application for United States Application Number 12/505,382 reflecting legal advice from counsel. |
| APL630WH-000309 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 4/14/2009 | AC | Draft figure for United States Application Number 12/505,382 reflecting legal advice from counsel. |
| APL630WH-000310 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 4/18/2009 | AC | Draft application for United States Application Number 12/505,382 reflecting legal advice from counsel. |
| APL630WH-000311 | Beverly Gemello (Morgan Lewis) | Wayne Westerman, Ken Kocienda, Drew Wilson, Deborah Goldsmith, Lee Collins | Cyndi Wheeler (Attorney, Apple Legal), Robert Beyers (Morgan Lewis), Gary Williams (Morgan Lewis), Beverly Gemello (Morgan Lewis) | n/a | 6/19/2009 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number 12/505,382. |
| APL630WH-000312 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 6/20/2009 | AC | Draft declaration for United States Application Number 12/505,382 reflecting legal advice from counsel. |
| APL630WH-000313 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 6/19/2009 | AC | Draft figure for United States Application Number 12/505,382 reflecting legal advice from counsel. |
| APL630WH-000314 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 6/20/2009 | AC | Draft application for United States Application Number 12/505,382 reflecting legal advice from counsel. |
| APL630WH-000315 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 6/20/2009 | AC | Draft application for United States Application Number 12/505,382 reflecting legal advice from counsel. |
| APL630WH-000316 | Beverly Gemello (Morgan Lewis) | Bas Ording, Ken Kocienda | Robert Beyers (Morgan Lewis), Cyndi Wheeler (Attorney, Apple Legal), Gary Williams (Morgan Lewis), Beverly Gemello (Morgan Lewis), Gary Williams (Morgan Lewis), Andrew Leung (Morgan Lewis) | n/a | 2/10/2010 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number EP2521958 A1. |
| APL630WH-000317 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 1/6/2010 | AC | Draft figure for United States Application Number EP2521958 A1 reflecting legal advice from counsel. |
| APL630WH-000318 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 1/6/2010 | AC | Draft application for United States Application Number EP2521958 A1 reflecting legal advice from counsel. |

| Identification Number | Author | Recipient | CC | BCC | Date | Privilege | Description |
|---|---|---|---|---|---|---|---|
| APL630WH-000319 | Beverly Gemello (Morgan Lewis) | Bas Ording, Ken Kocienda | Robert Beyers (Morgan Lewis), Cyndi Wheeler (Attorney, Apple Legal),  Gary Williams (Morgan Lewis), Beverly Gemello (Morgan Lewis),  Gary Williams (Morgan Lewis), Shayna Poor | n/a | 5/24/2010 | AC | Correspondence from outside counsel reflecting legal advice in connection with preparation of United States Application Number EP2521958 A1. |
| APL630WH-000320 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 5/25/2010 | AC | Draft declaration for United States Application Number EP2521958 A1 reflecting legal advice from counsel. |
| APL630WH-000321 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 5/25/2010 | AC | Draft figure for United States Application Number EP2521958 A1 reflecting legal advice from counsel. |
| APL630WH-000322 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 5/25/2010 | AC | Draft application for United States Application Number EP2521958 A1 reflecting legal advice from counsel. |
| APL630WH-000323 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 5/25/2010 | AC | Draft application for United States Application Number EP2521958 A1 reflecting legal advice from counsel. |
| APL630WH-000324 | Morgan, Lewis & Bockius LLP | n/a | n/a | n/a | 3/27/2011 | AC | Draft figure for United States Application Number EP2521958 A1 reflecting legal advice from counsel. |

# EXHIBIT E

UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Paul S. Grewal, Magistrate Judge

```
APPLE, INC.,                   )
                               )
          Plaintiff,           )
                               )
  VS.                          )      No. C 11-1846 LHK (PSG)
                               )
SAMSUNG ELECTRONICS CO., LTD., )
a Korean corporation; SAMSUNG  )
ELECTRONICS AMERICA, INC., a   )
New York corporation; SAMSUNG  )
TELECOMMUNICATIONS AMERICA,    )
LLC, a Delaware limited        )
liability company,             )
                               )
          Defendants.          )
_____)
```

San Jose, California
Monday, December 9, 2013

**TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND RECORDING**

**APPEARANCES:**

For Plaintiff Apple, Inc.:
                    Morrison & Foerster
                    425 Market Street
                    San Francisco, California  94105
              BY:   **HAROLD J. MCELHINNY**, Esq.

(Appearances continued on next page)

Transcribed By:     Candace Yount, CSR# 2737, RMR, CCRR
                    Contracted Court Reporter/Transcriber
                    candace.yount@gmail.com

Computerized Transcription By Eclipse

**APPEARANCES (Continued):**

For Plaintiff Apple, Inc.
(Continued)                   Wilmer Cutler Pickering Hale & Dorr LLP
                              950 Page Mill Road
                              Palo Alto, California 94304
                    BY:  **MARK D. SELWYN**

                              Wilmer Cutler Pickering Hale & Dorr LLP
                              60 State Street
                              Boston, MA 02109
                    BY:  **JOSEPH J. MUELLER**


For Defendant Samsung:
                              Quinn, Emanuel, Urquhart & Sullivan LLP
                              865 S. Figueroa Street
                              Tenth Floor
                              Los Angeles, California  90017-2543
                    BY:  **JOHN B. QUINN, Esq.**
                         **MICHAEL T. ZELLER, Esq.**
                         **DANIEL C. POSNER, Esq.**
                         **ROBERT J. BECHER, Esq.**

For Nokia:
                              Alston & Bird LLP
                              275 Middlefield Road
                              Suite 150
                              Menlo Park, California  94025
                    BY:  **RANDALL L. ALLEN, Esq.**
                         **RYAN W. KOPPELMAN, Esq.**

```
 1   Monday - December 9, 2013                        2:56 p.m.

 2                     P R O C E E D I N G S

 3                         ---000---

 4        THE COURT:  This matter has been specially set.

 5        THE CLERK:  Yes, Your Honor.

 6        Calling Apple, Inc. versus Samsung Electronics, et al.,

 7   Case Number CV-11-1846 LHK, matter on for Order to Show Cause.

 8        Counsel, please state your appearances.

 9        MR. QUINN:  Good afternoon, Your Honor.  John Quinn,

10   Mike Zeller, Dan Posner, Rob Becher for Samsung.

11        THE COURT:  Good afternoon.  Welcome.

12        MR. McELHINNY:  Good afternoon, Your Honor.  Harold

13   McElhinny of Morrison & Foerster on behalf of Apple.

14        THE COURT:  Mr. McElhinny, good afternoon.

15        MR. McELHINNY:  Thank you.

16        MR. SELWYN:  Good afternoon, Your Honor.  Mark Selwyn

17   from Wilmer Cutler on behalf of Apple and with me is my partner

18   Joe Mueller.

19        THE COURT:  Mr. Selwyn, good afternoon to you and your

20   colleagues as well.

21        MR. ALLEN:  Good afternoon, Your Honor.  Randall Allen

22   on behalf of Nokia.  I'm here with my partner Ryan Koppelman.

23        THE COURT:  Welcome back, Mr. Allen.

24        MR. ALLEN:  Thank you.

25        THE COURT:  All right.  I believe we all understand
```

1  the -- the purpose at hand.

2      As you all undoubtedly are aware, I recently issued an

3  Order to Show Cause regarding sanctions in this matter.

4      I believe my order has laid out the basic parameters of

5  what I would like to discuss today and, in particular, I would

6  like to emphasize and make sure that we cover at least the

7  following issues in our time together:

8      I want to understand more specifically from Samsung the

9  circumstances surrounding the initial disclosure of the

10  insufficiently redacted Teece report on or about March 24 or

11  March 25 of 2012.

12      I'd also like to make sure we cover and flesh out whatever

13  remaining details remain concerning the June 29, 2012, analysis

14  of the Dutch spreadsheet that I believe is also referenced in

15  my order.

16      Third, I'd like to cover the specific circumstances

17  surrounding Mr. Shim's interactions and exchanges with

18  Mr. Eden, Mr. Pease and Mr. Baxter in December of 2012 and

19  January of 2013.

20      I'd also like to make sure we cover the information we

21  have learned since we last gathered regarding Dr. Ahn's

22  interactions with Mr. Melin and his colleague at Nokia.

23      Finally, I'd like to make sure we cover, and I very much

24  appreciate the parties' input, on this Court's authority under

25  Rule 37 to issue sanctions for the conduct that has been

1  identified, and what limitations, if any, there are under that

2  authority.

3      There may be other issues we need to address.  I'm eager

4  to spend whatever time we can on them but I'd like to make sure

5  we at least cover the issues I've identified just now.

6      With that, Mr. Quinn, the order is directed to you and

7  your clients, so I'll begin with you, sir.

8          **MR. QUINN:**  Thank you, Your Honor.

9      In the Court's Order to Show Cause, the Court identified

10  three potential violations of the Protective Order.  And the

11  Court also identified the evidence and conduct of which it

12  thought potentially supported findings of violations of the

13  Protective Order.  And I'd like to at least in the first

14  instance, Your Honor, address myself to -- to those issues.

15      The three potential violations were the disclosures

16  themselves; second a potential or alleged use of the

17  information covered by the Protective Order; and, third,

18  (inaudible) compliance or lack thereof with respect to the

19  provisions of the Protective Order governing what should happen

20  in the event that there was an inadvertent disclosure.

21      And I'll begin with the -- the disclosures themselves,

22  Your Honor.  And I think it's in -- This is obviously a --

23  There's a certain amount of heat and aggressive advocacy which

24  comes through in the briefs, and I think we all understand the

25  background to that.

1        But just in terms of orienting ourselves as to what we're

2   talking about here, I think it's first perhaps useful to

3   recognize that we're talking about inadvertent disclosures.

4        There is no evidence that anyone deliberately, with a

5   purpose of sharing information that should not be shared at any

6   time disclosed that information.  We are talking about

7   inadvertent disclosures.  That's the first sort of preliminary

8   orienting comment I would make.

9        I do not understand either Nokia or Apple to be claiming

10  at any point, as I understood it, that there was anything else

11  other than an inadvertent disclosure.

12       Second, we are talking about some number of lines in three

13  paragraphs of a heavily redacted lengthy opening report of an

14  expert.  And that's all.  And there were exhibits to that which

15  were -- which have detailed information concerning license

16  terms.  Those were appropriately removed.

17       What was left in the body, buried in a very lengthy

18  report, were unfortunately some financial information, not

19  complete information, but some financial information.  I think

20  the Court knows what was -- what was left in and what wasn't,

21  that were included and were disclosed.

22       So that's the body of what -- That's basically, you know,

23  what the battle ground is here.

24       At Page 7 of Apple's brief, we find the following

25  statement (reading):

1          "At least as early as December 21, 2012, Samsung

2      knew of the Protective Order violations and said

3      nothing to the 165 people who had received Apple's

4      confidential information."

5      Your Honor, that is simply not supported by any evidence

6  that's been adduced.  It's simply not true.

7      The only evidence is that there was one error that was

8  known of and was caught.  An associate made an error.  A second

9  associate caught it.  Within hours, the recipient was told not

10  to read the document.

11      We now know as a result of the investigation that Samsung

12  undertook before this Court was involved last summer, Your

13  Honor -- and I'll address that further -- that it had been put

14  on that FTP site the preceding March and had been shared with a

15  large number of people.

16      It is simply not accurate to say that as of December 21,

17  we knew that that had happened.  That simply had not been

18  discovered.

19          THE COURT:  It was certainly the case, though, that

20  your firm knew that an insufficiently redacted report had been

21  disclosed in December 2012.

22          MR. QUINN:  Yes.  We -- We learned about the

23  transmittal; that's the one I'm referring to.

24          THE COURT:  You also just mentioned, Mr. Quinn, that

25  at some point thereafter, an attorney with your firm contacted

```
 1   Mr. Shim and instructed him to delete the report; correct?

 2          MR. QUINN:  Instructed him not to read it.  And the

 3   Court --

 4          THE COURT:  How -- How was that instruction delivered?

 5          MR. QUINN:  The Court has -- And we're talking about

 6   communications between lawyers on both sides, Your Honor.  The

 7   Court has that exchange of e-mails.

 8          THE COURT:  I actually don't.

 9          MR. QUINN:  Well --

10          THE COURT:  This is my question.  And I don't believe

11   I'd worry about traipsing into --

12          MR. QUINN:  Right.

13          THE COURT:  -- any controversial territory when we

14   talk about the form of the communication.

15       The declarations suggest that the instruction Mr. Shim was

16   given in some form other than an e-mail.  And when I'm

17   talking -- What I'd like to understand is, if it wasn't --

18   Well, first of all, was it in an e-mail or not; and, second, if

19   it wasn't, how was it communicated?

20          MR. QUINN:  My recollection, Your Honor -- And I'm

21   looking to -- I want to make sure I respond accurately.

22          THE COURT:  Mr. Zeller, maybe you can shed some light

23   on that.

24          MR. QUINN:  There's a Supplemental Declaration of

25   Mr. Pease --
```

```
 1            THE COURT:  Correct.
 2            MR. QUINN:  -- dated November 17th, 2013, which
 3    attaches an e-mail, Your Honor.  The e-mail exchange --
 4            THE COURT:  Can I took a look at it?
 5            MR. QUINN:  I'm sorry?
 6            THE COURT:  Can I take a look at it, if you have a
 7    copy?  The version I was studying in chambers just didn't have
 8    that.
 9            MR. ZELLER:  Let me look for it.
10            THE COURT:  Go ahead, Mr. Zeller.
11                      (Pause in proceedings.)
12            THE COURT:  Just give me a moment, Mr. Quinn.
13            MR. QUINN:  Yeah.
14                      (Pause in proceedings.)
15            THE COURT:  All right.  Thank you.
16            MR. McELHINNY:  Excuse me, Your Honor.  I just wanted
17    to state for the record so that there's no confusion.
18       They have just handed up to you a declaration with an
19    attached e-mail.
20       We do not have that, do not have the underlying e- mail
21    which Your Honor has just read or reread.
22            THE COURT:  I understand, Mr. McElhinny.
23            MR. McELHINNY:  Thank you.
24            THE COURT:  It's noted.
25       Just go ahead, Mr. Quinn.
```

1        MR. QUINN:  For the record, I believe that was

2   previously filed with the Court and it is a privileged

3   communication between lawyers.

4        Now, let me be -- I hope the Court appreciates my

5   earnestness when I say that one disclosure of information that

6   should not have been disclosed is unacceptable and should not

7   have happened, and that's a lesson that, speaking for our firm,

8   we have taken to heart.

9        But, Your Honor, there is a -- I do need to address,

10  because it's like a drumbeat that's sounded in the briefs filed

11  by Nokia and Apple, the number of times, hundreds of times,

12  they reference disclosures or forwarding of this information.

13  As I say, one is -- one was too much and there was no question

14  that it's very unfortunate that this was, in fact, forwarded.

15       But in Apple's brief, if the Court -- over the Court

16  notice -- they use a defining term, "Apple confidential terms,"

17  which picks up the brief in the ITC, which Mr. Lee told us last

18  time -- the Court asked Mr. Lee, I think the Court will recall,

19  directly, "Is that at issue here?"  And Mr. Lee said, "No, it

20  isn't, for the reasons that we discussed the last time."

21       So there is, I -- I submit, a certain amount of piling on

22  here in terms of the number of disclosures, the multiple times,

23  because they're counting not only the Teece report which is

24  what we should be focusing on here, but also counting the

25  poorly unfortunately wrongly redacted brief in the ITC, which

 1   is the subject of a different proceeding altogether and is

 2   not -- was not a violation of this Court's Protective Order.

 3   And I can expand on that if that still becomes an issue in this

 4   case.

 5          THE COURT:  Mr. Quinn, I -- I would like to just make

 6   sure I further understand and appreciate the specifics of the

 7   disclosure that were candidly made.

 8       In particular, in your brief, in a footnote, you reference

 9   a further disclosure of an insufficiently redacted report in

10   January of 2013?

11          MR. QUINN:  Yes, Your Honor.

12          THE COURT:  I am un -- unable to, in comparing the

13   copies or versions of the report that I received with others,

14   figure out exactly what was insufficiently redacted in that

15   January 2013 report.

16          MR. QUINN:  The Ericsson information.

17          THE COURT:  Okay.

18          MR. QUINN:  So after the discovery of the improperly

19   redacted December report, sadly, and to all our chagrin, when

20   it was redacted, Nokia information, Nokia-Apple information was

21   removed.  There was still Ericsson information that was then

22   sent to Mr. Shim.

23       But if I can turn, Your Honor, again to this phenomenon

24   of -- of the transmission of this document and what it means

25   the multiple times.

1      It shouldn't be a surprise to us that, in a digital age,

2   when it's so easy to forward a document and to hit "Send" and

3   pull it up in a directory, that things do get sent and then get

4   resent and get forwarded again.

5      My point is, Your Honor, this was -- There were reasons

6   why the Teece report, if properly redacted, would properly be

7   shared.

8      There were multiple cases sending around the world

9   involving dozens of lawyers.  And as I'm sure the Court can

10   imagine, it was very important that the positions that Samsung

11   takes in different courts be coordinated so that we weren't

12   tripping over ourselves in different courtrooms and saying

13   different things.

14      So the fact that something is forwarded multiple times and

15   to different lawyers and to different jurisdictions in itself

16   isn't a surprise.

17          THE COURT:  Perhaps not, Mr. Quinn, but you would

18   agree, wouldn't you, that your -- your explanation would

19   suggest that the individuals who were looking at this redacted

20   report were involved exclusively in litigations in various

21   jurisdictions.

22      My understanding is that the disclosures went beyond that.

23   People who weren't involved in litigation, per se, but had

24   other purposes for the information.

25          MR. QUINN:  Well, it certainly went --

1          THE COURT:  It may not be improper.  I'm just trying

2   to --

3          MR. QUINN:  Yeah.  No.

4          THE COURT:  -- properly characterize --

5          MR. QUINN:  They made an issue about, when it went to

6   Williams & Connolly, for example, before they appeared.  And I

7   don't know if that's what the Court is --

8          THE COURT:  Well --

9          MR. QUINN:  -- getting --

10         THE COURT:  -- I'm getting at the licensing

11  executives.

12         MR. QUINN:  I mean, it was -- It did -- That's true,

13  Your Honor.

14      But they -- The evidence on that is that -- and we adduced

15  this forensic evidence before -- Dr. Ahn, it was forwarded to

16  him, the forensic evidence shows, didn't open it.

17      Mr. Clock, you know, as of that June 4 meeting, didn't

18  open it.  The third participant in that meeting, they hadn't

19  opened it.  That's the forensic evidence.

20      This thing did get forwarded around, but the forensic

21  evidence is that those people involved in meeting with Nokia,

22  you know, simply hadn't opened it.

23      I mean, there are reasons that -- the Teece report is a

24  very lengthy report.  It covers a lot of different issues.  The

25  Nokia -- The terms of the Nokia-Apple license are hardly the

1    focus of that report.  It's a dinky, tiny part of the report.

2        And I think the way -- One way the Court can assure itself

3    that this was not forwarded for an improper purpose, is, the

4    Court knows, because the Court's done the hard work of looking

5    over those privileged documents, there's not a single document

6    that says, "Oh, my gosh, take a look at Paragraph 295.  Look

7    what we've got."  There's nothing that calls attention to that.

8    Anywhere.  It wasn't why that thing was forwarded.  It wasn't

9    the subject of interest.

10       We previously filed with the Court declarations from the

11   law firms all around the world, and they talked about why they

12   used that, why it was of interest.  And the record is, that

13   isn't what -- the terms of the Apple-Nokia license wasn't the

14   reason that was sent around, and that isn't the reason people

15   received it.  There just wasn't pay dirt there.

16       If that had been what was going on here, one would

17   certainly expect to see someone somewhere call attention to it,

18   and we don't, in thousands of documents.

19       So that, I submit, in terms of the evidence regarding the

20   first violation, we have a -- I think, a gross overstatement by

21   Apple that as of December 21, 2012, we knew of the Protective

22   Order violations, said nothing to the 165 people.

23       We knew of one -- When we knew -- When we learned that

24   about that one, we did the right thing.

25       The second --

 1          **THE COURT:**  Before you turn to the second, Mr. Quinn.

 2          **MR. QUINN:**  Right.

 3          **THE COURT:**  Going back to the response in December of

 4     2012.

 5          **MR. QUINN:**  Yes.

 6          **THE COURT:**  It would appear that in light of the

 7     instruction given to Mr. Shim not to use that opening report,

 8     Mr. Shim didn't comply with that instruction.

 9       Is that fair?

10          **MR. QUINN:**  I -- I don't believe there's any reason to

11     think he didn't comply with that instruction.

12          **THE COURT:**  Well, he certainly circulates an

13     insufficiently redacted copy of that report on multiple

14     occasions after that day; correct?

15          **MR. QUINN:**  My understanding is that sometime later,

16     he did circulate a copy.  It's -- We discussed this somewhat

17     last time.  He even sent it back to Quinn Emanuel, but it is

18     not clear that it was that copy of the report, because there's

19     evidence that the lawyer in England at Bristow's in the

20     meantime sent a copy to Mr. Shim.

21       So it can't be said that the very copy he got from us, and

22     as to which he received instructions, he continued to

23     circulate.  And that's . . .  There isn't evidence of that,

24     Your Honor.

25          **THE COURT:**  So, for example, on May 13th of 2013,

```
 1   Mr. Shim doesn't send a copy of the insufficiently redacted

 2   report to various lawyers at your firm?

 3           MR. QUINN:  He did.  I said -- Yes, he did, Your

 4   Honor.

 5           THE COURT:  Okay.

 6           MR. QUINN:  He did.  But sadly that's --

 7           THE COURT:  That's a use after the instruction; right?

 8           MR. QUINN:  He did submit it to us.

 9           THE COURT:  And that's a use after he confirmed that

10   he would comply with your instruction; right?

11           MR. QUINN:  Your Honor, the context in which he

12   provided that to us had nothing to do with the issue of the

13   Nokia-Apple license.

14      I mean, it -- it was -- He was asking for some advice on a

15   different issue.  And our lawyer didn't even open up the

16   attachment, because it was irrelevant to what he was asking

17   about.

18      What I can't tell the Court is whether that copy he sent

19   to us was the copy that we had the exchange about that he got

20   in December or whether it's a copy that he got later.

21      I mean, no questions, he forwarded a copy of the report to

22   us.  And -- But that -- It wasn't a subject of discussion.  The

23   Quinn Emanuel lawyer didn't even -- and this is, I think,

24   undisputed in the electronic record -- didn't even open it up.

25   I, frankly -- And if it's important, I can get some help here.
```

 1   I don't recall what the question was that he was asking that he

 2   sent that but it had absolutely nothing to do with this

 3   license.

 4           THE COURT:  Well, let me -- let me perhaps focus --

 5   focus our discussion on what is specifically weighing on my

 6   mind on this, which is that at least, you know, like, five, six

 7   months after an in-house attorney at Samsung told your

 8   attorneys that he would comply with the instruction and refrain

 9   from using that insufficiently redacted report, he is

10   circulating additional copies of that report, which at least,

11   as I reviewed the documents again, were insufficiently

12   redacted.

13       And in that context, at some point, it seems to me

14   somewhere along the way, someone should have realized, whether

15   it was the Quinn Emanuel attorney or Mr. Shim himself, I would

16   suggest, that there was a problem here that needed to be

17   corrected.  And I'm just trying to figure out --

18           MR. QUINN:  Right.

19           THE COURT:  -- whether I'm not appreciating the facts

20   correctly or whether there's some other explanation.

21           MR. QUINN:  What I can say to that, Your Honor -- and

22   again I can get some help on this if it's important -- he did

23   send it back to us in May, but we didn't even look at it.

24       We didn't -- The electronic record is, we didn't open the

25   attachment -- We had -- We didn't look to see, "Wait a second,

 1   is this a completely redacted or an incompletely redacted?  Is

 2   this what we saw before we sent him or not?"  It just -- It

 3   wasn't necessary in order to answer his question.

 4       So it was transmitted to us.  If the mere transmission is

 5   use, then we've got a problem.  But I'm -- What I'm

 6   representing to the Court -- and then I can flesh this out --

 7   that that transmission to us had nothing to do with this

 8   particular issue.  It wasn't read by us.  We had no reason to

 9   think he was sending us back an improperly redacted report.

10   The only way you would know is to open it up, lengthy document,

11   and check through it.

12       And who does that, frankly?  You know, you're a busy

13   lawyer.  There's an attachment that doesn't relate to anything

14   that you're being asked.  You can do your work, give your

15   advice, without opening it.

16       Hindsight's 20-20.  I certainly wish somebody had done

17   that.  We only know now with the aid of Stroz, that the

18   attachment -- what the attachment was.  But -- But we didn't

19   know.  I mean, there's a lot of things I wish we did know,

20   which we didn't know.

21           THE COURT:  Your -- I believe your brief says that you

22   didn't know -- you being your firm --

23           MR. QUINN:  Yeah.

24           THE COURT:  -- didn't know that there was an

25   insufficiently redacted version of the Teece report on the FTP

 1  site until June or July of this year; correct?

 2        **MR. QUINN:**  That is correct, Your Honor.  Because what

 3  happened is that in -- in June, Nokia made its motion and filed

 4  that declaration from Mr. Melin.

 5        We jumped on it.  We agreed to retrain Stroz.

 6        In a series of letters, which Mr. Becher wrote to Nokia,

 7  and ultimately Nokia and Apple in June, July and August,

 8  detailed what we had found before the Court was ever involved.

 9        In fact, Your Honor, most of the evidence, what we're

10  talking about now, Mr. Becher disclosed before the Court was

11  ever involved.  The fact that it was on the FTP site, we found

12  that.  We told them.  We gave them the charts.  We told them --

13  We gave them the e-mail, who had access.

14        We told them about the -- the exchange in December.  We

15  told them about the . . .  You know, actually, Mr. Pease had

16  sent it out on April 5th, 2012, after it was put on the FTP

17  site.  We told them that.

18        The May 13th, 2013, transmission from Mr. Shim to Quinn

19  Emanuel, we told them that.

20        Most of the material things on which they rely, we told

21  them we learned as a result of our investigation as soon as

22  the -- It went into motion as soon as Nokia made this -- made

23  its motion.

24        So, for Apple to say . . . as it does in its brief on

25  Page 2, that "Samsung attempt -- attempted to keep their many

 1  violations hidden from Apple and the Court until Nokia exposed

 2  them."  Attempted to keep their many violations hidden from

 3  Apple and the Court until Nokia exposed them.

 4       Your Honor, there's no evidence at all to support that.

 5  That's, again, a gross -- Now, I realize we're the ones that

 6  have erred here and it ill behooves me to be on the offensive

 7  here, but they think they're playing tennis without a net.

 8  They think they can make statements like that and sign a brief

 9  with impunity, because we made a mistake.

10       That is simply not true.  We jumped on it as soon as Nokia

11  made its motion.  We learned what we learned and then began

12  writing a series of letters.  As we learned things, we

13  disclosed them to counsel.

14       If I can just back up, Your Honor, and talk about the

15  other -- I talked about --

16            **THE COURT:**  Go ahead.

17            **MR. QUINN:**  -- the first --

18            **THE COURT:**  Go ahead.

19            **MR. QUINN:**  -- potential violation the Court

20  identified; that is, the inadvertent disclosure itself.

21       The Court said, second, was concerned that there's a

22  potential violation concerning use of the information.  And the

23  Court identified in the Order to Show Cause the evidence that

24  raised a concern in the Court's mind, including the documents

25  and the reference to -- I mean, the discussions on June 4

 1  between Mr. Melin and Dr. Ahn.

 2      I appreciate, Your Honor, that the Court got boxes of

 3  documents, and, you know, in your solitary -- in your function

 4  in reviewing those documents, you'd have to read them, four

 5  corners of the documents, to some degree, if I can suggest,

 6  just cold, without context.

 7      We have filed a response to the Order to Show Cause,

 8  discussed those documents, and I hope we have succeeded, and I

 9  hope the Court will correct me if I -- if there's an issue

10  here.

11      I hope we have succeeded in explaining what those

12  documents are, explaining the context, and explaining that none

13  of them show any evidence of use.

14      Four of the documents that the Court identified relate to

15  Ericsson information.

16      I trust that we were able to make it sufficiently clear to

17  the Court that that information was obtained by Samsung by

18  means other than discovery in this action.  That information

19  was obtained by us by means but it's not subject to the

20  Protective Order.

21      The Court has the declaration of Kirkland & Ellis on that

22  score where that information came from.  It simply was not --

23  What was done with that, the activity that was involved -- I

24  think the Court knows what I'm referring to -- that is not a

25  use in violation of Protective Order because that information

1    was never subject to the Protective Order.

2         Second, the Court also called out that spreadsheet that --

3    from the Netherlands, the action in the Netherlands.  At the

4    request of the Court in the Netherlands, both sides exchanged

5    schedules setting forth the terms in detail, much more detail

6    than is in the Teece report, of all their UTMS and LTE

7    licenses, in great detail.

8         That -- There were nine individuals, including the

9    senior -- you know, not Dr. Ahn but the other senior licensing

10   people, Clock, Clayton Kim, Mr. Shim, who were entitled to see

11   that.

12        And guess what?  There's only one that sticks out there as

13   a -- you know, the 800-pound gorilla.  I mean, they say

14   anonymized, but it's pretty clear what it is.

15        There's only one, Your Honor, that's expressed in euros,

16   that same big one.  It didn't take a lot of ingenuity or

17   imagination to figure out what that is.

18        Now, they cite the testimony of Mr. Shim saying he

19   couldn't be a hundred percent sure that that was the

20   Apple-Nokia license.  That was, sadly, a distortion of

21   Mr. Shim's testimony.

22        Mr. Shim's testimony was, "It's anonymized."  You know, I

23   can't be a hundred percent sure, but I'm reasonably certain to

24   a reasonable degree of certainty what that was.

25        That is information that wasn't subject to the Protective

```
 1  Order.  We have that information.
 2         THE COURT:  Mr. Quinn, Mr. Shim's deposition certainly
 3  suggests that he didn't recall how he figured out what those
 4  terms were and who they belonged to; correct?
 5      As I read the transcript, he seemed to be uncertain of
 6  that and, yet, six days later, something like that, we have a
 7  declaration where he has a much clearer memory of how he came
 8  up with that licensee.
 9      So how am I to reconcile the deposition and the
10  declaration?
11         MR. QUINN:  Well, I think there might actually be some
12  relevant Shim errata to the deposition transcript.
13      I mean, Your Honor has the document.
14                     (Counsel confer.)
15         MR. QUINN:  Your Honor has -- It's actually one of the
16  documents that the Court identified in the Order to Show Cause;
17  it's Tab 222.
18         THE COURT:  Um-hmm.
19         MR. QUINN:  The e-mail -- It is an e-mail from
20  Mr. Shim.  It's contemporaneous.  This is long before lawyers
21  were involved in these proceedings involved, where he says what
22  he says.
23      Now, his deposition is taken a year later and he can't
24  remember, but we don't need to rely on his -- his memory.  We
25  have this contemporary e-mail where he calls out in this
```

1   document what it is.

2        This document is not subject to the Protective Order in

3   this case.  He's entitled to see it.  He's writing to Clayton

4   Kim, who's entitled to see it.  He's telling him what I think

5   what this is.  This is not a violation of the -- of the

6   Protective Order.

7        The Court also identified an exchange of e-mails between a

8   lawyer in London at the Bristow's firm, and a lawyer in Paris

9   at Allen & Overy, where the lawyer in Paris had circulated a

10  proposed draft of a brief for comment.

11       The lawyer in London responded to this and embedded in the

12  response, unfortunately, is a copy of the -- is a copy of the

13  improperly redacted Teece report.

14       But you have a dec -- You have declarations from both

15  lawyers, the English lawyer and the French lawyer, the English

16  lawyer saying, "I didn't even know -- I didn't know it was

17  improperly redacted and, besides, it had nothing to do with the

18  comments -- that -- that issue had nothing to do with the

19  comments I was giving."

20       You have a declaration from the French lawyer which

21  says -- and the document itself shows -- that it recites terms

22  from the Apple-Nokia license in a draft which are different

23  than what's in the Teece report.

24       And guess what?  As filed, you know, after getting the

25  communication from the British lawyer with this document

1  embedded, no changes are made in that regard.  The document

2  ends up being filed with the erroneous information that the

3  French lawyer already had in the draft.

4      In other words, it had no impact.  It wasn't . . .  It was

5  attached, but it wasn't like somebody tweaked the argument,

6  changed it, changed the terms because of what was in there.

7  Nobody saw it.

8      You have the declarations from both those lawyers.  You

9  know they didn't see it because they didn't correct the terms.

10 They didn't change what was in the draft.  It's just -- It's

11 not an issue.

12     There were a few other documents in the 11 identified in

13 the Order to Show Cause.  I hope we've addressed them, Your

14 Honor.

15     We, by the way, offered -- similar to an offer we've made

16 many times in these proceedings -- to share those documents

17 with Nokia and Apple, except for the Ericsson ones where, you

18 know, there are third-party rights we can't waive and they're

19 standing on their rights.  We've offered to share with them.

20 They declined that offer.

21     So I -- I -- I can't underscore my -- I can't emphasize

22 enough, Your Honor, my desire to clear up any questions the

23 Court may have concerning what these 11 documents are and why

24 they don't show any evidence of use that are referenced in the

25 OSC.

1        The Court also referenced Mr. Melin's declaration and the

2    exchange on June 4th of this year.

3        This all started with Mr. Melin's declaration, Mr. Melin's

4    very disturbing declaration, which was -- if you go back and

5    look at it -- very conclusory terms, very broad terms.

6        Mr. Ahn's told me the terms of the Apple-Nokia li -- It

7    doesn't say what Mr. Ahn said.  Short declaration, very broad

8    terms.

9        And, then, after Mr. Ahn testified and Mr. Ahn submitted a

10   declaration, I really thought we'd see something from

11   Mr. Melin, but we didn't.  We took his deposition and now we

12   know why, we know why we didn't see another declaration from

13   Mr. Melin.  And now we know why that declaration was so

14   general.

15       What was Mr. Melin's testimony in Helsinki?  His testimony

16   was that Dr. Ahn never said he had been told the terms of the

17   Apple-Nokia license.

18       **THE COURT:**  Mr. Quinn, as a predicate to Mr. Melin's

19   deposition testimony, isn't it important, he said he didn't

20   write his declaration; isn't that correct?

21       **MR. QUINN:**  You know, it wouldn't -- it wouldn't

22   surprise me if he did write his declaration, Your Honor.  Maybe

23   I've been practicing too long, but he signed it.

24       **THE COURT:**  He did sign it.

25       **MR. QUINN:**  He did sign it.  And we were all, all of

 1    us -- I'm speaking for myself here -- pretty concerned when we

 2    saw that.  I know this Court was and was eager to find out what

 3    the story was.

 4        My point is, we now know Mr. Melin's own account of this.

 5    Dr. Ahn never said he had been told the terms of the

 6    Apple-Nokia license.  Dr. Ahn never said that Quinn Emanuel had

 7    gotten the Apple-Nokia license in the course of the litigation.

 8    Dr. Ahn never said that Samsung's outside attorneys had

 9    provided that information to inside people at Samsung.  It was

10    all -- It turns out that was all Mr. Melin's conjecture,

11    inference, interpretation, implication from what Dr. Ahn said.

12            THE COURT:  Would you go so far as to suggest that

13    Mr. Melon perjured himself with that declaration?

14            MR. QUINN:  You know, I -- I have been a big believer,

15    Your Honor, in the idea there's a misunderstanding.

16        It's hard to reconcile his declaration with his deposition

17    testimony.  But his testimony -- I mean, it's pretty clear.  He

18    said -- and this is at Page 242 of the deposition -- I quote

19    (reading):

20            "During the first session, Dr. Ahn said that he

21        has an idea of what Apple pays to Nokia under the

22        license agreement, which implied that he had been told

23        of the financial terms of Nokia's license with Apple."

24        That's entirely consistent with Dr. Ahn's testimony.

25    Dr. Ahn's testimony was, "I wanted them to believe that I

 1   knew."

 2        It's a totally different story.  We've spent millions of

 3   dollars pursuing this and they're going to ask -- The people

 4   who submitted this declaration, sponsored this witness, made

 5   these kinds of statements under Rule 11 in their briefing, are

 6   asking you that we should pay their fees, after pretty much all

 7   this evidence that I have described to you, we had given them

 8   before the Court ever got involved, most of what they rely on.

 9        This is -- And it -- And it's not as if, in terms of

10   Mr. Melin's testimony, his credibility, it's not like this was

11   a long time ago, like Mr. Shim a year later, year and a half

12   later.  This is June 4th.  It wasn't that long ago.

13        This is something that he led us to believe, they led us

14   to believe, was earthshaking, was astonishing, shocking to

15   them.  And it turns out the testimony is something completely,

16   completely different.

17        So that -- I -- I believe I've discussed the evidence, the

18   documents, and the incidents regarding use -- potential use

19   that the Court indicated was concerned about in the Order to

20   Show Cause.

21        I'd like to turn now to the various claims which have, you

22   know, mutated over time that Apple and Nokia have made, the

23   very creative theories about how -- you know, which have

24   changed, about how we have allegedly used this information.

25        And we'll -- You'll first recall at our last hearing,

 1  Mr. Lee argued that Mr. Shim -- Mr. Shim had asked on

 2  December 21, 2012, for that Teece report so that he could frame

 3  an offer that would buttress Samsung's position in -- in -- you

 4  know, in terms of FRAND and setting up Apple as an unwilling

 5  licensee.

 6       We showed, and it's now undisputed, that that offer, which

 7  included the big number, not the small one, the big one, was

 8  made on December 18th, 2012, three days before Mr. Shim made

 9  the request for the Teece report.  That evidence is undisputed.

10  That's in the Korea declaration; that's in the letter from

11  Mr. Chee in March, March 22nd, that averts back to it.  It's

12  even in Apple's ITC brief that we had made that offer.

13       And still Apple's writing a brief and submitting a brief

14  to this Court saying -- referring to it as an alleged prior

15  offer.

16       I don't know whether the Court took note of that phrase,

17  but there is simply -- the undisputed evidence.  They could

18  have submitted a declaration if they had somebody that -- you

19  know, that came afterwards.  There's no evidence from them.

20  It's unanswered.

21       And this is just . . .  This theory is dead, this theory

22  of use.

23       Well, then we heard . . .  We heard, "Well, you know, it's

24  in the same -- it's the same number.  It's too much of a

25  coincidence that it's the same number."

1      It's not the same number.  Different currencies, which are

2  a difference of a couple of hundred million dollars.

3      And I will point out to the Court that at that time we had

4  finished a trial in the first Samsung-Apple go-around.

5  Unfortunately, we lost.  And at that time, we had pending a

6  motion for remitter, seeking to remit the jury verdict to,

7  guess what, $500 million.  That's a matter of public record.

8  So . . .   I mean, the Court can connect the dots.

9      Then -- To me, it's . . .   It's unaccountable to me that

10  they continue to make this argument based on the coincidence of

11  the numbers.  Set aside the currency thing.  Set aside that the

12  dates don't work.  Set aside everything else.  That number

13  isn't in the Teece report.  It was improperly redacted.  It's

14  not there.

15      So wherever Dr. Ahn, however he came up with that number,

16  he didn't get it out of the Teece report.

17      It is, by the way, in the business -- in the reporting of

18  Business Insider, where a financial analyst went through

19  Nokia's financials and figured out there was a payment and made

20  some projections.  And the Court has seen those numbers.

21      And what Dr. Ahn says he said is on all fours with that.

22  It's not on all fours with what's in the license.

23                    (Pause in proceedings.)

24      MR. QUINN:  Then -- Then our adversaries -- you know,

25  the creative lawyers on the other side -- said, "Well, you --

1  you used this information to craft your arguments regarding

2  FRAND in the ITC proceeding that, you know, you want to set us

3  up so that -- You wanted to argue that, well, you're going to

4  make an offer.  We reject that.  And you want to be in a

5  position to say that wasn't in good faith.  You're an unwilling

6  licensee, because, look, after all, you're paying Nokia this

7  much."

8       And we pointed out that was separately produced in the ITC

9  proceeding.  We were entitled to do that.  It doesn't take a

10 rocket scientist, even a lawyer -- That's sort of what a FRAND

11 analysis is, is you look -- Is there discrimination?  Is it

12 fair?

13      I mean, to decide that, you kind of have to know what the

14 other terms of licenses are out there.

15      And -- And then Mr. Lee got up and said the second time

16 around, "Well, what happened is, it was -- it shouldn't have

17 leaped from this proceeding to the ITC proceeding, and it was

18 disclosed here first."

19      It turns out that's not true.  It was produced in the ITC

20 on February 19th, 2012 -- undisputed -- before there ever was a

21 Teece report, redacted or unredacted.  And we were absolutely

22 entitled to use that.

23      I mean, Apple gave us those licenses for the express

24 purpose of enabling us to evaluate our positions regarding

25 FRAND, what they were paying others, and we share similar kind

1   of information.

2        In fact, Your Honor, we were entitled under the Protective

3   Order.  We could have told our client, "Make the offer on these

4   terms exactly."  And as long as we didn't say where that came

5   from, we could do that.  That's under Section 6(e), legal

6   advice, or ability to give legal advice.

7        We -- This did not require that we -- You know, to come up

8   with this FRAND position did not require sharing with the

9   client.

10            **THE COURT:**  Mr. Quinn, on that point, I understand

11   from your briefing that that's not what happened here.  You're

12   not suggesting you gave that advice; are you?

13            **MR. QUINN:**  No.  In fact --

14            **THE COURT:**  You're simply saying you could.

15            **MR. QUINN:**  We could.  In fact, I'm representing we

16   didn't.  But we could.

17        So then, ever resourceful, our adversary's next fallback

18   position is that we used it to frame the offer to Nokia on

19   June 4th; that Dr. Ahn came in, he made a much larger offer

20   than the one he had made before.

21        I mean, Mr. Melin put that to rest.  Mr. Melin's testimony

22   is that the two licenses were different in scope in terms of

23   the types and quality and variety of IP that was covered.  In

24   structure, he said, quote-unquote, entirely different and that

25   the values were not comparable.

1      So, at the end of the day, there simply is no evidence

2   that this was used.

3                    (Pause in proceedings.)

4      **MR. QUINN:**  I touched a little bit the third concern

5   the Court had about whether there's compliance with the

6   inadvertent disclosure provisions of the Protective Order.

7   I -- I touched on that a little bit.

8      **THE COURT:**  I want to go back to that as well,

9   Mr. Quinn.

10     **MR. QUINN:**  Yeah.

11     **THE COURT:**  Let me -- Let me -- Let me turn in

12  particular to the events -- Well, let's begin with the events

13  of March of 2012.

14     In the record, throughout this voluminous record, you make

15  the point repeatedly that the initial redaction, or failure to

16  redact properly, I guess is the right way to put it, was --

17  was -- was inadvertent.  That assertion is made; it's been

18  repeated many times.

19     What evidence do I have in this record regarding the

20  circumstances surrounding that?  I -- I don't -- Perhaps I've

21  overlooked it but I don't understand what proof there is

22  regarding who made the redactions, what processes were

23  followed, who was responsible for posting and updating to the

24  FTP site, things of that nature.

25     **MR. QUINN:**  Right.  I'm going to need some help on

 1  this, Your Honor.

 2          THE COURT:  Okay.  That's fair.

 3          MR. QUINN:  We have Mr. Pease in the audience, Your

 4  Honor.

 5          THE COURT:  All right.  Mr. Pease.

 6          MR. QUINN:  He's come out from New York.

 7          MR. PEASE:  Afternoon, Your Honor.

 8          THE COURT:  Good afternoon.

 9          MR. PEASE:  So the March FPT posting of the redacted

10  report.

11      The redacted report was created by Alex Baxter, an

12  associate in our office, who was working on our team.  He's a

13  conscientious associate, and he went through, he redacted most

14  of it.  He missed I think it's three paragraphs that contained

15  the information.  Removed the chart at the end but he did miss

16  those three paragraphs.

17          THE COURT:  Was -- Mr. Pease, was Mr. Baxter working

18  alone on this project?  I've heard conflicting descriptions of

19  the number of people that are responsible for this initial

20  redaction effort.

21          MR. PEASE:  Well, I think I can explain why you're

22  confused and what the story is.

23      So, Mr. Baxter, I believe, did that redacted version

24  alone.  He provided it to one of my partners, named Todd

25  Briggs.  Mr. Briggs was responsible for taking all of the

 1  different redacted expert reports, putting them on the FTP site

 2  and making that available to the client.

 3          **THE COURT:**  Mr. Berge (phonetic) was the one who

 4  circulated the e-mail on March 24 --

 5          **MR. PEASE:**  Correct.

 6          **THE COURT:**  -- 25.  Okay.

 7          **MR. PEASE:**  Then -- So three -- three weeks later or

 8  so, maybe even less than that, there was a request to me to

 9  circulate a copy of the redacted Teece report to a narrow

10  subset of people.

11      And so at that time, I asked a different associate,

12  Mr. Eden, to -- I said, "Can you get a copy of the redacted

13  report that was sent out?"  Because I wasn't involved at all at

14  the time of the original report.  "You've got copy of the

15  redacted reported and just double-check.  Please let me know if

16  it's okay for me to send this to the client."

17      And it wasn't just report; there were a couple other

18  things.

19      And so hours went by and then he got back to me, and he

20  said, "Yeah, I kept it out.  This is good to go."  So that's

21  why we sent that out to the client at that point on April 5th,

22  and that's an e-mail that came from me.

23      And so I think that, in one of my declarations, I refer to

24  independent verification by two associates.  In fact, that's

25  what I'm referring to, because it's -- there was the FTP

1  site -- And the issue with the FTP site, Your Honor, that stuff

2  gets put up on an FTP site but then 10 days later, it's gone.

3  Right?  It's not like you can just go back to the FTP site and

4  find what's there.

5          THE COURT:  Why is it gone?

6          MR. PEASE:  Just the way it works.  It doesn't say

7  that, you know, you can reuse these FTP sites.

8      I think through forensics you're able to tell what was

9  there, and that's what we've done as part of the Stroz process.

10     But just going back, when you look at the e-mail record,

11 you just see an e-mail from Todd Briggs with a password.  You

12 can't just go back and see -- You can't -- Like today, you

13 can't go to that FTP site and find that document.  Somebody

14 else has used that FTP site probably 50 times over since then.

15         THE COURT:  So are you suggesting, Mr. Pease, then,

16 that even though Mr. Briggs circulated the e-mail with the link

17 to the FTP site in late March, March 25th, 25th, I believe,

18 some 10 days or thereabouts thereafter, that FTP site was no

19 longer accessible to anybody inside Samsung?

20         MR. PEASE:  That's my understanding, Your Honor.  I

21 mean, I'll defer --

22         THE COURT:  Do I -- Do I have any evidence of that in

23 the record?

24         MR. BECHER:  Your Honor, I don't think there's any

25 evidence in the record of the exact duration of the

```
 1  availability of the FTP site.  It is accurate that the FTP site
 2  did not last forever.  It was --
 3       THE COURT:  Okay.  Well, let me accept Mr. Becher's
 4  representation and then ask:
 5       Would that suggest perhaps why Mr. Shim was unable to
 6  simply return to the FTP site in December and secure a copy of
 7  the redacted report for himself?
 8       MR. PEASE:  It's possible, Your Honor.  I just know --
 9  And when I say 10 days, I'm speaking of my own experience where
10  I've set up FTP sites for different purposes and different
11  clients.  And I know that sometimes the client takes the time
12  getting it and then they complain that it's no longer there and
13  we have to redo it.
14       THE COURT:  Okay.  Now, once these materials were
15  posted on March 25th, 2012, to the FTP site, was anyone at
16  Quinn Emanuel responsible for further maintaining or updating
17  that site, or at that point was it in the client's hands and
18  the client was responsible for whatever distributions and
19  maintenance that took place?
20       MR. PEASE:  That's a good question.  I don't actually
21  know.  I mean I think the FTP site would be accessible to
22  anyone who had --
23       THE COURT:  Breed access.
24       MR. PEASE:  -- credentials to get to it --
25       THE COURT:  Yeah, sure.
```

1        **MR. PEASE:**  -- yeah.

2        **THE COURT:**  Okay.  But at least as far as you all

3   know, no one at Quinn Emanuel was actively maintaining a fixed

4   FTP site beyond that initial period of time?

5        **MR. PEASE:**  Not that I know of, Your Honor, no.

6        **THE COURT:**  All right.  And if I understand your

7   explanation of Mr. Baxter and Mr. --

8        Is it Eden?  Am I pronouncing --

9        **MR. PEASE:**  Eden.

10       **THE COURT:**  -- it correct?

11       -- Mr. Eden's role, you're saying that in -- in between

12  March and perhaps April, the -- those two -- those two

13  redaction efforts -- I'll just -- I'll use that term -- were

14  essentially taking place in parallel.  It wasn't as if Mr. Eden

15  was working with Mr. Baxter, checking his work, reviewing the

16  accuracy of the redactions, that sort of thing.

17       **MR. PEASE:**  No, they were separated in time.  I said

18  to Mr. Eden, "Please double-check and make sure I can send this

19  stuff to the client."

20       **THE COURT:**  All right.  Now, Mr. Shim apparently was

21  instructed if we fast -- To take your advantage of your --

22       **MR. PEASE:**  Yeah, absolutely.

23       **THE COURT:**  -- time at the podium, huh, Mr. Pease?

24       If we fast forward to December 2012, as I understand it,

25  Mr. Shim was instructed on December 22nd, in fact, to -- not to

 1  use that insufficiently redacted report --

 2          MR. PEASE:  Um-hmm.

 3          THE COURT:  -- after Mr. Baxter discovered it on the

 4  Saturday morning.

 5          MR. PEASE:  Right.

 6          THE COURT:  Does that sound right?  Okay.

 7      And you received conversation from Mr. Shim that, in fact,

 8  he understood Roger and things moved forward from there.

 9      Did anyone in this redaction group have any awareness

10  of -- of the FTP site at all?

11          MR. PEASE:  No.  At that point, Your Honor, it was

12  something like eight or nine months later.  And it's been --

13  The protocol we file to do redacted reports over the course of

14  this case and the parallel IPC case have varied at times.  Now,

15  we now have a protocol that's generally in place where we send

16  them redacted versions of our reports, they --

17          THE COURT:  Right.

18          MR. PEASE:  -- send us redacted versions of their

19  reports.  We sign off on them and then they can go to the

20  client.

21      And you have a very high degree of certainty that you're

22  not going to miss something.  I mean, maybe you'll miss some

23  third-party information.

24          THE COURT:  And I want to get to that protocol in just

25  a minute, Mr. Pease, but perhaps I might also ask you this:

```
 1        If this FTP site just kind of went away 10 days or
 2   thereabouts --
 3            MR. PEASE:  Um-hmm.
 4            THE COURT:  -- after it was first set up in March of
 5   2012, how were people within Samsung able to secure and
 6   circulate copies of that report over and over again throughout
 7   2012?
 8            MR. PEASE:  Well, I think there's a -- You could
 9   speculate.  I mean, there's lot of different ways.  I mean --
10            THE COURT:  That's what I unfortunately have to do and
11   I'm trying to figure out what --
12            MR. PEASE:  I sent --
13            THE COURT:  -- I can prove.
14            MR. PEASE:  On April 5th, I sent a copy to some of the
15   people at Samsung as well as people at other law firms.
16        I didn't know after that what those people had done with
17   the version I sent.
18            THE COURT:  Okay.  And this is --
19            MR. PEASE:  And so --
20            THE COURT:  -- the version Mr. Eden had given you to
21   go ahead and circulate.
22            MR. PEASE:  Right.  And which presumably is the same
23   version that Mr. Baxter put on the FTP site.  Frankly, I don't
24   know how Mr. Eden got the redacted version for me.  We had a
25   share drive with a lot of different things on it.  But he got
```

1   me copies of the papers that the client had requested and

2   signed off it was okay to send it.

3           THE COURT:  Okay.

4           MR. PEASE:  So -- But given the scope -- And these

5   cases are so different than most cases.  I mean, we have a huge

6   distribution lists at our client.  In fact, you -- it's

7   something you asked Mr. Quinn about.  You asked about the

8   licensing people.

9       I mean, it's true there are people within Samsung whose

10  jobs are denominated as licensing people but they're actively

11  involved in managing us from the litigation standpoint.  They

12  edit our briefs, they make suggestions.  They want to know what

13  the positions are that we're going to raise.

14      You know, it's just like having two or even more than two

15  groups within Samsung that all have a say in kind of how these

16  arguments get framed.

17      And that's why -- It's not like the licensing people are

18  simply concerned with formulating terms for licenses and the

19  litigation people are managing us.  It's like you've got a lot

20  of different groups all who have a say in what we do as lawyers

21  in the context of these cases.

22          THE COURT:  So if I could go back to the point you

23  raised a minute ago regarding the protocol or the custom --

24  I'll use that term --

25          MR. PEASE:  Right.

 1          **THE COURT:**  -- of the parties exchanging proposed

 2   redacted versions of sensitive materials before circulating.

 3       In this particular time period, my understanding is the

 4   Rebuttal Report was, in fact, redacted and then sent to Apple

 5   for approval.  Apple approved it and there was never an issue

 6   regarding that.

 7       Why wasn't that same procedure filed with respect to the

 8   opening report?

 9          **MR. PEASE:**  I don't know, Your Honor.  In fact, I've

10   gone back and looked, actually.  And there was correspondence

11   back and forth between the parties, endless correspondence,

12   frankly, about preparation of redacted reports based on the

13   assumption that, you know, the parties were going to be allowed

14   to share properly redacted versions of these reports with their

15   clients.

16       The exchanges, though, that I've seen only had us, for

17   example, identifying Samsung confidential information in

18   Apple's reports, and Apple identifying . . .

19          **THE COURT:**  Well, wouldn't that procedure presumably

20   work -- would have worked here?

21          **MR. PEASE:**  It absolutely would have.

22          **THE COURT:**  Okay.  But what you're saying -- If I

23   could, so -- So -- But what you're saying is, while this

24   procedure of custom and practice was followed in large part,

25   there was no requirement the parties had signed up for to do

1  this before they circulated it.

2      In other words --

3          **MR. PEASE:**  No.  In fact, we didn't refine that.  At

4  some point -- And maybe -- I mean, this is pure speculation.

5      In the ITC, I think it's common to do this because you

6  have to submit public versions of briefs and reports and things

7  like that.

8      And so the ITC lawyers -- In the franking (phonetic),

9  we're kind of unique in that we cut across both these cases.

10 We're just as actively involved in these Northern District of

11 California cases as we are in the ITC cases.

12     And so I don't know what the genesis was for our adoption

13 of a protocol where both sides weigh in on redactions.  I just

14 know that, at the time of the initial reports, we hadn't

15 adopted that protocol.  By the time of the rebuttal and then

16 supplemental reports, we had.

17         **THE COURT:**  All right.  It strikes me that regardless

18 of what else we may or may not be able to agree upon here

19 today, had that procedure been followed, we can all agree we

20 wouldn't be here; right?

21         **MR. PEASE:**  I think that's right.  I mean, I think

22 we're all doing our best to follow that procedure.  It's a

23 procedure that makes sense and that's one we're following now.

24 Just in the early stages of this case, it hadn't resolved

25 itself to that.

 1          **THE COURT:**  All right.  Thank you, Mr. Pease.

 2          **MR. PEASE:**  You're welcome.

 3          **THE COURT:**  I think I understand your points.

 4      Mr. Quinn, I interrupted you or asked you a question

 5  before you were about to complete your thought.  Why don't you

 6  go ahead.

 7          **MR. QUINN:**  I'm turning now to the -- the third

 8  potential violation of Protective Order the Court identified,

 9  and that is Samsung's compliance with the inadvertent

10  disclosure procedures specified in the -- in the Protective

11  Order.

12      The one inadvertent disclosure that we knew of was the

13  December 22 transmittal to Mr. Shim.  We immediately did what

14  we did.

15      The question can be raised:  Should you have let Apple,

16  Nokia, know at that point about this exchange?

17      And I think the answer to that, Your Honor, is the

18  Protective Order uses -- draws a distinction between production

19  of a document and disclosure of a document.

20      And what I would say is, this was produced to Mr. Shim,

21  but based on what happened, we had no reason to believe that it

22  was disclosed to him, that he saw or that he read it.  And, in

23  fact, neither Apple -- If we can imagine a document that is

24  disclosed, that's produced but not read, neither Apple nor

25  Nokia have ever taken the position, that I'm aware of, that

1    that triggers a reporting requirement.

2        In fact, Apple recently, as the Court knows, has disclosed

3    information on the Court's website, Samsung's information, and

4    didn't tell us.  They -- We discovered it.  We went back after

5    they told us about one.  You know, they put our -- You know,

6    they talked about the number of people we disclosed information

7    to.  They disclosed our source code to the public.  And we're

8    told there is no way we'll ever know how many people saw that.

9        But we looked into that and we found out a few days before

10   they had disclosed something else and they didn't call us and

11   report that.

12       So I submit that this is not a -- an instance where we

13   failed to comply, just, you know, having told Mr. Shim what we

14   told him and having received the response, that there was no

15   obligation to report that.

16           THE COURT:  And so your view, the obligation to report

17   that to Apple was triggered only in July of 2013?

18           MR. QUINN:  I would say not when we receive Nokia's

19   motion, because we received Nokia's motion and we're -- don't

20   know what Mr. Melin's talking about.  We're scratching our

21   heads.

22       And where that then started a process which certainly did

23   trigger that obligation to give notice.

24       I mean, at that point, it was Nokia who is claiming that

25   it was being harmed.  Apple was served with Nokia's motion

1    immediately.  They were aware of the issue.  We didn't hear a

2    thing from them.

3         So, I mean, they criticize us for not copying them on

4    the -- on the first letters that we sent to Nokia and, you

5    know, we can debate about whether that's -- there's some

6    validity to that, but whether we delayed a couple weeks

7    involving Apple in that process or not.

8         We thought Nokia was the one they were claiming was hurt.

9    Apple, we didn't hear boo from Apple.  In fact, we didn't hear

10   boo from Apple until after this extended process with Nokia

11   where we negotiated a stipulation, we're going to hire Stroz at

12   our expense and all the rest of it.  Stipulation finally gets

13   signed off and Apple comes in and files its motion.

14        That's the first reason we had to think that they were

15   dissatisfied with the process as it was going down.

16                  (Pause in proceedings.)

17        **MR. QUINN:**  Now, in terms of the sanctions, Your

18   Honor, the -- these were -- these were simultaneous briefs, so

19   we haven't had a chance to respond in writing to their various

20   sanctions requests.

21        Between Nokia and Apple, I think they have asked for every

22   kind of sanction that -- under the sun, from finding that in

23   both patent cases -- their attorneys' fees should be awarded in

24   both patent cases.

25        **THE COURT:**  They didn't ask for you to be flogged or

1  tarred and feathered.

2       MR. QUINN:  Not yet.  But they asked for some things

3  that are worse.  They asked for some things that I think are

4  worse, Your Honor, in terms of our personal and professional

5  reputation.  You know, letters, correspondence, filings,

6  notices, you know, adverse inferences, jury instructions.

7  There's quite a laundry list there.

8       Many of these things, there is no legal authority for;

9  they don't cite legal authority for them.  Many of these things

10  I -- with respect, Your Honor, I don't think the Court has

11  authority to do.  Many of them are flatly contrary to law.

12       And in terms of the sanctions, what we would request is,

13  if we could, please, Your Honor, have an opportunity to respond

14  in writing to this litany of sanctions that they're asking for.

15       THE COURT:  Well, we'll see if we need to cross that

16  bridge, Mr. Quinn.

17       I would like to hear from Apple and Nokia and not keep

18  everyone here until the wee hours of the night, so I'll

19  certainly give you a full opportunity for rebuttal but I think

20  I understand your position on these key issues.

21       If you have further point on these points -- on these

22  issues, I'm happy to hear it.

23       MR. QUINN:  Okay.  I'm -- I think I'm done for now on

24  everything other than the sanctions issue.  I am concerned

25  about whether I've got a record on -- on the various requests

1   for sanctions.

2       So if -- if the Court doesn't think that it's appropriate

3   to give us a chance to respond in writing, then I feel

4   obligated to say some things about each of these requests.  I

5   don't know if the Court wants me to do that now.

6           **THE COURT:**  Well --

7           **MR. QUINN:**  I do have things to say.

8           **THE COURT:**  I do -- I know you do.  And -- And I guess

9   I would just as soon address that issue.  I'll give you a

10  chance, before we conclude the proceedings, in your rebuttal.

11          **MR. QUINN:**  All right.  Thank you, Your Honor.

12          **THE COURT:**  Thank you.

13      All right.  Let's hear from Apple and then I'd like to

14  hear from Nokia.

15          **MR. McELHINNY:**  Good afternoon, Your Honor.  Harold

16  McElhinny.

17      First, I would start by apologizing that Mr. Lee could not

18  be here today.  As the Court may know, he had a conflict.

19  Because we couldn't rearrange the hearing despite the Court's

20  willingness to do that, I have to come in and talk.  But,

21  unfortunately, what we have to do is, we actually have to

22  divide the arguments since Mr. Selwyn knows the facts at a

23  level.

24      I really want to briefly respond at the highest level

25  in -- in the way that Mr. Quinn set up a context.

1      We -- We are here because of a massive Protective Order

2  violation.  I mean, the -- the numbers are just stunning.  I

3  mean, disclosures to over 200 people who should not have had

4  access, 90 Samsung internal employees who should not have had

5  access.  1300 privileged documents on their privilege list, you

6  know, as far as we can tell, contain some or all of the

7  information.

8      And what we're talking about -- I got in trouble with,

9  Your Honor, the first time I appeared before Your Honor on this

10 case because I was trying to talk about the fact that Samsung's

11 corporate ethic and the FTC proceeding that they had been

12 facing, and employees eating documents, and -- and Your Honor

13 took correctly the position that that wasn't before you, it

14 wasn't part of the case.

15      And now you've been with this case for a long time and --

16 and --

17          THE COURT:  It only feels that way, Mr. McElhinny.

18          MR. McELHINNY:  I know.  Well, I was young when I

19 started this case, Your Honor.

20      But what we've got in this particular motion is, we've got

21 a perfect storm.  I mean, we have a law firm that advertises

22 itself as taking pride in a sort of a win-at-any-cost basis,

23 and we have a company, Samsung, who -- whose corporate ethic is

24 that it is above the law of any Court in any country in terms

25 of what it is willing to do in order to get an advantage.

1      Frankly, I think their brief that they filed -- First, I

2  was going to call it an embarrassment but I actually think it's

3  terrifying.  It starts off with a sort of traditional, I would

4  say, misleading characterization of the facts that Mr. Selwyn's

5  going to address.

6      It starts with a statement of the law where the critical

7  Ninth Circuit case is only mentioned only in a footnote.

8      But -- But it takes the position -- it takes the position

9  that this Court lacks the power to enforce its own Protective

10  Order.  And -- And that's the part that I think is terrifying.

11      We -- We are in a situation right now where the Quinn

12  Emanuel firm is holding thousands and thousands of pages of

13  Apple incredibly confidential information.

14      And the position that they've told you is that despite

15  what happened here, whether it was inadvertent or any of the

16  facts that Your Honor has access to that I don't, there is

17  nothing you can do to police that order.

18      And if that is true -- There's two things wrong with that.

19  You know, it can't be true.  I mean, if it was true, the whole

20  regime under which we litigate cases in this country, the

21  ability of this Court to provide a fair forum would not be

22  possible.

23      But the fact that they are comfortable even asserting that

24  position puts all of that information that they have, from us

25  and from everyone else who was relying on a Court-ordered

```
 1  Protective Order, to produce documents to that law firm.  It

 2  puts them at a huge risk and it puts the lawyers that represent

 3  them in an impossible, impossible situation to go to corporate

 4  executives and say, "Our system works."

 5          THE COURT:  Mr. McElhinny, I'm not sure I -- your

 6  position is correct.  But I think your position is slightly

 7  different; right?  I mean, if you read their papers, what

 8  they're saying is this Court's authority to enforce its

 9  Protective Order may come from its inherent authority.  It may

10  come from the vexatious litigation standards as well under

11  Title 28.  What it doesn't do or where it doesn't come from is

12  under Section -- Rule 37(b).

13      Isn't that a different --

14          MR. McELHINNY:  I actually --

15          THE COURT:  -- position?

16          MR. McELHINNY:  -- think they take two positions.  I

17  think they say you have no authority under 37(b).  But I think

18  they say you have no authority to punish -- as I read their

19  order -- any violation of a Protective Order unless the party,

20  who in this case is us, who doesn't have access to the

21  evidence, doesn't have -- can prove some level of

22  intentionality --

23          THE COURT:  That characterization, I might agree with

24  you.

25          MR. McELHINNY:  All right.  But -- But if that's
```

1   right -- If that's right, if I have to go to the executives of

2   the companies that I represent and say, "I'm going to give your

3   incredibly valuable" -- everybody agrees this information was

4   incredibly useful and valuable -- "and I'm going to turn it

5   over to a law firm that publicly takes the position that unless

6   we prove that violations of this Protective Order were done

7   intentionally, without access to any of the evidence, we have

8   no control over their behavior.

9        I can't do that.  And, Your Honor, I -- Frankly, I'm just

10  going to say Your Honor can't -- as I know you've said a

11  million times when people come in here and say, "This is too

12  valuable.  We can't turn it over," every judge in the world has

13  said, "This is how our system works.  These are the orders.

14  The attorneys who appear in front of me are officers of the

15  Court and you can rely on the system."

16           **THE COURT:**  Mr. McElhinny, let me ask you this.

17       Let's assume for the moment that the record has shown that

18  what happened here, whatever else you might say about it, was a

19  giant screw-up, but a screw-up, not a conspiracy, not an

20  intentional plot to distribute confidential Apple-Nokia

21  information.

22       If this was a screw-up, albeit in the context of an

23  intensely, you know, contested lawsuit, doesn't -- doesn't

24  that -- don't I have to take that under consideration under

25  even 37.

1       **MR. McELHINNY:**  Let me -- I want to come -- I don't

2   want to accept that hype -- I will respond to Your Honor's

3   questions, which is there are screw-ups and there are

4   screw-ups.

5       When people -- I mean, we have negligent law.  We have all

6   sorts --

7           **THE COURT:**  Yeah.

8       **MR. McELHINNY:**  -- of law that says, you do something,

9   if the effect of it is so significant or so powerful or so --

10  that some sort of remedial action has to be done.  And how do

11  you form that is difficult.

12      We have to propose sanctions to Your Honor when Your Honor

13  knows the factual record and we don't know it, where we don't

14  know how the evidence in all of the cases where you -- So it's

15  hard to figure out what those sanctions are, but -- but I

16  submit that when you're talking about this level of disclosure,

17  and the fact that evidence actually was, in fact, used, that

18  the answer is -- the fact if the first person did it

19  inadvertently -- in fact, now we're hearing that every

20  associate who looked at this did the same mistake

21  inadvertently, independently, that -- it may go to the level of

22  what the appropriate sanctions is but it cannot go to the fact

23  that the -- that the -- the breaches were not remedied.

24          **THE COURT:**  Well, I think the case law is fairly clear

25  under 37(b) that mere negligence is sufficient to trigger

1  whatever sanction may be appropriate.

2          **MR. McELHINNY:**  But let me jump into that part.

3          **THE COURT:**  Go ahead.

4          **MR. McELHINNY:**  Because -- I don't know how many

5  violations there are.  I mean, I -- Let me make this really

6  clear.

7      Apple -- because I can only speak for Apple -- we were

8  enormously grateful that Your Honor undertook to do the

9  in-camera inspection of all these documents.  Not every judge

10 would have done that.  It took a lot of time.  I know that it

11 took a lot of effort, and -- and in terms of getting towards

12 some relief, we were very grateful for that.

13     But -- But we do know that Your Honor, as Mr. Quinn said,

14 is not in a position to appreciate the significance of all of

15 those documents.

16     So we do know that even this, because of a related thing,

17 the -- the excessive use of the attorney-client privilege, the

18 filing documents under seal without serving us, serving us with

19 redacted briefs, Your Honor hasn't ruled on all those filings

20 yet so we don't know what's going to become public ultimately.

21     But at this point in the trial -- Mr. Quinn says we're

22 playing tennis without a net.  I'm playing tennis without a

23 racket or a ball.  I'm playing tennis based on somebody's

24 description of where the ball is coming, and trying to -- to be

25 fair, and trying not to lose my own personal credibility by

55

1    asking for sanctions that are, you know, unjustified.

2         And the way I get there, is, I get there, that no many

3    hundreds of violations there may have been, who -- who

4    circulated within who, how it got to lawyers in other

5    countries, if you -- if you, you know, tabulated it on a

6    violation-by-violation basis, no matter what that grand total

7    is, in this record, I find three absolutely intentional

8    violations that justify -- any one of them would have justified

9    the motion severe sanctions.

10        One Your Honor is obviously all over because you discussed

11   it with them this morning and that's the December-January

12   communications with Shim.

13        I don't want to misstate the record because I don't have

14   the record.  I didn't see it documented, but at least as I

15   understood it, there was no coordinate -- there was no proof in

16   the record of any specific communication with Mr. Shim asking

17   him not to look at these documents.

18        And -- And if it's there, it tells us one of two things.

19        We do know that after that communication allegedly was

20   made, as Your Honor pointed out, Shim is sending the same

21   unredacted report -- it's got the same file title -- and he's

22   sending it internally at Samsung, he's sending it to licensing

23   executives, he's sending it to lawyers overseas.

24        We know one of two things has to be true:  Either the

25   whole story's made up, and he was never told this, or he

1   ignored it.  And -- And that's intentionality at either point

2   in this process.

3        The disclosure may have been -- I mean, to defend Quinn on

4   this point, the disclosure may have been inadvertent and maybe

5   they called the guy up, you know.  I didn't know there was an

6   e-mail and I don't -- still don't know if there's an e-mail.

7   But maybe they contacted him and said, "This is a terrible

8   mistake.  Don't even open this."

9        But if they did that, we know that Shim did not follow

10  that direction, because we know from the chronologies that he

11  continued to send this report around to people to whom that

12  information was incredibly critical.

13          **THE COURT:**  As did others at Samsung after that point

14  in time.

15          **MR. McELHINNY:**  Completely -- That is an intentional

16  violation by Samsung at least.  It's either a misstatement from

17  Quinn or it's an intentional violation from Samsung on this

18  record that -- If that was the only thing that had happened

19  here, it would justify the most severe sanctions that this

20  Court can hand out.  But it's not.

21       We -- We have the doctor on Nokia meeting.  And, again --

22  Your Honor has -- You know, you have before you what has to be

23  the strangest declaration I have ever seen filed in litigation.

24       You have a senior executive from Samsung telling this

25  Court under oath that he's a liar.  But what he says is, "I'm

1    not lying to you.  I was lying to my potential business

2    partners because I was attempting to deceive them into thinking

3    that I have this incredible confidential information which, by

4    the way, I did have."

5         And so we -- we've got a weird thing going on there, I

6    mean, in terms of the credibility functions.  I -- But -- But

7    to take Dr. Ahn's story that you're not the person he's lying

8    to, and to discount what the Nokia people have actually said in

9    their depositions and under their declaration about Dr. Ahn's

10   use of this material, I think it can't be done on this record.

11        And if Ahn did say, "All information leaks," and then

12   you've had, you know, either identical or incredibly similar

13   information for the purpose of giving them the impression that

14   he knew their inside top secret business information, that's an

15   intentional violation of this Protective Order.

16        **THE COURT:**  Would it be enough in your view on that

17   point, Mr. McElhinny, that direct reports to Dr. Ahn were made

18   aware of this information?  If we could at least establish that

19   point, would that be sufficient?

20        **MR. McELHINNY:**  The -- The -- This is -- This is where

21   I don't have the facts and I don't have the depositions.  And

22   please don't give them to me.  I mean, I don't -- You know, to

23   have this go off into a satellite litigation of years and

24   years, you know, that happens to fall into Samsung's strategy

25   on these issues, and that's not -- But -- But if, in fact,

 1   Dr. Ahn didn't open these reports that were sent to him, the

 2   question is, why didn't he?

 3        And the answer to that is everybody in the licensing

 4   group, everybody who sat around and had the strategy about how

 5   to deal with this, knew the information.

 6        And the answer was, when -- when Mr. Shim was asked

 7   directly in his deposition, "Can you represent to the Court

 8   that this information was not used in licensing negotiations,"

 9   he said, "I cannot do that."

10        Where do the presumptions go here?  I mean, that's --

11   that's -- that's the issue.  But that's the second intentional

12   violation.  I mean, we have . . .  Anyway.

13        The third one, which I haven't heard discussed here yet,

14   sort of danced around at the end, is, Nokia files this motion

15   on July 1.

16        All right.  They have to do it, you know.  Nobody knows

17   where it's coming from.  We never heard about this.  We're

18   going to do an investigation.

19        On July 16th, they send a letter -- Quinn sends a letter

20   to Nokia admitting Protective Order violations, and they do not

21   copy Apple.

22        But as Your Honor pointed out in an order, they also said

23   to Nokia, "Let us destroy all of the evidence of these

24   communications," and Nokia said no.

25        I'm not a criminal lawyer.  I don't know where obstruction

1    of justice Starts.  It certainly would have started if they had

2    destroyed the documents.  Whether simply making the offer gets

3    you to that line, I don't know the answer.

4        But when you have a Protective Order that says "disclose

5    immediately," I just sat here and -- and heard, you know,

6    lawyers say, "Producing isn't disclosure."  That's nuts.  I

7    mean, it's just plain nuts.  But it doesn't protect what they

8    did in July.

9            THE COURT:  Are you saying that their obligation was

10   only triggered in July?

11           MR. McELHINNY:  No, I'm not.  I'm saying as of

12   July 16th, when they sent a letter to Nokia saying, "We

13   violated the Protective Order," and didn't send it to Apple and

14   suggested the destruction of evidence, that is, frankly, one of

15   the most serious violations of a Protective Order I've ever

16   heard of.

17           THE COURT:  At a minimum, it's deliberate behavior.

18           MR. McELHINNY:  It is certainly deliberate behavior.

19   It is -- It is -- It is intentional.  And, again, you would

20   have to put blinders on to ignore the complete chronological

21   overlap between the delay in getting the information to Apple

22   and the decision-making process that was going on in the ITC

23   and the USITR at exactly the same time.

24       So, Mr. Selwyn needs to get up and he needs to talk about

25   the details of all of this.

1       But -- But the question of whether -- how serious this

2   matter is, I think it is -- it couldn't be more serious.

3       On the sanctions issue, without going into the specifics,

4   there are two different institutional interests concerned here.

5   Your Honor also pointed this out in your order.

6       Apple has it's own institutional interest.  Apple is a

7   victim in this.  We try the victim.  I know we accuse us (sic)

8   of wrongdoing and all this, because that's the classic defense.

9       But Apple is a victim here.  Apple is entitled to remedies

10  under the Protective Order.

11      Frankly, we are not in a position, given our limited

12  access to the information, to know how much to ask for.  I

13  mean, I -- I know Your Honor was joking, but flogging, you

14  know, conceivably might have been the right answer here if it

15  would make somebody pay attention to these kinds of orders, and

16  as officers of the Court to admit wrongdoing and to come

17  forward and cure the problem rather than to litigate it.

18      But what I know Your Honor has the eye on -- your eye on

19  is the Court's institutional interest, and I started with that

20  and I'll close with that, which is, we need these orders to

21  work in order to provide a fair forum for litigation.

22      And the problem -- It's like professional sports.  I mean,

23  you know, when people used to rely on sportsmanship so that

24  people wouldn't take -- enforcing drugs.  You know, you got to

25  the point where it didn't work anymore and sanctions had to be

1   put into place because you couldn't rely on professionalism.

2        And I'm afraid that's the place where we are now.  People

3   are not going to be willing to take people's word for this.

4        Back in the day, when I was younger, I had the great honor

5   of serving as a member of what they called the Review Committee

6   of the State Bar Court, and that was before it was reorganized.

7   That was the body that did judicial discipline in California.

8        And we looked at all the cases.  And one of the things

9   that we learned very quickly was that the most dangerous cases

10  were those that involved lawyers who could not and would not

11  admit that they had violated the rules, and lawyers who -- who

12  took the position that they could sort of outlitigate the

13  system.

14       And the reason that those were the most dangerous is

15  because they have the greatest risk of recurrence.

16       The facts that are given here now, if -- if Quinn and

17  Samsung walk away from this, if there are not serious remedies,

18  if there are not serious penalties for this, it really does

19  undercut the entire system.  It shows that -- that a cavalier

20  show-no-same, show-no-fear attitude works, and it sets the bar

21  for attorney behavior before this court.

22       I'm going to turn it over to Mr. Selwyn who --

23            **THE COURT:**  Okay.  Thank you, Mr. McElhinny.

24       We'll hear from Mr. Selwyn next.

25       Go ahead, Mr. Selwyn.  Good afternoon.

1          **MR. SELWYN:**  Good afternoon.

2     Your Honor, I plan to address the issues in three parts.

3 First, I'll respond to Mr. Quinn's characterization of the

4 facts in more detail than Mr. McElhinny did.

5     Second, I will respond on the legal issues.

6     And, third, in light of the facts and the relevant law,

7 I'll address why each of the sanctions that Apple recommends is

8 appropriate and tailored to the violations that have occurred.

9     Let me begin, if I may, with the response to Samsung's

10 characterization of the facts.

11     Let me begin if I may with a response to Samsung's

12 characterization of the facts.  From the first moment Samsung

13 told anyone about the massive breaches that have happened

14 higher, Samsung has attempted to minimize and obscure the

15 violations.

16     According to Samsung, having 220 people in 19 law firms

17 spread in 10 countries around the world learn the specifics of

18 the Apple-Nokia license and Apple's licenses with other

19 competitors is merely quoting inadvertent violation of the

20 Protective Order.

21     Your Honor, the first step in fixing any problem is to be

22 honest about the size and the nature of the problem, and we're

23 still waiting for Samsung to do that.

24     On this point of inadvertence, that's not a fair

25 characterization of what has transpired.  Samsung and Quinn

1  Emanuel have demonstrated a reckless disregard for compliance

2  with the Protective Order and let me explain why.

3       There's no dispute that multiple attorneys at Quinn

4  Emanuel and Samsung knew as of December 2012 the Teece

5  report -- which, mind you, by that point had already been

6  circulated to 165 unauthorized recipients -- they knew it was

7  improperly redacted and that it contained financial terms from

8  four commercially sensitive Apple patent License Agreements.

9       Samsung says in their briefing, a Quinn Emanuel associate

10 realized within hours that the documents sent on December 21st,

11 2012, to Mr. Daniel Shim at Samsung contained Apple

12 confidential information.

13      Samsung claims that no one at Quinn Emmanuel realized at

14 that time that the same incompletely redacted Teece report had

15 been previously sent to Samsung.

16      **THE COURT:**  On that point, Mr. Selwyn, I want to get

17 your views, and, again, I appreciate you do not have the same

18 visibility into these documents that certainly I do, and

19 perhaps Samsung does.

20      I thought we just heard a few minutes ago during Samsung's

21 presentation that at least one associate was responsible for

22 redacting both the version posted on the FTP site as well as

23 the version which was sent to Mr. Shim in December.

24      Did I hear that correctly?

25      **MR. SELWYN:**  Yes.

1           THE COURT:  So that would suggest that at least one

2   attorney of record in this case at the firm understood that

3   there was a problem with the FTP site in December; right?

4           MR. SELWYN:  And I would go beyond that, Your Honor.

5       This was a preexisting redacted document.  We have to

6   dwell on that for a moment.  It had the same file name as the

7   improperly redacted Teece report that was on the FTP site nine

8   months earlier in March of 2012.

9       And the attorneys at Quinn Emanuel who were responsible in

10  sending the Teece report to Mr. Shim in December 2012 knew it

11  was a preexisting redacted report.

12      They didn't do any redaction in December of 2012.  You

13  haven't heard any evidence of that.  They took a preexisting

14  redacted report and sent it.

15          THE COURT:  Well, they didn't do any further

16  redactions at least until after they had sent the copy to

17  Mr. Shim.

18          MR. SELWYN:  We'll get to that, yes.

19      Now, since the only purpose for preparing a redacted

20  version of a document is to send it to persons not entitled to

21  access the unredacted confidential version, those Quinn Emanuel

22  attorneys had to have known that it, in fact, had been sent

23  earlier to Samsung and to others.  That's not conduct that can

24  be downplayed as inadvertent.

25      What we're talking about here at a minimum -- at a

```
 1   minimum -- is a failure to investigate.  And Samsung's failure

 2   to investigate whether the same incompletely redacted version

 3   had been sent to Samsung earlier than December 2012 was not

 4   deliberate, then at least it was reckless or willfully blind.

 5        Quinn Emanuel lawyers say they told Mr. Shim that the

 6   Teece report contained Apple confidential information and that

 7   Mr. Shim confirmed that he had deleted the report without ever

 8   opening it.

 9        But Mr. Shim, he admits he received the document.  He says

10   nothing about deleting it in the declaration filed with this

11   Court, at least as far as we can see.

12             THE COURT:  Oh, he says he can't remember; right?

13             MR. SELWYN:  Well, that part was redacted from our

14   version.

15             THE COURT:  I'll tell you right now that's what he

16   told me.

17             MR. SELWYN:  Well, that's -- If you look at Pages 225

18   and 226 of his deposition testimony, I think you'll find

19   something consistent with that.

20        We haven't seen any documents produced in this case that

21   evidences Mr. Shim's deletion of the document as he was

22   purportedly required to do.

23        And for all of the forensic work that Samsung claims to

24   have been -- have done in the last several months, all the

25   money that it has spent, it hasn't provided us with a shred of
```

1  forensic evidence to suggest that, in fact, Mr. Shim deleted

2  the document.

3      And even after it admits that it knew the Teece report

4  that it sent to Samsung was improperly redacted, Quinn Emanuel

5  sent a new version of the Teece report, still containing

6  Apple's highly confidential information, not once, not twice,

7  but three further times, beginning with the redacted version

8  sent on January 4th, 2013.

9      Your Honor, a Protective Order violation is not

10 inadvertent when, after you know that you have sent your

11 adversary's confidential information to your own client, you

12 don't -- you don't investigate whether you did it before, you

13 do nothing to change your procedures, and you take so little

14 care to avoid doing it again that it happens not once, not

15 twice, but three more times.

16      **THE COURT:**  Mr. Selwyn, now, let's assume for the sake

17 of this part of our conversation that it was simply a further

18 screw-up.  One screw-up plus another screw-up still equals a

19 screw-up; right?  Or is it something more in your opinion?

20      **MR. SELWYN:**  It is something more because after it's

21 been done once, twice, three times, you can no longer call it a

22 screw-up.

23      After the first screw-up, you have a duty to investigate.

24 You have a duty to figure out what dissemination of that

25 document has occurred.

1      Quinn Emanuel should have asked:  What was the source of

2   that document?  What was the source of the redacted document

3   that I know I sent in error?  Who received that redacted

4   document previously?

5      If they had asked themselves those two questions in

6   December of 2012, boy, we could have avoided a lot of this.

7      This was no mere technical violation of the Protective

8   Order.  The information Quinn Emanuel gave to its licensing and

9   litigation executives is some of Apple's most confidential

10  information.

11     As Mr. Risher testified in his deposition, this is the

12  type of information that even within Apple very, very few

13  people have access to.  It's information that's indisputably

14  directly relevant to Samsung's licensing negotiations with

15  Apple and several Apple competitors, as well as directly

16  relevant to Samsung's litigation strategy in this case and

17  others on the FRAND issue.

18          **THE COURT:**  It's also the kind of information that you

19  all actually agreed was worthy of an appeal to the Federal

20  Circuit and a reversal of the District Judge; correct?

21          **MR. SELWYN:**  Well, it's actually information that

22  didn't require that because it was information of the nature

23  that Judge Koh agreed should be sealed.  This very License

24  Agreement, the parties, Apple and Nokia, moved to have sealed

25  before trial and Judge Koh agreed.

1          In Document Number 1649, citing the Electronics Arts case,

2    she wrote that (reading):

3               "Disclosure of these license terms could result

4          in significant competitive harm to the licensing

5          parties as it would provide insight into the structure

6          of the licensing deals, forcing them into an uneven

7          bargaining position in future negotiations."

8          That is exactly what has occurred.  The information has

9    been disclosed, and now that very risk has manifested itself.

10   There's nothing that could be described as merely technical in

11   these violations.

12         Samsung also argues and said in its brief several times

13   that what was improperly redacted was just a few lines.  We

14   heard that again and again.

15         Even that is untrue, Your Honor.  It's, in fact, eight

16   separate paragraphs.  It's not just a few lines.  It's

17   Paragraphs 190 to 193, Paragraphs 89, 111, 215, 265.

18   There's -- There's no dispute about that.  I don't know where

19   we get that it's just a few lines.

20         Incredibly, Samsung characterizes its Protective Order

21   violations as discrete.  That's not correct, either.  The

22   undisputed record confirms that Samsung's and Quinn Emanuel's

23   violations are far from a single isolated incident.

24         If this were a single isolated incident, no chance we

25   would be here.  It's the repetition over and over again leading

1    to hundreds of unauthorized recipients.

2        This --

3            **THE COURT:**  Mr. --

4            **MR. SELWYN:**  -- actually --

5            **THE COURT:**  Mr. Selwyn, I'm sorry for interrupting

6    you.

7        I wanted to ask you:  Do you have any problem, and should

8    this Court have any problem, with parties undertaking the

9    effort . . . to circulate widely materials that are -- that are

10   redacted but not approved by the other side?

11       Where I'm going with this is -- is really this notion that

12   you all are proceeding at your own peril in circulating

13   information that is redacted or otherwise shielded and avoids

14   the problems of a Protective Order, and if you screw up, that's

15   something that you're going to have to ultimately pay for.

16       Do you -- Do you think that's something I ought to weigh

17   in my analysis at all?

18           **MR. SELWYN:**  Well, I think that's correct, that the

19   proper procedure and the one that we followed with respect to

20   IC -- ITC materials is to send them to Samsung in the proposed

21   redacted form for approval before sending them to --

22           **THE COURT:**  Is Mr. Quinn --

23           **MR. SELWYN:**  -- our client.

24           **THE COURT:**  -- or Mr. Pease correct that there was no

25   formal agreement here between the parties in this case?

1          **MR. SELWYN:**  I don't have anything written to that

2    effect.   I do know that our practice was to send copies of what

3    we wanted to send to the clients in proposed redacted form to

4    Samsung before we would send it to the client.   The mere

5    designation on the document as Confidential Samsung Business

6    Information, even if widely overbroad, was enough such that we

7    felt compelled to share it with Samsung --

8          **THE COURT:**  If nothing else, it's an inexpensive --

9          **MR. SELWYN:**  -- before sending it to --

10         **THE COURT:**  -- CYA; right?

11         **MR. SELWYN:**  Well, it's that and parties may have

12   different perspectives on what's confidential within a

13   document.

14       Let me talk a little bit about the chronology here.

15       The first draft Teece report to have been sent to

16   unauthorized recipients was not March 24th in the FTP site, it

17   was March 21st, 2012.   It was a draft Teece report.

18       We know that from Mr. Becher's October 21st, 2013,

19   declaration at Paragraphs 41 through 44 in Exhibit T.

20       We don't know much about this document.   We had not seen

21   this.   We don't know what was not properly redacted but we do

22   know that on that date, three days before the final report was

23   posted on the FTP, there was an improperly redacted Teece

24   report that was disseminated.

25         **THE COURT:**  And that was disseminated by e-mail in

1  attachment; correct?

2      **MR. SELWYN:**  Correct.  Correct.  And again we don't

3  know if it was more than eight paragraphs, fewer than eight

4  paragraphs.  We don't have any visibility to that whatsoever.

5      Then we have the final Teece report on March 24th, 2012.

6  We have the second redacted -- redacted in a different way --

7  Teece report in January of 2013.

8      Then we have multiple versions of outline and draft

9  submissions to the ITC in March and April of 2013.

10      Let me just pause for a minute on the ITC issue because I

11  think Mr. Quinn has generated some confusion.

12      The executed Apple-Nokia agreement was produced by Apple

13  on January 5th, 2012, in the 1846 case with Bates numbers for

14  the 1846 case.

15      The same documents with the same Bates numbers from this

16  case was Samsung's trial Exhibit CX446 at the ITC hearing.  It

17  was deemed cross-produced in the ITC on February 1st, 2012, by

18  Paragraph 22nd to Judge Gildea's Order Number 25.

19      That document is subject to this Court's Protective Order.

20  To be sure it's also subject to the ITC's Protective Order.

21      But the notion that Your Honor can't weigh in on that

22  dissemination of Apple's confidential information because it

23  occurred in the ITC, in an ITC brief, is just incorrect.

24      There were at least 35 separate and improper disclosures

25  of the Teece report.  At least eight disclosures of the Teece

 1    report by Quinn Emanuel attorneys, 27 more further

 2    disseminations of the Teece report by Samsung in its outside

 3    law firms around the world.  And these -- this data's just

 4    taken from Mr. Becher's declarations.

 5         We have at least five of Quinn Emanuel's attorneys who

 6    improperly sent Apple's confidential information, at least 220

 7    unauthorized recipients.

 8         These numerous unauthorized disclosures reflect not

 9    inadvertence but a systemic failure to comply with the

10    Protective Order.  And we emphasize the word "systemic" because

11    even after Samsung discovered that Mr. Shim had received

12    Apple's confidential information, it put by its own admission

13    no system in place to avoid a repeat.

14         Fourth, Quinn Emanuel claims that it fully complied with

15    the Protective Order's notification requirements.  That in our

16    view is a very troublesome claim when you consider the

17    chronology of events that have occurred here.

18         Section 18 of Your Honor's Protective Order requires that

19    (reading):

20             "In the event a party improperly discloses

21         material designated as protected under the Protective

22         Order, it must immediately notify counsel for the

23         producing party and provide to such counsel all known

24         relevant information concerning the nature and

25         circumstances of the disclosure."

 1        Immediately notify, not notify when it pleases you.

 2   Provide all known relevant information, not provide just the

 3   information that you want.

 4        The failure to immediately notify Apple and Nokia in

 5   December 2012 and in the subsequent seven-month delay after

 6   that indisputably allowed further dissemination and misuse

 7   against Apple and Nokia.  We have records of further

 8   dissemination to 65 unauthorized people.

 9        That delay also impacts indisputably the availability of

10   evidence.  As we know, e-mails were deleted through auto

11   deletion functions and employees left Samsung and were no

12   longer available.

13        On July 16th, Samsung notified Nokia of the breach,

14   including by, to quote Samsung's December 2nd brief (reading):

15        ". . . Identifying the authors and recipients of the

16        relevant e-mails, as well as the contents of the

17        attachments that related to the Apple-Nokia License

18        Agreement."

19        Again ignoring Section 18 of the Protective Order, Samsung

20   failed to inform Apple at the same time Nokia was informed.

21        Now, Samsung suggests in its brief that there was a reason

22   for that, there was a reason it waited, and that's to provide

23   Apple with a meaningful report.

24        But there's no explanation, no explanation has been

25   offered to Your Honor this morning, why it could not have

```
 1  provided Apple the same notice that Nokia received on

 2  July 16th.

 3      Let me suggest to you, Your Honor, that that delay was a

 4  deliberate one and it was a calculated one.

 5      During those two and a half weeks, the United States trade

 6  representative was determining whether to veto the ITC's

 7  Exclusion Order against Apple, and Samsung was arguing to the

 8  USDR that it should not do such a veto.

 9      And when Quinn Emanuel finally sent its notification on

10  August 1st in a letter to me that was marked "Outside Counsel's

11  Eyes Only," we immediately recognized the potential gravity of

12  the breach.

13      And almost immediately, I sent back a note to Quinn

14  Emanuel asking whether I could share the letter with my client.

15  We got more delay.  I asked twice more.

16      The next morning, which was the same day that the decision

17  from the USDR was due, a Quinn Emanuel partner sent me the

18  following e-mail (reading):

19          "Mark, sorry for the delay.  I am looking into

20      this.  Why do you want to share the letters with

21      Apple?"

22          "Why do you want to share the letters with

23      Apple?"

24      On August 3rd, the USDR issued its decision.  And on

25  August 4th, I received the following e-mail from the same
```

1  partner (reading):

2           "You may share the letters --

3           "Mark, you may share the letters with Apple."

4       The morning after we got the decision.  That chronology,

5  in our view, speaks volumes.

6       Samsung says there's no evidence that anyone used the

7  improperly disclosed confidential information.  We know that's

8  not true, either.  There's substantial evidence that Samsung

9  used this information against Apple.

10       There's no dispute that Samsung's in-house attorneys

11  reviewed and approved -- reviewed and approved a FRAND argument

12  against Apple that it could not have reviewed, could not have

13  approved, had Samsung -- had Quinn Emanuel and Samsung complied

14  with the Court's Protective Order.

15       And I'm referring now to the portion of that draft brief

16  which we have submitted to Your Honor that was disclosed

17  improperly to many, many folks at Samsung.

18       We have very strong circumstantial evidence that Samsung

19  licensing and litigation executives used Apple's confidential

20  information for licensing strategy against Apple.

21       As we detail in our sealed brief, the strong

22  circumstantial evidence -- And, to be sure, it is

23  circumstantial evidence.  We don't have visibility to all of

24  the documents, but the strong circumstantial evidence is that

25  Samsung framed its license offers to Apple based on that

1  improperly disclosed license information.

2          THE COURT:  And so, Mr. Selwyn, I want to make sure I

3  understand Apple's position on that point as clearly as I can.

4          MR. SELWYN:  Yeah.

5          THE COURT:  You're saying that the cross-designation

6  of the production under the ITC Protective Order did not in any

7  way, shape or form authorize Samsung to have access to that

8  License Agreement in the ITC proceeding.

9          MR. SELWYN:  Samsung's outside counsel, for sure,

10 could have access to the License Agreement --

11         THE COURT:  Okay.

12         MR. SELWYN:  -- in the ITC proceeding.

13         THE COURT:  But Samsung itself, of course, would have

14 no right.

15         MR. SELWYN:  No right whatsoever.

16         THE COURT:  Okay.

17         MR. SELWYN:  They had no right to receive the

18 information that was in that draft brief to review and approve

19 that argument that was submitted to the ITC to justify the

20 FRAND offered that was made.

21                  (Pause in proceedings.)

22         MR. SELWYN:  On this issue of harm, Samsung has been

23 able to negotiate with Apple and to craft a litigation strategy

24 with knowledge of Apple's license terms with Nokia and with

25 other competitors.

1        And Samsung may yet use the improperly gained information

2   in future negotiations with other licensees -- licensors of

3   Apple's.   Samsung's licensing executives -- and Mr. Pease just

4   explained that the litigation and licensing team, they work

5   very closely with one another -- they're now armed with

6   knowledge regarding the license terms of some of Apple's

7   biggest competitors.   And those improper disclosures have

8   created an information asymmetry that gives Samsung an unfair

9   advantage in license negotiations.

10       So none of the factual predicates of Samsung's argument

11  against sanctions are supportable.   Violations were not

12  inadvertent.   They were not merely technical.   They were not

13  discrete.

14       Samsung and Quinn Emanuel did not fully comply with the

15  Protective Order's requirements.

16       Let me turn now to the legal issues.

17       Samsung makes the argument to this Court that it doesn't

18  have the power and it shouldn't use that power to issue

19  sanctions in these circumstances.

20       The law is not so impractical and so weak as Mr. Quinn

21  suggests that it would overlook misconduct that has occurred.

22  The law fully supports the imposition of severe sanctions based

23  on the facts before you.

24       As the Court has previously emphasized, protective orders

25  serve a vital function in the functioning of the judicial

process.  And just as Samsung has seriously misinterpreted the

Protective Order, so too it has seriously misinterpreted the

controlling law requiring violations of the Protective Order.

    First, Samsung argues that the Court cannot apply

Rule 37(b)(2) to violations of Protective Order.  It relies on

an Eleventh Circuit case to suggest that Rule 37(b)(2) does not

apply --

            **THE COURT:**  Let's --

            **MR. SELWYN:**  -- to Protective Orders.

            **THE COURT:**  -- assume for the moment that I choose to

follow Ninth Circuit precedent rather than Lisher (phonetic);

okay?

    Let me -- Let me ask you:  Do you believe that under 37(b)

I have all the authority that I need to order the sanctions

that you are requesting; that I don't have to go to inherent

authority or any of the other powers that --

            **MR. SELWYN:**  Yes.  You have the authority under

37(b)(2) to apply the sanctions that we have requested.  The

Court also has its inherent authority to do so.

    But, yes, 37(b)(2) does give the Court that authority.

    I'll just cite for Your Honor a Ninth Circuit case that is

not cited in Samsung's brief, which is the Westinghouse

Electric Corporation case, 992 F 2d 932, which makes it very

clear that (reading):

            "37(b)(2)" -- and I'm quoting -- "should provide

1          comprehensively for enforcement for all discovery

2          orders, including Rule 26 Protective Orders."

3       So I don't think that there's any fair dispute on that

4    question.

5       Samsung next argues that a finding of bad faith is

6    required and cannot be shown here.  That, too, we believe

7    misstates the law of the Ninth Circuit.  Bad faith is clearly

8    not required in order for sanctions to be imposed.  Your Honor

9    can certainly consider bad faith in determining what sanctions

10   are appropriated, but they are not a threshold requirement.

11         **THE COURT:**  And you specifically distinguish

12   willful -- willful or deliberate behavior from bad faith under

13   that precedent.

14      I mean, my point is, the Ninth Circuit draws that

15   distinction; correct?  You don't have to actually find bad

16   faith.  That is a malicious intent regarding the outcome as

17   opposed to deliberate steps taken in advance of the -- of that

18   outcome.

19         **MR. SELWYN:**  In the Rule 37 context, you don't need

20   any of those three.

21         **THE COURT:**  Right.

22         **MR. SELWYN:**  You don't need bad faith; you don't need

23   willful conduct.

24      And I refer Your Honor to the Hyde & Drath against Baker

25   case, 24 F 3d 1162, where the Court said (reading):

1          "The fact that there is no evidence that" the

2      plaintiffs "acted in bad faith does not immunize it

3      from sanctions.  We have not required a finding of bad

4      faith on the part of the attorney before imposing

5      sanctions under Rule 37."

6      In any event, although it's not necessary to find bad

7   faith, there's ample evidence of bad faith here:

8      We have Samsung's failure to quarantine Apple's

9   confidential information; Samsung's failure to notify Apple on

10  a timely basis; Samsung's suggestion to Nokia that it could

11  delete information before providing notice to Apple; Samsung's

12  improper assertion of privilege of the deposition of employees,

13  improper assertion of privilege with respect to every single

14  document that was produced to Your Honor; Samsung's submission

15  of briefs and declarations on an ex-parte basis here.

16      At a minimum, Samsung has shown reckless disregard for the

17  Court's Protective Order and under the law that is equivalent

18  to bad faith.

19                    (Pause in proceedings.)

20      **MR. SELWYN:**  Let me turn lastly to the basis for our

21  sanctions requests.  And I want to specifically address the

22  sanctions that Apple seeks and focus in particular on why those

23  sanctions are appropriate under the circumstances here.

24      The sanctions that Apple requests would serve multiple

25  purposes:

1         First, they would begin to cure the harm and the

2    continuing threat to company's whose licensing information has

3    been leaked.

4         Second, they would help to vindicate the courts and the

5    public interest in promoting rigorous compliance with

6    Protective Orders.

7         And, third, they would help to deter in the future the

8    type of action -- or, rather, the type of inaction in which

9    Samsung and Quinn Emanuel engaged in here.

10        Apple requests four sanctions intended to cure the harm to

11   Apple and address a continuing threat.

12        First, the Court should make public in its sanctions order

13   certain findings about Samsung's conduct.  Each of these

14   findings is well supported by the record and would serve an

15   important benefit of making the public aware of Samsung's

16   misconduct.

17        First, the finding should describe Samsung's and Quinn

18   Emanuel's misconduct in violations of the Protective Order.

19        **THE COURT:**  Mr. Selwyn, I have your papers on this and

20   I really do want to focus us on what's most troubling to me.

21        You in your papers and now here today don't seem to draw a

22   heck of a lot distinction between Quinn Emanuel and Samsung in

23   terms of the sanctions to be meted out.  I appreciate that the

24   effect of some of these four sanctions may be different for one

25   or the other.

1       Could you speak to, in your view, who really is culpable

2   here?  Are they equally culpable or not?

3           MR. SELWYN:  Well, it's -- it's very hard to put a

4   percentage it.  And because we don't have visibility to all of

5   the documents, it's especially so.

6       We do know that in large part this would not have occurred

7   if Samsung had done the proper investigation at the right time.

8           THE COURT:  Now, you're saying Samsung or Quinn

9   Emanuel?

10          MR. SELWYN:  I'm sorry.  Quinn Emanuel at the right

11  time, and that's December of 2012, even giving Quinn Emanuel

12  the benefit of the doubt with respect to the earlier

13  disclosures.  But at the very least, by December, there was

14  knowledge that required a duty to investigate.

15      But we also know, because the recipients of the

16  information were themselves sophisticated people -- in fact,

17  Dr. Ahn is a member of the California Bar -- that they had

18  duties as well.  And they knew the importance of Protective

19  Orders and the obligations that are imposed by Protective

20  Orders.

21      And if you look at the depositions that we took of each of

22  the Samsung employees, they were very cognizant of what the

23  Protective Orders require, and themselves in patent cases

24  insist upon Protective Orders to protect their own confidential

25  information.

 1       So the thought that they would not recognize -- that none

 2  of the hundreds of people would recognize, as Samsung has

 3  argued, that this was highly sensitive licensing information of

 4  Apple and other parties is . . . beyond belief.

 5                    (Pause in proceedings.)

 6       **THE COURT:**  I think I understand your position on the

 7  individual sanctions you've requested in light of the papers

 8  you've submitted.

 9       But I want to ask you to focus on the authority of this

10  Court to address the injunction, 12630.

11       **MR. SELWYN:**  Yes.

12       **THE COURT:**  I believe you request certain remedies

13  from -- from me that would impact Samsung's ability to secure

14  an injunction from Judge Koh, and I'm unclear as to my

15  authority to do that.

16       **MR. SELWYN:**  Correct.  The reason we have requested

17  that is because the equitable powers of this Court and the

18  well-established standard that one who seeks equity must do

19  equity.

20       And in our brief, we have cited to Your Honor multiple

21  Federal Circuit courts -- Federal Circuit cases where those

22  equitable principles were invoked under circumstances of

23  unclean hands to deny the other party one of the -- one of the

24  benefits that it was seeking from the Court.

25       In this instance, Samsung is seeking to take advantage of

 1  the -- taken advantage of knowledge of Apple's confidential

 2  information.  It has the potential if not the actual ability to

 3  craft FRAND negotiate -- FRAND arguments to benefit it, not

 4  only in the 630 case, not only in the 1846 case, but in cases

 5  around the world.

 6        THE COURT:  And you -- If I were to agree with you,

 7  you're suggesting that I have the authority to cabin or

 8  restrict their ability to secure that equitable relief from Her

 9  Honor?  This sounds to me like a Judge Koh issue is what I'm

10  getting at.

11        MR. SELWYN:  Well, I think at a minimum, Your Honor,

12  you can issue a report to Judge Koh describing your

13  recommendation and the bases, therefore, under which the Court

14  should invoke its equitable power to limit Samsung's ability to

15  seek an injunction under these circumstances.

16        THE COURT:  All right.  Well, Mr. Selwyn, as I said, I

17  think I understand the remainder of the points from your papers

18  so I do want to hear from Nokia --

19        MR. SELWYN:  Thank you.

20        THE COURT:  -- before I return to Mr. Quinn.  Thank

21  you.

22     Mr. Allen.

23        MR. ALLEN:  Thank you, Your Honor.

24     It seems like I ought to turn first to the -- to the

25  June 4th meeting.

 1      In his remarks, Mr. Quinn quoted a portion of Mr. Melin's

 2 deposition from that meeting.  And he quoted, I believe, a

 3 portion from the -- The meeting was divided into segments

 4 separated by breaks.

 5      He quoted a portion of the meeting from the first -- or a

 6 portion of the deposition from the first portion where

 7 Mr. Melin testified that Mr. Ahn simply said in the first

 8 portion, "I have an idea what Nokia and Apple" -- what --

 9 excuse me -- "what Apple paid to Nokia."

10      He didn't quote the testimony from Mr. Melin's deposition

11 after the break, which I think is more pertinent to the issue

12 that the Court's concerned about.  And I don't believe that any

13 of it is -- is troubled by the Protective Order.

14      I'll read it to the Court.  It begins at Page 172,

15 Line 24, and this is Mr. Melin's testimony (reading):

16           "A.  And -- And at this time" -- this time being

17      in the second portion of the meeting -- "he said" --

18      "he" is Mr. or Dr. Ahn -- "he said that he knows what

19      Apple is paying to Nokia; that -- that Samsung is

20      in -- in mini litigations and that -- that these

21      License Agreements are produced in connection with

22      these litigations.  And while they are supposed to

23      remain confidential, all information leaks."

24      Those were the specific words I vividly remembered him

25 using, "all information leaks."

1        Now, Mr. Quinn described a few things that -- that

2   Mr. Melin did not say.  And I think I agree with him on most of

3   these.

4        Mr. Melin did not say, either in his declaration or his

5   testimony, that it was Quinn Emanuel that conveyed information

6   or that it was this litigation that the information was leaked

7   in.  Certainly one could have surmised that from the -- from

8   the circumstances.

9        He also did not say that the outside counsel communicated

10  the information directly to Mr. Ahn.  He said that it was

11  communicated to his team.

12       The way that Mr. Ahn described what he knew was, he said,

13  "I am aware.  I know the terms of the license."

14       So I -- I think it's -- it's -- it's a little bit

15  disingenuous to -- to conclude that the -- the testimony of

16  Mr. Melin or Miss Eeva Hakoranta, who was his colleague at the

17  meeting, somehow now shatters what the Court, I think, has been

18  troubled about all along, and it's not just -- I mean, it

19  certainly is the -- the use of the information in connection

20  with those negotiations, but it was also the cavalier attitude.

21       I think there was a suggestion that --

22           THE COURT:  But I don't recall reading in the

23  Protective Order a prohibition against cavalier attitudes.  I

24  have to focus on disclosure and use of protected information;

25  right?  Am I right?  Of course.

 1          **MR. ALLEN:**  Absolutely.

 2          **THE COURT:**  Yeah.  So -- So it seems to me as I read

 3   that deposition transcript, Mr. Melin paints a very different

 4   picture of the precision with which Mr. -- or Dr. Ahn uses

 5   certain terms in that conversation.

 6       How am I not to consider that?  How can I ignore that in

 7   weighing all this evidence?

 8          **MR. ALLEN:**  Well, I think -- I think there's a few

 9   things that -- that were communicated in the course of that

10   meeting that are relevant here.

11       First of all, the suggestion, as I just read to you, by

12   Mr. Ahn that these licenses are disclosed in litigation --

13          Let me make sure I get it -- I get it precisely right.

14              "They're produced in those litigations, and

15          while they are supposed to remain confidential, all

16          information leaks."

17       Now, I say that's cavalier.  I think what it evidences is

18   knowledge.  "I know I'm not supposed to have this stuff."  And

19   we've heard countless times that he's a U.S.-trained lawyer.

20   He knows about Protective Orders.

21       It's -- I think the phrase that was used was it was -- it

22   was improbable.  I think that was -- Implausible, excuse me.

23   It was implausible to think that he would have done this

24   because he was a U.S.-trained lawyer.

25       I think this communicates that that is exactly what he

 1  did, that he knew that he was not supposed to have this

 2  information.  He was making a power play in negotiations, and

 3  he communicated to it in exactly that way so there would be no

 4  doubt in the -- in the minds of the people that he was meeting

 5  with that he knew.

 6       **THE COURT:**  Mr. Allen, there's a very simple

 7  explanation for that, though, that Samsung has offered.

 8  Dr. Ahn says he was simply pretending.

 9       **MR. ALLEN:**  I think that's implausible, Your Honor.

10     Normally, I'm not a -- I'm not a big poker player.  I'm

11  not even a remotely good poker player.

12     But I -- I don't think the practice is to bluff about what

13  people's cards are while they're holding them.  I think the

14  purpose is to bluff about what your own cards are.

15     And so I think it's -- I think it's implausible to --

16       **THE COURT:**  I'm not sure you play much poker at all,

17  Mr. Allen, because I don't understand that but --

18                         (Laughter)

19       **MR. ALLEN:**  I don't.  I don't.

20     But -- But that would be -- that would be me bluffing you

21  about what -- about the hand you're holding.

22     That is what Dr. Ahn is saying that he was doing.  He was

23  bluffing Nokia about the terms of their own license that were

24  certainly known to them.  And I think it's an implausible

25  explanation to suggest that.

1    And so what we're left with is, he was bluffing them about

2  the fact that he had gotten it in connection with these

3  litigations.  That turned out to be true.

4    He was bluffing them about the precise terms of the

5  license that he quoted to them.  That turned out to be true.

6  And it turned out to be -- It turned out to match the

7  information that he obtained from his counsel.

8    So it seems an implausible explanation that -- that he not

9  only bluffed, he bluffed perfectly.

10    Nokia recited exactly what happened at the meeting and, as

11  it turns out, they were correct in their description.  That --

12  That to me is an implausible explanation of what happened here.

13    Your Honor, if -- if I could -- And I'm happy to talk

14  about the June 4th meeting at length if you want.  I --

15    **THE COURT:**  No.  I think I understand your position

16  from your papers on that meeting.

17    I would very much like to hear more from you, Mr. Allen,

18  about the remedy you're seeking in particular.

19    But I may be jumping ahead.  You have other prejudices you

20  want to highlight --

21    **MR. ALLEN:**  Well --

22    **THE COURT:**  -- because I'm eager to hear it.

23    **MR. ALLEN:**  Your Honor, what I wanted to start off

24  with is the stipulated order and that is part of the relief

25  we're seeking.

1       In the Court's November 8th order, the Court said that it

2   still doesn't have a complete picture of what's going on.

3       We -- Certainly nobody out here other than potentially

4   Samsung has the picture that the Court has, but we're

5   particularly disadvantaged.  I mean, at this stage of the case,

6   we still don't have the Teece report.  There's been no redacted

7   copy of the Teece report produced to us in this case.  The only

8   documents that have been produced to us are blacked-out

9   e-mails.  So we have nothing to have an understanding of

10  what -- of what's transpired here.

11          THE COURT:  How -- But Samsung tells me that they've

12  made offers to give them to you as long as you don't get greedy

13  and ask for everything else.  Why don't you take him up on

14  that?  Save us all the trouble from having to work through some

15  pretty complicated privilege issues.

16          MR. ALLEN:  Well, they haven't offered to produce the

17  Teece report to us.  They've never made that offer to us.

18      So what they've offered to produce to us, subject to an

19  agreement that -- that we would not argue for further waiver,

20  are selected documents that the Court identified in the show

21  cause order.

22      And our only point to them is -- and I have a problem with

23  a lot of the argument that has occurred here today -- is,

24  Samsung is making selective disclosures.  They are disclosing

25  bits and pieces of the record that they believe advantage their

1    position.  And -- And we didn't accept that offer because there

2    needs to be a full disclosure of the record.

3         **THE COURT:**  Mr. Allen, are you saying that in

4    supplying the Court with even one privileged communication,

5    they have effectively waived or given up the right to claim

6    privilege over other documents which may be less favorable to

7    their position?

8         **MR. ALLEN:**  No, sir, Your Honor, I'm not saying that.

9    And I'm not really talking about the in-camera review at all.

10        But -- But let's -- let's think about the argument that --

11   that they're advancing in general, and it's an argument, the

12   theme of which Mr. Quinn, I think, went back to again today.

13        And he certainly -- I think he started off the same way

14   today that he started off the last hearing.

15        And I -- I had it in -- quoted from the last hearing.  He

16   says (reading):

17             "For them this is a free shot."  Us.  "It's a

18        free shot."

19        I'll just pause to remind the Court.  We didn't not come

20   here seeking sanctions.  We came here trying to protect further

21   disclosure of our information that Samsung was seeking.

22        We didn't file a sanctions motion.  We sought -- We filed

23   a motion for a Protective Order.  So we weren't coming for a

24   free shot.  We were trying to stop the hemorrhaging.

25        He says -- He said in the last hearing, made basically the

1    same argument today (reading):

2              "There is no evidence of use.  There is no

3         evidence that there is anything other than inadvertent

4         disclosure."

5         And then they block our ability to view the evidence that

6    they're -- that they're describing here.  They -- They -- They

7    bar us from doing -- or from -- from investigating that.

8         That's not a mere denial of intent, and it's been

9    thematic, certainly thematic in the argument you heard today,

10   and it was thematic in their brief, but, that we're good guys.

11   Made a mistake, but we're Good Guys.  We did -- We did -- We

12   did make a mistake but we did what we did with a pure heart."

13        And -- And I think it's -- I think it's improper for them

14   to be making those arguments and then to say, "You have to

15   trust our reading of the documents.  You don't need to see

16   those documents.  Just accept our characterization of those

17   documents."

18        I believe, Your Honor -- and we've argued this to the

19   Court -- that's a waiver.

20        Let me give -- Let me give two examples of that, that I

21   think are helpful.  One of them we've heard a fair amount of

22   discussion about today.  This is the December 2012 Shim story.

23   That -- The description of that event in their brief is

24   "Information that it contained" -- this is the -- the . . . the

25   e-mail.

1          "A.  Information it contained was not disclosed

2      to Samsung because Quinn Emanuel within hours

3      instructed Mr. Shim not to access the e-mail, and he

4      promptly acknowledged those instructions."

5      So they're telling us their narrative of what happened,

6  but they're refusing to show us the documents which evidence

7  what happened.

8      That -- That's an -- That's widely recognized as an unfair

9  issue injection, the use of that -- of that information.

10         **THE COURT:**  Again, I'll ask the question I was asking

11 a few minutes ago.

12     Your view is they've waived, and on that basis, you're

13 entitled to see the materials; right?

14         **MR. ALLEN:**  Yes, Your Honor.  At this stage of the

15 case, I was simply suggesting that one -- one e-mail doesn't

16 weigh for the whole case.  It's the conduct in the defense of

17 the case that waives the entire -- their claim of privilege of

18 the entire record of these events because they've used the

19 record to characterize their conduct, to characterize not just

20 a denial of their intent, but to characterize and color their

21 conduct.

22     They go -- They go on to say, and this is, I believe,

23 the -- the comeback e-mail from Mr. Shim in May of '13

24 (reading):

25         "Mr. Shim's questions in his e-mails did not

```
 1          relate to the report or to Apple's License Agreement

 2          and, thus, the Quinn Emanuel attorney who responded to

 3          Mr. Shim had no reason to and, in fact, did not open

 4          the Teece report."

 5          Well, how in the world am I supposed to know that's true?

 6   How am I supposed to test the veracity of that statement if I

 7   have none of the documents that they're actually referring to

 8   in their -- in their brief and in the Baxter declaration?

 9          I will say today may be the first time I heard -- and I

10   want to be -- I mean, I'm trying to be respectful about lawyers

11   who've been involved in this and we're not here to -- to -- I'm

12   not trying to cause any pain for any associates at Quinn

13   Emanuel.  I was an associate myself once and had sufficient

14   pain to recall it.

15          That it was -- That it was Mr. Baxter who did the initial

16   redaction.

17          I had been led to believe it was Mr. Baxter that had

18   discovered the Shim -- for -- the Shim e-mail and called it

19   back in December of 2012.

20          Having heard that tonight, I will say I've got some

21   followup questions.  I mean, I want to know how is it that the

22   person who did the original redaction that was circulated

23   around fairly widely is also the person that found -- figured

24   out the fact that the material had not been properly redacted

25   before it was circulated?
```

1      We also heard some discussion today, again, around the

2  same time frame, the communications between Quinn and -- and

3  the UK law firm, Bristow's law firm.

4      And the brief describes the fact that -- and there's a

5  declaration to support it -- the fact that the UK lawyer was

6  unaware that the document that she was communicating to Allen &

7  Overy, the French firm, was improperly redacted.

8      How am I supposed to test that?

9      Then it goes on to argue (reading):

10          "She had included the link for reasons unrelated

11      to the specific term of any Apple license or to

12      Samsung's negotiation of a license with Apple or any

13      other company."

14      Oh.   Again, how are we supposed to know what happened

15  without this information, yet the only thing that I have to go

16  by is -- is Samsung's description of the events based upon

17  their reading of the e-mails at issue.

18          THE COURT:   So, Mr. Allen, just, again, to put a fine

19  point on your -- on your position here.

20          MR. ALLEN:   I'm apparently not putting a fine enough

21  point on it.

22          THE COURT:   Well, let me see if I can help, if I

23  might.

24      I understand your advocacy.   I'm just trying to make sure

25  I understand it as clearly as I need to.

 1      You're essentially saying Samsung, Quinn, they had -- they

 2  have a call here to make.  They could either maintain the

 3  privilege and stand or fall based on the documents that were

 4  produced consistent with the maintenance of that privilege, or

 5  they could put the documents before the Court and, in doing so,

 6  they need to give you the same access.

 7      Is that basically it?

 8          MR. ALLEN:  It is basically it.  I want to draw one

 9  distinction.

10      I believe that -- that providing the Court in-camera

11  review for the purpose of determining the existence or

12  nonexistence of privilege, I set that aside.

13          THE COURT:  I would, too, so I think with we at least

14  agree on that point.

15          MR. ALLEN:  All of these instances that I'm citing to

16  you are instances where Samsung has made arguments in their

17  brief.  So they're advancing positions based on their

18  characterizations of the events, based upon their reading of

19  the documents.

20      And -- And once you go past that point, I think they've

21  lost the ability to -- to -- to claim privilege to the

22  documents relating to these events generally.

23      Once they say, as -- as Mr. Quinn said, "There is no

24  evidence of use," well, then, aren't we allowed to see the

25  evidence to determine whether they're correct in their

1  characterization that there is no evidence of use?

2      Once they say, "There is no evidence of anything other

3  than inadvertent disclosure," aren't we allowed to see the

4  evidence that they're talking about that relates to their claim

5  that there's no evidence of anything other than inadvertent

6  disclosure?  I think the law clearly says that we are.

7      And I -- I think that they've gone much further than a

8  mere denial, which the law says they can make, and they've

9  injected issues into this case for the purposes of defending

10  themselves and coloring their conduct, and we're entitled to

11  see that information.

12      And it's -- it is one of the -- the sanctions that we've

13  asked for, Your Honor, that, in addition -- What I just gave

14  you was a waiver argument.

15      So if you find that the documents are not privileged, none

16  of this makes any difference.  If you find they are privileged,

17  they've waived them.

18      Even if you found -- And I don't think there's much

19  question about the fact that they waived them.

20      Even if you found that they were privileged and they

21  hadn't waived them, it's an appropriate sanction, given how we

22  got to where we are today, to order the disclosure of those

23  documents so that we can get to the bottom of this and --

24          THE COURT:  Does Rule 37 allow me to puncture the

25  attorney-client privilege?

1          **MR. ALLEN:**  Yes, sir, it does.

2       Your Honor, I -- I'm trying to think of the case and, I

3    apologize, I don't have it on the tip of my tongue.

4       Rule 37 does allow you to puncture the -- the

5    attorney-client privilege as a sanction.  I'm trying to think

6    of the language that -- that -- I mean, well, first of all, I

7    think it's Judge Scalia and I apologize I don't recall the

8    case.

9       You can dismiss the case.  Rule 37 would allow you to

10   dismiss the case as a civil sanction.

11      And -- And I think the finding is that if you can dismiss

12   the case, you can certain met out lesser remedies along the way

13   that the Court deems are appropriate to address the issues that

14   are before it.

15      I was talking about the Bristow's exchange, and I just

16   want to make just one more point because I think it's -- I

17   think it's a -- There's an imbalance issue in one of the

18   arguments that Samsung is advancing.

19      I think they've advanced -- they didn't do it so much

20   today but they've advanced in the past that you can figure out

21   the terms of the Nokia-Apple license from the public

22   information.

23      But the argument that they make in connection with the

24   Bristow's disclosure is that it included the purported terms --

25   And this is a quote from the brief (reading):

1              "They included the purported terms of the

2         Apple-Nokia license."

3         "Which terms" in the French brief.

4              "Those terms were drawn from public sources and

5         do not match the terms of the incompletely redacted

6         Teece report."

7         So somehow or another, the public sources don't match the

8    Teece report when it's advantageous for them not to match them,

9    but otherwise the public sources do match the Teece report when

10   it's convenient for them to match the Teece report.

11        There's a -- There's an inconsistency in their -- in their

12   approach, but -- but it's important to recognize that they

13   haven't cited to you a single news article that describes the

14   terms of the Nokia-Apple license.

15        They haven't cited to you -- And I'm talking about the

16   complete terms of the Nokia-Apple license.  They haven't

17   described to you or cited to you a single news article that

18   describes the terms of the Nokia-Apple license as described by

19   Dr. Ahn in that meeting on June 4th.

20        I want to back up, if I could, for just a second, Your

21   Honor.

22        I said I wanted to talk about the -- the stipulated order.

23   I -- I said we didn't come here seeking sanctions, we came here

24   seeking a Protective Order to stop further disclosure.

25        We did, in connection with that Protective Order,

1   ultimately negotiate a stipulation with Samsung and that

2   stipulation was entered by the Court on October 2.

3       The -- The stipulated order process was designed to be the

4   beginning of the fact-finding mission, not the end of the

5   fact-finding mission.

6       And like -- You know, like all things, we all have such

7   grand intentions when we start.  It was a collaborative process

8   where we were going to work with Quinn Emanuel to develop a

9   protocol where we could go and get all the information, collect

10  the information.  Stroz Friedberg was going to create a log

11  describing all of the information.  And then we were going to

12  decide if we had something to fight about or not.

13      Now, within the last several days, I think that Samsung

14  has filed a motion, the second such motion it's filed, seeking

15  relief from the stipulated order provision requiring the

16  creation of a log.

17      I think right after the October 2 order issued, they

18  appealed that to Judge Koh seeking relief and she denied their

19  relief.  And now they've filed another administrative motion

20  seeking the exact same kind of relief.

21      We filed -- We think that's an inappropriate -- It's

22  inappropriate for a lot of reasons but it's an inappropriate

23  mechanism for them to use.  We filed this afternoon a motion to

24  strike that recent pleading.

25      But I want -- I want to talk just a second about why.

1      The -- The purpose of the -- of the log that Stroz

2   Friedberg was supposed to create was to give us some visibility

3   of what had happened, to help us understand the depth and

4   breadth because, by this time, by the time we negotiated that,

5   they had made their initial disclosures to us and we knew that

6   there was a bigger problem than certainly even we had

7   anticipated as a result of the June 4th meeting.

8      The log that -- And this is set forth in Paragraph 7, I

9   believe it is, of the -- of the stipulated order.

10      The log was supposed to contain a description of the

11   communications at issue, and I'll quote, quote (reading):

12          "Sufficient to understand the nature of the use

13      or reference to the disclosed information."

14      It is interesting to me that nobody ever hesitated to call

15   it disclosed information before.  I find it, frankly, sort of a

16   little bit silly that we're having a conversation today about

17   whether it was disclosed or not.  It was disclosed.

18      But the -- the Privilege Log that they created fails that

19   charge in the stipulated order in two material respects:

20      First, it contains no description of the communication at

21   issue sufficient to understand the nature of the use or the

22   reference of the disclosed information;

23      Two, it was created by Quinn Emanuel.

24      The purpose of bringing in Stroz Friedberg was to have

25   some third party come in to prepare that log, to -- to help

1   give comfort that it completely and accurately described the

2   information in as nonadversarial a way as possible.

3        Now --

4        **THE COURT:**  Mr. Allen, when you (inaudible) up the

5   books on the other side of the room and pointed out these

6   concerns that you have, what did they tell you.

7        **MR. ALLEN:**  They -- They told us they were distracted

8   by what was going on here in the Court; that they got

9   sideswiped by the Court's -- sideswiped is not their word.

10  They got overtaken by events and they were unable to complete

11  the -- the . . . stipulated order in the time that was set out

12  in the stipulated order.

13       Then when we came back to the issue after some time had

14  passed and they had provided all the information to Your Honor

15  in camera, they said that they took the position that the --

16  that the Privilege Log was sufficient to satisfy the

17  obligations under the --

18       **THE COURT:**  So why isn't that Privilege Log sufficient

19  or adequate, counsel?

20       **MR. ALLEN:**  For the two reasons I just cited.  Number

21  one, it wasn't prepared by Stroz Friedberg.  It wasn't prepared

22  by a third party.

23       But, more importantly, the Privilege Log doesn't give us

24  any ability to determine the nature or use of the -- or

25  reference to the disclosed information.

1          And that was a critical point, because we knew we were

2     going to be operating off of a -- a flat log, a sort of a

3     one-dimensional description of the documents.  And we knew we

4     were going to have to engage with Quinn Emanuel and having a

5     debate about what should we get, what could we get.  And we

6     knew that it was likely we were going to be coming to Your

7     Honor to explain our basis for obtaining that information.

8          So the -- I said to you that the -- the -- the stipulated

9     order process was the beginning and not the end.

10         There's two ways to go forward from this.  Way one is for

11    them to complete the stipulated order as it's described in

12    the -- in -- to complete the log as it's described in the

13    stipulated order.  Then we'll go through the negotiation

14    process.

15         I think we've leaped over that.  And way two, I think,

16    is -- is the way to go, and that is to make a finding that they

17    have -- either don't have a privilege, that they waived the

18    privilege, or that as a sanction they lose the privilege and

19    that those documents be produced.  If the documents are

20    produced, I don't need a log to have a debate with Quinn

21    Emanuel about whether or not we get those documents or not.

22         I want to pause here because I'm -- I'm mindful from

23    having had the pleasure to be here with Your Honor that you

24    are -- you are keen to find a resolution, an end to this.  And

25    I'm -- I'm . . .  I accept that.  I'm tired of writing briefs

 1  over holidays and doing all that sort of stuff.

 2      But we set this process in motion to have some

 3  understanding of what had occurred so that we could make an

 4  assessment about what the proper thing to do was to do for

 5  Nokia.

 6      And as I stand here today, whatever it is, four months

 7  after we started with the stipulated order process, I don't

 8  know anything.  I know the same things I knew before.  I'm --

 9  Well, I'll take one exception to that.  I did not know that it

10  was Quinn Emanuel, and I did not know that the disclosure was

11  as pervasive as it was.

12      But we all now know that.  We all now know that they used

13  the information in their negotiations with Nokia.  I mean,

14  I . . . I don't see a legitimate debate on the credible of the

15  two stories at issue that -- that challenges that.

16      But I don't know the extent of the -- the internal

17  communications within Samsung about this information.  I don't

18  know how pervasive it was transmitted.

19      I mean, if you look at the -- the representations that

20  have been made so far by Samsung, I'm led to believe that --

21  that what they're looking for and what they did with Stroz

22  Friedberg under their sort of second retention letter, was they

23  were looking for instances of specific communications of the

24  Teece report, and they were looking for specific communications

25  of the ITC brief.

1        And one of the things that the -- that the stipulated

2   order makes clear is, those can be foundational and -- and

3   information derived from them may simply be repeated in an

4   e-mail.  May not have the report attached to it.  It could be

5   in notes of a meeting.  It could be any number of places.

6        And what we were trying to understand from the stipulated

7   order process is, where did -- where did that go?  Where --

8   What's the -- What's the thicket where you're going to find all

9   of the different permutations of that information?  And that's

10  what we're still trying to get to today.

11       And so I -- I take it that -- that we've been at this for

12  a bit, but I would also suggest to the Court that it's -- we're

13  not done.  You said in your November 8th order that we don't

14  know entirely what happened.  We may never know entirely what

15  happened.

16       But there's a lot that -- that we can learn from those

17  documents and we ought to have the right to learn them.

18       And I'm not here making some litigation play.  I'm trying

19  to get to the bottom of this as best I can.  That's what I've

20  been instructed to do by my client.  And I think we're entitled

21  at this stage to have some understanding of -- of what

22  happened.

23       And so I -- I simply suggest that -- that this process

24  today, and wherever we go from here, that it not foreclose one

25  way or the other the completion of that stipulated order

 1  process because we have set in -- in motion a process to get as

 2  close to the bottom of it as we can, and I ask the Court's

 3  indulgence to allow us to finish it and have a better

 4  understanding of -- of what happened.

 5       So if you . . .   To quickly touch on them -- and I'm happy

 6  to answer any questions the Court has -- the -- the --

 7            **THE COURT:**  Are you really suggesting I enjoin Quinn

 8  Emanuel from suing your client for 10 years.

 9            **MR. ALLEN:**  Yes, sir, I absolutely am.

10            **THE COURT:**  That doesn't strike you as a bit of an

11  overreach?

12            **MR. ALLEN:**  Here I am and --

13            **THE COURT:**  In some ways you've given Mr. Quinn the

14  ultimate compliment; haven't you?

15            **MR. ALLEN:**  I had that thought and that's an

16  unfortunate side effect of the result.

17       I'm sure Mr. Quinn is entitled to many compliments.

18  That's not one of the ones that I intended to give him.

19       There's a lot of litigation going on in this industry.

20  And -- And -- And one of the things that we ought to be able to

21  do is engage in the litigation in good faith and not have to

22  worry about this stuff.

23       And I'm not suggesting that there's a world in which

24  lawyers aren't going to worry about things.  But there can be

25  no litigation with Nokia and Quinn Emanuel that this issue

1   isn't going to be on the forefront of everybody's mind.

2       And -- And we ought not be subjected to that process any

3   longer.  There's no reason for us to be subjected to that

4   process.  I wouldn't be surprised if Mr. Quinn said he'd

5   consent to that.  I think that's -- that's a -- I mean, if you

6   look at the forms of relief that we've asked for, I don't think

7   any of them or Draconian.  I take it, Your Honor, that that's

8   an unusual one.

9       If the Court thinks that 10 years is not the right length

10  of time, I take the Court's instruction.

11      But we ought not be subjected to that kind of -- that kind

12  of worry, that kind of trouble, and the -- and the additional

13  cost that this history is going to bring to that future

14  litigation.

15      I think there's even now in the record sufficient

16  information for the Court to make a finding that Samsung has

17  misappropriated Nokia's confidential business information.  I

18  think there's sufficient in the -- information in the record

19  now for the Court to order that Samsung be required to divulge

20  the allegedly privileged documents that they have relating to

21  this disclosure issue.

22      I think there's sufficient evidence in the record now for

23  the Court to award Nokia its attorneys' fees to this point, and

24  I'm not suggesting that this process is over.  I think we're at

25  that point now and I think we've made the record for it, and we

1  ask the Court in all sincerity for that relief.

2      Thank you, Your Honor.

3          **THE COURT:**  Thank you, Mr. Allen.

4      Mr. Quinn.

5          **MR. QUINN:**  Your Honor, Mr. Zeller can address the

6  issue concerning Stroz and the preparation of the log in

7  further detail.

8      The issue was, and the reason for the motion, which is

9  different relief than we asked for before, is that Stroz

10  doesn't have the capability to do that.

11      I mean, up until a few taste ago, what they told us, they

12  intended to hire a team of temp lawyers to go and prepare this

13  log.  And --

14          **THE COURT:**  So now the consultants hired by the

15  lawyers are going to go hire their own lawyers.

16          **MR. QUINN:**  We're 2.5 million -- They're 2.5 million

17  into us.  So they want to hire some temp lawyers to review

18  documents that this Court has reviewed, that we have reviewed,

19  the log had been prepared, and, you know, it didn't seem right

20  to us.

21      They then came back to us and said, "Well, we'll use our

22  own staff.  We'll use our own people," because we objected to

23  the temp lawyers.

24      The Court will see our motion that we made.  We're just

25  wondering -- We think at this point that this is more money,

1   that this -- We're past the point that we need to have another

2   log prepared.

3       The issue's been raised about the Court's authority under

4   Rule 37(b).  I heard what the Court said about, "Let's assume

5   that I'm going to follow Ninth Circuit authority."

6       I would just point out, we've got an Eleventh Circuit

7   case -- we've got cases in the Ninth Circuit that don't assume

8   without discussing, without deciding, that under -- The

9   Sanctions Committee awarded under Rule 37(b) --

10          THE COURT:  From the trench where I sit looking up on

11  high, I call that an affirmance, not an assumption; right?

12          MR. QUINN:  No.  I understand.  But it's not a -- I

13  mean, the law progresses.

14          THE COURT:  Yeah, but I'm not in a position to

15  progress on that one; right?  The Circuit has told me how to

16  proceed; right?

17          MR. QUINN:  Well, I would say it's not a holding.

18  They're -- Neither one of them are holdings.  And the recital

19  of the case is what it is, but there's no discussion of the

20  issue.

21      And I think we've got the better of the textual argument

22  because, you know, under Rule 37(b) it's got to relate to an

23  order to provide or permit discovery.  And we rely on the

24  Lipscher case in the Eleventh Circuit where the Court does a

25  close analysis of that.  So there's a textual argument.

1        In addition, I submit there's a policy argument.  Under

2   Rule 37(c), you're typically dealing with an order directing

3   somebody to do something, you know, Answer to Interrogatories

4   or whatever it is.

5        Rule 37(c) is pretty unforgiving, as the Court's pointed

6   out.  You don't need a willfulness.  Negligence is enough.  And

7   the burden -- the assumption is there's going to be attorneys'

8   fees unless the Court finds it's not good cause.

9        That's a very different situation than here.  We have a

10  Protective Order that's going to govern lots of lots of conduct

11  over a long period of time by lots and lots of lawyers and a

12  lot of different circumstances.

13       I submit that it's -- it's appropriate that a different

14  standard apply to that, that we shouldn't have the same

15  automatic there's a presumption there's going to be a fee

16  award.

17       We do point out that there's a contrary case out of the

18  Fifth Circuit now where the Court analyzed it, but that --

19  that's my pitch on -- on Rule 37, Your Honor.

20                  (Pause in proceedings.)

21       **MR. QUINN:**  You know, I think businessmen in

22  negotiations do bluff.  They may even bluff about what they

23  know about what the other guy's hand is.

24       Dr. Ahn's account is that Mr. Melin was bluffing about

25  what his deal was.  They're both -- They both realized in the

1  background these can't be discriminatory, that they need to be

2  aligned.  So there are motivations on both sides to -- to

3  bluff.  I mean, it's a negotiation.

4      That doesn't -- I don't jump to the conclusion that either

5  one of these gentlemen were lying in saying what they said.

6  They -- You know, businessmen when they negotiate aren't

7  necessarily -- usually aren't under oath.

8      Now, we again keep hearing this type of argument, Your

9  Honor.  Our first response is, when we found out about this,

10 let's destroy all the evidence.

11     Your Honor, that -- there is -- that's just a gross

12 misstatement.  If you look at Mr. Becher's letter to Mr. Allen

13 on July 16th, Mr. Becher confirms the conversation that he had

14 (reading):

15          "The Protective Order requires that you take

16      corrective action and remediate."

17     Mr. Becher, taking this literal, asked him, "Do you want

18 us to?"  Nokia said, "No."

19     So we confirmed that, that -- the instruction that, "You

20 don't want us to delete it."

21     You know, that's just a -- a distortion of a written

22 record we can all look at.  We were not advocating destroying

23 evidence.

24     This is what I mean by playing tennis without a net, if

25 they think they can get up there and say these kinds of things

1  about these lawyers when it's so demonstrably not true.

2       **THE COURT:**  Why isn't it a problem, Mr. Quinn, that

3  the Apple folks weren't copied on that letter?

4       **MR. QUINN:**  I think it is a problem.  I think it is a

5  problem.

6       I think we got sidetracked.  Nokia filed a motion; it's

7  served on Apple.  I certainly wish, I mean, Apple had been

8  copied on that so I think it is a problem.

9       In terms of -- I mean, we can -- we can all agree that

10  we -- this whole system assumes that these Protective Orders

11  will work and that people will respect them.  I mean, we

12  certainly agree with that.

13      Apple's 30(b)(6) witness, we asked him, "Do you have any

14  reason to think that what happened here would undermine

15  reliance on Protective Orders?"  You know, the man deals with

16  Protective Orders and licensing all the time.  His answer was

17  no.

18      "Also, can you identify any harm that Apple has suffered

19  as a result of these events?"  His answer was no.

20                  (Pause in proceedings.)

21      **MR. QUINN:**  It is true, up until now, we haven't sort

22  of named associates in the courtroom, but it is true that the

23  same associate did the redaction.  The FTP site in March and

24  then, nine months later -- It's actually the associate who

25  caught the problem with the transmission to Mr. Shim.  It's not

1    the one who -- the first one.  It's the second one.  That's the

2    same person.

3         It's nine months later, and so . . . he doesn't remember.

4    He didn't remember that he's the one that redacted this.

5         Busy guy.  Responsible for redacting a number of different

6    expert reports.  Hindsight's 20-20.  I'll sit in judgment on

7    that guy now.

8         It's very easy for Mr. Selwyn to get up here and say,

9    "Darn it, you know, we got him.  We should have remembered that

10   nine months ago he's the one that redacted that."

11        All of us ask ourselves, can we be absolutely certain, you

12   know, many, many, many months later, busy lawyer, lots of

13   documents, lots of redacting, that you would have remembered

14   that?

15        You know, I actually think if he had remembered it, he

16   would have done something about it.

17             THE COURT:  Well, I think at our last or one of our

18   previous gatherings, I pointed out that if anybody seemed to

19   act responsibly in December, it was this associate.

20             MR. QUINN:  Yeah.  He's -- He's -- He's the one that

21   caught it and said, "This isn't right."

22             THE COURT:  But here's my problem or my question to

23   you:  He put others on notice that there was a problem.  He

24   asked them specifically for input on this issue, and I wasn't

25   provided with any response to suggest that senior people who

1    were informed that there was an issue with the --

2              **MR. QUINN:**  Well --

3              **THE COURT:**  0with the report respond to him in any

4    way.

5              **MR. QUINN:**  Well, what he reported was, something had

6    gone to Mr. Shim that shouldn't have gone to Mr. Shim.  He

7    reported that.

8         He didn't report -- And, again, it's very easy now to say,

9    should have investigate, should have put two and two together,

10   should have remembered, that this is -- you know, this is the

11   same document that had been sent out before.

12        Now . . .  Now, that's -- Mr. Selwyn refers to, you know,

13   we have a duty -- there was a failure to investigate.

14        You know, put bluntly, Your Honor, I'm not aware of any

15   authority there's a failure -- that there's an obligation to

16   investigate.

17        I'm not aware of any authority that says that, in that

18   circumstance, if somebody's forgot that it converts what was an

19   inadvertent -- was originally back in March inadvertent into

20   something that's purposeful or that anything happened in the

21   meantime into something that's knowing, willful, intentional.

22             **THE COURT:**  When he tells a senior associate and a

23   passionate on the case, "Here's the situation.  What do you

24   think?"

25        Don't you think there's at least an obligation to respond

1   to that associate or further investigate the matter?

2           MR. QUINN:  Well, I think what was said was something

3   went to Mr. Shim.  A document was transmitted to Mr. Shim that

4   had information in it that it shouldn't have had in it.

5       There was no discussion about -- You know, it's easy to

6   say now, you know, where did that come from?  You know, has

7   anybody ever seen that before?

8       Basically what Mr. Selwyn is arguing for is that we were

9   on inquiry notice that there was an inadvertent violation.

10  Because I still haven't heard anybody claim that anything that

11  happened in the spring, in the FTP site, or anything like that,

12  was anything other than completely inadvertent.

13      So we're a couple removes here from intentional wrongful

14  conduct.  At most, giving full credit to Mr. Selwyn's argument,

15  he's saying we were on inquiry notice.  Had we investigated and

16  asked the right questions and done the right things, we would

17  have learned that it had been sent out before.

18      I don't think that converts it into anything other than

19  inadvertent violation.  There's nothing in the Protective Order

20  about, you know, if you know or have reason to know or if

21  you -- you know, or a duty to investigate.

22      Obviously, we wish that had happened.  But in terms of the

23  culpability of the individual's conduct, I don't think it makes

24  any difference.  He just simply didn't remember.

25          THE COURT:  Doesn't the Protective Order, though, say

1   you've got to tell the other side, in this case Apple,

2   precisely so that Apple or anyone in their position can incent

3   or move that needle a little bit?

4        **MR. QUINN:**  Yeah.  When there is a inadvertent

5   disclosure.  I mean, you -- you have to give notice.  And --

6   And here, there wasn't.  I mean, we caught it immediately, and

7   we got the confirmation that we got.

8        I -- I -- I made the assertion when I was up here before

9   that neither Nokia or Apple have ever in the course of this

10  proceeding maintained that if a document is disclosed that

11  shouldn't -- or produced that shouldn't be and isn't read, that

12  that doesn't trigger the reporting obligation.

13       And they still haven't maintained that.

14       I think that's an extreme position.

15       So we still view that as a situation where there was no

16  reporting obligation at that point.

17       Again, Mr. Selwyn knows -- had to have known, that we had

18  to have known that it had been sent to others.  There's --

19  there's no reason to believe that's true.

20       **THE COURT:**  Well, to flesh out Mr. Selwyn's point a

21  little further:  The report -- The copy of the report that was

22  sent back to Mr. Shim in December had to come from somewhere.

23  It wasn't created on the spot or on the fly.  The timing

24  confirms that fact.

25       **MR. QUINN:**  Right.

1        **THE COURT:**  So it was obviously produced from some

2    depository or source in the firm; right?

3        **MR. QUINN:**  Right.  That's the inquiry notice.  But

4    that doesn't -- that doesn't render the conduct anything other

5    than inadvertent.  We don't have -- I submit, in terms of this

6    Protective Order, our culpability, our conduct, is not made any

7    worse by the fact that nobody put two and two together; that

8    this was sent and nobody said to think, you know, "Oh, my gosh,

9    where did this come from?  Has anybody ever seen this before?"

10       Again, we all wish that had happened.

11       **THE COURT:**  And you're suggesting, Mr. Quinn, that

12   this entire structure, where you have lawyers scattered all

13   over the globe, different offices of the firm, different

14   offices of the client, where certain redactions are created by

15   one person, sent to another for distribution to yet another

16   group.  You have requests for redacted versions several months

17   later sent to other people.

18       This distributed nature, this fragmented nature of the

19   organization, you think that's irrelevant to the -- to the

20   inquiry I have to undertake here?

21       **MR. QUINN:**  I mean, obviously, that explains why

22   there -- it explains and it is relevant to why there were

23   multiple . . . disclosures.

24       **THE COURT:**  What I'm getting at --

25       **MR. QUINN:**  And it's --

1        **THE COURT:**  -- is why shouldn't the Court look to the

2   way this entire operation was set up in the first place in --

3   in asking whether or not there was negligence or some other

4   level of culpability in the way things played out?

5        **MR. QUINN:**  Well, I mean, this is -- I mean, what

6   happens here, Your Honor, is -- you know, I hate to say it.

7   I -- You know, so many documents redacted, so many documents

8   transmitted.  I'm glad we found out about this.  I genuinely

9   am, because it gave us an chance to institute some procedures

10  in our firm.

11       But I doubt that there's any firm in this country that

12  hasn't had something like this happened to them.  You know, we

13  had Melin's -- you know, Nokia's motion and Melin's declaration

14  that causes us to get to the bottom of this.

15       But is there anybody here in this courtroom who thinks

16  they don't live in a glass house?

17       Apple lives in a glass house.  I mean, Apple has twice now

18  in the last month published, you know, confidential

19  information.  We didn't hear any response to that.  They didn't

20  think it was necessary to give us notice, at the very same time

21  they're making arguments to this court.

22       Look, I agree, people have to rely -- When something says

23  redacted, and it's sent, no lawyer on the other side of the

24  world or even in the same law firm is going to think, "Well,

25  I've got to double-check this.  I better read it again to make

1  sure it was properly redacted."  That doesn't happen.  As a

2  practical matter --

3       **THE COURT:**  My question is shouldn't it happen,

4  especially in cases like this that are such high stakes that

5  consume so many resources in markets an in the Court.

6       **MR. QUINN:**  Well --

7       **THE COURT:**  Shouldn't there be a standard that says

8  you should be doing that.

9       **MR. QUINN:**  Well, the "that" is, and certainly in our

10  case, two eyes on every redaction.  I mean, that's our policy

11  here.

12     They developed between the time of the opening -- I'm

13  informed 0before the opening Teece reports and the rebuttal

14  reports a procedure was agreed to which apparently they had

15  been following the ITC to exchange redacted versions of the

16  reports.  That wasn't in place.  Obviously that's a -- that

17  would be a very useful measure and that would be what --

18  prevented what happened here.

19     But to create a rule that says in hindsight we're going to

20  make a judgment about, you know, what a young person did and

21  the fact that, you know, the hard-working person who didn't

22  think to go back and look, I think is pretty harsh.

23       **THE COURT:**  Yeah.  I -- I might agree with you that

24  that would be harsh.  I guess I'm -- I'm more focused on

25  what . . . more senior people did or didn't do in response to

1   that young person's inquiry, what the seniormost people did or

2   didn't do in setting up this whole operation so that if the

3   entire sanctity of the Protective Order stands or falls on one

4   junion associate's good judgment late at night on a given

5   document, that strikes me that perhaps we ought to be aspiring

6   to a higher standard, at least in cases like where the stakes

7   are so high.

8           MR. QUINN:  I'm sure people wish they -- they had that

9   one back.

10      I mean, what Mr. Pease was -- I mean, he's filed

11  declarations what he was told, you know, and to compound this,

12  you know, he's out of the office that day moving his home, his

13  family, and he gets a phonecall or an e-mail, I don't know

14  which it was, and was told an document improperly went out.

15      You know, we can all sit in judgment on that after the

16  fact, and it's very easy to make these kinds of charges.

17      But we see how simple this -- this is -- I mean, how easy

18  it is for confidential -- this type of thing to happened.

19          THE COURT:  Apple and Nokia may ultimately regret what

20  they asking for here, is what you're really saying.

21          MR. QUINN:  Look, you know, I don't wish this on

22  anybody, to tell you the truth, even them.

23          THE COURT:  Fair enough.

24                  (Pause in proceedings.)

25          MR. QUINN:  We did -- We did send a letter to the ITC

1  and copied Apple on August 1st.

2      You know, that didn't -- We did send a letter to the ITC

3  reporting disclosure.  Apple was copied on that.  So the period

4  of time we're talking about is -- is maybe a couple of weeks.

5      They have this theory about how this two-week period was

6  the period where the trade representative was considering.

7      I don't get it, Your Honor.  I just -- I mean, that

8  suggests a diabolical purpose in our minds, that somehow we're

9  going to sit on this, and how's this going to make a difference

10  as to whether the trade representative is going to veto the ITC

11  proceeding or not.  You know, to me, that's -- that's

12  illustrative of the kind of grasping at straws we see to try to

13  come up with some -- some theory of use or some -- some

14  benefit.

15      Mr. Selwyn asserts strong evidence that we used to frame

16  our FRAND offer but did not respond to our showing that that

17  predated that offer, that those numbers predated the Shim

18  correspondence.

19      They talk about an information asymmetry.  Your Honor, in

20  the Netherlands, they agreed that all our key -- top key

21  licensing people, unexcluded, could get this chart that has far

22  more detail in it.

23      Now, they're -- they say, "Well, you're only supposed to

24  use it for the Dutch proceeding."  But at the same time Apple

25  tells us you can't build a barrier down in your mind.  Once --

 1  Once Samsung knows this, they know this for all purposes.

 2  Well, they can't have it both ways.

 3       I mean, our people have seen all their major -- Our key

 4  licensing people have seen all their major license terms.  And

 5  they -- they agreed to that.

 6       There's a debate.  The Court has declarations from

 7  Mr. Wortman, our lawyer, and Mr. Kleemer, their lawyer as to

 8  what confidentiality obligations attached to that.  But the

 9  fact is, it was disclosed.

10       There isn't an information asymmetry.  We disclosed all

11  ours to them; they disclosed all theirs to us.

12                      (Pause in proceedings.)

13            MR. QUINN:  In terms of the Court's inherent power.

14  We're outside Rule 37.  I just wanted to point out there's one

15  troublesome Ninth Circuit decision, the Yvonne (phonetic) case,

16  where there's some language in it that suggests --

17            THE COURT:  Tough to swear at the Supreme Court; isn't

18  it?

19            MR. QUINN:  Yeah.

20       There's some language in it that says -- suggests that,

21  you know, nonwillful conduct can be -- But if you look at the

22  facts of the case and what the Court found the lawyer did, he

23  was meeting a -- The Court found that the lawyer was trying to

24  meet a filing deadline and made a deliberate decision not to

25  comply with the order and just filed the documents in the

1  public record.

2      I mean, that -- Notwithstanding what the Court says, the

3  facts of that case was, it's actually bad faith, willful

4  violation.

5      In terms of Mr. Melin's testimony, yeah, he's all over the

6  lot in -- in his testimony.  I don't think anybody can give

7  any -- I don't think anyone can have any confidence that

8  Mr. Melin claims, you know -- At least based on Mr. Melin's

9  testimony, I don't think you have any confidence that Mr. Ahn

10 said, you know, "We got it from the lawyers.  The lawyers gave

11 it to us."

12     He's all over the place on that.

13     Now, Nokia says, "We're not here.  We don't want to

14 prolong this."  I submit they do want to prolong it.  They say,

15 "We're just here to stop the hemorrhaging."

16     Remember the last hearing, there was a discussion about --

17 Part of the focus of the last hearing was what foreign law

18 firms and in what courts has this been filed?  And there's two

19 courts where it's been filed, one in Brussels, one in Milan.

20     And we said there's a procedure you can swap those out.

21     If Nokia just wanted to stop the hemorrhaging, you would

22 think that when we approached them and said, "Let's withdraw

23 these documents -- the documents from the court in Milan, let's

24 get a properly redacted document," that they would respond to

25 us.

```
 1      It took weeks to get a response from them.  Weeks.  When
 2  they don't have a -- they're having too much fun with this
 3  proceeding, frankly.
 4      They show -- This is our key, important information.  It's
 5  outrageous that it's on file in an Italian court, but they
 6  won't respond to our requests about, how do we withdraw this?
 7          THE COURT:  I take it those filings remain with those
 8  agencies?  They have not been withdrawn?
 9          MR. ALLEN:  They have now been.
10          THE COURT:  They have now been withdrawn.
11          MR. ALLEN:  Yes.  We finally got consent -- It was
12  actually Apple.
13          THE COURT:  I see.
14          MR. ALLEN:  But we finally got consent, because, under
15  the local procedures there, we had to have their consent to do
16  it, so the parties agreed upon a newly redacted form of the
17  Teece report, and those have now been filed.
18          THE COURT:  Thank you.
19          UNIDENTIFIED SPEAKER:  I accept the apology.
20          MR. QUINN:  There was an argument made about the ITC
21  and the cross-production, and I'm not sure whether the thrust
22  of that was an argument that it's a violation of the Protective
23  Order -- the disclosure of the ITC draft brief was a violation
24  of this Court's Protective Order.
25      I would just point our that, under Paragraph -- It gets
```

1   kind of metaphysical now.

2       Under this Court's Protective Order, any information that

3   we already have, that we properly get, is not subject to the

4   Protective Order.  We properly got that information in the ITC

5   case.

6       And also under ITC Order Number 25 in the ITC case, it

7   carves out from a cross-production provision all third-party

8   materials.  Nokia materials would be third-party materials.  So

9   it doesn't even apply there.

10                  (Pause in proceedings.)

11       MR. QUINN:  Your Honor, I don't know.  Has the Court

12  given some thought about whether I'll have a chance in writing

13  to respond to the sanctions request?

14       THE COURT:  I will, to the extent I entertain the

15  additional sanctions not identified previous, I will give

16  opportunity to write to respond.

17       I need to be mindful of everybody's time here, so . . .

18       MR. QUINN:  Okay.  Well, then, I apologize, Your

19  Honor.  I think I've got to respond to the laundry list that's

20  on the table then.

21       THE COURT:  No.  I'm saying you will get a res -- you

22  will get a chance to respond.

23       MR. QUINN:  I will get a chance to respond.

24       THE COURT:  Yes.

25       MR. QUINN:  Okay.  To the various sanctions that have

1   been proposed.  Thank you, Your Honor.

2           **THE COURT:**  Mr. Selwyn, anything you want to respond

3   for Apple?

4           **MR. SELWYN:**  Very quickly, yes.

5       A few points, if I may.  First, Samsung should take no

6   comfort in the deposition testimony of Mr. Risher.  Samsung

7   quotes Mr. Risher's testimony in its brief that he's not

8   suggesting that anyone has or hasn't actually committed any

9   violation one way or the other.  You just heard that repeated.

10      Mr. Risher has not seen any facts regarding Samsung's

11  disclosures, many of which are confidential business

12  information.  He was specifically asked this question

13  (reading):

14          "Mr. Risher, are you privy to any of the facts

15      concerning Samsung since compliance with the

16      Protective Order in this case?

17      **"A.**  I have not."

18      He was not opining, I mean, one way or the other because

19  he didn't have any of the information about the conduct that's

20  before Your Honor.

21      Second point, I was, I thought, very careful not to name

22  any names, and I did not intend to do so.  I'm not sitting in

23  judgment of the associate.  I don't think that would be right,

24  quite frankly.

25      But what I do think is that somebody should have asked

```
 1  those two questions.  What was the source of the document?  And
 2  who has received it?
 3      It could have been any of them, but somebody should have
 4  asked that question.
 5      Mr. Quinn says there's no law that requires inquiry
 6  notice.  This is just commonsense.  As officers of the Court,
 7  we do have that obligation to investigate, in this instance,
 8  where there has a breach of the Protective Order.  It would not
 9  have been difficult to do.
10      Third point.  On the Apple-Nokia agreement in its
11  production in the ITC, Mr. Quinn just said that the cross-use
12  would not apply because a third-party was not involved.
13      That's just not right.  Apple is the producing party of
14  the Agreement and, therefore, had the right to produce the
15  Agreement.  Apple, on the Agreement, might have been required
16  to seek Nokia's consent but the cross-use provision clearly
17  applied in this instance.
18      The letter to the ITC that Mr. Quinn just referenced
19  having been sent on August 1st, that -- that's true.  They did
20  on August 1st send a letter to the ITC and to Apple's outside
21  counsel about the violation that had occurred.
22      They did not notify the United States trade representative
23  on August 1st.  They designated the letter they sent to the ITC
24  a Outside Counsel's Eyes Only, and that's why I asked the Quinn
25  partner whether I could share it with my client and got the
```

1  answer back after several requests, "Why would you want to

2  share the letter with your client?"

3      On the timing of the production -- I'm sorry.

4      On the timing of the refiling of the Teece report in Italy

5  and Figi, the comp -- the report that we got and were asked to

6  evaluate had itself lack of redaction, so there was some back

7  and forth with Samsung's counsel on that.  We agreed on a

8  version and it has been resubmitted.

9      The last point with respect to the Dutch proceeding, the

10 parties, with the approval of the Court in that matter, had a

11 clear understanding of what the limits were on the use of the

12 information and who could have access to that information?

13     The reason the parties agreed that it would be anonymized

14 is so that you couldn't do the kind of linking that the

15 disclosure in this case has now allowed the hundred or so

16 Samsung employees to do.

17     We agreed on that because the Court required the

18 production of some license information, the rules in the

19 Netherlands are such that you cannot prohibit a party's

20 employees from seeing confidential information, so we reached

21 that agreement.  We're not asking Your Honor to enforce the

22 Dutch agreement.  Obviously, we have to go to the Netherlands

23 to do that.

24     But we did have an understanding; we did have an

25 agreement.  And that agreement does not allow or sanction the

 1   conduct that has occurred in this matter.

 2        Thank you.

 3             **THE COURT:**  Thank you, Mr. Selwyn.

 4        Mr. Allen, I'll give you a further word if you wish.

 5             **MR. ALLEN:**  Very quickly, Your Honor.

 6        Just a few points.

 7        On a couple of occasions today, Mr. Quinn has said that

 8   certain things are not contested.

 9        One of -- One of them that he just pointed to was neither

10   Nokia nor Apple contest the fact that if information is

11   transmitted but, somehow or another, a determination's made

12   that it's not open, that that doesn't trigger a reporting

13   obligation.

14        I want to be clear about this.  If our licensing

15   information is sent to one of our competitors, that triggers a

16   reporting obligations.  So let's not have any more discussion

17   about that's not in dispute.

18        Likewise, the suggestion was made at the outset of the

19   hearing that there's no dispute that this was inadvertent.  I

20   can't embrace that.  I don't know what the facts are.

21        I will say that it's odd to me that the Teece report

22   contains -- partially redacted Teece report transmitted the

23   Nokia-Apple license information to Samsung.

24        And then I go over to the ITC -- I'm not involved in

25   either one of these cases -- and the ITC document is

1  transmitted to Samsung.  Also, improperly redacted to include

2  the Nokia-Apple license information, all overlapping a time

3  when Nokia and Samsung are involved in negotiations.

4       I don't know what happened there, but that's odd to me, so

5  I can't accept the fact that there's -- that everybody buys in

6  to the inadvertent disclosure theory.

7       Last point.  For the first time today, I've heard the

8  suggestion that somehow or another, we just that Stroz

9  Friedberg can create the log that -- that has been on the books

10  for 60 -- no, about 90 days now.

11      The first time I hear that is in this courtroom today.  If

12  that's the problem, if that's reason we haven't created the

13  log, I think if we'd heard that earlier, we could have found a

14  way to work it out.

15           THE COURT:  All right.  Thank you --

16           MR. ALLEN:  Thank you.

17           THE COURT:  -- Mr. Allen.

18           MR. McELHINNY:  One brief point, Your Honor?

19           THE COURT:  Go ahead, Mr. --

20           MR. McELHINNY:  Thank you.

21      I'm not going to repeat the stuff about the intentional

22  violations, and this is not an attempt to blame an associate.

23  We're focused on much more serious things.

24      The only point I want to make is, the language of the

25  Protective Order, and disclosures, require Samsung and Quinn to

1  immediately notify counsel for the producing party and to

2  provide to such counsel all know relevant information

3  concerning the nature and circumstances of that disclosure.

4       That has not happened as of today.

5          **THE COURT:**  All right.  Thank you.

6       Oh.  Mr. Pease, you may add a word as well.

7          **MR. PEASE:**  I'll try and be very brief, Your Honor.

8          **THE COURT:**  Go ahead.

9          **MR. PEASE:**  When it comes to the December disclosure,

10 we're not pointing a finger at the associate.  I mean, the

11 associate we do think did the right thing.

12      He works for me.  I take responsibility for what happened.

13      But I can tell you, I don't want to reveal what was in the

14 communications between us, but I understood at the time this

15 was an issue of a different version, that Mr. Eden, who's the

16 one who sent it the night before, was on the train heading back

17 to his home for the Christmas holidays.

18      What I thought had happened -- and I didn't realize this

19 wasn't the case until the Nokia motion was filed -- is that he

20 simply grabbed some sort of work in progress or something like

21 that off the chairside.

22      Mr. Baxter, who's much more familiar with that chairside

23 for those documents, realized that, you know, and they didn't

24 wait for me.

25      So the next morning, they saw that there was an issue.

 1   They asked -- They e-mailed me.  I was moving, didn't respond.

 2   To their credit they waited 20 minutes, 30 minutes, and then

 3   contacted Mr. Shim directly.  And then Mr. Shim, I think,

 4   responded four minutes later, saying, you know, that he hadn't

 5   seen it, wouldn't, and would delete it.

 6        If he had said something else, such as, you know, "It's

 7   too late.  I sent it around," we may have taken a different

 8   approach.  We thought at that point it had been contained.

 9        **THE COURT:**  Why not just tell Apple?  Why don't you

10   just get yourself out of this whole jam by telling Apple?

11        **MR. PEASE:**  You know, no one saw it as a jam at that

12   point.  It's almost like me picking up somebody else's pa --

13   one of my -- I go into one of my partners' office and I pick up

14   his papers for a case that I'm by accident and say, "Oh, hey,

15   these are yours," and hand it back to him.  It's like that.

16        I mean, you know, would that trigger Protective Order

17   disclosure?  I don't know.  Do I wish, given everything that's

18   gone on, that we had done so?  Sure.  But, you know, at the

19   time, it seemed contained and it seemed to have been resolved.

20        You know -- And these -- Like, you talk about protocols

21   and the ways we ought to manage things.  I mean, we're talking

22   about this internally and there's no easy answer.

23        I mean, I know one of the guys that works for me now was

24   in the software business before, and they had, like, actual

25   release documents, where you could know exactly who had a

1  document, and what state it's in, and never make any mistakes

2  what version you're working on.

3      I mean, the Outlook-based system we use doesn't lend

4  itself to that so well.  And this is something we are thinking

5  about, but we hadn't come up with a perfect solution.

6      As you can see over the course of the case, even by the

7  next set of reports, it had evolved to the point where Apple

8  and Samsung were exchanging proposed redactions to one another,

9  and that's a system that has worked well.

10      But that very first report, we both contemplated that we

11  were both sending redacted versions to our clients, but we

12  didn't exchange those redactions or our own reports, only for

13  the others.

14      Could it have been done better?  Sure.

15      But, again we -- we didn't perceive the issue at the time.

16      And just one thing.  You had asked about the January 4th

17  disclosure.  Frankly, I don't know why that disclosure was

18  made.

19      Mr. Eden had taken it upon himself to further redact that

20  report.  My inclination at the time was not to send the report

21  out.  The client was no longer asking for it.  I think he felt

22  badly that the client had asked for something and he hadn't

23  responded because on January 4th he had sent it out.  But

24  nobody looked at it.

25      It came as a surprise to everyone.

UNDER SEAL

```
 1              THE COURT:  All right.  Thank you.

 2              MR. PEASE:  You're welcome.

 3              THE COURT:  All right.  Let me outline how we're going

 4   to proceed from here.  You've obviously given me all plenty to

 5   think about.  I want to give it more careful consideration

 6   rather than just shooting from the hip.

 7         So, with that, I'm going to take these matters under

 8   submission.

 9         To address Mr. Quinn's concerns -- and, frankly,

10   anticipating any concerns that come from this side of the room,

11   I'm going to give everybody 10 pages by Friday to tell me

12   anything more you want to tell me about anything.  That gives

13   you all fair notice and due process and all that good stuff.

14   Friday, 5 o'clock, 10 pages, tell me what you want.  Everybody

15   can that advantage of that same opportunity.

16         All right.  With that, I wish you all good evening.

17                 (Court adjourned at 5:54 p.m.)

18

19

20

21

22

23

24

25
```

UNDER SEAL

### CERTIFICATE OF TRANSCRIBER

I certify that the foregoing is a true and correct transcript, to the best of my ability, of the above pages of the official electronic sound recording provided to me by the U. S. District Court, Northern District of California, of the proceedings taken on the date and time previously stated in the above matter.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken; and, further, that I am not financially nor otherwise interested in the outcome of the action.

_____

Candace Yount, Transcriber

Thursday, December 12, 2013

Candace Yount, CSR# 2737, RMR, CCRR
Contract Court Reporter to the District Court