QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE (DKT. 3237)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and

2   Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an

3   Motion for Relief from Nondispositive Order of Magistrate Judge (Dkt. 3237)

4   (Motion for Relief).

5    Having considered Samsung's Motion, and good cause having been shown,

6   the Court GRANTS Samsung's Motion for Relief and ORDERS that Magistrate

7   Judge Grewal's April 3, 2015 Order (Dkt. 3237) is REVERSED.

8    IT IS FURTHER ORDERED that the documents ordered produced in the

9   Magistrate Judge's April 3, 2015 Order are to remain confidential, and that Samsung

10  has not waived any applicable privilege as to these documents.

11

12

13  **IT IS SO ORDERED.**

14

15  DATED: _____    _____

16                                    The Honorable Lucy H. Koh
                                      United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28