United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>           Defendants. | Case No.  11-CV-01846-LHK<br><br>**ORDER SETTING BRIEFING SCHEDULE RE MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 3248 |

On April 17, 2015, Defendants filed a Motion for Relief from Nondispositive Order of Magistrate Judge. ECF No. 3248. Pursuant to Civil Local Rule 72-2, the Court sets the following briefing schedule: Plaintiff shall file a response by May 7, 2015. The response shall not exceed 18 pages. Defendants shall file a reply by May 14, 2015. The reply shall not exceed 10 pages.

**IT IS SO ORDERED.**

Dated: April 23, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.11-CV-01846-LHK
ORDER SETTING BRIEFING SCHEDULE RE MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE