1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
3  50 California Street, 22nd Floor
   San Francisco, California 94111
4  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
5
   Kevin P.B. Johnson (Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
7  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
8  Redwood Shores, California 94065
   Telephone: (650) 801-5000
9  Facsimile: (650) 801-5100

10 Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
11 865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
12 Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
13
   Attorneys for SAMSUNG ELECTRONICS
14 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
15 TELECOMMUNICATIONS AMERICA, LLC

16
                    UNITED STATES DISTRICT COURT
17
            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
18

| | |
|---|---|
| 19  APPLE INC., a California corporation, | CASE NO. 11-CV-01846-LHK |
| 20           Plaintiff, | **STATEMENT REGARDING THE FILING OF SAMSUNG'S MOTION FOR RELIEF FROM  NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE** |
| 21      vs. | |
| 22  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 23 | |
| 24 | |
| 25           Defendants. | |

26

27

28

1    Pursuant to the Court's April 23, 2015 Order (Dkt. 3249), Samsung concurrently files
2 herewith its enlarged Motion for Relief from Magistrate Judge Grewal's April 3, 2015 Order
3 ("Motion for Relief").  This filing is identical to the Motion for Relief that was submitted with
4 Samsung's motion seeking leave to file a 18-page brief notwithstanding the default 5-page limit in
5 the Local Rules.  *See* Dkt. 3245-3.

Dated:  April 23, 2015

*/s/ Michael T. Zeller*
Michael T. Zeller

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

02198.00010/6707758.1

-1-   Case No. 11-cv-01846-LHK
STATEMENT REGARDING SAMSUNG'S MOTION FOR RELIEF

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i), I hereby attest that Michael T. Zeller has concurred in this filing.

Dated: April 23, 2015

*/s/ Victoria Maroulis*
Victoria Maroulis