QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charelsverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA   94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
keveinjohonson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA   94055
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA   90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,<br><br>             Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>NOTICE OF WITHDRAWAL OF THOMAS R. WATSON AS COUNSEL |

1  TO THE CLERK OF THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

2        Please take notice that Thomas Robert Watson of Quinn Emanuel Urquhart & Sullivan,

3  LLP hereby withdraws his appearance as counsel of record for Defendants Samsung Electronics

4  Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC,

5  and requests to be removed from the service list in the above-captioned matter.

7  Dated: April 27, 2015                QUINN EMANUEL URQUHART & SULLIVAN, LLP

9                                  /s/ Victoria F. Maroulis
                              Victoria F. Maroulis
                              Attorneys for Defendants SAMSUNG ELECTRONICS
                              CO., LTD., SAMSUNG ELECTRONICS AMERICA,
                              INC., and SAMSUNG TELECOMMUNICATIONS
                              AMERICA, LLC