QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that, pursuant to 28 U.S.C. § 1295(a)(1), Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC[1] appeal to the United States Court of Appeals for the Federal Circuit from the Order Denying Samsung's Motion For Relief From Nondispositive Order Of Magistrate Judge, entered June 19, 2015 (ECF No. 3258), and all orders subsumed or merged therein.  In the event the Court of Appeals determines that it lacks jurisdiction over this appeal, Defendants respectfully request that this appeal be treated as a petition for a writ of mandamus pursuant to 28 U.S.C. § 1651(a).

DATED:  July 20, 2015                    Respectfully submitted,

                                              QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                              By /s/ *Victoria F. Maroulis*
                                                  Charles K. Verhoeven
                                                  Kathleen M. Sullivan
                                                  Kevin P.B. Johnson
                                                  Victoria F. Maroulis
                                                  Michael T. Zeller

                                             Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

---

[1]  Effective January 1, 2015, Samsung Telecommunications America, LLC ("STA") merged with and into Samsung Electronics America, Inc., and therefore STA no longer exists as a separate corporate entity.