AO 149 (6/88)

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### Appeal Information Sheet

### United States District Court for the Northern District of California

_____

-v-

Plaintiff(s)                    Defendant(s)

(List all parties.  Use asterisk to indicate dismissed or withdrawn parties.  Use separate sheet if needed.  Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case: **Patent**

Docket No.   CV 11-01846 LHK           Date of Judgment/Order:  **6/19/2015**

Cross or related appeal?     Date of Notice of Appeal:  **7/20/2015**

Appellant is:  () Plaintiff     (X)  Defendant     () Other (explain
_____

DOCKET FEE STATUS:
          (X)  Paid     () Not Paid     Billed On:
          U.S. Appeal?  Yes ()  No  ()
          In forma pauperis?
           ()  Granted     () Denied   () Revoked       () Pending    () Never requested
_____

### COUNSEL
(List name, firm, address and telephone of lead counsel for each party.  Indicate party represented.

Victoria Maroulis                          Mark Daniel Selwyn
Quinn Emanuel Urquhart & Sullivan          Wilmer Cutler Pickering Hale & Dorr
555 Twin Dolphin Drive, 5th Floor          950 Page Mill Road
Redwood Shores, CA 94065-2139              Palo Alto, CA.  94304
650-801-5000                               650-858-6031
Counsel for Defendant                      Counsel for Plaintiff

### See attached for additional counsel listed

COURT REPORTER: Irene Rodriguez 408-947-8160, Lee Anne Shortridge 408-287-4580, Summer Fisher 408-288-6150

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries.

**Additional Counsel in C11-1846 LHK Apple Inc. -v- Samsung Electronics Co. Ltd., et al**

**Plaintiff** **Apple Inc.**  a California corporation
**Counter-defendant** **Apple Inc.**  a California corporation
**Counter-claimant** **Apple Inc.**  a California corporation
**Counter-claimant** **Apple Inc.**  a California corporation
 represented by

**Samuel Calvin Walden ,**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
212-230-8800
Fax:
Email: calvin.walden@wilmerhale.com
*PRO HAC VICE*

**Timonthy D. Syrett**
60 State Street
Boston, MA 02109
617-526-6975
*PRO HAC VICE*

**Ali H. Shah ,**
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6064
Fax: 202-663-6363
Email: Ali.Shah@wilmerhale.com
*PRO HAC VICE*

**Alison Margaret Tucher**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-7269
Email: atucher@mofo.com

**Andrew L Liao**
WilmerHale
950 Page Mill Rd.
Palo Alto, CA 94304
650-858-6063
Email: andrew.liao@wilmerhale.com

**Andrew Ellis Monach**
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482
(415) 268-7588
Email: amonach@mofo.com

**Benjamin George Damstedt**
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
650-843-5000
Fax: 650-857-0663
Email: bdamstedt@cooley.com

**Brian Larivee**
Wilmer Cutler Pickering Hall and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6226
*PRO HAC VICE*

**Brian Seeve**
60 State Street
Boston, MA 02109
617-526-6160
*PRO HAC VICE*

**Charles S. Barquist**
Morrison & Foerster LLP
555 West 5th Street, Suite 3500
Los Angeles, CA 90013-1024
213-892-5200
Email: cbarquist@mofo.com

**Christine E. Duh**
Wilmer Hale
950 Page Mill Road
Palo Alto, CA 94304
650-858-6051
Fax: 650-858-6100
Email: Christine.Duh@wilmerhale.com

**Christopher Leonard Robinson**
Morrison Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
650-813-4229
Fax: 650-494-0792
Email: christopherrobinson@mofo.com

**David B. Bassett**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
(212) 230-8800
Fax: (212) 230-8888
Email: david.bassett@wilmerhale.com

**Deok Keun Matthew Ahn**
Morrison & Foerster
425 Market Street
San Francisco, CA 94105
415-268-6629
Fax: 415-268-7522
Email: dahn@mofo.com

**Derek Lam**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6798
*PRO HAC VICE*

**Emily R. Whelan,**
Wilmer Cutler Pickering Hal and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6567
Email: emily.whelan@wilmerhale.com
*PRO HAC VICE*

**Erik J. Olson**
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
650-813-5600
Fax: (650) 494-0792
Email: ejolson@mofo.com

**Esther Kim**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
Fax: (415) 268-7522
Email: ekim@mofo.com

**Francis Chung-Hoi Ho**
Morrison and Foerster
425 Market St.
San Francisco, CA 94105
415-268-6688
Email: fho@mofo.com

**Grant L. Kim**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-7359
Fax: 415-268-7522
Email: gkim@mofo.com

**Harold J. McElhinny**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7265
Email: HMcElhinny@mofo.com

**James C. Burling**
60 State Street
Boston, MA 02109
617-526-6416

**Jason R. Bartlett**
Morrison & Foerster LLP
425 Market Street
34th Floor
San Francisco, CA 94105
415-268-6615
Fax: 415-268-7522
Email: JasonBartlett@mofo.com

**Jennifer Lee Taylor**
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482
(415) 268-7000
Email: JLeeTaylor@mofo.com

**Jeremy S. Winer**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 100007
212-230-8800
Email: jeremy.winer@wilmerhale.com

**Jesse L Dyer**
Cooley
3175 Hanover Street
Palo Alto, CA 94304
650-843-5000
Email: jdyer@cooley.com

**Joseph J. Mueller**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000
Fax: 617-526-5000
Email: joseph.mueller@wilmerhale.com
*PRO HAC VICE*

**Joshua Ryan Benson**
Taylor and Co Law Offices
One Ferry Bldg
Suite No. 355
SF, CA 94111
415-788-8200
Fax: 415-788-8208
Email: jbenson@tcolaw.com

**Liv Leila Herriot**
Wilmer Cutler et al
950 Page Mill Road
Palo Alto, CA 94304
650-858-6138
Email: liv.herriot@wilmerhale.com

**Mark D. Flanagan**
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304
650-858-6047
Fax: 650-858-6100
Email: mark.flanagan@wilmerhale.com

**Mark Daniel Selwyn**
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
650-858-6031
Fax: 650-858-6100
Email: mark.selwyn@wilmerhale.com

**Michael A. Diener**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6454
*PRO HAC VICE*

**Michael Saji**
60 State Street
Boston, MA 02109
617-526-6813
*PRO HAC VICE*

**Patrick J Zhang**
Morrison Foerster
425 Market St.
San Francisco, CA 94105
415-268-7653
Email: pzhang@mofo.com

**Peter James Kolovos ,**
WilmerHale
60 State St
Boston, MA 02109
(617)526-6000
Fax:
Email: peter.kolovos@wilmerhale.com
*PRO HAC VICE*

**Rachel Krevans**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
Email: rkrevans@mofo.com

**Richard Goldenberg**
Hale & Dorr, LLP
60 State Street
Boston, MA 02109-1803
(617) 526-6548
*PRO HAC VICE*

**Richard S.J. Hung**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
Fax: (415) 268-7522
Email: rhung@mofo.com

**Robert Donald Cultice ,**
Wilmer Cutler Pickering Hal and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6021
Email: robert.cultice@wilmerhale.com
*PRO HAC VICE*

**Robert J. Gunther , Jr.**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
212-510-7000

**Stephen McGeorge Bundy**
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
(415) 788-8200
Fax: (415) 788-8208
Email: sbundy@tcolaw.com

**Stephen E. Taylor**
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
415-788-8200
Fax: 415-788-8208
Email: staylor@tcolaw.com

**Taryn Spelliscy Rawson**
Morrison Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-7000
Email: trawson@mofo.com

**Timothy S. Teter**
Cooley LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
650-843-5000
Fax: 650-849-7400
Email: teterts@cooley.com

**Victor F. Souto**
WilmerHale
7 World Trade Center
New York, NY 10007
(212) 937-7224
Email: vic.souto@wilmerhale.com

**William F. Lee**
Wilmer Pickering Hale and Dorr LLP.
60 State Street
Boston, MA 02109
617-526-65560
Fax: 617-526-5000
Email: william.lee@wilmerhale.com
*PRO HAC VICE*


**Christine E. Duh**
Wilmer Hale
950 Page Mill Road
Palo Alto, CA 94304
650-858-6051
Fax: 650-858-6000
Email: Christine.Duh@wilmerhale.com


<u>**Defendant**</u> **Samsung Electronics Co. Ltd.**  a Korean corporation,  **Samsung Electronics America, Inc.**,  **Samsung Telecommunications America, LLC** a Delaware limited liability company

<u>**Counter-claimant**</u> **Samsung Telecommunications America, LLC** a Delaware limited liability

<u>**Counter-claimant**</u> **Samsung Electronics America, Inc.** a New York corporation

<u>**Counter-claimant**</u> **Samsung Electronics Co. Ltd.**  a Korean corporation

<u>**Counter-defendant**</u> **Samsung Electronics America, Inc.**  a New York corporation

 <u>**Counter-defendant**</u> **Samsung Electronics Co. Ltd.**  a Korean corporation

<u>**Counter-defendant**</u> **Samsung Telecommunications America, LLC** a Delaware limited liability company

represented by

**Huan-Yi Lin ,**
Steptoe Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
310-734-1930
Fax: 310-734-1931
Email: hlin@steptoe.com
*PRO HAC VICE*

**John M Caracappa**
1330 Connecticut Ave., NW
Washington, DC 20036
202-429-3000
Fax: 202-429-3902
Email: jcaracap@steptoe.com
*PRO HAC VICE*


**Paul A. Gennari**
Steptoe and Johnson LLP
1330 Connecticut Ave, NW
Washington, DC 20036
202-429-6413
Email: pgennari@steptoe.com
*PRO HAC VICE*

**Thomas G. Pasternak**
DLA Piper US LLP
115 South La Salle Street
Suite 3100
Chicago, IL 60603
(312) 577-1265
*PRO HAC VICE*

**Albert P. Bedecarre**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email: albedecarre@quinnemanuel.com

**Benjamin Laban Singer**
Hopenfeld Singer Rice and Saito LLP
235 Montgomery Street
Suite 907
San Francisco, CA 94104
(415) 500-6080
Email: bls@hsrslaw.com

**Christopher Edward Stretch**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
San Francisco
50 California Street
Suite 2200
San Francisco, CA 94111-3580
(415) 875-6404
Fax: (415) 875-6700
Email: chrisstretch@quinnemanuel.com

**Diane Hutnyan**
Quinn Emanuel Urquhart and Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, ca 90017
213-443-3666
Fax: 213-443-3100
Email: dianehutnyan@quinnemanuel.com

**Edward H. Rice**
Hopenfeld Singer Rice & Saito
445 W. Erie Street
Suite 108
Chicago, Il 60654
312-651-6333

**James E. Hopenfeld**
Hopenfeld Singer Rice & Saito
235 Montgomery Street
Suite 907
San Francisco, CA 94104
415-500-6077
Email: jeh@hsrslaw.com

**John B Quinn**
Quinn Emanuel et al
865 S Figueroa Street
10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: johnquinn@quinnemanuel.com

**Jon C. Cederberg**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100

**Kevin P.B. Johnson**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: kevinjohnson@quinnemanuel.com

**Kfir B. Levy**
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
1615 M Street, NW
Suite 400
Washington, DC 20036
202-326-7900
Fax: 202-326-7999
Email: klevy@steptoe.com

**Margret Mary Caruso**
Attorney at Law
555 Twin Dolphin Drive,
Suite 560
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: margretcaruso@quinnemanuel.com

**Marina N. Saito**
Hopenfeld Singer Rice & Saito LLP
445 W. Ernie Street
Suite 108
Chicago, IL 60654
312-651-6333
Fax: 312-948-9204

**Mark Yeh-Kai Tung**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
Email: marktung@quinnemanuel.com


**Melissa N Chan**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: melissachan@quinnemanuel.com

**Michael Richard Heimbold**
Steptoe & Johnson LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
310.734.3200
Fax: 310.734.3300
Email: mheimbold@steptoe.com

**Rachel H Kassabian**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: rachelkassabian@quinnemanuel.com

**Ryan Seth Goldstein**
Quinn Emanuel Urquhart Oliver and Hedges LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: ryangoldstein@quinnemanuel.com

**Susan Rachel Estrich**
The Law Center/USC
University Park
Los Angeles, CA 90089-0071
213-740-7578
Fax: 213-740-5502
Email: susanestrich@quinnemanuel.com

**Todd Michael Briggs**
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
(650) 801-5000
Email: toddbriggs@quinnemanuel.com

**William Charlie Price**
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S Figueroa St
10th Flr
Los Angeles, CA 90017-3211
(213) 443-3000
Fax: 213-443-3100
Email: williamprice@quinnemanuel.com

**Charles Kramer Verhoeven**
Quinn Emanuel Urquhart Oliver & Hedges L
50 California Street, 22nd Floor
San Francisco, Ca 94111
415-875-6600
Email: charlesverhoeven@quinnemanuel.com

**Edward John DeFranco,**
Quinn Emanuel Urquhart Sullivan
51 Madison Avenue, 22th Floor
New York, NY 10010
212-849-7106
Email: eddefranco@quinnemanuel.com

**Michael Thomas Zeller**
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100

**Kathleen Marie Sullivan**
Quinn Emanuel Urquhart and Sullivan, LLP
51 Madison Ave
22d Floor
New York, NY 10022
212-849-7000
Email: kathleensullivan@quinnemanuel.com


**Scott B. Kidman**
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100
Email: scottkidman@quinnemanuel.com

**Alan Lee Whitehurst**
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street, NW, 11th Floor
Washington, DC 20001
202-538-8103
Fax: 202-538-8100
Email: alanwhitehurst@quinnemanuel.com


**Anne Elizabeth Abramowitz**
Quinn Emanuel Urquhart and Sullivan LLP
50 California St.
22nd Floor
San Francisco, CA 94111
United Sta
415-875-6394
Email: anneabramowitz@quinnemanuel.com


**Anthony Paul Alden**
Quinn Emanuel Urquhart and Sullivan
865 S Figueroa St 10FL
Los Angeles, CA 90017
213-443-3159
Fax: 213-443-3100
Email: anthonyalden@quinnemanuel.com

**Bill Trac**
Quinn Emanuel
555 Twin Dolphin Dr, 5th Flr
Redwood Shores, CA 94065
650-801-5000
Email: billtrac@quinnemanuel.com


**Brett J Arnold**
Quinn Emanuel Urquhart and Sullivan LLP
555 Twin Dolphin Dr 5th Flr
Redwood Shores, CA 94065
650-801-5000
Email: brettarnold@quinnemanuel.com


**Brett Dylan Proctor**
Quinn Emanuel LLP
865 S Figueroa St 10th Fl
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: dylanproctor@quinnemanuel.com


**Brian E Mack**
Quinn Emanuel Urquhart and Sullivan LLP
50 California Street 22nd Floor
San Francisco, CA 94111
415-875-6600
Email: brianmack@quinnemanuel.com


**Carey R Ramos**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7000
Email: careyramos@quinnemanuel.com


**Curran M Walker**

Quinn Emmanuel Urqhart Oliver Hedges
865 S Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100

**Daryl M. Crone**
Crone Hawxhurst LLP
10880 Wilshire Boulevard, Ste. 1150
Los Angeles, CA 90024
310-893-5150
Fax: 310-893-5195
Email: daryl@cronehawxhurst.com

**David Raymond Garcia**
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067-6017
(310) 228-3700
Fax: (310) 228-3701
Email: drgarcia@sheppardmullin.com

**Gary L. Halling**
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4106
415/434-9100
Fax: 415/434-3947
Email: ghalling@smrh.com

**Heather Elizabeth Belville**
Quinn Emanuel Urquhart Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
Fax: (650) 801-5100
Email: heatherbelville@quinnemanuel.com

**James E. Hopenfeld**

Hopenfeld Singer Rice & Saito
235 Montgomery Street
Suite 907
San Francisco, CA 94104
415-500-6077
Email: jeh@hsrslaw.com


**John Steven Gordon**
Quinn Emanuel
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100
Email: johngordon@quinnemanuel.com

**John Mark Pierce**
Quinn Emanuel
Los Angeles
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100
Email: johnpierce@quinnemanuel.com

**John B Quinn**
Quinn Emanuel et al
865 S Figueroa Street
10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: johnquinn@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Jon C. Cederberg**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100

**Joseph B. Martin**
Quinn Emanuel
50 California Street, Suite 22
San Francisco, CA 94111
831-747-4292
Email: jobymartin@quinnemanuel.com


**Joseph Milowic**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7000
Fax: 212-849-7100
Email: josephmilowic@quinnemanuel.com


**Kara Michelle Borden**
Quinn Emanuel Urquhart and Sullivan, LLP
865 S. Figueroa St, 10th Fl
Los Angeles, CA 90017
213-443-3000
Email: karaborden@quinnemanuel.com


**Katharine Fiedler Barach**
Quinn Emanuel Urquhart and Sullivan
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065, CA 94065
650-801-5000
Email: katharinebarach@quinnemanuel.com


**Kenneth Reed Chiate**
Quinn Emanuel Urquhart Sullivan LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: kenchiate@quinnemanuel.com


**Kevin P.B. Johnson**
Quinn Emanuel Urquhart & Sullivan LLP

555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: kevinjohnson@quinnemanuel.com

**Margret Mary Caruso**
Attorney at Law
555 Twin Dolphin Drive,
Suite 560
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: margretcaruso@quinnemanuel.com

**Marina N. Saito**
Hopenfeld Singer Rice & Saito LLP
445 W. Ernie Street
Suite 108
Chicago, IL 60654
312-651-6333
Fax: 312-948-9204


**Mark Yeh-Kai Tung**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
Email: marktung@quinnemanuel.com

**Melissa Chan O'Sullivan**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: MelissaChanOSullivan@quinnemanuel.com


**Michael Louis Fazio**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street

22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email: michaelfazio@quinnemanuel.com

**Mona Solouki**
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero
17th Floor
San Francisco, CA 94111
415-434-9100
Fax: 415-434-3947
Email: msolouki@sheppardmullin.com


**Prashanth Chennakesavan**
Quinn Emanuel Urquhart and Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3630
Email: prashanthchennakesavan@quinnemanuel.com


**Rachel H Kassabian**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: rachelkassabian@quinnemanuel.com


**Robert Jason Becher**
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street
Los Angeles, CA 90017
213-443-3182
Fax: 213-624-0643
Email: robertbecher@quinnemanuel.com


**Robert William Stone**
Quinn Emanuel Urquhart & Sullivan
555 Twin Dolphin Drive

5th Floor
Redwood Shores, Ca 94065
650-801-5000
Fax: 650-801-5100
Email: robertstone@quinnemanuel.com


**Robert Wilson**
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7000

**Ryan Seth Goldstein**
Quinn Emanuel Urquhart Oliver and Hedges LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: ryangoldstein@quinnemanuel.com


**Scott Liscom Watson**
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street
10th floor
Los Angeles, CA 90017-2543
(213) 443-3000
Email: scottwatson@quinnemanuel.com

**Susan Rachel Estrich**
The Law Center/USC
University Park
Los Angeles, CA 90089-0071
213-740-7578
Fax: 213-740-5502
Email: susanestrich@quinnemanuel.com


**Thomas Robert Watson**
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065

650-801-5000
Fax: 650-801-5100
Email: tomwatson@quinnemanuel.com


**Todd Michael Briggs**
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
(650) 801-5000
Email: toddbriggs@quinnemanuel.com


**William Balden Adams**
Quinn Emanuel Urquhart Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7000
Email: williamadams@quinnemanuel.com


**William Charlie Price**
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S Figueroa St
10th Flr
Los Angeles, CA 90017-3211
(213) 443-3000
Fax: 213-443-3100
Email: williamprice@quinnemanuel.com

**Movant Nokia Corporation** represented by

**Steven Daniel Hemminger**
Alston & Bird LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4004
(650) 838 2029
Fax: (650) 838 2001
Email: steve.hemminger@alston.com


**Brian Parker Miller**
Alston & Bird LLP
1201 W Peachtree St
Atlanta, GA 30309
404-881-4970
Email: parker.miller@alston.com

**Jennifer Liu**
Alston and Bird
275 Middlefield Road
Suite 150
Menlo Park, CA 94025
650-838-2031
Email: celine.liu@alston.com

**Patrick J. Flinn**
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3449
404-881-7000
Fax: 404-881-7777
Email: pflinn@alston.com

**Randall Lee Allen**
Alston and Bird
275 Middlefield Road
Suite 150
Menlo Park, CA 94025
650-838-2000
Fax: 650-838-2001
Email: randall.allen@alston.com

**Ryan W. Koppelman**
Alston & Bird LLP
275 Middlefield Rd
Suite 150
Menlo Park, CA 94025
(650) 838-2000
Email: ryan.koppelman@alston.com

**Xavier Mark Brandwajn**
Alston & Bird LLP
275 Middlefield Road
Suite 150
Menlo Park, CA 94025
650-838-2000
Fax: 650-838-2001
Email: xavier.brandwajn@alston.com

**Movant InterDigital Technology Corporation** represented by

**Michael Brett Levin**
Wilson Sonsini Goodrich & Rosati
A Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
650-493-9300
Fax: 650-565-5100
Email: mlevin@wsgr.com


**Corina Irina Cacovean**
Wilson Sonsini Goodrich and Rosati
One Market Street
Spear Tower
Suite 3300
San Francisco, CA 94105
415-947-2000
Fax: 415-947-2099
Email: ccacovean@wsgr.com

**Dylan James Liddiard**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
650/493-9300
Fax: 650-565-5100
Email: dliddiard@wsgr.com

**Movant InterDigital Communications LLC** represented by

**Michael Brett Levin**
Wilson Sonsini Goodrich & Rosati
A Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
650-493-9300
Fax: 650-565-5100
Email: mlevin@wsgr.com

**Corina Irina Cacovean**
Wilson Sonsini Goodrich and Rosati
One Market Street
Spear Tower
Suite 3300
San Francisco, CA 94105
415-947-2000
Fax: 415-947-2099
Email: ccacovean@wsgr.com

**Dylan James Liddiard**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
650/493-9300
Fax: 650-565-5100
Email: dliddiard@wsgr.com

**Movant Koninklijki Philips Electronics N.V.** represented by

**Gary C. Ma**
Finnegan Henderson Farabow Garrett & Dunner LLP
3300 Hillview Avenue
Palo Alto, CA 94304
650.849.6785
Fax: 650.849.6666
Email: gary.ma@finnegan.com

**Robert Francis McCauley**
Finnegan, Henderson, Farabow, Garrett &
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
650-849-6600
Fax: 650-849-6666
Email: robert.mccauley@finnegan.com

**Movant** **Intel Corporation** represented by

**Christopher L. Kelley**
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
650-838-4300
Fax: 650-838-4350
Email: CKelley@perkinscoie.com


**Movant** **Telefonaktiebolaget LM Ericsson** represented by

**Courtland Lewis Reichman**
303 Twin Dolphin Drive, 6th Floor
Redwood City, CA 94065
650-394-1401
Email: creichman@mckoolsmith.com


**Interested Party** **Microsoft Corporation** represented by

**Nathaniel Eli Durrance**
Perkins Coie LLP
1201 Third Ave.
Suite 4800
Seattle, WA 98101
206-359-3408
Fax: 206-359-4408
Email: NDurrance@perkinscoie.com

**Interested Party** **Siemens AG** represented by

**John P. Bovich**
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
415-543-8700
Fax: 415-391-2869
Email: jbovich@reedsmith.com

**James A Daire**
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
415-543-8700
Fax: 415-391-8269
Email: jdaire@reedsmith.com

**Amicus Cellco Partnership dba Verizon Wireless** represented by

**Melinda Mae Morton**
Bergeson, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110-2712
408-291-6203
Fax: (408) 297-6000
Email: mmorton@be-law.com


**Amicus T-Mobile USA, Inc.** represented by

**Michael J. Bettinger**
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
415-882-8200
Fax: 415-882-8220
Email: mike.bettinger@klgates.com


**Miscellaneous Toshiba Corporation** represented by

**Kimberly K. Dodd**
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
414-319-7345
Fax: 414-297-4900
Email: kdodd@foley.com


**Miscellaneous Qualcomm Incorporated**
*Non-Party Qualcomm Incorporated* represented by

**David Allan Kays**
Morgan Franich Fredkin & Marsh
99 Almaden Boulevard, Suite 1000
San Jose, CA 95113-1613
408-288-8288
Fax: 408-288-8325
Email: dkays@mffmlaw.com

**Freeda Yllana Lugo**
Morgan, Franich, Fredkin & Marsh
99 Almaden Blvd., Suite 1000
San Jose, CA 95113
408-288-8288
Fax: 408-288-8325
Email: flugo@mffmlaw.com

**Roger G. Brooks**
Cravath Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212-474-1000
*PRO HAC VICE*

**Miscellaneous Motorola Mobility LLC** represented by

**Jennifer A. Golinveaux**
Winston & Strawn
101 California Street
San Francisco, CA 94111-5894
415-591-1000
Fax: 415-591-1400
Email: jgolinveaux@winston.com

**Marcus T. Hall**
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
415 591-1000
Fax: 415 591-1400
Email: mthall@winston.com

**David S. Bloch**
Winston & Strawn
101 California Street
San Francisco, CA 94111-5802
415-591-1452
Fax: 415-591-1400
Email: dbloch@winston.com

**Peter J. Chassman**
Winston & Strawn LLP
1111 Louisiana
25th Floor
Houston, TX 77002-5242
713-651-2623
*PRO HAC VICE*


 **Miscellaneous Dolby Laboratories Licensing Corporation** represented by

**Timothy Tully Scott**
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065
650-590-0739
Fax: 650-590-1900
Email: tscott@kslaw.com


**Leo Spooner , III**
King & Spalding
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065
650-590-0700
Fax: 650-590-1900
Email: lspooner@kslaw.com


**Intervenor Reuters America LLC** represented by

**Karl Olson**
Ram, Olson, Cereghino & Kopczynski LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
415-433-4949
Fax: 415-433-7311
Email: kolson@ramolson.com

**Xinying Valerian**
Ram Olson Cereghino & Kopezynski LLP
555 Montgomery St. Suite 820
San Francisco, CA 94111
415-433-4949
Email: xvalerian@rocklawcal.com

**Intervenor International Business Machines Corporation**

**William Frederick Abrams**
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065
650-590-0700
Fax: 650-590-1900
Email: wabrams@kslaw.com

**Timothy Tully Scott**
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065
650-590-0739
Fax: 650-590-1900
Email: tscott@kslaw.com

**Geoffrey M. Ezgar**
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
San Francisco, CA 94065
650-590-0700
Fax: 650-590-1900
Email: gezgar@kslaw.com

**Leo Spooner , III**
King & Spalding
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065
650-590-0700
Fax: 650-590-1900
Email: lspooner@kslaw.com

**Intervenor Research In Motion Corporation, Research In Motion Ltd.** represented by

**Jonathan Robert Lange**
Irell & Manella LLP
1800 Ave of the Stars #900
Los Angeles, CA 90067-4276
310-277-1010
Fax: 310-203-7199
Email: jlange@irell.com

**Witness Shin Nishibori** represented by

 **Thomas Joseph Nolan , Jr**
Nolan, Armstrong, Barton LLP
600 University Avenue
Palo Alto, CA 94301
(650)326-2980
Email: tnolan@nablaw.com