**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

August 25, 2015

Writer's Direct Contact
+1 (415) 268.7265
HMcElhinny@mofo.com

The Honorable Lucy H. Koh
United States District Court, Northern District of California
280 South 1st Street, Courtroom 8, 4th Floor
San Jose, California 95113

Re:   *Apple Inc. v. Samsung Electronics Co., Ltd. et al.*
      No. 5:11-cv-01846-LHK

Dear Judge Koh:

On May 18, 2015, the Federal Circuit affirmed the validity and infringement judgments in this case with respect to Apple's design patents and utility patents, as well as "the damages awarded for the design and utility patent infringements appealed by Samsung." *Apple Inc. v. Samsung Elecs. Co.*, 786 F.3d 983, 989 (Fed. Cir. 2015). The Federal Circuit "remand[ed] for ***immediate entry of final judgment*** on all damages awards not predicated on Apple's trade dress claims." Id. at 1005 (emphasis added). On August 13, 2015, the Federal Circuit denied Samsung's petition for rehearing en banc. Samsung moved to stay issuance of the mandate on August 19, 2015. Today, on August 25, 2015, the Federal Circuit denied the motion to stay and issued the mandate. To assist the Court in carrying out the above portion of the mandate, Apple hereby submits a proposed final judgment, attached as Attachment A. As explained below, the amount of damages covered by the Court's mandate comes directly from the Federal Circuit decision and representations by Samsung to the Federal Circuit.

As Samsung acknowledged in its petition for rehearing en banc, the portion of the damages award affirmed by the Federal Circuit totals $548 million. (*See* Attachment B (Samsung Fed. Cir. Petition For Rehearing En Banc) at 2 ("The panel … reversed the award of $382 million in trade-dress dilution damages but affirmed the remaining $548 million in damages.").) More precisely, the amount is $548,176,477, which includes $398,940,864 for design patent infringement and $149,235,613 for utility patent infringement. (*See* Attachment C (Samsung Opening Fed. Cir. Br.) at 12; Attachment D (Apple Fed. Cir. Br.) at 21 n.1, 45, 67, 80, 86.) The parties further acknowledged that the damages award could be further broken down on a product-by-product basis as outlined in the attached proposed judgment. (*See* Attachment C at 9-14; Attachment D at 22.)

sf-3567702

MORRISON | FOERSTER

The Honorable Lucy H. Koh
August 25, 2015
Page Two

Accordingly, Apple respectfully requests that the Court enter partial final judgment for Apple in the amount of $548,176,477 pursuant to the Federal Circuit's mandate. A proposed form of judgment is attached.

Pursuant to the Federal Circuit's opinion and previous orders of this Court, we anticipate further action concerning supplemental damages and the issues remanded for rehearing.

Respectfully submitted,

*/s/ Harold J. McElhinny*

Harold J. McElhinny

Attachments

sf-3567702