# ATTACHMENT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] PARTIAL FINAL JUDGMENT PURSUANT TO THE FEDERAL CIRCUIT'S MANDATE**<br><br>Hon. Lucy H. Koh |

[PROPOSED] PARTIAL FINAL JUDGMENT

The Court, having considered the Federal Circuit's opinion in *Apple Inc. v. Samsung Electronics Co.*, 786 F.3d 983 (Fed. Cir. 2015), and having concluded that there is no just reason for delay, HEREBY ORDERS that judgment is entered against Samsung and in favor of Apple in the amount of $548,176,477 for Samsung's infringement of Apple's design patents and utility patents based on sales up to and including June 30, 2012, of the following Samsung products: $21,121,812 for the Captivate; $6,478,873 for the Continuum; $60,706,020 for the Droid Charge; $37,928,694 for the Epic 4G; $2,044,683 for the Exhibit 4G; $22,143,335 for the Galaxy Prevail; $40,494,356 for the Galaxy S II (AT&T); $100,326,988 for the Galaxy S II (Epic 4G); $32,273,558 for the Galaxy S II (Skyrocket); $83,791,708 for the Galaxy S II (T-Mobile); $9,544,026 for the Galaxy Tab; $833,076 for the Galaxy Tab 10.1 (WiFi); $4,831,453 for the Gem; $9,917,840 for the Indulge; $99,943,987 for the Infuse 4G; $10,559,907 for the Nexus S 4G; $3,046,062 for the Replenish; and $2,190,099 for the Transform.

**IT IS SO ORDERED.**

Dated: _____, 2015

_____
HONORABLE LUCY H. KOH
United States District Judge