QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S OBJECTIONS TO APPLE'S IMPROPER REQUEST FOR AN ORDER (DKT. 3264)** |

Case No. 11-cv-01846-LHK
SAMSUNG'S OBJECTIONS TO APPLE'S IMPROPER REQUEST FOR AN ORDER

1    Apple has just submitted a letter to the Court asking it to enter a procedurally and
2 substantively flawed partial final judgment that would violate the Federal Rules of Civil Procedure
3 and be erroneous as a matter of law.   (Dkt. 3264.)   Samsung strenuously objects to this
4 improper submission, which violates the Local Rules.
5    The Local Rules do not permit letters such as Apple's to the Court, and to the contrary
6 specify that "[a]ny written request to the Court for an order must be presented by" noticed motion,
7 ex parte application (where appropriate), or other means that Apple has *not* employed.   Civ. L.R.
8 7-1(a).[1]   Part of the reason for requiring the submission of proposed orders *on notice* is to allow
9 adverse parties time to respond and object.   Accordingly, Apple's demand is not allowed by the
10 Local Rules or the Federal Rules of Civil Procedure, not least because Apple would apparently
11 have this Court enter an improper partial final judgment without affording Samsung any time to
12 object or any time to point out the errors in Apple's form of judgment.
13    Because Apple's submission flagrantly violates the Rules, it should be stricken by the
14 Court.   Alternatively, Samsung respectfully requests at a minimum that the Court grant a
15 reasonable amount of time to submit objections to the proposed form of partial final judgment
16 attached to Apple's correspondence, which is erroneous on several grounds, procedural,
17 numerical, and substantive.   Due process requires no less.

---

[1]   The Rule provides in full that "[a]ny written request to the Court for an order must be presented by one of the following means:   (1) Duly noticed motion pursuant to Civil L.R. 7-2; (2) A motion to enlarge or shorten time pursuant to Civil L.R. 6-1; (3) When authorized, an *ex parte* motion pursuant to Civil L.R. 7-10; (4) When applicable, a motion for administrative relief pursuant to Civil L.R. 7-11; or (5) Stipulation of the affected parties pursuant to Civil L.R. 7-12. (6) Motions regarding Orders or Recommendations of a Magistrate Judge pursuant to Civil L.R. 72-2 or 72-3."   *Id.*

1  DATED: August 25, 2015          QUINN EMANUEL URQUHART &
                                   SULLIVAN, LLP
2

3                                  By   */s/ Victoria F. Maroulis*
                                        Charles K. Verhoeven
4                                       Kathleen M. Sullivan
                                        Kevin P.B. Johnson
5                                       Victoria F. Maroulis
                                        Michael T. Zeller
6
                                        Attorneys for SAMSUNG ELECTRONICS CO.,
7                                       LTD., SAMSUNG ELECTRONICS AMERICA,
                                        INC., and SAMSUNG
8                                       TELECOMMUNICATIONS AMERICA, LLC