# EXHIBIT 14

PTO/SB/32 (07-09)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| REQUEST FOR ORAL HEARING BEFORE THE PATENT TRIAL AND APPEAL BOARD | Docket Number (Optional) 106842803600(P4895USREX1) |
|---|---|
| In re Ex Parte Reexamination Application of | Andrew E. PLATZER et al. |
| Control Number 90/012,332 | Filed May 30, 2012 |
| For | APPLICATION PROGRAMMING INTERFACES FOR SCROLLING OPERATIONS |
| Art Unit 3992 | Examiner M. J. Yigdall |

Applicant hereby requests an oral hearing before the Patent Trial and Appeal Board in the appeal of the above-identified application.

The fee for this Request for Oral Hearing is (37 CFR 41.20(b)(3))    $    1,300.00

☐ Applicant claims small entity status. See 37 CFR 1.27. Therefore, the fee shown above is reduced by half, and the resulting fee is:    $ _____

☐ A check in the amount of the fee is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director has already been authorized to charge fees in this application to a Deposit Account. I have enclosed a duplicate copy of this sheet.

☒ The Director is hereby authorized to charge any fees which may be required, or credit any overpayment to Deposit Account No.    03-1952    .

☐ Payment made via EFS-Web

☐ A petition for an extension of time under 37 CFR 1.136(b) (PTO/SB/23) is enclosed. For extensions of time in reexamination proceedings, see 37 CFR 1.550.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the

/Brian B. Ho/
Signature

☐ applicant.

Brian B. Ho
Typed or printed name

☒ attorney or agent of record.
Registration number    60,199    .

July 2, 2014
Date

☐ attorney or agent acting under 37 CFR 1.34.
Registration number if acting under 37 CFR 1.34. _____

(415) 268-6373
Telephone number

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms if more than one signature is required, see below*.

☒ *Total of    1    forms are submitted.

I hereby certify that this paper is being transmitted via the Office electronic filing system in accordance with 37 CFR § 1.6(a)(4).

Dated: July 2, 2014           Electronic Signature for Farm Tran:   /Farm Tran/

1

sf-3433829