# EXHIBIT 15



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/012,332 | 05/30/2012 | 7844915 | P4895USREX1/106842803600 | 5963 |

20872          7590          08/26/2014
MORRISON & FOERSTER LLP
425 MARKET STREET
SAN FRANCISCO, CA 94105-2482

| EXAMINER |
|---|
| YIGDALL, MICHAEL J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 08/26/2014 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

## The United States Patent and Trademark Office
## PATENT TRIAL AND APPEAL BOARD

|  |  |
|---|---|
| MORRISON & FOERSTER LLP | Appeal No: 2014-007,899 |
| 425 MARKET STREET | Appellant: APPLE, INC.(OWNER), et al. |
| SAN FRANCISCO, CA 94105-2482 | Reexam Control No: 90/012,332 |
|  | Hearing Room: D |
|  | Hearing Docket: B |
|  | Hearing Date: Wednesday, November 19, 2014 |
|  | Hearing Time: 02:00 PM |
|  | Location: Madison Building - East Wing |
|  | 600 Dulany Street, 9th Floor |
|  | Alexandria, Virginia 22313-1450 |

## NOTICE OF HEARING
## RESPONSE REQUIRED WITHIN 21 DAYS

Your attention is directed to 37 CFR § 41.47. The above identified appeal will be heard by the Patent Trial and Appeal Board on the date indicated. Hearings will commence at the time set, and as soon as the argument in one appeal is concluded, the succeeding appeal will be taken up. **The time allowed for argument is 20 minutes** unless additional time is requested and approved before the argument commences. **As the hearing relates to an appeal from a reexamination, the hearing will be open to the public.**

CONFIRMATION OF ATTENDANCE OR WAIVER OF THE HEARING IS REQUIRED WITHIN **21 DAYS** OF THE MAILING DATE OF THIS NOTICE. Failure to respond may subject Appellant(s) to waiver of the oral hearing. If Appellant is no longer interested in having an oral hearing, Appellant must still file a waiver of oral hearing with the Board. This allows the panel to promptly act on the appeal without waiting for the oral hearing date.

Confirmation or waiver of the hearing should be indicated by completing the form below and returning it to the Board. This form may be filed with the Board by any one of the following three alternative methods:

1. **PREFERRED**: Via the USPTO Electronic Filing System (EFS) at http://www.uspto.gov/patents/process/file/efs/
2. Facsimile transmitted to: The USPTO Central fax number (official copy): **(571) 273-8300**
   *and* the PTAB Hearing fax number (courtesy copy): **(571) 273-9797.**
3. By mail at the PTAB mailing address:   Patent Trial and Appeal Board
   United States Patent and Trademark Office
   P.O. BOX 1450
   Alexandria, Virginia 22313-1450

**In all communications relating to this appeal, please identify the appeal by its number.**

**CHECK ONE:**
  ( ) IN-PERSON HEARING - ATTENDANCE CONFIRMED  *(EFS-Web selection: Confirmation of Hearing by Appellant)*
  ( ) TELEPHONIC HEARING - ATTENDANCE CONFIRMED  *(EFS-Web selection: Confirmation of Hearing by Appellant)*
  ( ) VIDEO HEARING - ATTENDANCE CONFIRMED  *(EFS-Web selection: Confirmation of Hearing by Appellant)*
  ( ) HEARING ATTENDANCE WAIVED  *(EFS-Web selection: Waiver of Hearing by Appellant)*

To aid the oral hearings staff in scheduling hearing rooms, please indicate the total number of participating and observing attendees <u>if more than three are expected</u>: _____
To aid the judges in determining whether any conflicts exist that may require a recusal, please list in the 'Comments' section the names of any additional person(s) who will be participating in the oral hearing.  (Upon arrival, all persons presenting arguments must sign in at the Usher's desk.)

Comments/Special Requests:
_____

_____

_____          _____
Typed or Printed Name of Attorney/Agent/Appellant          Registration No.

_____          _____
Signature of Attorney/Agent/Appellant                          Date

The 'Hearings' tab of the PTAB webpage http://www.uspto.gov/ip/boards/bpai/index.jsp provides additional information about oral hearings.

Please direct other inquiries to the PTAB Hearings Clerk at 571-272-9797.


cc: Third Party Requester

JOSEPH J. RICHETTI
BRYAN CAVE LLP
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104