# EXHIBIT 23

## Ex Parte Appeals

What is this?

**APPEAL INVENTORY**

Months in this status

- 10 or less (7,348 cases)
- 11-13 (2,477 cases)
- 14 or more (13,722 cases)

See the last three years

**REQUESTS FOR RE-HEARING**

Months in this status

- 10 or less (33 cases)
- 11-13 (0 cases)
- 14 or more (1 case)

See the last three years

## Ex Parte Reexamination

What is this?

**APPEAL INVENTORY**

Months in this status

- 6 or less (40 cases)
- 7-13 (5 cases)
- 14 or more (0 cases)

See the last three years

**REQUESTS FOR RE-HEARING**

Months in this status

- 6 or less (4 cases)
- 7-13 (1 case)
- 14 or more (0 cases)

See the last three years

## Inter Partes Reexamination

What is this?

**APPEAL INVENTORY**

Months in this status

- 6 or less (114 cases)
- 7-13 (16 cases)
- 14 or more (4 cases)

See the last three years

**REQUESTS FOR RE-HEARING**

Months in this status

- 6 or less (11 cases)
- 7-13 (6 cases)
- 14 or more (3 cases)

See the last three years

## Interference Aging

What is this?

**INTERFERENCE AGING CASES**

Months in this status

- 10 or less (23 cases)
- 11-13 (0 cases)
- 14 or more (0 cases)

See the last three years

