UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR ENTRY OF JUDGMENT OF INVALIDITY ON THE '915 PATENT AND TO STAY FURTHER PROCEEDINGS IN LIGHT OF THE PTAB'S FINAL DECISION INVALIDATING THE '915 PATENT** |

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed Samsung's Motion for Entry of Judgment of Invalidity on the '915 Patent and to Stay Further Proceedings in Light of the PTAB's Final Decision Invalidating the '915 Patent ("Samsung's Motion").

Having considered the briefs and arguments of the parties, the Court GRANTS Samsung's Motion, as follows:

[   ]   The Court hereby enters judgment of invalidity of claim 8 of U.S. Patent No. 7,844,915 ("'915 patent") based on the Patent Trial and Appeal Board's ("PTAB") final decision.   The Court vacates all liability judgments as to the '915 patent for the following products:   Captivate, Continuum, Droid Charge, Epic 4G, Exhibit 4G, Fascinate, Galaxy Prevail, Galaxy S (i9000), Galaxy S 4G, Galaxy S II 2 (AT&T), Galaxy S II (i9100), Galaxy S II (T-Mobile), Galaxy Tab, Galaxy Tab 10.1 (WiFi), Gem, Indulge, Infuse 4G, Mesmerize, Nexus S 4G, Transform, and Vibrant.   The Court further vacates all damages judgments for the products previously found to infringe the '915 patent for which '915 patent infringement damages were awarded:   Captivate, Continuum, Droid Charge, Epic 4G, Exhibit 4G, Galaxy Prevail, Galaxy Tab, Galaxy Tab 10.1 (WiFi), Gem, Indulge, Infuse 4G, Nexus S 4G, and Transform.

[   ]   The Court hereby stays these proceedings pending the resolution of post-decision proceedings and appeals relating to the PTAB's invalidation of the '915 patent.

**IT IS SO ORDERED.**

DATED:   _____, 2015

_____
Honorable Lucy H. Koh
United States District Judge