UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>            Defendants. | Case No.11-CV-01846-LHK<br><br>**ORDER PROHIBITING FURTHER FILINGS** |

The Court has not yet received the mandate from the Federal Circuit Court of Appeals. Despite this, the parties have already filed a letter, two responses, an objection, and a motion. The parties shall not file any further motions, briefs, or letters with the Court until authorized by the Court.

**IT IS SO ORDERED.**

Dated: August 27, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.11-CV-01846-LHK
ORDER PROHIBITING FURTHER FILINGS