# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF ENTRY OF
## JUDGMENT ACCOMPANIED BY OPINION

OPINION FILED AND JUDGMENT ENTERED: 05/18/2015

The attached opinion announcing the judgment of the court in your case was filed and judgment was entered on the date indicated above. The mandate will be issued in due course.

Information is also provided about petitions for rehearing and suggestions for rehearing en banc. The questions and answers are those frequently asked and answered by the Clerk's Office.

Each side shall bear its own costs.

Regarding exhibits and visual aids: Your attention is directed Fed. R. App. P. 34(g) which states that the clerk may destroy or dispose of the exhibits if counsel does not reclaim them within a reasonable time after the clerk gives notice to remove them. (The clerk deems a reasonable time to be 15 days from the date the final mandate is issued.)

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: William Adams
Rachel Wainer Apter
Robert Jason Becher
Ruth N. Borenstein
Theodore J. Boutrous Jr.
Brian Buroker
Joseph Carl Cecere Jr.
Andrew J. Danford
Mark S. Davies
Tim Delaney
Susan Rachel Estrich
Mark Christopher Fleming
Eric Fletcher
Lauren B. Fletcher
Sarah R. Frazier
Howard S. Hogan
Erik Scott Jaffe
Mark David Janis
Katherine M. Kopp
Rachel Krevans
William F. Lee
Mark A. Lemley
Laura A. Lydigsen
Hervey Mark Lyon
Victoria Fishman Maroulis
Will Melehani
Mark Andrew Perry
B. Dylan Proctor

Kevin Scott Prussia
James Quarles III
Christopher Robinson
Nathaniel Bryan Sabri
Perry J. Saidman
Joel Sayres
Matthew Schruers
Mark D. Selwyn
Sarah Sladic
Kevin Alexander Smith
Thomas Gregory Sprankling
Kathleen M. Sullivan
Lucas C. Townsend
Michael Thomas Zeller

14-1335 - Apple Inc. v. Samsung Electronics Co., Ltd.
United States District Court for the Northern District of California, Case No. 5:11-cv-01846-LHK