**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

14-1335, 15-1029

**APPLE INC., a California Corporation,**
*Plaintiff - Appellee*

v.

**SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,**
*Defendants - Appellants*

Appeal from the United States District Court for the Northern District of California in case no. 5:11-cv-01846-LHK United States District Judge Lucy H. Koh

**MANDATE**

In accordance with the judgment of this Court, entered May 18, 2015, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court