UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING LEAD COUNSEL MEET AND CONFER REQUIREMENT** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Plaintiff Apple Inc. and defendants Samsung Electronics Co., Ltd., Samsung Electronics
2 America, Inc., and Samsung Telecommunications America, LLC[1]  (collectively "Samsung")
3 stipulate as follows:
4    WHEREAS, on September 1, 2015, the Court issued a Case Management Order;
5    WHEREAS, the Case Management Order states that "lead trial counsel must meet and
6 confer in person" before filing any motions and requires that "[a] declaration confirming
7 compliance with this requirement must be filed with every motion";
8    WHEREAS, Samsung's lead trial counsel, William C. Price, is currently in New Jersey for
9 trial in the case titled *Linda Fishbain and David Fishbain v. Colgate-Palmolive Company, et al.* in
10 the Superior Court of New Jersey and the trial is scheduled to continue until mid-November 2015;
11    WHEREAS, counsel for Apple has agreed to stipulate that, during the period of time Mr.
12 Price is in New Jersey for the trial, the lead trial counsel meet and confer requirement in the Case
13 Management Order will be satisfied if Mr. Price participates telephonically and Samsung's trial
14 counsel Victoria Maroulis participates in person;
15    NOW THEREFORE, the parties to this stipulation, through their undersigned counsel of
16 record and subject to the Court's approval, agree:
17    1.   During the period of time Mr. Price is in New Jersey for trial, the lead trial counsel
18 meet and confer requirement in the Case Management Order will be satisfied if Mr. Price
19 participates telephonically and Ms. Maroulis participates in person.
20    IT IS SO STIPULATED.

---

[1]   Effective January 1, 2015, Samsung Telecommunications America, LLC ("STA") merged with and into Samsung Electronics America, Inc., and therefore STA no longer exists as a separate corporate entity.

-1-
STIPULATION AND [PROPOSED] ORDER REGARDING LEAD COUNSEL MEET AND CONFER REQUIREMENT

1  DATED: September 4, 2015            MORRISON & FOERSTER LLP

2

3
                                       By   */s/ Harold J. McElhinny*
4                                          Harold J. McElhinny
                                           Attorneys for APPLE INC.
5

6  DATED: September 4, 2015            QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP
7

8

9                                      By   */s/ Victoria F. Maroulis*
                                           Victoria F. Maroulis
10                                         Attorneys for
                                           SAMSUNG ELECTRONICS CO., LTD.,
11                                         SAMSUNG ELECTRONICS AMERICA, INC.,
                                           and SAMSUNG TELECOMMUNICATIONS
12                                         AMERICA, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
STIPULATION AND [PROPOSED] ORDER REGARDING LEAD COUNSEL MEET AND CONFER
REQUIREMENT

**ORDER**

Based on the foregoing stipulation, and for good cause shown,

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Court Judge

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Harold J. McElhinny has concurred in this filing.

Dated:   September 4, 2015           */s/ Victoria Maroulis*
                                     Victoria Maroulis

-4-
STIPULATION AND [PROPOSED] ORDER REGARDING LEAD COUNSEL MEET AND CONFER REQUIREMENT