| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No.    11-cv-01846-LHK <br><br> **DECLARATION OF HAROLD MCELHINNY IN SUPPORT OF MOTION TO ENFORCE SURETY LIABILITY WITH RESPECT TO COSTS JUDGMENT** |

I, HAROLD MCELHINNY, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein. I submit this declaration in support of Apple's Motion to Enforce Surety Liability with Respect to Costs Judgment.

2. I met and conferred in person with Samsung's counsel on September 4, 2015, at 4:30 p.m. Pacific time to discuss Apple's Motion to Enforce Surety Liability with Respect to Costs Judgment and Samsung's Proposed Rule 60(b)(5) Motion with Respect to Costs. The parties were unable to resolve the dispute.

3. Per the Stipulated Order Regarding Lead Counsel Meet and Confer Requirements (Dkt. 3275), Bill Price conferred for Samsung via telephone, along with Robert Becher, and Victoria F. Maroulis conferred for Samsung in person.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of September, 2015 at Palo Alto, California.

*/s/ Harold McElhinny*  
Harold McElhinny