| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| RACHEL KREVANS (CA SBN 116421) | WILMER CUTLER PICKERING |
| rkrevans@mofo.com | HALE AND DORR LLP |
| ERIK J. OLSON (CA SBN 175815) | 60 State Street |
| ejolson@mofo.com | Boston, MA 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | MARK D. SELWYN (SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| Attorneys for Plaintiff and | HALE AND DORR LLP |
| Counterclaim-Defendant APPLE INC. | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No.   11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF NATHAN SABRI IN SUPPORT OF MOTION TO ENFORCE SURETY LIABILITY WITH RESPECT TO COSTS JUDGMENT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, NATHAN SABRI, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein. I submit this declaration in support of Apple's Motion to Enforce Surety Liability with Respect to Costs Judgment.

2. Attached as **Exhibit A** is a true and correct copy of a letter dated August 25, 2015, from Harold J. McElhinny of Morrison and Foerster to Victoria F. Maroulis of Quinn Emanuel.

3. Attached as **Exhibit B** is a true and correct copy of a letter dated August 26, 2015, from Victoria F. Maroulis to Harold J. McElhinny.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of September, 2015 at San Francisco, California.

*/s/ Nathan Sabri*
Nathan Sabri

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Nathan Sabri has concurred in this filing.

Dated: September 9, 2015                              */s/ Harold J. McElhinny*
                                                                              Harold J. McElhinny

DECLARATION OF NATHAN SABRI IN SUPPORT OF MOTION TO ENFORCE SURETY LIABILITY WITH RESPECT TO COSTS
CASE NO. 11-CV-01846 LHK
sf-3573247

2