# Exhibit A

**MORRISON | FOERSTER**

425 MARKET STREET  
SAN FRANCISCO  
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000  
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

August 25, 2015

Writer's Direct Contact  
+1 (415) 268.7265  
HMcElhinny@mofo.com

Via E-mail (victoriamaroulis@quinnemanuel.com)

Victoria F. Maroulis  
Quinn Emanuel  
555 Twin Dolphin Drive, Fifth Floor  
Redwood Shores, CA 94065

Re:   *Apple Inc. v. Samsung Electronics Co., Ltd. et al.*  
No. 5:11-cv-01846-LHK

Dear Vicki:

On September 19, 2014, the Court entered an order taxing Samsung $1,871,302.78 in costs. (Dkt. 3193 at 22.) Samsung appealed from that order. (Dkt. 3203.) Samsung moved in the Federal Circuit to consolidate its costs appeal (Case No. 2015-1029) with the merits appeal (Case No. 2014-1335) and forgo additional briefing, which the Federal Circuit granted. (Fed. Cir. Case No. 14-1335, Dkt. 146.) The Federal Circuit's May 18, 2015, Opinion in the consolidated appeal did not alter the costs award, which has therefore become final. (Fed. Cir. Case No. 14-1335, Dkt. 158-2.)

Accordingly, Apple requests that Samsung confirm it intends promptly to pay the $1,871,302.78 in awarded costs. Apple will seek the interest due on this award in connection with its request for supplemental damages.

Yours truly,

*/s/ Harold J. McElhinny*

Harold J. McElhinny

sf-3569922