# Exhibit B

**quinn emanuel** trial lawyers | silicon valley

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100

WRITER'S DIRECT DIAL NO.
**(650) 801-5022**

WRITER'S INTERNET ADDRESS
**victoriamaroulis@quinnemanuel.com**

August 26, 2015

**VIA ELECTRONIC MAIL**
Harold J. McElhinny, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482

Re:   *Apple Inc. v. Samsung Electronics Co., Ltd. et al.*, Case No. 5:11-cv-01846-LHK

Dear Harold:

I write in response to your letter, dated August 25, 2015 which asks Samsung whether it intends to pay $1,871,302.78 in costs. Because the Federal Circuit reversed the district court's judgment in part and remanded for further proceedings, the costs award issued pursuant to that judgment is also necessarily reversed. *Amarel v. Connell*, 102 F.3d 1494, 1523 (9th Cir. 1997), is directly on point. In *Amarel*, the Ninth Circuit affirmed a judgment in part, reversed in part and remanded for further proceedings. *Id.* at 1524. *Amarel* held that "[w]here a reviewing court reverses a district court's judgment for the prevailing party, however, both the underlying judgment and the taxation of costs undertaken pursuant to that judgment are reversed." *Id.* at 1523 (citing *Farmer v. Arabian American Oil Co.*, 379 U.S. 227, 85 S.Ct. 411, 13 L.Ed.2d 248 (1964), disapproved of on other grounds by *Crawford Fitting Co. v. J.T. Gibbons, Inc.*, 482 U.S. 437, 443, 107 S.Ct. 2494, 2498, 96 L.Ed.2d 385 (1987)). That holding governs here, and the Federal Circuit, having reversed the judgment in part here, thus did not need to address the costs order separately for it to be reversed.

We trust that Apple will withdraw its request for payment of costs. Please let us know. If Apple continues to insist on payment, we will seek relief from Judge Koh.

Regards,

/s/ Victoria F. Maroulis
Victoria F. Maroulis

VFM

02198-51855/7141424.1

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS