QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Susan R. Estrich (Cal. Bar No. 124009)
susanestrich@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO CONFIRM VACATUR OF THE COSTS AWARD OR, IN THE ALTERNATIVE, FOR AN ORDER HOLDING THAT THE COSTS AWARD IS VACATED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)(5)** |

1     Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed a Motion to Confirm Vacatur of the Costs Award or, in the Alternative, for an Order Holding that the Costs Award is Vacated Pursuant to Federal Rule of Civil Procedure 60(b)(5).

    Having considered Samsung's Motion, and good cause having been shown, the Court GRANTS Samsung's Motion and confirms that the costs award (Dkt. 3193) has been vacated. The Court will defer any further consideration of costs until after it has completed proceedings on remand.

    [IN THE ALTERNATIVE]

    Having considered Samsung's Motion, and good cause having been shown, the Court GRANTS Samsung's Motion and ORDERS that the costs award (Dkt. 3193) is vacated pursuant to Federal Rule of Civil Procedure 60(b)(5). The Court will defer any further consideration of costs until after it has completed proceedings on remand.

**IT IS SO ORDERED.**

DATED: _____

                                                        The Honorable Lucy H. Koh
                                                        United States District Judge