QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ROBERT J. BECHER IN SUPPORT OF SAMSUNG'S MOTION TO CONFIRM VACATUR OF THE COSTS AWARD OR, IN THE ALTERNATIVE, FOR AN ORDER HOLDING THAT THE COSTS AWARD IS VACATED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)(5)** |

**DECLARATION OF ROBERT J. BECHER**

1. I am a member of the bar of the State of California, and a partner in the firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), attorneys for defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit 1 is a true and correct copy of a letter from Harold J. McElhinny to Victoria Maroulis, dated August 25, 2015.

3. Attached as Exhibit 2 is a true and correct copy of a letter from Victoria F. Maroulis to Harold J. McElhinny, dated August 26, 2015.

4. Attached as Exhibit 3 is a true and correct copy of a letter from Harold J. McElhinny to Victoria Maroulis, dated September 2, 2015.

5. Attached as Exhibit 4 is a true and correct copy of an email from Victoria Maroulis to Nathan B. Sabri, dated September 3, 2015.

6. On September 4, 2015, lead counsel met and conferred regarding Samsung's motion to confirm vacatur of the costs award.

7. As part of the briefing prior to the costs award, Samsung calculated the number of disputed issues that each party had prevailed on concerning Apple's intellectual property rights. Samsung explained that Apple had prevailed on 107 disputed liability issues and Samsung had prevailed on 67 disputed liability issues. Dkt. 3118 at 9.

8. Based on my review of the verdict (Dkt. 1931), Apple initially prevailed on 12 disputed liability issues concerning its trade dress claims. The jury found that the Fascinate, Galaxy S (i9000), Galaxy S 4G, Galaxy S II Showcase, Mesmerize, and Vibrant diluted the registered iPhone trade dress. Dkt. 1931 at 11. The jury also found that the Fascinate, Galaxy S (i9000), Galaxy S 4G, Galaxy S II Showcase, Mesmerize, and Vibrant diluted the unregistered iPhone 3G trade dress. *Id.* at 12. In light of the Federal Circuit decision in *Apple Inc. v. Samsung Elecs. Co.*, 786 F.3d 983 (Fed. Cir. 2015), Samsung has now prevailed on these 12 disputed liability issues. Accordingly, Apple has now prevailed on 95 disputed liability issues and

1 Samsung has now prevailed on 79 disputed liability issues concerning Apple's intellectual
2 property rights.
3    I declare under penalty of perjury of the laws of the United States that the foregoing is true
4 and correct.  Executed on September 10, 2015, at Los Angeles, California.

By  */s/ Robert J. Becher*

Robert J. Becher

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to Civil L.R. 5-1 that concurrence in the electronic filing of this document has been obtained from Robert J. Becher.

                                                */s/ Victoria F. Maroulis*
                                                Victoria F. Maroulis