# EXHIBIT 3

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

September 2, 2015

Writer's Direct Contact
+1 (415) 268.7265
HMcElhinny@mofo.com

Via E-mail (victoriamaroulis@quinnemanuel.com)

Victoria F. Maroulis
Quinn Emanuel
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065

Re:   *Apple Inc. v. Samsung Electronics Co., Ltd. et al.*
      No. 5:11-cv-01846-LHK

Dear Vicki:

Apple intends to file a motion to enforce surety liability pursuant to Federal Rule of Civil Procedure 65.1 with respect to costs. If you are lead trial counsel, please let me know your availability to meet and confer in person this Thursday, September 3, or Friday, September 4. We can meet at your offices in Redwood City. If you are not lead trial counsel, please let me know who is and if they are available.

Yours truly,

*/s/ Harold J. McElhinny*

Harold J. McElhinny

sf-3572947