# EXHIBIT 4

| | |
|---|---|
| **From:** | Victoria Maroulis |
| **Sent:** | Thursday, September 03, 2015 11:25 AM |
| **To:** | 'Sabri, Nathan B.' |
| **Cc:** | AvSRemand@mofo.com; Carl Anderson; Robert Becher |
| **Subject:** | RE: Apple v. Samsung (1846) |

Nate and Hal,

I write in response to your letter requesting an in-person meet and confer on Apple's forthcoming motion to enforce costs. Our lead trial counsel, Bill Price, is in trial on the East Coast until mid-November. Therefore, we ask that Apple stipulate that while Bill is in trial, you will agree that the in-person lead trial counsel requirement will be satisfied for both parties' motions if Bill appears by phone and I appear in person. We will likely need to submit this stipulation to the Court.

Assuming you agree to the above, Bill and I are available to meet and confer with you after 4:30 pm PST in your Palo Alto office on Friday, September 4, or after 4 pm on Tuesday, September 8 in either of our offices in Redwood Shores, Palo Alto, or San Francisco, with Bill appearing by phone either time.

Prior to our meet and confer, please provide any authority Apple has that the costs award have not been vacated as a result of the Federal Circuit decision. As you know, we provided you with authority that the costs award *is* vacated in my letter of August 26.

In addition, Samsung intends to file a motion pursuant to Federal Rule of Civil Procedure 60(b)(5) for an order confirming and/or finding that any costs award has been vacated. The briefing schedule for this motion should be the same as for Apple's proposed motion to enforce surety liability. Accordingly, we request a lead counsel meet and confer to discuss both motions at the same time.

Best,

Vicki

**Victoria Maroulis**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5022 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
victoriamaroulis@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Sabri, Nathan B. [mailto:NSabri@mofo.com]
**Sent:** Wednesday, September 02, 2015 9:18 PM
**To:** Victoria Maroulis
**Cc:** AvSRemand@mofo.com
**Subject:** Apple v. Samsung (1846)

Vicki,

Please see the attached letter.

**Nathan Sabri**
Morrison & Foerster LLP
425 Market St. | San Francisco, CA 94105
P: +1 (415) 268.6641 | F: +1 (415) 276.7094 | C: +1 (415) 439.9153
NSabri@mofo.com | www.mofo.com

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail NSabri@mofo.com, and delete the message.