United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>            Plaintiff,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>            Defendants. | Case No.11-CV-01846-LHK<br><br>**ORDER TO SUPPLEMENT JOINT CASE MANAGEMENT STATEMENT** |

In the parties' joint case management statement filed on September 11, 2015, Samsung did not state a position on Apple's proposal for binding arbitration. The Court ORDERS Samsung to file by noon on September 18, 2015 a statement on whether Samsung will submit to binding arbitration subject to this Court's "Groundhog Rules" on a schedule that would conclude no later than December 31, 2015.

Additionally, Samsung's statement shall indicate whether Samsung intends to pay any partial final judgment to Apple from Samsung's supersedeas bond if this Court enters partial final judgment for Apple. *See* ECF Nos. 3206, 3036.

**IT IS SO ORDERED.**

1  Dated: September 17, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge