QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S SUPPLEMENTAL CASE MANAGEMENT STATEMENT**<br><br>Date:   Sept. 18, 2015<br>Time:   2:00 p.m.<br>Place:  Courtroom 1, 5th Floor<br>Judge:  Hon. Lucy H. Koh |

Samsung respectfully submits this response to the Court's September 17, 2015 order.

First, Samsung continues to invoke its right to a jury trial, and thus does not agree to Apple's proposal for binding arbitration.

Second, Samsung objects to the entry of partial final judgment and, were such judgment entered, would appeal to the U.S. Court of Appeals for the Federal Circuit pursuant to 28 U.S.C. § 1295(a)(1), arguing, among other things, that the judgment is not authorized by Fed. R. Civ. P. 54(b).  *See, e.g.*, *Unitherm Food Sys. v. Swift-Eckrich*, 546 U.S. 394, 402 n.4 (2006); ECF No. 3269.  Because Samsung's existing supersedeas bond (*see* ECF Nos. 3206, 3036) remains in effect, during Samsung's appeal any partial final judgment would remain secured by the bond or any modified bond that the Court may approve, and execution of the judgment therefore would be automatically stayed pursuant to Fed. R. Civ. P. 62(d).   If any partial final judgment were affirmed on appeal, Samsung would satisfy that judgment when it becomes executable and then move to release the bond.

DATED:     September 18, 2015            QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP


                                         By     */s/ Victoria F. Maroulis*
                                                Charles K. Verhoeven
                                                Kathleen M. Sullivan
                                                Kevin P.B. Johnson
                                                Victoria F. Maroulis
                                                Michael T. Zeller

                                                Attorneys for SAMSUNG ELECTRONICS CO.,
                                                LTD., SAMSUNG ELECTRONICS AMERICA,
                                                INC., and SAMSUNG
                                                TELECOMMUNICATIONS AMERICA, LLC