1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Cal. Bar No. 108542)
11 williamprice@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
16 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17
   UNITED STATES DISTRICT COURT
18 NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE OF CARL G. ANDERSON** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Judge:    Hon. Lucy H. Koh |
| Defendants. | |

1     TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE

2  ATTORNEYS OF RECORD:

3     PLEASE TAKE NOTICE that **Carl G. Anderson** (Cal. Bar No. 239927) hereby states his

4  appearance for SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG

5  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG

6  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company.

7

8  DATED:     September 18, 2015          QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
9

10                                     By    _/s/ Carl G. Anderson_____
                                             Carl G. Anderson
11
                                             Attorneys for SAMSUNG ELECTRONICS CO.,
12                                           LTD., SAMSUNG ELECTRONICS AMERICA,
                                             INC., and SAMSUNG
13                                           TELECOMMUNICATIONS AMERICA, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28