HAROLD J. MCELHINNY (SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

STEPHEN E. TAYLOR (SBN 58452)
staylor@tcolaw.com
STEPHEN MCG. BUNDY (SBN 253017)
sbundy@tcolaw.com
JOSHUA R. BENSON (SBN 269111)
jbenson@tcolaw.com
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No.: C-11-01846-LHK (PSG)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TAYLOR & CO.
LAW OFFICES, LLP

1    TO THE CLERK OF COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

2    Please take notice that Stephen E. Taylor, Stephen McG. Bundy and Joshua R. Benson of

3    Taylor & Company Law Offices, LLP hereby withdraw their appearance as counsel of record for

4    Plaintiff Apple Inc. and request to be removed from the service list in the above-captioned matter.

5

6    Dated: September 18, 2015              Respectfully submitted,

7                                          TAYLOR & COMPANY LAW OFFICES, LLP

8

9                                          By:  _____
                                                    */s/ Stephen E. Taylor*
10                                                  Stephen E. Taylor

11                                                  Attorneys for Plaintiff
                                                    APPLE INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TAYLOR & CO.**
LAW OFFICES, LLP

1.

NOTICE OF WITHDRAWAL OF COUNSEL: CASE NO. 11-CV-01846-LHK (PSG)