UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>        Defendants. | Case No. 11-CV-01846-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Harold McElhinny, Rachel Krevans, William Lee, Mark Selwyn
Defendant's Attorneys: Victoria Maroulis, Carl Anderson

     A case management conference was held on September 18, 2015. A further case management conference is set for December 10, 2015, at 1:30 p.m. The parties shall file their joint case management statement by December 3, 2015.

     For the reasons stated on the record, Samsung's motion for judgment as a matter of law on the invalidity of the '915 patent and for a stay of proceedings is DENIED, and Apple's request for entry of partial final judgment is GRANTED.

     By Monday, September 28, 2015, the parties shall file a Joint ADR Statement indicating whether or not the parties have agreed to participate in a settlement conference with Magistrate Judge Spero with a settlement conference deadline of November 15, 2015.

     By Wednesday, September 30, 2015, Samsung shall file and serve a Supplemental Damages Statement that identifies all design arounds for the 5 products subject to supplemental

1

damages. For each of these design arounds, the Supplemental Damages Statement shall state the following:
> (1) The basis upon which Samsung believes the design around avoids infringement of the relevant patent claim;
> (2) the first day any design around product was available for sale in the U.S.;
> (3) the first day any design around software was available for downloading in the U.S.;
> (4) whether the design around was raised at trial, and if so, the corresponding exhibit number(s) and trial transcript citation(s);
> (5) if the design around was not raised at trial, an explanation for why it was not raised, e.g. an identification of orders supporting Samsung's claim that Samsung was precluded from raising a design around at trial, but not in post-trial motions; and
> (6) the sales unit numbers for each product. Samsung may redact the sales unit numbers from the public version of the Supplemental Damages Statement.

By September 30, 2015, Samsung additionally shall deliver to Apple physical samples incorporating each design around identified in the Supplemental Damages Statement. Samsung need not deliver physical samples to the Court unless ordered otherwise at a later time.

By October 9, 2015, the parties shall file a joint statement of 5 pages per side on the issue of whether Samsung waived its design around arguments and whether this Court's methodology for calculating supplemental damages was challenged on appeal.

The Court ordered Mr. Anderson to file a notice of appearance in this case on September 18, 2015. He has done so. ECF No. 3286.

The parties' rolling lists of the next seven witnesses, witness disclosures, and witness objections shall be made according to the timeframes used in the previous damages retrial. The deadlines for the exchange of opening statement demonstratives and objections to opening statement demonstratives shall be set at the pretrial conference. The parties shall be limited to 50 slides each for opening statements.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Samsung's Financial Production for Supplemental Damages and Supplemental Damages Statement | September 30, 2015 |
| Apple's Updated Expert Reports | November 6, 2015 |
| Samsung's Updated Expert Reports | November 6, 2015 |
| Further CMC and Hearing on Cross Motions regarding Costs | December 10, 2015 at 1:30 p.m. |
| Close of Expert Depositions on Updated Reports | December 11, 2015 |
| Motions to Strike Expert Reports | Opening briefs: December 18, 2015 |

| | Opposition briefs: January 14, 2015<br>Reply briefs: January 21, 2016<br>Hearing: February 11, 2016 |
|---|---|
| Joint Identification of Trial Witnesses | January 22, 2016 |
| Joint Pretrial Statement | February 18, 2016 |
| Pretrial Conference | March 3, 2016 |
| Trial dates | March 28, 29, 30, and 31, 2016 and April 1, 4, and 5, 2016 |
| Post-trial motions: | Opening briefs: April 21, 2016<br>Opposition briefs: May 5, 2016<br>Reply briefs: May 12, 2016<br>Hearing: June 2, 2016 at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: September 18, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

3

Case No. 11-CV-01846-LHK
CASE MANAGEMENT ORDER