UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>        Defendants. | Case No. 11-CV-01846-LHK<br><br>**PARTIAL FINAL JUDGMENT** |

Pursuant to the Federal Circuit's May 18, 2015 Order, judgment is entered against Samsung and in favor of Apple in the amount of $548,176,477 according to the affirmed damages awards for the following 18 products: the Captivate, the Continuum, the Droid Charge, the Epic 4G, the Exhibit 4G, the Galaxy Prevail, the Galaxy S II (AT&T), the Galaxy S II (Epic 4G), the Galaxy S II (Skyrocket), the Galaxy S II (T-Mobile), the Galaxy Tab, the Galaxy Tab 10.1 (WiFi), the Gem, the Indulge, the Infuse 4G, the Nexus S 4G, the Replenish, and the Transform.

**IT IS SO ORDERED.**

Dated: September 18, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 11-CV-01846-LHK
PARTIAL FINAL JUDGMENT

2