UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR BRIEFING SAMSUNG'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND A TEMPORARY STAY** |

Plaintiff Apple Inc. and defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC[1]  (collectively "Samsung") stipulate as follows pursuant to Civil Local Rule 6-2:

WHEREAS, on September 18, 2015, the Court entered a Partial Final Judgment of $548,176,477 against Samsung and in favor of Apple (ECF No. 3290) (the "Judgment");

WHEREAS, on September 21, 2015, Samsung filed a Notice of Appeal from the Judgment (ECF No. 3292);

WHEREAS, Samsung will file and serve a Motion for Approval of Supersedeas Bond and for a Temporary Stay (the "Bond Motion") on September 21, 2015;

WHEREAS, the parties have agreed to a shortened briefing schedule to expedite resolution of Samsung's Bond Motion;

NOW THEREFORE, the parties to this stipulation, through their undersigned counsel of record and subject to the Court's approval, agree:

1. Samsung shall file its Bond Motion on September 21, 2015;
2. Apple shall file its opposition to the Bond Motion on or before September 24, 2015;
3. Samsung shall file its reply in support of the Bond Motion on or before September 25, 2015.

IT IS SO STIPULATED.

---

[1]  Effective January 1, 2015, Samsung Telecommunications America, LLC ("STA") merged with and into Samsung Electronics America, Inc., and therefore STA no longer exists as a separate corporate entity.

-1-
STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR BRIEFING SAMSUNG'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND

1  DATED: September 21, 2015        MORRISON & FOERSTER LLP

                                    By  */s/ Rachel Krevans*
                                        Rachel Krevans
                                        Attorneys for APPLE INC.

6  DATED: September 21, 2015        QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                    By  */s/ Victoria F. Maroulis*
                                        Victoria F. Maroulis
                                        Attorneys for
                                        SAMSUNG ELECTRONICS CO., LTD.,
                                        SAMSUNG ELECTRONICS AMERICA, INC.,
                                        and SAMSUNG TELECOMMUNICATIONS
                                        AMERICA, LLC

## ORDER

Based on the foregoing stipulation, and for good cause shown,

**IT IS SO ORDERED.**

DATED: _____      _____
                                                                        Honorable Lucy H. Koh
                                                                        United States District Judge

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Rachel Krevans has concurred in this filing.

Dated:   September 21, 2015

*/s/ Victoria Maroulis*
Victoria Maroulis