QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
Michael L. Fazio (Cal. Bar No. 228601)
michaelfazio@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ROBERT BECHER IN SUPPORT OF THE PARTIES' STIPULATION TO SHORTEN TIME FOR BRIEFING SAMSUNG'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND A TEMPORARY STAY** |

I, Robert Becher, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and counsel of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in the above-captioned matter. I am a member in good standing of the state bar of California and admitted to practice in this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. I submit this declaration in support of the Parties' Stipulation to Shorten Time for Briefing Samsung's Motion for Approval of Supersedeas Bond and for a Temporary Stay ("the Stipulation").

3. This Court entered a partial final judgment on September 18, 2015, awarding $548,176,477 in damages to Apple. Dkt. 3290. Execution on that Judgment has been stayed through October 2, 2015, under the automatic stay provisions of Fed. R. Civ. P. 62(a).

4. Samsung's Motion for Approval of Supersedeas Bond and for a Temporary Stay ("Bond Motion") seeks approval of a supersedeas bond in the amount of $600 million and a temporary stay to ensure that Apple cannot commence enforcement proceedings until the Bond Motion has been fully litigated. If the Bond Motion is briefed on a normal schedule and is not expedited, the 14-day automatic stay would expire before briefing is completed, and Apple has already made clear its intention to commence enforcement proceedings against Samsung.

5. Counsel for the parties have been in communication regarding the Bond Motion and a possible stipulated expedited briefing schedule on the motion. On September 19, 2015, lead counsel for the parties engaged in a meet and confer regarding the Bond Motion pursuant to the Court's September 1, 2015 Case Management Order (Dkt. 3272 at 3) and the parties' stipulation so-ordered on September 8, 2015 (Dkt. 3275). After negotiation, the parties agreed on the briefing schedule stated in the Stipulation so that the issue could be resolved by the Court on an expedited schedule.

6. The parties' stipulated expedited briefing schedule will not postpone any of the other deadlines set in this case.

1      7.    Both parties have previously requested and received time modifications in this case
2 through stipulation and/or Court order.   *See, e.g.*, Dkt. Nos. 52, 59, 255, 962, 1263, 1945, 2498,
3 2618, 2694, 2905, 3241.

5      I declare under penalty of perjury of the laws of the United States that the foregoing is true
6 and correct.   Executed in Los Angeles, California on September 21, 2015.

            */s/    Robert Becher*
            Robert Becher

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Robert Becher has concurred in this filing.

Dated:   September 21, 2015

*/s/ Victoria Maroulis*
Victoria Maroulis