1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Cal. Bar No. 108542)
11 williamprice@quinnemanuel.com
   Michael L. Fazio (Cal. Bar No. 228601)
12 michaelfazio@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
16 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF ROBERT BECHER IN SUPPORT OF SAMSUNG'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND FOR A TEMPORARY STAY** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendant. | |

I, Robert Becher, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and counsel of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in the above-captioned matter.  I am a member in good standing of the state bar of California and admitted to practice in this Court.  I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

2. Exhibit 1 is a true and correct copy of a supersedeas bond in the amount of $600 million obtained by Samsung as security to stay execution of the partial final judgment entered on September 18, 2015 (ECF No. 3290).  Attached to the proposed bond are certificates of authority, powers of attorney, and acknowledgements for each surety.

3. Each surety listed on the bond has been certified by the Department of Treasury as an acceptable surety under 31 U.S.C. §§ 9304-9308 in Treasury Department Circular 570, which is available at http://www.fiscal.treasury.gov/fsreports/ref/suretyBnd/c570_a-z.htm (last visited September 21, 2015), and the amount for which each surety is responsible is less than the surety's underwriting limitation in Circular 570.

4. On September 19, 2015, lead counsel for the parties engaged in the meet and confer required pursuant to the Court's September 1, 2015 Case Management Order (ECF No. 3272 at 3) and the parties' stipulation so-ordered on September 8, 2015 (ECF No. 3275).  Apple told Samsung it opposes Samsung's requested relief.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true.  Executed on this 21st day of September, 2015 in Los Angeles, California.

                                              */s/ Robert Becher*
                                              Robert Becher

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Robert Becher has concurred in this filing.

Dated: September 21, 2015

*/s/ Victoria Maroulis*
Victoria Maroulis