UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND FOR A TEMPORARY STAY**<br><br>**[TEMPORARY STAY ORDER]** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Approval of Supersedeas Bond and for a Temporary Stay.

Having considered the arguments of the parties and the papers submitted, and good cause having been shown, the Court hereby GRANTS Samsung's Motion for a Temporary Stay.

The Court hereby STAYS execution of the partial final judgment dated September 18, 2015 (ECF No. 3290) until 10 days after the Court rules on Samsung's Motion for Approval of Supersedeas Bond (filed September 21, 2015).

1

2     **IT IS SO ORDERED.**

3

4 DATED: _____, 2015

5

6                                     _____

7                                     HONORABLE LUCY H. KOH
                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-                Case No. 11-cv-01846-LHK-PSG
**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR TEMPORARY STAY**