1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

APPLE INC., a California corporation,

CASE NO. 11-cv-01846-LHK-PSG

13

Plaintiff,

14

vs.

**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND FOR A TEMPORARY STAY**

15

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

16

17

**[SUPERSEDEAS BOND ORDER]**

18

Defendants.

19

20

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

21

Telecommunications America, LLC (collectively, "Samsung") have filed a Motion for Approval

22

of Supersedeas Bond and for a Temporary Stay.

23

Having considered the arguments of the parties and the papers submitted, and good cause

24

having been shown, the Court hereby GRANTS Samsung's motion to approve the bond.

25

IT IS HEREBY ORDERED THAT:   The supersedeas bond attached as Exhibit 1 to the

26

Declaration of Robert Becher dated September 21, 2015 is approved.

27

28

1

**IT IS SO ORDERED.**

2

3   DATED:   _____, 2015

4

5

   _____

6   HONORABLE LUCY H. KOH
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO APPROVE SUPERSEDEAS BOND**