AO 149 (6/88)

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

APPLE INC.   -v-   SAMSUNG ELECTRONICS CO. LTD. ET AL
Plaintiff(s)                    Defendant(s)

(List all parties.  Use asterisk to indicate dismissed or withdrawn parties.  Use separate sheet if needed.  Explain any discrepancy with caption used on judgment,order or opinion.)

Type of case: Trademark Infringement

Docket No.   CV 11-01846 LHK                Date of Judgment/Order:  9/18/2015

Cross or related appeal?        Date of Notice of Appeal:  09/21/2015

Appellant is:  () Plaintiff    (X) Defendant    () Other (explain

DOCKET FEE STATUS:
     (X) Paid     () Not Paid     Billed On:
     U.S. Appeal?  Yes ()  No  ()
     In forma pauperis?
      () Granted   () Denied   () Revoked      () Pending   () Never requested

COUNSEL
(List name, firm, address and telephone of lead counsel for each party.  Indicate party represented.

Michael A. Jacobs                        Victoria F. Maroulis
Morrison & Foerster LLP                  Quinn Emanuel Urquhart Oliver & Hedges
425 Market Street                        555 Twin Dolphin Drive, Fifth Floor
San Francisco, CA.  94105-2482           Redwood shores, CA.  94065
415-268-7000                             650-801-5000
counsel for Plaintiff                    Counsel for Defendants

See attached for additional counsel listed

COURT REPORTER:   Irene Rodriguez 408-947-8160, Lee-Anne Shortridge 408-287-4580, Summer Fisher 408-288-6150

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries.

**Additional Counsel in C11-1846 LHK Apple Inc. -v- Samsung Electronics Co. Ltd., et al**

**Plaintiff** **Apple Inc.**  a California corporation
**Counter-defendant** **Apple Inc.**  a California corporation
**Counter-claimant** **Apple Inc.**  a California corporation
**Counter-claimant** **Apple Inc.**  a California corporation
 represented by

**Samuel Calvin Walden ,**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
212-230-8800
Fax:
Email: calvin.walden@wilmerhale.com
*PRO HAC VICE*

**Timonthy D. Syrett**
60 State Street
Boston, MA 02109
617-526-6975
*PRO HAC VICE*

**Ali H. Shah ,**
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6064
Fax: 202-663-6363
Email: Ali.Shah@wilmerhale.com
*PRO HAC VICE*

**Alison Margaret Tucher**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-7269
Email: atucher@mofo.com

**Andrew L Liao**
WilmerHale
950 Page Mill Rd.
Palo Alto, CA 94304
650-858-6063
Email: andrew.liao@wilmerhale.com

**Andrew Ellis Monach**
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482
(415) 268-7588
Email: amonach@mofo.com

**Benjamin George Damstedt**
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
650-843-5000
Fax: 650-857-0663
Email: bdamstedt@cooley.com

**Brian Larivee**
Wilmer Cutler Pickering Hall and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6226
*PRO HAC VICE*

**Brian Seeve**
60 State Street
Boston, MA 02109
617-526-6160
*PRO HAC VICE*

**Charles S. Barquist**
Morrison & Foerster LLP
555 West 5th Street, Suite 3500
Los Angeles, CA 90013-1024
213-892-5200
Email: cbarquist@mofo.com

**Christine E. Duh**
Wilmer Hale
950 Page Mill Road
Palo Alto, CA 94304
650-858-6051
Fax: 650-858-6100
Email: Christine.Duh@wilmerhale.com

**Christopher Leonard Robinson**
Morrison Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
650-813-4229
Fax: 650-494-0792
Email: christopherrobinson@mofo.com

**David B. Bassett**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
(212) 230-8800
Fax: (212) 230-8888
Email: david.bassett@wilmerhale.com

**Deok Keun Matthew Ahn**
Morrison & Foerster
425 Market Street
San Francisco, CA 94105
415-268-6629
Fax: 415-268-7522
Email: dahn@mofo.com

**Derek Lam**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6798
*PRO HAC VICE*

**Emily R. Whelan,**
Wilmer Cutler Pickering Hal and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6567
Email: emily.whelan@wilmerhale.com
*PRO HAC VICE*

**Erik J. Olson**
Morrison & Foerster LLP
755 Page Mill Road
Palo Alto, CA 94304
650-813-5600
Fax: (650) 494-0792
Email: ejolson@mofo.com

**Esther Kim**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
Fax: (415) 268-7522
Email: ekim@mofo.com

**Francis Chung-Hoi Ho**
Morrison and Foerster
425 Market St.
San Francisco, CA 94105
415-268-6688
Email: fho@mofo.com

**Grant L. Kim**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-7359
Fax: 415-268-7522
Email: gkim@mofo.com

**Harold J. McElhinny**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7265
Email: HMcElhinny@mofo.com

**James C. Burling**
60 State Street
Boston, MA 02109
617-526-6416

**Jason R. Bartlett**
Morrison & Foerster LLP
425 Market Street
34th Floor
San Francisco, CA 94105
415-268-6615
Fax: 415-268-7522
Email: JasonBartlett@mofo.com

**Jennifer Lee Taylor**
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105-2482
(415) 268-7000
Email: JLeeTaylor@mofo.com

**Jeremy S. Winer**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 100007
212-230-8800
Email: jeremy.winer@wilmerhale.com

**Jesse L Dyer**
Cooley
3175 Hanover Street
Palo Alto, CA 94304
650-843-5000
Email: jdyer@cooley.com

**Joseph J. Mueller**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6000
Fax: 617-526-5000
Email: joseph.mueller@wilmerhale.com
*PRO HAC VICE*

**Joshua Ryan Benson**
Taylor and Co Law Offices
One Ferry Bldg
Suite No. 355
SF, CA 94111
415-788-8200
Fax: 415-788-8208
Email: jbenson@tcolaw.com

**Liv Leila Herriot**
Wilmer Cutler et al
950 Page Mill Road
Palo Alto, CA 94304
650-858-6138
Email: liv.herriot@wilmerhale.com

**Mark D. Flanagan**
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304
650-858-6047
Fax: 650-858-6100
Email: mark.flanagan@wilmerhale.com

**Mark Daniel Selwyn**
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
650-858-6031
Fax: 650-858-6100
Email: mark.selwyn@wilmerhale.com

**Michael A. Diener**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6454
*PRO HAC VICE*

**Michael Saji**
60 State Street
Boston, MA 02109
617-526-6813
*PRO HAC VICE*

**Patrick J Zhang**
Morrison Foerster
425 Market St.
San Francisco, CA 94105
415-268-7653
Email: pzhang@mofo.com

**Peter James Kolovos ,**
WilmerHale
60 State St
Boston, MA 02109
(617)526-6000
Fax:
Email: peter.kolovos@wilmerhale.com
*PRO HAC VICE*

**Rachel Krevans**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
Email: rkrevans@mofo.com

**Richard Goldenberg**
Hale & Dorr, LLP
60 State Street
Boston, MA 02109-1803
(617) 526-6548
*PRO HAC VICE*

**Richard S.J. Hung**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
Fax: (415) 268-7522
Email: rhung@mofo.com

**Robert Donald Cultice ,**
Wilmer Cutler Pickering Hal and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6021
Email: robert.cultice@wilmerhale.com
*PRO HAC VICE*

**Robert J. Gunther , Jr.**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
212-510-7000

**Stephen McGeorge Bundy**
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
(415) 788-8200
Fax: (415) 788-8208
Email: sbundy@tcolaw.com

**Stephen E. Taylor**
Taylor & Company Law Offices, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
415-788-8200
Fax: 415-788-8208
Email: staylor@tcolaw.com

**Taryn Spelliscy Rawson**
Morrison Foerster LLP
425 Market Street
San Francisco, CA 94105
415-268-7000
Email: trawson@mofo.com

**Timothy S. Teter**
Cooley LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
650-843-5000
Fax: 650-849-7400
Email: teterts@cooley.com

**Victor F. Souto**
WilmerHale
7 World Trade Center
New York, NY 10007
(212) 937-7224
Email: vic.souto@wilmerhale.com

**William F. Lee**
Wilmer Pickering Hale and Dorr LLP.
60 State Street
Boston, MA 02109
617-526-65560
Fax: 617-526-5000
Email: william.lee@wilmerhale.com
*PRO HAC VICE*


**Christine E. Duh**
Wilmer Hale
950 Page Mill Road
Palo Alto, CA 94304
650-858-6051
Fax: 650-858-6000
Email: Christine.Duh@wilmerhale.com


<u>**Defendant**</u> **Samsung Electronics Co. Ltd.**  a Korean corporation,  **Samsung Electronics America, Inc.**,  **Samsung Telecommunications America, LLC** a Delaware limited liability company

<u>**Counter-claimant**</u> **Samsung Telecommunications America, LLC** a Delaware limited liability

<u>**Counter-claimant**</u> **Samsung Electronics America, Inc.** a New York corporation

<u>**Counter-claimant**</u> **Samsung Electronics Co. Ltd.**  a Korean corporation

<u>**Counter-defendant**</u> **Samsung Electronics America, Inc.**  a New York corporation

 <u>**Counter-defendant**</u> **Samsung Electronics Co. Ltd.**  a Korean corporation

<u>**Counter-defendant**</u> **Samsung Telecommunications America, LLC** a Delaware limited liability company

represented by

**Huan-Yi Lin ,**
Steptoe Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
310-734-1930
Fax: 310-734-1931
Email: hlin@steptoe.com
*PRO HAC VICE*

**John M Caracappa**
1330 Connecticut Ave., NW
Washington, DC 20036
202-429-3000
Fax: 202-429-3902
Email: jcaracap@steptoe.com
*PRO HAC VICE*


**Paul A. Gennari**
Steptoe and Johnson LLP
1330 Connecticut Ave, NW
Washington, DC 20036
202-429-6413
Email: pgennari@steptoe.com
*PRO HAC VICE*

**Thomas G. Pasternak**
DLA Piper US LLP
115 South La Salle Street
Suite 3100
Chicago, IL 60603
(312) 577-1265
*PRO HAC VICE*

**Albert P. Bedecarre**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street
22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email: albedecarre@quinnemanuel.com

**Benjamin Laban Singer**
Hopenfeld Singer Rice and Saito LLP
235 Montgomery Street
Suite 907
San Francisco, CA 94104
(415) 500-6080
Email: bls@hsrslaw.com

**Christopher Edward Stretch**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
San Francisco
50 California Street
Suite 2200
San Francisco, CA 94111-3580
(415) 875-6404
Fax: (415) 875-6700
Email: chrisstretch@quinnemanuel.com

**Diane Hutnyan**
Quinn Emanuel Urquhart and Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, ca 90017
213-443-3666
Fax: 213-443-3100
Email: dianehutnyan@quinnemanuel.com

**Edward H. Rice**
Hopenfeld Singer Rice & Saito
445 W. Erie Street
Suite 108
Chicago, Il 60654
312-651-6333

**James E. Hopenfeld**
Hopenfeld Singer Rice & Saito
235 Montgomery Street
Suite 907
San Francisco, CA 94104
415-500-6077
Email: jeh@hsrslaw.com

**John B Quinn**
Quinn Emanuel et al
865 S Figueroa Street
10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: johnquinn@quinnemanuel.com

**Jon C. Cederberg**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100

**Kevin P.B. Johnson**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: kevinjohnson@quinnemanuel.com

**Kfir B. Levy**
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
1615 M Street, NW
Suite 400
Washington, DC 20036
202-326-7900
Fax: 202-326-7999
Email: klevy@steptoe.com

**Margret Mary Caruso**
Attorney at Law
555 Twin Dolphin Drive,
Suite 560
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: margretcaruso@quinnemanuel.com

**Marina N. Saito**
Hopenfeld Singer Rice & Saito LLP
445 W. Ernie Street
Suite 108
Chicago, IL 60654
312-651-6333
Fax: 312-948-9204

**Mark Yeh-Kai Tung**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
Email: marktung@quinnemanuel.com


**Melissa N Chan**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: melissachan@quinnemanuel.com

**Michael Richard Heimbold**
Steptoe & Johnson LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
310.734.3200
Fax: 310.734.3300
Email: mheimbold@steptoe.com

**Rachel H Kassabian**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: rachelkassabian@quinnemanuel.com

**Ryan Seth Goldstein**
Quinn Emanuel Urquhart Oliver and Hedges LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: ryangoldstein@quinnemanuel.com

**Susan Rachel Estrich**
The Law Center/USC
University Park
Los Angeles, CA 90089-0071
213-740-7578
Fax: 213-740-5502
Email: susanestrich@quinnemanuel.com

**Todd Michael Briggs**
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
(650) 801-5000
Email: toddbriggs@quinnemanuel.com

**William Charlie Price**
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S Figueroa St
10th Flr
Los Angeles, CA 90017-3211
(213) 443-3000
Fax: 213-443-3100
Email: williamprice@quinnemanuel.com

**Charles Kramer Verhoeven**
Quinn Emanuel Urquhart Oliver & Hedges L
50 California Street, 22nd Floor
San Francisco, Ca 94111
415-875-6600
Email: charlesverhoeven@quinnemanuel.com

**Edward John DeFranco,**
Quinn Emanuel Urquhart Sullivan
51 Madison Avenue, 22th Floor
New York, NY 10010
212-849-7106
Email: eddefranco@quinnemanuel.com

**Michael Thomas Zeller**
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100

**Kathleen Marie Sullivan**
Quinn Emanuel Urquhart and Sullivan, LLP
51 Madison Ave
22d Floor
New York, NY 10022
212-849-7000
Email: kathleensullivan@quinnemanuel.com


**Scott B. Kidman**
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100
Email: scottkidman@quinnemanuel.com

**Alan Lee Whitehurst**
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street, NW, 11th Floor
Washington, DC 20001
202-538-8103
Fax: 202-538-8100
Email: alanwhitehurst@quinnemanuel.com


**Anne Elizabeth Abramowitz**
Quinn Emanuel Urquhart and Sullivan LLP
50 California St.
22nd Floor
San Francisco, CA 94111
United Sta
415-875-6394
Email: anneabramowitz@quinnemanuel.com


**Anthony Paul Alden**
Quinn Emanuel Urquhart and Sullivan
865 S Figueroa St 10FL
Los Angeles, CA 90017
213-443-3159
Fax: 213-443-3100
Email: anthonyalden@quinnemanuel.com

**Bill Trac**
Quinn Emanuel
555 Twin Dolphin Dr, 5th Flr
Redwood Shores, CA 94065
650-801-5000
Email: billtrac@quinnemanuel.com


**Brett J Arnold**
Quinn Emanuel Urquhart and Sullivan LLP
555 Twin Dolphin Dr 5th Flr
Redwood Shores, CA 94065
650-801-5000
Email: brettarnold@quinnemanuel.com


**Brett Dylan Proctor**
Quinn Emanuel LLP
865 S Figueroa St 10th Fl
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: dylanproctor@quinnemanuel.com


**Brian E Mack**
Quinn Emanuel Urquhart and Sullivan LLP
50 California Street 22nd Floor
San Francisco, CA 94111
415-875-6600
Email: brianmack@quinnemanuel.com


**Carey R Ramos**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7000
Email: careyramos@quinnemanuel.com


**Curran M Walker**

Quinn Emmanuel Urqhart Oliver Hedges
865 S Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100

**Daryl M. Crone**
Crone Hawxhurst LLP
10880 Wilshire Boulevard, Ste. 1150
Los Angeles, CA 90024
310-893-5150
Fax: 310-893-5195
Email: daryl@cronehawxhurst.com

**David Raymond Garcia**
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars
Suite 1600
Los Angeles, CA 90067-6017
(310) 228-3700
Fax: (310) 228-3701
Email: drgarcia@sheppardmullin.com

**Gary L. Halling**
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4106
415/434-9100
Fax: 415/434-3947
Email: ghalling@smrh.com

**Heather Elizabeth Belville**
Quinn Emanuel Urquhart Sullivan LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
Fax: (650) 801-5100
Email: heatherbelville@quinnemanuel.com

**James E. Hopenfeld**

Hopenfeld Singer Rice & Saito
235 Montgomery Street
Suite 907
San Francisco, CA 94104
415-500-6077
Email: jeh@hsrslaw.com


**John Steven Gordon**
Quinn Emanuel
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100
Email: johngordon@quinnemanuel.com

**John Mark Pierce**
Quinn Emanuel
Los Angeles
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100
Email: johnpierce@quinnemanuel.com

**John B Quinn**
Quinn Emanuel et al
865 S Figueroa Street
10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: johnquinn@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Jon C. Cederberg**
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
Fax: 213-443-3100

**Joseph B. Martin**
Quinn Emanuel
50 California Street, Suite 22
San Francisco, CA 94111
831-747-4292
Email: jobymartin@quinnemanuel.com


**Joseph Milowic**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7000
Fax: 212-849-7100
Email: josephmilowic@quinnemanuel.com


**Kara Michelle Borden**
Quinn Emanuel Urquhart and Sullivan, LLP
865 S. Figueroa St, 10th Fl
Los Angeles, CA 90017
213-443-3000
Email: karaborden@quinnemanuel.com


**Katharine Fiedler Barach**
Quinn Emanuel Urquhart and Sullivan
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065, CA 94065
650-801-5000
Email: katharinebarach@quinnemanuel.com


**Kenneth Reed Chiate**
Quinn Emanuel Urquhart Sullivan LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: kenchiate@quinnemanuel.com


**Kevin P.B. Johnson**
Quinn Emanuel Urquhart & Sullivan LLP

555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: kevinjohnson@quinnemanuel.com

**Margret Mary Caruso**
Attorney at Law
555 Twin Dolphin Drive,
Suite 560
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: margretcaruso@quinnemanuel.com

**Marina N. Saito**
Hopenfeld Singer Rice & Saito LLP
445 W. Ernie Street
Suite 108
Chicago, IL 60654
312-651-6333
Fax: 312-948-9204

**Mark Yeh-Kai Tung**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
Email: marktung@quinnemanuel.com

**Melissa Chan O'Sullivan**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: MelissaChanOSullivan@quinnemanuel.com

**Michael Louis Fazio**
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street

22nd Floor
San Francisco, CA 94111
415-875-6600
Fax: 415-875-6700
Email: michaelfazio@quinnemanuel.com

**Mona Solouki**
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero
17th Floor
San Francisco, CA 94111
415-434-9100
Fax: 415-434-3947
Email: msolouki@sheppardmullin.com


**Prashanth Chennakesavan**
Quinn Emanuel Urquhart and Sullivan, LLP
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3630
Email: prashanthchennakesavan@quinnemanuel.com


**Rachel H Kassabian**
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive 5th Floor
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: rachelkassabian@quinnemanuel.com


**Robert Jason Becher**
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street
Los Angeles, CA 90017
213-443-3182
Fax: 213-624-0643
Email: robertbecher@quinnemanuel.com


**Robert William Stone**
Quinn Emanuel Urquhart & Sullivan
555 Twin Dolphin Drive

5th Floor
Redwood Shores, Ca 94065
650-801-5000
Fax: 650-801-5100
Email: robertstone@quinnemanuel.com


**Robert Wilson**
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7000

**Ryan Seth Goldstein**
Quinn Emanuel Urquhart Oliver and Hedges LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: ryangoldstein@quinnemanuel.com


**Scott Liscom Watson**
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 South Figueroa Street
10th floor
Los Angeles, CA 90017-2543
(213) 443-3000
Email: scottwatson@quinnemanuel.com

**Susan Rachel Estrich**
The Law Center/USC
University Park
Los Angeles, CA 90089-0071
213-740-7578
Fax: 213-740-5502
Email: susanestrich@quinnemanuel.com


**Thomas Robert Watson**
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065

650-801-5000
Fax: 650-801-5100
Email: tomwatson@quinnemanuel.com


**Todd Michael Briggs**
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, Fifth Floor
Redwood Shores, CA 94065
(650) 801-5000
Email: toddbriggs@quinnemanuel.com


**William Balden Adams**
Quinn Emanuel Urquhart Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7000
Email: williamadams@quinnemanuel.com


**William Charlie Price**
Quinn Emanuel Urquhart Oliver & Hedges LLP
865 S Figueroa St
10th Flr
Los Angeles, CA 90017-3211
(213) 443-3000
Fax: 213-443-3100
Email: williamprice@quinnemanuel.com

**Movant Nokia Corporation** represented by

**Steven Daniel Hemminger**
Alston & Bird LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4004
(650) 838 2029
Fax: (650) 838 2001
Email: steve.hemminger@alston.com


**Brian Parker Miller**
Alston & Bird LLP
1201 W Peachtree St
Atlanta, GA 30309
404-881-4970
Email: parker.miller@alston.com

**Jennifer Liu**
Alston and Bird
275 Middlefield Road
Suite 150
Menlo Park, CA 94025
650-838-2031
Email: celine.liu@alston.com

**Patrick J. Flinn**
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3449
404-881-7000
Fax: 404-881-7777
Email: pflinn@alston.com

**Randall Lee Allen**
Alston and Bird
275 Middlefield Road
Suite 150
Menlo Park, CA 94025
650-838-2000
Fax: 650-838-2001
Email: randall.allen@alston.com

**Ryan W. Koppelman**
Alston & Bird LLP
275 Middlefield Rd
Suite 150
Menlo Park, CA 94025
(650) 838-2000
Email: ryan.koppelman@alston.com

**Xavier Mark Brandwajn**
Alston & Bird LLP
275 Middlefield Road
Suite 150
Menlo Park, CA 94025
650-838-2000
Fax: 650-838-2001
Email: xavier.brandwajn@alston.com

**Movant InterDigital Technology Corporation** represented by

**Michael Brett Levin**
Wilson Sonsini Goodrich & Rosati
A Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
650-493-9300
Fax: 650-565-5100
Email: mlevin@wsgr.com


**Corina Irina Cacovean**
Wilson Sonsini Goodrich and Rosati
One Market Street
Spear Tower
Suite 3300
San Francisco, CA 94105
415-947-2000
Fax: 415-947-2099
Email: ccacovean@wsgr.com

**Dylan James Liddiard**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
650/493-9300
Fax: 650-565-5100
Email: dliddiard@wsgr.com

**Movant InterDigital Communications LLC** represented by

**Michael Brett Levin**
Wilson Sonsini Goodrich & Rosati
A Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
650-493-9300
Fax: 650-565-5100
Email: mlevin@wsgr.com

**Corina Irina Cacovean**
Wilson Sonsini Goodrich and Rosati
One Market Street
Spear Tower
Suite 3300
San Francisco, CA 94105
415-947-2000
Fax: 415-947-2099
Email: ccacovean@wsgr.com

**Dylan James Liddiard**
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
650/493-9300
Fax: 650-565-5100
Email: dliddiard@wsgr.com

**Movant Koninklijki Philips Electronics N.V.** represented by

**Gary C. Ma**
Finnegan Henderson Farabow Garrett & Dunner LLP
3300 Hillview Avenue
Palo Alto, CA 94304
650.849.6785
Fax: 650.849.6666
Email: gary.ma@finnegan.com

**Robert Francis McCauley**
Finnegan, Henderson, Farabow, Garrett &
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
650-849-6600
Fax: 650-849-6666
Email: robert.mccauley@finnegan.com

**<u>Movant</u> Intel Corporation** represented by

**Christopher L. Kelley**
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
650-838-4300
Fax: 650-838-4350
Email: CKelley@perkinscoie.com


**<u>Movant</u> Telefonaktiebolaget LM Ericsson** represented by

**Courtland Lewis Reichman**
303 Twin Dolphin Drive, 6th Floor
Redwood City, CA 94065
650-394-1401
Email: creichman@mckoolsmith.com


**<u>Interested Party</u> Microsoft Corporation** represented by

**Nathaniel Eli Durrance**
Perkins Coie LLP
1201 Third Ave.
Suite 4800
Seattle, WA 98101
206-359-3408
Fax: 206-359-4408
Email: NDurrance@perkinscoie.com

**<u>Interested Party</u> Siemens AG** represented by

**John P. Bovich**
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
415-543-8700
Fax: 415-391-2869
Email: jbovich@reedsmith.com

**James A Daire**
Reed Smith LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
415-543-8700
Fax: 415-391-8269
Email: jdaire@reedsmith.com

**Amicus Cellco Partnership dba Verizon Wireless** represented by

**Melinda Mae Morton**
Bergeson, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110-2712
408-291-6203
Fax: (408) 297-6000
Email: mmorton@be-law.com

**Amicus T-Mobile USA, Inc.** represented by

**Michael J. Bettinger**
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
415-882-8200
Fax: 415-882-8220
Email: mike.bettinger@klgates.com

**Miscellaneous Toshiba Corporation** represented by

**Kimberly K. Dodd**
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
414-319-7345
Fax: 414-297-4900
Email: kdodd@foley.com

**Miscellaneous Qualcomm Incorporated**
*Non-Party Qualcomm Incorporated* represented by

**David Allan Kays**
Morgan Franich Fredkin & Marsh
99 Almaden Boulevard, Suite 1000
San Jose, CA 95113-1613
408-288-8288
Fax: 408-288-8325
Email: dkays@mffmlaw.com

**Freeda Yllana Lugo**
Morgan, Franich, Fredkin & Marsh
99 Almaden Blvd., Suite 1000
San Jose, CA 95113
408-288-8288
Fax: 408-288-8325
Email: flugo@mffmlaw.com

**Roger G. Brooks**
Cravath Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212-474-1000
*PRO HAC VICE*

**<u>Miscellaneous</u> Motorola Mobility LLC** represented by

**Jennifer A. Golinveaux**
Winston & Strawn
101 California Street
San Francisco, CA 94111-5894
415-591-1000
Fax: 415-591-1400
Email: jgolinveaux@winston.com

**Marcus T. Hall**
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111
415 591-1000
Fax: 415 591-1400
Email: mthall@winston.com

**David S. Bloch**
Winston & Strawn
101 California Street
San Francisco, CA 94111-5802
415-591-1452
Fax: 415-591-1400
Email: dbloch@winston.com

**Peter J. Chassman**
Winston & Strawn LLP
1111 Louisiana
25th Floor
Houston, TX 77002-5242
713-651-2623
*PRO HAC VICE*


 __Miscellaneous__ **Dolby Laboratories Licensing Corporation** represented by

**Timothy Tully Scott**
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065
650-590-0739
Fax: 650-590-1900
Email: tscott@kslaw.com


**Leo Spooner , III**
King & Spalding
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065
650-590-0700
Fax: 650-590-1900
Email: lspooner@kslaw.com


__Intervenor__ **Reuters America LLC** represented by

**Karl Olson**
Ram, Olson, Cereghino & Kopczynski LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
415-433-4949
Fax: 415-433-7311
Email: kolson@ramolson.com

**Xinying Valerian**
Ram Olson Cereghino & Kopezynski LLP
555 Montgomery St. Suite 820
San Francisco, CA 94111
415-433-4949
Email: xvalerian@rocklawcal.com

**Intervenor International Business Machines Corporation**

**William Frederick Abrams**
King & Spalding LLP

333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065
650-590-0700
Fax: 650-590-1900
Email: wabrams@kslaw.com

**Timothy Tully Scott**
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065
650-590-0739
Fax: 650-590-1900
Email: tscott@kslaw.com

**Geoffrey M. Ezgar**
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
San Francisco, CA 94065
650-590-0700
Fax: 650-590-1900
Email: gezgar@kslaw.com

**Leo Spooner , III**
King & Spalding
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065
650-590-0700
Fax: 650-590-1900
Email: lspooner@kslaw.com

**Intervenor Research In Motion Corporation, Research In Motion Ltd.** represented by

**Jonathan Robert Lange**
Irell & Manella LLP
1800 Ave of the Stars #900
Los Angeles, CA 90067-4276
310-277-1010
Fax: 310-203-7199
Email: jlange@irell.com

**Witness Shin Nishibori** represented by

**Thomas Joseph Nolan , Jr**
Nolan, Armstrong, Barton LLP
600 University Avenue
Palo Alto, CA 94301
(650)326-2980
Email: tnolan@nablaw.com