UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO SHORTEN TIME FOR BRIEFING SAMSUNG'S MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND A TEMPORARY STAY** |

Plaintiff Apple Inc. and defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC[1] (collectively "Samsung") stipulate as follows pursuant to Civil Local Rule 6-2:

WHEREAS, on September 18, 2015, the Court entered a Partial Final Judgment of $548,176,477 against Samsung and in favor of Apple (ECF No. 3290) (the "Judgment");

WHEREAS, on September 21, 2015, Samsung filed a Notice of Appeal from the Judgment (ECF No. 3292);

WHEREAS, Samsung will file and serve a Motion for Approval of Supersedeas Bond and for a Temporary Stay (the "Bond Motion") on September 21, 2015;

WHEREAS, the parties have agreed to a shortened briefing schedule to expedite resolution of Samsung's Bond Motion;

NOW THEREFORE, the parties to this stipulation, through their undersigned counsel of record and subject to the Court's approval, agree:

1. Samsung shall file its Bond Motion on September 21, 2015;
2. Apple shall file its opposition to the Bond Motion on or before September 24, 2015;
3. Samsung shall file its reply in support of the Bond Motion on or before September 25, 2015.

IT IS SO STIPULATED.

---

[1] Effective January 1, 2015, Samsung Telecommunications America, LLC ("STA") merged with and into Samsung Electronics America, Inc., and therefore STA no longer exists as a separate corporate entity.

1  DATED: September 21, 2015    MORRISON & FOERSTER LLP

2

3
          By  */s/ Rachel Krevans*
4             Rachel Krevans
              Attorneys for APPLE INC.
5

6  DATED: September 21, 2015    QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP
7

8

9         By  */s/ Victoria F. Maroulis*
              Victoria F. Maroulis
10            Attorneys for
              SAMSUNG ELECTRONICS CO., LTD.,
11            SAMSUNG ELECTRONICS AMERICA, INC.,
              and SAMSUNG TELECOMMUNICATIONS
12            AMERICA, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based on the foregoing stipulation, and for good cause shown,

**IT IS SO ORDERED.**

DATED: September 22, 2015

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Rachel Krevans has concurred in this filing.

Dated:   September 21, 2015                                  */s/ Victoria Maroulis*
                                                                                         Victoria Maroulis