HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF HAROLD J. MCELHINNY IN SUPPORT OF APPLE INC.'S MOTION TO ENFORCE SURETY LIABILITY WITH RESPECT TO THE $548 MILLION PARTIAL JUDGMENT**<br><br>Date:   December 10, 2015<br>Time:   1:30 p.m.<br>Ctrm:   Courtroom 8, 4th Floor<br>Judge:  Honorable Lucy H. Koh |

I, HAROLD J. MCELHINNY, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein. I submit this declaration in support of Apple Inc.'s Motion to Enforce Surety Liability with Respect to the $548 Million Partial Judgment ("Motion to Enforce").

2. I met and conferred in person with Samsung's counsel on September 19, 2015 at 10:00 a.m. Pacific time to discuss Apple's Motion to Enforce. The parties were unable to resolve the dispute.

3. Per the Stipulated Order Regarding Lead Counsel Meet and Confer Requirements (Dkt. 3275), Bill Price conferred for Samsung via telephone and Victoria F. Maroulis conferred for Samsung in person.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of September 2015 at Tokyo, Japan.

*/s/ Harold J. McElhinny*
Harold J. McElhinny