1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION TO ENFORCE SURETY LIABILITY WITH RESPECT TO THE $548 MILLION PARTIAL JUDGMENT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

...

Upon consideration of Apple Inc.'s Motion to Enforce Surety Liability with Respect to the $548 Million Partial Judgment ("Motion to Enforce") and having considered the arguments of the parties and the papers submitted,

IT IS HEREBY ORDERED that Apple's Motion to Enforce is GRANTED.

IT IS FURTHER ORDERED that each of Zurich American Insurance Company ("Zurich American"), Federal Insurance Company ("Federal Insurance"), Westchester Fire Insurance Company ("Westchester"), and Pacific Employers Insurance Company ("Pacific Employers") is ordered to satisfy the Partial Final Judgment entered by the Court on September 18, 2015 (Dkt. 3290), plus post-judgment interest at the statutory rate, within ten (10) days of the date of this Order, in the following amounts:

(1) Zurich American in the amount of $274,088,238.50;

(2) Federal Insurance in the amount of $175,416,472.64;

(3) Westchester in the amount of $43,854,118.16; and

(4) Pacific Employers in the amount of $54,817,647.70.

**IT IS SO ORDERED.**

Dated: _____

                                          _____
                                          Hon. Lucy H. Koh
                                          United States District Judge