UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>        Defendants. | Case No.  11-CV-01846-LHK<br><br>**CERTIFICATE OF SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 65.1** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    Pursuant to Federal Rule of Civil Procedure 65.1, I certify as follows:

    That on September 24, 2015, I SERVED true and correct copies of ECF No. 3297, by placing said copies in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copies into an inter-office delivery receptacle located in the Clerk's office.

Federal Insurance Company
Attn: Surety Department
15 Mountain View Road
Warren, NJ 07059

Pacific Employers Insurance Company
436 Walnut Street
Philadelphia, PA 19106

Westchester Fire Insurance Company
436 Walnut Street
Philadelphia, PA 19106

Zurich American Insurance Company
One Liberty Plaza
165 Broadway, 32nd Floor
New York, NY 10006

1 | Dated: September 24, 2015

Susan Y. Soong
Clerk, United States District Court

By:_____
Stacy Sakamoto, Deputy Clerk to the
Honorable LUCY H. KOH