**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

September 22, 2015

Writer's Direct Contact
+1 (415) 268.7265
HMcElhinny@mofo.com

Via Priority Mail

Office of the Clerk
United States District Court
280 South 1st Street, Room 2112
San Jose, CA 95113

**RECEIVED**

SEP 2 4 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Re:  *Apple Inc. v. Samsung Electronics Co., Ltd. et al.*
     No. 5:11-cv-01846-LHK

To Whom It May Concern:

Enclosed are four copies of a motion to enforce surety liability with respect to the $548 million partial judgment to Federal Rule of Civil Procedure 65.1, filed September 22, 2015 in the above-entitled action. Federal Rule 65.1 states in relevant part, "The motion and any notice that the court orders may be served on the court clerk, who must promptly mail a copy of each to every surety whose address is known."

On the day of its filing, Apple served the four sureties in care of Susan Y. Soong, Clerk of Court for the Northern District of California, as indicated on the Certificate of Service filed therewith. Apple sends these additional copies out of an abundance of caution.

According to the relevant supersedeas bond (Dkt. 3036 in the above-entitled action) and the Pennsylvania Department of State website (https://www.corporations.pa.gov/Search/CorpSearch), the sureties' addresses are as follows:

> Zurich American Insurance Co.
> One Liberty Plaza
> 165 Broadway, 32nd Floor
> New York, NY 10006
>
> Federal Insurance Co.
> Attn: Surety Department
> 15 Mountain View Road
> Warren, NJ 07059

sf-3578444

MORRISON | FOERSTER

Office of the Clerk
September 22, 2015
Page Two

        Westchester Fire Insurance Co.
        436 Walnut St.
        Philadelphia, PA 19106

        Pacific Employers Insurance Co.
        436 Walnut St.
        Philadelphia, PA 19106

If you require any further information, please do not hesitate to contact me.

Yours truly,

*Harold J. McElhinny (CLR)*

Harold J. McElhinny

Enclosures

cc:    William H. Price, counsel for Samsung
       Victoria F. Maroulis, counsel for Samsung

sf-3578444