UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>    Defendants. | Case No. 11-CV-01846-LHK<br><br>**ORDER REFERRING PARTIES TO MAGISTRATE JUDGE SPERO FOR A SETTLEMENT CONFERENCE** |

The parties are hereby referred to Magistrate Judge Spero for a settlement conference with a settlement conference deadline of November 15, 2015.

**IT IS SO ORDERED.**

Dated: September 28, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No. 11-CV-01846-LHK
ORDER REFERRING PARTIES TO MAGISTRATE JUDGE SPERO FOR A SETTLEMENT CONFERENCE