1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO ENFORCE SURETY LIABILITY WITH RESPECT TO COSTS JUDGMENT** |

Upon consideration of Apple Inc.'s Motion to Enforce Surety Liability with Respect to Costs Judgment ("Motion to Enforce") and having considered the arguments of the parties and the papers submitted,

IT IS HEREBY ORDERED that Apple's Motion to Enforce is GRANTED.

IT IS FURTHER ORDERED that each of Zurich American Insurance Company ("Zurich American"), Federal Insurance Company ("Federal Insurance"), Westchester Fire Insurance Company ("Westchester"), and Pacific Employers Insurance Company ("Pacific Employers") is ordered to satisfy the September 19, 2014, Costs Order (Dkt. 3193), plus post-judgment interest at the statutory rate, within ten (10) days of the date of this order, in the following amounts:

(1)   Zurich American in the amount of $935,651.39;

(2)   Federal Insurance in the amount of $598,816.89;[1]

(3)   Westchester in the amount of $149,704.22; and

(4)   Pacific Employers in the amount of $187,130.28.[2]

**IT IS SO ORDERED.**

Dated: _____          _____
                                        Hon. Lucy H. Koh
                                        United States District Judge

---

[1] The portion allocated to Federal Insurance (in the amount of $598,816.88) in Apple's motion (Dkt. 3277 at 3) was incorrect by $0.01. The correct amount of $598,816.89 is reflected in the [proposed] order.

[2] The portion allocated to Pacific Employers (in the amount of $187,130.27) in Apple's motion (Dkt. 3277 at 3) was incorrect by $0.01. The correct amount of $187,130.28 is reflected in the [proposed] order.