QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SUPPLEMENTAL DECLARATION OF SAM LUCENTE** |

I, Sam Lucente, hereby declare as follows:

1. I previously submitted several expert reports in this action. The first, dated March 22, 2012, concerned my opinions regarding the invalidity of several Apple design patents. My report of April 16, 2012 included my opinions regarding the non-infringement of Samsung's accused devices.

2. I also submitted a declaration, dated October 19, 2012 (filed with the Court at Docket Number 2057), that included my opinions about whether various Samsung devices employing design arounds have substantially the same overall visual appearance as several design patents owned by Apple — namely the D618,677 ("D'677") and D604,305 ("D'305") patents. I have reviewed that declaration and reaffirm the opinions I stated in it. This declaration is intended to supplement my October 19, 2012 declaration, a true and correct copy of which is attached as Exhibit 1.

**Design Arounds for the D'677 Patent**

3. I previously examined physical specimens of the white and light gray metallic versions of the Galaxy S II (T-Mobile) (SGH-T989) and the Galaxy S II Epic 4G Touch (SPH-D710).

4. On September 25, 2015, I re-examined physical specimens of those phones as well as a Galaxy SII Skyrocket (SGH-I727) device employing the color white for the mask area surrounding the display screen on the front face.

5. For the same reasons stated in my October 19, 2012 declaration as to the products discussed there, it is my opinion that the front faces of the white Galaxy S II Skyrocket, the white and gray Galaxy S II (T-Mobile), and the white and gray Galaxy S II Epic 4G Touch devices create substantially different overall appearances from the design shown in the D'677 patent. This is confirmed by a side-by-side comparison of the physical devices with the D'677 patent. It is my opinion that an ordinary observer, giving such attention as a purchaser of such electronic devices usually gives, would not find the devices to be substantially the same as the D'677 design, and would not be deceived into purchasing any of the devices thinking them to be the D'677 design.

**Design Around for the D'305 Patent**

6.   On September 25, 2015, I also examined a physical specimen of a Droid Charge (SCH-I510) device, including its user interface and applications screens.   I confirmed from the Settings menu that the Droid Charge was running Firmware Version 2.3.6.   I also confirmed that the icons on the applications screens of the Droid Charge omitted the square containers behind the icons such that the individual icons displayed non-uniform shapes.

7.   For the same reasons stated in my October 19, 2012 declaration, it is still my opinion that the updated applications screens displayed in Firmware Version 2.3.6 create a substantially different overall appearance than the design shown in the D'305 patent.   This is confirmed by a side-by-side comparison of the user interface of the actual device with the D'305 patent.   Thus, it is still my opinion that an ordinary observer, giving such attention as a purchaser of such devices usually gives, would not find the designs to be substantially the same, and would not be deceived into purchasing the designed around Droid Charge thinking it to display the D'305 design.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 29, 2015, at Dayton, Ohio.

Sam Lucente