QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S SUPPLEMENTAL DAMAGES STATEMENT** |

1  Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,
3  "Samsung") hereby bring this administrative motion for an order to seal certain documents filed in
4  connection with Samsung's Supplemental Damages Statement.

**RELIEF REQUESTED**

Samsung requests an order granting Samsung's motion to file under seal the following document:

| Document | Portions to be Filed Under Seal |
|---|---|
| Exhibit A (SAM_SD0008) | Entire Document |

Samsung has established good cause to permit filing this document under seal through the Declaration of Carl G. Anderson filed contemporaneously herewith.  Accordingly, Samsung respectfully requests that the Court order that Exhibit A (SAM_SD0008) be filed under seal.

DATED:  September 30, 2015         QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP


                                     */s/ Victoria F. Maroulis*
                                    Charles K. Verhoeven
                                    Kathleen M. Sullivan
                                    Kevin P.B. Johnson
                                    Victoria F. Maroulis
                                    Michael T. Zeller

                                    Attorneys for SAMSUNG ELECTRONICS CO.,
                                    LTD., SAMSUNG ELECTRONICS AMERICA,
                                    INC., and SAMSUNG
                                    TELECOMMUNICATIONS
                                    AMERICA, LLC