| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Charles K. Verhoeven (Bar No. 170151) charlesverhoeven@quinnemanuel.com |
| 3 | 50 California Street, 22nd Floor San Francisco, California 94111 |
| 4 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 5 | |
| 6 | Kathleen M. Sullivan (Cal. Bar No. 242261) kathleensullivan@quinnemanuel.com |
| 7 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 8 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 9 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065 |
| 10 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 11 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 12 | Michael T. Zeller (Cal. Bar No. 196417) michaelzeller@quinnemanuel.com |
| 13 | 865 South Figueroa Street, 10th Floor Los Angeles, California  90017-2543 |
| 14 | Telephone:  (213) 443-3000 Facsimile:  (213) 443-3100 |
| 15 | |
| 16 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| 17 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF CARL G. ANDERSON  IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S SUPPLEMENTAL DAMAGES STATEMENT** |

I, Carl G. Anderson, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Pursuant to Local Rules 7-11 and 79-5, I make this declaration in support of Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Supplemental Damages Statement.

3. At the September 18, 2015 case management conference, and in the case management order that followed (Dkt. 3289 at 2), the Court stated that Samsung could redact sales unit numbers from the publicly filed version of its Supplemental Damages Statement.

4. Exhibit A (SAM_SD0008) contains the monthly unit sales of the Samsung products at issue for supplemental damages.

5. This Court has regularly sealed similarly detailed financial data in this case. *See Apple Inc. v. Samsung Elecs. Co., Ltd.*, 727 F.3d 1214, 1226 (Fed. Cir. 2013).

6. For the foregoing reasons, Samsung requests that Apple's Administrative Motion to File Under Seal be granted as to the entirely of Exhibit A (SAM_SD0008).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 30, 2015, at San Francisco, California.

*/s/ Carl G. Anderson*
Carl G. Anderson

**ATTESTATION**

1
2
3   I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this
4   Declaration. In compliance with Civil Local Rules 5-1(1), (3), I hereby attest that Carl G.
5   Anderson has concurred in this filing.
6
7   Dated: September 30, 2015         */s/ Victoria Maroulis*
                                       Victoria Maroulis
8