NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC., A CALIFORNIA CORPORATION,**
*Plaintiff-Appellee*

v.

**SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Appellants*

**INTERNATIONAL BUSINESS MACHINES CORPORATION, RESEARCH IN MOTION CORPORATION, RESEARCH IN MOTION, LTD., REUTERS AMERICA, LLC,**
*Defendants*

---

2015-2088

---

Appeal from the United States District Court for the Northern District of California in No. 5:11-cv-01846-LHK, Judge Lucy H. Koh.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Samsung Electronics Co., Ltd. et al. (Samsung) submit a motion to stay enforcement of the district court's judgment, pending appeal, and seeking approval of the supersedeas bond. Apple Inc. opposes. Samsung replies. Apple moves for summary affirmance of the district court's judgment.

Upon consideration thereof,

IT IS ORDERED THAT:

Enforcement of the district court's judgment is temporarily stayed, pending the court's consideration of the motions and further order of the court.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court
