United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br>        Plaintiff.<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br>        Defendants. | Case No. 11-cv-01846-LHK   (JCS)<br><br>**CLERK'S NOTICE SETTING TELEPHONIC SCHEDULING CONFERENCE** |

ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a telephonic scheduling conference has been set for **October 9, 2015, at 4:00 P.M.** The parties shall use the Morrison dial-in number that has been circulated to all counsel and the Court.

Dated: October 7, 2015

_Karen L. Hom_
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO