| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| HMcElhinny@mofo.com | william.lee@wilmerhale.com |
| RACHEL KREVANS (CA SBN 116421) | WILMER CUTLER PICKERING |
| RKrevans@mofo.com | HALE AND DORR LLP |
| ERIK J. OLSON (CA SBN 175815) | 60 State Street |
| EJOlson@mofo.com | Boston, MA 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: 415.268.7000 | MARK D. SELWYN (SBN 244180) |
| Facsimile: 415.268.7522 | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| Attorneys for Plaintiff and | 950 Page Mill Road |
| Counterclaim-Defendant APPLE INC. | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE SURETY LIABILITY WITH RESPECT TO THE $548 MILLION PARTIAL JUDGMENT**<br><br>Date: December 10, 2015<br>Time: 1:30 p.m.<br>Ctrm: Courtroom 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |

The Federal Circuit has now summarily affirmed this Court's entry of partial final judgment, finding that Apple's position "is so clearly correct as a matter of law that no substantial question regarding the outcome of the appeal exists." (Fed. Cir. Appeal No. 15-2088, Dkt. 29 (*quoting Joshua v. United States*, 17 F.3d 378, 380 (Fed. Cir. 1994).) The court also dissolved the temporary stay it had issued per Samsung's request. (*Id.*) Consistent with ordinary appellate practice, the Federal Circuit provided that Samsung's stay pending appeal will dissolve upon issuance of the mandate. (*Id.*) As soon as the Federal Circuit's mandate issues, Apple respectfully requests that this Court immediately deny as moot Samsung's stay motion pending before this Court and grant Apple's motion to enforce surety liability with respect to the $548 million partial final judgment.

Dated:  October 13, 2015                    MORRISON & FOERSTER LLP

                                            By:   */s/ Harold J. McElhinny*
                                                  HAROLD J. MCELHINNY

                                            Attorneys for Plaintiff
                                            APPLE INC.