NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC., a California corporation,**
*Plaintiff-Appellee*

v.

**SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**
*Defendants-Appellants*

**INTERNATIONAL BUSINESS MACHINES CORPORATION, RESEARCH IN MOTION CORPORATION, RESEARCH IN MOTION, LTD., REUTERS AMERICA, LLC,**
*Defendants*

---

2015-2088

---

Appeal from the United States District Court for the Northern District of California in No. 5:11-cv-01846-LHK, Judge Lucy H. Koh.

---

**ON PETITION FOR REHEARING EN BANC**

---

2          APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD.

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

# **O R D E R**

Appellants Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., and Samsung Telecommunications America, LLC filed a petition for rehearing en banc. A response to the petition was invited by the court and filed by appellee Apple Inc. The petition was first referred as a petition for rehearing to the panel that issued the order, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue on November 30, 2015.

FOR THE COURT

November 19, 2015           /s/ Daniel E. O'Toole
     Date                   Daniel E. O'Toole
                            Clerk of Court