# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

15-2088

**APPLE INC., a California corporation,**

*Plaintiff - Appellee*

**v.**

**SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**

*Defendants - Appellants*

**INTERNATIONAL BUSINESS MACHINES CORPORATION, RESEARCH IN MOTION CORPORATION, RESEARCH IN MOTION, LTD., REUTERS AMERICA, LLC,**

*Defendants*

Appeal from the United States District Court for the Northern District of California in No. 5:11-cv-01846-LHK, Judge Lucy H. Koh.

## MANDATE

In accordance with the judgment of this Court, entered October 13, 2015, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: William Adams
Clerk of Court, Northern District of California (San Jose)
Mark Christopher Fleming
Lauren B. Fletcher
Sarah R. Frazier
Rachel Krevans
William F. Lee
Victoria Fishman Maroulis
Harold J. McElhinny
Erik Jeffrey Olson
B. Dylan Proctor
Nathaniel Bryan Sabri
Mark D. Selwyn

Thomas Gregory Sprankling
Kathleen M. Sullivan
Michael Thomas Zeller