United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

APPLE INC.,

               Plaintiff,

       v.

SAMSUNG ELECTRONICS CO. LTD.,
et al.,

               Defendants.

Case No. 11-CV-01846-LHK

**ORDER DENYING AS MOOT MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND A TEMPORARY STAY**

Re: Dkt. No. 3294

On September 21, 2015, Samsung filed a Motion for Approval of Supersedeas Bond and for a Temporary Stay to permit Samsung to appeal to the Federal Circuit this Court's September 18, 2015 entry of partial final judgment.  ECF No. 3294.  The Federal Circuit has since summarily affirmed this Court's entry of partial final judgment, and the Court received the mandate from the Federal Circuit on December 1, 2015.  ECF No. 3321.  In light of the Federal Circuit's summary affirmance, the Court hereby DENIES Samsung's motion as moot.

**IT IS SO ORDERED.**

Dated: December 9, 2015

                         _Lucy H. Koh_
                         LUCY H. KOH
                         United States District Judge

Case No. 11-CV-01846-LHK
ORDER DENYING AS MOOT MOTION FOR APPROVAL OF SUPERSEDEAS BOND AND A TEMPORARY
STAY