# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>Defendants. | Case No. 11-CV-01846-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Harold McElhinny, Rachel Krevans, William Lee, Erik Olson, Lauren Fletcher, and Nathan Sabri
Defendants' Attorneys: Victoria Maroulis and Carl Anderson

A case management conference was held on December 10, 2015. A further case management conference is set for March 3, 2016 at 1:30 p.m., concurrent with the Pretrial Conference. The parties shall file their joint case management statement by February 25, 2016.

Apple shall file its motion for supplemental damages for the Galaxy Prevail, Droid Charge, Galaxy S II (T-Mobile), Galaxy S II (Epic 4G Touch), and Galaxy S II (Skyrocket) by December 23, 2015. Samsung shall file its opposition by January 20, 2016. Apple shall file its reply by February 3, 2016. The hearing on supplemental damages shall be March 24, 2016 at 1:30 p.m. Apple's motion for supplemental damages shall include sales from August 25, 2012 through September 18, 2015.

If Apple seeks supplemental damages for products that Samsung has identified in Samsung's supplemental damages statement, ECF No. 3307, as including a design-around,

1

Case No. 11-CV-01846-LHK
CASE MANAGEMENT ORDER

Apple's motion shall explain why the design-around does not preclude supplemental damages and include any citations to relevant orders, trial transcript page and line numbers, and exhibit numbers.

Samsung represented to the Court that by December 14, 2015, Apple will receive payment in the amount of $548,176,477 pursuant to the Court's September 18, 2015 entry of partial final judgment, ECF No. 3290. Apple represented that if Apple receives payment by December 14, 2015, Apple will withdraw Apple's pending motion to enforce payment of the partial final judgment by December 16, 2015. If Apple has not withdrawn the motion to enforce payment of the partial final judgment by December 16, 2015, the Court will grant Apple's motion on December 17, 2015.

The case schedule remains as follows:

| Scheduled Event | Date |
| --- | --- |
| Further Case Management Conference | March 3, 2016 at 1:30 p.m. |
| Close of Expert Depositions on Updated Reports | December 11, 2015 |
| Motions to Strike Expert Reports | Opening briefs: December 18, 2015<br>Opposition briefs: January 14, 2016<br>Reply briefs: January 21, 2016<br>Hearing: February 11, 2016 at 1:30 p.m. |
| Apple's Motion for Supplemental Damages | Opening brief: December 23, 2015<br>Opposition brief: January 20, 2016<br>Reply brief: February 3, 2016<br>Hearing: March 24, 2016 at 1:30 p.m. |
| Joint Identification of Trial Witnesses | January 22, 2016 |
| Joint Pretrial Statement | February 18, 2016 |
| Pretrial Conference | March 3, 2016 at 1:30 p.m. |
| Trial dates | March 28, 29, 30, and 31, 2016 and April 1, 4, and 5, 2016 |
| Post-trial motions: | Opening briefs: April 21, 2016<br>Opposition briefs: May 5, 2016<br>Reply briefs: May 12, 2016<br>Hearing: June 2, 2016 at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: December 10, 2015

_Lucy H. Koh_

2

Case No. 11-CV-01846-LHK
CASE MANAGEMENT ORDER

|   |   |
|---|---|
| 1 | LUCY H. KOH<br>United States District Judge |

3

Case No. 11-CV-01846-LHK
CASE MANAGEMENT ORDER