1   HAROLD J. MCELHINNY (CA SBN 66781)          WILLIAM F. LEE
    HMcElhinny@mofo.com                          william.lee@wilmerhale.com
2   RACHEL KREVANS (CA SBN 116421)              WILMER CUTLER PICKERING
    RKrevans@mofo.com                            HALE AND DORR LLP
3   ERIK J. OLSON (CA SBN 175815)               60 State Street
    EJOlson@mofo.com                             Boston, MA 02109
4   MORRISON & FOERSTER LLP                      Telephone: (617) 526-6000
    425 Market Street                            Facsimile: (617) 526-5000
5   San Francisco, California 94105-2482
    Telephone: 415.268.7000                      MARK D. SELWYN (SBN 244180)
6   Facsimile: 415.268.7522                      mark.selwyn@wilmerhale.com
                                                 WILMER CUTLER PICKERING
7   Attorneys for Plaintiff and                  HALE AND DORR LLP
    Counterclaim-Defendant APPLE INC.            950 Page Mill Road
8                                                Palo Alto, California 94304
                                                 Telephone: (650) 858-6000
9                                                Facsimile: (650) 858-6100

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14   APPLE INC., a California corporation,       Case No. 11-cv-01846-LHK (PSG)

15                  Plaintiff,                   **NOTICE OF WITHDRAWAL OF
                                                 MOTION TO ENFORCE SURETY
16          v.                                   LIABILITY WITH RESPECT TO
                                                 THE $548 MILLION PARTIAL
17   SAMSUNG ELECTRONICS CO., LTD., a            JUDGMENT**
     Korean corporation; SAMSUNG ELECTRONICS
18   AMERICA, INC., a New York corporation; and
     SAMSUNG TELECOMMUNICATIONS
19   AMERICA, LLC, a Delaware limited liability
     company,
20
                    Defendants.
21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE SURETY LIABILITY WRT $548M PARTIAL JUDGMENT
Case No. 11-cv-01846-LHK (PSG)

1       As discussed in the parties' December 3, 2015, Joint Case Management Statement (Dkt.

2  3322) and at the December 10, 2015 Case Management Conference, Samsung has paid Apple the

3  $548 million partial judgment directly by wire transfer received on December 11, 2015.

4  Accordingly, Apple hereby withdraws its Motion to Enforce Surety Liability With Respect To

5  The $548 Million Partial Judgment (Dkt. 3297).

6

7  Dated:  December 14, 2015           MORRISON & FOERSTER LLP

8

9                                By:  */s/ Harold J. McElhinny*
                                      HAROLD J. MCELHINNY

10                                        Attorneys for Plaintiff
11                                        APPLE INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE SURETY LIABILITY WRT $548M PARTIAL JUDGMENT
Case No. 11-cv-01846-LHK (PSG)

1