1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
3  ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
7  WILMER CUTLER PICKERING
   HALE AND DORR LLP
8  Attorneys for Plaintiff and           950 Page Mill Road
   Counterclaim-Defendant APPLE INC.     Palo Alto, California 94304
9                                        Telephone: (650) 858-6000
                                         Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves for an order to seal the following documents:

1. Portions of the confidential, unredacted version of Apple Inc.'s Motion to Strike Portions of Michael Wagner's November 6, 2015 Rebuttal Report ("Apple's Motion to Strike"); and

2. Portions of Exhibits 1, 3, and 4 to the Declaration of Mark D. Selwyn in Support of Apple Inc.'s Motion to Strike ("Selwyn Declaration").

As detailed in the Declaration of Mark D. Selwyn Regarding Apple's Administrative Motion to File Documents Under Seal ("Selwyn Sealing Declaration"), item numbers 1 and 2 above contain or discuss information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Apple, Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") pursuant to the Protective Order entered in this case, or is otherwise information that is believed to be deemed confidential by Samsung. Such confidential information has been indicated in the Selwyn Sealing Declaration. Apple expects that Samsung will file the required supporting declarations in accordance with the Civil Local Rule 79-5(e) as necessary in order to confirm whether its information should be sealed.

Pursuant to Civil Local Rule 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion to seal. Samsung does not oppose Apple's Motion to Seal relating to Apple's Motion to Strike as a procedural mechanism. Within 7 days of Samsung filing its declaration in support of sealing, the parties will prepare and Apple will file a final consolidated and conformed copy of Apple's Motion to Strike (and accompanying exhibits) identifying what information Samsung supported sealing in its declaration.

For the foregoing reasons, Apple respectfully requests sealing of the information contained in:

1. Portions of the confidential, unredacted version of Apple's Motion to Strike; and
2. Portions of Exhibits 1, 3, and 4 of the Selwyn Declaration.

- 2 -

Apple's Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

| | |
|---|---|
| Dated:  December 18, 2015 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | |
| | By:  /s/ Mark D. Selwyn |
| | |
| | Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. |

- 3 -

Apple's Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 18, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

>  */s/* Mark D. Selwyn
>  Mark D. Selwyn

Apple's Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)