| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com |   HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, Massachusetts  02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone:  (617) 526-6000 |
| ejolson@mofo.com | Facsimile:  (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California  94105-2482 | MARK D. SELWYN (CA SBN 244180) |
| Telephone:  (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile:  (415) 268-7522 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California  94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff and Counterclaim-Defendant, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 11-cv-01846-LHK (PSG) <br><br> **[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1   Pursuant to Civ. L.R. 7-11 and 79-5, Apple Inc. ("Apple") has filed an Administrative
2   Motion to File Documents under Seal ("Motion to Seal") relating to Apple's Motion to Strike
3   Portions of Michael Wagner's November 6, 2015 Rebuttal Report and exhibits thereto ("Motion
4   to Strike").

5   Apple has moved to file under seal the following documents:

6   1.   Portions of the confidential, unredacted version of Apple's Motion to Strike; and
7   2.   Portions of Exhibits 1, 3, and 4 to the Declaration of Mark D. Selwyn in Support
8        of Apple's Motion to Strike ("Selwyn Declaration").

9   Having considered the motion and declaration cited therein, and finding good cause
10  therefore, the Court grants Apple's Motion to Seal.

11  IT IS HEREBY ORDERED that the confidential, unredacted versions of the following
12  documents shall be filed under seal:

| Document | Portions to be Sealed |
| --- | --- |
| Apple's Motion to Strike | Page 3: Portions of lines 3, 8, 9, and 13. |
| Exhibit 1 to Selwyn Declaration | Page 7: Summaries of Samsung's Profits; Page 66: Portions of paragraphs 157 and 158, and notes 324-325; Page 67: Figure 21 and portions of paragraph 159; Page 68: Figure 22, portions of paragraphs 159 and 160, and note 341; Page 69: Portions of paragraphs 160, 161, and 162; Page 70: Figure 23 and portions of paragraphs 163 and 164; Page 71: Figure 24 and portions of paragraph 165; |

Page 72: Figure 25 and portions of paragraphs 166, 167, 168, and 169;

Page 73: Portions of paragraph 170 and note 371;

Page 81: Portions of paragraph 190;

Page 82: Portions of paragraphs 190 and 192;

Page 98: Portions of paragraph 242;

Page 100: Portions of paragraph 246;

Page 109: Portions of paragraphs 272 and 275;

Page 110: Portions of paragraphs 276 and 277;

Page 111: Entire page;

Page 112: Entire paragraph 279 and portions of paragraph 280;

Page 114: Subsection title (c) and first sentence of paragraph 284;

Page 115: Portions of paragraphs 286 and 287;

Page 136: Portion of paragraph 356;

Appendix page A-7: Portion of paragraph 18;

Appendix page A-14: Figure 4 and portion of paragraph 39;

Appendix page A-15: Figure 5 and portions of paragraphs 39 and 40;

Appendix page A-16: Figure 6 and portion of paragraph 41;

Appendix page A-17: Figure 7 and portions of paragraph 42;

| | |
|---|---|
| | Appendix page A-18: Figure 8 and portion of paragraph 43; <br><br> Schedule 10.6-3T; <br><br> Schedule 15.1-3T; <br><br> Schedule 15.3-3T; <br><br> Schedule 15.4-3T; and <br><br> Schedule 15.5-3T. |
| Exhibit 3 to Selwyn Declaration | Page 79: Figure 19, portions of paragraphs 191, 192, 193, and 194, and note 395; <br><br> Page 96: Portions of paragraphs 229 and 231; <br><br> Schedule 10.1-NT; and <br><br> Schedule 15.2-NT. |
| Exhibit 4 to Selwyn Declaration | Page 91: Portions of paragraphs 198, 199, and 200; <br><br> Page 92: Figure 32 and portions of paragraphs 201 and 202; <br><br> Page 197: Portions of paragraph 483; <br><br> Page 199: Portions of paragraph 491; and <br><br> Schedule 15.2. |

    **IT IS SO ORDERED.**

Dated: _____  By: _____

                                                  Hon. Lucy H. Koh <br>
                                                  United States District Judge