1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
3  ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
7  WILMER CUTLER PICKERING
   HALE AND DORR LLP
8  Attorneys for Plaintiff and          950 Page Mill Road
   Counterclaim-Defendant APPLE INC.    Palo Alto, California 94304
9                                       Telephone: (650) 858-6000
                                        Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE INC.'S MOTION TO STRIKE PORTIONS OF MICHAEL WAGNER'S NOVEMBER 6, 2015 REBUTTAL REPORT** |

Declaration of Mark D. Selwyn in Support of Apple's
Motion to Strike Portions of November 6, 2015 Wagner Report
Case No. 11-cv-01846-LHK (PSG)

I, Mark D. Selwyn, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct excerpt from the Rebuttal Expert Report of Michael J. Wagner for Third Trial on Damages, dated November 6, 2015.

3. Attached hereto as Exhibit 2 is a true and correct excerpt from the transcript of Volume 5 of the deposition of Michael J. Wagner, taken on December 3, 2015.

4. Attached hereto as Exhibit 3 is a true and correct excerpt from the Updated Rebuttal Expert Report of Michael J. Wagner for New Trial on Damages, dated August 26, 2013.

5. Attached hereto as Exhibit 4 is a true and correct excerpt from the Corrected Expert Report of Michael J. Wagner, dated April 20, 2012.

6. Attached hereto as Exhibit 5 is a true and copy of an email from Mr. Carl Anderson to Mr. Erik Olson and others, dated December 17, 2015.

7. Attached hereto as Exhibit 6 is a true and correct excerpt from the Expert Report of Julie L. Davis, CPA, dated November 6, 2015.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of December, 2015 at Palo Alto, California.

*/s/* Mark D. Selwyn
Mark D. Selwyn

- 2 -
Declaration of Mark D. Selwyn in Support of Apple's
Motion to Strike Portions of November 6, 2015 Wagner Report
Case No. 11-cv-01846-LHK (PSG)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 18, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/* Mark D. Selwyn
Mark D. Selwyn

- 3 -
Declaration of Mark D. Selwyn in Support of Apple's
Motion to Strike Portions of November 6, 2015 Wagner Report
Case No. 11-cv-01846-LHK (PSG)