# EXHIBIT 2



**HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**

Transcript of **Michael J. Wagner, Volume 5**

**Date:** December 3, 2015

**Case:** Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

Highly Confidential Videotaped Deposition of Michael J. Wagner, Volume 5
Conducted on December 3, 2015

1017

| | | |
|---|---|---|
| 1 | financial statements; correct? | 10:10:16 |
| 2 |     A.   Correct. | 10:10:17 |
| 3 |     Q.   Okay.  If you could turn, please, to | 10:10:39 |
| 4 | paragraph 429 of your November 6, 2015, report. | 10:10:41 |
| 5 |     A.   On page 158? | 10:10:58 |
| 6 |     Q.   Thank you. | 10:11:00 |
| 7 |     Page 158.  You beat me there. | 10:11:00 |
| 8 |     In paragraph 429 you note that five | 10:11:10 |
| 9 | smartphones were found by the jury not to infringe | 10:11:14 |
| 10 | the D087 patent; correct? | 10:11:17 |
| 11 |     A.   I don't think so. | 10:11:21 |
| 12 |     Oh, I'm sorry.  Yes.  I thought you were | 10:11:24 |
| 13 | talking about the patents.  The products accused in | 10:11:26 |
| 14 | this case.  But overall, yes, that is correct. | 10:11:29 |
| 15 |     Q.   You identify in paragraph 429 the | 10:11:33 |
| 16 | Galaxy S2, the AT&T version, the Galaxy S2 I9100, | 10:11:36 |
| 17 | the Galaxy S2 Epic 4G Touch, and the Galaxy S2 | 10:11:44 |
| 18 | Skyrocket, and the Infuse 4G; correct? | 10:11:48 |
| 19 |     A.   I do. | 10:11:51 |
| 20 |     Q.   And all of those products were found by | 10:11:52 |
| 21 | the same jury to infringe the D677 patent; correct? | 10:11:54 |
| 22 |     A.   I believe that's correct. | 10:11:59 |
| 23 |     Q.   And if you turn to page 16 of your report, | 10:12:00 |
| 24 | would that allow you to confirm that it is correct? | 10:12:04 |
| 25 |     A.   I think it can. | 10:12:11 |

```
                                                              1018
 1              You are correct.                                    10:12:44
 2          (Clarification requested by the court reporter.)
 3       Q.   Things get out of order there?                        10:13:03
 4       A.   I have some --                                        10:13:06
 5       Q.   I'll give you a second.  Tell me when                 10:13:08
 6   you're ready.                                                  10:13:10
 7       A.   I'm sorry.                                            10:13:24
 8            I'm there now, I think.                               10:13:24
 9       Q.   Do you have any reason to believe that                10:13:26
10   Apple would allow Samsung to freely use a design               10:13:27
11   that infringed the D677 patent?                                10:13:31
12       A.   Outside of a required hypothetical                    10:13:40
13   negotiation, no.                                               10:13:43
14       Q.   Do you have any reason to believe that                10:13:44
15   Apple would allow Samsung to use a design that                 10:13:47
16   infringed the D677 patent without any compensation?            10:13:49
17       A.   No.  I believe they would demand                      10:13:53
18   compensation.                                                  10:13:56
19       Q.   Now, the text of paragraph 429 was not                10:13:57
20   included in your August 26, 2013, report; correct?             10:13:59
21       A.   I'll take your word for it.  I don't                  10:14:08
22   recall.  I would assume.                                       10:14:11
23       Q.   You can feel free to check.  You should               10:14:17
24   have the earlier report before you.                            10:14:19
25       A.   Well, you know, I applaud Ms. Davis in the            10:14:21
```

1020

| | | |
|---|---|---|
| 1 | Q. And that appendix includes your rebuttal | 10:15:46 |
| 2 | to opinions of Ms. Davis that the Court previously | 10:15:48 |
| 3 | struck; correct? | 10:15:52 |
| 4 | A. That was the attempt. Now, what was in | 10:15:52 |
| 5 | the appendix in this latest report should have been | 10:15:54 |
| 6 | in the text of the August 26th report, generally. | 10:15:57 |
| 7 | Q. In your November 6, 2015, report, you | 10:16:03 |
| 8 | wrote that you do not intend to offer the opinions | 10:16:07 |
| 9 | set forth in the appendix unless Ms. Davis offers | 10:16:10 |
| 10 | opinions that the Court previously struck; correct? | 10:16:14 |
| 11 | A. That is correct. | 10:16:17 |
| 12 | Q. Would you agree that Ms. Davis has not | 10:16:18 |
| 13 | included in her November 6, 2015, report any of the | 10:16:20 |
| 14 | opinions that your appendix addresses? | 10:16:23 |
| 15 | MR. ANDERSON: Objection. Compound. | 10:16:26 |
| 16 | Vague. Calls for a legal conclusion. | 10:16:27 |
| 17 | THE WITNESS: Not entirely. I believe | 10:16:32 |
| 18 | that she deleted her "irreparable harm" discussion | 10:16:35 |
| 19 | in her report. But she actually kept some of that | 10:16:39 |
| 20 | information and moved it to another section of her | 10:16:42 |
| 21 | report. To the extent she talks about any of that, | 10:16:45 |
| 22 | I think my criticisms are -- would be -- I would | 10:16:47 |
| 23 | use in my appendix. | 10:16:51 |
| 24 | And I think there's one other area where | 10:16:52 |
| 25 | she did the same thing. I'm blanking right now | 10:16:54 |

Highly Confidential Videotaped Deposition of Michael J. Wagner, Volume 5
Conducted on December 3, 2015

1021

| | | |
|---|---|---|
| 1 | which issue it was.  But besides that, no, I'm not | 10:16:57 |
| 2 | intending on using anything in my appendix. | 10:17:02 |
| 3 | BY MR. SELWYN: | 10:17:06 |
| 4 |     Q.   What was the "irreparable harm" discussion | 10:17:07 |
| 5 | that you believe the Court had struck that | 10:17:09 |
| 6 | Ms. Davis has included in her November 6, 2015, | 10:17:14 |
| 7 | report? | 10:17:17 |
| 8 |     A.   I don't have that memorized.  My staff, | 10:17:17 |
| 9 | Greg Pinsonneault, went through in detail and told | 10:17:21 |
| 10 | me that.  But I'd have to do a lot of digging to | 10:17:24 |
| 11 | tell you which paragraphs those are. | 10:17:28 |
| 12 |     Q.   Can you offer us any more specificity, as | 10:17:31 |
| 13 | you sit here today, as to what you think Ms. Davis | 10:17:33 |
| 14 | included in her November 6, 2015, report that the | 10:17:38 |
| 15 | Court had earlier struck? | 10:17:41 |
| 16 |         MR. ANDERSON:  Objection.  Compound. | 10:17:43 |
| 17 | Calls for a legal conclusion. | 10:17:44 |
| 18 |         THE WITNESS:  I would have to look at | 10:17:48 |
| 19 | Exhibit 30 and -- I'm sorry.  Yeah, Exhibit 30 -- | 10:17:50 |
| 20 | and look at Ms. Davis's previous report.  And the | 10:17:55 |
| 21 | paragraphs that were in her "irreparable harm" | 10:18:00 |
| 22 | section of that report that are now still in this | 10:18:03 |
| 23 | report are the paragraphs I'm talking about.  But | 10:18:05 |
| 24 | can I tell you exactly which ones they are sitting | 10:18:07 |
| 25 | here right now today, I can't. | 10:18:10 |

Highly Confidential Videotaped Deposition of Michael J. Wagner, Volume 5
Conducted on December 3, 2015

1024

| | | |
|---|---|---|
| 1 | A. I think it starts on paragraph 36 on page | 10:22:31 |
| 2 | A13. | 10:22:34 |
| 3 | Q. And where does it conclude? | 10:22:36 |
| 4 | A. A19. | 10:22:43 |
| 5 | Q. Which paragraph? | 10:22:45 |
| 6 | A. That would be paragraph 44. | 10:22:46 |
| 7 | (Clarification requested by the court reporter.) | |
| 8 | Q. Thank you. | 10:22:53 |
| 9 | You are not planning to discuss the Apple | 10:22:57 |
| 10 | HTC license at the upcoming trial; correct? | 10:23:03 |
| 11 | A. Only if my attorneys tell the judge that | 10:23:05 |
| 12 | you have opened the door and the judge agrees that | 10:23:08 |
| 13 | my client -- otherwise, I am not going to do it. | 10:23:12 |
| 14 | Q. Ms. Davis's November 6, 2015, report does | 10:23:17 |
| 15 | not include any new opinions regarding the Apple | 10:23:19 |
| 16 | HTC license and settlement agreement; correct? | 10:23:23 |
| 17 | A. That's my understanding. | 10:23:26 |
| 18 | Q. Nothing in her November 6, 2015, report | 10:23:27 |
| 19 | gives you reason to believe you should be able to | 10:23:30 |
| 20 | offer opinions regarding the Apple HTC license; | 10:23:33 |
| 21 | correct? | 10:23:36 |
| 22 | A. I believe that is correct. | 10:23:37 |
| 23 | Q. Paragraphs 271 through 287 of your | 10:23:41 |
| 24 | November 6, 2015, report discusses the Apple HTC | 10:23:46 |
| 25 | license; correct? | 10:23:49 |

Highly Confidential Videotaped Deposition of Michael J. Wagner, Volume 5
Conducted on December 3, 2015

1025

| | | |
|---|---|---|
| 1 | A.   It does.  And I prefaced that whole | 10:24:03 |
| 2 | section with footnote 512 that I think should give | 10:24:05 |
| 3 | you some comfort that I'm not going to talk about | 10:24:07 |
| 4 | any of this unless the door is opened at trial. | 10:24:10 |
| 5 | Q.   And, again, you have no reason to believe | 10:24:15 |
| 6 | that Ms. Davis has opened the door by anything that | 10:24:18 |
| 7 | she has said in her report? | 10:24:21 |
| 8 | A.   I don't think she has. | 10:24:23 |
| 9 | Q.   You refer several times in your | 10:24:32 |
| 10 | November 6, 2015, report to the reexamination of | 10:24:35 |
| 11 | the '915 patent; correct? | 10:24:38 |
| 12 | A.   I do. | 10:24:41 |
| 13 | Q.   Why do you do that? | 10:24:42 |
| 14 | A.   Because it is a fact that would be | 10:24:44 |
| 15 | relevant to me as a damage expert. | 10:24:47 |
| 16 | Q.   Why would it be relevant? | 10:24:49 |
| 17 | A.   Because you can't get damages if a patent | 10:24:50 |
| 18 | is not valid. | 10:24:53 |
| 19 | Q.   You didn't refer to the reexamination of | 10:24:54 |
| 20 | the '915 patent in your August 26, 2013, report; | 10:24:55 |
| 21 | correct? | 10:25:00 |
| 22 | A.   I did do that. | 10:25:01 |
| 23 | Q.   Can you tell us where? | 10:25:02 |
| 24 | A.   Not without a lot of study.  And you | 10:25:04 |
| 25 | probably should know it if you're -- if you wanted | 10:25:07 |

1028

| | | |
|---|---|---|
| 1 | about Samsung's profits? | 10:27:14 |
| 2 | Q.  I was. | 10:27:15 |
| 3 | A.  I'm sorry.  I was actually thinking about | 10:27:16 |
| 4 | Apple's lost profits in the previous question. | 10:27:17 |
| 5 | Q.  Do you want me to re-ask? | 10:27:19 |
| 6 | A.  I don't think it would affect either.  The | 10:27:22 |
| 7 | calculation. | 10:27:26 |
| 8 | Q.  So can we agree that the reexamination of | 10:27:34 |
| 9 | the '915 patent is not relevant in any way to your | 10:27:36 |
| 10 | calculation of damages? | 10:27:39 |
| 11 | MR. ANDERSON:  Objection.  Calls for a | 10:27:41 |
| 12 | legal conclusion. | 10:27:42 |
| 13 | THE WITNESS:  Not to the actual | 10:27:44 |
| 14 | calculation.  To the relevance of the calculation | 10:27:45 |
| 15 | it does but not to the calculation. | 10:27:46 |
| 16 | BY MR. SELWYN: | 10:27:48 |
| 17 | Q.  What do you mean by "the relevance to the | 10:27:48 |
| 18 | calculation"? | 10:27:52 |
| 19 | A.  Well, if at the end of the day the patent | 10:27:53 |
| 20 | is not valid, in my judgment as a damage expert, | 10:27:56 |
| 21 | there shouldn't be any damages paid for it. | 10:27:59 |
| 22 | Q.  But in preparing your report, you have, of | 10:28:03 |
| 23 | course, assumed validity? | 10:28:05 |
| 24 | A.  Yes, I have. | 10:28:08 |
| 25 | Q.  And with that assumption in mind, the | 10:28:08 |

Highly Confidential Videotaped Deposition of Michael J. Wagner, Volume 5
Conducted on December 3, 2015

1035

1 THE WITNESS: I can't answer that. I 10:47:45
2 don't think it has. You will move to the Court 10:47:47
3 that it does. And if it does, I won't be 10:47:51
4 displaying this at trial, but I don't think it 10:47:54
5 does. 10:47:56
6 BY MR. SELWYN: 10:47:57
7    Q. On page 7 of your November 6, 2015, report 10:47:58
8 you identify what you believe to be the cost to 10:48:01
9 design and implement a new graphical user 10:48:03
10 interface; correct? 10:48:06
11    A. Yes. 10:48:09
12    Q. Having done that, what do you believe to 10:48:11
13 be the relevance for the design-around cost for 10:48:13
14 designing a new icon? 10:48:16
15    A. I think you'd have to do both. That's my 10:48:18
16 understanding. Not from a technical standpoint. 10:48:20
17 But that's what I was told. 10:48:23
18    Q. Who told you that? 10:48:24
19    A. I don't remember. 10:48:25
20    Q. Do you expect to present to the jury the 10:48:28
21 information in Section D of your November 6, 2015, 10:48:31
22 report regarding the number of icons to redesign 10:48:35
23 and the cost for redesigning them? 10:48:38
24    A. Yes, if permitted by the Court. 10:48:41
25    Q. Would the data on this chart on page 7 of 10:48:43

Highly Confidential Videotaped Deposition of Michael J. Wagner, Volume 5
Conducted on December 3, 2015

1036

| | | |
|---|---|---|
| 1 | your report enable the jury to calculate the total | 10:48:47 |
| 2 | cost to design around the D305 by product? | 10:48:51 |
| 3 | A.   I believe it does. | 10:48:54 |
| 4 | Q.   Can you explain how? | 10:48:55 |
| 5 | A.   That they could just take the $420 and | 10:48:57 |
| 6 | multiply it by 251 and add $1,152, and they could | 10:48:59 |
| 7 | get the total design-around cost for the D305 | 10:49:05 |
| 8 | patent for the five products in suit. | 10:49:09 |
| 9 | Q.   And would you agree that that | 10:49:13 |
| 10 | multiplication the Court struck from your previous | 10:49:13 |
| 11 | report? | 10:49:16 |
| 12 | MR. ANDERSON:  Objection.  Asked and | 10:49:16 |
| 13 | answered.  Calls for a legal conclusion. | 10:49:17 |
| 14 | THE WITNESS:  Well, she said I could not | 10:49:19 |
| 15 | have a number of $251,000 for the 13 products at | 10:49:22 |
| 16 | issue in that case.  That's all I know that she | 10:49:27 |
| 17 | struck. | 10:49:31 |
| 18 | BY MR. SELWYN: | 10:49:33 |
| 19 | Q.   So in your November 6th, 2015, report, you | 10:49:33 |
| 20 | don't provide the multiplication; correct? | 10:49:37 |
| 21 | A.   I do not. | 10:49:39 |
| 22 | Q.   But you provide the data that would be | 10:49:40 |
| 23 | used for the multiplication; correct? | 10:49:41 |
| 24 | A.   I agree with that. | 10:49:43 |
| 25 | Q.   Is there a reason that you didn't include | 10:49:53 |

1037

| | | |
|---|---|---|
| 1 | in your chart on page 7 what you have concluded to | 10:49:54 |
| 2 | be the total cost to design around the D305 | 10:49:57 |
| 3 | by-product? | 10:50:02 |
| 4 | A.   Because I think that would be in violation | 10:50:06 |
| 5 | of the judge's previous ruling that I could not | 10:50:07 |
| 6 | give the total cost to design around all icons in | 10:50:11 |
| 7 | the products at issue in the case. | 10:50:15 |
| 8 | Q.   Your April 20th, 2012, report included an | 10:50:43 |
| 9 | opinion regarding trade dress damages; correct? | 10:50:46 |
| 10 | A.   Which report? | 10:50:52 |
| 11 | Q.   Your first report.  Your April 20th, 2012, | 10:50:53 |
| 12 | report. | 10:50:57 |
| 13 | A.   Yes, it did. | 10:50:57 |
| 14 | Q.   Your November 6, 2015, report, of course, | 10:50:59 |
| 15 | does not include an opinion on trade dress damages; | 10:51:01 |
| 16 | correct? | 10:51:05 |
| 17 | A.   Yes.  Otherwise, we wouldn't be here. | 10:51:05 |
| 18 | Q.   How did the elimination of trade dress | 10:51:09 |
| 19 | from the list of asserted intellectual property | 10:51:13 |
| 20 | elements affect how you calculated Samsung's | 10:51:16 |
| 21 | profits in your November 6, 2015, report? | 10:51:18 |
| 22 | A.   I don't know if it affects the way I | 10:51:23 |
| 23 | calculated it at all.  Because my unrefreshed | 10:51:26 |
| 24 | recollection is that the remedy for the trade dress | 10:51:30 |
| 25 | was -- now I'm forgetting whether it was Apple's | 10:51:34 |

Highly Confidential Videotaped Deposition of Michael J. Wagner, Volume 5
Conducted on December 3, 2015

1040

| | | |
|---|---|---|
| 1 | BY MR. SELWYN: | 10:54:24 |
| 2 | Q.  Would you put back in front of you your | 10:54:26 |
| 3 | August 26, 2013, report? | 10:54:27 |
| 4 | A.  Yes. | 10:54:29 |
| 5 | Q.  And please turn to paragraphs 229 to 231. | 10:54:33 |
| 6 | A.  It starts on page 96, and ends on page 96. | 10:54:46 |
| 7 | Q.  In those paragraphs, paragraphs 229 | 10:54:56 |
| 8 | through 231 of your August 26, 2013, report, you | 10:54:58 |
| 9 | criticize the way that Ms. Davis calculated | 10:55:03 |
| 10 | incremental profitability using Apple's worldwide | 10:55:06 |
| 11 | selling prices; correct? | 10:55:10 |
| 12 | A.  I do. | 10:55:11 |
| 13 | Q.  And if you look at paragraphs 190 through | 10:55:11 |
| 14 | 192 of your November 6, 2015, report, can you | 10:55:14 |
| 15 | confirm that those correspond to paragraphs 229 | 10:55:19 |
| 16 | through 231 of your August 26, 2013, report? | 10:55:22 |
| 17 | A.  Yes, they are addressing the same issue. | 10:55:27 |
| 18 | Q.  Do paragraphs 190 through 192 of your | 10:55:57 |
| 19 | November 6, 2015, report reflect any changes from | 10:55:59 |
| 20 | the analysis appearing in paragraphs 229 through | 10:56:03 |
| 21 | 231 of your August 26, 2013, report? | 10:56:06 |
| 22 | A.  Yes. | 10:56:10 |
| 23 | Q.  What are they? | 10:56:11 |
| 24 | A.  It includes some additional calculations | 10:56:14 |
| 25 | that also use U.S. standard costs instead of | 10:56:16 |

1041

| | | |
|---|---|---|
| 1 | worldwide costs to determine the overstatement of | 10:56:23 |
| 2 | incremental profitability. | 10:56:27 |
| 3 | Q.   In paragraph 190 you included a new | 10:56:31 |
| 4 | calculation in the last sentence; correct? | 10:56:34 |
| 5 | A.   I do. | 10:56:37 |
| 6 | Q.   In the last sentence of paragraph 190 you | 10:56:37 |
| 7 | included a new calculation that adjusted | 10:56:39 |
| 8 | Ms. Davis's lost profit calculation for the second | 10:56:43 |
| 9 | quarter of 2011 by using U.S. standard costs; | 10:56:45 |
| 10 | correct? | 10:56:51 |
| 11 | A.   That is accurate. | 10:56:51 |
| 12 | Q.   And that calculation is shown in | 10:56:52 |
| 13 | Schedule 10.6-3T, Tom; correct? | 10:56:54 |
| 14 | A.   It is. | 10:57:00 |
| 15 | Q.   Schedule 10.6-3T was not in your | 10:57:01 |
| 16 | August 26, 2013, report; correct? | 10:57:05 |
| 17 | A.   It was not.  It was -- the methodology was | 10:57:09 |
| 18 | discussed in my last deposition. | 10:57:13 |
| 19 | Q.   But it wasn't in your earlier report; | 10:57:16 |
| 20 | correct? | 10:57:17 |
| 21 | A.   It was not in the earlier report. | 10:57:18 |
| 22 | Q.   So this you would agree is a change from | 10:57:19 |
| 23 | the earlier report? | 10:57:21 |
| 24 | A.   From the earlier report.  Not a change | 10:57:22 |
| 25 | from what I said was appropriate in my deposition. | 10:57:23 |

1042

| | | |
|---|---|---|
| 1 | Q. And -- | 10:57:25 |
| 2 | A. Because I agreed with -- this was a, | 10:57:27 |
| 3 | quote, an error or a mistake that I was unaware | 10:57:29 |
| 4 | that I had U.S. standard costs, and I should have | 10:57:32 |
| 5 | done this in the last report. And I agree with the | 10:57:35 |
| 6 | lawyer, your partner who took my deposition, and | 10:57:39 |
| 7 | accordingly have made the change. | 10:57:43 |
| 8 | Q. In paragraph 192 of your November 6, | 10:57:46 |
| 9 | report, you describe a second adjustment to | 10:57:48 |
| 10 | Ms. Davis's lost profits calculation; correct? | 10:57:53 |
| 11 | A. I do. And that really doesn't change. | 10:57:55 |
| 12 | Q. Can you explain that second adjustment to | 10:57:57 |
| 13 | us, please? | 10:58:00 |
| 14 | A. Yes. Again, Ms. Davis only looks at | 10:58:01 |
| 15 | selling expense as an operating expense. And, I | 10:58:06 |
| 16 | believe, marketing and advertising is an | 10:58:08 |
| 17 | incremental expense as well. And so I have | 10:58:10 |
| 18 | included that as well. But that is the same | 10:58:13 |
| 19 | criticism. | 10:58:16 |
| 20 | Q. In paragraph 192 of your most recent | 10:58:19 |
| 21 | report, you included a calculation in the last | 10:58:22 |
| 22 | sentence that cannot be found in your August 26, | 10:58:25 |
| 23 | 2013, report; correct? | 10:58:29 |
| 24 | A. Yes. | 10:58:31 |
| 25 | MR. ANDERSON: Objection. Calls for a | 10:58:31 |

1043

| | | |
|---|---|---|
| 1 | legal conclusion. | 10:58:33 |
| 2 | BY MR. SELWYN: | 10:58:36 |
| 3 | Q. In the last sentence of paragraph 192, you | 10:58:37 |
| 4 | have included a new calculation for your second | 10:58:38 |
| 5 | adjustment to Ms. Davis's lost profit calculation? | 10:58:41 |
| 6 | A. Well, it's only taking into consideration | 10:58:43 |
| 7 | the information in paragraph 191. And -- but the | 10:58:46 |
| 8 | actual marketing and advertising expense | 10:58:50 |
| 9 | calculation does not change. It's just that it | 10:58:53 |
| 10 | starts from a different gross margin. | 10:58:56 |
| 11 | Q. In the last sentence of paragraph 192 you | 10:59:00 |
| 12 | have used U.S. standard costs; correct? | 10:59:02 |
| 13 | A. I have. | 10:59:04 |
| 14 | Q. That was not used in the counterpart | 10:59:05 |
| 15 | paragraph in your August 26, 2013, report; correct? | 10:59:07 |
| 16 | A. That is correct. | 10:59:11 |
| 17 | Q. And the new calculation that you describe | 10:59:26 |
| 18 | in paragraph 192 is also shown in Schedule 10.6-3T; | 10:59:27 |
| 19 | correct? | 10:59:34 |
| 20 | A. Yes. | 10:59:39 |
| 21 | Q. And if you turn to Schedule 10.6-3T. | 10:59:39 |
| 22 | A. Yes. | 11:00:24 |
| 23 | Q. Schedule 10.6-3T refers to U.S. standard | 11:00:24 |
| 24 | cost data that Apple produced; correct? | 11:00:31 |
| 25 | A. It does. | 11:00:33 |

Highly Confidential Videotaped Deposition of Michael J. Wagner, Volume 5
Conducted on December 3, 2015

1044

| | | |
|---|---|---|
| 1 | Q.   You were not aware of that data at the | 11:00:34 |
| 2 | time that you prepared your August 26, 2013, | 11:00:36 |
| 3 | report; correct? | 11:00:40 |
| 4 | MR. ANDERSON:  Objection. | 11:00:41 |
| 5 | Mischaracterizes the witness's testimony. | 11:00:42 |
| 6 | THE WITNESS:  I had the information.  I | 11:00:46 |
| 7 | actually cited the source document.  I was unaware | 11:00:47 |
| 8 | that it also contained the U.S. standard cost to | 11:00:52 |
| 9 | goods sold at the time of my initial report.  That | 11:00:58 |
| 10 | discrepancy in my analysis was pointed out to me in | 11:01:01 |
| 11 | my deposition, and which instigated this change | 11:01:06 |
| 12 | which I said I would do. | 11:01:09 |
| 13 | BY MR. SELWYN: | 11:01:10 |
| 14 | Q.   And you would agree with me that the | 11:01:10 |
| 15 | schedules in your August 26, 2013, report do not | 11:01:11 |
| 16 | use this U.S. standard cost data; correct? | 11:01:13 |
| 17 | A.   I will agree with that. | 11:01:15 |
| 18 | Q.   Now, you are familiar with Apple's expert | 11:01:32 |
| 19 | Julie Davis, both from her work in this case and | 11:01:34 |
| 20 | others in which you and she have been involved; | 11:01:38 |
| 21 | correct? | 11:01:40 |
| 22 | A.   I am. | 11:01:41 |
| 23 | Q.   Is it fair to say that you respect | 11:01:42 |
| 24 | Ms. Davis and her professional abilities? | 11:01:46 |
| 25 | A.   I do. | 11:01:49 |

Highly Confidential Videotaped Deposition of Michael J. Wagner, Volume 5
Conducted on December 3, 2015

1089

| | | |
|---|---|---|
| 1 | Q.   Let me ask a more precise question. | 13:03:24 |
| 2 | The first page of Exhibit 31 -- I'm sorry. | 13:03:25 |
| 3 | Let me re-ask that. | 13:03:28 |
| 4 | Figure 31 in your November 6, 2015, report | 13:03:30 |
| 5 | contains the same figures for Samsung's profits | 13:03:33 |
| 6 | after deductible expenses for the Fascinate, | 13:03:35 |
| 7 | Galaxy S4G, Mesmerize, Showcase, and Vibrant, as | 13:03:38 |
| 8 | appear on the first page of Exhibit 35; correct? | 13:03:43 |
| 9 | A.   It does.  Thank you for pointing me to the | 13:03:46 |
| 10 | first page. | 13:03:52 |
| 11 | Q.   The first page of Exhibit 35 calculates | 13:04:10 |
| 12 | profits after deductible expenses based upon a | 13:04:14 |
| 13 | notice date of April 15th, 2011; correct? | 13:04:17 |
| 14 | A.   It does. | 13:04:21 |
| 15 | Q.   Figure 31 in your November 6, 2015, report | 13:04:22 |
| 16 | calculated Samsung's profits in the same way based | 13:04:27 |
| 17 | upon an April 15th, 2011, notice date; correct? | 13:04:29 |
| 18 | A.   Correct. | 13:04:32 |
| 19 | Q.   Exhibit 35 does not contain any of the | 13:04:40 |
| 20 | figures for Samsung's profits after deductible | 13:04:45 |
| 21 | expenses that appear in Figure 32 of your | 13:04:48 |
| 22 | November 6, 2015, report; correct? | 13:04:51 |
| 23 | A.   I'd have to look at each page, but if you | 13:04:55 |
| 24 | tell me it does not, then you would be correct. | 13:04:57 |
| 25 | Q.   Why don't you just take a minute to | 13:05:00 |

1090

| | | |
|---|---|---|
| 1 | confirm what I'm saying to you is true. | 13:05:01 |
| 2 | A.  That appears to be correct. | 13:05:21 |
| 3 | Oh, wait.  I've got one more page. | 13:05:22 |
| 4 | That appears to be correct. | 13:05:23 |
| 5 | Q.  Were the amounts shown on the first page | 13:05:33 |
| 6 | of Exhibit 35 for Samsung's profits after | 13:05:35 |
| 7 | deductible expenses accurate when you prepared | 13:05:39 |
| 8 | them? | 13:05:41 |
| 9 | A.  Based on the methodology that I had used, | 13:05:42 |
| 10 | yes. | 13:05:44 |
| 11 | Q.  Were they accurate when you presented them | 13:05:45 |
| 12 | to the jury in the first case? | 13:05:46 |
| 13 | A.  As far as I know, the calculations were | 13:05:48 |
| 14 | done accurately. | 13:05:50 |
| 15 | Q.  And are they an accurate statement of | 13:05:52 |
| 16 | Samsung's profits in your current report as a | 13:05:54 |
| 17 | result of your per unit method? | 13:05:57 |
| 18 | A.  I believe they are. | 13:05:59 |
| 19 | Q.  Is there a reason you did not include any | 13:06:03 |
| 20 | of the amounts from your summation method in | 13:06:06 |
| 21 | Exhibit 35 when you presented it at the first | 13:06:10 |
| 22 | trial? | 13:06:13 |
| 23 | A.  I don't recall. | 13:06:14 |
| 24 | Q.  Your summation method does not attempt to | 13:06:21 |
| 25 | equalize units in revenue associated with the sale | 13:06:25 |