# EXHIBIT 5

**From:** Carl Anderson [mailto:carlanderson@quinnemanuel.com]
**Sent:** Thursday, December 17, 2015 8:57 PM
**To:** Victoria Maroulis; 'Olson, Erik J.'; HMcElhinny@mofo.com; William Price
**Cc:** Robert Becher; Sara Jenkins; AvSRemand@mofo.com; WH Apple Samsung Appeals Team
**Subject:** RE: AvS (1846) -- Meet and Confer

Erik,
During our meet and confer, you requested a further description of the two sections of the Appendix to Mr. Wagner's report that he indicated during deposition are responsive to Ms. Davis's report.
First, Ms. Davis did not comply with the Court's order excluding her new opinions on incremental profits, to which some or all of paragraphs 23-35 of Mr. Wagner's Appendix are responsive.
Second, Ms. Davis incorporated opinions from the previously struck discussion about irreparable harm into other sections of her report; some or all of paragraphs 36-44 of Mr. Wagner's Appendix are responsive to Ms. Davis's opinions.
Samsung agrees that Ms. Davis omitted the previously excluded opinions on the patent descriptions and lost profits periods described in paragraphs 2-22 of Mr. Wagner's appendix, and accordingly believes this resolves any need for motion practice on these paragraphs.
Very truly yours,
Carl


**Carl Anderson**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6328 Direct
415-875-6600 Main Office Number
415-875-6700 FAX
carlanderson@quinnemanuel.com
www.quinnemanuel.com

This message was sent by an attorney and may contain confidential information protected by a legal privilege. If you are not the intended recipient, please delete it and notify us by phone or e-mail that you have done so.