# EXHIBIT 6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.   11-cv-01846-LHK<br><br>**EXPERT REPORT OF JULIE L. DAVIS, CPA (AS OF 11/6/2015)** |

SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1
2
    o I used the patent descriptions from Mr. Musika's original 2012 expert reports.

3
    o I removed portions of my report related to Samsung's discovery conduct.

4
5
6
7
    o I removed my discussion of irreparable harm, relocating certain facts from that discussion to other areas of my report where those facts were incorporated by cross-reference (*e.g.*, in connection with my lost profits and reasonable royalty discussions).

8
9
    o I removed language from my discussion of Samsung's profits stating that Samsung bears the burden of proving its deductible costs.

10
    o I removed a footnote referring to Apple's HTC license.

11
12
    o I removed references to documents identified by Mr. Musika in Exhibits 3 and 3-S that were not discussed elsewhere in his report.

13
14
    o I removed my alternative damages calculations of Samsung's profits based on Samsung's incremental profits.

15
16
- Per the Court's Pretrial Conference Order, I removed certain sections of my report summarizing the trial testimony and trial exhibits from the August 2012 trial.[109E]

17
18
19
- Per the Court's *Daubert* Order, I modified certain language in my report to conform my opinions to the Court's rulings limiting my ability to provide opinions as to whether Samsung copied Apple's products.[109F]

20  94B. Finally, at the September 18, 2015 Case Management Conference, the Court stated
21 its intention to use a verdict form that includes a breakdown of damages by product and by
22 patent.[109G] In compliance with that direction, for each damages scenario, I have prepared a
23 breakdown of the damages due to Apple by product and by patent, along with supporting
24 materials that reflect those calculations. (*See* **Exhibits 17.5-R, 17.6-R, 18.4-R, 18.5-R, and 19.2-**

---

[109E] Dkt. 2645: Pretrial Conference Order dated Nov. 5, 2013, at p. 4.

[109F] Dkt. 2654: Order Granting-in-Part and Denying-in-Part Samsung's Motion Pursuant to Federal Rule of Evidence 702 with Respect to Julie Davis' Expert Qualifications, at pp. 3-10.

[109G] Dkt. 3291: Transcript of Proceedings held on Sept. 18, 2015, at p. 24.

EXPERT REPORT OF JULIE L. DAVIS, CPA **(as of 11/6/2015)**
Case No. 11-cv-01846-LHK