| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**CERTIFICATE OF SERVICE** |

I, Michael E. Wolin, hereby declare as follows:

I am employed in Washington, DC. I am over the age of eighteen years and am not a party to the above-captioned action. My business address is Wilmer Cutler Pickering Hale and Dorr, 1875 Pennsylvania Ave, N.W., Washington, DC 20006.

On December 18, 2015, I caused the following documents to be served:

1. Unredacted version of Apple Inc.'s Motion to Strike Portions of Michael Wagner's November 6, 2015 Rebuttal Report ("Apple's Motion to Strike");

2. Proposed redacted version of Apple's Motion to Strike;

3. Unredacted version of Exhibit 1 to the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike;

4. Proposed redacted version of Exhibit 1 to the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike

5. Unredacted version of Exhibit 3 to the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike;

6. Proposed redacted version of Exhibit 3 to the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike;

7. Unredacted version of Exhibit 4 to the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike; and

8. Proposed redacted version of Exhibit 4 to the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike.

BY ELECTRONIC SERVICE. I caused the documents to be sent by E-Mail to the Counsel for Samsung: SamsungvAppleRemand-QE@quinnemanuel.com

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of December, 2015 at Washington, DC.

/s/ Michael E. Wolin
Michael E. Wolin

- 2 -

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)

**ATTESTATION**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file the above Certificate of Service.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael E. Wolin concurred in the aforementioned filing.

                              */s/* Mark D. Selwyn
                              Mark D. Selwyn