QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF SAMSUNG'S MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF JULIE L. DAVIS** |

02198-51855/7505332.1

Case No. 11-cv-01846-LHK (PSG)
KIDMAN DECLARATION ISO SAMSUNG'S MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF JULIE L. DAVIS

I, Scott B. Kidman, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Motion to Strike Portions of the Expert Report of Julie L. Davis ("Motion to Strike"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Julie L. Davis, CPA (as of 11/6/2015) ("Davis Report"), including exhibits.

3. Attached hereto as Exhibit B is a true and correct copy of Corrected Exhibits 17 and 19 Series and Workpapers to the Davis Report.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition transcript of Julie L. Davis, dated December 2, 2015.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from an online article from CNet.com, published on February 2, 2011, titled "Apple iPhone 4 Verizon Wireless review."

6. Attached hereto as Exhibit E is a true and correct copy of an online article from Mobile Marketing Watch, published February 4, 2011, titled "Verizon iPhone 4: Sold Out."

7. Attached hereto as Exhibit F is a true and correct copy of a transcript of Apple, Inc.'s Q1 2011 earnings call, provided by Seeking Alpha and dated February 23, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 18, 2015, at Los Angeles, California.

                                                  /s/ Scott B. Kidman
                                                  Scott B. Kidman

02198-51855/7505332.1

-2-   Case No. 11-cv-01846-LHK (PSG)
KIDMAN DECLARATION ISO SAMSUNG'S MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF JULIE L. DAVIS

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document. I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from Scott B. Kidman.

                                                                */s/ Victoria Maroulis*

02198-51855/7505332.1

-3-   Case No. 11-cv-01846-LHK (PSG)
KIDMAN DECLARATION ISO SAMSUNG'S MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF JULIE L. DAVIS