Highly Confidential Outside Counsel Eyes' Only

Page 333

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5
 6   APPLE, INC., a California  )
     Corporation,                )
 7                               )
         Plaintiff,              )
 8                               ) Civil Action
            vs.                  ) No. 11-cv-01846-LHK
 9                               )
     SAMSUNG ELECTRONICS CO.,    )
10   LTD., et al.,               )
                                 )
11       Defendants.             )
     _____)
12
13
14     HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
15
16                      VOLUME II
17        VIDEOTAPED DEPOSITION OF JULIE DAVIS
18                  Chicago, Illinois
19              Wednesday, December 2, 2015
20
21
22
23   Reported by:
24   PAULA CAMPBELL, CSR, RDR, CRR, CCP
25   JOB NO. 100619
```

Highly Confidential Outside Counsel Eyes' Only

Page 515

1   A.  The information I have, as reflected in my
2   report, is broken down by the generation of
3   iPhone, so 3 or 3GS or 4 or 4S.  It's not broken
4   down any further than that.
5   Q.  Is the information you have broken down by
6   carrier?
7   A.  The information I have in front of me is
8   not broken down by carrier.  I don't believe I can
9   recall any, as I sit here right now, that's broken
10  down by carrier.
11  Q.  Is it your understanding that Verizon began
12  selling iPhones in February of 2011?
13  A.  That's my recollection.
14  Q.  And the figures that you've been provided
15  by Apple, did they give you data concerning the
16  capacity that they had for providing Verizon
17  iPhones?
18  A.  The data I have relates to capacity for any
19  type of iPhone.  It does not identify specific
20  carriers.
21  Q.  Does -- let me just ask.  Did you ask for
22  such information?
23  A.  No.
24  Q.  Is there any reason why you did not ask for
25  such information?

Highly Confidential Outside Counsel Eyes' Only

Page 523

1  A. They don't cut off at that date, but the
2  only damages unique to the D'677 are in the '677
3  column. All the damages after that point overlap
4  with the '305.
5  Q. And the damages after that point, June 16,
6  2011, overlap with the '677?
7  A. That's what I just -- I thought I just
8  said. I hoped I just said.
9  Q. I thought you missed one of the numbers.
10  That's all.
11  Do you know Mike Wagner?
12  A. I do.
13  Q. Do you -- do you know him as a very
14  well-respected and well-recognized practitioner in
15  your field?
16  A. I do.
17  Q. If someone were to suggest that something
18  in his background didn't qualify him to render the
19  opinions in this case, would you agree with that?
20  A. I would want to understand, I guess, what
21  it was about his background that suggested he wasn't
22  qualified to render opinions in this case. I'm not
23  aware of any such aspect of his background.
24  Q. So let me ask it that way: Are you aware
25  of any aspect of Mr. Wagner's background that would