# Exhibit D

Connect with us

**REVIEW SECTIONS /**

Review
Prices
Specifications
User Reviews

1   0

CNET › Mobile › Phones › Apple iPhone 4 Verizon Wireless › (Page 2)

# Apple iPhone 4 Verizon Wireless review:

Apple iPhone 4 Verizon Wireless

By: Kent German /  Reviewed: February 2, 2011



**If you try to use data while in a call, you'll receive this notification.**

The good news is that the CDMA Development Group has announced that simultaneous voice and data will become commercially available in the first half of this year. Yet, just because the new technology is out there, it doesn't mean that Verizon will start using it right away. As of now, no CDMA carrier, Verizon included, has said that it will adopt simultaneous voice and data. And even if Verizon does pick up the technology change, its iPhone 4 won't be able to support it without the necessary hardware changes.

Also, we're not pleased that Verizon's iPhone will not support GSM networks. You'll be able to use it in the United States, Canada, Mexico, and **around 40 other countries outside North America**, but world travelers will have extremely limited roaming capability. Bad move, Apple and Verizon.

Lastly, the **Verizon iPhone 4** will not support Verizon's 4G LTE network. That's disappointing, but hardly surprising. As we've said before, Apple is not a company to jump on a bleeding-edge technology. Verizon's 4G network has yet to be used by cell phone customers (only laptop users are on it now), and Apple will make sure it can deliver the polished user experience that it always seeks. Though nothing is confirmed yet, we expect a 4G model on both Verizon and AT&T within the next 12 months. Sure, you'll have to upgrade to a new version, but Apple is a master at that game.

## Performance

A popular joke about the AT&T iPhone is that it's great device, as long as you don't have to make calls. Honestly, we never fully subscribed to that view, but there's no denying that for some iPhone users, particularly those in dense urban areas, AT&T has delivered a less than stellar iPhone experience. And as the problems continued, the belief that Verizon could deliver a better performance became so ingrained, that many consumers saw no other possible outcome. Yet, like so many other things in tech, the reality is more complex.

## Voice calls and antenna

We divided our voice call **tests** into three parts. First, we made calls on the dual-band (CDMA 800/1900) Verizon iPhone without picking up AT&T's device. On our end, the audio was clear with little distortion or interference. The volume was loud, as well, and the noise cancellation feature continued to do a good job of screening out background noise. When we called a friend waiting at the airport, we could hear her clearly, even as announcements blared in the background over the PA system.

We then hung up and placed a call on the AT&T iPhone (to keep the test fair we called from an area where we know both carriers offer good coverage). During the call, we noticed few differences in clarity apart from a small amount of buzz that usually accompanies GSM networks. The volume was equally loud, as well, and the noise cancellation feature did the same job.

On their end, callers had mixed reports. A few people said we sounded no different, but one friend said the Verizon handset delivered tinnier audio quality on his end. The change wasn't significant, he said, but he noticed immediately. All of the people we called could hear us adequately, even if we were calling from alongside a busy street. Speakerphone and Bluetooth headset calls were about the same as on the AT&T handset, and we had no issues when using an automated calling system. Check out this **blog post** to see how the AT&T and Verizon **iPhone 4** voice samples compare.

### Apple iPhone 4 (Verizon) call quality sample


**Listen now:**



For our last voice test, we took the phone to five locations in San Francisco that can be troublesome for both carriers. We went to an onramp of the Bay Bridge during the afternoon rush, a ground-level pedestrian tunnel under a street, the elevator in CNET's offices, an underground transit station, and an interior stairway in a residential apartment building. In each place we made a call to the same phone

number at the same time. **This post** explains the test in more detail.

On the whole, the Verizon handset outperformed AT&T's device. It connected first in the pedestrian tunnel and apartment building hallway and showed more bars on the home screen. AT&T connected first in the transit station, but it was unable to connect at all on the bridge onramp. And even worse, it couldn't get a signal in the elevator. Dropped calls were not a problem on either phone during our testing period. Unlike on AT&T, Verizon's network doesn't let you drop off 3G. That's a not a bad thing, but we were not happy that you can't use the **Field Test feature** to check signal strength.

Of course, we had to see if the Verizon iPhone suffered from any of the attenuation problems that plagued the iPhone 4 last summer. Though Apple and Apple fans may deny there was a problem, we certainly experienced real issues when we touched the infamous gap on the handset's left side. Luckily, the Verizon iPhone didn't appear to suffer the same fate. We didn't experience audio cut-outs and we didn't see the bars drop when we put the phone in the death grip.



**Yep, it's really on Verizon.**

# Data

Though AT&T's HSPA 3G network technically **is faster** than Verizon's EV-DO technology, our tests produced varying results. To start, we compared load times for three Web sites--Airliners.net, NYTimes.com, and the full CNET site--on the AT&T and Verizon handsets. We tried from the same location at three times of day: late afternoon, early morning, and just before midnight.

In most instances, Verizon's 3G (EV-DO) network delivered faster speeds. The difference varied widely--sometimes it was short as 3 seconds, but it could go longer than a minute--and the AT&T phone was more likely to have its connection time out. The AT&T phone won on a few occasions, but only by 9 seconds at the most. Time of day also played a role, with the AT&T handset being significantly slower in the late afternoon.

## Recorded times to load Web sites (in seconds)

|  | NYTimes.com | CNET.com | Airliners.net |
|---|---|---|---|
| Early morning |  |  |  |
| Verizon | 22 | 28 | 32 |
| AT&T | 36 | 22 | 27 |
| Late afternoon |  |  |  |
| Verizon | 23 | 32 | 17 |
| AT&T | 60 | 35 | 80 |
| Late night |  |  |  |
| Verizon | 42 | 19 | 31 |
| AT&T | 37 | 90 | 22 |

For our next test we traveled to four additional trouble spots in San Francisco: the parking garage in the basement of CNET's building, Treasure Island, the Financial District during lunch hour, and the neighborhood just below Twin Peaks. In each location, we compared the number of bars on the display, used Root Metrics' CoverageMap (find it in the iTunes App Store) app to test upload and download speeds, uploaded a photo to Facebook, and accessed the Web page Giantbomb.com. The point was to combine real measurements with real-world use.

Here again, Verizon won most of the time, but the results were all over the map. When we tested data speeds using the Root app, Big Red's data speeds were significantly higher than AT&T's. For instance, Verizon's offered download speeds of 651Kbps at the Financial District location, whereas AT&T's offered download speeds of 116Kbps. The gap in other locations wasn't quite as wide, but the Verizon handset always won and it finished the data test first.

In the other tests, however, the differences weren't as sharp. The Verizon phone was quicker to access the Web page and upload the Facebook photo most of the time, but not always by a lot. On some occasions there was no difference, and in two tests (once on Treasure Island and once on Twin Peaks) the AT&T handset won. We cover the testing process in more detail in this accompanying blog post and video, so be sure to check it out. We also tested the browser speed on Wi-Fi and the handset's boot time.

| Phone name | Wi-Fi Web speed (in seconds) | Boot time (in seconds) |
|---|---|---|
| Apple iPhone 4 (AT&T) | 10.7 | 35.5 |
| Apple iPhone 4 (Verizon) | 9.6 | 38.6 |
| Samsung Nexus S | 7.3 | 27.1 |
| HTC MyTouch | 9.8 | 5.7 |

## Better, but not by much

Yes, the Verizon iPhone offered a better experience in our initial tests. And we suspect that in the first months after its release it will do the same for you. But as we said before, it's important to step back and remember a few things. Though we tried to make our tests as fair as possible, there was one aspect that we couldn't correct. We were, after all, using the Verizon iPhone during a period when just a

handful of such handsets were in the wild. Sure, other Verizon smartphones were using the network, too, but our AT&T phone was competing with many more smartphone users, iPhones included, in the immediate area. So in other words, AT&T's faster network won't matter much if you're vying with a lot of people to use it.

That's why the Verizon iPhone's real test will continue to play out over time. As the carrier adds millions of data-hungry users (some estimates say that Verizon could add up to 13 million new customers in two years) we could begin to see more even performance results. As we approach February 10, Verizon definitely has a couple of things going for it. Its reputation for offering a strong network is well-deserved, it's been able to use Android handsets to gauge date use, and there's no question that it's learned from AT&T's travails with capacity. Also, because of the two CDMA pipes, voice quality on the Verizon iPhone is less likely to be compromised by data use.

Verizon very well could be ready for the data onslaught, but we still caution you to keep those expectations in check. If you've torn you hair out at AT&T, we certainly sympathize, but don't look at BigRedItsphone as a magic device. You're still using

Search CNET    Reviews    News    Video    How To    Deals    US Edition

have different results. Unfortunately, though, we don't have the time and resources to compare the phones in every corner of the country. Your experience should be better, but then again it may not.

## Battery life

The Verizon iPhone 4 promises the same **battery life** as the AT&T phone. That's 7 hours of 3G talk time, 40 hours of audio playback, 10 hours of video playback, 6 hours of 3G browsing, 10 hours of Wi-Fi browsing, and 300 hours of standby. We ran **three talk time battery tests** and eked out an average of 7 hours and 5 minutes. Though that result is quite respectable for a CDMA phone, it is less than the 7 hours and 46 minutes of 3G talk time we got on the AT&T iPhone 4. For media use, we came away with 67 hours of music playback and 10.3 hours of video playback. Both times were better than what we experienced on the AT&T iPhone 4.

According to FCC radiation tests, the iPhone 4 has a **digital SAR** of 1.18 watts per kilogram.

**WHAT YOU'LL PAY**

MSRP:
**$549.99**

Amazon.com
$119.99

LOW PRICE:
**$119.99**

AVERAGE PRICE:
**$119.99**

PREVIOUS PAGE                                        01 / 02

**HOT PRODUCTS**






**Apple iPhone 6S**
Starting at: **$0.00**

**Microsoft Surface Pro 4**
Starting at: **$886.00**

**Cree Connected LED Bulb**
Starting at: **$29.95**

**2016 Honda Accord Sedan**
Starting at: **$22,105.00**

iPhone 6S review: Subtle upgrades make a superlative smartphone

Surface Pro 4 review: Still the king of tablet PCs

The right smart bulb for the right price

2016 Honda Accord: Now with Android Auto, Apple CarPlay



**Kent German**  /

Kent German leads CNET's Reviews coverage in the UK and CNET's How To section, and is the senior managing editor of CNET Magazine. A veteran of CNET since 2003, he started in San Francisco and is now based in the London office. When not at work, he's planning his next trip to Australia, going for a run, or watching planes land at the airport (yes, really). **See full bio**

### THIS WEEK ON CNET NEWS





**Samsung in 2016: Expanding its Galaxy way beyond the phone**

**Facebook sanitizes your year, scrubbing out the bad stuff**

**The 5 people you'll meet at a 'Star Wars: The Force Awakens' premiere**

### DISCUSS: APPLE IPHONE 4 8GB BLACK (VERIZON WIRELESS)

No  Comments  /  1 person following                                      Log In



+ Follow conversation                        Share              Post Comment As...

SORT BY:   NEWEST   |   OLDEST   |   TOP COMMENTS                      FAQs / Guidelines

Conversation powered by Livefyre

© CBS Interactive Inc.  /  All Rights Reserved.     /   Privacy Policy   /   Ad Choice   /   Terms of Use   /   Mobile User Agreement

**REVIEWS**
All Reviews
Audio
Cameras
Car Tech

**NEWS**
All News
Apple
Crave
Internet

**VIDEO**
All Video
Apple Byte
CNET On Cars
CNET Top 5

**MORE**
About CBS Interactive
About CNET
CNET 100
CNET Deals

**FOLLOW CNET VIA...**
Facebook
Twitter
Google+
YouTube

| | | | | |
|---|---|---|---|---|
| Desktops | Microsoft | CNET Update | CNET Forums | LinkedIn |
| Laptops | Mobile | Next Big Thing | CNET Magazine | Tumblr |
| Phones | Sci-Tech | Tomorrow Daily | CNET Mobile | Pinterest |
| Tablets | Security | XCAR | Help Center | Newsletters |
| TVs | Tech Industry | CNET Podcasts | Permissions | RSS |

http://www.cnet.com/products/apple-iphone-4-verizon-wireless/2/    7/7