# Exhibit E

- Home
- About »
- Resources »
- Newsletter
- Contact
- Advertise

Enter search keyword  





- Best Practices »
- mHealth
- Mobile Advertising »
- Mobile Marketing »
- Platforms »
- Resources »
- Technology »
- Topics »

# Verizon iPhone 4: Sold Out

February 04, 2011 -- By Michael        Like        Share  12      Share  26



Sorry, folks, we're all out.

That's the gist of a message prospective iPhone buyers were essentially receiving fewer than 24-hours after the iPhone 4 went on sale for preorder through Verizon Thursday morning at 3:00 a.m. EST.

By Friday morning, the situation was unchanged. Remaining emblazoned across the <u>Verizon webpage</u> is the headline: "We are no longer taking pre-sale orders."

Consequently, some believe the shortage is indicative of the carrier's inability to address the initial overwhelming demand for the iPhone 4 on the Verizon network. Others, of course, simply realize that product shortages are not only commonplace when it comes to new and refreshed Apple products, they are also to be expected.

Last summer, AT&T – the former exclusive US iPhone carrier of three years – similarly experienced product shortages in the earliest hours of preorder. As a result, many Apple fans view this situation as a natural occurrence in the smartphone world when Apple is involved.

Rest assured, however, the assembly lines are pumping out more handsets as we speak. And that's a good thing, as there's very little time to waste.

Beginning at 7:00 a.m. local time on Thursday, February 10, the Verizon iPhone 4 will be available to all qualified customers at Apple's retail stores and more than 2,000 Verizon Wireless Communication Stores across the US.

## This post was written by:

<u>Michael</u> - who has written 2058 posts on <u>Mobile Marketing Watch</u>.

<u>Contact the author</u>

# Comments (2)

<u>Login</u>

Leaked iPhone 4: Sold Out | Mobile Marketing Watch

Sort by: **Date**   Rating   Last Activity



[Mark Fidelman](#) **54p** · 54 weeks ago                                                                        +1

Whew... My wife snuck in and got one online.

Reply                                                                                                    Report

Y.S. · 54 weeks ago                                                                                           0

They're supposed to be available again I think on the 9th of February, so it's not like they're completely out.

Reply                                                                                                    Report

# Post a new comment

Enter text right here!

Comment as a Guest, or login:                                                             **facebook**

**Name**                          **Email**                          **Website (optional)**

*Displayed next to your comments.*     *Not displayed publicly.*          *If you have a website, link to it here.*

Subscribe to   None                                                         Submit Comment



www.mobilemarketingwatch.com/verizon-iphone-4-sold-out-13001/                                   3/5





- Millennial Media Releases Year-in-Review Mobile Mix Report http://t.co/hbfj8jHn 11 minutes ago
- Massive T-Mobile Subscriber Loss Attributed to 'Death by iPhone' http://t.co/I8FL7srt 27 minutes ago

- How Eco Friendly is Your Smartphone? AT&T Wants To Tell You http://t.co/Cwz8Hsxk about an hour ago
- Amobee Introduces 'User Generated Ad' Unit for Mobile Advertising http://t.co/grM42bP4 about an hour ago
- Mobile Payments to Deliver 'BOKU' Bucks with MasterCard Prepaid and PayPass http://t.co/4OCCyybe about an hour ago

## Mobile Marketing Blog Roll

- mHealth News
- Michael Essany
- MobHappy
- Mobi Enthusiast
- Mobile Marketing Blog
- Mobile Marketing by mobileStorm
- Mobile Marketing Magazine
- Mobile Marketing Profits
- Mobile Open
- Mobile Stance
- Mobile Zeitgeist
- MoBiz
- SMS Marketing
- SMS Marketing Blog
- SMS Marketing News
- SMS Mobile Marketing
- socalTECH

#204

© 2012 Mobile Marketing Watch -- View Our Terms & Conditions --  --



loading