1
2
3
4
5

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION TO STRIKE PORTIONS OF THE NOVEMBER 6, 2015 EXPERT REPORT OF JULIE L. DAVIS |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company, | |
| Defendants. | |

On February 11, 2015, the Court heard argument on Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively, "Samsung") Motion to Strike Portions the November 6, 2015 Expert Report of Julie Davis. Having considered the arguments of the parties and the papers submitted, and good cause appearing, the Court GRANTS Samsung's motion to strike and accordingly strikes the following portions of the November 6, 2015 Expert Report of Julie Davis:

- Opinion on Capacity: Paragraphs 112-117 and 124, exhibit 26-S and the portions of exhibits 17.2-R, 17.2-R-A, 17.2-R1, 17.2-R1-A and 20-R that pertain to Apple's alleged excess capacity to make additional sales.
- New *Mor-Flo* Analysis: Paragraph 94A at 33:4-20 and exhibits 17-R-A to 17.6 R-A, 17-R1-A to 17.6-R1-A, 19-R-A to 19.2-R-A, 19-R1-A to 19.2-R1-A , 29-R-A, and 31.3-R-A.
- New Schedules Showing Damages by Patent and Product: Exhibits 17.5-R, 17.5-R1, 17.5-R-A, 17.5-R1-A, 17.6-R, 17.6-R1, 17.6-R-A, 17.6-R1-A, 18.4-R, 18.5-R, 19.2-R, 19.2-R1, 19.2-R-A, and 19.2-R1-A.
- New Incremental Profit Comparison: Paragraph 163 at 67:23-24.
- History of Production of Samsung's Financial Data: The portions of paragraphs 146-155 that refer to the history of Samsung's production of financial data.

**IT IS SO ORDERED.**

Dated: February __, 2015

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE
