QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S MOTION TO STRIKE PORTIONS OF THE NOVEMBER 6, 2015 EXPERT REPORT OF JULIE L. DAVIS** |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal certain information filed in connection with Samsung's Motion to Strike Portions of the November 6, 2015 Expert Report of Julie L. Davis ("Samsung's Motion to Strike").

## RELIEF REQUESTED

Samsung requests an order granting Samsung's motion to file under seal the following document:

| Document | Portions to be Filed Under Seal |
|---|---|
| Exhibit A to the Declaration of Scott Kidman (Nov. 6, 2015 Expert Report of Julie L. Davis (the "2015 Davis Report")) | The portions highlighted in a conformed version Samsung will file within 7 days of the deadline to file declarations in support of this motion. |
| Exhibit B to the Declaration of Scott Kidman (corrected Exhibits to the 2015 Davis Report) | The portions highlighted in a conformed version Samsung will file within 7 days of the deadline to file declarations in support of this motion. |

Samsung has established good cause to permit filing this document under seal through the Declaration of Scott B. Kidman filed contemporaneously herewith, as well as the Declarations of James Shin, previously filed at Dkt. 2385-1 and Dkt. 2430.

**I.   THE "GOOD CAUSE" STANDARD APPLIES**

Samsung's Motion to Strike is non-dispositive and only seeks to limit the types of opinions and evidence offered at trial.  Therefore, documents submitted in connection with Samsung's Motion to Strike may be sealed upon a showing of "good cause."  *Apple Inc. v. Samsung Elecs. Co., Ltd.*, 727 F.3d 1214, 1222 (Fed. Cir. 2013); *see also Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

**II.   GOOD CAUSE EXISTS TO PERMIT FILING UNDER SEAL**

Good cause exists to seal the detailed financial information included in the 2015 Davis

1  Report and corrected exhibits thereto, which cover product-specific sales, revenue, cost, profit,
2  and margin data, as well as calculations that reveal financial data and the financial terms of the
3  parties' licensing agreements and negotiations.  *Apple*, 727 F.3d 1214, 1223; *see also* Fed. R. Civ.
4  P. 26(c).  Samsung would suffer significant competitive harm from public disclosure of its
5  detailed financial data and licensing practices.  (*See* Declarations of James Shin, Dkt. 2385-1 and
6  Dkt. 2430 (discussing the same and/or equivalent confidential information in Ms. Davis' prior
7  report that is now included in the 2015 Davis Report).)  Samsung also moves to seal information
8  designated confidential by Apple and third parties.
9     The Court previously granted Samsung's administrative motion to seal the same (or largely
10 similar) information in Ms. Davis' prior report.  (*See* Order of Oct. 22, 2013, Dkt. 2575, at 15-17;
11 Redacted 8/23/2013 Davis Report, Dkt. 2607-3.)  The Court should thus grant Samsung's motion
12 to seal the 2015 Davis Report and corrected exhibits thereto, which includes the same type of
13 information designated confidential by Smasung, Apple, and third parties.  The supporting
14 declaration of Scott B. Kidman, filed concurrently, identifies the specific locations in the 2015
15 Davis Report containing the Samsung confidential information the Court previously ordered
16 sealed.
17     Pursuant to Civil Local Rule 7-11, Samsung's counsel met and conferred with Apple's
18 counsel regarding this motion to seal.  Apple does not oppose Samsung's Motion to Seal relating
19 to Samsung's Motion to Strike as a procedural mechanism.  Within 7 days of Apple filing its
20 declaration in support of sealing, the parties will prepare and Samsung will file final consolidated
21 and conformed versions highlighting the information Samsung moves to seal.

22                                    **CONCLUSION**

23     For the foregoing reasons, Samsung respectfully requests that the Court grant this
24 Administrative Motion to File Under Seal.

25
26
27
28

1  DATED: December 18, 2015           QUINN EMANUEL URQUHART &
2                                      SULLIVAN, LLP
3
4                                         /s/ Victoria F. Maroulis
                                          Charles K. Verhoeven
5                                         Kathleen M. Sullivan
                                          Kevin P.B. Johnson
6                                         Victoria F. Maroulis
                                          Michael T. Zeller
7
8                                         Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS AMERICA,
9                                         INC., and SAMSUNG
                                          TELECOMMUNICATIONS
10                                        AMERICA, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28