QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S MOTION TO STRIKE PORTIONS OF THE NOVEMBER 6, 2015 EXPERT REPORT OF JULIE L. DAVIS** |

I, Scott B. Kidman, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Pursuant to Local Rules 7-11 and 79-5, I make this declaration in support of Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Motion to Strike Portions of the November 6, 2015 Expert Report of Julie L. Davis ("Samsung's Motion to Strike").

3. Exhibit A and B to the Declaration of Scott B. Kidman in support of Samsung's Motion to Strike, which comprise the Nov. 6, 2015 Expert Report of Julie L. Davis (the "2015 Davis Report") and certain corrected schedules respectively, contain Samsung's product-specific sales, revenue, cost, profit, and margin data, as well as calculations that reveal financial data and the financial terms of the parties' licensing agreements and negotiations. As attested to in the previously filed declarations of James Shin (Dkt. 2385-1; Dkt. 2430) regarding the same or similar information in Ms. Davis' previous report, Samsung would suffer significant competitive harm from public disclosure of its detailed financial data and licensing practices.

4. The Court granted Samsung's motion to seal the confidential Samsung information in the last round of briefing on motions to strike. (*See* Order of Oct. 22, 2013 at 15-17, Dkt. 2575.) While the information sought to be sealed in this motion is either the same or equivalent to the information previously sealed, the specific page, line, and exhibit locations specified in the previous declaration of James Shin (Dkt. 2430) have changed in the 2015 Davis Report. Below are the new locations in the 2015 Davis Report of the confidential information that the Court previously ordered sealed:

| Portions of 8/23/2013 Davis Report containing Samsung confidential information that were previously ordered sealed by Court (*See* Declaration of James Shin, Dkt. 2430; Redacted Davis Report, Dkt. 2607-3) | Location of same or equivalent Samsung confidential information sought to be sealed in 2015 Davis Report |
|---|---|
| Page 14, line 8 (¶40) | Page 17, line 3 (¶40) |
| Page 15, lines 2-3 (¶41) | Page 17, lines 12-13 (¶41) |
| Page 66, line 16 (¶149) | Page 62, line 3 (¶189) |
| Page 70, lines 9-10 (¶155) | Page 65, lines 2-3 (¶155) |
| Page 72, line 1 (¶158) | Page 66, line 17 (¶158) |
| Page 73, lines 19-20 (¶163) | Page 67, lines 23-24 (¶163) |
| Page 84, lines 12-14 (¶188) | Page 77, lines 10-12 (¶188) |
| Page 98, lines 9-12 (¶224), footnote 315 | Page 91, lines 9-12 (¶224), footnote 315 |
| Exhibits 17-PT-H through 17-PT-K (all except "Reasonable Royalty" column)<br><br>Exhibits 17.1-PT-H through 17.1-PT-K (all except "Reasonable Royalty" column)<br><br>Exhibits 17.3-PT-H through 17.3-PT-K<br><br>Exhibits 17.4-PT-H through 17.4-PT-K<br><br>Exhibits 18-PT-H through 18-PT-K (all except "Reasonable Royalty" column)<br><br>Exhibits 18.1-PT-H through 18.1-PT-K (all except "Reasonable Royalty" column)<br><br>Exhibits 18.2-PT-H through 18.2-PT-K<br><br>Exhibits 18.3-PT-H through 18.3-PT-K | Exhibits 17-R through 17.1-R (all except "Reasonable Royalty" column)<br><br>Exhibits 17-R-A, 17.1-R-A, 17.3-R-A through 17.6-R-A<br><br>Exhibits 17.3-R through 17.6-R<br><br>Exhibits 18-R through 18.1-R (all except "Reasonable Royalty" column)<br><br>Exhibits 18.2-R through 18.5-R<br><br>Exhibits 19.1-R through 19.2-R and 19.1-R-A through 19.2-R-A (similar financial data) |
| Exhibit 37-PT (information related to SEC revenue) | Exhibit 37-R (information related to SEC revenue) |
| Exhibit 38-PT (information related to SEC revenue) | |
| Exhibit 40-PT ("Utility Patents" reference values for Samsung smartphones and tablets & nn. 3-4) | Exhibit 40-R ("Utility Patents" reference values for Samsung smartphones and tablets & nn. 3-4) |
| Exhibit 49-S | Exhibit 49-R |

| Exhibits 50.1 PT through 50.9-PT | |
|---|---|
| Exhibits 51-S, 51.1-S, 52-S, and 52.1-S | Exhibits 51-S, 51.1-S, 52-S, and 52.1-S |

5. In addition, Samsung seeks to seal Exhibit B to the Kidman Declaration, which comprises corrected versions of Exhibits 17 and 19 to the Davis report and certain Workpapers because they contain the same type of financial data.

6. The 2015 Davis Report also contains information that has been designated as highly confidential by Apple and third parties. Page 19 (lines 6-12), page 21 (lines 7-8), and Exhibits 11.1, 12, 12.1, 13.1 contain information designated confidential by IDC; page 73 (lines 12-18) and page 74 (lines 1-3) contain information designated confidential by IBM; and page 74 (lines 6-14) and page 75 (lines 1-2 & 11-20) contain information designated confidential by Nokia. Samsung expects that Apple will file a declaration identifying portions of the document it considers confidential.

7. For the foregoing reasons, Samsung requests that Samsung's Administrative Motion to File Under Seal be granted as to the portions of the 2015 Davis Report specified above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 18, 2015, at Los Angeles, California.

*/s/ Scott B. Kidman*
Scott B. Kidman

# ATTESTATION

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rules 5-1(1), (3), I hereby attest that Scott B. Kidman has concurred in this filing.

Dated: December 18, 2015

/s/ *Victoria Maroulis*
Victoria Maroulis

# CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2015, I filed the foregoing Declaration of Scott B. Kidman with the United States District Court for the Northern District of California via the CM/ECF system, which will send notice of such filing to all registered CM/ECF users, including counsel for Apple Inc. and third-parties IDS Research, Inc., Nokia Corporation, and International Business Machines Corporation.

Dated:  December 18, 2015            */s/ Victoria Maroulis*
                                     Victoria Maroulis