1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S MOTION TO STRIKE PORTIONS OF THE NOVEMBER 6, 2015 EXPERT REPORT OF JULIE L. DAVIS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative
3 Motion to File Under Seal Documents Relating to Samsung's Motion to Strike Portions of the
4 November 6, 2015 Expert Report of Julie L. Davis.

5   Having considered Samsung's motion, and good cause having been shown, the Court
6 GRANTS Samsung's motion and ORDERS sealed the document listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Exhibit A (Nov. 6, 2015 Expert Report of Julie L. Davis) | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Samsung, Apple, and third parties claim are confidential. |
| Exhibit B (corrected exhibits to the Davis Expert Report) | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Samsung, Apple, and third parties claim are confidential. |

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Lucy H. Koh
United States District Judge