QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO APPLE'S MOTION TO STRIKE PORTIONS OF THE NOVEMBER 6, 2015 EXPERT REPORT OF MICHAEL WAGNER** |

I, Scott B. Kidman, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Pursuant to Local Rules 7-11 and 79-5, I make this declaration in support of Apple's Administrative Motion to File Under Seal Documents Relating to Apple's Motion to Strike Portions of Michael Wagner's November 6, 2015 Rebuttal Report ("Apple's Motion to Strike") (Dkt. 3333).

3. Apple's Motion to Strike and Exhibits 1, 3, and 4 to the Declaration of Mark D. Selwyn in support of Apple's Motion to Strike, which comprise excerpts to the November 6, 2015 Expert Report of Michael Wagner (the "2015 Wagner Report"), excerpts to the August 26, 2013 Expert Report of Michael Wagner (the "2013 Wagner Report"), and excerpts to the April 20, 2012 Expert Report of Michael Wagner (the "2012 Wagner Report") respectively, contain Samsung's product-specific sales, revenue, cost, profit, and margin data, as well as calculations that reveal financial data and the financial terms of the parties' licensing agreements and negotiations. As attested to in the previously filed declaration of James Shin (Dkt. 2394) regarding the same or similar information in Mr. Wagner's 2013 report, Samsung would suffer significant competitive harm from public disclosure of its detailed financial data and licensing practices.

4. The Court granted Samsung's motion to seal the confidential Samsung information in the last round of briefing on motions to strike. (*See* Order of Oct. 22, 2013 at 15-17, Dkt. 2575.) While the information sought to be sealed in this motion is either the same or equivalent to the information previously sealed, the specific page, line, and exhibit locations specified in the previous declaration of James Shin (Dkt. 2394) have changed in the 2015 Wagner Report. Below

are the new locations in the 2015 Wagner Report of the confidential information that the Court previously ordered sealed:

| Portions of Apple's Motion to Strike and Exhibits containing Samsung confidential information | Where equivalent information was previously sealed |
|---|---|
| Apple's Motion to Strike at 3, lines 3, 8-9, and 13-14. | 2013 Wagner Report at 82, paragraph 200 (Dkt. 2394, 2575). |
| Exhibit 1 at 7. | 2012 Wagner Report at 5.  (Dkt. 3198) |
| Exhibit 1 at 70 paragraph 163 and Figure 23 | 2013 Wagner Report at 79, paragraph 192 and Figure 19 (Dkt. 2394, 2575). |
| Exhibit 1 at 72 paragraph 167, 169, and Figure 25 (data in table) | 2013 Wagner Report at 79, paragraph 192 and Figure 19 (Dkt. 2394, 2575). |
| Exhibit 1 at 73 note 371 | 2013 Wagner Report at 79, paragraph 192 and Figure 19 (Dkt. 2394, 2575). |
| Exhibit 1 Schedule 15.1-3T (data in table) | 2013 Wagner Report Schedules 15.3-NT and 15.4-NT (Dkt. 2394, 2575). |
| Exhibit 1 Schedule 15.3-3T (data in table) | 2013 Wagner Report Schedules 15.3-NT and 15.4-NT (Dkt. 2394, 2575). |
| Exhibit 1 Schedule 15.4-3T (data in table) | 2013 Wagner Report Schedules 15.3-NT and 15.4-NT (Dkt. 2394, 2575). |
| Exhibit 1 Schedule 15.5-3T (data in table) | 2013 Wagner Report Schedules 15.3-NT and 15.4-NT (Dkt. 2394, 2575). |
| Exhibit 3 at 79 paragraph 192 and Figure 19 | 2013 Wagner Report at 79, paragraph 192 and Figure 19 (Dkt. 2394, 2575). |
| Exhibit 3 Schedule 15.2-NT | 2013 Wagner Report at 79, paragraph 192 and Figure 19 (Dkt. 2394, 2575). |
| Exhibit 4 at 91 paragraph 200 | 2012 Wagner Report at 91.  (Dkt. 3198) |
| Exhibit 4 at 92 Figure 32 | 2012 Wagner Report at 92.  (Dkt. 3198) |
| Exhibit 4 Schedule 15.2 | 2013 Wagner Report at 79, paragraph 192 and Figure 19 (Dkt. 2394, 2575). |

5.      Samsung will work with Apple to prepare consolidated highlighted versions of these documents identifying all information that Samsung seeks to seal.

6. For the foregoing reasons, Samsung requests that Apple's Administrative Motion to File Under Seal be granted as to the portions of documents specified above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 22, 2015, at Los Angeles, California.

*/s/ Scott B. Kidman*
Scott B. Kidman

## ATTESTATION

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil Local Rules 5-1(1), (3), I hereby attest that Scott B. Kidman has concurred in this filing.

Dated:  December 22, 2015        */s/ Victoria Maroulis*
                                 Victoria Maroulis