HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 11-cv-01846-LHK (PSG)
sd-674021

1   In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves for an order to seal the following documents:

1. Portions of the confidential, unredacted version of Apple Inc.'s Motion for Supplemental Damages and Prejudgment Interest ("Apple's Motion for Supplemental Damages");

2. Portions of the Declaration of Erik J. Olson in support of Apple's Motion for Supplemental Damages ("Olson Declaration"); and

3. Portions of Exhibit 2 to the Declaration of Julie Davis in Support of Apple's Motion to for Supplemental Damages ("Davis Declaration").

As detailed in the Declaration of Christopher Robinson Regarding Apple's Administrative Motion to File Documents Under Seal ("Robinson Sealing Declaration"), items 1-3 above contain or discuss information that Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") may consider confidential.  Apple expects that Samsung will file the required supporting declarations in accordance with the Civil Local Rule 79-5(e) as necessary in order to confirm whether its information should be sealed.

Pursuant to Civil Local Rule 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion to seal. Samsung does not oppose Apple's Motion to Seal relating to Apple's Motion for Supplemental Damages as a procedural mechanism. Within 7 days of Samsung filing its declaration in support of sealing, the parties will prepare and Apple will file a final consolidated and conformed copy of Apple's Motion  for Supplemental Damages (and accompanying exhibits) identifying what information Samsung supported sealing in its declaration.

For the foregoing reasons, Apple respectfully requests sealing of the information contained in:

1. Portions of the confidential, unredacted version of Apple Inc.'s Motion for Supplemental Damages and Prejudgment Interest ("Apple's Motion for Supplemental Damages");

    2.      Declaration of Erik J. Olson in support of Apple's Motion for Supplemental Damages ("Olson Declaration"); and

    3.      Portions of Exhibit 2 to the Declaration of Julie Davis in Support of Apple's Motion to for Supplemental Damages ("Davis Declaration").

Dated: December 23, 2015                MORRISON & FOERSTER LLP

By: */s/ Christopher Robinson*
    CHRISTOPHER ROBINSON

    Attorneys for Plaintiff
    APPLE INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Christopher Robinson has concurred in this filing.

Dated: December 23, 2015          */s/ Rachel Krevans*
                                    Rachel Krevans