| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **DECLARATION OF CHRISTOPHER ROBINSON IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1       I, Christopher Robinson, hereby declare as follows:

2       1.      I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the State of California, and am admitted to practice before the U.S. District Court for the Northern District of California. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to those facts under oath.

3       2.      Concurrent with Apple's Administrative Motion to File Documents Under Seal, Apple has filed its Motion for Supplemental Damages and Prejudgment Interest ("Apple's Motion for Supplemental Damages"); the Declaration of Erik Olson in Support of Apple's Motion for Supplemental Damages ("Olson Declaration") and exhibits thereto; and the Declaration of Julie Davis in Support of Apple's Motion for Supplemental Damages ("Davis Declaration") and exhibits thereto.

4       3.      The portions highlighted in yellow of Apple's Motion for Supplemental Damages on pages 8, 10, 11, 12, 13, 14, 17, 18, and 20; pages 2, 3, 4, 5, 6 and 7 of the Olson Declaration; and Exhibit 2 to the Davis declaration, have been redacted because they may contain information that Samsung considers confidential. Apple expects that Samsung will file the required supporting declarations in accordance with the Civil Local Rule 79-5(e) as necessary in order to confirm whether its information should be sealed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of December, 2015 at San Francisco, California.

*/s/ Christopher Robinson*
Christopher Robinson

1 **ATTESTATION OF E-FILED SIGNATURE**

2  I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Christopher Robinson has concurred in this filing.

5 Dated:  December 23, 2015          */s/  Rachel Krevans*
                                              Rachel Krevans

DECL. OF CHRISTOPHER ROBINSON ISO APPLE'S ADMIN. MOT. TO FILE DOCUMENTS UNDER SEAL
Case No. 11-cv-01846-LHK (PSG)
sd-674023

2