1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Pursuant to Civ. L.R. 7-11 and 79-5, Apple Inc. ("Apple") has filed an Administrative
2    Motion to File Documents under Seal ("Motion to Seal") relating to Apple's Motion for
3    Supplemental Damages and Prejudgment Interest ("Motion for Supplemental Damages"). Apple
4    has moved to file under seal the following documents:
5        1.    Portions of the confidential, unredacted version of Apple Inc.'s Motion for
6    Supplemental Damages and Prejudgment Interest ("Apple's Motion for Supplemental
7    Damages");
8        2.    Portions of the Declaration of Erik J. Olson in support of Apple's Motion for
9    Supplemental Damages ("Olson Declaration"); and
10       3.    Portions of Exhibit 2 to the Declaration of Julie Davis in Support of Apple's
11   Motion to for Supplemental Damages ("Davis Declaration").
12   Having considered the motion and declaration cited therein, and finding good cause
13   therefore, the Court GRANTS Apple's Motion to Seal.
14   IT IS HEREBY ORDERED that the confidential, unredacted versions of the following
15   documents shall be filed under seal:

| Document | Sealable Portion |
|---|---|
| Apple's Motion for Supplemental Damages | Page 8: portions of lines 13 and 15 |
| | Page 10: portions of line 21 |
| | Page 11: portions of lines 12 and 14 |
| | Page 12: portions of line 5 |
| | Page 13: portions of line 16 and 18 |
| | Page 14: portions of lines 8 and 27 |
| | Page 17: portions of line 16 |
| | Page 18: portions of line 9 |
| | Page 20: portions of the table at lines 11-18 |
| Declaration of Erik Olson in support of Apple's Motion for Supplemental Damages | Page 2: portions of lines 14-15 and 22, lines 25-26 |
| | Page 3: portions of line 11 and lines 12-15 |
| | Page 4: Figure reflected at lines 1-16, portions of lines 17-20 |

[PROPOSED] ORDER GRANTING APPLE ADMIN MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK

| | Page 5: portions of lines 13-14 and lines 18-20 |
| --- | --- |
| | Page 6: Figure reflected at lines 1-16, portions of lines 17-20 |
| | Page 7: portions of lines 13, 14, 23, 24, 25 and 26 |
| Exhibit 2 to the Declaration of Julie Davis in support of Apple's Motion for Supplemental Damages | The portions highlighted in the version of Exhibit 2 Apple has filed indicating the portions Samsung may assert are confidential. |

**IT IS SO ORDERED.**

Dated: _____     _____
HONORABLE LUCY H. KOH
United States District Judge