UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION FOR SUPPLEMENTAL DAMAGES AND PREJUDGMENT INTEREST** |

Upon consideration of Apple Inc.'s Motion for Supplemental Damages and Prejudgment Interest ("Motion for Supplemental Damages") and having considered the arguments of the parties and the papers submitted,

IT IS HEREBY ORDERED that Apple's Motion for Supplemental Damages is GRANTED.

IT IS FURTHER ORDERED that in accordance with the methodology laid out in the Court's March 1, 2013 Order (Dkt. 2271), the supplemental damages due to Apple are as follows:

- Galaxy S II Skyrocket (D'677 Patent): $6,144,916
- Galaxy S II Epic 4G Touch (D'677 Patent): $96,920,602
- Galaxy S II T-Mobile (D'677 Patent): $74,706,398
- Droid Charge (D'305, '915, '381, and '163 Patents): $620,467
- Galaxy Prevail ('915, '381, and '163 Patents): $167,488
- TOTAL: $178,659,870

IT IS FURTHER ORDERED that Apple is entitled to pre-judgment interest on the award of supplemental damages totaling $1,192,490 through March 24, 2016, with $2,363 accruing each day thereafter.

**IT IS SO ORDERED.**

Dated: _____     _____
                                   HONORABLE LUCY H. KOH
                                   United States District Judge