# Exhibit B



# SGH-T989

Home > Support > Cell Phones > T-Mobile > SGH-T989ZKBTMB



**Latest Downloads**

User Manual (EN)

Device(Install),USB Driver (EN)

Search Answers

Product Info    Manuals & Downloads    Visual Guide    Answers    Topics    Contact Us

NEWS: Screen damage or Out of Warranty Repair **LEARN MORE →**

## Product Info



### Specifications

| | | | |
|---|---|---|---|
| Type | T-Mobile | Color | Titanium |
| OS | Android 4.0, Ice Cream Sandwich | Camera Resolution (Front) | 2MP |
| | | Internal Memory | 16GB |
| | | (User Memory Is Less Than The Total Memory Due To Storage Of The Operating System And Software Used To Operate The Features. Actual User Memory Will Vary Depending On The Operator And May Change After Software Upgrades Are Performed) | |
| Camera Resolution (Rear) | 8MP | | |
| Main Display Resolution | 480x800 pixels | Main Display Size | 4.52" |

### Register Your Product

Register now to get updates, faster tech support and more.

**REGISTER YOUR PRODUCT**

### Service Options

**REQUEST SERVICE**    **TRACK SERVICE**

## Manuals & Downloads



### Manuals

User Manual ver.MA8_F8 (ES, 4.66 MB)    Jun 17, 2013

**DOWNLOAD (PDF)**    **SEND (EMAIL) →**

### Downloads

Device(Install),USB Driver (Software) ver.v1.5.14.0 - Win XP/Vista/Win 7/Win 8 (EN, 23.06 MB)    Nov 28, 2012

**DOWNLOAD (EXE)**

## Visual Guide



## Answers

| | | |
|---|---|---|
| Which version of the Android™ platform does my T-Mobile Galaxy S™ II use? | How do I take screenshots on my Samsung Galaxy S6? | Cannot Connect to Wi-Fi - Troubleshooting your Wi-Fi Connection |
| How do I use Factory Reset Protection (FRP) to protect my device? | Get it Organized: Cleaning up your Cables | How do I turn off iMessage on my old iPhone before I switch to my new Samsung device? |
| What is the Google Play services? | Dropping or Unstable Wi-Fi Connection - Troubleshooting your Wi-Fi Connection | How do I uninstall or disable applications on my Samsung Galaxy S6? |

View All →

## Topics I Need Help With

| | | |
|---|---|---|
| Features / Specs / Compatibility | For Kids | Get It Organized |
| How To / Usage | Networking / Connectivity | Now You Know |

| Software / Apps | Tips & Tricks |
| --- | --- |

## Connect with us.


Live Chat


Email us
Send Email


Remote Support
Visit Site


Call Us
1-800-726-7864
1-800-SAMSUNG

**SAMSUNG.COM**    **SHOP PRODUCTS**    **SHOP ACCESSORIES**    🛒 **SHOPPING CART**    **SHOP REFURBISHED**

**SHOP SAMSUNG**
Shop All Products
Shop All Accessories
Special Offers Online
Certified Refurbished
Products

**CELL PHONES**
Galaxy S Phones
Galaxy Note Phones
Cell Phones
Prepaid/No Contract
AT&T Cell Phones
Verizon Wireless Cell Phones
Sprint Cell Phones
T-Mobile Cell Phones
U.S. Cellular Cell Phones
More Carriers
Certified Pre-Owned Phones
See All Cell Phones

**TVS**
4K SUHD TVs
4K UHD TVs
LED TVs
See All TVs

**TABLETS**
Galaxy Tabs
Galaxy Notes
Wi-Fi Tablets
4G / LTE Tablets
Refurbished Tablets
See All Galaxy Tablets

**WEARABLE TECH**
Smartwatches
Virtual Reality Headsets
See All Gear

**HOME THEATER & AUDIO**
Wireless Multiroom Audio
Soundbars
Giga Sound Systems
Home Theater Systems
Blu-ray Players
DVD Players
See All Home Audio Products

**DIGITAL CAMERAS & CAMCORDERS**
Interchangeable Lens
Cameras
Galaxy Cameras
Long Zoom Cameras
Point and Shoot Cameras
HD Camcorders
Refurbished Digital Cameras
See All Digital Cameras and
Camcorders

**COMPUTING**
Laptops
Chrome Devices
All-In-One PCs
Monitors
See All PCs

**MEMORY & STORAGE**
SSD PRO
SSD EVO
Portable SSD
Memory Cards & USB Drives

**HOME APPLIANCES**
Washers & Dryers
Refrigerators
Microwaves
Dishwashers
Ranges
Vacuums

**SMART HOME**
Kits
Hubs
Sensors
Outlets
See All Smart Home Products

**LED LIGHTING**
LED Home Lighting

**SECURITY & MONITORING**
IP Cameras
Security Systems
Baby Monitors

**HELP WITH YOUR ORDER**
Track Your Order
Store FAQs
Return Your Order
Cancel Your Order
Product Support

**ACCESSORIES**
TV Accessories
Cell Phone Accessories
Tablet Accessories
Printer Accessories
PC Accessories
Digital Camera Accessories
Digital Camcorder
Accessories
Refrigerator Accessories
Washer & Dryer Accessories
Security System Accessories
Vacuum Accessories

**DISCOVER**
Home Entertainment Has Never
Been Better
A New Era of Computing
Share Life as it Happens
Indulge Your Inner Gourmet
Tech Life: Ideas & Inspiration
Building a Smarter Future

**APPS & ENTERTAINMENT**
Apps For Every Screen
Samsung Milk Music
Samsung Pay
Samsung+
Smart Switch

**OWNERS & SUPPORT**
Get Support
Samsung Account
Samsung Skills Workshop
Register Your Device
Manuals & Downloads
Help With Your Order
Contact Support

**ABOUT US**
About Samsung
Careers
Sustainability
Hope for Children
News
Investor Relations
Product Recycling

Search 

Follow Us