# EXHIBIT 1

Case 5:11-cv-01846-LHK   Document 3339-9   Filed 12/23/15   Page 2 of 2

Apple Inc. v. Samsung Electronics Co., LTD., et al.                                                                                              EXHIBIT 1

## Summary of Supplemental Damages & Prejudgment Interest Due to Apple

| | |
|---|---|
| Total Supplemental Damages: August 25, 2012 through Final Sale | $ 178,659,870  1/ |
| Prejudgment Interest on Supplemental Damages (through March 24, 2016) | $ 1,192,490  2/ |
| Total Supplemental Damages & Prejudgment Interest (through March 24, 2016) | $ 179,852,360 |

**Sources/Notes:**
1/ See EXHIBIT 2.
2/ See EXHIBIT 3.

Prepared by Stout Risius Ross