# EXHIBIT 2.1

**Calculation of Per-Unit Supplemental Damages Amount on a Product-By-Product Basis 1/**

| Product | | Jury Verdict | # of Units | Per Unit |
|---|---|---|---|---|
| | | | 4/ | |
| Galaxy S II (Epic 4G Touch) | 2/ | $100,326,988 | 1,675,000 | $ 59.90 |
| Galaxy S II (Skyrocket) | 2/ | $32,273,558 | 636,000 | $ 50.74 |
| Galaxy S II (T-Mobile) | 2/ | $83,791,708 | 1,252,000 | $ 66.93 |
| Droid Charge | 3/ | $60,706,020 | 806,000 | $ 75.32 |
| Galaxy Prevail | 3/ | $22,143,335 | 2,255,000 | $ 9.82 |

**Sources/Notes:**

1/ Per-unit damages were calculated in accordance with the method stated in the Court's March 1, 2013 Order re Damages (1846 Dkt. 2271 at 5:21-26) for any product that Samsung continued to sell after the date of the relevant jury verdict.

2/ Per Amended Verdict Form, 8/24/12, Order Re: Damages, 3/1/13, p. 26, and Case Management Order, 4/29/13, p. 2.

3/ Verdict Form, 11/21/13, p. 1.

4/ JX-1500 and JX-1500A1. Units shown are through June 2012 which reflects what was available as of the verdicts.

Prepared by Stout Risius Ross