# EXHIBIT 3

Case 5:11-cv-01846-LHK   Document 3339-12   Filed 12/23/15   Page 2 of 3
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 3

## Calculation of Prejudgment Interest on Apple's Supplemental Damages
(Interest Calculated at T-Bill Rate, Compounded through March 24, 2016 1/)

| 2012 | | January-12 | February-12 | March-12 | April-12 | May-12 | June-12 | July-12 | August-12 | September-12 | October-12 | November-12 | December-12 | Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | 2/ | | | | | | | | $ 3,659,859 | $ 18,246,829 | $ 26,607,512 | $ 38,504,943 | $ 13,029,154 | $ 100,048,297 |
| Prior Month's Principal | | - | - | - | - | - | - | - | - | - | 3,659,859 | 21,906,688 | 48,514,200 | |
| Prior Month's Damages | | - | - | - | - | - | - | - | - | 3,659,859 | 18,246,829 | 26,607,512 | 38,504,943 | |
| Principal Available for Interest | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,659,859 | $ 21,906,688 | $ 48,514,200 | $ 87,019,143 | |
| Interest Earned | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 549 | $ 3,286 | $ 7,277 | $ 11,603 | $ 22,715 |

| 2013 | January-13 | February-13 | March-13 | April-13 | May-13 | June-13 | July-13 | August-13 | September-13 | October-13 | November-13 | December-13 | Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | $ 22,982,221 | $ 11,097,928 | $ 8,870,932 | $ 12,334,442 | $ 8,842,937 | $ 6,491,837 | $ 3,200,122 | $ 4,505,432 | $ 299,260 | $ (3,732) | $ (4,200) | $ (2,142) | $ 78,615,037 |
| Prior Month's Principal | 87,019,143 | 100,071,012 | 123,053,233 | 134,151,161 | 143,022,093 | 155,356,535 | 164,199,472 | 170,691,309 | 173,891,431 | 178,396,863 | 178,696,123 | 178,692,391 | |
| Prior Month's Damages | 13,029,154 | 22,982,221 | 11,097,928 | 8,870,932 | 12,334,442 | 8,842,937 | 6,491,837 | 3,200,122 | 4,505,432 | 299,260 | (3,732) | (4,200) | |
| Prior Year's Interest | 22,715 | | | | | | | | | | | | |
| Principal Available for Interest | $ 100,071,012 | $ 123,053,233 | $ 134,151,161 | $ 143,022,093 | $ 155,356,535 | $ 164,199,472 | $ 170,691,309 | $ 173,891,431 | $ 178,396,863 | $ 178,696,123 | $ 178,692,391 | $ 178,688,191 | |
| Interest Earned | $ 12,509 | $ 16,407 | $ 16,769 | $ 14,302 | $ 15,536 | $ 19,157 | $ 17,069 | $ 18,838 | $ 17,840 | $ 17,870 | $ 17,869 | $ 19,358 | $ 203,523 |

| 2014 | January-14 | February-14 | March-14 | April-14 | May-14 | June-14 | July-14 | August-14 | September-14 | October-14 | November-14 | December-14 | Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | $ (1,339) | $ (519) | $ - | $ (201) | $ - | $ (870) | $ - | $ - | $ - | $ - | $ - | $ - | $ (2,929) |
| Prior Month's Principal | 178,688,191 | 178,889,572 | 178,888,234 | 178,887,714 | 178,887,714 | 178,887,514 | 178,887,514 | 178,886,644 | 178,886,644 | 178,886,644 | 178,886,644 | 178,886,644 | |
| Prior Month's Damages | (2,142) | (1,339) | (519) | - | (201) | - | (870) | - | - | - | - | - | |
| Prior Year's Interest | 203,523 | | | | | | | | | | | | |
| Principal Available for Interest | $ 178,889,572 | $ 178,888,234 | $ 178,887,714 | $ 178,887,714 | $ 178,887,514 | $ 178,887,514 | $ 178,886,644 | $ 178,886,644 | $ 178,886,644 | $ 178,886,644 | $ 178,886,644 | $ 178,886,644 | |
| Interest Earned | $ 17,889 | $ 17,889 | $ 19,380 | $ 16,398 | $ 14,907 | $ 14,907 | $ 16,398 | $ 16,398 | $ 16,398 | $ 14,907 | $ 19,379 | $ 31,305 | $ 216,156 |

| 2015 | January-15 | February-15 | March-15 | April-15 | May-15 | June-15 | July-15 | August-15 | September-15 | October-15 | November-15 | December-15 | Subtotal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Damages | $ (535) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (535) |
| Prior Month's Principal | 178,886,644 | 179,102,799 | 179,102,264 | 179,102,264 | 179,102,264 | 179,102,264 | 179,102,264 | 179,102,264 | 179,102,264 | 179,102,264 | 179,102,264 | 179,102,264 | |
| Prior Month's Damages | - | (535) | - | - | - | - | - | - | - | - | - | - | |
| Prior Year's Interest | 216,156 | | | | | | | | | | | | |
| Principal Available for Interest | $ 179,102,799 | $ 179,102,264 | $ 179,102,264 | $ 179,102,264 | $ 179,102,264 | $ 179,102,264 | $ 179,102,264 | $ 179,102,264 | $ 179,102,264 | $ 179,102,264 | $ 179,102,264 | $ 179,102,264 | |
| Interest Earned | $ 29,850 | $ 32,835 | $ 37,313 | $ 34,328 | $ 35,820 | $ 41,791 | $ 44,776 | $ 56,716 | $ 55,223 | $ 38,805 | $ 71,641 | $ 71,641 | $ 550,740 |

| 2016 | January-15 | February-15 | 3/1 to 24/15 3/ | Subtotal | Grand Total |
|---|---|---|---|---|---|
| Monthly Damages | $ - | $ - | $ - | $ - | $ 178,659,870 |
| Prior Month's Principal | 179,102,264 | 179,653,003 | 179,653,003 | | |
| Prior Month's Damages | - | - | - | | |
| Prior Year's Interest | 550,740 | | | | |
| Principal Available for Interest | $ 179,653,003 | $ 179,653,003 | $ 179,653,003 | | |
| Interest Earned | $ 71,861 | $ 71,861 | $ 55,634 | $ 199,357 | $ 1,192,490 |

Case 5:11-cv-01846-LHK   Document 3339-12   Filed 12/23/15   Page 3 of 3
Apple Inc. v. Samsung Electronics Co., LTD., et al.

EXHIBIT 3

**Sources/Notes:**
1/ One year t-bill rate per the Federal Reserve (http://federalreserve.gov/releases/h15/data.htm).

|  |  |  |  |  |  | *Jul-12* | *Aug-12* | *Sep-12* | *Oct-12* | *Nov-12* | *Dec-12* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturity |  |  |  |  |  | *0.19%* | *0.18%* | *0.18%* | *0.18%* | *0.18%* | 0.16% |
| Monthly interest rate |  |  |  |  |  | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.01% |
|  | *Jan-13* | *Feb-13* | *Mar-13* | *Apr-13* | *May-13* | *Jun-13* | *Jul-13* | *Aug-13* | *Sep-13* | *Oct-13* | *Nov-13* | *Dec-13* |
| 1-year Treasury constant maturity | *0.15%* | *0.16%* | *0.15%* | *0.12%* | *0.12%* | *0.14%* | *0.12%* | *0.13%* | *0.12%* | *0.12%* | *0.12%* | *0.13%* |
| Monthly interest rate | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% |
|  | *Jan-14* | *Feb-14* | *Mar-14* | *Apr-14* | *May-14* | *Jun-14* | *Jul-14* | *Aug-14* | *Sep-14* | *Oct-14* | *Nov-14* | *Dec-14* |
| 1-year Treasury constant maturity | *0.12%* | *0.12%* | *0.13%* | *0.11%* | *0.10%* | *0.10%* | *0.11%* | *0.11%* | *0.11%* | *0.10%* | *0.13%* | *0.21%* |
| Monthly interest rate | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.02% |
|  | *Jan-15* | *Feb-15* | *Mar-15* | *Apr-15* | *May-15* | *Jun-15* | *Jul-15* | *Aug-15* | *Sep-15* | *Oct-15* | *Nov-15* | *Dec-15* |
| 1-year Treasury constant maturity | *0.20%* | *0.22%* | *0.25%* | *0.23%* | *0.24%* | *0.28%* | *0.30%* | *0.38%* | *0.37%* | *0.26%* | *0.48%* | *0.48%* |
| Monthly interest rate | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.03% | 0.03% | 0.03% | 0.02% | 0.04% | 0.04% |
|  | *Jan-16* | *Feb-16* | *Mar-16* |  |  |  |  |  |  |  |  |  |
| 1-year Treasury constant maturity | *0.48%* | *0.48%* | *0.48%* |  |  |  |  |  |  |  |  |  |
| Monthly interest rate | 0.04% | 0.04% | 0.04% |  |  |  |  |  |  |  |  |  |

December 2015 through March 2016 monthly interest rate held constant from November 2015.
2/ See EXHIBIT 2.
3/ March 2016 interest prorated for 26 days (monthly interest X 26/31).