# EXHIBIT 4

Case 5:11-cv-01846-LHK   Document 3339-13   Filed 12/23/15   Page 2 of 2

Apple Inc. v. Samsung Electronics Co., LTD., et al.                                    EXHIBIT 4

## Daily Prejudgment Interest
### *(Starting March 25, 2016)*

| | | |
|---|---:|---|
| Principal Available for Interest as of March 2016 | $ 179,653,003 | 1/ |
| Last Available T-Bill Rate | 0.48% | 2/ |
| **Annual Interest Accrued** | $ 862,334 | |
| Days per Year | 365 | |
| **Daily Interest Accrued** | $ 2,363 | |

**Sources/Notes:**
1/ EXHIBIT 3.
2/ 1-year monthly T-Bill rate as of November 2015 per EXHIBIT 3.