HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522


Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.    11-cv-01846-LHK<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

1

2     I declare that I am employed with the law firm of Morrison & Foerster LLP, whose

3     address is Morrison & Foerster LLP, 425 Market St., San Francisco, California  94105-2482.

4     I am not a party to the within cause, and I am over the age of eighteen years.

5     I further declare that on December 23, 2015, I caused the following documents to be

6     served:

7     1. **APPLE'S NOTICE OF MOTION AND MOTION FOR SUPPLEMENTAL**
      **DAMAGES AND PREJUDGMENT INTEREST [SUBMITTED UNDER**
8     **SEAL]**

9     2. **DECLARATIONOF ERIK OLSON IN SUPPORT OF APPLE'S MOTION**
      **FOR SUPPLEMENTAL DAMAGES AND PREJUDGMENT INTEREST**
10    **[SUBMITTED UNDER SEAL]**

11

      3. **EXHIBIT 2 to DECLARATIONOF JULIE L. DAVIS, CPA, IN SUPPORT**
12    **OF APPLE'S MOTION FOR SUPPLEMENTAL DAMAGES AND**
      **PREJUDGMENT INTEREST [SUBMITTED UNDER SEAL]**
13

14    ☒    BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)] by electronically mailing a
           true and correct copy through Morrison & Foerster LLP's electronic mail system to
15         the e-mail address(s) set forth below, or as stated on the attached service list per
           agreement in accordance with Fed. R. Civ. P. 5(b).

16

17        SamsungvAppleRemand-QE@quinnemanuel.com

18

19    I declare under penalty of perjury that the foregoing is true and correct.  Executed in San

20    Francisco, California this 23rd day of December 2015.

21

22

23                                                    Robin L. Sexton

24

25

26

27

28