| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com |   HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, Massachusetts  02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone:  (617) 526-6000 |
| ejolson@mofo.com | Facsimile:  (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California  94105-2482 | MARK D. SELWYN (CA SBN 244180) |
| Telephone:  (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile:  (415) 268-7522 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California  94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
|     Plaintiff and Counterclaim-Defendant, | Case No. 11-cv-01846-LHK (PSG) |
| vs. | **AMENDED DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
|     Defendants and Counterclaim Plaintiffs. | |

I, Mark D. Selwyn, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2. On December 18, 2015, concurrent with Apple's Administrative Motion to File Documents Under Seal, Apple filed its Motion to Strike Portions of Michael Wagner's November 6, 2015 Rebuttal Report ("Apple's Motion to Strike"), the Declaration of Mark D. Selwyn in Support of Apple Inc.'s Motion to Strike ("Selwyn Declaration"), and exhibits thereto and the Declaration of Mark D. Selwyn in Support of Apple Inc.'s Administrative Motion to File Documents Under Seal ("Sealing Declaration"). (Dkt. No. 3333.)

3. This amended declaration revises my Sealing Declaration. Since December 18, Apple became aware that certain of the material covered by the Sealing Declaration is already public. This amended declaration removes that material from Apple's sealing requests.

4. The portions highlighted in yellow of Exhibit 1 to the Selwyn Declaration on pages 109-112, 114-115, and 136 contain confidential licensing information, including the provisions, financial terms, and structure of Apple's license agreement with HTC, and the structure of Apple's license agreement with Nokia. Public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Boris Teksler, Apple's then-Director of Patent Licensing and Strategy. (*Apple, Inc. v. Samsung Electronics Co., Ltd.*, Case No. 12-CV-630 (N.D. Cal.) (Dkt No. 442-4 at ¶¶ 2-4 (explaining that Apple's licensing agreements are subject to strict confidentiality provisions and that the revelation of the terms of the agreements would give companies an unfair negotiating advantage over Apple).) The Court has previously granted Apple's request to seal "pricing terms, royalty rates, and guaranteed minimum payment terms" of license agreements because they fall within the definition of "trade

1  secrets." *See, e.g.*, Dkt. No. 1649 at 10-11 (*citing In re Electronic Arts*, 298 Fed. App'x 568, 569 (9th Cir. 2008)). In particular, the Court has previously sealed Samsung's proffer of evidence and testimony regarding the Apple/HTC license for these same reasons. (Dkt. No. 2668.)

5.   The portions highlighted in yellow of Exhibit 1 to the Selwyn Declaration on pages 66, 72, 82, 98, 100, A-14, A-15, A-16, A-17, A-18, and Schedule 10.6-3T, and the portions highlighted in yellow of Exhibit 3 to the Selwyn Declaration on page 96 and Schedule 10.1-NT contain highly confidential financial information regarding the retail and wholesale pricing, average sales price, sales quantity, and profitability for Apple's iPhone. These highlighted portions of Exhibits 1 and 3 contain proprietary Apple information and the public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Jim Bean in Support of Apple's Motion to Seal Trial Exhibits (Dkt. No. 1495-2 at 1-3 ) (explaining that Apple's financial information is immensely valuable and disclosed only on a need to know basis within Apple to a small list of individuals because maintaining the confidentiality of Apple's financial data "allows Apple to remain competitive in an opaque and fast-moving marketplace"). The Federal Circuit has previously approved of Apple's request to similar financial information. *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, Case Nos. 2012-1600, 2012-1606, 2013-1146, 727 F.3d 1214, 1224-26 (Fed. Cir. Aug. 23, 2013) (approving sealing of detailed product-specific financial information).

6.   The relief requested by Apple is necessary and narrowly tailored to protect its confidential business information.

7.   I understand that Samsung has filed a Declaration on December 22, 2015 identifying the motions of Apple's Motion to Strike and Exhibits 1, 3, and 4 that it considers confidential.

8.   Apple is separately filing copies of Apple's Motion to Strike and Exhibits 1, 3, and 4 with only the material identified in this declaration and Samsung's December 22, 2015 declaration highlighted.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this
2  29th day of December, 2015 at Palo Alto, California.
3
4
5                                          */s/* Mark D. Selwyn
                                           Mark D. Selwyn
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -
Amended Declaration of Mark D. Selwyn in Support of Apple Inc.'s
Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on December 29, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                              */s/* Mark D. Selwyn
                                              Mark D. Selwyn