REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# EXHIBIT 3

# (Public Redacted Version)

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

United States District Court
Northern District of California

Apple Inc.

v.

Samsung Electronics Co., Ltd., et al.

Updated Rebuttal Expert Report of Michael J. Wagner
for New Trial on Damages

August 26, 2013

Volume 1

LitiNomics

presented in Figure 17 above.[391] In a June 8, 2010 System Concepts study commissioned by Samsung, participants of the study commented that one of the benefits of Android is its cost, making it available to a broader market than the iPhone.[392] Smartphone customers find Samsung more affordable than Apple, according to J.D. Power and Associates.[393]

192. Indeed, an analysis of the sales data for Samsung's accused products reveals that about 42 percent of the accused products are models that have an average wholesale selling price of ▮ or less:

**Figure 19: STA Smartphones with Wholesale ASP Less than ▮**[394]



193. These products are clearly in a very different market segment than the iPhones, which start at significantly higher wholesale prices.[395]

194. iPhone owners have relatively higher disposable income compared to the income of smartphone owners on average.[396] Forty-seven percent of iPhone 3G owners and 50 percent

---

[391] 2011 Wireless Smartphone Satisfaction Study, Management Report, J.D. Power and Associates, March, 2011, SAMNDCA10246338-445 at '362. [13.9]

[392] UX Critique by European Professionals, System Concepts, June 8, 2010, SAMNDCA00202869-933 at '919. [10.2]

[393] 2011 U.S. Wireless Mobile Phone Study Results Presentation Volume 2, J.D. Power and Associates, November 15, 2011, SAMNDCA00282033-088 at '080. [13.7]

[394] Schedule 15.2-NT. [1.6]

[395] In February 2012, the carrier price for the iPhone 3GS was $375, the iPhone 4 carrier price was $549, and the iPhone 4S carrier price was $649, $749, and $849 for the 16 GB / 32 GB / 64 GB versions, respectively. (Apple Inc. iPhone – US, Carrier & Reseller Pricing as of February 17, 2012, APLNDC-Y0000051622. [5.5])

purchaser respondents indicated that they would not switch to an iPhone. For example, she could have excluded 56%, and then applied her carrier adjustment and market share approach to the remaining 44%. A more reliable approach would have excluded any consumer that indicated that platform was an important consideration, i.e., the 38% that said it is the most important factor and the 50% that said it is a factor in purchasing (i.e., 88% total). This last question did not distinguish between the platform of the smartphone purchaser, so it would be preferable to do a survey specifically geared towards Android (or accused product) purchasers. But Apple could have easily performed such a study, given that it retained Dr. Hauser to conduct a study ostensibly to examine customer preferences for Samsung phones.

### g) Ms. Davis's incremental profitability is overstated, resulting in significantly overstated lost profits.

229. Ms. Davis calculates incremental profitability using Apple's worldwide selling prices. However, as evidenced by the sales data produced by Apple, Apple sells its iPhones for a considerably higher price outside the United States. Therefore, Ms. Davis's calculation results in a significantly overstated profit for U.S. sales. For example, in the calendar quarters for which Ms. Davis calculates lost profits (Q3 2010 and Q2, Q3, and Q4 2011), [461]

230. In addition to using worldwide profit calculations, Ms. Davis fails to deduct marketing and advertising expenses in her incremental profitability analysis. The only operating expense that Ms. Davis deducted in her analysis is sales expense, but her lost profits model includes a large number of sales to customers on carriers other than the carriers that sold the iPhone. If her analysis is correct, it is likely that a significant amount of additional marketing and advertising would have been required to reach such customers.

231. Therefore, I make a second adjustment to incremental profit by deducting the marketing / advertising expense. When both U.S. prices are used and marketing / advertising expenses are deducted, [462]

---

[461] Schedule 10.1-NT. [1.6]
[462] Schedule 10.1-NT. [1.6]

Case 5:11-cv-01846-LHK   Document 3341-5   Filed 12/29/15   Page 5 of 8

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order
**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

**Apple Inc. v. Samsung Electronics Co., Ltd., et al.**                                                                                                                                Schedule 10.1-NT
**Apple Product Profitability**
iPhone U.S. Profitability on a Per Unit Basis, Calendar Quarters Q2 2010 - Q2 2012

| | Apple Fiscal Quarter<br>Calendar Quarter | Q3 2010<br>Q2 2010 | Q4 2010<br>Q3 2010 | Q1 2011<br>Q4 2010 | Q2 2011<br>Q1 2011 | Q3 2011<br>Q2 2011 | Q4 2011<br>Q3 2011 | Q1 2012<br>Q4 2011 | Q2 2012<br>Q1 2012 | Q3 2012<br>Q2 2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| | **US Sales** | | | | | | | | | |
| [a] | Revenue | | | | | | | | | |
| [a] | Units | | | | | | | | | |
| | ASP | | | | | | | | | |
| | **Worldwide (Per Unit Basis)** | | | | | | | | | |
| | COGS | | | | | | | | | |
| [b] | Standard Cost | | | | | | | | | |
| [b] | Variances | | | | | | | | | |
| [b] | Royalties | | | | | | | | | |
| [b] | Others | | | | | | | | | |
| | Total COGS | | | | | | | | | |
| [c] | Gross Profit | | | | | | | | | |
| | Gross Margin | | | | | | | | | |
| | Operating Expenses | | | | | | | | | |
| [b] | Sales Expense | | | | | | | | | |
| [b] | Distribution Expense | | | | | | | | | |
| [d] | Incremental Profit | | | | | | | | | |
| | Incremental Margin | | | | | | | | | |
| [b] | Marketing/Advertising | | | | | | | | | |
| [e] | Incremental Profit Less Marketing/Advertising | | | | | | | | | |
| | Incremental Profit Less Marketing/Advertising Margin | | | | | | | | | |
| [b] | R&D Expense | | | | | | | | | |
| [b] | G&A Expense | | | | | | | | | |
| | Total Operating Expenses | | | | | | | | | |
| [f] | Operating Profit | | | | | | | | | |
| | Operating Margin | | | | | | | | | |
| | **Incremental Profit Comparison** | | | | | | | | | |
| [g] | Incremental Profit (US) | | | | | | | | | |
| [h] | Ms. Davis's Incremental Profit (Worldwide) | | | | | | | | | |
| [i] | Difference | | | | | | | | | |
| [j] | % Difference | | | | | | | | | |
| | **Incremental Profit less Marketing/Advertising Comparison** | | | | | | | | | |
| [k] | Incremental Profit Less Marketing/Advertising (US) | | | | | | | | | |
| [l] | Ms. Davis's Incremental Profit (Worldwide) | | | | | | | | | |
| [m] | Difference | | | | | | | | | |
| [n] | % Difference | | | | | | | | | |

Highly Confidential – Attorneys' Eyes Only -- Subject to Protective Order
**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

**Apple Inc. v. Samsung Electronics Co., Ltd., et al.**                                    Schedule 10.1-NT
**Apple Product Profitability**
**iPhone U.S. Profitability on a Per Unit Basis, Calendar**

| | | | CY Q2 - Q4 2010 | | CY Q1 - Q2 2012 |
|---|---|---|---|---|---|
| | *Apple Fiscal Quarter* | | | | |
| | *Calendar Quarter* | **Total** | **Total** | **CY 2011 Total** | **Total** |
| | US Sales | | | | |
| [a] | Revenue | | | | |
| [a] | Units | | | | |
| | ASP | | | | |
| | Worldwide (Per Unit Basis) | | | | |
| | COGS | | | | |
| [b] | Standard Cost | | | | |
| [b] | Variances | | | | |
| [b] | Royalties | | | | |
| [b] | Others | | | | |
| | Total COGS | | | | |
| [c] | Gross Profit | | | | |
| | Gross Margin | | | | |
| | Operating Expenses | | | | |
| [b] | Sales Expense | | | | |
| [b] | Distribution Expense | | | | |
| [d] | Incremental Profit | | | | |
| | Incremental Margin | | | | |
| [b] | Marketing/Advertising | | | | |
| [e] | Incremental Profit Less Marketing/Advertising | | | | |
| | Incremental Profit Less Marketing/Advertising Margin | | | | |
| [b] | R&D Expense | | | | |
| [b] | G&A Expense | | | | |
| | Total Operating Expenses | | | | |
| [f] | Operating Profit | | | | |
| | Operating Margin | | | | |
| | Incremental Profit Comparison | | | | |
| [g] | Incremental Profit (US) | | | | |
| [h] | Ms. Davis's Incremental Profit (Worldwide) | | | | |
| [i] | Difference | | | | |
| [j] | % Difference | | | | |
| | Incremental Profit less Marketing/Advertising Comparison | | | | |
| [k] | Incremental Profit Less Marketing/Advertising (US) | | | | |
| [l] | Ms. Davis's Incremental Profit (Worldwide) | | | | |
| [m] | Difference | | | | |
| [n] | % Difference | | | | |

Case 5:11-cv-01846-LHK   Document 3341-5   Filed 12/29/15   Page 7 of 8

Highly Confidential – Attorneys' Eyes Only -- Subject to Protective Order
**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

**Apple Inc. v. Samsung Electronics Co., Ltd., et al.**   Schedule 10.1-NT
**Apple Product Profitability**
iPhone U.S. Profitability on a Per Unit Basis, Calendar Quarters Q2 2010 - Q2 2012

*Note*:
Apple's fiscal year ends on the last Saturday of September.

*Sources*:
- [a] APLNDC-Y0000051357-362. [15.1]
  FY 2012 FQ1, FQ2 and FQ3 from APLNDC-Y0000408219. [15.14-new1]
- [b] Worldwide per unit figures are calculated from Schedule 10.3-NT by dividing each line item by units sold in a given quarter or period.
- [c] Equals US ASP less worldwide total COGS on a per unit basis.
- [d] Equals Gross Profit less Sales Expense and Distribution Expense.
- [e] Equals Incremental Profit less Marketing/Advertising.
- [f] Equals Gross Profit less Total Operating Expenses.
- [g] = [d]
- [h] Davis Report, Exhibit 32-S2. [2.2]
- [i] = [h] - [g]
- [j] = [i] / [h]
- [k] = [e]
- [l] Davis Report, Exhibit 32-S2. [2.2]
- [m] = [l] - [k]
- [n] = [m] / [l]

Highly Confidential - Attorneys' Eyes Only - Subject to Protective Order
**REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED**

**Apple Inc. v. Samsung Electronics Co., Ltd., et al.**                                       Schedule 15.2-NT
**Samsung Financial Summary**
**Samsung Accused Smartphone Products with an Average Price Less Than ▮ for 12 Smartphones**



| Product | 2010 - Q2 2012 Total | |
| --- | --- | --- |
| | Quantity | ASP |
| Exhibit 4G | | |
| Galaxy Prevail | | |
| Gem | | |
| Replenish | | |
| Transform | | |
| Total Smartphone Products with ASP < ▮ | | |
| [b] Total Smartphone Products | | |
| Smartphone Products with ASP < ▮ as a Percent of Total | | |

*Note*:

[b]  Products include the Captivate, Continuum, Droid Charge, Epic 4G, Exhibit 4G, Galaxy Prevail, Gem, Indulge, Infuse 4G, Nexus S 4G, Replenish and Transform from Schedule 15.1-NT.

*Source*:

[a]  Schedule 15.1-NT