QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF CARL G. ANDERSON IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO APPLE'S MOTION FOR SUPPLEMENTAL DAMAGES** |

I, Carl G. Anderson, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Apple's Administrative Motion to File Documents Under Seal relating to its Motion for Supplemental Damages. (Dkt. 3339 ("Apple's Sealing Motion").)

3. Apple's Sealing Motion seeks to seal portions of three documents:

   i. Portions of the confidential, unredacted version of Apple Inc.'s Motion for Supplemental Damages and Prejudgment Interest ("Apple's Motion for Supplemental Damages");

   ii. Portions of the Declaration of Erik J. Olson in support of Apple's Motion for Supplemental Damages ("Olson Declaration"); and

   iii. Portions of Exhibit 2 to the Declaration of Julie Davis in Support of Apple's Motion to for Supplemental Damages ("Davis Declaration").

4. The portions of Apple's Motion for Supplemental Damages and Exhibit 2 of the Davis Declaration that Apple seeks to seal include unit sales data that Samsung produced to Apple regarding post-verdict sales. At the September 18, 2015 case management conference, and in the case management order that followed (Dkt. 3289 at 2), the Court stated that Samsung could redact these sales unit numbers from the publicly filed version of its Supplemental Damages Statement. The Court subsequently ordered that data sealed after it was filed. (*See* Order at Dkt. 3326.) Samsung requests that the Court again order that this same data be sealed. Exhibit 2 of the Davis Declaration includes additional information to be sealed so that the unit sales data cannot be ascertained by reverse engineering Ms. Davis's calculations.

5. The portions of the Olson Declaration sought to be sealed contain highly confidential product-specific financial information that was previously produced to Apple. This is the same "detailed product-specific financial information" that the Federal Circuit held was sealable under the highest "compelling reasons" standard. *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1223-26 (Fed. Cir. 2013). The harm to Samsung from public disclosure of this data is described by the Federal Circuit in its decision, *see id.*, as well as the Declarations of James Shin, previously filed in this action, *see* Dkt. 2385-1; Dkt. 2430. This Court has sealed this same type of information previously. (*See, e.g.*, Dkt. 2575 at 16.) The parties used less-detailed financial information at trial.

6. For the foregoing reasons, Samsung requests that Apple's Administrative Motion to File Under Seal be granted in its entirety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 30, 2015, at San Francisco, California.

*/s/ Carl G. Anderson*
Carl G. Anderson

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rules 5-1(1), (3), I hereby attest that Carl G. Anderson has concurred in this filing.

Dated:  December 30, 2015         */s/ Victoria Maroulis*
                                  Victoria Maroulis