| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> HMcElhinny@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> RKrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> EJOlson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone: 415.268.7000 <br> Facsimile: 415.268.7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **NOTICE OF APPEARANCE BY MARY PRENDERGAST** <br><br> Date:  To be set by Court <br> Time:  1:30 p.m. <br> Ctrm:  Courtroom 8, 4th Floor <br> Judge: Honorable Lucy H. Koh |

PRENDERGAST NOT OF APPEARANCE
Case No. 11-cv-01846-LHK (PSG)
sd-674347

1

PLEASE TAKE NOTICE that attorney Mary Prendergast of Morrison & Foerster LLP, a member of the State Bar of California (CA SBN 272737) and admitted to practice in this Court, and whose contact information appears below, hereby enters an appearance as an additional attorney of record for Plaintiff and Counterclaim-Defendant Apple Inc. in the above-captioned case.

> Mary Prendergast
> Morrison & Foerster LLP
> 12531 High Bluff Drive, Suite 100
> San Diego, CA  92130
> Phone: 858-720-5100
> Fax: 858-720-5125
> Email: MPrendergast@mofo.com

Dated:  January 5, 2016                    MORRISON & FOERSTER LLP

By:   */s/ Mary Prendergast*
         MARY PRENDERGAST

Attorneys for Plaintiff
APPLE INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 5, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                                */s/ Mary Prendergast*
                                                 Mary Prendergast