1  HAROLD J. MCELHINNY (CA SBN 66781)
   hmcelhinny@mofo.com
2  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
3  ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone:  (415) 268-7000
6  Facsimile:  (415) 268-7522

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

10 *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | |
| v. | **APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple
2  Inc. ("Apple") hereby moves for an order to seal the following documents:
3      1.    Portions of the confidential, unredacted version of Apple Inc.'s Opposition to
4            Samsung's Motion to Strike ("Apple's Opposition");
5      2.    Exhibit 1 to the Declaration of Erik Olson in Support of Apple's Opposition
6            ("Olson Declaration").
7      As detailed in the Declaration of Christopher Robinson Regarding Apple's Administrative
8  Motion to File Documents Under Seal ("Robinson Sealing Declaration"), items 1-2 above contain
9  or discuss information that has been designated "Highly Confidential – Attorneys' Eyes Only" by
10 Apple and Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung
11 Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively
12 "Samsung") pursuant to the Protective Order entered in this case.  Such confidential information
13 has been indicated in the Robinson Sealing Declaration.  Apple expects that Samsung will file the
14 required supporting declarations in accordance with the Civil Local Rule 79-5(e) as necessary in
15 order to confirm whether its information should be sealed.
16    Pursuant to Civil Local Rule 7-11, Apple's counsel met and conferred with Samsung's
17 counsel regarding this motion to seal. Samsung does not oppose Apple's Motion to Seal relating
18 to Apple's Opposition as a procedural mechanism. Within 7 days of Samsung filing its
19 declaration in support of sealing, the parties will prepare and Apple will file a final consolidated
20 and conformed copy of Apple's Opposition (and accompanying exhibits) identifying what
21 information Samsung supported sealing in its declaration.
22    For the foregoing reasons, Apple respectfully requests sealing of the information
23 contained in:
24    1.    Portions of the confidential, unredacted version of Apple's Opposition;
25    2.    Exhibit 1 to the Olson Declaration.

APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 11-cv-01846-LHK (PSG)
sf-3612499

| | | |
|---|---|---|
| 1 | Dated: January 14, 2016 | MORRISON & FOERSTER LLP |

By: */s/ Christopher Robinson*
     CHRISTOPHER ROBINSON

Attorneys for Plaintiff
APPLE INC.

APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 11-cv-01846-LHK (PSG)

sf-3612499

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Christopher Robinson has concurred in this filing.

Dated: January 14, 2016        */s/ Rachel Krevans*
                                               Rachel Krevans