UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Pursuant to Civ. L.R. 7-11 and 79-5, Apple Inc. ("Apple") has filed an Administrative Motion to File Documents under Seal ("Motion to Seal") relating to Apple's Opposition to Samsung's Motion to Strike ("Apple's Opposition"). Apple has moved to file under seal the following documents:

1. Portions of the confidential, unredacted version of Apple's Opposition;

2. Exhibit 1 the Declaration of Erik J. Olson in support of Apple's Opposition ("Olson Decl.").

Having considered the motion and declaration cited therein, and finding good cause therefore, the Court GRANTS Apple's Motion to Seal.

IT IS HEREBY ORDERED that the confidential, unredacted versions of the following documents shall be filed under seal:

| Document | Sealable Portion |
| --- | --- |
| Apple's Opposition | Page 2: portions of lines 5, 7, and 9 disclosing Apple's highly confidential capacity information. |
| | Page 5: portions of lines 4-5 indicating the portions Samsung may assert are confidential. |
| Exhibit 1 to the Olson Decl. | The portions highlighted in the version of Exhibit 1 Apple has filed indicating the portions Samsung may assert are confidential. |

**IT IS SO ORDERED.**

Dated: _____     _____
                                    HONORABLE LUCY H. KOH
                                    United States District Judge

[PROPOSED] ORDER GRANTING APPLE ADMIN MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK
sf-3612501