1  HAROLD J. MCELHINNY (CA SBN 66781)       WILLIAM F. LEE (*pro hac vice*)
   hmcelhinny@mofo.com                        william.lee@wilmerhale.com
2  RACHEL KREVANS (CA SBN 116421)           WILMER CUTLER PICKERING
   rkrevans@mofo.com                           HALE AND DORR LLP
3  ERIK J. OLSON (CA SBN 175815)            60 State Street
   ejolson@mofo.com                         Boston, Massachusetts  02109
4  Morrison & Foerster LLP                  Telephone:  (617) 526-6000
   425 Market Street                        Facsimile:  (617) 526-5000
5  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
6  Facsimile:  (415) 268-7522               MARK D. SELWYN (CA SBN 244180)
                                            mark.selwyn@wilmerhale.com
7                                           WILMER CUTLER PICKERING
                                              HALE AND DORR LLP
8                                           950 Page Mill Road
                                            Palo Alto, California  94304
9                                           Telephone:  (650) 858-6000
                                            Facsimile:  (650) 858-6100
10

11 *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

                    UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13                        SAN JOSE DIVISION

14
   APPLE INC., a California corporation,         Case No. 11-cv-01846-LHK
15
                    Plaintiff,               DECLARATION OF ERIK OLSON IN
16                                           SUPPORT OF APPLE'S OPPOSITION
                                             TO SAMSUNG'S MOTION TO STRIKE
17          vs.

18 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
19 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
20 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
21
22                 Defendants.

23
24
25
26
27
28

I, Erik J. Olson, declare as follows:

1.      I am a partner at Morrison & Foerster LLP representing Apple in this matter.  I make this declaration based on personal knowledge in support of Apple's Opposition to Samsung's Motion to Strike.  I have personal knowledge of the facts set forth below.  If called upon, I would and could competently testify thereto.

2.      Attached as **Exhibit A** are true and correct copies of excerpts from the deposition of Michael J. Wagner, dated December 3, 2015.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 14th day of January, 2016 at Palo Alto, California.


*/s/ Erik J. Olson*_____

ERIK J. OLSON

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated: January 14, 2016                       _/s/ Rachel Krevans_____

                                                        RACHEL KREVANS