| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK (PSG) <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

1

2  I declare that I am employed with the law firm of Morrison & Foerster LLP, whose

3  address is Morrison & Foerster LLP, 425 Market St., San Francisco, California  94105-2482.

4  I am not a party to the within cause, and I am over the age of eighteen years.

5  I further declare that on January 14, 2016, I caused the following documents to be served:

6
7
  1. **APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO STRIKE [SEALED/HIGHLIGHTED VERSION]**

8
9
  2. **EXHIBIT A TO ERIK OLSON'S DECLARATION IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO STRIKE [SEALED/HIGHLIGHTED VERSION]**

10
11
12
  ☒  BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Fed. R. Civ. P. 5(b).

13
14
  SamsungvAppleRemand-QE@quinnemanuel.com

15
16
  I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California this 14th day of January 2016.

17
18
19
  */s/ Victoria R. Smith*
  Victoria R. Smith

20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE
CASE NO. 11-CV-1846-LHK
sf-3608869

2