QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE PORTIONS OF MICHAEL WAGNER'S NOVEMBER 6, 2015 REBUTTAL REPORT** |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal certain information filed in connection with Samsung's Opposition to Apple's Motion to Strike Portions of Michael Wagner's November 6, 2015 Rebuttal Report ("Samsung's Opposition").

## RELIEF REQUESTED

Samsung requests an order granting Samsung's motion to file under seal the following documents:

| Document | Portions to be Filed Under Seal |
| --- | --- |
| Samsung's Opposition to Apple's Motion to Strike Portions of Michael Wagner's November 6, 2015 Rebuttal Report | The portions highlighted in a conformed version Samsung will file within 7 days of the deadline to file declarations in support of this motion. |
| Exhibit B to the Declaration of Scott B. Kidman (Excerpts of the August 26, 2013 Updated Rebuttal Expert Report of Michael J. Wagner for New Trial on Damages (the "2013 Wagner Report")) | The portions highlighted in a conformed version Samsung will file within 7 days of the deadline to file declarations in support of this motion. |
| Exhibit C to the Declaration of Scott B. Kidman (Excerpts of the April 20, 2012 Corrected Expert Report of Michael J. Wagner (the "2012 Wagner Report")) | The portions highlighted in a conformed version Samsung will file within 7 days of the deadline to file declarations in support of this motion. |
| Exhibit D to the Declaration of Scott B. Kidman (DX 952.007) | The portions highlighted in a conformed version Samsung will file within 7 days of the deadline to file declarations in support of this motion. |

Samsung has established good cause to permit filing these documents under seal through the Declaration of Scott B. Kidman filed contemporaneously herewith, as well as the Declaration of James Shin, previously filed at Dkt. 2394.

## I.  THE "GOOD CAUSE" STANDARD APPLIES

Samsung's Opposition is non-dispositive and only relates to the types of opinions and evidence that can be offered at trial.  Therefore, documents submitted in connection with Samsung's Opposition may be sealed upon a showing of "good cause."  *Apple Inc. v. Samsung Elecs. Co., Ltd.*, 727 F.3d 1214, 1222 (Fed. Cir. 2013); *see also Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

## II.  GOOD CAUSE EXISTS TO PERMIT FILING UNDER SEAL

Good cause exists to seal the detailed financial information included in Samsung's Opposition and the 2012 and 2013 Wagner Reports and exhibits thereto, which cover product-specific sales, revenue, cost, profit, and margin data, as well as calculations that reveal financial data.  *Apple*, 727 F.3d 1214, 1223; *see also* Fed. R. Civ. P. 26(c).  Samsung would suffer significant competitive harm from public disclosure of its detailed financial data.  (*See* Declaration of James Shin, Dkt. 2394 (discussing the same or similar information in Mr. Wagner's 2013 report).)  Samsung also moves to seal information designated confidential by Apple and third parties.

The Court previously granted Samsung's administrative motion to seal the same information in Mr. Wagner's 2012 report.  (*See* Order of 9/17/14, Dkt. 3192; Redacted 4/20/2012 Wagner Report, Dkt. 3198.)  The Court also previously granted Samsung's administrative motion to seal the same information in Mr. Wagner's 2013 report.  (*See* Order of Oct. 22, 2013, Dkt. 2575, at 15-17.)  The Court should thus grant Samsung's motion to seal the identical portions of the 2012 and 2013 Wagner Reports.  The supporting declaration of Scott B. Kidman, filed concurrently, identifies the specific locations in the 2012 and 2013 Wagner Reports containing the Samsung confidential information the Court previously ordered sealed.

Pursuant to Civil Local Rule 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion to seal.  Apple does not oppose Samsung's Motion to Seal relating to Samsung's Motion to Strike as a procedural mechanism.  Within 7 days of Apple filing its

1  declaration in support of sealing, the parties will prepare and Samsung will file final consolidated
2  and conformed versions highlighting the information Samsung moves to seal.

3  **CONCLUSION**

4      For the foregoing reasons, Samsung respectfully requests that the Court grant this
5  Administrative Motion to File Under Seal.

6

7  DATED:  January 14, 2016        QUINN EMANUEL URQUHART &
8                                            SULLIVAN, LLP

9

10                                            */s/ Victoria F. Maroulis*
                                          Charles K. Verhoeven
11                                           Kathleen M. Sullivan
                                          Kevin P.B. Johnson
12                                           Victoria F. Maroulis
13                                           Michael T. Zeller

14                                           Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS AMERICA,
15                                           INC., and SAMSUNG
                                          TELECOMMUNICATIONS
16                                           AMERICA, LLC

17

18

19

20

21

22

23

24

25

26

27

28