QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE PORTIONS OF MICHAEL WAGNER'S NOVEMBER 6, 2015 REBUTTAL REPORT** |

I, Scott B. Kidman, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Pursuant to Local Rules 7-11 and 79-5, I make this declaration in support of Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Opposition to Apple's Motion to Strike Portions of Michael Wagner's November 6, 2015 Rebuttal Report ("Samsung's Opposition").

3. Exhibits B and C to the Declaration of Scott B. Kidman in support of Samsung's Opposition comprise excerpts to the August 26, 2013 Expert Report of Michael Wagner (the "2013 Wagner Report") and excerpts to the April 20, 2012 Expert Report of Michael Wagner (the "2012 Wagner Report"), respectively. The portions highlighted in green in Samsung's Opposition and Exhibits B and C to the Declaration of Scott B. Kidman contain Samsung's product-specific sales, revenue, cost, profit, and margin data, as well as calculations that reveal financial data. As attested to in the previously filed declaration of James Shin (Dkt. 2394) regarding the same or similar information in Mr. Wagner's 2013 report, Samsung would suffer significant competitive harm from public disclosure of its detailed financial data. The Court has previously ordered this same or nearly identical information sealed. *See* Order of Oct. 22, 2013, Dkt. 2575, at 15-17; *See* Order of 9/17/14, Dkt. 3192; Redacted 4/20/2012 Wagner Report, Dkt. 3198.

4. Samsung's Opposition and Exhibits B, C, and D to the Declaration of Scott B. Kidman also contain information that has been designated as highly confidential by Apple. Samsung expects that Apple will file a declaration identifying portions of the document it considers confidential.

5. Samsung will work with Apple to prepare consolidated highlighted versions of these documents identifying all information that Samsung seeks to seal.

6. For the foregoing reasons, Samsung requests that Samsung's Administrative Motion to File Under Seal be granted as to the portions of documents specified above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 14, 2016, at Los Angeles, California.

*/s/ Scott B. Kidman*
Scott B. Kidman

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rules 5-1(1), (3), I hereby attest that Scott B. Kidman has concurred in this filing.

Dated: January 14, 2016

*/s/ Victoria Maroulis*
Victoria Maroulis