1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE PORTIONS OF MICHAEL WAGNER'S NOVEMBER 6, 2015 REBUTTAL REPORT** |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2  Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative

3  Motion to File Under Seal Documents Relating to Samsung's Opposition to Apple's Motion to

4  Strike Portions of Michael Wagner's November 6, 2015 Rebuttal Report.

5  Having considered Samsung's motion, and good cause having been shown, the Court

6  GRANTS Samsung's motion and ORDERS sealed the document listed below.

7

8

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Opposition to Apple's Motion to Strike Portions of Michael Wagner's November 6, 2015 Rebuttal Report | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Samsung, Apple, and third parties claim are confidential. |
| Exhibit B to the Declaration of Scott B. Kidman (Excerpts of the August 26, 2013 Updated Rebuttal Expert Report of Michael J. Wagner for New Trial on Damages (the "2013 Wagner Report")) | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Samsung, Apple, and third parties claim are confidential. |
| Exhibit C to the Declaration of Scott B. Kidman (Excerpts of the April 20, 2012 Corrected Expert Report of Michael J. Wagner (the "2012 Wagner Report")) | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Samsung, Apple, and third parties claim are confidential. |
| Exhibit D to the Declaration of Scott B. Kidman (DX 952.007) | Entire Document |

**IT IS SO ORDERED.**

DATED: _____

                                        _____
                                        The Honorable Lucy H. Koh
                                        United States District Judge

Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL