QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE PORTIONS OF MICHAEL WAGNER'S 2015 REBUTTAL REPORT** |

I, Scott B. Kidman, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Opposition to Apple's Motion to Strike Portions of Michael Wagner's November 6, 2015 Expert Report ("Opposition"). I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the Rebuttal Expert Report of Michael J. Wagner dated November 6, 2015 ("2015 Wagner Report").

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the Updated Rebuttal Expert Report of Michael J. Wagner dated August 26, 2013 ("2013 Wagner Report").

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the Corrected Expert Report of Michael J. Wagner dated April 20, 2012 ("2012 Wagner Report").

5. Attached hereto as Exhibit D is a true and correct copy of trial exhibit DX 952.007, which was admitted into evidence during the second trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 14, 2016, at Los Angeles, California.

                                                                                  */s/ Scott B. Kidman*
                                                                                   Scott B. Kidman

**GENERAL ORDER ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the foregoing document.  In compliance with Civil Local Rules 5-1(i)(3), I hereby attest that Scott B. Kidman has concurred in this filing.

                                              */s/ Victoria Maroulis*