# EXHIBIT A

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

United States District Court
Northern District of California

Apple Inc.

v.

Samsung Electronics Co., Ltd., et al.

Rebuttal Expert Report of Michael J. Wagner
for Third Trial on Damages

November 06, 2015

Volume I

LitiNomics

**Apple Inc. v. Samsung Electronics Co., Ltd., et al.**  **Schedule 13.6-NT**
**Design Around Analysis**
**Design Around Cost for Designing a New Icon**

| Design Around Personnel | Approximate Hourly Rate<br>[a] | Design Around Time (Hours)<br>[b] | Design Around Cost |
|---|---:|---:|---:|
| Senior Engineer | $35.00 | 0 | $0 |
| Engineer | $26.00 | 0 | $0 |
| Assistant Engineer | $23.00 | 0 | $0 |
| Senior Designer | $35.00 | 12 | $420 |
| Designer | $26.00 | 0 | $0 |
| Assistant Designer | $23.00 | 0 | $0 |
| Total Design Around Cost | | | $420 |

*Sources*:

[a] Conversation with Jong-wook Shim, April 12, 2012 (with translation assistance from Hoshin Lee); rates include full compensation (benefits / bonus, etc.).

[b] Conversation with Sun-young Yi and Jaewoo Park, April 16, 2012 (with translation assistance from Hoshin Lee).
Sun-young Yi estimated to take less than one day to design a new icon.
Jaewoo Park indicated no engineer time would be required for an icon.
Time estimates based on 6-day work weeks and 12 hours per day.
Model utilizes the highest approximate hourly rate to calculate design around costs to be conservative.

**Apple Inc. v. Samsung Electronics Co., Ltd., et al.**  Schedule 17-3T
**Icons for Phones Accused Analysis**
**Number of Icons for Phones Found to Infringe the D'305 Patent**

|  | Accused Products | Non-Dock Icons | Dock Icons |
|---|---|---|---|
| [1] | Captivate | 38 | 4 |
| [2] | Continuum | 47 | 4 |
| [3] | Droid Charge | 48 | 4 |
| [4] | Epic 4G | 42 | 4 |
| [5] | Fascinate | 45 | 4 |
| [6] | Galaxy S 4G | 56 | 4 |
| [7] | Galaxy S (i9000) | 30 | 4 |
| [8] | Gem | 31 | 4 |
| [9] | Indulge | 42 | 4 |
| [10] | Infuse 4G | 38 | 4 |
| [11] | Mesmerize | 41 | 4 |
| [12] | Galaxy S Showcase (i500) | 41 | 4 |
| [13] | Vibrant | 48 | 4 |
|  | Total for 5 products at issue in the Third Trial | 231 | 20 |

*Sources*:
[1] *Expert Report of Susan Kare, March 22, 2012, Exhibit 15. [15.51]*
[2] *Expert Report of Susan Kare, March 22, 2012, Exhibit 16. [15.51]*
[3] *Expert Report of Susan Kare, March 22, 2012, Exhibit 17. [15.51]*
[4] *Expert Report of Susan Kare, March 22, 2012, Exhibit 18. [15.51]*
[5] *Expert Report of Susan Kare, March 22, 2012, Exhibit 19. [15.51]*
[6] *Expert Report of Susan Kare, March 22, 2012, Exhibit 20. [15.51]*
[7] *Expert Report of Susan Kare, March 22, 2012, Exhibit 21. [15.51]*
[8] *Expert Report of Susan Kare, March 22, 2012, Exhibit 22. [15.51]*
[9] *Expert Report of Susan Kare, March 22, 2012, Exhibit 23. [15.51]*
[10] *Expert Report of Susan Kare, March 22, 2012, Exhibit 24. [15.51]*
[11] *Expert Report of Susan Kare, March 22, 2012, Exhibit 25. [15.51]*
[12] *Expert Report of Susan Kare, March 22, 2012, Exhibit 26. [15.51]*
[13] *Expert Report of Susan Kare, March 22, 2012, Exhibit 27. [15.51]*