| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| RACHEL KREVANS (CA SBN 116421) | WILMER CUTLER PICKERING |
| rkrevans@mofo.com |   HALE AND DORR LLP |
| ERIK J. OLSON (CA SBN 175815) | 60 State Street |
| ejolson@mofo.com | Boston, Massachusetts 02109 |
| MORRISON & FOERSTER LLP | Telephone: (617) 526-6000 |
| 425 Market Street | Facsimile: (617) 526-5000 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 3347)** |

I, Mark D. Selwyn, hereby declare as follows:

1.     I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation.  I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California.  I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2.     Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Under Seal (Dkt. No. 3347), which seeks to seal portions of Dkt. 3347-3 (Samsung's Opposition to Apple's Motion to Strike Portions of Michael Wagner's November 6, 2015 Rebuttal Report ("Samsung's Opposition")), portions of Exhibits B and C to the Declaration of Scott Kidman (Dkt. No. 3347-1 (declaration); Dkt. Nos. 3347-6 & 3347-7 (unredacted versions of Exhibits B and C)), and all of Exhibit D to the Declaration of Scott Kidman (Dkt. 3347-8).  Apple concurs that Exhibit D (DX 952.007 from 2013 damages retrial) should be sealed in full.

3.     The entirety of Exhibit D to the Kidman Declaration contains highly confidential Apple financial information regarding the profitability for Apple's iPhone.  This information is proprietary Apple information, and the public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Jim Bean in Support of Apple's Motion to Seal Trial Exhibits (Dkt. No. 1495-2 at 1-3) (explaining that this kind of detailed Apple financial information is disclosed only on a need-to-know basis within Apple to a small list of individuals because maintaining the confidentiality of Apple's financial data "allows Apple to remain competitive in an opaque and fast-moving marketplace").  The Federal Circuit has previously approved of Apple's request to seal similar financial information.  *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd., et al.*, 727 F.3d 1214, 1224-26 (Fed. Cir. 2013) (approving sealing of detailed product-specific financial information).  The Court previously sealed DX952,

a portion of which is excerpted in Exhibit D. (*See* Nov. 18, 2013 Trial Tr. at 11:39:11-1140:14 (sealing DX952).)

4. Apple does not maintain a claim of confidentiality with respect to Samsung's Opposition or Exhibits B and C to the Declaration of Scott Kidman.

5. The relief requested by Apple is necessary and narrowly tailored to protect its confidential business information.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 19th day of January, 2016 at Palo Alto, California.

*/s/* Mark D. Selwyn
Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 19, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                              */s/* Mark D. Selwyn
                                              Mark D. Selwyn