1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
6  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
7  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
8  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
9
   William C. Price (Bar No. 108542)
10 williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
11 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
12 Los Angeles, California 90017
   Telephone: (213) 443-3000
13 Facsimile: (213) 443-3100

14 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
15 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
16

17                UNITED STATES DISTRICT COURT

18        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 19 APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 20         Plaintiff, | |
| 21      vs. | **SAMSUNG'S NOTICE RE APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 3345)** |
| 22 SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 23 | |
| 24 | |
| 25         Defendants. | |
| 26 | |

27
28

Case No. 11-cv-01846-LHK
SAMSUNG'S NOTICE RE APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 3345)

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that Apple Inc. has filed an Administrative Motion to File

3  Under Seal Apple's Opposition to Samsung's Motion to Strike (Dkt. 3345) ("Apple's

4  Opposition").   Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung

5  Telecommunications America, LLC do not maintain a claim of confidentiality over Apple's

6  Opposition (Dkt. 3345-3) or Exhibit A to the Declaration of Erik Olson in Support of Apple's

7  Opposition (Dkt. 3345-5).

9  DATED: January 19, 2016              QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP

                                         By   */s/ Victoria F. Maroulis*
                                            Charles K. Verhoeven
                                            Kevin P.B. Johnson
                                            Victoria F. Maroulis
                                            William C. Price
                                            Michael T. Zeller
                                            Attorneys for SAMSUNG ELECTRONICS CO.,
                                            LTD., SAMSUNG ELECTRONICS AMERICA,
                                            INC., and SAMSUNG
                                            TELECOMMUNICATIONS AMERICA, LLC