# Redacted Version Of Document Sought To Be Sealed

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF ERIK OLSON IN SUPPORT OF APPLE'S MOTION FOR SUPPLEMENTAL DAMAGES AND PRE-JUDGMENT INTEREST** |

**HIGHLY CONFIDENTIAL – TO BE FILED UNDER SEAL**

I, Erik J. Olson, declare as follows:

1. I am a partner at Morrison & Foerster LLP representing Apple in this matter. I make this declaration based on personal knowledge in support of Apple's Motion for Supplemental Damages and Prejudgment Interest. I have personal knowledge of the facts set forth below. If called upon, I would and could competently testify thereto.

2. I have been personally involved in Apple's work to evaluate money damages and other relief in connection with its claims against Samsung since the early stages of this litigation. I have been personally involved in the review of and evaluation of the materials produced by Samsung that relate to the financial performance, sales of the accused products, and other damages related documents.

3. Below I provide a description of certain information contained in electronic files originally produced by Samsung that shows that the unit sales in PX180, DX676 and JX1500 include unit sales of products that were not black, including specifically sales of Galaxy S II smartphones that were white and were "titanium" gray. I also include a section that describes certain items that the parties agreed during meet and confer discussions were not in dispute.

**The Sources of and Background on the Sales Information Being Used Below**

4. On January 27, 2012, Judge Grewal issued a discovery order against Samsung, compelling Samsung to produce financial documents relevant to Apple's damages claims, including U.S. sales and revenue information. (Dkt. 673 at 15; *see also* Dkt. 880 at 11:1-2.)

5. Following a motion to enforce the January 27, 2012 order, Judge Grewal issued a second discovery order related to damages discovery on April 23, 2012. (Dkt. 880.) This order granted in part Apple's motion for sanctions regarding damages discovery. The order also (1) required Samsung to produce any and all remaining, responsive discovery outlined by Apple in Apple's proposed order to the motion to compel that resulted in the court's January 27 Order; (2) permitted Apple to supplement its expert reports on damages; and (3) limited the scope of Samsung's deposition of Mr. Musika. (*Id.* at 16.) The order required the production of more detailed financial information on Samsung's sales of the accused products.

1    6. In response to the April 23 Order, Samsung obtained certain additional financial
2  information in electronic form.  Samsung believed these new documents included financial
3  information that required additional protections beyond those provided in the existing protective
4  order.  To expedite production and avoid submission of a new dispute to the Court, the parties
5  agreed to additional confidentiality restrictions to cover these specific materials.  For example,
6  Samsung only provided the documents to Apple's counsel and to its experts on four numbered
7  CDs for a limited amount of time, after which Apple had to return them to Samsung.  The
8  parties' agreement further limited how copies could be made, how information would be
9  retained, and how it could be submitted to the Court.  Following agreement on these terms,
10 Samsung produced the electronic documents that were Bates labeled SAMNDCA-D000001 to
11 SAMNDCA-D0000013 on April 30, 2012.  Samsung, but not Apple, retained the complete
12 copies of these documents.

13   7. Two of the these highly confidential documents – SAMNDCA-D-0000011 and
14 SAMNDCA-D-0000012 – contained ██████████████████████████████████
15 ████████████████████████████████ than were included in the
16 material that had been summarized using higher level model numbers in prior (and later)
17 financial spreadsheets.  These higher level spreadsheets were ultimately admitted at trial as
18 PX180 and DX676.  The U.S. unit sales and revenue information from PX180 and DX676 agree
19 with one another and were the source for the stipulated summary of unit sales and revenue for
20 the accused products, which was admitted at trial as JX1500.

21   8. I personally reviewed SAMNDCA-D-0000011 and SAMNDCA-D-0000012.
22 Both Apple's damages expert and I confirmed ████████████████████████
23 ██████████████████████████████████████████████
24 ██████████████████████████████████████████████
25 ██████████████████████████████████████████████
26 ████████████████████████████████████

9. Samsung's damages expert, Michael Wagner, also obtained access to SAMNDCA-D-0000011 and SAMNDCA-D-0000012. Mr. Wagner later incorporated data from each of these two electronic spreadsheets into two tables labeled "'011" and "'012" in an Access database that he produced to Apple on August 1, 2013 as support for a damages report.

**How the Data Produced By Samsung Reflects Sales of Non-Black Products**

10. Review of the detailed model number information in Mr. Wagner's Access database, which is derived from SAMNDCA-D-0000011 and SAMNDCA-D-0000012, confirms that PX180, DX676, and JX1500 include non-black Galaxy S II smartphones.

*Example of White Galaxy S II Smartphones included in PX180, DX676 and JX 1500.*

11. Below is a screenshot from the table labeled "'011" in Mr. Wagner's Access database ███████████████████████████████████████
████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████

█████████████████████████████████████

12. ███████████████████████████████████████

███████████████████████████████████

███ ███████████████████████████████████

███  According to Samsung's website, this model number corresponds to a white Galaxy S II Skyrocket smartphone, as shown in the screen shot below and in the print out of the website that I have attached as **Exhibit A** to this declaration (reflecting information from http://www.samsung.com/us/support/owners/product/SGH-I727ZWAATT (accessed on December 22, 2015)).

DECLARATION OF ERIK OLSON ISO APPLE MOT FOR SUPPLEMENTAL DAMAGES
CASE NO. 11-CV-01846-LHK
sf-3608196

4



14. This information confirms that ▇▇▇▇▇▇▇▇▇ white Galaxy S II Skyrocket smartphones ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ were included in the sales totals provided to the jury in trial exhibits PX180, DX676, and JX1500.

*Example of Grey Galaxy S II Smartphones Included in PX180, DX676 and JX1500*

15. Below is a screenshot from the table labeled "'011" in Mr. Wagner's Access database ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇



16. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮ According to Samsung's website, this model number corresponds to a "titanium" grey Galaxy S II T-Mobile smartphone, as shown in the screen shot below and in the larger print out of the website that I have attached as **Exhibit B** to this declaration (reflecting information from http://www.samsung.com/us/support/owners/product/SGH-T989ZKBTMB (accessed on December 22, 2015)).



18. This information confirms that more than ▇▇▇▇ titanium grey Galaxy S II T-Mobile smartphones ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ were included in the sales totals provided to the jury in trial exhibits PX180, DX676, and JX1500.

**Agreements Reached During Meet and Confer Discussions**

19. Pursuant to the Court's orders, lead counsel for both parties met and conferred in person regarding the present motion. In connection with that meeting and follow on discussions, the parties agreed on the following:

    a. Apple and Samsung agree that the sales of the following units do not contain any differences from the products included at trial relevant to the calculation of supplemental damages:

- Galaxy S II Skyrocket (dark grey) – ▇▇▇▇▇▇
- Galaxy S II Epic 4G Touch (black) – ▇▇▇▇▇▇
- Galaxy S II T-Mobile (black) – ▇▇▇▇▇▇

    b. The Galaxy S II T-Mobile is the only supplemental damages product that received the '915 Patent design around on which Samsung relies.

    c. Judge Grewal's order excluding evidence of certain design arounds applied to the '381 Patent and the '163 Patent.

20. During previous meet and confer discussions on October 5, 2011, Samsung confirmed, that, in order to simplify issues for the Court, for the purposes of determining supplemental damages based on the D'677 patent, Samsung does not contend that the "dark gray" Galaxy SII (Skyrocket) is materially different from the exhibit reflecting this accused product at trial.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of December, 2015 at Portland, Oregon.

           */s/ Erik J. Olson*
           ERIK J. OLSON

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik J. Olson has concurred in this filing.

Dated: December 23, 2015                     /s/ Rachel Krevans
                                                                RACHEL KREVANS