UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company,<br><br>      Defendants. | Case No. 11-cv-01846-LHK<br><br>[PROPOSED] ORDER GRANTING MOTION TO INTRODUCE AT THE DAMAGES RETRIAL EVIDENCE CREATED AFTER THE JULY 2012 TRIAL |

1     On March 3, 2016, the Court heard argument on Samsung Electronics Co., Ltd., Samsung
2  Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively,
3  "Samsung") Motion to Introduce at the Damages Retrial Evidence Created After the July 2012
4  Trial.  Having considered the arguments of the parties and the papers submitted, and good cause
5  appearing, the Court GRANTS Samsung's motion to seek to introduce at the damages retrial
6  exhibits marked as DX408A, DX409, DX411, and DX413 in Case No. 12-cv-00630 and
7  testimony regarding the actual timeframe required to implement a design-around to Apple's U.S.
8  Patent No. 7,844,915.

10     **IT IS SO ORDERED.**

12  Dated: March __, 2016

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE