QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF CARL G. ANDERSON IN SUPPORT OF SAMSUNG'S MOTION TO INTRODUCE AT THE DAMAGES RETRIAL EVIDENCE CREATED AFTER THE JULY 2012 TRIAL** |

I, Carl G. Anderson, declare:

1.     I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").   I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.     I make this declaration in support of Samsung's Motion to Introduce at the Damages Retrial Evidence Created After the July 2012 Trial ("Samsung's Motion to Introduce Evidence Created After the Initial Trial").

3.     Attached hereto as Exhibit A is a true and correct copy of Defendant's Trial Exhibit No. 408A from Case No. 12-cv-00630 ("the 630 Case"), bearing bates labels APLNDC630-0000845537-APLNDC630-0000845543 (DX408A).

4.     Attached hereto as Exhibit B is a true and correct copy of Defendant's Trial Exhibit No. 409 from the 630 Case, bearing bates labels APLNDC630-0001397337-APLNDC630-0001397338 (DX409).

5.     Attached hereto as Exhibit C is a true and correct copy of Defendant's Trial Exhibit No. 411 from the 630 Case, bearing bates labels APLNDC630-0001697453-APLNDC630-0001697537 (DX411).

6.     Attached hereto as Exhibit D is a true and correct copy of Defendant's Trial Exhibit No. 413 from the 630 Case, bearing bates labels APLNDC630-0001849558-APLNDC630-0001849678 (DX413).

7.     Attached hereto as Exhibit E is a true and correct copy of an email from counsel for Apple in the 630 Case dated May 24, 2013 regarding a production of documents that includes the bates range for the document attached hereto as Exhibit A (DX408A).

8.     Attached hereto as Exhibit F is a true and correct copy of an email from counsel for Apple in the 630 Case dated June 26, 2013 regarding a production of documents that includes the bates range for the document attached hereto as Exhibit B (DX409).

9.     Attached hereto as Exhibit G is a true and correct copy of an email from counsel for Apple in the 630 Case dated July 5, 2013 regarding a production of documents that includes the bates range for the document attached hereto as Exhibit C (DX411).

10.     Attached hereto as Exhibit H is a true and correct copy of an email from counsel for Apple in the 630 Case dated July 8, 2013 regarding a production of documents that includes the bates range for the document attached hereto as Exhibit D (DX413).

11.     On January 18, 2016, lead counsel for Apple and Samsung met and conferred in person regarding Samsung's Motion to Introduce Evidence Created After the Initial Trial. Counsel for Apple informed counsel for Samsung that Apple opposes the motion.

12.     During the January 18, 2016 in-person meet and confer between lead counsel for Apple and Samsung, counsel for Apple stated that while it opposes Samsung's Motion to Introduce Evidence Created After the Initial Trial, Apple does not oppose Samsung's submission of the attached Exhibits A-D, under seal as appropriate.


I declare under penalty of perjury that the foregoing is true and correct.   Executed on January 20, 2016, at San Francisco, CA.


    _/s/ Carl G. Anderson_____
              Carl G. Anderson

## **ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration.   In compliance with Civil Local Rule 5-1(i), I hereby attest that Carl G. Anderson has concurred in this filing.


Dated:    January 20, 2016

*/s/ Victoria Maroulis*
Victoria Maroulis