# Exhibit A

DEFENDANT'S EXHIBIT
NO. 408A.001
United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____ By: _____

Subject: Fwd: Has Apple Lost Its Cool to Samsung?
From: "Bob Ferrini" <bferrini@apple.com>
Received(Date): Sun, 27 Jan 2013 22:22:25 +0000
To: "Nick Bartle" <nbartle@apple.com>
Date: Sun, 27 Jan 2013 22:22:25 +0000

the latest...

hopefully I can convince Melina to convince James to give Phil a call and make sure things are cleared up.

bob

sent from my iPhone

Begin forwarded message:

**From:** James Vincent <james@mediaartslab.com>

**Date:** January 27, 2013, 9:32:32 AM PST

**To:** Philip Schiller <schiller@apple.com>

**Cc:** Duncan Milner <duncan@mediaartslab.com>, Eric Grunbaum <eric@mediaartslab.com>, Monica Karo <monica.karo@omd.com>, Elena Hale <elena@mediaartslab.com>, Melina Polly <melina@mediaartslab.com>, Hiroki Asai <hiroki@apple.com>, Katie Cotton <katiec@apple.com>, Bob Ferrini <bferrini@apple.com>

**Subject: Re: Has Apple Lost Its Cool to Samsung?**

phil & team,

please accept my apologies. this was absolutely not my intention. in re-reading my email i can see how you can feel this way.

i was trying to respond to your broader question at marcom about if there were new ways of working that could help and so i was throwing out some suggestions for that, as well as looking at every point the consumer touches, so we can build a concerted effort like we did with mac vs pc. it was certainly not intended to feel like a critique of apple itself.

we are acutely aware of our exact responsibilities in this. we feel 100% accountable for our part of this job which is to create great advertising for apple and it's great products. the briefing you set up at last weeks marcom on iPhone 5 was extremely helpful to us and we have teams working this weekend on a number of angles that came directly from that briefing.

i can see my reaction was over-blown and not at all helpful. i'm sorry.



EXHIBIT 1
WIT: Schiller
DATE: 7-23-13
HANNA KIM, CSR NO. 13083

james

On Jan 26, 2013, at 7:30 PM, Philip Schiller <schiller@apple.com> wrote:

Actually I am quite shocked at this response.
In last Marcom we watched the iPhone 5 launch video and listened to a product marketing presentation about the state of the business and competition. We discussed how the iPhone as a product and it's resulting market success is much better than people seem to be thinking about it. Pure marketing issues.

To come back and suggest that Apple needs to think dramatically different about how we are running our company is a shocking response. Also, to suggest we need to give you more free reign to spend money to explore ideas that you have not even tried to bring up in Marcom is shocking. We meet every week to discuss whatever we need to, no limit has been placed on what we discuss or how we explore issues, including our coming down to your facility for entire day long meetings.

This is not 1997. Nothing like it in any way. In 1997 Apple had no products to market. We had a company making so little money that we were 6 months from out of business. We were the dying, beleaguered Apple in needing of hitting a restart button that would take years to get turned around. Not the world's most successful tech company making the world's best products having created the smartphone and tablet form factors and leading in content distribution and software marketplaces. Not the company that everyone wants to copy and compete with.

Yes, I am shocked. This doesn't sound like a path toward making great ads for iPhone and iPad that everyone inside and outside Apple are proud of. That is what we were asked to do.

On Jan 26, 2013, at 6:06 PM, James Vincent <james@mediaartslab.com> wrote:

phil,

absolutely. we feel it too and it hurts. we understand the totally critical nature of this moment. this perfect storm of factors is driving a chilling negative narrative on apple.

in the last few days we have began developing some bigger ideas for apple, where advertising can absolutely help to begin to change this narrative to a more positive one, particularly if they are seen as part of a broader effort within the company.
so, we would like to propose a few major changes in how we work these next few weeks to respond to this huge challenge we face.

here's 3 big areas to discuss ..

<u>1. our company-wide response:</u>

it's clear that the questions about apple are at multiple levels and are written about as such. the biggest one's are ..

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000845538

a) company behavior - how should we behave ? (lawsuits, china/usa workers, too rich, giveback)

b) product roadmap - whats our next innovation ? .. (bigger screens, new look software, maps, product cycles)

c) advertising - change the conversation ? (iPhone 5 difference, competitive de-positioning, apple brand slipping)

d) sales approach - new tactics ? (utilizing carriers, in-store, spiffs, retail approach)

so, we would like to propose convening an emergency meeting similar to attena-gate this week if possible, perhaps instead of marcom, with tim, jony, katie, hiroki and whoever else you think needs to be there.

elena is having her teams working this weekend on laying out all of the different pieces of the issues that challenge apple's brand like-ability ready for a meeting this week. we can talk further beforehand and help you orchestrate a broader discussion on the issues and solutions. it's clear we'll need a concerted plan for change at many levels within apple, and knowing what each other are doing for this year will help us maximize our efforts.

2. a new way to experiment big ideas

we understand that this moment is pretty close to 1997 in terms of the need for advertising to help pull apple through this moment. we get that and are excited by that huge opportunity.

it seems these times call for more open and expansive ways to experiment with ideas. honestly, sometimes the logic of marcom prevents us trying ideas that we think we should. we actually have 2 pretty huge brand-level ideas right now that we love and yet can't find a way to talk about in marcom, without just simply going out and making them. it's more of a nike model where they shoot a bunch of stuff and then pick which to run from finished work. i think this moment calls for some freedom to do that.

at the same time, we agree it's vital that marcom gets stronger at formalizing product positionings and strategies, shown together on roll-out charts so the complete picture of all our tactics can be understood and built upon at multiple levels.

3. a regular mini-marcom meeting

we think that we need a regular meeting between hiroki's and our teams to match up campaigns and co-ordinate efforts on carriers specifically and then on building campaigns that work right through all apple media. so if we decide to follow a campaign idea in advertising around say 'people love their iPhones', then all apple media from apple.com to retail pick up different pieces of that and build on the arguments of each other, as hiroki reminded us we did with mac vs PC and 'get a mac'.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000845539

please let us know what you think

james & team

On Jan 25, 2013, at 8:14 PM, Philip Schiller <schiller@apple.com> wrote:

We have a lot of work to do to turn this around….

http://online.wsj.com/article/SB10001424127887323854904578264090074879024.html?mod=V

# Has Apple Lost Its Cool to Samsung?

## By IAN SHERR and EVAN RAMSTAD

Samsung Electronics Co. 005930.SE -2.48% is succeeding where other technology companies have tried and failed: closing the coolness gap with Apple Inc. AAPL -2.36%

The deep-pocketed Korean company has used a combination of engineering prowess, manufacturing heft and marketing savvy to create smartphones that can rival the iPhone in both sales and appeal.

<BF-AE262_SMARTR_D_20130125173436.jpg>

*Samsung*

A Samsung television commercial pokes fun at Apple's iPhone.

Samsung, the market leader in smartphones, on Friday said its fourth-quarter profit surged 76% to a record high on the strength of smartphone sales, including its Galaxy S line. The latest version is considered comparable by many shoppers in both design and technical features.

Apple, meanwhile, reignited concerns about demand for its iPhone 5 after reporting flat earnings for the holiday quarter, sending its stock down 14% in the past two days. The stock has also dropped 37% since hitting an all-time high on Sept. 19, just two days before the iPhone 5 launched in stores.

At that time, Samsung had just unleashed an aggressive marketing campaign including a television commercial that poked fun at the iPhone 5. "The next big thing is already here," the spot said, referring to its Galaxy S III phone.

The ad was part of a more than $200 million U.S. marketing blitz that Samsung launched in 2011 to lampoon Apple, according to Kantar Media. The creative vision for those ads was a former Nike NKE +3.14% executive, Todd Pendleton, who now runs Samsung's marketing in the U.S.

The campaign swayed consumers including Will Hernandez, an Apple iPhone owner who bought a Samsung Galaxy S III smartphone about three months ago after seeing Samsung's ads.

"If you see this stuff on TV enough, it gets you thinking," said Mr. Hernandez, a 34-year-old resident of Somerville, Mass., who adds that he likes how his Galaxy has a larger screen than the iPhone. "Now, when someone gives me an iPhone to look at a picture, it looks so tiny."

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000845540

The marketing onslaught is helping Samsung widen the gap as the market leader. Samsung is estimated to have held 28% of the global smartphone market last year, up from 20% a year earlier, according to IHS iSuppli. Apple's share, meanwhile, isn't rising as quickly, moving to 20.5% in 2012 from 19% a year earlier.

Despite Samsung's advances, Apple generates higher revenue and its profit in the latest quarter was twice as large as Samsung's. And even after its stock slump, Apple's market value of $413 billion is nearly double Samsung's $217 billion market cap.

A Samsung spokesman in Seoul declined to make executives available. An Apple spokeswoman declined to make executives available for interviews, but reiterated recent comments by Chief Executive Tim Cook. Mr. Cook has said Apple is "unwilling to cut corners in delivering the best customer experience in the world."

While many analysts agree that Samsung isn't as innovative as Apple in terms of design and software capability, it has been able to match other electronics companies' products at a cheaper price.

Samsung's high-end smartphones are priced similarly to their iPhone counterparts in the U.S. But Samsung's devices have been significantly discounted at times, to less than a quarter of the sticker price in some cases.

Samsung owns its own manufacturing facilities where it builds screens, chips and other parts, allowing it to cut costs to make smartphones in a way that few other manufacturers can. Apple designs its own devices and some of the technologies it uses, but it relies on other companies, including Samsung, to help build its iPhones.

At the same time, the Korean electronics maker has capitalized on what Apple wasn't doing in the smartphone market. Even as Apple stuck to one new model each year with a narrow price band, Samsung released multiple smartphones in various shapes and sizes and with features such as larger screens.

Samsung was also quick to embrace Google Inc.'s GOOG -0.02% Android mobile software just as the operating system was becoming popular with consumers. That enabled the company to become the leading vendor of Android phones in the U.S.

Meanwhile, Samsung also offers feature phones based on Microsoft Corp.'s MSFT +0.90% Windows Phone software to attract consumers in low-end and emerging markets.

The result is a two-horse race in which Apple appears to be seeing iPhone sales growth slow at a time when smartphones are set to become the majority of all cellphone sales.

Samsung's surge in smartphones has caused more than just consumers to switch away from Apple. Some app developers have said they are now focusing more attention on Samsung devices.

Ken Yarmosh, chief executive of Savvy Apps in Washington, D.C., said his company began by making apps for Apple's iOS operating system but lately has been focusing on Android as Samsung devices have become more prevalent, especially among his own company's testing devices.

"There was a major flip—it was Apple, then if you have money build for Android," Mr. Yarmosh said. "Now it's Android first, or Android only."

REDACTED

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000845541

REDACTED

Apple also appears to be responding to Samsung's growth by aiming to diversify its iPhone line. The Wall Street Journal earlier this month reported that Apple is working on a lower-cost iPhone that could potentially launch later this year.

Despite the threat from Samsung, Apple still sold a record 47 million iPhones in the latest quarter, and the two largest U.S. carriers, AT&T Inc. T +0.80% and Verizon Wireless, said the majority of smartphones activated over the holidays were iPhones.

"Most people I know have iPhones," said David Barnard, founder of App Cubby, which makes utility programs for Apple devices. The iPhone's popularity is not what is at question, he added, but rather that Samsung has taken a smart tack by attacking Apple's hip image. "Painting the iPhone as a passé thing is such a perfect marketing message to counteract its coolness."

Samsung executives began taking aim in 2009 after Apple began selling the iPhone in South Korea, where it briefly became the top-seller of phones in the country.

"All this time we've been paying all our attention to Nokia, NOK1V.HE -6.55% " a then-new chief of Samsung's telecom business, J.K. Shin, wrote in a memo to top executives in February 2010, which was revealed publicly last year in a trial. "Yet when our [user experience] is compared with the unexpected competitor Apple's iPhone, the difference is truly that of Heaven and Earth."

A few months later, Samsung unveiled its answer to the iPhone, the Galaxy S, an Android-based model that had several distinctive features, such as an FM radio and front-facing camera. It also had an element that would eventually become an ace up its sleeve—a bigger screen.

Apple released its iPhone 4 in mid-2010 with a new design and a front-facing camera. It far outsold the Samsung product, but the Galaxy S had made a mark and was on the radar of Apple's leaders.

In 2011, Samsung rolled out Galaxy S II and then flooded the market with smartphones. It put Galaxy S models at the high end and created four more lines—such as the Galaxy M—each with numerous models.

Samsung took another step last year by adding a new line called Note, which Samsung says is a cross between a smartphone and tablet due to its larger screen, measuring more than 5 inches diagonally. The first Note launched in October 2011 and an update came out a year later.

Samsung's latest efforts seem to be paying off, at least with consumers who aren't so loyal to Apple.

Dora Daniels, 26, of Oakland, Calif., said she learned about Samsung's latest Galaxy S III because of giant ads plastered around a downtown San Francisco transit station.

"It's silly because I don't want to be a slave to marketing but it really got into my head," said Ms. Daniels, who recently switched to the Samsung phone from an older iPhone.

—*Amir Efrati contributed to this article.*

A version of this article appeared January 25, 2013, on page B1 in the U.S. edition of The Wall Street Journal, with the headline: Has Apple Lost Its Cool to Samsung?.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000845542

This e-mail is intended only for the named person or entity to which it is addressed and contains valuable business information that is proprietary, privileged, confidential and/or otherwise protected from disclosure.
If you received this e-mail in error, any review, use, dissemination, distribution or copying of this e-mail is strictly prohibited. Please notify us immediately of the error via e-mail to disclaimer@mediaartslab.com and please delete the e-mail from your system, retaining no copies in any media. We appreciate your cooperation.

This e-mail is intended only for the named person or entity to which it is addressed and contains valuable business information that is proprietary, privileged, confidential and/or otherwise protected from disclosure.

If you received this e-mail in error, any review, use, dissemination, distribution or copying of this e-mail is strictly prohibited. Please notify us immediately of the error via e-mail to disclaimer@mediaartslab.com and please delete the e-mail from your system, retaining no copies in any media. We appreciate your cooperation.

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0000845543