# Exhibit C

Document Filed Under Seal