# Exhibit D

Document Filed Under Seal