# Exhibit E

**From**: Murray, Jesse L. [mailto:JMurray2@gibsondunn.com]
**Sent**: Friday, May 24, 2013 11:42 PM
**To**: Amar Thakur; Michael Fazio; Michael Peng; William Price; 'John Caracappa' <jcaracap@steptoe.com>; 'Michael Heimbold' <mheimbold@steptoe.com>; 'Huan-Yi Lin' <hlin@steptoe.com>; Charles K Verhoeven; Kevin Smith; Victoria Maroulis; Kevin Johnson
**Cc**: *** Apple/Samsung <Apple/Samsung@gibsondunn.com>; Clementine <clementine@mofo.com>; Hung, R. <rhung@mofo.com>; Jacobs, M. <mjacobs@mofo.com>; 'Wilmer Hale' <WHAppleSamsungNDCalIIService@wilmerhale.com>
**Subject**: Apple v. Samsung - 12-cv-630 (LHK) - Apple Production

Counsel,

Documents produced by Apple will be available on the FTP site with the credentials below.  Please note that certain of these documents are designated Highly Confidential – Attorneys' Eyes Only.

The TrueCrypt file is available on the FTP site in this folder: "2013-05-24 Production" (APLNDC630-0000839867 - APLNDC630-0000870978)
I will send the FTP password and TrueCrypt password in a separate email.

**FTP CREDENTIALS**
**Host:**     Redacted
**Username:**     Redacted


Best,
Jesse


**Jesse Murray**
eDiscovery Specialist

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8381 • Fax +1 415.393.8306
JMurray2@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.