# Exhibit F

**From:** Lum, Phillip K. [mailto:PLum@gibsondunn.com]
**Sent:** Wednesday, June 26, 2013 6:01 PM
**To:** Amar Thakur; Michael Fazio; Michael Peng; William Price; Charles K Verhoeven; Kevin Smith; Victoria Maroulis; Kevin Johnson; 'amaurer@wc.com'; 'dhorniak@wc.com'; 'dkrinsky@wc.com'; 'dgrossman@wc.com'
**Cc:** Rho, Jennifer; Fedman, Emily L.; *** Apple/Samsung; Clementine; Hung, R.; Jacobs, M.; 'Wilmer Hale'; Kim, Stephanie; Murray, Jesse L.
**Subject:** Apple v. Samsung - 12-cv-630 (LHK) - Apple Production

Dear Counsel,

Documents Bates numbered APLNDC630-0001370900 - APLNDC630-0001426855, APLNDC630-0001426857 - APLNDC630-0001431188 and APLNDC630-0001432114 - APLNDC630-0001432115 have been posted to the FTP site and are available for download. These documents are designated "Highly Confidential – Attorneys' Eyes Only". Additionally Apple has posted a replacement file for APLNDC630-0001300490.

The documents are in a folder titled "2013-06-26 Production" Passwords for the Truecrypt files and FTP site will be sent in a separate e-mail.

FTP CREDENTIALS
Host:         Redacted
Username:     Redacted

Regards,
Phil

Phillip K. Lum. Esq.
IP Litigation Paralegal Coordinator

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2667 ● Fax +1 212.351.4035
plum@gibsondunn.com ● www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.