# Exhibit G

**From**: Lum, Phillip K. [mailto:PLum@gibsondunn.com]
**Sent**: Friday, July 05, 2013 09:22 PM
**To**: Amar Thakur; Michael Fazio; Michael Peng; William Price; Charles K Verhoeven; Kevin Smith; Victoria Maroulis; Kevin Johnson; amaurer@wc.com <amaurer@wc.com>; dhorniak@wc.com <dhorniak@wc.com>; dkrinsky@wc.com <dkrinsky@wc.com>; dgrossman@wc.com <dgrossman@wc.com>
**Cc**: *** Apple/Samsung <Apple/Samsung@gibsondunn.com>; Clementine <clementine@mofo.com>; Hung, R. <rhung@mofo.com>; Jacobs, M. <mjacobs@mofo.com>; Fedman, Emily L. <EFedman@gibsondunn.com>; 'Wilmer Hale' <WHAppleSamsungNDCalIIService@wilmerhale.com>; Murray, Jesse L. <JMurray2@gibsondunn.com>; Lyon, H. Mark <MLyon@gibsondunn.com>; Rho, Jennifer <JRho@gibsondunn.com>
**Subject**: Apple v. Samsung - 12-cv-630 (LHK) - Apple Production

Dear Counsel,

Documents produced by Apple and bates labeled APLNDC630-0001469504 - APLNDC630-0001505930, APLNDC630-0001506013 - APLNDC630-0001646062, APLNDC630-0001657110 - APLNDC630-0001671882 and APLNDC630-0001678349 - APLNDC630-0001723027, are available on the FTP site with the credentials below.  Please note that this production contains documents designated Highly Confidential – Attorneys' Eyes Only.

The TrueCrypt file is available on the FTP site in this folder: "2013-07-05 Production"
The FTP password and TrueCrypt password will be sent in a separate email.
FTP CREDENTIALS
Host:      Redacted
Username:      Redacted

Regards,
Phil

**Phillip  K. Lum, Esq.**
IP Litigation Paralegal Coordinator

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2667 • Fax +1 212.351.4035
PLum@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.