# Exhibit H

**From:** Murray, Jesse L. [mailto:JMurray2@gibsondunn.com]
**Sent:** Monday, July 08, 2013 4:39 PM
**To:** Amar Thakur; Michael Fazio; Michael Peng; William Price; Charles K Verhoeven; Kevin Smith; Victoria Maroulis; Kevin Johnson; Malone, Wade; amaurer@wc.com; dhorniak@wc.com; dkrinsky@wc.com; dgrossman@wc.com
**Cc:** *** Apple/Samsung; Clementine; Hung, R.; Jacobs, M.; 'Wilmer Hale'
**Subject:** Apple v. Samsung - 12-cv-630 (LHK) - Apple Production

Counsel,

Documents produced by Apple and bates labeled APLNDC630-0001723028 - APLNDC630-0001730853, APLNDC630-0001764427 - APLNDC630-0001846337, APLNDC630-0001846490 - APLNDC630-0001846742, APLNDC630-0001846743 - APLNDC630-0001854694, and APLNDC630-0001853494 - APLNDC630-0001861445 are available on the FTP site with the credentials below. Please note that this production contains documents designated Highly Confidential – Attorneys' Eyes Only.

The documents labeled APLNDC630-0001764427 - APLNDC630-0001846337 are replacement files for previously produced files.  A table correlating these files to the previously used bates numbers is attached here.

The TrueCrypt file is available on the FTP site in this folder: "2013-07-08 Production"
I will send the FTP password and TrueCrypt password in a separate email.

**FTP CREDENTIALS**
**Host:**      Redacted
**Username:**  Redacted

Best,
Jesse


**Jesse Murray**
eDiscovery Specialist

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8381 • Fax +1 415.393.8306
JMurray2@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Apple's Reproduction Correlation File

| Previously Produced Beg Bates Number | Corresponding New Beg Bates Number |
|---|---|
| APLNDC630-0000757020 | APLNDC630-0001764427 |
| APLNDC630-0000837059 | APLNDC630-0001830921 |
| APLNDC630-0000753937 | APLNDC630-0001763906 |
| APLNDC630-0000755057 | APLNDC630-0001763944 |
| APLNDC630-0000821409 | APLNDC630-0001764880 |
| APLNDC630-0000821408 | APLNDC630-0001764879 |
| APLNDC630-0000821407 | APLNDC630-0001764878 |
| APLNDC630-0000821406 | APLNDC630-0001764877 |
| APLNDC630-0000755480 | APLNDC630-0001764137 |
| APLNDC630-0000836429 | APLNDC630-0001730885 |
| APLNDC630-0000836428 | APLNDC630-0001730860 |
| APLNDC630-0000836427 | APLNDC630-0001730854 |
| APLNDC630-0000755478 | APLNDC630-0001764109 |
| APLNDC630-0000800934 | APLNDC630-0001730886 |
| APLNDC630-0000801241 | APLNDC630-0001730904 |
| APLNDC630-0000838346 | APLNDC630-0001830928 |
| APLNDC630-0000823229 | APLNDC630-0001764885 |
| APLNDC630-0000821041 | APLNDC630-0001764876 |
| APLNDC630-0000821040 | APLNDC630-0001764875 |
| APLNDC630-0000821039 | APLNDC630-0001764874 |
| APLNDC630-0000821038 | APLNDC630-0001764873 |
| APLNDC630-0000821037 | APLNDC630-0001764872 |
| APLNDC630-0000822988 | APLNDC630-0001764881 |
| APLNDC630-0000825246 | APLNDC630-0001764919 |
| APLNDC630-0000825215 | APLNDC630-0001764917 |
| APLNDC630-0000753892 | APLNDC630-0001763895 |
| APLNDC630-0000803037 | APLNDC630-0001764506 |
| APLNDC630-0000803036 | APLNDC630-0001764492 |
| APLNDC630-0000803035 | APLNDC630-0001764464 |
| APLNDC630-0000803046 | APLNDC630-0001764509 |
| APLNDC630-0000755641 | APLNDC630-0001764165 |
| APLNDC630-0000755989 | APLNDC630-0001764263 |
| APLNDC630-0000756595 | APLNDC630-0001764339 |
| APLNDC630-0000757009 | APLNDC630-0001764421 |
| APLNDC630-0000757008 | APLNDC630-0001764415 |
| APLNDC630-0000757144 | APLNDC630-0001764446 |
| APLNDC630-0000831449 | APLNDC630-0001776589 |
| APLNDC630-0000831499 | APLNDC630-0001776606 |
| APLNDC630-0000831513 | APLNDC630-0001776623 |
| APLNDC630-0000831689 | APLNDC630-0001776642 |
| APLNDC630-0000831808 | APLNDC630-0001776786 |
| APLNDC630-0000831829 | APLNDC630-0001776808 |
| APLNDC630-0000831834 | APLNDC630-0001776829 |
| APLNDC630-0000831961 | APLNDC630-0001776878 |
| APLNDC630-0000832003 | APLNDC630-0001777020 |

| Previously Produced Beg Bates Number | Corresponding New Beg Bates Number |
|---|---|
| APLNDC630-0000832052 | APLNDC630-0001777037 |
| APLNDC630-0000832552 | APLNDC630-0001777060 |
| APLNDC630-0000832622 | APLNDC630-0001777095 |
| APLNDC630-0000832645 | APLNDC630-0001777121 |
| APLNDC630-0000832739 | APLNDC630-0001777151 |
| APLNDC630-0000832779 | APLNDC630-0001777281 |
| APLNDC630-0000832778 | APLNDC630-0001777254 |
| APLNDC630-0000832777 | APLNDC630-0001777226 |
| APLNDC630-0000832776 | APLNDC630-0001777201 |
| APLNDC630-0000832775 | APLNDC630-0001777182 |
| APLNDC630-0000832809 | APLNDC630-0001777291 |
| APLNDC630-0000832813 | APLNDC630-0001777318 |
| APLNDC630-0000832816 | APLNDC630-0001777346 |
| APLNDC630-0000832820 | APLNDC630-0001777365 |
| APLNDC630-0000832850 | APLNDC630-0001777388 |
| APLNDC630-0000832858 | APLNDC630-0001777415 |
| APLNDC630-0000832862 | APLNDC630-0001777437 |
| APLNDC630-0000832935 | APLNDC630-0001777458 |
| APLNDC630-0000832950 | APLNDC630-0001777486 |
| APLNDC630-0000832963 | APLNDC630-0001777788 |
| APLNDC630-0000832970 | APLNDC630-0001777939 |
| APLNDC630-0000832956 | APLNDC630-0001777637 |
| APLNDC630-0000832978 | APLNDC630-0001778241 |
| APLNDC630-0000832977 | APLNDC630-0001778090 |
| APLNDC630-0000832981 | APLNDC630-0001778247 |
| APLNDC630-0000871587 | APLNDC630-0001770754 |
| APLNDC630-0000833072 | APLNDC630-0001730913 |
| APLNDC630-0000754863 | APLNDC630-0001763940 |
| APLNDC630-0000833289 | APLNDC630-0001778286 |
| APLNDC630-0000820523 | APLNDC630-0001764644 |
| APLNDC630-0000820522 | APLNDC630-0001764639 |
| APLNDC630-0000833294 | APLNDC630-0001778305 |
| APLNDC630-0000755645 | APLNDC630-0001764183 |
| APLNDC630-0000820804 | APLNDC630-0001764755 |
| APLNDC630-0000820803 | APLNDC630-0001764729 |
| APLNDC630-0000820833 | APLNDC630-0001764804 |
| APLNDC630-0000838348 | APLNDC630-0001830940 |
| APLNDC630-0000836271 | APLNDC630-0001730934 |
| APLNDC630-0000820837 | APLNDC630-0001730943 |
| APLNDC630-0000836366 | APLNDC630-0001800828 |
| APLNDC630-0000836365 | APLNDC630-0001800736 |
| APLNDC630-0000836364 | APLNDC630-0001800662 |
| APLNDC630-0000836363 | APLNDC630-0001800599 |
| APLNDC630-0000833298 | APLNDC630-0001730952 |
| APLNDC630-0000836396 | APLNDC630-0001808407 |

Apple's Reproduction Correlation File

| Previously Produced Beg Bates Number | Corresponding New Beg Bates Number |
|---|---|
| APLNDC630-0000836395 | APLNDC630-0001808405 |
| APLNDC630-0000836029 | APLNDC630-0001785751 |
| APLNDC630-0000836028 | APLNDC630-0001785749 |
| APLNDC630-0000836408 | APLNDC630-0001823415 |
| APLNDC630-0000836407 | APLNDC630-0001823413 |
| APLNDC630-0000836390 | APLNDC630-0001800907 |
| APLNDC630-0000836389 | APLNDC630-0001800905 |
| APLNDC630-0000833284 | APLNDC630-0001778267 |
| APLNDC630-0000836402 | APLNDC630-0001815907 |
| APLNDC630-0000836401 | APLNDC630-0001815905 |
| APLNDC630-0000836023 | APLNDC630-0001778326 |
| APLNDC630-0000836022 | APLNDC630-0001778324 |
| APLNDC630-0000836035 | APLNDC630-0001793176 |
| APLNDC630-0000836034 | APLNDC630-0001793174 |
| APLNDC630-0000871445 | APLNDC630-0001763872 |
| APLNDC630-0000871446 | APLNDC630-0001763876 |
| APLNDC630-0000871447 | APLNDC630-0001763878 |
| APLNDC630-0000871456 | APLNDC630-0001763887 |
| APLNDC630-0000728777 | APLNDC630-0001731132 |
| APLNDC630-0000729029 | APLNDC630-0001731452 |
| APLNDC630-0000736535 | APLNDC630-0001731454 |
| APLNDC630-0000736563 | APLNDC630-0001731465 |
| APLNDC630-0000839676 | APLNDC630-0001831121 |
| APLNDC630-0000839675 | APLNDC630-0001831119 |
| APLNDC630-0000839637 | APLNDC630-0001831100 |
| APLNDC630-0000839682 | APLNDC630-0001838621 |
| APLNDC630-0000839681 | APLNDC630-0001838619 |
| APLNDC630-0000744115 | APLNDC630-0001731485 |
| APLNDC630-0000744129 | APLNDC630-0001731570 |
| APLNDC630-0000744128 | APLNDC630-0001731565 |
| APLNDC630-0000744127 | APLNDC630-0001731545 |
| APLNDC630-0000744126 | APLNDC630-0001731542 |
| APLNDC630-0000744125 | APLNDC630-0001731541 |
| APLNDC630-0000744124 | APLNDC630-0001731520 |
| APLNDC630-0000744123 | APLNDC630-0001731499 |
| APLNDC630-0000744268 | APLNDC630-0001731584 |
| APLNDC630-0000744297 | APLNDC630-0001731626 |
| APLNDC630-0000744318 | APLNDC630-0001731694 |
| APLNDC630-0000744323 | APLNDC630-0001731721 |
| APLNDC630-0000744322 | APLNDC630-0001731697 |
| APLNDC630-0000744332 | APLNDC630-0001731747 |
| APLNDC630-0000744331 | APLNDC630-0001731723 |
| APLNDC630-0000744336 | APLNDC630-0001731773 |
| APLNDC630-0000744335 | APLNDC630-0001731749 |
| APLNDC630-0000744352 | APLNDC630-0001731775 |

Apple's Reproduction Correlation File

| Previously Produced Beg Bates Number | Corresponding New Beg Bates Number |
|---|---|
| APLNDC630-0000744359 | APLNDC630-0001746162 |
| APLNDC630-0000744368 | APLNDC630-0001746339 |
| APLNDC630-0000744367 | APLNDC630-0001746302 |
| APLNDC630-0000744377 | APLNDC630-0001746340 |
| APLNDC630-0000744384 | APLNDC630-0001746356 |
| APLNDC630-0000744418 | APLNDC630-0001746400 |
| APLNDC630-0000744417 | APLNDC630-0001746358 |
| APLNDC630-0000744420 | APLNDC630-0001746414 |
| APLNDC630-0000839848 | APLNDC630-0001846333 |
| APLNDC630-0000839842 | APLNDC630-0001846176 |
| APLNDC630-0000839751 | APLNDC630-0001846151 |
| APLNDC630-0000839750 | APLNDC630-0001846127 |
| APLNDC630-0000871147 | APLNDC630-0001761208 |
| APLNDC630-0000871148 | APLNDC630-0001761209 |
| APLNDC630-0000871149 | APLNDC630-0001761213 |
| APLNDC630-0000871151 | APLNDC630-0001761295 |
| APLNDC630-0000871150 | APLNDC630-0001761219 |
| APLNDC630-0000871152 | APLNDC630-0001761308 |
| APLNDC630-0000871157 | APLNDC630-0001761339 |
| APLNDC630-0000871156 | APLNDC630-0001761333 |
| APLNDC630-0000871155 | APLNDC630-0001761327 |
| APLNDC630-0000871154 | APLNDC630-0001761321 |
| APLNDC630-0000871153 | APLNDC630-0001761315 |
| APLNDC630-0000871179 | APLNDC630-0001761345 |
| APLNDC630-0000871180 | APLNDC630-0001761350 |
| APLNDC630-0000871181 | APLNDC630-0001761361 |
| APLNDC630-0000871183 | APLNDC630-0001761378 |
| APLNDC630-0000871182 | APLNDC630-0001761367 |
| APLNDC630-0000871184 | APLNDC630-0001761454 |
| APLNDC630-0000871185 | APLNDC630-0001761455 |
| APLNDC630-0000871186 | APLNDC630-0001761467 |
| APLNDC630-0000871187 | APLNDC630-0001761468 |
| APLNDC630-0000871188 | APLNDC630-0001761479 |
| APLNDC630-0000871190 | APLNDC630-0001761490 |
| APLNDC630-0000871189 | APLNDC630-0001761481 |
| APLNDC630-0000871191 | APLNDC630-0001761491 |
| APLNDC630-0000871192 | APLNDC630-0001761493 |
| APLNDC630-0000871193 | APLNDC630-0001761512 |
| APLNDC630-0000871194 | APLNDC630-0001761515 |
| APLNDC630-0000871195 | APLNDC630-0001761542 |
| APLNDC630-0000871196 | APLNDC630-0001761545 |
| APLNDC630-0000871197 | APLNDC630-0001761567 |
| APLNDC630-0000871199 | APLNDC630-0001761593 |
| APLNDC630-0000871198 | APLNDC630-0001761569 |
| APLNDC630-0000871200 | APLNDC630-0001761594 |

Apple's Reproduction Correlation File

| Previously Produced Beg Bates Number | Corresponding New Beg Bates Number |
|---|---|
| APLNDC630-0000871201 | APLNDC630-0001761597 |
| APLNDC630-0000744439 | APLNDC630-0001761618 |
| APLNDC630-0000871207 | APLNDC630-0001761622 |
| APLNDC630-0000871209 | APLNDC630-0001761625 |
| APLNDC630-0000871208 | APLNDC630-0001761624 |
| APLNDC630-0000871210 | APLNDC630-0001761650 |
| APLNDC630-0000871211 | APLNDC630-0001761652 |
| APLNDC630-0000871212 | APLNDC630-0001761672 |
| APLNDC630-0000871213 | APLNDC630-0001761673 |
| APLNDC630-0000871214 | APLNDC630-0001761752 |
| APLNDC630-0000871215 | APLNDC630-0001761753 |
| APLNDC630-0000871216 | APLNDC630-0001761764 |
| APLNDC630-0000871218 | APLNDC630-0001761767 |
| APLNDC630-0000871217 | APLNDC630-0001761766 |
| APLNDC630-0000871219 | APLNDC630-0001761796 |
| APLNDC630-0000871221 | APLNDC630-0001761799 |
| APLNDC630-0000871220 | APLNDC630-0001761798 |
| APLNDC630-0000871222 | APLNDC630-0001761820 |
| APLNDC630-0000871223 | APLNDC630-0001761822 |
| APLNDC630-0000871224 | APLNDC630-0001761831 |
| APLNDC630-0000871225 | APLNDC630-0001761833 |
| APLNDC630-0000871226 | APLNDC630-0001761847 |
| APLNDC630-0000871227 | APLNDC630-0001761851 |
| APLNDC630-0000871240 | APLNDC630-0001761868 |
| APLNDC630-0000871241 | APLNDC630-0001761871 |
| APLNDC630-0000871242 | APLNDC630-0001761888 |
| APLNDC630-0000871243 | APLNDC630-0001761891 |
| APLNDC630-0000871247 | APLNDC630-0001761905 |
| APLNDC630-0000871248 | APLNDC630-0001761908 |
| APLNDC630-0000871265 | APLNDC630-0001761924 |
| APLNDC630-0000871266 | APLNDC630-0001761926 |
| APLNDC630-0000871267 | APLNDC630-0001761974 |
| APLNDC630-0000871268 | APLNDC630-0001761977 |
| APLNDC630-0000871269 | APLNDC630-0001761993 |
| APLNDC630-0000871271 | APLNDC630-0001762079 |
| APLNDC630-0000871270 | APLNDC630-0001761999 |
| APLNDC630-0000871272 | APLNDC630-0001762097 |
| APLNDC630-0000871273 | APLNDC630-0001762099 |
| APLNDC630-0000871274 | APLNDC630-0001762127 |
| APLNDC630-0000871275 | APLNDC630-0001762129 |
| APLNDC630-0000871276 | APLNDC630-0001762151 |
| APLNDC630-0000871277 | APLNDC630-0001762154 |
| APLNDC630-0000871278 | APLNDC630-0001762179 |
| APLNDC630-0000871280 | APLNDC630-0001762202 |
| APLNDC630-0000871279 | APLNDC630-0001762183 |

Apple's Reproduction Correlation File

| Previously Produced Beg Bates Number | Corresponding New Beg Bates Number |
|---|---|
| APLNDC630-0000871281 | APLNDC630-0001762233 |
| APLNDC630-0000871282 | APLNDC630-0001762234 |
| APLNDC630-0000871283 | APLNDC630-0001762238 |
| APLNDC630-0000871285 | APLNDC630-0001762320 |
| APLNDC630-0000871284 | APLNDC630-0001762244 |
| APLNDC630-0000871286 | APLNDC630-0001762333 |
| APLNDC630-0000871287 | APLNDC630-0001762336 |
| APLNDC630-0000871288 | APLNDC630-0001762353 |
| APLNDC630-0000871289 | APLNDC630-0001762356 |
| APLNDC630-0000871290 | APLNDC630-0001762380 |
| APLNDC630-0000871296 | APLNDC630-0001762417 |
| APLNDC630-0000871295 | APLNDC630-0001762411 |
| APLNDC630-0000871294 | APLNDC630-0001762405 |
| APLNDC630-0000871293 | APLNDC630-0001762399 |
| APLNDC630-0000871292 | APLNDC630-0001762393 |
| APLNDC630-0000871291 | APLNDC630-0001762387 |
| APLNDC630-0000871297 | APLNDC630-0001762438 |
| APLNDC630-0000871298 | APLNDC630-0001762441 |
| APLNDC630-0000871299 | APLNDC630-0001762456 |
| APLNDC630-0000871300 | APLNDC630-0001762459 |
| APLNDC630-0000871301 | APLNDC630-0001762483 |
| APLNDC630-0000871302 | APLNDC630-0001762490 |
| APLNDC630-0000871303 | APLNDC630-0001762493 |
| APLNDC630-0000871304 | APLNDC630-0001762517 |
| APLNDC630-0000871305 | APLNDC630-0001762522 |
| APLNDC630-0000871306 | APLNDC630-0001762533 |
| APLNDC630-0000871308 | APLNDC630-0001762550 |
| APLNDC630-0000871307 | APLNDC630-0001762539 |
| APLNDC630-0000871309 | APLNDC630-0001762626 |
| APLNDC630-0000871311 | APLNDC630-0001762629 |
| APLNDC630-0000871310 | APLNDC630-0001762628 |
| APLNDC630-0000871312 | APLNDC630-0001762639 |
| APLNDC630-0000871313 | APLNDC630-0001762642 |
| APLNDC630-0000871314 | APLNDC630-0001762666 |
| APLNDC630-0000871315 | APLNDC630-0001762670 |
| APLNDC630-0000871316 | APLNDC630-0001762694 |
| APLNDC630-0000871318 | APLNDC630-0001762697 |
| APLNDC630-0000871317 | APLNDC630-0001762696 |
| APLNDC630-0000871319 | APLNDC630-0001762717 |
| APLNDC630-0000871321 | APLNDC630-0001762720 |
| APLNDC630-0000871320 | APLNDC630-0001762719 |
| APLNDC630-0000871322 | APLNDC630-0001762732 |
| APLNDC630-0000871323 | APLNDC630-0001762736 |
| APLNDC630-0000871324 | APLNDC630-0001762758 |
| APLNDC630-0000871325 | APLNDC630-0001762759 |

Apple's Reproduction Correlation File

| Previously Produced Beg Bates Number | Corresponding New Beg Bates Number |
|---|---|
| APLNDC630-0000871326 | APLNDC630-0001762771 |
| APLNDC630-0000871327 | APLNDC630-0001762772 |
| APLNDC630-0000871328 | APLNDC630-0001762783 |
| APLNDC630-0000871329 | APLNDC630-0001762786 |
| APLNDC630-0000871330 | APLNDC630-0001762803 |
| APLNDC630-0000871331 | APLNDC630-0001762807 |
| APLNDC630-0000871332 | APLNDC630-0001762826 |
| APLNDC630-0000871334 | APLNDC630-0001762837 |
| APLNDC630-0000871333 | APLNDC630-0001762828 |
| APLNDC630-0000871335 | APLNDC630-0001762838 |
| APLNDC630-0000871337 | APLNDC630-0001762849 |
| APLNDC630-0000871336 | APLNDC630-0001762840 |
| APLNDC630-0000871338 | APLNDC630-0001762850 |
| APLNDC630-0000871340 | APLNDC630-0001762853 |
| APLNDC630-0000871339 | APLNDC630-0001762852 |
| APLNDC630-0000871341 | APLNDC630-0001762862 |
| APLNDC630-0000871342 | APLNDC630-0001762864 |
| APLNDC630-0000871343 | APLNDC630-0001762877 |
| APLNDC630-0000871345 | APLNDC630-0001762887 |
| APLNDC630-0000871344 | APLNDC630-0001762881 |
| APLNDC630-0000871346 | APLNDC630-0001762893 |
| APLNDC630-0000871347 | APLNDC630-0001762899 |
| APLNDC630-0000871348 | APLNDC630-0001762924 |
| APLNDC630-0000871350 | APLNDC630-0001762933 |
| APLNDC630-0000871349 | APLNDC630-0001762926 |
| APLNDC630-0000871351 | APLNDC630-0001762934 |
| APLNDC630-0000871352 | APLNDC630-0001762938 |
| APLNDC630-0000871353 | APLNDC630-0001762960 |
| APLNDC630-0000871354 | APLNDC630-0001762963 |
| APLNDC630-0000871355 | APLNDC630-0001762984 |
| APLNDC630-0000871357 | APLNDC630-0001762989 |
| APLNDC630-0000871356 | APLNDC630-0001762985 |
| APLNDC630-0000871358 | APLNDC630-0001762992 |
| APLNDC630-0000871360 | APLNDC630-0001762995 |
| APLNDC630-0000871359 | APLNDC630-0001762994 |
| APLNDC630-0000871361 | APLNDC630-0001763010 |
| APLNDC630-0000871362 | APLNDC630-0001763014 |
| APLNDC630-0000871363 | APLNDC630-0001763032 |
| APLNDC630-0000871364 | APLNDC630-0001763035 |
| APLNDC630-0000871365 | APLNDC630-0001763070 |
| APLNDC630-0000871366 | APLNDC630-0001763074 |
| APLNDC630-0000871367 | APLNDC630-0001763087 |
| APLNDC630-0000871368 | APLNDC630-0001763091 |
| APLNDC630-0000871370 | APLNDC630-0001763094 |
| APLNDC630-0000871369 | APLNDC630-0001763093 |

Apple's Reproduction Correlation File

| Previously Produced Beg Bates Number | Corresponding New Beg Bates Number |
|---|---|
| APLNDC630-0000871371 | APLNDC630-0001763117 |
| APLNDC630-0000871372 | APLNDC630-0001763119 |
| APLNDC630-0000871373 | APLNDC630-0001763138 |
| APLNDC630-0000871375 | APLNDC630-0001763164 |
| APLNDC630-0000871374 | APLNDC630-0001763140 |
| APLNDC630-0000871376 | APLNDC630-0001763165 |
| APLNDC630-0000871377 | APLNDC630-0001763168 |
| APLNDC630-0000871378 | APLNDC630-0001763195 |
| APLNDC630-0000871379 | APLNDC630-0001763198 |
| APLNDC630-0000871380 | APLNDC630-0001763220 |
| APLNDC630-0000871381 | APLNDC630-0001763227 |
| APLNDC630-0000871382 | APLNDC630-0001763254 |
| APLNDC630-0000871383 | APLNDC630-0001763257 |
| APLNDC630-0000871384 | APLNDC630-0001763269 |
| APLNDC630-0000871385 | APLNDC630-0001763273 |
| APLNDC630-0000871386 | APLNDC630-0001763277 |
| APLNDC630-0000871387 | APLNDC630-0001763280 |
| APLNDC630-0000871388 | APLNDC630-0001763287 |
| APLNDC630-0000871389 | APLNDC630-0001763311 |
| APLNDC630-0000871390 | APLNDC630-0001763312 |
| APLNDC630-0000871391 | APLNDC630-0001763391 |
| APLNDC630-0000871392 | APLNDC630-0001763392 |
| APLNDC630-0000871393 | APLNDC630-0001763403 |
| APLNDC630-0000871394 | APLNDC630-0001763406 |
| APLNDC630-0000871416 | APLNDC630-0001763410 |
| APLNDC630-0000871417 | APLNDC630-0001763412 |
| APLNDC630-0000871418 | APLNDC630-0001763460 |
| APLNDC630-0000871419 | APLNDC630-0001763462 |
| APLNDC630-0000870979 | APLNDC630-0001730971 |
| APLNDC630-0000870981 | APLNDC630-0001731053 |
| APLNDC630-0000870980 | APLNDC630-0001730977 |
| APLNDC630-0000870982 | APLNDC630-0001731066 |
| APLNDC630-0000870983 | APLNDC630-0001731069 |
| APLNDC630-0000870984 | APLNDC630-0001731086 |
| APLNDC630-0000870985 | APLNDC630-0001731089 |
| APLNDC630-0000870986 | APLNDC630-0001731108 |
| APLNDC630-0000870987 | APLNDC630-0001731112 |
| APLNDC630-0000870988 | APLNDC630-0001731130 |
| APLNDC630-0000871427 | APLNDC630-0001763624 |
| APLNDC630-0000871428 | APLNDC630-0001763626 |
| APLNDC630-0000871429 | APLNDC630-0001763631 |
| APLNDC630-0000871430 | APLNDC630-0001763634 |
| APLNDC630-0000871431 | APLNDC630-0001763643 |
| APLNDC630-0000871432 | APLNDC630-0001763646 |
| APLNDC630-0000871433 | APLNDC630-0001763655 |

Apple v. Samsung
12-cv-0630

July 8, 2013

Apple's Reproduction Correlation File

| Previously Produced Beg Bates Number | Corresponding New Beg Bates Number |
|---|---|
| APLNDC630-0000871435 | APLNDC630-0001763672 |
| APLNDC630-0000871434 | APLNDC630-0001763661 |
| APLNDC630-0000871436 | APLNDC630-0001763748 |
| APLNDC630-0000871437 | APLNDC630-0001763750 |
| APLNDC630-0000871438 | APLNDC630-0001763755 |
| APLNDC630-0000871439 | APLNDC630-0001763758 |
| APLNDC630-0000871440 | APLNDC630-0001763767 |
| APLNDC630-0000871441 | APLNDC630-0001763770 |
| APLNDC630-0000871442 | APLNDC630-0001763779 |
| APLNDC630-0000871444 | APLNDC630-0001763796 |
| APLNDC630-0000871443 | APLNDC630-0001763785 |
| APLNDC630-0000871420 | APLNDC630-0001763490 |
| APLNDC630-0000871421 | APLNDC630-0001763494 |
| APLNDC630-0000871422 | APLNDC630-0001763512 |
| APLNDC630-0000871426 | APLNDC630-0001763539 |
| APLNDC630-0000871425 | APLNDC630-0001763534 |
| APLNDC630-0000871424 | APLNDC630-0001763529 |
| APLNDC630-0000871423 | APLNDC630-0001763525 |
| APLNDC630-0000871024 | APLNDC630-0001747667 |
| APLNDC630-0000871023 | APLNDC630-0001746430 |
| APLNDC630-0000871036 | APLNDC630-0001755022 |
| APLNDC630-0000871035 | APLNDC630-0001753736 |
| APLNDC630-0000871041 | APLNDC630-0001761117 |
| APLNDC630-0000744430 | APLNDC630-0001761132 |
| APLNDC630-0000744429 | APLNDC630-0001761121 |

Apple v. Samsung
12-cv-0630

July 8, 2013