UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | [PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S MOTION TO INTRODUCE AT THE DAMAGES RETRIAL EVIDENCE CREATED AFTER THE JULY 2012 TRIAL |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative
3  Motion to File Under Seal Documents Relating to Samsung's Motion to Introduce at the Damages
4  Retrial Evidence Created After the July 2012 Trial.
5  Having considered Samsung's motion, and good cause having been shown, the Court
6  GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Exhibit C to the Declaration of Carl G. Anderson (Defendant's Trial Exhibit No. 411 from Case No. 12-cv-00630 (DX411)) | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Samsung, Apple, and third parties claim are confidential. |
| Exhibit D to the Declaration of Carl G. Anderson (Defendant's Trial Exhibit No. 413 from Case No. 12-cv-00630 (DX413)) | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Samsung, Apple, and third parties claim are confidential. |

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Lucy H. Koh
United States District Judge