1    QUINN EMANUEL URQUHART &
     SULLIVAN, LLP
2    John B. Quinn (Bar No. 90378)
     johnquinn@quinnemanuel.com
3    William C. Price (Bar No. 108542)
     williamprice@quinnemanuel.com
4    Michael T. Zeller (Bar No. 196417)
     michaelzeller@quinnemanuel.com
5    865 S. Figueroa St., 10th Floor
     Los Angeles, California 90017
6    Telephone: (213) 443-3000
     Facsimile: (213) 443-3100
7
     Kevin P.B. Johnson (Bar No. 177129)
8    kevinjohnson@quinnemanuel.com
     Victoria F. Maroulis (Bar No. 202603)
9    victoriamaroulis@quinnemanuel.com
     555 Twin Dolphin Drive, 5th Floor
10   Redwood Shores, California  94065-2139
     Telephone:  (650) 801-5000
11   Facsimile:  (650) 801-5100

12   Attorneys for SAMSUNG ELECTRONICS
     CO., LTD., SAMSUNG ELECTRONICS
13   AMERICA, INC. and SAMSUNG
     TELECOMMUNICATIONS AMERICA, LLC

14

15                  UNITED STATES DISTRICT COURT

16        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

17   APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK

18                  Plaintiff,                    **DECLARATION OF CARL G.
                                                  ANDERSON IN SUPPORT OF
19          vs.                                   SAMSUNG'S ADMINISTRATIVE
                                                  MOTION TO FILE UNDER SEAL
20   SAMSUNG ELECTRONICS CO., LTD., a             DOCUMENTS RELATING TO
     Korean business entity; SAMSUNG              SAMSUNG'S MOTION TO INTRODUCE
21   ELECTRONICS AMERICA, INC., a New             AT THE DAMAGES RETRIAL
     York corporation; SAMSUNG                    EVIDENCE CREATED AFTER THE
22   TELECOMMUNICATIONS AMERICA,                  JULY 2012 TRIAL**
     LLC, a Delaware limited liability company,
23
                    Defendants.
24

25

26

27

28

I, Carl G. Anderson, declare:

1.      I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.      Pursuant to Local Rules 7-11 and 79-5, I make this declaration in support of Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Motion to Introduce at the Damages Retrial Evidence Created After the July 2012 Trial ("Samsung's Motion to Introduce Evidence Created After the Initial Trial").

3.      Exhibit C to the Declaration of Carl G. Anderson in support of Samsung's Motion to Introduce Evidence Created After the Initial Trial is Defendant's Trial Exhibit No. 411 from Case No. 12-cv-00630 (DX411). Counsel for Apple declared in the 630 Case that "DX411 is a highly confidential document that discusses Apple's strategy for future corporate plans and has the potential to cause considerable competitive harm to Apple if publicly disclosed." (630 Case, Dkt. 1600-7 at 3.) Apple requested that DX411 be sealed in full, but agreed that pages 1, 2, 4, 5, 10, 11, 13, 14, 25 and 32 may be unsealed if they were shown to the jury. (*Id.*)

4.      The Court granted Apple's request to seal DX411 in full except for pages 1, 2, 4, 5, 10, 11, 13, 14, 25, and 32, if shown in court. (630 Case, Dkt. 1626 at 2.)

5.      DX411 was admitted into evidence in the 630 case. (630 Case, Dkt. 1715 at 1419:21-1420:1.) After admission of the exhibit, the Court stated on the record that pages 1, 2, 4, 5, 10, 11, 13, 14, 25, and 32 of DX411 are not sealed. (*Id.* at 1422:8-10.)

6.      The parties' joint list of exhibits admitted at trial states that all pages of DX411 are sealed except for pages 1, 2, 4, 5, 10, 11, 13, 14, 25 and 32. (630 Case, Dkt. 1866-1 at 3.)

7.      Exhibit D to the Declaration of Carl G. Anderson in support of Samsung's Motion to Introduce Evidence Created After the Initial Trial is Defendant's Trial Exhibit No. 413 from

Case No. 12-cv-00630 (DX413).  Counsel for Apple declared in the 630 Case that "DX413 is a highly confidential document that discusses Apple's strategy for future corporate plans and has the potential to cause considerable competitive harm to Apple if publicly disclosed."  (630 Case, Dkt. 1600-7 at 4.)  Apple requested that DX413 be sealed in full, but agreed that pages 1, 2, 3, 5, 6, 8, 14, 16-18, 42, and 46 may be shown publicly.  (*Id.*)

8.     The Court granted Apple's request to seal DX413 except pages 1, 2, 3, 5, 6, 8, 14, 16-18, 42, and 46, which may be shown in court.  (630 Case, Dkt. 1626 at 3.)

9.     DX413 was admitted into evidence in the 630 case and sealed except for pages .008, .014, and .046.  (630 Case, Dkt. 1623 at 545:20-546:8.)

10.    The parties' joint list of exhibits admitted at trial states that DX413 is sealed except for pages DX413.001, .008, .014, and .046.  (630 Case, Dkt. 1866-1 at 3.)

11.    On January 18, 2016, lead counsel for Apple and Samsung met and conferred in person regarding Samsung's Motion to Introduce Evidence Created After the Initial Trial. Counsel for Apple informed counsel for Samsung that Apple opposes the motion.

12.    During the January 18, 2016 in-person meet and confer between lead counsel for Apple and Samsung, counsel for Apple stated that while it opposes Samsung's Motion to Introduce Evidence Created After the Initial Trial, Apple does not oppose Samsung's submission of Exhibits A-D to the Declaration of Carl G. Anderson in support of Samsung's Motion to Introduce Evidence Created After the Initial Trial, under seal as appropriate.

13.    DX411 and DX413 (Exhibits C and D to the Declaration of Carl G. Anderson in support of Samsung's Motion to Introduce Evidence Created After the Initial Trial) contain information that has been designated as highly confidential by Apple.  Samsung expects that Apple will file a declaration in support of Samsung's Administrative Motion to File Under Seal.

14.    For the foregoing reasons, Samsung requests that Samsung's Administrative Motion to File Under Seal be granted as to DX411 and DX413 (Exhibits C and D to the Declaration of Carl G. Anderson in support of Samsung's Motion to Introduce Evidence Created After the Initial Trial).

1

2          I declare under penalty of perjury under the laws of the United States of America that the

3     foregoing is true and correct.  Executed on January 20, 2016, at San Francisco, California.

4

5                                                      */s/ Carl G. Anderson*

6                                                      Carl G. Anderson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ATTESTATION</u>

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil Local Rules 5-1(1), (3), I hereby attest that Carl G. Anderson has concurred in this filing.

Dated:  January 20, 2016

*/s/ Victoria Maroulis*
Victoria Maroulis