QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR SUPPLEMENTAL DAMAGES AND PREJUDGMENT INTEREST** |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal certain information filed

in connection with Samsung's Opposition to Apple's Motion for Supplemental Damages and Prejudgment Interest.

**RELIEF REQUESTED**

Samsung requests an order granting its motion to file the following documents under seal:

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Samsung's Opposition to Apple's Motion for Supplemental Damages | The portions highlighted in the version submitted under seal and attached to the administrative motion. | Samsung |
| Declaration of Michael Wagner in support of Samsung's Opposition to Apple's Motion for Supplemental Damages | The portions highlighted in the version submitted under seal and attached to the administrative motion. | Samsung |
| Exhibit B to the Declaration of Michael Wagner in support of Samsung's Opposition to Apple's Motion for Supplemental Damages | The portions highlighted in the version submitted under seal and attached to the administrative motion. | Samsung |

Samsung has established that the highlighted portions of these documents should be filed under seal through the Declaration of Brett Arnold filed herewith, as well as the Declarations of James Shin, previously filed at Dkt. 2385-1 and Dkt. 2430.

Compelling reasons, and therefore also good cause, exists to seal the highly confidential financial information included in Samsung's Opposition to Apple's Motion for Supplemental Damages and supporting documents, which cover product- and version-specific unit sales data. *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1223-26 (Fed. Cir. 2013); *see also* Fed. R. Civ. P. 26(c).

The Court previously ordered that this same data be sealed after it was filed. (*See* Order at Dkt. 3326.) Samsung requests that the Court again order that this data be sealed. Samsung also requests that additional limited information be sealed that could be used to ascertain the product- and version-specific unit sales data.

Pursuant to Civil Local Rule 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion to seal. Apple does not oppose Samsung's motion to seal relating to

Samsung's Opposition to Apple's Motion for Supplemental Damages as a procedural mechanism.

Per Dkt. 2935, Samsung will file redacted versions of the documents it seeks to seal after submitting them to Apple's counsel for review.

## CONCLUSION

For the foregoing reasons, Samsung respectfully requests that the Court grant this administrative motion to file under seal.

DATED: January 20, 2016              QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP


                                      */s/ Victoria F. Maroulis*
                                      John B. Quinn
                                      William C. Price
                                      Michael T. Zeller
                                      Kevin P.B. Johnson
                                      Victoria F. Maroulis

                                      Attorneys for SAMSUNG ELECTRONICS CO.,
                                      LTD., SAMSUNG ELECTRONICS AMERICA,
                                      INC., and SAMSUNG
                                      TELECOMMUNICATIONS
                                      AMERICA, LLC

-2-                     Case No. 11-cv-01846-LHK
SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL