QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF BRETT ARNOLD IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR SUPPLEMENTAL DAMAGES AND PREJUDGMENT INTEREST** |

I, Brett Arnold, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Opposition to Apple's Motion for Supplemental Damages and Prejudgment Interest (Samsung's Sealing Motion").

3. Samsung's Sealing Motion seeks to seal the following:

| Document | Portions to be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Samsung's Opposition to Apple's Motion for Supplemental Damages | The portions highlighted in the version submitted under seal and attached to the administrative motion. | Samsung |
| Declaration of Michael Wagner in support of Samsung's Opposition to Apple's Motion for Supplemental Damages | The portions highlighted in the version submitted under seal and attached to the administrative motion. | Samsung |
| Exhibit B to the Declaration of Michael Wagner in support of Samsung's Opposition to Apple's Motion for Supplemental Damages | The portions highlighted in the version submitted under seal and attached to the administrative motion. | Samsung |

4. In response to the Court's September 18, 2015 case management order (Dkt. 3289 at 2), Samsung served and filed under seal highly confidential product- and model-specific monthly unit sales data related to post-verdict sales of certain products. (Dkt. 3308-3; Dkt. 3310.) At the case management conference, and in the order that followed, the Court had stated that Samsung could redact these unit sales numbers when it filed the public version of its Supplemental Damages Statement. (Dkt. 3289 at 2; Dkt. 3291 at 60.) The Court subsequently ordered that there was good cause to seal the data after it was filed. (*See* Order at Dkt. 3326.)

-1-   Case No. 11-cv-01846-LHK
ARNOLD DECL. ISO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

5. The portions of Samsung's documents listed in the chart above contain references to the highly confidential post-verdict sales data the Court previously sealed. This is the same type of "detailed product-specific financial information" that the Federal Circuit held was sealable under the highest "compelling reasons" standard. *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1223-26 (Fed. Cir. 2013). The harm to Samsung from public disclosure of this data is described by the Federal Circuit in its decision, *see id.*, as well as the Declarations of James Shin, previously filed in this action, *see* Dkt. 2385-1; Dkt. 2430. This Court has sealed this same type of information previously. (*See, e.g.*, Dkt. 2575 at 16; Dkt. 3326.)

6. Samsung also requests that limited additional data be sealed that could be used to ascertain the highly confidential post-verdict sales data.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 20, 2016, at Davis, California.

*/s/ Brett Arnold*

Brett Arnold

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rule 5-1(i), I hereby attest that Brett Arnold has concurred in this filing.

Dated: January 20, 2016                 */s/ Victoria Maroulis*
                                        Victoria Maroulis

-3-                                     Case No. 11-cv-01846-LHK
ARNOLD DECL. ISO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL