UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR SUPPLEMENTAL DAMAGES AND PREJUDGMENT INTEREST** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative Motion to File Under Seal Documents Relating to Samsung's Opposition to Apple's Motion for Supplemental Damages and Prejudgment Interest.

Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Opposition to Apple's Motion for Supplemental Damages and Prejudgment Interest | The portions highlighted in the version of the document Samsung submitted under seal with the Court indicating the portions Samsung claims are confidential. |
| Declaration of Michael Wagner in support of Samsung's Opposition to Apple's Motion for Supplemental Damages and Prejudgment Interest | The portions highlighted in the version of the document Samsung submitted under seal with the Court indicating the portions Samsung claims are confidential. |
| Exhibit B to the Declaration of Michael Wagner in support of Samsung's Opposition to Apple's Motion for Supplemental Damages and Prejudgment Interest | The portions highlighted in the version of the document Samsung submitted under seal with the Court indicating the portions Samsung claims are confidential. |

**IT IS SO ORDERED.**

DATED: _____

                                            The Honorable Lucy H. Koh
                                            United States District Judge