QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF CARL ANDERSON IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR SUPPLEMENTAL DAMAGES AND PREJUDGMENT INTEREST** |

I, Carl G. Anderson, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

1. I make this declaration in support of Samsung's Opposition to Apple's Motion for Supplemental Damages and Prejudgment Interest ("Samsung's Opposition").

2. Apple's trial exhibit PX7, titled "Photographs of accused Samsung devices," was admitted into evidence at trial on August 6, 2012. (*See* Dkt. 1889 at 1.) Exhibit PX7 can be found on the docket at Docket Number 1566-2. Images from PX7 are reproduced below and citations to the specific page numbers of the exhibit are also given.

**Galaxy S II Skyrocket**

3. Below are true and correct copies of images Apple presented to the jury of JX1035, the Galaxy S II Skyrocket device that Apple accused at trial, shown in PX7.33 (Dkt. 1566-2 at 33):





1   4.   Attached as Exhibit 1 is a true and correct physical sample of the white-faced Galaxy S II Skyrocket referenced in Samsung's Opposition.   A physical sample of the white-faced Galaxy S II Skyrocket was provided to Apple on September 30, 2015.   (Dkt. 3307 at 1.) Below are images of the front face and back cover of Exhibit 1:



**Galaxy S II Epic 4G Touch**

5. Below are true and correct copies of images Apple presented to the jury of JX1034, the Galaxy S II Epic 4G Touch device that Apple accused at trial, shown in PX7.31 (Dkt. 1566-2 at 31):





6. Attached as Exhibit 2 is a true and correct physical sample of the white-faced Galaxy S II Epic 4G Touch referenced in Samsung's Opposition.   A physical sample of the white-faced Galaxy S II Epic 4G Touch was provided to Apple on September 30, 2015.   (Dkt. 3307 at 1.)   Below are images of the front face and back cover of Exhibit 2:



1      7.     Attached as Exhibit 3 is a true and correct physical sample of the steel gray-faced
Galaxy S II Epic 4G Touch referenced in Samsung's Opposition.   A physical sample of the steel
gray-faced Galaxy S II Epic 4G Touch was provided to Apple on September 30, 2015.   (Dkt.
3307 at 1.)   Below are images of the front face and back cover of Exhibit 3:




1  **Galaxy S II (T-Mobile)**

2  8. Below are true and correct copies of images Apple presented to the jury of JX1033,
3  the Galaxy S II (T-Mobile) device that Apple accused at trial, as shown in PX7.29 (Dkt. 1566-2 at
4  29).





1        9.     Attached as Exhibit 4 is a true and correct physical sample of the white-faced
Galaxy S II (T-Mobile) referenced in Samsung's Opposition.   A physical sample of the white-faced Galaxy S II (T-Mobile) was provided to Apple on September 30, 2015.   (Dkt. 3307 at 1.) Below are images of the front face and back cover of Exhibit 4:



-8-                  Case No. 11-cv-01846-LHK
                     DECLARATION OF CARL ANDERSON

1          10.     Attached as Exhibit 5 is a true and correct physical sample of the steel gray-faced Galaxy S II (T-Mobile) referenced in Samsung's Opposition.   A physical sample of the steel gray-faced Galaxy S II (T-Mobile) was provided to Apple on September 30, 2015.   (Dkt. 3307 at 1.)   Below are images of the front face and back cover of Exhibit 5:



**Droid Charge**

11.     Below is a true and correct copy of an image Apple presented to the jury of JX1025, of the applications screen of the Droid Charge device that Apple accused at trial, shown in PX7.8 (Dkt. 1566-2 at 8):

12. Attached as Exhibit 6 is a true and correct physical sample of the Droid Charge referenced in Samsung's Opposition as having an alternatively designed applications screen in place of the accused D'305 design and incorporating alternatives to the accused functionalities for the '381 and '163 patents. A physical sample of the Droid Charge incorporating Samsung's alternative designs was provided to Apple on September 30, 2015. (Dkt. 3307 at 1.) Below is an image of the applications screen on Exhibit 6:



**Galaxy Prevail**

13. Attached as Exhibit 7 is a true and correct physical sample of the Galaxy Prevail referenced in Samsung's Opposition as incorporating alternatives to the accused functionalities for the '381 and '163 patents. A physical sample of the Galaxy Prevail incorporating Samsung's alternative designs was provided to Apple on September 30, 2015. (Dkt. 3307 at 1.)

**Apple's Utility Patent Infringement Contentions**

14. On August 26, 2011, Apple served on Samsung a document titled "Apple Inc's Disclosure of Asserted Claims & Infringement Contentions" (referred to herein as "Apple's Infringement Contentions"). Apple's Infringement Contentions are available at Docket Number 1014-10.

15. Attached to Apple's Infringement Contentions were exhibits that included infringement claim charts.

16. Attached hereto as Exhibit 8 is a true and correct copy of the claim chart Apple served on Samsung titled "Infringement Claim Chart for U.S. Patent No. 7,469,381 against the Samsung Galaxy Tab 10.1".

17. Attached hereto as Exhibit 9 is a true and correct copy of the claim chart Apple served on Samsung titled "Infringement Claim Chart for U.S. Patent No. 7,864,163".

18. Attached hereto as Exhibit 10 is a true and correct copy of the claim chart Apple served on Samsung titled "Infringement Claim Chart for U.S. Patent No. 7,844,915 against the Samsung Galaxy S 4G Mobile Phone".

19. Apple did not serve separate claim charts for each accused device, but instead stated that "Apple alleges that each of the Accused Instrumentalities infringes Apple's asserted claims in the same manner as disclosed in the exemplary claim charts" and that the exemplary charts therefore "apply equally to all the Accused Instrumentalities that do not have a corresponding chart." Dkt. 1014-10 at 3.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 20, 2016, at San Francisco, CA.

　　　　　　　　　　　　　　　　　　 */s/ Carl G. Anderson*
　　　　　　　　　　　　　　　　　　 Carl G. Anderson

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration and corresponding Exhibits. In compliance with Civil Local Rule 5-1(i), I hereby attest that Carl G. Anderson has concurred in this filing.

Dated: January 20, 2016

*/s/ Victoria Maroulis*
Victoria Maroulis