QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**EXHIBIT 2 TO THE DECLARATION OF CARL ANDERSON: PHYSICAL DEVICE** |

1 **MANUAL FILING NOTIFICATION**

2 This filing was not e-filed for the following reason(s):

3 [_] Unable to Scan Documents

4 [x] Physical Object (please describe):   **One (1) white-faced Galaxy S II Epic 4G**

5 **Touch device**

6 [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

7 [_] Item Under Seal in Criminal Case

8 [_] Conformance with the Judicial Conference Privacy Policy (General Order 53)

9 [_] Other (please describe):

12 DATED:   January 20, 2016         QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP

14                                   By   */s/ Carl G. Anderson*
                                          Carl G. Anderson

16                                   Attorneys for SAMSUNG ELECTRONICS CO.,
                                     LTD., SAMSUNG ELECTRONICS AMERICA,
                                     INC., and SAMSUNG
17                                   TELECOMMUNICATIONS AMERICA, LLC