QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**EXHIBIT 3 TO THE DECLARATION OF CARL ANDERSON: PHYSICAL DEVICE** |

1  **MANUAL FILING NOTIFICATION**

2  This filing was not e-filed for the following reason(s):

3  [_] Unable to Scan Documents

4  [x] Physical Object (please describe):   **One (1) steel gray-faced Galaxy S II Epic 4G**

5  **Touch device**

6  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

7  [_] Item Under Seal in Criminal Case

8  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53)

9  [_] Other (please describe):

10

11

12  DATED:   January 20, 2016            QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
13

14                                       By   */s/ Carl G. Anderson*
                                              Carl G. Anderson
15

16                                       Attorneys for SAMSUNG ELECTRONICS CO.,
                                         LTD., SAMSUNG ELECTRONICS AMERICA,
                                         INC., and SAMSUNG
17                                       TELECOMMUNICATIONS AMERICA, LLC

18

19

20

21

22

23

24

25

26

27

28