1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  John B. Quinn (Bar No. 90378)
   johnquinn@quinnemanuel.com
3  William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
4  Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
5  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
6  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
7
   Kevin P.B. Johnson (Bar No. 177129)
8  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
9  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
10 Redwood Shores, California  94065-2139
   Telephone:   (650) 801-5000
11 Facsimile:   (650) 801-5100

12 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
13 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
14

15                        UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
16

17 | APPLE INC., a California corporation,        | CASE NO. 11-cv-01846-LHK
18 |         Plaintiff,                           | **EXHIBIT 4 TO THE DECLARATION OF CARL ANDERSON: PHYSICAL DEVICE**
19 |    vs.                                       |
20 | SAMSUNG ELECTRONICS CO., LTD., a             |
   | Korean business entity; SAMSUNG              |
21 | ELECTRONICS AMERICA, INC., a New             |
   | York corporation; SAMSUNG                    |
22 | TELECOMMUNICATIONS AMERICA,                  |
   | LLC, a Delaware limited liability company,   |
23 |                                              |
   |         Defendants.                          |
24

25
26
27
28

Case No. 11-cv-01846-LHK
MANUAL FILING NOTIFICATION

**MANUAL FILING NOTIFICATION**

This filing was not e-filed for the following reason(s):

[_]   Unable to Scan Documents

[x]   Physical Object (please describe):   **One (1) white-faced Galaxy S II (T-Mobile) device**

[_]   Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_]   Item Under Seal in Criminal Case

[_]   Conformance with the Judicial Conference Privacy Policy (General Order 53)

[_]   Other (please describe):

DATED:   January 20, 2016          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Carl G. Anderson*
Carl G. Anderson

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

-1-

Case No. 11-cv-01846-LHK
MANUAL FILING NOTIFICATION