QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**EXHIBIT 6 TO THE DECLARATION OF CARL ANDERSON: PHYSICAL DEVICE** |

Case No. 11-cv-01846-LHK
MANUAL FILING NOTIFICATION

**MANUAL FILING NOTIFICATION**

This filing was not e-filed for the following reason(s):

[_]  Unable to Scan Documents

[x]  Physical Object (please describe):   **One (1) Droid Charge device**

[_]  Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_]  Item Under Seal in Criminal Case

[_]  Conformance with the Judicial Conference Privacy Policy (General Order 53)

[_]  Other (please describe):

DATED:   January 20, 2016          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Carl G. Anderson*
     Carl G. Anderson

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC