# EXHIBIT 8
# to the Declaration of Carl Anderson

# Exhibit 6

**Infringement Claim Chart for U.S. Patent No. 7,469,381 against the Samsung Galaxy Tab 10.1**

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| Claim 1 | |
| A computer-implemented method, comprising:<br><br>at a device with a touch screen display: | The Samsung device, which includes a touch screen display, performs a computer-implemented method.<br><br><br><br>(Image of the Samsung Galaxy Tab 10.1 from http://www.samsung.com/us/mobile/galaxy-tab-wifi-only/GT-P7510MAYXAB.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| displaying a first portion of an electronic document; | The Samsung device displays a first portion of an electronic document (zoomed image).<br><br><br><br>**Fig. 1**<br><br>(Screenshot of the Samsung Galaxy Tab 10.1 displaying a first portion of an electronic document.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| detecting a movement of an object on or near the touch screen display;<br><br>in response to detecting the movement, translating the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document,<br><br>wherein the second portion is different from the first portion; | The Samsung device detects the movement of an object (finger) on the touch screen display.  In response to detecting the movement of the object (finger), the Samsung device translates the electronic document in a first direction (to the right).  The Samsung device displays a second portion of the electronic document, as depicted in Fig. 2, below.  The second portion (Fig. 2) is different than the first portion (Fig. 1).<br><br><br><br>**Fig. 2**<br><br>(Screenshot of the Samsung Galaxy Tab 10.1 displaying a second portion of an electronic document.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| in response to an edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display:<br><br>displaying an area beyond the edge of the document, and<br><br>displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion; and | In response to an edge of the electronic document being reached while translating the electronic document in the first direction[1] (to the right), while the object (finger) is still detected on the touch screen, the Samsung device displays an area beyond the edge of the electronic document. The Samsung device also displays a third portion of the electronic document, which is smaller than the first portion. |

---

[1] To the extent that Samsung contends that all instances of translating in the "first direction" require that the document be translated in the same direction with absolute precision and that a human finger is incapable of such precise movement, the use of the Samsung device would nevertheless meet this limitation under the doctrine of equivalents.  Translating a document in a first direction based on the movement of a human finger with minor irregularity is not substantially different from doing so based on an absolutely precise movement.  Moreover, translating a document in a first direction based on the movement of a human finger operates to perform substantially the same function (translating the document), in substantially the same way (by detection the movement of an object), to obtain substantially the same result (translation of a document in a first direction) as translating based on the movement of an object with absolute precision.

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| |  |

**Fig. 3**

(Screenshot of the Samsung Galaxy Tab 10.1 displaying a third portion of an electronic document and an area beyond the edge of the electronic document.)

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| in response to detecting that the object is no longer on or near the touch screen display, translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, | In response to detecting that the object (finger) is no longer on the touch screen display, the Samsung device translates the electronic document in a second direction (to the left), until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, as shown in Fig. 4, below.  **Fig. 4** (Screenshot of the Samsung Galaxy Tab 10.1 displaying a fourth portion of an electronic document.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| wherein the fourth portion is different from the first portion. | As shown in the figure comparison below, the fourth portion of the electronic document is different than the first portion of the electronic document.  |

Fourth Portion

First Portion

**Fig. 4**

(Displaying a fourth portion of a doc.)

**Fig. 1**

(Displaying a first portion (different than the fourth portion))

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 2** | |
| The computer-implemented method of claim **1**, wherein the first portion of the electronic document, the second portion of the electronic document, the third portion of the electronic document, and the fourth portion of the electronic document are displayed at the same magnification. | The Samsung device displays the first, second, third and fourth portion of the electronic document at the same magnification.<br><br><br>Fig. 1<br>First Portion<br><br><br>Fig. 2<br>Second Portion<br><br><br>Fig. 3<br>Third Portion<br><br><br>Fig. 4<br>Fourth Portion |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 3** | |
| The computer-implemented method of claim **1**, wherein the movement of the object is on the touch screen display. | As shown above for claim 1, the movement of the object (finger) is on the touch screen display. |
| **Claim 4** | |
| The computer-implemented method of claim **1**, wherein the object is a finger. | As shown above for claim 1, the object that is detected is the user's finger. |
| **Claim 5** | |
| The computer-implemented method of claim 1, wherein the first direction is a vertical direction, a horizontal direction, or a diagonal direction. | The first direction is a horizontal direction (to the right).  (Screenshot of the Samsung Galaxy Tab 10.1 moving the object in a first, horizontal direction.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 6** | |
| The computer-implemented method of claim **1**, wherein the electronic document is a web page. | The Samsung device performs the computer implemented method of claim 1 on a web page. <br><br>  <br> Displaying a first portion of a document (web page). <br><br>  <br> Displaying a second portion by moving in a first direction (right) in response to finger movement. <br><br> Area Beyond Edge <br>  <br> Displaying an area beyond edge and smaller third portion while moving in first direction. <br><br>  <br> When finger is lifted, document is translated in second direction to display a fourth portion with no area beyond edge. |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 7** | |
| The computer-implemented method of claim **1**, wherein the electronic document is a digital image. | As shown above for claim 1, above, the electronic document is a digital image.<br><br><br><br>(Screenshot of the Samsung Galaxy Tab 10.1 depicting a zoomed portion of an electronic document.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 9** | |
| The computer-implemented method of claim **1**, wherein the electronic document includes a list of items. | The Samsung device performs the computer implemented method of claim 1 on a list of items in an image document<br><br><br><br>Area Beyond Edge<br><br>Displaying a first portion of an image document (including a list of items) · Displaying a second portion by moving in a first direction (up) in response to finger movement · Displaying an area beyond edge and smaller third portion while moving in first direction · When finger is lifted, document is translated in second direction (down) to display a fourth portion with no area beyond edge. |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 10** | |
| The computer-implemented method of claim **1**, wherein the second direction is opposite the first direction. | As shown above for claim 1, the first direction is to the right and the second direction is to the left (opposite the first direction).<br><br><br><br>(Moving in a first direction)      (Moving in a second direction) |
| **Claim 11** | |
| The computer-implemented method of claim **1**, wherein translating in the first direction prior to reaching an edge of the document has an associated speed of translation that corresponds to a speed of movement of the object. | On the Samsung device, when the electronic document is translated in the first direction prior to reaching an edge of the electronic document, the electronic document has an associated speed of translation that corresponds to the speed of the object (finger) movement. |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 12** | |
| The computer-implemented method of claim 1, wherein translating in the first direction is in accordance with a simulation of an equation of motion having friction. | On the Samsung device, when translating the electronic document (Web page) in the first direction, the translation (after reaching the edge of the electronic document) is in accordance with a simulation of an equation of motion having friction.<br><br><br><br>(Screenshots of the Samsung Galaxy Tab 10.1 depicting an electronic document (Web page) translating in accordance with a simulation of an equation of friction.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 13** | |
| The computer-implemented method of claim **1**, wherein the area beyond the edge of the document is black, gray, a solid color, or white. | As shown in claim 1, the area beyond the edge of the electronic document is black. |
| **Claim 14** | |
| The computer-implemented method of claim **1**, wherein the area beyond the edge of the document is visually distinct from the document. | As shown in claim 1, the area beyond the edge of the electronic document is black, which is visually distinct from the electronic document (zoomed image) which is mostly white. |
| **Claim 15** | |
| The computer-implemented method of claim **1**, wherein translating the document in the second direction is a damped motion. | On the Samsung device, when the electronic document moves in the second direction, the motion is a damped motion.  For example, the electronic document slows as it nears the end of the translation. |
| **Claim 16** | |
| The computer-implemented method of claim **1**, wherein changing from translating in the first direction to translating in the second direction until the area beyond the edge of the document is no longer displayed makes the edge of the electronic document appear to be elastically attached to an edge of the touch screen display or to an edge displayed on the touch screen display. | On the Samsung device, when changing from translating in a first direction to a second direction, until the edge of the document is no longer displayed, makes the electronic document appear to be elastically attached to the edge of the touch screen display. |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 17** | |
| The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated translating distance that corresponds to a distance of movement of the object prior to reaching the edge of the electronic document; | On the Samsung device, translating in the first direction prior to reaching the edge of the electronic document (contact list) has a first associated translating distance that corresponds to a distance of movement of the object (finger) prior to reaching the edge of the electronic document (contact list).<br><br><br><br>(Screenshots of the Samsung Galaxy Tab 10.1 depicting an electronic document (Web page) translating a distance that corresponds to the distance of movement of the object (finger).) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| and wherein displaying an area beyond the edge of the electronic document comprises translating the electronic document in the first direction for a second associated translating distance, <br><br> wherein the second associated translating distance is less than a distance of movement of the object after reaching the edge of the electronic document. | When the Samsung device displays an area beyond the edge of the electronic document (Web page), the Samsung device translates the electronic document (Web page) in the first direction for a second associated translating distance.  The second associated translating distance is less than a distance of movement of the object (finger) after reaching the edge of the electronic document (Web page). <br><br>  <br><br> (Screenshots of the Samsung Galaxy Tab 10.1 depicting an electronic document (Web page) translating a distance that is less than a distance of movement of the object (finger).) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 18** | |
| The computer-implemented method of claim 1, wherein translating in the first direction prior to reaching the edge of the electronic document has a first associated translating speed that corresponds to a speed of movement of the object, and | On the Samsung device, translating in the first direction prior to reaching the edge of the electronic document (Web page) has a first associated translating speed that corresponds to a speed of movement of the object (finger).<br><br><br><br>(Screenshots of the Samsung Galaxy Tab 10.1 depicting an electronic document (Web page) translating with a first translating speed that corresponds to the speed of movement of the object (finger).) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| wherein displaying an area beyond the edge of the electronic document comprises translating the electronic document in the first direction at a second associated translating speed, <br><br> wherein the second associated translating speed is slower than the first associated translating speed. | When the Samsung device displays an area beyond the edge of the electronic document (Web page), the Samsung device translates the electronic document (Web page) in the first direction at a second associated translating speed.  The second associated translating speed is slower than the first associated translating speed. <br><br>   <br><br> (Screenshots of the Samsung Galaxy Tab 10.1 depicting an electronic document (Web page) translating at a second translating speed, which is slower than the first translating speed.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 19** | |
| A device, comprising:<br><br>a touch screen display;<br><br>one or more processors;<br><br>memory; and<br><br>one or more programs, | The Samsung device includes a touch screen display, one or more computer processors, computer memory, and one or more computer programs.<br><br><br>(Image of the Samsung Galaxy Tab 10.1 from http://www.samsung.com/us/mobile/galaxy-tab-wifi-only/GT-P7510MAYXAB.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the programs including: instructions for displaying a first portion of an electronic document; | On the Samsung device, the one or more computer programs are stored in computer memory and are configured to be executed by the one or more computer processors. The one or more computer programs include instructions for displaying a first portion of an electronic document (zoomed image), as shown below in Fig. 5.).  **Fig. 5** (Screenshot of the Samsung Galaxy Tab 10.1 displaying a first portion of an electronic document.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| instructions for detecting a movement of an object on or near the touch screen display;<br><br>instructions for translating the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion, in response to detecting the movement; | The Samsung device includes instructions for detecting movement of an object (finger) on the touch screen display. The instructions are also for translating the electronic document displayed on the touch screen device in a first direction (to the right) to display a second portion of the electronic document. The second portion shown in Fig. 6, below is different than the first portion shown in Fig. 5, above.<br><br><br><br>**Fig. 6**<br><br>(Screenshot of the Samsung Galaxy Tab 10.1 displaying a second portion of an electronic document.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| instructions for displaying an area beyond an edge of the electronic document and displaying a third portion of the electronic document, wherein the third portion is smaller than the first portion, in response to the edge of the electronic document being reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and | The Samsung device includes instructions for displaying an area beyond the edge of the electronic document and displaying a third portion of the electronic document.  The third portion, shown below in Fig. 7, is smaller than the first portion, shown above in Fig. 5.  The third portion and the area beyond the edge are displayed in response to the edge of the electronic document being reached while translating the electronic document in the first direction[2] while the object (finger) is still detected on the touch screen display. |

---

[2] To the extent that Samsung contends that all instances of translating in the "first direction" require that the document be translated in the same direction with absolute precision and that a human finger is incapable of such precise movement, the use of the Samsung device would nevertheless meet this limitation under the doctrine of equivalents.  Translating a document in a first direction based on the movement of a human finger with minor irregularity is not substantially different from doing so based on an absolutely precise movement.  Moreover, translating a document in a first direction based on the movement of a human finger operates to perform substantially the same function (translating the document), in substantially the same way (by detection the movement of an object), to obtain substantially the same result (translation of a document in a first direction) as translating based on the movement of an object with absolute precision.

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| | 

**Fig. 7**

(Screenshot of the Samsung Galaxy Tab 10.1 displaying a third portion of an electronic document and an area beyond the edge of the electronic document.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| instructions for translating the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, | The Samsung device includes instructions for translating the electronic document in a second direction (to the left), until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document.  As shown below in Fig. 8, the fourth portion of the electronic document is different than the first portion of the electronic document, shown above in Fig. 5.<br><br>The electronic document is translated in the second direction when the Samsung device no longer detects the object (finger) on the touch screen display.<br><br><br>**Fig. 8**<br>(Screenshot of the Samsung Galaxy Tab 10.1 displaying a fourth portion of an electronic document.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| wherein the fourth portion is different from the first portion, in response to detecting that the object is no longer on or near the touch screen display. | As shown in the figure comparison below, the fourth portion of the electronic document is different than the first portion of the electronic document. |

Fourth Portion

First Portion



**Fig. 8**

(Displaying a fourth portion of a doc.)

**Fig. 5**

(Displaying a first portion
(different than the fourth portion))

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| **Claim 20** | |
| A computer readable storage medium having stored therein instructions, which when executed by a device with a touch screen display, cause the device to: | The Samsung device, which has a touch screen display, includes a computer readable storage medium having stored therein instructions.<br><br><br>(Image of the Samsung Galaxy Tab 10.1 from http://www.samsung.com/us/mobile/galaxy-tab-wifi-only/GT-P7510MAYXAB.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| display a first portion of an electronic document; | The instructions, when executed by the Samsung device, cause the Samsung device to display a first portion of an electronic document (zoomed image).<br><br><br><br>**Fig. 9**<br><br>(Screenshot of the Samsung Galaxy Tab 10.1 displaying a first portion of an electronic document.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| detect a movement of an object on or near the touch screen display;<br><br>translate the electronic document displayed on the touch screen display in a first direction to display a second portion of the electronic document, wherein the second portion is different from the first portion, in response to detecting the movement | The instructions also cause the Samsung device to detect the movement of an object (finger) on or near the touch screen display.  The instructions also cause the Samsung device to translate the displayed electronic document in a first direction (to the right) to display a second portion of the electronic document, as depicted in Fig. 10, below.  The electronic document is translated in response to detecting the movement of the object (finger). The second portion (Fig.10) is different than the first portion (Fig. 9).<br><br><br>**Fig. 10**<br><br>(Screenshot of the Samsung Galaxy Tab 10.1 displaying a second portion of an electronic document.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| display an area beyond an edge of the electronic document and display a third portion of the electronic document, wherein the third portion is smaller than the first portion, if the edge of the electronic document is reached while translating the electronic document in the first direction while the object is still detected on or near the touch screen display; and | The instructions also cause the Samsung device to display an area beyond the edge of the electronic document and a third portion of the electronic document when the edge of the electronic document is reached while translating the electronic document in the first direction[3] (to the right), while the object (finger) is still detected on the touch screen. The third portion of the electronic document is smaller than the first portion. (Compare the third portion of electronic document in Fig. 11, below, to the first portion of the electronic document in Fig. 9, above.) |

---

[3] To the extent that Samsung contends that all instances of translating in the "first direction" require that the document be translated in the same direction with absolute precision and that a human finger is incapable of such precise movement, the use of the Samsung device would nevertheless meet this limitation under the doctrine of equivalents.  Translating a document in a first direction based on the movement of a human finger with minor irregularity is not substantially different from doing so based on an absolutely precise movement.  Moreover, translating a document in a first direction based on the movement of a human finger operates to perform substantially the same function (translating the document), in substantially the same way (by detection the movement of an object), to obtain substantially the same result (translation of a document in a first direction) as translating based on the movement of an object with absolute precision.

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| | <br><br>**Fig. 11**<br>(Screenshot of the Samsung Galaxy Tab 10.1 displaying a third portion of an electronic document and an area beyond the edge of the electronic document.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| translate the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed to display a fourth portion of the electronic document, | The instructions also cause the Samsung device to translate the electronic document in a second direction until the area beyond the edge of the electronic document is no longer displayed.  After the electronic document is translated, the Samsung device displays a fourth portion of the electronic document, as shown in Fig. 12, below.  **Fig. 12** (Screen shot of the Samsung Galaxy Tab 10.1 displaying a fourth portion of an electronic document.) |

| U.S. Patent No. 7,469,381 | Samsung Galaxy Tab 10.1 |
|---|---|
| wherein the fourth portion is different from the first portion, in response to detecting that the object is no longer on or near the touch screen display. | The fourth portion of the electronic document is displayed when the Samsung device detects that the object (finger) is no longer on the touch screen display.<br><br>As shown in the figure comparison below, the fourth portion of the electronic document is different than the first portion of the electronic document.<br><br><br><br>**Fig. 12**<br>(Displaying a fourth portion of a doc.)<br><br>**Fig. 9**<br>(Displaying a first portion (different than the fourth portion)) |