# EXHIBIT 9
# to the Declaration of Carl Anderson

# Exhibit 12

**Infringement Claim Chart for U.S. Patent No. 7,864,163**

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 2** | |
| A computer-implemented method, comprising:<br><br>displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | The Samsung device performs a computer-implemented method.<br><br>The Samsung device displays at least a portion of a structured electronic document (www.nytimes.com web page) on the touch screen display; the structured electronic document includes a plurality of boxes of content (first box and second box).<br><br><br><br>(The Samsung device displaying a web page.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| detecting a first gesture at a location on the displayed portion of the structured electronic document;<br><br>determining a first box in the plurality of boxes at the location of the first gesture; enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display; | The Samsung device detects a first gesture (finger double tap) at a location on the displayed portion of the structured electronic document.<br><br>The Samsung device determines a first box in the plurality of boxes at the location of the first gesture.<br><br>The Samsung device enlarges and translates the structured electronic document so that the first box is substantially centered on the touch screen display.<br><br><br><br>(First box enlarged and translated on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| while the first box is enlarged, detecting a second gesture on a second box other than the first box; and in response to detecting the second gesture, translated the structured electronic document so that the second box is substantially centered on the touch screen display. | While the first box is enlarged, the Samsung device detects a second gesture (finger single tap) on a second box other than the first box.<br><br>In response to detecting the second gesture, the Samsung device translates the structured electronic document so that the second box is substantially centered on the touch screen display.<br><br><br><br>enlarged first box    second box<br><br>(Second box translated and centered on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 4** | |
| The method of claim **2**, wherein the structured electronic document is a web page. | The structured electronic document is a web page (www.nytimes.com).<br><br><br><br>(The Samsung device displaying a web page.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 5** | |
| The method of claim **2**, wherein the structured electronic document is an HTML or XML document. | The structured electronic document is a HTML document (www.nytimes.com web page). (The Samsung device displaying a HTML document.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 6** | |
| The method of claim **2**, wherein: the structured electronic document has a document width and a document length; the touch screen display has a display width; and displaying at least a portion of the structured electronic document comprises scaling the document width to fit within the display width independent of the document length. | The structured electronic document (www.nytimes.com web page) has a document width and a document length. The Samsung device has a touch screen display that has a display width. Displaying the at least a portion of the structured electronic document includes scaling the document width to fit within the display width independent of the document length. (The Samsung device scaling document width independent of document length.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 7** | |
| The method of claim **6**, wherein: the touch screen display is rectangular with a short axis and a long axis; the display width corresponds to the short axis when the structured electronic document is seen in portrait view; and the display width corresponds to the long axis when the structured electronic document is seen in landscape view. | The Samsung device has a touch screen display that is rectangular with a short axis and a long axis. The display width corresponds to the short axis when the structured electronic document (www.nytimes.com web page) is seen in portrait view. The display width corresponds to the long axis when the structured electronic document is seen in landscape view. (The Samsung device scaling displaying in portrait and landscape views.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 8** | |
| The method of claim **2**, wherein the plurality of boxes are defined by a style sheet language. | The plurality of boxes (first box and second box) is defined by a style sheet language (Cascading Style Sheets (CSS)). (The Samsung device displaying a CSS-defined web page.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 9** | |
| The method of claim **8**, wherein the style sheet language is a cascading style sheet language. | The style sheet language is a cascading style sheet language. |

(The Samsung device displaying a CSS-defined web page.)

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 10** | |
| The method of claim **2**, wherein the first gesture is a finger gesture. | The first gesture is a finger gesture (finger double tap). (First box enlarged and translated on the Samsung device by a finger gesture.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 11** | |
| The method of claim **2**, wherein the first gesture is a stylus gesture. | The first gesture is a stylus gesture (stylus double tap).<br><br><br><br>Stylus<br><br>(First box enlarged and translated on the Samsung device by a stylus gesture.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 12** | |
| The method of claim **2**, wherein the first gesture is a tap gesture. | The first gesture is a tap gesture (finger double tap).<br><br><br><br>(First box enlarged and translated on the Samsung device by a finger tap gesture.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 13** | |
| The method of claim **12**, wherein the first gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers. | The first gesture is a double tap with a single finger.<br><br><br><br>(First box enlarged and translated on the Samsung device by a double tap with a single finger.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 17** | |
| The method of claim **2**, wherein enlarging and translating the structured electronic document comprises displaying at least a portion of the second box of the plurality of boxes of content on the touch screen display. | Enlarging and translating the structured electronic document, in the Samsung device, includes displaying at least a portion of the second box of the plurality of boxes of content on the touch screen display.<br><br><br>second box →<br><br>(Second box as it is displayed just prior to enlarging and translating.)<br><br><br><br>(First box enlarged and translated on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 18** | |
| The method of claim **2**, wherein enlarging comprises expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display. | Enlarging, in the Samsung device, includes expanding the first box so that the width of the first box is substantially the same as the width of the touch screen display.<br><br><br><br>(First box expanded to substantially the width of the display on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 27** | |
| The method of claim **2**, including:<br><br>detecting a third gesture on the enlarged second box; and in response to detecting the third gesture, reducing in size the displayed portion of the structured electronic document. | The Samsung device detecting a third gesture (finger double tap) on the enlarged second box; and in response to detecting the third gesture, reducing in size the displayed portion of the structured electronic document (www.nytimes.com web page).<br><br><br><br>(First box prior to reduction in size on the Samsung device.)<br><br><br><br>(First box, reduced in size, after detecting a third gesture on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 28** | |
| The method of claim **27**, wherein the first box returns to its size prior to being enlarged. | After the Samsung device detects a third gesture (finger double tap), the first box returns to its size prior to being enlarged.<br><br><br><br>(First box returned to the same size prior to enlargement on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 29** | |
| The method of claim **27**, wherein the third gesture and the first gesture are the same type of gesture. | The third gesture and the first gesture are the same type of gesture (finger double tap).<br><br><br><br>(First box, reduced in size, after detecting a finger double tap on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 30** | |
| The method of claim **27**, wherein the third gesture is a finger gesture. | The third gesture is a finger gesture (finger double tap). <br><br> <br><br> (First box, reduced in size, after detecting a finger double tap on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 31** | |
| The method of claim **27**, wherein the third gesture is a stylus gesture. | The third gesture is a stylus gesture (stylus double tap).<br><br><br><br>(First box, reduced in size, after detecting a stylus double tap on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 32** | |
| The method of claim **27**, wherein the third gesture is a tap gesture. | The third gesture is a tap gesture (double tap).<br><br><br><br>(First box, reduced in size, after detecting a finger double tap on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 33** | |
| The method of claim **32**, wherein the third gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers. | The third gesture is a double tap with a single finger.<br><br><br><br>(First box, reduced in size, after detecting a single finger double tap on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 34** | |
| The method of claim **2**, wherein the second gesture and the first gesture are the same type of gesture. | The second gesture and the first gesture are the same type of gesture (finger gesture). (First box enlarged by a first finger gesture on the Samsung device.) (Second box translated by a second finger gesture on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 35** | |
| The method of claim **2**, wherein the second gesture is a finger gesture. | The second gesture is a finger gesture.<br><br><br><br>(Second box translated by a second finger gesture on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 36** | |
| The method of claim **2**, wherein the second gesture is a stylus gesture. | The second gesture is a stylus gesture.<br><br><br><br>Stylus<br><br>(Second box translated by a stylus gesture on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 37** | |
| The method of claim **2**, wherein the second gesture is a tap gesture. | The second gesture is a tap gesture (finger single tap). (Second box translated by a finger single tap on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 38** | |
| The method of claim **37**, wherein the second gesture is a double tap with a single finger, a double tap with two fingers, a single tap with a single finger, or a single tap with two fingers. | The second gesture is a single tap with a single finger.<br><br><br><br>(Second box translated by a finger single tap on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 39** | |
| The method of claim **2**, including:<br><br>detecting a swipe gesture on the touch screen display; and in response to detecting the swipe gesture, translating the displayed portion of the structured electronic document on the touch screen display. | The Samsung device detects a swipe gesture (finger swipe) and, in response to detecting the swipe gesture, translates the displayed portion of the structured electronic document (www.nytimes.com web page) on the touch screen display.<br><br><br><br>(The Samsung device translating in response to a finger swipe.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 40** | |
| The method of claim **39**, wherein translating comprises vertical, horizontal, or diagonal movement of the structured electronic document on the touch screen display. | Translating, in the Samsung device, includes vertical movement (scrolling) of the structured electronic document (www.nytimes.com web page) on the touch screen display.<br><br><br><br>(The Samsung device displaying a vertically translated web page.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 41** | |
| The method of claim **39**, wherein the swipe gesture is a finger gesture. | The swipe gesture is a finger gesture (finger swipe). <br><br> <br><br> (The Samsung device displaying web page translated by a finger swipe.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 42** | |
| The method of claim **39**, wherein the swipe gesture is a stylus gesture. | The swipe gesture is a stylus gesture (stylus swipe).<br><br>Stylus<br><br><br><br>(The Samsung device displaying web page translated by a stylus swipe.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 47** | |
| The method of claim **2**, including:<br><br>detecting a change in orientation of the device,<br><br>in response to detecting the change in orientation of the device, rotating the displayed portion of the structured electronic document on the touch screen display by 90° | The Samsung device detects a change a change in orientation of the device.<br><br>In response to detecting the change in orientation of the device, the Samsung device rotates the displayed portion of the structured electronic document (www.nytimes.com web page) on the touch screen display by 90° (portrait to landscape).<br><br><br><br>(Samsung device responding to a change in orientation.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 48** | |
| The method of claim **2**, including:<br><br>detecting a multi-finger de-pinch gesture on the touch screen display,<br><br>in response to detecting the multi-finger de-pinch gesture, enlarging a portion of the displayed portion of the structured electronic document on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multifinger de-pinch gesture. | The Samsung device detects a multi-finger de-pinch gesture on the touch screen display.<br><br>In response to detecting the multi-finger de-pinch gesture, the Samsung device enlarges a portion of the displayed portion of the structured electronic document (www.nytimes.com web page) on the touch screen display in accordance with a position of the multi-finger de-pinch gesture and an amount of finger movement in the multifinger de-pinch gesture.<br><br><br><br>(Samsung device enlarging in response to a de-pinch gesture.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 49** | |
| A graphical user interface on a portable electronic device with a touch screen display, comprising: | The Samsung device, which is a portable electronic device with a touch screen display, includes a graphical user interface.<br><br><br><br>(A graphical user interface on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| at least a portion of a structured electronic document, wherein the structured electronic document comprises a plurality of boxes of content; | The graphical user interface includes at least a portion of a structured electronic document (www.nytimes.com web page), wherein the structured electronic document comprises a plurality of boxes (first box and second box) of content. (The Samsung device displaying a web page.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| wherein:<br><br>in response to detecting a first gesture at a location on the portion of the structured electronic document:<br><br>a first box in the plurality of boxes at the location of the first gesture is determined; the structured electronic document is enlarged and translated so that the first box is substantially centered on the touch screen display; | The Samsung device detects a first finger tap (finger double tap) gesture at a location on the displayed portion of the structured electronic document.<br><br>The Samsung device determines a first box of in the plurality of boxes at the location of the first gesture.<br><br>The Samsung device enlarges and translates the structured electronic document so as to substantially center the first box on the touch screen display.<br><br><br><br>(First box enlarged and translated on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| while the first box is enlarged, a second gesture is detected on a second box other than the first box; and<br><br>in response to detecting the second gesture, the structured electronic document is translated so that the second box is substantially centered on the touch screen display. | While the first box is enlarged, the Samsung device detects a second gesture on a second box other than the first box.<br><br>In response to the second gesture, the Samsung device translates the second box so that the second box is substantially centered on the touch screen display.<br><br><br><br>enlarged first box       second box<br><br>(Second box translated and centered on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 50** | |
| A portable electronic device, comprising:<br>a touch screen display;<br>one or more processors;<br>memory; and<br>one or more programs, | The Samsung device, which is a portable electronic device, includes a touch screen display, one or more computer processors, computer memory, and one or more computer programs.<br><br><br><br>(The Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| wherein the one or more programs are stored in the memory and configured to be executed by the one or more processors, the one or more programs including:<br><br>instructions for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | In the Samsung device, the one or more computer programs are stored in the computer memory and are configured to be executed by one or more of the one or more computer processors.<br><br>The one or more programs include instructions for displaying at least a portion of the structured electronic document (www.nytimes.com web page) on the touch screen display.  The structured electronic document includes a plurality of boxes of content (first box and second box).<br><br><br><br>(The Samsung device displaying a web page.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| instructions for detecting a first gesture at a location on the displayed portion of the structured electronic document;<br><br>instructions for determining a first box in the plurality of boxes at the location of the first gesture;<br><br>instructions for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display; | The one or programs include instructions for detecting a first gesture (finger double tap) at a location on the displayed portion of the structured electronic document<br><br>The one or programs include instructions for determining a first box in the plurality of boxes at the location of the first gesture.<br><br>The one or programs include instructions for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display.<br><br><br><br>(First box enlarged and translated on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| instruction for, while the first box is enlarged, detecting a second gesture on a second box other than the first box; and<br><br>instructions for, in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the touch screen display. | The one or programs include instructions for, while the first box is enlarged, detecting a second gesture (finger single tap) on a second box other than the first box.<br><br>The one or programs include instructions for, in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the touch screen display.<br><br><br><br>enlarged first box          second box<br><br>(Second box translated and centered on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 51** | |
| A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by a portable electronic device with a touch screen display, cause the device to: | The Samsung device, which is a portable electronic device with a touch screen display, includes a non-transitory computer readable storage medium having stored therein one or more programs.  The one or more programs including instructions for causing the Samsung device to perform certain functions.<br><br><br><br>(The Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| display at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | The Samsung device displays at least a portion of a structured electronic document (www.nytimes.com web page) on the touch screen display; the structured electronic document includes a plurality of boxes of content (first box and second box).<br><br><br><br>(The Samsung device displaying a web page.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| detect a first gesture at a location on the displayed portion of the structured electronic document;<br><br>determine a first box in the plurality of boxes at the location of the first gesture; enlarge and translate the structured electronic document so that the first box is substantially centered on the touch screen display; | The Samsung device detects a first gesture (finger double tap) at a location on the displayed portion of the structured electronic document.<br><br>The Samsung device determines a first box in the plurality of boxes at the location of the first gesture.<br><br>The Samsung device enlarges and translates the structured electronic document so that the first box is substantially centered on the touch screen display.<br><br><br><br>(First box enlarged and translated on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| while the first box is enlarged, detect a second gesture on a second box other than the first box; and<br><br>in response to detecting the second gesture, translate the structured electronic document so that the second box is substantially centered on the touch screen display. | While the first box is enlarged, the Samsung device detects a second gesture (finger single tap) on a second box other than the first box;<br><br>In response to detecting the second gesture, the Samsung device translates the structured electronic document so that the second box is substantially centered on the touch screen display.<br><br><br><br>enlarged first box          second box<br><br>(Second box translated and centered on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| **Claim 52** | |
| A portable electronic device with a touch screen display, comprising:<br><br>means for displaying at least a portion of a structured electronic document on the touch screen display, wherein the structured electronic document comprises a plurality of boxes of content; | The Samsung device, which is an electronic device with a touch screen display, includes, a processor executing computer instructions for displaying at least a portion of a structured electronic document (www.nytimes.com web page) on the touch screen display, the structured electronic document includes a plurality of boxes of content (first box and second box).<br><br><br><br>second box          first box<br><br>(The Samsung device displaying a web page.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| means for detecting a first gesture at a location on the displayed portion of the structured electronic document;

means for determining a first box in the plurality of boxes at the location of the first gesture;

means for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display; | The Samsung device includes a processor executing computer instructions for detecting a first gesture (finger double tap) at a location on the displayed portion of the structured electronic document.

The Samsung device includes a processor executing computer instructions for determining a first box in the plurality of boxes at the location of the first gesture.

The Samsung device includes a processor executing computer instructions for enlarging and translating the structured electronic document so that the first box is substantially centered on the touch screen display.

(First box enlarged and translated on the Samsung device.) |

| U.S. Patent No. 7,864,163 | Samsung Galaxy S 4G |
|---|---|
| means for, while the first box is enlarged, detecting a second gesture on a second box other than the first box; and<br><br>means for, in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the touch screen display. | The Samsung device includes a processor executing computer instructions for, while the first box is enlarged, detecting a second gesture (finger single tap) on a second box other than the first box;<br><br>The Samsung device includes a processor executing computer instructions for, in response to detecting the second gesture, translating the structured electronic document so that the second box is substantially centered on the touch screen display.<br><br><br><br>enlarged first box          second box<br><br>(Second box translated and centered on the Samsung device.) |