# EXHIBIT 10
# to the Declaration of Carl Anderson

# Exhibit 15

**Infringement Claim Chart for U.S. Patent No. 7,844,915 against the Samsung Galaxy S 4G Mobile Phone**

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| **Claim 1** | |
| A machine implemented method for scrolling on a touch-sensitive display of a device comprising: | The Samsung device, which includes a touch-sensitive display, performs a machine implemented method for scrolling on the touch-sensitive display. (Screenshot of the Samsung Galaxy S 4G scrolling an image.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| receiving a user input, the user input is one or more input points applied to the touch-sensitive display that is integrated with the device; | The Samsung device receives a user input. The user input includes one or more input points (one or more fingers) applied to the touch-sensitive display that is integrated with the Samsung device.<br><br>(Screenshot of the Samsung Galaxy S 4G receiving user input.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| creating an event object in response to the user input;<br><br>determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation; | The Samsung device, via the Android platform on which the device operates, creates an event object in response to the user input and determines whether the event object invokes a scroll or gesture operation by distinguishing between a single input point (single finger) applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points (two or more fingers) applied to the touch-sensitive display that are interpreted as the gesture operation.<br><br>As an example, under the Android platform, a MotionEvent object is created in response to a touch on the touchscreen. (Android Developers Site at Class MotionEvent) (Available at http://developer.android.com/reference/android/view/MotionEvent.html.)<br><br>     <br><br>(Screenshots of the Samsung Galaxy S 4G scrolling in response to a single input point applied to the touch-sensitive display and scaling in response to two or more input points applied to the touch-sensitive display.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| issuing at least one scroll or gesture call based on invoking the scroll or gesture operation;<br><br>responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object based on an amount of a scroll with the scroll stopped at a predetermined position in relation to the user input; and | The Samsung device issues at least one scroll or gesture call based on invoking the scroll or gesture operation.  The Samsung device responds to at least one scroll call, if issued, by scrolling a window having a view associated with the event object based on an amount of a scroll with the scroll stopped at a predetermined position in relation to the user input.<br><br> <br><br>(Screenshot of the Samsung Galaxy S 4G scrolling an image.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points in the form of the user input. | The Samsung device responds to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points (two or more fingers) in the form of the user input.     (Screenshot of the Samsung Galaxy S 4G scaling an image.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| **Claim 2** | |
| The method as in claim **1**, further comprising:<br><br>rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolling region exceeds a window edge based on the scroll. | The Samsung device rubberbands a scrolling region displayed within the window by a predetermined maximum displacement when the scrolling region exceeds a window edge based on the scroll.<br><br>(Screenshots of the Samsung Galaxy S 4G rubberbanding an image.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
| --- | --- |
| **Claim 3** | |
| The method as in claim **1**, further comprising:<br><br>attaching scroll indicators to a content edge of the window. | The Samsung device attaches scroll indicators to the window edge.<br><br>Scroll indicator<br>Content edge of the window<br><br>(Screenshot of the Samsung Galaxy S 4G attaching a scroll indicator to a content edge of the window.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| **Claim 4** | |
| The method as in claim **1**, further comprising:<br><br>attaching scroll indicators to the window edge. | The Samsung device attaches scroll indicators to the window edge.<br><br>Scroll indicator<br>Window edge<br><br>(Screenshot of the Samsung Galaxy S 4G attaching a scroll indicator to the window edge.) |
| **Claim 5** | |
| The method as in claim **1**, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period. | The Samsung device determines whether the event object invokes a scroll or gesture operation based on receiving a drag user input for a certain time period. |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| **Claim 7** | |
| The method as in claim **1**, wherein the device is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone. | The Samsung device is a cell phone.<br><br>(Screenshot of the Samsung Galaxy S 4G displaying a call menu.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| **Claim 8** | |
| A machine readable storage medium storing executable program instructions which when executed cause a data processing system to perform a method comprising: | The Samsung device includes a computer readable storage medium storing executable program instructions. The executable program instructions, when executed, cause the Samsung device to perform a method. |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| receiving a user input, the user input is one or more input points applied to a touch-sensitive display that is integrated with the data processing system; | The instructions, when executed, cause the Samsung device to receive a user input. The user input includes one or more input points (one or more fingers) applied to the touch-sensitive display that is integrated with the Samsung device.<br><br>(Screenshot of the Samsung Galaxy S 4G receiving user input.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
| --- | --- |
| creating an event object in response to the user input;<br><br>determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation; | The instructions, when executed, cause the Samsung device, via the Android platform on which the device operates, to create an event object in response to the user input. The instructions, when executed, also cause the Samsung device to determine whether the event object invokes a scroll or gesture operation by distinguishing between a single input point (single finger) applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points (two or more fingers) applied to the touch-sensitive display that are interpreted as the gesture operation.<br><br>As an example, under the Android platform, a MotionEvent object is created in response to a touch on the touchscreen. (Android Developers Site at Class MotionEvent) (Available at http://developer.android.com/reference/android/view/MotionEvent.html.)<br><br>       <br><br>(Screenshots of the Samsung Galaxy S 4G scrolling in response to a single input point applied to the touch-sensitive display and scaling in response to two or more input points applied to the touch-sensitive display.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| issuing at least one scroll or gesture call based on invoking the scroll or gesture operation;<br><br>responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object; and | The instructions, when executed, cause the Samsung device to issue at least one scroll or gesture call based on invoking the scroll or gesture operation. The instructions, when executed, also cause the Samsung device to respond to at least one scroll call, if issued, by scrolling a window having a view associated with the event object.<br><br>   <br><br>(Screenshot of the Samsung Galaxy S 4G scrolling an image.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points in the form of the user input. | The instructions, when executed, cause the Samsung device to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points (two or more fingers) in the form of the user input.<br><br><br><br><br>(Screenshot of the Samsung Galaxy S 4G scaling an image.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| **Claim 9** | |
| The medium as in claim **8**, further comprising:<br><br>rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolled region exceeds a window edge based on the scroll. | The instructions, when executed, cause the Samsung device to rubberband a scrolling region displayed within the window by a predetermined maximum displacement when the scrolled region exceeds a window edge based on the scroll.<br><br>(Screenshots of the Samsung Galaxy S 4G rubberbanding an image.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| **Claim 10** | |
| The medium as in claim **8**, further comprising:<br><br>attaching scroll indicators to a content edge of the view. | The instructions, when executed, cause the Samsung device to attach scroll indicators to a content edge of the view.<br><br>Scroll indicator<br>Content edge of the view<br><br>(Screenshot of the Samsung Galaxy S 4G attaching a scroll indicator to a content edge of the view.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| **Claim 11** | |
| The medium as in claim **8**, further comprising:<br><br>attaching scroll indicators to a window edge of the view. | The instructions, when executed, cause the Samsung device to attach scroll indicators to a window edge of the view.<br><br>Scroll indicator<br>Window edge of the view<br><br>(Screenshot of the Samsung Galaxy S 4G attaching a scroll indicator to a window edge of the view.) |
| **Claim 12** | |
| The medium as in claim **8**, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period. | The instructions, when executed, cause the Samsung device to determine whether the event object invokes a scroll or gesture operation based on receiving a drag user input for a certain time period. |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| **Claim 14** | |
| The medium as in claim **8**, wherein the data processing system is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone. | The Samsung device is a cell phone.<br>(Screenshot of the Samsung Galaxy S 4G displaying a call menu.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| **Claim 15** | |
| An apparatus, comprising:<br><br>means for receiving, through a hardware device, a user input on a touch-sensitive display of the apparatus, the user input is one or more input points applied to the touch-sensitive display that is integrated with the apparatus; | The Samsung device includes a processor executing computer instructions for receiving, through a hardware device, a user input on a touch-sensitive display of the apparatus, the user input is one or more input points (one or more fingers) applied to the touch-sensitive display that is integrated with the Samsung device.<br><br>(Screenshot of the Samsung Galaxy S 4G receiving user input.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| means for creating an event object in response to the user input;<br><br>means for determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation; | The Samsung device, via the Android platform on which the device operates, includes a processor executing computer instructions for creating an event object in response to the user input and determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point (single finger) applied to the touch-sensitive display that is interpreted as the scroll operation and two or more input points (two or more fingers) applied to the touch-sensitive display that are interpreted as the gesture operation.<br><br>As an example, under the Android platform, a MotionEvent object is created in response to a touch on the touchscreen. (Android Developers Site at Class MotionEvent) (Available at http://developer.android.com/reference/android/view/MotionEvent.html.)<br><br>   <br><br>(Screenshots of the Samsung Galaxy S 4G scrolling in response to a single input point applied to the touch-sensitive display and scaling in response to two or more input points applied to the touch-sensitive display.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| means for issuing at least one scroll or gesture call based on invoking the scroll or gesture operation;<br><br>means for responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object; and | The Samsung device includes a processor executing computer instructions for issuing at least one scroll or gesture call based on invoking the scroll or gesture operation. The processor also executing computer instructions for responding to at least one scroll call, if issued, by scrolling a window having a view associated with the event object.<br><br><br><br><br><br><br>(Screenshot of the Samsung Galaxy S 4G scrolling an image.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| means for responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points in the form of the user input. | The Samsung device includes a processor executing computer instructions for responding to at least one gesture call, if issued, by scaling the view associated with the event object based on receiving the two or more input points (two or more fingers) in the form of the user input.<br> <br>(Screenshot of the Samsung Galaxy S 4G scaling an image.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| **Claim 16** | |
| The apparatus as in claim **15**, further comprising:<br><br>means for rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolling region exceeds a window edge based on the scroll. | The Samsung device includes a processor executing computer instructions for rubberbanding a scrolling region displayed within the window by a predetermined maximum displacement when the scrolling region exceeds a window edge based on the scroll.<br><br>(Screenshots of the Samsung Galaxy S 4G rubberbanding an image.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| **Claim 17** | |
| The apparatus as in claim **15**, further comprising:<br><br>means for attaching scroll indicators to a content edge of the window. | The Samsung device includes a processor executing computer instructions for attaching scroll indicators to a content edge of the window.<br><br>Scroll indicator<br>Content edge of the window<br><br>(Screenshot of the Samsung Galaxy S 4G attaching a scroll indicator to a content edge of the window.) |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| **Claim 18** | |
| The apparatus as in claim **15**, further comprising:<br><br>means for attaching scroll indicators to the window edge. | The Samsung device includes a processor executing computer instructions for attaching scroll indicators to the window edge.<br><br>Scroll indicator<br>Window edge<br><br>(Screenshot of the Samsung Galaxy S 4G attaching a scroll indicator to the window edge.) |
| **Claim 19** | |
| The apparatus as in claim **15**, wherein determining whether the event object invokes a scroll or gesture operation is based on receiving a drag user input for a certain time period. | The Samsung device includes a processor executing computer instructions for determining whether the event object invokes a scroll or gesture operation based on receiving a drag user input for a certain time period. |

| U.S. Patent No. 7,844,915 | Samsung Galaxy S 4G |
|---|---|
| **Claim 21** | |
| The apparatus as in claim **15**, wherein the apparatus is one of: a data processing device, a portable device, a portable data processing device, a multi touch device, a multi touch portable device, a wireless device, and a cell phone. | The Samsung device is a cell phone.<br><br>(Screenshot of the Samsung Galaxy S 4G displaying a call menu.) |