1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Charles K. Verhoeven (Cal. Bar No. 170151)
2  charlesverhoeven@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Kathleen M. Sullivan (Cal. Bar No. 242261)
   kathleensullivan@quinnemanuel.com
6  Kevin P.B. Johnson (Cal. Bar No. 177129)
   kevinjohnson@quinnemanuel.com
7  Victoria F. Maroulis (Cal. Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
8  555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
9  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
10
   William C. Price (Cal. Bar No. 108542)
11 williamprice@quinnemanuel.com
   Michael T. Zeller (Cal. Bar No. 196417)
12 michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
13 Los Angeles, California 90017
   Telephone: (213) 443-3000
14 Facsimile: (213) 443-3100

15 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
16 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
17
                   UNITED STATES DISTRICT COURT
18       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

19
   APPLE INC., a California corporation,         CASE NO. 11-cv-01846-LHK
20
                  Plaintiff,                     DECLARATION OF EUNJEI LEE IN
21                                               SUPPORT OF SAMSUNG'S
          vs.                                    OPPOSITION TO APPLE'S MOTION
22                                               FOR SUPPLEMENTAL DAMAGES
   SAMSUNG ELECTRONICS CO., LTD., a
23 Korean business entity; SAMSUNG
   ELECTRONICS AMERICA, INC., a New
24 York corporation; SAMSUNG
   TELECOMMUNICATIONS AMERICA,
25 LLC, a Delaware limited liability company,

26                Defendants.

27

28

I, Eunjei Lee, declare:

1. I am a Senior Designer at Samsung Electronics Co., Ltd. ("SEC") and have held this position since March 2008. I have worked at SEC as a designer since February 1, 2007. As part of my work responsibilities, I have assisted in the design of smartphone products and have supervised and reviewed the work of other designers. I am also familiar with certain changes made to smartphone designs at the request of cellular phone carriers. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. The Galaxy S II (T-Mobile) (SGH-T989) device was referred to internally at SEC by the name "Hercules".

3. The original Hercules design had a black front face and a black back cover. It was originally referred to internally as a "Black" configuration in Samsung's internal documents.

4. Before Samsung sold the Hercules in the United States, T-Mobile requested that a change in the back cover color be made to differentiate the design from phones sold by other mobile phone carriers in the United States. Samsung offered a new configuration that added a slight metallic appearance to the finish on the back cover of the phone. The black front face was not changed. Samsung referred to this new configuration as the "Titanium" configuration. T-Mobile agreed to sell this configuration.

5. This configuration of the Hercules phone continued to be listed internally at SEC as Black. This reflects a normal practice within SEC of continuing to use the original description of a product for internal purposes where only part of the design is updated.

6. The configuration of the Hercules referred to as "Titanium" never had a white front face, a steel gray front face, or a titanium gray front face.

7. A subsequent configuration of the Hercules device was created with a white front face and a white back cover. This configuration is referred to internally as White and is not referred to as Titanium.

8. Later, a third configuration of the Hercules was created with a steel gray front face. This configuration is referred to internally as Steel Gray and is not referred to as Titanium.

-i-

Case No. 11-cv-01846-LHK
DECLARATION OF EUNJEI LEE

1      9.    The Hercules was only sold in the United States in the three color combinations
2 above. The first had a black front face, the second had a white front face, and the third had a
3 steel gray front face.

5     I declare under penalty of perjury under the laws of the United States of America that the
6 foregoing is true and correct.

7     Executed on Jan, 19, 2016 at Seoul, South Korea

*[signature]*
Eunjei Lee

-ii-

Case No. 11-cv-01846-LHK
DECLARATION OF EUNJEI LEE