```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Charles K. Verhoeven (Cal. Bar No. 170151)
 2  charlesverhoeven@quinnemanuel.com
    50 California Street, 22nd Floor
 3  San Francisco, California 94111
    Telephone: (415) 875-6600
 4  Facsimile: (415) 875-6700

 5  Kathleen M. Sullivan (Cal. Bar No. 242261)
    kathleensullivan@quinnemanuel.com
 6  Kevin P.B. Johnson (Cal. Bar No. 177129)
    kevinjohnson@quinnemanuel.com
 7  Victoria F. Maroulis (Cal. Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
 8  555 Twin Dolphin Drive 5th Floor
    Redwood Shores, California 94065
 9  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
10
    William C. Price (Cal. Bar No. 108542)
11  williamprice@quinnemanuel.com
    Michael T. Zeller (Cal. Bar No. 196417)
12  michaelzeller@quinnemanuel.com
    865 S. Figueroa St., 10th Floor
13  Los Angeles, California 90017
    Telephone: (213) 443-3000
14  Facsimile: (213) 443-3100

15  Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
16  AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF DOHYUNG HA IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR SUPPLEMENTAL DAMAGES** |

Case No. 11-cv-01846-LHK
DECLARATION OF DOHYUNG HA

I, Dohyung Ha, declare:

1. I am a Senior Designer at Samsung Electronics Co., Ltd. ("SEC") and have held this position since March, 2012. I have been a designer at SEC since December 1, 2009. My main responsibilities are to design products, including smartphones, and to oversee the work of other designers. Part of this design process includes receiving requests from mobile phone carriers for design changes. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. The Samsung Galaxy S II Skyrocket (SGH-I727) ("Skyrocket") was originally based on a phone designed to be sold in South Korea. It was originally designed with a black front face and with a dark gray back cover. For this reason, it was referred to internally at SEC as "Dark Gray". This configuration of the Skyrocket was not sold in the United States. Instead, for sale in the United States, the dark gray back cover was changed to a black back cover. The front face remained black.

3. This black front and black back configuration of the Skyrocket was still listed internally at Samsung as Dark Gray. This reflects a normal practice within SEC of continuing to use the original description of a product for internal purposes where only part of the design is updated.

4. A second configuration of the Skyrocket was created for sale in the United States. It had a white front face and a white back cover. It was referred to internally as White.

5. There was never a configuration of the Skyrocket with a titanium gray face.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Jan 19, 2016, at Seoul, South KOREA

Dohyung Ha

-i-

Case No. 11-cv-01846-LHK
DECLARATION OF DOHYUNG HA