QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Cal. Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF TIM ROWDEN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR SUPPLEMENTAL DAMAGES** |

I, Tim Rowden, declare:

1. I am the Vice President of Product Management and Marketing for Mobile Computing at Samsung Electronics America, Inc., ("SEA") and have held this position since April 2015. I began working at Samsung Telecommunications America ("STA") in 1999 and have worked in the mobile products division for STA, and now SEA, since that time. From 2009 to 2013, I was the Vice President of Product Management. In that role, I was responsible for the development and launch of mobile devices across all mobile network carriers that purchased products from STA. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2. The Samsung Galaxy S II Skyrocket (SGH-I727) was only sold in the United States in two color configurations. The first had a black front face and a black back cover. The second configuration had a white front face and a white back cover.

3. Samsung never sold a gray-faced or titanium-gray-faced Galaxy S II Skyrocket in the United States.

4. The first Galaxy S II Skyrocket sold in the United States in 2011 had a black front face and a black back cover, and used the two-letter code "DA" after the model number "SGH-I727" in the SKU (Stock Keeping Unit). The two-letter code "DA" was also referred to internally at STA as "Dark Gray" although that phone had a black front face and a black back cover.

5. All the SKUs for the black-faced Galaxy S II Skyrocket sold in the United States contained the two-letter code "DA" after the model number.

6. All the SKUs for the white-faced Galaxy S II Skyrocket contained the two-letter code "ZW" after the model number. The two-letter code "ZW" also was referred to internally as White.

7. The Samsung Galaxy S II (T-Mobile) (SGH-T989) was only sold in the United States in three color configurations. The first had a black front face and a dark, matte back cover. The second had a white front face. The third configuration had a steel gray front face.

-i-  
Case No. 11-cv-01846-LHK  
DECLARATION OF TIM ROWDEN

8. Samsung never sold a titanium gray-faced Galaxy S II (T-Mobile) in the United States.

9. The first Galaxy S II (T-Mobile) sold in the United States in 2011 had a black front face and a dark, matte back, and used the two-letter code "ZK" after the model number "SGH-T989" in the SKU. The two-letter code "ZK" was also referred to internally at STA as "Black."

10. All the SKUs for the black-faced Galaxy S II (T-Mobile) sold in the United States contained the two-letter code "ZK" after the model number.

11. All the SKUs for the white-faced Galaxy S II (T-Mobile) contained the two-letter code "ZW" after the model number. The two-letter code "ZW" also was referred to internally as White.

12. All the SKUs for the steel-gray-faced Galaxy S II (T-Mobile) sold in the United States contained the two-letter code "AA" after the model number. The two-letter code "AA" also was referred to internally as Steel Gray.

13. The retail packaging for some of the Galaxy S II (T-Mobile) phones included labels such as "SAM T989 GALAXY S II STEEL GRAY KIT," "SAM T989 GALAXY S II WHITE KIT," "SAM T989 GALAXY S II TITANIUM KIT." "KIT" refers to the fact that the retail package can include additional items like phone accessories and collateral materials. The phones included in the packaging labeled "SAM T989 GALAXY S II TITANIUM KIT" were black-faced phones with SKUs containing the two-letter code "ZK" after the model number.

14. The Samsung Galaxy S II Epic 4G Touch (SPH-D710) was only sold in the United States in three color configurations. The first had a black front face. The second had a white front face. The third had a steel gray front face.

15. Samsung never sold a titanium gray-faced Galaxy S II Epic 4G Touch in the United States.

16. The first Galaxy S II Epic 4G Touch sold in the United States in 2011 had a black front face and a black back cover, and used the two-letter code "ZK" after the model number "SPH-D710" in the SKU. The two-letter code "ZK" was also referred to internally at STA as "Black."

17. All the SKUs for the black-faced Galaxy S II Epic 4G Touch sold in the United States contained the two-letter code "ZK" after the model number.

18. All the SKUs for the white-faced Galaxy S II Epic 4G Touch contained the two-letter code "ZW" after the model number. The two-letter code "ZW" also was referred to internally as White.

19. All the SKUs for the steel-gray-faced Galaxy S II Epic 4G Touch contained the two-letter code "AA" after the model number. The two-letter code "AA" also was referred to internally as Steel Gray.

20. These two-letter codes and the corresponding internal descriptions were provided by Samsung Electronics Company ("SEC").

21. The SKU numbers for the phones above each include two letter codes after the model number signifying an internal identifier for each phone: DA = Dark Gray; ZK = Black; ZW = White; AA = Steel Gray. For example, the following SKU — SGH-I727DAAATT — includes the code "DA" referring to Dark Gray. This is the phone described above that is listed internally as "DA" or Dark Gray and has a black front face. Another example is SKU SGH-T989ZKBTMB. This refers to the Samsung Galaxy S II (T-Mobile) (SGH-T989). The code is "ZK" and is listed internally as Black. This is the phone described above that had a black front face and a dark, matte back cover and was sometimes sold in the box labeled "Titanium Kit."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 1/20/2016, at Ridgefield Park, N.J.

Tim Rowden