1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2  John B. Quinn (Bar No. 90378)
   johnquinn@quinnemanuel.com
3  William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
4  Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
5  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
6  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
7
   Kevin P.B. Johnson (Bar No. 177129)
8  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
9  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
10 Redwood Shores, California  94065-2139
   Telephone:  (650) 801-5000
11 Facsimile:  (650) 801-5100

12 Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS
13 AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

14

15                UNITED STATES DISTRICT COURT

16        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

17 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
   |---|---|
18 | Plaintiff, | **CERTIFICATE OF SERVICE** |
19 | vs. | |
20 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
21 | | |
22 | | |
23 | Defendants. | |
24

25

26

27

28

1   I, Nicholas Leefer, declare:

2   I am over the age of eighteen years and not a party to the within action; my business

3 address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065.

4   On January 20, 2016 I served true copies of the following documents:

5   1. Sealed Highlighted Version of Exhibit C to the Declaration of Carl G. Anderson

6   (Defendant's Trial Exhibit No. 411 from Case No. 12-cv-00630 (DX411), bearing

7   bates labels APLNDC630-0001697453-APLNDC630-0001697537), filed in

8   support of Samsung's Motion to Introduce at the Damages Retrial Evidence

9   Created After the July 2012 Trial

10   2. Sealed Highlighted Version of Exhibit D to the Declaration of Carl G. Anderson

11   (Defendant's Trial Exhibit No. 413 from Case No. 12-cv-00630 (DX413), bearing

12   bates labels APLN DC630-0001849558-APLNDC630-0001 849678), filed in

13   support of Samsung's Motion to Introduce at the Damages Retrial Evidence

14   Created After the July 2012 Trial

15

16   **BY ELECTRONIC SERVICE:** The foregoing documents were sent by electronically

17 mailing through Quinn Emanuel Urquhart & Sullivan LLP's electronic mail system to the e-mail

18 address(es) set forth below, or as stated on the attached service list per agreement in accordance

19 with Fed. R. Civ. P. 5(b).

20   AvSRemand@mofo.com

21   'WHAppleSamsungAppealsTeam@wilmerhale.com'

22   I declare under penalty of perjury under the laws of the State of California that the

23 foregoing is true and correct.

24   Executed on January 21, 2016 at San Francisco, California.

25

26                                           */s/ Nicholas Leefer*

27                                           Nicholas Leefer

28

-1-                                          Case No. 11-CV-1846-LHK (PSG)
                                             CERTIFICATE OF SERVICE

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rules 5-1(1), (3), I hereby attest that Nicholas Leefer has concurred in this filing.

Dated: January 21, 2016

*/s/ Victoria Maroulis*
Victoria Maroulis