QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Brett Arnold, declare:

I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065.

On December 29, 2015 I served true copies of the following documents submitted under seal at ECF No. 3342:

1. **Conformed Highlighted Version of Exhibit A to the Declaration of Scott Kidman (Nov. 6, 2015 Expert Report of Julie L. Davis) (ECF No. 3342-1)**

2. **Conformed Highlighted Version of Exhibit B to the Declaration of Scott Kidman (corrected Exhibits to the 2015 Davis Report) (ECF No. 3342-3)**

**BY ELECTRONIC SERVICE:** The foregoing documents were sent by electronically mailing through Quinn Emanuel Urquhart & Sullivan LLP's electronic mail system to the e-mail addresses set forth below:

AvSRemand@mofo.com

WHAppleSamsungAppealsTeam@wilmerhale.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 21, 2016 at Davis, California.

*/s/ Brett Arnold*
Brett Arnold