1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  John B. Quinn (Bar No. 90378)
   johnquinn@quinnemanuel.com
3  William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
4  Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
5  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
6  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
7
   Kevin P.B. Johnson (Bar No. 177129)
8  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
9  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
10 Redwood Shores, California  94065-2139
   Telephone:  (650) 801-5000
11 Facsimile:  (650) 801-5100

12 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
13 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
14

15                    UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 17  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 18          Plaintiff, | **CERTIFICATE OF SERVICE** |
| 19      vs. | |
| 20  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 23          Defendants. | |

I, Brett Arnold, declare:

I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065.

On January 20, 2016 I served true copies of the following documents submitted under seal at ECF No. 3354:

1. **Unredacted Highlighted Version of Samsung's Opposition to Apple's Motion for Supplemental Damages and Prejudgment Interest (ECF No. 3354-3)**

2. **Unredacted Highlighted Version of the Declaration of Michael Wagner in support of Samsung's Opposition to Apple's Motion for Supplemental Damages and Prejudgment Interest (ECF No. 3354-18)**

3. **Unredacted Highlighted Version of Exhibit B to the Declaration of Michael Wagner in support of Samsung's Opposition to Apple's Motion for Supplemental Damages and Prejudgment Interest (ECF No. 3354-20)**

**BY ELECTRONIC SERVICE:** The foregoing documents were sent by electronically mailing through Quinn Emanuel Urquhart & Sullivan LLP's electronic mail system to the e-mail addresses set forth below:

AvSRemand@mofo.com

WHAppleSamsungAppealsTeam@wilmerhale.com

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 21, 2016 at Davis, California.

*/s/ Brett Arnold*
Brett Arnold