HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves for an order to seal portions of the confidential, unredacted version of Apple Inc.'s Reply In Support Of Its Motion To Strike Portions of Michael Wagner's November 6, 2015 Rebuttal Report ("Apple's Reply In Support Of Motion To Strike").

As detailed in the Declaration of Mark D. Selwyn Regarding Apple's Administrative Motion to File Documents Under Seal, Apple's Reply Brief contains or discusses information that has been designated "Highly Confidential – Attorneys' Eyes Only" by Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") pursuant to the Protective Order entered in this case, or is otherwise information that is believed to be deemed confidential by Samsung. Apple expects that Samsung will file the required supporting declarations in accordance with the Civil Local Rule 79-5(e) as necessary in order to confirm whether its information should be sealed.

Pursuant to Civil Local Rule 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion to seal. Samsung does not oppose Apple's Motion to Seal relating to Apple's Reply ISO Motion to Strike as a procedural mechanism. Within 7 days of Samsung filing its declaration in support of sealing, the parties will prepare and Apple will file a final consolidated and conformed copy of Apple's Reply ISO Motion to Strike identifying what information Samsung supported sealing in its declaration.

For the foregoing reasons, Apple respectfully requests sealing of the information contained in portions of the confidential, unredacted version of Apple's Reply In Support Of Motion To Strike.

Apple's Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

Dated: January 21, 2016

WILMER CUTLER PICKERING
HALE AND DORR LLP


By: /s/ Mark D. Selwyn

Attorneys for Plaintiff and
Counterclaim-Defendant
APPLE INC.

- 3 -

Apple's Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 21, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

                                         */s/* Mark D. Selwyn
                                         Mark D. Selwyn

Apple's Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)