| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com |   HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, Massachusetts  02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone:  (617) 526-6000 |
| ejolson@mofo.com | Facsimile:  (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California  94105-2482 | MARK D. SELWYN (CA SBN 244180) |
| Telephone:  (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile:  (415) 268-7522 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California  94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Mark D. Selwyn, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2. Concurrent with Apple's Administrative Motion to File Documents Under Seal, Apple filed its Reply In Support Of Motion To Strike Portions Of Michael Wagner's November 6, 2015 Rebuttal Report ("Apple's Reply In Support Of Motion To Strike").

3. The portions highlighted in green of Apple's Reply In Support Of Motion To Strike on page 2 have been filed under seal because they may contain information that Samsung considers confidential. Apple expects that Samsung will file the required supporting declarations in accordance with the Civil Local Rule 79-5(e) as necessary in order to confirm whether its information should be sealed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 21st day of January, 2016.

                                             /s/ Mark D. Selwyn
                                             Mark D. Selwyn