| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff and Counterclaim-Defendant,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants and Counterclaim Plaintiffs. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  Pursuant to Civ. L.R. 7-11 and 79-5, Apple Inc. ("Apple") has filed an Administrative
2  Motion to File Documents under Seal ("Motion to Seal") relating to Apple's Reply In Support of
3  Its Motion to Strike Portions of Michael Wagner's November 6, 2015 Rebuttal Report and
4  exhibits thereto ("Apple's Reply In Support Of Motion to Strike").
5  Apple has moved to file under seal the following documents:
6  1. Portions of the confidential, unredacted version of Apple's Reply In Support Of
7  Motion To Strike.
8  Having considered the motion and declaration cited therein, and finding good cause
9  therefore, the Court grants Apple's Motion to Seal.
10  IT IS HEREBY ORDERED that the confidential, unredacted versions of the following
11  documents shall be filed under seal:

| Document | Portions to be Sealed |
|---|---|
| Apple's Reply In Support Of Motion To Strike | Page 2: Portions of lines 8, 9, 11, and 12. |

**IT IS SO ORDERED.**

Dated: _____        By: _____
                            Hon. Lucy H. Koh
                            United States District Judge