| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) hmcelhinny@mofo.com RACHEL KREVANS (CA SBN 116421) rkrevans@mofo.com ERIK J. OLSON (CA SBN 175815) ejolson@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, California 94105-2482 Telephone: (415) 268-7000 Facsimile: (415) 268-7522 Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE william.lee@wilmerhale.com WILMER CUTLER PICKERING HALE AND DORR LLP 60 State Street Boston, MA 02109 Telephone: (617) 526-6000 Facsimile: (617) 526-5000 MARK D. SELWYN (SBN 244180) mark.selwyn@wilmerhale.com WILMER CUTLER PICKERING HALE AND DORR LLP 950 Page Mill Road Palo Alto, California 94304 Telephone: (650) 858-6000 Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, Plaintiff, v. SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, Defendants. | Case No. 11-cv-01846-LHK (PSG) **CERTIFICATE OF SERVICE** |

I, Michael E. Wolin, hereby declare as follows:

I am employed in Washington, DC. I am over the age of eighteen years and am not a party to the above-captioned action. My business address is Wilmer Cutler Pickering Hale and Dorr, 1875 Pennsylvania Ave, N.W., Washington, DC 20006.

On January 21, 2016, I caused the following documents to be served:

1. Unredacted version of Apple Inc.'s Reply In Support of Its Motion To Strike Portions Of Michael Wagner's November 6, 2015 Rebuttal Report;

2. Proposed redacted version of Apple Inc.'s Reply In Support Of Its Motion To Strike Portions Of Michael Wagner's November 6, 2015 Rebuttal Report.

BY ELECTRONIC SERVICE. I caused the documents to be sent by E-Mail to the Counsel for Samsung: SamsungvAppleRemand-QE@quinnemanuel.com

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of January, 2016 at Washington, DC.

/s/ Michael E. Wolin
Michael E. Wolin

**ATTESTATION**

I, Mark D. Selwyn, am the ECF user whose ID and password are being used to file the above Certificate of Service. In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael E. Wolin concurred in the aforementioned filing.

/s/ Mark D. Selwyn
Mark D. Selwyn

- 2 -

CERTIFICATE OF SERVICE
Case No. 11-cv-01846-LHK (PSG)