QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE PORTIONS OF THE NOVEMBER 6, 2015 EXPERT REPORT OF JULIE L. DAVIS** |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal certain information filed

in connection with Samsung's Reply in Support of its Motion to Strike Portions of the November 6, 2015 Expert Report of Julie L. Davis ("Samsung's Reply").

**RELIEF REQUESTED**

Samsung requests an order granting Samsung's motion to file under seal the following document:

| Document | Portions to be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Samsung's Reply in Support of its Motion to Strike Portions of the November 6, 2015 Expert Report of Julie L. Davis | The portions highlighted in a conformed version Samsung will file within 7 days of the deadline to file declarations in support of this motion. | Apple |
| Exhibit A to the Declaration of Scott Kidman in support of Samsung's Reply (Exhibit 17.2-S2 to the updated schedules of Terry Musika) | The portions highlighted in a conformed version Samsung will file within 7 days of the deadline to file declarations in support of this motion. | Apple, Samsung |
| Exhibit B to the Declaration of Scott Kidman in support of Samsung's Reply (2013 Trial Exhibit PX25G1.2) | The entire exhibit, as at the 2013 damages retrial (Dkt. 2789-1 at 1) | Apple, Samsung |

Samsung has established good cause to permit filing these documents under seal through the Declaration of Scott B. Kidman filed contemporaneously herewith, as well as the Declarations of James Shin, previously filed at Dkt. 2385-1 and Dkt. 2430.

**I.     THE "GOOD CAUSE" STANDARD APPLIES**

Samsung's Reply is non-dispositive and only seeks to limit the types of opinions and evidence offered at trial.  Therefore, documents submitted in connection with Samsung's Reply may be sealed upon a showing of "good cause."  *Apple Inc. v. Samsung Elecs. Co., Ltd.*, 727 F.3d 1214, 1222 (Fed. Cir. 2013); *see also Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

## II. GOOD CAUSE EXISTS TO PERMIT FILING UNDER SEAL

Good cause exists to seal the detailed Samsung financial information included in the documents listed in the chart above, which cover product-specific monthly unit sales data.  *Apple*, 727 F.3d 1214, 1223; *see also* Fed. R. Civ. P. 26(c).  Samsung would suffer significant competitive harm from public disclosure of its detailed financial data.  (*See* Declarations of James Shin, Dkt. 2385-1 and Dkt. 2430.)   Samsung also relies on the attached declaration of Scott B. Kidman to establish good cause.

Samsung also moves to seal information designated confidential by Apple.  Pursuant to Civil Local Rule 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion to seal.  Apple does not oppose Samsung's Motion to Seal relating to Samsung's Reply as a procedural mechanism.  Within 7 days of Apple filing its declaration in support of sealing, the parties will prepare and Samsung will file final consolidated and conformed versions highlighting the information Samsung moves to seal.

## **CONCLUSION**

For the foregoing reasons, Samsung respectfully requests that the Court grant this Administrative Motion to File Under Seal.

DATED:  January 21, 2016                QUINN EMANUEL URQUHART & SULLIVAN, LLP


 */s/ Victoria F. Maroulis*
John B. Quinn
William C. Price
Michael T. Zeller
Kevin P.B. Johnson
Victoria F. Maroulis

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC