1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE PORTIONS OF THE NOVEMBER 6, 2015 EXPERT REPORT OF JULIE L. DAVIS** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative Motion to File Under Seal Documents Relating to Samsung's Reply in Support of its Motion to Strike Portions of the November 6, 2015 Expert Report of Julie L. Davis.

Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the document listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Reply in Support of its Motion to Strike Portions of the November 6, 2015 Expert Report of Julie L. Davis | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Samsung and Apple claim are confidential. |
| Exhibit A to the Declaration of Scott Kidman in support of Samsung's Reply (Exhibit 17.2-S2 to the updated schedules of Terry Musika) | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Samsung and Apple claim are confidential. |
| Exhibit B to the Declaration of Scott Kidman in support of Samsung's Reply (2013 Trial Exhibit PX25G1.2) | The entire exhibit. |

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Lucy H. Koh
United States District Judge