1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  John B. Quinn (Bar No. 90378)
   johnquinn@quinnemanuel.com
3  William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
4  Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
5  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
6  Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
7
   Kevin P.B. Johnson (Bar No. 177129)
8  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
9  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
10 Redwood Shores, California 94065
   Telephone: (650) 801-5000
11 Facsimile: (650) 801-5100

12
   Attorneys for SAMSUNG ELECTRONICS
13 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
14 TELECOMMUNICATIONS AMERICA, LLC

15
                    UNITED STATES DISTRICT COURT
16
          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
17

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE PORTIONS OF THE NOVEMBER 6, 2015 EXPERT REPORT OF JULIE L. DAVIS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    I, Scott B. Kidman, declare:

2    1.    I am a member of the State Bar of California, admitted to practice before this
3 Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for
4 Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
5 Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of
6 personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as
7 set forth below.

8    2.    Pursuant to Local Rules 7-11 and 79-5, I make this declaration in support of
9 Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Reply in
10 Support of its Motion to Strike Portions of the November 6, 2015 Expert Report of Julie L. Davis
11 ("Samsung's Reply").

12    3.    The following chart indicates the documents that Samsung seeks to seal:

| Document | Portions to be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Samsung's Reply in Support of its Motion to Strike Portions of the November 6, 2015 Expert Report of Julie L. Davis | The portions highlighted in a conformed version Samsung will file within 7 days of the deadline to file declarations in support of this motion. | Apple |
| Exhibit A to the Declaration of Scott Kidman in support of Samsung's Reply (Exhibit 17.2-S2 to the updated schedules of Terry Musika) | The portions highlighted in a conformed version Samsung will file within 7 days of the deadline to file declarations in support of this motion. | Apple, Samsung |
| Exhibit B to the Declaration of Scott Kidman in support of Samsung's Reply (2013 Trial Exhibit PX25G1.2) | The entire exhibit, as at the 2013 damages retrial (Dkt. 2789-1 at 1) | Apple, Samsung |

   4.    Exhibits A and B to the Declaration of Scott B. Kidman in support of Samsung's
Reply, which comprise Exhibit 17.2-S2 to the updated schedules of Terry Musika and Apple's
2013 trial exhibit PX25G1.2, contain Samsung's product-specific monthly sales unit data.  As

-1-                                    Case No. 11-CV-1846-LHK (PSG)
KIDMAN DECL. ISO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1  attested to in the previously filed declarations of James Shin (Dkt. 2385-1; Dkt. 2430), Samsung
2  would suffer significant competitive harm from public disclosure of its detailed financial data.
3  The Court has previously sealed this type of monthly sales unit data.  (*See, e.g.*, Dkt. 3326.)
4       5.     Moreover, Exhibit B (Apple's 2013 trial exhibit PX25G1.2) was admitted into
5  evidence at the 2013 damages trial and was sealed in its entirety.  (Dkt. 2789-1 at 1.)  Samsung
6  requests that this document remain sealed for the same reasons.  Exhibit A contains the same type
7  of information previously sealed at trial.
8       6.     All three documents listed in the chart above also contain information that has been
9  or may be designated as highly confidential by Apple.  Samsung expects that Apple will file a
10 declaration identifying the portions of the documents it considers confidential.
11      7.     For the foregoing reasons, Samsung requests that Samsung's Administrative
12 Motion to File Under Seal be granted as to the documents and information specified above.

14 I declare under penalty of perjury that the foregoing is true and correct.  Executed on
15 January 21, 2016, at Los Angeles, California.

17      */s/ Scott B. Kidman*
18      Scott B. Kidman

1

2

**ATTESTATION**

3     I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this

4 Declaration.  In compliance with Civil Local Rules 5-1(i), I hereby attest that Scott B. Kidman has

5 concurred in this filing.

6

7 Dated:  January 21, 2016          */s/ Victoria Maroulis*
                                    Victoria Maroulis
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-    Case No. 11-CV-1846-LHK (PSG)
KIDMAN DECL. ISO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL