QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE PORTIONS OF THE NOVEMBER 6, 2015 EXPERT REPORT OF JULIE L. DAVIS** |

1  I, Scott B. Kidman, declare:

2  1. I am a member of the State Bar of California, admitted to practice before this
3  Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for
4  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
5  Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of
6  personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as
7  set forth below.

8  2. Attached as Exhibit A is a true and correct copy of Exhibit 17.2-S2 to the updated
9  schedules of Terry Musika, provided to Samsung on July 9, 2012.

10  3. Attached as Exhibit B is a true and correct copy of Apple's 2013 trial exhibit
11  PX25G1.2, admitted into evidence entirely under seal on Nov. 14, 2013.  (Dkt. 2789-1 at 1.)

12  4. Attached as Exhibit C is a true and correct copy of excerpts from the deposition
13  transcript of Julie L. Davis, dated August 26, 2013.

15  I declare under penalty of perjury that the foregoing is true and correct.  Executed on
16  January 21, 2016, at Los Angeles, California.

18  */s/ Scott B. Kidman*
19  Scott B. Kidman

-1-  Case No. 11-CV-1846-LHK (PSG)
KIDMAN DECL. ISO SAMSUNG'S REPLY  TO ITS MOTION TO STRIKE

## ATTESTATION

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rules 5-1(i), I hereby attest that Scott B. Kidman has concurred in this filing.

Dated: January 21, 2016

*/s/ Victoria Maroulis*
Victoria Maroulis

-2-    Case No. 11-CV-1846-LHK (PSG)
KIDMAN DECL. ISO SAMSUNG'S REPLY TO ITS MOTION TO STRIKE