# EXHIBIT C

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4   APPLE, INC., a California
 5   Corporation,
 6            Plaintiff,         Civil Action No.
 7     vs.                       11-CV-01846-LHK
 8   SAMSUNG ELECTRONICS CO., LTD.,
 9   et. al.,
10            Defendants.
11   _____/
12
13
14   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
15        VIDEOTAPED DEPOSITION OF JULIE DAVIS
16                  CHICAGO, ILLINOIS
17               MONDAY, AUGUST 26, 2013
18
19
20
21
22
23   Reported by:
24   DEBORAH HABIAN, RMR, CRR, CLR
25   JOB NO. 65086
```

Highly Confidential - Outside Counsels' Eyes Only

Page 274

1  this case, because at the time, he was looking
2  at a much broader set of product than just the
3  seven that are remaining in this case.
4      Q.   He didn't do a product-by-product
5  calculation, did he?                                  03:29PM
6      A.   That's correct.  There were too many
7  products involved at that time.
8      Q.   So it's not simply that Mr. Musika
9  didn't do the incremental profit for the seven
10 products at issue; he didn't do it for any of         03:29PM
11 the accused products, correct?
12     A.   If you're talking about on a
13 product-by-product basis, that's correct.  He
14 clearly did it on an overall basis, by looking
15 at Exhibit 50 to his report.                          03:29PM
16     Q.   So you agree he did not do it on
17 product-by-product, correct?
18     A.   He did not show the incremental profit
19 margin on any specific product.  He did it on
20 the combined set of products involved in the         03:30PM
21 case at that time.
22     Q.   Okay.  In your report you state that
23 the proper basis is to calculate gross profits.
24          If that is the case, why do you also
25 calculate the incremental profits?                    03:30PM

Page 275

1  A.  I use the incremental profit margin as
2  a reasonableness test for my gross margin
3  calculation.
4  Q.  Is it an independent theory then, or is
5  it something you just use to check your first          03:30PM
6  theory?
7  A.  I used it in the same way Mr. Musika
8  has.  He had presented that calculation, and he
9  compared that incremental profit margin with the
10 gross margin that he had calculated.  I have           03:30PM
11 done the same thing, and I've just been more
12 detailed in providing that same information on a
13 product-by-product basis, since there are now
14 fewer products involved in the case.
15 Q.  And this calculation that you made is              03:31PM
16 different from Mr. Musika's, correct?
17 A.  I don't think it is.  It's the same
18 calculation.  It's just that there are now
19 different products involved in the case than
20 when he was involved.                                  03:31PM
21 Q.  But your calculation is
22 product-by-product, correct?
23 A.  I have included the same calculation he
24 did, which is 50-S, and then I have provided
25 posttrial versions of 50-S that relate                 03:31PM