| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE (*pro hac vice*) |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| RACHEL KREVANS (CA SBN 116421) | WILMER CUTLER PICKERING |
| rkrevans@mofo.com |   HALE AND DORR LLP |
| ERIK J. OLSON (CA SBN 175815) | 60 State Street |
| ejolson@mofo.com | Boston, Massachusetts  02109 |
| MORRISON & FOERSTER LLP | Telephone:  (617) 526-6000 |
| 425 Market Street | Facsimile:  (617) 526-5000 |
| San Francisco, California  94105-2482 | |
| Telephone:  (415) 268-7000 | |
| Facsimile:  (415) 268-7522 | MARK D. SELWYN (CA SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California  94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 3353)** |

I, Mark D. Selwyn, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Under Seal (Dkt. No. 3353), which seeks to seal portions of Exhibits C and D to the Declaration of Carl G. Anderson (Dkt. No. 3352-2 (declaration); Dkt. Nos. 3353-3 – 3353-5 (parts 1-3 of Exhibit C); Dkt. Nos. 3353-6 – 3353-9 (parts 1-4 of Exhibit D). Apple concurs that portions of Exhibits C and D should be sealed.

3. As noted in Samsung's declaration supporting its Administrative Motion to File Under Seal (Dkt. No. 3353-2), Exhibits C and D were trial exhibits, which were each sealed in part in the 630 trial.

4. Exhibit C, which is DX 411 from the 630 case, is a highly confidential document that discusses Apple's strategy for future corporate plans and has the potential to cause competitive harm to Apple if publicly disclosed. (*See also* 630 Case, Dkt. No. 1600-7 at 3-4.) In the 630 case, the Court sealed all portions of DX 411 except for pages 1, 2, 4, 5, 10, 11, 13, 14, 25, and 32. (630 Case, Dkt. No. 1626 at 2 (sealing DX 411 except for pages 1, 2, 4, 5, 10, 11, 13, 14, 25, and 32, if shown in court); 630 Case, Dkt. No. 1715 at 1419:21-25, 1422:8-10 (admitting DX 411 under seal and sealing all pages except for pages 1, 2, 4, 5, 10, 11, 13, 14, 25, and 32); 630 Case, Dkt. No. 1925 at 2326:15-25.)

5. Exhibit D, which is DX 413 from the 630 case, is a highly confidential document that discusses Apple's strategy for corporate plans and has the potential to cause considerable harm to Apple if publicly disclosed. (*See also* 630 Case, Dkt. No. 1600-7 at 4.) In the 630 case,

1 prior to trial, the Court sealed all portions of DX 413 except for pages 1, 8, 14 and 46, and
2 ordered that DX 413 be sealed, except for pages 1, 2, 3, 5, 6, 8, 14, 16-18, 42, and 46 if shown in
3 court.  (630 Case, Dkt. No. 1623 at 545:20-546:8 (admitting DX 413 under seal, except for pages
4 8, 14, and 46); 630 Case, Dkt. No. 1715 at 1415:3-9 (statement on the record that pages 1, 8, 14,
5 and 46 are not sealed); 630 Case, Dkt. No. 1866-1 (Joint List of Admitted Exhibits) at 3 (DX 413
6 is sealed except for pages 413.001, .008, .014 and .046).)

7  6.  In this case, the Court has previously ordered that documents containing
8 confidential corporate strategy be sealed.  (*See* Dkt. No. 1649, at 7-8 (granting sealing of
9 "documents which contain confidential financial data as well as analysis and strategy discussions
10 based on that data" because "Apple's financial analysis and strategy for *future* corporate plans
11 have the potential to cause considerable competitive harm to Apple if publically disclosed").)

12  7.  Therefore, consistent with the Court's rulings in the 630 Case, Apple requests that
13 the Court seal Exhibit C (except for pages 1, 2, 4, 5, 10, 11, 13, 14, 25, and 32) and Exhibit D
14 (except for pages 1, 8, 14, and 46).

15  8.  The relief requested by Apple is necessary and narrowly tailored to protect its
16 confidential business information.

17  I declare under penalty of perjury that the foregoing is true and correct to the best of my
18 knowledge and belief.  Executed this 25th day of January, 2016 at Palo Alto, California.

  */s/* Mark D. Selwyn
  Mark D. Selwyn

- 3 -
Declaration of Mark D. Selwyn in Support of Samsung's
Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 25, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

>      */s/* Mark D. Selwyn
>      Mark D. Selwyn