| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) hmcelhinny@mofo.com RACHEL KREVANS (CA SBN 116421) rkrevans@mofo.com ERIK J. OLSON (CA SBN 175815) ejolson@mofo.com MORRISON & FOERSTER LLP 425 Market Street San Francisco, California  94105-2482 Telephone:  (415) 268-7000 Facsimile:  (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*) william.lee@wilmerhale.com WILMER CUTLER PICKERING    HALE AND DORR LLP 60 State Street Boston, Massachusetts  02109 Telephone:  (617) 526-6000 Facsimile:  (617) 526-5000 MARK D. SELWYN (CA SBN 244180) mark.selwyn@wilmerhale.com WILMER CUTLER PICKERING    HALE AND DORR LLP 950 Page Mill Road Palo Alto, California  94304 Telephone:  (650) 858-6000 Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 3361)** |

I, Mark D. Selwyn, hereby declare as follows:

1.     I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation.  I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California.  I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2.     Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") has filed an Administrative Motion to File Under Seal (Dkt. No. 3361), which seeks to seal portions of Samsung's Reply ISO Motion to Strike Portions of the November 6, 2015 Expert Report of Julie Davis ("Samsung's Reply ISO Motion to Strike") (Dkt. No. 3361-3), and Exhibits A and B to the Declaration of Scott Kidman in Support of Samsung's Reply ISO Motion to Strike (Dkt. Nos. 3361-5 & 3361-6).  Apple concurs that portions of Samsung's Reply ISO Motion to Strike and Exhibits A and B should be sealed.

3.     The portions of Samsung's Reply ISO Motion to Strike on page 1 and Exhibits A and B contain highly confidential financial information regarding Apple's sales, including percentage of total sales by specific resellers and per unit profit margin.  These highlighted portions of Samsung's Reply ISO Motion to Strike and Exhibits A and B contain proprietary Apple information and the public disclosure of this information would be harmful to Apple for similar reasons as stated in the Declaration of Jim Bean in Support of Apple's Motion to Seal Trial Exhibits (Dkt. No. 1495-2 at 1-3) (explaining that Apple's financial information is disclosed only on a need-to-know basis within Apple to a small list of individuals because maintaining the confidentiality of Apple's financial data "allows Apple to remain competitive in an opaque and fast-moving marketplace").  The Federal Circuit has previously approved of Apple's request to similar financial information.  *See, e.g.*, *Apple Inc. v. Samsung Electronics*

*Co., Ltd., et al.*, 727 F.3d 1214, 1224-26 (Fed. Cir. Aug. 23, 2013) (approving sealing of detailed product-specific financial information).

4.  Exhibits A and B also contain detailed capacity information.  The harm that Apple would incur if its capacity information were to be unsealed is detailed in multiple declarations previously filed by Apple, including the Declarations of Mark Buckley, dated July 27, 2012 (Dkt. No. 1416), April 8, 2013 (630 Case, Dkt. No. 442), July 15, 2013 (630 Case, Dkt. No. 685) and the declaration of Jim Bean in Support of Apple's Motion to Seal Trial Exhibits (Dkt. No. 1495-2) (supporting sealing capacity information).  As Mr. Buckley and Mr. Bean explained, if competitors gained access to Apple's capacity data, they would learn when Apple is stretched thinly and when it has excess capacity, and could alter their production timing accordingly. (Dkt. No. 1416 at 1-2; 1495-2 at 2-3.)  The Court has previously granted Apple's request to seal documents that contain capacity information that contain a similar level of detail regarding the accused Apple products.  (*See, e.g.*, Dkt. No. 1649 at 4-5 (granting Apple's request to seal production capacity information).)

5.  Further, as noted in Samsung's Administrative Motion to File Under Seal, Exhibit B was admitted as a sealed exhibit in the 2013 retrial.  (*See* Dkt. No. 2789-1 at 1.)

6.  The relief requested by Apple is necessary and narrowly tailored to protect its confidential business information.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed this 25th day of January, 2016 at Palo Alto, California.

                                  */s/* Mark D. Selwyn  
                                  Mark D. Selwyn

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on January 25, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.

*/s/* Mark D. Selwyn
Mark D. Selwyn

- 4 -
Declaration of Mark D. Selwyn in Support of Samsung's
Administrative Motion to File Documents Under Seal
Case No. 11-cv-01846-LHK (PSG)