```
 1  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
 2  Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
 3  50 California Street, 22nd Floor
    San Francisco, California 94111
 4  Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
 5
    Kathleen M. Sullivan (Cal. Bar No. 242261)
 6  kathleensullivan@quinnemanuel.com
    Kevin P.B. Johnson (Bar No. 177129)
 7  kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
 8  victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
 9  Redwood Shores, California 94065
    Telephone: (650) 801-5000
10  Facsimile: (650) 801-5100

11  William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
12  Michael T. Zeller (Cal. Bar No. 196417)
    michaelzeller@quinnemanuel.com
13  865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543
14  Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100
15
    Attorneys for SAMSUNG ELECTRONICS
16  CO., LTD., SAMSUNG ELECTRONICS
    AMERICA, INC. and SAMSUNG
17  TELECOMMUNICATIONS AMERICA, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLE'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE PORTIONS OF THE NOVEMBER 6, 2015 EXPERT REPORT OF MICHAEL WAGNER** |

I, Scott B. Kidman, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Pursuant to Local Rules 7-11 and 79-5, I make this declaration in support of Apple's Administrative Motion to File Under Seal Documents Relating to Apple's Reply in support of its Motion to Strike Portions of Michael Wagner's November 6, 2015 Rebuttal Report ("Apple's Motion to Strike") (Dkt. 3359).

3. Apple's Reply in Support of its Motion to Strike contains Samsung's product-specific sales information that reveals financial data. As attested to in the previously filed declaration of James Shin (Dkt. 2394) regarding the same or similar information in Mr. Wagner's 2013 report, Samsung would suffer significant competitive harm from public disclosure of its detailed financial data.

4. The Court granted Samsung's motion to seal the confidential Samsung information in the last round of briefing on motions to strike. (*See* Order of Oct. 22, 2013 at 15-17, Dkt. 2575.) While the information sought to be sealed in this motion is either the same or equivalent to the information previously sealed, the specific page, line, and exhibit locations specified in the previous declaration of James Shin (Dkt. 2394) have changed. Below are the locations of the same or equivalent information confidential information from the 2013 Wagner Report that the Court previously ordered sealed:

| Portions of Apple's Reply in Support of its Motion to Strike | Where equivalent information was previously sealed |
| --- | --- |
| Apple's Reply in Support of its Motion to Strike at 2, lines 9-10, 12-13. | 2013 Wagner Report at 82, paragraph 200 (Dkt. 2394, 2575). |

5. Samsung will work with Apple to prepare consolidated highlighted versions of these documents identifying all information that Samsung seeks to seal.

6. For the foregoing reasons, Samsung requests that Apple's Administrative Motion to File Under Seal be granted as to the portions of documents specified above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 25, 2016, at Los Angeles, California.

*/s/ Scott B. Kidman*

Scott B. Kidman

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rules 5-1(1), (3), I hereby attest that Scott B. Kidman has concurred in this filing.

Dated: January 25, 2016         */s/ Victoria Maroulis*
                                Victoria Maroulis