# Exhibit A

# Public Version Of Document To Be Sealed



**HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY**

Transcript of **Michael J. Wagner, Volume 5**

**Date:** December 3, 2015

**Case:** Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

1001

| | | |
|---|---|---|
| 1 | A. Well, I don't think you can get it for the | 09:47:53 |
| 2 | same unit, but it's possible based on different | 09:47:54 |
| 3 | time periods you can collect both. | 09:47:59 |
| 4 | Q. For the same unit, could you get both | 09:48:02 |
| 5 | Samsung's profit for its infringement of the D677 | 09:48:04 |
| 6 | as well as a reasonable royalty for Samsung's | 09:48:08 |
| 7 | infringement of the utility patents? | 09:48:11 |
| 8 | A. I don't know what the law is on this. I | 09:48:13 |
| 9 | would not think that's reasonable as a damage | 09:48:15 |
| 10 | expert. | 09:48:17 |
| 11 | Q. Why not? | 09:48:18 |
| 12 | A. Because that's a double recovery. | 09:48:18 |
| 13 | Q. Now, would you agree that Ms. Davis | 09:48:21 |
| 14 | quantified damages per product per patent in her | 09:48:23 |
| 15 | report? | 09:48:26 |
| 16 | A. In her -- yes, she did in her last report. | 09:48:27 |
| 17 | Q. Do you understand the methods that she | 09:48:30 |
| 18 | used to quantify damages per product and per | 09:48:31 |
| 19 | patent? | 09:48:35 |
| 20 | A. Generally, I do. | 09:48:36 |
| 21 | Q. Do you disagree with how she quantified | 09:48:39 |
| 22 | damages per product per patent in her report? | 09:48:41 |
| 23 | A. I think in her schedules, it's a little | 09:48:43 |
| 24 | misleading. Yes. But I think -- I think I | 09:48:45 |
| 25 | understand what she did, but I'm not 100 percent | 09:48:48 |

Highly Confidential Videotaped Deposition of Michael J. Wagner, Volume 5
Conducted on December 3, 2015

1002

| | | |
|---|---|---|
| 1 | sure. | 09:48:50 |
| 2 | And I have not -- I was not sent a rough | 09:48:51 |
| 3 | of her deposition yesterday.  I don't know what | 09:48:53 |
| 4 | went on there.  Maybe it's explained there, but | 09:48:56 |
| 5 | based on her report, I think her schedules are a | 09:49:00 |
| 6 | little misleading. | 09:49:03 |
| 7 | Q.   Could you explain to us any disagreement | 09:49:05 |
| 8 | that you have with how Ms. Davis quantified damages | 09:49:06 |
| 9 | per product per patents in her report? | 09:49:10 |
| 10 | A.   Yeah, I'm -- I don't have her schedule | 09:49:13 |
| 11 | numbers memorized.  I'm sorry.  I think it's one | 09:49:16 |
| 12 | that's in the 30s.  But I think she -- in the | 09:49:18 |
| 13 | schedules where she attempted this -- maybe it's in | 09:49:23 |
| 14 | the 50s.  I don't remember where the numbers are. | 09:49:25 |
| 15 | But she has a breakdown for the '677 patent, and | 09:49:28 |
| 16 | it's from the titles in the schedule, it's very | 09:49:33 |
| 17 | unclear what she's talking about. | 09:49:35 |
| 18 | And I think there's, like, a couple | 09:49:41 |
| 19 | schedules that may do that, that that's my | 09:49:43 |
| 20 | recollection. | 09:49:45 |
| 21 | Q.   Let me ask a slightly different question. | 09:49:47 |
| 22 | Can you explain any disagreement that you | 09:49:50 |
| 23 | have with the methodology that Ms. Davis used to | 09:49:52 |
| 24 | quantify damages per patent per product in her | 09:49:56 |
| 25 | report? | 09:49:59 |

Highly Confidential Videotaped Deposition of Michael J. Wagner, Volume 5
Conducted on December 3, 2015

1003

| | | |
|---|---|---|
| 1 | MR. ANDERSON: Objection. Asked and | 09:50:01 |
| 2 | answered. | 09:50:01 |
| 3 | THE WITNESS: Not beyond fixing those | 09:50:07 |
| 4 | schedules. And, see, the problem -- I think I | 09:50:09 |
| 5 | understood what she did when I read her report, but | 09:50:11 |
| 6 | her report is never shown to a jury. Often the | 09:50:13 |
| 7 | schedules are. | 09:50:16 |
| 8 | And the schedule, I thought, was | 09:50:17 |
| 9 | misleading. And I'll give you an example. For the | 09:50:18 |
| 10 | D677, she says damages start on this particular | 09:50:22 |
| 11 | date, I think that she says April 15th, and then | 09:50:28 |
| 12 | she has a number in that column. But that does not | 09:50:31 |
| 13 | tell you that's only for the period April 15th to | 09:50:33 |
| 14 | June 15th. | 09:50:35 |
| 15 | And then in the next column she has the | 09:50:36 |
| 16 | other two design patents and she uses the word | 09:50:38 |
| 17 | "and," and the word should be "or." So I have | 09:50:40 |
| 18 | those problems with her schedule. | 09:50:47 |
| 19 | But I think I understand what she did. | 09:50:48 |
| 20 | And I can understand the numbers, but I think it's | 09:50:49 |
| 21 | misleading the way she's presented it in those | 09:50:53 |
| 22 | schedules. | 09:50:56 |
| 23 | BY MR. SELWYN: | 09:50:56 |
| 24 | Q. Any other problems or disagreements that | 09:50:57 |
| 25 | you can tell us about as you sit here today? | 09:50:58 |