# EXHIBIT D
# Redacted Version of Document Sought to Be Sealed

DEFENDANT'S EXHIBIT NO. 952.007

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order