# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT B

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**         **Schedule 1**
**Summary of Supplemental Damages and Prejudgment Interest Calculations**

| | |
|---|---|
| End Date of Prejudgment Interest Period | 3/24/2016 |

<u>Calculations on Non-Trade Dress Infringing Products</u>

| | |
|---|---|
| [a] Total Supplemental Damages: August 25, 2012 through design around implementation or final sale | $24,662,650 |
| [a] Prejudgment Interest on Supplemental Damages (through March 24, 2016) | $174,235 |
| **Total Supplemental Damages and Prejudgment Interest** | **$24,836,884** |

*__Source__*:
[a] *Schedule 1.1.*

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**
Calculation of Prejudgment Interest on Supplemental Damages: Treasury Bill Rate and Annual Compounding

Schedule 1.1

| 2012 | January | February | March | April | May | June | July | August | September | October | November | December | Annual Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [a] Monthly Damages | | | | | | | | | | | | | |
| Prior Month's Principal | | | | | | | | | | | | | |
| Prior Months Damages | | | | | | | | | | | | | |
| Prior Year's Interest | | | | | | | | | | | | | |
| Principal Available for Interest | | | | | | | | | | | | | |
| [b] Monthly Interest Rate | | | | | | | | | | | | | |
| **Interest Earned** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **2013** | | | | | | | | | | | | | |
| [a] Monthly Damages | | | | | | | | | | | | | |
| Prior Month's Principal | | | | | | | | | | | | | |
| Prior Months Damages | | | | | | | | | | | | | |
| Prior Year's Interest | | | | | | | | | | | | | |
| Principal Available for Interest | | | | | | | | | | | | | |
| [b] Monthly Interest Rate | | | | | | | | | | | | | |
| **Interest Earned** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **2014** | | | | | | | | | | | | | |
| [a] Monthly Damages | | | | | | | | | | | | | |
| Prior Month's Principal | | | | | | | | | | | | | |
| Prior Months Damages | | | | | | | | | | | | | |
| Prior Year's Interest | | | | | | | | | | | | | |
| Principal Available for Interest | | | | | | | | | | | | | |
| [b] Monthly Interest Rate | | | | | | | | | | | | | |
| **Interest Earned** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **2015** | | | | | | | | | | | | | |
| [a] Monthly Damages | | | | | | | | | | | | | |
| Prior Month's Principal | | | | | | | | | | | | | |
| Prior Months Damages | | | | | | | | | | | | | |
| Prior Year's Interest | | | | | | | | | | | | | |
| Principal Available for Interest | | | | | | | | | | | | | |
| [b] Monthly Interest Rate | | | | | | | | | | | | | |
| **Interest Earned** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **2016** | | | | | | | | | | | | | |
| [a] Monthly Damages | | | | | | | | | | | | | |
| Prior Month's Principal | | | | | | | | | | | | | |
| Prior Months Damages | | | | | | | | | | | | | |
| Prior Year's Interest | | | | | | | | | | | | | |
| Principal Available for Interest | | | | | | | | | | | | | |
| [b] Monthly Interest Rate | | | | | | | | | | | | | |
| **Interest Earned** | | | | | | | | | | | | | |

Exhibit B, Schedule 1.1

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**
**Calculation of Prejudgment Interest on Supplemental Damages: Treasury Bill Rate and Annual Compounding**

Schedule 1.1

*Notes :*
[c] March 2016 date proration:

|  | March 2016 |
|---|---|
| First Day of Month | 3/1/2016 |
| Period End Date | 3/24/2016 |
| Infringing Days | 24 |
| % Period Covered | 77% |

*Sources :*
[a] Schedule 3.1.
[b] Schedule 1.3.

|  | Jul-10 | Aug-10 | Sep-10 | Oct-10 | Nov-10 | Dec-10 | Jan-11 | Feb-11 | Mar-11 | Apr-11 | May-11 | Jun-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturit | 0.29% | 0.26% | 0.26% | 0.23% | 0.25% | 0.29% | 0.27% | 0.29% | 0.26% | 0.25% | 0.19% | 0.18% |
| Monthly interest rate | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% |

|  | Jul-11 | Aug-11 | Sep-11 | Oct-11 | Nov-11 | Dec-11 | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturit | 0.19% | 0.11% | 0.10% | 0.11% | 0.11% | 0.12% | 0.12% | 0.16% | 0.19% | 0.18% | 0.19% | 0.19% |
| Monthly interest rate | 0.02% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.02% | 0.02% | 0.02% | 0.02% |

|  | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 | Dec-12 | Jan-13 | Feb-13 | Mar-13 | Apr-13 | May-13 | Jun-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturit | 0.19% | 0.18% | 0.18% | 0.18% | 0.18% | 0.16% | 0.15% | 0.16% | 0.15% | 0.12% | 0.12% | 0.14% |
| Monthly interest rate | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% |

|  | Jul-13 | Aug-13 | Sep-13 | Oct-13 | Nov-13 | Dec-13 | Jan-14 | Feb-14 | Mar-14 | Apr-14 | May-14 | Jun-14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturit | 0.12% | 0.13% | 0.12% | 0.12% | 0.12% | 0.13% | 0.12% | 0.12% | 0.13% | 0.11% | 0.10% | 0.10% |
| Monthly interest rate | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% |

|  | Jul-14 | Aug-14 | Sep-14 | Oct-14 | Nov-14 | Dec-14 | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturit | 0.11% | 0.11% | 0.11% | 0.10% | 0.13% | 0.21% | 0.20% | 0.22% | 0.25% | 0.23% | 0.24% | 0.28% |
| Monthly interest rate | 0.01% | 0.01% | 0.01% | 0.01% | 0.01% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% | 0.02% |

|  | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 | Jan-16 | Feb-16 | Mar-16 |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-year Treasury constant maturit | 0.30% | 0.38% | 0.37% | 0.26% | 0.48% | 0.48% | 0.48% | 0.48% | 0.48% |  |  |  |
| Monthly interest rate | 0.03% | 0.03% | 0.03% | 0.02% | 0.04% | 0.04% | 0.04% | 0.04% | 0.04% |  |  |  |

*December 2015 through March 2016 monthly interest rate held constant from November 2015. See Declaration of Julie L. Davis, December 22, 2015, Exhibit 3.*

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**　　　　**Schedule 1.2**
**Daily Prejudgment Interest Starting March 25, 2016**

| | | |
|---|---|---|
| [a] | Principal Available for Interest on Supplemental Damages as of March 24, 2016 | $24,809,354 |
| [b] | Treasury Bill Rate | 0.48% |
| [c] | Daily Interest Rate | 0.0013% |
| | **Daily Interest** | **$326** |

_____

**_Note_** :
[b]　1-year monthly T-Bill rate as of November 2015 per Schedule 1.1.

**_Sources_** :
[a]　Schedule 1.1.
[b]　Schedule 1.3.
[c]　= Treasury Bill Rate divided by 365.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                    **Schedule 1.3**
**Historical Treasury Bill Rate**

| Period | 1 Year Treasury Bill (Constant Maturity) |
|---|---|
| | [a] |
| April 2010 | 0.45% |
| May 2010 | 0.37% |
| June 2010 | 0.32% |
| July 2010 | 0.29% |
| August 2010 | 0.26% |
| September 2010 | 0.26% |
| October 2010 | 0.23% |
| November 2010 | 0.25% |
| December 2010 | 0.29% |
| January 2011 | 0.27% |
| February 2011 | 0.29% |
| March 2011 | 0.26% |
| April 2011 | 0.25% |
| May 2011 | 0.19% |
| June 2011 | 0.18% |
| July 2011 | 0.19% |
| August 2011 | 0.11% |
| September 2011 | 0.10% |
| October 2011 | 0.11% |
| November 2011 | 0.11% |
| December 2011 | 0.12% |
| January 2012 | 0.12% |
| February 2012 | 0.16% |
| March 2012 | 0.19% |
| April 2012 | 0.18% |
| May 2012 | 0.19% |
| June 2012 | 0.19% |
| July 2012 | 0.19% |
| August 2012 | 0.18% |
| September 2012 | 0.18% |
| October 2012 | 0.18% |
| November 2012 | 0.18% |
| December 2012 | 0.16% |
| January 2013 | 0.15% |
| February 2013 | 0.16% |
| March 2013 | 0.15% |
| April 2013 | 0.12% |
| May 2013 | 0.12% |
| June 2013 | 0.14% |

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**　　　　　　　　**Schedule 1.3**
**Historical Treasury Bill Rate**

| Period | 1 Year Treasury Bill (Constant Maturity) |
|---|---|
| | [a] |
| July 2013 | 0.12% |
| August 2013 | 0.13% |
| September 2013 | 0.12% |
| October 2013 | 0.12% |
| November 2013 | 0.12% |
| December 2013 | 0.13% |
| January 2014 | 0.12% |
| February 2014 | 0.12% |
| March 2014 | 0.13% |
| April 2014 | 0.11% |
| May 2014 | 0.10% |
| June 2014 | 0.10% |
| July 2014 | 0.11% |
| August 2014 | 0.11% |
| September 2014 | 0.11% |
| October 2014 | 0.10% |
| November 2014 | 0.13% |
| December 2014 | 0.21% |
| January 2015 | 0.20% |
| February 2015 | 0.22% |
| March 2015 | 0.25% |
| April 2015 | 0.23% |
| May 2015 | 0.24% |
| June 2015 | 0.28% |
| July 2015 | 0.30% |
| August 2015 | 0.38% |
| September 2015 | 0.37% |
| October 2015 | 0.26% |
| November 2015 | 0.48% |

_Source_:

[a] Treasury bill rate based on Federal Reserve reported monthly rates for 1-year treasuries, "U.S. Government Securities," "Treasury Constant Maturities," "1-year," hyperlink "Monthly" ("Market yield on U.S. Treasury securities at 1-year constant maturity, quoted on investment basis"), accessed at <http://www.federalreserve.gov/releases/h15/data.htm> on December 16, 2015.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**　　　　　　　　　　　　　　**Schedule 2**
**Products Eligible for Supplemental Damages: Damages Per Unit**

| | Product | Jury Award | Unit Sales June 2010 - June 2012 | Damages Per Unit |
|---|---|---|---|---|
| | | | [c] | |
| [a] | Droid Charge | $60,706,020 | | |
| [a] | Galaxy Prevail | $22,143,335 | | |
| [b] | Hercules / Galaxy S II (T-Mobile) | $83,791,708 | | |
| [b] | Galaxy S II (Epic 4G Touch) | $100,326,988 | | |
| [b] | Galaxy S II (Skyrocket) | $32,273,558 | | |

**_Sources_** :

[a]  *Verdict Form Filed 11/21/2013.*

[b]  *Amended Verdict Form Filed 8/24/2012.*

[c]  *JX1500 (Note: Monthly version - __not__ the trial version). Unit totals rounded to the nearest thousand to be consistent with values reported to the Jury in JX1500.*

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                  **Schedule 3**
**Supplemental Damages Summary for Non-Trade Dress Products**

| Product | D'677 | D'305 | '381 | '915 | '163 | Total Supplemental Damages |
|---|---|---|---|---|---|---|
| Galaxy S II (Epic 4G Touch) | $13,017,292 | $0 | $0 | $0 | $0 | $13,017,292 |
| Galaxy S II (Skyrocket) | $2,975,307 | $0 | $0 | $0 | $0 | $2,975,307 |
| Droid Charge | $0 | $0 | $0 | $25,538 | $0 | $25,538 |
| Galaxy Prevail | $0 | $0 | $0 | $84,444 | $0 | $84,444 |
| Hercules / Galaxy S II (T-Mobile) | $8,330,716 | $0 | $0 | $229,352 | $0 | $8,560,069 |
| **Total** | **$24,323,316** | **$0** | **$0** | **$339,334** | **$0** | **$24,662,650** |

<u>***Source***</u>*:*
*Schedule 3.1.*

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                                      Schedule 3.1
**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| Product | Carrier | Color | IP Infringed | First Sales Date with Design Around | Total 8/25/12-- 6/30/2015 | 2012 Aug | Sep | Oct |
|---|---|---|---|---|---|---|---|---|
| | | | [a] | [c] | | | | |
| **[d] Non-Trade Dress Products Total Units** | | | | | | | | |
| [g] Galaxy S II (Skyrocket) | AT&T | Dark Gray | | | | | | |
| Galaxy S II (Skyrocket) | AT&T | White | | | | | | |
| Galaxy S II (T-Mobile / Hercules) | T-Mobile | Steel Gray | | | | | | |
| Galaxy S II (T-Mobile / Hercules) | T-Mobile | Black | | | | | | |
| Galaxy S II (T-Mobile / Hercules) | T-Mobile | White | | | | | | |
| Galaxy S II (Epic 4G Touch) | Sprint | Steel Gray | | | | | | |
| Galaxy S II (Epic 4G Touch) | Sprint | Black | | | | | | |
| Galaxy S II (Epic 4G Touch) | Sprint | White | | | | | | |
| Galaxy S II (Epic 4G Touch) | Boost Mobile | Steel Gray | | | | | | |
| Galaxy S II (Epic 4G Touch) | Virgin Mobile | Steel Gray | | | | | | |
| Galaxy S II (Epic 4G Touch) | Boost Mobile | Black | | | | | | |
| Galaxy S II (Epic 4G Touch) | Boost Mobile | White | | | | | | |
| Galaxy S II (Epic 4G Touch) | Virgin Mobile | White | | | | | | |
| Droid Charge | Verizon | Mirror Gray | | | | | | |
| Galaxy Prevail | Boost Mobile | Black | | | | | | |
| **Non-Trade Dress Products By Patent** | | | | | | | | |
| **D'677** | | | | | | | | |
| [h] Galaxy S II (Epic 4G Touch) | | Black Units | D'677 | | | | | |
| Galaxy S II (Skyrocket) | | Dark Gray Units | D'677 | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Black Units | '915, '163, D'677 | | | | | |
| **D'305** | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | | | | | |
| **'381** | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | | | | | |
| Galaxy Prevail | | All Units | '381, '915, '163 | | | | | |
| **'915** | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | | | | | |
| Galaxy Prevail | | All Units | '381, '915, '163 | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | White Units Only | '915, '163, D'677 | | | | | |
| **'163** | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | | | | | |
| Galaxy Prevail | | All Units | '381, '915, '163 | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | '915, '163, D'677 | | | | | |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                                                      Schedule 3.1

**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| | | | 2012 | | 2013 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Product | Carrier | Color | Nov | Dec | Jan | Feb | Mar | Apr | May | June |

**[d] Non-Trade Dress Products Total Units**

| | | |
|---|---|---|
| [g] Galaxy S II (Skyrocket) | AT&T | Dark Gray |
| Galaxy S II (Skyrocket) | AT&T | White |
| Galaxy S II (T-Mobile / Hercules) | T-Mobile | Steel Gray |
| Galaxy S II (T-Mobile / Hercules) | T-Mobile | Black |
| Galaxy S II (T-Mobile / Hercules) | T-Mobile | White |
| Galaxy S II (Epic 4G Touch) | Sprint | Steel Gray |
| Galaxy S II (Epic 4G Touch) | Sprint | Black |
| Galaxy S II (Epic 4G Touch) | Sprint | White |
| Galaxy S II (Epic 4G Touch) | Boost Mobile | Steel Gray |
| Galaxy S II (Epic 4G Touch) | Virgin Mobile | Steel Gray |
| Galaxy S II (Epic 4G Touch) | Boost Mobile | Black |
| Galaxy S II (Epic 4G Touch) | Boost Mobile | White |
| Galaxy S II (Epic 4G Touch) | Virgin Mobile | White |
| Droid Charge | Verizon | Mirror Gray |
| Galaxy Prevail | Boost Mobile | Black |

**Non-Trade Dress Products By Patent**

D'677
| | | |
|---|---|---|
| [h] Galaxy S II (Epic 4G Touch) | | Black Units |
| Galaxy S II (Skyrocket) | | Dark Gray Units |
| Hercules / Galaxy S II (T-Mobile) | | Black Units |

D'305
| | | |
|---|---|---|
| Droid Charge | | All Units |

'381
| | | |
|---|---|---|
| Droid Charge | | All Units |
| Galaxy Prevail | | All Units |

'915
| | | |
|---|---|---|
| Droid Charge | | All Units |
| Galaxy Prevail | | All Units |
| Hercules / Galaxy S II (T-Mobile) | | White Units Only |

'163
| | | |
|---|---|---|
| Droid Charge | | All Units |
| Galaxy Prevail | | All Units |
| Hercules / Galaxy S II (T-Mobile) | | Non-Black Units |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                                          Schedule 3.1

**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| | | | 2013 | | | | | | 2014 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Product | Carrier | Color | July | Aug | Sep | Oct | Nov | Dec | Jan | Feb |

**[d] Non-Trade Dress Products Total Units**

| | | |
|---|---|---|
| [g] Galaxy S II (Skyrocket) | AT&T | Dark Gray |
| Galaxy S II (Skyrocket) | AT&T | White |
| Galaxy S II (T-Mobile / Hercules) | T-Mobile | Steel Gray |
| Galaxy S II (T-Mobile / Hercules) | T-Mobile | Black |
| Galaxy S II (T-Mobile / Hercules) | T-Mobile | White |
| Galaxy S II (Epic 4G Touch) | Sprint | Steel Gray |
| Galaxy S II (Epic 4G Touch) | Sprint | Black |
| Galaxy S II (Epic 4G Touch) | Sprint | White |
| Galaxy S II (Epic 4G Touch) | Boost Mobile | Steel Gray |
| Galaxy S II (Epic 4G Touch) | Virgin Mobile | Steel Gray |
| Galaxy S II (Epic 4G Touch) | Boost Mobile | Black |
| Galaxy S II (Epic 4G Touch) | Boost Mobile | White |
| Galaxy S II (Epic 4G Touch) | Virgin Mobile | White |
| Droid Charge | Verizon | Mirror Gray |
| Galaxy Prevail | Boost Mobile | Black |

**Non-Trade Dress Products By Patent**

D'677
| | |
|---|---|
| [h] Galaxy S II (Epic 4G Touch) | Black Units |
| Galaxy S II (Skyrocket) | Dark Gray Units |
| Hercules / Galaxy S II (T-Mobile) | Black Units |

D'305
| | |
|---|---|
| Droid Charge | All Units |

'381
| | |
|---|---|
| Droid Charge | All Units |
| Galaxy Prevail | All Units |

'915
| | |
|---|---|
| Droid Charge | All Units |
| Galaxy Prevail | All Units |
| Hercules / Galaxy S II (T-Mobile) | White Units Only |

'163
| | |
|---|---|
| Droid Charge | All Units |
| Galaxy Prevail | All Units |
| Hercules / Galaxy S II (T-Mobile) | Non-Black Units |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**　　　　　　　　　　　　　　　　　　　　　　　　　　Schedule 3.1
**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| | | | 2014 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Product | Carrier | Color | Mar | Apr | May | June | July | Aug | Sep | Oct |
| **[d] Non-Trade Dress Products Total Units** | | | | | | | | | | |
| [g] Galaxy S II (Skyrocket) | AT&T | Dark Gray | | | | | | | | |
| Galaxy S II (Skyrocket) | AT&T | White | | | | | | | | |
| Galaxy S II (T-Mobile / Hercules) | T-Mobile | Steel Gray | | | | | | | | |
| Galaxy S II (T-Mobile / Hercules) | T-Mobile | Black | | | | | | | | |
| Galaxy S II (T-Mobile / Hercules) | T-Mobile | White | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | Sprint | Steel Gray | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | Sprint | Black | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | Sprint | White | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | Boost Mobile | Steel Gray | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | Virgin Mobile | Steel Gray | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | Boost Mobile | Black | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | Boost Mobile | White | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | Virgin Mobile | White | | | | | | | | |
| Droid Charge | Verizon | Mirror Gray | | | | | | | | |
| Galaxy Prevail | Boost Mobile | Black | | | | | | | | |
| **Non-Trade Dress Products By Patent** | | | | | | | | | | |
| **D'677** | | | | | | | | | | |
| [h] Galaxy S II (Epic 4G Touch) | | Black Units | | | | | | | | |
| Galaxy S II (Skyrocket) | | Dark Gray Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Black Units | | | | | | | | |
| **D'305** | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| **'381** | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| **'915** | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | White Units Only | | | | | | | | |
| **'163** | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | | | | | | | | |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**

**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

Schedule 3.1

| Product | Carrier | Color | 2014 | | 2015 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Nov | Dec | Jan | Feb | Mar | Apr | May | June |

[d] **Non-Trade Dress Products Total Units**

| | | |
|---|---|---|
| [g] Galaxy S II (Skyrocket) | AT&T | Dark Gray |
| Galaxy S II (Skyrocket) | AT&T | White |
| Galaxy S II (T-Mobile / Hercules) | T-Mobile | Steel Gray |
| Galaxy S II (T-Mobile / Hercules) | T-Mobile | Black |
| Galaxy S II (T-Mobile / Hercules) | T-Mobile | White |
| Galaxy S II (Epic 4G Touch) | Sprint | Steel Gray |
| Galaxy S II (Epic 4G Touch) | Sprint | Black |
| Galaxy S II (Epic 4G Touch) | Sprint | White |
| Galaxy S II (Epic 4G Touch) | Boost Mobile | Steel Gray |
| Galaxy S II (Epic 4G Touch) | Virgin Mobile | Steel Gray |
| Galaxy S II (Epic 4G Touch) | Boost Mobile | Black |
| Galaxy S II (Epic 4G Touch) | Boost Mobile | White |
| Galaxy S II (Epic 4G Touch) | Virgin Mobile | White |
| Droid Charge | Verizon | Mirror Gray |
| Galaxy Prevail | Boost Mobile | Black |

**Non-Trade Dress Products By Patent**

D'677
| | | |
|---|---|---|
| [h] Galaxy S II (Epic 4G Touch) | | Black Units |
| Galaxy S II (Skyrocket) | | Dark Gray Units |
| Hercules / Galaxy S II (T-Mobile) | | Black Units |

D'305
| | | |
|---|---|---|
| Droid Charge | | All Units |

'381
| | | |
|---|---|---|
| Droid Charge | | All Units |
| Galaxy Prevail | | All Units |

'915
| | | |
|---|---|---|
| Droid Charge | | All Units |
| Galaxy Prevail | | All Units |
| Hercules / Galaxy S II (T-Mobile) | | White Units Only |

'163
| | | |
|---|---|---|
| Droid Charge | | All Units |
| Galaxy Prevail | | All Units |
| Hercules / Galaxy S II (T-Mobile) | | Non-Black Units |

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                                 Schedule 3.1
**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| Product | Carrier | Color | IP Infringed | First Sales Date with Design Around | Total 8/25/12-- 6/30/2015 | 2012 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Aug | Sep | Oct |
| | | | [a] | [c] | | | | |
| **Design Around Periods** | | | | | | | | |
| | | | | | | | | |
| D'305 | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | 4/26/2012 | | | | |
| | | | | | | | | |
| '381 | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | 12/14/2011 | | | | |
| Galaxy Prevail | | All Units | '381, '915, '163 | 11/21/2011 | | | | |
| | | | | | | | | |
| '915 | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | Not Applied | | | | |
| Galaxy Prevail | | All Units | '381, '915, '163 | Not Applied | | | | |
| Hercules / Galaxy S II (T-Mobile) | | White Units Only | '915, '163, D'677 | 11/3/2012 | | | | |
| | | | | | | | | |
| '163 | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | 4/26/2012 | | | | |
| Galaxy Prevail | | All Units | '381, '915, '163 | 8/23/2012 | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | '915, '163, D'677 | 07/13/2012 | | | | |
| | | | | | | | | |
| **Infringing Units After Design Around** | | | | | | | | |
| | | | | | | | | |
| D'677 | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | | Black Units Only | D'677 | | | | | |
| Galaxy S II (Skyrocket) | | Black Units Only | D'677 | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Black Units Only | '915, '163, D'677 | | | | | |
| | | | | | | | | |
| D'305 | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | | | | | |
| | | | | | | | | |
| '381 | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | | | | | |
| Galaxy Prevail | | All Units | '381, '915, '163 | | | | | |
| | | | | | | | | |
| '915 | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | | | | | |
| Galaxy Prevail | | All Units | '381, '915, '163 | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | White Units Only | '915, '163, D'677 | | | | | |
| | | | | | | | | |
| '163 | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | | | | | |
| Galaxy Prevail | | All Units | '381, '915, '163 | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | '915, '163, D'677 | | | | | |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                                                          Schedule 3.1
**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| Product | Carrier | Color | 2012 | | 2013 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
| **Design Around Periods** | | | | | | | | | | |
| D'305 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| '381 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| '915 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | White Units Only | | | | | | | | |
| '163 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | | | | | | | | |
| **Infringing Units After Design Around** | | | | | | | | | | |
| D'677 | | | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | | Black Units Only | | | | | | | | |
| Galaxy S II (Skyrocket) | | Black Units Only | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Black Units Only | | | | | | | | |
| D'305 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| '381 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| '915 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | White Units Only | | | | | | | | |
| '163 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | | | | | | | | |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                                    Schedule 3.1
**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| Product | Carrier | Color | 2013 | | | | | | 2014 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | July | Aug | Sep | Oct | Nov | Dec | Jan | Feb |
| **Design Around Periods** | | | | | | | | | | |
| _D'305_ | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| _'381_ | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| _'915_ | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | White Units Only | | | | | | | | |
| _'163_ | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | | | | | | | | |
| **Infringing Units After Design Around** | | | | | | | | | | |
| _D'677_ | | | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | | Black Units Only | | | | | | | | |
| Galaxy S II (Skyrocket) | | Black Units Only | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Black Units Only | | | | | | | | |
| _D'305_ | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| _'381_ | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| _'915_ | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | White Units Only | | | | | | | | |
| _'163_ | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | | | | | | | | |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                                                  Schedule 3.1

**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| Product | Carrier | Color | 2014 | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Mar | Apr | May | June | July | Aug | Sep | Oct |
| **Design Around Periods** | | | | | | | | | | |
| D'305 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| '381 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| '915 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | White Units Only | | | | | | | | |
| '163 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | | | | | | | | |
| **Infringing Units After Design Around** | | | | | | | | | | |
| D'677 | | | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | | Black Units Only | | | | | | | | |
| Galaxy S II (Skyrocket) | | Black Units Only | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Black Units Only | | | | | | | | |
| D'305 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| '381 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| '915 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | White Units Only | | | | | | | | |
| '163 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | | | | | | | | |

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**
**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

Schedule 3.1

| Product | Carrier | Color | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2014 | | 2015 | | | | | |

**Design Around Periods**

D'305
Droid Charge — All Units

'381
Droid Charge — All Units
Galaxy Prevail — All Units

'915
Droid Charge — All Units
Galaxy Prevail — All Units
Hercules / Galaxy S II (T-Mobile) — White Units Only

'163
Droid Charge — All Units
Galaxy Prevail — All Units
Hercules / Galaxy S II (T-Mobile) — Non-Black Units

**Infringing Units After Design Around**

D'677
Galaxy S II (Epic 4G Touch) — Black Units Only
Galaxy S II (Skyrocket) — Black Units Only
Hercules / Galaxy S II (T-Mobile) — Black Units Only

D'305
Droid Charge — All Units

'381
Droid Charge — All Units
Galaxy Prevail — All Units

'915
Droid Charge — All Units
Galaxy Prevail — All Units
Hercules / Galaxy S II (T-Mobile) — White Units Only

'163
Droid Charge — All Units
Galaxy Prevail — All Units
Hercules / Galaxy S II (T-Mobile) — Non-Black Units

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                                      Schedule 3.1

**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| Product | Carrier | Color | IP Infringed [a] | First Sales Date with Design Around [c] | Total 8/25/12-- 6/30/2015 | 2012 Aug | Sep | Oct |
|---|---|---|---|---|---|---|---|---|
| **Damages Award per Unit / Royalty Rate** | | | | | | | | |
| | | | | | | | | |
| <u>D'677</u> | | | | | | | | |
| [b] Galaxy S II (Epic 4G Touch) | | Black Units Only | D'677 | | | | | |
| [b] Galaxy S II (Skyrocket) | | Black Units Only | D'677 | | | | | |
| [b] Hercules / Galaxy S II (T-Mobile) | | Black Units Only | '915, '163, D'677 | | | | | |
| | | | | | | | | |
| <u>D'305</u> | | | | | | | | |
| [b] Droid Charge | | All Units | '381, '915, '163, D'305 | | | | | |
| | | | | | | | | |
| <u>'381</u> | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | | | | | |
| Galaxy Prevail | | All Units | '381, '915, '163 | | | | | |
| | | | | | | | | |
| <u>'915</u> | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | | | | | |
| Galaxy Prevail | | All Units | '381, '915, '163 | | | | | |
| [e] Hercules / Galaxy S II (T-Mobile) | | White Units Only | '915, '163, D'677 | | | | | |
| | | | | | | | | |
| <u>'163</u> | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | | | | | |
| Galaxy Prevail | | All Units | '381, '915, '163 | | | | | |
| [e] Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | '915, '163, D'677 | | | | | |
| | | | | | | | | |
| <u>Supplemental Damages</u> | | | | | | | | |
| | | | | | | | | |
| <u>D'677</u> | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | | Black Units Only | D'677 | | | | | |
| Galaxy S II (Skyrocket) | | Black Units Only | D'677 | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Black Units Only | '915, '163, D'677 | | | | | |
| | | | | | | | | |
| <u>D'305</u> | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | | | | | |
| | | | | | | | | |
| <u>'381</u> | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | | | | | |
| Galaxy Prevail | | All Units | '381, '915, '163 | | | | | |
| | | | | | | | | |
| <u>'915</u> | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | | | | | |
| Galaxy Prevail | | All Units | '381, '915, '163 | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | White Units Only | '915, '163, D'677 | | | | | |
| | | | | | | | | |
| <u>'163</u> | | | | | | | | |
| Droid Charge | | All Units | '381, '915, '163, D'305 | | | | | |
| Galaxy Prevail | | All Units | '381, '915, '163 | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | '915, '163, D'677 | | | | | |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                                  Schedule 3.1

**Calculation of Supplemental Damages For Products Eligible for
Supplemental Damages: August 25th 2012 Through Design Around
Implementation or Final Sale**

| Product | Carrier | Color | 2012 | | 2013 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
| Damages Award per Unit / Royalty Rate | | | | | | | | | | |
| D'677 | | | | | | | | | | |
| [b] Galaxy S II (Epic 4G Touch) | | Black Units Only | | | | | | | | |
| [b] Galaxy S II (Skyrocket) | | Black Units Only | | | | | | | | |
| [b] Hercules / Galaxy S II (T-Mobile) | | Black Units Only | | | | | | | | |
| D'305 | | | | | | | | | | |
| [b] Droid Charge | | All Units | | | | | | | | |
| '381 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| '915 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| [e] Hercules / Galaxy S II (T-Mobile) | | White Units Only | | | | | | | | |
| '163 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| [e] Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | | | | | | | | |
| Supplemental Damages | | | | | | | | | | |
| D'677 | | | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | | Black Units Only | | | | | | | | |
| Galaxy S II (Skyrocket) | | Black Units Only | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Black Units Only | | | | | | | | |
| D'305 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| '381 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| '915 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | White Units Only | | | | | | | | |
| '163 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | | | | | | | | |

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                                Schedule 3.1

**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| | | | 2013 | | | | | | 2014 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Product | Carrier | Color | July | Aug | Sep | Oct | Nov | Dec | Jan | Feb |

Damages Award per Unit / Royalty Rate

D'677
*[b]* Galaxy S II (Epic 4G Touch)       Black Units Only
*[b]* Galaxy S II (Skyrocket)           Black Units Only
*[b]* Hercules / Galaxy S II (T-Mobile) Black Units Only

D'305
*[b]* Droid Charge                      All Units

'381
Droid Charge                           All Units
Galaxy Prevail                         All Units

'915
Droid Charge                           All Units
Galaxy Prevail                         All Units
*[e]* Hercules / Galaxy S II (T-Mobile) White Units Only

'163
Droid Charge                           All Units
Galaxy Prevail                         All Units
*[e]* Hercules / Galaxy S II (T-Mobile) Non-Black Units

Supplemental Damages

D'677
Galaxy S II (Epic 4G Touch)            Black Units Only
Galaxy S II (Skyrocket)                Black Units Only
Hercules / Galaxy S II (T-Mobile)      Black Units Only

D'305
Droid Charge                           All Units

'381
Droid Charge                           All Units
Galaxy Prevail                         All Units

'915
Droid Charge                           All Units
Galaxy Prevail                         All Units
Hercules / Galaxy S II (T-Mobile)      White Units Only

'163
Droid Charge                           All Units
Galaxy Prevail                         All Units
Hercules / Galaxy S II (T-Mobile)      Non-Black Units

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                        Schedule 3.1
**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| Product | Carrier | Color | 2014 | | | | | | | |
| | | | Mar | Apr | May | June | July | Aug | Sep | Oct |
|---|---|---|---|---|---|---|---|---|---|---|
| Damages Award per Unit / Royalty Rate | | | | | | | | | | |
| D'677 | | | | | | | | | | |
| [b] Galaxy S II (Epic 4G Touch) | | Black Units Only | | | | | | | | |
| [b] Galaxy S II (Skyrocket) | | Black Units Only | | | | | | | | |
| [b] Hercules / Galaxy S II (T-Mobile) | | Black Units Only | | | | | | | | |
| D'305 | | | | | | | | | | |
| [b] Droid Charge | | All Units | | | | | | | | |
| '381 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| '915 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| [e] Hercules / Galaxy S II (T-Mobile) | | White Units Only | | | | | | | | |
| '163 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| [e] Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | | | | | | | | |
| Supplemental Damages | | | | | | | | | | |
| D'677 | | | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | | Black Units Only | | | | | | | | |
| Galaxy S II (Skyrocket) | | Black Units Only | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Black Units Only | | | | | | | | |
| D'305 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| '381 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| '915 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | White Units Only | | | | | | | | |
| '163 | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | | | | | | | | |

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                                                    Schedule 3.1
**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| | | | 2014 | | 2015 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Product | Carrier | Color | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
| **Damages Award per Unit / Royalty Rate** | | | | | | | | | | |
| **D'677** | | | | | | | | | | |
| [b] Galaxy S II (Epic 4G Touch) | | Black Units Only | | | | | | | | |
| [b] Galaxy S II (Skyrocket) | | Black Units Only | | | | | | | | |
| [b] Hercules / Galaxy S II (T-Mobile) | | Black Units Only | | | | | | | | |
| **D'305** | | | | | | | | | | |
| [b] Droid Charge | | All Units | | | | | | | | |
| **'381** | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| **'915** | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| [e] Hercules / Galaxy S II (T-Mobile) | | White Units Only | | | | | | | | |
| **'163** | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| [e] Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | | | | | | | | |
| **Supplemental Damages** | | | | | | | | | | |
| **D'677** | | | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | | Black Units Only | | | | | | | | |
| Galaxy S II (Skyrocket) | | Black Units Only | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Black Units Only | | | | | | | | |
| **D'305** | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| **'381** | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| **'915** | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | White Units Only | | | | | | | | |
| **'163** | | | | | | | | | | |
| Droid Charge | | All Units | | | | | | | | |
| Galaxy Prevail | | All Units | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | Non-Black Units | | | | | | | | |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                                           **Schedule 3.1**

**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| Product | Carrier | Color | IP Infringed | First Sales Date with Design Around | Total 8/25/12-- 6/30/2015 | 2012 | | |
|---|---|---|---|---|---|---|---|---|
| | | | [a] | [c] | | Aug | Sep | Oct |
| **Non-Trade Dress Products Total Supplemental Damages** | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | | | D'677 | | | | | |
| Galaxy S II (Skyrocket) | | | D'677 | | | | | |
| Droid Charge | | | '381, '915, '163, D'305 | | | | | |
| Galaxy Prevail | | | '381, '915, '163 | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | '915, '163, D'677 | | | | | |
| **Subtotal Non-Trade Dress Products** | | | | | | | | |

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                                  Schedule 3.1
**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| Product | Carrier | Color | 2012 | | 2013 | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
| **Non-Trade Dress Products Total Supplemental Damages** | | | | | | | | | | |
| | | | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | | | | | | | | | | |
| Galaxy S II (Skyrocket) | | | | | | | | | | |
| Droid Charge | | | | | | | | | | |
| Galaxy Prevail | | | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | | | | | | |
| | | | | | | | | | | |
| **Subtotal Non-Trade Dress Products** | | | | | | | | | | |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                    Schedule 3.1
**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| Product | Carrier | Color | 2013 | | | | | | 2014 | |
|---------|---------|-------|------|-----|-----|-----|-----|-----|------|-----|
| | | | July | Aug | Sep | Oct | Nov | Dec | Jan | Feb |
| **Non-Trade Dress Products Total Supplemental Damages** | | | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | | | | | | | | | | |
| Galaxy S II (Skyrocket) | | | | | | | | | | |
| Droid Charge | | | | | | | | | | |
| Galaxy Prevail | | | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | | | | | | |
| **Subtotal Non-Trade Dress Products** | | | | | | | | | | |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                                                                              Schedule 3.1

**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| Product | Carrier | Color | 2014 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Mar | Apr | May | June | July | Aug | Sep | Oct |
| **Non-Trade Dress Products Total** **Supplemental Damages** | | | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | | | | | | | | | | |
| Galaxy S II (Skyrocket) | | | | | | | | | | |
| Droid Charge | | | | | | | | | | |
| Galaxy Prevail | | | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | | | | | | |
| **Subtotal Non-Trade Dress Products** | | | | | | | | | | |

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                              Schedule 3.1
**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| Product | Carrier | Color | 2014 | | 2015 | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Nov | Dec | Jan | Feb | Mar | Apr | May | June |
| **Non-Trade Dress Products Total Supplemental Damages** | | | | | | | | | | |
| | | | | | | | | | | |
| Galaxy S II (Epic 4G Touch) | | | | | | | | | | |
| Galaxy S II (Skyrocket) | | | | | | | | | | |
| Droid Charge | | | | | | | | | | |
| Galaxy Prevail | | | | | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | | | | | | |
| | | | | | | | | | | |
| **Subtotal Non-Trade Dress Products** | | | | | | | | | | |

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                                        Schedule 3.1

**Calculation of Supplemental Damages For Products Eligible for**
**Supplemental Damages: August 25th 2012 Through Design Around**
**Implementation or Final Sale**

| Product | Carrier | Color | IP Infringed | First Sales Date with Design Around | Total 8/25/12-- 6/30/2015 | 2012 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Aug | Sep | Oct |
| | | | [a] | [c] | | | | |

_Notes_ :

[f] November 2012 proration factor

|  | **November 2012** |
|---|---|
| First Day of Month | 11/1/2012 |
| Period End Date | 11/2/2012 |
| Covered Days | 2 |
| % Period Covered | 7% |

Samsung confirms the last Galaxy S II (T-Mobile) sold without a design around for the '915 was on November 2, 2012 (Dkt. 3307, p. 4).

[g] Galaxy S II (Skyrocket) sales that are labeled "dark gray" were accused at trial and are considered by the court to continue to infringe.

[h] The parties have agreed that total Galaxy S II (Epic 4G Touch) black supplemental units equals █████ through a meet and confer. I have been instructed by counsel to use this total (which excludes 50 returned units from Boost Mobile) in calculating supplemental damages.

_Sources_ :

[a] Apple Inc., v. Samsung Electronics, LTD. Amended Verdict Form, pp. 5-7.

[b] Schedule 2.

[c] Dkt. 3307, pp. 2-4.

[d] Exhibit A_SAM_SD0008_HIGHLY CONFIDENTIAL.

[e] Mr. Musika's reasonable royalty rate of █████ for the '915 patent and █████ for the '163 patent are █████████ to comport with the NDCA 1 Jury Award.