1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2  John B. Quinn (Bar No. 90378)
   johnquinn@quinnemanuel.com
3  William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
4  Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
5  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
6  Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
7
   Kevin P.B. Johnson (Bar No. 177129)
8  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
9  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
10 Redwood Shores, California 94065
   Telephone: (650) 801-5000
11 Facsimile: (650) 801-5100

12
   Attorneys for SAMSUNG ELECTRONICS CO.,
13 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
14 TELECOMMUNICATIONS AMERICA, LLC

15                    UNITED STATES DISTRICT COURT

16       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

17 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
18 | Plaintiff, | **NOTICE OF ERRATA REGARDING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SAMSUNG'S OPPOSITION TO APPLE'S MOTION FOR SUPPLEMENTAL DAMAGES AND PREJUDGMENT INTEREST** |
19 | vs. | |
20 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
24 | Defendants. | |

1    PLEASE TAKE NOTICE that Defendants Samsung Electronics Co., Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3  "Samsung") hereby serve this Notice of Errata Regarding Samsung's Administrative Motion to

4  File Under Seal Samsung's Opposition to Apple's Motion for Supplemental Damages and

5  Prejudgment Interest (Dkt. 3354).

6    In the version of the Declaration Of Michael J. Wagner submitted under seal at Dkt. 3354-

7  18, the following change should be made:

8
9        • On page 6, line 9 (second sentence of paragraph 25), the number preceding "units

10        of the white-faced Galaxy S II T-Mobile" should be highlighted.

11    Samsung's sealing motion (Dkt. 3354) seeks to seal this number because it is "product-

12  and version-specific unit sales data;" however, the document filed under seal inadvertently omitted

13  the highlighting from this number.  A corrected version of the highlighted, sealed version of the

14  Declaration of Michael J. Wagner is filed concurrently, along with a public version that redacts the

15  number referenced above.  No other changes have been made to the corrected version of the

16  highlighted, sealed version.

17

18  DATED:  January 27, 2016          QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
19

20

21                                    /s/ Victoria F. Maroulis
                                      John B. Quinn
22                                    William C. Price
                                      Michael T. Zeller
23                                    Kevin P.B. Johnson
                                      Victoria F. Maroulis
24

25                                    Attorneys for SAMSUNG ELECTRONICS CO.,
                                      LTD., SAMSUNG ELECTRONICS AMERICA,
26                                    INC., and SAMSUNG
                                      TELECOMMUNICATIONS
27                                    AMERICA, LLC

28

-1-                          Case No. 11-cv-01846-LHK
                             NOTICE OF ERRATA