QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Brett Arnold, declare:

I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065.

On January 27, 2016, I served true copies of the following documents submitted under seal at ECF No. 3368:

1. **Sealed Conformed Highlighted Version Of Samsung's Opposition To Apple's Motion To Strike Portions Of Michael Wagner's 2015 Rebuttal Report**
2. **Sealed Conformed Highlighted Version of Exhibit B**
3. **Sealed Conformed Highlighted Version of Exhibit C**
4. **Sealed Conformed Highlighted Version of Exhibit D**

**BY ELECTRONIC SERVICE:** The foregoing documents were sent by electronically mailing them through Quinn Emanuel Urquhart & Sullivan LLP's electronic mail system to the e-mail addresses set forth below:

AvSRemand@mofo.com

WHAppleSamsungAppealsTeam@wilmerhale.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 28, 2016 at Davis, California.

                                                  */s/ Brett Arnold*
                                                  Brett Arnold