1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  John B. Quinn (Bar No. 90378)
   johnquinn@quinnemanuel.com
3  William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
4  Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
5  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
6  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
7
   Kevin P.B. Johnson (Bar No. 177129)
8  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
9  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
10 Redwood Shores, California  94065-2139
   Telephone:  (650) 801-5000
11 Facsimile:  (650) 801-5100

12 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
13 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
14

15                     UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| 17 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|---|
| 18 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 19 | vs. | |
| 20 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 21 | | |
| 22 | | |
| 23 | Defendants. | |
| 24 | | |

25
26
27
28

1   I, Brett Arnold, declare:

2   I am over the age of eighteen years and not a party to the within action; my business
3   address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065.

4   On January 27, 2016, I served a true copy of the following document submitted under seal
5   at ECF No. 3369:

6   • **Corrected Sealed Highlighted Version of the Declaration of Michael Wagner**

8   **BY ELECTRONIC SERVICE:** The foregoing document was sent by electronically
9   mailing it through Quinn Emanuel Urquhart & Sullivan LLP's electronic mail system to the e-mail
10  addresses set forth below:

12   AvSRemand@mofo.com
13   WHAppleSamsungAppealsTeam@wilmerhale.com

15   I declare under penalty of perjury that the foregoing is true and correct.  Executed on
16  January 28, 2016 at Davis, California.

18                     /s/ Brett Arnold
19                     Brett Arnold

-1-  Case No. 11-CV-1846-LHK (PSG)
CERTIFICATE OF SERVICE