# EXHIBIT A
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Exhibit 17.2-S2

Apple Inc. v. Samsung Electronics Co., LTD., et al.

Apple's Lost Profits Summary
See Damages Period Below 1/

| | 2010 | | | | | | | | 2011 | | | | | | | | | | | | 2012 | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | |

