# EXHIBIT B
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Plaintiff's Exhibit No. 25G1.2

Apple Inc. v. Samsung Electronics Co., LTD., et al.

## Apple's Lost Profits Summary
Damages Calculations Underlying PX25F.4 1/, 2/

| | 2010 | | | | | | | | 2011 | | | | | | | | | | | | 2012 | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | |

**Sources/Notes:**
1/ Damages calculated from August 4, 2010 for the '381 patent; April 15, 2011 for '915 patent and 'D677 design patent; and June 16, 2011 for the '163 patent and 'D305 design patent.
2/ Design around period starting on the date of first infringement.
3/ Smartphones - See pp. 7-8, Tablets - See pp. 9-10.
4/ Smartphones - See PX25F.14, Tablets - See PX25F.15.
5/ Smartphones - See p. 12, Tablets - See p. 13.

Prepared by Julie L. Davis, Davis & Hosfield Consulting LLC, and Invotex Group

Highly Confidential
Subject to Protective Order