# Exhibit C
## (Part 1)

Redacted Version of Document Sought
to be Sealed

**DEFENDANT'S EXHIBIT
NO. 411.001**

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*

Date Admitted: _____ By: _____

| | |
|---|---|
| Subject: | v4 |
| From: | "Dennis Burke" <dennis_burke@apple.com> |
| Received(Date): | Fri, 08 Mar 2013 20:35:54 +0000 |
| To: | "ED Tharp" <etharp@apple.com>, "Mike Cabrera" <mcabrera@apple.com>,"Stephen Wan" <stephen.wan@apple.com>,"Amita Patel" <amita_patel@apple.com>, "Omar Alwarid" <alwarid@apple.com>,"Erfan Ahmed" <eahmed@apple.com>, "Dave Winter" <dwinter@apple.com>,"James Burke" <j.burke@apple.com>, "Brett Byron" <bbyron@apple.com>,<jmonahan@apple.com> |
| Attachment: | Oppenheimer_iPhone_Review_March_2013_v4.key |
| Date: | Fri, 08 Mar 2013 20:35:54 +0000 |



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001697453

DEFENDANT'S EXHIBIT NO. 411.002



iPhone Review

March 2013

Highly Confidential - Attorneys' Eyes Only

DEFENDANT'S EXHIBIT NO. 411.003

DEFENDANT'S EXHIBIT NO. 411.004



APLNDC630-0001697456

**DEFENDANT'S EXHIBIT NO. 411.005**



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001697457

DEFENDANT'S EXHIBIT NO. 411.007

DEFENDANT'S EXHIBIT NO. 411.008

DEFENDANT'S EXHIBIT NO. 411.009

DEFENDANT'S EXHIBIT NO. 411.010



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001697462

DEFENDANT'S EXHIBIT NO. 411.011

# Contrast this with Samsung's approach

| Feature Phones | |
|---|---|
| Units (M): | 176M |
| Revenues (US$): | $11Bn |
| ASP (US$): | $63 |
| OP (US$): | $0.5Bn |
| OP %: | 5% |

- 45% of volume
- No subsidy solution

| Low & Mid Tier Smartphones | |
|---|---|
| Units (M): | 134M |
| Revenues (US$): | $26Bn |
| ASP (US$): | $197 |
| OP (US$): | $4.3Bn |
| OP %: | 16% |

- 34% of volume
- Low subsidy solution for entry smartphone
- More flexible with customization and exclusivity for operators

| High Tier Smartphones | |
|---|---|
| Units (M): | 79M |
| Revenues (US$): | $42Bn |
| ASP (US$): | $531 |
| OP (US$): | $12.7Bn |
| OP %: | 30% |

- 21% of volume
- Brand Hero Devices
- Little / No Customization or exclusivity
- Lower SAC option for Operator

| Total Handset Business | |
|---|---|
| Units (M): | 389M |
| Revenues (US$): | $79Bn |
| ASP (US$): | $205 |
| OP (US$): | $17.6Bn |
| OP %: | 22% |

- Handsets estimated to account for 43% of revenues & 65% of operating profit

Source: Barclays US$=KRW 1,085
Excludes Tablets

Apple Confidential - Need to Know

10

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001697463

DEFENDANT'S EXHIBIT NO. 411.012

DEFENDANT'S EXHIBIT NO. 411.013

# We expect a stronger Galaxy lineup this year
## S4, Note 2, S4 Mini and S3 lead growing high-end portfolio

| @ S3 Launch (May'12) | | Est. @ S4 Launch (April'13) | |
|---|---|---|---|
| SKU | WSP | SKU | WSP |
| S3 | ~$550 | S4 | ~$550 |
| Note | ~$490 | Note 2 | ~$510 |
| S2 LTE | ~$410 | S3 | ~$450 |
| S | ~$285 | S4 Mini | ~$315 |
| Ace | ~$190 | S3 Mini | ~$300 |
| | | Grand | ~$290 |
| | | Ace 2 | ~$200 |

Source: CCS Insight & Apple Estimates

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001697465

DEFENDANT'S EXHIBIT NO. 411.014



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001697466

DEFENDANT'S EXHIBIT NO. 411.015

DEFENDANT'S EXHIBIT NO. 411.016

DEFENDANT'S EXHIBIT NO. 411.017

DEFENDANT'S EXHIBIT NO. 411.019

DEFENDANT'S EXHIBIT NO. 411.020

DEFENDANT'S EXHIBIT NO. 411.021

DEFENDANT'S EXHIBIT NO. 411.022

DEFENDANT'S EXHIBIT NO. 411.023

DEFENDANT'S EXHIBIT NO. 411.024



DEFENDANT'S EXHIBIT NO. 411.026

DEFENDANT'S EXHIBIT NO. 411.027

DEFENDANT'S EXHIBIT NO. 411.028