# Exhibit C
## (Part 2)

Redacted Version of Document Sought
to be Sealed

DEFENDANT'S EXHIBIT NO. 411.030



DEFENDANT'S EXHIBIT NO. 411.032

# How do we ensure flawless launch?
Need to maximize momentum from Day 1

- 100% in-stock rates
- "Global" launch
- 100% consumer awareness via PR, Marketing and launch events
- 100% merchandising & demo units in place
- Flawless product quality
- 100% store clerk training

Apple Confidential – Need to Know

31

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001697484

DEFENDANT'S EXHIBIT NO. 411.033

DEFENDANT'S EXHIBIT NO. 411.034

DEFENDANT'S EXHIBIT NO. 411.035

DEFENDANT'S EXHIBIT NO. 411.036

DEFENDANT'S EXHIBIT NO. 411.037

DEFENDANT'S EXHIBIT NO. 411.038

DEFENDANT'S EXHIBIT NO. 411.039

DEFENDANT'S EXHIBIT NO. 411.041

DEFENDANT'S EXHIBIT NO. 411.042



DEFENDANT'S EXHIBIT NO. 411.045

DEFENDANT'S EXHIBIT NO. 411.046

DEFENDANT'S EXHIBIT NO. 411.047

DEFENDANT'S EXHIBIT NO. 411.048

**DEFENDANT'S EXHIBIT NO. 411.050**

DEFENDANT'S EXHIBIT NO. 411.051



DEFENDANT'S EXHIBIT NO. 411.053

DEFENDANT'S EXHIBIT NO. 411.054

DEFENDANT'S EXHIBIT NO. 411.055

DEFENDANT'S EXHIBIT NO. 411.056

**DEFENDANT'S EXHIBIT NO. 411.057**

DEFENDANT'S EXHIBIT NO. 411.058

DEFENDANT'S EXHIBIT NO. 411.059