# Exhibit C
## (Part 3)

Redacted Version of Document Sought
to be Sealed

DEFENDANT'S EXHIBIT NO. 411.061

DEFENDANT'S EXHIBIT NO. 411.062

DEFENDANT'S EXHIBIT NO. 411.063

DEFENDANT'S EXHIBIT NO. 411.064

DEFENDANT'S EXHIBIT NO. 411.065

DEFENDANT'S EXHIBIT NO. 411.066

DEFENDANT'S EXHIBIT NO. 411.067

DEFENDANT'S EXHIBIT NO. 411.068

DEFENDANT'S EXHIBIT NO. 411.069

DEFENDANT'S EXHIBIT NO. 411.070

DEFENDANT'S EXHIBIT NO. 411.071

DEFENDANT'S EXHIBIT NO. 411.072

DEFENDANT'S EXHIBIT NO. 411.073



DEFENDANT'S EXHIBIT NO. 411.076

DEFENDANT'S EXHIBIT NO. 411.077

DEFENDANT'S EXHIBIT NO. 411.078

DEFENDANT'S EXHIBIT NO. 411.079



DEFENDANT'S EXHIBIT NO. 411.080

DEFENDANT'S EXHIBIT NO. 411.081



DEFENDANT'S EXHIBIT NO. 411.083



DEFENDANT'S EXHIBIT NO. 411.085

