# Exhibit D
## (Part 1)

Tedacted Version of Document Sought
to be Sealed



# FY'14 Planning Offsite

Calistoga, CA
April 2 to 4, 2013

DEFENDANT'S EXHIBIT
NO. 413.001

United States District Court
Northern District of California
No. 12-CV-00630-LHK (PSG)
*Apple v. Samsung*

Date Admitted: _____   By: _____



APLNDC630-0001849558

DEFENDANT'S EXHIBIT NO. 413.008



APLNDC630-0001849565

DEFENDANT'S EXHIBIT NO. 413.014

# So what is going on?

### Consumers

- Strongest demand coming from less expensive & larger screen smartphones

### Carriers



- Carriers have strong interest in capping iPhone due to one or more factors...
  - High share
  - Subsidy premium
  - "Unfriendly" policies
  - Lack of alignment

### Competitors



- Competitors have drastically improved their hardware and in some cases their ecosystems

- Spending "obscene" amounts of money on advertising and/or carrier/channel to gain traction

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001849571