# Exhibit D
## (Part 2)

Redacted Version of Document Sought
to be Sealed

DEFENDANT'S EXHIBIT NO. 413.046



Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001849603