UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to Civ. L.R. 7-11 and 79-5, Apple Inc. ("Apple") has filed an Administrative Motion to File Documents under Seal ("Motion to Seal") relating to Apple's Reply in Support of Motion for Supplemental Damages and Prejudgment Interest ("Apple's Reply in Support of Motion for Supplemental Damages"). Apple has moved to file under seal the following documents: portions of the confidential, unredacted version of Apple's Reply in Support of Motion for Supplemental Damages.

IT IS HEREBY ORDERED that the following portions of the confidential, unredacted versions of the following documents shall be filed under seal:

| Document | Sealable Portion |
| --- | --- |
| Apple's Reply in Support of Motion for Supplemental Damages | Page 7: portions of line 9<br>Page 13: portions of lines 16-19<br>Page 14: portions of lines 2-4 |

**IT IS SO ORDERED.**

Dated: _____    _____
HONORABLE LUCY H. KOH
United States District Judge