QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF BRETT ARNOLD IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [FILED AT DKT. 3376]** |

I, Brett Arnold, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Apple's Administrative Motion to File Under Seal (Dkt. 3376), which seeks to seal certain confidential Samsung information included in Apple's Reply in Support of its Motion for Supplemental Damages and Prejudgment Interest ("Apple's Reply") (Dkt. 3376-3).

3. Apple's Reply contains product- and model-specific unit sales data related to post-verdict sales of certain Samsung products. In response to the Court's September 18, 2015 case management order (Dkt. 3289 at 2), Samsung served and filed under seal this highly confidential sales data. (Dkt. 3308-3; Dkt. 3310.) At the case management conference, and in the order that followed, the Court stated that Samsung could redact its unit sales numbers when it filed the public version of its Supplemental Damages Statement. (Dkt. 3289 at 2; Dkt. 3291 at 60.) The Court subsequently ordered that there was good cause to seal the data after it was filed. (Dkt. 3326.)

4. The Federal Circuit previously held that such "detailed product-specific financial information" was sealable under the highest "compelling reasons" standard. *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1223-26 (Fed. Cir. 2013). The harm to Samsung from public disclosure of this data is described by the Federal Circuit in its decision, *see id.*, as well as the Declarations of James Shin, previously filed in this action, *see* Dkt. 2385-1; Dkt. 2430. This Court has sealed this same type of information previously. (*See, e.g.*, Dkt. 2575 at 16; Dkt. 3326.)

5. Samsung also requests that limited additional data be sealed that could be used to ascertain the highly confidential post-verdict sales data.

-1- Case No. 11-cv-01846-LHK
ARNOLD DECLARATION IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

6. In line with the procedural mechanism set out in Apple's sealing motion (Dkt. 3376 at 2), the parties will prepare and Apple will file a conformed highlighted version of Apple's Reply that highlights the information described above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2016, at Davis, California.

                                                 */s/ Brett Arnold*
                                                 Brett Arnold