1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 90378)
2  johnquinn@quinnemanuel.com
   William C. Price (Bar No. 108542)
3  williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
4  michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
5  Los Angeles, California 90017
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
8  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
9  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
10 Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100
11
   Attorneys for Samsung Electronics Co., Ltd.,
12 Samsung Electronics America, Inc., and Samsung
   Telecommunications America, LLC
13
                    UNITED STATES DISTRICT COURT
14
        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
15

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Mark T. Gray of Quinn Emanuel Urquhart & Sullivan, LLP

3  hereby appears as counsel of record for Samsung Electronics Co., Ltd., Samsung Electronics

4  America, Inc. and Samsung Telecommunications America, LLC.

5  Copies of all pleadings, papers, correspondence, and electronic filing notices should be

6  directed to:

7      Mark T. Gray (CA Bar No. 305251)
    markgray@quinnemanuel.com
8      555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, California  94065
9      Telephone:     (650) 801-5000
    Facsimile:     (650) 801-5100

10

11  DATED:     February 11, 2016          QUINN EMANUEL URQUHART &
                                                        SULLIVAN, LLP
12

13

14                                                By  */s/ Mark T. Gray*
                                                    Mark T. Gray
15                                                      Attorney for SAMSUNG ELECTRONICS CO.,
                                                    LTD., SAMSUNG ELECTRONICS AMERICA,
16                                                      INC., and SAMSUNG
17                                                      TELECOMMUNICATIONS AMERICA, LLC

18

19

20

21

22

23

24

25

26

27

28