UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>   Defendants. | Case No. 11-CV-01846-LHK<br><br>**CASE MANAGEMENT ORDER AND ORDER PARTIALLY DENYING MOTION TO STRIKE**<br><br>Dkt. No. 3335 |

Plaintiff's Attorneys:  Harold McElhinny, Rachel Krevans, William Lee, Mark Selwyn, Erik Olson, and Nathan Sabri

Defendants' Attorneys: Victoria Maroulis, Carl Anderson, and Sara Jenkins

**MOTIONS TO STRIKE**

  On February 10, 2016, the Court issued an order granting in part and denying in part both Apple's and Samsung's Motions to Strike Portions of Updated Expert Reports on Damages. ECF No. 3380.

  The Court held a hearing on February 11, 2016 on the sole issue remaining. Having considered the parties' submissions and arguments, the relevant case law, and the record, and balancing the factors set forth in Federal Rule of Evidence 403, the Court DENIED Samsung's motion to strike the new per product/per patent exhibits in the damages report of Apple's expert, Julie L. Davis.

1

Case No. 11-CV-01846-LHK
CASE MANAGEMENT ORDER AND ORDER PARTIALLY DENYING MOTION TO STRIKE

The Court also made the following rulings during the hearing:

**EXPERT REPORTS**

Apple shall revise Davis's per product/per patent exhibits to incorporate the clarifying changes discussed at the hearing. Apple shall serve revised exhibits on Samsung by February 12, 2016. After meeting and conferring with Samsung, Apple shall file revised exhibits by February 18, 2016.

Samsung's damages expert, Michael Wagner, may revise his trial exhibits (or, if necessary, briefly supplement his report) to present his opinions on a per product/per patent basis. Samsung shall provide any such revisions to Apple by February 16, 2016, at 2:00 p.m. Apple may take a one-hour deposition of Wagner, if necessary, on February 17, 2016.

The parties shall revise their November 2015 expert reports consistent with the Court's rulings on the parties' motions to strike. By February 26, 2016, the parties shall deliver to the Court two hardcopies each of both clean versions of the revised expert reports and redlined versions showing the changes made to the experts' reports. The parties shall additionally e-mail PDF copies of the clean and redlined versions of the revised expert reports to the Court's Courtroom Deputy.

**PRE-TRIAL MATERIALS**

Samsung shall file a revised witness list indicating which witnesses Samsung will call and which witnesses Samsung may call by February 16, 2016.

The parties shall jointly submit a proposed per product/per patent verdict form by February 18, 2016, and joint proposed preliminary jury instructions and joint proposed final jury instructions by February 19, 2016. The joint filings shall identify areas of agreement and disagreement and provide justifications for competing proposals.

The parties' motions in limine are currently due on February 18, 2016. Although the Court expects to resolve most of the parties' motions in limine on the briefs, the Court shall select two issues for oral argument by newer attorneys at the Pretrial Conference on March 3, 2016. As agreed by the parties, by February 25, 2016, the Court shall issue an order designating one motion to be argued by an attorney 7 or fewer years out of law school, and a second motion to be argued by an attorney 5 or fewer years out of law school.

**OTHER SCHEDULING**

The hearing on Apple's Motion for Supplemental Damages and Prejudgment Interest, ECF No. 3339, currently scheduled for March 24, 2016, at 1:30 p.m., is continued to April 14, 2016, at 1:30 p.m.

The revised case schedule is as follows:

| Scheduled Event | Date |
|---|---|
| Joint Proposed Verdict Form | February 18, 2016 |
| Proposed Preliminary Jury Instructions and Proposed Final Jury Instructions | February 19, 2016 |
| Pretrial Conference and Hearing on Motion to Introduce New Evidence | March 3, 2016, at 1:30 p.m. |
| Trial Dates | March 28, 29, 30, and 31, 2016 and April 1, 4, and 5, 2016 |
| Hearing on Supplemental Damages | April 14, 2016 at 1:30 p.m. |
| Post-trial Motions | Opening briefs: April 21, 2016<br>Opposition briefs: May 5, 2016<br>Reply briefs: May 12, 2016 |
| Hearing on Post-trial Motions | June 2, 2016 at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: February 11, 2016

_____
LUCY H. KOH
United States District Judge

3

Case No. 11-CV-01846-LHK
CASE MANAGEMENT ORDER AND ORDER PARTIALLY DENYING MOTION TO STRIKE