UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>  Defendants. | Case No. 11-CV-01846-LHK<br><br>**ORDER REGARDING REMEDIES CHART** |

To aid the Court in preparing for the upcoming damages retrial, the parties are ordered to jointly file by February 18, 2016 a chart identifying the following for each product and patent at issue: (1) each available remedy (*i.e.*, lost profits, infringer's profits, reasonable royalty); and (2) the time frame for which that remedy is available. To the extent any portion of the chart is disputed, the parties should identify that portion and concisely state the parties' positions.

**IT IS SO ORDERED.**

Dated: February 12, 2016

_____
LUCY H. KOH
United States District Judge

1
Case No. 11-CV-01846-LHK
ORDER REGARDING REMEDIES CHART