1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 90378)
2  johnquinn@quinnemanuel.com
   William C. Price (Bar No. 108542)
3  williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
4  michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
5  Los Angeles, California 90017
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
8  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
9  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
10 Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100
11

12 Attorneys for SAMSUNG ELECTRONICS CO.,
   LTD., SAMSUNG ELECTRONICS AMERICA,
13 INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
14

15                    UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

17

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19             Plaintiff, | **SAMSUNG'S AMENDED LIST OF WITNESSES FOR TRIAL** |
| 20      vs. | Trial Date:  March 28, 2016 |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | Place:    Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24             Defendant. | |

Pursuant to the Court's order (Feb. 11, 2016 Hearing Tr. at 25-26 (Dkt. 3388)), defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") respectfully submit the following list of witnesses that they may call to testify at trial other than solely for impeachment with a brief statement following each name describing the substance of the testimony to be given.  Because the admissibility of testimony from a witness is dependent on the context, the inclusion of a witness on Samsung's list of witnesses should not be construed as a waiver of the right to object to the witness or to the use of testimony from the witness when called by Plaintiff.

Because Samsung's testimony in the new trial will be limited to rebuttal of Apple's damages claims, Samsung further reserves the right to amend this list as appropriate after it receives any amended list of witnesses from Apple for the new trial, and to amend or supplement this list in response to any evidence offered by Plaintiff at trial.  Samsung further reserves the right to revise its list as necessary to respond, including identity of witnesses (live or by deposition) and descriptions of expected testimony, should the Court permit Samsung to introduce new exhibits and testimony as requested in Samsung's Motion to Introduce At The Damages Retrial Evidence Created After The July 2012 Trial (Dkt. 3352).

<u>Witnesses Samsung Expects to Call Live:</u>

1. **Timothy Benner**:  Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.  Telephone number 650-801-5000. Mr. Benner may testify regarding Samsung consumer surveys and strategies.

2. **Justin Denison**:  Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.  Telephone number 650-801-5000. Mr. Denison may testify regarding the smartphone and tablet markets, and marketing and sales of Samsung products in the United States.

3. **Stephen Gray:**  Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065. Telephone number 650-801-5000.  This witness is a technical expert and may provide testimony relating to Apple's '163 and '915 patents.

**4. Sam Lucente**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Lucente is an expert who may testify regarding the GUI patents.

**5. Timothy Sheppard**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Sheppard may authenticate Samsung's financial data; testify that Samsung's costs are attributable to the manufacture and sale of the accused products; testify as to the different revenue, costs, and profits as between each different defendant; and defend the reliability of Samsung's financial data.

**6. Michael Wagner**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Wagner is an expert who will provide testimony rebutting Apple's damages claims.

<u>Witnesses Samsung May Call Live:</u>

**1. Robert John Anders**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065. Telephone number 650-801-5000.   Mr. Anders is an expert who may testify regarding the design patents.

**2. Fred Anzures:**   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000. Mr. Anzures may testify regarding the graphic user interface of Apple's iPhones and design patents.

**3. Tony Blevins**:   Apple c/o WilmerHale, 60 State Street, Boston, Massachusetts 02109. Telephone number 617-526-6000.   Mr. Blevins is an Apple employee and was deposed as an Apple corporate representative.   Mr. Blevins may testify regarding Apple's communications with respect to suppliers and its supply capacity.

**4. Mark Buckley**:   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304.   Telephone number 650-813-5600.   Mr. Buckley may authenticate Apple's financial data, licensing and royalty payments, and Apple's manufacturing and distribution capacity.

1    **5.   Imran Chaudhri:**   Apple c/o Morrison & Foerster LLP, 425 Market Street, San
2  Francisco, California 94105-2482. Telephone number 415-268-7000.   This witness is an alleged
3  inventor on Apple's '163 patent and may provide testimony relating to that patent.   Mr. Chaudhri
4  may testify regarding the graphic user interface of Apple's iPhones and design patents.

5    **6.   Daniel Coster**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San
6  Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Coster may testify regarding
7  the design and development of Apple's iPhone products and its design patents.

8    **7.   Daniele De Iuliis**: Apple c/o Morrison & Foerster LLP, 425 Market Street San
9  Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. De Iullis may testify regarding
10 the design and development of Apple's iPhone products and its design patents.

11   **8.   Richard Howarth**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San
12 Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Howarth may testify regarding
13 the design and development of Apple's iPhone products and its design patents.

14   **9.   Jeffrey Johnson**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr.,
15 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. This witness is a
16 technical expert and will provide testimony relating to Apple's '381 patent.

17   **10.   Greg Joswiak**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San
18 Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Joswiak may provide
19 testimony regarding the marketing of and consumer demand for the design of Apple's products.

20   **11.   Eric Jue**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco,
21 California 94105-2482.   Telephone number 415-268-7000.   Mr. Jue may provide testimony
22 regarding the marketing of and consumer demand for the design of Apple's products.

23   **12.   Duncan Kerr**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San
24 Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Kerr may testify regarding the
25 design and development of Apple's iPhone products, and its design patents.

26
27
28

**13.   Jin Soo Kim**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   This witness may testify regarding Samsung design.

**14.   Min-Hyouk Lee**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Lee may testify regarding Samsung design and design of the accused Samsung products.

**15.   Richard "Chip" Lutton:**   Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Lutton is a former Apple employee and may testify regarding Apple's licensing and awareness of patents, and Apple's agreements and communications with third parties. Mr. Lutton may also provide testimony regarding design of Apple products, Apple's licenses, and its licensing practices and policies.

**16.   Stan Ng**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Ng may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

**17.   Andrew Platzer:**   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   This witness is an alleged inventor on Apple's '915 patent and may provide testimony relating to that patent.

**18.   Arthur Rangel**:   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304.   Telephone number 650-813-5600.   Mr. Rangel may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

**19.   Matthew Rohrbach**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Rohrbach may testify regarding the design and development of Apple's iPhone products and its design patents.

**20.   Dongseok Ryu**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.

1  Mr. Ryu may testify regarding Samsung UX design, the design of accused Samsung products, and
2  contemporaneous designs.

3    **21.  Douglas Satzger**:   Cooper & Scully, 100 California Street, San Francisco, California
4  94111.   Telephone number 415-956-9700. Mr. Satzger may testify regarding the design patents.

5    **22.  Itay Sherman**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr.,
6  5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Sherman
7  is an expert who may testify regarding the asserted design patents.

8    **23.  Jaehwang Sim**:   Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin
9  Dolphin Dr., 5th Floor Redwood Shores, California 94065. Telephone number 650-801-5000. Mr.
10  Sim may authenticate Samsung's financial data; testify that all of Samsung's costs are attributable
11  to the manufacture/sale of the accused products, as to the different revenue, costs, and profits as
12  between each different defendant; and defend the reliability of Samsung's financial data.

13    **24.  Steven Sinclair**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San
14  Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Sinclair may provide
15  testimony regarding the marketing of and consumer demand for the design of Apple's products.

16    **25.  Michael Tchao:**   Apple c/o Morrison & Foerster **LLP,** 425 Market Street San
17  Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Tchao may provide testimony
18  regarding the marketing of and consumer demand for the design of Apple's products.

19    **26.  Boris Teksler**:   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto,
20  California 94304.   Telephone number 650-813-5600.   Mr. Teksler is a former Apple employee,
21  was designated as an Apple corporate representative, and may testify regarding Apple's licensing,
22  awareness of patents, and supply agreements. Mr. Teksler may also provide testimony regarding
23  Apple's licenses and licensing practices and policies.

24    **27.  Sissie Twiggs:**   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto,
25  California, 94304. Telephone number 650-813-5600. Ms. Twiggs may provide testimony
26  regarding the marketing of and consumer demand for the design of Apple's products.

27
28


28. **Andries Van Dam:** Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.  Telephone number 650-801-5000.  This witness is a technical expert and may provide testimony relating to Apple's '381 patent.

29. **Jeeyuen Wang**:  Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.  Telephone number 650-801-5000.  Ms. Wang may testify regarding the graphic user interface of Samsung products.

30. **BJ Watrous**: Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California, 94304. Telephone number 650-813-5600. Mr. Watrous is an Apple employee. Mr. Watrous may provide testimony regarding Apple's licenses and licensing practices and policies.

31. **Eugene Whang**: Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Whang may testify regarding the design and development of Apple's iPhone products and its design patents.

32. **Tamara Whiteside:** Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California, 94304. Telephone number 650-813-5600. Ms. Whiteside may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

33. **Rico Zorkendorfer:** Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Zorkendorfer may testify regarding the design and development of Apple's iPhone products and its design patents.

<u>Witnesses Samsung May Call by Deposition:</u>

1. **Fred Anzures:**   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.  Telephone number 415-268-7000. Mr. Anzures may testify regarding the graphic user interface of Apple's iPhones and design patents.

2. **Tony Blevins**:  Apple c/o WilmerHale, 60 State Street, Boston, Massachusetts 02109.  Telephone number 617-526-6000.  Mr. Blevins is an Apple employee and was deposed as an Apple corporate representative.  Mr. Blevins may testify regarding Apple's communications with respect to suppliers and its supply capacity.

3.  **Mark Buckley**:   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304.   Telephone number 650-813-5600.   Mr. Buckley may authenticate Apple's financial data, licensing and royalty payments, and Apple's manufacturing and distribution capacity.

4.  **Imran Chaudhri:**   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482. Telephone number 415-268-7000.   This witness is an alleged inventor on Apple's '163 patent and may provide testimony relating to that patent.   Mr. Chaudhri may testify regarding the graphic user interface of Apple's iPhones and design patents.

5.  **Daniel Coster**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Coster may testify regarding the design and development of Apple's iPhone products and its design patents.

6.  **Daniele De Iuliis**: Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. De Iullis may testify regarding the design and development of Apple's iPhone products and its design patents.

7.  **Richard Howarth**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Howarth may testify regarding the design and development of Apple's iPhone products and its design patents.

8.  **Greg Joswiak**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Joswiak may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

9.  **Eric Jue**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Jue may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

10.  **Duncan Kerr**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Kerr may testify regarding the design and development of Apple's iPhone products, and its design patents.

**11.  Richard "Chip" Lutton:**  Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Lutton is a former Apple employee and may testify regarding Apple's licensing and awareness of patents, and Apple's agreements and communications with third parties. Mr. Lutton may also provide testimony regarding design of Apple products, Apple's licenses, and its licensing practices and policies.

**12.  Stan Ng**:  Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.  Telephone number 415-268-7000.  Mr. Ng may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

**13.  Andrew Platzer:**  Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.  Telephone number 415-268-7000.  This witness is an alleged inventor on Apple's '915 patent and may provide testimony relating to that patent.

**14.  Arthur Rangel**:  Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304.  Telephone number 650-813-5600.  Mr. Rangel may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

**15.  Matthew Rohrbach**:  Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Rohrbach may testify regarding the design and development of Apple's iPhone products and its design patents.

**16.  Douglas Satzger**:   Cooper & Scully, 100 California Street, San Francisco, California 94111.   Telephone number 415-956-9700. Mr. Satzger may testify regarding the design patents.

**17.  Steven Sinclair**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Sinclair may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

**18.  Michael Tchao:**  Apple c/o Morrison & Foerster **LLP,** 425 Market Street San Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Tchao may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

**19.  Boris Teksler**:  Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304.   Telephone number 650-813-5600.   Mr. Teksler is a former Apple employee,

1  was designated as an Apple corporate representative, and may testify regarding Apple's licensing,
2  awareness of patents, and supply agreements. Mr. Teksler may also provide testimony regarding
3  Apple's licenses and licensing practices and policies.

4       20.  **Sissie Twiggs:**   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto,
5  California, 94304. Telephone number 650-813-5600. Ms. Twiggs may provide testimony
6  regarding the marketing of and consumer demand for the design of Apple's products.

7       21.  **BJ Watrous**: Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto,
8  California, 94304. Telephone number 650-813-5600. Mr. Watrous is an Apple employee. Mr.
9  Watrous may provide testimony regarding Apple's licenses and licensing practices and policies.

10       22.  **Eugene Whang**: Apple c/o Morrison & Foerster LLP, 425 Market Street San
11  Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Whang may testify regarding
12  the design and development of Apple's iPhone products and its design patents.

13       23.  **Tamara Whiteside:** Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo
14  Alto, California, 94304. Telephone number 650-813-5600. Ms. Whiteside may provide testimony
15  regarding the marketing of and consumer demand for the design of Apple's products.

16       24.  **Rico Zorkendorfer:** Apple c/o Morrison & Foerster LLP, 425 Market Street, San
17  Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Zorkendorfer may testify
18  regarding the design and development of Apple's iPhone products and its design patents.

19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED:   February 16, 2016 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By   */s/ Victoria F. Maroulis* |
| 4 | | John B. Quinn<br>William C. Price |
| 5 | | Michael T. Zeller<br>Kevin P.B. Johnson |
| 6 | | Victoria F. Maroulis |
| 7 | | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG |
| 8 | | TELECOMMUNICATIONS AMERICA, LLC |