1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>        vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO RELEASE SUPERSEDEAS BOND** |

Plaintiff Apple Inc. and defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC[1] (collectively "Samsung") stipulate as follows pursuant to Civil Local Rule 6-2:

WHEREAS, on September 18, 2015, the Court entered a Partial Final Judgment of $548,176,477 against Samsung and in favor of Apple (Dkt. 3290) (the "Partial Judgment");

WHEREAS, on September 19, 2015, the Court entered a costs award in the amount of $1,871,302.78 ("Costs Award") (Dkt. 3193);

WHEREAS, on December 14, 2015, Apple filed a Notice of Withdrawal of Motion to Enforce Surety Liability With Respect to the $548 Million Partial Judgment and acknowledged that Samsung paid the Partial Judgment;

WHEREAS, on December 9, 2015, the Court granted Apple's Motion to Enforce Surety Liability with Respect to Costs Judgment and denied Samsung's Motion to Confirm Vacatur of the Costs Award (Dkt. 3323);

WHEREAS, Samsung has paid the Costs Award in full;

WHEREAS, the parties have agreed on a payment of $4,048,707 to resolve all claims for the amount of interest due in connection with the Partial Judgment and Costs Award and Samsung paid the agreed upon amount on February 15, 2016;

WHEREAS in light of the receipt of the agreed upon payment, Apple does not oppose the release of the supersedeas bond filed on March 17, 2014 (Dkt No. 3036)("Bond"), including bond numbers 09102795, 82286312, K08784772, and K08468503, to Zurich American Insurance Company, Federal Insurance Company, Westchester Fire Insurance Company, and Pacific Employers Insurance Company;

WHEREAS, Apple and Samsung agree that the agreed upon payment solely reflects a resolution of disputes regarding the amount of interest to be paid on the Partial Judgment and the

---

[1] Effective January 1, 2015, Samsung Telecommunications America, LLC ("STA") merged with and into Samsung Electronics America, Inc., and therefore STA no longer exists as a separate corporate entity.

1  Costs Award, and both parties reserve all other rights of whatever kind, including any rights
2  regarding any objections to the Partial Judgment and the Costs Award, any rights based on
3  ongoing appeals or writs of certiorari, any rights related to the payment of taxes, any rights
4  relating the method for calculating future interest awards, or any rights arising from any
5  proceedings in any forum related to the patents at issue in the underlying Partial Judgment and the
6  Costs Award.

       NOW THEREFORE, the parties to this stipulation, through their undersigned counsel of record and subject to the Court's approval, agree:

1. The Bond shall be released and returned to Samsung;
2. Zurich American Insurance Company is relieved from any and all past, present, and future obligations and liabilities under the Bond, including Bond Number 09102795 in the amount of $500,000,000.00 issued by Zurich American Insurance Company;
3. Federal Insurance Company is relieved from any and all past, present, and future obligations and liabilities under the Bond, including Bond Number 82286312, in the amount of $320,000,000.00 issued by Federal Insurance Company;
4. Westchester Fire Insurance Company is hereby relieved from any and all past, present, and future obligations and liabilities under the Bond, including Bond Number K08784772, in the amount of $80,000,000.00 issued by Westchester Fire Insurance Company; and
5. Pacific Employers Insurance Company is hereby relieved from any and all past, present, and future obligations and liabilities under the Bond, including Bond Number K08468503, in the amount of $100,000,000.00 issued by Pacific Employers Insurance Company.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: February 17, 2016 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By  */s/ Rachel Krevans* |
| 4 | | Rachel Krevans |
| 5 | | Attorneys for APPLE INC. |
| 6 | DATED: February 17, 2016 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7 | | |
| 8 | | |
| 9 | | By  */s/ Victoria F. Maroulis* |
| 10 | | Victoria F. Maroulis |
| 11 | | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., |
| 12 | | and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

**ORDER**

Based on the foregoing stipulation, and for good cause shown,

**IT IS SO ORDERED.**

DATED: _____

Honorable Lucy H. Koh
United States District Court Judge

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file this Declaration.   In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Rachel Krevans has concurred in this filing.

Dated:   February 17, 2016            */s/ Victoria Maroulis*
                                       Victoria Maroulis