1  [COUNSEL LISTED ON SIGNATURE PAGE]
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>             Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | Case No.   11-cv-01846 LHK (PSG)<br><br>**JOINT DAMAGES REMEDIES CHART [DKT. 3390]**<br><br>Date:    March 3, 2016<br>Time:    1:30 p.m.<br>Place:   Courtroom 4, 5th Floor<br>Judge:   Hon. Lucy H. Koh |

Pursuant to the Court's Order Regarding Remedies Chart (Dkt. 3390), the parties hereby submit their Joint Damages Remedies Chart attached as Exhibit A.

Dated: February 18, 2016

MORRISON & FOERSTER LLP
HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

By:   */s/ Rachel Krevans*
       Rachel Krevans

  Attorneys for Plaintiff and
  Counterclaim-Defendant APPLE

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

By:   */s/ Victoria Maroulis*
       Victoria Maroulis

  Attorneys for Defendants and
  Counterclaim-Plaintiffs

SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

JOINT DAMAGES REMEDIES CHART
CASE NO. 11-cv-01846 LHK (PSG)
sf-3625422

1

## ATTESTATION OF E-FILED SIGNATURE

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this submission. In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  February 18, 2016                    */s/ Rachel Krevans*
                                             Rachel Krevans

JOINT PRETRIAL STATEMENT
CASE NO. 11-cv-01846 LHK (PSG)
sf-3625422

2