# EXHIBIT A

## Damages Remedies Chart

| Patent: | '381 | '915 | | D'677 | D'305 | D'087 | '163 |
|---|---|---|---|---|---|---|---|
| Period in Which Damages Are Available: | 08/04/2010 to 6/30/2012 | 04/15/2011 to 5/29/2011 | 04/15/2011 to 6/30/2012 | 04/15/2011 to 6/30/2012 | 06/16/2011 to 6/30/2012 | 06/16/2011 to 6/30/2012 | 06/16/2011 to 6/30/2012 |
| Fascinate: | RR | LP | RR | SP or RR | SP or RR | No remedies available | RR |
| Galaxy S4G: | RR | LP | RR | SP or RR | SP or RR | SP or RR | RR |
| Galaxy S Showcase: | No remedies available | No remedies available | No remedies available | SP or RR | SP or RR | No remedies available | No remedies available |
| Mesmerize: | RR | LP | RR | SP or RR | SP or RR | No remedies available | RR |
| Vibrant: | RR | LP | RR | SP or RR | SP or RR | SP or RR | No remedies available |

**Key:**

**LP**   Apple's lost profits.  Apple contends lost profits are available; Samsung contends no lost profits are available.

**SP**   Samsung's profits.

**RR**   Reasonable royalty.

Note:  Apple may not obtain a double recovery.  *See* Final Jury Instruction No. 34 (Dkt. No. 2784 at 46).