QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S MOTIONS IN LIMINE** |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

"Samsung") hereby bring this administrative motion for an order to seal certain information filed in connection with Samsung's Motions in Limine.

### RELIEF REQUESTED

Samsung requests an order granting Samsung's motion to file under seal the following document:

| Document | Portions to be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Samsung's Motions in Limine | The portions highlighted in a conformed version Samsung will file within 7 days of the deadline to file declarations in support of this motion. | Apple |
| Exhibit 1 to the Declaration of Scott Kidman in support of Samsung's Motions in Limine | The portions highlighted in a conformed version Samsung will file within 7 days of the deadline to file declarations in support of this motion. | Apple |
| Exhibit 2 to the Declaration of Scott Kidman in support of Samsung's Motions in Limine | The portions highlighted in a conformed version Samsung will file within 7 days of the deadline to file declarations in support of this motion. | Apple |

### I.  THE "GOOD CAUSE" STANDARD APPLIES

Samsung's Motions in Limine are non-dispositive and only seeks to limit the types of opinions and evidence offered at trial.  Therefore, documents submitted in connection with Samsung's Motions in Limine may be sealed upon a showing of "good cause."  *Apple Inc. v. Samsung Elecs. Co., Ltd.*, 727 F.3d 1214, 1222 (Fed. Cir. 2013); *see also Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

### II.  GOOD CAUSE EXISTS TO PERMIT FILING UNDER SEAL

Samsung moves to seal information designated highly confidential by Apple.  Pursuant to Civil Local Rule 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this

1  motion to seal.  Apple does not oppose Samsung's Motion to Seal as a procedural mechanism.
2  Within 7 days of Apple filing its declaration in support of sealing, the parties will prepare and
3  Samsung will file final consolidated and conformed versions highlighting the information
4  Samsung moves to seal.

## CONCLUSION

6       For the foregoing reasons, Samsung respectfully requests that the Court grant this
7  Administrative Motion to File Under Seal.

9  DATED:  February 18, 2016              QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP

                                           /s/ Victoria F. Maroulis
                                          John B. Quinn
                                          William C. Price
                                          Michael T. Zeller
                                          Kevin P.B. Johnson
                                          Victoria F. Maroulis

                                          Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                          INC., and SAMSUNG
                                          TELECOMMUNICATIONS
                                          AMERICA, LLC