1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S MOTIONS IN LIMINE** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2  Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative

3  Motion to File Under Seal Documents Relating to Samsung's Motions in Limine.

4    Having considered Samsung's motion, and good cause having been shown, the Court

5  GRANTS Samsung's motion and ORDERS sealed the document listed below.

6

7

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Motions in Limine | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Apple claims are confidential. |
| Exhibit 1 to the Declaration of Scott Kidman in support of Samsung's Motions in Limine | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Apple claims are confidential. |
| Exhibit 2 to the Declaration of Scott Kidman in support of Samsung's Motions in Limine | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Apple claims are confidential. |

**IT IS SO ORDERED.**

DATED:  _____     _____

The Honorable Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL