QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S MOTIONS IN LIMINE** |

I, Scott B. Kidman, declare:

1.      I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.      Pursuant to Local Rules 7-11 and 79-5, I make this declaration in support of Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Motions in Limine.

3.      The following chart indicates the documents that Samsung seeks to seal:

| Document | Portions to be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Samsung's Motions in Limine | The portions highlighted in a conformed version Samsung will file within 7 days of the deadline to file declarations in support of this motion. | Apple |
| Exhibit 1 to the Declaration of Scott Kidman in support of Samsung's Motions in Limine | The portions highlighted in a conformed version Samsung will file within 7 days of the deadline to file declarations in support of this motion. | Apple |
| Exhibit 2 to the Declaration of Scott Kidman in support of Samsung's Motions in Limine | The portions highlighted in a conformed version Samsung will file within 7 days of the deadline to file declarations in support of this motion. | Apple |

4.      The documents listed in the chart above contain information that has been or may be designated as highly confidential by Apple.  Samsung expects that Apple will file a declaration identifying the portions of the documents it considers confidential.

1    5.    For the foregoing reasons, Samsung requests that Samsung's Administrative

2  Motion to File Under Seal be granted as to the documents and information specified above.

3

4    I declare under penalty of perjury that the foregoing is true and correct.  Executed on

5  February 18, 2016, at Los Angeles, California.

6

7                                                   */s/ Scott B. Kidman*

8                                                   Scott B. Kidman

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## __ATTESTATION__

2

3        I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this

4 Declaration.  In compliance with Civil Local Rules 5-1(i), I hereby attest that Scott B. Kidman has

5 concurred in this filing.

6

7 Dated:  February 18, 2016                              */s/ Victoria Maroulis*

8                                                          Victoria Maroulis

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28