UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | [PROPOSED] ORDER GRANTING SAMSUNG'S MOTIONS IN LIMINE |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA LLC, a Delaware limited liability company, | |
| Defendants. | |

On March 3, 2016, the Court heard argument on Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively, "Samsung") Motions in Limine.  Having considered the arguments of the parties and the papers submitted, the Court GRANTS Samsung's Motions in Limine as follows.

- Samsung's Motion in Limine #1: GRANTED
- Samsung's Motion in Limine #2: GRANTED
- Samsung's Motion in Limine #3: GRANTED

**IT IS SO ORDERED.**

Dated: March __, 2016

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE