1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTIONS IN LIMINE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

On March 3, 2016, the Court heard argument on Plaintiff Apple Inc.'s Motions in Limine. Having considered the arguments of the parties and the papers submitted, the Court GRANTS Apple's Motion in Limine Regarding Post-Trial Events, Apple's Motion in Limine Regarding New '915 Design-Arounds, and Apple's Motion in Limine Regarding Reexamination or IPR Proceedings.

**IT IS SO ORDERED.**

Dated: _____          _____
                                 Hon. Lucy H. Koh
                                 United States District Judge