HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
and Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE INC., a California corporation,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

Defendants.

Case No. 11-cv-01846-LHK (PSG)

**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves for an order to seal portions of the confidential, unredacted versions of the following documents:

1. Ms. Davis's revised per product/per patent exhibits (Ex 17.5-R1, Ex. 17.6-R1, Ex. 18.4-R, Ex. 18.5-R, Ex. 19.2-R1);

2. Exhibit 1 to the Declaration of Erik Olson in support of Joint Statement on Proposed Verdict Form (portions of Mr. Wagner's December 3, 2015, deposition); and

3. Exhibit 2 to the Declaration of Erik Olson in support of Joint Statement on Proposed Verdict Form (portions of Mr. Wagner's February 17, 2016, deposition).

As detailed in the Declaration of Mary Prendergast Regarding Apple's Administrative Motion to File Documents Under Seal ("Prendergast Sealing Declaration"), each of these documents contains or discusses information that Defendants and Counterclaim-Plaintiffs Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") may consider confidential. Apple expects that Samsung will file the required supporting declarations in accordance with the Civil Local Rule 79-5(e) as necessary in order to confirm whether its information should be sealed.

Pursuant to Civil Local Rule 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion to seal. Samsung does not oppose Apple's Motion to Seal relating to the above-listed documents a procedural mechanism. Within 7 days of Samsung filing its declaration in support of sealing, the parties will prepare and Apple will file a final consolidated and conformed copy of the above-listed documents identifying what information Samsung supported sealing in its declaration.

For the foregoing reasons, Apple respectfully requests sealing of the information contained in the confidential, unredacted versions of the above-listed documents.

Dated: February 18, 2016

MORRISON & FOERSTER LLP

By: */s/ Mary Prendergast*
MARY PRENDERGAST

Attorneys for Plaintiff
APPLE INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mary Prendergast has concurred in this filing.

Dated: February 18, 2016

*/s/ Rachel Krevans*
Rachel Krevans