| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF MARY PRENDERGAST IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

DECL. OF MARY PRENDERGAST ISO APPLE'S ADMIN. MOT. TO FILE DOCUMENTS UNDER SEAL
Case No. 11-cv-01846-LHK (PSG)
sd-677136

I, Mary Prendergast, hereby declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the State of California, and am admitted to practice before the U.S. District Court for the Northern District of California. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to those facts under oath.

2. Concurrent with Apple's Administrative Motion to File Documents Under Seal, Apple has filed the following documents: (1) Ms. Davis's revised per product/per patent exhibits (Ex 17.5-R1, Ex. 17.6-R1, Ex. 18.4-R, Ex. 18.5-R, Ex. 19.2-R1); (2) Exhibit 1 to the Declaration of Erik Olson in support of Joint Statement on Proposed Verdict Form (portions of Mr. Wagner's December 3, 2015, deposition); and (3) Exhibit 2 to the Declaration of Erik Olson in support of Joint Statement on Proposed Verdict Form (portions of Mr. Wagner's February 17, 2016, deposition).

3. The portions highlighted in yellow of the following documents have been redacted because they may contain information that Samsung considers confidential:

| Document | Sealable Portion |
|---|---|
| Ms. Davis's revised per product/per patent exhibits | Highlighted portions of Schedules entitled Ex 17.5-R1, Ex. 17.6-R1, Ex. 18.4-R, Ex. 18.5-R, Ex. 19.2-R1 |
| Exhibit 1 to the Declaration of Erik Olson in support of Joint Statement on Proposed Verdict Form (portions of Mr. Wagner's December 3, 2015, deposition) | Entirety of pages 1007, 1008 and 1009 |
| Exhibit 2 to the Declaration of Erik Olson in support of Joint Statement on Proposed Verdict Form (portions of Mr. Wagner's February 17, 2016, deposition) | Entirety of pages 1144, 1145, 1146, 1156 and 1157 |

4. Apple expects that Samsung will file the required supporting declarations in accordance with the Civil Local Rule 79-5(e) as necessary in order to confirm whether its information should be sealed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of February, 2016 at Washington, District of Columbia.

*/s/ Mary Prendergast*
Mary Prendergast

DECL. OF MARY PRENDERGAST ISO APPLE'S ADMIN. MOT. TO FILE DOCUMENTS UNDER SEAL
Case No. 11-cv-01846-LHK (PSG)
sd-677136

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mary Prendergast has concurred in this filing.

Dated: February 18, 2016                     */s/ Rachel Krevans*
                                                                Rachel Krevans