UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1   Pursuant to Civ. L.R. 7-11 and 79-5, Apple Inc. ("Apple") has filed an Administrative
2   Motion to File Documents under Seal ("Motion to Seal") relating to its filing of the following
3   documents: (1) Ms. Davis's revised per product/per patent exhibits (Ex 17.5-R1, Ex. 17.6-R1, Ex.
4   18.4-R, Ex. 18.5-R, Ex. 19.2-R1); (2) Exhibit 1 to the Declaration of Erik Olson in support of
5   Joint Statement on Proposed Verdict Form (portions of Mr. Wagner's December 3, 2015,
6   deposition); and (3) Exhibit 2 to Olson Declaration in Support of Joint Statement on Proposed
7   Verdict Form.

8   Apple has moved to file under seal portions of the confidential, unredacted versions of the
9   above-listed documents.

10  IT IS HEREBY ORDERED that the following portions of the confidential, unredacted
11  versions of the following documents shall be filed under seal:

| Document | Sealable Portion |
|---|---|
| Ms. Davis's revised per product/per patent exhibits | Highlighted portions of Schedules entitled Ex 17.5-R1, Ex. 17.6-R1, Ex. 18.4-R, Ex. 18.5-R, Ex. 19.2-R1 |
| Exhibit 1 to the Declaration of Erik Olson in support of Joint Statement on Proposed Verdict Form (portions of Mr. Wagner's December 3, 2015, deposition) | Entirety of pages 1007, 1008 and 1009 |
| Exhibit 2 to the Declaration of Erik Olson in support of Joint Statement on Proposed Verdict Form (portions of Mr. Wagner's February 17, 2016, deposition) | Entirety of pages 1144, 1145, 1146, 1156 and 1157 |

**IT IS SO ORDERED.**

Dated: _____        _____
                                      HONORABLE LUCY H. KOH
                                      United States District Judge

[PROPOSED] ORDER GRANTING APPLE ADMIN MOTION TO FILE UNDER SEAL
CASE NO. 11-CV-01846-LHK