# Exhibit B

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

## SAMSUNG'S PROPOSED VERDICT FORM FOR REMAND TRIAL

**Samsung's Proposed Verdict Form**

1. What is the total dollar amount the Apple is entitled to receive in damages from Samsung?

$\underline{\hspace{2in}}$

2. If you find that Apple has proven it is entitled to lost profits for the '915 patent, please provide the amount per product below. Do not provide an answer for any cell that is blacked out. If Apple has not proven it is entitled to lost profits, skip to question 3 below.

| **Patent:** | **'915** |
|---|---|
| Period for damages: | Apr. 15, 2011 to May 29, 2011 |
| Fascinate (JX1013) | |
| Galaxy S 4G (JX1019) | |
| Galaxy S Showcase (JX1017) | ■ |
| Mesmerize (JX1015) | |
| Vibrant (JX1010) | |
| TOTAL | |

3.  Please provide the dollar breakdown for the remaining patents below.  If you awarded lost profits in question 2 above, do not include any further amount for those sales.  For the '381 patent, you may award Apple a lump sum royalty by entering that amount in the "TOTAL" line for that column.  Otherwise, please provide the amount per patent per product.   Do not provide an answer for any cell that is blacked out.

| Patent(s): | '381 | D'677 | D'677 or D'305 or D'087* | Total |
|---|---|---|---|---|
| Period for damages: | Aug. 4, 2010 to Apr. 14, 2011 | *First portion*: Apr. 15, 2011 to Jun. 15, 2011 | Jun. 16, 2011 to June 30, 2012 | |
| Fascinate (JX1013) | | | | |
| Galaxy S 4G  (JX1019) | | | | |
| Galaxy S Showcase (JX1017) | ■ | | | |
| Mesmerize  (JX1015) | | | | |
| Vibrant  (JX1010) | | | | |
| TOTAL | | | | |

\* Fascinate, Galaxy Showcase, and Mesmerize do not infringe the D'087 and are not eligible for an award based on that patent.