HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF ERIK OLSON IN SUPPORT OF JOINT MOTION ON VERDICT FORM** |

1    I, Erik Olson, hereby declare as follows:

2        1.        I am a partner with the law firm of Morrison & Foerster LLP, counsel for Apple

3    Inc. ("Apple") in the above-referenced litigation.  I am licensed to practice law in the State of

4    California, and am admitted to practice before the U.S. District Court for the Northern District of

5    California.  I have personal knowledge of the facts set forth herein and, if called as a witness, I

6    could and would testify competently to those facts under oath.

7        2.        Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the

8    deposition of Michael Wagner, dated December 3, 2015.

9        3.        Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the

10   deposition of Michael Wagner, dated February 17, 2016.

11       I declare under penalty of perjury that the foregoing is true and correct.  Executed this

12   18th day of February, 2016 at Palo Alto, California.

13

14                              */s/ Erik Olson*
                                Erik Olson

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF ERIK OLSON ISO JOINT STATEMENT RE VERDICT FORM
Case No. 11-cv-01846-LHK (PSG)
sd-677162                                                                                              1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF E-FILED SIGNATURE**

I, Harold McElhinny, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Erik Olson has concurred in this filing.

Dated:  February 18, 2016                    */s/  Harold McElhinny*
                                                        Harold McElhinny