HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S REVISED PER PATENT SCHEDULES [DKT. 3389]**<br><br>Date:  March 3, 2016<br>Time:  1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

APPLE'S REVISED PER PATENT SCHEDULES
Case No. 11-cv-01846-LHK (PSG)
sf-3625423

1  Pursuant to the Court's February 11, 2016, Case Management Order (Dkt. 3389 at 2:5-6), Apple has submitted Ms. Davis's revised per product/per patent exhibits under seal as Dkt. 3400-5.

Dated: February 18, 2016

MORRISON & FOERSTER LLP

By: */s/ Rachel Krevans*
Rachel Krevans

Attorneys for Plaintiff
APPLE INC.

APPLE'S REVISED PER PATENT SCHEDULES
Case No. 11-cv-01846-LHK (PSG)
sf-3625423

1