| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | John B. Quinn (Bar No. 90378) johnquinn@quinnemanuel.com |
| 3 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 4 | Michael T. Zeller (Bar No. 196417) michaelzeller@quinnemanuel.com |
| 5 | 865 S. Figueroa St., 10th Floor Los Angeles, California 90017 |
| 6 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |
| 7 | |
| 8 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 9 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 10 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California  94065-2139 |
| 11 | Telephone:  (650) 801-5000 Facsimile:  (650) 801-5100 |
| 12 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS |
| 13 | AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  I, Nicholas Leefer, declare:

2  I am over the age of eighteen years and not a party to the within action; my business

3  address is 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California 94065.

4  On February 18, 2016 I served true copies of the following documents:

5  1. Sealed Highlighted Version of Samsung's Motions in Limine, filed at docket

6  number 3395-3.

7  2. Sealed Version of Exhibit 1 to the Declaration of Scott B. Kidman, filed in support

8  of Samsung's Motions in Limine.

9  3. Sealed Version of Exhibit 2 to the Declaration of Scott B. Kidman, filed in support

10  of Samsung's Motions in Limine.

11

12  **BY ELECTRONIC SERVICE:** The foregoing documents were sent by electronically

13  mailing through Quinn Emanuel Urquhart & Sullivan LLP's electronic mail system to the e-mail

14  address(es) set forth below, or as stated on the attached service list per agreement in accordance

15  with Fed. R. Civ. P. 5(b).

16  AvSRemand@mofo.com

17  'WHAppleSamsungAppealsTeam@wilmerhale.com'

18  I declare under penalty of perjury under the laws of the State of California that the

19  foregoing is true and correct.

20  Executed on February 19, 2016 at San Francisco, California.

21

22  */s/ Nicholas Leefer*

23  Nicholas Leefer

-1-   Case No. 11-CV-1846-LHK (PSG)
CERTIFICATE OF SERVICE

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil Local Rules 5-1(1), (3), I hereby attest that Nicholas Leefer has concurred in this filing.

Dated:  February 19, 2016            */s/ Victoria Maroulis*
                                                      Victoria Maroulis