HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S PROPOSED *VOIR DIRE***<br><br>Place:   Courtroom 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh<br>Trial:    March 28, 2016 |

1
2

### APPLE'S PROPOSED *VOIR DIRE* QUESTIONS

3

Pursuant to the Court's Guidelines for Final Pretrial Conference in Jury Trials, Apple

4

hereby submits the following *voir dire* questions.

5

1.      How many of you have heard of the *Apple v. Samsung* trials that took place in 2012, 2013,

6

and 2014?  Just answer yes or no.  (If yes, side bar to probe knowledge about the prior

7

trials.)

8
9

a.      What do you know about the prior trials?

b.      From what sources did you hear this information?

10

c.      What do you believe the verdicts were?

11

d.      Did you agree with the verdicts?  Why or why not?

12

e.      Did you think the damage awards were too high, too low, or about right?

13

f.      Is there anything about your opinions about the prior trials that would prevent you

14
15

from being a fair and impartial juror on this case?

16

2.      Do you, a family member, or a close friend have any business relationship (including

17

stock ownership) with any of the following companies:  Apple, Samsung, Google,

18
19

Motorola, HTC, or Nokia?  (If yes, side bar to probe relationship to company/companies.)

20

3.      Do you have a favorable or unfavorable view of any of the following companies:  Apple,

21

Samsung, Google?  Just answer yes or no.  (If yes, side bar to probe opinions about the

22

views of the company/companies.)

23

4.      Do any of you have strong feelings or opinions about the United States patent system or

24
25

intellectual property laws?

26

5.      Do any of you believe that patents unfairly limit competition?

27

6.      Is there anyone on the panel who believes that certain kinds of ideas should not be

28

patented?

7.     Do any of you, a family member, or close friend have any special training, education, or work experience in the following areas:

    a.     Law, law forms, court system;

    b.     Patents, copyrights, trademarks;

    c.     Design;

    d.     Cell phone and/or computer tablet technology, manufacturing, or sales;

    e.     Computer technology, manufacturing, or sales;

    f.     Accounting;

    g.     Contracts;

    h.     Research and development;

    i.     Computer software and/or software development.

8.     Have any of your, or your spouses, ever owned a business?

    a.     What type of business?

9.     Have any of you ever been on a jury?

    a.     Was it a criminal or civil case?

    b.     What was the outcome?

    c.     Were you the foreperson?

10.     Have any of you ever been involved in a lawsuit, as a plaintiff, defendant, or witness?

    a.     What was your involvement and what happened?

    b.     Were you satisfied with the outcome?

11.     How many of you are familiar with open source software?

12.     Which of you owns a cell phone, mobile phone, and/or smartphone?

    a.     Who makes your cell phone, mobile phone, and/or smartphone?

b. Does it use the Android operating system?  If yes, have you purchased any Android apps?

13. Which of you owns a tablet computer?

a. Who makes your tablet computer?

b. Does it use the Android operating system?  If yes, have you purchased any Android apps?

14. Which of you owns a laptop or desktop computer?

a. Who makes your laptop or desktop computer?

15. For those who have purchased smartphones or a tablet computer, how many of you based at least part of your decision on the operating system?

a. By a show of hands, who prefers the Android operating system?

b. By a show of hands, who prefers the Apple operating system?

16. What is the highest level of education that you have completed?

17. What is your current employment status?

a. Who is your employer / last employer?

b. How long have you worked or did you work for this employer?

c. What are / were your job duties?

d. Do / did you supervise others?

e. If you are / were employed by the government or the military, what was the highest rank or GS level you obtained?

18. Is there anything that may affect your ability to serve as a juror in this case?

1

2

3

Dated: February 19, 2016

WILMER CUTLER PICKERING
HALE AND DORR

4

5

By:  /s/ Mark D. Selwyn

6

Mark D. Selwyn

7

Attorneys for Plaintiff APPLE INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that a true and correct copy of the above and foregoing document has been

3  served on February 19, 2016 to all counsel of record who are deemed to have consented to

4  electronic service via the Court's ECF system per Civil Local Rule 5-1.

5

6                                                    */s/ Mark D. Selwyn*_____
                                                    Mark D. Selwyn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28