QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kathleen M. Sullivan (Cal. Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL JULIE DAVIS'S REVISED EXHIBITS** |

I, Scott B. Kidman, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Pursuant to Local Rules 7-11 and 79-5, I make this declaration in support of Apple's Administrative Motion to File Under Seal (Dkt. 3400).

3. Ms. Julie Davis's revised per product/per patent exhibits (Dkt. 3400-5) contain Samsung's product-specific sales, revenue, cost, profit, and margin data, as well as calculations that reveal financial data. As attested to in the previously filed declarations of James Shin (Dkt. 2385-1; Dkt. 2430) regarding the same or similar information in Ms. Davis' previous report, Samsung would suffer significant competitive harm from public disclosure of its detailed financial data.

4. The Court granted Samsung's motion to seal the confidential Samsung information in the last round of briefing on motions to strike. (*See* Order of Feb. 22, 2016 at 6, Dkt. 3411. *See also* Kidman Decl. ISO Apple's Motion to Seal, Dkt. 3336-1.) The information sought to be sealed in Apple's motion related to Julie Davis's revised exhibits is either the same or equivalent to the information previously sealed.

5. Samsung will work with Apple to prepare consolidated highlighted versions of Julie Davis's revised exhibits identifying all information that Samsung seeks to seal.

6. For the foregoing reasons, Samsung requests that Apple's Administrative Motion to File Under Seal be granted as to Julie Davis's revised exhibits.

7. Samsung does not maintain a claim of confidentiality over Exhibit 1 or Exhibit 2 to the Declaration of Erik Olson in support of Joint Statement on Proposed Verdict Form (Dkt. 3400-3, 4).

1
2         I declare under penalty of perjury under the laws of the United States of America that the
3   foregoing is true and correct.  Executed on February 22, 2016, at Los Angeles, California.
4
5                                           */s/ Scott B. Kidman*
6                                             Scott B. Kidman
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rules 5-1(1), (3), I hereby attest that Scott B. Kidman has concurred in this filing.

Dated: February 22, 2016         /s/ Victoria Maroulis
                                 Victoria Maroulis