HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff
and Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil L.R. 7-11 and 79-5, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") hereby moves for an order to seal portions of the confidential, unredacted versions of the following documents:

| Document | Sealable Portion | Parties Claiming Confidentiality |
|---|---|---|
| Apple's Opposition to Samsung's Motion in Limine #2 to Exclude Evidence of Market Share Based on Products Not at Issue in This Trial | Highlighted portions | Apple/IDC |

The "good cause" standard applies to requests to file under seal documents related to motions regarding the admissibility of evidence at trial, such as a motion in limine. *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1222–23 (Fed. Cir. 2013).

As detailed in the Declaration of Christopher Robinson Regarding Apple's Administrative Motion to File Documents Under Seal ("Sealing Declaration of Christopher L. Robinson"), the highlighted information sought to be sealed by Apple contains or discusses information belonging to Apple and/or third-party International Data Corporation ("IDC") that the Court has previously ordered to be filed under seal.

Pursuant to Civil Local Rule 7-11, Apple's counsel met and conferred with Samsung's counsel regarding this motion to seal. Samsung does not oppose Apple's Motion to Seal as a procedural mechanism.

For the foregoing reasons, Apple respectfully requests sealing of the information highlighted in the confidential, unredacted versions of the above-listed documents.

| | | |
|---|---|---|
| 1 | Dated: February 22, 2016 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: */s/ Christopher L. Robinson* |
| 4 | | CHRISTOPHER L. ROBINSON |
| 5 | | Attorneys for Plaintiff<br>APPLE INC. |

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Christopher Robinson has concurred in this filing.

Dated: February 22, 2016               */s/ Rachel Krevans*
                                       Rachel Krevans

APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 11-cv-01846-LHK (PSG)

sf-3626281