| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| hmcelhinny@mofo.com | william.lee@wilmerhale.com |
| MICHAEL A. JACOBS (CA SBN 111664) | WILMER CUTLER PICKERING |
| mjacobs@mofo.com | HALE AND DORR LLP |
| RACHEL KREVANS (CA SBN 116421) | 60 State Street |
| rkrevans@mofo.com | Boston, MA 02109 |
| ERIK J. OLSON (CA SBN 175815) | Telephone: (617) 526-6000 |
| ejolson@mofo.com | Facsimile: (617) 526-5000 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street | |
| San Francisco, California 94105-2482 | MARK D. SELWYN (SBN 244180) |
| Telephone: (415) 268-7000 | mark.selwyn@wilmerhale.com |
| Facsimile: (415) 268-7522 | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| Attorneys for Plaintiff and | Telephone: (650) 858-6000 |
| Counterclaim-Defendant APPLE INC. | Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**DECLARATION OF CHRISTOPHER ROBINSON IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Christopher Robinson, hereby declare as follows:

1.  I am an attorney with the law firm of Morrison & Foerster LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation. I am licensed to practice law in the State of California, and am admitted to practice before the U.S. District Court for the Northern District of California. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to those facts under oath.

2.  The following chart identifies the material that Apple seeks to seal:

| Document | Sealable Portion | Parties Claiming Confidentiality |
| --- | --- | --- |
| Apple's Opposition to Samsung's Motion in Limine #2 to Exclude Evidence of Market Share Based on Products Not at Issue in This Trial | Highlighted portions | Apple/IDC |

3.  The highlighted portions of the above document disclose (or could be used to reverse calculate) data from Davis Exhibit 11.2-PT, which the Court ordered to be filed under seal in its February 22, 2016, Order Granting in Part and Denying in Part Sealing Motions. (*See* Dkt. 3411 at 6 (granting motion to seal redacted version of Davis's report submitted in connection with Dkts. 3336 and 3342-1); *see also* Dkt. 3342-1 at 145.) The data sought to be sealed derives from a report by third-party International Data Corporation ("IDC"), which the Court has previously recognized has a competitive interest in sealing the information at issue. (*See* Dkt. 1649 at 10.)

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of February, 2016 at San Francisco, California.

*/s/ Christopher L. Robinson*
Christopher L. Robinson

SEALING DECLARATION OF CHRISTOPHER L. ROBINSON
Case No. 11-cv-01846-LHK (PSG)
sf-3626286

1

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Christopher Robinson has concurred in this filing.

Dated: February 22, 2016     /s/ Rachel Krevans
                             Rachel Krevans