1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING APPLE ADMIN MOTION TO FILE UNDER SEAL
CASE NO. 11-cv-01846-LHK (PSG)
sf-3626350

Pursuant to Civ. L.R. 7-11 and 79-5, Apple Inc. ("Apple") has filed an Administrative Motion to File Documents under Seal ("Motion to Seal") the following material:

| Document | Sealable Portion | Parties Claiming Confidentiality |
|---|---|---|
| Apple's Opposition to Samsung's Motion in Limine #2 to Exclude Evidence of Market Share Based on Products Not at Issue in This Trial | Highlighted portions | Apple/IDC |

The "good cause" standard applies to requests to file under seal documents related to motions regarding the admissibility of evidence at trial. *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1222–23 (Fed. Cir. 2013). Accordingly, the Court applies the "good cause" standard to the instant motion to file under seal documents in connection with a motion *in limine*.

IT IS HEREBY ORDERED that the following portions of the confidential, unredacted versions of the following documents shall be filed under seal:

| Motion to Seal | Document | Standard | Ruling |
|---|---|---|---|
| ECF No. _____ | Highlighted portions of Apple's Opposition to Samsung's Motion in Limine #2 to Exclude Evidence of Market Share Based on Products Not at Issue in This Trial | Good Cause | GRANTED as to the redactions proposed in ECF No. _____. |

[PROPOSED] ORDER GRANTING APPLE ADMIN MOTION TO FILE UNDER SEAL
CASE NO. 11-cv-01846-LHK
sf-3626350

**IT IS SO ORDERED.**

Dated: _____        _____
                                      HONORABLE LUCY H. KOH
                                      United States District Judge