# EXHIBIT 1

Page 333

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

APPLE, INC., a California     )
Corporation,                  )
                              )
     Plaintiff,               )
                              ) Civil Action
     vs.                      ) No. 11-cv-01846-LHK
                              )
SAMSUNG ELECTRONICS CO.,      )
LTD., et al.,                 )
                              )
     Defendants.              )
_____)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

VOLUME II

VIDEOTAPED DEPOSITION OF JULIE DAVIS

Chicago, Illinois

Wednesday, December 2, 2015

Reported by:
PAULA CAMPBELL, CSR, RDR, CRR, CCP
JOB NO. 100619

1   expert, which is GAAP principles; correct?

2   A.  Well, if what you're trying to do is
3   present financial statements under Generally
4   Accepted Accounting Principles rather than the
5   requirements of this case, then you could allocate
6   such cost.

7   Q.  And you have already told us you are not an
8   expert in the requirements of this case and the
9   standard which the court is -- is applying and going
10  to give to the jury on -- on how to determine what
11  profits are; correct?

12  A.  I have agreed that I am not a legal expert.

13  Q.  So you're not an expert on that issue;
14  correct?

15  A.  I have an understanding of what the court
16  means by that issue, but I'm going to defer to the
17  court on exactly what that means.

18  Q.  Okay.  And your understanding as to what
19  that standard is that applies in this case is based
20  on what?

21  A.  Based upon my understanding of what the
22  judge has had to say about it and exactly what she
23  has written about it.

24  Q.  So it's based upon basically what you've
25  read or been told by the judge?

1   defer to a legal expert for a legal interpretation
2   of those words.
3        Q.  Well, I think you've already told us that
4   the phrase "directly attributable" is not a concept
5   that's used in GAAP; correct?
6        A.  I don't think I said it was not a concept
7   that was used.  I said it's a -- not a term of art
8   that is used in Generally Accepted Accounting
9   Principles.
10       Q.  Are you giving an expert opinion as to what
11  the term "directly attributable" means in connection
12  with the standard to be applied in this case for
13  determining infringer's profits?
14       A.  I do not have legal expertise.  I am not
15  going to provide any legal opinions, including an
16  opinion on what "directly attributable" means in
17  this case.
18       Q.  So I want to get back, then, to our
19  discussion about where a salesperson is selling ten
20  products.  And if you were to apply GAAP principles,
21  the principles in which you are an expert, to that
22  hypothetical, you would allocate some expense to the
23  sale of each of those products; correct?
24       A.  Are you asking me to assume in your
25  hypothetical that those various products among the