```
 1  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
 2  John B. Quinn (Bar No. 90378)
    johnquinn@quinnemanuel.com
 3  William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
 4  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
 5  865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017-2543
 6  Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100
 7
    Kevin P.B. Johnson (Bar No. 177129)
 8  kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
 9  victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
10  Redwood Shores, California 94065
    Telephone: (650) 801-5000
11  Facsimile: (650) 801-5100

12
    Attorneys for SAMSUNG ELECTRONICS
13  CO., LTD., SAMSUNG ELECTRONICS
    AMERICA, INC. and SAMSUNG
14  TELECOMMUNICATIONS AMERICA, LLC
```

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

17

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF SCOTT B. KIDMAN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION IN LIMINE REGARDING '915 DESIGN AROUNDS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

02198-51855/7720808.1

Case No. 11-cv-01846-LHK
KIDMAN DECL. ISO SAMSUNG'S OPPOSITION TO APPLE'S MOTION IN LIMINE REGARDING '915 DESIGN AROUNDS

I, Scott B. Kidman, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached hereto as Exhibit A is a true and correct copies of Samsung's Supplemental Objections and Responses to Apple's 7th Set of Interrogatories (No. 16), dated March 8, 2012.

3. Attached hereto as Exhibit B is a true and correct copy of an excerpt from the Rebuttal Expert Report of Stephen Gray Regarding Non-Infringement of Asserted Claims of U.S. Patent Nos. 7,844,915 and 7,864,163.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 22, 2016, at Los Angeles, California.

*/s/ Scott B. Kidman*
Scott B. Kidman

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rules 5-1(i), I hereby attest that Scott B. Kidman has concurred in this filing.

Dated: February 22, 2016

*/s/ Victoria Maroulis*
Victoria Maroulis

02198-51855/7720808.1

-2-   Case No. 11-CV-1846-LHK (PSG)
KIDMAN DECL. ISO SAMSUNG'S OPPOSITION TO APPLE'S MOTION IN LIMINE REGARDING '915 DESIGN AROUNDS