# EXHIBIT B

# Exhibit 19

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-01846-LHK |

**REBUTTAL EXPERT REPORT OF STEPHEN GRAY
REGARDING NON-INFRINGEMENT OF ASSERTED CLAIMS OF U.S. PATENT NOS.
7,844,915 AND 7,864,163**

Case 5:11-cv-01846-LHK Document 3417-3 Filed 02/22/16 Page 4 of 5
Case 5:11-cv-01846-LHK Document 2255-12 Filed 02/20/13 Page 41 of 83
**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

      handleQueueMotionEvent() method distinguishes between a single input point (ev.getPointerCount == 1) and two or more input points (ev.getPointerCount > 1). (See WebView.java:10281-10314 [SAMNDCA-C000002857].) If one input point is detected, the contact is interpreted as a scroll operation in handleTouchEventCommon(). (See WebView.java:10312 [SAMNDCA-C000002857].) If two or more input points are detected, the contact is interpreted as a gesture operation via a call to handleMultiTouchInWebView(). (See WebView.java:10302 [SAMNDCAC000002857]; WebView.java:7887-7944 [SAMNDCA-C000002858].)

198. While I disagree that the Accused Products infringe the '915 Patent for the reasons explained above, a straightforward and fully functional non-infringing alternative is available.

199. Simply removing Android's initial test for one versus two or more touch inputs at WebView.java:10281-10314 [SAMNDCA-C000002857], and, instead, always calling a slightly modified version of handleMultiTouchInWebView() to determine whether to scroll, scale, or rotate based on the position and direction of all touch input, regardless of the number of fingers touching the screen. The proposed modification would not read on Claim 1[c], which requires "determining whether the event object invokes a scroll or gesture operation by distinguishing between a single input point applied to the touch-sensitive display interpreted as the scroll operation and two or more input points applied to the touch-sensitive display that are interpreted as the gesture operation."

200. I further note that the Android's MotionEvent class already contains the information required:

> Some devices can report multiple movement traces at the same time. Multi-touch screens emit one movement trace for each finger. The individual fingers or other objects that generate movement traces are referred to as pointers. Motion events contain information about all of the

-33-

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

pointers that are currently active even if some of them have not moved since the last event was delivered.

201. (*See* http://developer.android.com/reference/android/view/MotionEvent.html.)

202. Samsung can therefore readily modify the Android's WebView class to skip the test for the number of touch inputs.

203. The proposed non-infringing alternative clearly does not infringe the '915 Patent because it would not perform the step of distinguishing between a single input point and two or more input points, as required by Claim 1[c]:

> *determining whether the event object invokes a scroll or gesture operation by **distinguishing between a single input point** applied to the touch-sensitive display that is interpreted as the scroll operation **and two or more input points** applied to the touch-sensitive display that are interpreted as the gesture operation*;

204. (emphasis added.) Rather, all direction of movement of the user's touch input would be used to determine whether to scroll, scale, or rotate.

### 2. Tilt zoom

205. Tilt zoom is a non-infringing, commercially acceptable alternative to multi-touch gesturing that Samsung has offered in at least the Galaxy Tab 10.1 before this suit was even filed. The tilt zoom feature requires users to activate the tilt zoom mode by placing their thumbs in the lower left and right corners of the screen and then tilting the entire device downwards and upwards to zoom in and out, respectively. This functionality adds the extra step of initiating a scaling mode (*i.e.*, "gesture operation"), by touching the surface and *then* tilting the tablet.

206. If the Accused Products were found to infringe the '915 Patent, using the tilt zoom functionality in lieu of a traditional multi-touch gesture (*e.g.*, pinch-to-zoom) would not implicate the "two or more input points applied to the touch-sensitive display that are interpreted as a gesture operation." Tilt zoom requires two input points to activate the zooming mode, in addition to tilting the

-34-