

NOTICE

This document has been removed by order of the court.

For more information, please see the entire docket sheet, or contact the clerk's office, or consult chambers.