QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S OPPOSITION TO APPLE'S MOTIONS IN LIMINE REGARDING REEXAMINATION PROCEEDINGS**<br><br>**Date**: March 3, 2016<br>**Time**: 1:30 pm<br>**Place**: Courtroom 8, 4th Floor<br>**Judge**: Hon. Lucy H. Koh |

1  The Court has previously ruled that evidence related to the reexaminations of the '381
2  patent, the '915 patent, and the D'677 patent is excluded from trial.  Dkt. 2562, 10/17/13 Hr'g Tr.
3  at 22:6-17.  The recently filed petition for *inter partes* review of the '163 patent raises similar
4  issues, and Apple has recently conceded it will not seek any damages for the '163 patent.  *See* Dkt.
5  3401-1 (Apple proposed verdict form preventing jury from awarding '163 damages).  In light of
6  the Court's orders, there is no remaining question about evidence relating to the reexamination
7  proceedings at the remand trial.  Samsung understands that these issues have been ruled on, and
8  has no intention of re-litigating these issues in this context.  Accordingly, Samsung maintains its
9  objections to the Court's previous rulings excluding evidence related to the reexaminations for
10 purposes of preservation only.

11  For the avoidance of doubt, Samsung reserves all it rights to seek appropriate relief for
12 Apple's past, present, and future attempts to recover damages on patents that have been or will be
13 ruled invalid.

15 DATED: February 22, 2016    QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP

                                By /s/ *Victoria F. Maroulis*
                                   Victoria F. Maroulis

                                Attorneys for SAMSUNG ELECTRONICS
                                CO., LTD., SAMSUNG ELECTRONICS
                                AMERICA, INC. and SAMSUNG
                                TELECOMMUNICATIONS AMERICA, LLC