QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS
CO., LTD., SAMSUNG ELECTRONICS
AMERICA, INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-1846-LHK |
| Plaintiff, | **SAMSUNG'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (Dkt. 3419)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and

2  Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this

3  administrative motion to remove the incorrectly filed document at Docket No. 3419, a document

4  identified as Samsung's Opposition to Apple's Motion In Limine Regarding Reexamination

5  Proceedings.    Samsung inadvertently filed a copy of Apple's Motion at Docket No. 3419, instead

6  of Samsung's opposition thereto.    Samsung subsequently filed its opposition at Docket No. 3420,

7  identified as Samsung's Opposition to Apple's Motion In Limine Regarding Reexamination

8  Proceedings [*CORRECTED*].

9    For the foregoing reasons, Samsung respectfully requests that the Court grant this

10 Administrative Motion to Remove Incorrectly Filed Document at Docket No. 3419.

11

12 DATED: February 24, 2016            QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP
13

14

15                                    By   */s/ Victoria Maroulis*
                                         Victoria F. Maroulis
16
                                         Attorneys for SAMSUNG ELECTRONICS CO.,
17                                       LTD., SAMSUNG ELECTRONICS AMERICA,
                                         INC., and SAMSUNG
18                                       TELECOMMUNICATIONS AMERICA, LLC

19

20

21

22

23

24

25

26

27

28

-1-                                   Case No. 11-cv-1846-LHK (PSG)
**MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**