UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-1846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (Dkt. 3419)** |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have moved for the Court to
3  remove an incorrectly filed document at Docket No. 3419.
4  Have considered the papers submitted, and finding good cause thereof, the Court hereby
5  GRANTS Samsung's Motion to Remove Incorrectly Filed Documents.  The document filed at
6  Docket No. 3419 shall be removed from the ECF system.
7
8  **IT IS SO ORDERED.**
9
10 DATED: _____
11                                         The Honorable Lucy H. Koh
                                           United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28