UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>       Defendants. | Case No. 11-CV-01846-LHK<br><br>**ORDER RE: ORAL ARGUMENT AT PRETRIAL CONFERENCE** |

At the Pretrial Conference on March 3, 2016, the Court will hear oral argument on the following issues:

- Samsung's Motion In Limine #1 to Exclude Evidence Or Argument Regarding Samsung's Revenue Or Profit From All Infringing Sales. This issue shall be argued by an attorney 9 or fewer years out of law school.
- Samsung's Motion In Limine #2 to Exclude Evidence Of Market Share Based On Products Not At Issue In This Trial. This issue shall be argued by an attorney 5 or fewer years out of law school.
- Samsung's Motion In Limine #3 to Exclude Testimony Of Julie Davis As To A Purely Legal Issue. This issue shall be argued by an attorney 7 or fewer years out

1    of law school.

2    **IT IS SO ORDERED.**

4    Dated: February 25, 2016

       *Lucy H. Koh*
       _____
       LUCY H. KOH
       United States District Judge