| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-1846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (Dkt. 3419) |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung") have moved for the Court to
3  remove an incorrectly filed document at Docket No. 3419.
4  Have considered the papers submitted, and finding good cause thereof, the Court hereby
5  GRANTS Samsung's Motion to Remove Incorrectly Filed Documents.  The document filed at
6  Docket No. 3419 shall be removed from the ECF system.

8  **IT IS SO ORDERED.**

10 DATED:   February 25, 2016

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge