1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: March 3, 2016<br>Time: 1:30 PM<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 11-CV-01846-LHK (PSG)
sf-3626674

Pursuant to the Court's December 10, 2015, Order (Dkt. 3329), the parties submit this Joint Case Management Statement in connection with the Case Management Conference ("CMC") scheduled for March 3, 2016, concurrent with the Pretrial Conference.

## I. STATUS UPDATE

The parties have filed their joint pretrial statement, proposed jury instructions, proposed voir dire, proposed verdict forms, and joint remedies chart. The parties have also served revised per-patent schedules. Motions in limine are now fully briefed.

The parties have agreed to forgo trial briefs. As discussed in the Joint Pretrial Statement (Dk. 3404), the parties expect to enter into stipulations to forgo tables of objections to all disclosed witnesses and exhibits under Rule 26 and to agree to the authenticity of certain documents. The parties also expect to enter into stipulations regarding the use of equipment and the schedule for opening and closing demonstrative exchange and objections.

The parties understand the remaining filings and submissions to consist of the items below:

1. February 26, 2016: Parties to deliver revised Davis and Wagner reports to the Court implementing order on motions to strike.
2. March 14, 2016: Parties to file identifications of deposition designations and other discovery to be offered at trial.
3. March 18, 2016: Parties to file objections and counter-designations to deposition designations.
4. March 21, 2016: Parties to submit hard copies of exhibits to the Court.
5. March 22, 2016: Parties agree to file objections to counter-designations.

The parties have met and conferred to discuss the exchange of opening and closing demonstratives and objections thereto. In light of the short trial schedule, the parties propose to exchange closing demonstratives the evening before closing arguments will be presented, meet and confer that night, and raise any remaining objections with the Court the following morning.

## II. ADR AND SETTLEMENT

The parties have discussed possible resolutions, but have nothing to report at this time.

Dated: February 25, 2016

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br><br>By:  */s/ Rachel Krevans*<br>        Rachel Krevans<br><br>  Attorneys for Plaintiff and Counterclaim-<br>  Defendant APPLE INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Michael T. Zeller (Cal. Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br><br>By:  */s/ Victoria F. Maroulis*<br>        Victoria F. Maroulis<br><br>  Attorneys for Defendants and<br>  Counterclaim-Plaintiffs  SAMSUNG<br>  ELECTRONICS CO., LTD., SAMSUNG<br>  ELECTRONICS AMERICA, INC. and<br>  SAMSUNG TELECOMMUNICATIONS<br>  AMERICA, LLC |

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 11-CV-01846-LHK (PSG)
sf-3626674

2

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Case Management Statement. In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: February 25, 2016      */s/ Rachel Krevans*
                              RACHEL KREVANS