# Exhibit 2

Highly Confidential - Outside Counsels' Eyes Only

```
                                                              Page 1
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4   APPLE, INC., a California
 5   Corporation,
 6              Plaintiff,         Civil Action No.
 7     vs.                         11-CV-01846-LHK
 8   SAMSUNG ELECTRONICS CO., LTD.,
 9   et. al.,
10              Defendants.
11   _____/
12
13
14   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
15        VIDEOTAPED DEPOSITION OF JULIE DAVIS
16                 CHICAGO, ILLINOIS
17              MONDAY, AUGUST 26, 2013
18
19
20
21
22
23   Reported by:
24   DEBORAH HABIAN, RMR, CRR, CLR
25   JOB NO. 65086
```

Highly Confidential - Outside Counsels' Eyes Only

Page 250

1   of growth related directly to Apple's IP other
2   than to separate the growth into those phones
3   that used that IP and those phones that did not.
4        Q.  Okay.  Let's take a look at Exhibit 11
5   to your report.                                        02:56PM
6        A.  (Reviewing document.)
7        Q.  You didn't calculate how much market
8   share, if any, Samsung took from Apple in the
9   last three quarters of 2011, did you?
10       A.  I don't know what you mean by calculate       02:56PM
11  how much market share it took.
12       Q.  Don't you say in your report that "in
13  the fourth quarter of 2011, Apple was still more
14  than twice the size of Samsung in terms of
15  market share, but as shown in Exhibit 11, it          02:57PM
16  appears that during the last three quarters of
17  2011, Samsung has taken smartphone market share
18  from Apple"?
19       A.  It is correct that I have not
20  quantified the exact amount by which Samsung has     02:57PM
21  taken market share from Apple.
22       Q.  You have not quantified the exact
23  amount.  Have you quantified the approximate
24  amount?
25       A.  I think the lost profits calculation        02:57PM

Highly Confidential - Outside Counsels' Eyes Only

Page 251

1   could be used in part to do that, because those
2   are the units that I believe Apple would have
3   sold had Samsung not been using the patented
4   technology.
5        Q.  Other than the lost profits analysis,           02:58PM
6   have you done any calculation of the market
7   share that Samsung purportedly took from Apple
8   in the last three quarters of 2011?
9        A.  No.  I have not quantified that.  I
10  have simply looked at the comparison between the    02:58PM
11  two market shares for each of those quarters.
12       Q.  You also didn't calculate how much
13  market share the 12 Samsung smartphones at issue
14  allegedly took from Apple in the last three
15  quarters of 2011, right?                            02:58PM
16       A.  That's correct, other than to the
17  extent that the lost profits calculation
18  addresses that to some extent.
19       Q.  Can you quantify it approximately?
20       A.  Not if you're talking about market         02:58PM
21  share as a percentage of an overall market.
22       Q.  You also have not calculated the
23  percentage of the decrease in Apple's market
24  share attributable to Samsung's use of Apple's
25  IP at issue in the new trial, correct?              02:58PM

Highly Confidential - Outside Counsels' Eyes Only

Page 252

1    A.   Not specifically, no.

2    Q.   Let's take a look at Schedule 29-PT in
3    your report.

4    A.   (Witness so doing.)

5    Q.   It's based on the same data as the                02:59PM
6    Exhibit 11.2-PT, right?

7    A.   Yes.

8    Q.   Which is the IDC Worldwide Quarterly
9    Mobile Phone Tracker, correct?

10   A.   Yes.                                              02:59PM

11   Q.   The last line in the middle box of this
12   exhibit shows Samsung sales of the 12 phones at
13   issue as a percentage of total sales in the
14   smartphone market, correct?

15   A.   I'm sorry.  Can you point me to a                 03:00PM
16   specific line or a caption for that line?

17   Q.   It would be the last line of the box,
18   which is the number of the total market.

19   A.   Percent of total market?

20   Q.   Yes.                                              03:00PM

21   A.   So for instance, on the far right-hand
22   side, under Q1 of 2012, you're looking at the
23   8.8 percent number?

24   Q.   Yes.

25   A.   Okay.  And now that I understand what             03:00PM