# EXHIBIT C

# (Public Redacted Version)

**Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order**

**United States District Court**
**Northern District of California**

**Apple Inc.**

**v.**

**Samsung Electronics Co., Ltd. et al.**

**Corrected Expert Report of Michael J. Wagner**
**April 20, 2012**
**Volume I**

**LitiNomics**

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

4. **Even if Mr. Musika were to prove entitlement to lost profits, his lost profits calculations significantly overstate the amount of lost profits.**

    a) **Mr. Musika does not take price elasticity of demand into consideration in his lost profits calculation.**

194.    Mr. Musika is aware that Apple sells the products that were allegedly lost to Samsung at a wholesale price that is significantly higher than the price that Samsung charges its customers.  Exhibit 41.2 to Mr. Musika's report shows that the average sales price of the accused Samsung products is $358.94 while the average sales price for the products that Apple allegedly lost is $628.30.  Apple's prices are 75% higher[458] than Samsung's prices.  It is not reasonable to assume that Samsung's customers would have been willing to spend an additional $269.36[459] on average more than what they actually paid, especially in light of the large number of alternatives. Mr. Musika's failure to take price elasticity of demand into consideration makes his lost profits calculation unreliable.

195.    Strategy Analytics defines the iPhone as a leading-edge premium smartphone.[460] According to Strategy Analytics, Apple is absent from high-volume low-tier device markets.[461] As shown in Figure 30 below, in 2011 Apple mostly operated in $100-$249 and $250+ tier markets.[462]

---

[458] ($628.30 / $358.94)
[459] ($628.30 - $358.94)
[460] Apple – Competitive and Strategic Intelligence, Strategy Analytics, July 20, 2011, SAMNDCA00225633-640 at '639. [9.24]
[461] Apple – Competitive and Strategic Intelligence, Strategy Analytics, July 20, 2011, SAMNDCA00225633-640 at '639. [9.24]
[462] 2011 Wireless Smartphone Satisfaction Study, Management Report, J.D. Power and Associates, March, 2011, SAMNDCA10246338-445 at '362. [13.9]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 30:  Smartphone Cost Segment Share**[463]



196.    Kantar Worldpanel ComTech ("ComTech") has conducted several longitudinal consumer surveys to analyze the mobile phone market in terms of handset pricing.[464] According to a February 2011 study, Apple dominated in the high end price segment (selling price of handset over $170) with the iPhone 4 in the Q2 2010 – Q4 2010 time period.[465]  In a Q2 2010 report, ComTech states that Apple owners spend significantly more on their handset purchase than other smartphone owners.[466]  In particular, "Apple owners deliver a 15% to 150% premium on their initial handset spend… … versus owners of other smartphones."[467]  In a Q3 2010 report, ComTech also concludes that Apple dominates in the over $170 price band segment.[468]  A Q2 2011 study shows that "iOS still carries a premium" price compared to the market average for smartphones.[469]  Similarly, a February 2011 United States mobile phone

---

[463] 2011 Wireless Smartphone Satisfaction Study, Management Report, J.D. Power and Associates, March, 2011, SAMNDCA10246338-445 at '362. [13.9]

[464] ComTech United States Pricing Analysis, Apple Market Research & Analysis, February 18, 2011, APLNDC0002521965-2005 at '967, '969. [10.4]

[465] ComTech United States Pricing Analysis, Apple Market Research & Analysis, February 18, 2011, APLNDC0002521965-2005 at '968, '980. [10.4]

[466] ComTech Market Overview Q2 2010, Apple Market Research & Analysis, APLNDC0002621134-238 at '139, '220. [10.5]

[467] ComTech Market Overview Q2 2010, Apple Market Research & Analysis, APLNDC0002621134-238 at '139. [10.5]

[468] ComTech United States Report Q3 2010, Apple Market Research & Analysis, November 19, 2010, APLNDC0002636414-451 at '421, '442. [10.6]

[469] ComTech Global Report Q2 2011, Apple Market Research & Analysis, August 12, 2011, APLNDC0002640687-727 at '696. [4.13]

market study indicates that "iOS has strong leaning toward the premium market, with 66% of sales over $170 versus 50% for Android."[470]   iPhone 4 is the top selling model in the segment with the average selling price of handset over $170.[471]

**Figure 31:  Handset Spend Overview[472]**




197.    "iOS handsets remain[ed] the most expensive of all OS's" in Q4 2011, according to a ComTech report.[473]   Apple smartphone customers reported spending the most ($206) on their smartphones in 2011 in contrast to other smartphone owners.[474]   More than one-third (35 percent) of Apple owners reported paying full price for their handset compared to just 19 percent of owners paying full price for the industry.[475]   Apple also noted in its internal study that the "iPhone is perceived as expensive".[476]

---

[470] ComTech United States Report Q410, Apple Market Research & Analysis, February 11, 2011, APLNDC00010809-809.54, at '809.9. [8.11]

[471] ComTech United States Report Q410, Apple Market Research & Analysis, February 11, 2011, APLNDC00010809-809.54 at '809.9, '809.41. [8.11]

[472] ComTech United States Report Q410, Apple Market Research & Analysis, February 11, 2011, APLNDC00010809-809.54 at '809.41. [8.11]

[473] ComTech USA Report Q4 2011, Apple Market Research & Analysis, February 10, 2012, APLNDC-Y0000148505-555 at '513. [4.12]

[474] 2011 Wireless Smartphone Satisfaction Study, Management Report, J.D. Power and Associates, March, 2011, SAMNDCA10246338-445 at '360. [13.9]

[475] 2011 Wireless Smartphone Satisfaction Study, Management Report, J.D. Power and Associates, March, 2011, SAMNDCA10246338-445 at '360. [13.9]

[476] iPhone and Android Smartphone Buyer Research, APLNDC-Y0000025148-188, at '157. [10.7]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

198.    Mr. Joswiak testified that as of February, 2012 Apple's iPhone line consists of the iPhone 3GS, the iPhone 4, and the iPhone 4S.[477]   The iPhone 3GS is available to AT&T customers on a two-year contract at no cost.[478]  Without a contact, the iPhone 3GS is priced at $399.[479]  The iPhone 4 costs $99 on a two-year contract and is available to AT&T, Verizon and Sprint customers.[480]  Without a contract, its price is $549.[481]  The iPhone 4S starts at $199 with a two-year contract, and is also available at $299 and $399, depending on memory capacity.[482] Without a contract, iPhone 4S's price starts at $649 and increases in hundred dollar increments to $849, depending on memory capacity.[483]   Mr. Joswiak also testified that the price to consumer of various models of the iPhone is very similar to the price of the same phones to carriers.[484]

199.    In contrast, Samsung offers a large number of lower-end basic handsets.[485]  In 2011 Samsung mostly operated in <$100 and $100-$249 smartphone cost tier markets, as presented in Figure 30 above.[486]  In a June 8, 2010 System Concepts study commissioned by Samsung, participants of the study commented that one of the benefits of Android is its cost making it available to a broader market than the iPhone.[487]   Smartphone customers find Samsung more affordable than Apple, according to J.D. Power and Associates.[488]

200.    Indeed, an analysis of the sales data for Samsung's accused products reveals that about 30 percent of the accused products are models that have an average wholesale selling price of ▮▮▮▮▮▮▮▮▮

---

[477] Deposition of Gregory Joswiak, Volume I, February 23, 2012, p. 243. [9.2]

[478] Deposition of Gregory Joswiak, Volume I, February 23, 2012, pp. 243-244. [9.2]

[479] Deposition of Gregory Joswiak, Volume I, February 23, 2012, p. 245. [9.2]

[480] Deposition of Gregory Joswiak, Volume I, February 23, 2012, p. 247. [9.2]

[481] Deposition of Gregory Joswiak, Volume I, February 23, 2012, p. 247. [9.2]

[482] Deposition of Gregory Joswiak, Volume I, February 23, 2012, p. 248. [9.2]

[483] Deposition of Gregory Joswiak, Volume I, February 23, 2012, p. 248. [9.2]

[484] Deposition of Gregory Joswiak, Volume II, February 24, 2012, p. 451. [9.3]

[485] 2009 Mobile UX Forecast: M.T.O.C., Samsung Electronics Co., LTD, November 10, 2008, SAMNDCA00214969-5201 at '5073. [8.5]

[486] 2011 Wireless Smartphone Satisfaction Study, Management Report, J.D. Power and Associates, March, 2011, SAMNDCA10246338-445 at '362. [13.9]

[487] UX Critique by European Professionals, System Concepts, June 8, 2010, SAMNDCA00202869-933 at '919. [10.2]

[488] 2011 U.S. Wireless Mobile Phone Study Results Presentation Volume 2, J.D. Power and Associates, November 15, 2011, SAMNDCA00282033-088 at '080. [13.7]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 32:  STA Smartphones with ASP** ███████████



| Product | 2010 - 2011 Total | |
| --- | --- | --- |
| | Quantity | ASP |
| | [a] | [a] |
| Exhibit 4G | 283,073 | $258 |
| Galaxy Prevail | 1,536,840 | $168 |
| Gem | 374,101 | $170 |
| Gravity / Gravity Smart | 473,669 | $190 |
| Intercept | 1,237,560 | $213 |
| Replenish | 602,887 | $153 |
| Transform | 603,970 | $253 |
| Total Smartphone Products with ████ | **5,112,100** | **$194** |
| Total Smartphone Products | ████████████ | |
| Smartphone Products with ████ as a Percent of Total | ████████████ | |

201.    These products are clearly in a very different market segment than the iPhones, which start at significantly higher wholesale prices.[490]

202.    iPhone owners have relatively higher disposable income compared to the income of smartphone owner on average.[491]  Forty-seven percent of iPhone 3G owners and 50 percent of iPhone 3GS owners have disposable income of more than $100,000.[492]  In contrast, Crowd Science found that Android smartphone users are less affluent than iPhone users.[493]

---

[489] Schedule 15.2. [1.2]

[490] In February 2012, the carrier price for the iPhone 3GS was $375, the iPhone 4 carrier price was $549, and the iPhone 4S carrier price was $649, $749, and $849 for the 16 GB / 32 GB / 64 GB versions, respectively. (Apple Inc. iPhone – US, Carrier & Reseller Pricing as of February 17, 2012, APLNDC-Y0000051622. [5.5])

[491] iPhone 4.0 Quick Report & Analysis, Samsung Electronics, June 28, 2010, SAMNDCA00024872-941 at '880. [4.1]

[492] iPhone 4.0 Quick Report & Analysis, Samsung Electronics, June 28, 2010, SAMNDCA00024872-941 at '880. [4.1]

[493] Email from John Brown to Arthur Rangel, March 16, 2010, 40% of Blackberry Users Willing to Trade in Their Devices for Apple iPhones, March 15, 2010, APLNDC0001414064-066 at '065. [15.28]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 33:  iPhone Owners Income Distribution (Three Month Average Ending April 2010)[494]**



203.    In August 2007, Apple conducted an iPhone Consideration Study to "view the US mobile market approximately 30 days after the iPhone launch and understand the reasons why potential buyers chose not to consider or purchase the iPhone and why those still considering purchasing one have not done so yet."[495]  According to the study, the price of the iPhone was the top reason for not considering the purchase of the iPhone by those who purchased a mobile phone in the past 30 days.[496]  Cost of the iPhone was also the top reason for not purchasing the iPhone.[497]  Apple, therefore, concluded that cost was the primary reason the iPhone was not purchased.[498]  In fact, those considering the purchase of the iPhone expected to pay $258 on average versus $117 for those who did not consider purchasing the iPhone.[499]  Similarly, in a January 2009 Global Mobile Phone Market Study commissioned by Apple, cost was a key driver for the lack of iPhone consideration.[500]

---

[494] iPhone 4.0 Quick Report & Analysis, Samsung Electronics, June 28, 2010, SAMNDCA00024872-941 at '880. [4.1]

[495] iPhone Consideration Study, Topline Report, Apple Market Research & Analysis, August 2007, APLNDC0001218857-891 at '859. [10.8]

[496] iPhone Consideration Study, Topline Report, Apple Market Research & Analysis, August 2007, APLNDC0001218857-891 at '870. [10.8]

[497] iPhone Consideration Study, Topline Report, Apple Market Research & Analysis, August 2007, APLNDC0001218857-891 at '871. [10.8]

[498] iPhone Consideration Study, Topline Report, Apple Market Research & Analysis, August 2007, APLNDC0001218857-891 at '872, '889. [10.8]

[499] iPhone Consideration Study, Topline Report, Apple Market Research & Analysis, August 2007, APLNDC0001218857-891 at '877, '889. [10.8]

[500] Global Mobile Phone Market Study - 12 Country Omnibus Study, Apple Market Research & Analysis, January 2009, APLNDC0001256422-504 at '484. [8.9]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

204.    In a May 2011 Apple study about Apple brand perception, Apple's price across all products was listed as a key Apple brand constraint.[501]   The study noted that "Apple is universally considered to be higher priced than similar brands and not always a strong value for the money to many."[502]

### b)   Mr. Musika includes lost profits for the Galaxy Tab 7.0 (3G), which is not appropriate based on Mr. Musika's own analysis.

205.    Mr. Musika describes his analysis of the tablet market as follows:[503]

> In May 2010, IDC defined tablets "as tablet form factor devices with 7-12in. color displays. They are currently based on ARM processors and run lightweight operating systems such as Apple's iPhone OS and Google's Android OS." This definition was further updated in December 2011 to "move LCD-based devices such as Barnes & Noble's Nook Color into the media tablet category" from the e-reader category. This change was implemented in the third quarter of 2011.  Further, while the Barnes & Noble Nook Color and the Kindle Fire have changed the dynamics of the market, these products by and large compete in a different segment of the tablet market than Samsung and Apple. Accordingly, I have removed their corresponding units from my analysis of IDC's media tablet data.

206.    So, even though most of his calculations simply rely on IDC's and Strategy Analytics' definitions of the markets, Mr. Musika specifically changes the market definition adopted by these companies with respect to the Nook Color and Kindle Fire.  Mr. Musika does not provide any basis for his assertion that the Nook and Kindle Fire "by and large compete in a different segment of the tablet market than Samsung and Apple."  I can only assume that Mr. Musika excluded these products because they are smaller and less expensive than the iPad / iPad 2.  The Nook Color and Kindle Fire are both 7-inch tablets, and their prices are several hundred dollars less than the wifi-only versions of the iPad.[504]

---

[501] Apple Brand Perception and Measures Research, Apple Market Research & Analysis, May 2011, APLNDC0001386830-899 at '855. [15.31]

[502] Apple Brand Perception and Measures Research, Apple Market Research & Analysis, May 2011, APLNDC0001386830-899 at '855. [15.31]

[503] Musika Report, p. 19. [2.2]  I have confirmed that Mr. Musika does not include the Kindle Fire and Nook Color units in his lost profits analysis; if he had included those units, then Apple's market share, and Apple's lost profits, would have decreased.

[504] CNet Review, Barnes & Noble NOOKcolor, last updated November 17, 2011, accessed on April 14, 2012 at http://reviews.cnet.com/e-book-readers/barnes-noble-nookcolor/4505-3508_7-34204884.html#reviewPage1. [15.9]  *See also* CNet Review, Amazon Kindle Fire, last updated November 23, 2011, accessed on April 14, 2012 at http://reviews.cnet.com/tablets/amazon-kindle-fire/4505-3126_7-35022491.html#reviewPage1. [15.10]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 37: Apple US iPhone Sales by Quarter[644]**



298.    The chart above shows Apple's U.S. iPhone sales by quarter from the release of the first iPhone through Q4 2011.  Apple's iPhone sales enjoyed a relatively steady climb from introduction through Q1 2011.  After a short lull, during which no new iPhone iterations were released, Apple's smartphone sales skyrocketed to approximately fifteen million units in the fourth quarter of 2011, the quarter during which the iPhone 4S launched.  As shown of the graph, this more than doubled the previous record of around seven million units during Q1 2011 with the launch of the Verizon iPhone 4.

---

[644] Schedule 18. [1.2]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 38: Smartphone Average Selling Prices in the U.S., Q2 2007 Through Q4 2011**[645]



299.     The above chart shows Apple's iPhone ASP alongside Samsung's smartphone ASP from Q2 2007 through Q4 2011.  As illustrated, Apple has maintained a consistent and sizeable premium over Samsung.  In other words, Apple would be hard pressed to argue that its smartphone offering has suffered any price erosion at the hand of Samsung's products.  In fact, Apple's ASP has consistently increased since Q3 2009.

---

[645] Schedule 18. [1.2]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 39: Smartphone Revenue Share in the U.S., Q2 2007 Through Q4 2011[646]**



300.    As pictured in the above graph, Apple has also consistently maintained a high proportion of smartphone revenue share since Q2 2007.  Notably, while Samsung's revenue share has also increased, Apple's share jumped to nearly 60% during Q4, 2011, the quarter that saw the release of the iPhone 4S.

---

[646] Schedule 18. [1.2]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 40: Smartphone Unit Share in the U.S., Q2 2007 Through Q4 2011[647]**



301.    Very similar to the previous chart, the above graph shows that Apple has maintained its share of smartphone unit sales over time.  Again, Apple's unit sales set records in Q4 2011 with the release of the iPhone 4S.

---

[647] Schedule 18. [1.2]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 41: Apple's Share of Realized Handset Industry Profits Worldwide Q1 2008 Through Q4 2011[648]**



302.     The chart above shows Apple's share of realized Worldwide handset profits. This graph depicts not only the consistent growth of Apple's share of industry profits, but also its profit earning power.  In the most recent quarter depicted, again Q4 2011 during which the iPhone 4S was released, Apple earned 75% of handset industry profits Worldwide.

303.     Mr. Musika also points out in his discussion of irreparable harm that "[d]ue to the complexity of the calculation and uncertainty regarding specific amounts tied to new purchases of Apple's products, almost none of the Apple ecosystem sales are captured in the damage calculation."[649]   However, this statement has nothing to do with a discussion of irreparable harm. In fact, Mr. Musika may have had data sufficient to calculate damages from potentially lost sales

---

[648] Schedule 18. [1.2]
[649] Musika Report, p. 30. [2.2]

(in units), sales ($), cost of goods sold (COGS), and operating expenses broken down into major operating expense categories.

314.    SEA and STA are the only Samsung entities that sell into the United States,[655] therefore Samsung's U.S. sales of the accused products are determined by the sales of the accused products by SEA and STA.  Mr. Sheppard testified that STA sells Samsung's mobile phones in the United States and the sales of the tablets are split so that tablets that can connect to a cellular network are sold by STA and those that cannot (e.g., wifi-only tablets) are sold by SEA.[656]

315.    The following figure provides a summary for STA and SEA of the quantity sold, revenue, and ASP for each of the accused products:

**Figure 42:  Consolidated SEA and STA Revenue, Quantity, and ASP for Accused Products[657]**

| Product | 2010 | | | 2011 | | | 2010 - 2011 Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Quantity | ASP | Revenue | Quantity | ASP | Revenue | Quantity | ASP |
| Acclaim | $69,626,621 | 209,662 | $332 | $6,918,626 | 30,179 | $229 | $76,545,246 | 239,841 | $319 |
| Captivate | $325,163,101 | 732,869 | $444 | $198,540,962 | 658,440 | $302 | $523,704,063 | 1,391,309 | $376 |
| Continuum | $73,338,883 | 173,560 | $423 | $38,720,356 | 146,614 | $264 | $112,059,239 | 320,174 | $350 |
| Droid Charge | $0 | 0 | $0 | $351,465,501 | 699,366 | $503 | $351,465,501 | 699,366 | $503 |
| Epic 4G | $363,131,713 | 702,727 | $517 | $458,714,814 | 1,092,661 | $420 | $821,846,527 | 1,795,388 | $458 |
| Exhibit 4G | $0 | 0 | $0 | $72,952,506 | 283,073 | $258 | $72,952,506 | 283,073 | $258 |
| Fascinate | $468,640,215 | 1,027,206 | $456 | $150,478,565 | 406,820 | $370 | $619,118,780 | 1,434,026 | $432 |
| Galaxy Ace | $0 | 0 | $0 | $0 | 0 | $0 | $0 | 0 | $0 |
| Galaxy Prevail | $0 | 0 | $0 | $258,911,331 | 1,536,840 | $168 | $258,911,331 | 1,536,840 | $168 |
| Galaxy S (i9000) | $0 | 0 | $0 | $0 | 0 | $0 | $0 | 0 | $0 |
| Galaxy S 4G | $0 | 0 | $0 | $395,281,186 | 1,145,702 | $345 | $395,281,186 | 1,145,702 | $345 |
| Galaxy S II 2 (AT&T) | $0 | 0 | $0 | $179,853,040 | 383,661 | $469 | $179,853,040 | 383,661 | $469 |
| Gem | $0 | 0 | $0 | $63,595,570 | 374,101 | $170 | $63,595,570 | 374,101 | $170 |
| Gravity / Gravity Smart | $0 | 0 | $0 | $90,123,928 | 473,669 | $190 | $90,123,928 | 473,669 | $190 |
| Hercules / Galaxy S II (T-Mobile) | $0 | 0 | $0 | $195,794,628 | 432,286 | $453 | $195,794,628 | 432,286 | $453 |
| Indulge | $0 | 0 | $0 | $98,221,588 | 270,612 | $363 | $98,221,588 | 270,612 | $363 |
| Infuse 4G | $0 | 0 | $0 | $360,510,494 | 850,643 | $424 | $360,510,494 | 850,643 | $424 |
| Intercept | $196,295,412 | 857,530 | $229 | $67,358,564 | 380,030 | $177 | $263,653,976 | 1,237,560 | $213 |
| Mesmerize | $56,630,363 | 119,630 | $473 | $204,644,961 | 537,339 | $381 | $261,275,324 | 656,969 | $398 |
| Nexus S | $26,813,136 | 56,000 | $479 | $25,002,235 | 77,885 | $321 | $51,815,371 | 133,885 | $387 |
| Nexus S 4G | $0 | 0 | $0 | $193,031,315 | 504,068 | $383 | $193,031,315 | 504,068 | $383 |
| Replenish | $0 | 0 | $0 | $92,376,320 | 602,887 | $153 | $92,376,320 | 602,887 | $153 |
| Showcase / Galaxy S Showcase (i500) | $15,649,036 | 31,500 | $497 | $88,312,660 | 233,016 | $379 | $103,961,695 | 264,516 | $393 |
| Sidekick | $0 | 0 | $0 | $133,425,648 | 429,240 | $311 | $133,425,648 | 429,240 | $311 |
| Transform | $66,346,493 | 238,640 | $278 | $86,278,041 | 365,330 | $236 | $152,624,535 | 603,970 | $253 |
| Vibrant | $428,544,127 | 973,166 | $440 | $16,615,189 | 47,877 | $347 | $445,159,316 | 1,021,043 | $436 |
| Galaxy Tab 7.0 (3G) / Galaxy Tab | $154,345,456 | 262,099 | $589 | $147,532,169 | 403,521 | $366 | $301,877,625 | 665,620 | $454 |
| Galaxy Tab 10.1 / Galaxy Tab 10.1 (WiFi) | $0 | 0 | $0 | $205,516,283 | 480,023 | $428 | $205,516,283 | 480,023 | $428 |
| Total | $2,244,524,556 | 5,384,589 | $417 | $4,180,176,479 | 12,845,883 | $325 | $6,424,701,035 | 18,230,472 | $352 |

## 2.    Samsung's Deductible Expenses

[655] Deposition of Jaehwang Sim, March 10, 2012, pp. 119-120, 142-143. [4.5]
[656] Deposition of Timothy Sheppard, January 24, 2012, pp. 26-28, 87. [3.22]
[657] Schedule 15.1. [1.2]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 67:  Alternative Images for Accused (Vibrant) Screen Image**



Vibrant



Galaxy S II (T-Mobile)



New Screen Image

482.    As demonstrated above, I understand that Samsung could change the number of rows or columns on its GUI and design around the GUI Design Patents.

483.    I have discussed the cost to design new icons or to implement a new GUI on the accused products with a Samsung designer and engineer.[896]   The cost is less than $500 per icon and is $1,152 for the GUI interface.[897]

484.    In addition to the GUI Design Patents and trademarks described above, Apple's asserted design-related IP includes the Electronic Device Design Patents and the trade dress. If found to be valid and infringed, Apple's Electronic Device Design Patents and trade dress cover some elements of the device itself.  However, for each asserted Electronic Device Design Patent and individual Trade Dress, there are *at least* 14 Samsung products that have been accused of infringement in this lawsuit that are not accused of that specific assertion.[898] Therefore, Samsung has a number of alternatives available to it, regardless of which Trade

---

[896] Conversation with Sun-young Yi, April 12, 2012 (with translation assistance from Hoshin Lee). Conversation with Sun-young Yi and Jaewoo Park, April 16, 2012 (with translation assistance from Hoshin Lee).
[897] Schedule 13.6 and 13.7. [1.2]
[898] Schedule 6.1. [1.2]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

530.    Applying the full cost of the design around for the patents-in-suit results in royalties due as follows:[953]



**Design Around Costs**

Utility Patents
'002
'163
'381
'891
'915
'607
'129

Cost to Design a New Icon (per Icon)                    $420

Cost to Design and Implement a New GUI                $1,152

Trade Dress (Based on New GUI)
Trade Dress (Device Related)

Electronic Device Design Patents

531.    For the '607 Patent, an additional royalty payment would be due for the Galaxy Tab 7.0 (3G), calculated as follows:[954]

| | Units | Royalty Rate | Royalties Due |
|---|---|---|---|
| *5/1/10 - 12/31/11*<br>Galaxy Tab 7.0 (3G) | ■■■■ | $2.10 | ■■■■ |
| *6/16/11 - 12/31/11*<br>Galaxy Tab 7.0 (3G) | ■■■■ | $2.10 | ■■■■ |

**E.  Alternative Reasonable Royalty for Electronic Device Design Patents and Trade Dress**

532.    As I describe in my analysis of *Georgia-Pacific* factor 9, I have concluded that Samsung has available to it acceptable, non-infringing alternatives for the Electronic Device Design Patents and Apple's asserted trade dress.   However, I have also performed an alternative reasonable royalty calculation based on a maximum value for Apple's design.

---

[953] Schedule 1. [1.2]
[954] Schedule 2.1A. [1.2]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**　　　　　　　　　　　　　　**Schedule 13.6**
**Design Around Analysis**
**Design Around Cost for Designing a New Icon**

| Design Around Personnel | Approximate Hourly Rate [a] | Design Around Time (Hours) [b] | Design Around Cost |
|---|---|---|---|
| Senior Engineer | $35.00 | 12 | $420 |
| Engineer | $26.00 | 0 | $0 |
| Assistant Engineer | $23.00 | 0 | $0 |
| Senior Designer | $35.00 | 0 | $0 |
| Designer | $26.00 | 0 | $0 |
| Assistant Designer | $23.00 | 0 | $0 |
| Total Design Around Cost | | | $420 |

*Sources:*

[a]  *Conversation with Jong-wook Shim, April 12, 2012 (with translation assitance from Hoshin Lee); rates include full compensation (benefits / bonus, etc.).*

[b]  *Conversation with Sun-young Yi and Jaewoo Park, April 16, 2012 (with translation assistance from Hoshin Lee).*

*Sun-young Yi estimated to take less than one day to design a new icon.*

*Jaewoo Park indicated no engineer time would be required for an icon.*

*Time estimates based on 6-day work weeks and 12 hours per day.*

*Model utilizes the highest approximate hourly rate to calculate design around costs to be conservative.*

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                                    **Schedule 13.7**
**Design Around Analysis**
**Design Around Cost for Designing and Implementing a New Graphical User Interface**

| Design Around Personnel | Approximate Hourly Rate | Design Around Time (Hours) | Design Around Cost |
|---|---|---|---|
| | [a] | [b] | |
| Senior Engineer | $35.00 | 24 | $840 |
| Engineer | $26.00 | 0 | $0 |
| Assistant Engineer | $23.00 | 0 | $0 |
| Senior Designer | $35.00 | 0 | $0 |
| Designer | $26.00 | 12 | $312 |
| Assistant Designer | $23.00 | 0 | $0 |
| Total Design Around Cost | | | $1,152 |

**Sources:**

[a]  Conversation with Jong-wook Shim, April 12, 2012 (with translation assitance from Hoshin Lee); rates include full compensation (benefits / bonus, etc.).

[b]  Conversation with Sun-young Yi and Jaewoo Park, April 16, 2012 (with translation assistance from Hoshin Lee).

Sun-young Yi estimated 1 day of specifically a designer's time for designing the new GUI.

Jaewoo Park estimated specifically 2 senior engineer days to program and implement the new GUI.

Time estimates based on 6-day work weeks and 12 hours per day.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**
**Samsung Financial Summary**
Samsung STA and SEA Revenue, Quantity and Average Price Summary

Schedule 15.1

| Product | 2010 | | | 2011 | | | Q1 2012 | | | 2010 - Q1 2012 Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Quantity | ASP | Revenue | Quantity | ASP | Revenue | Quantity | ASP | Revenue | Quantity | ASP |
| | [a] | [b] | | [c] | [d] | | | | | | | |
| Acclaim | $69,626,621 | 209,662 | $332 | $6,918,626 | 30,179 | $229 | | | | | | |
| Captivate | $325,163,101 | 732,869 | $444 | $198,540,962 | 658,440 | $302 | | | | | | |
| Continuum | $73,338,883 | 173,560 | $423 | $38,720,356 | 146,614 | $264 | | | | | | |
| Droid Charge | $0 | 0 | $0 | $351,465,501 | 699,366 | $503 | | | | | | |
| Epic 4G | $363,131,713 | 702,727 | $517 | $458,714,814 | 1,092,661 | $420 | | | | | | |
| Exhibit 4G | $0 | 0 | $0 | $72,952,506 | 283,073 | $258 | | | | | | |
| Fascinate | $468,640,215 | 1,027,206 | $456 | $150,478,565 | 406,820 | $370 | | | | | | |
| Galaxy Ace | $0 | 0 | $0 | $0 | 0 | $0 | | | | | | |
| Galaxy Prevail | $0 | 0 | $0 | $258,911,331 | 1,536,840 | $168 | | | | | | |
| Galaxy S (i9000) | $0 | 0 | $0 | $0 | 0 | $0 | | | | | | |
| Galaxy S 4G | $0 | 0 | $0 | $395,281,186 | 1,145,702 | $345 | | | | | | |
| Galaxy S II 2 (AT&T) | $0 | 0 | $0 | $179,853,040 | 383,661 | $469 | | | | | | |
| Gem | $0 | 0 | $0 | $63,595,570 | 374,101 | $170 | | | | | | |
| Gravity / Gravity Smart | $0 | 0 | $0 | $90,123,928 | 473,669 | $190 | | | | | | |
| Hercules / Galaxy S II (T-Mobile) | $0 | 0 | $0 | $195,794,628 | 432,286 | $453 | | | | | | |
| Indulge | $0 | 0 | $0 | $98,221,588 | 270,612 | $363 | | | | | | |
| Infuse 4G | $0 | 0 | $0 | $360,510,494 | 850,643 | $424 | | | | | | |
| Intercept | $196,295,412 | 857,530 | $229 | $67,358,564 | 380,030 | $177 | | | | | | |
| Mesmerize | $56,630,363 | 119,630 | $473 | $204,644,961 | 537,339 | $381 | | | | | | |
| Nexus S | $26,813,136 | 56,000 | $479 | $25,002,235 | 77,885 | $321 | | | | | | |
| Nexus S 4G | $0 | 0 | $0 | $193,031,315 | 504,068 | $383 | | | | | | |
| Replenish | $0 | 0 | $0 | $92,376,320 | 602,887 | $153 | | | | | | |
| Showcase / Galaxy S Showcase (i500) | $15,649,036 | 31,500 | $497 | $88,312,660 | 233,016 | $379 | | | | | | |
| Sidekick | $0 | 0 | $0 | $133,425,648 | 429,240 | $311 | | | | | | |
| Transform | $66,346,493 | 238,640 | $278 | $86,278,041 | 365,330 | $236 | | | | | | |
| Vibrant | $428,544,127 | 973,166 | $440 | $16,615,189 | 47,877 | $347 | | | | | | |
| Galaxy Tab 7.0 (3G) / Galaxy Tab | $154,345,456 | 262,099 | $589 | $147,532,169 | 403,521 | $366 | | | | | | |
| Galaxy Tab 10.1 / Galaxy Tab 10.1 (WiFi) | $0 | 0 | $0 | $205,516,283 | 480,023 | $428 | | | | | | |
| | | | | | | | | | | | | |
| **Total** | **$2,244,524,556** | **5,384,589** | **$417** | **$4,180,176,479** | **12,845,883** | **$325** | | | | | | |

**Sources:**
[a] Updated Schedule 4.8
[b] Updated Schedule 4.8
[c] Updated Schedule 4.9
[d] Updated Schedule 4.9
[e] Updated Schedule 4.10
[f] Updated Schedule 4.10
[g] [a] + [c] + [e]
[h] [b] + [d] + [f]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**                    **Schedule 15.2**
**Samsung Financial Summary**
**Samsung Accused Smartphone Products with an Average Price** ████████

| Product |  |
|---|---|
| | |
| Exhibit 4G | |
| Galaxy Prevail | |
| Gem | |
| Gravity / Gravity Smart | |
| Intercept | |
| Replenish | |
| Transform | |
| | |
| Total Smartphone Products with ████ | |
| | |
| Total Smartphone Products | |
| | |
| Smartphone Products with ████ | |
| Percent of Total | |

*Source:*
[a]  *Schedule 15.1*

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Apple Inc. v. Samsung Electronics Co., Ltd. et al.**   **Schedule 17**
**Icons for Phones Accused Analysis**
**Number of Icons for Phones Accused of GUI Design Patent Infringement**

| | Accused Products | Non-Dock Icons | Dock Icons |
|---|---|---|---|
| [1] | Captivate | 38 | 4 |
| [2] | Continuum | 47 | 4 |
| [3] | Droid Charge | 48 | 4 |
| [4] | Epic 4G | 42 | 4 |
| [5] | Fascinate | 45 | 4 |
| [6] | Galaxy S 4G | 56 | 4 |
| [7] | Galaxy S II (i9100) | 30 | 4 |
| [8] | Gem | 31 | 4 |
| [9] | Indulge | 42 | 4 |
| [10] | Infuse 4G | 38 | 4 |
| [11] | Mesmerize | 41 | 4 |
| [12] | Galaxy S Showcase (i500) | 41 | 4 |
| [13] | Vibrant | 48 | 4 |

*Sources:*

[1] *Expert Report of Susan Kare, March 22, 2012, Exhibit 15. [15.51]*
[2] *Expert Report of Susan Kare, March 22, 2012, Exhibit 16. [15.51]*
[3] *Expert Report of Susan Kare, March 22, 2012, Exhibit 17. [15.51]*
[4] *Expert Report of Susan Kare, March 22, 2012, Exhibit 18. [15.51]*
[5] *Expert Report of Susan Kare, March 22, 2012, Exhibit 19. [15.51]*
[6] *Expert Report of Susan Kare, March 22, 2012, Exhibit 20. [15.51]*
[7] *Expert Report of Susan Kare, March 22, 2012, Exhibit 21. [15.51]*
[8] *Expert Report of Susan Kare, March 22, 2012, Exhibit 22. [15.51]*
[9] *Expert Report of Susan Kare, March 22, 2012, Exhibit 23. [15.51]*
[10] *Expert Report of Susan Kare, March 22, 2012, Exhibit 24. [15.51]*
[11] *Expert Report of Susan Kare, March 22, 2012, Exhibit 25. [15.51]*
[12] *Expert Report of Susan Kare, March 22, 2012, Exhibit 26. [15.51]*
[13] *Expert Report of Susan Kare, March 22, 2012, Exhibit 27. [15.51]*