1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PERMITTING USE OF EQUIPMENT IN THE COURTROOM**<br><br>**TRIAL** |

1    WHEREAS, Plaintiff Apple Inc. and Defendants Samsung Electronics Co., Ltd., Samsung
2 Electronics America, Inc., and Samsung Telecommunications America, LLC (together with
3 Apple, "the Parties") seek to use certain equipment and devices at trial starting on March 28,
4 2016;
5    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
6 Parties:
7    1.    The Parties and their attorneys, paralegals, assistants and consultants may bring
8 laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector
9 screens and carts, video distribution amplifiers, monitors, speakers, and various cables, cords and
10 power strips, A/B switches, samples of the products at issue in this litigation, and related
11 equipment into the courtroom for use at trial beginning on March 28, 2016;
12    2.    Beginning at 9:00 a.m. on Friday, March 25, 2016, the Parties may have access to
13 the courtroom to set up and test the above equipment so that the Parties will be prepared to
14 proceed with trial as scheduled.
15    **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: March 1, 2016 | |
| 2 | | |
| 3 | MORRISON & FOERSTER LLP<br>HAROLD J. McELHINNY (CA SBN 66781) | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151) |

Dated: March 1, 2016

MORRISON & FOERSTER LLP
HAROLD J. McELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100


By:   */s/ Rachel Krevans*
       Rachel Krevans

   Attorneys for Plaintiff and Counterclaim-
    Defendant APPLE INC.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100


By:   */s/ Victoria F. Maroulils*
       Victoria F. Maroulis

   Attorneys for Defendants and
   Counterclaim-Plaintiffs SAMSUNG
   ELECTRONICS CO., LTD., SAMSUNG
   ELECTRONICS AMERICA, INC. and
   SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC

JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM
CASE NO. 11-CV-01846-LHK
sf-3626715

2

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: _____

                                        Honorable Lucy H. Koh
                                        United States District Judge

**ATTESTATION**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  March 1, 2016                                         */s/ Rachel Krevans*
                                                                                Rachel Krevans