1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                Defendants. | Case No.   11-cv-01846-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AVAILABILITY OF PHYSICAL DEVICES ADMITTED INTO EVIDENCE AT TRIAL** |

WHEREAS, Plaintiff Apple Inc. and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (together with Apple, "the Parties") seek to arrange for access to certain physical devices that were admitted into evidence during the July 2012 and/or November 2013 trials for use at the upcoming remand damages trial, which will begin on March 28, 2016.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that:

1. All physical devices in the custody of the Court, including but not limited to Exhibits PX125, PX148, PX150, PX155, PX165-168, PX2277-2278, DX526, DX2526, DX2528-2529, DX2534-2535, JX1000-1005, JX1007, JX1009-1020, JX1022-1028, JX1030-1038, JX1050-1051, JX1053-1057, JX1074, JX1076-1078, and JX1093 will be made available to the parties for use before and during the upcoming remand damages trial, which will begin on March 28, 2016.

**IT IS SO STIPULATED.**

Dated:  March 1, 2016

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br><br>By:  */s/ Rachel Krevans*<br>　　　Rachel Krevans<br><br>　Attorneys for Plaintiff and Counterclaim-<br>　Defendant APPLE INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>CHARLES K. VERHOEVEN (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>KEVIN P.B. JOHNSON (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>VICTORIA F. MAROULIS (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>MICHAEL T. ZELLER (Cal. Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br><br>By:  */s/ Victoria F. Maroulis*<br>　　　Victoria F. Maroulis<br><br>　Attorneys for Defendants and<br>　Counterclaim-Plaintiffs  SAMSUNG<br>　ELECTRONICS CO., LTD., SAMSUNG<br>　ELECTRONICS AMERICA, INC. and<br>　SAMSUNG TELECOMMUNICATIONS<br>　AMERICA, LLC |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AVAILABILITY OF DEVICES
Case No.  11-cv-01846-LHK (PSG)
sf-3620374

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____          By: _____
                                     Hon. Lucy H. Koh
                                     United States District Judge

| | |
|---|---|
| 1 | **ATTESTATION OF E-FILED SIGNATURE** |

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order Regarding Availability of Physical Devices.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  March 1, 2016              */s/  Rachel Krevans*
                                                   RACHEL KREVANS