# Exhibit A

(Public Redacted Version)

DRAFT
as of 2/18/2016

Case 5:11-cv-01846-LHK   Document 3435   Filed 03/01/16   Page 2 of 6

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

Apple Inc. v. Samsung Electronics Co., LTD., et al

EXHIBIT 17.5-R1

**Apple's Damages Per Patent Per Samsung Product**
**(Apple's Lost Profits, Samsung's Profits [Revenue], and Reasonable Royalty)**

| Patent: | '381 a/ | '915 a/ | D'677 Alone b/ | D'305 or D'087 or D'677 [1] b/ | '163 | Total a/ |
|---|---|---|---|---|---|---|
| Damages Period: | 08/04/2010 to 04/14/2011 | 04/15/2011 to 05/29/2011 | 04/15/2011 to 06/15/2011[2] | 06/16/2011 to 06/30/2012[3] | 06/16/2011 to 06/30/2012 | 08/04/2010 to 06/30/2012 |
| Fascinate | ■ | ■ | ■ | ■ | No Double Recovery[4] | ■ |
| Galaxy S4G | ■ | ■ | ■ | ■ | No Double Recovery | ■ |
| Galaxy S Showcase | ■ | ■ | ■ | ■ | ■ | ■ |
| Mesmerize | ■ | ■ | ■ | ■ | No Double Recovery | ■ |
| Vibrant | ■ | ■ | ■ | ■ | ■ | ■ |
| **Total** | ■ | ■ | ■ | ■ | **No Double Recovery** | ■ |

Sources:
a/ EXHIBIT 17-R1.
b/ EXHIBIT 17.3-R1.

Notes:
[1] All 5 products infringe the D'677 Patent. All 5 products infringe the D'305 Patent. The Galaxy S4G and Vibrant infringe the D'087 Patent.

[2] The D'677 is the only design patent eligible for damages from April 15, 2011 to June 15, 2011.

[3] All three Apple design patents are eligible for damages from June 16, 2011 to June 30, 2012. In this case, Apple seeks Samsung's profits from sales of products that infringe Apple's design patents. However, Apple may only recover that form of damages once per unit. Thus, no matter how many design patents were infringed by any unit, the damages in this column reflect only one award of Samsung's profits for that unit.

[4] "No Double Recovery" indicates that units that infringed this patent in this time period also infringed one or more design patents and thus no further damages may be awarded.

Case 5:11-cv-01846-LHK   Document 3435   Filed 03/01/16   Page 3 of 6

Apple Inc. v. Samsung Electronics Co., LTD., et al.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

DRAFT
as of 2/18/2016

EXHIBIT 17.6-R1

**Apple's Damages Per Patent Per Samsung Product**
**(Apple's Lost Profits, Samsung's Profits [Gross Profit], and Reasonable Royalty)**

| Patent: | '381 a/ | '915 a/ | D'677 Alone b/ | D'305 or D'087 or D'677 [1] b/ | '163 | Total a/ |
|---|---|---|---|---|---|---|
| Damages Period: | 08/04/2010 to 04/14/2011 | 04/15/2011 to 05/29/2011 | 04/15/2011 to 06/15/2011[2] | 06/16/2011 to 06/30/2012[3] | 06/16/2011 to 06/30/2012 | 08/04/2010 to 06/30/2012 |
| Fascinate | ▮ | ▮ | ▮ | ▮ | No Double Recovery[4] | ▮ |
| Galaxy S4G | ▮ | ▮ | ▮ | ▮ | No Double Recovery | ▮ |
| Galaxy S Showcase | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Mesmerize | ▮ | ▮ | ▮ | ▮ | No Double Recovery | ▮ |
| Vibrant | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| **Total** | ▮ | ▮ | ▮ | ▮ | **No Double Recovery** | ▮ |

Sources:
a/ EXHIBIT 17.1-R1.
b/ EXHIBIT 17.4-R1.

Notes:

[1] All 5 products infringe the D'677 Patent. All 5 products infringe the D'305 Patent. The Galaxy S4G and Vibrant infringe the D'087 Patent.

[2] The D'677 is the only design patent eligible for damages from April 15, 2011 to June 15, 2011.

[3] All three Apple design patents are eligible for damages from June 16, 2011 to June 30, 2012. In this case, Apple seeks Samsung's profits from sales of products that infringe Apple's design patents. However, Apple may only recover that form of damages once per unit. Thus, no matter how many design patents were infringed by any unit, the damages in this column reflect only one award of Samsung's profits for that unit.

[4] "No Double Recovery" indicates that units that infringed this patent in this time period also infringed one or more design patents and thus no further damages may be awarded.

[5] "N/A" indicates that Samsung did not report any profits for this product in this time period.

DRAFT
as of 2/18/2016

Case 5:11-cv-01846-LHK   Document 3435   Filed 03/01/16   Page 4 of 6

Apple Inc. v. Samsung Electronics Co., LTD., et al.

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

EXHIBIT 18.4-R

**Apple's Damages Per Patent Per Samsung Product**
**(Samsung's Profits [Revenue], and Reasonable Royalty)**

| Patent: | '381 a/ | '915 | D'677 Alone b/ | D'305 or D'087 or D'677 [1] b/ | '163 | Total a/ |
|---|---|---|---|---|---|---|
| Damages Period: | 08/04/2010 to 04/14/2011 | 04/15/2011 to 05/29/2011 | 04/15/2011 to 06/15/2011[2] | 06/16/2011 to 06/30/2012[3] | 06/16/2011 to 06/30/2012 | 08/04/2010 to 06/30/2012 |
| Fascinate | ■ | No Double Recovery[4] | ■ | ■ | No Double Recovery | ■ |
| Galaxy S4G | ■ | No Double Recovery | ■ | ■ | No Double Recovery | ■ |
| Galaxy S Showcase | ■ | ■ | ■ | ■ | ■ | ■ |
| Mesmerize | ■ | No Double Recovery | ■ | ■ | No Double Recovery | ■ |
| Vibrant | ■ | No Double Recovery | ■ | ■ | ■ | ■ |
| **Total** | ■ | **No Double Recovery** | ■ | ■ | **No Double Recovery** | ■ |

Sources:
a/ EXHIBIT 18-R.
b/ EXHIBIT 18.2-R.

Notes:

[1] All 5 products infringe the D'677 Patent.  All 5 products infringe the D'305 Patent.  The Galaxy S4G and Vibrant infringe the D'087 Patent.

[2] The D'677 is the only design patent eligible for damages from April 15, 2011 to June 15, 2011.

[3] All three Apple design patents are eligible for damages from June 16, 2011 to June 30, 2012.  In this case, Apple seeks Samsung's profits from sales of products that infringe Apple's design patents.  However, Apple may only recover that form of damages once per unit.  Thus, no matter how many design patents were infringed by any unit, the damages in this column reflect only one award of Samsung's profits for that unit.

[4] "No Double Recovery" indicates that units that infringed this patent in this time period also infringed one or more design patents and thus no further damages may be awarded.

DRAFT
as of 2/18/2016

Case 5:11-cv-01846-LHK   Document 3435   Filed 03/01/16   Page 5 of 6
Apple Inc. v. Samsung Electronics Co., LTD., et al
REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

EXHIBIT 18.5-R

**Apple's Damages Per Patent Per Samsung Product**
**(Samsung's Profits [Gross Profit], and Reasonable Royalty)**

| Patent: | '381<br>a/ | '915 | D'677 Alone<br>b/ | D'305 or D'087<br>or D'677 [1]<br>b/ | '163 | Total<br>a/ |
|---|---|---|---|---|---|---|
| Damages Period: | 08/04/2010<br>to<br>04/14/2011 | 04/15/2011<br>to<br>05/29/2011 | 04/15/2011<br>to<br>06/15/2011 [2] | 06/16/2011<br>to<br>06/30/2012 [3] | 06/16/2011<br>to<br>06/30/2012 | 08/04/2010<br>to<br>06/30/2012 |
| Fascinate | ■ | No Double Recovery [4] | ■ | ■ | No Double Recovery | ■ |
| Galaxy S4G | ■ | No Double Recovery | ■ | ■ | No Double Recovery | ■ |
| Galaxy S Showcase | ■ | ■ | ■ | ■ | ■ | ■ |
| Mesmerize | ■ | No Double Recovery | ■ | ■ | No Double Recovery | ■ |
| Vibrant | ■ | No Double Recovery | ■ | ■ | ■ | ■ |
| **Total** | ■ | **No Double Recovery** | ■ | ■ | **No Double Recovery** | ■ |

Sources:
a/ EXHIBIT 18.1-R.
b/ EXHIBIT 18.3-R.

Notes:
[1] All 5 products infringe the D'677 Patent. All 5 products infringe the D'305 Patent. The Galaxy S4G and Vibrant infringe the D'087 Patent.

[2] The D'677 is the only design patent eligible for damages from April 15, 2011 to June 15, 2011.

[3] All three Apple design patents are eligible for damages from June 16, 2011 to June 30, 2012. In this case, Apple seeks Samsung's profits from sales of products that infringe Apple's design patents. However, Apple may only recover that form of damages once per unit. Thus, no matter how many design patents were infringed by any unit, the damages in this column reflect only one award of Samsung's profits for that unit.

[4] "No Double Recovery" indicates that units that infringed this patent in this time period also infringed one or more design patents and thus no further damages may be awarded.

[5] "N/A" indicates that Samsung did not report any profits for this product in this time period.

DRAFT
as of 2/18/2016

Case 5:11-cv-01846-LHK   Document 3435   Filed 03/01/16   Page 6 of 6

Apple Inc. v. Samsung Electronics Co., LTD., et al

REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

EXHIBIT 19.2-R1

**Apple's Damages Per Patent Per Samsung Product**
**(Apple's Lost Profits and Reasonable Royalty)**

| Patent: | '381 b/ | '915 c/ | D'677 Alone b/ | D'305 or D'087 or D'677 [1] b/ | '163 b/ | Total a/ |
|---|---|---|---|---|---|---|
| Damages Period: | 08/04/2010 to 06/30/2012 | 04/15/2011 to 06/30/2012 | 04/15/2011 to 06/15/2011 [2] | 06/16/2011 to 06/30/2012 | 06/16/2011 to 06/30/2012 | 08/04/2010 to 06/30/2012 |
| Fascinate | ■ | ■ | ■ | ■ | ■ | ■ |
| Galaxy S4G | ■ | ■ | ■ | ■ | ■ | ■ |
| Galaxy S Showcase | ■ | ■ | ■ | ■ | ■ | ■ |
| Mesmerize | ■ | ■ | ■ | ■ | ■ | ■ |
| Vibrant | ■ | ■ | ■ | ■ | ■ | ■ |
| **Total** | ■ | ■ | ■ | ■ | ■ | ■ |

Sources:
a/ EXHIBIT 19-R1.
b/ EXHIBIT 19.1-R1.
c/ '915 amounts are the sum of Lost Profits per EXHIBIT 19-R1 and '915 royalties per EXHIBIT 19.1-R1.

Notes:
[1] All 5 products infringe the D'677 Patent. All 5 products infringe the D'305 Patent. The Galaxy S4G and Vibrant infringe the D'087 Patent.
[2] The D'677 is the only design patent eligible for damages from April 15, 2011 to June 15, 2011.