1    [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

12   APPLE INC., a California corporation,          Case No. 11-cv-01846-LHK

13                  Plaintiff,                       **JOINT STIPULATION AND**
                                                     **[PROPOSED] ORDER**
14          v.                                       **REGARDING PERMITTING USE**
                                                     **OF EQUIPMENT IN THE**
15   SAMSUNG ELECTRONICS CO., LTD., a                **COURTROOM**
     Korean corporation; SAMSUNG ELECTRONICS
16   AMERICA, INC., a New York corporation; and      **TRIAL**
     SAMSUNG TELECOMMUNICATIONS
17   AMERICA, LLC, a Delaware limited liability
     company,
18
                    Defendants.
19

20

21

22

23

24

25

26

27

28

1    WHEREAS, Plaintiff Apple Inc. and Defendants Samsung Electronics Co., Ltd., Samsung

2    Electronics America, Inc., and Samsung Telecommunications America, LLC (together with

3    Apple, "the Parties") seek to use certain equipment and devices at trial starting on March 28,

4    2016;

5    NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

6    Parties:

7        1.    The Parties and their attorneys, paralegals, assistants and consultants may bring

8    laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector

9    screens and carts, video distribution amplifiers, monitors, speakers, and various cables, cords and

10   power strips, A/B switches, samples of the products at issue in this litigation, and related

11   equipment into the courtroom for use at trial beginning on March 28, 2016;

12       2.    Beginning at 9:00 a.m. on Friday, March 25, 2016, the Parties may have access to

13   the courtroom to set up and test the above equipment so that the Parties will be prepared to

14   proceed with trial as scheduled.

15   **IT IS SO STIPULATED.**

16       **3.    The Parties shall contact the Court's Courtroom Deputy, Ms. Stacy Sakamoto,**

17   **by March 21, 2016 to coordinate access to the courtroom.**

1   Dated: March 1, 2016

2

3   MORRISON & FOERSTER LLP                     QUINN EMANUEL URQUHART &
    HAROLD J. McELHINNY (CA SBN                  SULLIVAN, LLP
    66781)                                       Charles K. Verhoeven (Cal. Bar No. 170151)
4   hmcelhinny@mofo.com                          charlesverhoeven@quinnemanuel.com
    MICHAEL A. JACOBS (CA SBN 111664)            50 California Street, 22nd Floor
5   mjacobs@mofo.com                             San Francisco, California 94111
    RACHEL KREVANS (CA SBN 116421)               Telephone: (415) 875-6600
6   rkrevans@mofo.com                            Facsimile: (415) 875-6700
    ERIK OLSON (CA SBN 175815)
7   ejolson@mofo.com                             Kevin P.B. Johnson (Cal. Bar No. 177129)
    MORRISON & FOERSTER LLP                      kevinjohnson@quinnemanuel.com
8   425 Market Street                            Victoria F. Maroulis (Cal. Bar No. 202603)
    San Francisco, California  94105-2482        victoriamaroulis@quinnemanuel.com
9   Telephone:  (415) 268-7000                   555 Twin Dolphin Drive 5th Floor
    Facsimile:  (415) 268-7522                   Redwood Shores, California 94065
10                                               Telephone: (650) 801-5000
    WILLIAM F. LEE                               Facsimile: (650) 801-5100
11  william.lee@wilmerhale.com
    WILMER CUTLER PICKERING                      Michael T. Zeller (Cal. Bar No. 196417)
12  HALE AND DORR LLP                            michaelzeller@quinnemanuel.com
    60 State Street                              865 S. Figueroa St., 10th Floor
13  Boston, MA 02109                             Los Angeles, California 90017
    Telephone: (617) 526-6000                    Telephone: (213) 443-3000
14  Facsimile: (617) 526-5000                    Facsimile: (213) 443-3100

15  MARK D. SELWYN (SBN 244180)
    mark.selwyn@wilmerhale.com
16  WILMER CUTLER PICKERING              By:   _/s/ Victoria F. Maroulils_____
    HALE AND DORR LLP                          Victoria F. Maroulis
17  950 Page Mill Road
    Palo Alto, California 94304                 Attorneys for Defendants and
18  Telephone: (650) 858-6000                   Counterclaim-Plaintiffs SAMSUNG
    Facsimile: (650) 858-6100                   ELECTRONICS CO., LTD., SAMSUNG
19                                              ELECTRONICS AMERICA, INC. and
                                                SAMSUNG TELECOMMUNICATIONS
20                                              AMERICA, LLC

21  By:   _/s/ Rachel Krevans_____
          Rachel Krevans
22
        Attorneys for Plaintiff and Counterclaim-
23       Defendant APPLE INC.

24

25

26

27

28

1    **PURSUANT TO STIPULATION (AS MODIFIED), IT IS SO ORDERED.**

2                                                     *Lucy H. Koh*

3    Dated:  March 1, 2016                    _____
                                              Honorable Lucy H. Koh
4                                             United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28