[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 11-cv-01846-LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE RULE 26 OBJECTIONS** |

1    Apple and Samsung file this Stipulation requesting that the Court approve the following
2    modification of the schedule for witness and exhibit objections:
3    WHEREAS, Federal Rule of Civil Procedure 26 directs the parties to serve and file
4    objections to exhibit lists and witness lists on March 3, fourteen days after the parties served said
5    lists (*see, e.g.*, Dkts. 1234, 1236, 2414, 2416, 2439 (objections filed by parties in advance of
6    previous trials));
7    WHEREAS, the parties respectfully submit that objections to witnesses and exhibits are
8    sufficiently addressed by the motion in limine and high priority objection process, without the
9    need for additional lists of objections in advance of trial;
10   WHEREAS, the parties stipulated to forgo such objections before the trial in Case No.
11   5:12-cv-00630-LHK (*See* 630 Dkt. 1346);
12   NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
13   parties that:
14   (1)    The parties will not serve objections to exhibits identified on the parties' exhibit
15   lists, the parties' joint exhibit list, or the parties' witness lists (live or deposition) under the
16   standard Rule 26 process, instead relying on their motions in limine, the high priority objection
17   process, or other appropriate methods.
18   (2)    Objections are not waived for failure to serve such lists under Rule 26.
19
20   **IT IS SO STIPULATED.**

Dated: March 1, 2016

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>HAROLD J. McELHINNY (CA SBN 66781)<br>hmcelhinny@mofo.com<br>RACHEL KREVANS (CA SBN 116421)<br>rkrevans@mofo.com<br>ERIK OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br><br>By: */s/ Rachel Krevans*<br>　　　Rachel Krevans<br><br>　Attorneys for Plaintiff and Counterclaim-<br>　Defendant APPLE INC. | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Cal. Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Kevin P.B. Johnson (Cal. Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Cal. Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Michael T. Zeller (Cal. Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br><br>By: */s/ Victoria F. Maroulis*<br>　　　Victoria F. Maroulis<br><br>　Attorneys for Defendants and<br>　Counterclaim-Plaintiffs SAMSUNG<br>　ELECTRONICS CO., LTD., SAMSUNG<br>　ELECTRONICS AMERICA, INC. and<br>　SAMSUNG TELECOMMUNICATIONS<br>　AMERICA, LLC |

**ATTESTATION OF E-FILED SIGNATURE**

I, Rachel Krevans, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  March 1, 2016                                     */s/ Rachel Krevans*
                                                                                 RACHEL KREVANS

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: March 1, 2016

_____
Hon. Lucy H. Koh
United States District Judge