UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>    Defendants. | Case No. 11-CV-01846-LHK<br><br>**TENTATIVE VERDICT FORM** |

The Court's tentative verdict form is attached as Exhibit A.  The parties shall file any comments to this verdict from by Friday, March 11, 2016.

**IT IS SO ORDERED.**

Dated: March 4, 2016

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

Case No. 11-CV-01846-LHK
TENTATIVE VERDICT FORM

1

# EXHIBIT A

Case No. 11-CV-01846-LHK
TENTATIVE VERDICT FORM

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br>            Plaintiff, <br><br>       v. <br><br> SAMSUNG ELECTRONICS CO. LTD., et al., <br><br>            Defendants. | Case No. 11-CV-01846-LHK <br><br> **VERDICT FORM** |

      We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

### FINDINGS ON APPLE'S DAMAGES CLAIMS

**1.  What is the total dollar amount that Apple is entitled to receive in damages from Samsung?**

        $_____.

**2.  For the total dollar amount in your answer to Question 1, please provide the dollar breakdown by patent and by product.**  (Do not provide an answer for any cell that is blacked out.)

| Patent | '381 | '915 | D'677 Alone | D'305 or D'087 or D'677[1] | '163 | Total |
|---|---|---|---|---|---|---|
| Damages Period: | 08/04/2010 to 04/14/2011 | 04/15/2011 to 05/29/2011 | 04/15/2011 to 06/15/2011[2] | 06/16/2011 to 06/30/2012[3] | 06/16/2011 to 06/30/2012 | 08/04/2010 to 06/30/2012 |
| Fascinate (JX1013) | | | | | No Double Recovery[4] | |
| Galaxy S4G (JX1019) | | | | | No Double Recovery | |
| Galaxy S Showcase (JX1017) | ■ | ■ | | | ■ | |
| Mesmerize (JX1015) | | | | | No Double Recovery | |
| Vibrant (JX1010) | | | | ■ | No Double Recovery | |
| Total | | | | | | |

[1] All 5 products infringe the D'677 Patent. All 5 products infringe the D'305 Patent. The Galaxy S4G and Vibrant infringe the D'087 Patent. The Fascinate, Galaxy S Showcase, and Mesmerize do not infringe the D'087 Patent and are not eligible for an award based on that patent.

[2] The D'677 is the only design patent eligible for damages from April 15, 2011 to June 15, 2011.

[3] All three Apple design patents are eligible for damages from June 16, 2011 to June 30, 2012. In this case, Apple seeks Samsung's profits from sales of products that infringe Apple's design patents. You may award to Apple Samsung's total profit attributable to the infringing products. However, Apple may only recover that form of damages once per unit, no matter how many design patents were infringed by that unit.

[4] "No Double Recovery" indicates that units that infringed this patent in this time period also infringed one or more design patents and thus no further damages may be awarded.

Case No. 11-CV-01846-LHK
TENTATIVE VERDICT FORM

4

_____

**IT IS SO ORDERED.**

Dated:

_____
LUCY H. KOH
United States District Judge