HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **APPLE'S COMMENTS ON TENTATIVE JURY INSTRUCTIONS (DKT. NOS. 3441 AND 3442)** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Apple has no objections to the Court's Tentative Preliminary Jury Instructions (Dkt. No.
2   3441) and Tentative Final Jury Instructions (Dkt. No. 3442).

3   As stated in Apple's proposed jury instructions, Apple understands that the Court's jury instructions from the 2013 damages trial, which were either expressly approved by the Federal Circuit or not challenged on appeal, are law of the case. (Dkt. No. 3408 at 2 (citing cases).) However, to the extent that the jury instructions from the 2013 damages trial are not considered law of the case, Apple expressly preserves and does not waive any of its rights and objections with respect to (1) jury instructions previously submitted by Apple but not given by the Court; (2) jury instructions previously given by the Court; (3) jury instructions stemming from orders from the 2012 trial and post-trial proceedings, including but not limited to the March 1, 2013 Order re: Damages; and (4) jury instructions stemming from the 2013 damages retrial and post-trial proceedings. Specifically, those objections and proposed instructions include but are not limited to those set forth in Dkt. Nos. 895-1, 1231, 1232, 1241, 1264, 1279, 1279-1, 1327, 1329, 1426, 1591, 1640, 1641, 1693, 1694, 1803, 1810, 1811, 1815, 1822, 1830, 1834, 1845, 1856, 1861, 1863, 1883, 1884, 2486, 2513, 2657, 2707, 2707-1, 2707-2, 2724, 2724-2, 2768, 3408, as well as any objections or proposed instructions stated orally before the Court (*see, e.g.*, 7/24/12 Hr'g Tr. 32-39; 7/27/12 Hr'g Tr. 4, 39-51, 72-76; 8/10/12 Hr'g Tr. 4-45; 2012 Trial Tr. (Dkt. 1695) at 1642-1643, (Dkt. 1998) at 3730-3940; 2013 Trial Tr. (Dkt. 2739) at 316-318, (Dkt. 2842) at 1055-1057, (Dkt. 2843) at 1211-1217, 1229-1230). Apple further incorporates by reference all of its previously submitted proposed jury instructions and objections to jury instructions.

Dated: March 9, 2016              WILMER CUTLER PICKERING
                                  HALE AND DORR LLP


                                  By:  */s/ Mark D. Selwyn*
                                       MARK D. SELWYN

                                       Attorneys for Plaintiff
                                       APPLE INC.

APPLE'S COMMENTS ON TENTATIVE JURY INSTRUCTIONS
CASE NO. 11-CV-01846-LHK

**CERTIFICATE OF SERVICE**

1  I, Mark D. Selwyn, hereby certify that a true and correct copy of the above document has been served on March 9, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.5.

*/s/ Mark D. Selwyn*
Mark D. Selwyn