# EXHIBIT 1

```
                                                            964
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN JOSE DIVISION

 4   ------------------------------------:

 5   APPLE INC., a California corporation,:

 6              Plaintiff,                :

 7         v.                             :

 8   SAMSUNG ELECTRONICS CO., LTD., a     :Civil Action No.

 9   Korean business entity, SAMSUNG      :11-CV-01846-LHK

10   ELECTRONICS AMERICA, INC., a New     :

11   York corporation, and SAMSUNG        :

12   TELECOMMUNICATIONS AMERICA, LLC, a   :

13   Delaware limited liability company,  :

14              Defendants.               :

15   ------------------------------------:

16   (Caption continued on next page.)

17       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

18                      VOLUME 5

19      Videotaped Deposition of MICHAEL J. WAGNER

20                 Palo Alto, California

21              Thursday, December 3, 2015

22                      9:05 a.m.

23   Job No.: 98607

24   Pages: 964 - 1126

25   Reported by:  Jenny L. Griffin, RMR, CSR, CRR, CLR
```

1007

| | | |
|---|---|---|
| 1 | described on the schedule, I don't have any | 09:55:54 |
| 2 | problems with it. | 09:55:57 |
| 3 | BY MR. SELWYN: | 09:55:57 |
| 4 | Q. Would you agree that there is no | 09:56:26 |
| 5 | infringing sale that is double counted in the | 09:56:27 |
| 6 | figure set forth in Schedule 17.5R? | 09:56:30 |
| 7 | A. I don't think there's any double counting. | 09:56:40 |
| 8 | Q. Now, sir, please, can you turn to the next | 09:56:42 |
| 9 | page, Exhibit 17.6R. | 09:56:45 |
| 10 | Do you have that before you? | 09:56:50 |
| 11 | A. I do. | 09:56:51 |
| 12 | Q. Was this the exhibit that you referred to | 09:56:51 |
| 13 | earlier when you suggested that there was an | 09:56:53 |
| 14 | exhibit that was misleading? | 09:56:55 |
| 15 | A. Well, it was 17.5R and 17.6R, and I | 09:56:57 |
| 16 | believe there's probably other ones as well.  Maybe | 09:57:01 |
| 17 | in the 19 series.  Or the 18 series. | 09:57:04 |
| 18 | Yeah, 18.5R as well.  So it would be all | 09:57:11 |
| 19 | these schedules, I was referring to all of them | 09:57:15 |
| 20 | together. | 09:57:17 |
| 21 | Q. Very good.  So focusing on Exhibit 17.6R, | 09:57:18 |
| 22 | now that we have it before us, can you tell us what | 09:57:21 |
| 23 | you believe to be misleading about it? | 09:57:24 |
| 24 | A. Yes.  If you look at the column that's | 09:57:27 |
| 25 | headed "D677," it gives you a notice date of | 09:57:32 |

1008

| | | |
|---|---|---|
| 1 | April 15th and then gives you a number of | 09:57:37 |
| 2 | $53 million of damages. | 09:57:41 |
| 3 | This should say that that number is only | 09:57:46 |
| 4 | for the period April 15th through June 14th of | 09:57:48 |
| 5 | 2011.  It doesn't say that. | 09:57:53 |
| 6 | Q.   Okay.  Do you have any other quarrel or | 09:57:58 |
| 7 | disagreement with that exhibit? | 09:58:00 |
| 8 | A.   Well, I -- | 09:58:01 |
| 9 | MR. ANDERSON:  Objection.  Asked and | 09:58:02 |
| 10 | answered. | 09:58:02 |
| 11 | THE WITNESS:  I think the next column | 09:58:04 |
| 12 | should say D677, D305, or D087 for the period | 09:58:05 |
| 13 | June 16, 2011, through June 30th, 2012.  So that | 09:58:15 |
| 14 | it's clear. | 09:58:23 |
| 15 | BY MR. SELWYN: | 09:58:23 |
| 16 | Q.   Any other quarrel or disagreement that you | 09:58:24 |
| 17 | have with the exhibit? | 09:58:25 |
| 18 | MR. ANDERSON:  Objection.  Asked and | 09:58:27 |
| 19 | answered. | 09:58:27 |
| 20 | THE WITNESS:  Except for the numbers, no. | 09:58:29 |
| 21 | BY MR. SELWYN: | 09:58:30 |
| 22 | Q.   So if Ms. Davis were to relabel the first | 09:58:43 |
| 23 | row of Exhibit 17.6R with the clarifications you've | 09:58:45 |
| 24 | suggested, you would be in agreement with this | 09:58:50 |
| 25 | exhibit; correct? | 09:58:52 |

Highly Confidential Videotaped Deposition of Michael J. Wagner, Volume 5
Conducted on December 3, 2015

1009

| | | |
|---|---|---|
| 1 | MR. ANDERSON: Objection. Asked and | 09:58:53 |
| 2 | answered. Compound. | 09:58:53 |
| 3 | THE WITNESS: Except for the numbers, yes. | 09:58:56 |
| 4 | BY MR. SELWYN: | 09:59:17 |
| 5 | Q. And is the same thing true of Exhibits | 09:59:18 |
| 6 | 18.4R, 18.5R, and 19.2R? | 09:59:21 |
| 7 | A. Yes. | 09:59:28 |
| 8 | Q. Could you turn, please, to Ms. Davis's | 09:59:37 |
| 9 | Schedule 37.1R? | 09:59:40 |
| 10 | Do you understand -- do you have that | 10:00:32 |
| 11 | before you? | 10:00:32 |
| 12 | A. I do. | 10:00:33 |
| 13 | Q. Do you understand that Schedule 37.1R | 10:00:34 |
| 14 | includes data regarding the number of units of each | 10:00:37 |
| 15 | infringing product that Samsung sold during the | 10:00:39 |
| 16 | damages period? | 10:00:42 |
| 17 | A. I do. | 10:00:43 |
| 18 | Q. And do you agree that Ms. Davis has | 10:00:43 |
| 19 | accurately stated the number of units of each | 10:00:47 |
| 20 | infringing product that Samsung sold during the | 10:00:49 |
| 21 | damages period? | 10:00:52 |
| 22 | A. My staff has reviewed the schedule, and I | 10:00:54 |
| 23 | don't think we found any mistakes. So I believe | 10:00:56 |
| 24 | this is accurate. | 10:00:58 |
| 25 | Q. Would you turn, please, to Exhibit 18R in | 10:02:31 |

1124

1     C E R T I F I C A T E

2         I, Jenny L. Griffin, Certified Shorthand

3     Reporter, do hereby certify that the aforementioned

4     witness was first duly sworn as noted by stipulation

5     of counsel to testify to the truth; that I was

6     authorized to and did report said deposition in

7     stenotype; and that the foregoing pages are a true

8     and correct transcription of my shorthand notes of

9     said deposition.

10            I further certify that said deposition was

11    taken at the time and place hereinabove set forth and

12    that the taking of said deposition was commenced and

13    completed as hereinabove set out.

14            I further certify that I am not an attorney

15    or counsel of any of the parties, nor am I financially

16    interested in the action.

17            The foregoing certification of this

18    transcript does not apply to any reproduction of the

19    same by any means, unless under the direct control

20    and/or direction of the certifying reporter.

21            Dated this 3rd day of December, 2015

22

23    _____

24

25            JENNY L. GRIFFIN, CA-3969