# EXHIBIT 2

```
                                                            1127
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4    ------------------------------------:
 5    APPLE INC., a California corporation,:
 6              Plaintiff,                 :
 7          v.                             :
 8    SAMSUNG ELECTRONICS CO., LTD., a     : Civil Action
 9    Korean business entity, SAMSUNG      : 11-CV-01846-LHK
10    ELECTRONICS AMERICA, INC., a New     :
11    York corporation, and SAMSUNG        :
12    TELECOMMUNICATIONS AMERICA, LLC, a   :
13    Delaware limited liability company,  :
14              Defendants.                :
15    ------------------------------------:
16    (Caption continued on next page.)
17       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
18                      VOLUME 6
19      Videotaped Deposition of MICHAEL J. WAGNER
20              Palo Alto, California
21           Wednesday, February 17, 2016
22                    2:57 p.m.
23    Job No.: 104658
24    Pages: 1127 - 1171
25    Reported by:  Jenny L. Griffin, RMR, CSR, CRR, CLR
```

1144

| | | |
|---|---|---|
| 1 | to then refill out and put new numbers on this | 15:14:17 |
| 2 | chart.  At least that's what I think is going to | 15:14:19 |
| 3 | happen.  But I'm a victim of what I'm asked at | 15:14:23 |
| 4 | trial. | 15:14:25 |
| 5 |     Q.   Do you plan on giving testimony at trial | 15:14:26 |
| 6 | that will enable the jury to complete each cell on | 15:14:28 |
| 7 | this chart? | 15:14:32 |
| 8 |         MR. ANDERSON:  Objection.  Compound. | 15:14:33 |
| 9 |         THE WITNESS:  I think that, based on my | 15:14:35 |
| 10 | testimony, if the jury had a chart similar to this, | 15:14:36 |
| 11 | if that's what the jury is given in the verdict | 15:14:40 |
| 12 | form, that they could fill -- they could fill out | 15:14:44 |
| 13 | this chart. | 15:14:45 |
| 14 | BY MR. SELWYN: | 15:14:46 |
| 15 |     Q.   Does Exhibit 36 provide sufficient | 15:14:48 |
| 16 | information to enable you to complete each cell on | 15:14:50 |
| 17 | this chart? | 15:14:54 |
| 18 |     A.   No.  Only -- only the two columns that | 15:14:57 |
| 19 | pertain to the design patents. | 15:15:00 |
| 20 |     Q.   Which columns are those? | 15:15:02 |
| 21 |     A.   The one that says, "D'677 Alone" and the | 15:15:04 |
| 22 | column that says "D'305 or D'087 or D'677." | 15:15:09 |
| 23 |     Q.   Does Exhibit 36, together with your | 15:15:16 |
| 24 | November 2015 report, provide you with sufficient | 15:15:21 |
| 25 | information to complete each cell on this chart, | 15:15:26 |

1145

| | | |
|---|---|---|
| 1 | Exhibit 37? | 15:15:30 |
| 2 |     MR. ANDERSON: Objection. Compound. | 15:15:32 |
| 3 |     THE WITNESS: I believe it does. | 15:15:33 |
| 4 | BY MR. SELWYN: | 15:15:34 |
| 5 |   Q.  How, based on Exhibit 36 and your | 15:15:48 |
| 6 | November 2015 report, would you complete each cell | 15:16:01 |
| 7 | in the column titled "'381 Patent"? | 15:16:07 |
| 8 |     MR. ANDERSON: Objection. Compound. | 15:16:11 |
| 9 | Calls for a legal conclusion. | 15:16:14 |
| 10 |     THE WITNESS: I believe I have the cost to | 15:16:16 |
| 11 | design around the '381 patent.  And the cost of | 15:16:18 |
| 12 | designing around the patent is the same cost | 15:16:25 |
| 13 | whether one product infringes or five products | 15:16:27 |
| 14 | infringes.  So it would be the same number -- it | 15:16:30 |
| 15 | would be only one number for the five.  It would | 15:16:33 |
| 16 | not be additive. | 15:16:37 |
| 17 | BY MR. SELWYN: | 15:16:39 |
| 18 |   Q.  Is there any other information that you | 15:16:42 |
| 19 | would use to complete each cell in the column | 15:16:42 |
| 20 | titled "'381 Patent"? | 15:16:45 |
| 21 |     MR. ANDERSON: Same objections. | 15:16:50 |
| 22 |     THE WITNESS: I don't believe so. | 15:16:51 |
| 23 | BY MR. SELWYN: | 15:16:51 |
| 24 |   Q.  How, based on Exhibit 36 in your | 15:16:52 |
| 25 | November 2015, report would you complete each cell | 15:16:53 |

1146

| | | |
|---|---|---|
| 1 | in the column titled "'915 Patent"? | 15:16:57 |
| 2 | MR. ANDERSON: Objection. Compound. | 15:17:01 |
| 3 | Calls for a legal conclusion. | 15:17:05 |
| 4 | THE WITNESS: It would be basically the | 15:17:05 |
| 5 | same answer I gave you for the '381 patent. I | 15:17:06 |
| 6 | believe there's information in my November 2015 | 15:17:09 |
| 7 | report where I -- you can determine the cost of | 15:17:12 |
| 8 | design around, and I would use that one number for | 15:17:16 |
| 9 | all five products or one product. It's the same | 15:17:19 |
| 10 | number. | 15:17:22 |
| 11 | BY MR. SELWYN: | 15:17:22 |
| 12 | Q. How, based on Exhibit 36 would you | 15:17:40 |
| 13 | complete each cell in the column titled "D'677 | 15:18:03 |
| 14 | Alone" using your summation method? | 15:18:06 |
| 15 | MR. ANDERSON: Objection. Compound. | 15:18:14 |
| 16 | Calls for a legal conclusion. | 15:18:16 |
| 17 | THE WITNESS: I would use the numbers on | 15:18:24 |
| 18 | Schedule 4.2ALT-3TS. | 15:18:27 |
| 19 | BY MR. SELWYN: | 15:19:09 |
| 20 | Q. What numbers would you put in that column | 15:19:09 |
| 21 | based on that schedule? | 15:19:11 |
| 22 | A. Well, for the column that you have labeled | 15:19:12 |
| 23 | on Exhibit 37 "D'677 Alone," I would use one of the | 15:19:15 |
| 24 | two sets of figures at the top of the schedule I | 15:19:22 |
| 25 | just pointed out to you, which is for the period | 15:19:28 |

1156

| | | |
|---|---|---|
| 1 | something that looked like it.  But I do know that | 15:33:17 |
| 2 | 5.10A and 5.10B are new.  They are not in that | 15:33:21 |
| 3 | previous report.  And this is done to comply with | 15:33:25 |
| 4 | what Judge Koh is asking for. | 15:33:28 |
| 5 |     Q.   In what way do you believe that 5.10A and | 15:33:38 |
| 6 | 5.10B are necessary to comply with what Judge Koh | 15:33:42 |
| 7 | has asked for? | 15:33:46 |
| 8 |     A.   That it will allow a correct calculation | 15:33:47 |
| 9 | for the period of time where only the '677 design | 15:33:49 |
| 10 | patent is the only design patent that you can seek | 15:33:51 |
| 11 | a damage recovery on. | 15:33:57 |
| 12 |     Q.   How do they do that? | 15:34:04 |
| 13 |     A.   It breaks out on Schedule 5.10B-3TS -- the | 15:34:08 |
| 14 | correct expenses subtract for that period for the | 15:34:16 |
| 15 | five products at issue. | 15:34:20 |
| 16 |     Q.   Why didn't you include Schedule 5.10A and | 15:34:38 |
| 17 | 5.10B as part of November 2015 report? | 15:34:43 |
| 18 |     A.   Because I wasn't trying to calculate | 15:34:49 |
| 19 | damages by product by patent. | 15:34:52 |
| 20 |     Q.   Can you turn back to Exhibit 37, the | 15:34:57 |
| 21 | chart. | 15:35:00 |
| 22 |     A.   Yes. | 15:35:01 |
| 23 |     Q.   Let me ask you to focus now on the | 15:35:15 |
| 24 | footnotes to that chart. | 15:35:17 |
| 25 |         Looking first at Footnote No. 1, is there | 15:35:20 |

Highly Confidential Videotaped Deposition of Michael J. Wagner, Volume 6
Conducted on February 17, 2016

1157

| | | |
|---|---|---|
| 1 | anything in that footnote with which you disagree? | 15:35:24 |
| 2 | A.   No. | 15:35:27 |
| 3 | Q.   Looking now at Footnote No. 2, is there | 15:35:31 |
| 4 | anything in that footnote with which you disagree? | 15:35:34 |
| 5 | A.   No. | 15:35:36 |
| 6 | Q.   Looking now at Footnote No. 3, is there | 15:35:38 |
| 7 | anything in that footnote with which you disagree? | 15:35:40 |
| 8 | A.   No. | 15:35:58 |
| 9 | Q.   And, finally, looking at Footnote No. 4, | 15:35:58 |
| 10 | is there anything in that footnote with which you | 15:36:01 |
| 11 | disagree? | 15:36:03 |
| 12 | A.   There's really nothing I disagree with | 15:36:19 |
| 13 | Footnote 4, but it's applied to a column that says | 15:36:20 |
| 14 | a damage period.  I think that's misleading. | 15:36:23 |
| 15 | So it's not the footnote that's | 15:36:26 |
| 16 | misleading, but applying it to a column that says | 15:36:29 |
| 17 | these are damages from June 16, 2011, to August 24, | 15:36:31 |
| 18 | 2012, is misleading because it's really no damage | 15:36:36 |
| 19 | period is being claimed for the '163 patent, | 15:36:38 |
| 20 | because you're seeking other remedies for the | 15:36:40 |
| 21 | entire period. | 15:36:45 |
| 22 | Q.   Is there anything else about Footnote | 15:36:46 |
| 23 | No. 4 with which you disagree? | 15:36:48 |
| 24 | A.   No. | 15:36:49 |
| 25 | MR. SELWYN:  Why don't we take a quick | 15:36:56 |

1169

C E R T I F I C A T E

I, Jenny L. Griffin, Certified Shorthand Reporter, do hereby certify that the aforementioned witness was first duly sworn as noted by stipulation of counsel to testify to the truth; that I was authorized to and did report said deposition in stenotype; and that the foregoing pages are a true and correct transcription of my shorthand notes of said deposition.

I further certify that said deposition was taken at the time and place hereinabove set forth and that the taking of said deposition was commenced and completed as hereinabove set out.

I further certify that I am not an attorney or counsel of any of the parties, nor am I financially interested in the action.

The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or direction of the certifying reporter.

Dated this 17th day of February, 2016

_____

JENNY L. GRIFFIN, CA-3969