QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SAMSUNG'S OBJECTIONS TO TENTATIVE PRELIMINARY JURY INSTRUCTIONS AND TENTATIVE FINAL JURY INSTRUCTIONS** |

1    Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2  Telecommunications America, LLC (collectively, "Samsung"), in response to the Court's
3  Tentative Preliminary Jury Instructions (Dkt. No. 3441) and Tentative Final Jury Instructions
4  (Dkt. No. 3442), and in accordance with the Court's prior Order not to relitigate issues previously
5  adjudicated by this Court (Dkt. No. 3272) and direction at the March 3, 2016 Pretrial Conference,
6  hereby expressly preserve and do not waive any of their rights and objections with respect to (1)
7  jury instructions previously submitted by any party but not given by the Court; (2) jury
8  instructions previously given by the Court, and including any such instructions included in the
9  Tentative Preliminary Jury Instructions (Dkt. No. 3441) or the Tentative Final Jury Instructions
10 (Dkt. No. 3442) in whole or in part; (3) jury instructions stemming from orders from the first trial
11 and post-trial proceedings, including but not limited to the March 1, 2013 Order re: Damages that
12 granted Samsung's motion for a new trial; or (4) jury instructions stemming from the 2013 retrial
13 on damages and post-trial proceedings.   Those objections and proposed instructions include but
14 are not limited to those set forth in Dkt. Nos. 987-03, 1090-1, 1189, 1221, 1231, 1232, 1238, 1264,
15 1279, 1279-01, 1289-4, 1329, 1388, 1426, 1428, 1591, 1600, 1622, 1656, 1670, 1693, 1694, 1800,
16 1809, 1812, 1821, 1821-01, 1831, 1838, 1846, 1858, 1859, 1860, 1860-1, 1860-2, 1860-3, 1860-4,
17 1860-5, 1862, 1867, 1883, 1892, 2486, 2513, 2657, 2707, 2707-3, 2724, 2724-1, 2768, 3408, as
18 well as any objections or proposed instructions stated orally before the Court (*see e.g.*, 7/24/12
19 Hr'g Tr. 32-39; 7/27/12 Hr'g Tr. 4, 39-51, 72-76; 8/10/12 Hr'g Tr. 4-45; 2012 Trial Tr. (Dkt.
20 1695) at 1642-43, (Dkt. 1998) at 3730-3940; 2013 Trial Tr. (Dkt. 2739) at 316-318, (Dkt. 2842) at
21 1055-1057, (Dkt. 2843) at 1211-1222, 1228-1229).   Samsung additionally reserves all rights and
22 objections as to jury instructions pending the outcome of Samsung's petition for a writ of
23 certiorari in the Supreme Court in this case or of any other judicial or administrative proceeding
24 relating to the patents at issue.
25    Samsung incorporates by reference all of its previously submitted proposed jury
26 instructions and objections to jury instructions.
27
28

1

2  DATED:   March 9, 2016                    QUINN EMANUEL URQUHART &
                                             SULLIVAN, LLP
3
                                             By:   */s/ Victoria F. Maroulis*
4                                                  John B. Quinn
                                                   William C. Price
5                                                  Michael T. Zeller
                                                   Kevin P.B. Johnson
6                                                  Victoria F. Maroulis

7                                                  Attorneys for Defendants
                                                   SAMSUNG ELECTRONICS CO.,
8                                                  LTD., SAMSUNG ELECTRONICS
                                                   AMERICA, INC. and SAMSUNG
9                                                  TELECOMMUNICATIONS
                                                   AMERICA, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28