Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

APPLE INC., a California corporation )
                               Plaintiff(s), )
              v. )
Samsung Electronics Co., Ltd, et al. )
                      Defendant(s). )

Case No: 11-cv-01846

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)**

I, Joshua A. Hartman, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Rachel Krevans, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2000 Pennsylvania Ave., NW, Ste. 6000 Washington, DC 20006-1888 | 425 Market Street San Francisco, CA 94105-2482 |
| MY TELEPHONE # OF RECORD: (202) 887-1500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 268-7000 |
| MY EMAIL ADDRESS OF RECORD: JHartman@mofo.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: RKrevans@mofo.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 992165.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 3\11\16

_____
Joshua A. Hartman
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joshua A. Hartman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 11, 2016

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*Lucy H. Koh*