HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S IDENTIFICATION OF DEPOSITION DESIGNATIONS AND OTHER DISCOVERY TO BE OFFERED AT TRIAL** |

Apple hereby identifies the excerpts of deposition testimony and other discovery that it intends to offer at trial other than solely for purposes of impeachment or rebuttal. Apple does not waive its right to object (i) to the witness or to the use of testimony from a witness if the witness is called by Samsung, or (ii) to the use of the discovery response or disclosure if offered by Samsung. Apple reserves the right to amend or supplement its designations of deposition testimony or other discovery, including in response to any evidence offered by Samsung at trial.

Apple also reserves the right to offer any other discovery identified by Samsung.

**I.  DEPOSITION DESIGNATIONS**

The excerpts of deposition testimony that Apple may offer at trial, other than solely for purposes of impeachment or rebuttal, are identified in the attached Exhibit A. Pursuant to the parties' agreement, Apple shall serve on Samsung copies of these deposition transcripts that have been highlighted to identify the designated testimony. Objections and instructions have been included for ease of reading, but are not designated.

**II.  OTHER DISCOVERY**

Apple incorporates herein by reference discovery identified before the previous trial. (Dkt. No. 1244.) Apple may offer the discovery listed in Dkt. No. 1244, including the documents incorporated by reference therein, other than discovery offered solely for purposes of impeachment or rebuttal.

Dated: March 14, 2016

MORRISON & FOERSTER LLP

By: */s/ Rachel Krevans*
    RACHEL KREVANS

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

APPLE'S IDENTIFICATION OF DEPOSITION DESIGNATIONS AND OTHER DISCOVERY TO BE OFFERED AT TRIAL
CASE NO. 11-CV-01846-LHK (PSG)
sf-3632940

1