1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 90378)
2  johnquinn@quinnemanuel.com
   William C. Price (Bar No. 108542)
3  williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
4  michaelzeller@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
8  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
9  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065
10 Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
11
   Attorneys for SAMSUNG ELECTRONICS CO.,
12 LTD., SAMSUNG ELECTRONICS AMERICA,
   INC. and SAMSUNG
13 TELECOMMUNICATIONS AMERICA, LLC

14
15                  UNITED STATES DISTRICT COURT

16          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

17 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
   |                                      |
18 |            Plaintiff,                | **SAMSUNG'S DEPOSITION DESIGNATIONS FOR MARCH 28, 2016 TRIAL**
   |                                      |
19 |    vs.                               |
   |                                      |
20 | SAMSUNG ELECTRONICS CO., LTD., a     |
   | Korean business entity; SAMSUNG      |
21 | ELECTRONICS AMERICA, INC., a New     |
   | York corporation; SAMSUNG            |
22 | TELECOMMUNICATIONS AMERICA,          |
   | LLC, a Delaware limited liability company, |
23 |                                      |
   |            Defendants.               |

24
25
26
27
28

1    Pursuant to the Court's Standing Order for Jury Trials and the parties' agreement to
2 exchange page and line number in lieu of transcript excerpts, Samsung Electronics Co. Ltd.,
3 Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC
4 (collectively, "Samsung") hereby submits its Deposition Designations.  Subject to and without
5 waiving its objection that Samsung sought to add deposition testimony in view of a different scope
6 of the trial, Samsung has designated deposition testimony of the following deponents:

7  1.   Fred Anzures
8  2.   Tony Blevins
9  3.   Mark Buckley
10 4.   Imran Chaudhri
11 5.   Daniel Coster
12 6.   Daniele De Iuliis
13 7.   Greg Joswiak
14 8.   Eric Jue
15 9.   Duncan Kerr
16 10.  Richard "Chip" Lutton
17 11.  Stan Ng
18 12.  Andrew Platzer
19 13.  Arthur Rangel
20 14.  Matthew Rohrbach
21 15.  Douglas Satzger
22 16.  Steven Sinclair
23 17.  Michael Tchao
24 18.  Boris Teksler
25 19.  Sissie Twiggs
26 20.  Eugene Whang
27 21.  Tamara Whiteside
28 22.  Rico Zorkendorfer

1
2       The designations of testimony by page and line number are attached as Exhibit A.
3  Samsung reserves its right to modify its designations.
4
5
6   DATED: March 14, 2016            Respectfully submitted,
7                                    QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP
8
9
10                                        By */s/ Victoria F. Maroulis*
                                              John B. Quinn
11                                            William C. Price
                                              Michael T. Zeller
12                                            Kevin P.B. Johnson
                                              Victoria F. Maroulis
13
14                                        Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                          INC. and SAMSUNG
15                                        TELECOMMUNICATIONS AMERICA, LLC
16
17
18
19
20
21
22
23
24
25
26
27
28