QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS CO.,
LTD., SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK (PSG)<br><br>**SAMSUNG'S DISCOVERY DESIGNATIONS FOR MARCH 28, 2016 TRIAL** |

## SAMSUNG'S DISCOVERY DESIGNATIONS

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby designate for use at trial the following written discovery responses:

1. Apple, Inc.'s Objections and Responses to Samsung's Second Set of Requests for Admission, Responses to Request Nos. 56, 61, 71, 81, 91
2. Apple, Inc.'s Objections and Responses to Samsung's Fourth and Fifth Sets of Requests for Admission, Responses to Request Nos. 1048, 1050-1051, 1067-1078, 1080-1095, 1104-1105, 1141, 1146, 1276-1280, 1282, 1444, 1474-1475, 2343, 2375, 2401-2408, 2418-2422, 2433-2439, 2445-2450, 2469-2473, 2497-2498
3. Apple, Inc.'s Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple, Inc.'s Motion for a Preliminary Injunction, Responses to Request Nos. 1, 2, 3, 4, 6, 7
4. Apple, Inc.'s Amended Objections and Responses to Samsung's Interrogatory No. 7 to Apple Relating to Apple, Inc.'s Motion for a Preliminary Injunction
5. Apple, Inc.'s Second Amended Objections and Responses to Samsung's Interrogatory No. 7 to Apple Relating to Apple, Inc.'s Motion for a Preliminary Injunction
6. Apple, Inc.'s Corrected Amended Objections and Responses to Samsung's Interrogatory No. 7 to Apple Relating to Apple, Inc.'s Motion for a Preliminary Injunction
7. Apple's Supplemental Response to Samsung's Interrogatories 1, 3 and/or 6 to Apple Relating to Apple's Motion for Preliminary Injunction
8. Apple's Second Supplemental Response to Samsung's Interrogatories 1, 3 and/or 6 to Apple Relating to Apple's Motion for Preliminary Injunction
9. Apple, Inc.'s Objections and Responses to Samsung Electronics Co., Ltd.'s First Set of Interrogatories to Apple, Responses to Interrogatory Nos. 1, 3-8, 14-15, 18
10. Apple, Inc.'s Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple

1   11. Apple, Inc.'s Second Amended Objections and Response to Samsung's Interrogatory
2       No. 1 to Apple
3   12. Apple, Inc.'s Third Amended Objections and Response to Samsung's Interrogatory No.
4       1 to Apple
5   13. Apple, Inc.'s Fourth Amended Objections and Response to Samsung's Interrogatory
6       No. 1 to Apple
7   14. Apple, Inc.'s Fifth Amended Objections and Response to Samsung's Interrogatory No.
8       1 to Apple
9   15. Apple, Inc.'s Amended Objections and Response to Samsung Electronics Co., Ltd.'s
10      Interrogatory No. 5 to Apple, Inc.
11  16. Apple, Inc.'s Second Amended Objections and Response to Samsung Electronics Co.,
12      Ltd.'s Interrogatory No. 5 to Apple, Inc.
13  17. Apple, Inc.'s Supplemental Objections and Responses to Samsung's First Set of
14      Interrogatories, Responses to Interrogatory Nos. 8, 14.
15  18. Apple's Second Supplemental Objection and Response to Samsung Electronics Co.,
16      Ltd.'s Interrogatory No. 14 to Apple, Inc.
17  19. Apple, Inc.s Amended Objections and Responses to Samsung Electronics Co., Ltd.'s
18      Interrogatory Nos. 4, 6, 7, 16, 17, 18 to Apple, Inc., Responses to Interrogatory Nos. 4,
19      6, 7, 18
20  20. Apple, Inc.'s Corrected Amended Objections and Responses to Samsung Electronics
21      Co., Ltd.'s Interrogatory Nos. 4, 6, 7, 16, 17, 18 to Apple, Inc., Responses to
22      Interrogatory Nos. 4, 6, 7, 18
23  21. Apple, Inc.'s Objections and Responses to Samsung's Third Set of Interrogatories
24  22. Apple, Inc.'s Supplemental Objections and Responses to Samsung's Third Set of
25      Interrogatories
26  23. Apple, Inc.'s Objections and Responses to Samsung's Fourth Set of Interrogatories,
27      Responses to Interrogatory Nos. 61, 62, 68-72, 80
28

DATED: March 14, 2016

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By */s/ Victoria F. Maroulis*
    John B. Quinn
    William C. Price
    Michael T. Zeller
    Kevin P.B. Johnson
    Victoria F. Maroulis

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC