| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **APPLE'S CORRECTED EXHIBIT LIST** |

APPLE'S CORRECTED EXHIBIT LIST
CASE NO. 11-CV-01846-LHK
sf-3633941

1 | Apple submits as Exhibit 1 a corrected exhibit list to modify one plaintiff's exhibit entry
2 | (changing PX3A to PX3) and one joint exhibit entry (adding JX1041). Without waiving
3 | objections to the underlying exhibits, Samsung indicated that it did not object to Apple amending
4 | its exhibit list in this manner. Apple reserves the right to supplement and/or modify this exhibit
5 | list, and to introduce such other or additional evidence as may be permitted, in the discretion of
6 | this Court, and/or to introduce additional evidence for impeachment or rebuttal purposes.

Dated: March 15, 2016                    MORRISON & FOERSTER LLP

By:  /s/ Rachel Krevans
       RACHEL KREVANS

       Attorneys for Plaintiff
       APPLE INC.

APPLE'S CORRECTED EXHIBIT LIST
CASE NO. 11-CV-01846-LHK
sf-3633941

1