HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S OBJECTIONS AND COUNTERDESIGNATIONS TO SAMSUNG'S DEPOSITION DESIGNATIONS** |

Subject to the parties' reservation of rights to revise and/or supplement their objections if necessary during the high priority objection process, Apple submits the following objections and counterdesignations to Samsung's deposition designations filed and served on March 14, 2016. (Dkt. No. 3460.)

## I.   OBJECTIONS TO SAMSUNG'S DEPOSITION DESIGNATIONS

Apple objects to Samsung's presentation of deposition testimony from:

- Any Apple employee who is available to testify live at trial, unless the testimony was provided under Rule 30(b)(6) of the Federal Rules of Civil Procedure or by a managing agent, and any witness who is within the Court's subpoena powers.
- Any witness whose deposition took place after the close of fact discovery, except depositions taken by agreement of the parties or under Court order in this action.

Apple objects to the presentation of irrelevant deposition testimony, including without limitation testimony relevant only to Samsung's counterclaims that were litigated in the first trial and testimony relevant only to trade dress claims or patent claims not at issue in the remand trial.

Apple states the following additional objections to each designated deponent:

**Freddy Anzures:**  Testimony not relevant to Samsung's timely disclosed damages theories.  (FRE 402, 403; Dkt. No. 3272 at 2-3; *see also* Dkt. 3380 at 3-5; Dkt. 3430 at 4-5.)

**Imran Chaudhri:**  Testimony not relevant to Samsung's timely disclosed damages theories.  (FRE 402, 403; Dkt. No. 3272 at 2-3; *see also* Dkt. 3380 at 3-5; Dkt. 3430 at 4-5.)

**Daniel Coster:** Testimony not relevant to Samsung's timely disclosed damages theories.  (FRE 402, 403; Dkt. No. 3272 at 2-3; *see also* Dkt. 3380 at 3-5; Dkt. 3430 at 4-5.)

**Duncan Kerr:** Testimony not relevant to Samsung's timely disclosed damages theories.  (FRE 402, 403; Dkt. No. 3272 at 2-3; *see also* Dkt. 3380 at 3-5; Dkt. 3430 at 4-5.)

**Andrew Platzer:**  Testimony not relevant to Samsung's timely disclosed damages theories.  (FRE 402, 403; Dkt. No. 3272 at 2-3; *see also* Dkt. 3380 at 3-5; Dkt. 3430 at 4-5.)

**Matthew Rohrbach:** Testimony not relevant to Samsung's timely disclosed damages theories.  (FRE 402, 403; Dkt. No. 3272 at 2-3; *see also* Dkt. 3380 at 3-5; Dkt. 3430 at 4-5.)

APPLE'S OBJECTIONS AND COUNTERDESIGNATIONS TO SAMSUNG'S DEPOSITION DESIGNATIONS
CASE NO. 11-CV-01846-LHK (PSG)
dc-822122

1

1  **Douglas Satzger:** Testimony not relevant to Samsung's timely disclosed damages
2  theories.  (FRE 402, 403; Dkt. No. 3272 at 2-3; *see also* Dkt. 3380 at 3-5; Dkt. 3430 at 4-5.)
3  **Steven Sinclair:** Testimony not relevant to Samsung's timely disclosed damages theories.
4  (FRE 402, 403; Dkt. No. 3272 at 2-3; *see also* Dkt. 3380 at 3-5; Dkt. 3430 at 4-5.)
5  **Eugene Whang:** Testimony not relevant to Samsung's timely disclosed damages theories.
6  (FRE 402, 403; Dkt. No. 3272 at 2-3; *see also* Dkt. 3380 at 3-5; Dkt. 3430 at 4-5.)
7  **Rico Zorkendorfer:** Testimony not relevant to Samsung's timely disclosed damages
8  theories.  (FRE 402, 403; Dkt. No. 3272 at 2-3; *see also* Dkt. 3380 at 3-5; Dkt. 3430 at 4-5.)

Apple's specific objections and counterdesignations to Samsung's individual deposition designations are contained in the attached Exhibit A.  Apple reserves the right to modify or supplement these objections during the high priority objection process at trial.  Apple also reserves all objections to any underlying exhibits discussed in any testimony designated by Samsung during the high priority objection process.  Apple hereby counter-designates all testimony designated by Samsung, and reserves the right to play any Samsung designations at trial as counter-designations in the event Samsung does not play them.

Dated:  March 18, 2016                                MORRISON & FOERSTER LLP

                                                     By:  */s/ Harold J. McElhinny*
                                                          HAROLD J. MCELHINNY

                                                          Attorneys for Plaintiff
                                                          APPLE INC.

APPLE'S OBJECTIONS AND COUNTERDESIGNATIONS TO SAMSUNG'S DEPOSITION DESIGNATIONS
CASE NO. 11-CV-01846-LHK (PSG)
dc-822122

2