QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S OBJECTIONS AND COUNTER DESIGNATIONS TO APPLE'S DEPOSITION DESIGNATIONS AND OBJECTIONS TO APPLE'S DESIGNATION OF OTHER DISCOVERY** |

02198-51855/7790455.1

Case No. 11-cv-01846-LHK
SAMSUNG'S OBJECTIONS AND COUNTER DESIGNATIONS
TO APPLE'S DEPOSITION DESIGNATIONS AND OTHER DISCOVERY

**I.   SAMSUNG'S OBJECTIONS TO APPLE'S DEPOSITION DESIGNATIONS**

Subject to the parties' reservation of rights to revise and/or supplement their objections if necessary during the high priority objection process, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby submit their objections and counter designations to Apple's Identification of Deposition Designations (Dkt. 3459).

Samsung's specific objections and counter designations are attached as Exhibit A.  The objection codes used for Samsung's objections are attached as Exhibit B.  Samsung further objects to the presentation of irrelevant deposition testimony, including without limitation testimony relevant only to claims not at issue in the remand trial.  Samsung reserves the right to modify or supplement these objections during the high priority objection process at trial. Samsung also reserves all objections to any underlying exhibits discussed in any testimony designated by Apple.  Samsung hereby counter-designates all testimony designated by Apple, and reserves the right to play any Apple designations at trial as counter designations in the event Apple does not play them.  Samsung reserves its right to modify its objections and counter designations.

**II.   SAMSUNG'S OBJECTIONS TO APPLE'S DISCOVERY DESIGNATIONS**

Samsung objects to Apple's Discovery Designations (Dkt. 3459 citing Dkt. 1244) as follows: Samsung objects that Apple has not narrowed its discovery designations to material that it may use for the trial on remand.  Samsung incorporates by reference the general and specific objections listed in the written discovery responses Apple has designated for use at trial. Samsung further objects to the extent Apple's discovery designations include subject matter or evidence that has been excluded by Court order or is not relevant to the trial on remand.  Samsung further objects to the extent Apple is designating any discovery responses that have been amended or corrected, or that contain incomplete information.

02198-51855/7790455.1

-1-   Case No. 11-cv-01846-LHK
**SAMSUNG'S OBJECTIONS AND COUNTER DESIGNATIONS TO APPLE'S DEPOSITION DESIGNATIONS AND OTHER DISCOVERY**

DATED: March 18, 2016

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Victoria F. Maroulis*
   John B. Quinn
   William C. Price
   Michael T. Zeller
   Kevin P.B. Johnson
   Victoria F. Maroulis

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC