UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>　　　　Defendants. | Case No. 11-CV-01846-LHK<br><br>**ORDER RE: BRIEFING ON MOTION TO STAY** |

Earlier today, the United States Supreme Court partially granted a petition for certiorari filed by defendant Samsung following the Federal Circuit's opinion affirming-in-part the judgment in this matter. *See Samsung Elecs. Co. v. Apple Inc.*, No. 15-777 (U.S. Mar. 21, 2016), *available at* http://www.supremecourt.gov/search.aspx?filename=/docketfiles/15-777.htm; *see also Apple Inc. v. Samsung Elecs. Co.*, 786 F.3d 983, 1005 (Fed. Cir. 2015). Samsung has informed the Court that it intends to file a motion to stay in light of the Supreme Court's order.

A damages retrial in this matter is current scheduled to begin on March 28, 2016. ECF No. 3447 at 2. In light of the rapidly approaching trial, the Court finds that expedited briefing on Samsung's proposed motion to stay is appropriate. It is therefore ORDERED that Samsung shall file any motion to stay by 2:00 p.m. today, Monday, March 21, 2016. Apple shall file any

1

Case No. 11-CV-01846-LHK
ORDER RE: BRIEFING ON MOTION TO STAY

opposition by 7:00 p.m. today, Monday, March 21, 2016.  No reply or further briefing shall be filed.  The motion will be submitted on the papers.

**IT IS SO ORDERED.**

Dated: March 21, 2016

_____
LUCY H. KOH
United States District Judge