1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S EMERGENCY MOTION TO STAY ALL PROCEEDINGS PENDING SUPREME COURT REVIEW** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively,
2  "Samsung") have filed an emergency motion to stay the proceedings in this case pending
3  resolution of *Samsung Electronics Co., Ltd. v. Apple Inc.*, No. 15-777, in the Supreme Court of the
4  United States, and conclusion of any proceedings on remand from the Supreme Court to the
5  Federal Circuit.  Apple Inc. has filed an opposition.
6  Having considered Samsung's motion, and for good cause shown, the Court **GRANTS**
7  Samsung's motion and **ORDERS** all proceedings in this case stayed until issuance of the United
8  States Supreme Court's judgment in *Samsung Electronics Co., Ltd. v. Apple Inc.*, No. 15-777, and
9  conclusion of any proceedings on remand from the Supreme Court to the Federal Circuit.

11  **IT IS SO ORDERED.**

13  DATED: _____
14  The Honorable Lucy H. Koh
    United States District Judge