1  [counsel listed on the last page]

2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| | |
|---|---|
| 12  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK (PSG) |
| 13            Plaintiff, | **JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW FIRMS** |
| 14       vs. | |
| 15  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Judge: Hon. Lucy H. Koh<br>Place: Courtroom 1, 5th Floor<br>Trial: March 28, 2016 at 9 a.m. |
| 18            Defendant. | |

1  Pursuant to the Court's Order (Dkt. No. 3447) the parties submit this statement identifying
2  witnesses, deponents, attorneys and firms involved in this case, whose names should be presented
3  to the jury, as well as a list of trial dates and times to be used during jury selection.

| # | | | |
|---|---|---|---|
| 4 | Abramowitz, Anne | Bederson, Benjamin | Chaudhri, Imran |
| 5 | Agnetta, Bryan | Belville, Heather | Chen, Stephanie |
| 6 | Agrawal, Ruchika | McCarthy | Chennakesavan, |
| 7 | Ahn, Deok Keun | Benner, Timothy | Prashanth |
| 8 | Matthew | Beyer, Tom | Cheung, Benjamin |
| 9 | Ahn, Seung-Ho | Blevins, Tony | Cho, Joon-Young |
| 10 | Alden, Anthony | Bogue, Adam | Cho, Nara |
| 11 | Anders, Robert John | Borden, Kara | Choi, Gee-sung |
| 12 | Anders, John A. | Borenstein, Ruth N. | Choi, Sung Ho |
| 13 | Anderson, Carl | Bramhall, Andrew | Christie, Greg |
| 14 | Anzures, Fred | Bressler, Peter | Chung, Minhyung |
| 15 | Arnold, Brett J. | Bridges, Kenneth | Chung, Minn |
| 16 | Bact, Rebecca | Briggs, Todd | Conley, Cira |
| 17 | Balakrishnan, Ravin | Bright, Andrew | Coster, Daniel |
| 18 | Balasubramanian, Priya | Brinkman, Paul F. | Cultice, Robert |
| 19 | Barach, Katharine | Brunner, Robert | Currie, David C. |
| 20 | Barquist, Charles | Buckley, Mark | Dalziel, Melissa |
| 21 | Bartlett, Jason | Burling, James | D'Amato, John P. |
| 22 | Basinger, Charles A. | Caruso, Margret | Danford, Andrew |
| 23 | Bassett, David | Cashman, Adam | Danis, Mark |
| 24 | Baxter, Alexander | Cederberg, Jon C. | Davis, Julie |
| 25 | Beard, Brooks | Chan, Melissa D. | De Iuliis, Daniele |
| 26 | Becher, Robert | Chang, Dong Hoon | Demsher, Ronald |
| 27 | Bedecarre, Albert P. | Chapman, Greg | Denison, Justin |
| 28 | | | |

| | | | |
|---|---|---|---|
| 1 | DePuy, Brittany | Gray, Mark | Jenkins, Sara |
| 2 | Diener, Michael | Greenfield, Leon | Jeong, Moon-Sang |
| 3 | Donaldson, Richard | Gunther, Jr., Robert | Johnson, Jeffrey |
| 4 | Dourish, Paul | Hagberg, Karen | Johnson, Kevin P.B. |
| 5 | Dowd, James | Hagiz, Ron | Joswiak, Greg |
| 6 | Ducca, Marissa | Hall, Scott C. | Jue, Eric |
| 7 | Duh, Christine | Han, Jefferson | Kamins, Michael |
| 8 | Eddon, Guy | Hartman, Joshua | Kare, Susan |
| 9 | Esch, Michael | Hauser, John | Kassabian, Rachel |
| 10 | Estrich, Susan | Hedge, Alan | Herrick |
| 11 | Eun, Sung-Ho | Herriot, Liv | Kaufman, Aaron S. |
| 12 | Fazio, Michael | Heyison, Michael | Kerr, Duncan |
| 13 | Fidler, Roger | Hieta, Saku | Kho, Wookyun |
| 14 | Fitch, Patrick A. | Hill, Arthur Lee IV | Kidman, Scott B. |
| 15 | Flanagan, Mark | Ho, Francis | Kim, Chang-Ik |
| 16 | Fletcher, Lauren | Hoellwarth, Quin | Kim, Emilie |
| 17 | Florance, Scott | Holmes, Drew | Kim, Grant |
| 18 | Forlines, Clifton | Hong, Wong Pyo | Kim, Hyong |
| 19 | Forstall, Scott | Horn, Steven | Kim, Jin Soo |
| 20 | Frazier, Sarah | Hotelling, Steve | Kim, Seongwoo |
| 21 | Gallegos, Hector | Howarth, Richard | Kim, Soeng-Hun |
| 22 | Galvin, Michael | Huang, Eric | Kim, Young-Bum |
| 23 | Givargis, Tony | Hung, Richard | Klestoff, Alexei |
| 24 | Goldenberg, Richard | Hutnyan, Diane C. | Klivans, Peter |
| 25 | Goldstein, Ryan S. | Jacobs, Michael | Knightly, Edward |
| 26 | Gosler, Jared | Jacoby, Jacob | Kolovos, Peter |
| 27 | Gray, Stephen | Jaeckel, Jeffery | Kramer, Karl |
| 28 | | | |

| # | | | |
|---|---|---|---|
| 1 | Kreeger, Matthew | Maroulis, Victoria | Park, Hyoung Shin |
| 2 | Krevans, Rachel | Martin, Joby | Park, Jaewoo |
| 3 | Kripke, Julia | Martin, Joseph | Park, Junho |
| 4 | Kuwayti, Ken | Mazza, Mia | Park, Sang-Ryul |
| 5 | Kwak, Yong-Jun | McAlhany, Jr., Robert | Park, Seunggun |
| 6 | Lam, Derek | McElhinny, Harold | Patel, Ketan |
| 7 | Lam, Ioi | McNeill, Mary H. | Pease, Thomas D. |
| 8 | Lantier, Gregory | Merber, Kenneth | Pendleton, Todd |
| 9 | Larivee, Brian | Miller, Michelle | Pernick, Marc J. |
| 10 | Lee, JuHo | Milowic III, Joseph | Pieja, Michael |
| 11 | Lee, JunWon | Monach, Andy | Platzer, Andrew |
| 12 | Lee, Kiwon | Mount, Christopher | Plunkett, Stuart |
| 13 | Lee, Min-Hyouk | Mueller, Joseph | Poret, Hal |
| 14 | Lee, Sanguen | Musika, Terry | Posner, Daniel |
| 15 | Lee, William | Nam, Ki Hyung | Post, Doug |
| 16 | Leefer, Nicholas | Neill, Anna | Prendergast, Mary |
| 17 | Liao, Andrew | Nelson, David | Price, Christopher |
| 18 | Libka, Hilary | Ng, Stan | Price, William C. |
| 19 | Lien, Henry | Nishibori, Shin | Proctor, B. Dylan |
| 20 | Ling, Qi | O'Brien, Vince | Prussia, Kevin |
| 21 | Londen, Jack | Oh, Jeong Seok | Quarles, James |
| 22 | Looney, Christopher | Olson, Erik | Quinn, John B. |
| 23 | Lucente, Sam | Ording, Bas | Rahebi, Bita |
| 24 | Lutton, Richard "Chip" | Ordover, Janusz | Rangel, Arthur |
| 25 | Mack, Brian E. | Osman, Randa A. | Rawson, Taryn S. |
| 26 | Mantis, George | Overson, Wesley | Rella, Angela |
| 27 | March, Andrew | Paltian, Markus | Rice, Edward H. |
| 28 | | | |

-3- Case No. 11-cv-01846-LHK (PSG)
JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW FIRMS

sf-3633944

| | | | |
|---|---|---|---|
| 1 | Roarty, Sean | Shields, Patrick | Taylor, Jennifer |
| 2 | Robinson, Christopher | Shim, Jong-Wook | Tchao, Michael |
| 3 | Rogoyski, Robert | Shin, Jaegwan | Teece, David |
| 4 | Rohrbach, Matthew | Sim, Jaehwang | Teksler, Boris |
| 5 | Rose, Jessica A. | Sinclair, Steven | Trac, Bill |
| 6 | Rosenberg, Brian | Singer, Benjamin L. | Tucher, Alison |
| 7 | Rosenbrock, Karl Heinz | Singer, David | Tung, Mark |
| 8 | Rossi, Peter | Singh, Karan | Twiggs, Sissie |
| 9 | Rothkopf, Fletcher | Sittler, Ed | Van Dam, Andries |
| 10 | Ryu, DongSeok | Sohn, Dale | Van Der Velde, Himke |
| 11 | Sabri, Nathan | Sood, Sanjay | Van Liere, Kent |
| 12 | Sadowitz, Michael D. | Souto, Victor | Van Lieshout, Gert-Jan |
| 13 | Saito, Marina N. | Srivastava, Mani | Verhoeven, Charles K. |
| 14 | Saji, Michael | Stake, Sam S. | Voron, Vince |
| 15 | Satzger, Douglas | Stasik, Eric | Wagner, Michael |
| 16 | Scheibel, Eliza | Steiger, Jon | Walden, Samuel Calvin |
| 17 | Schiller, Phil | Stern, Peter | Walker, Curran M. |
| 18 | Schin, MinCheol | Stevens, Bethany | Walker, Michael |
| 19 | Schmidt, Patrick T. | Stiernberg, Charlie | Walker, Nathan |
| 20 | Schroepfer, Peter | Stretch, Christopher E. | Wall, Eric |
| 21 | Seares, Carrie | Stringer, Chris | Walters, Eric |
| 22 | Seeve, Brian | Suh, Kenneth K. | Wang, Jeeyuen |
| 23 | Selwyn, Mark | Sullivan, Kathleen | Watrous, Bruce "BJ" |
| 24 | Shah, Ali | Syrett, Timothy | Watson, Scott |
| 25 | Shaul, David L. | Tallon, Nina | Watson, Thomas R. |
| 26 | Sheppard, Timothy | Tapernoux, Camila | Webster, James J. |
| 27 | Sherman, Itay | Tarango, Austin D. | Weinsten, Randal |
| 28 | | | |

| | | | |
|---|---|---|---|
| 1 | Whang, Eugene | Winer, Jeremy | Yohannan, Kristin |
| 2 | Whelan, Emily | Winer, Russell | Zadesky, Steve |
| 3 | Whitehurst, Alan L. | Wolin, Michael | Zappin, Anthony J. |
| 4 | Whiteside, Tamara | Woodring, Cooper | Zeller, Michael T. |
| 5 | Williams, Tim | Yang, Woodward | Zhang, Patrick |
| 6 | Williamson, Richard | Yeo, JungMin | Zorkendorfer, Rico |
| 7 | Wiener, Christopher | Yi, Sun-Young | Zorn, Andre |

9  Bridges & Mavrakakis LLP

10 Crone Hawxhurst LLP

11 Hopenfeld Singer Rice and Saito LLP

12 Morrison & Foerster LLP

13 Quinn Emanuel Urquhart & Sullivan, LLP

14 Steptoe & Johnson LLP

15 Wilmer Cutler Pickering Hale and Dorr LLP

17      The trial will take place on March 28, 29, 30, 31, April 1, 4, and 5, 2016, daily from 9:00
18 a.m. to noon, and 1:00 p.m. to 4:30 p.m.

| | |
|---|---|
| Dated: March 21, 2016 | |
| MORRISON & FOERSTER LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| HAROLD J. McELHINNY (CA SBN 66781) | John B. Quinn (Bar No. 90378) |
| hmcelhinny@mofo.com | johnquinn@quinnemanuel.com |
| MICHAEL A. JACOBS (CA SBN 111664) | William C. Price (Bar No. 108542) |
| mjacobs@mofo.com | williamprice@quinnemanuel.com |
| RACHEL KREVANS (CA SBN 116421) | Michael T. Zeller (Bar No. 196417) |
| rkrevans@mofo.com | michaelzeller@quinnemanuel.com |
| ERIK OLSON (CA SBN 175815) | 865 South Figueroa Street, 10th Floor |
| ejolson@mofo.com | Los Angeles, California 90017-2543 |
| MORRISON & FOERSTER LLP | Telephone: (213) 443-3000 |
| 425 Market Street | Facsimile: (213) 443-3100 |
| San Francisco, California 94105-2482 | |
| Telephone: (415) 268-7000 | Kevin P.B. Johnson (Bar No. 177129) |
| Facsimile: (415) 268-7522 | kevinjohnson@quinnemanuel.com |
| | Victoria F. Maroulis (Bar No. 202603) |
| WILLIAM F. LEE | victoriamaroulis@quinnemanuel.com |
| william.lee@wilmerhale.com | 555 Twin Dolphin Drive, 5th Floor |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Redwood Shores, California 94065 |
| 60 State Street | Telephone: (650) 801-5000 |
| Boston, MA 02109 | Facsimile: (650) 801-5100 |
| Telephone: (617) 526-6000 | |
| Facsimile: (617) 526-5000 | By: */s/ Victoria Maroulis* |
| | Victoria Maroulis |
| MARK D. SELWYN (SBN 244180) | |
| mark.selwyn@wilmerhale.com | Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 950 Page Mill Road | |
| Palo Alto, California 94304 | |
| Telephone: (650) 858-6000 | |
| Facsimile: (650) 858-6100 | |
| | |
| By: */s/ Harold J. McElhinny* | |
| Harold J. McElhinny | |
| | |
| Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | |

**ATTESTATION**

I, Harold J. McElhinny, am the ECF User whose ID and password are being used to file this Joint List of Witnesses, Deponents, Attorneys and Law Firms.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  March 21, 2016                               */s/ Harold J. McElhinny*
                                                                   Harold J. McElhinny