HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (PSG)<br><br>**APPLE'S OBJECTIONS AND COUNTERDESIGNATIONS TO SAMSUNG'S COUNTERDESIGNATIONS TO APPLE'S DEPOSITION DESIGNATIONS** |

1    Subject to the parties' reservation of rights to revise and/or supplement their objections if necessary during the high priority objection process, Apple submits the following objections and counterdesignations to Samsung's counterdesignations to Apple's deposition designations, filed and served on March 18, 2016.  (Dkt. No. 3465.)

   Apple objects to Samsung's presentation of deposition testimony from any witness whose deposition took place after the close of fact discovery, except depositions taken by agreement of the parties or under Court order in this action.

   Apple further objects to the presentation of irrelevant deposition testimony, including without limitation testimony relevant only to Samsung's counterclaims that were litigated in the first trial and testimony relevant only to trade dress claims or patent claims not at issue in the remand trial.

   Apple's specific objections and counterdesignations to Samsung's individual counterdesignations are contained in the attached Exhibit A.  Apple reserves the right to modify or supplement these objections during the high priority objection process at trial.  Apple also reserves all objections to any underlying exhibits discussed in any testimony designated by Samsung during the high priority objection process.  Apple hereby counter-designates all testimony counter-designated by Samsung, and reserves the right to play any Samsung counter-designations at trial as Apple's counter-designations in the event Samsung does not play them.

Dated:  March 22, 2016         MORRISON & FOERSTER LLP

                               By: */s/ Harold J. McElhinny*
                                   HAROLD J. MCELHINNY

                                   Attorneys for Plaintiff
                                   APPLE INC.

APPLE'S OBJECTIONS AND COUNTERDESIGNATIONS TO SAMSUNG'S COUNTERDESIGNATIONS
CASE NO. 11-CV-01846-LHK (PSG)                                                              1
dc-822420