UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 11-CV-01846-LHK |
|         Plaintiff, | **ORDER RE: APPLE'S MOTION FOR SUPPLEMENTAL DAMAGES AND PREJUDGMENT INTEREST, AND RELATED SEALING MOTIONS** |
|     v. | |
| SAMSUNG ELECTRONICS CO. LTD., et al., | |
|         Defendants. | Re: Dkt. Nos. 3339, 3354, 3376 |

On March 22, 2016, the Court granted an Emergency Motion to Stay All Proceedings filed by Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in light of the U.S. Supreme Court's grant of Samsung's petition for a writ of certiorari on the question of design patent damages.  ECF No. 3472 ("Stay Order").

In the Stay Order, the Court determined that a ruling on plaintiff Apple Inc.'s ("Apple") Motion for Supplemental Damages and Prejudgment Interest, which involves the same core design patent damages issues currently before the Supreme Court, should be deferred until after the stay

1

1   in this case is lifted.  *See* Stay Order at 4, 9; *see also* ECF No. 3339-3 (Apple's motion).  In light

2   of the Stay Order, therefore, Apple's Motion for Supplemental Damages and Prejudgment Interest

3   is DENIED WITHOUT PREJUDICE.  Apple may refile its motion, if appropriate, once the stay in

4   this case is lifted.

5        In addition, the parties have filed administrative motions to seal in connection with

6   Apple's Motion for Supplemental Damages and Prejudgment Interest.  ECF Nos. 3339, 3354,

7   3376.  The parties seek to seal portions of (1) Apple's Motion for Supplemental Damages and

8   Prejudgment Interest, ECF No. 3339-3; (2) the declaration of Erik Olson in support of Apple's

9   motion, ECF No. 3339-5; (3) Exhibit 2 to the declaration of Julie L. Davis in support of Apple's

10  Motion, ECF No. 3339-10; (4) Samsung's Opposition to Apple's motion, ECF No. 3354-3; (5) the

11  declaration of Michael Wagner in support of Samsung's Opposition, ECF No. 3354-18;

12  (6) Exhibit B to Wagner's declaration, ECF No. 3354-20; and (7) Apple's Reply in support of its

13  motion, ECF No. 3376-3.

14       "Historically, courts have recognized a general right to inspect and copy public records and

15  documents, including judicial records and documents."  *Kamakana v. City & Cnty. of Honolulu*,

16  447 F.3d 1172, 1178 (9th Cir. 2006) (quotation marks omitted).  Parties seeking to seal judicial

17  records relating to motions that are "more than tangentially related to the underlying cause of

18  action," *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016), bear the

19  burden of overcoming the presumption with "compelling reasons supported by specific factual

20  findings" that outweigh the general history of access and the public policies favoring disclosure.

21  *Kamakana*, 447 F.3d at 1178–79.  Records attached to motions that are "not related, or only

22  tangentially related, to the merits of a case," are not subject to the strong presumption of access.

23  *Ctr. for Auto Safety*, 809 F.3d at 1099; *see also Kamakana*, 447 F.3d at 1179 ("[T]he public has

24  less of a need for access to court records attached only to non-dispositive motions because those

25  documents are often unrelated, or only tangentially related, to the underlying cause of action."

26  (quotation marks omitted)).  Parties moving to seal records attached to motions unrelated or only

27                                              2

28  Case No. 11-CV-01846-LHK
    ORDER RE: APPLE'S MOTION FOR SUPPLEMENTAL DAMAGES AND PREJUDGMENT INTEREST, AND
    RELATED SEALING MOTIONS

United States District Court
Northern District of California

tangentially related to the merits of a case must meet the lower "good cause" standard of Rule 26(c) of the Federal Rules of Civil Procedure. *Ctr. for Auto Safety*, 809 F.3d at 1098–99; *Kamakana*, 447 F.3d at 1179–80.

Here, the parties seek to seal limited portions of non-dispositive motions briefing and exhibits that disclose detailed Samsung unit sales information (and related numerical sums that can be used to back-calculate those unit sales). In general, the parties' redactions are narrowly tailored to the actual numbers involved, and do not seek to redact the parties' arguments or reasoning. The Federal Circuit has previously determined in this case that similar detailed financial, licensing, and manufacturing capacity information is sealable under both the "good cause" and "compelling reasons" standards. *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1226–29 (Fed. Cir. 2013).

With the appropriate standards and the Federal Circuit's guidance in mind, the Court rules on the instant motions as follows:

| Motion to Seal | Document | Ruling |
|---|---|---|
| 3339 | Apple's Motion for Supplemental Damages and Prejudgment Interest, ECF No. 3339-3 | GRANTED as to the redactions proposed in ECF No. 3350. |
| 3339 | Declaration of Erik Olson in support of Apple's motion, ECF No. 3339-5 | GRANTED as to the redactions proposed in ECF No. 3350-2. |
| 3339 | Exhibit 2 to the declaration of Julie L. Davis in support of Apple's motion, ECF No. 3339-10 | GRANTED as to the redactions proposed in ECF No. 3350-4. |
| 3354 | Samsung's Opposition to Apple's Motion, ECF No. 3354-3 | GRANTED as to the redactions proposed in ECF No. 3369. |
| 3354 | Declaration of Michael Wagner in support of Samsung's Opposition, ECF NO. 3354-18 | GRANTED as to the redactions proposed in ECF No. 3369-1. |

Case No. 11-CV-01846-LHK
ORDER RE: APPLE'S MOTION FOR SUPPLEMENTAL DAMAGES AND PREJUDGMENT INTEREST, AND RELATED SEALING MOTIONS

United States District Court
Northern District of California

| Motion to Seal | Document | Ruling |
|---|---|---|
| 3354 | Exhibit B to the Declaration of Michael Wagner in support of Samsung's Opposition, ECF No. 3354-20 | GRANTED as to the redactions proposed in ECF No. 3369-3. |
| 3376 | Apple's Reply in support of its motion, ECF No. 3376-3 | GRANTED as to the redactions proposed in ECF No. 3378. |

**IT IS SO ORDERED.**


Dated: March 24, 2016

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4