United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

APPLE INC.,

        Plaintiff,

      v.

SAMSUNG ELECTRONICS CO. LTD., et al.,

        Defendants.

Case No. 11-CV-01846-LHK

**ORDER ADMINISTRATIVELY CLOSING THE FILE**

      On March 22, 2016, the court granted an Emergency Motion to Stay All Proceedings filed by Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") in light of the U.S. Supreme Court's grant of Samsung's petition for a writ of certiorari on the question of design patent damages.  ECF No. 3472.

      Accordingly, the Clerk of Court shall administratively close the file.

**IT IS SO ORDERED.**

Dated: March 24, 2016

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

1

Case No. 11-CV-01846-LHK
ORDER ADMINISTRATIVELY CLOSING THE FILE