# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

15-1857

**APPLE INC.,**

*Plaintiff - Appellee*

v.

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, nka Samsung Electronics America, Inc.,**

*Defendants - Appellants*

Appeal from the United States District Court for the Northern District of California in case no. 5:11-cv-01846-LHK United States District Judge Lucy H. Koh

## MANDATE

In accordance with the judgment of this Court, entered June 01, 2016, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court

cc: William Adams
Robert Jason Becher
Clerk of Court, Northern District of California (San Jose)
Eric Fletcher
Lauren B. Fletcher
Sarah R. Frazier
William F. Lee
Victoria Fishman Maroulis
Richard Wells O'Neill
B. Dylan Proctor
Mark D. Selwyn
Kathleen M. Sullivan
Michael Thomas Zeller