| | |
|---|---|
| HAROLD J. MCELHINNY (CA SBN 66781) <br> hmcelhinny@mofo.com <br> MICHAEL A. JACOBS (CA SBN 111664) <br> mjacobs@mofo.com <br> RACHEL KREVANS (CA SBN 116421) <br> rkrevans@mofo.com <br> ERIK J. OLSON (CA SBN 175815) <br> ejolson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:  (415) 268-7000 <br> Facsimile:  (415) 268-7522 <br><br> Attorneys for Plaintiff and <br> Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE <br> william.lee@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 60 State Street <br> Boston, MA 02109 <br> Telephone: (617) 526-6000 <br> Facsimile: (617) 526-5000 <br><br> MARK D. SELWYN (SBN 244180) <br> mark.selwyn@wilmerhale.com <br> WILMER CUTLER PICKERING <br> HALE AND DORR LLP <br> 950 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: (650) 858-6000 <br> Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 11-cv-01846-LHK <br><br> **NOTICE OF WITHDRAWAL OF HAROLD J. MCELHINNY AS COUNSEL** |

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 11-cv-01846-LHK
sf-3722954

TO THE CLERK OF THE COURT, ALL PARTIES AND ALL COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a), the undersigned requests that Harold J. McElhinny, of Morrison & Foerster LLP, be withdrawn as counsel of record for Plaintiff Apple Inc. due to his retirement from Morrison & Foerster.  Other counsel of record will continue to represent Apple.  As such, withdrawal of Mr. McElhinny will cause no prejudice to any party.

Dated:  December 20, 2016        MORRISON & FOERSTER LLP

        By:  */s/ Harold J. McElhinny*
            HAROLD J. MCELHINNY

        Attorney for Plaintiff
        APPLE INC.

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 11-cv-01846-LHK
sf-3722954

1