| | | |
|---|---|---|
| 1 | HAROLD J. MCELHINNY (CA SBN 66781) | WILLIAM F. LEE |
| 2 | hmcelhinny@mofo.com<br>MICHAEL A. JACOBS (CA SBN 111664) | william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING |
| 3 | mjacobs@mofo.com<br>RACHEL KREVANS (CA SBN 116421) | HALE AND DORR LLP<br>60 State Street |
| 4 | rkrevans@mofo.com<br>ERIK J. OLSON (CA SBN 175815) | Boston, MA 02109<br>Telephone: (617) 526-6000 |
| 5 | ejolson@mofo.com<br>MORRISON & FOERSTER LLP | Facsimile: (617) 526-5000 |
| 6 | 425 Market Street<br>San Francisco, California  94105-2482 | MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com |
| 7 | Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 8 | | 950 Page Mill Road<br>Palo Alto, California 94304 |
| 9 | Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>                  Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>                  Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF HAROLD J. MCELHINNY AS COUNSEL OF RECORD** |

[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL
Case No. 11-cv-01846-LHK
sf-3723284

1  Upon consideration of the request by Harold J. McElhinny to withdraw as counsel of
2  record for plaintiff and counterclaim-defendants Apple Inc., IT IS HEREBY ORDERED that the
3  request is GRANTED.
4  IT IS SO ORDERED.

6  Dated: _____    By: _____
7                                                        The Honorable Lucy H. Koh
                                                         United States District Judge