NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC., a California Corporation,**
*Plaintiff-Appellee*

v.

**SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,**
*Defendants-Appellants*

---

2014-1335, 2015-1029

---

Appeals from the United States District Court for the Northern District of California in No. 5:11-cv-01846, Judge Lucy H. Koh.

---

### O R D E R

Upon consideration of the judgment of the Supreme Court of the United States in *Samsung Electronics Co., Ltd. v. Apple Inc., No. 15-777,* reversing and remanding to this court for further proceedings consistent with the opinion of the Supreme Court,

IT IS ORDERED THAT:

2 APPLE INC. v. SAMSUNG ELECTRONICS CO., LTD.

The mandate of this court issued on August 25, 2015, is recalled, the appeals are reinstated, and this court's May 18, 2015, judgment is vacated.

FOR THE COURT

January 12, 2017
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court