1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 90378)
2  johnquinn@quinnemanuel.com
   William C. Price (Bar No. 108542)
3  williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
4  michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
5  Los Angeles, California 90017
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
8  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
9  555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
10 Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100
11
   Attorneys for Samsung Electronics Co., Ltd.,
12 Samsung Electronics America, Inc., and Samsung
   Telecommunications America, LLC
13
                  UNITED STATES DISTRICT COURT
14
            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
15

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF NICHOLAS A. LEEFER AS COUNSEL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that Nicholas A. Leefer, formerly of Quinn Emanuel Urquhart

3   & Sullivan, LLP, hereby withdraws his appearance as counsel of record for Defendants Samsung

4   Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications

5   America, LLC, and requests to be removed from the service list in the above-captioned matter.

7   DATED:		January 26, 2016		QUINN EMANUEL URQUHART &
						SULLIVAN, LLP


					By   */s/ Victoria F. Maroulis*
						Victoria F. Maroulis
						Attorney for SAMSUNG ELECTRONICS CO.,
						LTD., SAMSUNG ELECTRONICS AMERICA,
						INC., and SAMSUNG
						TELECOMMUNICATIONS AMERICA, LLC