1  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
2  RACHEL KREVANS (CA SBN 116421)
   rkrevans@mofo.com
3  ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
6  Facsimile:  (415) 268-7522

7

8  Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

| 14 | APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
|---|---|---|
| 15 | Plaintiff, | **NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST** |
| 16 | v. | |
| 17 | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | Defendants. | |

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 11-cv-01846-LHK
sf-3736890

TO THE CLERK OF THE COURT, ALL PARTIES AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Grant L. Kim of Morrison & Foerster LLP hereby withdraws his appearance as counsel of record for Plaintiff Apple Inc. in the above-captioned matter. Additionally, the undersigned requests that Mr. Kim be removed from the service list of Plaintiff's counsel. Other counsel of record will continue to represent Apple. As such, withdrawal of Mr. Kim will cause no prejudice to any party.

Dated: February 3, 2017           MORRISON & FOERSTER LLP

                                  By:  */s/ Nathan B. Sabri*
                                        Nathan B. Sabri

                                        Attorney for Plaintiff
                                        APPLE INC.