# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2014-1335, 2015-1029

**APPLE INC., a California Corporation,**

*Plaintiff - Appellee*

v.

**SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,**

*Defendants - Appellants*

Appeals from the United States District Court for the Northern District of California in No. 5:11-cv-01846-LHK, Judge Lucy H. Koh.

## MANDATE

In accordance with the judgment of this Court, entered February 7, 2017, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court


cc: William Adams
Rachel Wainer Apter
Charles Sheldon Barquist
Robert Jason Becher
Ruth N. Borenstein
Theodore J. Boutrous Jr.
Brian Buroker
Joseph Carl Cecere Jr.
Clerk of Court, Northern District of California (San Jose)
Andrew J. Danford
Mark S. Davies
Tim Delaney
Susan Rachel Estrich
Mark Christopher Fleming
Eric Fletcher
Lauren B. Fletcher
Sarah R. Frazier

Howard S. Hogan
Erik Scott Jaffe
Mark David Janis
Katherine M. Kopp
Rachel Krevans
David M. Krinsky
William F. Lee
Mark A. Lemley
Matthew A. Levy
Laura A. Lydigsen
Hervey Mark Lyon
Victoria Fishman Maroulis
Will Melehani
Mark Andrew Perry
B. Dylan Proctor
Kevin Scott Prussia
James Quarles III
Christopher Robinson
Allison Jones Rushing
Nathaniel Bryan Sabri
Perry J. Saidman
Joel Sayres
Matthew Schruers
Mark D. Selwyn
Kannon K. Shanmugam
Sarah Sladic
Kevin Alexander Smith
Thomas Gregory Sprankling
Kathleen M. Sullivan
Lucas C. Townsend
Seth P. Waxman
Michael Thomas Zeller