1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC.,<br><br>            Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>            Defendants. | Case No. 11-CV-01846-LHK<br><br>**CASE MANAGEMENT ORDER** |

The April 10, 2017 case management conference is CONTINUED to July 5, 2017, at 2:00 p.m. The parties shall file their joint case management statement by June 28, 2017

The stay on the damages retrial remains in place.

The Court sets the following briefing schedule on the issue of Samsung's waiver of arguments about the proper "article of manufacture":

| Scheduled Event | Date |
| --- | --- |
| Cross-Opening Briefs (20 pages for each party) | April 21, 2017 |
| Cross-Opposition Briefs (15 pages for each party) | May 5, 2017 |
| Hearing on Waiver Issue | June 15, 2017, at 1:30 p.m. |

1

Case No. 11-CV-01846-LHK
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: April 4, 2017

_____
LUCY H. KOH
United States District Judge

Case No. 11-CV-01846-LHK
CASE MANAGEMENT ORDER