[COUNSEL LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING DATES**<br><br>Judge:　Hon. Lucy H. Koh |

1   The Court recently issued a case management order (Dkt. 3487) setting certain deadlines
2   and hearing dates.  Counsel have met and conferred, and after confirming the Court's availability
3   with the Calendar Clerk, respectfully request modification of specific dates as set forth below.
4   Counsel for the parties are unavailable at the currently scheduled times for June 15, 2017 and
5   July 5, 2017, and modifications to the briefing schedule are mutually requested as a courtesy to
6   counsel.  These changes are not for the purpose of delay.
7   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between
8   the parties, through their respective counsel, that the deadlines set forth in the April 4, 2017 Case
9   Management Order (Dkt. 3487) be modified as follows:

| Scheduled Event (Dkt. 3487) | Current Date | New Date |
|---|---|---|
| Cross-Opening Briefs Due | April 21, 2017 | April 21, 2017 (*no change*) |
| Cross-Opposition Briefs Due | May 5, 2017 | May 12, 2017 |
| Hearing on Waiver Issue | June 15, 2017, at 1:30 p.m. | June 29, 2017, at 1:30 p.m. |
| Joint CMC Statement due | June 28, 2017 | July 5, 2017 |
| Case Management Conference | July 5, 2017, 2:00 p.m. | July 12, 2017, 2:00 p.m. |

**IT IS SO ORDERED.**

DATED: _____          _____

THE HONORABLE LUCY H. KOH

UNITED STATES DISTRICT COURT JUDGE

Dated: April 6, 2017

By: /s/ *Mark D. Selwyn*           By: */s/ Victoria F. Maroulis*

| | |
|---|---|
| Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS, AMERICA, LLC |
| William F. Lee (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 | QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br><br>John B. Quinn (Bar No. 90378)<br>johnquinn@quinnemanuel.com<br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| Mark D. Selwyn (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 | |
| Rachel Krevans (CA SBN 116421)<br>rkrevans@mofo.com<br>Erik J. Olson (CA SBN 175815)<br>ejolson@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | Kathleen M. Sullivan (Bar No. 242261)<br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 6, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Victoria F. Maroulis*
Victoria F. Maroulis