RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S STATUS UPDATE REGARDING '915 PATENT** |

1 On April 14, 2017, the Federal Circuit issued a decision regarding Apple's appeal from the Patent Office's decision in Ex Parte Reexamination No. 90/012,332, which was requested by an anonymous third party (not Samsung) challenging U.S. Patent No. 7,844,915.  *In re Apple Inc.*, No. 2016-1402 (Fed. Cir. Apr. 14, 2017).  A copy of the opinion is attached as Exhibit A.  The panel concluded that the Patent Office correctly construed the "scroll or gesture" limitation in claim 8 (which was asserted in this litigation).  Ex. A at 5-8.  The panel also concluded, however, that the Patent Office erred in its claim construction of the "rubberbanding" limitations in claims 2, 9, and 16 (which were not asserted in this litigation).  *Id.* at 8-10.  The panel accordingly affirmed-in-part, vacated-in-part, and remanded to the Patent Office for further proceedings consistent with its opinion.  *Id.* at 10.

Apple intends to file a petition for panel rehearing and/or rehearing en banc with the Federal Circuit, which is due on May 15, 2017.

Dated:  April 14, 2017         WILMER CUTLER PICKERING
                               HALE AND DORR LLP

                        By:    */s/ Mark D. Selwyn*
                               Mark D. Selwyn
                               *Attorneys for Plaintiff and*
                               *Counterclaim-Defendant APPLE, INC.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 14, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mark D. Selwyn*
Mark D. Selwyn