1    RACHEL KREVANS (CA SBN 116421)      WILLIAM F. LEE
       rkrevans@mofo.com                   william.lee@wilmerhale.com
2    ERIK J. OLSON (CA SBN 175815)       WILMER CUTLER PICKERING
       ejolson@mofo.com                    HALE AND DORR LLP
3    MORRISON & FOERSTER LLP         60 State Street
       425 Market Street                   Boston, MA 02109
4    San Francisco, California  94105-2482    Telephone:  (617) 526-6000
       Telephone:  (415) 268-7000          Facsimile:  (617) 526-5000
5    Facsimile:  (415) 268-7522
6                                       MARK D. SELWYN (SBN 244180)
                                      mark.selwyn@wilmerhale.com
7    Attorneys for Plaintiff  and             WILMER CUTLER PICKERING
       Counterclaim-Defendant  APPLE INC.    HALE AND DORR LLP
8                                         950 Page Mill Road
                                      Palo Alto, California  94304
9                                         Telephone: (650) 858-6000
                                      Facsimile:  (650) 858-6100

                                UNITED STATES DISTRICT COURT

                           NORTHERN DISTRICT OF CALIFORNIA

                                   SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California  corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation;  and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited  liability company,<br><br>        Defendants. | Case No. 11-cv-01846-LHK  (PSG)<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") submits this motion for an order to seal Exhibit A to the Declaration of Mark D. Selwyn in Support of Apple's Opening Brief Regarding Samsung's Waiver of Arguments About the Proper "Article of Manufacture" ("Exhibit").

The Exhibit contains information that defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and/or Samsung Telecommunications America, LLC (collectively, "Samsung") may consider confidential.   Apple expects that Samsung will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether the information contained in the Exhibit should be sealed.

Apple does not maintain a claim of confidentiality with respect to the Exhibit.   Apple does not file a proposed redacted version of the aforementioned document in accordance with the Court's Order requiring the parties to meet and confer before filing public redacted documents. Case No. 11-cv-01846, Dkt. No. 2934 (Jan. 29, 2014).

For the foregoing reasons, Apple moves to file the Exhibit under seal.

Dated: April 21, 2017                    WILMER CUTLER PICKERING
                                         HALE AND DORR LLP

                              By:     */s/ Mark D. Selwyn*
                                      Mark D. Selwyn
                                      *Attorneys for Plaintiff and*
                                      *Counterclaim-Defendant APPLE, INC.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 21, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mark D. Selwyn*_____
Mark D. Selwyn