RACHEL KREVANS (CA SBN 116421)
rkrevans@mofo.com
ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant  APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California  corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation;  and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited  liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK  (PSG)<br><br>**DECLARATION OF MARK D. SELWYN  IN SUPPORT OF APPLE'S OPENING BRIEF REGARDING SAMSUNG'S WAIVER OF ARGUMENTS ABOUT THE PROPER "ARTICLE OF MANUFACTURE"** |

I, Mark D. Selwyn, hereby declare as follows:

1.      I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-referenced litigation.   I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California.   I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2.      I make this declaration based on personal knowledge in support of Apple's Opening Brief Regarding Samsung's Waiver of Arguments About the Proper "Article of Manufacture."

3.      Attached hereto as Exhibit A is a true and correct copy of an excerpt of Samsung's Supplemental and Amended Objections and Responses to Apple Inc.'s Tenth Set of Interrogatories (Nos. 27-33), dated March 19, 2012.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.   Executed this 21st day of April, 2017.

*/s/ Mark D. Selwyn*

Mark D. Selwyn

DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S OPENING BRIEF REGARDING SAMSUNG'S WAIVER OF ARGUMENTS ABOUT THE PROPER "ARTICLE OF MANUFACTURE"
Case No. 11-cv-01846-LHK

1