1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 90378)
2  johnquinn@quinnemanuel.com
   William C. Price (Bar No. 108542)
3  williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
4  michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
5  Los Angeles, California 90017
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Kathleen M. Sullivan (Bar No. 242261)
   kathleensullivan@quinnemanuel.com
8  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
9  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
10 555 Twin Dolphin Drive 5th Floor
   Redwood Shores, California 94065
11 Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
12

13
   Attorneys for SAMSUNG ELECTRONICS
14 CO., LTD., SAMSUNG ELECTRONICS
   AMERICA, INC. and SAMSUNG
15 TELECOMMUNICATIONS AMERICA, LLC

16
                    UNITED STATES DISTRICT COURT
17
              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
18

|   |   |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **SAMSUNG'S NOTICE RE: APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 3490)** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1 **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2 **PLEASE TAKE NOTICE** that Apple Inc. has filed an Administrative Motion to File

3 Under Seal Exhibit A to its Opening Brief Regarding Samsung's Waiver of Arguments About the

4 Proper "Article of Manufacture." (Dkt. No. 3490.) Samsung Electronics Co., Ltd. and

5 Samsung Electronics America, Inc.[1] do not maintain a claim of confidentiality over the document.

7 DATED: April 25, 2017               QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

                                       By  */s/ Victoria F. Maroulis*
                                          John B. Quinn
                                          William C. Price
                                          Michael T. Zeller
                                          Kathleen M. Sullivan
                                          Kevin P.B. Johnson
                                          Victoria F. Maroulis
                                          Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD., SAMSUNG ELECTRONICS AMERICA,
                                          INC., and SAMSUNG
                                          TELECOMMUNICATIONS AMERICA, LLC

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.