[COUNSEL LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 11-cv-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING DATES** |
| Defendants. | Judge:    Hon. Lucy H. Koh |

The Court recently issued a case management order (Dkt. 3487) setting certain deadlines and hearing dates. Counsel have met and conferred, and after confirming the Court's availability with the Calendar Clerk, respectfully request modification of specific dates as set forth below. Counsel for the parties are unavailable at the currently scheduled times for June 15, 2017 and July 5, 2017, and modifications to the briefing schedule are mutually requested as a courtesy to counsel. These changes are not for the purpose of delay.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the deadlines set forth in the April 4, 2017 Case Management Order (Dkt. 3487) be modified as follows:

| Scheduled Event (Dkt. 3487) | Current Date | New Date |
|---|---|---|
| Cross-Opening Briefs Due | April 21, 2017 | April 21, 2017 (*no change*) |
| Cross-Opposition Briefs Due | May 5, 2017 | May 12, 2017 |
| Hearing on Waiver Issue | June 15, 2017, at 1:30 p.m. | June 29, 2017, at 1:30 p.m. |
| Joint CMC Statement due | June 28, 2017 | July 5, 2017 |
| Case Management Conference | July 5, 2017, 2:00 p.m. | July 12, 2017, 2:00 p.m. |

**IT IS SO ORDERED.**

DATED: April 25, 2017

*Lucy H. Koh*

THE HONORABLE LUCY H. KOH

UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING AND HEARING DATES
CASE NO. 11-CV-01846-LHK                         1

Dated: April 6, 2017

By: /s/ Mark D. Selwyn                By: /s/ Victoria F. Maroulis

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS, AMERICA, LLC

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Rachel Krevans (CA SBN 116421)
rkrevans@mofo.com
Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

QUINN EMANUEL URQUHART & SULLIVAN LLP

John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING AND HEARING DATES
CASE NO. 11-CV-01846-LHK                 2

**CERTIFICATE OF SERVICE**

1  
2   The undersigned hereby certifies that a true and correct copy of the above and foregoing
3   document has been served on April 6, 2017, to all counsel of record who are deemed to have
4   consented to electronic service via the Court's CM/ECF system.
5  
6                               */s/ Victoria F. Maroulis*
                                Victoria F. Maroulis