1  STEPHEN E. TAYLOR (SBN 58452)
   STEPHEN MCG. BUNDY (SBN 253017)
2  JOSHUA R. BENSON (SBN 269111)
   TAYLOR & PATCHEN, LLP
3  One Ferry Building, Suite 355
   San Francisco, California  94111
4  Telephone:  (415) 788-8200
   Facsimile:   (415) 788-8208
5  E-mail: staylor@taylorpatchen.com
   Email: sbundy@taylorpatchen.com
6  Email: jbenson@taylorpatchen.com

7  Attorneys for Plaintiff
   APPLE, INC.
8

9                  **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11                           **SAN JOSE DIVISION**

12

13  | APPLE, INC., | Case No.: 5:11-CV-01846-LHK |
    |---|---|
    | Plaintiff, | **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES** |
    | v. | |
    | SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Honorable Lucy H. Koh |
    | Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, counsel for Plaintiff Apple, Inc. ("Apple") in the above-captioned matter, formerly known as Taylor & Company Law Offices, LLP, has changed its name to Taylor & Patchen, LLP ("Taylor & Patchen").

The contact information for the Taylor & Patchen attorneys who appeared in this matter on behalf of Apple, including their new email addresses, is as follows:

| | |
|---|---|
| Stephen E. Taylor (SBN 58452)<br>Taylor & Patchen, LLP<br>One Ferry Building, Suite 355<br>San Francisco, CA  94111<br>Telephone: 415-788-8200<br>staylor@taylorpatchen.com | Stephen McG. Bundy (SBN 253017)<br>Taylor & Patchen, LLP<br>One Ferry Building, Suite 355<br>San Francisco, CA  94111<br>Telephone: 415-788-8200<br>sbundy@taylorpatchen.com |

Joshua R. Benson (SBN 269111)
Taylor & Patchen, LLP
One Ferry Building, Suite 355
San Francisco, CA  94111
Telephone: 415-788-8200
jbenson@taylorpatchen.com

Dated: May 8, 2017                                    TAYLOR & PATCHEN, LLP


By:   */s/ Stephen E. Taylor*
          Stephen E. Taylor
Attorneys for Plaintiff APPLE, INC.