1 | STEPHEN E. TAYLOR (SBN 58452)
STEPHEN MCG. BUNDY (SBN 253017)
2 | JOSHUA R. BENSON (SBN 269111)
TAYLOR & PATCHEN, LLP
3 | One Ferry Building, Suite 355
San Francisco, California  94111
4 | Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
5 | E-mail: staylor@taylorpatchen.com
Email: sbundy@taylorpatchen.com
6 | Email: jbenson@taylorpatchen.com

Attorneys for Plaintiff
APPLE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., | Case No.: 5:11-CV-01846-LHK |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Honorable Lucy H. Koh |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Stephen E. Taylor, Stephen McG. Bundy, and Joshua R. Benson of Taylor & Patchen, LLP, hereby withdraw their appearance as counsel of record for Plaintiff Apple, Inc. and request termination of all CM/ECF notices to them in this matter.

Dated: May 8, 2017          Respectfully submitted,

TAYLOR & PATCHEN, LLP

By:     */s/ Stephen E. Taylor*
           Stephen E. Taylor
Attorneys for Plaintiff APPLE, INC.