1  STEPHEN E. TAYLOR (SBN 58452)
   STEPHEN MCG. BUNDY (SBN 253017)
2  JOSHUA R. BENSON (SBN 269111)
   TAYLOR & PATCHEN, LLP
3  One Ferry Building, Suite 355
   San Francisco, California  94111
4  Telephone:  (415) 788-8200
   Facsimile:   (415) 788-8208
5  E-mail: staylor@taylorpatchen.com
   Email: sbundy@taylorpatchen.com
6  Email: jbenson@taylorpatchen.com

7  Attorneys for Plaintiff
   APPLE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| APPLE, INC., | Case No.: 5:11-CV-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER GRANTING WITHDRAWAL OF COUNSEL |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Honorable Lucy H. Koh |
| Defendants. | |

**TAYLOR & PATCHEN, LLP**

Having complied with Civil Local Rule 11-5(a) of this Court, and good cause appearing therefor,

IT IS HEREBY ORDERED that attorneys Stephen E. Taylor, Stephen McG. Bundy, and Joshua R. Benson of Taylor & Patchen, LLP, counsel for Plaintiff Apple, Inc. ("Plaintiff") in the above-captioned action, may withdraw, and hereby are withdrawn, as counsel for Plaintiff in this action.

**SO ORDERED.**

DATED: May 11, 2017

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE