```
 1  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
 2  John B. Quinn (Bar No. 90378)
    johnquinn@quinnemanuel.com
 3  William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
 4  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
 5  865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
 6  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
 7
    Kathleen M. Sullivan (Bar No. 242261)
 8  kathleensullivan@quinnemanuel.com
    Kevin P.B. Johnson (Bar No. 177129)
 9  kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
10  victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
11  Redwood Shores, California 94065-2139
    Telephone:  (650) 801-5000
12  Facsimile:  (650) 801-5100

13  Attorneys for SAMSUNG ELECTRONICS
    CO., LTD., SAMSUNG ELECTRONICS
14  AMERICA, INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF BRETT ARNOLD IN SUPPORT OF SAMSUNG'S OPPOSITION BRIEF IN RESPONSE TO THE COURT'S APRIL 4, 2017 ORDER** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Brett Arnold, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the transcript of the hearing held in this case on July 27, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2017, at Davis, California.

                                                      */s/ Brett Arnold*
                                                      Brett Arnold

**Local Rule 5-1(i)(3) Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being utilized for the filing of this document. I attest that Brett Arnold has consented in the filing of this declaration.

Executed on May 12, 2017 at Redwood Shores, CA.

By *_/s/ Victoria F. Maroulis_*
Victoria F. Maroulis