COOLEY LLP
BENJAMIN G. DAMSTEDT (230311)
(bdamstedt@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:    (650) 843-5000
Facsimile:     (650) 849-7400

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>        Defendant. | Case No.  5:11-cv-01846-LHK<br><br>APPLE INC.'S NOTICE OF WITHDRAWAL OF COUNSEL |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Timothy S. Teter, Benjamin G. Damstedt and Jesse L. Dyer of Cooley LLP, hereby withdraw their appearance as counsel of record for Plaintiff Apple, Inc. and request termination of all CM/ECF notices to them in this matter.

| | | |
|---|---|---|
| 1 | Dated: May 17, 2017 | COOLEY LLP |
| 2 | | |
| 3 | | /s/ Benjamin G. Damstedt |
| 4 | | Benjamin G. Damstedt (230311)<br>(bdamstedt@cooley.com)<br>3175 Hanover Street |
| 5 | | Palo Alto, CA  94304<br>Telephone:    (650) 843-5000 |
| 6 | | Facsimile:    (650) 849-7400 |
| 7 | | Attorneys for Plaintiff<br>APPLE INC. |

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed in compliance with Civil Local Rule 5.4, and will be served on all counsel for parties who have consented to electronic service in accordance with Civil Local Rule 5.4 via the Court's ECF system.  Any other counsel of record will be served by electronic mail.

/s/ Benjamin G. Damstedt
Benjamin G. Damstedt

145723026 v1