UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendant. | Case No. 5:11-cv-01846-LHK <br><br> [PROPOSED] ORDER GRANTING APPLE INC.'S NOTICE OF WITHDRAWAL OF COUNSEL |

Having complied with Civil Local Rule 11-5(a) of this Court, and good cause appearing therefor,

IT IS HEREBY ORDERED that attorneys Timothy S. Teter, Benjamin G. Damstedt and Jesse L. Dyer of Cooley LLP, counsel for Plaintiff Apple, Inc. ("Plaintiff") in the above-captioned action, may withdraw, and hereby are withdrawn, as counsel for Plaintiff in this action.

SO ORDERED.

Dated: _____    _____
Honorable Lucy H. Koh
United States District Court Judge