United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>      Defendants. | Case No. 11-CV-01846-LHK<br><br>**ORDER RE: ADDITIONAL BRIEFING ON SUFFICIENCY OF THE RECORD** |

On April 4, 2017, the Court ordered briefing on whether Samsung had waived arguments regarding the article of manufacture. ECF No. 3487. In the parties' briefing, the parties discussed at length whether the evidence at trial was sufficient to instruct the jury on proposed instruction 42.1. ECF No. 1694 at 140. However, in Apple's opposition brief, Apple contends that such a discussion was outside the scope of the instant briefing, and wishes to discuss the issue more fully. *See* ECF No. 3497 at 11. Although the Court believes the parties have briefed this issue in full, out of an abundance of caution, the Court orders the parties to provide supplemental briefs of 5 pages each by Monday, June 26, 2017 at 5:00 p.m. on the issue of whether the trial record contains sufficient evidence to support the introduction of proposed jury instruction 42.1.

**IT IS SO ORDERED.**

1
Case No. 11-CV-01846-LHK
ORDER RE: ADDITIONAL BRIEFING ON SUFFICIENCY OF THE RECORD

Dated: June 22, 2017

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2
Case No. 11-CV-01846-LHK
ORDER RE: ADDITIONAL BRIEFING ON SUFFICIENCY OF THE RECORD