UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>          Defendants. | Case No. 11-CV-01846-LHK<br><br>**ORDER CLARIFYING JUNE 22, 2017 ORDER**<br><br>Re: Dkt. No. 3501 |

On June 22, 2017, the Court ordered additional briefing on the sufficiency of the record as it relates to jury instruction 42.1. ECF No. 3501. To clarify, the Court's forthcoming order on the parties' April 21, 2017 and May 12, 2017 briefing will address whether a new trial is warranted on design patent damages in the instant case. The supplemental briefing ordered for Monday, June 26, 2017 is the parties' opportunity to provide legal authority and record citations in support of or in opposition to the grant of a new trial to the extent the issue has not been fully addressed in the 70 pages of briefing already filed by the parties. Accordingly, the Monday, June 26, 2017 briefing may address issues in addition to jury instruction 42.1, if necessary.

1

Case No. 11-CV-01846-LHK
ORDER CLARIFYING JUNE 22, 2017 ORDER

**IT IS SO ORDERED.**

Dated: June 23, 2017

_____
LUCY H. KOH
United States District Judge