[COUNSEL LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Hearing:**<br><br>Date:　　July 12, 2017<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 8, 4th Floor<br>Judge:　　Hon. Lucy H. Koh |

Pursuant to this Court's Civil Local Rule 16-10(d) and this Court's Orders (Dkts. 3487, 3493), the parties submit this Joint Case Management Statement in connection with the Case Management Conference scheduled for July 12, 2017.

## I. Updates Since Last Case Management Statement

The parties expect to submit proposed schedules for the remainder of the case, and any additional information the Court may request, after receiving the Court's forthcoming order. *See* Dkt. 3502 at 1 ("[T]he Court's forthcoming order on the parties' April 21, 2017 and May 12, 2017 briefing will address whether a new trial is warranted on design patent damages in the instant case.").

On April 14, 2017, Apple reported to the Court that the Federal Circuit affirmed the PTAB's rejection of claim 8 of the `915 patent—the only claim of that patent asserted in this case. *See* Dkt. 3489. On June 16, 2017, the Federal Circuit denied Apple's rehearing petition in that appeal, and the mandate issued on June 23, 2017.

Samsung is analyzing the implications of these developments (including Apple's statement that it will not seek damages for the '915 patent in the stayed retrial, disclosed to Samsung for the first time today) on this case and whether motion practice regarding the `915 patent may be necessary in light of these developments.

It is Apple's position that no additional motion practice is necessary at this time. No claims of the '915 patent have been finally canceled, and the time for Apple to petition for certiorari has not passed. In order to streamline proceedings and avoid any potential inefficiency, Apple will not seek damages for the '915 patent in the stayed retrial.

## II. Settlement and ADR

The parties do not have any new progress to report regarding mediation or settlement.

Dated: July 5, 2017

By: /s/ *Mark D. Selwyn*                                    By: /s/ *Victoria F. Maroulis*

| | |
|---|---|
| Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS, AMERICA, LLC |
| William F. Lee (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 | QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br><br>John B. Quinn (Bar No. 90378)<br>johnquinn@quinnemanuel.com<br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com |
| Mark D. Selwyn (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 | Michael T. Zeller (Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| Rachel Krevans (CA SBN 116421)<br>rkrevans@mofo.com<br>Erik J. Olson (CA SBN 175815)<br>ejolson@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | Kathleen M. Sullivan (Bar No. 242261)<br>kathleensullivan@quinnemanuel.com<br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 5, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mark D. Selwyn*
Mark D. Selwyn