1 [COUNSEL LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 11-cv-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Hearing:** |
| Defendants. | Date:   August 2, 2017<br>Time:   2:00 p.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

Pursuant to this Court's Order (Dkt. 3509), the parties submit this Joint Case Management Statement in connection with the Case Management Conference scheduled for August 2, 2017.

## I. Proposed Briefing Schedule

The parties propose the following schedule for briefing the issues identified in the Court's Order (Dkt. 3509):

| Event | Date |
| --- | --- |
| Cross Opening Briefs (25 pages) | September 8, 2017 |
| Cross Opposition Briefs (20 pages) | September 29, 2017 |
| Hearing | October 19, 2017, or at the Court's convenience |

## II. Proposed Schedules for Remainder of the Case

If the Court determines that a new trial is necessary on the awarded design patent damages, the parties propose the following timing:

| Event | Timing |
| --- | --- |
| Close of Fact Discovery | 60 days after Order re: remaining issues |
| Opening Expert Reports | 28 days after close of fact discovery, or 42 days after Order re: remaining issues if no fact discovery |
| Rebuttal Expert Reports | 28 days after opening reports |
| Close of Expert Discovery | 14 days after rebuttal reports |
| Parties to identify trial witnesses | 7 days after expert discovery deadline |
| Parties to identify rebuttal trial witnesses | 10 days after expert discovery deadline |
| Opening Briefs re: Dispositive Motions, *Daubert* Motions, and Motions to Strike | 14 days after close of expert discovery |
| Responsive Briefs re: Dispositive Motions, *Daubert* Motions, and Motions to Strike | 14 days after opening briefs |
| Reply Briefs re: Dispositive Motions, *Daubert* Motions, and Motions to Strike | 7 days after responsive briefs |
| Hearing re: Dispositive Motions, *Daubert* Motions, and Motions to Strike | 14 days after reply briefs |
| Meeting and exchange of pretrial disclosures | 7 days after hearing re: motions to strike |

| | |
|---|---|
| File Joint Pretrial Statement and Order, motions *in limine*, deposition designations | 7 days after meeting and exchange |
| File responses to motions *in limine*, objections and counters to deposition designations | 4 days after filing of joint pretrial statement |
| File jury materials and lodge exhibits | 3 days after filing of responses to motions *in limine*, etc. |
| Pre-Trial Conference | 7 days after filing of jury materials (or at the Court's convenience) |
| Trial | At the Court's earliest convenience |
| Opening Briefs re: Post-Trial Motions | 21 days post-verdict |
| Opposition Briefs re: Post-Trial Motions | 14 days |
| Reply Briefs re: Post-Trial Motions | 7 days |
| Hearing on Post-Trial Motions | 14 days (or at the Court's convenience) |

## III. Updates Since Last Statement

Samsung intends to seek judgment on Apple's claim for infringement of the '915 patent. Apple has asserted that motion practice regarding the '915 patent is not yet ripe. *See* Dkt. 3506 at 1. In an effort to avoid unnecessary disputes, the parties are prepared to confer further regarding Samsung's intended motion and a schedule, but the parties have not reached agreement at this time.

## IV. Settlement and ADR

The parties do not have any new progress to report regarding mediation or settlement.

Dated: August 1, 2017

| | |
|---|---|
| By: /s/ *Mark D. Selwyn* | By: /s/ *Victoria F. Maroulis* |
| Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS, AMERICA, LLC |
| William F. Lee (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>Mark D. Selwyn (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100<br><br>Erik J. Olson (CA SBN 175815)<br>ejolson@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | QUINN EMANUEL URQUHART & SULLIVAN LLP<br><br>John B. Quinn (Bar No. 90378)<br>johnquinn@quinnemanuel.com<br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Kathleen M. Sullivan (Bar No. 242261)<br>kathleensullivan@quinnemanuel.com<br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 1, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mark D. Selwyn*
Mark D. Selwyn