1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

| | |
|---|---|
| 12  APPLE INC., | Case No. 11-CV-01846-LHK |
| 13           Plaintiff, | **CASE MANAGEMENT ORDER** |
| 14        v. | |
| 15  SAMSUNG ELECTRONICS CO. LTD., et al., | |
| 16 | |
| 17           Defendants. | |

Plaintiff's Attorneys: William Lee, Mark Selwyn, Erik Olson, Sarah Frazier, and Nathan Sabri
Defendants' Attorneys: John Quinn, Kathleen Sullivan, William Adams, Carl Anderson, and Brett Arnold

An initial case management conference was held on August 2, 2017. A further case management conference is set for November 8, 2017, at 2:00 p.m. The parties shall file their joint case management statement by November 1, 2017.

The schedule below anticipates a new trial based on the United States Supreme Court's article of manufacture holding. However, after the Federal Circuit's ruling on Apple's trade dresses, this Court had scheduled a trial regarding the design and utility patent damages for Samsung's Fascinate, Galaxy S4G, Galaxy S Showcase, Mesmerize, and Vibrant for March 28, 2016. Because the United States Supreme Court partly granted a petition for certiorari on March 21, 2016, this Court stayed the case including the March 28, 2016 trial, on March 22, 2016. If this Court determines that a new trial is not warranted based on the United States Supreme Court's article of manufacture holding, the parties agree that the Court will still need to conduct the trial that was stayed in March 2016. The parties further agree that no discovery is necessary for that

28

1

United States District Court
Northern District of California

trial, and thus the schedule below could be expedited.

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Briefing on New Trial for Design Patent Damages | **Cross-Opening Briefs**: September 8, 2017 (25 pages)<br>**Cross-Opposition Briefs**: September 28, 2017 (20 pages) |
| Hearing on New Trial for Design Patent Damages | October 12, 2017, at 1:30 p.m. |
| Close of Fact Discovery and Disclosure of Experts | January 15, 2018 |
| Opening Expert Reports | February 2, 2018 |
| Rebuttal Expert Reports | February 16, 2018 |
| Close of Expert Discovery | February 27, 2018 |
| Dispositive Motions, *Daubert* Motions, and Motions to Strike | **Openings:** March 9, 2018<br>**Responses:** March 16, 2018<br>**Replies:** March 21, 2018 |
| Hearing on Dispositive Motions, *Daubert* Motions, and Motions to Strike | April 12, 2018, at 1:30 p.m. |
| Final Pretrial Conference | May 17, 2018, at 1:30 p.m. |
| Jury Trial | June 1, 4, 5, 6, 7, 2018, at 9:00 a.m. |
| Length of Trial | 5 days |
| Post-Trial Motions | **Openings:** 10 days after verdict<br>**Responses:** 10 days after openings<br>**Replies:** 5 days after responses |

**IT IS SO ORDERED.**

Dated: August 3, 2017

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 11-CV-01846-LHK
CASE MANAGEMENT ORDER