UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>    Defendants. | Case No. 11-CV-01846-LHK<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: Dkt. Nos. 3490 |

On April 21, 2017, Apple filed an Administrative Motion to File Under Seal an exhibit in support of Apple's opening brief regarding the issue of waiver.  ECF No. 3490.  Apple represented that "Apple does not maintain a claim of confidentiality with respect to the Exhibit."  ECF No. 3490-1 ¶ 5.  However, Apple stated that Samsung may claim that the exhibit is confidential and should be filed under seal.  *Id.* ¶¶ 3–4.  On April 25, 2017, Samsung filed a notice in which Samsung stated that Samsung "do[es] not maintain a claim of confidentiality over the document."  ECF No. 3492.  Accordingly, Apple's Administrative Motion to file Under Seal is DENIED.

**IT IS SO ORDERED.**

Dated: August 8, 2017

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No. 11-CV-01846-LHK
ORDER DENYING ADMINISTRATIVE MOTION TO SEAL