ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF WITHDRAWAL OF ANDREW E. MONACH AS COUNSEL** |

1  TO THE CLERK OF THE COURT, ALL PARTIES AND ALL COUNSEL OF RECORD:

2       PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a), the undersigned
3  requests that Andrew E. Monach, of Morrison & Foerster LLP, be withdrawn as counsel of record
4  for Plaintiff Apple Inc. due to his retirement from Morrison & Foerster.  Other counsel of record
5  will continue to represent Apple.  As such, withdrawal of Mr. Monach will cause no prejudice to
6  any party.

8  Dated:  August 10, 2017                    MORRISON & FOERSTER LLP

10                                               By:  */s/ Nathan B. Sabri*
11                                                    NATHAN B. SABRI

12                                                    Attorney for Plaintiff
                                                   APPLE INC.