1  ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
2  NATHAN B. SABRI (CA SBN 252216)
   nsabri@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:  (415) 268-7522

6

7  Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING WITHDRAWAL OF RACHEL KREVANS AS COUNSEL OF RECORD** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Upon consideration of the request to withdraw Rachel Krevans as counsel of record for plaintiff and counterclaim-defendants Apple Inc., IT IS HEREBY ORDERED that the request is GRANTED.

IT IS SO ORDERED.

Dated: August 15, 2017

By: *Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge