1  ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
2  NATHAN B. SABRI (CA SBN 252216)
   nsabri@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522

6

7  Attorneys for Plaintiff and
   Counterclaim-Defendant APPLE INC.

   WILLIAM F. LEE
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   60 State Street
   Boston, MA 02109
   Telephone: (617) 526-6000
   Facsimile: (617) 526-5000

   MARK D. SELWYN (SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone: (650) 858-6000
   Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING WITHDRAWAL OF ANDREW E. MONACH AS COUNSEL OF RECORD** |

1  Upon consideration of the request to withdraw Andrew E. Monach as counsel of record
2  for plaintiff and counterclaim-defendants Apple Inc., IT IS HEREBY ORDERED that the request
3  is GRANTED.
4  IT IS SO ORDERED.

6  Dated: August 15, 2017         By: *Lucy H. Koh*
7                                      The Honorable Lucy H. Koh
                                       United States District Judge