UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>　　　　　　Defendants. | Case No. 11-CV-01846-LHK<br><br>**ORDER RE: CASE MANAGEMENT CONFERENCE** |
|---|---|

On October 22, 2017, the Court issued an order requiring a new trial on design patent damages. ECF No. 3530. The October 25, 2017 Case Management Conference remains as set at 1:30 p.m. By 11 a.m. on October 25, 2017, the parties shall file a Joint Case Management Statement advancing the case schedule and trial date.

**IT IS SO ORDERED.**

Dated: October 22, 2017

　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1
Case No. 11-CV-01846-LHK
ORDER RE: CASE MANAGEMENT CONFERENCE