UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>    Defendants. | Case No. 11-CV-01846-LHK<br><br>**CASE MANAGEMENT ORDER** |
|---|---|

Plaintiff's Attorneys: William Lee, Mark Selwyn, Lauren Fletcher, Erik Olson
Defendant's Attorneys: Victoria Maroulis, William Price, Brett Arnold, Carl Anderson, Dylan Proctor

A further case management conference was held on October 25, 2017. A further case management conference is set for November 30, 2017, at 1:30 p.m. The parties shall file their joint case management statement by November 21, 2017.

The Court amended the case schedule as follows:

| Scheduled Event | Date |
|---|---|
| Further Case Management Conference | November 30, 2017 at 1:30 p.m. |
| Close of Fact Discovery and Disclosure of Experts | December 15, 2017 |
| Opening Expert Reports | January 15, 2018 |

| | |
|---|---|
| Rebuttal Expert Reports | January 29, 2018 |
| Reply Expert Reports | February 8, 2018 |
| Close of Expert Discovery | February 16, 2018 |
| Last Day to File Dispositive Motions and *Daubert* Motions<br><br>Each side is limited to one dispositive motion. Dispositive motion page limits are: motions, 10 pages; oppositions, 10 pages; replies, 5 pages.<br><br>Each side is limited to two *Daubert* motions of no more than three pages per motion. | **Opening:** February 23, 2018<br>**Responsive:** March 9, 2018<br>**Replies:** March 16, 2018 |
| Hearing on Dispositive Motions, *Daubert* Motions | March 29, 2018, at 1:30 p.m. |
| Final Pretrial Conference<br><br>Each side is limited to five motions in limine of no more than three pages per motion. | May 3, 2018, at 1:30 p.m. |
| Jury Trial | May 14, 15, 16, 17, 18, 2018, at 9:00 a.m. |
| Length of Trial | 5 days |
| Post-Trial Motions<br><br>Each side is limited to one post-trial motion. The page limits in the Civil Local Rules shall govern the motions. | **Opening:** 14 days after verdict<br>**Opposition:** 14 days after openings<br>**Reply:** 7 days after oppositions |

**IT IS SO ORDERED.**

Dated: October 25, 2017

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No. 11-CV-01846-LHK
CASE MANAGEMENT ORDER