UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD., et al., <br><br> Defendants. | Case No. 11-CV-01846-LHK <br><br> **CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: William Lee, Mark Selwyn, Lauren Fletcher, Erik Olson, Sarah Frazier, Nathaniel Sabri

Defendants' Attorneys: Victoria Maroulis, Brett Arnold, Carl Anderson, Dylan Proctor

  A case management conference was held on November 30, 2017. A further case management conference is set for March 29, 2018, at 1:30 p.m. The parties shall file their joint case management statement by March 22, 2018.

  The Court ruled that the parties' damages experts are to remain the same as in the previous trial (Ms. Davis for Apple and Mr. Wagner for Samsung). In addition, the parties may each call two expert witnesses to identify the relevant article of manufacture. These article of manufacture expert witnesses need not have previously testified or been disclosed. The deadline for both parties to disclose their expert witnesses remains December 15, 2017, as previously set. *See* ECF No. 3536.

  The Court extended the fact discovery cutoff to December 21, 2017. The case schedule otherwise remains as set. It is reproduced below for convenience.

1

Case No. 11-CV-01846-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
|---|---|
| Disclosure of Experts | December 15, 2017 |
| Close of Fact Discovery | December 21, 2017 |
| Opening Expert Reports | January 15, 2018 |
| Rebuttal Expert Reports | January 29, 2018 |
| Reply Expert Reports | February 8, 2018 |
| Close of Expert Discovery | February 16, 2018 |
| Last Day to File Dispositive Motions and *Daubert* Motions<br><br>Each side is limited to one dispositive motion. Dispositive motion page limits are: motions, 10 pages; oppositions, 10 pages; replies, 5 pages.<br><br>Each side is limited to two *Daubert* motions of no more than three pages per motion. | **Opening:** February 23, 2018<br>**Responsive:** March 9, 2018<br>**Reply:** March 16, 2018 |
| Hearing on Dispositive Motions, *Daubert* Motions, and Further CMC | March 29, 2018 at 1:30 p.m. |
| Final Pretrial Conference<br>Each side is limited to five motions in limine of no more than three pages per motion. | May 3, 2018 at 1:30 p.m. |
| Jury Trial | May 14, 15, 16, 17, 18, 2018 at 9:00 a.m. |
| Length of Trial | 5 days |
| Post-Trial Motions<br>Each side is limited to one post-trial motion. The page limits in the Civil Local Rules shall govern the motions. | **Opening:** 14 days after verdict<br>**Opposition:** 14 days after openings<br>**Reply:** 7 days after oppositions |

**IT IS SO ORDERED.**

Dated: November 30, 2017

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge

2

Case No. 11-CV-01846-LHK
CASE MANAGEMENT ORDER