| | |
|---|---|
| ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>NATHAN B. SABRI (CA SBN 252216)<br>nsabri@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF WITHDRAWAL OF RUTH N. BORENSTEIN AS COUNSEL** |

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 11-cv-01846-LHK
la-1367438

1  TO THE CLERK OF THE COURT, ALL PARTIES AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a), the undersigned
3  requests that Ruth N. Borenstein, of Morrison & Foerster LLP, be withdrawn as counsel of record
4  for Plaintiff Apple Inc.  Other counsel of record will continue to represent Apple.  As such,
5  withdrawal of Ms. Borenstein will cause no prejudice to any party.

7  Dated:  December 6, 2017            MORRISON & FOERSTER LLP

9                                      By:  /s/ Nathan B. Sabri
10                                          NATHAN B. SABRI

11                                          Attorney for Plaintiff
                                            APPLE INC.

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 11-cv-01846-LHK                                                    1
la-1367438