Daryl M. Crone (Bar No. 209610)
  daryl@cronehawxhurst.com
CRONE HAWXHURST LLP
11111 Santa Monica Blvd., Suite 620
Los Angeles, California 90025
Telephone:   (310) 893-5150
Facsimile:    (310) 893-5195

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC., and
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.: 11-cv-01846-LHK (PSG) |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF DARYL M. CRONE FOR DEFENDANTS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a), the undersigned requests that Daryl Crone, of Crone Hawxhurst LLP, be withdrawn as counsel of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Defendants").  Other counsel of record will continue to represent Defendants.  As such, withdrawal of Mr. Crone will cause no prejudice to any party.

DATED:  December 8, 2017        CRONE HAWXHURST LLP

By    /s/ Daryl M. Crone
   Daryl M. Crone
   Attorneys for Defendants SAMSUNG
   ELECTRONICS CO., LTD., SAMSUNG
   ELECTRONICS AMERICA, INC., and
   SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC

CRONE HAWXHURST LLP
11111 sANTA mONICA BOULEVARD, SUITE 620
LOS ANGELES, CALIFORNIA 90025
Tel: (310) 893-5150 • Fax: (310) 893-5195

- 1 -
NOTICE OF WITHDRAWAL                              Case No.: 11-cv-01846-LHK (PSG)