1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No.: 11-cv-01846-LHK (PSG) |
| Plaintiff, | **[PROPOSED]** ORDER GRANTING WITHDRAWAL OF DARYL M. CRONE FOR DEFENDANTS |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

ORDER RE:   WITHDRAWAL                                                                                        Case No.: 11-cv-01846-LHK (PSG)

1  Upon the consideration of the request to withdraw Daryl M. Crone of Crone Hawxhurst
2  LLP as counsel of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics
3  America, Inc., and Samsung Telecommunications America, LLC (collectively, "Defendants"), IT
4  IS HEREBY ORDERED that the request is GRANTED.
5      IT IS SO ORDERED.
6
7  DATED: 12/14/17

*Lucy H. Koh*

THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

- 1 -

ORDER RE: WITHDRAWAL                                   Case No.: 11-cv-01846-LHK (PSG)