1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  John B. Quinn (Bar No. 90378)
   johnquinn@quinnemanuel.com
3  William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
4  Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
5  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
6  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
7
   Kathleen M. Sullivan (Bar No. 242261)
8  kathleensullivan@quinnemanuel.com
   Kevin P.B. Johnson (Bar No. 177129)
9  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
10 victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
11 Redwood Shores, California 94065-2139
   Telephone:  (650) 801-5000
12 Facsimile:  (650) 801-5100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and
14 Samsung Telecommunications America, LLC

15

16                        UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
19 |             Plaintiff,                | **SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S MOTION TO COMPEL**
20 |       vs.                             |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
22 |                                       |
23 |                                       |
24 |             Defendants.                |
25

26

27

28

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby bring this administrative motion for an order to seal certain information filed in connection with Samsung's Motion to Compel.

**RELIEF REQUESTED**

Samsung requests an order granting Samsung's motion to file under seal the following document:

| Document | Portions to be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Declaration of Sara Jenkins in Support of Motion to Compel | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Apple claims are confidential. | Apple |
| Exhibit J to the Declaration of Sara Jenkins in Support of Motion to Compel | Entire document | Apple |
| Exhibit L to the Declaration of Sara Jenkins in Support of Motion to Compel | Entire document | Apple |

**I.   THE "GOOD CAUSE" STANDARD APPLIES**

Samsung's Motion to Compel is non-dispositive and only seeks to compel the production of documents in discovery. Therefore, documents submitted in connection with Samsung's Motion to Compel may be sealed upon a showing of "good cause." *Apple Inc. v. Samsung Elecs. Co., Ltd.*, 727 F.3d 1214, 1222 (Fed. Cir. 2013); *see also Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

**II.   GOOD CAUSE EXISTS TO PERMIT FILING UNDER SEAL**

Samsung moves to seal information designated highly confidential by Apple. Pursuant to Civil L.R. 7-11, Samsung's counsel met and conferred with Apple's counsel regarding this motion to seal. Apple does not oppose Samsung's Administrative Motion to File Documents Under Seal

as a procedural mechanism for requesting that portions of Samsung's Motion to Compel be placed under seal. Apple reserves the right to challenge any proposed redactions to the extent it believes those redactions improperly seal non-confidential information. Within seven days of Apple or any third party filing declarations in support of sealing, if any, the parties will prepare and Samsung will file a final consolidated and conformed copy of the opposition identifying what information parties have supported sealing in their declarations.

## **CONCLUSION**

For the foregoing reasons, Samsung respectfully requests that the Court grant this Administrative Motion to File Under Seal.

DATED: December 28, 2017          QUINN EMANUEL URQUHART & SULLIVAN, LLP

　　　　　　　　　　　　　　　　　　　　　*/s/ Victoria F. Maroulis*
　　　　　　　　　　　　　　　　　　　　　John B. Quinn
　　　　　　　　　　　　　　　　　　　　　Kathleen M. Sullivan
　　　　　　　　　　　　　　　　　　　　　William C. Price
　　　　　　　　　　　　　　　　　　　　　Michael T. Zeller
　　　　　　　　　　　　　　　　　　　　　Kevin P.B. Johnson
　　　　　　　　　　　　　　　　　　　　　Victoria F. Maroulis

　　　　　　　　　　　　　　　　　　　　　Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC