| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | John B. Quinn (Bar No. 90378) johnquinn@quinnemanuel.com |
| 3 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 4 | Michael T. Zeller (Bar No. 196417) michaelzeller@quinnemanuel.com |
| 5 | 865 S. Figueroa St., 10th Floor Los Angeles, California 90017 |
| 6 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |
| 7 | |
| 8 | Kathleen M. Sullivan (Bar No. 242261) kathleensullivan@quinnemanuel.com |
| 9 | Kevin P.B. Johnson (Bar No. 177129) kevinjohnson@quinnemanuel.com |
| 10 | Victoria F. Maroulis (Bar No. 202603) victoriamaroulis@quinnemanuel.com |
| 11 | 555 Twin Dolphin Drive, 5th Floor Redwood Shores, California 94065-2139 |
| 12 | Telephone:  (650) 801-5000 Facsimile:  (650) 801-5100 |
| 13 | Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and |
| 14 | Samsung Telecommunications America, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF MARK GRAY IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S MOTION TO COMPEL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Case No. 11-cv-01846-LHK
GRAY DECL. ISO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1    I, Mark Gray, declare:

2    1.   I am a member of the State Bar of California, admitted to practice before this
3 Court, and an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for
4 Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
5 Telecommunications America, LLC (collectively, "Samsung").  I make this declaration of
6 personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as
7 set forth below.

8    2.   Pursuant to Local Rules 7-11 and 79-5, I make this declaration in support of
9 Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Motions
10 to Compel.

11   3.   The following chart indicates the documents that Samsung seeks to seal:

| Document | Portions to be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Declaration of Sara Jenkins in Support of Motion to Compel | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Apple claims are confidential. | Apple |
| Exhibit J to the Declaration of Sara Jenkins in Support of Motion to Compel | Entire document | Apple |
| Exhibit L to the Declaration of Sara Jenkins in Support of Motion to Compel | Entire document | Apple |

22   4.   The documents listed in the chart above references to deposition testimony that has
23 been be designated as highly confidential by Apple.  Samsung expects that Apple will file a
24 declaration identifying the portions of the documents it considers confidential.

25   5.   For the foregoing reasons, Samsung requests that Samsung's Administrative
26 Motion to File Under Seal be granted as to the documents and information specified above.

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed on
2  December 28, 2017, at Redwood City, California.
3  Dated:   December 28, 2017                                              QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Mark Gray*
          Mark Gray

Attorney for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

**ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration.  In compliance with Civil Local Rules 5-1(i), I hereby attest that Mark Gray has concurred in this filing.

Dated:  December 28, 2017

*/s/ Victoria Maroulis*
Victoria Maroulis

-3-    Case No. 11-CV-1846-LHK
GRAY DECL. ISO SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL