# Exhibit E

ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO SAMSUNG'S FIRST SET OF INTERROGATORIES REGARDING ARTICLE OF MANUFACTURE** |

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33, Apple Inc. ("Apple") hereby provides its Second Supplemental Responses to the First Set of Interrogatories Regarding Article of Manufacture served by Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC (collectively, "Samsung").  These responses are based on information reasonably available to Apple at the present time.  Apple reserves the right to amend and supplement these responses when and if additional information becomes available.

<u>**GENERAL OBJECTIONS**</u>

The General Objections set forth in Apple's Objections and Responses to Samsung's First Set of Interrogatories, served November 29, 2017 are incorporated herein by reference.

<u>**SPECIFIC RESPONSES AND OBJECTIONS**</u>

Subject to the foregoing qualifications and General Objections and the specific objections made below, Apple objects and responds to Samsung's First Set of Interrogatories Regarding Article of Manufacture as follows.

<u>**INTERROGATORY NO. 1:**</u>

Specifically for each Apple Design Patent In Suit and each Accused Phone, Identify each Article of Manufacture to which You contend Samsung has applied a patented design and explain the factual and legal bases for that contention. Your response to this Interrogatory should include and Identify (i) any alternative Article(s) of Manufacture that you may identify for the jury for any Accused Product; (ii) the people currently at Apple with knowledge relevant to this Interrogatory; and (iii) all Documents relevant to this Interrogatory.

- 2 -
Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

1   **RESPONSE TO NO. 1:**

2          Apple objects on the grounds that this interrogatory is compound.  Apple further objects

3   that this interrogatory is overbroad, particularly with respect to the request for "all Documents

4   relevant to this Interrogatory," and seeks information that is not relevant to the claims or

5   defenses of any party and is not proportional to the needs of the case.  Apple objects that this

6   interrogatory is premature to the extent that it: (a) conflicts with the schedule entered by the

7   Court; (b) conflicts with the obligations imposed by the Federal Rules of Civil Procedure, the

8   Civil Local Rules and/or the Patent Local Rules of this Court, and/or any other applicable rule;

9   and (c) seeks information and/or responses that are dependent on depositions and documents that

10  have not been taken or produced.  Apple further objects to this interrogatory to the extent it seeks

11  information that: (i) requires the disclosure of information, documents, and things protected from

12  disclosure by the attorney-client privilege, work product doctrine, common interest doctrine,

13  joint defense privilege, or any other applicable privilege, doctrine, or immunity; (ii) would

14  require Apple to draw a legal conclusion to respond; (iii) is outside of Apple's possession,

15  custody, or control; or (iv) can be obtained as easily by Samsung, is already in Samsung's

16  possession, or is publicly available.

17         Subject to and without waiving the foregoing general and specific objections, Apple

18  responds as follows:

19         The articles of manufacture to which Samsung applied the D'677 patent are the Samsung

20  phones adjudicated to infringe the D'677 Patent according to the August 24, 2012 Amended Jury

21  Verdict in this case (Dkt. 1931).  The articles of manufacture to which Samsung applied the

22  D'087 Patent are the Samsung phones adjudicated to infringe the D'087 Patent according to the

23  August 24, 2012 Amended Jury Verdict in this case (Dkt. 1931).  The articles of manufacture to

24  which Samsung applied the D'305 Patent are the Samsung phones adjudicated to infringe the

25  D'305 Patent according to the August 24, 2012 Amended Jury Verdict in this case (Dkt. 1931).

26

27

28

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

As demonstrated by the jury's infringement verdict, Samsung applied Apple's patented designs to the Samsung phones adjudicated to infringe the D'677 Patent, D'087 Patent, and D'305 Patent according to the August 24, 2012 Amended Jury Verdict in this case (Dkt. 1931) (the "Infringing Phones") for the purpose of sale.  The Infringing Phones, in their entirety, are the things that may most fairly be said to embody Samsung's appropriation of Apple's patented designs.  Apple's identification of the Infringing Phones as the articles of manufacture is further supported by the four factors set forth in the Court's October 22, 2017 Order (Dkt. 3530).

**First,** the D'677, D'087, and D'305 Patents, including the scope of the designs claimed therein, support that the articles of manufacture are the Infringing Phones.  Both the D'677 and D'087 Patents are titled "Electronic Device," and both claim "[t]he ornamental design of an electronic device" and not any component or part thereof.  The D'677 Patent specifically identifies a "phone" as an exemplary article of manufacture to which the patented designs are applied, and the figures in both the D'677 and D'087 Patents depict a phone.  Nothing in the D'677, D'087, and D'305 Patents provides any limitation on the articles of manufacture to which the designs may be applied.

The Court's claim construction supports this article of manufacture.  The Court held that the D'087 Patent "claims the ornamental design of an *electronic device* … [T]he D'087 Patent claims the front face, a 'bezel encircling the front face of the patented design [that] extends from the front of the phone to its sides,' and a flat contour of the front face, but does not claim the rest of the *article of manufacture*" and that the D'677 Patent similarly claims "the ornamental design of an *electronic device*."  Dkt. 1447 (emphasis added).

**Second,** the patented designs are prominent in the Infringing Phones as a whole.  The patented designs, which claim features related to the shape, relative dimensions, rounded corners, end-to-end front face, bezel, and grid of colorful icons, were prominent aspects of the Infringing Phones' overall design and contributed to the ultimate look and feel of the Infringing Phones— just as they were in Apple's iPhones.  This is evidenced by the Infringing Phones themselves as

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

well as the perception of the public, including consumers and the press, focusing on features of all three patented designs as indicators of the similarity between the overall appearance of the Infringing Phones and the design of the iPhone, not similarity between only some portion of Infringing Phones and a portion of the design of the iPhone. It is also evidenced by consumer surveys and research conducted by Apple, Samsung, and third parties showing the importance of design to consumers when making purchasing decisions, and by documents and testimony showing the importance of the design of entire products to Apple and Samsung. It is also evidenced by Samsung's strategy of designing phones holistically, and Samsung's touting of the design of the Infringing Phones as a whole in advertisements. It is further evidenced by Samsung's copying of the patented designs to create and sell phones that look like Apple's iPhones as a whole.

     *Third,* the patented designs are not conceptually distinct from the Infringing Phones as a whole. Samsung (like Apple) conceived of design at the level of the entire phone, not at the level of any component. Consumers and the press perceived the patented designs as contributing to the overall similarity between the Infringing Phones and Apple's iPhones as a whole. Additionally, Samsung copied the patented designs in an effort to replicate in the Infringing Phones the look and feel of Apple's iPhones in order to bolster the sales of the Infringing Phones. Samsung also focused on the whole phones during its design process and touted the design of the Infringing Phones as a whole in advertisements for the purpose of selling the Infringing Phones.

     *Fourth,* the physical relationship between the patented design and the Infringing Phones supports that the entire Infringing Phones are the articles of manufacture. The articles that Samsung sold were the Infringing Phones, which were unitary products. Samsung's records demonstrate that Samsung sold the Infringing Phones as a whole, and not as smaller components (such as casings, bezels, front faces, or graphical user interfaces separate from the Infringing Phones). There is no evidence that consumers were able to or did separate phone casings, bezels,

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

1    front faces, or graphical user interfaces from the Infringing Phones, or that anyone used casings,

2    bezels, front faces, or graphical user interfaces separate from the Infringing Phones.  Samsung

3    manufactured (or had manufactured) each Infringing Phone to include a casing, bezel, front face,

4    and/or graphical user interface in the product sold.  Samsung also advertised the Infringing

5    Phones as complete products.

6    Apple identifies the following documents as relevant to this interrogatory response:

7    (i) Documents bearing the following Bates numbers:

| Bates Beg. | Bates End |
|---|---|
| APL-ITC796-0000070633 | APL-ITC796-0000070640 |
| APL-ITC796-0000071570 | APL-ITC796-0000071679 |
| APL-ITC796-0000155435 | APL-ITC796-0000155481 |
| APL-ITC796-0000206845 | APL-ITC796-0000206962 |
| APL-ITC796-0000458644 | APL-ITC796-0000458703 |
| APL-ITC796-0000462708 | APL-ITC796-0000462723 |
| APLNDC0000036266 | APLNDC0000036348 |
| APLNDC0001327374 | APLNDC0001327415 |
| APLNDC0001335264 | APLNDC0001335280 |
| APLNDC0001351087 | APLNDC0001351180 |
| APLNDC00014230 | APLNDC00014231 |
| APLNDC00014237 | APLNDC00014244 |
| APLNDC0001839680 | APLNDC0001839681 |
| APLNDC0001895601 | APLNDC0001895603 |
| APLNDC0001964084 | APLNDC0001964099 |
| APLNDC0002008363 | APLNDC0002008405 |
| APLNDC0002025972 | APLNDC0002025974 |

- 6 -
Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

| | |
|---|---|
| APLNDC0002027210 | APLNDC0002027226 |
| APLNDC0002155318 | APLNDC0002155322 |
| APLNDC0002155335 | APLNDC0002155338 |
| APLNDC0002203457 | APLNDC0002203482 |
| APLNDC0002303105 | APLNDC0002303134 |
| APLNDC0002329800 | APLNDC0002329801 |
| APLNDC0002336678 | APLNDC0002336679 |
| APLNDC0002454404 | APLNDC0002454412 |
| APLNDC0002720423 | APLNDC0002720425 |
| APLNDC0002734025 | APLNDC0002734109 |
| APLNDC0003041738 | APLNDC0003041740 |
| APLNDC630-0000808892 | APLNDC630-0000808900 |
| APLNDC-WH-A0000026142 | APLNDC-WH-A0000026144 |
| APLNDC-X0000358382 | APLNDC-X0000358382 |
| APLNDC-Y0000025024 | APLNDC-Y0000025147 |
| APLNDC-Y0000026687 | APLNDC-Y0000026807 |
| APLNDC-Y0000027136 | APLNDC-Y0000027255 |
| APLNDC-Y0000028751 | APLNDC-Y0000028849 |
| APLNDC-Y0000029092 | APLNDC-Y0000029135 |
| APLNDC-Y0000055081 | APLNDC-Y0000055082 |
| APLNDC-Y0000055301 | APLNDC-Y0000055305 |
| APLNDC-Y0000134928 | APLNDC-Y0000134930 |
| APLNDC-Y0000134964 | APLNDC-Y0000135066 |
| APLNDC-Y0000135185 | APLNDC-Y0000135265 |
| APLNDC-Y0000135409 | APLNDC-Y0000135576 |

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

| | |
|---|---|
| APLNDC-Y0000135683 | APLNDC-Y0000135789 |
| APLNDC-Y0000142051 | APLNDC-Y0000142051 |
| APLNDC-Y0000142052 | APLNDC-Y0000142054 |
| APLNDC-Y0000147119 | APLNDC-Y0000147119 |
| APLNDC-Y0000147475 | APLNDC-Y0000147476 |
| APLNDC-Y0000147510 | APLNDC-Y0000147563 |
| APLNDC-Y0000149051 | APLNDC-Y0000149052 |
| APLNDC-Y0000149059 | APLNDC-Y0000149059 |
| APLNDC-Y0000149062 | APLNDC-Y0000149062 |
| APLNDC-Y0000151170 | APLNDC-Y0000151181 |
| APLNDC-Y0000151232 | APLNDC-Y0000151241 |
| APLNDC-Y0000232341 | APLNDC-Y0000232389 |
| APLNDC-Y0000234838 | APLNDC-Y0000234842 |
| APLNDC-Y0000234856 | APLNDC-Y0000234858 |
| APLNDC-Y0000234859 | APLNDC-Y0000234862 |
| APLNDC-Y0000234863 | APLNDC-Y0000234866 |
| APLNDC-Y0000234867 | APLNDC-Y0000234869 |
| APLNDC-Y0000234871 | APLNDC-Y0000234873 |
| APLNDC-Y0000234917 | APLNDC-Y0000234918 |
| APLNDC-Y0000234947 | APLNDC-Y0000234999 |
| APLNDC-Y0000235644 | APLNDC-Y0000235657 |
| APLNDC-Y0000235658 | APLNDC-Y0000235677 |
| APLNDC-Y0000235785 | APLNDC-Y0000235790 |
| APLNDC-Y0000235804 | APLNDC-Y0000235821 |
| APLNDC-Y0000235904 | APLNDC-Y0000235906 |

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

| | |
|---|---|
| APLNDC-Y0000235922 | APLNDC-Y0000235924 |
| APLNDC-Y0000235938 | APLNDC-Y0000235940 |
| APLNDC-Y0000235941 | APLNDC-Y0000235942 |
| APLNDC-Y0000235983 | APLNDC-Y0000235985 |
| APLNDC-Y0000236160 | APLNDC-Y0000236171 |
| APLNDCY0000236364 | APLNDCY0000236370 |
| APLNDC-Y0000237361 | APLNDC-Y0000237371 |
| APLNDC-Y0000237382 | APLNDC-Y0000237384 |
| APLNDC-Y0000264922 | APLNDC-Y0000265063 |
| SAMNDCA00202336 | SAMNDCA00202380 |
| SAMNDCA00203016 | SAMNDCA00203053 |
| SAMNDCA00203092 | SAMNDCA00203179 |
| SAMNDCA00203880 | SAMNDCA00204010 |
| SAMNDCA00204884 | SAMNDCA00205031 |
| SAMNDCA00217372 | SAMNDCA00217388 |
| SAMNDCA00217372 | SAMNDCA00217372 |
| SAMNDCA00228887 | SAMNDCA00228933 |
| SAMNDCA00228934 | SAMNDCA00228980 |
| SAMNDCA00229011 | SAMNDCA00229108 |
| SAMNDCA00232190 | SAMNDCA00232290 |
| SAMNDCA00238432 | SAMNDCA00238443 |
| SAMNDCA00249029 | SAMNDCA00249120 |
| SAMNDCA00258674 | SAMNDCA00258827 |
| SAMNDCA00311548 | SAMNDC00311548 |
| SAMNDCA00311579 | SAMNDCA00311579 |

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

| | |
|---|---|
| SAMNDCA00311719 | SAMNDCA00311729 |
| SAMNDCA00311741 | SAMNDCA00311741 |
| SAMNDCA00311758 | SAMNDCA00311758 |
| SAMNDCA00376530 | SAMNDCA00376584 |
| SAMNDCA00533129 | SAMNDCA00533159 |
| SAMNDCA10202899 | SAMNDCA10202983 |
| SAMNDCA10247549 | SAMNDCA10247552 |
| SAMNDCA10247689 | SAMNDCA10247689 |
| SAMNDCA10249770 | SAMNDCA10249776 |
| SAMNDCA10252511 | SAMNDCA10252525 |
| SAMNDCA10272003 | SAMNDCA10272032 |
| SAMNDCA10272033 | SAMNDCA10272067 |
| SAMNDCA10272186 | SAMNDCA10272225 |
| SAMNDCA10298457 | SAMNDCA10298457 |
| SAMNDCA10775587 | SAMNDCA10775624 |
| SAMNDCA10775587 | SAMNDCA10775624 |
| SAMNDCA10807316 | SAMNDCA10807387 |
| SAMNDCA10808165 | SAMNDCA10808199 |
| SAMNDCA10808185 | SAMNDCA10808195 |
| SAMNDCA10808682 | SAMNDCA10808758 |
| SAMNDCA10808694 | SAMNDCA10808694 |
| SAMNDCA10907800 | SAMNDCA10907802 |
| SAMNDCA10907801 | SAMNDCA10907802 |
| SAMNDCA10911088 | SAMNDCA10911093 |
| SAMNDCA11030081 | SAMNDCA11030359 |

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

| | |
|---|---|
| SAMNDCA11100552 | SAMNDCA11100567 |
| SAMNDCA11295524 | SAMNDCA11295608 |
| SAMNDCA11295718 | SAMNDCA11295796 |
| SAMNDCA11295797 | SAMNDCA11295872 |
| SAMNDCA11378313 | SAMNDCA11378348 |
| SAMNDCA11547471 | SAMNDCA11547505 |
| SAMNDCA20003761 | SAMNDCA20003857 |
| S-ITC-003351732 | S-ITC-003351759 |
| S-ITC-000118719 | S-ITC-000118775 |
| S-ITC-010477381 | S-ITC-010477490 |
| S-ITC-500013442 | S-ITC-500013547 |

(ii) Documents identified on the exhibit lists submitted by the parties in this proceeding bearing the following exhibit numbers:

| Exhibit Number | | | |
|---|---|---|---|
| DX676 | JX1034 | PX150 | PX36 |
| JX1000 | JX1035 | PX151 | PX37 |
| JX1001 | JX1041 | PX158 | PX38 |
| JX1002 | JX1042 | PX158A | PX3A |
| JX1003 | JX1043 | PX159 | PX40 |
| JX1007 | JX1091 | PX160 | PX41 |
| JX1008 | PX10 | PX161 | PX42 |
| JX1010 | PX11 | PX17 | PX43 |
| JX1011 | PX12 | PX174 | PX44 |
| JX1012 | PX126 | PX177 | PX45 |
| JX1013 | PX127 | PX177 | PX46 |
| JX1015 | PX129 | PX178 | PX47 |
| JX1016 | PX130 | PX179 | PX52 |
| JX1017 | PX133 | PX180 | PX53 |
| JX1018 | PX134 | PX196 | PX55 |
| JX1019 | PX135 | PX21 | PX56 |

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

| JX1020 | PX139 | PX22 | PX57 |
|--------|-------|--------|------|
| JX1023 | PX142 | PX2257 | PX58 |
| JX1025 | PX143 | PX2261 | PX6 |
| JX1026 | PX144 | PX26A | PX60 |
| JX1027 | PX145 | PX26A | PX62 |
| JX1028 | PX146 | PX28 | PX69 |
| JX1031 | PX147 | PX3 | PX7 |
| JX1032 | PX148 | PX32 | PX8 |
| JX1033 | PX149 | PX34 | |

(iii) The following additional documents to be produced in this proceeding:

| Document Description |
|---|
| Matt Hartley, The Core of Its Success, The Globe and Mail, March 31, 2008, http://www.theglobeandmail.com/news/technology/the-core-of-its-success/article676629 |
| TV's New Rule: Celebrities Only Use iPhones (And iPads), Mobile Ind. Rev. (Aug. 31, 2010), http://www.mobileindustryreview.com/2010/08/tvs-new-rule-celebrities-onlyuse-iphones-and-ipads.html |
| The Design of iPhone 4. The Future Is In The Details, http://www.apple.com/channel/iphone/iphone-4/best-buy/design.html |
| Design Innovator: Steve Jobs 1955-2011, Oct. 5, 2011, http://www.cooperhewitt.org/apple.html |
| Alina Wheeler, Designing Brand Identity 66 (3d ed. Hoboken, NJ: John Wiley & Sons, Inc. 2009). |
| Apple iPhone 3G, PC Magazine, July 11, 2008 |
| INSIDE MOBILE, Becoming Part of the Apple iPad Generation, eWEEK |
| Apple Earnings Only Expected to Grow, USA Today, April 27, 2007 (http://www.usatoday.com/tech/techinvestor/corporatenews/2007-04-26-appleprofits_N.htm) |
| 2007 Samsung Annual Report |
| 2008 Samsung Annual Report |
| 2009 Samsung Annual Report |
| 2010 Samsung Annual Report |

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

| |
|---|
| 2011 Samsung Annual Report |
| 2012 Samsung Annual Report |
| Galaxy S8 Design Story (http://design.samsung.com/global/contents/galaxy_s8/) |
| Samsung Product Design Gallery http://www.samsung.com/us/aboutsamsung/ir/financialinformation/annualreport/downloads/2007/07_SEC_07AR_E_brandmarketing-sponsorship-rd-productgallary-design.pdf |
| Designing the Galaxy S II! Simple and Smart, https://news.samsung.com/kr/943 |
| Galaxy S III, Let's Talk Design, https://news.samsung.com/global/galaxy-s-iii-lets-talk-design |
| IDSA, IDEA 2008 Best, http://www.idsa.org/category/tags/idea-2008-best |
| D&AD, Professional Awards 2008, http://www.dandad.org/awards/professional/2008/categories/prod/productdesign/22709/iphone |
| Mark Prigg, Sir Johnathan Ive: The iMan Cometh, http://www.thisislondon.co.uk/lifestyle/london-life/sir-jonathan-ive-the-iman-cometh-7562170.html |
| Yukari Iwatani Kane, Steven Paul Jobs, 1955-2011, Wall Street Journal, October 5, 2011, http://online.wsj.com/article/SB10001424052702304447804576410753210811910.html |
| How Steve Jobs Changed the World of Design, October 7, 2011, http://www.npr.org/2011/10/07/141144758/remembering-how-steve-jobs-changed-the-designworld |
| Nick Bilton, Steve Jobs: Designer First, C.E.O. Second, October 6, 2011, http://bits.blogs.nytimes.com/2011/10/06/steve-jobs-designer-first-c-e-osecond/?ref=stevenpjobs |
| Walter Isaacson, The Real Leadership Lessons of Steve Jobs http://hbr.org/2012/04/the-real-leadership-lessons-of-steve-jobs/ar/pr |
| Museum of Modern Art, Apple Industrial Design Group Collection, http://www.moma.org/collection/artist.php?artist_id=22559 |
| iF International Forum Design, iF online exhibition, http://www.ifdesign.de/Exibition_index_e?pagemode=awards&kategorie_id=-1&pagemode=awards&sprache=1&award_id=142&ignore_cat=1&award_name=iF+product+design+award&award_jahr=&radio_searchmode=on&search=apple&btn_search.x=15&btn_search.y=19. |
| Engadget, "Ten Gadgets that Defined the Decade," Dec. 30, 2009, http://www.engadget.com/2009/12/30/ten-gadgets-that-defined-the-decade/ |
| Korea JoongAng Daily, "Apple's iPhone Tops List of Innovative Inventions," Feb. 18, 2008, |

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

| |
|---|
| http://joongangdaily.joins.com/article/view.asp?aid=2886322 |
| Ginny Mies, "Samsung Galaxy S: How Does It Measure Up to the Competition?" PCWorld, June 29, 2010, http://www.pcworld.com/article/200142/samsung_galaxy_s_how_does_it_measure_up_to_the_competition.html |
| Ginny Mies, "Samsung Vibrant: A Standout Multimedia Phone," Washington Post, July 21, 2010, http://www.washingtonpost.com/wp-dyn/content/article/2010/07/15/AR2010071506963.html |
| Macworld, "'S' is for Speed - Why Apple treats the iPhone like a black box" |
| Macworld, "Test Driving the iPad" |
| Macworld, "Inside Apple's Design" |
| CCS Insight Hotline: Evolutionary iPhone 5 Will Be the Most Successful to Date, http://hotline.ccsinsight.com/article/Evolutionary_iPhone_5_Will_Be_the_Most_Successful_to_Date |

(iv) Expert Reports submitted in this proceeding by the following individuals:

| Expert | Date of Report |
|---|---|
| Henry Urbach | March 22, 2012 |
| Peter Bressler | March 22, 2012 |
| Susan Kare | March 22, 2012 |
| Russell Winer | March 22, 2012 |
| Terry Musika | March 22, 2012 |
| Sanjay Sood | March 22, 2012 |
| Susan Kare | April 16, 2012 |
| Peter Bressler | April 16, 2012 |
| Julie Davis | August 23, 2013 |
| Julie Davis | November 6, 2015 |

(v) Transcripts of depositions taken in this case.

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

Apple may provide further information responsive to this interrogatory in expert report(s) served consistent with the Court's Scheduling Order.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1

Apple identifies the following individuals currently at Apple with knowledge relevant to Interrogatory No. 1:  Bartley Andre, Freddy Anzures, Tony Blevins, Daniele De Iuliis, Richard Howarth, Jonathan Ive, Greg Joswiak, Duncan Kerr, Philip Schiller, Calvin Seid, Eugene Whang, Tamara Whiteside, Rico Zorkendorfer.

In addition to the documents identified above, Apple identifies as relevant to Interrogatory No. 1:

(i) PX157

(ii) Documents bearing the following Bates numbers:

| | |
|---|---|
| SAMNDCA00001916 | SAMNDCA00003183 |
| SAMNDCA00016928 | SAMNDCA00017186 |
| SAMNDCA00018395 | SAMNDCA00018642 |
| SAMNDCA00011452 | SAMNDCA000l1618 |
| SAMNDCA00009582 | SAMNDCA00009786 |
| SAMNDCA00017928 | SAMNDCA00018146 |
| SAMNDCA00371219 | SAMNDCA00371435 |
| SAMNDCA00371436 | SAMNDCA00371709 |
| SAMNDCA00371710 | SAMNDCA00371888 |
| S-ITC-000009018 | S-ITC-0000090175 |
| S-ITC-000018872 | S-ITC-000019151 |
| S-ITC-000013673 | S-ITC-000013920 |
| S-ITC-000014299 | S-ITC-000014464 |
| S-ITC-007284514 | S-ITC-007284688 |

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

| S-ITC-007283163 | S-ITC-007284513 |

(iii) Transcripts of deposition and/or trial testimony of the following individuals:

Freddy Anzures, Julie Davis, Scott Forstall, Susan Kare, Philip Schiller, Sanjay Sood, Chris Stringer, Russell Winer, Imran Chaudhri, Bartley Andre, Daniel Coster, Daniele De Iuliis, Richard Howarth, Jonathan Ive, Duncan Kerr, Shin Nishibori, Stan Ng, Matthew Rohrbach, Douglas Satzger, Calvin Seid, Sissie Twiggs, Eugene Whang, Tamara Whiteside, Rico Zorkendorfer, Dongyul Choi, Hoshin Lee, Sun-Young Yi, Jaewoo Park, Jong-wook Shim, Beomjoon Kim, Shoneel Kolhatkar, Justin Denison, Tim Sheppard, Drew Blackard, Kyuhyun Han, Dongwook Kim, Jinsoo Kim, Jeeyeun Wang, Dong Hoon Chang, Gee-sung Choi, Wong-Pyo Hong, Wookyun Kho, Ioi Lam, Kiwon Lee, MinHyouk Lee, Sanguen Lee, Qi Ling, Hyoung Shin Park, Todd Pendleton, MinCheol Schin, Jaegwan Shin, Dale Sohn, JungMin Yeo, Michael Wagner, Samuel Lucente, Itay Sherman.

## SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1

Subject to and without waiving the foregoing general and specific objections, Apple further supplements its response to Interrogatory No. 1 as follows:

That the claimed designs are applicable to full products is inherent in the nature of the designs—each of the D'677, D'087, and D'305 designs is aimed at core aspects of full products. For example, a graphical user interface design like that claimed in the D'305 Patent would only be found in a full product.

The conclusion that the patented designs are not conceptually distinct from the Infringing Phones as a whole is further supported by the fact that the industrial design of Apple's Phones as a whole dictates the design of components of Apple's Phones. Those components are not designed individually; rather, their design is part of the overall industrial design of Apple's Phones. Many such components are custom-made solely for integration into Apple's Phones and have no purpose apart from incorporation into phones as a whole—indeed, they would not exist

- 16 -
Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

1   and have no function without Apple's Phones.  The components plainly are not conceptually

2   distinct from the phones.  Moreover, final manufacturing by Apple's contract manufacturers is

3   manufacturing of full products.

4       The same is true for the components and combinations of components that comprise the

5   articles of manufacture to which Samsung alleges it applied Apple's patented designs.  The

6   Samsung alleged articles of manufacture lack significance as standalone components apart from

7   the Infringing Phones as whole.  Indeed, Samsung's corporate representatives have confirmed

8   that the company does not even have a term to identify each of these alleged "articles of

9   manufacture" and that Samsung's lawyers identified these components as the alleged articles of

10  manufacture.  Samsung has not produced evidence that any bezel for any phone has been

11  separately designed and Samsung has no designers or design team devoted exclusively to the

12  design of the Samsung alleged articles of manufacture.  To the contrary, Samsung itself

13  emphasizes the importance of "holistic" design of its products and its designers have emphasized

14  the importance of having "one design" for the whole product.

15      With specific respect to the D'305 Patent, which claims "[t]he ornamental design for a

16  graphical user interface for a display screen or portion thereof," as noted above, a graphical user

17  interface ("GUI") does not exist separate and apart from an electronic device.  To the contrary, a

18  graphical user interface is an integral part of an electronic device such as a phone.  Rather than

19  being conceptually distinct, the D'305 design was conceived as an integral part of the design of

20  the Apple Phones.  Like the designs for the D'677 and D'087 Patent, Samsung appropriated this

21  design when it appropriated the overall look of Apple's Phones.  Indeed, Samsung's alleged

22  article of manufacture is incapable of displaying the designs claimed by the D'305 Patent absent

23  the remainder of the phone.

24      The intimate physical relationship between the patented design and the Infringing Phones

25  is further illustrated by the integrated design and manufacture of the phones as a whole.  The

26  final product manufactured, marketed, and sold by Samsung are whole phones, and consumers

27

28  Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
    First Set of Interrogatories Regarding Article of Manufacture
    Case No. 11-cv-01846-LHK

purchase and use whole phones, not components.  Individual components of the Infringing

Phones, including the Samsung alleged articles of manufacture, have utility only when integrated

into the Infringing Phones as a whole.  For that reason, Samsung (like Apple) does not instruct

carriers, salespeople, or consumers to remove individual components like the front face, bezel, or

display screen from the Infringing Phones, and consumers do not do so in the course of normal

use of the Infringing Phones.  Like Apple's Phones, the Infringing Phones are constructed so that

it is extremely difficult to remove, repair, and/or replace components, including the front face,

bezel, and display screen.  Removing or separating these components from the remainder of the

phones requires extensive expertise and specialized equipment, and doing so renders both the

phones and the components inoperative and nonfunctional.  Attempting to remove these parts

from the Infringing Phones without expert assistance risks causing irreparable damage to other

components of the phones.  In fact, as with Apple's Phones, a consumer who did so would void

the warranty for the Infringing Phones.  To the extent that Samsung sells components such as

glass front faces or bezels to repair providers, they are sold for the purpose of the repair and

reintegration of the phone as a whole, by specially trained and authorized repair personnel, not

for normal use.

        In addition to the documents identified above, Apple identifies as relevant to

Interrogatory No. 1:

        (i)  PX21A

        (ii)  Documents bearing the following Bates number (which were previously cited in

response to Interrogatory No. 1 by description):

| | |
|---|---|
| APLNDC-Y0000142002 | APLNDC-Y0000142012 |
| APLNDC-Y0000148044 | APLNDC-Y0000148073 |
| APLNDC-Y0000151455 | APLNDC-Y0000151472 |
| APLNDC-Y0000233319 | APLNDC-Y0000233321 |

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

| | |
|---|---|
| APLNDC-Y0000233322 | APLNDC-Y0000233322 |
| APLNDC-Y0000233345 | APLNDC-Y0000233346 |
| APLNDC-Y0000233425 | APLNDC-Y0000233429 |
| APLNDC-Y0000233450 | APLNDC-Y0000233454 |
| APLNDC-Y0000234831 | APLNDC-Y0000234835 |
| APLNDC-Y0000235000 | APLNDC-Y0000235011 |
| APLNDC-Y0000235012 | APLNDC-Y0000235017 |
| APLNDC-WH0004000930 | APLNDC-WH0004000932 |
| APLNDC-WH0004000905 | APLNDC-WH0004000912 |
| APLNDC-WH0004000457 | APLNDC-WH0004000459 |
| APLNDC-WH0004000890 | APLNDC-WH0004000895 |
| APLNDC-WH0004000942 | APLNDC-WH0004000946 |
| APLNDC-WH0004000888 | APLNDC-WH0004000889 |
| APLNDC-WH0004000000 | APLNDC-WH0004000139 |
| APLNDC-WH0004000140 | APLNDC-WH0004000245 |
| APLNDC-WH0004000246 | APLNDC-WH0004000296 |
| APLNDC-WH0004000297 | APLNDC-WH0004000344 |
| APLNDC-WH0004000345 | APLNDC-WH0004000396 |
| APLNDC-WH0004000397 | APLNDC-WH0004000456 |
| APLNDC-WH0004000919 | APLNDC-WH0004000929 |
| APLNDC-WH0004001017 | APLNDC-WH0004001026 |
| APLNDC-WH0004000903 | APLNDC-WH0004000904 |
| APLNDC-WH0004000913 | APLNDC-WH0004000918 |
| APLNDC-WH0004000996 | APLNDC-WH0004001016 |
| APLNDC-WH0004000933 | APLNDC-WH0004000941 |

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

| | |
|---|---|
| APLNDC-WH0004000460 | APLNDC-WH0004000557 |
| APLNDC-WH0004000558 | APLNDC-WH0004000657 |
| APLNDC-WH0004000658 | APLNDC-WH0004000883 |
| APLNDC-WH0004000884 | APLNDC-WH0004000887 |
| APLNDC-WH0004000902 | APLNDC-WH0004000902 |

(iii) The following additional documents bearing the following Bates numbers:

| | |
|---|---|
| APLNDC-WH0004000896 | APLNDC-WH0004000901 |
| APLNDC-WH0004000947 | APLNDC-WH0004000958 |
| APLNDC-WH0004000959 | APLNDC-WH0004000968 |
| APLNDC-WH0004000969 | APLNDC-WH0004000970 |
| APLNDC-WH0004000971 | APLNDC-WH0004000980 |
| APLNDC-WH0004000981 | APLNDC-WH0004000987 |
| APLNDC-WH0004000988 | APLNDC-WH0004000992 |
| APLNDC-WH0004000993 | APLNDC-WH0004000995 |
| APLNDC-WH0004001027 | APLNDC-WH0004001075 |
| APLNDC-WH0004001075 | APLNDC-WH0004001102 |
| APLNDC-WH0004001103 | APLNDC-WH0004001106 |
| APLNDC-WH0004001107 | APLNDC-WH0004001266 |
| APLNDC-WH0004001267 | APLNDC-WH0004001332 |
| APLNDC-WH0004001333 | APLNDC-WH0004001339 |
| APLNDC-WH0004001340 | APLNDC-WH0004001347 |
| APLNDC-WH0004001348 | APLNDC-WH0004001351 |
| APLNDC-WH0004001352 | APLNDC-WH0004001366 |
| APLNDC-WH0004001367 | APLNDC-WH0004001379 |

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

| | |
|---|---|
| APLNDC-WH0004001380 | APLNDC-WH0004001381 |
| APLNDC-WH0004001382 | APLNDC-WH0004001385 |
| APLNDC-WH0004001386 | APLNDC-WH0004001387 |
| APLNDC-WH0004001388 | APLNDC-WH0004001400 |
| APLNDC-WH0004001401 | APLNDC-WH0004001408 |
| APLNDC-WH0004001409 | APLNDC-WH0004001421 |
| APLNDC-WH0004001422 | APLNDC-WH0004001425 |
| APLNDC-WH0004001426 | APLNDC-WH0004001538 |
| APLNDC-WH0004001539 | APLNDC-WH0004001551 |
| APLNDC-WH0004001552 | APLNDC-WH0004001663 |
| APLNDC-WH0004001664 | APLNDC-WH0004001703 |
| APLNDC-WH0004001704 | APLNDC-WH0004001711 |
| APLNDC-WH0004001712 | APLNDC-WH0004001720 |
| APLNDC-WH0004001721 | APLNDC-WH0004001731 |
| APLNDC-WH0004001732 | APLNDC-WH0004001746 |
| APLNDC-WH0004001747 | APLNDC-WH0004001848 |
| APLNDC-WH0004001849 | APLNDC-WH0004001852 |
| APLNDC-WH0004001853 | APLNDC-WH0004001859 |
| APLNDC-WH0004001860 | APLNDC-WH0004001872 |
| APLNDC-WH0004001873 | APLNDC-WH0004001885 |
| APLNDC-WH0004001886 | APLNDC-WH0004001894 |
| APLNDC-WH0004001895 | APLNDC-WH0004001898 |
| APLNDC-WH0004001899 | APLNDC-WH0004001911 |
| APLNDC-WH0004001912 | APLNDC-WH0004002100 |
| APLNDC-WH0004002101 | APLNDC-WH0004002104 |

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

| | |
|---|---|
| APLNDC-WH0004002105 | APLNDC-WH0004002112 |
| APLNDC-WH0004002113 | APLNDC-WH0004002126 |
| APLNDC-WH0004002127 | APLNDC-WH0004002128 |
| APLNDC-WH0004002129 | APLNDC-WH0004002132 |
| APLNDC-WH0004002133 | APLNDC-WH0004002246 |
| APLNDC-WH0004002247 | APLNDC-WH0004002259 |
| APLNDC-WH0004002260 | APLNDC-WH0004002263 |
| APLNDC-WH0004002264 | APLNDC-WH0004002277 |
| APLNDC-WH0004002278 | APLNDC-WH0004002290 |
| APLNDC-WH0004002291 | APLNDC-WH0004002324 |
| APLNDC-WH0004002325 | APLNDC-WH0004002335 |
| APLNDC-WH0004002336 | APLNDC-WH0004002508 |
| APLNDC-WH0004002509 | APLNDC-WH0004002521 |
| APLNDC-WH0004002522 | APLNDC-WH0004002525 |
| APLNDC-WH0004002526 | APLNDC-WH0004002530 |
| APLNDC-WH0004002531 | APLNDC-WH0004002535 |
| APLNDC-WH0004002536 | APLNDC-WH0004002540 |
| APLNDC-WH0004002541 | APLNDC-WH0004002545 |
| APLNDC-WH0004002546 | APLNDC-WH0004002550 |
| APLNDC-WH0004002551 | APLNDC-WH0004002555 |
| APLNDC-WH0004002556 | APLNDC-WH0004002559 |
| APLNDC-WH0004002560 | APLNDC-WH0004002564 |
| APLNDC-WH0004002565 | APLNDC-WH0004002569 |
| APLNDC-WH0004002570 | APLNDC-WH0004002574 |
| APLNDC-WH0004002575 | APLNDC-WH0004002579 |

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

| | |
|---|---|
| APLNDC-WH0004002580 | APLNDC-WH0004002584 |
| APLNDC-WH0004002585 | APLNDC-WH0004002589 |
| APLNDC-WH0004002590 | APLNDC-WH0004002594 |
| APLNDC-WH0004002595 | APLNDC-WH0004002599 |
| APLNDC-WH0004002600 | APLNDC-WH0004002607 |
| APLNDC-WH0004002608 | APLNDC-WH0004002615 |
| APLNDC-WH0004002616 | APLNDC-WH0004002623 |
| APLNDC-WH0004002624 | APLNDC-WH0004002631 |
| APLNDC-WH0004002632 | APLNDC-WH0004002639 |
| APLNDC-WH0004002640 | APLNDC-WH0004002647 |
| APLNDC-WH0004002648 | APLNDC-WH0004002882 |
| APLNDC-WH0004002883 | APLNDC-WH0004002890 |
| APLNDC-WH0004002891 | APLNDC-WH0004002898 |
| APLNDC-WH0004002899 | APLNDC-WH0004002906 |
| APLNDC-WH0004002907 | APLNDC-WH0004002914 |
| APLNDC-WH0004002915 | APLNDC-WH0004002922 |
| SAMNDCA10439332 | SAMNDCA10439335 |
| SAMNDCA11084406 | SAMNDCA11084407 |
| SAMNDCA11295524 | SAMNDCA11295608 |
| SAMNDCA11378313 | SAMNDCA11378348 |
| SAMNDCA630-00893277 | SAMNDCA630-00893357 |
| SAMNDCA300008004 | SAMNDCA30008007 |
| SAMNDCA300008008 | SAMNDCA300008015 |
| SAMNDCA300008016 | SAMNDCA300008017 |
| SAMNDCA300008018 | SAMNDCA300008020 |

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

| | |
|---|---|
| SAMNDCA300008021 | SAMNDCA300008023 |
| SAMNDCA300008024 | SAMNDCA300008026 |
| SAMNDCA300008027 | SAMNDCA300008029 |
| SAMNDCA300008030 | SAMNDCA300008032 |
| SAMNDCA300008033 | SAMNDCA300008035 |
| SAMNDCA300008036 | SAMNDCA300008038 |
| SAMNDCA300008039 | SAMNDCA300008040 |
| SAMNDCA300008041 | SAMNDCA300008043 |
| SAMNDCA300008044 | SAMNDCA300008047 |

(iv) Transcripts of the depositions of the following individuals:

Drew Blackard (December 13, 2017), Tim Sheppard (December 14, 2017), Jinsoo Kim (December 19, 2017), Justin Denison (December 20, 2017), Kyuhyun Han (December 20, 2017), Jeeyeun Wang (December 21, 2017), Dongwook Kim (December 22, 2017), Tony Blevins (December 17, 2017), Richard Howarth (December 19, 2017), and Greg Joswiak (December 21, 2017).

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK

Dated: December 21, 2017

/s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (admitted pro hac vice)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: ( 415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

Apple Inc.'s Second Supplemental Objections and Responses to Samsung's
First Set of Interrogatories Regarding Article of Manufacture
Case No. 11-cv-01846-LHK