# Exhibit M

| | |
|---|---|
| **From:** | Irene_Mason@cand.uscourts.gov |
| **Sent:** | Wednesday, December 27, 2017 3:33 PM |
| **To:** | Mark Gray |
| **Cc:** | 'AvSRemand@mofo.com'; SamsungvAppleRemand-QE; WH Apple Samsung Remand Team |
| **Subject:** | Re: Request for Hearing Date - Apple v. Samsung (11-cv-1846) |

Counsel,

Please contact Judge Cousins' courtroom deputy, Lili Harrell, as any discovery motions will be heard by the assigned magistrate. Thank you.



Irene Mason
Courtroom Deputy to Honorable Lucy H. Koh
United States District Court for the Northern District of California - San Jose Division
280 South First Street, Rm 2112
San Jose, CA 95113
irene_mason@cand.uscourts.gov
http://www.cand.uscourts.gov/lhk
Phone: (408) 535-5346

From: Mark Gray
To: "lhkcrd@cand.uscourts.gov"
Cc: SamsungvAppleRemand-QE , "'AvSRemand@mofo.com'" , WH Apple Samsung Remand Team
Date: 12/27/2017 01:28 PM
Subject: Request for Hearing Date - Apple v. Samsung (11-cv-1846)

Dear Ms. Mason:

Samsung plans to file a Motion to Compel Discovery in the above-referenced action on December 28. Accordingly, Samsung respectfully requests the earliest available hearing date. Could you please let us know what that date would be?

Counsel for Apple is copied on this email. Lead counsel for Apple and Samsung met and conferred in advance of this motion.

Respectfully,
Mark Gray

**Mark Gray**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5061 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
markgray@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any

review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.