UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S MOTION TO COMPEL** |

1  Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2 Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative

3 Motion to File Under Seal Documents Relating to Samsung's Motion to Compel.

4  Having considered Samsung's motion, and good cause having been shown, the Court

5 GRANTS Samsung's motion and ORDERS sealed the document listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Declaration of Sara Jenkins in Support of Motion to Compel | The portions highlighted in the version of the document Samsung has filed with the Court indicating the portions Apple claims are confidential. |
| Exhibit J to the Declaration of Sara Jenkins in Support of Motion to Compel | Entire document |
| Exhibit L to the Declaration of Sara Jenkins in Support of Motion to Compel | Entire document |

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Nathanael Cousins
United States Magistrate Judge