# WILMERHALE

December 29, 2017

William F. Lee

+1 617 526 6556 (t)
+1 617 526 5000 (f)
william.lee@wilmerhale.com

The Honorable Nathanael Cousins
United States District Court, Northern District of California
280 South 1st Street, Courtroom 7, 4th Floor
San Jose, California  95113

Re:  *Apple Inc. v. Samsung Elecs. Co.*, C.A. No. 11-1846: Discovery Dispute

Dear Judge Cousins:

I am lead counsel for Apple in the above-captioned matter.  On the afternoon of Wednesday, December 27, 2017, Samsung informed Apple of Samsung's intent to file a motion to compel when it contacted Judge Koh's courtroom deputy to request a hearing date.  Later that same day, Judge Koh's courtroom deputy informed the parties that discovery motions would be heard by Your Honor.

Due to the holiday week, Apple is currently shut down through January 1, 2018, and was unable to contribute to a joint statement describing the discovery dispute by yesterday, December 28, 2017, the deadline for Samsung to file its motion to compel under Local Rule 37-3.  While Apple proposed that the parties stipulate to a short extension of that deadline, Samsung opted to proceed with filing a separate submission.

Due to the holiday shut down, Apple respectfully requests until January 3, 2017 to file its statement describing the issues that are the subject of Samsung's motion to compel.  Apple has discussed its request with Samsung and, as indicated in Samsung's submission (Dkt. 3550-3 at ¶12), Samsung does not oppose this request.

Respectfully yours,

*/s/ William F. Lee*

William F. Lee