1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  WHEREAS, Apple Inc. ("Apple") has filed an administrative motion for leave to file
2  documents under seal;
3  Having considered said motion, and for good cause shown, the Court GRANTS Apple's
4  motion and ORDERS that the documents below be filed under seal:

| Document | Portions to be Filed Under Seal |
|---|---|
| Apple's Letter Brief in Opposition to Samsung's Motion to Compel | Entire Document |
| Declaration of Mark D. Selwyn | Redacted portions of the version filed with the Court as shown in the publicly filed copy |
| Exhibit B to the Declaration of Mark D. Selwyn | Entire Document |
| Exhibit C to the Declaration of Mark D. Selwyn | Entire Document |
| Exhibit D to the Declaration of Mark D. Selwyn | Entire Document |
| Exhibit E to the Declaration of Mark D. Selwyn | Redacted portions of the version filed with the Court as shown in the publicly filed copy |

**IT IS SO ORDERED.**

DATED: _____     _____
                                The Honorable Nathanael Cousins
                                United States Magistrate Judge