ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

APPLE INC., a California corporation,

      Plaintiff,

  vs.

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

      Defendants.

Case No. 11-cv-01846-LHK

**DECLARATION OF
MARK D. SELWYN IN SUPPORT OF
APPLE'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS
UNDER SEAL**

I, Mark D. Selwyn, hereby declare:

1.      I am an attorney admitted to practice in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am a member of the Bar of this Court.  I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned matter.  I make this declaration based upon my personal knowledge and/or investigation of the facts set forth herein.  If called to testify, I could and would testify competently to the facts stated herein.

2.      Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's Administrative Motion to File Documents Under Seal.

3.      Exhibits B and C to my Declaration in Support of Apple's Opposition to Samsung's Motion to Compel contain detailed information concerning the identification of component parts of Apple's iPhones, Apple's suppliers, and the cost to Apple of components incorporated into the iPhone.

4.      The portions of Exhibit E, a December 22, 2017 letter from Michael Zeller to me that Apple seeks to file under seal describe similar confidential information concerning the component parts of Apple's iPhones, as well as deposition testimony of an Apple employee concerning Apple's information systems and manufacturing process.

5.      Apple treats the information contained in these documents as confidential, does not publicly disclose or disseminate the information contained therein, and the disclosure of such information can be used by Apple's competitors to its disadvantage.

6.      The portions of my Declaration in Support of Apple's Opposition to Samsung's Motion to Compel that Apple seeks to file under seal describe and include excerpts of this same confidential information and warrant the same confidential treatment.

7.      Apple's Letter Brief in Opposition to Samsung's Motion to Compel includes references to Apple confidential information similar to that described above—including the identification of components of Apple's products—as well as material that Samsung has designated as confidential pursuant to the Protective Order entered in this case.

8.      Exhibit D to my Declaration in Support of Apple's Opposition to Samsung's Motion to Compel contains information that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and/or Samsung Telecommunications America, LLC (collectively, "Samsung") have designated as confidential pursuant to the protective order entered in this case.

9.      Apple expects that Samsung will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether information contained in the aforementioned documents should be sealed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of January 2018, in Palo Alto, California.


                                          */s/ Mark D. Selwyn*
                                          Mark. D. Selwyn

1

## **<u>CERTIFICATE OF SERVICE</u>**

2          The undersigned hereby certifies that a true and correct copy of the above and foregoing

3   document has been served on January 3, 2018, to all counsel of record who are deemed to have

4   consented to electronic service via the Court's CM/ECF system.

5

6                                                    */s/ Mark D. Selwyn*
                                                     Mark D. Selwyn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28