ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF JEFF MYERS IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL** |

I, Jeff Myers, hereby declare:

1. I am Lead Patent Counsel & Senior Director in the Patents & Designs Group at Apple Inc. ("Apple"). I have served in this position since 2011.

2. The Patents & Designs Group is responsible for overseeing Apple's patent portfolio, including decisions regarding whether to seek patent protection for new inventions and designs.

3. I make this declaration based upon my personal knowledge. If called to testify, I could and would testify competently to the facts stated herein.

4. I understand that on October 30, 2017, Samsung served a Rule 34 request asking for the following to be produced: "Documents sufficient to identify each and every summary, measurement, estimate, or public statement regarding the quantity and/or identity of all design and utility patents (other than the Apple Design Patents In Suit) that are or were practiced by" the original iPhone, iPhone 3G, iPhone 3GS, and iPhone 4. I also understand that Samsung served an interrogatory asking Apple to "[i]dentify documents from [its] prior document productions, or additional documents . . . sufficient to show each and every summary, measurement, estimate, or public statement regarding the quantity and/or identity of all design and utility patents (other than the Apple Design Patents In Suit) that are or were practiced by each of the Apple Phones."

5. Apple has a portfolio of approximately 16,000 active U.S. patents. Decisions regarding whether and why to seek patent protection for a new invention or design at Apple are made pursuant to the advice of counsel. Any analyses of whether an applied-for patent may be practiced by any Apple products that are conducted in connection with such decisions are done by or at the direction of counsel.

6. Apple does not mark its products with patent numbers, nor does Apple have a practice of preparing summaries or lists of Apple patents practiced by its products.

7. I understand that Apple has produced and identified in response to Samsung's interrogatory (1) a January 9, 2007 presentation by Steve Jobs announcing the original iPhone,

1 which includes a slide reading: "200+ Patents" and (2) a November 23, 2011 news article
2 discussing an exhibit by the United States Patent and Trademark Office honoring the inventions
3 of Apple and Mr. Jobs.  Other than this presentation, I have been unable to identify any non-
4 privileged documents within Apple's possession that indicate the quantity and/or identity of all
5 design and utility patents (other than the Apple Patents In Suit) that are or were practiced by the
6 original iPhone, iPhone 3G, iPhone 3GS, and iPhone 4.
7        I declare under penalty of perjury that the foregoing is true and correct to the best of my
8 knowledge.
9        Executed this 3rd day of January, 2018, in Cupertino, California.

           */s/ Jeff Myers*
           Jeff Myers

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 3, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                    /s/ Mark D. Selwyn
                                                   Mark D. Selwyn