| | |
|---|---|
| ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>NATHAN B. SABRI (CA SBN 252216)<br>nsabri@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>      Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S OPPOSITION TO SAMSUNG'S MOTION TO COMPEL**<br><br>PUBLIC REDACTED VERSION |

I, Mark D. Selwyn, hereby declare:

1. I am an attorney admitted to practice in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am a member of the Bar of this Court. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned matter. I make this declaration based upon my personal knowledge and/or investigation of the facts set forth herein. If called to testify, I could and would testify competently to the facts stated herein.

2. On October 30, 2017, Samsung served Interrogatory Nos. 6-8 asking Apple to identify documents from prior document productions, or additional documents to be produced, "sufficient to identify each and every physical part and component, including any part number or other identifier thereof, of each of the Apple Phones," "sufficient to identify the (i) manufacturer and (ii) supplier to You of each and every physical part and component of the Apple Phones," and "sufficient to identify [Apple's] cost to acquire each and every physical part and component of the Apple Phones." The interrogatories define the term "Apple Phones" as "the original iPhone, the iPhone 3G, the iPhone 3GS, and the iPhone 4."

3. In its response to Samsung's Interrogatory Nos. 6-8, Apple identified more than 50 documents produced by Apple prior to July 2012, including Bills of Material and other reports that identify, *inter alia*, components of the original iPhone, the iPhone 3G, the iPhone 3GS, and the iPhone 4, and the manufacturer and part number of each. The documents identified in Apple's responses to these interrogatories also include costed Bills of Material, which state the cost of components listed therein. Attached as **Exhibit A** is a true and correct copy of Apple's Objections and Responses to Samsung's First Set of Interrogatories Regarding Article of Manufacture, served November 29, 2017.

4. On December 17, 2017, Apple produced for deposition Tony Blevins, Apple's Vice President for Procurement, pursuant to Samsung's Notice of 30(b)(6) Deposition. Apple designated Mr. Blevins to testify regarding (i) the Bills of Materials for the original iPhone, iPhone 3G, iPhone 3GS, and iPhone 4, including how to determine from them the identity of

1  each component and the identity of the manufacturer of each component; (ii) the general
2  manufacturing process for (1) each Apple Phone, (2) the round-cornered, glass front face of the
3  Apple Phones, (3) the round-cornered, glass front face plus the surrounding rim or bezel of the
4  Apple Phones, and (4) the display screen of the Apple Phones; and (iii) generally about repairs to
5  the Apple Phones.

6      5.  I have attached as **Exhibit B** an example of one of the Bills of Materials
7  referenced in Apple's responses to Interrogatory Nos. 6-8. ███████████████████
8  ███████████████████████████████████████████
9  ███████████████████████████████████████████
10 ███████████████████████████████████████████
11 ████

12     6.  ███████████████████████████████
13 ███████████████████████████████████████████
14 ████████████████████

15     7.  I have excerpted below a portion of a page from Exhibit B (bearing Bates number
16 APL-ITC796-0000397908) that ████████████████████████████
17 ██████
18 ███████████████████████████████████████████
19 ███████████████████████████████████████████
20 ███████████████████████████████████████████

21     8.  I have excerpted below a portion of a page from Exhibit B (bearing Bates number
22 APL-ITC796-0000397948) that ████████████████████████████
23 ████████████████████████████████
24 ███████████████████████████████████████████
25 ███████████████████████████████████████████
26 ███████████████████████████████████████████

27
28

9.      I have excerpted below a portion of pages from Exhibit B (bearing Bates number APL-ITC796-0000397933 through APL-ITC796-0000397934) that █████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

10.     I have excerpted below a portion of pages from Exhibit B (bearing Bates number APL-ITC796-0000397940 through APL-ITC796-0000397941) that █████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
███████████████████████████████████:

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

11.     ███████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

1 ▮

2 ▮

3 ▮

12. Exhibit B is one example of a Bill of Materials Apple has produced. Apple has produced documents containing similar component information for, *inter alia*, the original Apple iPhone (4GB) (APL-ITC796-0000438059); the original Apple iPhone (8GB) (APL-ITC796-0000438275); the Apple iPhone 3G (8GB) (APL-ITC796-0000438807); and the Apple iPhone 3G (16GB) (APL-ITC796-0000438716).

13. Apple also identified in response to Interrogatory Nos. 6-8 documents it has produced that state the cost of components. Attached as **Exhibit C** is an example of one of the documents referenced in Apple's responses. Exhibit C ▮

▮

14. I have excerpted below a portion of a page from Exhibit C (bearing Bates number APLNDC-Y0000050773) that ▮

▮

15. I have excerpted below line items from pages from Exhibit C (bearing Bates numbers APLNDC-Y0000050773 through APLNDC-Y0000050774) that ▮

▮

16. Apple has produced documents containing similar component cost information pertaining to the iPhone 3G (APLNDC-Y0000050896); iPhone 3GS (APLNDC-Y0000051028);

iPhone 4 (AT&T Model) (APLNDC-Y0000051093); and iPhone 4 (Verizon Model) (APLNDC-Y0000051277).

17. In addition to information regarding the identification and costs of the components of the original iPhone, the iPhone 3G, the iPhone 3GS, and the iPhone 4, Apple has produced extensive financial information, including detailed information concerning Apple's profits from the sale of its iPhones (which has also been the subject of expert reports submitted by both parties prior to the earlier trials in this case) and explained that Apple does not calculate profits on the sale of components of its iPhones. *See* **Exhibit A** (Apple's Response to Samsung Interrogatory No. 9).

18. Since October 2017, Apple has produced more than 2,800 pages of documents and identified hundreds of previously produced documents as responsive to Samsung's interrogatories concerning the identification of the article of manufacture to which Samsung applied Apple's patented designs. *See* **Exhibit A** (Apple's Responses and Objections to Samsung First Set of Interrogatories Regarding Article of Manufacture). These documents include, *inter alia*, advertisements for both Apple and Samsung's phones, documents concerning the public reaction to Samsung's introduction of phones infringing Apple's patents, documents concerning the design and conception of both Apple and Samsung's phones, and documents concerning the importance of design at Apple and Samsung.

19. I have attached as **Exhibit D** true and correct excerpts of the transcript of the December 20, 2017 deposition of Hyuhyun Han, a Samsung corporate designee regarding Samsung's profits from the sale of its alleged articles of manufacture.

20. I have attached as **Exhibit E** a true and correct copy of a December 22, 2017 letter from Michael Zeller to me.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge after a reasonable inquiry.

1     Executed this 3rd day of January 2018, in Palo Alto, California.

                                                                */s/ Mark D. Selwyn*
                                                                Mark D. Selwyn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 3, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                             */s/ Mark D. Selwyn*
                                                             Mark D. Selwyn