ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

APPLE INC., a California corporation,

       Plaintiff,

     vs.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,

      Defendants.

Case No. 11-cv-01846-LHK

**DECLARATION OF MARK D. SELWYN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (DKT. 3550)**

1    I, Mark D. Selwyn, hereby declare:

2       1.      I am an attorney admitted to practice in the State of California, the

3    Commonwealth of Massachusetts, and the State of New York, and am a member of the Bar of

4    this Court.  I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel

5    for Apple Inc. ("Apple") in the above-captioned matter.  I make this declaration based upon my

6    personal knowledge and/or investigation of the facts set forth herein.  If called to testify, I could

7    and would testify competently to the facts stated herein.

8       2.      Pursuant to Local Rule 79-5, I submit this declaration in support of Samsung's

9    Administrative Motion to File Documents Under Seal (Dkt. 3550), which seeks to seal portions

10   of the Sealed Declaration of Sara Jenkins in Support of Samsung's Motion to Compel Apple to

11   Produce Documents, Answer Interrogatories, and Sit for Deposition (Dkt. 3550-3) and Exhibits J

12   & L thereto (Dkts. 3550-14, 3550-17).

13      3.      The highlighted portions of Ms. Jenkins' Sealed Declaration discuss deposition

14   testimony given by Mr. Blevins concerning the identification of component parts of Apple's

15   iPhones and Apple's suppliers.

16      4.      Similarly, Exhibit J includes excerpts of Mr. Blevins' deposition testimony

17   discussing the identification of the components of Apple's iPhones, Apple's suppliers, and

18   Apple's internal information systems.

19      5.      Apple treats this information as confidential, does not publicly disclose or

20   disseminate this information, and the disclosure of such information can be used by Apple's

21   competitors to its disadvantage.

22      6.      Portions of Exhibit L similarly discuss deposition testimony given by Mr. Blevins

23   concerning the identification of component parts of Apple's iPhones and Apple's suppliers.

24   Attached as Exhibit A to this Declaration is a redacted version of Exhibit L removing Apple's

25   confidential business information.

26      7.      The relief requested by Samsung's Motion and supported by this declaration is

27   necessary and narrowly tailored to protect Apple's confidential business information.

28

8.      Accordingly, Apple requests that Samsung's Administrative Motion for Leave to File Documents Under Seal be granted.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of January 2018, in Palo Alto, California.


*/s/ Mark D. Selwyn*
Mark D. Selwyn

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 4, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                           */s/ Mark D. Selwyn*
                                           Mark D. Selwyn