UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK (NC)<br><br>**ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Re: Dkt. No. 3550 |

　　　　Pursuant to the parties' stipulated protective order, defendants Samsung Electronics America, Inc., Samsung Electronics Co. Ltd., and Samsung Telecommunications America, LLC move to file under seal documents related to their motion to compel discovery. ECF 3550. These documents include information that plaintiff Apple, Inc. designated as confidential. In accordance with Civil Local Rule 79-5(e)(1), Apple filed a declaration in support of maintaining the documents under seal. Selwyn Decl., ECF 3554.

　　　　In this district, a sealing order may issue only upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law. Civ. L.R. 79-5(d). The request must be narrowly tailored to seek sealing only of sealable material. *Id*. Where, as here, a motion to seal involves documents only tangentially related to the merit of the case, the Court applies a "good cause" standard. *See Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010); *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). This

standard requires a "particularized showing" that "specific prejudice or harm will result" if the information is disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002) (citation omitted); *see* Fed. R. Civ. P. 26(c). "Broad allegations of harm, unsubstantiated by specific examples or articulated reasoning" will not suffice. *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992) (citation omitted).

The table below identifies the portions of the sealed documents that Apple seeks to maintain under seal, with the Court's ruling. Where granted, it is because the Court finds good cause based on a particularized showing that specific prejudice or harm could result if the information is disclosed.

| Document | Portion To Be Sealed | Apple's Proffered Reason For Sealing | Court's Order |
|---|---|---|---|
| Declaration of Sara Jenkins in Support of Samsung's Motion to Compel (ECF 3550-3) | Highlighted portions of ¶ 8 | Discusses deposition testimony concerning component parts of Apple's iPhones and Apple's suppliers. Apple claims this information is confidential and that its disclosure could be used by Apple's competitors to its disadvantage. | GRANTED. |
| Exhibit J to Jenkins Decl. (ECF 3550-14) | In its entirety | Includes excerpts of deposition testimony discussing components of Apple's iPhones, Apple's suppliers, and Apple's internal information systems. Apple claims this information is confidential and that its disclosure could be used by Apple's competitors to its disadvantage. | GRANTED. |

| Document | Portion To Be Sealed | Apple's Proffered Reason For Sealing | Court's Order |
|---|---|---|---|
| Exhibit L to Jenkins Decl. (ECF 3550-17) | Redacted text in the version of Exhibit L attached as Exhibit A to the declaration of Mark D. Selwyn in support of maintaining under seal (ECF 3554-1) | Discusses deposition testimony concerning component parts of Apple's iPhones and Apple's suppliers. Apple claims this information is confidential and that its disclosure could be used by Apple's competitors to its disadvantage. | GRANTED. |

Redacted versions of the Jenkins Declaration and Exhibit L are already publicly available, *see* ECF 3550-4, 3554-1, so no further action is required to comply with Civil Local Rule 79-5(f).

**IT IS SO ORDERED.**

Dated: January 5, 2018                           _____
                                                 NATHANAEL M. COUSINS
                                                 United States Magistrate Judge