ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (DKT. 3553) AND IN RESPONSE TO THE COURT'S JANUARY 10, 2018 ORDER (DKT. 3560)** |

1      I, Mark D. Selwyn, hereby declare:

2      1.      I am an attorney admitted to practice in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am a member of the Bar of this Court. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned matter. I make this declaration based upon my personal knowledge and/or investigation of the facts set forth herein. If called to testify, I could and would testify competently to the facts stated herein.

       2.      Pursuant to Local Rule 79-5 and the Court's Order Granting-in-Part and Denying-in-Part Apple's Motion (Dkt. 3560), I submit this declaration in further support of Apple's Administrative Motion to File Documents Under Seal (Dkt. 3553) .

       3.      Attached as Exhibit A to this Declaration is a redacted version of Apple's Letter Brief in Opposition to Samsung's Motion to Compel.

       4.      The redacted portions of this document, which has previously been submitted in unredacted form to the Court under seal (Dkt. 3553-3), concern an Apple internal code word used to refer to certain component parts of Apple's iPhones.

       5.      Consistent with the nature of a code word, Apple treats the redacted information as confidential and does not publicly disclose or disseminate this information. The disclosure of such a code word could be used by Apple's competitors to its disadvantage.

       6.      Apple has met and conferred with Samsung and Samsung has indicated that it does not make a claim of confidentiality over any portion of the letter brief and that it does not oppose Apple's motion.

       7.      The relief requested by Apple's Motion and supported by this declaration is necessary and narrowly tailored to protect Apple's confidential business information.

       8.      Accordingly, Apple requests that Apple's Administrative Motion for Leave to File Documents Under Seal be granted with respect to the redacted portions of Apple's Letter Brief Apple's Letter Brief in Opposition to Samsung's Motion to Compel attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of January 2018, in Palo Alto, California.

                                                */s/ Mark D. Selwyn*
                                                Mark D. Selwyn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 17, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                       */s/ Mark D. Selwyn*
                                                       Mark D. Selwyn