UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., | Case No. 11-cv-01846-LHK (NC) |
| Plaintiff, | |
| v. | **ORDER GRANTING APPLE'S REVISED SEALING MOTION** |
| SAMSUNG ELECTRONICS CO. LTD., et al., | Re: ECF 3553, 3561 |
| Defendants. | |

On January 10, 2018, the Court granted in part and denied in part plaintiff Apple Inc.'s administrative motion to file documents under seal. ECF 3560 (ruling on the motion at ECF 3553). With the Court's permission, Apple has now submitted a follow-up declaration proposing narrow redactions to Apple's letter brief in opposition to Samsung's motion to compel. ECF 3561.

The Court finds there is good cause to redact the letter brief as Apple proposes, and that the proposed redactions are narrowly tailored. The Court therefore GRANTS Apple's motion to redact the letter as filed at ECF 3561-1. Nothing further is required to resolve the motion as to this document.

No declaration has been filed regarding Exhibit D to the Selwyn Declaration, ECF 3553-10. In accordance with the Court's January 10 order, this document must be filed publicly by the end of today, January 18, 2018.

**IT IS SO ORDERED.**

Dated: January 18, 2018

_____

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-cv-01846-LHK