# EXHIBIT D

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4   ------------------------------------------X
 5   APPLE INC., a California corporation   :
 6                     Plaintiff,:
 7         v.              : Civil Action 11-CV-01846-LHK
 8   SAMSUNG ELECTRONICS CO., LTD, a:
 9   Korean business entity, SAMSUNG .:
10   ELECTRONICS AMERICA, INC., a New:
11   York corporation, and SAMSUNG :
12   TELECOMMUNICATIONS AMERICA,:
13   LLC, a Delaware limited liability company,:
14                     Defendants.:
15   -----------------------------------X.
16   (Caption continued on next page)
17       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
18                       VOLUME I
19         Videotaped Deposition of KYUHYUN HAN
20                  Seoul, South Korea
21             Wednesday, December 20, 2017
22                       8:53 a.m.
23   Job No.:  169695
24   Pages 1 - 157
25   Reported by:  Giselle M. Mitchell, RPR, CRI
```

| | | |
|---|---|---|
| 1 | knowledge on these. | 12:27:13 |
| 2 | Q.   Has Samsung ever relied on any information | 12:27:14 |
| 3 | or data from Apple to calculate profits for any | 12:27:17 |
| 4 | Samsung product? | 12:27:23 |
| 5 | A.   How does that work? | 12:27:42 |
| 6 | CHECK INTERPRETER:  "The profit is | 12:28:31 |
| 7 | calculated by deducting cost from the revenue, and | 12:28:36 |
| 8 | from there, you deduct other expenses and then the | 12:28:41 |
| 9 | tax is calculated.  After tax, you get the | 12:28:47 |
| 10 | profitability." | 12:28:50 |
| 11 | INTERPRETER:  I agree.  Thank you. | 12:28:53 |
| 12 | BY MR. SELWYN: | 12:28:54 |
| 13 | Q.   Can you think of any reason why Samsung | 12:28:55 |
| 14 | would ever use any information or data from Apple to | 12:28:57 |
| 15 | calculate profits for any Samsung product? | 12:29:01 |
| 16 | A.   I don't have Apple data. | 12:29:20 |
| 17 | Q.   And can you think of -- can you think of | 12:29:28 |
| 18 | any reason why Samsung would ever use any Apple | 12:29:36 |
| 19 | information or Apple data to calculate profits for | 12:29:40 |
| 20 | any Samsung product? | 12:29:45 |
| 21 | MR. ANDERSON:  Objection.  Calls for | 12:29:58 |
| 22 | speculation.  Incomplete hypothetical. | 12:29:58 |
| 23 | A.   Profit in the field that I work in is not | 12:30:12 |
| 24 | calculated like that. | 12:30:14 |
| 25 | Q.   Would you agree that Apple data on Apple | 12:30:16 |

| | | |
|---|---|---|
| 1 | costs and Apple revenues would be irrelevant to | 12:30:21 |
| 2 | determining profits for any Samsung product? | 12:30:26 |
| 3 |        MR. ANDERSON:  Objection.  Calls for legal | 12:30:46 |
| 4 | conclusion. | 12:30:47 |
| 5 |    A.   As a financial expert, I can say profits | 12:30:55 |
| 6 | are not determined. | 12:30:59 |
| 7 |    Q.   Would you agree that there would be no | 12:31:05 |
| 8 | reason to use Apple cost and Apple revenue | 12:31:07 |
| 9 | information to determine profits on any Samsung | 12:31:12 |
| 10 | product? | 12:31:15 |
| 11 |        MR. ANDERSON:  Objection.  Asked and | 12:31:34 |
| 12 | answered.  Calls for legal conclusion. | 12:31:34 |
| 13 |    A.   I don't know what you mean by "Apple | 12:32:11 |
| 14 | data," I don't know what you mean by "Apple | 12:32:13 |
| 15 | profitability," and I don't know what that has to do | 12:32:17 |
| 16 | with this.  And profits are not determined.  It's | 12:32:21 |
| 17 | calculated. | 12:32:25 |
| 18 |      Just because we want to sell a hundred | 12:32:26 |
| 19 | units, it doesn't mean we -- we can or we will sell | 12:32:28 |
| 20 | a hundred units.  Or just because we want to sell it | 12:32:31 |
| 21 | at 100 Won, for example, it doesn't mean that we can | 12:32:37 |
| 22 | or we will sell it at that price. | 12:32:41 |
| 23 |    Q.   Are you aware of any accounting or finance | 12:32:45 |
| 24 | principle that would suggest that you use Apple | 12:32:48 |
| 25 | information on Apple costs and Apple revenue to | 12:32:52 |

| | | |
|---|---|---|
| 1 | calculate profit on a Samsung product? | 12:32:56 |
| 2 |      MR. ANDERSON: Objection. Vague and | 12:33:35 |
| 3 | ambiguous. | 12:33:36 |
| 4 |     A.  In the accounting principles, there is | 12:33:56 |
| 5 | such a thing called "GAAP," generally -- Generally | 12:33:58 |
| 6 | Accepted Accounting Principles, GAAP. Every single | 12:34:02 |
| 7 | company in the world uses this. But as to your | 12:34:12 |
| 8 | question, I'm not really sure what you're asking | 12:34:15 |
| 9 | about. | 12:34:18 |
| 10 |     Q.  Are you aware of any GAAP principle that | 12:34:18 |
| 11 | would suggest that Samsung could or should use Apple | 12:34:20 |
| 12 | cost and revenue data to calculate profits on a | 12:34:28 |
| 13 | Samsung product? | 12:34:33 |
| 14 |     A.  As far as I'm aware, GAAP does not have | 12:35:04 |
| 15 | any materials that give specific company names. | 12:35:07 |
| 16 |     Q.  Okay. Let me ask it this way. Can you | 12:35:18 |
| 17 | think of any reason that Samsung would ever use | 12:35:20 |
| 18 | Apple cost and revenue data to calculate profits on | 12:35:27 |
| 19 | any Samsung smartphone product? | 12:35:30 |
| 20 |      MR. ANDERSON: Objection. Vague. Asked | 12:35:51 |
| 21 | and answered. Also objection to the extent it calls | 12:35:53 |
| 22 | for a legal conclusion. | 12:35:57 |
| 23 |     A.  The only information on Apple that is | 12:36:34 |
| 24 | available to us is public information. That is | 12:36:38 |
| 25 | something we can go into EDGAR and search, and | 12:36:41 |

| | | |
|---|---|---|
| 1 | that's the only data that's available to us.  And | 12:36:47 |
| 2 | I've been in this field 10-plus years, including my | 12:36:51 |
| 3 | time in college, but I've never heard of calculating | 12:36:55 |
| 4 | profits in the manner that you describe. | 12:36:59 |
| 5 |       MR. SELWYN:  Why don't we take our lunch | 12:37:04 |
| 6 | break? | 12:37:06 |
| 7 |       THE VIDEOGRAPHER:  We are going off the | 12:37:08 |
| 8 | record.  The time is 12:37. | 12:37:09 |
| 9 |       (Luncheon break) | 12:37:12 |
| 10 |       THE VIDEOGRAPHER:  We are back on the | 01:42:40 |
| 11 | record.  The time is 1:43. | 01:42:41 |
| 12 | BY MR. SELWYN: | 01:42:46 |
| 13 |    Q.  Mr. Han, I want to ask you some questions | 01:42:46 |
| 14 | that relate to topic number 16 of Exhibit 1.  Do you | 01:42:48 |
| 15 | see that that topic relates to transfer pricing | 01:43:13 |
| 16 | agreements or arrangements between or among any | 01:43:16 |
| 17 | Samsung subsidiaries or affiliates? | 01:43:19 |
| 18 |    A.  Yes. | 01:43:42 |
| 19 |    Q.  Has any Samsung entity ever sold or | 01:43:43 |
| 20 | transferred one of the infringing phones listed in | 01:43:48 |
| 21 | Exhibit 2 to another Samsung entity? | 01:43:52 |
| 22 |    A.  Counsel, your question is, from the models | 01:44:26 |
| 23 | here, has any Samsung legal entity sold any of these | 01:44:28 |
| 24 | models to a different Samsung legal entity.  Yes? | 01:44:33 |
| 25 |    Q.  That's right.  And I'm referring | 01:44:40 |