PAGES 1 - 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**BEFORE THE HONORABLE NATHANAEL M. COUSINS, MAGISTRATE JUDGE**

| | | |
|---|---|---|
| APPLE, INC., | ) | |
| | ) | |
| PLAINTIFF, | ) | NO. C-11-1846 LHK (NMC) |
| | ) | |
| VS. | ) | FRIDAY, JANUARY 5, 2018 |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD, ET AL., | ) | SAN JOSE, CALIFORNIA |
| | ) | MOTION TO COMPEL DISCOVERY |
| DEFENDANTS. | ) | |

**TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND RECORDING 1:10 P.M. - 1:16 P.M.; 1:54 P.M. - 1:56 P.M.**

**APPEARANCES:**

**FOR PLAINTIFF:**   WILMER HALE
950 PAGE MILL ROAD
PALO ALTO, CALIFORNIA 94304
BY: MARK D. SELWYN, ESQUIRE

MORRISON & FOERSTER
707 WILSHIRE BLVD., SUITE 6000
LOS ANGELES, CALIFORNIA 90017
BY: CHARLES S. BARQUIST, ESQUIRE

**FOR DEFENDANT:**   QUINN EMANUEL URQUHART & SULLIVAN
865 S. FIGUEROA STREET, 10TH FLOOR
LOS ANGELES, CALIFORNIA 90017
BY: MICHAEL T. ZELLER, ESQUIRE

QUINN EMANUEL URQUHART & SULLIVAN
555 TWIN DOLPHIN DRIVE, 5TH FLOOR
REDWOOD SHORES, CALIFORNIA 94065
BY: MARK GRAY, ESQUIRE

**TRANSCRIBED BY:**   DIANE E. SKILLMAN, TRANSCRIBER

```
 1    FRIDAY, JANUARY 5, 2018                              1:10 P.M.
 2                     P R O C E E D I N G S
 3         THE CLERK:  CALLING CIVIL 11-1846 APPLE INCORPORATED
 4    VERSUS SAMSUNG ELECTRONICS COMPANY, LIMITED, ET AL.
 5         MR. ZELLER:  GOOD AFTERNOON, YOUR HONOR.
 6         THE COURT:  COME ON UP.  GOOD AFTERNOON.
 7         MR. ZELLER:  OKAY.  I'M MIKE ZELLER ON BEHALF OF
 8    SAMSUNG.
 9         THE COURT:  WELCOME.
10         MR. SELWYN:  GOOD AFTERNOON, YOUR HONOR.  MARK SELWYN
11    ON BEHALF OF APPLE.  AND WITH ME TODAY IS CHARLES BARQUIST
12    ALSO ON BEHALF OF APPLE.
13         THE COURT:  GOOD AFTERNOON TO YOU BOTH.
14       THERE'S ONE MORE SIDE ON SAMSUNG.
15         MR. ZELLER:  MARK GRAY ALSO OF QUINN EMANUEL.
16         THE COURT:  THANKS FOR BEING HERE.
17       ALL RIGHT.  LET ME SPEND A MOMENT DISCUSSING THE
18    PROCEDURAL POSTURE OF THE MOTION WHICH BRINGS YOU HERE TODAY.
19    THAT'S THE MOTION BY SAMSUNG TO COMPEL DOCUMENTS FROM APPLE.
20    IT'S AT DOCKET 3550 AND AS FOR OTHER SUBSTANTIAL CASE FILE.
21       I BELIEVE IT'S MY FIRST HEARING IN THE CASE, SO I WANT TO
22    MAKE SURE THAT I KNOW ALL THE CONTEXT FOR THE DISCOVERY
23    DISPUTE THAT YOU KNOW FROM HAVING WORKED ON IT FOR MANY YEARS
24    AND THROUGH MANY DOCUMENTS AND FILINGS IN BOTH THIS COURT,
25    COURT OF APPEAL, AND THE SUPREME COURT.
```

1    THE -- THERE WAS A -- TWO MOTIONS TO SEAL THAT GO ALONG
2  WITH IT.  OF COURSE WE HAVE SAMSUNG'S MOTION AND APPLE'S
3  RESPONSE FILED EARLIER THIS WEEK, AND I WILL RULE ON THE
4  MOTIONS TO SEAL.  I WILL NOT BE REFERENCING ANY OF THE SEALED
5  PORTIONS IN MY INTRODUCTORY COMMENTS, JUST FOCUSING ON THE
6  PROCEDURE.
7    AFTER THE CASE CAME BACK FROM THE SUPREME COURT AND COURT
8  OF APPEAL, JUDGE KOH HAD HEARINGS IN OCTOBER AND IN NOVEMBER
9  WHERE SHE DISCUSSED WITH THE PARTIES THE SCOPE OF THIS PHASE
10 OF THE CASE, THE UPCOMING SPRING TRIAL ON ARTICLES OF
11 MANUFACTURE, AND SHE SET FORTH BACK ON OCTOBER 22ND THE FOUR
12 BULLET POINTS OF WHAT THE ISSUES TO BE DECIDED THEN WERE GOING
13 TO BE.
14    AND BY MY OBSERVATION, THE PARTIES HAD AN OPPORTUNITY IN
15 OCTOBER AND AGAIN IN NOVEMBER TO DISCUSS WITH HER AND TO
16 IMPRESS UPON HER WHAT THE SCOPE OF THIS PHASE OF THE CASE
17 WOULD BE INCLUDING THE SCOPE OF DISCOVERY.  AND THOSE WERE NOT
18 SHORT HEARINGS, THEY WERE LENGTHY, AND THERE WAS OPPORTUNITY
19 FOR THE PARTIES TO, IN A PROACTIVE FASHION, DISCUSS AND COME
20 TO SOME COMMON APPROACH AS TO WHAT WOULD HAPPEN IN THIS PHASE
21 OF THE CASE.
22    IT WAS THEN... THE FIRST I KNEW OF IT ON DECEMBER 28TH AT
23 10:56 P.M., WHICH WAS JUST OVER ONE HOUR BEFORE THE CLOSE OF
24 ANY MOTION ON DISCOVERY COULD BE FILED, SO THE 11TH HOUR WAS
25 ACTUALLY UNDERSELLING IT.  AT THE LAST MINUTE, ALMOST

1    LITERALLY, BUT THE LAST HOUR OF THE LAST DAY OF THE DISCOVERY
2    PERIOD, SAMSUNG PRESENTED ME WITH A MOTION ASKING ME, ON MY
3    FIRST RULING IN THE CASE WITH 3,550 FILINGS, TO DEFINE THE
4    SCOPE OF THE DISCOVERY IN THIS CASE.
5         MY REACTION IS THAT THE TIMING LOOKS LIKE A LAST SECOND
6    DESPERATION HEAVE, AND IT'S THE OPPOSITE OF PROACTIVE CASE
7    MANAGEMENT TO ASK AT THE END TO DEFINE WHAT'S GOING TO BE
8    HAPPENING IN DISCOVERY WHEN YOU'VE ALREADY SPENT A LOT OF TIME
9    AND MANY COURTS AND IN FRONT OF THE TRIAL JUDGE DISCUSSING THE
10   EXACT PARAMETERS OF WHAT IS NOW PRESENTED TO ME AT THE BACK
11   END.
12        BUT I DEAL WITH WHAT'S -- THE HAND THAT'S DEALT ME.  I'M
13   READY TO RULE ON THE MOTION AS I UNDERSTAND IT, AND I'VE SEEN
14   APPLE'S OPPOSITION, BUT IT SEEMS A LITTLE SURPRISING TO ME
15   THAT THE PARTIES WANT ME TO DECIDE THE SCOPE OF DISCOVERY IN
16   THIS CASE IN THIS FASHION GIVEN MY PROCEDURAL KNOWLEDGE OF THE
17   CASE WHEN BETWEEN THE TWO OF YOU AND YOUR PARTIES, YOU KNOW A
18   LOT MORE ABOUT WHAT YOU ACTUALLY WANT TO PRESENT AT THE TRIAL
19   AND WHAT DEFENSES APPLE IS GOING TO BE -- WHAT EACH PARTY IS
20   GOING TO BE PRESENTING AT THE TRIAL, AND WHAT DOCUMENTS YOU
21   ARE GOING TO BE USING AS EXHIBITS AND WHAT WITNESSES YOU ARE
22   USING.  YOUR KNOWLEDGE OF THE EXPERTS IS -- AND WHAT THEY
23   MIGHT SAY IS MUCH GREATER THAN MINE.
24        SO I AM HAPPY TO RULE ON THE MOTION, BUT I AM GOING TO BE
25   MAKING A STAB IN THE DARK AS TO THE LINES AND HOW THIS MIGHT

1  ASSIST EACH PARTY; WHEREAS THROUGH FURTHER CONVERSATION AND
2  COMPROMISE, YOU MIGHT BE ABLE TO REACH SOME COMMON
3  UNDERSTANDING AS TO THE SCOPE OF DISCOVERY THAT WILL BE
4  HELPFUL AND EFFICIENT, BOTH OF YOU, AND HELP YOU TO RESOLVE
5  THESE THINGS.  BECAUSE IF YOU DON'T RESOLVE THEM IN AN
6  AMICABLE FASHION, WHAT WILL PROBABLY OCCUR IS I WILL RULE, ONE
7  OR BOTH OF YOU WILL THEN APPEAL TO JUDGE KOH.  SHE'S GOING TO
8  BE VERY UNHAPPY TO RECEIVE THIS ON THE BACK END WHEN YOU HAD A
9  CHANCE TO AND DID NOT RESOLVE IT WITH HER BACK IN OCTOBER OR
10 NOVEMBER.  AND THIS IS A 2012 TRIAL (SIC), I NOTICE, SO SHE'S
11 NOT INCLINED TO EXTEND THE TRIAL FOR YOU TO MESS AROUND WITH
12 DISCUSSIONS ON THE SCOPE.
13      SO I WANT TO MAKE SURE YOU'VE GOT A FULL OPPORTUNITY TO
14 DISCUSS IT AND WORK OUT THE PARAMETERS OF DISCOVERY, EVEN
15 THOUGH I THINK YOU HAD A FULL OPPORTUNITY TO BACK IN OCTOBER,
16 NOVEMBER, AND DECEMBER, I WANT YOU TO TRY HARDER TO WORK IT
17 OUT RIGHT NOW BEFORE I HAVE TO WORK IT OUT FOR YOU.
18      SO I'VE GOT ANOTHER HEARING TO TAKE HERE, AND WE'RE GOING
19 TO DO THAT NEXT.  I WILL RESPECTFULLY ASK YOU TO STEP OUT AND
20 TO SEE IF YOU CAN COME TO SOME REASONABLE AND QUICK LINES OF
21 DEMARCATION ON THE SCOPE OF DISCOVERY, EVEN IF IT'S ON SOME OF
22 THEM.  BECAUSE EXHIBIT H TO THE DECLARATION HAS MANY DIFFERENT
23 REQUESTS FOR INFORMATION WHICH I CAN RULE ON INDIVIDUALLY, BUT
24 IT MAY BE THAT YOU CAN, THROUGH SOME HORSETRADING, DECIDE SOME
25 THINGS THAT APPLE IS WILLING TO PRODUCE AND THAT SAMSUNG IS

1  WILLING TO ACCEPT, OR YOU CAN FAIRLY COME BACK AND SAY YOU
2  WANT ME TO DECIDE EVERYTHING, AND I WILL DO IT TODAY.
3      BUT I WANT TO MAKE SURE THAT I'M TELLING JUDGE KOH THAT I
4  GAVE YOU A FAIR, FULL CHANCE TO WORK IT OUT YOURSELVES BEFORE
5  I SEND YOU BACK TO HER POTENTIALLY ON AN EXPEDITED DEAL IN AN
6  EMERGENCY SITUATION WHERE I ASSURE YOU SHE HAS OTHER THINGS TO
7  DO NOW AND NEXT WEEK.
8      SO THANK YOU FOR LISTENING AND INDULGING MY PATIENCE.  WE
9  WILL CALL YOU BACK AT 2:00 O'CLOCK FOR YOUR PORTION OF THE
10 HEARING.
11         **MR. SELWYN:**  VERY GOOD.  THANK YOU.
12         **MR. ZELLER:**  THANK YOU.
13     (RECESS TAKEN AT 12:16 P.M.; RESUMED AT 1:54 P.M.)
14         **THE COURT:**  PEACE IN THE MIDDLE EAST.  TELL ME ALL
15 ABOUT IT.
16         **MR. ZELLER:**  WE SOLVED EVERYTHING, YOUR HONOR.
17         **THE COURT:**  OUTSTANDING.
18         **MR. SELWYN:**  WE HAVE, YOUR HONOR.
19     THE PARTIES HAVE REACHED A COMPROMISE TO FULLY RESOLVE
20 SAMSUNG'S MOTION TO COMPEL, WHICH I AM HAPPY TO RECITE FOR THE
21 RECORD.
22         **THE COURT:**  PLEASE DO.
23         **MR. SELWYN:**  APPLE WILL PROVIDE TO SAMSUNG COST
24 INFORMATION FOR THE COMPONENT THAT'S REFERENCED IN
25 PARAGRAPH 7, THE GLASS COMPONENT REFERENCED IN PARAGRAPH 7 OF

1  MY DECLARATION, THE SELWYN DECLARATION, AS WELL AS THE BEZEL
2  COMPONENT FOR FOUR APPLE PRODUCTS, THE ORIGINAL IPHONE, THE
3  IPHONE 3G, THE IPHONE 3GS, AND THE IPHONE 4.
4         **MR. ZELLER:** THERE'S ONE SORT OF FURTHER
5  CLARIFICATION ON THAT.  IS THAT THE INFORMATION THAT WILL BE
6  PROVIDED WILL INCLUDE THE PART NUMBERS ASSOCIATED WITH THE
7  COST.
8         **MR. SELWYN:** THAT'S CORRECT.
9         **MR. ZELLER:** AND IT'S GOING TO BE FROM THE DATABASE
10 THAT MR. BLEVINS HAD TESTIFIED IT ABOUT.
11        **THE COURT:** ALL RIGHT.  AND DOES THAT FULLY CAPTURE
12 THE AGREEMENT AS TO WHAT'S TO BE PRODUCED?
13        **MR. SELWYN:** IT DOES, I BELIEVE --
14        **MR. ZELLER:** THAT DOES --
15        **MR. SELWYN:** -- AND TOTALLY RESOLVES THE MOTION.
16        **THE COURT:** OUTSTANDING.  IS THERE A DATE BY WHICH
17 APPLE IS COMMITTED TO PROVIDING THIS INFORMATION?
18        **MR. SELWYN:** I HAD SUGGESTED WE WILL ENDEAVOR TO DO
19 IT IN THE NEXT TEN DAYS.  I AM PICKING THAT NUMBER A LITTLE
20 BIT WITH SOME GUESSWORK INVOLVED, AND MR. ZELLER HAS INDICATED
21 THAT IF WE NEED A LITTLE BIT LONGER THAN THAT, THAT WOULD BE
22 OKAY.
23        **MR. ZELLER:** RIGHT.  WE WILL CERTAINLY HAVE THE
24 DISCUSSION IF THEY RUN INTO ISSUES.
25    THE OTHER THING I WOULD JUST PUT ON THE RECORD, YOUR

1  HONOR, IS THAT WE ARE -- WE ARE NOT PROCEEDING ON THE SECOND
2  ISSUE WHICH DEALS WITH PATENTS BASED ON APPLE'S
3  REPRESENTATIONS THAT IT HAS UNDERTAKEN A FULL, DILIGENT
4  SEARCH.  THAT WAS OUR MAIN CONCERN THE COURT MIGHT HAVE SEEN
5  FROM THE PAPERS, BUT THAT BASED ON THOSE REPRESENTATIONS,
6  THAT'S WHY WE ARE WILLING TO NOT PROCEED ON THAT.
7          **THE COURT:**  YOU'RE RELYING UPON THEIR REPRESENTATION?
8          **MR. ZELLER:**  YEAH.
9          **THE COURT:**  VERY GOOD.
10     THANK YOU FOR WORKING OUT YOUR DISPUTE.  I WILL REPORT
11  THAT TO JUDGE KOH.  THANK YOU VERY MUCH.
12         **MR. SELWYN:**  THANK YOU VERY MUCH.  HAVE A GOOD
13  WEEKEND.
14         **MR. ZELLER:**  HAVE A GOOD WEEKEND.
15         **THE COURT:**  HAVE A GOOD WEEKEND.
16
17             (PROCEEDINGS ADJOURNED AT 1:56 P.M.)

## CERTIFICATE OF TRANSCRIBER

I CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY, OF THE ABOVE PAGES OF THE OFFICIAL ELECTRONIC SOUND RECORDING PROVIDED TO ME BY THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OF THE PROCEEDINGS TAKEN ON THE DATE AND TIME PREVIOUSLY STATED IN THE ABOVE MATTER.

I FURTHER CERTIFY THAT I AM NEITHER COUNSEL FOR, RELATED TO, NOR EMPLOYED BY ANY OF THE PARTIES TO THE ACTION IN WHICH THIS HEARING WAS TAKEN; AND, FURTHER, THAT I AM NOT FINANCIALLY NOR OTHERWISE INTERESTED IN THE OUTCOME OF THE ACTION.

_____

DIANE E. SKILLMAN, TRANSCRIBER

TUESDAY, JANUARY 16, 2018