1  FREEBORN & PETERS LLP
   EDWARD H. RICE (*pro hac vice*)
2  erice@freeborn.com
   MARINA N. SAITO (*pro hac vice*)
3  msaito@freeborn.com
   311 S. Wacker Drive, Suite 3000
4  Chicago, IL 60606
   Telephone:    312-360-6000
5  Facsimile:    312-360-6520

6  Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and
7  Samsung Telecommunications America, LLC

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12  APPLE INC., a California corporation,         Case No. 5:11-cv-01846-LHK

13                    Plaintiff,                  **NOTICE OF WITHDRAWAL OF
                                                  EDWARD H. RICE AS COUNSEL**
14        v.

15  SAMSUNG ELECTRONICS CO., LTD.,
    a Korean business entity;
16  SAMSUNG ELECTRONICS AMERICA, INC.,
    a New York corporation; SAMSUNG
17  TELECOMMUNICATIONS AMERICA, LLC,
    a Delaware limited liability company,
18
                      Defendants.
19

20
21
22
23
24
25
26
27
28

PLEASE TAKE NOTICE that Edward H. Rice of Freeborn & Peters LLP withdraws his appearance as counsel of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC, and asks to be removed from the service list in the above-captioned matter.

RESPECTFULLY SUBMITTED,

Dated:  January 29, 2018                                         FREEBORN & PETERS LLP

                                                                         By: */s/ Edward H. Rice*
                                                                                 Edward H. Rice

                                                                                 Attorney for Defendants
                                                                                 SAMSUNG ELECTRONICS CO., LTD.,
                                                                                 SAMSUNG ELECTRONICS AMERICA, INC.
                                                                                 and SAMSUNG TELECOMMUNICATIONS
                                                                                 AMERICA, LLC