FREEBORN & PETERS LLP
EDWARD H. RICE (*pro hac vice*)
erice@freeborn.com
MARINA N. SAITO (*pro hac vice*)
msaito@freeborn.com
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone:     312-360-6000
Facsimile:     312-360-6520

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and
Samsung Telecommunications America, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 5:11-cv-01846-LHK <br><br> **NOTICE OF WITHDRAWAL OF MARINA N. SAITO AS COUNSEL** |

PLEASE TAKE NOTICE that Marina N. Saito of Freeborn & Peters LLP withdraws her appearance as counsel of record for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC, and asks to be removed from the service list in the above-captioned matter.

RESPECTFULLY SUBMITTED,

Dated:  January 29, 2018                               FREEBORN & PETERS LLP

                                                                         By: */s/ Marina N. Saito*
                                                                             Marina N. Saito

                                                                             Attorney for Defendants
                                                                             SAMSUNG ELECTRONICS CO., LTD.,
                                                                             SAMSUNG ELECTRONICS AMERICA, INC.
                                                                             and SAMSUNG TELECOMMUNICATIONS
                                                                             AMERICA, LLC