ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

1  In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") submits this
2  motion for an order to seal documents regarding Apple's Administrative Motion For Leave To
3  File A Motion To Strike And For Expedited Briefing—specifically, Exhibit 1 (Apple's Motion
4  To Strike Dr. Reibstein's Expert Report) and Exhibit 2 (Declaration of Mark D. Selwyn in
5  Support of Apple's Motion To Strike, including the exhibits thereto) to Apple's Administrative
6  Motion.

7  Apple's Motion To Strike Dr. Reibstein's Expert Report and the Declaration of Mark D.
8  Selwyn in Support of Apple's Motion to Strike, including the exhibits thereto, contain
9  information that defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc.,
10 and/or Samsung Telecommunications America, LLC (collectively, "Samsung") may consider
11 confidential.  Apple expects that Samsung will file the required supporting declaration in
12 accordance with Civil Local Rule 79-5 as necessary to confirm whether the information
13 contained in the aforementioned documents should be sealed.

14 Apple does not maintain a claim of confidentiality with respect to Apple's Motion To
15 Strike Dr. Reibstein's Expert Report or the Declaration of Mark D. Selwyn in Support of Apple's
16 Motion to Strike, including the exhibits thereto.  Apple does not file a proposed redacted version
17 of the aforementioned documents in accordance with the Court's Order requiring the parties to
18 meet and confer before filing public redacted documents.  Case No. 11-cv-01846, Dkt. No. 2934
19 (Jan. 29, 2014).

20 For the foregoing reasons, Apple moves to file Apple's Motion To Strike Dr. Reibstein's
21 Expert Report under seal.

Dated: February 1, 2018

/s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road

Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (admitted pro hac vice)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 1, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Mark D. Selwyn
Mark D. Selwyn

- 4 -

Apple Inc.'s Administrative Motion For
Leave To File Documents Under Seal
Case No. 11-cv-01846-LHK