| | |
|---|---|
| ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>NATHAN B. SABRI (CA SBN 252216)<br>nsabri@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL** |

I, Mark D. Selwyn, hereby declare as follows:

1.  I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned case. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2.  Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") regarding the exhibits to Apple's Administrative Motion For Leave To File A Motion To Strike And For Expedited Briefing—specifically, Exhibit 1 (Apple's Motion To Strike Dr. Reibstein's Expert Report) and Exhibit 2 (Declaration of Mark D. Selwyn in Support of Apple's Motion To Strike, including the exhibits thereto) to Apple's Administrative Motion.

3.  Apple's Motion To Strike Dr. Reibstein's Expert Report and the Exhibits to the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike contain information that Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and/or Samsung Telecommunications America, LLC (collectively, "Samsung") may consider confidential.

4.  Apple expects that Samsung will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether the information contained in the aforementioned document should be sealed.

5.  Apple does not maintain a claim of confidentiality with respect to Apple's Motion To Strike Dr. Reibstein's Expert Report or the Exhibits to the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 1st day of February, 2018.

|   |   |   |
|---|---|---|
| 1 | By: | */s/ Mark D. Selwyn* |
| 2 |    | Mark D. Selwyn |

- 3 -
Declaration of Mark D. Selwyn In Support Of Apple's
Administrative Motion For Leave To File Document Under Seal
Case No. 11-cv-01846-LHK