ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A MOTION TO STRIKE DR. REIBSTEIN'S REPORT AND FOR EXPEDITED BRIEFING** |

Apple Inc. ("Apple") respectfully submits this motion for leave to file a motion to strike the expert report of Samsung expert David Reibstein, which Samsung served on January 29, 2018.

In two separate hearings in the fall of 2017, the Court addressed the parties' dispute regarding the scope of expert discovery in advance of the May 2018 retrial. At the second of those hearings, on November 30, 2017, the Court denied Samsung's repeated requests to have an expert "help" its damages expert, Michael Wagner, to calculate damages for Samsung's alleged articles of manufacture. Dkt. 3543, Nov. 30, 2017 Hrg. Tr. 7-8, 12-15. The Court instead ruled that the parties may each rely on two experts to identify the articles of manufacture and one expert for the damages calculations, where the damages experts would be the same experts from the previous trial. *Id.* at 4, 7, 8, 20. Following that hearing, the Court issued a Case Management Order summarizing its ruling. Dkt. 3542 at 1 ("The Court ruled that the parties' damages experts are to remain the same as in the previous trial (Ms. Davis for Apple and Mr. Wagner for Samsung). In addition, the parties may each call two expert witnesses to identify the relevant article of manufacture.").

On January 29, 2018, in direct contravention of that ruling, Samsung served the Expert Report of David Reibstein in which Dr. Reibstein does not offer an opinion identifying the "articles of manufacture" in this case, but rather assumes the articles are those Samsung has identified in interrogatory responses and opines on the "value" of those articles of manufacture. Dr. Reibstein bases his valuations on various consumer surveys, including a new survey conducted by Dr. Reibstein in January 2018 for the purpose of his report. Samsung's damages expert, Michael Wagner, then uses Dr. Reibstein's numerical valuations as inputs to calculate damages in several of his damages models.

In an effort to streamline these proceedings, the Court previously instructed the parties that no motions to strike would be allowed.  Dkt. 3538, Oct. 25, 2017 Hrg. Tr. 39, 41.  Presumably, however, the Court did so with the expectation that its orders regarding the scope of discovery would be followed.  Under the present circumstances, a motion to strike is necessary to prevent prejudice to Apple, since Apple limited its expert disclosures in the manner prescribed by the Court and had no way to anticipate that Samsung would serve a rebuttal expert report from a new expert who would conduct a new survey and whose opinions regarding "value" would be used as part of Mr. Wagner's damages calculations.  Accordingly, Apple moves for leave to file its Motion to Strike the Expert Report of Dr. Reibstein and Declaration of Mark D. Selwyn in support thereof, attached hereto as Exhibits 1 and 2, respectively.

Further, because Apple's reply expert reports are due on February 8, 2018, and expert discovery closes on February 16, 2018, should the Court grant Apple's motion for leave, Apple respectfully moves for expedited briefing on its Motion to Strike the Expert Report of Dr. Reibstein.

Apple has conferred with counsel for Samsung regarding this motion.  Samsung does not consent to Apple's filing of a motion to strike or to expedited briefing.

Dated: February 1, 2018

/s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (admitted pro hac vice)
(william.lee@wilmerhale.com)

1   WILMER CUTLER PICKERING
2   HALE AND DORR LLP
    60 State Street
3   Boston, Massachusetts 02109
    Telephone: (617) 526-6000
4   Facsimile: (617) 526-5000

5   ERIK J. OLSON (CA SBN 175815)
    ejolson@mofo.com
6   NATHAN B. SABRI (CA SBN 252216)
7   nsabri@mofo.com
    MORRISON & FOERSTER LLP
8   425 Market Street
    San Francisco, California 94105
9   Telephone: ( 415) 268-7000
10  Facsimile: (415) 268-7522

11  *Attorneys for Plaintiff Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 1, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Mark D. Selwyn
Mark D. Selwyn

- 5 -
Apple Inc.'s Administrative Motion For Leave
To File A Motion To Strike Dr. Reibstein's Report And For Expedited Briefing
Case No. 11-cv-01846-LHK