Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Apple Inc.

              Plaintiff(s),

v.

Samsung Electronics Co. Ltd. et al

              Defendant(s).

Case No: 5:11-cv-01846

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Amy Wigmore, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Apple, Inc. in the above-entitled action. My local co-counsel in this case is Mark D. Selwyn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave. NW, Washington, DC 20006 | Wilmer Cutler Pickering Hale and Dorr LLP<br>950 Page Mill Road, Palo Alto, CA 94304 |
| MY TELEPHONE # OF RECORD:<br>(202) 663-6096 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 858-6031 |
| MY EMAIL ADDRESS OF RECORD:<br>amy.wigmore@wilmerhale.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mark.selwyn@wilmerhale.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 453164.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02/02/18

                                                        *Amy K. Wigmore*
                                                            APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Amy Wigmore is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/3/18

                                                   *Lucy H. Koh*
                                   UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE