UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>        Defendants. | Case No. 11-CV-01846-LHK<br><br>**ORDER GRANTING APPLE'S MOTION FOR LEAVE TO FILE MOTION TO STRIKE AND REQUEST FOR EXPEDITED BRIEFING**<br><br>Re: Dkt. No. 3573 |

On February 1, 2018, Apple filed an administrative motion for leave to file a motion to strike Dr. Reibstein's expert report and requested expedited briefing. ECF No. 3573. Samsung has not yet filed a response. The Court HEREBY GRANTS Apple's administrative motion for leave to file a motion to strike Dr. Reibstein's expert report. Because Samsung has not yet filed a declaration in support of Apple's accompanying administrative motion to file under seal, the Court reserves judgment on the administrative motion to file under seal.

The Court also GRANTS Apple's request for expedited briefing on the motion to strike. Samsung shall file its opposition to the motion to strike by February 6, 2018. The opposition shall not exceed 10 pages in length. Apple shall file a reply, if any, by February 7, 2018. The deadline

1

Case No. 11-CV-01846-LHK
ORDER GRANTING APPLE'S MOTION FOR LEAVE TO FILE MOTION TO STRIKE AND REQUEST FOR EXPEDITED BRIEFING

for reply expert reports, currently set for February 8, 2018, is HEREBY CONTINUED to February 9, 2018.  The close of expert discovery remains as set on February 16, 2018. *See* ECF No. 3542.

**IT IS SO ORDERED.**

Dated: February 5, 2018

_____
LUCY H. KOH
United States District Judge