ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S CONSENTED-TO MOTION TO REMOVE AND REPLACE FILED DOCUMENT [DOCKET NO. 3573-4]** |

Apple hereby moves to remove and replace the following document from ECF, submitted electronically on February 1, 2018, as Docket No. 3573-4 in the above-captioned case:

- Declaration of Mark D. Selwyn In Support of Apple's Motion to Strike Dr. Reibstein's Expert Report ("Selwyn Declaration"), including exhibits thereto

Exhibit D to the Selwyn Declaration is the Rebuttal Report of Michael J. Wagner, dated January 29, 2018. The parties have conferred and agreed that Exhibit D includes confidential information not necessary to decide Apple's Motion. *See* Dkts. 3573, 3573-3. Accordingly, Apple seeks leave to file an abridged version of Exhibit D that removes unnecessary confidential information in order to lessen the Court's burden in resolving Apple's Administrative Motion For Leave To File Documents Under Seal. *See* Dkt. 3573. No other changes to the Selwyn Declaration or accompanying exhibits would be made.

For the foregoing reasons, Apple, Inc. respectfully requests that the Court grant Apple's Motion To Remove and Replace Filed Document [Docket No. 3573-4].

Dated: February 5, 2018

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Mark D. Selwyn*
MARK D. SELWYN

Attorneys for Plaintiff and Counterclaim-Defendant
APPLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 5, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

*/s/ Mark D. Selwyn*
Mark D. Selwyn
