**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[~~PROPOSED~~] ORDER GRANTING APPLE'S CONSENTED-TO MOTION TO REMOVE AND REPLACE FILED DOCUMENT [DOCKET NO. 3573-4]** |

[~~Proposed~~] Order
Case No. 11-cv-01846-LHK

1 | THE COURT, having considered Apple's Consented-To Motion to Remove and Replace Filed Document [Docket No. 3573-4], HEREBY GRANTS Apple's motion.

**IT IS SO ORDERED.**

Dated: <u>February 5</u>, 2018

_Lucy H. Koh_
Hon. Lucy H. Koh
United States District Court Judge