1   QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
2   John B. Quinn (Bar No. 90378)
    johnquinn@quinnemanuel.com
3   William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
4   Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
5   865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
6   Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
7
    Kathleen M. Sullivan (Bar No. 242261)
8   kathleensullivan@quinnemanuel.com
    Kevin P.B. Johnson (Bar No. 177129)
9   kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
10  victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
11  Redwood Shores, California 94065-2139
    Telephone:  (650) 801-5000
12  Facsimile:  (650) 801-5100

13  Attorneys for Samsung Electronics Co., Ltd.,
    Samsung Electronics America, Inc., and
14  Samsung Telecommunications America, LLC

15

16                     UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18  APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK

19              Plaintiff,                       **SAMSUNG'S ADMINISTRATIVE
                                                 MOTION TO FILE UNDER SEAL
20          vs.                                  DOCUMENTS RELATING TO
                                                 SAMSUNG'S OPPOSITION TO APPLE'S
21  SAMSUNG ELECTRONICS CO., LTD., a             MOTION TO STRIKE DR. REIBSTEIN'S
    Korean business entity; SAMSUNG              EXPERT REPORT**
22  ELECTRONICS AMERICA, INC., a New
    York corporation; SAMSUNG
23  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
24
                Defendants.
25

26

27

28

02198-51855/9840921.1
                                                        Case No. 11-cv-01846-LHK
                          SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1  Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd., Samsung

2  Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively,

3  "Samsung") hereby bring this administrative motion for an order to seal certain information filed

4  in connection with Samsung's Opposition to Apple's Motion to Strike Dr. Reibstein's Expert

5  Report ("Samsung's Opposition") and Exhibit 3 to the Declaration of Kara M. Borden in Support

6  of Samsung's Opposition ("Borden Declaration").

7                                    **RELIEF REQUESTED**

8  Samsung requests an order granting Samsung's motion to file under seal the following

9  documents:

| Document | Portions to be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Samsung's Opposition to Apple's Motion to Strike Dr. Reibstein's Expert Report | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Apple claims are confidential. | Apple |
| Exhibit 3 to the Declaration of Kara M. Borden in Support of Samsung's Opposition | Entire document | Apple |

18  **I.      THE "GOOD CAUSE" STANDARD APPLIES**

19  Samsung's Opposition to Apple's Motion to Strike is non-dispositive and only addresses a

20  discovery matter.  Therefore, documents submitted in connection with Samsung's Opposition may

21  be sealed upon a showing of "good cause." *Apple Inc. v. Samsung Elecs. Co., Ltd.*, 727 F.3d

22  1214, 1222 (Fed. Cir. 2013); *see also Kamakana v. City and County of Honolulu*, 447 F.3d 1172,

23  1179 (9th Cir. 2006).

24  **II.     GOOD CAUSE EXISTS TO PERMIT FILING UNDER SEAL**

25  Samsung moves to seal information designated highly confidential by Apple and expects

26  that Apple will file the required supporting declaration in accordance with Civil Local Rule 79-5

27  as necessary to confirm whether the information should be sealed.  Samsung does not maintain a

28

1  claim of confidentiality with respect to Samsung's Opposition or Exhibit 3 Borden Declaration.

2  Samsung does not file a proposed redacted version of the aforementioned documents in

3  accordance with the Court's Order requiring the parties to meet and confer before filing public

4  redacted documents. Case No. 11-cv-01846, Dkt. No. 2934 (Jan. 29, 2014).  Within seven days of

5  Apple or any third party filing declarations in support of sealing, if any, the parties will prepare

6  and Samsung will file a final consolidated and conformed copy of the opposition identifying what

7  information parties have supported sealing in their declarations.

8                                             **CONCLUSION**

9          For the foregoing reasons, Samsung respectfully requests that the Court grant this

10  Administrative Motion to File Under Seal.

11

12  DATED:  February 6, 2018                  QUINN EMANUEL URQUHART &
                                              SULLIVAN, LLP
13

14

15                                             */s/ Victoria F. Maroulis*
                                              John B. Quinn
16                                            Kathleen M. Sullivan
                                              William C. Price
17                                            Michael T. Zeller
                                              Kevin P.B. Johnson
18                                            Victoria F. Maroulis

19                                            Attorneys for SAMSUNG ELECTRONICS CO.,
20                                            LTD., SAMSUNG ELECTRONICS AMERICA,
                                              INC., and SAMSUNG
21                                            TELECOMMUNICATIONS
                                              AMERICA, LLC
22

23

24

25

26

27

28

02198-51855/9840921.1