UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE DR. REIBSTEIN'S EXPERT REPORT** |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative Motion to File Under Seal Documents Relating to Samsung's Opposition to Apple's Motion to Strike Dr. Reibstein's Expert Report.

Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the document listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Opposition to Apple's Motion to Strike Dr. Reibstein's Expert Report | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Apple claims are confidential. |
| Exhibit 3 to the Declaration of Kara Borden in Support of Samsung's Opposition | Entire document |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Court Judge