QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and
Samsung Telecommunications America, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF KARA M. BORDEN IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO STRIKE DR. REIBSTEIN'S REPORT** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

## DECLARATION OF KARA M. BORDEN

I, Kara M. Borden, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").[1] I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the Official Transcript of the oral argument held October 11, 2016 before the United States Supreme Court in *Samsung Elecs. Co., Ltd v. Apple Inc.*, No. 15-777.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the Expert Report of Sam Lucente, dated January 29, 2018.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the Opening Expert Report of Julie L. Davis, CPA, dated January 15, 2018.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the April 18, 2014 trial transcript in *Apple Inc. v. Samsung Elecs. Co., Ltd.*, Case No. 12-cv-00630 (N.D. Cal. Apr. 18, 2014).

6. Attached as Exhibit 5 is a true and correct copy of correspondence between William Lee and Bill Price bearing the subject line "Quick Call," dated February 1, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed February 6, 2018, at Los Angeles, California.

*/s/ Kara M. Borden*
Kara M. Borden

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

1  **ATTESTATION**

2      I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

3  above Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Kara M. Borden

4  has concurred in the aforementioned filings.

5

6                                 */s/ Victoria Maroulis*

7                                 Victoria Maroulis

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28