# EXHIBIT 4

```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4

 5
     APPLE INC., A CALIFORNIA         )  C-12-00630 LHK
 6   CORPORATION,                     )
                                      )  SAN JOSE, CALIFORNIA
 7                  PLAINTIFF,        )
                                      )  APRIL 18, 2014
 8            VS.                     )
                                      )  VOLUME 9
 9   SAMSUNG ELECTRONICS CO., LTD.,   )
     A KOREAN BUSINESS ENTITY;        )  PAGES 2052-2334
10   SAMSUNG ELECTRONICS AMERICA,     )
     INC., A NEW YORK CORPORATION;    )
11   SAMSUNG TELECOMMUNICATIONS       )
     AMERICA, LLC, A DELAWARE         )
12   LIMITED LIABILITY COMPANY,       )
                                      )
13                  DEFENDANTS.       )
                                      )
14   _____

15

16                   TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE LUCY H. KOH
17                 UNITED STATES DISTRICT JUDGE

18

19

20              APPEARANCES ON NEXT PAGE

21

22   OFFICIAL COURT REPORTERS:  LEE-ANNE SHORTRIDGE, CSR, CRR
                                CERTIFICATE NUMBER 9595
23                              IRENE RODRIGUEZ, CSR, CRR
                                CERTIFICATE NUMBER 8074
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
```

1    Q.   IF WE COULD PUT UP SDX 3132, DOES THIS SLIDE SHOW SOME OF

2    THE BUSINESSES THAT YOU'VE CONSULTED WITH?

3    A.   IT'S A SAMPLE OF THE COMPANIES THAT I'VE WORKED WITH OVER

4    MY CAREER.

5    Q.   AND SINCE THIS IS NOT GOING TO ACTUALLY BE IN EVIDENCE

6    BECAUSE IT'S A DEMONSTRATIVE, CAN YOU SAY FOR THE RECORD THE

7    TYPES OF COMPANIES YOU'VE CONSULTED WITH?

8    A.   SO YOU SHOULD BE ABLE TO RECOGNIZE FROM THE LOGOS MANY OF

9    THOSE COMPANIES, BUT I'VE WORKED WITH AT&T, INTEL,

10   HEWLETT-PACKARD, GENERAL ELECTRIC, SOUTH WEST BELL, YOU CAN

11   SORT OF SEE FROM THE LOGOS, IBM ARE THE TYPES OF COMPANIES THAT

12   I'VE WORKED WITH.

13   Q.   IN CONSULTING WITH SOME OF THESE COMPANIES, HAVE YOU USED

14   CONJOINT STUDIES?

15   A.   NOT IN ALL OF THEM, BUT I HAVE DONE CONJOINTS FOR SOME OF

16   THOSE COMPANIES.

17   Q.   WHY NOT IN ALL?

18   A.   PRIMARILY BECAUSE CONJOINT IS APPROPRIATE FOR SOME

19   PROBLEMS AND NOT APPROPRIATE FOR ALL PROBLEMS.

20          MR. PRICE:   YOUR HONOR, WE WOULD OFFER

21   PROFESSOR REIBSTEIN AS AN EXPERT IN THE FIELD OF CONJOINT

22   STUDIES, CONSUMER SURVEYS, AND MARKETING RESEARCH AND ANALYSIS.

23          MR. BENNETT:   NO OBJECTION, YOUR HONOR.

24          THE COURT:   ALL RIGHT.  HE'S SO CERTIFIED.  GO AHEAD,

25   PLEASE.

CERTIFICATE OF REPORTERS

WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: APRIL 18, 2014