# EXHIBIT 5

| | |
|---|---|
| **From:** | William Price |
| **Sent:** | Thursday, February 01, 2018 7:10 PM |
| **To:** | Lee, William |
| **Subject:** | RE: Quick call |

Dear Bill,

I am in receipt of your email.  First, while it was a pleasure to hear from you, I am surprised that you are treating our 3-5 minute telephone conversation as a lead counsel meet and confer.  Your call was not preceded by a letter or even an email explaining the relief Apple is seeking, nor did you explain to me the full basis of Apple's forthcoming motion.

In any event, Samsung does not agree to expedite the briefing nor does Samsung agree that Apple may file any motions regarding experts now.  The Court's scheduling order specifically instructed the parties to file their motions regarding experts on March 23 and specifically limited those motions to Daubert challenges.  Apple's attempt to file a motion against an expert ahead of this deadline and on an expedited basis violates the Court's order and unfairly prejudices Samsung.

Regards,

Bill


**From:** Lee, William [mailto:William.Lee@wilmerhale.com]
**Sent:** Thursday, February 01, 2018 4:34 PM
**To:** William Price <williamprice@quinnemanuel.com>
**Subject:** RE: Quick call

Bill,

Following up on our conversation, we will need to move for leave to file. If that is allowed, we propose, for the expedited briefing schedule, that Samsung have two days to file its opposition brief for the date the court allows the lotion for leave and Apple would likewise have two days for its reply. Please let me know if Samsung is amenable to this schedule.

Bill


**William F. Lee | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6556 (t)
+1 617 526 5000 (f)
william.lee@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** William Price [mailto:williamprice@quinnemanuel.com]
**Sent:** Thursday, February 1, 2018 6:15 PM
**To:** Lee, William <William.Lee@wilmerhale.com>
**Subject:** RE: Quick call

213-590-1959.  Talk with you soon.

**From:** Lee, William [mailto:William.Lee@wilmerhale.com]
**Sent:** Thursday, February 01, 2018 3:13 PM
**To:** William Price <williamprice@quinnemanuel.com>
**Subject:** RE: Quick call

Sure. What number?

**William F. Lee | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6556 (t)
+1 617 526 5000 (f)
william.lee@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** William Price [mailto:williamprice@quinnemanuel.com]
**Sent:** Thursday, February 1, 2018 5:57 PM
**To:** Lee, William <William.Lee@wilmerhale.com>
**Subject:** RE: Quick call

Bill, I can't right now.  How about around 4:00 p.m. my time?

**From:** Lee, William [mailto:William.Lee@wilmerhale.com]
**Sent:** Thursday, February 01, 2018 2:55 PM
**To:** William Price <williamprice@quinnemanuel.com>
**Subject:** Quick call

Do you have time for a quick call? It should be just a couple of minutes.

**William F. Lee | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6556 (t)
+1 617 526 5000 (f)
william.lee@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.