UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTION TO STRIKE DR. REIBSTEIN'S REPORT** |

1    THE COURT, having considered Apple's Motion To Strike Dr. Reibstein's Report, and
2  Samsung's opposition thereto, HEREBY DENIES Apple's motion.

4    **IT IS SO ORDERED.**

6  DATED: _____        _____
                                         The Honorable Lucy H. Koh
                                         United States District Judge