IRELL & MANELLA LLP
Alan J. Heinrich (212782)
aheinrich@irell.com
David A. Schwarz (159376)
dschwarz@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Nonparties
Research In Motion Corporation and
Research In Motion Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br>  Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br>  Defendants. | Case No. 11-CV-01846-LHK <br><br> **NOTICE OF WITHDRAWAL OF ANDREI IANCU AS COUNSEL FOR NONPARTIES, RESEARCH IN MOTION CORPORATION AND RESEARCH IN MOTION LTD.** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2679848

NOTICE OF WITHDRAWAL OF ANDREI IANCU AS COUNSEL FOR NONPARTIES, RESEARCH IN MOTION CORPORATION AND RESEARCH IN MOTION LTD.

TO THE CLERK OF THE COURT AND TO ALL THE PARTIES IN THIS ACTION:

Please withdraw the appearance of Andrei Iancu as counsel on behalf of Nonparties, Research In Motion Corporation and Research In Motion Ltd.  Please remove Andrei Iancu from receipt of notification of service of all pleadings, notices, orders and papers in this action, for all purposes including the court docket, service list, electronic filing and electronic notification of service.

Dated: February 7, 2018

Respectfully submitted,

IRELL & MANELLA LLP

By:      */s/ Alan J. Heinrich*
         Alan J. Heinrich
         Attorneys for Nonparties, Research In Motion Corporation and Research in Motion Ltd.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2679848

- 1 -

NOTICE OF WITHDRAWAL OF ANDREI IANCU AS COUNSEL FOR NONPARTIES, RESEARCH IN MOTION CORPORATION AND RESEARCH IN MOTION LTD.