United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD., et al., <br><br> Defendants. | Case No. 11-CV-01846-LHK <br><br> **ORDER GRANTING MOTION TO STRIKE DR. REIBSTEIN'S REPORT** <br><br> Re: Dkt. No. 3573-3 |

Having considered the parties' filings and the record in this case, the Court hereby GRANTS Apple's Motion to Strike Dr. Reibstein's Report. ECF No. 3573-3.

**IT IS SO ORDERED.**

Dated: 2/8/18

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 11-CV-01846-LHK
ORDER GRANTING MOTION TO STRIKE DR. REIBSTEIN'S REPORT