ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S AMENDED ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") submits this amended motion for an order to seal documents relating to Apple's Administrative Motion For Leave To File A Motion To Strike And For Expedited Briefing. *See* Dkt. 3573-3. Apple previously filed an Administrative Motion For Leave To File Documents Under Seal on February 1, 2018. *See* Dkt. 3573. That motion sought leave to file two exhibits under seal: (1) Apple's Motion To Strike Dr. Reibstein's Report (Dkt. 3573-3); and (2) the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike, including the exhibits thereto (Dkt. 3573-4) ("Selwyn Declaration").

Apple stated in that motion that it was seeking leave to file those two exhibits under seal because of the likelihood that they each contained information that defendants would deem confidential. Apple further stated that it did not maintain a claim of confidentiality with respect to either exhibit.

On February 6, 2018, Samsung filed its declaration in support of sealing portions of the Selwyn Declaration. *See* Dkt. 3580.

Apple subsequently realized Exhibit C to the Selwyn Declaration—Dr. Reibstein's report—contains two paragraphs referencing Apple confidential information that were inadvertently overlooked. Accordingly, Apple now moves to amend its initial February 1, 2018 Administrative Motion for Leave To File Documents Under Seal to note the presence of Apple confidential information in Exhibit C to the Selwyn Declaration and to request that such information be sealed.

In support of this motion, and in accordance with Civil Local Rule 79-5, Apple attaches:

- An Amended Declaration of Mark D. Selwyn In Support of Apple's Amended Administrative Motion For Leave To File Documents Under Seal;

- A proposed order that is narrowly tailored to seal only the sealable material, and which lists in table format each portion of the document sought to be sealed;

- An unredacted version of Dkt. 3573-4, reflecting with highlights those portions of the document sought to be sealed by Samsung and Apple;

- A redacted version of Dkt. 3573-4.

For the foregoing reasons, Apple moves to amend its February 1, 2018 Administrative Motion For Leave To File Documents Under Seal and to file the relevant portions of Dkt. 3573-4 under seal.

Dated: February 12, 2018

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Mark D. Selwyn*
    MARK D. SELWYN

Attorneys for Plaintiff and
Counterclaim-Defendant
APPLE INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 12, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

/s/ Mark D. Selwyn
Mark D. Selwyn