ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**AMENDED DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S AMENDED ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL** |

I, Mark D. Selwyn, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned case. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2. Pursuant to Local Rule 79-5, I submit this declaration (1) to support Apple's Amended Administrative Motion to File Documents Under Seal ("Apple's Motion to Seal") regarding exhibits to Apple's Administrative Motion for Leave to File Motion to Strike [Dkt. 3573-2], specifically Exhibit 2 (Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike, including the exhibits thereto) to Apple's Administrative Motion, and (2) to amend and correct my February 1, 2018 declaration (Dkt. 3573-1) submitted previously in support of Apple's Motion to Seal.

3. In my original declaration, I stated that Apple does not maintain a claim of confidentiality with respect to Apple's Motion to Strike Dr. Reibstein's Expert Report or the Exhibits to the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike. Subsequently, in reviewing the Exhibits to the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike (pursuant to the Court's Order permitting Apple to remove and replace Exhibit D to that declaration [Dkt. 3578]), Apple identified Apple confidential business information contained within Exhibit C to the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike. Accordingly, I seek to amend my prior declaration to note the presence of Apple confidential information in the Exhibit C to the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike.

4.      Attached as Exhibit 2 to Apple's Amended Administrative Motion For Leave To File Documents Under Seal is a redacted version of Dkt. 3573-4, the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike and exhibits thereto.

5.      The redacted portions of this document, which has previously been submitted in unredacted form to the Court under seal [Dkt. 3573-4], concern internal Apple market research concerning Apple's products.

6.      Consistent with the nature of such internal market research, Apple treats the redacted information as confidential and does not publicly disclose or disseminate this information.  The disclosure of such internal market research could be used by Apple's competitors to its disadvantage.  *See, e.g.*, *Apple, Inc. v. Samsung Elecs. Co.*, 2013 WL 5737310, at *9 (N.D. Cal. Oct. 22, 2013) (concluding that, *inter alia*, market research data is properly sealable); *Gyorke-Takatri v. Nestle USA, Inc.*, 2015 WL 6828258, at *3 n.4 (N.D. Cal. Nov. 6, 2015) (same)

7.      Apple has met and conferred with Samsung, and Samsung has indicated that it does not oppose Apple's motion.

8.      The relief requested by Apple's Motion and supported by this declaration is necessary and narrowly tailored to protect Apple's confidential business information.

9.      Accordingly, Apple requests that Apple's Administrative Motion for Leave to File Documents Under Seal be granted with respect to the redacted portions of Exhibit C to the Declaration of Mark D. Selwyn in Support of Apple's Motion to Strike attached as Exhibit 2.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 12th day of February, 2018.

By:     */s/ Mark D. Selwyn*  
        Mark D. Selwyn

- 3 -  
Declaration of Mark D. Selwyn In Support Of  
Apple's Amened Administative Motion for Leave to File Document Under Seal  
Case No. 11-cv-01846-LHK