1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S AMENDED ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

ActiveUS 166516731v.1

Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING APPLE'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

1    WHEREAS, Apple Inc. ("Apple") has filed an amended administrative motion for leave to
2 file documents under seal;
3    Having considered said motion, and for good cause shown, the Court GRANTS Apple's
4 motion and ORDERS that the documents below be filed under seal:

| Document | Portions to be Filed Under Seal |
|---|---|
| Exhibit C to the Declaration of Mark D. Selwyn In Support of Apple's Motion To Strike Dr. Reibstein's Report (Dkt. 3573-4) | Paragraphs 93, 171 |

**IT IS SO ORDERED.**

DATED: _____

                                                  The Honorable Lucy H. Koh
                                                  United States District Judge