# EXHIBIT 2
## (Filed Under Seal)

1  ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
2  NATHAN B. SABRI (CA SBN 252216)
   nsabri@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:  (415) 268-7522

   WILLIAM F. LEE (*pro hac vice*)
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
     HALE AND DORR LLP
   60 State Street
   Boston, Massachusetts 02109
   Telephone:  (617) 526-6000
   Facsimile:  (617) 526-5000

6
7  MARK D. SELWYN (CA SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
8    HALE AND DORR LLP
   950 Page Mill Road
9  Palo Alto, California 94304
   Telephone:  (650) 858-6000
   Facsimile:  (650) 858-6100

10
11 *Attorneys for Plaintiff Apple Inc.*

12            **UNITED STATES DISTRICT COURT**
13          **NORTHERN DISTRICT OF CALIFORNIA**
                   **SAN JOSE DIVISION**
14

15  APPLE INC., a California corporation,

16              Plaintiff,

17        vs.                                    Case No. 11-cv-01846-LHK

18  SAMSUNG ELECTRONICS CO., LTD., a      **DECLARATION OF MARK D. SELWYN**
    Korean business entity; SAMSUNG        **IN SUPPORT OF APPLE'S MOTION TO**
19  ELECTRONICS AMERICA, INC., a New       **STRIKE DR. REIBSTEIN'S EXPERT**
    York corporation; SAMSUNG             **REPORT**
20  TELECOMMUNICATIONS AMERICA,
    LLC, a Delaware limited liability company,
21
22
23              Defendants.

24
25
26
27
28                                         Declaration of Mark D. Selwyn In Support Of
                                           Apple's Motion To Strike Dr. Reibstein's Expert Report
                                           Case No. 11-cv-01846-LHK

I, Mark D. Selwyn, hereby declare as follows:

1.    I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned case.  I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California.  I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2.    I submit this declaration in support of Apple's Motion To Strike Dr. Reibstein's Expert Report.

3.    Attached hereto as Exhibit A is a true and accurate copy of a December 15, 2017 e-mail chain between counsel for Samsung and counsel for Apple in which both parties disclosed experts.

4.    Attached hereto as Exhibit B is a true and accurate copy of Samsung's Amended Objections and Responses to Apple's Interrogatory No. 4 Regarding Article of Manufacture, dated December 26, 2017.

5.    Attached hereto as Exhibit C is a true and accurate copy of the Expert Report of David Reibstein dated January 29, 2018, including the exhibits and appendices thereto.

6.    Attached hereto as Exhibit D is a true and accurate copy of Volume 1, Tab 1 of the Rebuttal Expert Report of Michael J. Wagner for 2018 Trial on Damages, dated January 29, 2018.


I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 1st day of February, 2018.


By:    */s/ Mark D. Selwyn*
        Mark D. Selwyn

Declaration of Mark D. Selwyn In Support Of
Apple's Motion To Strike Dr. Reibstein's Expert Report
Case No. 11-cv-01846-LHK

# EXHIBIT A

| | |
|---|---|
| **From:** | Brett Arnold <brettarnold@quinnemanuel.com> |
| **Sent:** | Friday, December 15, 2017 11:44 PM |
| **To:** | Frazier, Sarah; SamsungvAppleRemand-QE |
| **Cc:** | 'Erik J. Olson'; 'Charles S. Barquist'; 'Nate Sabri'; 'Robinson, Christopher'; Lee, William; Selwyn, Mark; Fletcher, Lauren; 'AvSRemand@mofo.com'; WH Apple Samsung Remand Team |
| **Subject:** | RE: Apple Inc. v. Samsung Elecs. Co. 11-1846: Expert Disclosure |

Dear Counsel,


In addition to Michael Wagner, Samsung identifies Sam Lucente and David Reibstein as experts who will testify at the 2018 trial.  CVs for Mr. Lucente and Mr. Reibstein are attached.  A list of Mr. Reibstein's recent testimony is also attached.  Mr. Lucente has not provided testimony in any other matter.


Mr. Reibstein was disclosed previously to Apple in the 630 case.  Attached is that disclosure letter, which includes his signed undertakings.  Mr. Lucente was previously disclosed in this case.


Best regards,

Brett




Brett Arnold |  quinn emanuel urquhart & sullivan, llp

555 Twin Dolphin Drive, 5th Floor, Redwood Shores, CA 94065 | Office: 650.801.5000 | Direct: 650.801.5059 | Fax: 650.801.5100 | brettarnold@quinnemanuel.com <mailto:brettarnold@quinnemanuel.com>


NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

From: Frazier, Sarah [mailto:Sarah.Frazier@wilmerhale.com]
Sent: Friday, December 15, 2017 9:18 PM
To: SamsungvAppleRemand-QE <SamsungvAppleRemand-QE@quinnemanuel.com>
Subject: Apple Inc. v. Samsung Elecs. Co. 11-1846: Expert Disclosure


Counsel,


Pursuant to the Court's orders (Dkts. 3536 and 3542), Apple discloses the following experts:


*       Alan Ball
*       Julie Davis
*       Susan Kare


Regards,

Sarah




Sarah R. Frazier | WilmerHale
60 State Street
Boston, MA 02109 USA
+1 617 526 6022 (t)
+1 617 526 5000 (f)
sarah.frazier@wilmerhale.com

Please consider the environment before printing this email.

_____

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com <mailto:postmaster@wilmerhale.com> —and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com <http://www.wilmerhale.com> .

# EXHIBIT B

**CONTAINS MATERIAL DESIGNATED AS ATTORNEYS' EYES ONLY – HIGHLY CONFIDENTIAL**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S AMENDED OBJECTIONS AND RESPONSES TO PLAINTIFF APPLE INC.'S INTERROGATORY NO. 4 REGARDING ARTICLES OF MANUFACTURE** |

**CONTAINS MATERIAL DESIGNATED AS ATTORNEYS' EYES ONLY – HIGHLY CONFIDENTIAL**

## GENERAL STATEMENT

Under Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 33, Samsung Electronics Company, Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC (collectively "Samsung") hereby provides a response to Apple's First Set of Interrogatories Regarding Articles of Manufacture, Interrogatory No. 4, dated October 30, 2017. This response is based on information reasonably available to Samsung at the present time. Samsung reserves the right to amend and supplement this response when and if additional information becomes available.

The following responses are based on discovery available as of the date hereof.  Discovery for this phase of the case is continuing, and these responses are subject to change accordingly.  It is anticipated that further discovery, independent investigation and analysis may lead to the discovery of additional information or documents, supply additional facts and add meaning to known facts, as well as establish entirely new factual conclusions and legal contentions, all of which may lead to additions to, changes to or variations from the responses set forth herein.

In addition, the following response is given without prejudice to Samsung's right to produce or rely on subsequently discovered information, facts or documents.  Samsung accordingly reserves the right to change the response herein and/or produce or rely on subsequently discovered documents as additional facts are ascertained, analysis is made, legal research is completed and contentions are made.  The response herein is made in a good faith effort to comply with the provisions of Rules 26 and 33 of the Federal Rules of Civil Procedure, and to supply such responsive information as exists and is presently within Samsung's possession, custody or control, but is in no way to be deemed to be to the prejudice of Samsung in relation to further discovery, research and analysis.

An answer to an interrogatory shall not be deemed a waiver of any applicable general or specific objection to an interrogatory.  In responding to the interrogatories, Samsung does not waive any objections that may be applicable to the use, for any purpose, of any information or

SAMSUNG'S AMENDED OBJECTIONS AND RESPONSES TO APPLE'S INTERROGATORY NO. 4
REGARDING ARTICLES OF MANUFACTURE

CONTAINS MATERIAL DESIGNATED AS ATTORNEYS' EYES ONLY – HIGHLY
CONFIDENTIAL

1  documents provided in response, or the admissibility, relevance, or materiality of any such

2  information or documents to any issue in this case.

3      Samsung's response to this interrogatory does not constitute an admission relative to the

4  existence of any documents or information, to the relevance or admissibility of any documents or

5  information, or to the truth or accuracy of any statement or characterization contained in Apple's

6  requests. All objections as to relevance, authenticity, or admissibility of any document are

7  expressly reserved.

8      Samsung expressly incorporates this General Statement and the following General

9  Objections as though set forth fully in response to each of the following individual interrogatories

10  and, to the extent that they are not raised in any particular response, Samsung does not waive those

11  objections.

12                          **GENERAL OBJECTIONS**

13      1. Samsung objects to the "Definitions" and "Instructions" contained in Apple Inc.'s First

14  Set of Interrogatories Regarding Articles of Manufacture to Defendant Samsung Electronics Co.

15  Ltd., et al.to the extent they are inconsistent with the Federal Rules of Civil Procedure.

16      2. Samsung objects to Apple's Definition of "Samsung," "You," "Your," and

17  "Defendants" as overly broad to the extent it requires Samsung to pursue information from

18  individuals no longer employed by Samsung whose data is not currently in the possession of

19  Samsung. Samsung further objects to Apple's Definition of "Samsung," "You," "Your," and

20  "Defendants" as overly broad, vague, and ambiguous to the extent it does not define "affiliates,"

21  and also to the extent that it requires Samsung to potentially seek information from thousands of

22  people. Samsung will respond to interrogatories based on a reasonable inquiry of individuals

23  expected to possess the requested information.

24      3. Samsung objects to Apple's definition of "Relating," and each and every interrogatory

25  that uses the term "Relating," as overly broad, vague, and ambiguous.

26

27

28

SAMSUNG'S AMENDED OBJECTIONS AND RESPONSES TO APPLE'S INTERROGATORY NO. 4
REGARDING ARTICLES OF MANUFACTURE

CONTAINS MATERIAL DESIGNATED AS ATTORNEYS' EYES ONLY – HIGHLY
CONFIDENTIAL

4. Samsung objects to these interrogatories as vague and ambiguous to the extent they include terms that are undefined. Samsung in its responses will identify any terms it believes are vague and ambiguous and will assume a reasonable meaning for each such term.

5. Samsung objects generally to each interrogatory to the extent that it seeks to elicit information subject to and protected by the attorney-client privilege, the attorney work-product doctrine, the joint defense privilege, the common interest doctrine, and/or any other applicable privilege or immunity. Any inadvertent disclosure of such information shall not be deemed a waiver of the attorney-client privilege, the work product doctrine, or any other applicable privilege or immunity recognized by statute or case law.

6. Samsung objects to these interrogatories to the extent they seek to compel Samsung to generate or create information and/or documents that do not already exist.

7. Samsung objects generally to the interrogatories to the extent that they prematurely call for contentions or identification of witnesses at this stage of the litigation.

8. Samsung objects to each interrogatory to the extent it is compound and comprises discrete subparts resulting in separate interrogatories.

9. Samsung expressly reserves the right to respond to any or all of the interrogatories by specifying documents wherein the responsive information may be ascertained pursuant to Rule 33(d) of the Federal Rules of Civil Procedure.

10. Samsung objects generally to the interrogatories to the extent they seek confidential proprietary or trade secret information of third parties. Samsung will endeavor to work with third parties to obtain their consent, if necessary, before identifying or producing such information and/or documents.

11. Samsung objects generally to the interrogatories on the grounds that they are overly broad, unduly burdensome, and neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, including with respect to products for which it has been determined Samsung had no sales in the United States.

CONTAINS MATERIAL DESIGNATED AS ATTORNEYS' EYES ONLY – HIGHLY
CONFIDENTIAL

1    12. Samsung objects to the interrogatories on the ground that they are overly broad, unduly

2    burdensome and oppressive to the extent they purport to require Samsung to search its facilities

3    and inquire of its employees other than those facilities and employees that would reasonably be

4    expected to have responsive information.  Samsung's responses are based upon (1) a reasonable

5    search and investigation of facilities and files that could reasonably be expected to contain

6    responsive information, and (2) inquiries of Samsung's employees and/or representatives who

7    could reasonably be expected to possess responsive information.

8    13. Samsung objects to the interrogatories on the grounds that they seek information

9    already in the possession of Apple, publicly available, or as readily available to Apple as it is to

10   Samsung.

11   14. Samsung objects to each interrogatory to the extent that it seeks information before

12   Samsung is required to disclose such information in accordance with any applicable law, such as

13   the rules for expert disclosures and the case management statement in this action.

14   15. Samsung objects to the interrogatories on the grounds and to the extent that they seek

15   legal conclusions or call for expert testimony. Samsung's responses should not be construed to

16   provide legal conclusions.

17   Subject to and without waiving the foregoing General Statement and General Objections,

18   Samsung responds as follows:

19   **RESPONSE TO INTERROGATORY**

20

21   **INTERROGATORY NO. 4:**

22   For each part, portion, or component of the Infringing Products identified in response to

23   Interrogatory Nos. 1 - 3 (the "Samsung Alleged Article(s) of Manufacture"), identify what you

24   contend to be Samsung's total profit on each Samsung Alleged Article of Manufacture and state the

25   factual and legal basis for such contention, including: (i) the methodology for calculating such

26   profit; (ii) the evidence supporting what you contend to be the revenues for each Samsung Alleged

27   Article of Manufacture; (iii) the evidence supporting what you contend to be the alleged costs for

28

CONTAINS MATERIAL DESIGNATED AS ATTORNEYS' EYES ONLY – HIGHLY
CONFIDENTIAL

1   each Samsung Alleged Article of Manufacture; and (iv) all other evidence you believe supports

2   your contention.

3

4   **AMENDED RESPONSE TO INTERROGATORY NO. 4:**

5          Samsung objects to this interrogatory to the extent it is compound and comprises at least

6   15 discrete subparts resulting in separate interrogatories.  Samsung objects to this Interrogatory as

7   premature to the extent that it: (a) conflicts with the schedule entered by the Court, (b) conflicts

8   with the obligations imposed by the Federal Rules of Civil Procedure, the Civil Local Rules,

9   and/or any other applicable rule; (c) seeks information that is the subject of expert testimony; (d)

10  seeks information and/or responses that are dependent on depositions and documents that have not

11  been taken or produced; and (e) requires access to data and information in Apple's sole

12  possession.  Samsung objects to this Interrogatory to the extent it seeks information that: (i)

13  requires the disclosure of information, documents, and things protected from disclosure by the

14  attorney-client privilege, work product doctrine, common interest doctrine, joint defense privilege,

15  or any other applicable privilege, doctrine, or immunity; or (ii) can be obtained as easily by Apple,

16  is already in Apple's possession, or is publicly available.

17         Subject to the foregoing general and specific objections, Samsung responds as follows:

18  Samsung's contentions as to the amount of its profit on the relevant articles of manufacture will be

19  the subject of expert testimony.  Just as Apple objected to Samsung's interrogatory concerning

20  damages as prematurely calling for expert opinion (Sept. 11, 2011 Response to Interrogatory No.

21  8), Samsung objects and reserves the right to provide responsive information consistent with the

22  Court's Scheduling Order for the disclosure of damages experts, and as additional information

23  becomes available.

24         At this time, pursuant to Federal Rule of Civil Procedure 33(d), Samsung refers to the

25  following documents by Bates number with respect to costs:  SAMNDCA-D0000001-

26  SAMNDCA-D0000014; SAMNDCA00422828.xls; SAMNDCA00422829.xls; APLNDC-

27  WH0000544538; APLNDC-WH0000609118; APLNDC-WH0000641422; APLNDC-

28

SAMSUNG'S AMENDED OBJECTIONS AND RESPONSES TO APPLE'S INTERROGATORY NO. 4
REGARDING ARTICLES OF MANUFACTURE

CONTAINS MATERIAL DESIGNATED AS ATTORNEYS' EYES ONLY – HIGHLY CONFIDENTIAL

1   WH0000641491; APLNDC-WH0000641985; APLNDC-WH0000642348; APLNDC-

2   Y0000050773; APLNDC-Y0000050896; APLNDC-Y0000050959; APLNDC-Y0000051028;

3   APLNDC-Y0000051093; APLNDC-Y0000051277; APLNDC-Y0000051363.

4          In addition, Samsung states that the factual basis for its calculations of profits will include,

5   at a minimum, the evidence discussed in response to interrogatories 1-3 and 5-9 herein, the

6   30(b)(6) testimony of Samsung deponents, and such additional evidence as Samsung's expert(s)

7   may identify.  For the avoidance of doubt, Samsung incorporates by reference any additional

8   documents Samsung or Apple will produce, the prior testimony in this action, including the

9   testimony of Peter Bressler, Susan Kare, Itay Sherman, Scott Forstall, Justin Denison, Julie Davis,

10  Terry Musika, Michael Wagner, and Christopher Stringer, and Apple's prior statements in this

11  action, including in discovery responses, regarding the issues identified above.  Samsung also

12  incorporates by reference the expert reports of Michael Wagner, Sam Lucente, Itay Sherman, Peter

13  Bressler, Susan Kare, Terry Musika, and Julie Davis and the declarations of Michael Wagner, Sam

14  Lucente, Itay Sherman, Peter Bressler, Susan Kare, Terry Musika, Julie Davis, Eunjei Lee,

15  Dohyung Ha, Corey Kerstetter, Tim Rowden, and Hee-Chan Choi submitted in this action, and the

16  evidence cited therein.

17         Further, damages should not be assessed on the phones not actually found to infringe the

18  D'677, D'087, or D'305 patents including white- and grey-faced versions of the Galaxy S II

19  phones (*see, e.g.*, Dkt. Nos. 3354-05 through 3354-09 (samples of white- and grey-faced Galaxy S

20  II devices submitted in connection with Samsung's opposition to Apple's motion for supplemental

21  damages); *see also* Dkt. Nos. 2055; 2057 (Lucente Declaration); 2060; 3307; 3307-2; 3307-3;

22  3354-3; 3354-15; 3354-16; 3354-17) and those phones implementing firmware version 2.3.6 or

23  later, which removed the square backgrounds (or containers) from behind the icons (*see, e.g.*, Dkt.

24  3354-10 (sample of Droid Charge submitted in connection with Samsung's opposition to Apple's

25  motion for supplemental damages); *see also* Dkt. Nos. Dkt. 279 ¶ 87; 281-10; 2055; 2057

26  (Lucente Declaration); 2060; 3307; 3307-2; 3307-3; 3354-3; 3354-15; 3354-16; 3354-17; PX7.24-

27  .32.).  If Apple seeks damages on phones not found to infringe, Samsung has the right to respond

28

**CONTAINS MATERIAL DESIGNATED AS ATTORNEYS' EYES ONLY – HIGHLY CONFIDENTIAL**

1  to and criticize such calculations, including by identifying the amounts improperly sought, as well

2  as presenting calculations on all units sold.  And, for Samsung's new damages calculations for the

3  D'677 and D'305 patents based on the properly identified articles of manufacture as set forth by

4  Samsung, Samsung has the right to identify sales that do not infringe for the above reasons, and to

5  present damages calculations properly based on the infringement findings in this case, as well as

6  calculations on all units sold.

7  **ORIGINAL SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4:**

8  Subject to and without waiving the foregoing General and Specific Objections,

9  Samsung responds as follows:

10  Samsung identifies the following additional document as relevant to this Interrogatory:

11  SAMNDCA30000054; SAMNDCA30000055; SAMNDCA30007942; SAMNDCA30007943;

12  SAMNDCA30008629.

13  **ORIGINAL SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 4:**

14  Subject to and without waiving the foregoing General and Specific Objections,

15  Samsung responds as follows:

16  Samsung identifies the following additional documents as relevant to this

17  Interrogatory:  SAMNDCA30010151-53; SDC000001 and its authenticating declaration.

18  Samsung also incorporates the deposition testimony of Kyuhyun Han and Dongwook Kim

19  regarding cost data and other financials, including testimony regarding SAMNDCA30000054,

20  SAMNDCA30000055 (*see, e.g.*, Han Dec. 20, 2017 Rough Tr. at 88-102, 123-130, and 134-136).

21

22  Samsung also incorporates the December 2017 testimony of Tim Sheppard, Kyuhyun

23  Han, Drew Blackard, Justin Denison, and Dongwook Kim who all testified regarding various

24  aspects of how components are purchased by Samsung prior to phone assembly and also how

25  components are sold by Samsung and other parties with respect to repair and service procedures.

26  Samsung also notes that it provided 30(b)(6) witnesses who were prepared to testify regarding

27  various topics, including the cost of the articles of manufacture, Samsung's sale of those articles,

28

**CONTAINS MATERIAL DESIGNATED AS ATTORNEYS' EYES ONLY – HIGHLY
CONFIDENTIAL**

1    and related documents.  Apple was therefore provided ample opportunity to question the witnesses

2    regarding those topics.

3

4            Samsung further responds that it has general procedures and processes in place to

5    handle service and repair inquiries from customers, both in and out of warranty, as reflected in at

6    least the deposition testimony of Mr. Blackard, Mr. Denison, and Mr. Sheppard.  Mr. Denison, for

7    example, testified that a consumer could call 1-800-SAMSUNG or otherwise contact Samsung's

8    customer service department for instructions on repair and service.  This includes authorized third

9    party service providers as well as Samsung's own facilities in Richardson, Texas.  Samsung also

10   refers to and incorporates the documentation it produced that memorializes the thousands of

11   individual instances where it has sold or otherwise provided component parts for repair and

12   warranty purposes.  (*See, e.g.*, SAMNDCA30007942; SAMNDCA30007943;

     SAMNDCA30008629; SAMNDCA30010151.)

13           Samsung also incorporates the recent deposition testimony of the following witnesses:

14           **Tim Sheppard** (12-14-2017) – Testified that he regularly visits manufacturing facilities

15   for Samsung (at p. 13); that he had knowledge of repair spreadsheets, including individual sales of

16   components (25-26); he had personal knowledge of phone disassembly, and had personally seen

17   "millions of devices in separation" (26-27); had access to component sales and pricing (33-36);

18   STA executives had business objectives regarding the sale of components for the repair network,

19   including warranties on phones and for repair vendors to make repairs (40); he oversaw sales of

20   components to third party repair vendors (45); at the relevant time, STA was repairing hundreds of

21   thousands of phones every month (53); that Samsung "had to purchase these components

22   separately" and then assemble them for repair (53); Samsung operated a reclamation program to

23   replace just cover glass to reduce cost of repairs (58); display panels were sold too, as part of a

24   sub-assembly (63); the bezel could be bought and sold individually (66); that he personally used to

25   repair the front glass of phones (105); and he identified the costs to SEC to purchase components

26   from Samsung Display Division were fair market rates (110-111).

27

28

**CONTAINS MATERIAL DESIGNATED AS ATTORNEYS' EYES ONLY – HIGHLY CONFIDENTIAL**

1   **Kyuhyun Han** (12-20-2017) – Testified regarding financial documents including bills of

2   materials and sales data for component parts (at 94-107, 129-150).

3   **Dongwook Kim** (12/21/2017) – Mr. Kim testified today about the SEC costed BOM

4   SAMNDCA30000054, the source information SAMNDCA30000055, and window glass

5   purchases by SEA (SAMNDCA30010151; SAMNDCA30010152).  He also testified about

6   disassembled phones.

7   DATED:  December 26, 2017                Respectfully submitted,

8                                                              QUINN EMANUEL URQUHART &
                                                                SULLIVAN, LLP
9

10                                                     By  /s/ Victoria F. Maroulis
11                                                         John B. Quinn
                                                            Kathleen M. Sullivan
12                                                         William C. Price
                                                            Michael T. Zeller
13                                                         Kevin P.B. Johnson
                                                            Victoria F. Maroulis
14

15                                                         Attorneys for SAMSUNG ELECTRONICS CO.,
                                                            LTD., SAMSUNG ELECTRONICS AMERICA,
16                                                         INC., and SAMSUNG TELECOMMUNICATIONS
                                                            AMERICA, LLC
17

18

19

20

21

22

23

24

25

26

27

28

**CONTAINS MATERIAL DESIGNATED AS ATTORNEYS' EYES ONLY – HIGHLY CONFIDENTIAL**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 26, 2017 to counsel for Apple via electronic mail, including to the below recipients.

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

                                            _/s/ Brett Arnold_____
                                            Brett Arnold

SAMSUNG'S AMENDED OBJECTIONS AND RESPONSES TO APPLE'S INTERROGATORY NO. 4
REGARDING ARTICLES OF MANUFACTURE

# EXHIBIT C

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| APPLE INC., a California corporation, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 11-CV-01846-LHK |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| a Korean corporation; | § | |
| SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| a New York corporation; | § | |
| SAMSUNG TELECOMMUNICATIONS | § | |
| AMERICA, LLC, | § | |
| a Delaware limited liability company, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| a Korean corporation; | § | |
| SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| a New York corporation; | § | |
| SAMSUNG TELECOMMUNICATIONS | § | |
| AMERICA, LLC, | § | |
| a Delaware limited liability company, | § | |
| | § | |
| Counterclaim-Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| APPLE INC., a California corporation, | § | |
| | § | |
| Counterclaim-Defendant. | § | |

**EXPERT REPORT OF**

**DAVID REIBSTEIN**

January 29, 2018

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**TABLE OF CONTENTS**

I.  INTRODUCTION ....................................................................................................1
    A.   Assignment .................................................................................................1
    B.   Summary of Conclusions ...........................................................................2
    C.   Qualifications .............................................................................................3
    D.   Compensation ............................................................................................5
    E.   Evidence Considered .................................................................................5
    F.   Structure of the Report ..............................................................................5

II.  BACKGROUND ....................................................................................................6
    A.   Parties ........................................................................................................6
        1.    Apple ............................................................................................ 6
        2.    Samsung ....................................................................................... 7
    B.   Patents-in-Suit ...........................................................................................7
        1.    The D'087 Patent and the D'677 Patent ..................................... 7
        2.    The D'305 Patent ......................................................................... 8
    C.   Relevant Samsung Devices ........................................................................9
    D.   Case History .............................................................................................16
        1.    District Court for the Northern District of California ............... 16
        2.    Court of Appeals for the Federal Circuit .................................. 16
        3.    Supreme Court of the United States ........................................... 17
        4.    Remand and Current Proceedings .............................................. 19

III.  CONCEPTUAL DISTINCTIVENESS OF DESIGNS .......................................21
    A.   Research has shown that consumers view multi-function products as bundles of features and attributes. ...........................................................21
    B.   Smartphone manufacturer activities and advertisements highlight numerous features that are distinct from the overall smartphone and distinct from the designs at issue in this case. ...............................................................23
        1.    Product Differentiation .............................................................. 23
        2.    Advertisements .......................................................................... 25
    C.   Third-party smartphone reviews and product comparison websites identify numerous smartphone features that are distinct from the designs at issue and the overall smartphone. ...............................................................37
        1.    CNET .......................................................................................... 37
        2.    Phone Arena ............................................................................... 40
        3.    Other Third-Party Smartphone Review and Comparison Websites ......... 43
    D.   Contemporaneous third-party surveys show that there are many features that consumers consider and view as distinct from the overall smartphone. .........45
        1.    J.D. Power .................................................................................. 46
            a.    Overview ........................................................................46

i

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

|  |  |  | b. | Survey Results ................................................................49 |
|---|---|---|---|---|

2. Nielsen ............................................................................ 51
    a. Overview.................................................................51
    b. Survey Results ......................................................52

3. ComScore ........................................................................ 53
    a. Overview.................................................................53
    b. Survey Results ......................................................53

4. Strategy Analytics .......................................................... 54
    a. Overview.................................................................54
    b. Survey Results ......................................................55

5. Apple Surveys ................................................................. 56

6. Summary .......................................................................... 57

E. Reibstein Smartphone Survey ....................................................59

1. Overview .......................................................................... 59

2. Methodology .................................................................... 61
    a. Overview.................................................................61
    b. Features and Attributes Surveyed ................................62
    c. Scientific Guidelines.............................................63
    d. Constant Sum Scale Framework..........................66

3. Pretest............................................................................... 68

4. Implementation ............................................................... 71

5. Results and Implications ................................................ 71

F. The conclusions in the Ball, Kare, and Davis reports regarding the conceptual distinctiveness of the patented designs are flawed. ...........75

1. Apple's experts rely on information that is not informative regarding consumer perceptions of the conceptual distinctiveness of the patented designs in Samsung's phones. ................................... 75

2. Mr. Ball and Dr. Kare rely on unsupported assertions about the "ordinary observer."................................................................. 78

3. Apple's experts' conclusions that the patented designs are not distinct from Samsung's phones as a whole because Samsung sells phones and not components and because Samsung competes in the smartphone market are flawed. ................................................ 79

G. Summary .........................................................................................80

IV. RELATIVE PROMINENCE OF INFRINGING DESIGNS............................................81

A. The relative prominence of features may be analyzed by examining which features consumers consider to be important.........................................81

B. Smartphone advertisements show that many features are as or more prominent than the designs at issue. ...................................................82

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

C.      Third-party reviews and product comparison websites identify many features as prominently as or more prominently than the designs at issue. ...........88

D.      Third-party surveys identify numerous smartphone features that consumers think are more important than the designs at issue. ...............................................92

E.      Other evidence confirms that the designs at issue are relatively less important compared to other smartphone features.................................................95

F.      Reibstein Smartphone Survey .................................................................................98

        1.      Overview..........................................................................................................98

        2.      Results and Implications .............................................................................99

G.      The conclusions in the Ball, Kare, and Davis reports regarding the prominence of the patented designs are flawed. ..................................................102

        1.      Dr. Kare's prominence opinion is based on a flawed understanding of the app menu screen. ...............................................................................102

        2.      Apple's experts incorrectly focus on information about the iPhone and its creation and perception that does not inform consumer perception of the prominence of the patented designs in Samsung's phones. ..............................................................................................................103

        3.      Mr. Ball's and Dr. Kare's characterization of the evidence relating to Samsung's marketing material and packaging is flawed...................107

H.      Summary ......................................................................................................................110

V.      VALUE OF THE ARTICLES OF MANUFACTURE ................................................111

A.      Overview......................................................................................................................111

B.      Reibstein Smartphone Survey...............................................................................112

C.      Third-Party Smartphone Survey .........................................................................115

VI.      CONCLUSION...............................................................................................................118

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

## I.   INTRODUCTION

### A.   Assignment

1.   I, David Reibstein, submit this expert report on behalf of Samsung Electronics Company, Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively, "Samsung") in the above captioned case.[1] I have been asked to evaluate whether the designs claimed in U.S. Patent Nos. D593,087 ("the D'087 patent"), D604,305 ("the D'305 patent"), and D618,677 ("the D'677 patent") (collectively, the "Patents-in-Suit") are conceptually distinct from other smartphone features and from the smartphone as a whole and to evaluate the relative prominence of the designs claimed in the Patents-in-Suit compared with other smartphone features and attributes.[2] I also have been asked to respond to the reports submitted on behalf of Apple Inc. ("Apple") by Alan Ball, Susan Kare, and Julie Davis with respect to the same issues.[3] In addition, I was asked to provide an opinion regarding the usefulness of consumer surveys in assessing the value of the articles of manufacture identified in Samsung's interrogatory responses and the relative contributions of the patented designs to the overall product.

---

[1]   It is my understanding that Samsung Telecommunications America, LLC ("STA") no longer exists as a separate corporate entity.

[2]   Following the marketing literature, I have evaluated prominence based on the importance of the feature or attribute to the consumer. *See, e.g.*, Professors Evangelidis and Levav, who noted that "[p]rominence describes situations in which one attribute is more important than another with respect to a criterion variable, such as choice" and that "[p]rior research on decision making … has labeled the most important attribute in a decision problem the 'prominent' attribute" and "[c]onsumers are presumed to prefer products that are superior along the products' most important—or 'prominent' … dimensions." Evangelidis, Ioannis and Jonathan Levav, "Prominence Versus Dominance: How Relationships between Alternatives Drive Decision Strategy and Choice," *Journal of Marketing Research* 50, (6) 2013: 753-766, at 753-754, citing to Fischer, Gregory W., and Scott A. Hawkins, "Strategy Compatibility, Scale Compatibility, and the Prominence Effect," *Journal of Experimental Psychology: Human Perception and Performance* 19, (3) 1993: 580-597 and Tversky, Amos, Shmuel Sattath, and Paul Slovic, "Contingent Weighting in Judgment and Choice," *Psychological Review* 95, (3) 1988: 371-384).

[3]   Opening Expert Report of Alan D. Ball Regarding "Article of Manufacture" for the Samsung Products Found to Infringe U.S. Patents D618,677 and D593,087, January 15, 2018 ("Ball Report"); Expert Report of Susan Kare Regarding "Article of Manufacture" for the Samsung Products Found to Infringe U.S. Patent D604,305, January 15, 2018 ("Kare Report"); Opening Expert Report of Julie L. Davis, CPA (01/15/2018), January 15, 2018 ("Davis Report").

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

2.      This report summarizes the opinions that I have formed to date. I may modify my opinions, if necessary, based on further review and analysis of information provided to me subsequent to the filing of this report.

B.      **Summary of Conclusions**

3.      I have concluded that the designs claimed in the D'677 patent, the D'087 patent, and the D'305 patent are conceptually distinct from other smartphone features and from the smartphone as a whole. Marketing literature, manufacturer advertisements, third-party smartphone reviews, and consumer surveys show that smartphones are regarded as a collection of individual features, and not simply as a phone as a whole, and that smartphone providers, carriers, third-party retailers, and consumers recognize, consider, and distinguish between and among various features within a smartphone and across smartphones. There are many features and attributes beyond the patented designs at issue that consumers consider when purchasing a smartphone and use to differentiate among competing smartphones. It is clear, from the perspective of the consumer, who views smartphones as bundles of distinct features, that Apple's patented designs are conceptually distinct from many other features on the smartphone. I disagree with the opinions of Apple's experts that the designs are not conceptually distinct from the phones as a whole.

4.      I also have concluded that for the smartphones that incorporate them, the designs of the D'677 patent, the D'087 patent, and the D'305 patent are not prominent when compared to many other aspects of smartphones identified and highlighted by smartphone providers, carriers, third-party retailers, third-party reviewers, and consumers. As the evidence shows, these smartphones incorporate numerous valuable features, many of which are more prominent than the patented designs at issue. Consumer surveys, in particular, make clear that consumers consider many other features to be more important than the graphic user interface and the external design

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

of the smartphone, both of which are broad concepts that encompass more than the specific designs of the Patents-in-Suit. I disagree with the opinions of Apple's experts and have concluded that the designs are not prominent features when compared to other aspects of smartphones identified and highlighted by smartphone providers, carriers, third-party retailers, third-party reviewers, and consumers.

5.      It is my opinion that consumer surveys are useful in assessing the value of components or features of smartphones, and the relative contributions of these components or features to the overall product. More than advertising, internal design documentation, or third-party reviews, surveys provide direct evidence of consumer perception. Certain third-party surveys that I reviewed provide useful information regarding the value of features related to the patented designs, though they correspond to more expansive concepts than just the patented designs at issue. Accordingly, these third-party surveys overstate the value attributable to either the patented designs or the articles of manufacture identified in Samsung's interrogatory responses. The results of the survey I conducted more accurately reflect the value of these features from the perspective of Samsung purchasers specifically and Android purchasers more generally.

### C.      Qualifications

6.      I am the William Stewart Woodside Professor, and Professor of Marketing at the Wharton School of Business at the University of Pennsylvania. I have been teaching Marketing classes at the graduate level for more than 25 years. Classes that I have taught include Marketing Strategy and Marketing Research in the Wharton MBA Program, as well as Competitive Marketing Strategy, Marketing Metrics, Pricing Strategies, and various other programs for Wharton's Executive Education Program. I am currently teaching the Introductory Marketing classes for first-year MBA students at Wharton and for Wharton's Executive MBA Program. Over

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

the course of my teaching career, I have been honored with more than 30 teaching awards. For several years, I was the Vice Dean of the Wharton School of Business at the University of Pennsylvania and the Director of the Graduate Division.

7.      My research focuses on competitive marketing strategies, marketing metrics, and product line decisions, among other areas. My research on competitive marketing strategies addresses competitors' reactions to marketing actions, offering companies insight into ways to anticipate these reactions and use them to develop effective strategies. I have authored or co-authored more than 40 articles published in top-tier academic journals, including *Marketing Science*, *Journal of Marketing Research*, *Journal of Consumer Research, Harvard Business Review, Marketing Letters, Journal of Marketing,* and the *International Journal of Research in Marketing*. I am also the author or co-author of several books and book chapters on subjects that include competitive marketing strategy, global branding, and marketing performance measurement, among others. I have published numerous papers on survey analysis, including several papers evaluating the validity and reliability of survey analysis. I have also applied survey analysis in practice through consulting engagements with major corporations.

8.      I served on the Board of the American Marketing Association for several years, some of that time as the Chairman and several years on the Executive Committee of the Board. I am a former Executive Director of the Marketing Science Institute, and consult extensively on marketing issues with companies worldwide, including GE, Lutron, Pfizer, Johnson & Johnson, Google, British Airways, Rohm and Haas, and many others. Topics on which I have been asked to consult in the past include marketing strategy, marketing resource allocation, marketing metrics, sales force planning and incentives, branding, product line extensions, marketing research, and other marketing activities.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

9.      I received my Ph.D. from Purdue University and B.S. and B.A. degrees from the University of Kansas. In 2005, I received the John S. Day Distinguished Alumni Academic Service Award from Purdue University's Krannert School of Management, an honor given to graduates whose service within the academic community reflects the spirit and service of former Krannert Dean John Day. More details on my qualifications can be found in my curriculum vitae in Exhibit 1.

### D.      Compensation

10.      I have billed Samsung on a time-and-materials basis for my work. My hourly billing rate is $1,200. In addition, I receive compensation based on the professional fees of Analysis Group.[4] My compensation is not contingent on my findings, testimony rendered, or on the outcome of this litigation.

### E.      Evidence Considered

11.      In undertaking my analysis, I have considered information from a variety of sources, each of which has been identified in Exhibit 2. These sources include, among other things, documents and testimony produced in this litigation, various academic articles involving survey analysis, and the results of analysis and surveys conducted by Samsung and third parties relating to smartphones. Additionally, I have spoken with Samsung's damages expert, Mike Wagner, and Samsung's design expert, Sam Lucente. I also have relied upon my professional judgment and expertise, gathered from many years of marketing and survey analysis in a variety of industries.

### F.      Structure of the Report

12.      This report is organized as follows. Section II provides background information on

---

[4]      Some of the analysis that supports the opinions expressed in this report was performed by staff members at Analysis Group working under my direction and supervision.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

the parties, Patents-in-Suit, relevant Samsung devices, and case history. Section III provides my analysis of the conceptual distinctiveness of the designs. This includes my analysis of marketing research, advertisements, third-party reviews, and contemporaneous surveys, as well as a discussion of my survey and my rebuttal to Apple's experts on points related to conceptual distinctiveness. Section IV provides my analysis of the relative prominence of the designs. This includes additional analysis of each of the sources discussed in Section III, as well as further discussion of my survey and rebuttal to Apple's experts. Section V provides additional implications of the results of my survey. Finally, Section VI is the conclusion.

## II.        BACKGROUND

### A.        Parties

#### 1.        Apple

13.        Apple designs and markets mobile communication devices and personal computers, and sells a variety of related content, software, and applications.[5] Apple's products include, among others, the iPhone, iPad, and Mac.[6] Apple also sells digital content and applications through the iTunes Store, App Store, iBooks Store, and Mac App Store.[7]

14.        As of September 29, 2012, Apple had approximately 72,800 full-time equivalent employees, and an additional 3,300 full-time equivalent temporary employees and contractors.[8] According to Apple, "[s]ubstantially all of [its] hardware products are manufactured by

---

[5]    Apple Inc. SEC Form 10-K for the fiscal year ended September 29, 2012 ("Apple Inc. 2012 Form 10-K"), at 1.
[6]    Apple Inc. 2012 Form 10-K, at 1.
[7]    Apple Inc. 2012 Form 10-K, at 1.
[8]    Apple Inc. 2012 Form 10-K, at 9.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

outsourcing partners that are located primarily in Asia."[9]

### 2. Samsung

15.     SEC manufactures, distributes, and sells finished electronic products and device solutions.[10] SEC's products include, among others, televisions, refrigerators, home electronics, mobile phones, computers, and printers.[11] In 2011, SEC employed 221,726 people worldwide.[12]

16.     SEC is the parent company of SEA, a New York corporation formed in 1978. At the time of the 2012 trial, SEA was also the parent company of Samsung Telecommunications America, LLC ("STA"), a company based in Richardson, Texas, formed in 1992.[13] SEA offers and markets a full range of consumer electronics and IT products.[14]

### B.     Patents-in-Suit

### 1.     The D'087 Patent and the D'677 Patent

17.     The D'087 patent was issued on May 26, 2009 and is assigned to Apple.[15] The D'087 patent covers a "rectangular front face with rounded corners and a raised rim."[16] The claimed design "extend[s] to the bezel of the iPhone."[17] Images of Samsung phones found to infringe the D'087 patent are below.

---

[9]    Apple Inc. 2012 Form 10-K, at 7.
[10]   APLNDC-WH0004000345-96, at 67.
[11]   APLNDC-WH0004000345-96, at 67.
[12]   http://images.samsung.com/is/content/samsung/p5/global/ir/docs/2012_Sustainability_Report.pdf, at 53 (viewed January 22, 2018).
[13]   As of January 1, 2015, Samsung Telecommunications America, LLC was acquired by SEA. https://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=4172403 (viewed January 12, 2018).
[14]   https://web.archive.org/web/20120512220553/http://www.samsung.com/us/aboutsamsung/ourbusinesses/businessarea/usdivisions.html#electronics (viewed January 25, 2018).
[15]   U.S. Patent No. D593,087.
[16]   *Samsung Elecs. Co., Ltd. v. Apple Inc.*, No. 15-777, 580 U.S. ___ (2016), at 3.
[17]   *Apple Inc. v. Samsung Elecs. Co., 786 F.3d 983, 997 (Fed. Cir. 2015).*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

18.     The D'677 patent issued on June 29, 2010 and is assigned to Apple.[18] The D'677 patent "focuses on design elements on the front face of the iPhone"[19] and claims "a black rectangular front face with rounded corners."[20]

19.     According to an appellate decision in this action:

> Both patents claim a minimalist design for a rectangular smartphone consisting of a large rectangular display occupying most of the phone's front face. The corners of the phone are rounded. Aside from a rectangular speaker slot above the display and a circular button below the display claimed in several figures of the patent, the design contains no ornamentation. The D'087 patent claims a bezel surrounding the perimeter of the phone's front face and extending from the front of the phone partway down the phone's side. The parts of the side beyond the bezel, as well as the phone's back, are disclaimed, as indicated by the use of broken lines in the patent figures. The D'677 patent does not claim a bezel but instead shows a black, highly polished, reflective surface over the entire front face of the phone. The D'677 patent disclaims the sides and back of the device.[21]

### 2.     The D'305 Patent

20.     The D'305 patent issued on November 17, 2009 and is assigned to Apple.[22] The D'305 patent claims "the ornamental design for a graphical user interface for a display screen or portion thereof,"[23] which the Supreme Court found "cover[s] a grid of 16 colorful icons on a black screen."[24] The claimed design of the D'305 patent "includ[es] the arrangement of rows of square icons with rounded corners."[25] Figure 1 from the D'305 patent is shown below.[26]

---

[18]   U.S. Patent No. D618,677.
[19]   *Apple Inc. v. Samsung Elecs. Co., 786 F.3d 983, 996 (Fed. Cir. 2015).*
[20]   *Samsung Elecs. Co., Ltd. v. Apple Inc.*, No. 15-777, 580 U.S. ___ (2016), at 3.
[21]   *Apple Inc. v. Samsung Elecs. Co., 735 F.3d 1352, 1356-57 (Fed. Cir. 2013).*
[22]   U.S. Patent No. D604,305.
[23]   U.S. Patent No. D604,305, at 1; *Apple Inc. v. Samsung Elecs. Co., 786 F.3d 983, 997 (Fed. Cir. 2015).*
[24]   *Samsung Elecs. Co., Ltd. v. Apple Inc.*, No. 15-777, 580 U.S. ___ (2016), at 3.
[25]   *Apple Inc. v. Samsung Elecs. Co., 735 F.3d 1352, 1357 (Fed. Cir. 2013).*
[26]   According to the patent, "The broken line showing of a display screen in both views forms no part of the claimed design." U.S. Patent No. D604,305, at 1, Figure 1. *See also, Apple Inc. v. Samsung Elecs. Co., 735 F.3d 1352, 1357-58 (Fed. Cir. 2013.).*

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



### C.     Relevant Samsung Devices

21.     I understand that the following ten Samsung smartphones were found to infringe the D'677 patent: Fascinate, Galaxy S 4G, Galaxy S Showcase, Galaxy S II (AT&T), Galaxy S II (T-Mobile), Galaxy S II (Epic 4G Touch), Galaxy S II (Skyrocket), Infuse 4G, Mesmerize, and Vibrant; the following two Samsung smartphones were found to infringe the D'087 patent: Galaxy S 4G and Vibrant; and the following 12 Samsung smartphones were found to infringe the D'305 patent: Captivate, Continuum, Droid Charge, Epic 4G, Fascinate, Galaxy S 4G, Galaxy S Showcase, Gem, Indulge, Infuse 4G, Mesmerize, and Vibrant.[27] Images of these infringing phones are shown below:[28]

---

[27] The Galaxy S i9000 was found to infringe the Patents-In-Suit, and the Galaxy S II i9100 was found to infringe the D'677 patent, but I understand that Samsung did not sell those models in the United States and that Apple is not seeking damages with respect to them, and they are therefore not at issue in the upcoming damages trial. *See* Exhibit 3, which summarizes the jury's 2012 design patent infringement findings.

[28] I have examined the physical devices, including the exterior design and the app menu screen, for each of the Samsung smartphones that were found to be infringing.

9

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



Fascinate (JX1013)

Infuse 4G (JX1027)

Galaxy S 4G (JX1019)

Galaxy S II, AT&T (JX1031)

Mesmerize (JX1015)

Galaxy S II, T-Mobile (JX1033)

Galaxy SII Epic 4G Touch (JX1034)

Galaxy S II Skyrocket (JX1035)

Galaxy S Showcase, i500 (JX1017)

Vibrant (JX1010)

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



(From PX21A)

22.     In considering the D'305 patent, the manner in which the app menu screen appeared in the Captivate, Continuum, Droid Charge, Epic 4G, Fascinate, Galaxy S 4G, Galaxy S Showcase, Gem, Indulge, Infuse 4G, Mesmerize, and Vibrant operating system Graphical User Interface ("GUI") is significant.[29] More specifically, in Android smartphones, including the Samsung

---

[29]   Samsung's GUI interfaces are described in the documents with starting Bates numbers SAMNDCA30010317; SAMNDCA30010330; SAMNDCA30010366; SAMNDCA30010415; SAMNDCA30010425; SAMNDCA30010467; SAMNDCA30010561; SAMNDCA30010655; SAMNDCA30010710; SAMNDCA30010717; SAMNDCA30010770; SAMNDCA30010805; SAMNDCA30010858; SAMNDCA30010878; SAMNDCA30010907; SAMNDCA30010925; SAMNDCA30010965; SAMNDCA30011007; SAMNDCA30011049; SAMNDCA30011149; SAMNDCA30011177; SAMNDCA30011290; SAMNDCA30011298; SAMNDCA30011327; and embodied in Captivate (JX1011); Continuum (JX1016); Droid Charge (JX1025); Epic 4G (JX1012); Fascinate (JX1013); Galaxy S 4G (JX1019); Galaxy S Showcase, i500(JX1017); Gem (JX1020); Indulge (JX1026); Infuse 4G (JX1027); Mesmerize (JX1015); Vibrant (JX1010).

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

infringing phones, the app menu screen was distinct from the home screen, whereas in iOS smartphones it was not. During the relevant time period, I understand that, on the iPhone, the screen embodied by the D'305 patent was the first screen to appear after the phone was turned on and unlocked (for users who opted to use the lock function). For example, a home screen from the iPhone 3GS, which I understand Apple believes embodies the D'305 patent,[30] appears below.



23.     In contrast, the first screen that appears after an Android phone is unlocked is called the "home screen" and it is distinct from the application screen, which is reached by clicking on the "applications" icon on the home screen. Example images of the home screens from Samsung's Captivate, Continuum, Droid Charge, Epic 4G, Fascinate, Galaxy S 4G, Gem, Indulge, Infuse 4G, Mesmerize, Galaxy S Showcase, and Vibrant, with the applications icon in the lower right corner are shown below.

---

[30]   Apple Inc.'s Corrected Amended Objections and Responses to Samsung Electronics Co. Ltd.'s Interrogatory Nos. 4, 6, 7, 16, 17, 18 To Apple Inc., at 2; and embodied in iPhone (JX1000); iPhone 3G (JX1001); iPhone 3GS (JX1002); iPhone 4 (JX1003).

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



24.     When describing the role of the home screen in the Samsung Android ecosystem, Samsung Principal Designer, Jee-Yeun Wang, noted that the screen's intent was for "users [to be] able to see all the information they need on the home screen before clicking on each application."[31] I understand that users of the phones at issue can customize their home screens and can place

---

[31]   Deposition of Jee-Yeun Wang, Principal Designer, UX Innovation Team at Mobile Division for Samsung Electronics, December 20, 2017 ("Wang Deposition"), at 7-9, 55-56.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

application icons of their choice on their home screen so that they are accessible from this screen. When users place application icons on their home screen, the rounded rectangular "container" surrounding some of those icons, such as the camera icon, does not appear on the home screens.[32]

25.      The D'305 infringing screen is what Android users refer to as the "app menu screen," which is accessed from the home screen by clicking on the "Applications" icon, shown in the bottom right corner in the above images of the home screen and circled in red in the image below.



I understand that it is the app menu screen, shown below, that Apple accused of infringing the D'305 patent.[33]

---

[32]      Wang Deposition, at 72-73, 83-84.
[33]      Apple Closing Demonstrative at 22. *See also*, PX21A.

14

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



26.    The app menu screen is just one of the different ways that users of the infringing phones could access their applications, and it was not the fastest way of reaching them. For example, in addition to accessing apps through icons on the home screen, users could access previously used applications by clicking the "back button," which takes users directly to their most recently used app, and could access them through notifications. Therefore, unlike iPhone users, Samsung users saw the infringing app menu screen only if they deliberately navigated to it -- not by pressing their "home" buttons. The app menu screen is but one of the hundreds of GUI screens available in the Samsung Captivate, Continuum, Droid Charge, Epic 4G, Fascinate, Galaxy S 4G, Gem, Indulge, Infuse 4G, Mesmerize, Showcase, and Vibrant.[34] For example, the alarm, photo

---

[34]    Samsung Electronics' Principal Designer for their UX Innovation Team in the Mobile Division Jee-Yeun Wang noted that "[User experience] is not limited to one screen. There are thousands of frames of screens that composes the [user experience]." Wang Deposition, at 56. *See also,* SAMNDCA30010317-1459.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

gallery, calendar, and home screens from the Infuse 4G are shown below.



### D.    Case History

#### 1.    District Court for the Northern District of California

27.    This litigation originated from a complaint filed by Apple against Samsung in the District Court for the Northern District of California ("District Court") on April 15, 2011[35] and amended on June 16, 2011.[36] Among other things, the 2012 jury found that certain Samsung devices infringed the Patents-in-Suit.[37] The District Court ordered a partial retrial on some of the damages.[38] Following the next retrial, the damages were reduced.[39]

#### 2.    Court of Appeals for the Federal Circuit

28.    Samsung filed a notice of appeal to the Court of Appeals for the Federal Circuit

---

[35]  Complaint for Patent Infringement, Federal False Designation of Origin and Unfair Competition, Federal Trademark Infringement, State Unfair Competition, Common Law Trademark Infringement, and Unjust Enrichment, N.D. Cal. Case No. CV-11-001846-LHK, April 15, 2011.

[36]  Amended Complaint for Federal False Designation of Origin and Unfair Competition, Federal Trademark Infringement, Federal Trade Dress Dilution, State Unfair Business Practices, Common Law Trademark Infringement, Unjust Enrichment, and Patent Infringement, N.D. Cal. Case No. 11-CV-01846-LHK, June 16, 2011.

[37]  Exhibit 3.

[38]  *Apple Inc. v. Samsung Elecs. Co., 786 F.3d 983, 990* (Fed. Cir. 2015).

[39]  *Apple Inc. v. Samsung Elecs. Co., 786 F.3d 983, 990* (Fed. Cir. 2015).

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

("CAFC") regarding the liability and damages findings in March 2014.[40] With regard to the jury verdict finding infringement of the Patents-in-Suit, Samsung raised legal issues regarding the jury instructions and asserted that the District Court erred in allowing the jury to award Samsung's entire profits on the infringing devices as damages.[41] Among other things, the CAFC affirmed the jury verdict and damages award regarding infringement of the Patents-in-Suit.[42] It stated that "Section 289 explicitly authorizes the award of total profit from the article of manufacture bearing the patented design" and rejected Samsung's argument that "the profits awarded should have been limited to the infringing 'article of manufacture,' not the entire infringing product" because "[t]he innards of Samsung's smartphones were not sold separately from their shells as distinct articles of manufacture to ordinary purchasers."[43] The CAFC stated that the District Court was not required to limit the damages for design patent infringement to "the portion of the product as sold that incorporates or embodies the subject matter of the patent."[44]

### 3.  Supreme Court of the United States

29.  On December 14, 2015, Samsung appealed the CAFC decision to the Supreme Court of the United States ("Supreme Court").[45] In its petition, Samsung presented the following question:

---

[40]  *Apple Inc. v. Samsung Elecs. Co., 786 F.3d 983, 990* (Fed. Cir. 2015).

[41]  *Apple Inc. v. Samsung Elecs. Co., 786 F.3d 998* (Fed. Cir. 2015).

[42]  The CAFC also affirmed the validity of two utility patent claims and the damages awarded for infringement of the utility patents, reversed the jury finding that the trade dresses at issue are protectable, and vacated the damages award for trade dress dilution. *Apple Inc. v. Samsung Elecs. Co., 786 F.3d 983, 989 (Fed. Cir. 2015).*

[43]  *Apple Inc. v. Samsung Elecs. Co., 786 F.3d 983, 1001-1002* (Fed. Cir. 2015). *See also*, *Samsung Elecs. Co., Ltd. v. Apple Inc.*, No. 15-777, 580 U.S. ___ (2016), at 4.

[44]  *Apple Inc. v. Samsung Elecs. Co., 786 F.3d 983, 1002* (Fed. Cir. 2015).

[45]  Petition for a Writ of Certiorari, *Samsung Electronics Co. v. Apple Inc.*, No. 15-777 (U.S. Dec. 14, 2015).

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

> Where a design patent is applied to only a component of a product, should an award of infringer's profits be limited to those profits attributable to the component?[46]

30.     The Supreme Court granted certiorari regarding that question on March 21, 2016.[47]

It explained that:

> Arriving at a damages award under §289 thus involves two steps. First, identify the "article of manufacture" to which the infringed design has been applied. Second, calculate the infringer's total profit made on that article of manufacture.[48]

31.     Regarding the question before it, the Supreme Court wrote:

> This case requires us to address a threshold matter: the scope of the term "article of manufacture." The only question we resolve today is whether, in the case of a multicomponent product, the relevant "article of manufacture" must always be the end product sold to the consumer or whether it can also be a component of that product. Under the former interpretation, a patent holder will always be entitled to the infringer's total profit from the end product. Under the latter interpretation, a patent holder will sometimes be entitled to the infringer's total profit from a component of the end product.[49]

32.     During the Supreme Court oral argument, Chief Justice Roberts observed: "It seems to me that the design is applied to the exterior case of the phone. It's not applied to the -- all the chips and wires …"[50] To which Apple's attorney replied, "That's absolutely right."[51] The Chief Justice then stated: "So there shouldn't be profits based on the entire price of the phone."[52]

33.     The Supreme Court found that "the term 'article of manufacture' is broad enough

---

[46]  Petition for a Writ of Certiorari, *Samsung Electronics Co. v. Apple Inc.*, No. 15-777 at (i) (U.S. Dec. 14, 2015).
[47]  http://www.scotusblog.com/case-files/cases/samsung-electronics-co-v-apple/ (viewed January 25, 2018). *See also*, *Samsung Elecs. Co., Ltd. v. Apple Inc.*, No. 15-777, 580 U.S. ___ (2016), at 4.
[48]  *Samsung Elecs. Co., Ltd. v. Apple Inc.*, No. 15-777, 580 U.S. ___ (2016), at 5.
[49]  *Samsung Elecs. Co., Ltd. v. Apple Inc.*, No. 15-777, 580 U.S. ___ (2016), at 5.
[50]  Supreme Court Oral Argument Tr. at 40:8-10 (October 11, 2016).
[51]  Supreme Court Oral Argument Tr. at 40:13 (October 11, 2016).
[52]  Supreme Court Oral Argument Tr. at 40:17-19 (October 11, 2016).

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

to embrace both a product sold to a consumer and a component of that product, whether sold separately or not. Thus, reading 'article of manufacture' in §289 to cover only an end product sold to a consumer gives too narrow a meaning to the phrase."[53] On December 6, 2016, the Supreme Court reversed the judgment of the CAFC regarding its reading of §289 and remanded the case to the CAFC for further proceedings.[54]

### 4.        Remand and Current Proceedings

34.        On February 7, 2017, the CAFC remanded the case to the District Court for further proceedings, including to address the question of whether a new trial on design patent damages was necessary.[55] On October 22, 2017, the District Court issued an order for a new trial on damages for the Patents-in-Suit.[56] In this order, the District Court decided that the test for determining the "article of manufacture" for the purpose of §289 would include assessing four factors as had been suggested by the Solicitor General to the Supreme Court, as follows:

- The scope of the design claimed in the plaintiff's patent, including the drawing and written description;
- The relative prominence of the design within the product as a whole;
- Whether the design is conceptually distinct from the product as a whole; and
- The physical relationship between the patented design and the rest of the product, including whether the design pertains to a component that a user or seller can physically separate from the product as a whole, and whether the design is embodied in a

---

53    *Samsung Elecs. Co., Ltd. v. Apple Inc.*, No. 15-777, 580 U.S. ___ (2016), at 8.
54    *Samsung Elecs. Co., Ltd. v. Apple Inc.*, No. 15-777, 580 U.S. ___ (2016), at 1, 8-9.
55    *Apple Inc. v. Samsung Electronics Co., Ltd.*, No. 14-1335, 15-1029, per curiam op. at 4-5 (Fed. Cir. February 7, 2017).
56    *Apple Inc. v. Samsung Electronics Co., Ltd.*, No. 11-cv-01846-LHK, Order requiring new trial on design patent damages, at 35 (N.D. Cal. October 22, 2017) (Dkt. 3530).

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

component that is manufactured separately from the rest of the product, or if the component can be sold separately.[57]

35.     The District Court cited as the authority for this four-factor test the brief that the Solicitor General submitted to the Supreme Court of the United States.[58] That brief contains further explanation of the four factors, including the two that my opinion examines: the relative prominence of the design and conceptual distinctiveness.

36.     The Solicitor General's brief explained that in determining the article of manufacture:

> [T]he factfinder should examine the relative prominence of the design within the product as a whole. If the design is a minor component of the product, like a latch on a refrigerator, or if the product has many other components unaffected by the design, that fact suggests that the "article" should be the component embodying the design. Conversely, if the design is a significant attribute of the entire product, affecting the appearance of the product as a whole, that fact might suggest that the "article" should be the product.[59]

37.     The Solicitor General's brief further explained that in determining the article of manufacture:

> [T]he factfinder should consider whether the design is conceptually distinct from the product as a whole. … [For example,] a book binding and the literary work contained within it [are] different concepts; they are different articles. If the product contains other components that embody conceptually distinct innovations, it may be appropriate to conclude that a component is the relevant article.[60]

38.     In giving an example of conceptual distinctiveness, Mr. Fletcher also noted that

---

[57]   *Apple Inc. v. Samsung Electronics Co., Ltd.*, No. 11-cv-01846-LHK, Order requiring new trial on design patent damages at, 35 (N.D. Cal. October 22, 2017) (Dkt. 3530).

[58]   *Apple Inc. v. Samsung Electronics Co., Ltd.*, No. 11-cv-01846-LHK, Order requiring new trial on design patent damages, at 13 (N.D. Cal. October 22, 2017) (Dkt. 3530).

[59]   Brief for the United States as Amicus Curiae Supporting Neither Party, June 2016, at 28.

[60]   Brief for the United States as Amicus Curiae Supporting Neither Party, June 2016, at 28-29.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

"[t]here are going to be lots of other features of the car or innovations in the car -- the engine, the steering system, things like that"[61] which could distinguish the article of manufacture for the design patents.

## III.   CONCEPTUAL DISTINCTIVENESS OF DESIGNS[62]

### A.   Research has shown that consumers view multi-function products as bundles of features and attributes.

39.     The marketing literature has shown that consumers view products in general, and complex products such as smartphones specifically, as bundles of features. As Srinivasan, Lovejoy, and Beach (1997) wrote, "[t]he predominant marketing research paradigm is to consider a product as a bundle of well-defined attributes, with price included as an attribute."[63] This is reflected, for example, in market research models using conjoint analysis and discrete choice analysis, which view products as bundles of attributes to estimate the value, or partworths, for each attribute.[64]

40.     In these models, products are decomposed (or broken up) into bundles of features with each feature described by a range of levels. By asking study participants to choose their preferred bundles of attributes, researchers are able to analyze consumer preferences and to estimate the partworths consumers place on individual attributes.[65] This is consistent with

---

[61]   Supreme Court Oral Argument Tr. at 29:24 - 30:1 (October 11, 2016).

[62]   My analysis of the relative prominence of the designs, discussed below, also has some bearing on the question of conceptual distinction, and I incorporate it by reference here.

[63]   Srinivasan, V., William S. Lovejoy, and David Beach, "Integrated Product Design for Marketability and Manufacturing," *Journal of Marketing Research* 1997, pp. 154-163, at 155.

[64]   *See e.g.*, Srinivasan, V., William S. Lovejoy, and David Beach, "Integrated Product Design for Marketability and Manufacturing," *Journal of Marketing Research* 1997, pp. 154 -163.

[65]   *See e.g.*, Srinivasan, V., William S. Lovejoy, and David Beach, "Integrated Product Design for Marketability and Manufacturing," *Journal of Marketing Research* 1997, pp. 154-163.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

economic theory, which models consumers' preferences using an additive utility function to link product attributes to consumer demand.[66] By summing the partworths for any given bundle of features, researchers can create models of consumer demand for various products. These frameworks, which have been widely accepted, suggest that individual features of products have value and that consumers evaluate products based on individual features when making purchase decisions.

41.   The economics literature also has recognized that consumers view products as bundles of features. Since at least the early 1970s, economic research has found that consumer heterogeneity has an impact on driving demand for differentiated consumer products.[67] In other words, because consumers have different preferences, manufacturers offer different products with different features. In their article discussing how consumers interact with and use complex, multi-featured products, Professors Rust, Thomson, and Hamilton (2006) noted that "economists have recognized that consumers choose not so much between goods as between their characteristics."[68] Accordingly, economists have presented demand models for differentiated products.[69]

---

[66]   *See e.g.*, Lancaster, Kelvin J., "A New Approach to Consumer Theory," *Journal of Political Economy* 74 (2) 1966, pp. 132-157.

[67]   Rust, Roland T., Debora Viana Thompson, and Rebecca W. Hamilton, "Defeating Feature Fatigue," *Harvard Business Review* 84 (2) 2006, available at https://hbr.org/2006/02/defeating-feature-fatigue. *See also*, Thompson, Debora Viana, Rebecca W. Hamilton, and Roland T. Rust, "Feature Fatigue: When Product Capabilities Become Too Much of a Good Thing," *Journal of Marketing Research* 42 (4) 2005, pp. 431-442, at 432, citing to Lancaster, Kelvin "Consumer Demand: A New Approach," New York: Columbia University Press, 1971.

[68]   Rust, Roland T., Debora Viana Thompson, and Rebecca W. Hamilton, "Defeating Feature Fatigue," *Harvard Business Review* 84 (2) 2006, pp. 37-47, at 40. *See also*, Thompson, Debora Viana, Rebecca W. Hamilton, and Roland T. Rust, "Feature Fatigue: When Product Capabilities Become Too Much of a Good Thing," *Journal of Marketing Research* 42 (4) 2005, pp. 431-442, at 432, citing to Lancaster, Kelvin, "Consumer Demand: A New Approach," New York: Columbia University Press, 1971.

[69]   Lancaster, Kelvin J., "A New Approach to Consumer Theory." *Journal of Political Economy*, 74, 1966, 132-157. McFadden, Daniel. "Conditional Logit Analysis of Qualitative Choice Behavior," in Zarembka, Paul, ed., Frontiers in Econometrics," Academic Press: New York, 1974, 105-142.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

42.     Professor Lancaster supported the idea that goods are defined as bundles of characteristics, and that consumers have preferences over characteristics. He concluded that "it is these characteristics, not goods themselves, on which the consumer's preferences are exercised."[70] Thus, complex, multi-function products, such as smartphones, contain a multitude of features or attributes that consumers must consider and tradeoff between as part of their purchasing decision. This is also consistent with how manufacturers market their products. Advertisers "act as though consumers regard a commodity as having multiple characteristics and as though consumers weigh the various combinations of characteristics contained in different commodities in reaching their decisions."[71]

**B.      Smartphone manufacturer activities and advertisements highlight numerous features that are distinct from the overall smartphone and distinct from the designs at issue in this case.**

**1.      Product Differentiation**

43.     Tastes and preferences differ widely among consumers, as evidenced by the fact that consumers purchase smartphones that offer different features, capabilities, strengths, price points, and brands. This differentiation supports the idea that consumers view the features and other aspects of smartphones as conceptually distinct from smartphones as a whole.

44.     The availability of specific functional features historically has resulted in an increase in sales and market share for manufacturers. For example, in 2007, RIM/Blackberry was

---

[70]   *See e.g.*, Lancaster, Kelvin J., "A New Approach to Consumer Theory," *Journal of Political Economy* 74 (2) 1966, pp. 132-157, at 154.

[71]   Lancaster, Kelvin J., "A New Approach to Consumer Theory," *Journal of Political Economy* 74, no. 2 (1966): 132-157, at 151.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

one of the top smartphone models because of its messaging and security capabilities.[72] Similarly, in 2011, Samsung and HTC both introduced smartphones differentiated based on their larger screen size relative to other smartphones on the market at that time with otherwise similar functionality.[73] Introducing a product differentiated by a specific feature, such as size or security capabilities, while maintaining similar functionality to other comparable smartphones, supports the idea that consumers view smartphones as bundles of features rather than singular, indivisible products.

45.     Activities undertaken by smartphone manufacturers further reflect that consumers view smartphones as bundles of features. Rather than offering only one smartphone model with a single profile of features and functionalities, smartphone providers develop and offer smartphones with different types of form factors, navigation/display screens, capabilities, and prices. This demonstrates that smartphone manufacturers believe that consumers differentiate smartphones along these dimensions, and evaluate smartphones as bundles of relative features offered at a certain price. If manufacturers believed that consumers did not distinguish between product features, then smartphone providers would not offer different combinations of form factors and features at different prices for each model in their smartphone lineup. Instead, manufacturers would simply choose the singular model that they deemed the best/most desirable to consumers (or most profitable) and sell that single model universally.

46.     Smartphone providers themselves highlight the differentiation and variety of

---

[72]   https://www.forbes.com/sites/adamthierer/2012/04/01/bye-bye-blackberry-how-long-will-apple-last/#69ab0f3c6312 (viewed January 19, 2018); http://www.nytimes.com/2012/01/29/business/blackberry-aiming-to-avoid-the-hall-of-fallen-giants.html (viewed January 19, 2018).

[73]   http://www.ibtimes.com/top-10-smartphones-large-screen-size-374664 (viewed January 25, 2018).

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

features offered in their various smartphone models. For example, the Samsung website presently shows 24 phone models that differ based on characteristics such as price, size, and carrier.[74] On its website, Apple currently offers a "Compare iPhone models" page,[75] which allows consumers to compare eight iPhone models across a variety of features such as color, display, size, memory capacity, camera, processor, and carrier.[76]

### 2.   Advertisements

47.   Samsung and Apple each highlighted different smartphones on their websites in 2011 as well. Using the Internet Archive Wayback Machine, which is a repository of archived Internet websites that allows users to view websites as they appeared at different points in time, I examined the Samsung and Apple websites circa 2011. As of April 15, 2011, Samsung's U.S. website highlighted several dozen smartphones and allowed users to search for devices based on several features, including carrier, style, operating system, and the inclusion of certain features such as GPS, Bluetooth, HTML web browser, premium camera, and Wi-Fi.[77] The Apple website in late 2011 had a similar "Compare iPhone models" page to the one in use today, allowing consumers to compare multiple iPhone versions across several feature and attribute categories, including processor, carrier and cellular technologies, color, device size and weight, voice assistant (Siri), camera, video recording, video calling, display quality, battery performance, and price.[78]

---

[74]   https://www.samsung.com/us/mobile/phones/all-phones/s/_/n-10+11+hv1rp/ (January 25, 2018).

[75]   https://www.apple.com/iphone/compare/ (viewed January 25, 2018).

[76]   Consumers can choose from iPhone models and compare up to three models at a time.
https://www.apple.com/iphone/compare/ (viewed January 25, 2018).

[77]   In addition, the device descriptions generally included information on the size of the display screen.
http://web.archive.org/web/20110415185123/http://www.samsung.com/us/mobile/cell-phones?prd_ia_url_name_path=mobile|cell-phones&landing_yn=N&sort_type=&b2b_b2c_typ_cd=B2C
(viewed January 22, 2018).

[78]   http://web.archive.org/web/20111220115615/http://www.apple.com/iphone/compare-iphones/ (viewed January 22, 2018); http://web.archive.org/web/20110122101936/http://www.apple.com:80/iphone/compare-iphones/ (viewed January 25, 2018).

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

Thus, the Samsung and Apple websites presented each smartphone model as a particular bundle of features for consumers to evaluate relative to other models.

48.     Feature distinction is also evident in how smartphone providers advertise smartphones, supporting that they view (and think that consumers view) smartphones as bundles of features. Much like their websites, providers' advertising highlighted particular features of each smartphone model. Samsung's television advertising for its phones highlighted features such as 4G network, the ability to type with your voice, turn-by-turn navigation, screen size, design, and entertainment capabilities.[79] In print advertising, Samsung highlighted features such as 4G capability, front facing camera, rear facing camera, screen size, Android operating system, preloaded Samsung Media Hub apps, HTML browser compatibility, social networking integration, MP3 music capabilities, and expandable memory.[80] Some ads highlight only one feature at a time, such as network speed, without even showing the smartphone itself,[81] suggesting that particular features of the phone are conceptually distinct and separable from the product as a whole and are evaluated individually by consumers.

49.     For example, a Samsung print ad for Galaxy S II (Sprint) has a tag line of "Because fast was too slow," focusing consumers' attention on the speed of the phone above other features.[82] Advertising for other brands of Android phones similarly focuses on the functional features of the phones such as the camera quality, memory capacity, and GPS and Wi-Fi capabilities.[83]

---

[79]  *See, e.g.*, SAMNDCA00311585, SAMNDCA00211549, SAMNDCA00311557, SAMNDCA00311559, SAMNDCA00311579, SAMNDCA00311347.

[80]  *See, e.g.*, SAMNDCA00312040; SAMNDCA00312097; SAMNDCA00311935-954; SMANDCA00312047.

[81]  *See, e.g.*, SAMNDCA00312051.

[82]  SAMNDCA00311547.

[83]  *See, e.g.*, BBY_SAMSUNG_0004437 (LG Marquee); BBY_SAMSUNG_0004770 (HTC EVO 4G); BBY_SAMSUNG_0005927 (HTC Hero); BBY_SAMSUNG_0006834 (Motorola Atrix and Motorola Photon).

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

50. Apple also encouraged consumers to distinguish among features. For example, it offered the original iPhone in two different memory sizes, priced originally at $499 for 4 GB and $599 for 8 GB.[84] Apple continued this memory differentiation, with all other features being the same with later models, as well.[85] In addition, when it introduced the iPhone 3G, Apple's marketing emphasized that although the exterior of the phone was the same design, different features, such as "built-in GPS for expanded location based mobile services" and "simultaneous voice and data communications" made it a better phone.[86] Thus, although Apple claims that the original iPhone, the iPhone 3G, and the iPhone 3GS all embody the D'087, D'677, and D'305 designs,[87] Apple marketed them as different phones,[88] expecting consumers to differentiate among them and not conclude from their shared patented designs that they were the same or that the shared elements dictated the features of the rest of the phone.

51. In its advertising and marketing, Apple and its carriers highlighted key features and applications such as the ability to multitask, make video calls, and access sports-related, home improvement, holiday, and entertainment applications.[89]

52. I understand that Apple has taken the position that the iPhone 4 and iPhone 4S also

---

[84] https://www.apple.com/newsroom/2007/01/09Apple-Reinvents-the-Phone-with-iPhone/ (viewed January 22, 2018).

[85] *See, e.g.,* http://web.archive.org/web/20111220115615/http://www.apple.com/iphone/compare-iphones/ (viewed January 25, 2018).

[86] https://www.apple.com/newsroom/2008/06/09Apple-Introduces-the-New-iPhone-3G/ (viewed January 25, 2018).

[87] Apple Inc.'s Corrected Amended Objections and Responses to Samsung Electronics Co. Ltd.'s Interrogatory Nos. 4, 6, 7, 16, 17, 18 To Apple Inc., at 2.

[88] http://web.archive.org/web/20091217204752/http://www.apple.com:80/iphone/compare-iphone (viewed January 23, 2018).

[89] APLNDC0001323877; APLNDC000132878-880; APLNDC0001323869-876; APLNDC0001323881-883; APLNDC0001323929-932; APLNDC0001323956; APLNDC0001323963; APLNDC0001323964; APLNDC0001323968; APLNDC0001323959-962; APLNDC0001323982.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

embody the D'677 design.[90] Yet, when Apple introduced the iPhone 4, Apple's marketing, and

Steve Jobs himself, touted the "all new design" of the iPhone 4 based solely on the design of the

back of the phone and its edges and different bezel.[91] For example:[92]





---

[90]   Apple Inc.'s Corrected Amended Objections and Responses to Samsung Electronics Co. Ltd.'s Interrogatory
       Nos. 4, 6, 7, 16, 17, 18 To Apple Inc., at 2.
[91]   SAMNDCA30008228; SAMNDCA30008220-223.
[92]   SAMNDCA30008228.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER





**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**





ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER





ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



53.     This confirms that even phones embodying the D'677 design can have an "all new design," because the design as a whole is conceptually distinct from the front face of the D'677.

54.     In addition, Apple promoted the conceptual distinction of different components of the iPhone as distinct aspects of the phones. For example, in a marketing video it prepared for the iPhone 4, Apple separately showed the front glass of the phone, as well as the battery, processor, bezel, and other circuitry and components.[93]

---

[93]   SAMNDCA30008228.

32

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER





**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**





ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER





55.     In addition, in the announcement of the iPhone 4, Steve Jobs claimed: "There are well over a 100 new features [in the iPhone 4] … I get to cover eight of them with you."[94] In promoting its phone, Apple plainly did not act as if consumers were incapable of drawing conceptual distinctions among different phone features.

---

[94]     SAMNDCA30008228.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

56.     During the relevant time period, carriers and third-party retailers also used a variety of features to distinguish and advertise particular smartphone models. Carrier advertising highlighted features such as network speed,[95] entertainment capabilities,[96] display quality,[97] design,[98] Internet and gaming capabilities,[99] and availability of applications.[100] Best Buy advertising highlighted phone features such as price,[101] screen size,[102] processor speed,[103] operating system,[104] camera features and video capabilities,[105] network speed,[106] design,[107] and availability of apps[108] in their advertisements for smartphones. Thus, while design is mentioned (and shown) in carrier and retailer advertisements for smartphones, it is only one of many features used to market smartphones to consumers.

57.     As is evident from the advertising for smartphones from providers, carriers, and retailers, there are a multitude of features offered for consumers to consider when choosing which smartphone to purchase. While design is a feature presented for consumers to evaluate, it is only one aspect among many. Manufacturer websites and various advertisements demonstrate that manufacturers and retailers highlight numerous functional features that are distinct from the overall smartphones and from the designs at issue in this case.

---

[95]   SAMNDCA00311467; SAMNDCA00311478-509.
[96]   SAMNDCA00311463; SAMNDCA00311477; SAMNDCA00311478-509.
[97]   SAMNDCA00311468.
[98]   SAMNDCA00311548.
[99]   SAMNDCA00311661.
[100]  SAMNDCA00311673; SAMNDCA00311685.
[101]  BBY_SAMSUNG_0004437; BBY_SAMSUNG_0004439; BBY_SAMSUNG_0003609.
[102]  BBY_SAMSUNG_0004439; BBY_SAMSUNG_0003609.
[103]  BBY_SAMSUNG_0004439; BBY_SAMSUNG_0003609.
[104]  BBY_SAMSUNG_0004437; BBY_SAMSUNG_0004439; BBY_SAMSUNG_0003609.
[105]  BBY_SAMSUNG_0004439; BBY_SAMSUNG_0003609.
[106]  BBY_SAMSUNG_0004437; BBY_SAMSUNG_0004439.
[107]  BBY_SAMSUNG_0004439.
[108]  BBY_SAMSUNG_0004439.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

C.      **Third-party smartphone reviews and product comparison websites identify numerous smartphone features that are distinct from the designs at issue and the overall smartphone.**

58.      Numerous online resources have been, and remain, available to consumers who are seeking information about various smartphones. Among these resources are online technology information and review sites that conduct product reviews and product comparisons of many smartphone models and make the reviews available for free on their websites. The section below provides an overview of the types of information typically found in such reviews by several popular technology websites. In general, these websites review smartphones on a range of dimensions, and typically provide information on numerous product features and attributes that they consider important to the consumer purchase decision.

1.      **CNET**

59.      CNET is a popular online website that describes itself as a source for consumers who are looking for the "latest technology news" and "unbiased product reviews."[109] According to Alexa Internet, CNET is the 89th most trafficked website in the U.S.[110]

60.      CNET has conducted and continues to conduct reviews of most smartphones, including nearly every one of Samsung devices at issue in this case. In general, CNET reviews are comprised of several sections: (1) an initial summary explaining "The Good," "The Bad," and "The Bottom Line" for the device; (2) numerical ratings on the dimensions of "Design," "Features," "Performance," and "Overall;" (3) detailed discussions focused on "Design," "User Interface," "Features," "Performance," and/or other aspects of the smartphone; and in some cases

---

[109]   https://www.cnet.com/about/ (viewed January 25, 2018).
[110]   CNET.com is the 89th most trafficked website in the U.S. and the 154th most trafficked website in the world according to Alexa Internet. https://www.alexa.com/siteinfo/cnet.com (viewed January 15, 2018).

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

(4) a conclusion.[111] As well, CNET typically includes one or more photos of the device itself, often taken from different angles, and a listing of the product's technical specifications.[112]

61.     Appendix C compiles CNET reviews for 15 Samsung smartphones at issue.[113] It is evident from the text of "The Good," "The Bad," "The Bottom Line," and "Conclusions" summary sections of the product reviews that CNET considers numerous different aspects of a smartphone in its reviews that are distinct from the overall phone and that are distinct from the designs at issue in this case. For instance, the review for the Samsung Captivate (AT&T) includes the following language:

> The Good: The Samsung Captivate features a gorgeous Super AMOLED screen, a 1GHz processor, 16GB of onboard memory, and it has an expansion slot. The Android 2.1 device also offers great call quality, full wireless options, and a HD video capture.
>
> The Bad: AT&T won't let you sideload apps to the phone; camera lacks a flash.
>
> The Bottom Line: The Samsung Captivate is easily AT&T's best Android phone to date. It delivers great performance, tons of features, and an easy-to-use interface.[114]

62.     In the summary section alone, CNET mentioned at least ten features and attributes of the Captivate that are separate and apart from the designs at issue: (1) screen quality, (2) processor speed, (3) memory (onboard and expansion), (4) operating system, (5) call quality, (6) wireless options, (7) HD video capture, (8) apps/app operation, (9) camera, and (10) easy to use interface.[115] Of these features and attributes, I understand that only the "easy to use interface" encompasses any of the patented designs, although that concept is much broader than the design

---

[111]   *See, e.g.*, https://www.cnet.com/products/samsung-galaxy-s-ii-at-t/review/ (viewed January 16, 2018).
[112]   *See, e.g.*, https://www.cnet.com/products/samsung-galaxy-s-ii-at-t/review/ (viewed January 16, 2018).
[113]   I was unable to locate a CNET review for the Samsung Galaxy S Showcase on CNET.
[114]   https://www.cnet.com/products/samsung-captivate-at-t/review (viewed January 16, 2018).
[115]   https://www.cnet.com/products/samsung-captivate-at-t/review (viewed January 16, 2018).

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

of the D'305 patent. The body of the review references numerous additional features and attributes. For instance, in the section on "Features," the Captivate review includes the following paragraph:

> The Samsung Captivate is easily AT&T's most feature-rich Android phone. It's a quad-band world phone and offers a speakerphone, conference calling, voice dialing, text and multimedia messaging, and the full range of wireless options: Bluetooth, Wi-Fi, 3G, and GPS. Unfortunately, you can't use the smartphone as a mobile hot spot like you will with the Samsung Epic 4G, but you do get access to AT&T's Wi-Fi hot spots and a hot-spot locator app is included on the phone.[116]

63.     This paragraph, which is only the first of seven paragraphs in the "Features" section of the review, references at least 11 unique features and attributes of the Captivate: (1) quad-band world phone, (2) speakerphone, (3) conference calling, (4), voice dialing, (5) text and multimedia messaging, (6) Bluetooth, (7) Wi-Fi, (8) 3G, (9) GPS, (10) mobile/Wi-Fi hot spot (or lack thereof), and (11) hot-spot locator app.[117] I understand that none of these features encompass the patented designs at issue. Similarly, the "Specifications" section of the Captivate review includes features and attributes categorized into 21 different categories such as "Cellular," "Messaging & Internet," "Communications," and "Media Player,"[118] which similarly do not appear to encompass the patented designs.

64.     In total, the Captivate review referenced above, as well as the other CNET reviews for the Samsung phones at issue, describe dozens of different smartphone features and attributes.[119]

---

[116] https://www.cnet.com/products/samsung-captivate-at-t/review/ (viewed January 16, 2018).
[117] https://www.cnet.com/products/samsung-captivate-at-t/review/ (viewed January 16, 2018).
[118] https://www.cnet.com/products/samsung-captivate-at-t/specs/ (viewed January 18, 2018). Display was defined in terms of diagonal size and whether the display had color support.
[119] *See* Appendix C.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

While some of the reviews mention features such as the shape or curvature of the corners[120] or the app menu screen,[121] the majority of the features referenced—including the vast majority of the features referenced in the "Performance" and "Features" sections of the reviews—are distinct from the design of the smartphone in general as well as from the specific patented designs at issue.[122] The broad array of features and attributes described in these reviews show that the designs at issue do not generally define the overall phone in the minds of consumers.

### 2. Phone Arena

65.     Another popular smartphone review site is Phone Arena, which provides technical specifications for over 6,000 smartphones, feature phones, and tablets from over 120 providers, as well as product reviews for over 2,000 products and over 5,000 video product reviews.[123] Phone Arena provides users with "detailed device filtering and side-by-side comparison of specifications" and "has aided countless users in choosing the right device."[124] Phone Arena is accessed by over 26 million visitors each month.[125]

66.     Among the information available to consumers from Phone Arena is a tool that

---

[120]   For instance, the Epic 4G review states that the "rounded edges, curved corners, and glossy black surface give it a sleek and elegant look that is minimalist and eye-catching." https://www.cnet.com/products/samsung-epic-4g-sprint/review/ (viewed January 16, 2108). Similarly, the Fascinate review mentions that the device "features a clean and attractive slate design with rounded corners." https://www.cnet.com/products/samsung-fascinate/review/ (viewed January 16, 2018).

[121]   For instance, the Captivate review states that "The home screens can also be personalized with live wallpapers, but there are two elements that can't be changed: the pull-down notification tray on top, which now includes wireless manager and profile functions, and the toolbar along the bottom with quick-launch buttons to the phone app, e-mail, Web browser, and applications. Pressing the latter takes you to a nice grid view of all your apps; they're spread out over several pages, which you can swipe from side to side to get to. We much prefer this layout over the standard Android one, where you have to scroll up and down. It feels more natural and easier to navigate." https://www.cnet.com/products/samsung-captivate-at-t/review/ (viewed January 16, 2018).

[122]   *See* Appendix C.

[123]   https://www.phonearena.com/aboutus (viewed January 19, 2018).

[124]   https://www.phonearena.com/aboutus (viewed January 19, 2018).

[125]   https://www.phonearena.com/aboutus (viewed January 19, 2018).

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

allows consumers to compare the technical specifications of multiple phones side by side.[126] Using this comparison tool, consumers can compare multiple phones across a wide range of dimensions to see how they differ. For example, Phone Arena provides consumers who wish to compare the Samsung Galaxy S II (AT&T) and the Samsung Droid Charge, both of which are phones at issue, to the Apple iPhone 3GS with information and technical specifications for the three smartphones in 13 categories as well as overall product ratings from Phone Arena staff and Phone Arena users.[127] The 13 categories of information are: (1) design, (2) display, (3) camera, (4) hardware, (5) battery, (6) multimedia, (7) Internet browsing, (8) cellular, (9) phone features, (10) connectivity, (11) availability (*e.g.*, release date), (12) shopping information (*e.g.*, MSRP), and (13) regulatory approval.[128] Many of these categories contain information on numerous sub-features that fall within a general category. For the comparison between the Samsung Galaxy S II, Samsung Droid Charge, and the Apple iPhone 3GS, the information provided to users is broken down as follows:[129]

- **Design**: device type, operating system, form factor, dimensions, weight, keys/buttons, and colors

---

[126] *See, e.g.*, https://www.phonearena.com/phones/compare/Samsung-Galaxy-S-II-AT-T,Apple-iPhone-3GS,Samsung-Droid-Charge/phones/5639,3774,5126?ft=2 (viewed January 19, 2018) (showing an example of a phone comparison using the Samsung Galaxy S II AT&T model, Apple iPhone 3GS, and Samsung Droid Charge).

[127] *See, e.g.*, https://www.phonearena.com/phones/compare/Samsung-Galaxy-S-II-AT-T,Apple-iPhone-3GS,Samsung-Droid-Charge/phones/5639,3774,5126?ft=2 (viewed January 19, 2018) (showing an example of a phone comparison using the Samsung Galaxy S II AT&T model, Apple iPhone 3GS, and Samsung Droid Charge).

[128] *See, e.g.*, https://www.phonearena.com/phones/compare/Samsung-Galaxy-S-II-AT-T,Apple-iPhone-3GS,Samsung-Droid-Charge/phones/5639,3774,5126?ft=2 (viewed January 19, 2018) (showing an example of a phone comparison using the Samsung Galaxy S II AT&T model, Apple iPhone 3GS, and Samsung Droid Charge).

[129] https://www.phonearena.com/phones/compare/Samsung-Galaxy-S-II-AT-T,Apple-iPhone-3GS,Samsung-Droid-Charge/phones/5639,3774,5126?ft=2 (viewed January 19, 2018) (showing an example of a phone comparison using the Samsung Galaxy S II AT&T model, Apple iPhone 3GS, and Samsung Droid Charge).

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- **Display**: screen size, resolution, pixel density, screen technology, screen-to-body ratio, colors, touchscreen, and features

- **Camera**: megapixels, flash type, aperture size, camera sensor size, hardware features, software features, shooting modes, camcorder resolution, camcorder features, and front-facing camera resolution

- **Hardware**: system chip, processor, graphics processor, system memory, built-in storage, and storage expansion

- **Battery**: capacity, type, talk time, stand-by time, music playback time, and video playback time

- **Multimedia**: screen mirroring, music player filtering, music player features, supported music player formats, supported video playback formats, speakers, and headphone connectors

- **Internet browsing**: browser, supported technologies (*e.g.*, flash, HTML), and built-in online services support

- **Cellular**: technology (*e.g.*, CDMA, GSM, UMTS, LTE), data technology, 2G data technology, and global roaming

- **Phone features**: sensors, notifications, phonebook, organizer, messaging, e-mail, instant messaging, games, hearing aid compatibility, and other features (*e.g.*, voice dialing, voice commands, voice recording, TTY/TDD)

- **Connectivity**: Bluetooth, profiles/protocols, Wi-Fi, mobile hotspot, USB technology, USB connector/charging connector, USB features, HDMI, GPS/positioning, navigation, and other

- **Availability/shopping information/regulatory approval**: Announcement date, MSRP, FCC approval and measurement information

67.     The fact that smartphone comparison sites such as Phone Arena provide consumers with detailed information to assess the individual characteristics and differentiating features of multiple smartphones across dozens of categories and elements provides further support to the idea that consumers view smartphones as bundles of individual features and attributes. Even broad feature categories such as display, battery, and camera are comprised of numerous individual

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

features that consumers consider when evaluating and differentiating smartphones. Even a smartphone's design represents a broad category that encapsulates numerous different and distinct elements, many of which—such as the phone's dimensions, keys/buttons, and operating system— are distinct from the patented designs at issue.

### 3. Other Third-Party Smartphone Review and Comparison Websites

68.     Numerous other third-party websites, such as The Verge,[130] Engadget,[131] and GSM Arena,[132] provide consumers with smartphone product reviews and product comparison tools that include information on numerous categories of phone features, as well as dozens of specific attributes and features within those categories.

69.     The Verge has provided detailed product reviews that include overall product ratings from its staff, summaries of notable "good stuff" and "bad stuff," product photos, and detailed descriptions of features across several product dimensions. For instance, The Verge review of the Samsung Galaxy S II (AT&T) highlighted the screen size and display technology, processor speed, and camera as "good stuff" and display resolution, 4G speeds, and "cheap" and "breakable" body as "bad stuff."[133] Additionally, the review included detailed discussion of five categories of features and attributes: hardware/design, display, cameras, performance/battery life, and software.[134]

---

[130]   Theverge.com is the 160th most trafficked website in the U.S. and the 424th most trafficked website in the world according to Alexa Internet. https://www.alexa.com/siteinfo/theverge.com#?sites=theverge.com (viewed January 22, 2018).

[131]   Engadget.com is the 307th most trafficked website in the U.S. and the 640th most trafficked website in the world according to Alexa Internet. https://www.alexa.com/siteinfo/engadget.com#?sites=engadget.com (viewed January 22, 2018).

[132]   GSMArena.com is the 2,611th most trafficked website in the U.S. and the 613th most trafficked website in the world according to Alexa Internet. https://www.alexa.com/siteinfo/gsmarena.com#?sites=gsmarena.com (viewed January 22, 2018).

[133]   https://www.theverge.com/2011/10/31/2524896/samsung-galaxy-s-ii-at-t-review (viewed January 19, 2018).

[134]   https://www.theverge.com/2011/10/31/2524896/samsung-galaxy-s-ii-at-t-review (viewed January 19, 2018).

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

70.     Engadget has provided and continues to provide detailed product reviews that include product ratings from Engadget staff, critics, and users; product pros and cons; "key" product specifications, product photos, and detailed descriptions of features across several product dimensions. Engadget's review of the Samsung Fascinate, for instance, highlighted the phone type, operating system, screen size, internal memory, camera, talk time, and carrier as "key specs;" display, screen size, and camera as "pros;" and TouchWiz skin, tendency for the phone to freeze, and default search engine as "cons."[135] Additionally, the review included a detailed discussion of six categories of features and attributes: hardware, specs, cameras, phone/speakerphone, battery life, and software.[136]

71.     GSM Arena has provided and continues to provide consumers with detailed smartphone product reviews and comparison tools. The GSM Arena review for the Samsung Infuse 4G includes detailed product specifications as well as six sections that provide deep dives into various feature and attribute categories: unboxing, design, and construction; user interface and performance; phonebook, telephony, and messaging; multimedia (photos, music, and video); camera, connectivity, and web browser; and organizer and Google Maps with navigation.[137] Additionally, an introduction section provides an overview of over 20 "key features" and eight "main disadvantages."[138]

72.     The GSM Arena phone comparison tool allows consumers to compare several

---

[135]   https://www.engadget.com/2010/09/07/samsung-fascinate-review/ (viewed January 29, 2018).
[136]   The review also stated that "[t]he design of the phone is basic enough; a simple slab with rounded edges, a slight silver band that runs around the sides of the device, and little detail save for a gray and black patterned back" and that "[t]he design of the phone is simple enough to be inoffensive, but not daring or notable in any real way." https://www.engadget.com/2010/09/07/samsung-fascinate-review/ (viewed January 29, 2018).
[137]   https://www.gsmarena.com/samsung_i997_infuse_4g-review-599p3.php (viewed January 29, 2018).
[138]   https://www.gsmarena.com/samsung_i997_infuse_4g-review-599p3.php (viewed January 29, 2018).

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

phone models from different manufacturers across 13 categories of features and attributes, as well as dozens of specific features within those categories. The categories include (1) network, (2) launch date/status, (3) body, (4) display, (5) platform, (6) memory, (7) camera, (8) sound, (9) comms, (10) features, (11) battery, (12) miscellaneous (including color and price), and (13) test results.[139] Moreover, the comparison tool allows the user to highlight only those features and attributes that differ between the products, so that the user can focus on the ways in which the selected phones are differentiated from each other.[140] Notably, a sample comparison of the Samsung Infuse 4G and the Samsung Droid Charge, both of which I understand to be products of interest here, to the Apple iPhone 3GS shows that *differences exist in every single one* of the 13 categories of features and attributes GSM Arena included in its comparison tool.[141]

### D. Contemporaneous third-party surveys show that there are many features that consumers consider and view as distinct from the overall smartphone.

73.     A wide body of industry research examines the factors that drive or contribute to the consumer smartphone purchase decision. I have reviewed several surveys that were conducted in 2012 by four reputable industry research organizations—███████████████████ ████████████████████████████████—as well as surveys Apple conducted in 2011. ████████████████████████████████████████

████████████████████████████████████████

---

[139]  *See, e.g.*, https://www.gsmarena.com/compare.php3?&idPhone2=2826&idPhone3=3733&idPhone1=3705# (viewed January 29, 2018) (showing an example of a phone comparison using the Samsung Infuse 4G, Apple iPhone 3GS, and Samsung Droid Charge I510).

[140]  *See, e.g.*, https://www.gsmarena.com/compare.php3?&idPhone2=2826&idPhone3=3733&idPhone1=3705# (viewed January 29, 2018) (showing an example of a phone comparison using the Samsung Infuse 4G, Apple iPhone 3GS, and Samsung Droid Charge I510).

[141]  *See, e.g.*, https://www.gsmarena.com/compare.php3?&idPhone2=2826&idPhone3=3733&idPhone1=3705# (viewed January 29, 2018) (showing an example of a phone comparison using the Samsung Infuse 4G, Apple iPhone 3GS, and Samsung Droid Charge I510).

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



1. ██████████

    a.   **Overview**

74. ██████████████████████████████████████

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

75.





ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



77.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



79.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



81.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

92. ███████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████

### 5.    Apple Surveys

93. ███████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████



ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**6.    Summary**

94.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

differentiated based on these features and that these features are conceptually distinct from the overall smartphone and from the designs at issue in this case.

95.     Companies routinely rely on these kinds of surveys in assessing the importance of product features and the relative contributions of these features to the overall product, validating through the fielded surveys themselves that they trust consumers to distinguish among the different features and concepts they are investigating. Companies are able to "gain a worthwhile understanding of value through such methods as direct and indirect survey questions, conjoint analysis, and focus groups, all of which rely primarily on customers' perceptions of the functionality, performance, and worth of a supplier's offering."[211] Additionally, assessing the relative contributions makes imminent sense for companies, because "[w]hen a feature contributes to attracting customers, that increase in demand will often manifest in revenue earned through higher prices and/or greater quantity sold."[212]

96.     For example, Apple regularly conducted these kinds of surveys. According to Apple, "there's nothing new about these surveys."[213] Apple has been conducting them "since the launch of the first iPhone."[214] Among other things, Apple similarly uses these surveys to gauge "what features and smartphone characteristics (design, build, battery life) were important to

---

[211]  https://hbr.org/1998/11/business-marketing-understand-what-customers-value (viewed January 25, 2018).

[212]  D. McDuff and D. Fairweather, "Measuring Marketing: Using Content Analysis To Evaluate Relative Value in Valuation And Reasonable Royalty Analysis," *les Nouvelle*, June 2016, pp. 88-93, at 88, citing A. J. Dukes, "Advertising and Competition," in ABA Section of *Antitrust Law Issues in Competition Law and Policy* 515 (Chicago, IL: ABA Book Publishing, 2008), at 521-523.

[213]  https://techcrunch.com/2014/01/21/apple-sends-out-iphone-survey-seeks-feedback-on-android-touch-id-and-more/ (viewed January 25, 2018).

[214]  https://techcrunch.com/2014/01/21/apple-sends-out-iphone-survey-seeks-feedback-on-android-touch-id-and-more/ (viewed January 25, 2018).

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

[customers'] purchase decisions, as well as how influential they were."[215] Every month, Apple surveys iPhone buyers with the goal of obtaining information about "what is driving [its] customers to buy Apple's iPhone products versus other products such as the Android products that Samsung sells [and] what features they most use."[216]

97. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

### E.   Reibstein Smartphone Survey

#### 1.   Overview

98.   The contemporaneous surveys that I have reviewed provide useful information regarding the relative conceptual distinctiveness of the infringed designs. ████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

---

[215] https://techcrunch.com/2014/01/21/apple-sends-out-iphone-survey-seeks-feedback-on-android-touch-id-and-more/ (viewed January 25, 2018).

[216] https://www.networkworld.com/article/2222892/wireless/how-apple-conducts-market-research-and-keeps-ios-source-code-locked-down.html (viewed January 25, 2018).

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████.

99.     In part to address these limitations and more directly to evaluate consumer perceptions regarding the features claimed in the Patents-in-Suit, I conducted an online customer survey that builds on and modifies the structure of the ██████████████. Specifically, I designed and executed a web-based survey that elicits responses directly as a way to evaluate the designs that I understand are claimed in the Patents-in-Suit. When done carefully, direct elicitation surveys can be used to investigate topics such as measuring customer satisfaction, emotions, attitudes, willingness to recommend, product/brand awareness, and purchase intent,[217] and estimating product willingness to pay.[218]

100.     My survey reflects the responses of consumers who indicated that they currently own Samsung or Android smartphones and who owned a smartphone in 2011. While the smartphone marketplace has evolved since 2012, consumer attitudes appear to have remained relatively stable for the specific feature categories of interest that I have evaluated, as discussed below. As such, my survey provides useful guidance regarding the perceptions of consumers as of the 2010 to 2012 time period about the relative importance of features related to the patented designs at issue.

_____

[217] *See, e.g.*, Bendle, Neil T., Paul W. Farris, Phillip E. Pfeifer and David J. Reibstein, "Marketing Metrics: The Manager's Guide to Measuring Marketing Performance," 3rd ed, Pearson, Upper Saddle River, NJ, September 2015, at 43-46, 48-51.
[218] *See, e.g.*, Breidert, Christoph, Michael Hahsler and Thomas Reutterer, "A Review of Methods for Measuring Willingness to Pay," *Innovative Marketing* 2 (4) 2006, at 8-32.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### 2.   Methodology

#### a.   Overview

101.   My survey consisted of the following parts:

- An initial welcome screen.

- A series of screening questions that sought information regarding the respondents' demographic information and smartphone ownership. Specifically, the demographic screening questions asked about respondents' age, gender, state of residence, and employment, while the smartphone ownership screening questions sought information regarding respondents' current and past smartphone ownership.

- A series of questions designed to gather information on respondents' consideration of various smartphone attributes in their smartphone purchase decision. The questions in this section begin with broad categories of smartphone attributes (such as "Phone features") followed by questions on more specific features and attributes within several of these broad categories.

- A second set of questions regarding respondents' demographic information and smartphone ownership. The information gathered from this set of questions was used for data analysis purposes and not for screening purposes.

102.   The questions designed to gather information regarding respondents' consideration of various smartphone attributes in their smartphone purchase decision took three forms. First, I asked respondents the open-ended question: "What factors did you consider when you chose to purchase your current smartphone?" Next, across several questions, I presented respondents with a list of smartphone features and attributes and asked respondents to identify which, if any, of those features and attributes they considered when they chose which smartphone to purchase. Finally, I asked respondents to indicate how important each feature or attribute they selected was to their purchase decision by distributing 100 points among their selected features and attributes

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

from each list of options.[219] The allocation of 100 points was done not just to capture which features matter to respondents when selecting their smartphones, but also to allow for the assessment of the relative importance of those features.

b.       **Features and Attributes Surveyed**

103.    The features and attributes examined in my survey are categorized at three levels. At the first level are a set of seven general smartphone features and attributes, including "Style/design," "Phone operation," "Price/cost," "Phone features," "Carrier," "Manufacturer brand," and "Availability of Apps," along with an open-ended text box in which respondents could fill in additional features and attributes as "Other." At the second level are three sets of more narrowly focused features and attributes that represent aspects within the "Style/design," "Phone operation," and "Phone features" categories. ███████████████████████████████

███     For instance, within "Style/design" I included eight features—"Keyboard style/touchscreen capabilities," "QWERTY style/design/layout," "Size and quality of display screen," "Liked size of phone," "Phone shape/type," "Color," "Durability of phone," and "Lightweight"—as well as another open-ended text box in which respondents could fill in additional features and attributes as "Other." At the third level are sets of features and attributes that represent further refinements of three second level features: "Color," "Phone shape/type," and "Easy to understand/navigate menu system."

104.    At each of the first two levels, the features and attributes tested were based primarily on features and attributes tested in ██████████████████████████, supplemented by additional features ██████████████████████████. The features

---

[219] Respondents who indicated that they considered only one option from a given list were not asked to distribute points for that list.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

tested at the third level were developed independently to address the potential importance of various features and attributes that I understand may be relevant to the design patents at issue. Wherever possible, I attempted to maintain consistency between the answer options presented to respondents here and those ███████████████████████████████████████

███████████████████████

### c.    Scientific Guidelines

105.    My survey design adopted scientific guidelines for surveys conducted for academic, commercial, and litigation purposes.[220] In particular, the survey incorporates a double-blind design, introductory/screener questions, respondent filters, and randomized presentation of specific questions and answers.

106.    **Double-blind design.** To ensure objectivity, it is standard survey practice to conduct double-blind research so that both the interviewers and the respondents are unaware of the purpose of the survey.[221] The design and administration of my survey can be characterized as blind to the respondent. Because the survey was administered via the Internet, the possibility of an interviewer communicating the purpose of the survey and influencing the outcome was eliminated. Internet-based surveys also diminish "interviewer bias" which may arise from the desire of the respondents to please or impress the interviewer.

107.    **Introductory/screener questions.** Introductory (or "screener") questions help to

---

[220]  *See, e.g.,* Diamond, S., "Reference Guide on Survey Research," Washington, DC: The National Academies Press, 2011, at 359-423 for a discussion of recommended methodology.

[221]  According to the *Reference Guide on Survey Research*, "the survey instrument should provide no explicit or implicit clues about the sponsorship of the survey or the expected responses. Explicit clues could include a sponsor's letterhead appearing on the survey; implicit clues could include reversing the usual order of the *yes* and *no* response boxes on the interviewer's form next to a crucial question, thereby potentially increasing the likelihood that *no* will be checked." S. Diamond, *Reference Guide on Survey Research* (Washington, DC: The National Academies Press, 2011), at 411.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

identify members of the target population and determine whether respondents qualify for inclusion. According to the *Reference Guide on Survey Research*, "[i]n a carefully executed survey, each potential respondent is questioned or measured on the attributes that determine his or her eligibility to participate in the survey. Thus, the initial questions screen potential respondents to determine if they are members of the target population of the survey…" and "[t]he screening questions must be drafted so that they do not appeal to or deter specific groups within the target population, or convey information that will influence the respondent's answers on the main survey."[222]

108.    To qualify for inclusion in this survey, respondents had to satisfy three primary criteria: (1) currently own a smartphone that uses the Android operating system, (2) have owned a smartphone in 2011, and (3) be at least 25 years of age (that is, respondents must have been at least 18 years of age in 2011).[223] To minimize potential demand artifacts, questions about current and former smartphone brands included options such as Apple, Blackberry/RIM, HTC, LG, and Motorola, in addition to Samsung, while questions about current smartphone operating system included options such as iOS, Blackberry OS, and Windows OS, in addition to Android. Finally, I did not ask respondents to identify the specific model of Samsung smartphone they owned in 2011 until the end of the survey. If a respondent provided a disqualifying response for any of these questions (*e.g.,* indicated not currently owning an Android smartphone or not owning smartphone in 2011[224]), the survey was terminated.

---

[222]  Diamond, S., "Reference Guide on Survey Research," Washington, DC: The National Academies Press, 2011, at 386-387.

[223]  Respondents were eliminated if they indicated that they are age 24 or under, do not currently own a smartphone that runs the Android operating system, and/or did not own a smartphone in 2011. In addition, respondents who indicated that they or a family member work for an advertising or marketing research firm or a phone manufacturer or carrier or whose gender response did not match the value the panel company had on file were eliminated.

[224]  For a list of smartphones found to be infringing, *see* Exhibit 3.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

109.    **Filters.** Filters are questions and/or answer options that screen out respondents who are not relevant. Two types of filter questions are full-filter questions and quasi-filter questions. Full-filter questions are questions that lay the groundwork for the substantive questions and thereby allow the elimination of respondents who do not have relevant opinions on the issue. In my survey, I employed a full-filter question by asking respondents to identify the operating system used on their current smartphone. Respondents who selected anything other than "Android OS" were eliminated.

110.    **Randomized presentation of questions and response choices.** In closed-ended questions, the order in which questions are asked and response alternatives are provided can influence survey responses. In closed-ended questions with several answer options, respondents might be more likely to choose the first or last option simply because of its order on the list. As set forth in the *Reference Guide on Survey Research*, "[t]o control for order effects, the order of the questions and the order of the response choices in a survey should be rotated."[225]

111.    To minimize such "order effects," I rotated the order of answer options for most of the screener questions as well as each of the survey questions to avoid potential bias.[226] Several questions asked respondents to select the attributes that they considered during their purchase decision from a list of options, then to distribute 100 points among the attributes they selected. For these questions, the answer options were randomized on the initial selection screen, with the order maintained for the subsequent point allocation screen.

---

[225]   Diamond, S., "Reference Guide on Survey Research," Washington, DC: The National Academies Press, 2011, at 396. There are standard exceptions to these rules: certain options, such as "other," "none of the above," and "don't know/don't remember," always come last for logical flow.

[226]   Answer options for screener questions regarding age and state of residence were not rotated. In addition, when included, options such as "None of the above," "Don't know / don't remember," and "Other (please specify)" always appeared last.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

### d.    Constant Sum Scale Framework

112.    I employed a constant sum scale ("CSS") to elicit relative preferences for various smartphone attributes. A CSS is a survey device that presents respondents with a set of attributes and asks respondents to rank those attributes in order of importance. The ranking mechanism takes the form of applying scores or numbers to each attribute, such that the sum of the numbers equals 100—the higher the score, the more important that attribute is to the respondent, relative to the other presented attributes.

113.    CSS is a widely used methodology to calculate consumer preferences in marketing research. It has been employed in marketing research due to its simplicity and ease of instructions.[227] ███████████████████████████████████████████████████

███████ .[228]

114.    Several peer reviewed studies have utilized CSS frameworks to better understand consumers' preferences. For example, Silk and Urban (1978) used a form of the CSS method to better understand and develop a model for new packaged goods.[229] They collected data on brand and attribute rankings for various consumers and used this data to predict the sales potentials for new packaged goods. Another example of a study using CSS to measure attribute rankings and weights is Varki and Wong (2003), which looked at phone service providers.[230] They found that

---

[227]  *See, e.g.*, Green, P., Tull, D., and Albaum, G., "Research for Marketing Decisions," Prentice Hall, 1988, pp. 291; Lehman, D.R., Gupta, S., and Steckel, J.D., "Marketing Research," Addison Wesley, 1998, pp. 247-248; Iacobucci, D., and Churchill, G.A., "Marketing Research: Methodological Foundations," South-Western, Cengage Learning, 2010, pp. 246-247.

[228]  ████████████

[229]  Silk, Alvin J., and Glen L. Urban, "Pre-Test-Market Evaluation of New Packaged Goods: A Model and Measurement Methodology," *Journal of Marketing Research* 15 (2), 1978, pp. 171-191.

[230]  Varki, Sajeev and Shirley Wong, "Consumer Involvement in Relationship Marketing of Services," *Journal of Service Research* 6 (1) 2003. Further establishing the long and well-recognized validity of this approach, Schendel, Wilkie and McCann (1971) likewise used several different methods to elicit rank order preferences.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

simple yes/no, rank order, Likert scale ratings, and CSS all were highly correlated and yielded similar inferences on consumers' preferences.

115.   Likewise, Heeler, Okechuku, and Reid (1979) compared a CSS method and choice based method in predicting consumer preferences for electric blenders.[231] In that study, the authors asked respondents to allocate 100 points to 10 blender attributes according to the importance of blender attributes, and concluded that the CSS method was the most reliable. Schoemaker and Waid (1982) used a CSS point allocation method to determine which attributes were most important in seeking admission to college.[232] In comparison to other methods of determining attribute weights, CSS proved to be the best method to predict actual college admissions.

116.   CSS scales have also been extensively used to predict which brands consumers will purchase. In such studies, various brands are presented to consumers who are then asked to rank those brands in order of preference/importance by giving each a number, such that the total of the assigned numbers sums to 100.[233] The CSS method has been shown to be a good predictor of actual choice.[234]

---

Schendel, D., Wilkie, W., and McCann, J.M, "An Experimental Investigation of 'Attribute Importance'," in SV - Proceedings of the Second Annual Conference of the Association for Consumer Research, eds. David M. Gardner, College Park, MD: Association for Consumer Research, 1971.

[231]   Heeler, Roger M., *et al*. "Attribute Importance: Contrasting Measurements," *Journal of Marketing Research* 16, (1) 1979, pp. 60-63.

[232]   Schoemaker, Paul and Waid, C., "An Experimental Comparison of Different Approaches to Determining Weights in Additive Utility Models," *Management Science* 28 (2) 1982, pp. 182-196.

[233]   *See, e.g.*, Jacoby, Jacob, and David B. Kyner, "Brand Loyalty vs. Repeat Purchasing Behavior." *Journal of Marketing Research* 10 (1) 1973, pp. 1-9; Aaker, David A., *et al*. "On Using Response Latency to Measure Preference." *Journal of Marketing Research*, 17 (2) 1980, pp. 237-244; Myers, Chris, "Managing brand equity: a look at the impact of attributes," *Journal of Product & Brand Management* 12 (1) 2003, pp. 39-56; Srinivasan, V., Park, C.S., Chang D.R., "An Approach to the Measurement, Analysis, and Prediction of Brand Equity and Its Sources," *Management Science* 51 (9) 2005.

[234]   *See, e.g.*, Pessemier, E., Burger, P., Teach, R., and Tigert, D., "Using Laboratory Brand Preference Scales to Predict Consumer Brand Purchases," *Management Science* 17 (6) 1971, B371-B385.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### 3.    Pretest

117.    Prior to administering my survey, I performed a pretest of the survey. Survey research textbooks and reference guides recommend pretests as a way to determine whether survey questions are clear and unambiguous.[235] Pretests can improve the quality of a survey by increasing clarity and correcting misunderstandings.[236]

118.    My pretest was implemented as follows:

- I worked with Survey Sampling International ("SSI"), a well-known and well-respected market research firm with more than 3,000 clients including university, political, consumer, and business-to-business researchers, to recruit respondents for the pretest from a panel of participants that expressed a willingness to participate in market research.[237]  The pretest was administered by a moderator from Consumer Link Moderating & Research Consulting, Inc. ("CLMRC"). The moderator was "blind" in that he was not aware of the underlying purpose of the survey.

---

[235]  Payne, S., "The Art of Asking Questions," Princeton: Princeton University Press, 1951, at 13-14; Schaeffer, N., and S. Presser, "The Science of Asking Questions," *Annual Review in Sociology* 29 2003, at 81-82; Converse, J., and S. Presser, "Survey Questions: Handcrafting the Standardized Questionnaire," Beverly Hills, CA: Sage Publications, 1986, at 55; D. Dillman, "Mail and Telephone Surveys: The Total Design Method," United States: John Wiley & Sons, Inc., 1978, at 156; and Sudman, S., and N. Bradburn, "Asking Questions: A Practical Guide to Questionnaire Design" San Francisco: Jossey-Bass Publishers, 1982, at 122-123, 140.

[236]  According to the *Reference Guide on Survey Research*, in a pretest, the proposed survey should be administered to a small sample, usually between twenty-five to seventy-five respondents. During the pretest, the interviewers should observe the respondents for any confusion or difficulties respondents may have with the questions and probe for the source of any such confusion or difficulties. Questions subject to any such confusion or difficulties can be rephrased before the full-scale survey is launched. Diamond, S., "Reference Guide on Survey Research," Washington, DC: The National Academies Press, 2011, at 388-89.

[237]  SSI recruited respondents to participate in the survey through standard channels. At my direction, SSI targeted a national audience of people aged 25 and older, balancing the inbound sample according to the U.S. census. SSI has over 17 million panel participants and takes care "to ensure [their participants] are properly incentivized, engaged in honest practices, and [are] providing high quality data." https://www.surveysampling.com/knowledge-center/panels-respondent-experience/ (viewed January 25, 2018).

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- The pretest consisted of 26 telephone interviews, 12 of which were conducted on Friday, January 12, 2018; four of which were conducted on Saturday, January 13, 2018; and ten of which were conducted on Sunday, January 14, 2018.[238]

- The pretest respondents were screened to include only owners of Android smartphones.

- The CLMRC moderator administered the pretest based on a questionnaire that I developed.[239] The pretest questionnaire employed open-ended and closed-ended questions that were clear, easy to understand, and neutral. These questions were asked over the phone while respondents were taking the online survey.

- Prior to the interviews, the moderator received training and instruction regarding how to administer the questionnaire. I asked that each of the pretest interviews be audio recorded for my subsequent review.[240] I also asked that a written transcript of each interview be prepared for my later review. These materials allowed me to thoroughly assess the perceptions of the pretest participants.

- I personally listened in on several of the pretest surveys to make sure the interviews were being conducted as intended.

- The final survey reflects changes that were made over the course of and subsequent to the pretest interviews.[241] These changes were made to improve the clarity of the survey among respondents and to ensure the validity of the results.

119.    Based on the pretest results and my own experience in administering surveys over the course of my career, I am confident in the design of my survey. The pretest revealed that the survey questions were clear and understandable, that the survey was easy to take, that the survey was not leading, and that the respondents were not aware of the underlying purpose of the survey.

---

[238]  The recording for one pretest, number 11 conducted on Friday, January 12, 2018, had technical issues at the beginning that caused the recording to miss the first few questions. Complete recordings were captured for the remaining 25 pretests.

[239]  *See* Appendix B for the pretest questionnaire.

[240]  It is standard practice in the industry to record in-person interviews.

[241]  The changes include changing the options on Questions 24 and 25 [from "look and feel" to "look, feel, and shape"], and making other minor wording modifications to various questions.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

120.    In addition, I performed a second pretest of the survey aimed at a different respondent population, namely, current Apple smartphone users.[242] Aside from changes to the screening criteria (*i.e.*, to require current ownership of an Apple smartphone rather than an Android smartphone) and to the termination rules in the survey instrument (*i.e.*, to reflect the changes in the screening criteria),[243] this pretest was implemented in the same manner as the Android pretest described above. This pretest was administered to 18 respondents on Tuesday, January 16, 2018 and to 7 respondents on Wednesday, January 17, 2018, for a total of 25 completed pretests.

121.    Based on the results of this Apple pretest, two conclusions were apparent. First, respondents who were presented with questions regarding the "app menu screen," which I understand is relevant to the D'305 patent, exhibited significant confusion about the term and feature at issue. I understand that one factor driving this confusion may be that iPhones do not have (and never had) an "app menu screen" as distinct from a home menu screen, as Android phones (including the Samsung phones at issue) do. Second, the number of respondents who received certain questions of interest was low, as a result of respondent choices made on questions earlier in the survey. As a result, the number of respondents required to achieve desired data collection milestones appeared likely to be much higher than in the Android survey. In light of this confusion, I terminated conducting further pretest surveys for Apple smartphone users and excluded current Apple smartphone users from the final survey implementation. In addition, the central focus of this report is on Samsung Android users.

---

[242]  Respondents for this survey were also required to be at least 25 years old and to have owned a smartphone in 2011, similar to the Android survey described above.

[243]  Specifically, respondents were eliminated if their current smartphone was any brand other than Apple and if they indicated that their current smartphone operating system was anything other than iOS. No other changes to the survey instrument were implemented.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### 4.    Implementation

122.    The survey was implemented as follows:

- Potential respondents for the survey were identified through SSI, as described above.

- Respondents were invited to take the survey from SSI's online sample. SSI's online sample is comprised of multiple proprietary panels. Panel members are invited using a number of approaches and then go through rigorous quality controls before being included in any sample.[244] The invitation list was designed to elicit a representative sample of the U.S. population, ages 25 years and older.[245]

- The survey was conducted from January 15, 2018 to January 22, 2018. In total, 4,857 respondents began the survey. Of those, 1,006 progressed beyond the screening questions and completed the survey.[246]

- SSI removed a total of 66 additional respondents who completed the survey with what they determined to be excessive speed or for including nonsensical answers in one or more open-ended text boxes.

- Respondents who completed the survey were compensated in points redeemable for cash and other rewards. The amount varied by respondent depending on demographic factors as well as which SSI panel they come from, but was generally equivalent to $0.50 to $2.00.

### 5.    Results and Implications

123.    The 1,006 respondents who completed the surveys includes 620 respondents who currently own a Samsung smartphone and 386 who currently own a non-Samsung Android smartphone.[247] The responses for Samsung owners for the questions relevant to the design patents

---

[244] https://www.surveysampling.com/knowledge-center/panels-respondent-experience/ (viewed January 24, 2018). SSI has over 17 million panel participants; SSI takes care "to ensure [their participants] are properly incentivized, engaged in honest practices, and [are] providing high quality data."

[245] Respondents were limited to ages 25 and older in order to eliminate, to the extent possible, consumers who were under the age of 18 in 2011.

[246] Exhibit 4.

[247] Exhibit 4.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

at issue are largely consistent, both in magnitude and direction, with the overall survey responses.

124.    Among the 620 Samsung respondents, the most common factors considered by respondents when making their smartphone purchasing decisions were "Phone features" (selected by 443 respondents, or 71.5 percent) and "Price/cost" (selected by 441 respondents, or 71.1 percent).[248] In addition, 347 respondents (56.0 percent) considered "Phone operation" and 334 respondents (53.9 percent) considered "Style/design" when making their most recent smartphone purchase decision.[249] That is, 56.0 percent and 53.9 percent of respondents selected "Phone operation" and "Style/design," respectively, as a response to Question 14: "Which, if any, of the following did you consider when you chose to purchase your current smartphone?"[250]

125.    The next series of questions examined more specifically the distinctiveness of various aspects of "Style/design" and "Phone operation" to consumers. Respondents who answered that that they considered "Style/design" and/or "Phone operation" as part of their purchase decision in Question 14 ("Which, if any, of the following did you consider when you chose to purchase your current smartphone?") were shown additional questions asking them which specific aspects of those two features they considered. Question 16 and Question 18 were the first such questions, which asked "We would like to better understand what specifically about a phone's [style/design or operation] you considered when you chose which smartphone to purchase. Please select the factors below that you considered when you chose which smartphone to purchase."

126.    In Question 16, respondents who considered "Style/design" were presented with

---

[248]   Exhibit 5.
[249]   Exhibit 5.
[250]   Respondents were allowed to select multiple responses to Question 14.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

nine factors related to "Style/design" and were asked to select all of the factors from this list that they considered as part of their purchase decision.[251] The majority of Samsung respondents who were asked this question indicated that "Size and quality of display screen" (275 respondents, or 82.3 percent) and "Durability of phone" (234 respondents, or 70.1 percent) were factors that they considered.[252] Further, 153 respondents (45.8 percent) indicated that they considered the "Phone shape/type" and 100 respondents (29.9 percent) indicated that they considered "Color" as part of their purchase decision.[253]

127.    Similarly, respondents who considered "Phone operation" were asked Question 18, which presented five factors related to "Phone operation" and asked the respondent to select all of the factors from this list that they considered as part of their purchase decision.[254] The majority of respondents who were asked this question indicated that "Easy to understand/navigate menu system" (291 respondents, or 83.9 percent), "Clarity/reception of phone" (262 respondents, or 75.5 percent), and "Ease of using Internet features" (241 respondents, or 69.5 percent) were factors related to "Phone operation" that they considered as part of their purchase decision.[255]

128.    Respondents who selected one or more of "Phone shape/type" in Question 16, "Color" in Question 16, or "Easy to understand/navigate menu system" in Question 18 were presented with a second set of follow-up questions that examined more specifically the aspects of these three factors that they considered as part of their purchase decision. These follow-up questions used a similar structure, as exemplified by Question 24: "We would like to better

---

[251] One of the available options was "Other," which included an open-ended text box. Respondents were allowed to select multiple responses.
[252] Exhibit 6.
[253] Exhibit 6.
[254] One of the available options was "Other," which included an open-ended text box. Respondents were allowed to select multiple responses.
[255] Exhibit 8.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

understand what aspects of a phone's shape/type you considered when you chose which smartphone to purchase. Please select the factors below that you considered when you chose which smartphone to purchase."

129.    Question 22 asked respondents to indicate the aspects of "Color" they considered. Of those respondents who were asked this question, 71 (71.0 percent) responded that they considered the availability of black smartphones when making their purchase decision.[256] Question 24 asked respondents to indicate the aspects of "Phone shape/type" they considered. Of those respondents who were asked this question, 109 (71.2 percent) responded that they considered the look, feel, and shape of the front of the phone when making their purchase decision, while 91 respondents (59.5 percent) indicated that they considered the look, feel, and shape of the sides/edges when making their purchase decision.[257] Question 26 asked respondents to indicate the aspects of "Easy to understand/navigate menu system" they considered. Of those respondents who were asked this question, 185 (63.6 percent) indicated that they considered the home screens when making their purchase decision, while 165 respondents (56.7 percent) indicated that they considered the app menu screens when making their purchase decision.[258]

130.    The 1,006 respondents who completed the survey included 386 respondents who currently own an Android smartphone sold by a company other than Samsung.[259] The results for these non-Samsung respondents were similar to those for the Samsung respondents. As such, when the analysis is expanded to include all Android respondents, rather than just Samsung respondents, the responses for the questions relevant to the design patents at issue are largely consistent, in both

---

[256]   Exhibit 7.
[257]   Exhibit 7.
[258]   Exhibit 9.
[259]   Exhibit 4.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

magnitude and direction, with the Samsung results described here.

131.    Overall, when looking at both Samsung respondents and all Android respondents, the survey responses show that consumers can conceptually distinguish among numerous different and distinct smartphone attributes and features.

**F.    The conclusions in the Ball, Kare, and Davis reports regarding the conceptual distinctiveness of the patented designs are flawed.**

132.    I have reviewed the reports of Alan Ball and Susan Kare, Apple's design experts, and portions of the report of Julie Davis, Apple's damages expert. For the reasons discussed above, and below, I disagree with their conclusions that the patented designs are not conceptually distinct from the overall phones.[260]

**1.    Apple's experts rely on information that is not informative regarding consumer perceptions of the conceptual distinctiveness of the patented designs in Samsung's phones.**

133.    Mr. Ball and Dr. Kare's analyses focus heavily on information related to the iPhone. This information has less to do with the conceptual distinctiveness of the patented designs from Samsung's infringing phones as a whole than does information relating to those Samsung phones, which I focused on in my analysis above.

134.    Mr. Ball and Dr. Kare focus on mobile phone design before the iPhone launched, and describe reactions to the introduction of the iPhone in 2007, but fail to explain how these reactions relate to the perception of Samsung consumers that bought the infringing phones.[261] As a further example of Mr. Ball's reliance on information that does not bear on the perception of

---

[260]  To the extent Ms. Davis relies on the opinions of Mr. Ball and Dr. Kare, and incorporates them by reference in her own opinion concerning prominence, I disagree with her analysis for the same reasons set forth herein.

[261]  Ball Report, at 9-16, 25-27; Kare Report, at 34.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Samsung consumers, he opines that the "beauty" of the iPhone has pushed it into the "the realm of art."[262] Mr. Ball failed to establish any connection between the display of iPhones in public art exhibits and consumer perception of the conceptual distinctiveness of the patented designs separate from the Samsung phones as a whole. Mr. Ball provided no evidence that Samsung consumers who bought the infringing phones were influenced by or even saw the exhibits where the iPhone was displayed.[263]

135.    Mr. Ball also relied on the opinions of Apple employees about their reactions to Samsung's phones.[264] Mr. Ball does not explain how the opinions of Apple employees bear on whether Samsung smartphone purchasers considered the patented designs to be distinct from other features and from the phone as a whole. In my opinion, the views of the Apple employees do not illuminate the issue of the consumer perspective of the conceptual distinctiveness of the patented designs in Samsung's products. This is particularly true regarding the D'305 patent, because the Android concept of an app menu screen being distinct from the home screen of the phone appears to cause misunderstanding among iPhone users. For example, Richard Howarth, a designer of the iPhone, expressed confusion about the idea that the home and app menu screens were separate in Samsung's phones.[265]

136.    Similarly, Dr. Kare relies on the opinions of Apple employees, such as Richard Howarth's testimony that the D'305 design "is specific[] to [the] design [of] the iPhone."[266] This ignores that Apple did not use the D'305 design only in phones; it also used it in iPod Touch music

---

[262]   Ball Report, at 15.
[263]   Ball Report, at 15-16.
[264]   Ball Report, at 29.
[265]   Deposition of Richard Paul Howarth, December 19, 2107 ("Howarth Deposition"), at 26-27.
[266]   Kare Report, at 40-41.

players.[267] The fact that Apple used the D'305 design in products besides the iPhone—products that are not smartphones—further suggests that the D'305 design must be distinct from the iPhone as a whole.

137.    Apple's experts also based their conclusions in part on the jury verdict form from the 2012 trial.[268] For instance, in support of their conclusions that the article of manufacture is the entire smartphone, Apple's experts wrote that the jury verdict form "identifies the infringing Samsung 'products,' not merely components of those products, where it asks about infringement."[269] This, however, does not illuminate the question of whether *consumers* of Samsung's phones viewed the patented designs at issue as conceptually distinct from the Samsung phones as a whole. First, the 2012 jury verdict was completed before the Supreme Court established that "articles of manufacture" can be less than a whole product, and before the district court articulated the four-factor article of manufacture test.[270] Second, my understanding is that the jurors were not asked to make any findings that bear on conceptual distinctiveness.[271] Accordingly, the 2012 verdict does not support Dr. Kare's and Mr. Ball's conclusions.

---

[267]  Apple Inc.'s Corrected Amended Objections and Responses to Samsung Electronics Co. Ltd.'s Interrogatory Nos. 4, 6, 7, 16, 17, 18 to Apple Inc., at 2.
[268]  Ball Report, at 31-33; Kare Report, at 19-20.
[269]  Ball Report, at 31. *See also*, Kare Report, at 19.
[270]  "[T]he instructions that were read to the jury did not indicate that the article of manufacture could be less than the entirety of each infringing Samsung phone, and implied that the article of manufacture was the entirety of each infringing Samsung phone … [J]urors would have no way of knowing that the article of manufacture could be something less than the product that is sold to consumers, and the instructions themselves strongly imply that profits should be awarded on the entirety of Samsung's infringing phones." Order Re: Waiver Of Article of Manufacture Issue and New Trial On Design Patent Damages [Dkt. 3509], at 20-21.
[271]  "[T]he instructions that were read to the jury did not indicate that the article of manufacture could be less than the entirety of each infringing Samsung phone, and implied that the article of manufacture was the entirety of each infringing Samsung phone. … [J]urors would have no way of knowing that the article of manufacture could be something less than the product that is sold to consumers, and the instructions themselves strongly imply that profits should be awarded on the entirety of Samsung's infringing phones." Order Re: Waiver Of Article of Manufacture Issue and New Trial On Design Patent Damages [Dkt. 3509], at 20-21.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

138.    Mr. Ball, Dr. Kare, and Ms. Davis opine that Samsung's "copying" supports their conclusions.[272] However, they do not identify any evidence that shows consumers were aware of the documents they rely upon to suggest that Samsung copied Apple's designs, whether or not Samsung in fact "copied" any of the three design patents at issue. They also fail to explain how any alleged "copying" bears on consumers' perception of conceptual distinctiveness of the patented designs in Samsung's phones.[273]

### 2.    Mr. Ball and Dr. Kare rely on unsupported assertions about the "ordinary observer."

139.    Mr. Ball and Dr. Kare both refer to an "ordinary observer" of the patented designs. For example, Mr. Ball states that he has "considered how an ordinary observer would see the phone and use the phone."[274] Dr. Kare similarly refers to the "ordinary observer."[275] In their reports, neither Mr. Ball nor Dr. Kare define who the "ordinary observer" is or provide any evidence showing a connection between this "ordinary observer" and perceptions of actual consumers of Samsung's infringing phones and the resulting impact on sales. They do not cite any research they have done concerning Samsung consumers or investigations they performed addressing how a Samsung purchaser would have "encountered" the phones at issue or evaluated them.

140.    Dr. Kare's references to the "ordinary observer" do not account for actual Samsung

---

[272]  Ball Report, at 58; Kare Report, at 43; Davis Report, at 55.

[273]  I also understand that the District Court rejected "Apple's explanation as to why an infringer's reasons for copying the design is relevant to this factual inquiry" of determining the article of manufacture. *See, e.g.*, *Apple Inc. v. Samsung Electronics Co., Ltd.*, No. 11-cv-01846-LHK, Order requiring new trial on design patent damages, at 17 (N.D. Cal. October 22, 2017).

[274]  Ball Report, at 39.

[275]  *E.g.,* Kare Report, at 36, 42. In asserting that "an ordinary observer" would recognize the D'305 as "a holistic design for a device interface," Dr. Kare conflated the app menu screen that Apple accused of infringing the D'305 patent with the entirety of the graphic user interface. As even Apple's Vice President of Product Marketing, Greg Joswiak recognized, the D'305 patent is not for a whole GUI, but just one screen. Joswiak Deposition, at 24-25.

users because she misstates the actual use case for the app menu screen in Samsung phones. For example, she opines that the applications screens for Samsung phones are "the jumping [off] point for accessing all applications."[276] As described above, this is not true. Rather, on the Samsung infringing phones, it is the home screen that users see upon unlocking the phone.[277] It is from the home screen that Samsung users can most quickly access their most frequently used applications, including phone dialers, email, and general text messaging.[278] In contrast, navigating to the app menu screen takes an additional click.

141.    Dr. Kare also opines that the "D'305 design is always associated with a phone (whether Apple's iPhone or Samsung's infringing phones), never separately."[279] However, this ignores the fact that Samsung did in fact separate the infringing app menu screens from the Samsung infringing phones by updating the software of the phones so that the app menu screens no longer infringed.[280] Dr. Kare's opinion about the "ordinary observer" conflicts with the market realities of Samsung's phones, including the amount of time users actually spend looking at app navigation screens, as discussed below.

3.    **Apple's experts' conclusions that the patented designs are not distinct from Samsung's phones as a whole because Samsung sells phones and not components and because Samsung competes in the smartphone market are flawed.**

142.    Mr. Ball, Dr. Kare, and Ms. Davis opine that because Samsung sells phones as a

---

[276]  Kare Report, at 42. *See also*, Kare Report, at 19 (stating "the infringing applications screen is part of the typical use case of the phone" and "[i]t is revisited repeatedly during use").
[277]  *See above,* discussion of Samsung's "home screen," at Section II.C.
[278]  *See above,* discussion of Samsung's "home screen," at Section II.C.
[279]  Kare Report, at 42. *See also*, Kare Report, at 19 (stating "the infringing applications screen is part of the typical use case of the phone" and "[i]t is revisited repeatedly during use").
[280]  Samsung's Second Supplemental Objections and Responses to Plaintiff Apple Inc.'s First Set of Interrogatories Regarding Articles of Manufacture, at 45, 53.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

whole and the components are of little value except as part of a phone, the patented designs are not conceptually distinct from Samsung's infringing phones as a whole.[281] Mr. Ball's, Dr. Kare's, and Ms. Davis' approach underestimates the ability of consumers to distinguish between features or components of phones, even when they buy a single unitary product. As described extensively above, advertisements, third-party reviews, and consumer surveys make clear, consumers can recognize and distinguish between numerous features on a smartphone, and these features can be distinguished from the phone itself. Consumers think about, consider, and choose between phones based on the specific features contained in the bundle of features offered by different phone options. It is immaterial that the components or features of the phones have little use apart from being a part of the phone.

143.    Ms. Davis opines that the patented designs are not distinct in Samsung's infringing phones because Samsung is in the business of selling smartphones, competes in the smartphone market, and accounts for its profits based on the phone rather than on individual components.[282] This opinion is inconsistent with both marketplace realities and contemporary academic research. Although Samsung sells phones, these phones are viewed not as unitary products, but as bundles of features. In essence, Samsung is selling the features contained in the phones. This is why Samsung, as well as Apple, when marketing its phones to consumers, highlights individual features contained in the phone and distinguishes between features across phones.

G.    Summary

144.    My review of the evidence reveals that the designs corresponding to the D'677 patent, the D'087 patent, and the D'305 patent are conceptually distinct from other smartphone

---

[281]   Ball Report, at 58, 63-64; Davis Report, at 57, 59-61; Kare Report, at 45.
[282]   Davis Report, at 57, 59-61.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

features and from the smartphone as a whole. The marketing literature, manufacturer advertisements, third-party smartphone reviews, and consumer surveys show that smartphones were, and continue to be, regarded as a collection of individual features, and not simply as a phone as a whole. Likewise, smartphone providers, carriers, third-party retailers, and consumers recognize, consider, and distinguish between and among various features within a smartphone and across smartphones. There are many features and attributes beyond the patented designs at issue that consumers consider when purchasing a smartphone and use to differentiate among competing smartphones.

## IV.    RELATIVE PROMINENCE OF INFRINGING DESIGNS[283]

### A.    The relative prominence of features may be analyzed by examining which features consumers consider to be important.

145.    Companies market and highlight those product attributes that they believe will resonate with customers. Marketing researchers generally agree that manufacturers advertise the features they think consumers find important in a product.[284] Accordingly, one way I have analyzed prominence is by examining the relative importance of smartphone features and attributes in advertising.[285]

146.    As summarized by Shimp,

> [e]ffective advertising takes the consumer's view. Advertising must be stated in a way that relates to the consumer's—rather than the

---

[283] My analysis of the conceptual distinctiveness of the patented designs also has some bearing on the question of prominence, and I incorporate it by reference herein.

[284] Keller, Kevin Lane, "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity," *Journal of Marketing* 57 (1) 1993, pp. 1-22, at 10. *See also*, Kotler, Philip, and Kevin L. Keller, "Marketing Management," *14/e*. Pearson, 2014, at 507.

[285] As discussed in footnote 2 above, following the marketing literature, I have evaluated prominence based on the importance of the feature or attribute to the consumer.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

marketer's—needs, wants, and values. In short, effective advertising connects with the target audience by reflecting keen insight into what consumers are looking for when making brand-selection decisions in specific product categories.[286]

147.    Once manufacturers determine which attributes matter to consumers,[287] they then "translate attributes into their corresponding benefits for consumers through advertising or other forms of communication."[288] Thus, when advertising focuses on, for example, network speed, it is because this feature is one which consumers care about or one which manufacturers want consumers to use to differentiate products. The particular features the company elects to promote in its advertising are indicative of what it believes consumers find important in their purchase decision.

**B.    Smartphone advertisements show that many features are as or more prominent than the designs at issue.**

148.    Advertising for smartphones contemporaneous with the sale of the infringing phones highlighted numerous features of the smartphones found to infringe the design Patents-in-Suit.[289] While the infringing designs were displayed in some of the advertising materials, when they were, they typically were not the only focus.

---

[286]  Shimp, Terrence, "Advertising, Promotion and Other Aspects of Integrated Marketing Communications," 8e. Cengage Learning, South-Western, 2010, at 208. According to Justin Denison, "In my experience, design is not typically one of the elements that we focus on when we do our [consumer] research." Deposition of Justin Denison, December 20, 2017 ("Denison Deposition"), at 156.

[287]  Kotler, Philip, and Kevin L. Keller, "Marketing Management," *14/e*, Pearson, 2014, at 97-121.

[288]  Keller, Kevin Lane, "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity," *Journal of Marketing* 57 (1) 1993, pp. 1-22, at 10.

[289]  In response to an ad for the Samsung Infuse 4G smartphone (SAMNDCA00311548), Justin Denison testified that "[W]hat I see is I see visual representation of some icons that indicate or imply feature and functionality that's embedded in the device. You see a Google search bar; a voice search button there next to the Google search bar. I see, faintly, a network indicator symbol; I see a battery; I see a clock; I see what appears to be what was then the Android play store, or I think back then it was called something different. Again, the camera; our messaging icon; contacts; phone; e-mail; browser; and a button that takes you to additional applications, which implies additional functionality. So those are the things I see in this advertisement." Denison Deposition, at 114-115.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

149.    Samsung's advertising for the phones at issue highlighted numerous distinct features. This is reflected, for example, in Samsung's "Next Big Thing" advertising campaign for the Galaxy S II. This campaign included a series of television ads which each highlighted a feature of the phone: the screen size,[290] 4G network,[291] the ability to type with your voice,[292] turn by turn navigation,[293] design,[294] and entertainment capabilities.[295] Having ads in which each one focuses on an individual feature demonstrates that each feature on its own is prominent enough that advertisers feel consumers should and do care about it. This campaign emphasized that Samsung's Galaxy S II is different, and better, than the iPhone. Even when the front face of the screen is shown side-by-side in users' hands with the iPhone, the message reflects that they are not the same, but are different.

150.    Samsung's print advertising reinforced the importance and prominence of individual features. In print advertising for the Galaxy S II, Samsung highlighted ten key features: 4G capability, screen size, front facing camera, rear facing camera, Android operating system, preloaded Samsung Media Hub apps, HTML browser compatibility, social networking integration, MP3 music capabilities, and expandable memory.[296] Additionally, Samsung detailed the technical specifications of the Galaxy S II for 18 different features of the phone.[297] This suggests that Samsung views all of these features as aspects of the phone that consumers should or could care

---

[290]  SAMNDCA00311585.
[291]  SAMNDCA00211549.
[292]  SAMNDCA00312557.
[293]  SAMNDCA00312559.
[294]  SAMNDCA00311579.
[295]  SAMNDCA00311347.
[296]  *See, e.g.,* SAMNDCA00312040; SAMNDCA00311546; SAMNDCA00311547; SAMNDCA00311967; SAMNDCA00312041.
[297]  SAMNDCA00312040.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

about, and each is prominent enough to discuss in advertising.

151.    The print and television advertising discussed above demonstrates that design is just one of the many features that Samsung highlighted in advertising for the phones at issue.[298] Notably, some advertisements do not show or emphasize the phone itself, but rather highlight other features of the phone.[299] Such advertisements reflect that various features of the phone, such as network or processor speed, are understood to be distinct from the form factor. Even for those ads where the design of the phone was explicitly called out, the design aspects discussed are not the shape of the phone or the bezel. For example, advertising for the Samsung Mesmerize highlighted the innovative design of the phone that reduced scratches and smudging, as well as the thin profile of the phone.[300] Thus, for Samsung advertising highlighting design, the patented designs were not prominently highlighted.

152.    With respect to D'305 patent, the infringing app menu screen is shown only in a small minority of advertisements.[301] In contrast, the home screen is shown in virtually all advertisements where the infringing phone is shown turned on.[302] The rarity of the app menu screen in advertising materials, especially relative to other phone screens, suggests that it is not a prominent part of the phone, and that Samsung did not believe that consumers viewed it as important as many of the other features.

---

[298]   *See also*, Deposition of Drew Blackard, December 13, 2017 ("Blackard Deposition"), at 97 ("I think [design is] one of the many things that consumers look at when they're buying a phone.")

[299]   *See, e.g.*, SAMNDCA00312051, which advertises the Samsung Galaxy S 4G but does not show the phone itself, but rather touts the speed of the phone by saying "Think Fast." *See also*, SAMNDCA00312041, which also does not show the phone but describes it as "Brighter. Faster. Thinner."

[300]   SAMNDCA00312099.

[301]   *See, e.g.*, SAMNDCA00312147.

[302]   *See, e.g.,* SAMNDCA00312042; SAMNDCA00311548; SAMNDCA00311551; SAMNDCA00311661-671, at 664, 666-669.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

153.    Similarly, advertising from carriers and third-party retailers such as Best Buy also highlighted a variety of features. Carriers such as AT&T, Sprint, Verizon, and T-Mobile show a variety of phone features in their marketing materials. Common features advertised by carriers include network speed,[303] entertainment capabilities,[304] display quality,[305] design,[306] Internet and gaming capabilities,[307] and availability of applications.[308] Best Buy advertising highlighted phone features such as price,[309] screen size,[310] processor speed,[311] operating system,[312] camera features and video capabilities,[313] network speed,[314] design,[315] and availability of apps.[316] Advertising showing the variety of features and capabilities of each phone again demonstrates there are many aspects of smartphones that advertisers believe consumers should, and do, care about when selecting which product to purchase.

154.    Even Apple's own advertising highlighted individual features of its phones. When launching the iPhone 4, Apple highlighted "FaceTime Video Calling, Retina Display, 5 Megapixel Camera [and] HD Video Recording" as main features for consumers to focus on, as well as an "all new design,"[317] even though I understand that Apple contends that the iPhone 4 embodied both

---

[303]  *See, e.g.,* SAMNDCA00311467; SAMNDCA00311478-509.
[304]  *See, e.g.,* SAMNDCA00311463; SAMNDCA00311477; SAMNDCA00311478-509.
[305]  *See, e.g.,* SAMNDCA00311468.
[306]  *See, e.g.,* SAMNDCA00311548.
[307]  *See, e.g.,* SAMNDCA00311661-671.
[308]  *See, e.g.,* SAMNDCA00311685-686.
[309]  *See, e.g.,* BBY_SAMSUNG_0004437; BBY_SAMSUNG_0004439.
[310]  *See, e.g.,* BBY_SAMSUNG_0004439; BBY_SAMSUNG_0003609.
[311]  *See, e.g.,* BBY_SAMSUNG_0004439; BBY_SAMSUNG_0003609.
[312]  *See, e.g.,* BBY_SAMSUNG_0004437; BBY_SAMSUNG_0004439; BBY_SAMSUNG_0003609.
[313]  *See, e.g.,* BBY_SAMSUNG_0004439; BBY_SAMSUNG_0003609.
[314]  *See, e.g.,* BBY_SAMSUNG_0004437; BBY_SAMSUNG_0004439.
[315]  *See, e.g.,* BBY_SAMSUNG_0004439.
[316]  *See, e.g.,* BBY_SAMSUNG_0004439.
[317]  *See, e.g.,* SAMNDCA30008220-223.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

the D'305 and the D'677 patents, as had the prior iPhones. In addition, the press release for the iPhone 4 touted the display, entertainment capabilities, the operating system, talk time, and over 100 new features such as multitasking and home and lock screen customization.[318] Apple's TV advertisements for the iPhone highlighted various features of the phone, such as the availability of apps,[319] Internet capabilities,[320] network speed,[321] email,[322] and video capabilities,[323] with the common focus being overall phone capabilities. In a Mac World presentation for the first anniversary of the iPhone, Steve Jobs remarked that a phenomenal 80 percent of iPhone users were using 10 or more features of the phone.[324] Apple's advertising that focuses on phone capabilities reflects that Apple believes consumers should, and do, primarily care about a phone's capabilities relative to other aspects of the product.

155.    One of Apple's ad campaigns for the iPhone featured consumers discussing their use of the iPhone in front of a black background.[325] The design of the iPhone is not the focal point of the advertisement. The amount of time these ads focus on the front face of the iPhone is minimal, and only one, very briefly, shows the home screen. Rather, in the advertisement, consumers discuss how they utilize different features of the phone that are important to them. None of the consumers in that advertisement mention design as an element of why their iPhone is important to them, but rather it is the functionality and what the smartphone can *do* that is why they value the product.

---

[318]   *See, e.g.,* SAMNDCA30008220-223, at 220-222.
[319]   APLNDC-X0000007613; APLNDC-X0000007594.
[320]   APLNDC-X0000007552.
[321]   APLNDC-X0000007564; APLNDC-X0000007558.
[322]   APLNDC-X0000007671.
[323]   APLNDC-X0000007671.
[324]   SAMNDCA30008224, at 1:20-1:35.
[325]   *See, e.g.,* APLNDC-X0000007543; APLNDC-X0000007544; APLNDC-X0000007545; APLNDC-X0000007546; APLNDC-X0000007547; APLNDC-X0000007548.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

156.    When presented with feature sets for various products, consumers often focus on unique features as opposed to common features when evaluating alternatives. Shi Zhang and Arthur Markman (2001) note that "the differences of a pair of options, not the commonalities, are the determinants of choices."[326] Research on consumer decision making suggests that when consumers make decisions among alternatives, "features shared by alternatives are canceled and greater weight is placed on the unique features in choosing among the alternatives provided."[327] Accordingly, advertisers often "identify[] an important difference that makes a brand unique and then develop[] an advertising claim that competitors either cannot make or have chosen not to make," a strategy called "unique selling proposition" widely used in the advertising industry.[328] Thus, advertisers' focus on the variety of features offered by various smartphone models provides consumers with differentiating data points on which to make their purchase decisions.

157.    Given the breadth of features highlighted in smartphone advertising materials from Samsung and Apple, as well as mobile phone carriers and retailers, advertisers plainly concluded that consumers care about a large number and wide variety of features when choosing which smartphone to purchase, and evaluate smartphones based on their unique features relative to those offered by alternatives. My review shows that many features are as prominent as, or more than, the designs at issue. Consumer websites and smartphone product reviews likewise show the kinds

---

[326]   Zhang, Shi, and Arthur B. Markman, "Processing Product Unique Features: Alignability and Involvement in Preference Construction," *Journal of Consumer Psychology* 11, (1) 2001, pp. 13-27, at 14.

[327]   Dhar, Ravi, and Steven J. Sherman, "The Effect of Common and Unique Features in Consumer Choice," *Journal of Consumer Research* 23 (3) 1996, pp. 193-203, at 193. *See also*, "aspects that are common to all the alternatives under consideration do not affect choice probabilities." (Tversky, Amos, "Elimination by Aspects: A Theory of Choice," *Psychological Review*, 79 1972, pp. 281-299, reprinted in Shafir, Eldar, "Preference, Belief, and Similaritiy: Selected Writings Amos Tversky," The MIT Press 2004, at 467.) Houston, David A. and Steven J. Sherman, "Cancellation and Focus: The Role of Shared and Unique Features in the Choice Process," *Journal of Experimental Social Psychology* 31(4) 1995, pp. 357-378.

[328]   Shimp, Terrence, "Advertising, Promotion & Other Aspects of Integrated Marketing Communications," *8e*. Cengage Learning, South-Western 2010, at 223.

of factors that consumers care about when differentiating between smartphones and making their purchase decisions.

### C.   Third-party reviews and product comparison websites identify many features as prominently as or more prominently than the designs at issue.

158.    As discussed above, third-party smartphone review and comparison websites include and discuss a wide range of product features and attributes in the reviews and product comparisons that they make available to consumers. At a threshold level, that such reviews and comparisons have discussed dozens of different (and distinct) features and attributes, categorized into numerous distinct feature categories, indicates that the relative prominence of any one of the individual features and attributes is unlikely to be very strong, or, at the very least, is limited by the numerous features that are highlighted.

159.    All else equal, the inclusion of a specific feature or attribute in a technical specifications list or product comparison does not provide dispositive proof that the feature or attribute is any more or any less prominent than others that are included in that same list or comparison. However, the *exclusion* of a feature or attribute from the list suggests that the feature is relatively less important and relatively less prominent, and is not one that is expected to have much, if any, impact on the consumer purchase decision.[329] Similarly, the mere mention of a specific feature or attribute in a product review is not, in and of itself, emblematic of a greater or lesser prominence relative to other features that are similarly mentioned.

---

[329]   This is consistent with the findings from consumer behavior research. According to Professors Green and Srinivasan, "respondents' decision processes can be summarized crudely as a two-stage process. In the first 'conjunctive' stage, the consumer eliminates options with one or more unacceptable attribute levels. In the second 'compensatory' stage, the options that remain are traded-off on the multiple attributes." Green, P., and Srinivasan, V., "Conjoint Analysis in Marketing: New Developments with Implications for Research and Practice," *Journal of Marketing* 54 (4) 1990, pp. 3-19, at 13.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

160.    Here, however, the product reviews and comparisons I discussed above provide some guidance as to the relative prominence and importance of the designs at issue. The CNET reviews discussed above typically include a brief summary of some of the most important takeaways from the review in sections entitled "The Good," "The Bad," "The Bottom Line," and "Conclusions."[330] Features that were found in many of these reviews include processor speed, the AMOLED display, camera, call quality, internal and expansion memory, and screen size.[331] However, of the reviews for the 15 phones included in Appendix C, *none* specifically mentioned the patented design elements at issue in the summary sections of the review.[332] This suggests that the designs at issue in this case are less important and less prominent than many other features.

161.    That said, some of these reviews did mention phone features and attributes in their summary sections that may encapsulate design, although, at a more general level than the design patents at issue. For instance, two reviews highlighted the "interface," but I understand that the app menu screen is only one of the many elements of the overall user interface.[333] Moreover, one of the two reviews that highlighted "interface" noted that the "user interface won't appeal to everyone, particularly seasoned Android users."[334] As well, reviews for four phones included reference to the smartphone's appearance and design (such as "angular design elements," "visual design," "sleek," and "total package of an attractive design") in these summary sections.[335] The

---

[330]   Appendix C.
[331]   Appendix C.
[332]   Appendix C.
[333]   Jee-Yeun Wang testified that the "[User experience] is not limited to one screen. There are thousands of frames of screens that composes the [user experience]." Wang Deposition, at 56.
[334]   Appendix C, at 65.
[335]   *See, e.g.,* Appendix C, at 134, 141. In addition, each review included pictures of the device being reviewed, which includes the exterior appearance of the device often from multiple angles.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

review of the Samsung Gem, for instance, stated that the "[i]nteresting, angular design elements give the Samsung Gem personality" and that "its visual design and $30 price tag elevate it to 'recommended' status."[336] CNET expanded on these visual elements later in the review, describing "sharp lines and points," "a pentagonal design," and "angles [that] swoop into points" and contribute to an "edgy personality."[337] In other words, the distinctiveness of the "angular design elements" were the sharp lines and points. A side-by-side comparison of the Gem and the iPhone 3GS, which I understand Apple believes embodies the D'677 patent, shows that these "angular design elements" are distinct from the D'677 patent:



162.     The other references to appearance and design do not specify any individual aspect of the appearance and design and do not specifically reference any features of the design of the D'677 patent or the D'087 patent.

163.     The product reviews at other websites follow a similar format. As discussed above, Engadget and The Verge are two other popular technology websites with smartphone reviews, and

---

[336]   Appendix C, at 133, 141.
[337]   Appendix C, at 134.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

each provides summaries of a product's pros and cons as well as lengthy and detailed product reviews. As an example, the reviews for the Samsung Galaxy S II (AT&T) from The Verge and the Samsung Fascinate from Engadget indicate that features such as the display type (*e.g.*, Super AMOLED), processor speed, and camera are highlighted as positive features, while phone type (*e.g.*, smartphone), operating system, screen size, memory, camera, talk time, and carrier are "key specs."[338] The organization of these types of reviews suggests that these technology websites believe the "pros" and "cons" (or "good stuff" and "bad stuff"), along with the "key specs" are among the most important and prominent features and attributes that consumers should consider in making their purchase decision.

164.    Product comparisons, such as the ones at Phone Arena and GSM Arena, generally consist of listing the product specifications for two or more smartphones side-by-side allowing the consumer to compare the products across numerous dimensions, as well as more specific features and attributes within each dimension. On Phone Arena, one of the specific features and attributes is "form factor," which is located near the top of the comparison and which provides a basic description of the overall device shape (*e.g.*, "candybar") but no specifics on the individual elements of that shape (*e.g.*, the corners or bezel).[339] On GSM Arena, the specifications include body dimensions and weight, but do not provide descriptions of the shape.[340] However, neither comparison provides any commentary or other indication to suggest that any one feature is more

---

[338]  https://www.theverge.com/2011/10/31/2524896/samsung-galaxy-s-ii-at-t-review (viewed January 19, 2018); https://www.engadget.com/2010/09/07/samsung-fascinate-review/ (viewed January 29, 2018).

[339]  *See, e.g.*, https://www.phonearena.com/phones/compare/Samsung-Galaxy-S-II-AT-T,Apple-iPhone-3GS,Samsung-Droid-Charge/phones/5639,3774,5126?ft=2 (viewed January 19, 2018) (showing an example of a phone comparison using the Samsung Galaxy S II AT&T model, Apple iPhone 3GS, and Samsung Droid Charge).

[340]  *See, e.g.*, https://www.gsmarena.com/compare.php3?&idPhone2=2826&idPhone3=3733&idPhone1=3705# (viewed January 29, 2018) (showing an example of a phone comparison using the Samsung Infuse 4G, Apple iPhone 3GS, and Samsung Droid Charge I510).

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

or less important to, or prominent in, the consumer purchase decision than any other feature. Instead, the general way in which websites such as Phone Arena and GSM Arena list technical specifications indicates that every feature or attribute included in the list of technical specifications is important to the purchase decision, as well as to consumers' efforts to distinguish one product from another and to determine which of the available bundles of features (*e.g.*, which smartphone) best suits their wants and needs.

> **D.    Third-party surveys identify numerous smartphone features that consumers think are more important than the designs at issue.**

165.    Advertising from smartphone providers, carriers, and third-party retailers reflects what they think consumers care about in smartphones, but information from consumers themselves is the most reliable source of assessing their understanding of what features of smartphones are, in fact, most important to them. As discussed above, ████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████

██    ██████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████  ██████████████████

---

341 ██████████████████████████████████████████

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



171.

---

346   SAMNDCA30008344-374, at 359.
347   SAMNDCA30008254-284, at 272.
348
349
350

E.     **Other evidence confirms that the designs at issue are relatively less important compared to other smartphone features.**

172.    I understand that the D'677 patent claims "a black rectangular front face with rounded corners."[351] Hence, the D'677 design is limited to the color black, which only appears when the screen is turned off. Samsung's infringing smartphones were meant to be used and looked at with their screens turned on. Therefore, from the consumer perspective, the typical use case for the smartphone, aside from the moment it is picked up and/or first turned on, does not result in the user looking at the D'677 design.

173.    I understand Apple accused only the app menu screens of the Captivate, Continuum, Droid Charge, Epic 4G, Fascinate, Galaxy S 4G, Galaxy S Showcase, Gem, Indulge, Infuse 4G, Mesmerize, and Vibrant phones of infringing the D'305 design.[352] Accordingly, assessing the prominence of the patented design from the consumer perspective should account for the amount of time that a purchaser actually spends viewing that screen relative to overall use of the phone.[353]

174.    Apple's expert Dr. Kare acknowledged that the time spent by consumers on the infringing screen is a relevant metric in considering the prominence of the design. According to Dr. Kare, "[t]he unique GUI design of the D'305 patent dominates the perspective that *is most often viewed* when the phone is being used."[354] However, Dr. Kare did not appear to take into account the different roles of the D'305 screen in the iOS and Android operating systems. For iOS,

---

[351] *Samsung Elecs. Co., Ltd. v. Apple Inc.*, No. 15-777, 580 U.S. ___ (2016), at 3.

[352] Apple's expert, Susan Kare, testified at trial that the applications screen infringed the D'305 patent, but did not opine that the home screens infringed the patent. Trial Transcript, at 1414:5-21. In closing, Apple told the jury "[w]e are not accusing the home screen. It's the app screen that we have accused." Trial Transcript, at 4098:2-3.

[353] Jee-Yeun Wang testified that the "[User experience] is not limited to one screen. There are thousands of frames of screens that composes the [user experience]." Wang Deposition, at 56.

[354] Kare Report, at 36 (emphasis added).

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

the D'305 screen is the main screen that users see when the phone is turned on and unlocked. As

I discussed above, this is not the case for the Android operating system, including the phones at

issue. In Samsung's Android phone, the home screen, not the app menu screen, is the first screen

that appears when users turn on and unlock their phones. In addition, the home screen generally

offers direct access to a user's most commonly used apps. But the D'305 infringing app menu

screen was only displayed in Samsung's phones if users navigated specifically to it, such as by

clicking the "Applications" icon on the home screen. As such, Samsung users who primarily

accessed apps from their home screen would rarely have viewed the app menu screen during use.

Additionally, Dr. Kare's analysis ignores the fact that the purpose of the app menu screen is to

launch apps. As such, even when users navigated to that screen, it likely was viewed for the amount

of time the user needed to find and launch an application.

175.    Available empirical studies of consumer phone use suggest that the amount of time

users spend on the app menu screen is relatively very low compared to their overall use of their

phone. For example, Professors Luo and Zhou (2014) found that, on average, consumers spend 2.5

seconds looking for any given app on navigation screens.[355] Professors Rana, Bjelland, Couronne,

Sundsøy, Wagner, and Rice (2014) monitored a sample of 674 Android users in Norway via an

installed software program on their phones and found that users launched a median of 38 apps per

day.[356] In a similar study that also leveraged software installed on smartphones, Professors Falaki,

Mahajan, Kandula, Lymberopoulos, Govindan, and Estrin (2010) found that smartphone users

---

[355]  Luo, S. and Zhou, Y., "Effects of Smartphone Icon Background Shapes and Figure/Background Area Ratios on Visual Search Performance and User Preferences," *Frontiers of Computer Science*, 2015, at 7.

[356]  Rana J., Bjelland J., Couronne T., Sundsøy P., Wagner D., Rice A., "A Handset-Centric View of Smartphone Application Use," *Procedia Computer Science*, Volume 34, 2014, at 370.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

launched a median of 50 apps per day.[357] Taken together, the result of these three studies suggests that smartphone users spend up to 95 to 125 seconds per day looking for any given app through an app navigation screen.[358] According to Rana *et al.* (2014), Android users spend a median of 88 minutes (or 5,280 seconds) per day using apps.[359] Given this, the amount of time spent navigating the app menus accounts for, at most, between 1.8 percent and 2.4 percent[360] of the total time spent using apps each day.[361]

176.    Not only do Android smartphone users spend little time seeing and interacting with app menus compared to their overall phone use, but they can easily bypass the app menu screen itself and navigate to apps in other ways, including, primarily, through their home screens.[362]

177.    Once the user's selected apps are added to the home screen (in the user's preferred order), the user can locate and open those apps directly from the home screen without the need to interact with the app menu screen whatsoever. Thus, Samsung users can place their most frequently used apps on the home screen and access them without navigating to the app menu screen, effectively *eliminating the need for the app menu screen altogether*. In general, for users who locate their most frequently used apps on the home screen, the app menu screen would have

---

[357]  The data used in this study included a sample of U.S. Android device users and a sample of U.S. and U.K. Windows Mobile device users. Falaki H., Mahajan R., Kandula S., Lymberopoulos D., Govindan R., and Estrin D., "Diversity in Smartphone Usage," In Proceedings of the 8th International Conference on Mobile Systems, Applications, and Services, 2010.

[358]  Users can also access apps from their home screen rather than the app menu screen. Calculated as 38 apps per day x 2.5 seconds per app = 95 seconds per day; 50 apps per day x 2.5 seconds per app = 125 seconds per day.

[359]  Rana J., Bjelland J., Couronne T., Sundsøy P., Wagner D., Rice A., "A Handset-Centric View of Smartphone Application Use," *Procedia Computer Science*, Volume 34, 2014, at 370.

[360]  Calculated as 95 / 5,280 = 0.018; 125 / 5,280 = 0.024.

[361]  Jinsoo Kim testified that "[t]hese app icons are a small entry door to contents, if you will, and you cannot -- you are not able to see these while you use the internet, while you do Facebook. And I don't think it would have played a significant role -- these icons would have played a significant role in the purchase of these phones." Kim Deposition, at 95.

[362]  Apple's expert, Susan Kare, testified at trial that the applications screen infringed the D'305 patent, but did not opine that the home screens infringed the patent. Trial Transcript, at 1414:5-21. In closing, Apple told the jury "[w]e are not accusing the home screen. It's the app screen that we have accused." Trial Transcript, at 4098:2-3.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

accounted for little to none of the temporal use of the smartphone. This suggests that, at most, only 1.8 percent to 2.4 percent of the user experience looking at the phone turned on involves looking at the app menu screen.

### F.   Reibstein Smartphone Survey

#### 1.   Overview

178.   The contemporaneous surveys that I have reviewed provide important information regarding the relative importance of Apple's infringed designs, but that insight is limited.



179.   In part to address these limitations and (more directly) evaluate consumer perceptions regarding the importance of the Patents-in-Suit, I conducted the online customer survey discussed above that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I designed and executed the survey to elicit responses directly as a way to evaluate the prominence of the designs of the Patents-in-Suit to the consumer smartphone purchase decision. As discussed above, such direct elicitation surveys can be used to investigate topics such as measuring customer

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

satisfaction, emotions, attitudes, willingness to recommend, product/brand awareness, and purchase intent,[363] and estimating product willingness to pay.[364]

### 2. Results and Implications

180. As described above, my survey asked respondents which factors they considered as part of their smartphone purchase decision by selecting from various groups of features and attributes. The responses support the idea that consumers consider numerous different and distinct smartphone attributes and features as part of their purchase decision. In addition, the survey design employed a CSS framework that asked consumers to assign points to the features and attributes they considered. This approach is used to assess the relative importance of each selected feature or attribute to the purchase decision.

181. Respondents who answered that two or more factors from Questions 14 (general smartphone attributes), 16 ("Style/design"), 18 ("Phone operation"), 20 ("Phone features"), 22 ("Color"), 24 ("Phone shape/type"), or 26 ("Easy to understand/navigate menu system") were factors that they considered as part of their purchase decision were subsequently presented with a follow-up question asking them to distribute 100 points between those factors they selected.[365] These point allocations can be used to assess the relative importance of a given factor *within a category* (*e.g.*, the relative importance of "Phone shape/type" within "Style/design") as well as across categories (*e.g.*, the relative importance of "Phone shape/type" to the overall purchase

---

[363] *See, e.g.,* Bendle, Neil T., Paul W. Farris, Phillip E. Pfeifer and David J. Reibstein, "Marketing Metrics: The Manager's Guide to Measuring Marketing Performance", 3rd ed, Pearson, Upper Saddle River, NJ, September 2015, pp. 43-46, 48-51.

[364] *See, e.g.*, Breidert, Christoph, Michael Hahsler and Thomas Reutterer, "A Review of Methods For Measuring Willingness-to-Pay," *Innovative Marketing* 2 (4) 2006, at 8-32.

[365] Respondents who selected only one factor were recorded as assigning all 100 points to that factor.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

decision, taking into account all feature categories).

182.    Respondents allocated an average of 9.94 points to "Phone shape/type" and 4.91 points to "Color" within the category of "Style/Design," which were the 5th and 7th highest point totals out of the nine options within this category.[366] Respondents allocated an average of 32.33 points to "Easy to understand/navigate menu system" within the category of "Phone Operation," which was essentially tied (with "Clarity/reception of phone") for the highest point allocation within this category.[367] However, when the point allocations are adjusted to reflect average point allocations (out of 100) across all categories, the average points assigned to these three factors accounted for only 1.2 percent ("Phone Shape/Type"), 0.5 percent ("Color"), and 4.2 percent ("Easy to understand/navigate menu system") of the total allocated points.[368]

183.    The survey design also included a third layer of features and attributes that examined the relative importance of factors within each of "Phone Shape/Type," "Color," and "Easy to understand/navigate menu system." Within "Phone Shape/Type," respondents allocated an average of 34.56 points to the "Look, feel, and shape of the front of the phone" and 24.20 points to the "Look, feel, and shape of the side/edges of the phone."[369] Similarly, respondents allocated an average of 53.27 points to "Black" within the category of "Color"[370] and 8.95 points to "App menu screens" within the category of "Easy to understand/navigate menu system."[371]

184.    However, when adjusted to reflect average point allocations (out of 100) across all

---

[366]   Exhibit 6.
[367]   Exhibit 8.
[368]   Exhibit 13.
[369]   Exhibit 7.
[370]   Exhibit 7.
[371]   Exhibit 9.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

feature categories, the average points assigned to these four factors are only 0.4 percent ("Look, feel, and shape of the front of the phone"), 0.3 percent ("Look, feel, and shape of the side/edges of the phone"), 0.3 percent ("Black"), and 0.8 percent ("App menu screens") of the total allocated points.[372] Thus, these four features account for only 1.8 percent of the total points assigned to the numerous and varied features and attributes of a smartphone.[373] Considered individually or collectively, these four features demonstrate low relative importance and low relative prominence of the patented designs to Samsung smartphone owners.

185.    The results of my survey further provide meaningful guidance regarding the importance of features related to the Patents-in-Suit. ███████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████ ████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

---

[372]  Exhibit 13.
[373]  Smartphones include many additional features and attributes beyond those included in my survey. As a result, the 1.8 percent of total weight allocated to the four factors at issue represents an upper bound on their overall importance to the purchase decision.
[374]  ████████

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



### G.     The conclusions in the Ball, Kare, and Davis reports regarding the prominence of the patented designs are flawed.

186.     I have reviewed the reports of Alan Ball, Susan Kare, and portions of the report of Julie Davis. I disagree with their conclusions that D'677 and D'087 patented designs are "very prominent within the infringing Samsung's products as a whole"[377] and that the D'305 design is "one of the most prominent features of the infringing products"[378] for the reasons set forth above and below.

#### 1.     Dr. Kare's prominence opinion is based on a flawed understanding of the app menu screen.

187.     With respect to the app menu screen of the phones found to infringe the D'305 patent, Dr. Kare asserts that "the infringing applications screen is part of the typical use case of the phone" and "[i]t is revisited repeatedly during use."[379] As discussed above, Dr. Kare provides

---

[375]   Exhibit 14.

[376]   

[377]   Ball Report, at 39-59.

[378]   Kare Report, at 29-40.

[379]   Kare Report, at 19.

no citations for her assertions regarding use, and they are inconsistent with the available evidence regarding how the app menu screen is used on Android phones, generally, and the infringing phones, specifically.[380] Her opinion instead seems based on the same fundamental confusion about the difference in the home screen and app menu screen that other iPhone users have evidenced.[381]

> **2.      Apple's experts incorrectly focus on information about the iPhone and its creation and perception that does not inform consumer perception of the prominence of the patented designs in Samsung's phones.**

188.      Dr. Kare relies on the so-called "iconic" nature of the D'305 patent design to support her opinion concerning prominence.[382] However, the examples to which she points do not support her conclusion.[383] First, none of them depicts the Samsung phones found to infringe the D'305 patent. For example, all of the images shown other than one (on the bottom right of page 30) have distinct circular home buttons, which the Samsung infringing phones do not have. Second, most of them do not appear to show the design of the D'305 patent. None of the images, except one, show a grid of "colorful icons on a black screen,"[384] and only two show icons, as opposed to simple squares.[385]

---

[380]   Wang Deposition, at 55 (Wang describes the intent of the home screen is for "users [to be] able to see all the information they need on the home screen before clicking on each application."). Jee-Yeun Wang also testified that the "[User experience] is not limited to one screen. There are thousands of frames of screens that composes the [user experience]." Wang Deposition, at 56.

[381]   Howarth Deposition, at 26-27. *See also*, discussion of Apple pretests above in Section III.E.3.

[382]   Kare Report, at 29-31.

[383]   Kare Report, at 30-31.

[384]   *Samsung Elecs. Co., Ltd. v. Apple Inc.*, No. 15-777, 580 U.S. ___ (2016), at 3. *See also*, D'305 patent, at Patent Fig. 1.

[385]   Kare Report, at 30-31. The sole image Dr. Kare shows in her "iconic" examples that depicts a grid of colorful icons on a black screen is from the television show "The Simpsons," specifically a Simpsons "couch gag" (part of the opening credits) that I understand to be part of the "Million Dollar Maybe" episode, which, according to IMDb, first aired January 31, 2010—before any of the Samsung phones that infringed the D'305 patent had been released. *See* http://www.imdb.com/title/tt1589903/ (viewed January 25, 2018). The phones at issue were released between June 2010 and November 2011 (Wagner Schedule 6.3 - NT). The "couch gag" itself lasts approximately 10 seconds, and the image shown in Dr. Kare's report is displayed for only a small fraction of that time. *See* https://www.youtube.com/watch?v=eJMe_PaCfNI (viewed January 25, 2018).

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

189.    Dr. Kare and Mr. Ball also base their opinions on Apple's advertising of its iPhones, Apple's statements about how it advertised, and third-party references to the iPhone.[386] Their analysis is flawed. First, Mr. Ball's assertion that Apple "made the product as a whole the central feature of all advertisements"[387] is incorrect. For example, Apple had an ad campaign that featured iPhone users standing in front of a blank screen discussing how they used their phones on a daily basis.[388] These ads focused prominently on the user of the device as well as specific uses of the device. Dr. Kare and Mr. Ball also cite Greg Joswiak's assertion that the purpose of Apple's advertising was not to showcase or market particular functionalities or features of Apple's iPhone.[389] However, irrespective of whatever "purpose" Apple may ascribe (then or now) to its marketing, from a consumer perspective, its ads did promote particular functionalities and/or features. For example, when it introduced the FaceTime feature in iPhone 4, Apple created a series of ads that featured consumers communicating using FaceTime.[390] In ads for the original iPhone, Apple also focused on singular features such as internet capability,[391] music, and email capabilities.[392]

190.    Dr. Kare and Mr. Ball also base their prominence opinions on Apple's decision to highlight similarities in the parties' phones in a settlement negotiation.[393] Neither of them explain how Apple's decision to use one GUI screen that is not the home screen of any Samsung phone in

---

[386]  Kare Report, at 31-34; Ball Report, at 51-54.
[387]  Ball Report, at 51.
[388]  *See, e.g.*, APLNDC-X0000007543; APLNDC-X0000007544; APLNDC-X0000007545; APLNDC-X0000007546; APLNDC-X0000007547; APLNDC-X0000007548.
[389]  Ball Report, at 53; Kare Report, at 31-32.
[390]  *See, e.g.*, APLNDC-X0000007680; APLNDC-X0000007681; APLNDC-X0000007682; APLNDC-X0000007683; APLNDC-X0000007684, which all highlight the FaceTime capability of iPhone 4.
[391]  *See, e.g.*, APLNDC-X0000007542; APLNDC-X0000007537.
[392]  *See, e.g.*, APLNDC-X0000007535.
[393]  Kare Report, at 35; Ball Report, at 49-50.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

connection with accusing Samsung of infringement informs any reasoned analysis of the prominence of any feature of Samsung's phones in the marketplace. Nor do they explain how the single image they rely on shows that the patented designs are any more prominent than any of the other images Apple included in the presentation, shown below, that did not show any of the patented designs:[394]



Samsung Galaxy S

191.    Dr. Kare and Ms. Davis both rely on a chart with descriptions and quoted excerpts of various documents in support of their opinions.[395] I have reviewed many of the documents referenced in that chart[396] and disagree that they support Dr. Kare and Ms. Davis' opinions about

---

[394]   From PX 52.18.
[395]   Kare Report, at Ex. 23; Davis Report, at Ex. 24-R.
[396]   Specifically, I reviewed the documents numbered 1-3, 6-11, 15, 17-18, 26-29, 32-39, 42, 53, 62, 65, 69, 72-76, 81, 87, 93-97.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

conceptual distinctiveness or prominence. Several flaws with their reliance on these documents are common among the documents, including the following:

- Many of the documents cite evidence that focuses on perceptions about the iPhone.[397] As such, these documents provide limited insight concerning the opinions or perceptions of consumers of the infringing phones.

- Several of the cited documents predate the introduction of the infringing phones.[398] As such, they provide limited insight concerning the opinions or perceptions of consumers of the infringing phones.

- Some of the documents are not limited to U.S. smartphone users.[399] As such, they provide limited insight concerning the opinions or perceptions of consumers of the infringing phones.

- The cited evidence is not tailored to the specific patented designs at issue; concepts such as "look and feel," "beauty," "simplicity," "ease of use," and "design," including "physical design" and screen-centric-design," go beyond the specific patented designs.[400] In addition, some of the cited evidence specifically identifies design aspects, such as thinness, size, materials, finishing, and the back design of the phone, that are not claimed by the patented designs.

192.    Moreover, many of the documents cited in the chart support my conclusions that consumers conceptually distinguish between and among many smartphone features and attributes and that, even broadly characterized, design and ease of use are not the most important smartphone features or attributes to most smartphone consumers.

---

[397]  *See, e.g.*, Davis Report, at Exhibit 24-R, document numbers 1-3, 6-11.
[398]  *See, e.g.*, Davis Report, at Exhibit 24-R, document numbers 62, 69, 72-76.
[399]  *See, e.g.*, Davis Report, at Exhibit 24-R, document number 74 (SAMNDCA00196646-827, at 665-666).
[400]  *See, e.g.*, Davis Report, at Exhibit 24-R, document numbers 1, 2, 28, 33, 36, 69, 70, 93.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### 3. Mr. Ball's and Dr. Kare's characterization of the evidence relating to Samsung's marketing material and packaging is flawed.

193.    Mr. Ball and Dr. Kare claim to base their prominence opinions in part on Samsung's marketing. However, their characterizations are inaccurate and misleading. For example, Mr. Ball cited a single image of "marketing collateral" showing the D'677 design.[401] The cited advertisement, however, is a six-page advertisement that contains numerous additional images of the Galaxy S II Epic 4G, and that highlights numerous features and attributes in both image and text forms.[402] Similarly, only one of the images Mr. Ball shows in discussing Samsung's advertising depicts the D'087 design.[403] Mr. Ball ignores the fact that the text on the ad reads that the Vibrant is "so fully loaded with features, can you pick just one?"[404] And of the space dedicated to the phone image, most of the image depicts the illuminated screen of the phone showing notifications over part of the home screen.[405] Not a single image Mr. Ball included in this discussion of Samsung marketing depicts the app menu screen.[406]

194.    Dr. Kare similarly ignores the vast majority of advertising and marketing material for the Samsung phones, which confirm that Samsung did not "showcase" the app menu screen in marketing the infringing phones, as she asserts.[407] Dr. Kare cites one image from Samsung's marketing that shows the app menu screen.[408] Although she presents it as a large stand-alone ad, the image shown in her report actually represents a small portion of one page of the two-page

---

[401]   Ball Report, at 43-44.
[402]   SAMNDCA00311971-976.
[403]   Ball Report, at 45.
[404]   SAMNDCA00311510-543, at 519.
[405]   SAMNDCA00311510-543, at 519.
[406]   Ball Report, at 45-49.
[407]   Kare Report, at 37.
[408]   Kare Report, at 38.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

marketing material it appeared upon.[409] Numerous other images on the same marketing page do not include the app menu screen, and a full page of the two-page ad is devoted to describing the features of the phone.[410]

195.    Mr. Ball claims to include images in his report of the Samsung phones at issue "in their display packaging."[411] However, consumers are never presented with the phones "in their display packaging" as depicted by Mr. Ball. Rather, I understand that the phones were sold with clings, wraps, and/or decals over the front face of the phone, interfering with the visibility of the D'677 and D'087 designs. This is reflected in Apple's pre-litigation settlement document that Mr. Ball relied upon as shown below,[412] and as shown in the additional packaging images below:



---

[409]   Kare Report, at 38; SAMNDCA00312148-149.
[410]   Kare Report, at 38; SAMNDCA00312148-149.
[411]   Ball Report, at 45-48.
[412]   PX52.19.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



From left to right, top to bottom: Galaxy S II (AT&T), Galaxy S II (Skyrocket), Galaxy S II (Skyrocket) (open), Galaxy S II (T-Mobile), Galaxy S (Showcase), Epic 4G Touch, Galaxy S 4G, and Galaxy S (i9000). *See* Appendix D.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

196.    Dr. Kare asserts that "the packaging of many of the infringing Samsung phones showcased images displaying the patented design of the D'305 patent."[413] However the sole image she shows as "proof" is of the Galaxy S i9000, a phone that I understand was not sold by Samsung in the United States and is not at issue in this damages trial. In contrast, the exterior packaging of the Samsung phones that infringed the D'305 patent, as shown on pages 45-47 of the Ball Report, did *not* include the app menu screens.[414]

197.    Mr. Ball's and Dr. Kare's opinions regarding the packaging of Samsung's products fail to support the conclusion that consumers perceived the patented designs as prominent. Their reports provide no evidence of actual consumer perceptions regarding the packaging, including whether the packaging (including the interior of the product packaging) is something consumers see prior to purchase or otherwise base their purchase decision upon.

### H.    Summary

198.    My review of the evidence reveals that, for the smartphones that incorporate them, the designs of the D'677 patent, the D'087 patent, and the D'305 are not prominent when compared to many other features identified and highlighted by smartphone providers, carriers, third-party retailers, third party reviewers, and consumers. As the evidence shows, these smartphones incorporate numerous valuable features, many of which are more prominent than the patented designs at issue. Consumer surveys show that consumers consider many other features to be more important than the graphic user interface claimed and the external design of the smartphone, both of which are broad concepts that encompass more than just the patented designs.

---

[413]   Kare Report, at 37.
[414]   Ball Report, at 45-47.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## V.      VALUE OF THE ARTICLES OF MANUFACTURE

### A.      Overview

199.    The surveys discussed above also yielded information that is useful in evaluating the value of the articles of manufacture that Samsung contends incorporate the Patents-In-Suit. For purposes of my opinion, I assume that the articles of manufacture (the "AOM") to be as set forth by Samsung in its interrogatory responses:

> D'677: "the black, round-cornered, glass front face of each phone."
>
> D'087: "the round-cornered, glass front face and surrounding rim or bezel of each phone."
>
> D'305: "the display screen while displaying the single, patented array of GUI icons."[415]

200.    As explained above, companies routinely rely on these kinds of surveys in assessing the importance of product features and the relative contributions of these features to the overall product. Companies are able to "gain a worthwhile understanding of value through such methods as direct and indirect survey questions, conjoint analysis, and focus groups, all of which rely primarily on customers' perceptions of the functionality, performance, and worth of a supplier's offering."[416] Additionally, it makes sense for companies to assess the relative value of product attributes because "[w]hen a feature contributes to attracting customers, that increase in demand will often manifest in revenue earned through higher prices and/or greater quantity sold."[417] As

---

[415] Samsung's Objections and Responses to Plaintiff Apple Inc.'s First Set Of Interrogatories Regarding Articles Of Manufacture, November 29, 2017, at pp. 5, 15, 24.

[416] https://hbr.org/1998/11/business-marketing-understand-what-customers-value (viewed January 25, 2018).

[417] McDuff, D. and D. Fairweather, "Measuring Marketing: Using Content Analysis To Evaluate Relative Value in Valuation And Reasonable Royalty Analysis" Les Nouvelle, June 2016, 88, citing A. J. Dukes "Advertising and Competition," in ABA Section of *Antitrust Law Issues in Competition Law and Policy* 515 (Chicago, IL: ABA Book Publishing, 2008), at 521-523.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

also explained above, direct elicitation surveys, such as the one I conducted, can be used to investigate topics relating to customer perceptions of value.[418] Constant sum scale surveys, in which consumers are asked to perform relative evaluations such that total answers are always a constant sum of 100 percent, are an established and accepted method of conducting such investigations.[419] I also understand that during the oral argument before the United States Supreme Court, interest was expressed in understanding how consumers valued the articles of manufacture.[420]

B.   **Reibstein Smartphone Survey**

201.   The survey I conducted yielded information that is useful in evaluating the value of the AOM, as set forth by Samsung in its interrogatory responses. The information from the survey that I conducted is more useful than the other third party surveys I analyzed because it drills down from the broader feature categories utilized by these other surveys. As discussed above, my survey

---

[418] *See, e.g.,* Bendle, Neil T., Paul W. Farris, Phillip E. Pfeifer and David J. Reibstein, "Marketing Metrics: The Manager's Guide to Measuring Marketing Performance", 3rd ed, Pearson, Upper Saddle River, NJ, September 2015, pp. 43-46, 48-51.; Breidert, Christoph, Michael Hahsler and Thomas Reutterer, "A Review of Methods For Measuring Willingness-to-Pay," *Innovative Marketing* 2 (4) 2006, at 8-32

[419] Silk, Alvin J., and Glen L. Urban. "Pre-Test-Market Evaluation of New Packaged Goods: A Model and Measurement Methodology." *Journal of Marketing Research*, vol. 15, no. 2, 1978; Varki, Sajeev and Shirley Wong, "Consumer Involvement in Relationship Marketing of Services," *Journal of Service Research* 6 (1) 2003. Further establishing the long and well-recognized validity of this approach, Schendel, Wilkie and McCann (1971) likewise used several different methods to elicit rank order preferences. Schendel, D., Wilkie, W., and McCann, J.M. "An Experimental Investigation of 'Attribute Importance'," in SV - Proceedings of the Second Annual Conference of the Association for Consumer Research, eds. David M. Gardner, College Park, MD: Association for Consumer Research, 1971, pp. 404-418.

[420] Oral Argument Before the Supreme Court, October 11, 2016, at 4:14-18 (Justice Kennedy: "My preference, if -- if I were just making another sensible rule, is we'd have market studies to see how the -- the extent to which the design affected the consumer, and then the jury would have something to do that."); at 8:5-8 (Justice Sotomayor: "Because the phone could be seen by a public -- a purchasing consumer as being just that rounded edge, slim outer shell. That might be what drives the sale. I don't know."); at 25:5-7 (Assistant to the Solicitor General, Mr. Fletcher: "[…] to what extent do the various components of a smartphone drive consumer demand and contribute to the value of the phone."); 30:14-20 (Assistant to the Solicitor General, Mr. Fletcher: "the best way to determine that … would be consumer surveys addressed to, to what extent are people who buy Bugs making their purchasing decision based on the look of the car, and to what extent are they instead valuing other things").

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

design examined smartphone features and attributes at three levels. The features and attributes included at the first two levels ███████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████

202.    Based on the CSS approach I employed, I am able to determine the weight assigned to each second- and third-level feature by each individual Samsung respondent, as well as the average weight across all Samsung respondents. This provides useful information regarding the value of the patented designs and the AOM, as specified in Samsung's interrogatory responses. The average weights (out of a total weight of 100) for various second- and third-level features that I understand to be potentially relevant to the design patents at issue are summarized in the table below.

**Average Weights Assigned by Samsung Owners to Select Features**
**Reibstein Survey**

| First Level | Second Level | Third Level | Average Weight |
|---|---|---|---|
| Style/Design | Phone shape/type | Look, feel, and shape of the front of the phone | 0.4% |
| Style/Design | Phone shape/type | Look, feel, and shape of the side/edges of the phone | 0.3% |
| Style/Design | Color | N/A | 0.5% |
| Style/Design | Durability of phone | N/A | 2.1% |
| Style/Design | Size and quality of display screen | N/A | 2.9% |
| Phone Operation | Easy to understand/navigate menu system | App menu screens | 0.8% |

**Note:**
Values from Exhibit 13.

203.    I understand that the features "Look, feel, and shape of the front of the phone,"

"Color," and "Durability of phone" included in my survey are potentially relevant to the AOM to which the design of the D'677 patent was applied, as specified in Samsung's interrogatory responses. The average weight assigned to these three features by Samsung respondents in my survey was 3.0 percent.[421] It is my opinion that this number represents an appropriate measure of the percentage value of the AOM identified in Samsung's interrogatory responses to which the design of the D'677 patent was applied.

204.    I understand that the features "Look, feel, and shape of the front of the phone," "Look, feel, and shape of the side/edges of the phone," "Color," and "Durability of phone" included in my survey are potentially relevant to the AOM to which the design of the D'087 patent was applied, as specified in Samsung's interrogatory responses. The average weight assigned to these four features by Samsung respondents in my survey was 3.3 percent.[422] It is my opinion that this number represents an appropriate measure of the percentage value of the AOM identified in Samsung's interrogatory responses to which the D'087 patent was applied.

205.    I understand that the feature "App menu screens" included in my survey is potentially relevant to the D'305 patent. The average weight assigned to this feature by Samsung respondents in my survey was 0.8 percent.[423] It is my opinion that this number represents an appropriate measure of the percentage value of the D'305 AOM identified in Samsung's interrogatory responses. Alternatively, if the D'305 patent AOM is found to be the entirety of the

---

[421]   Respondents assigned an average weight of 0.0 percent to "Other" within each of the categories "Style/design" and "Phone shape/type." Exhibit 13.

[422]   Respondents assigned an average weight of 0.0 percent to "Other" within each of the categories "Style/design" and "Phone shape/type." Exhibit 13.

[423]   Respondents assigned an average weight of 0.3 percent to "Other" within the category "Phone operation" and 0.1 percent to "Other" within the category "Easy to understand/navigate menu system." Including the average weights assigned to "Other" increases the total average weight here to 1.2 percent. Exhibit 13.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

screen assembly, without the temporal limitation of the app menu screen, the weight accorded the feature "Size and quality of display screen" (2.9 percent) corresponds to the consumer value of the display screen as a whole component.[424]

      **C.**    **Third-Party Smartphone Survey**

---

[424] Exhibit 13.

[425] ████████████████████████████████████████████████

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



207.

208.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

209.

211.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████.

## VI.    CONCLUSION

212.    My opinions may change before trial if additional information from any of the parties or their experts becomes available. I, therefore, reserve the right to supplement my report accordingly.

David Reibstein
January 29, 2018

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

**DAVID J. REIBSTEIN**                    January 2018

The Wharton School
University of
Pennsylvania Philadelphia,
PA 19104
(215) 898-6643

---

**EDUCATION**

Doctor of Philosophy in Industrial Administration, Herman C. Krannert Graduate School of Industrial

Administration, Purdue University, West Lafayette, Indiana.

> • Major Area: Marketing – Major emphasis on the application of quantitative methods and econometric techniques to marketing problems, marketing research, model building, contemporary marketing theory and consumer behavior.
> • Minor Area: Behavioral Science – Course work in simulation models of decision making, experimental design, experimental laboratory methods for research in social behavior, uses of the laboratory method and decision theory.
>
> • Research Methodology – Course work in multivariate statistics, multidimensional scaling, numerical taxonomy and nonparametric statistics.
>
> Doctoral Dissertation:
>
> *An Empirical Study of Brand Choice and Switching Behavior*

Dissertation
    Chairman:

    Frank M. Bass
    Eugene McDermott Professor of Management
    The University of Texas
    Richardson, TX 75080

Honorary Master of Science (1982), The Wharton School, University of Pennsylvania, Philadelphia, Pennsylvania.

Attended Masters of Business Administration Program (1971-1972), Graduate Business School, Tulane University, New Orleans, Louisiana.

Bachelor of Science in Business Administration (1971), University of Kansas, Lawrence, Kansas. Bachelor of Arts in Statistics and Political Science, University of Kansas (1971).

**ACADEMIC EMPLOYMENT**

    The Wharton School, 1980-Present
        The William S. Woodside Professor, July 1992-Present
        The Julian Aresty Professor, July 1988-1992
        Vice Dean and Director of the Wharton Graduate Division, University of Pennsylvania,
            January 1987-1992

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

Director of Wharton /PIMS Strategy Research Center, 1985-1989
Numerous other committees
Academic Director of Wharton Executive Seminars: Marketing Metrics, Competitive Marketing Strategy, New Research Techniques in Marketing; New Product Development and Management; and others.

Other Academic Appointments

Visiting Professor at Stanford Business School, Palo Alto, California, 1987.
Visiting Professor, INSEAD, Fontainebleau, France, Summer 1984, 1985.
Assistant Professor of Marketing, Harvard Business School, July 1975-June 1980.
Research Assistant for Professor Frank M. Bass, Purdue University, West Lafayette, Indiana, Spring 1974.
Graduate Instructor in Industrial Administration, Purdue University, September 1972-August 1974.
Research Assistant for Professor John O. Tollefson, Kansas University, Lawrence, Kansas, Summer 1972
Executive Director, The Marketing Science Institute, July 1999-2001
Academic Trustee, Marketing Science Institute, Cambridge Massachusetts, 1993-1999, 2001-2005.
Research Associate, Marketing Science Institute, Cambridge, Massachusetts, 1975-1980

Other

Indian School of Business (ISB), Hyderabad, Marketing Metrics, November-December 2005 Chinese European Business School (CEIBS), Shanghai, Beijing, Competitive Marketing Strategy,
Executive MBA (EMBA), 2003, 2004, 2005
Interdisciplinary Center (IDC), Herzalia, Israel, Competitive Marketing Strategy, June 2003, December 2005.
Singapore Management University (SMU), Singapore, Competitive Marketing Strategy, July 2003, 2004, 2005.
Member of Executive Committee, Marketing Science Institute, Cambridge, Massachusetts, 2001- 2005.
Member of Executive Director Council, Marketing Science Institute, Cambridge Massachusetts, 2005-present

**TEACHING**

The Wharton School, University of Pennsylvania, July 1980-present.

Marketing Management (MBA Program and Executive MBA Program)
Marketing Research (MBA Program)
Research for Strategic Decisions in Marketing (MBA Program)
Pro-Seminar (Ph.D. Program)
Marketing Strategy (MBA and Executive MBA Program)
Core Marketing MBA
Marketing Metrics (MBA Program and Executive Education Program, Academic Director and Faculty) Competitive Marketing Strategies (Executive Education Program, Academic Director and Faculty) Essentials of Marketing (Executive Education Program, Faculty)
Pricing (Executive Education Program, Faculty) CFO (Executive Education Program, Faculty)
Numerous Company Specific Programs

Stanford Business School, September 1987-January 1988

Marketing Research (MBA Program), September 1987-January 1988. Senior Management Program (1988, 1989, 1990)

INSEAD, April 1984-June 1984, May-June 1985

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

## EXHIBIT 1

Marketing Strategy (MBA Program), April 1984-June 1984, May-June 1985.
Advanced Industrial Marketing Strategy, most every year since 1985-2002 (Executive Program)

Harvard Business School, July 1975-June 1980.

First-Year Marketing (MBA Program)
Marketing Research and Information Systems (MBA Program)
Marketing Research Methodology (DBA Program)
Research Design and Data Collection Methods (DBA Program) Purdue

University, September 1972-August 1974.

Marketing Principles: Undergraduate Marketing
Management: Undergraduate Advertising
Effectiveness: Undergraduate

Committee Work - Department and University

Ad hoc committee on WEMBA
Ad hoc committee on Cross-functional Integration MBA
Curriculum Committee
MBA Executive Committee MBA
Graduation Committee
University Communications Committee
University Classroom Facilities Committee
X-Functional Committee
Committee on Academic Freedom and Responsibility
Vice Dean Search Committee
Future of Advertising Committee Knowledge @
Wharton Committee Marketing Curriculum Committee
Numerous other committees, too many to list

Conference Work

Co-hosted 2002 and 2003 CMO Summit at Wharton Track
Chair, AMA Winter Educators' Conference (2003)

Doctoral Dissertation Committees:

| Candidate | Employer |
| --- | --- |
| Marjorie Adams | University of Virginia |
| John Bateson | London School of Business |
| William Boulding | Duke University |
| Cynthia Fraser | Columbia University |
| Steve Goldberg | University of Texas |
| Louis Gutentag | American Hospital Supply |
| Yogesh Joshi | University of Maryland |
| Rowland Moriarty | Harvard Business School |
| William Moult | BASES |
| Erica Okada | University of Washington |
| Philip Parker | INSEAD |
| Edward Popper | Federal Trade Commission |

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

| | |
|---|---|
| Carsten Poulsen | Aalborg University |
| John Quelch | Harvard Business School |
| Venkat Ramaswamy | University of Texas |
| Sanjay Rao | Synergic Resources Corporation |
| Dan Sarel | University of Miami of Florida |
| Emine Sarigollu | McGill University |
| Robert Young | Northeastern University |

Honors/Awards:

MSI Top Download Award 2015 for working paper "Marketing Return on Investment: Seeking Clarity for Concept and Measurement."

iSIG Fellow, 2014

Wharton Class of 2008, "*Goes above and beyond the call of duty*" Award

Wharton Class of 2007, "*Goes above and beyond the call of duty*" Award

Marketing Metrics: 50+ Metrics Every Executive Should Master (2006) was named as the "Best Business Book: Marketing" by Strategy & Business in 2007.

John S. Day Distinguished Alumni Academic Service Award at Purdue University, 2005.

WEMBA Excellence in Teaching Award, 1995, 1996, 1997, 1998.

The Helen Kardon Moss Anvil Award for Excellence in Teaching in the Graduate Division, 1995.

Miller-Sherrerd MBA Core Teaching Award , 1993-1999, 2004, 2005, 2007, 2008

Named "The Pick of the B-school Crop," Business Week, 1993.

Selected by Fortune magazine as one of the nation's eight "Most Favorite Business School Professors" (the only one selected in marketing), January 22, 1982.

University of Pennsylvania Lindback Award Nominee (1981-82 – selected by faculty).

The Class of 1984 award (for the best teaching rating at Wharton for the preceding two years) 1987,1995

Wharton Excellence in Teaching Award, 1982, 1984 -1988, 1993-1999, 2006.

Wharton Anvil Award Finalist (1981, 1982, 1983, 1984, 1985, 1986, 1987 – selected by students).

The Outstanding Graduate Instructor at Purdue University, The Krannert School (1973-74 – selected by students).

An Outstanding Graduate Instructor at Purdue University, The Krannert School (1973-74 – selected by students and faculty).

And, numerous others.

**REVIEWING AND EDITING**

Special Editor, Administrative Science (forthcoming)

Co-editor, Chicago Case Research Journal, 2015

Co-Editor, special issue on B2B Research, Marketing Letters, Sept 2010; Vol. 21, No. 3.

Co-edited a special issue of Marketing Science on "Competitive Responsiveness" (Winter 2005)

Editorial Review Board

International Journal of Research in Marketing

Marketing Management

Marketing Letters

Reviewing

*Marketing Science*

*Management Science*

*Journal of Marketing*

*Journal of Marketing Research*

*International Journal of Marketing Research*

*Marketing Letters*

*Marketing Management*

MSI

Dissertation competition

Special issue of Journal of Marketing

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

**RESEARCH PUBLICATIONS**

**Refereed Journal Articles:**

"Die Marke Deutschland," with Denise Dahlhoff, Global Investor (January-March 2017) No. 3, pp. 69-72.

"Improving Economic Prosperity through Nation Branding," *Mind Your Marketing,* The Journal Of World Marketing Summit (October 2016) Vol 2 No. 1, pp. 100-106.

"Turf Wars: Product Line Strategies in Competitive Markets," with Yogesh Joshi and John Zhang, *Marketing Science*, January-February 2016, Vol. 35, No. 1, pp. 128-141.

Author of "Closing the Gap between Marketing and Finance: The Link to Driving Wise Marketing Investment," *GfK Marketing Intelligence Review Journal Online*, http://www.degruyter.com/view/j/gfkmir.2015.7.issue-1/gfkmir-2015-0003/gfkmir-2015-0003.xml, Vol. 7, Issue 1 (May 2015)

Co-Author of "Marketing Return on Investment: Seeking Clarity for Concept and Measurement," *Applied Marketing Analytics* (2015), Vol. 1, No. 3, pp 267-282.

"Crisis Diagnostics: Assessing Brand Damage, Restoring Brand Equity," with James R. Gregory and Richard S. Levick, *Marketing Management*, (2012), Vol. 21, Issue 1, pp. 29-33.

"Introduction to the Special Issue on B2B Research" with Sandy Jap, #Springer Science+Business Media, LLC 2010.  Published on-line 16 March 2010, Vol. 21, Issue 3, pp. 207-209.

"Metrics that Matter – to Marketing Managers," with Neil Bendle, Paul Farris and Phillip Pfeifer, *Journal of Research and Management*, 2010, Vol. 6, Issue 1, pp. 18-23.

"Dashboards as a Service: Why, What, How and What Research is Needed?" with Koen Pauwels, Tim Ambler, Bruce H. Clark, Pat LaPointe, David Reibstein, Bernd Skiera, Berend Wierenga and Thorsten Wiesel, *Journal of Service Research*, 2009, Vol. 12. No. 2, pp. 175-189.

"Is Marketing Academia Losing Its Way?" with George Day and Jerry Wind, *Journal of Marketing*, July 2009, Vol. 73, No. 4, pp. 1-3 (Guest Editorial).

"A Broader Perspective of Network Effect," *Journal of Marketing Research*, April 2009, Vol. 46, Issue 2, pp. 154-156.

"Optimal Entry Timing in Markets with Social Influence," with Yogesh Joshi and John Zhang, *Management Science*, June 2009, Vol. 55, No. 6, pp. 926-939. Backlash: How Early Adopters React When the Mass Market Embraces a New Brand

"Choosing the Right Metrics to Maximize Profitability and Shareholder Value", with J. Andrew Petersen, Leigh McAlister, Russell S. Winer, V. Kumar and Geoff Atkinson, *Journal of Retailing*, Volume 85, Issue 1, 2009, pp 95-111.

"Competitor See, Competitor Do: Incumbent Entry in New Market Niches," with M. Debruyne, *Marketing Science*, Winter 2005, Vol. 24, No. 1, pp. 55-66.

"Learning by Doing" *International Journal of Marketing Education*, 2005, Vol. 1, Issue 1, pp. 115-130.

"When Five is a Crowd in the Market Share Attraction Model," with P. Farris, P. Pfeifer and E. van Neirop,

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

*Journal of Research and Management*, 2005, Vol. 1, Issue 1, pp. 41-56.

"Competitive Responsiveness," with Dick R. Wittink, *Marketing Science*, Winter 2005, Vol. 24, No. 1, pp. 8-11.

"House of Brands vs. Branded Houses," *Economist, Global Agenda,* Winter 2005, Vol. 3, pp. 175-177.

"Rational Exuberance: The Wireless Industry's Killer "B,"" with Venkatesh Shankar and Tony Driscoll, *Strategy +Business*, Summer 2003, Issue 31, pp. 68-77.

"What Attracts Customers to Online Stores, and What Keeps Them Coming Back?," *Journal of the Academy of Marketing Science*, Fall 2002, Vol. 30, No. 4, pages 465-473.

"Performance Measurement in Marketing," with Sven Reinecke, *Koshenrechnumgspraxis,* 46, Jg., 2002, H.1, 18-25.

"The Impact of Business Objectives and the Time Horizon of Performance Evaluation on Pricing Behavior," with Dick Wittink and S.K. Keil, *International Journal of Research in Marketing*, June 2001, Vol. 18, Nos. 1-2, 67-81.

"Putting the Lesson Before the Test: Using Simulation to Analyze and Develop Competitive Strategies," with Mark J. Chussil, *Competitive Intelligence Review*, (1st Quart 1999) Vol. 10, Issue 1, pp. 34-48.

"Brand Equity and Vertical Product Line Extent," with Taylor Randall and Karl Ulrich, *Marketing Science*, November 1998, Vol. 17, No. 4, 1998, pp. 356-379.

"Virtual Competition" with Mark Chussil, *Marketing Research*, Special Issue, Winter 1997, pp. 44 – 51.

"Dynamic Competitive Strategies," with George S. Day, Financial Times Guide to Management, 1996.

"Market Share and Distribution: A Generalization, a Speculation, and Some Implications," with Paul Farris, Special Issue *Marketing Science*, Vol 14, No. 3 (Summer 1995), pp. 190-202.

"Do Marketing Expenditures to Gain Distribution Cost the Customer?" with Paul Farris, *European Management Journal*, March 1995, Vol. 13, Issue 1, pp. 31-38.

"Competitive Marketing Behavior in Industrial Markets," with Venkatram Ramaswamy and Hubert Gatignon, *Journal of Marketing*, April 1994, Vol. 58, No. 2, pp. 45-55.

"Effectiveness of Brand-Related 15-Second Commercials," with Scott Ward and Terence A. Oliva, *Journal of Consumer Marketing,* Vol. 11 (2), 1994, pp. 38-44.

"An Empirical Pooling Approach for Estimating Marketing Mix Elasticities with PIMS Data" with Venkatram Ramaswamy, Wayne S. DeSarbo, and William T. Robinson, *Marketing Science*, Winter 1993, Vol. 12, No. 1, pp. 103-124.

"The Effect of Differences in the Number of Attribute Levels on Conjoint Results," with Dick R. Wittink, Lakshman Krishnamurthi, *Marketing Letters*, June 1990, Vol. 1, No. 2, pp. 113-123.

"Conjoint Reliability Measures," with Dick Wittink, William Boulding, John E. G. Bateson, and John W. Walsh, *Marketing Science*, Fall 1989, Vol. 8, No. 4, pp. 371-374.

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

"Conjoint Analysis Reliability: Empirical Findings," with John Bateson and William Boulding, *Marketing Science*, Summer 1988, Vol. 7, No. 3, pp. 271-286.

"Pooling Logit Models," with Hubert Gatignon, *Journal of Marketing Research*, Vol. 23, August 1986, pp. 281-285.

"New Goldmines and Minefields for Market Researchers," with Leonard Lodish, *Harvard Business Review*, Jan.-Feb. 1986, Vol. 64, Issue 1, pp. 168-182.

"Benefit Segmentation in Industrial Markets," with Rowland T. Moriarty, *Journal of Business Research*, December 1986, Vol. 14, Issue 6, pp. 463-486.

"Forecasting the Impact of Socio Economic and Demographic Change on Product Demand," with John M. McCann, *Journal of Marketing Research*, November 1985, Vol. 22, Issue 4, pp. 415-423.

"An Investigation into the Order of the Brand Choice Process," with Frank M. Bass, Moshe Givon, Manu Kalwani, and Gordon Wright, *Marketing Science*, Fall 1984, Vol. 3, No. 4, pp. 267-287.

"Optimal Product Line Pricing: The Influence of Elasticities and Cross-Elasticities," with Hubert Gatignon, *Journal of Marketing Research,* August 1984, Vol. 21, Issue 3, pp. 259-267.

"Overcontrol in Advertising Experiments," with Paul W. Farris, *Journal of Advertising Research*, June/July 1984, Vol. 24, Issue 3, pp. 37-47.

"Robustness of Linear Models in Dynamic Multivariate Predictions," with Herbert Moskowitz, Doyle Weiss, and Kah Kee Cheng, *Omega*, 1982, Vol. 10, Issue 6, pp. 647-61.

"Factors Affecting Coupon Redemption Rates," with Phyllis A. Traver*, Journal of Marketing*, Fall 1982, Vol. 46, No. 4, pp. 102-113.

"An Analysis of Interdependent Decisions," with Herbert Moskowitz, *Omega*, Vol. 9, No. 3, 1981, pp. 267-79.

"The Direction of Causality Between Perception, Affect, and Behavior: An Application to Travel Behavior," with Christopher H. Lovelock and Ricardo de P. Dobson, *Journal of Consumer Research,* March 1980, Vol. 6, No. 4, pp. 370-6.

"How Prices, Ad Expenditures, and Profits Are Linked," with Paul W. Farris, *Harvard Business Review*, November-December, 1979, pp. 173-84.

"Structural Models for the Analysis of Traveler Attitude-Behavior Relationship," with R. Dobson, F. Dunbar, C. Lovelock, and C. Smith, *Transportation*, December 1978, Vol. 7, pp. 351-63.

"Market Research Corporation of America's Market Share Data," Antitrust Law Journal, *American Bar Association*, Vol. 47, Issue 3, August 1978, pp. 1041-1048.

"The Prediction of Individual Probabilities of Brand Choice," *Journal of Consumer Research*, December 1978, Vol. 5, No. 3, pp. 163-168.

"Number of Choices as a Factor in Consumer Satisfaction: An Empirical Study," with Stuart Youngblood and Howard Fromkin, *Journal of Applied Psychology*, August 1975, Vol. 60, Issue 4, pp. 434-437.

**Books and Chapters in Books:**

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

"Marketing's Search for a Common Language," with Paul Farris and Karen Scheller in Accountable Marketing: Linking Marketing Actions to Financial Performance, David W. Stewart and Craig T. Gugel (eds.), (pp. 45-51). Routledge:  Taylor & Francis Group, 2016.

"Marketing Return on Investment: Seeking Clarity for Concept and Measurement," Marketing Accountability Standards Board (MASB) Book, Forthcoming.

"Marketing's Search for a Common Language," Marketing Accountability Standards Board (MASB) Book, Forthcoming.

"Marketing in the Firm and Society," Legends in Marketing: George S. Day, Volume 7 (2016).

"Best Countries, Defining Success and Leadership in The Twenty-First Century," John Gerzema and David Reibstein (2015).

"Marketing Metrics:  The Manager's Guide to Measuring Marketing Performance," 3rd ed. Neil T. Bendle, Paul W. Farris, Phillip E. Pfeifer and David J. Reibstein. *Pearson Education, Inc*., September 2015.

"The Future of Marketing," Legends in Marketing: Yoram (Jerry) Wind, Vol. 8, edited by George S. Day, SAGE Publications, 2014.

"Marketing Strategy," Legends in Marketing: Yoram (Jerry) Wind, Vol. 4, edited by Jagdish N. Sheth, SAGE Publications, 2014.

"Domain 7: Marketing Organization & Competency," with Paul W. Farris and Robert M. Malcolm, AMA CMM Study Guide, American Marketing Association, 2013.

"Product Positioning," edited by Barry Bayus, *Wiley International Encyclopedia of Marketing*, John Wiley and Sons, West Sussex UK, 2011.

"Marketing Metrics The Definitive Guide to Measuring Marketing Performance," 2nd ed. Farris, Paul W., Neil T. Bendle, Phillip E. Pfeifer and David J. Reibstein. *Wharton School Publishing*, February 2010.

"Challenges in Measuring Return on Marketing Investment: Combining Research and Practice Perspectives," with Koen Pauwels, REVIEW OF MARKETING RESEARCH, edited by Ed Naresh Malhotra, M.E. Sharpe, Inc., (pp 107-124) Irvine, CA, 2009.

"Innovation Metrics," edited by Barry Bayus, *Wiley International Encyclopedia of Marketing*, John Wiley and Sons, West Sussex UK, 2009.

*Marketing Management,* with Koen Pauwels, edited by Rajiv Grover and Naresh Malholtra, McGraw- Hill, 2009.

"Marketing Metrics and Financial Performance," with Donald R. Lehmann, *Marketing Science Institute*, 2006.

Fifty + Metrics Every Marketer Should Know, with P. Farris, N. Bendle and P. Pfeifer, *Wharton School Publishing*, 2006.

"Global Branding," with George Day, in *The Alliance on Globalizing*, Gatignon and Kimberly (eds.), Cambridge University Press, 2005.

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

"Marketing Costs and Prices: An Expanded View," with Paul Farris and Yogesh Joshi, in *Profit Impact of Marketing Strategy Project: Retrospect and Prospects*, Paul W. Farris and Michael J. Moore (eds.), (pp. 124-152).  Cambridge University Press, 2004.

*Measuring and Allocating Marcom Budgets: Seven Expert Points of View*, with Rajeev Batra, "MSI Monograph, January 2003.

"The Internet Buyer," in J. Wind and V.J. Mahajan, *Digital Marketing*, (pp 201-225), New York, NY John Wiley & Sons, Inc., 2001.

"Technology-Driven Demand: Implications for the Supply Chain," with Marshall Fisher, in J. Wind and V.J. Mahajan, *Digital Marketing,* (pp 285-309), New York, NY, John Wiley & Sons, Inc., 2001.

"Marketing Performance Measurements*," Handbuch Marketing Controlling*, edited by Sven Reinecke and David Reibstein, Universitat St. Gallen, 2001.

"Managing Product Variety: A Study of the Bicycle Industry," with Karl Ulrich, Taylor Randall, and Marshall Fisher, *Product Variety Management: Research Advances* (International Series in Operations Research & Management Science), edited by Teck-Hua Ho and Christopher S. Tang, (pp. 177-205), Kluwer Academic Publishers, 1998.

*Wharton on Dynamic Competitive Strategies*, edited with George Day; John Wiley & Sons, 1997.

"Formulating Competitive Strategies," with Hubert Gatignon, *Wharton on Dynamic Comptetitive Strategies*, edited by George Day and David Reibstein; John Wiley & Sons, 1997.

"Simulating Competitive Strategies," with Mark J. Chussil, *Wharton on Dynamic Competitive Strategies*, edited by George Day and David Reibstein; John Wiley & Sons, 1997.

"Managing Competitive Interactions Through Competitive Market Signaling," with Oliver Heil and George S. Day, *Wharton on Dynamic Competitive Strategies*, edited by George Day and David Reibstein; John Wiley & Sons, 1997.

"Manufacture Prices, Retail Prices, Relative Prices, Absolute Prices," with Paul Farris, *The Blackwell Encyclopedic Dictionary of Business Ethics*, edited by Edward Freeman and Patricia Werhane; Blackwell Publishers, 1996.

*Strategy Analysis with ValueWar*, with Mark J. Chussil, The Scientific Press, 1994.

"Conjoint Analysis Reliability and Validity: A Framework for Future Research," with John Bateson and William Boulding, *Review of Marketing*, 1987, pp. 451-477.

*Marketing: Concepts, Strategies, and Decisions*, Prentice-Hall, Inc., 1985.

"Evidence on the Value of Strategic Planning in Marketing or How Much Planning Should a Marketing Planner Plan?" with J. Scott Armstrong, Chapter 2.1 in *Strategic Marketing and Management*, edited by H. Thomas and D. Gardner, John Wiley and Sons, Ltd., 1985, pp. 73-87.

*Cases in Marketing Research*, with F. Stewart DeBruicker, Prentice-Hall, 1983.

"Incorporating Marketing into Corporate Planning Models," with John M. McCann, in Simulation in *Business Planning and Decision Making*, edited by Thomas N. Naylor, Simulated Councils, Inc., Chapter 10, Volume 9, Number 1, 1981, pp. 89-98.

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

"Attitude Measures and Brand Choice Frequency – Some Pitfalls To Be Avoided," with Joel C. Huber, in *Attitude Research Plays for High Stakes*, edited by John C. Maloney and Bernard Silverman, 1977, pp. 148-164.

**Conferences and Proceedings:**

Presenter, "2018 Best Countries Report," Breakfast Panel, Davos, Switzerland, January 23, 2018.

Presenter, "The Composition Matters: Customer Capital, Talent Turnovers and Stock Returns," Winston Wei Dou, Yan Ji, David Reibstein and Wei Wu, 2018 Allied Social Science Association (ASSA) Annual Meeting, Loews Philadelphia, Philadelphia, PA January 6, 2018.

Presenter, "Brand India," Penn India Research Symposium, University of Pennsylvania, Philadelphia, Pennsylvania, October 13, 2017.

Co-Chair and presenter, "How Managers Make Trade-offs Between Metrics When Making Marketing Budgetary Decisions" and "A Tale of Two Markets: Brand Capital, Liquidity, and Asset Prices," Marketing Strategy Meets Wall Street, San Francisco, California, August 3-4, 2017.

Presenter, "Research for Impact," AMA-Sheth Foundation Doctoral Consortium, Tippie College of Business, The University of Iowa, Iowa City, IA, June 15-16, 2017.

Paper presented, "How Managers Make Trade-offs Between Metrics When Making Marketing Budgetary Decisions," 39th Annual ISMS Marketing Science Conference, University of Southern California, Los Angeles, California, June 6, 2017.

Presenter, "The Branding of Nations," The Yale Customer Insights Conference 2017, Yale School of Management, New Haven, Connecticut, May 12-13, 2017.

Paper presented, "How Managers Make Trade-offs Between Metrics When Making Marketing Budgetary Decisions," The Yale Customer Insights Conference 2017, Yale School of Management, New Haven, Connecticut, May 12-13, 2017.

Paper presented, "How Managers Make Trade-offs Between Metrics When Making Marketing Budgetary Decisions," Theory + Practice in Marketing Conference, Darden School of Business, University of Virginia, Charlottesville, Virginia, May 10-12, 2017.

Presenter, "Return on Nation Brands," Baruch College IB Seminar Series, Baruch College, New York, New York, March 28, 2017.

Panelist, "Designing for Impact: The Innovator's Guide for Creating Effective Programs," and Presenter, "Nation Branding Israel," Jewish Funders Network Conference, Brand Hyatt Atlanta in Buckhead, Atlanta, GA, March 21, 2017.

Panelist, "Business Research that Matters: A Vision of the Future for Business School Research," 2017 Winter AMA Conference, Orlando, Florida, February 19, 2017.

Keynote Speaker, "Innovation and Global Branding," 14th PSI Conference, Midway, Utah, February 9-11, 2017.

Panelist, "Generating More with Less: Lessons from 'Global South'," Philanthropreneurship Forum: 2017 Program Generation Impact Harnessing The Power of Giving, Vienna, Austria, January 16, 2017.

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

Presenter, "Linking Marketing Metrics to Financial Consequences," SAP Training Day, SAP, Newtown Square, PA, November 17, 2016.

Host and Presenter, Wharton Nation Brand Conference, The Wharton School, University of Pennsylvania, Philadelphia, PA October 28, 2016.

Co-host, "Why Nations Need to Brand: The Way Forward for India," Niti Aayog-ISB Leaders Round Table, Indian School Business, New Delhi, India, October 17, 2016.

Presenter, "Data Driven Marketing," 5th World Marketing Summit 2016 Japan, Tokyo, Japan, October 11-12, 2016.

Presenter, "Return on Nations Brands – What's It Really Going to Take…To Make America Great Again," Jewish Community Relations Council Private Lunch, Parker Poe Adams & Bernstein, Charlotte, North Carolina, September 8, 2016.

Presenter, "Return on Nations Brands – What's It Really Going to Take…To Make America Great Again," Wharton Club of Charlotte Event, University of North Carolina at Charlotte, Charlotte, North Carolina, September 7, 2016.

Presenter, "Nation Branding," Marketing Department, University of North Carolina at Charlotte, Charlotte, North Carolina, September 7, 2016.

Panelist, "Assessing Performance Outcomes in Marketing," AMA Strategy SIG Special Session, 2016 Summer AMA Conference, Atlanta Marriott Marquis, Atlanta, Georgia, August 5-7, 2016.

Speaker, "Return on Nation Brands" and "Sustainability: Will it Sustain Your Brand?," Global Forum Amsterdam 2016, Beurs van Berlage, Amsterdam, Netherlands, June 21-23, 2016.

Speaker, "Nation Branding," Best Countries Event, Shenkar College of Design, Ramat Gan, Israel, June 19, 2016.

Speaker, "The Herzilya Indices," 16th Annual Herzliya Conference, Interdisciplinary Center (IDC), Herzliya, Israel, June 14-17, 2016.

Presenter of Best Countries Rankings and Co-Host of CMO Discussion, "How the Fourth Industrial Revolution Changes Everything About Connecting with Customers," World Economic Forum, Davos, Switzerland, January 20-23, 2016.

Panel Moderator, "Designing Products that Build Loyalty," Wharton Marketing Conference 2015, Philadelphia, Pennsylvania, November 6, 2015.

Panel Moderator, 2015 CMO Insights Symposium: Elevating the Consumer Experience, Leapfrog Marketing Institute, Chicago, Illinois, July 22-23, 2015.

Lecturer, GSE Education Entrepreneurship Master Class – Summer Cohort 2, Graduate School of Education, University of Pennsylvania, Philadelphia, Pennsylvania, July 22, 2015.

Attendee, 37th ISMS Marketing Science Conference, Baltimore, Maryland, June 18-20, 2015.

Session Chair and Moderator, 2015 Theory + Practice in Marketing Conference, Georgia State University, Atlanta, Georgia, June 11-12, 2015.

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

Speaker, "Is Your Marketing Worth It?" WPO Philadelphia's Mini University, LeBow School of Business, Drexel University, Philadelphia, Pennsylvania, May 5, 2015.

Speaker, 9th Annual Wharton Graduate Retail Conference 2015, Philadelphia, Pennsylvania, February 27, 2015.

Speaker, Wharton Fellows: Master Classes and Networking for Senior Executives, Austin, Texas, February 13-15, 2015.

Presenter, University of Utah, Salt Lake City, Utah, January 22-23, 2015.

Co-Chair, Chair and Panelist, and presenter for 3 presentations, Marketing Meets Wall Street Conference, Singapore, January 8-10, 2015.

Panel Moderator, "Reaching Customers in a Diverse, Multicultural World," Wharton Marketing Conference 2014, November 7, 2014.

Governing Body Co-Chair, 2014 CMO Collective, New York, New York, November 3-4, 2014

Speaker on "Marketing: Social Media, Brands and Reputation," Oxford Corporate Reputation Annual Symposium, Oxford University, Oxford England, September 3-5, 2014

Discussant for "Marketing Strategy III" and "Asking Managerially Relevant Research Questions" and a Speaker on "The Future of Marketing," 49th Annual AMA Sheth Foundation Doctoral Consortium, Northwestern University, Evanston, Illinois, June 26-29, 2014

2014 AMA-ECMI-EMAC Marketing & Innovation Symposium, Erasmus University, Rotterdam, Netherlands, May 27-29, 2014

Theory + Practice in Marketing Conference, Northwestern University, Evanston, Illinois, May 23, 2014

Facilitator and Host for "CEO Networking Session" and Lead Faculty for Lifelong Learning Master Classes, "Innovations for Social Good – The Case SodaStream" and "Big Data and Attribution,"

Wharton Global Forum 2014, Panama City, Panama, March 12-17, 2014 AMA 2014 Winter Educators' Meeting, Orlando, Florida, February 20-23, 2014

MASB Winter Board Meeting & Summit 2014, Orland, Florida, February 20-21, 2014

Discussant on "Business and New Media in China," New Media, The Internet, and A Changing China Conference, The Wharton School, Philadelphia, Pennsylvania, January 23-24, 2014

AMA Western Regional Retreat, San Diego, California, January 17-18, 2014

Governing Body Co-Chair, 2013 CMO Collective, New York, New York, November 6-7, 2013

Keynote Speaker on "Competitive Marketing Strategies," AMA Mexico City Chapter Event, Mexico City, Mexico, September 12, 2013

Key panelist, Digital Marketing Forum, Seoul, Korea, August 20, 2013

Honorary Co-Chair and Keynote Speaker, 2013 Annual Conference of China Marketing Science, Tsinghua University, Beijing, The People's Republic of China, August 17-18, 2013

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

Co-Chair and Keynote Speaker, 2013 JMS Doctoral Consortium Program, School of Economics and Management, Tsinghua University, Beijing, The People's Republic of China, August 16, 2013

AMA Thought Leader, Panel member to share thoughts on "MOOCS and the Changing Nature of the University," AMA summer Educators' Conference, Boston, Massachusetts, August 9-11, 2013

35th ISMS Marketing Science Conference, Istanbul, Turkey, July 11-13, 2013

Member of the Organizing Committee and Discussant for "Valuing Brand Strategies: A Real Options Approach" paper, Marketing Strategy meets Wallstreet III Conference, Goethe-University Frankfurt, Frankfurt am Main, Germany, July 7-9, 2013

Presenter on "Effective Instruction" and Discussant, 48th AMA Sheth Foundation Doctoral Consortium, Ann Arbor, Michigan, June 6-9, 2013

Presenter on "A Marketer's Perspective on Emerging Growth Businesses," 2013 SGE CEO Summit, Bala Cynwyd, Pennsylvania, June 4, 2013

Speaker, "Cross Industry, What Works and Does Not?," MSI Marketing Resources Allocation Conference, Darden Consortium, Charlottesville, Virginia, May 21-22, 2013

AMA Marketing Summit, Chicago, Illinois, April 26-28, 2013

AMA 2013 Winter Marketing Educators' Conference, Las Vegas, Nevada, February 15-17, 2013 MASB Winter Board Meeting & Summit 2013, Las Vegas, Nevada, February 14, 2013

AMA Mid Atlantic Regional Retreat, Baltimore, Maryland, February 1-2, 2013 MSI Young Scholars Program, January 10-13, 2013

Governing Body Co-Chair, CMO Collective, New York, New York, December 17-18, 2012

Speaker, Presentation of Parlin Award, AMA 2012 Annual Marketing Research and Strategy Summit, Las Vegas, October 1-3, 2012

AMA 2012 Summer Marketing Educators' Conference, Chicago, Illinois, August 16-19, 2012

Speaker, "Chinese Brands in the Global Market," CEIBS, Beijing, China, July 27, 2012

Keynote Speaker, Teaching Plenary Session, 47th AMA Sheth Foundation Doctoral Consortium, University of Washington, Seattle, Washington, June 13-16, 2012

34th INFORMS Marketing Science Conference, Boston University, Boston, Massachusetts, June 6-9, 2012

Theory and Practice in Marketing, Harvard Business School, Boston, Massachusetts, May 4-7, 2012

AMA 2012 Leadership Summit, Chicago, Illinois, April 27-29, 2012

Expert Panelist, Session on "The Future of Branding and Intellectual Property in Marketing: A Panel Discussion," UNC Branding Conference, Chapel Hill, North Carolina, April 12-13, 2012

Chair, Expert Panel, AMA 2012 Winter Marketing Educator's Conference, St. Petersburg, Florida, February 17-19, 2012

Speaker, MASB Winter Board Meeting & Summit 2012, St. Petersburg, Florida, February 16-17, 2012

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 1

9th PSI Conference, Salt Lake City, Utah, February 2-5, 2012

Speaker, "Survive and Thrive in Today's Economy: Do You Have What it Takes?," Annual Toolbox Series, Main Center for Creativity, Portland, Maine, January 11-12, 2012

Main Center for Creativity, Portland, Maine, Innovation presentation, November 16,

2011 CMO Collective, New York, New York, November 7-9, 2011

AMA/Sheth Doctoral Consortium, Stillwater, Oklahoma, June 15-18, 2011

MSI: "Marketing Meets Wall Street II," Boston, Massachusetts, May 12-14, 2011

MSI: "Fifty Years Ahead," Boston, Massachusetts, April 25-27, 2011

AMA 2011 Winter Marketing Educator's Conference, Austin, Texas, February 18-21, 2011

MASB Winter Board Meeting & Summit, "The Next Three Years: Changing the Game," Austin, Texas, February 17-18, 2011

University of Utah 8th Annual Product and Service Innovation Conference, Salt Lake City Utah, February 2-5, 2011

University of Utah 7th Annual Product and Service Innovation Conference, "Marketing Operations," Salt Lake City, Utah, February 4 – 6, 2010

MSI The Practice & Impact of Marketing Science, Cambridge, MA January 15-16, 2010

Fifth International Conference on Brand Management, Asian Centre for Brand Management at the Hong Kong Polytechnic University, Hong Kong, November 30 – December 1, 2009

Estee Lauder, CLV Group – New York, New York, July 21, 2009

AMA Sheth Doctoral Consortium, Robinson College of Business, Firm and Strategy," Track Session Participant, Atlanta, Georgia, June 13-14, 2009.

Estee Lauder, CFO Group – New York, New York, June 1, 2009

"Ubiquitous Marketing in a Fragmented Age," Forresters Marketing Forum, Orlando, Florida, April 25, 2009

MSI Young Scholars Program – Park City, Utah, March 5-8, 2009

University of Utah 5th Annual Product and Service Innovation Conference, "Measuring Innovation", Salt Lake City, Utah, February 5 – 7, 2009

"Measured Thoughts: Assessing New Media and Marketing Choices," Navigating the New Marketsphere, Orlando, Florida, January 26 - 27, 2009

Kimberly Clark University – Las Vegas, NV January 18-20, 2009

"Measuring Innovation," with George Day and Venky Shankar, Managing and Measuring Innovation, The Mack Center Conference, November 7, 2008

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

"Marketing Metrics and their Financial Implications," Australia Marketing Institute Annual Conference, October 22 - 23, 2008

MSI Meeting, Marketing Metrics for the Connected Organization, "Product Innovation Metrics," Austin, Texas, September 10 - 12, 2008

Evidence-Based Marketing Mix Resource Allocation and Planning (AMA-sponsored), Atlanta, Georgia, July 9 - 11, 2008

"Marketing Metrics," Executive Analytics Conference, Cary, North Carolina, June 10 - 11, 2008

"Retail Metrics," Thought Leadership Conference, Babson College, April, 2008

MSI Young Scholars Program, Park City, Utah, March 2008

Wharton MBA Marketing Conference, Philadelphia, PA, Oct. 26 – 27, 2007

The Practice & Impact of Marketing Science, Philadelphia, Oct. 14 – 16, 2007

2007 INFORMS Marketing Science Conference, Singapore, June 28 – 30, 2007

2007 AMA Sheth Foundation Doctorial Consortium, Phoenix, AZ, May 18, 2007

University of Arizona's "3rd Annual Thinking Forward: Leadership & Innovation Conference", Tucson, AZ, March 23, 2007

4th Annual Product and Service Innovation Conference, University of Utah, Salt Lake City, Utah, Feb. 7 – 11, 2007

MSI's 2007 Young Scholars Program, Park City, UT, Jan. 4-7, 2007

MSI's December Conference on "Marketing Metrics and Financial Performance", Boston, MA, December 6-8, 2006

Golden Gate University Presentation, San Francisco, CA, November 7, 2006

Northwestern University Presentation, Chicago, IL, July 14, 2006

Reunion of the 2001 Marketing Science Institute Young Scholars, Santa Fe, NM, May 18-21, 2006

Yale Center for Customer Insight's 2nd Annual Conference on "Collaborative & Multidisciplinary Research", New Haven, CT, May 4-6, 2006

Third Annual PSI Conference, Park City, Utah, February 9-11, 2006

HSM in the Mexico World Marketing Forum, Mexico City. November 10, 2005

"Marketing Management: A Strategic Perspective" MSI Asian Marketing Conference, Singapore Management University, July 25-26, 2005.

Panel Member: "Customer Value- Co-Creation +Quality" Service Innovations and New Service Business Models Workshop, Penn State University, June 21-22, 2005.

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

## EXHIBIT 1

"Optimal Product Variety Over Time," INFORMS Marketing Science Conference, Emory University June 16-18, 2005.

"Marketing Dashboards: A Decision Support System for Assessing Marketing Productivity," INFORMS Marketing Science Conference, Emory University, June 16-18, 2005.

Chair, "Marketing Metrics" session, INFORMS Marketing Science Conference, Emory University June 16-18, 2005.

"Marketing Dashboards" 2005 AMA Winter Educators Conference, San Antonio, TX Feb. 11-13, 2005

2005 Product and Service Innovation Conference, Park City, Utah Feb, 10-11, 2005

MSI Young Scholars Conference, Park City, Utah.  Jan. 6-9, 2005

"Optimal Product Variety," with Yogesh Joshi, Winter Product and Process Innovation Conference, Utah, February 2004.

"Contagion in Product Line Expansion," with Marion Debruyne, TIMS Conference, Atlanta, GA, October 2003.

"Doing Research on Who's Buying on the Internet," The Wharton Marketing Club, Philadelphia, PA, February 11, 1999.

"Advertising Budgeting: A Report from the Field," with Paul Farris and Erv Shames, MSI-MAX Project, New York, NY, November 18-19, 1998.

"The Digital Era: Implications for the Supply Chain," with Marshall Fisher, The Digital Marketing Conference, Philadelphia, PA, October 23, 1998.

"Marketing Strategies That Make a Difference," Equipment Leasing Association, Atlanta, GA, October 18-20, 1998.

"Building Cross-Institutional Bridges," with Paul Root, International Academy of Management (IAM), New York, NY, May 28-29, 1998.

"Obstacles to Variety," Wharton Fishman-Davidson Variety Workshop, The Wharton School, January 8, 1997.

"Product Variety: Industry Applications," Product variety Management Conference, Center for Technology Management at the University of California at Los Angeles, January 31 - February 1, 1997.

"Competitive Marketing Strategy," CEO Speaker Series, Taipei, Taiwan, January 21, 1997.

"The Dynamics of Competitive Marketing Strategies," Interdisciplinary Center for the Study of Business, Law, and Technology, December 21 - January 3, 1997.

"Internet Links on the Cuffs of Other Websites," with Ronald C. Goodstein, Marketing Science Conference, Berkeley, CA, March 21-24, 1997.

"Marketing Strategy in a Dynamically Changing Environment," International Forum, Steinberg Conference Center, September 13, 1997.

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

"Budget Allocation Process for Media, Products, and Geographics," (moderator) Marketing Science Institute, Workshop on Managing Advertising Expenditures (MAX), Boston, MA, September 17-19-, 1997.

"When &*!# (Bad Stuff) Happens to Good Companies," Association for Consumer Research, Denver, CO., October 17-19, 1997.

"Consumer Brand Loyalty's Impact on the Relationship Between Distribution and Market Share," with Paul Farris, Marketing Science Conference, University of Florida, Gainesville, Fl, March 1996.

"Managing Product Variety: A Study of the U.S. Bicycle Industry," with Karl Ulrich, Taylor Randall, and Marshall Fisher, INFORMS, Washington, D.C., May 1996.

"The Influence of Product Line Extent of Brand Equity," with Karl Ulrich, Taylor Randall, and Marshall Fisher, 1996 Manufacturing and Service Operations Management Conference, Institute for Operations Research and the Management Sciences, Dartmouth College, Hanover, NH, June 24-25, 1996.

"Decision Support Systems for Managerial Decisions," NYU/Columbia Choice Symposium, June 1996.

"Marketing in a Fast Cycle Environment/Time to Market," Software Development and Marketing for Competitive Advantage Program, IC2 Institute, The University of Texas at Austin, March 20-22, 1996.

"Product Variety: Industry Applications," Product Variety Management Conference, Center for Technology Management at the University of California at Los Angeles, January 31-February 1, 1997.

"Marketing Pedagogy," Marketing Doctoral Consortium, Boulder, CO, University of Colorado, July 1996.
"How Managers Reach their Pricing Decisions (and How They Should)." Presented at The Seventh Annual U.S. Pricing Conference, Chicago, Illinois, April 18-21, 1994.

"Processes for Developing Integrative/Cross Disciplinary Courses." Presented at the 1994 Summer Marketing Educators' Conference, San Francisco, California, August 6-9, 1994.

1994 Summer Marketing Educators' Conference, Track Chair for the Education Track, August 6-9, 1994, San Francisco, California.

"Impact of Availability/Access (Information and Distribution)," with Paul Farris. Paper presented at the Value of Marketing Conference, Stanford, California, August 9, 1994.

"Making the Most of Your Marketing Dollars," presented at the Drive Marketing Excellence: Evaluate Marketing Effectiveness Through Measurement & Analysis, Institute for International Research, Chicago, November, 1994.

"How Managers Make Pricing Decisions," presented at the Pricing Advisor's Pricing Conference and Seminar, Chicago, November, 1994.

"The Relationship between Distribution (Retail Availability) and Market Share," with Paul Farris. Presented at the Empirical Generalizations in Marketing Conference, The Wharton School, February 16- 18, 1994.

"Are There Strategic Laws or Principles?" Marketing Science Conference, Seattle, Washington, March 1988.

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

"Factors Affecting Competitive Reactions," with Hubert Gatignon and Venkat Ramaswamy, Marketing Science Conference, Seattle, Washington, March 1988.

"Marketing Pedagogy," Summer Educator's Conference, American Marketing Association, Chicago, Illinois.

"Commercial Clutter: Effects of 15-Second Television Ads on Consumer Recall," with Scott Ward, Terence A. Oliva, and Victoria Taylor, Association for Consumer Research, Advances in Consumer Research, Hawaii, October 1988.

"An Empirical Analysis of the Determinants of Competitive Rivalry," with Hubert Gatignon and Venkatram Ramaswamy, ORSA/TIMS Conference, Seattle, Washington, March 1988.

"Developing A Promotion Expert System," Marketing Science Conference, with John M. McCann, Paris, France 1987.

"Conjoint Analysis Reliability: Empirical Findings," with John Bateson and William Boulding, Association for Consumer Research, Toronto, Ontario, October 1986.

"Marketing Techniques of Japanese Firms with Operations in the U.S." with Toshi Taga, ORSA/TIMS, Brisbane, Australia, August 1986.

"Holistic Conjoint," with Caroline Henderson, Association for Consumer Research Proceedings, Volume XIII, Ed. Richard Lutz, Vegas, October 1985, pp. 282-285.

"Definition and Nature of Advertising-Price Interactions," with Paul W. Farris, American Marketing Association, Washington, August 1985.

"Using PIMS Data for Strategic Decision Making," with William Boulding, ORSA/TIMS, Atlanta, November 1985.

"Testing an Optimal Control Model of Promotion Response," with Steve Garrett, ORSA/TIMS Conference, Houston, Texas, November 1984.

"Structural Solutions to Strategic Problems," with William Boulding, Marketing Science Conference, Chicago, Ill., March 1984.

"Structural Solutions to Strategic Issues," with William Boulding, Marketing Science Conference, Chicago, Illinois, February 1984.

"The Impact of Price Levels on Product Line Demand," with Hubert Gatignon, AMA Causal Modeling Conference Proceedings, 1983, Sarasota, Florida, pp. 120-8.

"The Advertising Frequency Response Function: Testing Differences Across Brands," with Hubert Gatignon, ORSA/TIMS National Meetings, November 1983.

"An Optimal Control Approach to Response to Promotions," with Stephen E. Garrett and Shiv K. Gupta, ORSA/TIMS National Meetings, November 1983.

"Organizing Organizational Choice," with Robert J. Thomas and Rowland Moriarty, presented at ORSA/TIMS Market Measurement Conference, March 1982.

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

"Estimating Consumer Response to Advertising from Cross-Sectional Survey Data," with Paul W. Farris and William Moult, ORSA/TIMS, Toronto, May 1981.

"Projecting Served Market Growth for Strategic Planning Decisions," with John McCann, Marketing Strategy – Controlling the Marketing Effort, 7th International Research Seminar in Marketing, Senanque, France, June 1980, pp. M.1-M.17.

"Consistency in Relative Advertising and Relative Pricing Strategies: A Cross-Sectional Analysis of the PIMS Data," with Paul W. Farris, Marketing Measurement and Analysis, Proceedings of ORSA/TIMS Special Interest Conference, edited by David B. Montgomery and Dick R. Wittink, March 26-28, 1979, pp. 35-54.

"Averaging Individual Probabilities for the Prediction of Brand Switching Behavior," ORSA/TIMS, Hawaii, June 1979.

"Developing Marketing Strategy for Public Transportation: Insights for Attitude-Behavior Research," with Christopher H. Lovelock, International Seminar in Marketing, Senanque, France, June 1978.

"Robustness of Unit and Equal Weighting Linear Models for Dynamic Multivariate Decisions," with Herbert Moskowitz, Doyle L. Weiss and Kah Kee Chung, Modeling and Simulation; Proceedings of the Ninth Annual Pittsburgh Conference, Vol. 9, Part 2, University of Pittsburgh, 1978, pp. 575-582.

"Analysis of Dynamic Product Planning via the Principle of Optimality," with Herbert Moskowitz, Modeling and Simulation; Proceedings of the Ninth Annual Pittsburgh Conference, Vol. 9, Part 2, University of Pittsburgh, 1978, pp. 583-591.

"Can the Multi-Attribute Attitude Model Be Utilized to Predict Probabilities of Brand Choice?" Advances in Consumer Research, Vol. IV, 1976, pp. 111-16

"A Method for Analyzing Interdependent Decisions – Marketing Applications," with Herbert Moskowitz, AIDS Proceedings, 1976 National AIDS meeting, November 10-12, 1976.

"Conditional Versus Unconditional Analysis of Dynamic Decisions," with Herbert Moskowitz, Institute Paper No. 450, Institute for Research in the Behavioral, Economic and Management Sciences, Krannert Graduate School of Industrial Administration, Purdue University, April 1974. Presented at the Midwest AIDS Conference, May 1974.

"Halo Effects in Brand Belief Measurement: Implications of Attitude Model Development," with William L. Wilkie and John M. McCann, Proceedings, Fourth Annual Conference, Association for Consumer Research, November 1973.

**Working Papers**

"A Tale of Two Markets: Brand Capital, Liquidity and Asset Prices," Winston Wei Dou, Yan Ji, David Reibstein and Wei Wu (2017).

"How Managers Make Trade-offs Between Metrics When Making Marketing Budgetary Decisions," David J.

David J. Reibstein, Yakov Bart, Peter Lenk, and Ofer Mintz (2017).

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

## EXHIBIT 1

"Marketing Return on Investment: Seeking Clarity for Concept and Measurement," Paul W. Farris, Dominique M. Hanssens, James D. Lenskold, and David J. Reibstein, MSI Working Paper Series (2014), Report No. 14-108.

"Turf Wars: Product Line Strategies in Markets With Preference Based Segmentation," with Yogesh Joshi and John Zhang, Marketing Science (2013).

"Reinventing Training for the Global Information Age," with Jerry Wind

"Incumbents' response to competitive innovation: The role of competitors' behavior in determining response time" with Marion Debruyne, October 2001.

"Mobile e-Business: Disruptive Technology or Untethered Extension of Business as Usual?" with Tony O'Driscoll and Venkatesh Shankar, under review, Sloan Management Review.

"Market Share and Distribution: A Generalization, A Speculation, and Some Implications" with Paul Farris, April 1994.

"An Empirical Pooling Approach For Estimating Marketing Mix Elasticities With PIMS Data," with Venkatram Ramaswamy, Wayne S. DeSarbo, and William T. Robinson, University of Michigan, Working Paper, January 1992.

"Conjoint Analysis Reliability's Empirical Findings," with John Bateson and William Boulding, Wharton Working Paper.

"The Determinants of Strategic Marketing Rivalry: An Empirical Investigation," with Hubert Gatignon and Venkatram Ramaswamy, Wharton Working Paper.

"Conjoint Analysis Reliability and Validity: A Framework for Future Research," with John Bateson and William Boulding, Wharton Working Paper.

"Pooling Logit Models," with Hubert Gatignon, Wharton Working Paper No. 85-042, July 1985.

"Do Advertising Frequency Response Functions Differ by Brand and Segment," with Hubert Gatignon, Wharton Working Paper, August 1985.

"Marketing Shock or Marketing Schlock," with Leonard M. Lodish, Wharton Working Paper No. 84-008R, May 1985.

"Overcontrol in Advertising Experiments," with Paul W. Farris, Wharton Working Paper No. 83-024, July 1983.

"Benefit Segmentation: An Industrial Application," with Rowland T. Moriarity, Marketing Science Institute Working Paper, Report No. 82-110, November 1982.

"Do Traditional Forms of Segmentation Yield Benefit Segments - An Industrial Application," with Rowland Moriarty, MSI Working Paper, 1981.

"Using a Nonlinear Response Function in Estimating Advertising's Carry-Over Effects," with Paul W. Farris, Marketing Science Institute Technical Report, Cambridge, Massachusetts, August 1978. Report #79-107.

"Incorporating Marketing into Corporate Planning Models," with John M. McCann, Marketing Science Institute Technical Report, Cambridge, Massachusetts, August 1978.  Report #79-111.

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

"The Prediction of Individual Probabilities of Brand Choice," Harvard Business School Working Paper, August 1976.

"On Analyzing Interdependent Decisions in Marketing," with Herbert Moskowitz, Harvard Business School Working Paper, July 1976.

"Linking Market Segments Based on Derived Importance Weights to Household Characteristics," with Dick R. Wittink, Working Paper, August 1976.

"Market Segmentation via Derived Importance Weights," with John M. McCann and Dick R. Wittink, Institute Paper No. 518, Institute for Research in the Behavioral, Economic and Management Sciences, Krannert Graduate School of Industrial Administration, Purdue University, June 1976.

**Other Publications**

"Marketing Organization & Competency," *Certified Marketing Master (AMA CMM) Study Guide*, with Paul Farris, 2013, pp. 243-272. (Contributor)

"Innovation Metrics," *Wiley International Marketing Encyclopedia Product & Innovation Management*, with Venkatesh Shankar, 2011, Vol 5, pp. 91-96.

"Product Positioning," *Wiley International Marketing Encyclopedia Product & Innovation Management*, 2011, Vol 5. P. 203-204.

"Metrics for Linking Marketing to Financial Performance," *Marketing Science Institute Special Report*, with R. Srivastava, Winter 2005, p. 85-109.

"Roundtable Discussion: B2B Exchanges," with Sunil Gupta and John Paul MacDuffie, *Antitrust Magazine*, Fall 2000, Vol. 15, No. 1, pp. 8-16.

"Putting the Lesson Before the Test," with Mark Chussil, *Competitive Intelligence Review*, 1998.

"Roundtable Discussion: Business Strategy and Decision Making" with Harry First, Brian R. Henry, David J. Reibstein, Michael L. Weiner, Dennis A. Yao and Edward J. Zajac., 12:8, Antitrust Magazine (ABA), Spring 1998.

**Cases and Notes**

Kindle Fire (Wharton Case)
Piel Cosmetic (Wharton Case)
Viagra (Wharton Case)
Note on Marketing Research:  Process and Methods (9-579-136)*
Marketing Research and Information Systems, Technical Note: Computer-Based Simulation of Hinesbury Mills (4-579-097)*
Marketing Research and Information Systems, Technical Note: Cross-tabulation and the Chi-Square Test (9-574-001)*
MassNORML (A) (9-578-060)*
MassNORML (B) (1-579-106)*
MassNORML 8  (9-579-017)*
Olympia Brewing Company: Market Forecasting (A) (9-580-027)*
Olympia Brewing Company: Market Forecasting (B) (9-580-028)*
Olympia Brewing Company:  Market Forecasting (C)  (9-580-029)*
The Strategic Planning Institute: Marketing and the Briefing Session (A)*

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

## EXHIBIT 1

The Strategic Planning Institute:  Marketing and the Briefing Session (B)*
The Strategic Planning Institute:  Marketing and the Briefing Session (C)*
Attitude Research Project (A) and (B) Cases in Marketing Research, Hart, Reinholt and Winston, Chicago, 1975.

* Intercollegiate Case Clearing House, Soldiers Field, Boston, MA 02163

**Media Coverage**

**2003**

"At the Intersection," Teradata Magazine Interview together with Rick Staelin, Hugh Watson and Mark Jeffrey.1Q 2003. pp. 26-31.

"When Art Meets Science: The Challenge of ROI Marketing" Knowledge@Wharton, Business+Strategy, http://knowledge.wharton.upenn.edu/s+b/121603.html.

Article in the Sino-Manager (Chinese magazine) regarding speaking at a joint meeting WEMBA students and CEIBS students, pp.126-132.

Article in Business+Strategy on Marketing Metrics

Several citations in Wall Street Journal, New York Times, Sports Illustrated, Knowledge@Wharton

**2013**

"Nuts & Bolts – Attribution: In Your Face, Last Clickers!" Target Marketing Mag, http://www.targetmarketingmag.com/article/marketing-attribution-think-long-term-say-google-wharton-professor/1#

"A look at Philly's sneaker culture," Philly.com, http://articles.philly.com/2013-08-12/news/41337351_1_air-jordan-sneaker-fans-shoes

"Global Digital Marketing Forum Kicks off," MBCNEWS Korea, http://inews.imbc.com/replay/nwtoday/article/3328386_5782.html

"The CMO.com Interview: Wharton's Dr. David Reibstein," CMO.com, http://cmo.com/content/cmo-com/home/articles/2013/8/8/wharton_the_cmocom_interview.html

"Old Slogan Returns as United Asserts It Is Customer-Focused," The New York Times, http://mobile.nytimes.com/2013/09/20/business/media/old-slogan-returns-as-united-asserts-it- is-customer-focused.html?oq=levere%20friendly%20united&gs_l=mobile-heirloom-serp.12...3812.10388.0.16476.24.16.0.2.2.0.965.2116.5-2j1.3.0....0...1ac.1.24.mobile-heirloom-serp..21.3.1558.FQHRoRTeO0I&

**2014**

"Cheers to CVS for dropping tobacco, "Philadelphia Inquirer, http://articles.philly.com/2014-02-10/news/47171530_1_cvs-caremark-tobacco-in-store-clinics

"Kraft hits refresh button on vintage brands," Marketplace.org, http://www.marketplace.org/topics/business/kraft-hits-refresh-button-vintage-brands

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

## EXHIBIT 1

"Philadelphia: Straining for a slogan," Philadelphia Inquirer,
    http://www.philly.com/philly/news/20140430_Philadelphia_Straining_for_a_slogan.html

"The Bear Case For Uber (Yes, There Is One)," Forbes.com,
    http://www.forbes.com/sites/jeffbercovici/2014/07/28/the-bear-case-for-uber/#66bea8dd99f8

"Film directors want to give Kodak another artsy moment," Marketplace.org,
    http://www.marketplace.org/topics/business/film-directors-want-give-kodak-another-artsy-
    moment

"Consumer Products Companies are Seeking Less Shelf Space," Wall Street Journal,
    http://blogs.wsj.com/moneybeat/2014/08/01/consumer-products-companies-are-seeking-less-
    shelf-space/

"El verdadero peso," Dinero.com, http://www.dinero.com/edicion-impresa/informe-
    especial/articulo/mmarketing-variable-estrategica/201680

"Apple , Microsoft and Google are World's Most Valuable Brands," Forbes.com,
    http://www.forbes.com/sites/kurtbadenhausen/2014/11/05/apple-microsoft-and-google-are-
    worlds-most-valuable-brands/?partner=yahootix

"Measured Thoughts" Radio Show, SiriusXM, Channel 111, Monday's at 4-5 p.m. EST

**2015**

Sports Fans Questions, wallethub.com, http://wallethub.com/edu/best-worst-cities-for- football-
    fans/9691/#david-j-reibstein

"But First, A Word From 100 Podcasts' Sponsors," fivethirtyeight.com,
    http://fivethirtyeight.com/features/but-first-a-word-from-100-podcast-sponsors/, May 1, 2015

"Ido Aharoni: Why Brand Capital Is Part of National Security,"
    http://knowledge.wharton.upenn.edu/article/why-brand-capital-is-part-of-national-security/,
    May 1, 2015

"Arsenal are not as good as other people," untold-arsenal.com, http://untold- arsenal.com/archives/43962

"The Right Way to Calculate Marketing ROI, "forbes.com,
    http://www.forbes.com/sites/forbesinsights/2015/07/29/the-right-way-to-calculate-marketing- roi/

"A merger meant to shake up the sleepy mattress biz," marketplace.org,
    http://www.marketplace.org/2015/12/01/business/merger-meant-shake-sleepy-mattress-biz

**2016**

"It's safe to eat Chipotle burritos – and buy some stock," marketwatch.com,
    http://www.marketwatch.com/story/its-safe-to-eat-chipotle-burritos-and-buy-some-stock-2016-
    01-13?page=1, January 13, 2016.

"Why Countries Need to Sell Themselves," usnews.com, http://www.usnews.com/news/best-
    countries/articles/2016-01-20/why-countries-need-to-sell-themselves, January 20, 2016.

"Jimmy Kimmel Live! Jokes About Best Countries Report," hownationsbrand.com,
    http://www.hownationsbrand.com/#!jimmy-kimmel-transcript/eufvp, January 20, 2016.

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 1

"U.S. News Unveils 2016 Best Countries Rankings," usnews.com, http://www.usnews.com/news/best-countries/articles/us-news-unveils-best-countries-rankings, January 20, 2016.

"The world's countries, ranked – by Wharton," thedp.com, http://www.thedp.com/article/2016/02/wharton-best-countries, February 3, 2016.

"Apple Brand Could Become Casualty of FBI Tussle Over iPhone Hack," Bloomberg.com, http://www.bloomberg.com/news/articles/2016-02-24/apple-brand-could-become-casualty-of- fbi-tussle-over-iphone-hack, February 24, 2016.

"The global marketplace is changing too fast for complacency," ibm.com, http://www-935.ibm.com/services/c-suite/study/perspectives/david-reibstein/?S_TACT=M16603WW&cm_mmc=CSLT-Outbrain-CS-_-M16603WW-_-C-suite_Study_Launch_Teaser-_-david-reibstein, March 2016.

"The World's Most Valuable Brands 2016," forbes.com, http://www.forbes.com/sites/kurtbadenhausen/2016/05/11/the-worlds-most-valuable-brands/#18d0ae417561, May 11, 2016.

"Will Dancing with the Stars Redeem Ryan Lochte?," vanityfair.com, http://www.vanityfair.com/style/2016/08/ryan-lochte-dancing-with-the-stars, August 30, 2016.

"Brand India: How loudly can it lay siege?," The Economic Times, http://blogs.economictimes.indiatimes.com/the-needles-eye/brand-india-how-loudly-can-it-lay-siege/, October 20, 2016.

"India needs to improve entrepreneurship, quality of life," business-standard.com, http://www.business-standard.com/article/pti-stories/india-needs-to-improve-on- entrepreneurship-quality-of-life-116102100939_1.html, October 21, 2016.

"Why Nations Need to Brand Themselves," usnews.com, http://www.usnews.com/news/best-countries/articles/2016-10-31/why-nations-need-to-brand-themselves, October 31, 2016.

"Wharton conference looks at how branding effects countries," thedp.com, http://www.thedp.com:8080/article/2016/10/how-branding-effects-countries, October 31, 2016.

"America Is Great and Can Be Greater," usnews.com, http://www.usnews.com/news/best-countries/articles/2016-11-04/whats-it-really-going-to-take-to-make-america-even-greater, November 4, 2016.

**2017**

"Is Brand America Tanking?," forbes.com, https://www.forbes.com/sites/andrewlevine2/2017/03/28/is-brand-america- tanking/#235f4a616b99, March 28, 2017.

"Visa Credit Card Questions," wallethub.com, https://wallethub.com/credit-cards/visa/?v=0#David_J._Reibstein, April 24, 2017.

"Yo, Philly@ We crunched the numbers and we're not Amazon's prime location," philly.com, http://www.philly.com/philly/business/tool-where-amazon-headquarters-should-go.html, September 27, 2017.

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

"The entrepreneurial spirit and all the innovation in China are dramatic, US expert," New China TV,
https://www.youtube.com/watch?v=pIegux1lwTI&feature=youtu.be, October 5, 2017.

"Image of China changes at "china speed," U.S. experts say," New China,
http://news.xinhuanet.com/english/2017-10/07/c_136662621.htm, October 10, 2017.

"Atlanta Given Best Gambling Odds To Land Amazon's HQ2," WABE.org, https://www.wabe.org/atlanta-
odds-amazons-hq2/, October 26, 2017.

"When Disruption Happens, What's the Best Way for Brands to Respond?" ana.net,
https://www.ana.net/magazines/show/id/ana-2017-11-how-brands-should-deal-with-disruption,
November 17, 2017.

**2018**

"Best Countries in the world report: Why SA Ranks 39 and the US is falling," biznews.com,
https://www.biznews.com/wef/davos-2018/2018/01/23/best-countries-world-report-sa-us/, January
23, 2018.

**Knowledge@Wharton**

When a Black Tee Shirt Is More than a Black Tee Shirt: Why Brands Aren't Losing Their Luster
The Price Is Right, but Maybe It's Not, and How Do You Know?
Blu-ray vs. HD-DVD: Knocking Each Other Out?
Brand It Like Beckham: Can the Soccer Star Sustain the Hype?
Verizon's High-Speed Network: If They Build It, Will You Come?
Marketing for the Bottom Line
Death in the Middle: Why Consumers Seek Value at the Top and Bottom of Markets
Marketing Metrics and Financial Performance
Finding New Opportunities to Market 'Lost' and Other TV Shows
Burgers and Other Goods in the Blink of an Eye: How Effective Are Short Ads?
The Coffee Wars Heat Up: New Strategies to Jolt the Caffeine-Conscious Consumer
Farewell, Peter Drucker: A Tribute to an Intellectual Giant
When Art Meets Science: The Challenge of ROI Marketing
Why the Red Sox Brand Keeps Hitting Home Runs
Managing Brands in Global Markets: One Size Doesn't Fit All
Million Dollar Booboo, Or Are the Oscars Still Golden?
Boy Meets Girl: Gillette and P&G Hood up Their Brands
The $2.4 Million Question: What is the ROI for Super Bowl Ads?
James Bond's BMW and Other Product Placements: New, Racier Ways to Advertise
Connecting Marketing Metrics to Financial Consequences:
Executives Trade Stories on the Challenges of Doing Business in a Global Economy
Whither Global Inequality? Reviving an Old Debate
Companies Must Learn to Achieve the Price Advantage (or Pay the Price)
Low-carb, High-arg: What's a Baker/Pasta Maker to Do?
When the CEO is the Brand, but Falls from Grace, What's Next?
Darn Those Pop-Up Ads! They're Maddening, but Do They Work?
Finding a Link between Shareholder Value and Social Good
In Service Businesses, Does Growth Always Lead to Profits? Think Again
Is the Happy Meal over for McDonald's?
Marketers Turn to Metrics to Measure the Impact of Their Initiatives
What's in a Name? Not Much Without a Branding Strategy
Will Commission Cuts Kill the Small Travel Agent?
The Failure of Customization: Or Why People Don't Buy Jeans Online

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

The Microsoft Settlement: A Remedy That Pleases Almost No One
Will Consumers Be Willing to Pay for their Formerly Free Lunch on the Internet?
Can Priceline Remain Profitable?
How Companies Sponsor, Listen In and Learn from Chat Rooms
Starting a Business Today: Less Competition But Also Less Cash
Despite a Turbulent Take-off, Orbitz Is in Demand
Can You Learn Anything from These Sites' XXXpertise?
Winners and Losers in the E-Commerce Shakeout
The Problem with Priceline
Just-in-Time Education: Learning in the Global Information Age
What's Behind the Food Industry's Appetite for Mergers
How to Keep Customers In Line for Your Online Business
Christmas E-tailers: Will It Be Ho-Ho or So-So?
Who's Buying on the Internet? (See also the full article as published)
Market Share and Distribution: A Generalization, A Speculation, and Some Implications
Introduction to the Special Issue on B2B Research
Backlash: How Early Adopters React When the Mass Market Embraces a New Brand
Market Segmentation:  Connecting Data to Decisions with Customer Analytics
Can Ello – or Any Social Network – Take on Facebook?
Billions in the Balance: Why Managing a Nation's Brand Matters
Nation Branding: Perception Can Be Reality – So Manage It
How Should China Change Its National Brand?
Why Retailers Could Pay a Price for Not Accepting Mobile Payments
The Death of the Daily Deal
The Headquarters Checklist: How Do Companies Pick a Location?

**PROFESSIONAL AFFILIATIONS**

American Marketing Association Association for Consumer Research Beta Gamma Sigma Society
Marketing Science Institute, Executive Directors Council ORSA/TIMS

**INDUSTRIAL EMPLOYMENT**

Hoffman-LaRoche Pharmaceuticals, Sauter Laboratories, Clifton, New Jersey, Summers, 1970 and 1971:
Marketing Department; major responsibilities consisted of training of salesmen, merchandising and sales.

Management Education:

More than 300 companies.

Consulting:

Marketing Consulting Activities have involved a variety of firms, such as:

Google
 AT&T, Basking Ridge, New Jersey
 General Electric, Fairfield, Connecticut
 Hewlett Packard, Palo Alto
 Intercontinental Hotels, New York, New York
 Rohm and Haas, Philadelphia
 Merck Pharmaceuticals, NY, NY
 Dow Chemical, Midland, Michigan
 British Airways, London, England

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 1**

Johnson & Johnson
Novartis SCJohnson Shell Oil

Boards:

General Information, Philadelphia, Pennsylvania, Board of Directors, 1982-1986
American Councils, National Board of Senior Advisors, 1991 – Current
MEE Productions, Board of Directors, 1991-1997
Fleisher Art Memorial, Board of Directors, 1997-2006
And1, Board of Directors, 1993-2006
Advanced Competitive Strategies, Inc., 1985-2001
Bizrate/Shopzilla, Board of Directors, 1996-2006
Xmpie, Board of Directors, 2001-2006
Marketing Letters, A Journal of Research in Marketing, Editorial Board, 2001 – Current
CMO Partners, 2004 – 2007
Charles Coolidge Parlin, Board of Governors, 2007 – Current
Marketing NPV, Managing Partner, 2007 – 2011
American Marketing Association, Board of Directors, 2007 – 2014
American Marketing Association, VP Treasurer/Secretary, 2009 – 2010
American Marketing Association, Chairman Elect, 2011-2012
American Marketing Association, Chairman, 2012-2013
American Marketing Association, Immediate Past Chairman, 2013-2014
Marketing Accountability Standards Board, Charter Director, 2010 – Current SEI
Site Intelligence/iJento, 2010-2012
International Commerce Review Board, 2010 – Current
Marketing Science Institute – Former Executive Director
mAdtivity Board of Directors, 2012 - Current

Advisory Boards

IPSS
ISBM
BazaarVoice
VoiceStar
Hooja
BuySafe
Merchant Circle
PetSmart
Mentor Tech
IPSS
Wharton Publishing
Knowledge@Wharton
Camileonheels
LandRoller
Commission on Graduates of Foreign Nursing Schools
Fallon, McElligott & Rice Advertising Agency, Minneapolis, Minnesota Board of Consultants,
   1982 - 1986
American Council of Teachers of Russian, American Council for Collaboration in Education and
   Language Study (ACTR-ACCELS); Board of Senior Advisors
Senior Homes
MarketShare

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

## EXHIBIT 1

### REIBSTEIN TESTIMONY IN THE LAST FOUR YEARS

| Case | On Behalf Of | Testimony |
|---|---|---|
| POM Wonderful v. FTC | POM Wonderful | Trial |
| POM Wonderful v. Ocean Spray Cranberries | POM Wonderful | Deposition |
| In re: POM Wonderful | POM Wonderful | Deposition |
| Shire v. GSK | Shire | None |
| Apple v. Samsung | Samsung | Deposition and trial |
| Smartflash v. Samsung | Samsung | Deposition |
| GlamGlow v. Natalie Roche | GlamGlow | Arbitration testimony |
| ContentGuard v. Google | Google | Deposition and trial |
| SimpleAir v. Google | Google | Deposition |
| Largan v. Samsung | Samsung | Deposition |
| Greenberg Smoked Turkey v. IAC | IAC | Deposition |
| In re Scotts EZ Seed | Scotts EZ Seed | Deposition |
| Todd, et al. v. Tempur Sealy | Tempur Sealy | Deposition |
| Hankinson v. Rooms to Go Furniture Corp et al. | Rooms to Go Furniture Corp et al. | Deposition |
| NetScout v. Gartner | Gartner | Deposition |
| SNMP v. Nortel | Nortel | Deposition |
| Glenn v. Hyundai | Hyundai | Deposition |
| Coca-Cola v. Commissioner of Internal Revenue | Commissioner of Internal Revenue | Deposition |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 2

DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
| --- | --- | --- |
| APL7940001435803 | – | APL7940001435804 |
| APL7940001440844 | | |
| APL-ITC796-0000206845 | – | APL-ITC796-0000206962 |
| APLMDC00032473 | – | PLMDC00032478 |
| APLPROS0000011134 | – | APLPROS00000111368 |
| APLNDC0000036172 | – | APLNDC0000036348 |
| APLNDC0001434059 | – | APLNDC0001434154 |
| APLNDC0002008363 | – | APLNDC0002008405 |
| APLNDC0002155318 | – | APLNDC0002155322 |
| APLNDC0002155335 | – | APLNDC0002155338 |
| APLNDC0002169993 | – | APLNDC0002169994 |
| APLNDC0002203457 | – | APLNDC0002203482 |
| APLNDC0002640958 | – | APLNDC0002641004 |
| APLNDC0002831037 | – | APLNDC0002831088 |
| APLNDC0002876270 | – | APLNDC0002876320 |
| APLNDC00030421 | – | APLNDC00030425 |
| APLNDC-WH0004000000 | – | APLNDC-WH0004000456 |
| APLNDC-WH0004000959 | – | APLNDC-WH0004000968 |
| APLNDC-WH0004001352 | – | APLNDC-WH0004001366 |
| APLNDC-WH-A0000026142 | – | APLNDC-WH-A0000026144 |
| APLNDC-X0000006548 | – | APLNDC-X0000006647 |
| APLNDC-X0000007528 | | |
| APLNDC-X0000007533 | – | APLNDC-X0000007537 |
| APLNDC-X0000007539 | – | APLNDC-X0000007548 |
| APLNDC-X0000007550 | – | APLNDC-X0000007555 |
| APLNDC-X0000007558 | – | APLNDC-X0000007564 |
| APLNDC-X0000007573 | – | APLNDC-X0000007576 |
| APLNDC-X0000007580 | – | APLNDC-X0000007582 |
| APLNDC-X0000007592 | – | APLNDC-X0000007596 |
| APLNDC-X0000007606 | – | APLNDC-X0000007613 |
| APLNDC-X0000007624 | – | APLNDC-X0000007628 |
| APLNDC-X0000007650 | – | APLNDC-X0000007652 |
| APLNDC-X0000007667 | – | APLNDC-X0000007672 |
| APLNDC-X0000007680 | – | APLNDC-X0000007684 |
| APLNDC-Y0000025024 | – | APLNDC-Y0000025147 |
| APLNDC-Y0000027256 | – | APLNDC-Y0000027422 |
| APLNDC-Y0000029092 | – | APLNDC-Y0000029135 |
| APLNDC-Y0000055301 | – | APLNDC-Y0000055305 |
| APLNDC-Y0000142002 | – | APLNDC-Y0000142012 |
| APLNDC-Y0000142052 | – | APLNDC-Y0000142054 |
| APLNDC-Y0000148044 | – | APLNDC-Y0000148073 |
| APLNDC-Y0000233322 | | |
| APLNDC-Y0000233341 | – | APLNDC-Y0000233346 |
| APLNDC-Y0000234831 | – | APLNDC-Y0000234837 |
| APLNDC-Y0000235785 | – | APLNDC-Y0000235790 |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 2

DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
|---|---|---|
| APLNDC-Y0000235973 | – | APLNDC-Y0000235976 |
| APLNDC-Y0000237361 | – | APLNDC-Y0000237371 |
| APLNDC-Y0000408220 | – | APLNDC-Y0000408223 |
| APLPROS0000011118 | – | APLPROS0000011133 |
| BBY_SAMSUNG_0003261 | | |
| BBY_SAMSUNG_0003265 | | |
| BBY_SAMSUNG_0003609 | | |
| BBY_SAMSUNG_0003625 | | |
| BBY_SAMSUNG_0003673 | | |
| BBY_SAMSUNG_0003693 | | |
| BBY_SAMSUNG_0003723 | | |
| BBY_SAMSUNG_0003750 | | |
| BBY_SAMSUNG_0003782 | | |
| BBY_SAMSUNG_0003798 | | |
| BBY_SAMSUNG_0003801 | | |
| BBY_SAMSUNG_0003872 | | |
| BBY_SAMSUNG_0003895 | | |
| BBY_SAMSUNG_0004053 | | |
| BBY_SAMSUNG_0004059 | | |
| BBY_SAMSUNG_0004119 | | |
| BBY_SAMSUNG_0004200 | | |
| BBY_SAMSUNG_0004318 | | |
| BBY_SAMSUNG_0004405 | | |
| BBY_SAMSUNG_0004437 | | |
| BBY_SAMSUNG_0004439 | | |
| BBY_SAMSUNG_0004462 | | |
| BBY_SAMSUNG_0004465 | | |
| BBY_SAMSUNG_0004518 | | |
| BBY_SAMSUNG_0004551 | | |
| BBY_SAMSUNG_0004553 | | |
| BBY_SAMSUNG_0004632 | | |
| BBY_SAMSUNG_0004759 | | |
| BBY_SAMSUNG_0004770 | | |
| BBY_SAMSUNG_0004772 | | |
| BBY_SAMSUNG_0004802 | | |
| BBY_SAMSUNG_0004860 | | |
| BBY_SAMSUNG_0004893 | | |
| BBY_SAMSUNG_0004897 | | |
| BBY_SAMSUNG_0004899 | | |
| BBY_SAMSUNG_0004999 | | |
| BBY_SAMSUNG_0005026 | | |
| BBY_SAMSUNG_0005203 | | |
| BBY_SAMSUNG_0005208 | – | BBY_SAMSUNG_0005209 |
| BBY_SAMSUNG_0005333 | | |
| BBY_SAMSUNG_0005335 | – | BBY_SAMSUNG_0005336 |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 2

DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
|---|---|---|
| BBY_SAMSUNG_0005363 | | |
| BBY_SAMSUNG_0005428 | | |
| BBY_SAMSUNG_0005430 | | |
| BBY_SAMSUNG_0005493 | | |
| BBY_SAMSUNG_0005496 | | |
| BBY_SAMSUNG_0005498 | | |
| BBY_SAMSUNG_0005526 | | |
| BBY_SAMSUNG_0005572 | | |
| BBY_SAMSUNG_0005623 | | |
| BBY_SAMSUNG_0005627 | – | BBY_SAMSUNG_0005628 |
| BBY_SAMSUNG_0005690 | | |
| BBY_SAMSUNG_0005695 | | |
| BBY_SAMSUNG_0005703 | | |
| BBY_SAMSUNG_0005804 | | |
| BBY_SAMSUNG_0005824 | | |
| BBY_SAMSUNG_0005827 | | |
| BBY_SAMSUNG_0005832 | | |
| BBY_SAMSUNG_0005889 | | |
| BBY_SAMSUNG_0005920 | | |
| BBY_SAMSUNG_0005925 | | |
| BBY_SAMSUNG_0005927 | | |
| BBY_SAMSUNG_0005929 | | |
| BBY_SAMSUNG_0005990 | | |
| BBY_SAMSUNG_0006206 | | |
| BBY_SAMSUNG_0006393 | | |
| BBY_SAMSUNG_0006397 | – | BBY_SAMSUNG_0006398 |
| BBY_SAMSUNG_0006402 | – | BBY_SAMSUNG_0006403 |
| BBY_SAMSUNG_0006470 | – | BBY_SAMSUNG_0006471 |
| BBY_SAMSUNG_0006652 | – | BBY_SAMSUNG_0006653 |
| BBY_SAMSUNG_0006780 | – | BBY_SAMSUNG_0006781 |
| BBY_SAMSUNG_0006799 | | |
| BBY_SAMSUNG_0006829 | | |
| BBY_SAMSUNG_0006834 | | |
| BBY_SAMSUNG_0006844 | | |
| BBY_SAMSUNG_0006861 | | |
| BBY_SAMSUNG_0006903 | | |
| BBY_SAMSUNG_0006927 | | |
| BBY_SAMSUNG_0006931 | – | BBY_SAMSUNG_0006933 |
| BBY_SAMSUNG_0006935 | – | BBY_SAMSUNG_0006937 |
| BBY_SAMSUNG_0007031 | | |
| BBY_SAMSUNG_0007092 | – | BBY_SAMSUNG_0007094 |
| BBY_SAMSUNG_0007149 | | |
| BBY_SAMSUNG_0007185 | | |
| BBY_SAMSUNG_0007202 | | |
| BBY_SAMSUNG_0007270 | | |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 2

DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
| --- | --- | --- |
| BBY_SAMSUNG_0007366 | | |
| BBY_SAMSUNG_0007368 | – | BBY_SAMSUNG_0007370 |
| BBY_SAMSUNG_0007438 | | |
| BBY_SAMSUNG_0007468 | – | BBY_SAMSUNG_0007471 |
| BBY_SAMSUNG_0007578 | – | BBY_SAMSUNG_0007579 |
| BBY_SAMSUNG_0007779 | | |
| BBY_SAMSUNG_0007781 | | |
| BBY_SAMSUNG_0007839 | | |
| BBY_SAMSUNG_0007923 | | |
| BBY_SAMSUNG_0007976 | – | BBY_SAMSUNG_0007979 |
| BBY_SAMSUNG_0008095 | | |
| BBY_SAMSUNG_0008100 | | |
| BBY_SAMSUNG_0008323 | | |
| BBY_SAMSUNG_0008480 | | |
| BBY_SAMSUNG_0008545 | | |
| BBY_SAMSUNG_0008548 | | |
| BBY_SAMSUNG_0008634 | | |
| BBY_SAMSUNG_0008715 | – | BBY_SAMSUNG_0008716 |
| BBY_SAMSUNG_0008718 | | |
| BBY_SAMSUNG_0008817 | | |
| BBY_SAMSUNG_0008951 | | |
| BBY_SAMSUNG_0009054 | | |
| BBY_SAMSUNG_0009056 | | |
| BBY_SAMSUNG_0009132 | – | BBY_SAMSUNG_0009136 |
| BBY_SAMSUNG_0009269 | – | BBY_SAMSUNG_0009270 |
| BBY_SAMSUNG_0009272 | | |
| BBY_SAMSUNG_0009276 | | |
| BBY_SAMSUNG_0009344 | – | BBY_SAMSUNG_0009345 |
| BBY_SAMSUNG_0009375 | | |
| BBY_SAMSUNG_0009378 | | |
| BBY_SAMSUNG_0009380 | | |
| BBY_SAMSUNG_0009382 | | |
| BBY_SAMSUNG_0009528 | | |
| BBY_SAMSUNG_0009530 | | |
| BBY_SAMSUNG_0010012 | | |
| BBY_SAMSUNG_0010024 | | |
| BBY_SAMSUNG_0010043 | – | BBY_SAMSUNG_0010044 |
| BBY_SAMSUNG_0010097 | – | BBY_SAMSUNG_0010099 |
| BBY_SAMSUNG_0010261 | | |
| BBY_SAMSUNG_0010273 | | |
| BBY_SAMSUNG_0010305 | | |
| BBY_SAMSUNG_0010310 | | |
| BBY_SAMSUNG_0010316 | | |
| BBY_SAMSUNG_0010363 | | |
| BBY_SAMSUNG_0010365 | | |

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 2**

**DOCUMENTS REVIEWED AND/OR RELIED UPON**

| Bates Documents | | |
|---|---|---|
| BBY_SAMSUNG_0010380 | | |
| BBY_SAMSUNG_0010423 | | |
| BBY_SAMSUNG_0010514 | – | BBY_SAMSUNG_0010517 |
| BBY_SAMSUNG_0010885 | | |
| BBY_SAMSUNG_0010892 | | |
| BBY_SAMSUNG_0010894 | | |
| BBY_SAMSUNG_0010990 | | |
| BBY_SAMSUNG_0010992 | | |
| BBY_SAMSUNG_0011075 | | |
| BBY_SAMSUNG_0011194 | | |
| BBY_SAMSUNG_0011307 | | |
| BBY_SAMSUNG_0011316 | | |
| BBY_SAMSUNG_0011320 | | |
| BBY_SAMSUNG_0011345 | | |
| BBY_SAMSUNG_0011348 | | |
| BBY_SAMSUNG_0011395 | | |
| BBY_SAMSUNG_0011436 | | |
| BBY_SAMSUNG_0011445 | | |
| BBY_SAMSUNG_0011486 | | |
| BBY_SAMSUNG_0011535 | | |
| BBY_SAMSUNG_0011537 | | |
| BBY_SAMSUNG_0011593 | | |
| BBY_SAMSUNG_0011659 | – | BBY_SAMSUNG_0011661 |
| BBY_SAMSUNG_0011724 | | |
| BBY_SAMSUNG_0011750 | – | BBY_SAMSUNG_0011751 |
| BBY_SAMSUNG_0011844 | | |
| BBY_SAMSUNG_0011866 | | |
| BBY_SAMSUNG_0011871 | | |
| BBY_SAMSUNG_0011980 | | |
| BBY_SAMSUNG_0012026 | | |
| BBY_SAMSUNG_0012103 | | |
| BBY_SAMSUNG_0012153 | | |
| BBY_SAMSUNG_0012300 | | |
| BBY_SAMSUNG_0012369 | | |
| BBY_SAMSUNG_0012391 | | |
| BBY_SAMSUNG_0012417 | | |
| BBY_SAMSUNG_0012529 | | |
| BBY_SAMSUNG_0012600 | | |
| BBY_SAMSUNG_0012611 | | |
| BBY_SAMSUNG_0012666 | | |
| BBY_SAMSUNG_0012711 | | |
| BBY_SAMSUNG_0012762 | | |
| BBY_SAMSUNG_0012775 | | |
| BBY_SAMSUNG_0013084 | | |
| BBY_SAMSUNG_0013105 | | |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 2

DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
|---|---|---|
| BBY_SAMSUNG_0013118 | | |
| BBY_SAMSUNG_0013165 | | |
| BBY_SAMSUNG_0013208 | | |
| BBY_SAMSUNG_0013258 | | |
| BBY_SAMSUNG_0013302 | – | BBY_SAMSUNG_0013303 |
| BBY_SAMSUNG_0013305 | | |
| BBY_SAMSUNG_0013402 | – | BBY_SAMSUNG_0013403 |
| BBY_SAMSUNG_0013406 | | |
| BBY_SAMSUNG_0013522 | | |
| BBY_SAMSUNG_0013617 | | |
| BBY_SAMSUNG_0013755 | | |
| BBY_SAMSUNG_0013913 | | |
| BBY_SAMSUNG_0013915 | | |
| BBY_SAMSUNG_0013938 | | |
| BBY_SAMSUNG_0014240 | | |
| BBY_SAMSUNG_0014375 | | |
| BBY_SAMSUNG_0014433 | | |
| BBY_SAMSUNG_0014609 | | |
| BBY_SAMSUNG_0014811 | | |
| BBY_SAMSUNG_0014823 | | |
| BBY_SAMSUNG_0014828 | | |
| BBY_SAMSUNG_0014838 | | |
| BBY_SAMSUNG_0014873 | | |
| BBY_SAMSUNG_0014949 | | |
| BBY_SAMSUNG_0015089 | | |
| BBY_SAMSUNG_0015162 | | |
| BBY_SAMSUNG_0015198 | | |
| BBY_SAMSUNG_0015267 | | |
| BBY_SAMSUNG_0015270 | | |
| BBY_SAMSUNG_0015408 | | |
| BBY_SAMSUNG_0015582 | | |
| BBY_SAMSUNG_0015590 | | |
| BBY_SAMSUNG_0015641 | | |
| BBY_SAMSUNG_0015684 | | |
| BBY_SAMSUNG_0015686 | | |
| BBY_SAMSUNG_0015809 | | |
| BBY_SAMSUNG_0015919 | | |
| BBY_SAMSUNG_0015923 | | |
| BBY_SAMSUNG_0016004 | | |
| BBY_SAMSUNG_0016061 | – | BBY_SAMSUNG_0016062 |
| BBY_SAMSUNG_0016167 | – | BBY_SAMSUNG_0016168 |
| BBY_SAMSUNG_0016343 | | |
| BBY_SAMSUNG_0016471 | | |
| BBY_SAMSUNG_0016497 | | |
| BBY_SAMSUNG_0016525 | | |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 2

DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
|---|---|---|
| BBY_SAMSUNG_0016548 | | |
| BBY_SAMSUNG_0016573 | | |
| BBY_SAMSUNG_0016647 | | |
| BBY_SAMSUNG_0016684 | | |
| BBY_SAMSUNG_0016807 | – | BBY_SAMSUNG_0016808 |
| BBY_SAMSUNG_0016953 | | |
| BBY_SAMSUNG_0017074 | | |
| BBY_SAMSUNG_0017097 | | |
| BBY_SAMSUNG_0017199 | | |
| BBY_SAMSUNG_0017294 | | |
| BBY_SAMSUNG_0017316 | | |
| BBY_SAMSUNG_0017329 | | |
| BBY_SAMSUNG_0017388 | | |
| BBY_SAMSUNG_0017393 | | |
| BBY_SAMSUNG_0017429 | – | BBY_SAMSUNG_0017430 |
| BBY_SAMSUNG_0017435 | | |
| BBY_SAMSUNG_0017440 | | |
| BBY_SAMSUNG_0017450 | | |
| BBY_SAMSUNG_0017518 | | |
| BBY_SAMSUNG_0017543 | | |
| BBY_SAMSUNG_0017547 | | |
| BBY_SAMSUNG_0017644 | | |
| BBY_SAMSUNG_0017648 | | |
| BBY_SAMSUNG_0017660 | | |
| BBY_SAMSUNG_0017698 | | |
| BBY_SAMSUNG_0017889 | | |
| BBY_SAMSUNG_0017891 | | |
| BBY_SAMSUNG_0017966 | | |
| BBY_SAMSUNG_0017968 | | |
| BBY_SAMSUNG_0018111 | – | BBY_SAMSUNG_0018112 |
| BBY_SAMSUNG_0018205 | | |
| BBY_SAMSUNG_0018243 | | |
| BBY_SAMSUNG_0018245 | | |
| BBY_SAMSUNG_0018250 | | |
| BBY_SAMSUNG_0018291 | | |
| BBY_SAMSUNG_0018295 | | |
| BBY_SAMSUNG_0018321 | | |
| BBY_SAMSUNG_0018426 | – | BBY_SAMSUNG_0018427 |
| BBY_SAMSUNG_0018730 | | |
| BBY_SAMSUNG_0018838 | | |
| BBY_SAMSUNG_0018952 | | |
| BBY_SAMSUNG_0018954 | | |
| BBY_SAMSUNG_0018994 | | |
| BBY_SAMSUNG_0019060 | | |
| BBY_SAMSUNG_0019063 | | |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 2

DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
|---|---|---|
| BBY_SAMSUNG_0019078 | | |
| BBY_SAMSUNG_0019104 | | |
| BBY_SAMSUNG_0019148 | | |
| BBY_SAMSUNG_0019153 | | |
| BBY_SAMSUNG_0019193 | | |
| BBY_SAMSUNG_0019198 | | |
| BBY_SAMSUNG_0019221 | | |
| BBY_SAMSUNG_0019329 | – | BBY_SAMSUNG_0019331 |
| BBY_SAMSUNG_0019466 | | |
| BBY_SAMSUNG_0019468 | | |
| BBY_SAMSUNG_0019470 | | |
| BBY_SAMSUNG_0019606 | | |
| BBY_SAMSUNG_0019616 | | |
| BBY_SAMSUNG_0019658 | | |
| BBY_SAMSUNG_0019725 | | |
| BBY_SAMSUNG_0019843 | | |
| BBY_SAMSUNG_0019848 | | |
| BBY_SAMSUNG_0019861 | | |
| BBY_SAMSUNG_0019930 | | |
| BBY_SAMSUNG_0019935 | | |
| BBY_SAMSUNG_0019988 | | |
| BBY_SAMSUNG_0019991 | | |
| BBY_SAMSUNG_0020127 | | |
| BBY_SAMSUNG_0020129 | | |
| BBY_SAMSUNG_0020181 | | |
| BBY_SAMSUNG_0020183 | | |
| BBY_SAMSUNG_0020193 | – | BBY_SAMSUNG_0020197 |
| BBY_SAMSUNG_0020199 | | |
| BBY_SAMSUNG_0020206 | | |
| BBY_SAMSUNG_0020242 | – | BBY_SAMSUNG_0020244 |
| BBY_SAMSUNG_0020246 | – | BBY_SAMSUNG_0020247 |
| BBY_SAMSUNG_0020336 | – | BBY_SAMSUNG_0020338 |
| BBY_SAMSUNG_0020402 | | |
| BBY_SAMSUNG_0020483 | | |
| BBY_SAMSUNG_0020515 | | |
| BBY_SAMSUNG_0020695 | | |
| BBY_SAMSUNG_0020804 | | |
| BBY_SAMSUNG_0020812 | | |
| BBY_SAMSUNG_0020814 | | |
| BBY_SAMSUNG_0020840 | | |
| BBY_SAMSUNG_0020945 | | |
| BBY_SAMSUNG_0020980 | | |
| BBY_SAMSUNG_0021013 | | |
| BBY_SAMSUNG_0021093 | | |
| BBY_SAMSUNG_0021126 | | |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 2

DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
|---|---|---|
| BBY_SAMSUNG_0021128 | – | BBY_SAMSUNG_0021129 |
| BBY_SAMSUNG_0021211 | | |
| BBY_SAMSUNG_0021229 | | |
| BBY_SAMSUNG_0021354 | – | BBY_SAMSUNG_0021356 |
| BBY_SAMSUNG_0021408 | | |
| BBY_SAMSUNG_0021441 | | |
| BBY_SAMSUNG_0021574 | | |
| BBY_SAMSUNG_0021581 | | |
| BBY_SAMSUNG_0021739 | – | BBY_SAMSUNG_0021740 |
| BBY_SAMSUNG_0021898 | | |
| BBY_SAMSUNG_0021924 | – | BBY_SAMSUNG_0021925 |
| BBY_SAMSUNG_0021929 | | |
| BBY_SAMSUNG_0021945 | | |
| BBY_SAMSUNG_0022013 | | |
| BBY_SAMSUNG_0022018 | | |
| BBY_SAMSUNG_0022066 | – | BBY_SAMSUNG_0022068 |
| BBY_SAMSUNG_0022070 | – | BBY_SAMSUNG_0022075 |
| BBY_SAMSUNG_0022083 | | |
| BBY_SAMSUNG_0022121 | – | BBY_SAMSUNG_0022123 |
| BBY_SAMSUNG_0022133 | | |
| BBY_SAMSUNG_0022162 | | |
| BBY_SAMSUNG_0022198 | | |
| BBY_SAMSUNG_0022201 | | |
| BBY_SAMSUNG_0022220 | | |
| BBY_SAMSUNG_0022348 | | |
| BBY_SAMSUNG_0022387 | | |
| BBY_SAMSUNG_0022567 | – | BBY_SAMSUNG_0022568 |
| BBY_SAMSUNG_0022653 | – | BBY_SAMSUNG_0022655 |
| BBY_SAMSUNG_0022693 | | |
| BBY_SAMSUNG_0022779 | | |
| BBY_SAMSUNG_0022819 | – | BBY_SAMSUNG_0022821 |
| BBY_SAMSUNG_0023047 | | |
| BBY_SAMSUNG_0023060 | | |
| BBY_SAMSUNG_0023089 | | |
| BBY_SAMSUNG_0023101 | | |
| BBY_SAMSUNG_0023162 | | |
| BBY_SAMSUNG_0023240 | | |
| BBY_SAMSUNG_0023340 | | |
| BBY_SAMSUNG_0023411 | | |
| BBY_SAMSUNG_0023557 | – | BBY_SAMSUNG_0023559 |
| BBY_SAMSUNG_0023617 | | |
| BBY_SAMSUNG_0023688 | | |
| BBY_SAMSUNG_0023701 | | |
| BBY_SAMSUNG_0023742 | | |
| BBY_SAMSUNG_0023863 | | |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 2**

**DOCUMENTS REVIEWED AND/OR RELIED UPON**

| Bates Documents | | |
|---|---|---|
| BBY_SAMSUNG_0023999 | – | BBY_SAMSUNG_0024001 |
| BBY_SAMSUNG_0024033 | – | BBY_SAMSUNG_0024034 |
| BBY_SAMSUNG_0024043 | | |
| BBY_SAMSUNG_0024046 | – | BBY_SAMSUNG_0024048 |
| BBY_SAMSUNG_0024061 | | |
| BBY_SAMSUNG_0024066 | | |
| BBY_SAMSUNG_0024106 | | |
| BBY_SAMSUNG_0024120 | | |
| BBY_SAMSUNG_0024178 | | |
| BBY_SAMSUNG_0024185 | | |
| BBY_SAMSUNG_0024203 | | |
| BBY_SAMSUNG_0024228 | – | BBY_SAMSUNG_0024230 |
| BBY_SAMSUNG_0024298 | – | BBY_SAMSUNG_0024300 |
| BBY_SAMSUNG_0024303 | | |
| BBY_SAMSUNG_0024457 | | |
| BBY_SAMSUNG_0024523 | | |
| BBY_SAMSUNG_0024544 | | |
| BBY_SAMSUNG_0024687 | | |
| BBY_SAMSUNG_0024872 | | |
| BBY_SAMSUNG_0024965 | | |
| BBY_SAMSUNG_0024979 | | |
| BBY_SAMSUNG_0024994 | | |
| BBY_SAMSUNG_0025033 | | |
| BBY_SAMSUNG_0025037 | | |
| BBY_SAMSUNG_0025042 | – | BBY_SAMSUNG_0025044 |
| BBY_SAMSUNG_0025067 | | |
| BBY_SAMSUNG_0025072 | | |
| BBY_SAMSUNG_0025100 | | |
| BBY_SAMSUNG_0025141 | | |
| BBY_SAMSUNG_0025143 | | |
| BBY_SAMSUNG_0025145 | | |
| BBY_SAMSUNG_0025148 | | |
| BBY_SAMSUNG_0025153 | | |
| BBY_SAMSUNG_0025220 | – | BBY_SAMSUNG_0025221 |
| BBY_SAMSUNG_0025272 | | |
| BBY_SAMSUNG_0025317 | – | BBY_SAMSUNG_0025329 |
| BBY_SAMSUNG_0025398 | | |
| BBY_SAMSUNG_0025507 | – | BBY_SAMSUNG_0025508 |
| BBY_SAMSUNG_0025551 | | |
| BBY_SAMSUNG_0025667 | – | BBY_SAMSUNG_0025669 |
| BBY_SAMSUNG_0025757 | – | BBY_SAMSUNG_0025758 |
| BBY_SAMSUNG_0025868 | | |
| BBY_SAMSUNG_0025940 | | |
| BBY_SAMSUNG_0025942 | | |
| BBY_SAMSUNG_0025982 | | |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 2

DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
|---|---|---|
| BBY_SAMSUNG_0025987 | | |
| BBY_SAMSUNG_0025991 | | |
| BBY_SAMSUNG_0025998 | | |
| BBY_SAMSUNG_0026001 | – | BBY_SAMSUNG_0026002 |
| BBY_SAMSUNG_0026028 | | |
| BBY_SAMSUNG_0026055 | | |
| BBY_SAMSUNG_0026080 | – | BBY_SAMSUNG_0026085 |
| BBY_SAMSUNG_0026092 | | |
| BBY_SAMSUNG_0026096 | | |
| BBY_SAMSUNG_0026104 | | |
| BBY_SAMSUNG_0026111 | – | BBY_SAMSUNG_0026112 |
| BBY_SAMSUNG_0026115 | – | BBY_SAMSUNG_0026116 |
| BBY_SAMSUNG_0026166 | | |
| BBY_SAMSUNG_0026168 | – | BBY_SAMSUNG_0026170 |
| BBY_SAMSUNG_0026172 | | |
| BBY_SAMSUNG_0026178 | | |
| BBY_SAMSUNG_0026223 | – | BBY_SAMSUNG_0026224 |
| BBY_SAMSUNG_0026281 | – | BBY_SAMSUNG_0026282 |
| BBY_SAMSUNG_0026332 | | |
| BBY_SAMSUNG_0026376 | | |
| BBY_SAMSUNG_0026409 | | |
| BBY_SAMSUNG_0026427 | | |
| BBY_SAMSUNG_0026498 | | |
| BBY_SAMSUNG_0026633 | | |
| BBY_SAMSUNG_0026746 | | |
| BBY_SAMSUNG_0026762 | – | BBY_SAMSUNG_0026763 |
| BBY_SAMSUNG_0026796 | | |
| BBY_SAMSUNG_0026807 | | |
| BBY_SAMSUNG_0026810 | | |
| BBY_SAMSUNG_0026848 | | |
| BBY_SAMSUNG_0026852 | – | BBY_SAMSUNG_0026853 |
| BBY_SAMSUNG_0026897 | | |
| BBY_SAMSUNG_0026905 | | |
| BBY_SAMSUNG_0026984 | | |
| BBY_SAMSUNG_0027082 | | |
| BBY_SAMSUNG_0027119 | | |
| BBY_SAMSUNG_0027157 | | |
| BBY_SAMSUNG_0027159 | | |
| BBY_SAMSUNG_0027284 | – | BBY_SAMSUNG_0027285 |
| BBY_SAMSUNG_0027439 | | |
| BBY_SAMSUNG_0027540 | | |
| BBY_SAMSUNG_0027659 | | |
| BBY_SAMSUNG_0027661 | | |
| BBY_SAMSUNG_0027689 | | |
| BBY_SAMSUNG_0027691 | | |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 2

DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
|---|---|---|
| BBY_SAMSUNG_0027738 | | |
| BBY_SAMSUNG_0027777 | | |
| BBY_SAMSUNG_0027810 | | |
| BBY_SAMSUNG_0027816 | | |
| BBY_SAMSUNG_0027823 | | |
| BBY_SAMSUNG_0027939 | | |
| BBY_SAMSUNG_0028006 | – | BBY_SAMSUNG_0028007 |
| BBY_SAMSUNG_0028100 | | |
| BBY_SAMSUNG_0028168 | | |
| BBY_SAMSUNG_0028251 | – | BBY_SAMSUNG_0028252 |
| BBY_SAMSUNG_0028254 | | |
| BBY_SAMSUNG_0028327 | – | BBY_SAMSUNG_0028328 |
| BBY_SAMSUNG_0028402 | | |
| BBY_SAMSUNG_0028538 | | |
| BBY_SAMSUNG_0028645 | | |
| BBY_SAMSUNG_0028659 | | |
| BBY_SAMSUNG_0028693 | – | BBY_SAMSUNG_0028694 |
| BBY_SAMSUNG_0028713 | | |
| BBY_SAMSUNG_0028741 | – | BBY_SAMSUNG_0028742 |
| BBY_SAMSUNG_0028779 | | |
| BBY_SAMSUNG_0028807 | | |
| BBY_SAMSUNG_0028822 | | |
| BBY_SAMSUNG_0028829 | | |
| BBY_SAMSUNG_0028925 | | |
| BBY_SAMSUNG_0029025 | | |
| BBY_SAMSUNG_0029063 | | |
| BBY_SAMSUNG_0029105 | | |
| BBY_SAMSUNG_0029173 | | |
| BBY_SAMSUNG_0029260 | | |
| BBY_SAMSUNG_0029400 | | |
| BBY_SAMSUNG_0029413 | – | BBY_SAMSUNG_0029414 |
| BBY_SAMSUNG_0029548 | | |
| BBY_SAMSUNG_0029626 | | |
| BBY_SAMSUNG_0029667 | | |
| BBY_SAMSUNG_0029671 | | |
| BBY_SAMSUNG_0029673 | | |
| BBY_SAMSUNG_0029782 | | |
| BBY_SAMSUNG_0029832 | | |
| BBY_SAMSUNG_0029840 | – | BBY_SAMSUNG_0029841 |
| BBY_SAMSUNG_0029942 | | |
| BBY_SAMSUNG_0029970 | – | BBY_SAMSUNG_0029971 |
| BBY_SAMSUNG_0030010 | | |
| BBY_SAMSUNG_0030014 | | |
| BBY_SAMSUNG_0030040 | – | BBY_SAMSUNG_0030042 |
| BBY_SAMSUNG_0030062 | – | BBY_SAMSUNG_0030063 |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 2

### DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
|---|---|---|
| BBY_SAMSUNG_0030067 | – | BBY_SAMSUNG_0030068 |
| BBY_SAMSUNG_0030070 | | |
| BBY_SAMSUNG_0030072 | | |
| BBY_SAMSUNG_0030146 | – | BBY_SAMSUNG_0030147 |
| BBY_SAMSUNG_0030179 | | |
| BBY_SAMSUNG_0030183 | – | BBY_SAMSUNG_0030184 |
| BBY_SAMSUNG_0030272 | – | BBY_SAMSUNG_0030273 |
| BBY_SAMSUNG_0030286 | | |
| BBY_SAMSUNG_0030349 | – | BBY_SAMSUNG_0030350 |
| BBY_SAMSUNG_0030404 | | |
| BBY_SAMSUNG_0030406 | | |
| BBY_SAMSUNG_0030435 | – | BBY_SAMSUNG_0030436 |
| BBY_SAMSUNG_0031230 | | |
| BBY_SAMSUNG_0032000 | | |
| BBY_SAMSUNG_0032002 | | |
| BBY_SAMSUNG_0032028 | – | BBY_SAMSUNG_0032029 |
| BBY_SAMSUNG_0032031 | | |
| BBY_SAMSUNG_0032033 | | |
| BBY_SAMSUNG_0032063 | | |
| BBY_SAMSUNG_0032088 | – | BBY_SAMSUNG_0032089 |
| BBY_SAMSUNG_0032091 | | |
| BBY_SAMSUNG_0032975 | | |
| BBY_SAMSUNG_0032977 | | |
| BBY_SAMSUNG_0032995 | | |
| BBY_SAMSUNG_0033026 | | |
| BBY_SAMSUNG_0033039 | | |
| BBY_SAMSUNG_0033041 | | |
| BBY_SAMSUNG_0033046 | | |
| BBY_SAMSUNG_0033050 | | |
| BBY_SAMSUNG_0033099 | | |
| BBY_SAMSUNG_0033101 | | |
| BBY_SAMSUNG_0033143 | | |
| BBY_SAMSUNG_0033146 | – | BBY_SAMSUNG_0033147 |
| BBY_SAMSUNG_0033153 | | |
| BBY_SAMSUNG_0033155 | | |
| BBY_SAMSUNG_0033224 | | |
| BBY_SAMSUNG_0033226 | | |
| BBY_SAMSUNG_0033251 | | |
| BBY_SAMSUNG_0033254 | | |
| BBY_SAMSUNG_0033257 | | |
| BBY_SAMSUNG_0033282 | | |
| BBY_SAMSUNG_0033284 | | |
| BBY_SAMSUNG_0033286 | | |
| BBY_SAMSUNG_0033364 | | |
| BBY_SAMSUNG_0033430 | | |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 2

### DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
|---|---|---|
| BBY_SAMSUNG_0033456 | | |
| BBY_SAMSUNG_0033460 | – | BBY_SAMSUNG_0033461 |
| BBY_SAMSUNG_0033526 | – | BBY_SAMSUNG_0033527 |
| BBY_SAMSUNG_0033541 | | |
| BBY_SAMSUNG_0033544 | | |
| BBY_SAMSUNG_0033557 | – | BBY_SAMSUNG_0033558 |
| BBY_SAMSUNG_0033566 | | |
| BBY_SAMSUNG_0033665 | | |
| BBY_SAMSUNG_0033670 | – | BBY_SAMSUNG_0033671 |
| BBY_SAMSUNG_0033797 | | |
| BBY_SAMSUNG_0033839 | | |
| BBY_SAMSUNG_0033912 | | |
| BBY_SAMSUNG_0034068 | – | BBY_SAMSUNG_0034070 |
| BBY_SAMSUNG_0034198 | | |
| BBY_SAMSUNG_0034216 | | |
| BBY_SAMSUNG_0034231 | | |
| BBY_SAMSUNG_0034246 | | |
| BBY_SAMSUNG_0034304 | | |
| BBY_SAMSUNG_0034325 | | |
| BBY_SAMSUNG_0034327 | | |
| BBY_SAMSUNG_0034370 | | |
| BBY_SAMSUNG_0034373 | – | BBY_SAMSUNG_0034374 |
| BBY_SAMSUNG_0034376 | | |
| BBY_SAMSUNG_0034380 | | |
| BBY_SAMSUNG_0034409 | | |
| BBY_SAMSUNG_0034469 | | |
| BBY_SAMSUNG_0034471 | | |
| BBY_SAMSUNG_0034521 | – | BBY_SAMSUNG_0034522 |
| BBY_SAMSUNG_0034524 | | |
| BBY_SAMSUNG_0034535 | | |
| BBY_SAMSUNG_0034673 | | |
| BBY_SAMSUNG_0034675 | | |
| BBY_SAMSUNG_0034728 | | |
| BBY_SAMSUNG_0034779 | | |
| BBY_SAMSUNG_0034793 | | |
| BBY_SAMSUNG_0034861 | – | BBY_SAMSUNG_0034862 |
| BBY_SAMSUNG_0034865 | – | BBY_SAMSUNG_0034866 |
| BBY_SAMSUNG_0034934 | | |
| BBY_SAMSUNG_0034936 | – | BBY_SAMSUNG_0034937 |
| BBY_SAMSUNG_0035435 | | |
| BBY_SAMSUNG_0035483 | | |
| BBY_SAMSUNG_0035564 | | |
| BBY_SAMSUNG_0035566 | | |
| BBY_SAMSUNG_0035610 | | |
| BBY_SAMSUNG_0035612 | | |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 2

DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
|---|---|---|
| BBY_SAMSUNG_0035614 | | |
| BBY_SAMSUNG_0035686 | | |
| BBY_SAMSUNG_0035707 | | |
| BBY_SAMSUNG_0035765 | | |
| BBY_SAMSUNG_0035767 | | |
| BBY_SAMSUNG_0035824 | | |
| BBY_SAMSUNG_0035833 | – | BBY_SAMSUNG_0035834 |
| BBY_SAMSUNG_0035836 | – | BBY_SAMSUNG_0035837 |
| BBY_SAMSUNG_0036066 | – | BBY_SAMSUNG_0036068 |
| BBY_SAMSUNG_0036579 | – | BBY_SAMSUNG_0036580 |
| BBY_SAMSUNG_0036595 | | |
| BBY_SAMSUNG_0036616 | | |
| BBY_SAMSUNG_0036696 | | |
| BBY_SAMSUNG_0036698 | | |
| BBY_SAMSUNG_0036700 | | |
| BBY_SAMSUNG_0036725 | | |
| BBY_SAMSUNG_0036831 | | |
| BBY_SAMSUNG_0036885 | – | BBY_SAMSUNG_0036888 |
| BBY_SAMSUNG_0037176 | – | BBY_SAMSUNG_0037177 |
| BBY_SAMSUNG_0037211 | – | BBY_SAMSUNG_0037213 |
| BBY_SAMSUNG_0037351 | – | BBY_SAMSUNG_0037353 |
| BBY_SAMSUNG_0037741 | | |
| BBY_SAMSUNG_0037743 | | |
| BBY_SAMSUNG_0037755 | | |
| BBY_SAMSUNG_0037802 | | |
| BBY_SAMSUNG_0037810 | | |
| BBY_SAMSUNG_0037825 | | |
| BBY_SAMSUNG_0037827 | | |
| BBY_SAMSUNG_0037869 | | |
| BBY_SAMSUNG_0037873 | | |
| BBY_SAMSUNG_0037875 | | |
| BBY_SAMSUNG_0038056 | | |
| BBY_SAMSUNG_0038058 | | |
| BBY_SAMSUNG_0038066 | | |
| BBY_SAMSUNG_0038111 | | |
| BBY_SAMSUNG_0038220 | | |
| BBY_SAMSUNG_0038233 | | |
| BBY_SAMSUNG_0038239 | | |
| BBY_SAMSUNG_0038252 | | |
| BBY_SAMSUNG_0038268 | | |
| BBY_SAMSUNG_0038536 | – | BBY_SAMSUNG_0038539 |
| BBY_SAMSUNG_0038751 | – | BBY_SAMSUNG_0038753 |
| BBY_SAMSUNG_0038880 | – | BBY_SAMSUNG_0038881 |
| BBY_SAMSUNG_0038900 | | |
| BBY_SAMSUNG_0038902 | | |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 2

### DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
| --- | --- | --- |
| BBY_SAMSUNG_0038906 | | |
| BBY_SAMSUNG_0038935 | | |
| BBY_SAMSUNG_0038947 | | |
| BBY_SAMSUNG_0039010 | – | BBY_SAMSUNG_0039012 |
| BBY_SAMSUNG_0039063 | | |
| BBY_SAMSUNG_0039117 | | |
| BBY_SAMSUNG_0039153 | | |
| BBY_SAMSUNG_0039252 | | |
| BBY_SAMSUNG_0039334 | – | BBY_SAMSUNG_0039337 |
| BBY_SAMSUNG_0039416 | – | BBY_SAMSUNG_0039417 |
| BBY_SAMSUNG_0039425 | | |
| BBY_SAMSUNG_0039460 | | |
| BBY_SAMSUNG_0039525 | – | BBY_SAMSUNG_0039526 |
| BBY_SAMSUNG_0039587 | | |
| BBY_SAMSUNG_0039678 | | |
| BBY_SAMSUNG_0039682 | | |
| BBY_SAMSUNG_0039872 | – | BBY_SAMSUNG_0039873 |
| BBY_SAMSUNG_0039946 | | |
| BBY_SAMSUNG_0039954 | | |
| BBY_SAMSUNG_0039971 | | |
| BBY_SAMSUNG_0040297 | | |
| BBY_SAMSUNG_0040309 | | |
| BBY_SAMSUNG_0040472 | | |
| BBY_SAMSUNG_0040477 | | |
| BBY_SAMSUNG_0040489 | | |
| BBY_SAMSUNG_0040533 | – | BBY_SAMSUNG_0040535 |
| BBY_SAMSUNG_0040537 | | |
| BBY_SAMSUNG_0040539 | | |
| BBY_SAMSUNG_0040587 | | |
| BBY_SAMSUNG_0040632 | – | BBY_SAMSUNG_0040633 |
| BBY_SAMSUNG_0040708 | | |
| BBY_SAMSUNG_0040710 | | |
| BBY_SAMSUNG_0040717 | | |
| BBY_SAMSUNG_0040800 | | |
| BBY_SAMSUNG_0040804 | | |
| BBY_SAMSUNG_0041034 | | |
| BBY_SAMSUNG_0041046 | | |
| BBY_SAMSUNG_0041073 | | |
| BBY_SAMSUNG_0041095 | | |
| BBY_SAMSUNG_0041130 | | |
| BBY_SAMSUNG_0041163 | – | BBY_SAMSUNG_0041165 |
| BBY_SAMSUNG_0041167 | | |
| BBY_SAMSUNG_0041191 | | |
| BBY_SAMSUNG_0041212 | | |
| BBY_SAMSUNG_0041217 | | |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 2

DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
|---|---|---|
| BBY_SAMSUNG_0041262 | | |
| BBY_SAMSUNG_0041299 | – | BBY_SAMSUNG_0041300 |
| BBY_SAMSUNG_0041304 | | |
| BBY_SAMSUNG_0041372 | | |
| BBY_SAMSUNG_0041522 | | |
| BBY_SAMSUNG_0041575 | | |
| BBY_SAMSUNG_0041603 | | |
| BBY_SAMSUNG_0041670 | | |
| BBY_SAMSUNG_0041672 | | |
| BBY_SAMSUNG_0041821 | | |
| BBY_SAMSUNG_0041824 | – | BBY_SAMSUNG_0041825 |
| BBY_SAMSUNG_0041983 | | |
| BBY_SAMSUNG_0042145 | | |
| BBY_SAMSUNG_0042151 | | |
| BBY_SAMSUNG_0042153 | | |
| BBY_SAMSUNG_0042187 | | |
| BBY_SAMSUNG_0042215 | | |
| BBY_SAMSUNG_0042218 | – | BBY_SAMSUNG_0042219 |
| BBY_SAMSUNG_0042235 | | |
| BBY_SAMSUNG_0042280 | | |
| BBY_SAMSUNG_0042282 | | |
| BBY_SAMSUNG_0042284 | | |
| BBY_SAMSUNG_0042299 | | |
| BBY_SAMSUNG_0042325 | | |
| BBY_SAMSUNG_0042327 | | |
| BBY_SAMSUNG_0042333 | | |
| BBY_SAMSUNG_0042336 | | |
| BBY_SAMSUNG_0042369 | | |
| BBY_SAMSUNG_0042379 | – | BBY_SAMSUNG_0042380 |
| BBY_SAMSUNG_0042383 | | |
| BBY_SAMSUNG_0042385 | | |
| BBY_SAMSUNG_0042391 | | |
| BBY_SAMSUNG_0042421 | | |
| BBY_SAMSUNG_0042423 | | |
| BBY_SAMSUNG_0042426 | | |
| BBY_SAMSUNG_0042490 | | |
| BBY_SAMSUNG_0042518 | | |
| BBY_SAMSUNG_0042603 | – | BBY_SAMSUNG_0042606 |
| BBY_SAMSUNG_0042660 | – | BBY_SAMSUNG_0042661 |
| BBY_SAMSUNG_0042717 | – | BBY_SAMSUNG_0042718 |
| BBY_SAMSUNG_0042793 | | |
| BBY_SAMSUNG_0042886 | – | BBY_SAMSUNG_0042894 |
| BBY_SAMSUNG_0042979 | – | BBY_SAMSUNG_0042981 |
| BBY_SAMSUNG_0043054 | | |
| BBY_SAMSUNG_0043209 | | |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 2**

**DOCUMENTS REVIEWED AND/OR RELIED UPON**

| Bates Documents | | |
|---|---|---|
| BBY_SAMSUNG_0043348 | | |
| BBY_SAMSUNG_0043370 | | |
| BBY_SAMSUNG_0043446 | | |
| BBY_SAMSUNG_0043493 | | |
| BBY_SAMSUNG_0043495 | | |
| BBY_SAMSUNG_0043521 | | |
| BBY_SAMSUNG_0043598 | | |
| BBY_SAMSUNG_0043623 | | |
| BBY_SAMSUNG_0043631 | | |
| BBY_SAMSUNG_0043633 | | |
| BBY_SAMSUNG_0043963 | | |
| BBY_SAMSUNG_0044026 | | |
| BBY_SAMSUNG_0044029 | | |
| BBY_SAMSUNG_0044031 | – | BBY_SAMSUNG_0044032 |
| BBY_SAMSUNG_0044034 | | |
| BBY_SAMSUNG_0044082 | | |
| BBY_SAMSUNG_0044097 | | |
| BBY_SAMSUNG_0044134 | – | BBY_SAMSUNG_0044135 |
| BBY_SAMSUNG_0044355 | | |
| BBY_SAMSUNG_0044457 | | |
| BBY_SAMSUNG_0044466 | | |
| BBY_SAMSUNG_0044468 | | |
| BBY_SAMSUNG_0044492 | | |
| BBY_SAMSUNG_0044494 | | |
| BBY_SAMSUNG_0044535 | | |
| BBY_SAMSUNG_0044538 | – | BBY_SAMSUNG_0044539 |
| BBY_SAMSUNG_0044548 | – | BBY_SAMSUNG_0044549 |
| BBY_SAMSUNG_0044583 | | |
| BBY_SAMSUNG_0044613 | – | BBY_SAMSUNG_0044614 |
| BBY_SAMSUNG_0044617 | | |
| BBY_SAMSUNG_0044619 | | |
| BBY_SAMSUNG_0044639 | | |
| BBY_SAMSUNG_0044645 | | |
| BBY_SAMSUNG_0044647 | | |
| BBY_SAMSUNG_0044691 | | |
| BBY_SAMSUNG_0044695 | | |
| BBY_SAMSUNG_0044864 | | |
| BBY_SAMSUNG_0044922 | | |
| BBY_SAMSUNG_0044957 | | |
| BBY_SAMSUNG_0044985 | | |
| BBY_SAMSUNG_0045033 | – | BBY_SAMSUNG_0045037 |
| BBY_SAMSUNG_0045112 | | |
| BBY_SAMSUNG_0045189 | – | BBY_SAMSUNG_0045190 |
| BBY_SAMSUNG_0045492 | | |
| BBY_SAMSUNG_0045508 | | |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 2

### DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
|---|---|---|
| BBY_SAMSUNG_0045512 | | |
| BBY_SAMSUNG_0045525 | | |
| BBY_SAMSUNG_0045569 | | |
| BBY_SAMSUNG_0045646 | | |
| BBY_SAMSUNG_0045673 | | |
| BBY_SAMSUNG_0045677 | | |
| BBY_SAMSUNG_0045681 | | |
| BBY_SAMSUNG_0045708 | – | BBY_SAMSUNG_0045709 |
| BBY_SAMSUNG_0045736 | | |
| BBY_SAMSUNG_0045762 | | |
| BBY_SAMSUNG_0045802 | – | BBY_SAMSUNG_0045805 |
| BBY_SAMSUNG_0045807 | | |
| BBY_SAMSUNG_0045812 | | |
| BBY_SAMSUNG_0045920 | | |
| BBY_SAMSUNG_0045974 | – | BBY_SAMSUNG_0045976 |
| BBY_SAMSUNG_0045978 | | |
| BBY_SAMSUNG_0045996 | | |
| BBY_SAMSUNG_0046018 | | |
| BBY_SAMSUNG_0046021 | | |
| BBY_SAMSUNG_0046040 | – | BBY_SAMSUNG_0046043 |
| BBY_SAMSUNG_0046052 | | |
| BBY_SAMSUNG_0046055 | | |
| BBY_SAMSUNG_0046065 | | |
| BBY_SAMSUNG_0046078 | | |
| BBY_SAMSUNG_0046142 | – | BBY_SAMSUNG_0046146 |
| BBY_SAMSUNG_0046208 | | |
| BBY_SAMSUNG_0046288 | | |
| BBY_SAMSUNG_0046310 | – | BBY_SAMSUNG_0046311 |
| BBY_SAMSUNG_0046424 | – | BBY_SAMSUNG_0046425 |
| BBY_SAMSUNG_0046509 | – | BBY_SAMSUNG_0046515 |
| BBY_SAMSUNG_0046668 | | |
| BBY_SAMSUNG_0046670 | | |
| BBY_SAMSUNG_0046680 | | |
| BBY_SAMSUNG_0046690 | | |
| BBY_SAMSUNG_0046707 | | |
| BBY_SAMSUNG_0046721 | | |
| BBY_SAMSUNG_0046732 | | |
| BBY_SAMSUNG_0046769 | | |
| BBY_SAMSUNG_0046801 | – | BBY_SAMSUNG_0046804 |
| BBY_SAMSUNG_0046815 | | |
| BBY_SAMSUNG_0046825 | | |
| BBY_SAMSUNG_0046855 | | |
| BBY_SAMSUNG_0046859 | | |
| BBY_SAMSUNG_0046861 | | |
| BBY_SAMSUNG_0046864 | – | BBY_SAMSUNG_0046865 |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 2**

**DOCUMENTS REVIEWED AND/OR RELIED UPON**

| Bates Documents | | |
|---|---|---|
| BBY_SAMSUNG_0046885 | | |
| BBY_SAMSUNG_0046941 | | |
| BBY_SAMSUNG_0046945 | – | BBY_SAMSUNG_0046946 |
| BBY_SAMSUNG_0046990 | | |
| BBY_SAMSUNG_0046992 | – | BBY_SAMSUNG_0046993 |
| BBY_SAMSUNG_0047010 | | |
| BBY_SAMSUNG_0047024 | | |
| BBY_SAMSUNG_0047082 | – | BBY_SAMSUNG_0047083 |
| BBY_SAMSUNG_0047085 | | |
| BBY_SAMSUNG_0047147 | – | BBY_SAMSUNG_0047152 |
| BBY_SAMSUNG_0047228 | | |
| BBY_SAMSUNG_0047230 | | |
| BBY_SAMSUNG_0047256 | | |
| BBY_SAMSUNG_0047260 | | |
| BBY_SAMSUNG_0047286 | | |
| BBY_SAMSUNG_0047289 | | |
| BBY_SAMSUNG_0047336 | | |
| BBY_SAMSUNG_0047339 | | |
| BBY_SAMSUNG_0047341 | | |
| BBY_SAMSUNG_0047360 | | |
| BBY_SAMSUNG_0047363 | | |
| BBY_SAMSUNG_0047378 | – | BBY_SAMSUNG_0047379 |
| BBY_SAMSUNG_0047381 | | |
| BBY_SAMSUNG_0047430 | | |
| BBY_SAMSUNG_0047432 | | |
| BBY_SAMSUNG_0047453 | | |
| BBY_SAMSUNG_0047482 | | |
| BBY_SAMSUNG_0047487 | | |
| BBY_SAMSUNG_0047525 | | |
| BBY_SAMSUNG_0047535 | | |
| BBY_SAMSUNG_0047541 | | |
| BBY_SAMSUNG_0047545 | | |
| BBY_SAMSUNG_0047554 | | |
| BBY_SAMSUNG_0047570 | – | BBY_SAMSUNG_0047571 |
| BBY_SAMSUNG_0047609 | | |
| BBY_SAMSUNG_0047614 | | |
| BBY_SAMSUNG_0047626 | | |
| BBY_SAMSUNG_0047674 | | |
| BBY_SAMSUNG_0047677 | | |
| BBY_SAMSUNG_0047680 | | |
| BBY_SAMSUNG_0047685 | | |
| BBY_SAMSUNG_0047731 | | |
| BBY_SAMSUNG_0047738 | | |
| BBY_SAMSUNG_0047748 | | |
| BBY_SAMSUNG_0047750 | | |

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 2**

**DOCUMENTS REVIEWED AND/OR RELIED UPON**

| Bates Documents | | |
| --- | --- | --- |
| BBY_SAMSUNG_0047780 | | |
| BBY_SAMSUNG_0047783 | | |
| BBY_SAMSUNG_0047816 | | |
| BBY_SAMSUNG_0047860 | | |
| BBY_SAMSUNG_0047882 | | |
| BBY_SAMSUNG_0047914 | | |
| BBY_SAMSUNG_0047946 | | |
| BBY_SAMSUNG_0047974 | | |
| BBY_SAMSUNG_0048007 | | |
| BBY_SAMSUNG_0048030 | | |
| BBY_SAMSUNG_0048047 | | |
| BBY_SAMSUNG_0048051 | – | BBY_SAMSUNG_0048052 |
| BBY_SAMSUNG_0048071 | – | BBY_SAMSUNG_0048072 |
| BBY_SAMSUNG_0048127 | | |
| BBY_SAMSUNG_0048178 | – | BBY_SAMSUNG_0048179 |
| BBY_SAMSUNG_0048263 | | |
| BBY_SAMSUNG_0048288 | | |
| BBY_SAMSUNG_0048295 | | |
| BBY_SAMSUNG_0048351 | | |
| BBY_SAMSUNG_0048364 | | |
| BBY_SAMSUNG_0048436 | – | BBY_SAMSUNG_0048437 |
| BBY_SAMSUNG_0048485 | | |
| BBY_SAMSUNG_0048506 | | |
| BBY_SAMSUNG_0048523 | | |
| BBY_SAMSUNG_0048565 | | |
| BBY_SAMSUNG_0048652 | | |
| BBY_SAMSUNG_0048658 | | |
| BBY_SAMSUNG_0048803 | – | BBY_SAMSUNG_0048804 |
| BBY_SAMSUNG_0048839 | | |
| BBY_SAMSUNG_0048849 | | |
| BBY_SAMSUNG_0048859 | | |
| BBY_SAMSUNG_0048879 | | |
| BBY_SAMSUNG_0048881 | | |
| BBY_SAMSUNG_0048887 | | |
| BBY_SAMSUNG_0048907 | | |
| BBY_SAMSUNG_0048989 | | |
| BBY_SAMSUNG_0048992 | | |
| BBY_SAMSUNG_0049018 | | |
| BBY_SAMSUNG_0049023 | | |
| BBY_SAMSUNG_0049029 | – | BBY_SAMSUNG_0049030 |
| BBY_SAMSUNG_0049034 | – | BBY_SAMSUNG_0049035 |
| BBY_SAMSUNG_0049071 | | |
| BBY_SAMSUNG_0049120 | | |
| BBY_SAMSUNG_0049123 | | |
| BBY_SAMSUNG_0049152 | | |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 2

### DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
| --- | --- | --- |
| BBY_SAMSUNG_0049156 | – | BBY_SAMSUNG_0049157 |
| BBY_SAMSUNG_0049160 | | |
| BBY_SAMSUNG_0049166 | | |
| BBY_SAMSUNG_0049195 | | |
| BBY_SAMSUNG_0049221 | | |
| BBY_SAMSUNG_0049240 | | |
| BBY_SAMSUNG_0049243 | | |
| BBY_SAMSUNG_0049283 | | |
| BBY_SAMSUNG_0049328 | | |
| BBY_SAMSUNG_0049499 | – | BBY_SAMSUNG_0049500 |
| BBY_SAMSUNG_0049502 | | |
| BBY_SAMSUNG_0049564 | | |
| BBY_SAMSUNG_0049623 | | |
| BBY_SAMSUNG_0049875 | | |
| BBY_SAMSUNG_0049879 | | |
| BBY_SAMSUNG_0049994 | | |
| BBY_SAMSUNG_0049996 | | |
| BBY_SAMSUNG_0049998 | | |
| BBY_SAMSUNG_0050026 | – | BBY_SAMSUNG_0050027 |
| BBY_SAMSUNG_0050081 | – | BBY_SAMSUNG_0050083 |
| BBY_SAMSUNG_0050095 | | |
| BBY_SAMSUNG_0050098 | | |
| BBY_SAMSUNG_0050108 | | |
| BBY_SAMSUNG_0050119 | | |
| BBY_SAMSUNG_0050147 | | |
| BBY_SAMSUNG_0050183 | | |
| BBY_SAMSUNG_0050187 | | |
| BBY_SAMSUNG_0050261 | | |
| BBY_SAMSUNG_0050263 | | |
| BBY_SAMSUNG_0050285 | | |
| BBY_SAMSUNG_0050288 | | |
| BBY_SAMSUNG_0050317 | | |
| BBY_SAMSUNG_0050384 | | |
| BBY_SAMSUNG_0050407 | – | BBY_SAMSUNG_0050408 |
| BBY_SAMSUNG_0050508 | – | BBY_SAMSUNG_0050509 |
| BBY_SAMSUNG_0050511 | – | BBY_SAMSUNG_0050512 |
| BBY_SAMSUNG_0050624 | | |
| BBY_SAMSUNG_0050713 | – | BBY_SAMSUNG_0050714 |
| BBY_SAMSUNG_0050716 | – | BBY_SAMSUNG_0050720 |
| BBY_SAMSUNG_0050794 | – | BBY_SAMSUNG_0050796 |
| BBY_SAMSUNG_0050907 | – | BBY_SAMSUNG_0050909 |
| BBY_SAMSUNG_0051132 | | |
| BBY_SAMSUNG_0051134 | | |
| BBY_SAMSUNG_0051138 | | |
| BBY_SAMSUNG_0051307 | | |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 2

DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
| --- | --- | --- |
| BBY_SAMSUNG_0051310 | | |
| BBY_SAMSUNG_0051312 | | |
| BBY_SAMSUNG_0051380 | | |
| BBY_SAMSUNG_0051487 | | |
| BBY_SAMSUNG_0051489 | | |
| BBY_SAMSUNG_0051511 | | |
| BBY_SAMSUNG_0051525 | | |
| BBY_SAMSUNG_0051529 | | |
| BBY_SAMSUNG_0051531 | | |
| BBY_SAMSUNG_0051567 | | |
| BBY_SAMSUNG_0051569 | | |
| BBY_SAMSUNG_0051598 | | |
| BBY_SAMSUNG_0051656 | – | BBY_SAMSUNG_0051660 |
| BBY_SAMSUNG_0051751 | – | BBY_SAMSUNG_0051752 |
| BBY_SAMSUNG_0051756 | – | BBY_SAMSUNG_0051757 |
| BBY_SAMSUNG_0051878 | | |
| BBY_SAMSUNG_0051881 | – | BBY_SAMSUNG_0051882 |
| BBY_SAMSUNG_0051926 | | |
| BBY_SAMSUNG_0052015 | – | BBY_SAMSUNG_0052021 |
| BBY_SAMSUNG_0052097 | – | BBY_SAMSUNG_0052098 |
| BBY_SAMSUNG_0052205 | – | BBY_SAMSUNG_0052206 |
| BBY_SAMSUNG_0052208 | – | BBY_SAMSUNG_0052212 |
| BBY_SAMSUNG_0052411 | – | BBY_SAMSUNG_0052418 |
| BBY_SAMSUNG_0052546 | | |
| BBY_SAMSUNG_0052560 | | |
| BBY_SAMSUNG_0052609 | | |
| BBY_SAMSUNG_0052613 | | |
| BBY_SAMSUNG_0052621 | | |
| BBY_SAMSUNG_0052623 | | |
| BBY_SAMSUNG_0052627 | | |
| BBY_SAMSUNG_0052650 | | |
| BBY_SAMSUNG_0052705 | | |
| BBY_SAMSUNG_0052736 | | |
| BBY_SAMSUNG_0052739 | | |
| BBY_SAMSUNG_0052741 | | |
| BBY_SAMSUNG_0052744 | | |
| BBY_SAMSUNG_0052747 | | |
| BBY_SAMSUNG_0052753 | – | BBY_SAMSUNG_0052754 |
| BBY_SAMSUNG_0052868 | | |
| BBY_SAMSUNG_0052871 | | |
| BBY_SAMSUNG_0052876 | | |
| BBY_SAMSUNG_0052919 | | |
| BBY_SAMSUNG_0053005 | – | BBY_SAMSUNG_0053014 |
| BBY_SAMSUNG_0053078 | | |
| BBY_SAMSUNG_0053118 | | |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 2

DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
|---|---|---|
| BBY_SAMSUNG_0053196 | | |
| BBY_SAMSUNG_0053297 | – | BBY_SAMSUNG_0053304 |
| BBY_SAMSUNG_0053379 | – | BBY_SAMSUNG_0053381 |
| BBY_SAMSUNG_0053467 | – | BBY_SAMSUNG_0053471 |
| BBY_SAMSUNG_0053630 | | |
| BBY_SAMSUNG_0053634 | | |
| BBY_SAMSUNG_0053722 | | |
| BBY_SAMSUNG_0053736 | | |
| BBY_SAMSUNG_0053755 | | |
| BBY_SAMSUNG_0053785 | | |
| BBY_SAMSUNG_0053802 | | |
| BBY_SAMSUNG_0053855 | | |
| BBY_SAMSUNG_0053881 | | |
| BBY_SAMSUNG_0053883 | | |
| BBY_SAMSUNG_0053895 | | |
| BBY_SAMSUNG_0053901 | | |
| BBY_SAMSUNG_0054002 | | |
| BBY_SAMSUNG_0054039 | | |
| BBY_SAMSUNG_0054080 | | |
| BBY_SAMSUNG_0054177 | – | BBY_SAMSUNG_0054178 |
| BBY_SAMSUNG_0054189 | | |
| BBY_SAMSUNG_0054369 | | |
| BBY_SAMSUNG_0054371 | | |
| BBY_SAMSUNG_0054373 | | |
| BBY_SAMSUNG_0054447 | | |
| BBY_SAMSUNG_0054474 | – | BBY_SAMSUNG_0054475 |
| BBY_SAMSUNG_0054557 | | |
| SAMNDCA00009582 | – | SAMNDCA00009786 |
| SAMNDCA00017928 | – | SAMNDCA00018146 |
| SAMNDCA00018395 | – | SAMNDCA00018642 |
| SAMNDCA00024872 | – | SAMNDCA00024941 |
| SAMNDCA00024975 | – | SAMNDCA00025071 |
| SAMNDCA00044700 | | |
| SAMNDCA00176053 | – | SAMNDCA00176202 |
| SAMNDCA00176269 | – | SAMNDCA00176898 |
| SAMNDCA00191811 | – | SAMNDCA00191987 |
| SAMNDCA00196646 | – | SAMNDCA00196827 |
| SAMNDCA00202336 | – | SAMNDCA00202380 |
| SAMNDCA00203016 | – | SAMNDCA00203053 |
| SAMNDCA00203092 | – | SAMNDCA00203179 |
| SAMNDCA00203727 | – | SAMNDCA00203768 |
| SAMNDCA00203811 | – | SAMNDCA00204010 |
| SAMNDCA00207695 | – | SAMNDCA00207765 |
| SAMNDCA00217372 | – | SAMNDCA00217388 |
| SAMNDCA00218063 | – | SAMNDCA00218130 |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 2

DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
|---|---|---|
| SAMNDCA00221705 | – | SAMNDCA00221818 |
| SAMNDCA00228887 | – | SAMNDCA00228980 |
| SAMNDCA00230535 | – | SAMNDCA00230645 |
| SAMNDCA00230720 | – | SAMNDCA00230761 |
| SAMNDCA00232190 | – | SAMNDCA00232290 |
| SAMNDCA00236017 | – | SAMNDCA00236112 |
| SAMNDCA00237976 | – | SAMNDCA00238136 |
| SAMNDCA00238251 | – | SAMNDCA00238277 |
| SAMNDCA00240388 | – | SAMNDCA00240395 |
| SAMNDCA00240672 | – | SAMNDCA00240676 |
| SAMNDCA00241588 | – | SAMNDCA00241659 |
| SAMNDCA00245042 | – | SAMNDCA00245091 |
| SAMNDCA00245494 | – | SAMNDCA00245718 |
| SAMNDCA00246395 | – | SAMNDCA00246472 |
| SAMNDCA00246523 | – | SAMNDCA00246539 |
| SAMNDCA00247462 | – | SAMNDCA00247477 |
| SAMNDCA00247764 | – | SAMNDCA00247774 |
| SAMNDCA00249029 | – | SAMNDCA00249120 |
| SAMNDCA00251457 | – | SAMNDCA00251505 |
| SAMNDCA00251538 | – | SAMNDCA00251565 |
| SAMNDCA00259131 | – | SAMNDCA00259239 |
| SAMNDCA00274819 | – | SAMNDCA00274854 |
| SAMNDCA00311338 | | |
| SAMNDCA00311347 | | |
| SAMNDCA00311349 | – | SAMNDCA00311464 |
| SAMNDCA00311466 | – | SAMNDCA00311469 |
| SAMNDCA00311477 | – | SAMNDCA00311543 |
| SAMNDCA00311546 | – | SAMNDCA00311551 |
| SAMNDCA00311579 | – | SAMNDCA00311586 |
| SAMNDCA00311661 | – | SAMNDCA00311681 |
| SAMNDCA00311683 | – | SAMNDCA00311686 |
| SAMNDCA00311719 | – | SAMNDCA00311729 |
| SAMNDCA00311746 | | |
| SAMNDCA00311749 | – | SAMNDCA00311752 |
| SAMNDCA00311758 | | |
| SAMNDCA00311764 | – | SAMNDCA00311767 |
| SAMNDCA00311776 | – | SAMNDCA00311777 |
| SAMNDCA00311779 | – | SAMNDCA00311780 |
| SAMNDCA00311783 | – | SAMNDCA00311784 |
| SAMNDCA00311807 | | |
| SAMNDCA00311935 | – | SAMNDCA00311976 |
| SAMNDCA00311983 | – | SAMNDCA00311991 |
| SAMNDCA00312018 | – | SAMNDCA00312030 |
| SAMNDCA00312040 | – | SAMNDCA00312051 |
| SAMNDCA00312097 | – | SAMNDCA00312105 |

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 2**

**DOCUMENTS REVIEWED AND/OR RELIED UPON**

| Bates Documents | | |
|---|---|---|
| SAMNDCA00312112 | – | SAMNDCA00312153 |
| SAMNDCA00312160 | – | SAMNDCA00312167 |
| SAMNDCA00312201 | – | SAMNDCA00312205 |
| SAMNDCA00312210 | – | SAMNDCA00312215 |
| SAMNDCA00312228 | – | SAMNDCA00312237 |
| SAMNDCA00312241 | – | SAMNDCA00312251 |
| SAMNDCA00312255 | – | SAMNDCA00312259 |
| SAMNDCA00312263 | – | SAMNDCA00312279 |
| SAMNDCA00312282 | – | SAMNDCA00312284 |
| SAMNDCA00312306 | – | SAMNDCA00312316 |
| SAMNDCA00312337 | | |
| SAMNDCA00312344 | | |
| SAMNDCA00312374 | – | SAMNDCA00312383 |
| SAMNDCA00312459 | – | SAMNDCA00312460 |
| SAMNDCA00312499 | – | SAMNDCA00312500 |
| SAMNDCA00312504 | | |
| SAMNDCA00312508 | | |
| SAMNDCA00312512 | | |
| SAMNDCA00312527 | – | SAMNDCA00312528 |
| SAMNDCA00312556 | – | SAMNDCA00312565 |
| SAMNDCA00316561 | – | SAMNDCA00316568 |
| SAMNDCA00316819 | – | SAMNDCA00317182 |
| SAMNDCA00317185 | | |
| SAMNDCA00317302 | – | SAMNDCA00317527 |
| SAMNDCA00317865 | – | SAMNDCA00317870 |
| SAMNDCA00319873 | – | SAMNDCA00319888 |
| SAMNDCA00320079 | – | SAMNDCA00320084 |
| SAMNDCA00320086 | – | SAMNDCA00320094 |
| SAMNDCA00320200 | | |
| SAMNDCA00323994 | | |
| SAMNDCA00323999 | – | SAMNDCA00324000 |
| SAMNDCA00357159 | – | SAMNDCA00359048 |
| SAMNDCA00507826 | – | SAMNDCA00507827 |
| SAMNDCA00514511 | – | SAMNDCA00514520 |
| SAMNDCA00521309 | – | SAMNDCA00521396 |
| SAMNDCA10036081 | – | SAMNDCA10036204 |
| SAMNDCA10166661 | – | SAMNDCA10166742 |
| SAMNDCA10175266 | – | SAMNDCA10175267 |
| SAMNDCA10202899 | – | SAMNDCA10202983 |
| SAMNDCA10246338 | – | SAMNDCA10246445 |
| SAMNDCA10247373 | – | SAMNDCA10247378 |
| SAMNDCA10247509 | – | SAMNDCA10247511 |
| SAMNDCA10247689 | – | SAMNDCA10247704 |
| SAMNDCA10275576 | – | SAMNDCA10275646 |
| SAMNDCA10357688 | – | SAMNDCA10357709 |

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 2

DOCUMENTS REVIEWED AND/OR RELIED UPON

| Bates Documents | | |
|---|---|---|
| SAMNDCA10410283 | – | SAMNDCA10410293 |
| SAMNDCA10712069 | – | SAMNDCA10712200 |
| SAMNDCA10775587 | – | SAMNDCA10775624 |
| SAMNDCA10807316 | – | SAMNDCA10807387 |
| SAMNDCA10808165 | – | SAMNDCA10808199 |
| SAMNDCA10809390 | – | SAMNDCA10809460 |
| SAMNDCA10809734 | – | SAMNDCA10809875 |
| SAMNDCA10934525 | – | SAMNDCA10934541 |
| SAMNDCA10969926 | – | SAMNDCA10969934 |
| SAMNDCA11374409 | – | SAMNDCA11374414 |
| SAMNDCA11547471 | – | SAMNDCA11547505 |
| SAMNDCA20012936 | – | SAMNDCA20012942 |
| SAMNDCA30008220 | – | SAMNDCA30008284 |
| SAMNDCA30008291 | – | SAMNDCA30008628 |
| SAMNDCA30010317 | – | SAMNDCA30011290 |
| SAMNDCA30011298 | | |
| SAMNDCA30011327 | – | SAMNDCA30011459 |
| SAMNDCA30015886 | – | SAMNDCA30015986 |
| SAMNDCA630-00924419 | – | SAMNDCA630-00924624 |
| S-ITC-000018872 | – | S-ITC-000019151 |
| S-ITC-000118719 | – | S-ITC-000118775 |
| S-ITC-003723510 | – | S-ITC-003723795 |
| S-ITC-007283163 | – | S-ITC-007283320 |
| S-ITC-009302888 | – | S-ITC-009302969 |
| S-ITC-010477381 | – | S-ITC-010477490 |
| S-ITC-010617659 | – | S-ITC-010617694 |

Case Materials:

*Case Filings*

Amended Jury Verdict Form, *Apple Inc., v. Samsung Electronics, et al.*, Case No. 11-CV-01846-LHK (N.D. Cal. August 24, 2012).

Joint Stipulation and (Proposed) Order Regarding a Procedure for Reducing the Number of Sealing Requests, *Apple Inc., v. Samsung Electronics No., Ltd., et al.,* Case No. 11-cv-01846-LHK (N.D. Cal. August 6, 2012), with Exhibits A-C.

Jury Trial Demand, Amended Complaint for Federal False Designation of Origin and Unfair Competition, Federal Trademark Infringement, Federal Trade Dress Dilution, State Unfair Business Practices, Common Law Trademark Infringement, Unjust Enrichment, and Patent Infringement, *Apple Inc., v. Samsung Electronics No., Ltd., et al.*, Case No. 11-cv-01846-LHK (N.D. Cal. June 16, 2011).

Jury Trial Demand, Complaint for Patent Infringement, Federal False Designation of Origin and Unfair Competition, Federal Trademark Infringement, State Unfair Competition, Common Law Trademark Infringement, and Unjust Enrichment, *Apple Inc., v. Samsung Electronics No., Ltd., et al.,* Case No. CV-11-01846 (N.D. Cal. April 15, 2011).

Final Jury Instructions, *Apple Inc., v. Samsung Electronics No., Ltd., et al*., Case No. 11-CV-01846-LHK, Dkt. No. 1893 (N.D. Cal. August 21, 2012).

Final Jury Instructions, *Apple Inc., v. Samsung Electronics No., Ltd., et al*., Case No. 11-CV-01846-LHK, Dkt. No. 1903 (N.D. Cal. August 21, 2012).

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 2**

**DOCUMENTS REVIEWED AND/OR RELIED UPON**

*Case Filings Continued*

Final Jury Instructions, *Apple Inc., v. Samsung Electronics No., Ltd., et al.,* Case No. 11-CV-01846-LHK, Dkt. No. 2784 (N.D. Cal. November 18, 2013).

Order Amending Design Patent Claim Construction, *Apple Inc., v. Samsung Electronics No., Ltd., et al.,* Case No. 11-CV-01846-LHK (N.D. Cal. July 29, 2012).

Order Regarding Design Patent Claim Construction, *Apple Inc., v. Samsung Electronics No., Ltd., et al.,* Case No. 11-CV-01846-LHK (N.D. Cal. July 27, 2012).

Order Requiring New Trial on Design Patent Damages, *Apple Inc., v. Samsung Electronics No., Ltd., et al.,* Case No. 11-CV-01846-LHK (N.D. Cal. October 22, 2017).

Order Re: Waiver of Article of Manufacture Issue and New Trial on Design Patent Damages, Case No. 11-CV-01846-LHK, Dkt. No. 3509 (N.D. Cal. July 28, 2017).

Verdict Form, *Apple Inc., v. Samsung Electronics No., Ltd., et al.,* Case No. 11-CV-01846-LHK (N.D. Cal. November 21, 2013).

*Apple Inc. v. Samsung Electronics Co., Ltd., 735 F.3d 1352,* Per Curiam Op. (Fed. Cir. February 7, 2017).

*Apple Inc. v. Samsung Electronics Co., Ltd., 735 F.3d 1352,* Slip Op. (Fed. Cir. May 18, 2015).

*Apple Inc. v. Samsung Electronics Co., Ltd., 735 F.3d 1352,* Slip Op. (Fed. Cir. November 18, 2013).

Brief for the United States As Amicus Curiae Supporting Neither Party, *Samsung Elecs. Co., Ltd., v. Apple Inc.,* No. 15-777, 580 U.S. ___ (2016).

Opinion, *Samsung Elecs. Co., Ltd. v. Apple Inc.,* No. 15-777, 580 U.S. ___ (2016).

Petition for a Writ of Certiorari, *Samsung Elecs. Co., Ltd. v. Apple Inc.,* No. 15-777, 580 U.S. ___ (2016).

Transcript of Oral Argument, *Samsung Elecs. Co., Ltd. v. Apple Inc.,* No. 15-777, 580 U.S. ___ (2016).

*Trial Transcripts*

Transcript of Oral Proceedings, *Apple Inc., v. Samsung Electronics Co., Ltd., et al.,* C-11-01846 LHK, Vol. 1-3, 6-11 (N.D. Cal. July 30, 2012).

Transcript of Oral Proceedings, *Apple Inc., v. Samsung Electronics Co., Ltd., et al.,* C-11-01846 LHK, Vol. 1, 3-4 (N.D. Cal. November 12, 2013).

Transcript of Oral Proceedings, *Apple Inc., v. Samsung Electronics Co., Ltd., et al.,* C-11-01846 LHK, Dkt. No. 3546 (N.D. Cal. November 30, 2017).

Defendant Admitted Exhibits, DX 511, 518, 526, 528 -529, 533, 539, 546, 548 - 550, 556 - 557,  561 - 562, 572, 578, 586, 592, 613, 621, 630 - 631, 635 - 636, 645, 647 - 648, 655, 661 - 662, 676, 684 - 685, 687, 693, 695 - 698, 712 - 713, 717, 727 - 728, 740 - 741, 751, 753 - 754, 781, 900, 2517, 2519, 2522, 2524 - 2526, 2528 - 2529, 2534, 2557, 2627.

Joint Admitted Exhibits, JX 1000 - 1005, 1007, 1009 - 1020, 1022 - 1028, 1030 - 1051, 1053 - 1057, 1060, 1066, 1068 - 1071, 1073 - 1074, 1076 - 10778, 1081, 1083 - 1085, 1091, 1093, 1500.

Plaintiff Admitted Exhibits, PX 3 - 17, 21A, 23 - 25, 28, 30 - 31, 33 - 36, 38, 40 - 44, 46, 52, 54 - 60, 62, 64, 66, 69 - 70, 72, 74, 78, 80 - 81, 84, 89, 91, 94, 97, 100 - 101, 104, 106, 112 - 113, 116 - 122, 125, 127 - 128, 130, 133 - 135, 138, 140 - 146, 148, 150, 155, 157, 158, 162 - 168, 170 - 171, 173 - 175, 177 - 179, 180 - 181, 186, 193 - 195, 210, 219, 2011, 2031, 2227, 2257, 2261, 2277, 2278, 2281, 2288.

*Interrogatories and Other Legal*

Apple Closing Demonstrative.

Apple Inc.'s Amended Objections and Response to Samsung Electronics Co. Ltd.'s Interrogatory No. 5 to Apple Inc., Case No. 11-cv-01846-LHK, March 4, 2012.

Apple Inc.'s Amended Objections and Response to Samsung's Interrogatory No 1 to Apple, Case No. 11-cv-01846-LHK, December 23, 2011.

Apple Inc.'s Amended Objections and Responses to Samsung Electronics Co. Ltd.'s Interrogatory Nos. 4, 6, 7, 16, 17, 18 to Apple Inc., Case No. 11-cv-01846-LHK (PSG), March 8, 2012.

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 2**

**DOCUMENTS REVIEWED AND/OR RELIED UPON**

*Interrogatories and Other Legal Continued*

Apple Inc.'s Amended Objections and Responses to Samsung's Interrogatory No. 7 to Apple Relating to Apple Inc.'s Motion for a Preliminary Injunction, Case No. 11-cv-01846-LHK, September 28, 2011.

Apple Inc.'s Corrected Amended Objections and Responses to Samsung's Interrogatory No. 7 to Apple Relating to Apple Inc.'s Motion for a Preliminary Injunction, Case No. 11-cv-01846-LHK, September 30, 2011.

Apple Inc.'s Corrected Amended Objections and Responses to Samsung Electronics Co. Ltd.'s Interrogatory Nos. 4, 6, 7, 16, 17, 18 to Apple Inc., Case No. 11-cv-01846-LHK (PSG), March 9, 2012.

Apple Inc.'s Fifth Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple, Case No. 11-cv-01846-LHK (PSG), March 8, 2012.

Apple Inc.'s First Supplemental Objections and Responses to Samsung's Second Set of Interrogatories (Nos. 19, 21, 22, 24, & 26), Civil Action No. 11-cv-01846-LHK, March 8, 2011.

Apple Inc.'s Fourth Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple, Case No. 11-cv-01846-LHK (PSG), March 5, 2012.

Apple Inc.'s Objections and Responses to Samsung Electronics Co. Ltd.'s First Set of Interrogatories to Apple Inc., Case No. 11-cv-01846-LHK, September 12, 2011.

Apple Inc.'s Objections and Responses to Samsung's Fourth Set of Interrogatories, Civil Action No. 11-cv-01846-LHK, March 10, 2012.

Apple Inc.'s Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple Inc.'s Motion for a Preliminary Injunction, Case No. 11-cv-01846-LHK, July 25, 2011.

Apple Inc.'s Objections and Responses to Samsung's Second Set of Interrogatories, Civil Action No. 11-cv-01846-LHK, October 26, 2011.

Apple Inc.'s Objections and Responses to Samsung's Third Set of Interrogatories, Civil Action No. 11-cv-01846-LHK, November 14, 2011.

Apple Inc.'s Objections to Samsung's Interrogatories to Apple Relating to Apple Inc.'s Motion for a Preliminary Injunction, Case No. 11-cv-01846-LHK, July 20, 2011.

Apple Inc.'s Second Amended Objections and Response to Samsung Electronics Co. Ltd.'s Interrogatory No. 5 to Apple Inc., Case No. 11-cv-01846-LHK, March 8, 2012.

Apple Inc.'s Second Amended Objections and Response to Samsung's Interrogatory No 1 to Apple, Case No. 11-cv-01846-LHK, February 27, 2012.

Apple Inc.'s Second Amended Objections and Responses to Samsung's Interrogatory No. 7 to Apple Relating to Apple Inc.'s Motion for a Preliminary Injunction, Case No. 11-cv-01846-LHK, September 30, 2011.

Apple Inc.'s Second Supplemental Objection and Response to Samsung Electronics Co. Ltd.'s Interrogatory No. 14 to Apple Inc., Case No. 11-cv-01846-LHK (PSG), March 8, 2012.

Apple Inc.'s Supplemental Objections and Responses to Samsung's First Set of Interrogatories, Civil Action No. 11-cv-01846-LHK, March 7, 2012.

Apple Inc.'s Supplemental Objections and Responses to Samsung's First Set of Interrogatories (No. 12), Civil Action No. 11-cv-01846-LHK, March 8, 2012.

Apple Inc.'s Supplemental Objections and Responses to Samsung's Fourth Set of Interrogatories, Civil Action No. 11-cv-01846-LHK, May 29, 2012.

Apple Inc.'s Supplemental Objections and Responses to Samsung's Third Set of Interrogatories, Civil Action No. 11-cv-01846-LHK, March 8, 2012.

Apple Inc.'s Third Amended Objections and Response to Samsung's Interrogatory No 1 to Apple, Case No. 11-cv-01846-LHK, March 1, 2012.

Apple's First Amended Objections and Responses to Samsung's First Set of Requests for Admission Regarding Article of Manufacture, Case No. 11-cv-01846-LHK, December 21, 2017.

Apple's Objections and Responses to Samsung's First Set of Requests for Admission Regarding Article of Manufacture, Case No. 11-cv-01846-LHK, November 29, 2017.

Apple's Objections and Responses to Samsung's Second Set of Requests for Admission Regarding Article of Manufacture, Case No. 11-cv-01846-LHK, December 11, 2017.

Apple's Second Supplemental Objections and Responses to Samsung's First Set of Interrogatories Regarding Article of Manufacture, Case No. 11-cv-01846-LHK, December 21, 2017.

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 2**

**DOCUMENTS REVIEWED AND/OR RELIED UPON**

*Interrogatories and Other Legal Continued*

Apple's Second Supplemental Response to Samsung's Interrogatories 1, 3, and/or 6 to Apple Relating to Apple's Motion for Preliminary Injunction, Case No. 11-cv-01846-LHK, March 1, 2012.

Apple's Supplemental Response to Samsung's Interrogatories 1, 3 and/or 6 to Apple Relating to Apple's Motion for Preliminary Injunction, Case No. 11-cv-01846-LHK, September 30, 2011.

Apple's Supplemental Responses to Samsung's Preliminary Injunction Interrogatories 2 and 4 and Third Supplemental Responses to Preliminary Injunction Interrogatories 1, 3, 6, and 7, Case No. 11-cv-01846-LHK, March 8, 2012.

Samsung Electronics Co. Ltd.'s First Set of Interrogatories to Apple Inc., Case No. 11-cv-01846-LHK, August 3, 2011.

Samsung's Corrected Interrogatory No. 4 Relating to Apple Inc.'s Motion for a Preliminary Injunction, Case No. 11-cv-01846-LHK, July 13, 2011.

Samsung's Fourth Set of Interrogatories to Apple Inc., Case No. 11-cv-01846-LHK, February 7, 2012.

Samsung's Interrogatories to Apple Relating to Apple Inc.'s Motion for a Preliminary Injunction, Case No. 11-cv-01846-LHK, July 6, 2011.

Samsung's Objections and Responses to Plaintiff Apple Inc.'s First Set of Interrogatories Regarding Articles of Manufacture, Case No. 11-cv-01846-LHK, November 29, 2017.

Samsung's Second Set of Interrogatories to Apple Inc., Case No. 11-cv-01846-LHK, September 16, 2011.

Samsung's Second Set of Interrogatories to Apple Relating to Apple Inc.'s Motion for a Preliminary Injunction, Case No. 11-cv-01846-LHK, July 14, 2011.

Samsung's Second Supplemental Objections and Responses to Plaintiff Apple Inc.'s First Set of Interrogatories Regarding Articles of Manufacture, Case No. 11-cv-01846-LHK, December 21, 2017.

Samsung's Third Set of Interrogatories to Apple Inc., Case No. 11-cv-01846-LHK, October 14, 2011.


Depositions, Declarations, and Exhibits:

Chung Declaration, Exhibits D - K, P - Q.

Deposition of Christopher Stringer, August 3, 2011.

Deposition of Imran Chaudhri, October 14, 2011.

Deposition of Freddy Anzures, October 18, 2011.

Deposition of Daniele De Iuliis, October 21, 2011.

Deposition of Eugene Whang, October 27, 2011.

Deposition of Jonathan Ive, December 1, 2011.

Deposition of Bo-Ra Kim, January 11, 2012.

Deposition of Philip Schiller, February 17, 2012.

Deposition of Michael Tchao, February 21, 2012.

Deposition of Stanley C. Ng, February 21, 2012.

Deposition of Eric Jue, February 24, 2012.

Twiggs Deposition, July 27, 2012, Exhibit 37.

Twiggs Deposition, July 27, 2012, Exhibit 40.

Deposition of Drew Blackard, December 13, 2017.

Deposition of Timothy Sheppard, December 14, 2017.

Deposition of Tony Blevins, December 17, 2017.

Deposition of Jinsoo Kim, December 19, 2017.

Deposition of Richard Paul Howarth, December 19, 2017, with Exhibit 1.

Deposition of Jee-Yeun Wang, December 20, 2017.

Deposition of Justin Denison, December 20, 2017.

Deposition of Kyuhyun Han, December 20, 2017.

Deposition of Greg Joswiak, December 21, 2017, with Exhibits 1 - 20, 22 - 23.

Deposition of Dongwook Kim, December 22, 2017.

Twiggs Declaration, Exhibit 7, 20.

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 2

## DOCUMENTS REVIEWED AND/OR RELIED UPON

Expert Reports:
Corrected Expert Report of Itay Sherman, March 23, 2012.
Corrected Rebuttal Expert Report of Sam Lucente, April 17, 2012.
Draft Expert Report of Terry L. Musika, CPA, March 22, 2012, with Exhibit 23.
Expert Report of James T. Carmichael, April 16, 2012.
Expert Report of John Anders, IDSA, April 16, 2012.
Expert Report of Mark Lehto, March 22, 2012.
Expert Report of Sam Lucente, March 22, 2012.
Expert Report of Susan Kare Regarding "Article of Manufacture" for the Samsung Products Found to Infringe U.S.
    Patent D604,305, January 15, 2018, with Exhibits 1-23.
Opening Expert Report of Alan D. Ball Regarding "Article of Manufacture" for the Samsung Products Found to
    Infringe U.S. Patents D618,677 and D593,087, January 15, 2018, with Exhibits A-E.
Opening Expert Report of Julie L. Davis, CPA, January 15, 2018, with Exhibits 1-52.

Newspaper and Magazine Articles:
"Smartphone Race Heats Up; Rivals are Now Beating the iPhone in Terms of Screen Size, Features," *The Boston
    Globe*, February 27, 2011.
Arthur, Charles, "Samsung Says $52m, Not $380m, is Owed for Apple Patent Infringement," *The Guardian*,
    November 14, 2013.
Bray, Hiawatha, "Droid Charge is Pricey, but its 4G Flies; Droid Charge Android Smartphone," *The Boston Globe*,
    May 19, 2011.
Stewart, James B., "Worthy Rivals for the Crown in Smartphones," *The New York Times*, July 22, 2011.

Websites:
http://images.samsung.com/is/content/samsung/p5/global/ir/docs/2012_Sustainability_Report.pdf, at 53 (viewed
    January 22, 2018).
http://web.archive.org/web/20091217204752/http://www.apple.com:80/iphone/compare-iphone (viewed January 23,
    2018).
http://web.archive.org/web/20110122101936/http://www.apple.com:80/iphone/compare-iphones/ (viewed January
    25, 2018).
http://web.archive.org/web/20110415185123/http://www.samsung.com/us/mobile/cell-
    phones?prd_ia_url_name_path=mobile|cell-phones&landing_yn=N&sort_type=&b2b_b2c_typ_cd=B2C
    (viewed January 22, 2018).
http://web.archive.org/web/20111220115615/http://www.apple.com/iphone/compare-iphones/ (viewed January 22
    2018).
http://www.fonearena.com/blog/19963/samsung-galaxy-s-unboxing-pictures.html (viewed January 18, 2018).
http://www.ibtimes.com/top-10-smartphones-large-screen-size-374664 (viewed January 25, 2018).
http://www.imdb.com/title/tt1589903/ (viewed January 25, 2018).
http://www.jdpower.com/about-us/our-research-and-analytics (viewed January 22, 2018).
http://www.nielsen.com/us/en/about-us.html (viewed January 17, 2018).
http://www.nytimes.com/2012/01/29/business/blackberry-aiming-to-avoid-the-hall-of-fallen-giants.html (viewed
    January 19, 2018).
http://www.scotusblog.com/case-files/cases/samsung-electronics-co-v-apple/ (viewed January 25, 2018).
https://hbr.org/1998/11/business-marketing-understand-what-customers-value (viewed January 25, 2018).
https://techcrunch.com/2014/01/21/apple-sends-out-iphone-survey-seeks-feedback-on-android-touch-id-and-more/
    (viewed January 25, 2018).
https://web.archive.org/web/20120512220553/http://www.samsung.com/us/aboutsamsung/ourbusinesses/businessar
    ea/usdivisions.html#electronics (viewed January 25, 2018).
https://www.alexa.com/siteinfo/cnet.com (viewed January 15, 2018).
https://www.alexa.com/siteinfo/engadget.com#?sites=engadget.com (viewed January 22, 2018).
https://www.alexa.com/siteinfo/gsmarena.com#?sites=gsmarena.com (January 22, 2018).
https://www.alexa.com/siteinfo/theverge.com#?sites=theverge.com (viewed January 22, 2018).

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 2**

**DOCUMENTS REVIEWED AND/OR RELIED UPON**

Websites Continued:

https://www.apple.com/iphone/compare/ (viewed January 25, 2018).

https://www.apple.com/iphone-x/?afid=p238%7CPxLhYzpp-dc_mtid_20925d2q39172_pcri (viewed January 4, 2018).

https://www.apple.com/iphone-x/specs/ (viewed January 4, 2018).

https://www.apple.com/newsroom/2007/01/09Apple-Reinvents-the-Phone-with-iPhone/ (viewed January 22, 2018).

https://www.apple.com/newsroom/2008/06/09Apple-Introduces-the-New-iPhone-3G/ (viewed January 22, 2018).

https://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=4172403 (viewed January 12, 2018).

https://www.cnet.com/about/ (viewed January 25, 2018).

https://www.cnet.com/products/samsung-captivate-at-t/review/ (viewed January 22, 2018).

https://www.cnet.com/products/samsung-captivate-at-t/specs/ (viewed January 18, 2018).

https://www.cnet.com/products/samsung-epic-4g-sprint/review/ (viewed January 22, 2018).

https://www.cnet.com/products/samsung-fascinate/review/ (viewed January 22, 2018).

https://www.cnet.com/products/samsung-galaxy-s-ii-at-t/review/ (viewed January 19 2018).

https://www.comscore.com/About-comScore (viewed January 19, 2018).

https://www.engadget.com/2010/09/07/samsung-fascinate-review/ (viewed January 29, 2018).

https://www.forbes.com/sites/adamthierer/2012/04/01/bye-bye-blackberry-how-long-will-apple-last/#69ab0f3c6312 (viewed January 18, 2018).

https://www.gsmarena.com/compare.php3?&idPhone2=2826&idPhone3=3733&idPhone1=3705# (viewed January 29, 2018).

https://www.gsmarena.com/samsung_i997_infuse_4g-review-599p3.php (viewed January 29, 2018).

https://www.networkworld.com/article/2222892/wireless/how-apple-conducts-market-research-and-keeps-ios-source-code-locked-down.html (viewed January 25, 2018).

https://www.phonearena.com/aboutus (viewed January 19, 2018).

https://www.phonearena.com/phones/compare/Samsung-Galaxy-S-II-AT-T,Apple-iPhone-3GS,Samsung-Droid-Charge/phones/5639,3774,5126?ft=2 (viewed January 19, 2018).

https://www.samsung.com/us/mobile/phones/all-phones/s/_/n-10+11+hv1rp/ (viewed January 25, 2018).

https://www.strategyanalytics.com/strategy-analytics/what-we-do/clients-distinctions#.WmZCTnmWxaQ (viewed January 22, 2018).

https://www.surveysampling.com/knowledge-center/panels-respondent-experience/ (viewed January 25, 2018).

https://www.theverge.com/2011/10/31/2524896/samsung-galaxy-s-ii-at-t-review (viewed January 19, 2018).

https://www.youtube.com/watch?v=eJMe_PaCfNI (viewed January 25, 2018).


Articles, Books, and Publications:

Aaker, David A., *et al*., "On Using Response Latency to Measure Preference," *Journal of Marketing Research* 17, no. 2 (1980): 237-244.

Abraham, Hillary, *et al*., "Consumer Interest in Automation: Preliminary Observations Exploring a Year's Change," *MIT Agelab White Paper* (2017): 1-20.

Bendle, Neil T., Paul W. Farris, Phillip E. Pfeifer, and David J. Reibstein, *Marketing Metrics: The Definitive Guide to Measuring Marketing Performance*, 3rd ed., (Upper Saddle River, NJ: Pearson, 2016).

Breidert, Christoph, Michael Hahsler, and Thomas Reutterer, "A Review of Methods For Measuring Willingness to Pay," *Innovative Marketing* 2, no. 4 (2006): 8-32.

Consumer Financial Protection Bureau, "The Consumer Credit Card Market," (2015).

Converse, Jean M., and S. Presser, *Survey Questions: Handcrafting the Standardized Questionnaire* (Beverly Hills, CA: Sage Publications, 1986).

Dillman, Don A., *Mail and Telephone Surveys: The Total Design Method* (New York City, NY: John Wiley & Sons, Inc., 1978).

Dhar, Ravi, and Steven J. Sherman, "The Effect of Common and Unique Features in Consumer Choice," *Journal of Consumer Research* 23, no. 3 (1996): 193-203.

Diamond, Shari Seidman, *Reference Guide on Survey Research* (Washington, DC: The National Academies Press, 2011).

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 2**

**DOCUMENTS REVIEWED AND/OR RELIED UPON**

Articles, Books, and Publications Continued:

Evangelidis, Ioannis, and Jonathan Levav, "Prominence Versus Dominance: How Relationships between Alternatives Drive Decision Strategy and Choice," *Journal of Marketing Research* 50, no. 6 (2013): 753-766.

Falaki, H., *et al*., "Diversity in Smartphone Usage," *Proceedings of the 8th International Conference on Mobile Systems, Applications, and Services* (2010): 1-16.

Green, Paul, Donald S. Tull, and G. Albaum, *Research for Marketing Decisions* (Englewood Cliffs, NJ: Prentice Hall, 1988).

Heeler, Roger M., *et al.,* "Attribute Importance: Contrasting Measurements," *Journal of Marketing Research* 16, no. 1 (1979): 60-63.

Houston, David A., and Steven J. Sherman, "Cancellation and Focus: The Role of Shared and Unique Features in the Choice Process," *Journal of Experimental Social Psychology* 31, no. 4 (1995): 357-378.

Hunter, Joyce A., "A Correlation Study of How Airline Customer Service and Consumer Perception of Airline Customer Service Affect the Air Rage Phenomenon," *Journal of Air Transportation* 11, no. 3 (2006): 78-109.

Iacobucci, Dawn, and Gilbert A. Churchill, *Marketing Research: Methodological Foundations* (Mason, OH: South-Western Cengage Learning, 2010): 1-9.

Jacoby, Jacob, and David B. Kyner, "Brand Loyalty vs. Repeat Purchasing Behavior," *Journal of Marketing Research* 10, no. 1 (1973): 1-9.

Keller, Kevin Lane, "Conceptualizing, Measuring, and Managing Customer-Based Brand Equity," *Journal of Marketing* (1993): 1-22.

Kotler, Philip, and Kevin L. Keller, *Marketing Management 14/e* (Saddle River, NJ: Pearson, 2014).

Lancaster, Kelvin J., "A New Approach to Consumer Theory," *Journal of Political Economy* 74, no. 2 (1966): 132-157.

Lehman, D.R., S. Gupta, and J.D. Steckel, *Marketing Research* (Reading, MA: Addison Wesley, 1998).

Luo, S., and Y. Zhou, "Effects of Smartphone Icon Background Shapes and Figure/Background Area Ratios on Visual Search Performance and User Preferences," *Frontiers of Computer Science* (2015): 1-14.

McDuff, M., and D. Fairweather, "Measuring Marketing: Using Content Analysis To Evaluate Relative Value in Valuation And Reasonable Royalty Analysis," *Les Nouvelle* (2016): 88-93.

McFadden, Daniel, "Conditional Logit Analysis of Qualitative Choice Behavior," in Zarembka, Paul, ed., *Frontiers in Econometrics* (New York, NY: Academic Press, 1974): 105-142.

Myers, Chris, "Managing Brand Equity: a Look at the Impact of Attributes," *Journal of Product & Brand Management* 12, no. 1 (2003): 39-51.

Payne, Stanley L., *The Art of Asking Questions* (Princeton, NJ: Princeton University Press, 1951).

Pessemier, E., Philip Burger, Richard Teach, and Douglas Tigert, "Using Laboratory Brand Preference Scales to Predict Consumer Brand Purchases," *Management Science* 17, no. 6 (1971): B371-B385.

Rana, J., *et al*., "A Handset-Centric View of Smartphone Application Use," *Procedia Computer Science* 34 (2014): 368-375.

Rust, Roland T., Debora Viana Thompson, and Rebecca W. Hamilton, "Defeating Feature Fatigue," *Harvard Business Review* 84, no. 2 (2006): 37-47.

Schaeffer, Nora Cate, and Stanley Presser, "The Science of Asking Questions," *Annual Review in Sociology* 29 (2003): 65-88.

Schendel, D., W. Wilkie, and J.M. McCann, "An Experimental Investigation of 'Attribute Importance'," in Gardener, David M., ed., *SV - Proceedings of the Second Annual Conference of the Association for Consumer Research* (College Park, MD: Association for Consumer Research, 1971): 404-416.

Schoemaker, Paul, and C. Waid, "An Experimental Comparison of Different Approaches to Determining Weights in Additive Utility Models," *Management Science* 28, no. 2 (1982): 182-196.

Shimp, Terrence A., *Advertising, Promotion & Other Aspects of Integrated Marketing Communications*, *Eighth Edition* (Mason, OH: South-Western Cengage Learning, 2010).

Silk, Alvin J., and Glen L. Urban, "Pre-Test-Market Evaluation of New Packaged Goods: A Model and Measurement Methodology," *Journal of Marketing Research* 15, no. 2 (1978): 171-191.

Srinivasan, V., C.S. Park, and D.R. Chang, "An Approach to the Measurement, Analysis, and Prediction of Brand Equity and Its Sources," *Management Science* 51, no. 9 (2005): 1433-1448.

**ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 2**

**DOCUMENTS REVIEWED AND/OR RELIED UPON**

Articles, Books, and Publications Continued:

Srinivasan, V., William S. Lovejoy, and David Beach, "Integrated Product Design for Marketability and Manufacturing," *Journal of Marketing Research* 34 (1997): 154-163.

Sudman, S., and N. Bradburn, *Asking Questions: A Practical Guide to Questionnaire Design* (San Francisco, CA: Jossey-Bass Publishers, 1982).

Thompson, Debora Viana, Rebecca W. Hamilton, and Roland T. Rust, "Feature Fatigue: When Product Capabilities Become Too Much of a Good Thing," *Journal of Marketing Research* 42, no. 4 (2005): 431-442.

Tversky, Amos, "Elimination by Aspects: A Theory of Choice," *Psychological Review* 79 (1972): 281-299. Reprinted in Shafir, Eldar, ed., *Preference, Belief, and Similaritiy: Selected Writings Amos Tversky* (Cambridge, MA: The MIT Press, 2004).

Varki, Sajeev, and Shirley Wong, "Consumer Involvement in Relationship Marketing of Services," *Journal of Service Research* 6, no. 1 (2003): 83-91.

Zhang, Shi, and Arthur B. Markman, "Processing Product Unique Features: Alignability and Involvement in Preference Construction," *Journal of Consumer Psychology* 11, no. 1 (2001): 13-27.


Company Financial Documents:

Apple Inc. SEC Form 10-K for the fiscal year ended September 29, 2012.


Other:

"Wireless Handset Screener," Project #: 103072, JDPA Wireless Handset - 2012 Telecom Study.

Apple v. Samsung NDCAI - 2018 Trial Products.

MPEP, Chapter 1500 Design Patents.

U.S. Patent No. D559,261.

U.S. Patent No. D593,087.

U.S. Patent No. D604,305.

U.S. Patent No. D618,677.

U.S. Patent No. D627,790.

Wagner Schedule 6.3 NT.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 3**
**INFRINGING DEVICES**

| Smartphone | Infringement | | |
|---|---|---|---|
| | D'677 | D'087 | D'305 |
| Captivate (JX 1011) | Not accused | Not accused | Yes |
| Continuum (JX 1016) | Not accused | Not accused | Yes |
| Droid Charge (JX 1025) | Not accused | Not accused | Yes |
| Epic 4G (JX 1012) | Not accused | Not accused | Yes |
| Fascinate (JX 1013) | Yes | Not accused | Yes |
| Galaxy S (i9000) (JX 1007)[1] | Yes | Yes | Yes |
| Galaxy S 4G (JX 1019) | Yes | Yes | Yes |
| Galaxy S II (AT&T) (JX 1031) | Yes | No | Not accused |
| Galaxy S II (Epic 4G Touch) (JX 1034) | Yes | No | Not accused |
| Galaxy S II (i9100) (JX 1032)[1] | Yes | No | Not accused |
| Galaxy S II (Skyrocket) (JX 1035) | Yes | No | Not accused |
| Galaxy S II (T-Mobile) (JX 1033) | Yes | Not accused | Not accused |
| Galaxy S Showcase (i500) (JX 1017) | Yes | Not accused | Yes |
| Gem (JX 1020) | Not accused | Not accused | Yes |
| Indulge (JX 1026) | Not accused | Not accused | Yes |
| Infuse 4G (JX 1027) | Yes | No | Yes |
| Mesmerize (JX 1015) | Yes | Not accused | Yes |
| Vibrant (JX 1010) | Yes | Yes | Yes |

**Note:**

[1] I understand that the Galaxy S (i9000) and the Galaxy S II (i9100) were not sold in the United States, and that the Galaxy Ace was not found to infringe on any of the asserted patents.

**Source:**

Amended Verdict Form, August 24, 2012.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 4**
**SURVEY RESPONSE STATISTICS**

|  | **Respondents** |
|---|---|
| Completed | 1,006 |
| *Samsung Completes* | *620* |
| *Non-Samsung Completes* | *386* |
| Dropped out | 333 |
| Terminated | 3,518 |
| *Age [1]* | *253* |
| *Gender [2]* | *53* |
| *Employment [3]* | *25* |
| *Do not currently own a smartphone* | *868* |
| *Not involved in most recent smartphone purchase decision* | *268* |
| *Currently owns an Apple iPhone* | *1,147* |
| *Current smartphone does not have an Android operating system* | *143* |
| *Did not own a smartphone in 2011 [4]* | *761* |
| **Total Clicked on Survey Link** | 4,857 |

**Notes:**

[1] Respondents who indicated that they were under 25 or that they preferred not to indicate their age were screened out of the survey. Additionally, respondents who indicated an age which did not match the value the panel company had on file were screened out of the survey.

[2] Respondents whose gender response did not match the value the panel company had on file were screened out of the survey.

[3] Respondents who indicated that they or their family members were employed by "A phone manufacturer or carrier" or "A marketing, market research, or advertising agency" were screened out of the survey.

[4] Respondents who did not know if they owned a smartphone in 2011 were also screened out of the survey.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 5**
**SURVEY RESULTS**
**GENERAL REASONS (QUESTIONS 14 AND 15)**

**Question 14: "Which, if any, of the following did you consider when you chose to purchase your current smartphone?"**

| | Overall n = 1006 | | Samsung n = 620 | |
|---|---|---|---|---|
| | # | % | # | % |
| Style / design | 520 | 51.7% | 334 | 53.9% |
| Phone operation | 550 | 54.7% | 347 | 56.0% |
| Price / cost | 764 | 75.9% | 441 | 71.1% |
| Phone features | 734 | 73.0% | 443 | 71.5% |
| Carrier | 428 | 42.5% | 261 | 42.1% |
| Manufacturer brand | 537 | 53.4% | 388 | 62.6% |
| Availability of apps | 273 | 27.1% | 183 | 29.5% |
| Other | 20 | 2.0% | 10 | 1.6% |

**Question 15 instructed respondents to allocate 100 points among the attributes each selected in question 14.**

| | Overall n = 1006 — Average Weight Based on Respondents who Selected Features in Question 14 | Samsung n = 620 — Average Weight Based on Respondents who Selected Features in Question 14 |
|---|---|---|
| Style / design | 10.2 | 10.9 |
| Phone operation | 13.1 | 13.2 |
| Price / cost | 28.0 | 24.8 |
| Phone features | 19.6 | 19.3 |
| Carrier | 10.3 | 9.7 |
| Manufacturer brand | 13.2 | 16.4 |
| Availability of apps | 4.9 | 5.2 |
| Other | 0.7 | 0.5 |
| *Total* | *100.00* | *100.00* |

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 6**
**SURVEY RESULTS**
**STYLE / DESIGN (QUESTIONS 16 AND 17)**

**Question 16:** "We would like to better understand what specifically about a phone's style/design you considered when you chose which smartphone to purchase. Please select the factors below that you considered when you chose which smartphone to purchase."

| | Overall n = 520 | | Samsung n = 334 | |
|---|---|---|---|---|
| | # | % | # | % |
| Keyboard style / touchscreen capabilities | 251 | 48.3% | 168 | 50.3% |
| QWERTY style / design / layout | 105 | 20.2% | 75 | 22.5% |
| Size and quality of display screen | 426 | 81.9% | 275 | 82.3% |
| Liked size of phone | 326 | 62.7% | 213 | 63.8% |
| Phone shape / type | 243 | 46.7% | 153 | 45.8% |
| Color | 150 | 28.8% | 100 | 29.9% |
| Durability of Phone | 351 | 67.5% | 234 | 70.1% |
| Lightweight | 208 | 40.0% | 132 | 39.5% |
| Other | 4 | 0.8% | 2 | 0.6% |

**Question 17** instructed respondents to allocate 100 points among the attributes each selected in question 16.

| | Overall n = 520 Average Weight Based on Respondents who Selected Features in Question 16 | Samsung n = 334 Average Weight Based on Respondents who Selected Features in Question 16 |
|---|---|---|
| Keyboard style / touchscreen capabilities | 10.13 | 10.89 |
| QWERTY style / design / layout | 3.41 | 3.86 |
| Size and quality of display screen | 26.41 | 25.93 |
| Liked size of phone | 16.12 | 15.69 |
| Phone shape / type | 10.19 | 9.94 |
| Color | 4.88 | 4.91 |
| Durability of Phone | 21.00 | 21.19 |
| Lightweight | 7.64 | 7.39 |
| Other | 0.23 | 0.21 |
| *Total* | *100.00* | *100.00* |

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 7**
**SURVEY RESULTS**
**COLOR AND PHONE SHAPE / TYPE (QUESTIONS 22-25)**

**Question 22: "We would like to better understand what kind of different color choices you considered when you chose which smartphone to purchase. Please select the colors below that you considered when you chose which smartphone to purchase."**

|  | Overall | | Samsung | |
|---|---|---|---|---|
|  | n = 150 | | n = 100 | |
|  | # | % | # | % |
| Black | 109 | 72.7% | 71 | 71.0% |
| White | 53 | 35.3% | 39 | 39.0% |
| Gray | 44 | 29.3% | 29 | 29.0% |
| Other | 21 | 14.0% | 14 | 14.0% |

**Question 23 instructed respondents to allocate 100 points among the attributes each selected in question 22.**

|  | Overall | Samsung |
|---|---|---|
|  | n = 150 | n = 100 |
|  | Average Weight Based on Respondents who Selected Features in Question 22 | Average Weight Based on Respondents who Selected Features in Question 22 |
| Black | 53.95 | 53.27 |
| White | 21.74 | 22.23 |
| Gray | 13.10 | 13.61 |
| Other | 11.21 | 10.89 |
| *Total* | *100.00* | *100.00* |

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## EXHIBIT 7
## SURVEY RESULTS
## COLOR AND PHONE SHAPE / TYPE (QUESTIONS 22-25)

**Question 24: "We would like to better understand what aspects of a phone's shape/type you considered when you chose which smartphone to purchase. Please select the factors below that you considered when you chose which smartphone to purchase."**

|  | Overall | | Samsung | |
|---|---|---|---|---|
|  | n = 243 | | n = 153 | |
|  | # | % | # | % |
| Thinness of phone | 140 | 57.6% | 88 | 57.5% |
| Look, feel, and shape of the front of the phone | 172 | 70.8% | 109 | 71.2% |
| Look, feel, and shape of the back of the phone | 105 | 43.2% | 70 | 45.8% |
| Look, feel, and shape of the side / edges of the phone | 144 | 59.3% | 91 | 59.5% |
| Other | 3 | 1.2% | 1 | 0.7% |

**Question 25 instructed respondents to allocate 100 points among the attributes each selected in question 24.**

|  | Overall | Samsung |
|---|---|---|
|  | n = 243 | n = 153 |
|  | Average Weight Based on Respondents who Selected Features in Question 24 | Average Weight Based on Respondents who Selected Features in Question 24 |
| Thinness of phone | 24.77 | 25.74 |
| Look, feel, and shape of the front of the phone | 35.18 | 34.56 |
| Look, feel, and shape of the back of the phone | 14.34 | 14.85 |
| Look, feel, and shape of the side / edges of the phone | 24.48 | 24.20 |
| Other | 1.23 | 0.65 |
| *Total* | *100.00* | *100.00* |

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 8**
**SURVEY RESULTS**
**PHONE OPERATION (QUESTIONS 18 AND 19)**

**Question 18: "We would like to better understand what specifically about a phone's operation you considered when you chose which smartphone to purchase. Please select the factors below that you considered when you chose which smartphone to purchase."**

| | Overall n = 550 | | Samsung n = 347 | |
|---|---|---|---|---|
| | # | % | # | % |
| Easy to understand/navigate menu system | 449 | 81.6% | 291 | 83.9% |
| Ease of using Internet features | 370 | 67.3% | 241 | 69.5% |
| Clarity / reception of phone | 402 | 73.1% | 262 | 75.5% |
| Ease of using e-mail features | 217 | 39.5% | 140 | 40.3% |
| Other | 13 | 2.4% | 10 | 2.9% |

**Question 19 instructed respondents to allocate 100 points among the attributes each selected in question 18.**

| | Overall n = 550 Average Weight Based on Respondents who Selected Features in Question 18 | Samsung n = 347 Average Weight Based on Respondents who Selected Features in Question 18 |
|---|---|---|
| Easy to understand/navigate menu system | 33.01 | 32.33 |
| Ease of using Internet features | 22.87 | 23.61 |
| Clarity / reception of phone | 32.53 | 32.41 |
| Ease of using e-mail features | 10.06 | 9.73 |
| Other | 1.53 | 1.92 |
| *Total* | *100.00* | *100.00* |

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 9**
**SURVEY RESULTS**
**EASY TO UNDERSTAND / NAVIGATE MENU SYSTEM (QUESTIONS 26 AND 27)**

**Question 26: "We would like to better understand what aspects of a phone's menu system you considered when you chose which smartphone to purchase. Please select the factors below that you considered when you chose which smartphone to purchase."**

| | Overall | | Samsung | |
|---|---|---|---|---|
| | n = 449 | | n = 291 | |
| | # | % | # | % |
| App menu screens | 247 | 55.0% | 165 | 56.7% |
| Home screens | 281 | 62.6% | 185 | 63.6% |
| Multiple backgrounds available for menu screens | 123 | 27.4% | 83 | 28.5% |
| Apps can be accessed through notifications | 155 | 34.5% | 104 | 35.7% |
| Clock and alarm settings | 208 | 46.3% | 134 | 46.0% |
| Fast options for scrolling through e-mails | 146 | 32.5% | 95 | 32.6% |
| Availability of back button | 213 | 47.4% | 148 | 50.9% |
| Other | 13 | 2.9% | 9 | 3.1% |

**Question 27 instructed respondents to allocate 100 points among the attributes each selected in question 26.**

| | Overall | Samsung |
|---|---|---|
| | n = 449 | n = 291 |
| | **Average Weight Based on Respondents who Selected Features in Question 26** | **Average Weight Based on Respondents who Selected Features in Question 26** |
| App menu screens | 18.43 | 19.08 |
| Home screens | 23.89 | 22.49 |
| Multiple backgrounds available for menu screens | 7.84 | 7.99 |
| Apps can be accessed through notifications | 9.09 | 9.37 |
| Clock and alarm settings | 13.50 | 12.25 |
| Fast options for scrolling through e-mails | 9.58 | 9.26 |
| Availability of back button | 15.47 | 17.11 |
| Other | 2.20 | 2.44 |
| *Total* | *100.00* | *100.00* |

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 10**
**SURVEY RESULTS**
**PHONE FEATURES (QUESTIONS 20 AND 21)**

Question 20: "We would like to better understand what specifically about a phone's features you considered when you chose which smartphone to purchase. Please select the factors below that you considered when you chose which smartphone to purchase."

|  | Overall | | Samsung | |
|---|---|---|---|---|
|  | n = 734 | | n = 443 | |
|  | # | % | # | % |
| Operating system platform | 441 | 60.1% | 255 | 57.6% |
| Internet capable | 458 | 62.4% | 273 | 61.6% |
| Ability to use e-mail accounts | 283 | 38.6% | 179 | 40.4% |
| Wi-Fi | 476 | 64.9% | 287 | 64.8% |
| Battery life longevity | 559 | 76.2% | 338 | 76.3% |
| Camera | 527 | 71.8% | 321 | 72.5% |
| International capabilities | 67 | 9.1% | 45 | 10.2% |
| Multi-media features (games, music, videos) | 195 | 26.6% | 126 | 28.4% |
| Bluetooth capabilities | 226 | 30.8% | 149 | 33.6% |
| Variety of features | 304 | 41.4% | 192 | 43.3% |
| Intergrated app store | 121 | 16.5% | 83 | 18.7% |
| GPS / location feature | 231 | 31.5% | 146 | 33.0% |
| Intergration of social media sites | 116 | 15.8% | 81 | 18.3% |
| Processing speed | 423 | 57.6% | 267 | 60.3% |
| Memory / Storage | 507 | 69.1% | 315 | 71.1% |
| Other | 14 | 1.9% | 6 | 1.4% |

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 10**
**SURVEY RESULTS**
**PHONE FEATURES (QUESTIONS 20 AND 21)**

**Question 21 instructed respondents to allocate 100 points among the attributes each selected in question 20.**

| | Overall | Samsung |
|---|---|---|
| | n = 734 | n = 443 |
| | Average Weight Based on Respondents who Selected Features in Question 20 | Average Weight Based on Respondents who Selected Features in Question 20 |
| Operating system platform | 11.73 | 10.76 |
| Internet capable | 8.69 | 8.23 |
| Ability to use e-mail accounts | 3.79 | 3.76 |
| Wi-Fi | 9.11 | 8.80 |
| Battery life longevity | 14.19 | 13.85 |
| Camera | 12.31 | 12.36 |
| International capabilities | 0.87 | 0.82 |
| Multi-media features (games, music, videos) | 3.11 | 3.47 |
| Bluetooth capabilities | 2.89 | 3.09 |
| Variety of features | 5.97 | 6.53 |
| Intergrated app store | 1.50 | 1.75 |
| GPS / location feature | 2.91 | 2.81 |
| Intergration of social media sites | 1.42 | 1.87 |
| Processing speed | 9.30 | 10.00 |
| Memory / Storage | 11.28 | 11.38 |
| Other | 0.93 | 0.52 |
| *Total* | *100.00* | *100.00* |

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 11**



ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### EXHIBIT 13
### AVERAGE OVERALL WEIGHT ATTRIBUTED TO EACH SMARTPHONE FEATURE IN REIBSTEIN SURVEY[1]
### SAMSUNG OWNERS

| Reason for Purchase | Reibstein Survey[2] | |
| --- | --- | --- |
| | General Reason | Overall % |
| Phone features | 19.3% | |
| Variety of features | | 1.3% |
| Internet capable | | 1.6% |
| Operating system platform | | 1.9% |
| Ability to use e-mail accounts | | 0.6% |
| Integrated app store | | 0.3% |
| Multi-media features (games, music, video) | | 0.7% |
| International capabilities | | 0.1% |
| Battery life longevity | | 2.7% |
| Bluetooth capabilities | | 0.5% |
| Camera | | 2.4% |
| GPS / location feature | | 0.5% |
| Integration of social media sites | | 0.3% |
| Wi-Fi | | 1.8% |
| Processing speed | | 2.1% |
| Memory / storage | | 2.1% |
| Other | | 0.2% |
| Price / cost | 24.8% | |

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 13**
**AVERAGE OVERALL WEIGHT ATTRIBUTED TO EACH SMARTPHONE FEATURE IN REIBSTEIN SURVEY[1]**
**SAMSUNG OWNERS**

| | Reibstein Survey[2] | |
| | General Reason | Overall % |
|---|---|---|
| **Reason for Purchase** | | |
| Style / design | 10.9% | |
| *Keyboard style / touchscreen capability* | | 1.0% |
| *QWERTY style / design / layout* | | 0.4% |
| *Size and quality of display screen* | | 2.9% |
| *Liked size of phone* | | 1.9% |
| *Phone shape/type* | | 1.2% |
| *Thinness of phone* | | 0.3% |
| *Look, feel, and shape of the front of the phone* | | 0.4% |
| *Look, feel, and shape of the back of the phone* | | 0.1% |
| *Look, feel, and shape of the side / edges of the phone* | | 0.3% |
| *Other* | | 0.0% |
| *Color* | | 0.5% |
| *Black* | | 0.3% |
| *White* | | 0.2% |
| *Gray* | | 0.1% |
| *Other* | | 0.0% |
| *Durability of phone* | | 2.1% |
| *Lightweight* | | 0.9% |
| *Other* | | 0.0% |
| Phone operation | 13.2% | |
| *Easy to understand / navigate menu system* | | 4.2% |
| *App menu screens* | | 0.8% |
| *Home screens* | | 0.9% |
| *Multiple backgrounds available for menu screens* | | 0.3% |
| *Apps can be accessed through notifications* | | 0.5% |
| *Clock and alarm settings* | | 0.5% |
| *Fast options for scrolling through e-mails* | | 0.3% |
| *Availability of back button* | | 0.8% |
| *Other* | | 0.1% |
| *Ease of using Internet features* | | 3.5% |
| *Ease of using e-mail features* | | 1.2% |
| *Clarity / reception of phone* | | 4.1% |
| *Other* | | 0.3% |

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 13**

**AVERAGE OVERALL WEIGHT ATTRIBUTED TO EACH SMARTPHONE FEATURE IN REIBSTEIN SURVEY[1]**
**SAMSUNG OWNERS**

| Reason for Purchase | Reibstein Survey[2] | |
|---|---|---|
| | General Reason | Overall % |
| Carrier | 9.7% | |
| Manufacturer brand | 16.4% | |
| Availability of apps | 5.2% | |
| Other | 0.5% | |
| **Total** | **100.0%** | |

**Notes:**

[1] The overall percentages in this exhibit reflect the average weight attributed to each feature across all respondents. Respondents who did not indicate they considered a certain attribute when purchasing a smartphone were assumed to value the attribute and corresponding sub-attributes at zero. This was done by first rescaling the points assigned to each individual feature across all categories so that the total weight given summed to 100 for each respondent. I then averaged the weight given to each feature across all respondents.

[2] Reibstein Survey results are based on answers to questions 14 - 27. See complete survey script and programmer instructions presented as Appendix A.

**EXHIBIT 14**
**AVERAGE OVERALL WEIGHT ATTRIBUTED TO EACH SMARTPHONE FEATURE[1]**
**SAMSUNG OWNERS**



| Reason for Purchase | | | % | Reibstein Survey[3] | |
| --- | --- | --- | --- | --- | --- |
| | | | | General Reason | Overall % |
| Phone features | | | | 19.3% | |
| Variety of features | | | | | 1.3% |
| Internet capable | | | | | 1.6% |
| Operating system platform | | | | | 1.9% |
| Ability to use e-mail accounts | | | | | 0.6% |
| Integrated application store // Integrated app store | | | | | 0.3% |
| Multi-media features // Multi-media features (games, music, video) | | | | | 0.7% |
| International capabilities | | | | | 0.1% |
| Battery life longevity | | | | | 2.7% |
| Bluetooth capabilities | | | | | 0.5% |
| Digital camera feature / no digital camera feature // Camera | | | | | 2.4% |
| GPS / location feature | | | | | 0.5% |
| Integration of social media sites | | | | | 0.3% |
| Wi-Fi | | | | | 1.8% |
| Processing speed | | | | | 2.1% |
| Memory / storage | | | | | 2.1% |
| Walkie-talkie / direct connect feature / push-to-talk | | | | | |
| Other | | | | | 0.2% |
| Price / cost | | | | 24.8% | |
| Free phone | | | | | |
| Phone was discounted/reduced price | | | | | |
| Most affordable option | | | | | |
| Other | | | | | |

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**EXHIBIT 14**
**AVERAGE OVERALL WEIGHT ATTRIBUTED TO EACH SMARTPHONE FEATURE[1]**
**SAMSUNG OWNERS**

| Reason for Purchase | ████ [2] | | Reason | Overall % | Reibstein Survey[3] General Reason | Overall % |
|---|---|---|---|---|---|---|
| Style / design | | | | | 10.9% | |
| *Keyboard style / touchscreen capability* | | | | | | 1.0% |
| *QWERTY style / design / layout* | | | | | | 0.4% |
| *Quality of display screen // Size and quality of display screen* | | | | | | 2.9% |
| *Liked size of phone* | | | | | | 1.9% |
| *Phone shape / type* | | | | | | 1.2% |
| *Thinness of phone* | | | | | | 0.3% |
| *Look, feel, and shape of the front of the phone* | | | | | | 0.4% |
| *Look, feel, and shape of the back of the phone* | | | | | | 0.1% |
| *Look, feel, and shape of the side / edges of the phone* | | | | | | 0.3% |
| *Other* | | | | | | 0.0% |
| *Color* | | | | | | 0.5% |
| *Black* | | | | | | 0.3% |
| *White* | | | | | | 0.2% |
| *Gray* | | | | | | 0.1% |
| *Other* | | | | | | 0.0% |
| *Durability of phone* | | | | | | 2.1% |
| *Lightweight* | | | | | | 0.9% |
| *Other* | | | | | | 0.0% |
| Phone operation | | | | | 13.2% | |
| *Easy to understand / navigate menu system* | | | | | | 4.2% |
| *App menu screens* | | | | | | 0.8% |
| *Home screens* | | | | | | 0.9% |
| *Multiple backgrounds available for menu screens* | | | | | | 0.3% |
| *Apps can be accessed through notifications* | | | | | | 0.5% |
| *Clock and alarm settings* | | | | | | 0.5% |
| *Fast options for scrolling through e-mails* | | | | | | 0.3% |
| *Availability of back button* | | | | | | 0.8% |
| *Other* | | | | | | 0.1% |
| *Ease of using Internet features* | | | | | | 3.5% |
| *Ease of using e-mail features* | | | | | | 1.2% |
| *Clarity / reception of phone* | | | | | | 4.1% |
| *Other* | | | | | | 0.3% |

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 14**
**AVERAGE OVERALL WEIGHT ATTRIBUTED TO EACH SMARTPHONE FEATURE[1]**
**SAMSUNG OWNERS**

| Reason for Purchase | | | Reibstein Survey[3] | |
|---|---|---|---|---|
| | | | General Reason | Overall % |
| Carrier | | | 9.7% | |
| Manufacturer brand | | | 16.4% | |
| Availability of apps | | | 5.2% | |
| Other | | | 0.5% | |
| *Received as gift* | | | | |
| *Recommended by friend / relative* | | | | |
| *No choice (company decision)* | | | | |
| *Previous experience / familiarity with phone/brand* | | | | |
| *Only choice available / offered with plan* | | | | |
| *Recommended by salesperson* | | | | |
| *Manufacturer's brand image* | | | | |
| *Product reviews / web site/research* | | | | |
| *Work / business related guidelines* | | | | |
| *Other* | | | | |
| **Total** | | | **100.0%** | |

**Notes:**

[1] The overall percentages in this exhibit reflect the average weight attributed to each feature across all respondents. Respondents who did not indicate they considered a certain attribute when purchasing a smartphone were assumed to value the attribute and corresponding sub-attributes at zero. This was done by first rescaling the points assigned to each individual feature across all categories so that the total weight given summed to 100 for each respondent. I then averaged the weight given to each feature across all respondents.

[3] Reibstein Survey results are based on answers to questions 14 - 27. See complete survey script and programmer instructions presented as Appendix A.

**Sources:**

SAMNDCA30008512-628, at 566-568; SAMNDCA30008390-511, at 446-448.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 15**
**AVERAGE OVERALL WEIGHT ATTRIBUTED TO EACH SMARTPHONE FEATURE[1]**
**SUB, SUB ATTRIBUTES**
**SAMSUNG OWNERS**

| | Reibstein Survey[3] |
|---|---|
| **Style / Design*** | 10.9% |
| Phone shape / type** | 1.2% |
| *Thinness of phone* | 0.3% |
| *Look, feel, and shape of the front of the phone* | 0.4% |
| *Look, feel, and shape of the back of the phone* | 0.1% |
| *Look, feel, and shape of the side / edges of the phone* | 0.3% |
| *Other* | 0.0% |
| Color** | 0.5% |
| *Black* | 0.3% |
| *White* | 0.2% |
| *Gray* | 0.1% |
| *Other* | 0.0% |
| | |
| **Phone Operation*** | 13.2% |
| Easy to understand / navigate menu system** | 4.2% |
| *App menu screens* | 0.8% |
| *Home screens* | 0.9% |
| *Multiple backgrounds available for menu screens* | 0.3% |
| *Apps can be accessed through notifications* | 0.5% |
| *Clock and alarm settings* | 0.5% |
| *Fast options for scrolling through e-mails* | 0.3% |
| *Availability of back button* | 0.8% |
| *Other* | 0.1% |

**Notes:**

[1] The percentages in this exhibit reflect the average weight attributed to each feature across all respondents. Respondents who did not indicate they considered a certain attribute when purchasing a smartphone were assumed to value the attribute and corresponding sub-attributes at zero.

[3] Reibstein Survey values from Exhibit 13.

**Sources:**

SAMNDCA30008512-628, at 566-568; SAMNDCA30008390-511, at 446-448.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**Programmer Instructions**

[SCREENER GOAL: CURRENT ANDROID SMARTPHONE USERS AGE 25 AND UP WHO WERE INVOLVED IN THE PURCHASE DECISION FOR THEIR CURRENT SMARTPHONE AND WHO ALSO OWNED A SMARTPHONE (ANY BRAND) IN 2011. IF USERS CURRENTLY OWN MORE THAN ONE SMARTPHONE, THEY ARE ASKED TO CONSIDER THEIR MOST RECENTLY PURCHASED SMARTPHONE FOR PURPOSES OF THIS SURVEY.]

[SURVEY POPULATION: 1,000 COMPLETES, BALANCED ON +25 CENSUS DATA ON GENDER, AGE, AND REGION]

[DISABLE THE BROWSER'S "BACK" BUTTON AND DO NOT SHOW A "BACK" BUTTON WITHIN THE SURVEY; EVERY QUESTION IS ON ITS OWN SCREEN; FORCE RESPONSES TO ALL QUESTIONS]

[DETECT DEVICE RESPONDENT IS USING. IF IT IS A SMARTPHONE, TABLET OR OTHER MOBILE DEVICE (NOT A DESKTOP OR LAPTOP COMPUTER), INSTRUCT TO LOG BACK IN WITH APPROVED DEVICE WITH THE MESSAGE: "Sorry, your device cannot be used for this survey. Please close this window and go to a desktop or laptop computer to take the survey to maximize your window. Once you are at one of these devices, click on the same link to take the survey"]

## I.   Screener

1.  Thank you for your participation in our study. All your answers will remain confidential. There are no right or wrong answers and we will not try to sell you anything based on your answers. We are interested in your opinions and reactions. Please do not use the 'Back' button of your browser while taking the survey.

2.  We would like to start with a bit about you. Please tell us about you by answering the following questions.

    How old are you?

    **[SELECT ONLY ONE OPTION]**
    - ⊙ Under 18 **[TERMINATE]**
    - ⊙ 18-24 **[TERMINATE]**
    - ⊙ 25-34
    - ⊙ 35-44
    - ⊙ 44-54
    - ⊙ 55-64
    - ⊙ 65-74
    - ⊙ 75+
    - ⊙ Prefer not to answer **[TERMINATE]**

*A-2*

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

3. What is your gender?

   **[ROTATE FIRST TWO OPTIONS, SELECT ONLY ONE OPTION]**

   - ⊙ Male
   - ⊙ Female
   - ⊙ Prefer not to answer **[TERMINATE]**

4. What state do you live in?

   **[DROP DOWN MENU WITH LIST OF ALL 50 STATES AND DC, SELECT ONLY ONE OPTION]**

5. Are you or anyone in your household employed by: *(Select all that apply)*

   **[RANDOMIZE ALL BUT LAST OPTION]**

   - ☐ An advertising or marketing research firm **[TERMINATE]**
   - ☐ A phone manufacturer or carrier **[TERMINATE]**
   - ☐ A university or school
   - ☐ An automobile dealership or manufacturer
   - ☐ An apparel manufacturer or clothing store
   - ☐ An insurance company
   - ☐ None of the above

6. Do you currently own a smartphone?

   **[RANDOMIZE FIRST TWO OPTIONS, SELECT ONLY ONE OPTION]**

   - ⊙ Yes
   - ⊙ No **[TERMINATE]**
   - ⊙ Don't know / don't remember **[TERMINATE]**

7. Thinking of your most recent smartphone, to what degree were you involved in the decision to select the product?

   **[RANDOMIZE ORDER WITH REVERSE; KEEP "DON'T KNOW / DON'T REMEMBER" LAST; SELECT ONLY ONE OPTION]**

   - ⊙ You had <u>no involvement in the decision</u> to select this product (*i.e.*, you received it from someone else, or you simply purchased it but did not have any input into the choice of the model or features) **[TERMINATE]**
   - ⊙ You were <u>involved in the decision</u> to select this product but <u>did not purchase</u> it yourself (*i.e.*, you may have specified the brand or model you desired or specified the key features you desired, but someone else bought it)
   - ⊙ You were the <u>primary decision maker</u> in the selection of this product <u>and purchased</u> it for yourself or someone else
   - ⊙ Don't know / don't remember **[TERMINATE]**

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**8.** What brand of smartphone do you currently own? If you currently own more than one smartphone, answer this question based on the smartphone that you purchased most recently.

**[RANDOMIZE. LEAVE LAST TWO OPTIONS LAST, SELECT ONLY ONE OPTION]**

- ⦿ Samsung
- ⦿ Apple **[TERMINATE]**
- ⦿ HTC
- ⦿ LG
- ⦿ Motorola
- ⦿ Nokia
- ⦿ Blackberry/RIM
- ⦿ Other (please specify): _____
- ⦿ Don't know / don't remember

**9.** What operating system does your current smartphone use? If you currently own more than one smartphone, answer this question based on the smartphone that you purchased most recently.

**[RANDOMIZE. LEAVE LAST TWO OPTIONS LAST, SELECT ONLY ONE OPTION]**

- ⦿ Android OS
- ⦿ iOS **[TERMINATE]**
- ⦿ Windows OS **[TERMINATE]**
- ⦿ Blackberry OS **[TERMINATE]**
- ⦿ Other (please specify): _____ **[TERMINATE]**
- ⦿ Don't know / don't remember **[TERMINATE]**

**10.** Did you own a smartphone in 2011?

**[RANDOMIZE FIRST TWO OPTIONS, SELECT ONLY ONE OPTION]**

- ⦿ Yes
- ⦿ No **[TERMINATE]**
- ⦿ Don't know / don't remember **[TERMINATE]**

**11.** What brand(s) of smartphone did you own in 2011? *(Select all that apply)*

**[RANDOMIZE. LEAVE LAST TWO OPTIONS LAST]**

- ❑ Samsung
- ❑ Apple
- ❑ HTC
- ❑ HP/Palm
- ❑ LG
- ❑ Motorola
- ❑ Nokia
- ❑ Blackberry/RIM

*A-4*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

❏   Other (please specify): _____
❏   Don't know / don't remember


## II.   Meta-attributes

**12.** We are interested in learning about your reasons for choosing a particular smartphone. The survey that follows will ask you a series of questions about your past and current use of smartphones and what you value in this category. We are interested in your preferences, and as such there are no wrong answers to the questions below.

If you currently own more than one smartphone, answer the questions below based on the smartphone that you purchased most recently.

**13.** What factors did you consider when you chose to purchase your current smartphone?

**[OPEN ENDED]**

**14.** Which, if any, of the following did you consider when you chose to purchase your current smartphone? *(Select all that apply)*

**[RANDOMIZE OPTIONS. LEAVE OTHER LAST]**

❏   Style/design
❏   Phone operation
❏   Price/cost
❏   Phone features
❏   Carrier
❏   Manufacturer brand
❏   Availability of apps
❏   Other (please specify): _____

**15.** [*If selected two or more options in* Q14] We would like to know how important each of the following factors was to you when you decided which smartphone to purchase.

You have 100 points to distribute among the factors listed below. Please adjust the slider bar next to each factor to distribute some of those 100 points to that factor. You can also type a number of points into the box next to each slider bar. The amount of points assigned to each factor should reflect how important that factor is to you, with 1 meaning less important and 100 meaning more important. The total points distributed across all factors must add up to exactly 100. The "NEXT" button will appear once the total assigned points equals 100.

**[SHOW A GRID WITH ALL SELECTED ANSWERS FROM Q14, SLIDER BAR FOR EACH NEXT TO THEM, IN SAME ORDER AS Q14. IF "OTHER (PLEASE SPECIFY)" WAS SELECTED IN Q14, INCLUDE THE OPEN ENDED RESPONSE AS AN OPTION. INCLUDE AN EXPLANATION ABOVE THE SLIDER BAR REFLECTING LESS IMPORTANT TO THE LEFT AND MORE IMPORTANT TO THE RIGHT, WITH TICK MARKS AT 10-POINT INCREMENTS. ANCHOR EACH SLIDER AT ONE, SO THAT RESPONDENTS**

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**CANNOT ASSIGN ZERO POINTS TO ANY OPTION. IF ONLY ONE OPTION WAS SELECTED IN THE PRIOR QUESTION, THEN ASSIGN ALL 100 POINTS TO THAT ONE OPTION.]**

## III.  Sub-Attributes

**[IN THIS SECTION, ONLY SHOW A QUESTION IF THE OPTION WAS SELECTED IN Q14. ORDER OF QUESTIONS SHOULD MATCH ORDER OF OPTIONS IN Q14.]**

**16.** [*If selected* **Style/Design** in Q14] We would like to better understand what specifically about a phone's style/design you considered when you chose which smartphone to purchase. Please select the factors below that you considered when you chose which smartphone to purchase. *(Select all that apply)*

**[RANDOMIZE OPTIONS. LEAVE OTHER LAST]**

1.  Keyboard style/touchscreen capabilities

2.  QWERTY style/design/layout

3.  Size and quality of display screen

4.  Liked size of phone

5.  Phone shape/type

6.  Color

7.  Durability of phone

8.  Lightweight

9.  Other (please specify): _____

**17.** [*If selected two or more options in* Q16] We would like to better understand what specifically about a phone's style/design you considered when you chose which smartphone to purchase.

You have 100 points to distribute among the factors listed below. Please adjust the slider bar next to each factor to distribute some of those 100 points to that factor. You can also type a number of points into the box next to each slider bar. The amount of points assigned to each factor should reflect how important that factor is to you, with 1 meaning less important and 100 meaning more important. The total points distributed across all factors must add up to exactly 100. The "NEXT" button will appear once the total assigned points equals 100.

**[SHOW A GRID WITH ALL SELECTED ANSWERS FROM Q16, SLIDER BAR FOR EACH NEXT TO THEM, IN SAME ORDER AS Q16. IF "OTHER (PLEASE SPECIFY)" WAS SELECTED IN Q16, INCLUDE THE OPEN ENDED RESPONSE AS AN OPTION. INCLUDE AN EXPLANATION ABOVE THE SLIDER BAR REFLECTING LESS IMPORTANT TO THE LEFT AND MORE**

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**IMPORTANT TO THE RIGHT, WITH TICK MARKS AT 10-POINT INCREMENTS. ANCHOR EACH SLIDER AT ONE, SO THAT RESPONDENTS CANNOT ASSIGN ZERO POINTS TO ANY OPTION. IF ONLY ONE OPTION WAS SELECTED IN THE PRIOR QUESTION, THEN ASSIGN ALL 100 POINTS TO THAT ONE OPTION.]**

**18.** [*If selected* **Phone Operation** in Q14] We would like to better understand what specifically about a phone's operation you considered when you chose which smartphone to purchase. Please select the factors below that you considered when you chose which smartphone to purchase. *(Select all that apply)*

**[RANDOMIZE OPTIONS. LEAVE OTHER LAST]**

1. Easy to understand/navigate menu system

2. Ease of using Internet features

3. Clarity/reception of phone

4. Ease of using e-mail features

5. Other (please specify): _____

**19.** [*If selected two or more options in* Q18] We would like to better understand what specifically about a phone's operation you considered when you chose which smartphone to purchase.

You have 100 points to distribute among the factors listed below. Please adjust the slider bar next to each factor to distribute some of those 100 points to that factor. You can also type a number of points into the box next to each slider bar. The amount of points assigned to each factor should reflect how important that factor is to you, with 1 meaning less important and 100 meaning more important. The total points distributed across all factors must add up to exactly 100. The "NEXT" button will appear once the total assigned points equals 100.

**[SHOW A GRID WITH ALL SELECTED ANSWERS FROM Q18, SLIDER BAR FOR EACH NEXT TO THEM, IN SAME ORDER AS Q18. IF "OTHER (PLEASE SPECIFY)" WAS SELECTED IN Q18, INCLUDE THE OPEN ENDED RESPONSE AS AN OPTION. INCLUDE AN EXPLANATION ABOVE THE SLIDER BAR REFLECTING LESS IMPORTANT TO THE LEFT AND MORE IMPORTANT TO THE RIGHT, WITH TICK MARKS AT 10-POINT INCREMENTS. ANCHOR EACH SLIDER AT ONE, SO THAT RESPONDENTS CANNOT ASSIGN ZERO POINTS TO ANY OPTION. IF ONLY ONE OPTION WAS SELECTED IN THE PRIOR QUESTION, THEN ASSIGN ALL 100 POINTS TO THAT ONE OPTION.]**

**20.** [*If selected* **Phone Features** in Q14] We would like to better understand what specifically about a phone's features you considered when you chose which smartphone to purchase. Please select the factors below that you considered when you chose which smartphone to purchase. *(Select all that apply)*

**[RANDOMIZE OPTIONS. LEAVE OTHER LAST]**

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

1. Operating system platform

2. Internet capable

3. Ability to use e-mail accounts

4. Wi-Fi

5. Battery life longevity

6. Camera

7. International capabilities

8. Multi-media features (games, music, videos)

9. Bluetooth capabilities

10. Variety of features

11. Integrated app store

12. GPS/location feature

13. Integration of social media sites

14. Processing speed

15. Memory/Storage

16. Other (please specify): _____

**21.** [*If selected two or more options in* Q20] We would like to better understand what specifically about a phone's features you considered when you chose which smartphone to purchase.

You have 100 points to distribute among the factors listed below. Please adjust the slider bar next to each factor to distribute some of those 100 points to that factor. You can also type a number of points into the box next to each slider bar. The amount of points assigned to each factor should reflect how important that factor is to you, with 1 meaning less important and 100 meaning more important. The total points distributed across all factors must add up to exactly 100. The "NEXT" button will appear once the total assigned points equals 100

**[SHOW A GRID WITH ALL SELECTED ANSWERS FROM Q20, SLIDER BAR FOR EACH NEXT TO THEM, IN SAME ORDER AS Q20. IF "OTHER (PLEASE SPECIFY)" WAS SELECTED IN Q20, INCLUDE THE OPEN ENDED RESPONSE AS AN OPTION. INCLUDE AN EXPLANATION ABOVE THE SLIDER BAR REFLECTING LESS IMPORTANT TO THE LEFT AND MORE IMPORTANT TO THE RIGHT, WITH TICK MARKS AT 10-POINT INCREMENTS. ANCHOR EACH SLIDER AT ONE, SO THAT RESPONDENTS CANNOT ASSIGN ZERO POINTS TO ANY OPTION. IF ONLY ONE OPTION WAS SELECTED IN THE PRIOR QUESTION, THEN ASSIGN ALL 100 POINTS TO THAT ONE OPTION.]**

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

IV.     **Sub, Sub-Attributes**

**[IN THIS SECTION, ONLY SHOW A QUESTION IF ITS OPTION WAS SELECTEDIN Q16 OR Q18. ORDER OF QUESTIONS SHOULD MATCH ORDER OF OPTIONS AS THEY WERE SHOWN]**

22. [*If respondent selected* **Color** *in* Q16] We would like to better understand what kind of different color choices you considered when you chose which smartphone to purchase. Please select the colors below that you considered when you chose which smartphone to purchase. *(Select all that apply)*

**[RANDOMIZE OPTIONS. LEAVE OTHER LAST]**

1.  Black

2.  White

3.  Gray

4.  Other (please specify): _____

23. [*If selected two or more options in* Q22] We would like to better understand what kind of different color choices you considered when you chose which smartphone to purchase.

You have 100 points to distribute among the factors listed below. Please adjust the slider bar next to each factor to distribute some of those 100 points to that factor. You can also type a number of points into the box next to each slider bar. The amount of points assigned to each factor should reflect how important that factor is to you, with 1 meaning less important and 100 meaning more important. The total points distributed across all factors must add up to exactly 100. The "NEXT" button will appear once the total assigned points equals 100.

**[SHOW A GRID WITH ALL SELECTED ANSWERS FROM Q22, SLIDER BAR FOR EACH NEXT TO THEM, IN SAME ORDER AS Q22. IF "OTHER (PLEASE SPECIFY)" WAS SELECTED IN Q22, INCLUDE THE OPEN ENDED RESPONSE AS AN OPTION. INCLUDE AN EXPLANATION ABOVE THE SLIDER BAR REFLECTING LESS IMPORTANT TO THE LEFT AND MORE IMPORTANT TO THE RIGHT, WITH TICK MARKS AT 10-POINT INCREMENTS. ANCHOR EACH SLIDER AT ONE, SO THAT RESPONDENTS CANNOT ASSIGN ZERO POINTS TO ANY OPTION. IF ONLY ONE OPTION WAS SELECTED IN THE PRIOR QUESTION, THEN ASSIGN ALL 100 POINTS TO THAT ONE OPTION.]**

24. [*If respondent selected* **Phone Shape/Type** *in* Q16] We would like to better understand what aspects of a phone's shape/type you considered when you chose which smartphone to purchase. Please select the factors below that you considered when you chose which smartphone to purchase. *(Select all that apply)*

**[RANDOMIZE OPTIONS. LEAVE OTHER LAST]**

1.  Thinness of phone

2.  Look, feel, and shape of the front of the phone

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

    3.   Look, feel, and shape of the back of the phone

    4.   Look, feel, and shape of the side/edges of the phone

    5.   Other (please specify): _____

**25.** [*If selected two or more options in* Q24] We would like to better understand what aspects of a phone's shape/type you considered when you chose which smartphone to purchase.

You have 100 points to distribute among the factors listed below. Please adjust the slider bar next to each factor to distribute some of those 100 points to that factor. You can also type a number of points into the box next to each slider bar. The amount of points assigned to each factor should reflect how important that factor is to you, with 1 meaning less important and 100 meaning more important. The total points distributed across all factors must add up to exactly 100. The "NEXT" button will appear once the total assigned points equals 100.

**[SHOW A GRID WITH ALL SELECTED ANSWERS FROM Q24, SLIDER BAR FOR EACH NEXT TO THEM, IN SAME ORDER AS Q24. IF "OTHER (PLEASE SPECIFY)" WAS SELECTED IN Q24, INCLUDE THE OPEN ENDED RESPONSE AS AN OPTION. INCLUDE AN EXPLANATION ABOVE THE SLIDER BAR REFLECTING LESS IMPORTANT TO THE LEFT AND MORE IMPORTANT TO THE RIGHT, WITH TICK MARKS AT 10-POINT INCREMENTS. ANCHOR EACH SLIDER AT ONE, SO THAT RESPONDENTS CANNOT ASSIGN ZERO POINTS TO ANY OPTIONIF ONLY ONE OPTION WAS SELECTED IN THE PRIOR QUESTION, THEN ASSIGN ALL 100 POINTS TO THAT ONE OPTION.]**

**26.** [*If respondent selected* **Easy to Understand/Navigate Menu System** *in* Q18] We would like to better understand what aspects of a phone's menu system you considered when you chose which smartphone to purchase. Please select the factors below that you considered when you chose which smartphone to purchase. *(Select all that apply)*

**[RANDOMIZE OPTIONS. LEAVE OTHER LAST]**

    1.   App menu screens

    2.   Home screens

    3.   Multiple backgrounds available for menu screens

    4.   Apps can be accessed through notifications

    5.   Clock and alarm settings

    6.   Fast options for scrolling through emails

    7.   Availability of back button

    8.   Other (please specify): _____

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

27. [*If selected two or more options in* Q26]. We would like to better understand what aspects of a phone's menu system you considered when you chose which smartphone to purchase.

You have 100 points to distribute among the factors listed below. Please adjust the slider bar next to each factor to distribute some of those 100 points to that factor. You can also type a number of points into the box next to each slider bar. The amount of points assigned to each factor should reflect how important that factor is to you, with 1 meaning less important and 100 meaning more important. The total points distributed across all factors must add up to exactly 100. The "NEXT" button will appear once the total assigned points equals 100.

**[SHOW A GRID WITH ALL SELECTED ANSWERS FROM Q26, SLIDER BAR FOR EACH NEXT TO THEM, IN SAME ORDER AS Q26. IF "OTHER (PLEASE SPECIFY)" WAS SELECTED IN Q26, INCLUDE THE OPEN ENDED RESPONSE AS AN OPTION. INCLUDE AN EXPLANATION ABOVE THE SLIDER BAR REFLECTING LESS IMPORTANT TO THE LEFT AND MORE IMPORTANT TO THE RIGHT, WITH TICK MARKS AT 10-POINT INCREMENTS. ANCHOR EACH SLIDER AT ONE, SO THAT RESPONDENTS CANNOT ASSIGN ZERO POINTS TO ANY OPTION IF ONLY ONE OPTION WAS SELECTED IN THE PRIOR QUESTION, THEN ASSIGN ALL 100 POINTS TO THAT ONE OPTION.]**

## V.    Final Demographic Questions

28. Only a few more questions before the survey is complete.

**[SKIP TO QUESTION Q30 UNLESS SAMSUNG WAS SELECTED IN Q11]**

29. Which of the following Samsung phones did you own in 2011? *(Select all that apply)*

**[SHOW ALL SAMSUNG PHONES.]**

| Select | Phone Name | Phone Image |
|--------|------------|-------------|
| ❏ | Captivate | X |
| ❏ | Continuum | X |
| ❏ | Droid Charge | X |
| ❏ | … | X |
| ❏ | Other | |
| ❏ | None of the above | |
| ❏ | Don't know / don't remember | |

30. Approximately, what is the combined annual income of everyone in your household?

**[SELECT ONLY ONE OPTION]**

⊙  Less than $25,000
⊙  $25,000 to $49,999
⊙  $50,000 to $74,999

*A-11*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

- ⊙ $75,000 to $99,999
- ⊙ $100,000 to $149,999
- ⊙ $150,000 to $199,999
- ⊙ $200,000 +
- ⊙ Don't know / prefer not to answer

**31.** Are you of Hispanic or Latino origin?

    **[RANDOMIZE, KEEP LAST OPTION LAST, SELECT ONLY ONE OPTION]**

- ⊙ Yes **[SKIP TO END OF SURVEY]**
- ⊙ No
- ⊙ Don't know / prefer not to answer

**32.** Which race/ethnicity do you associate yourself most closely with?

    **[RANDOMIZE ALL BUT LAST TWO OPTIONS, SELECT ONLY ONE OPTION]**

- ⊙ White or Caucasian
- ⊙ African American or Black
- ⊙ Asian
- ⊙ American Indian or Alaska Native
- ⊙ Native Hawaiian or Other Pacific Islander
- ⊙ Other
- ⊙ Don't know / prefer not to answer

**33.** Thank you for taking this survey.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

# APPENDIX B

# PRETEST MODERATOR INSTRUCTIONS

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

## PRETEST QUESTIONNAIRE

*Quota: n=25 who currently own an Android smartphone for which they participated in the purchasing desicision and who also owned a smartphone in 2011*

**Introductory Section 1**

*[Note to moderator:  The respondent will access the survey through a link provided by SSI. Before the respondent clicks on the "NEXT" button to move on to the next page of the web survey, you will ask the respondent a series of follow-up questions. Ask the respondent to let you know when they have finished answering the question, but before they click "Next". Once the discussion is completed, instruct the respondent to click the "NEXT" button on the screen to continue with the next screen of the web survey.]*

*[Below are examples of probing questions that can be asked throughout the discussion.*

> What did you mean by that? *[or]* Why did you say that?
> Why? *[or]* Anything else? *[or]* What else?
> I noticed you hesitated before you answered – what were you thinking about?]*

**Introductory Section 2**

*[Moderator to read out loud:]*

Q-INTRO. Hello, could I speak with [INSERT NAME]?

[If needed] We are calling him/her for a phone interview that he/she scheduled with SSI. It is a research study on smartphones and he/she agreed to help us by giving his/her opinions.

☐ Yes
☐ No [Schedule callback]

This call may be monitored for quality assurance purposes. [Do not wait for an answer, continue with the survey unless the respondent says otherwise.]

Q-INTRO2. Thanks for taking the time to do this survey with us, [INSERT NAME].  Your answers will be kept anonymous. The results of this study will not be used to try to sell you anything. First off, do you have access to a computer right now?

☐ Yes [Then ask:] What type of device will you be using to complete this study?

[Note device]

☐ No [Wait until the respondent is at a computer, tablet or smartphone then ask:] What type of device will you be using to complete this study?

[Note device]

*B-2*

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

Q-INTRO3. Thank you! The link to the website you need to go to was provided in the email you received from phoneinterview@surveysampling.com please follow that link.  Please enter the following access code 2413.

This interview will last approximately 20 to 25 minutes. I will be on the phone the entire time you are taking the survey, so feel free to "think out loud" or bring up anything you would like while you are taking the survey. In order to ensure that we are on the same page, please read the entire question out loud before proceeding to answer the question.

When you are ready to get started, please click the "NEXT" button on the screen.

**Survey Section 1**

Q-SCREEN1. You may now begin taking the survey. Please read each question out loud, select an answer, and then click the "NEXT" button. After the first set of questions, I will ask you to pause so that I can give you further instructions. [Ask the respondent to pause when they reach Q12.]

**Q1**

Please read the following screen out loud, answer the question, and click the next button.

**Q2**

Please read the following screen out loud, answer the question, and click the next button.

**Q3**

Please read the following screen out loud, answer the question, and click the next button.

**Q4**

Please read the following screen out loud, answer the question, and click the next button.

**Q5**

Please read the following screen out loud, answer the question, and click the next button.

**Q6**

Please read the following screen out loud, answer the question, and click the next button.

**Q7**

Please read the following screen out loud, answer the question, and click the next button.

**Q8**

Please read the following screen out loud, answer the question, and click the next button.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**Q9**

Please read the following screen out loud, answer the question, and click the next button.

**Q10**

Please read the following screen out loud, answer the question, and click the next button.

**Q11**

Please read the following screen out loud, answer the question, and click the next button.

**Q12**

Please read the following screen out loud and then click the next button. Please pause after clicking next.

---

## Survey Section 2

**Q-MAIN1.** For the next section of questions, please pause after you answer a question on the computer screen, I will ask you a few follow-up questions. During this portion of the survey, you can ask questions, and we would like you to "think out loud." It is helpful for us to understand what you are thinking when you are answering the survey questions. In order to ensure that we are on the same page, please read the entire question out loud before proceeding to answer the question. The responses you give to these questions are very important to us. After we finish talking, you can click the "NEXT" button on the screen to move on to the next question. When you are ready to begin, please click the "NEXT" button.

**Q13**

Please read the following screen out loud and answer the question.

   **Q13.1.** Did you find the question clear or unclear? [Probe if the respondent says unclear]
   **Q13.2.** What do you think the question was asking?
   **Q13.3.** Did you find answering the question easy or difficult? [If the respondent says difficult] Why do you say that?
   *[Instruct respondent to click "NEXT" button to continue.]*

**Q14**

Please read the following screen out loud and answer the question.

   **Q14.1.** Did you find the question clear or unclear? [Probe if the respondent says unclear]
   **Q14.2.** What do you think the question was asking?
   **Q14.3.** Did you find answering the question easy or difficult? [If the respondent says difficult] Why do you say that?
   *[Instruct respondent to click "NEXT" button to continue.]*

*B-4*

**Q15** *[Asked if respondent selected two or more options in Q14]*

Please read the following screen out loud and answer the question.

   Q15.1. Did you find the question clear or unclear? [Probe if the respondent says unclear]
   Q15.2. What do you think the question was asking?
   Q15.3. Did you find answering the question easy or difficult? [If the respondent says difficult] Why do you say that?
   Q15.4. Was it easy or difficult to allocate points between the factors? [Probe if the respondent says difficult]
   *[Instruct respondent to click "NEXT" button to continue.]*

## Survey Section 3

**Q16** *[Asked if selected "Style/Design" in Q14, "Phone operation" in Q14, and/or "Phone features" in Q14. The order of Q16, Q18, and Q20 will be based on the order of responses in Q14, and the question is only asked if at least one of those options was selected.]*

Please read the following screen out loud and answer the question.

   Q16.1. Did you find the question clear or unclear? [Probe if the respondent says unclear]
   Q16.2. What do you think the question was asking?
   Q16.3. Did you find answering the question easy or difficult? [If the respondent says difficult] Why do you say that?
*[Instruct respondent to click "NEXT" button to continue.]*

**Q17** *[Asked if respondent selected two or more options in Q16]*

Please read the following screen out loud and answer the question.

   Q17.1. Did you find the question clear or unclear? [Probe if the respondent says unclear]
   Q17.2. What do you think the question was asking?
   Q17.3. Did you find answering the question easy or difficult? [If the respondent says difficult] Why do you say that?
   Q17.4. Was it easy or difficult to allocate points between the factors? [Probe if the respondent says difficult]

**Q18** *[Asked if selected "Style/Design" in Q14, "Phone operation" in Q14, and/or "Phone features" in Q14. The order of Q16, Q18, and Q20 will be based on the order of responses in Q14, and the question is only asked if at least two of those options were selected.]*

Please read the following screen out loud and answer the question.

   Q18.1. Did you find the question clear or unclear? [Probe if the respondent says unclear]
   Q18.2. What do you think the question was asking?
   Q18.3. Did you find answering the question easy or difficult? [If the respondent says difficult] Why do you say that?

**Q19** *[Asked if respondent selected two or more options in Q18]*

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

Please read the following screen out loud and answer the question.

    Q19.1. Did you find the question clear or unclear? [Probe if the respondent says unclear]
    Q19.2. What do you think the question was asking?
    Q19.3. Did you find answering the question easy or difficult? [If the respondent says difficult] Why do you say that?
    Q19.4. Was it easy or difficult to allocate points between the factors? [Probe if the respondent says difficult]

**Q20** *[Asked if selected "Style/Design" in Q14, "Phone operation" in Q14, and/or "Phone features" in Q14. The order of Q16, Q18, and Q20 will be based on the order of responses in Q14, and the question is only asked if all three of those options were selected.]*

Please read the following screen out loud and answer the question.

    Q20.1. Did you find the question clear or unclear? [Probe if the respondent says unclear]
    Q20.2. What do you think the question was asking?
    Q20.3. Did you find answering the question easy or difficult? [If the respondent says difficult] Why do you say that?

**Q21** *[Asked if respondent selected two or more options in Q20]*

Please read the following screen out loud and answer the question.

    Q21.1. Did you find the question clear or unclear? [Probe if the respondent says unclear]
    Q21.2. What do you think the question was asking?
    Q21.3. Did you find answering the question easy or difficult? [If the respondent says difficult] Why do you say that?
    Q21.4. Was it easy or difficult to allocate points between the factors? [Probe if the respondent says difficult]

## Survey Section 4

**Q22** *[Asked if respondent selected "Color" in Q16. The order of Q22, Q24, and Q26 will be based on the order of the questions and responses from the earlier sections of the survey.]*

Please read the following screen out loud and answer the question.

    Q22.1. Did you find the question clear or unclear? [Probe if the respondent says unclear]
    Q22.2. What do you think the question was asking?
    Q22.3. Did you find answering the question easy or difficult? [If the respondent says difficult] Why do you say that?

**Q23** *[Asked if respondent selected two or more options in Q22 on "Color"]*

Please read the following screen out loud and answer the question.

    Q23.1. Did you find the question clear or unclear? [Probe if the respondent says unclear]
    Q23.2. What do you think the question was asking?

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Q23.3. Did you find answering the question easy or difficult? [If the respondent says difficult] Why do you say that?
Q23.4. Was it easy or difficult to allocate points between the factors? [Probe if the respondent says difficult]

**Q24** [Asked if respondent selected "Phone Shape/Type" in Q16. The order of Q22, Q24, and Q26 will be based on the order of the questions and responses from the earlier sections of the survey.]

Please read the following screen out loud and answer the question.

Q24.1. Did you find the question clear or unclear? [Probe if the respondent says unclear]
Q24.2. What do you think the question was asking?
Q24.3. Did you find answering the question easy or difficult? [If the respondent says difficult] Why do you say that?

Q-MAIN2. I would now like to ask you about a few of the features.
Q24.4. Could you tell me, in your own words, what the phrase "look, feel, and shape of the front of the phone" means to you?
Q24.5. Could you tell me, in your own words, what the phrase "look, feel, and shape of the side/edges of the phone" means to you?
**Q25** [Asked if respondent selected two or more options in Q24 on "Phone Shape/Type"]

Please read the following screen out loud and answer the question.

Q25.1. Did you find the question clear or unclear? [Probe if the respondent says unclear]
Q25.2. What do you think the question was asking?
Q25.3. Did you find answering the question easy or difficult? [If the respondent says difficult] Why do you say that?
Q25.4. Was it easy or difficult to allocate points between the factors? [Probe if the respondent says difficult]

**Q26** [Asked if respondent selected "Easy to understand/navigate menu system" in Q18. The order of Q22, Q24, and Q26 will be based on the order of the questions and responses from the earlier sections of the survey.]

Please read the following screen out loud and answer the question.

Q26.1. Did you find the question clear or unclear? [Probe if the respondent says unclear]
Q26.2. What do you think the question was asking?
Q26.3. Did you find answering the question easy or difficult? [If the respondent says difficult] Why do you say that?

Q-MAIN3. I would now like to ask you about a few of the features.
Q26.4. Could you tell me, in your own words, what the phrase "app menu screens" means to you?
Q26.5. Could you tell me, in your own words, what the phrase "home screens" means to you?
Q26.6. Could you tell me, in your own words, what the phrase "availability of back button" means to you?

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**Q27** *[Asked if respondent selected two or more options in Q26 on "Easy to understand/navigate menu system" ]*

Please read the following screen out loud and answer the question.

> **Q27.1.** Did you find the question clear or unclear? [Probe if the respondent says unclear]
> **Q27.2.** What do you think the question was asking?
> **Q27.3.** Did you find answering the question easy or difficult? [If the respondent says difficult] Why do you say that?
> **Q27.4.** Was it easy or difficult to allocate points between the factors? [Probe if the respondent says difficult]

## Survey Section 5

**Q-DEMO1.** For the remainder of the survey please go ahead and proceed through the questions until you reach the end. Please read each question, select an answer, and then click the "NEXT" button. After you complete the survey I will have several final follow-up questions to wrap-up the interview.

## Conclusion Section 1

**Q-WRAP1.** Did you have any problems while taking the survey?
**Q-WRAP2.** How easy of difficult did you find the survey? [If the respondent says difficult] Why do you say that?
**Q-WRAP3.** What do you think might be the purpose for conducting this survey? What makes you think so?
**Q-WRAP4.** Did anything in the survey make you feel that you should answer one way or the other? [If the respondent says yes] Why do you say that?
**Q-WRAP5.** Is there anything else you would like to add to the interview?
**Q-WRAP6.** Thank you for your time and sharing your thoughts with us today.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**APPENDIX C**

**CNET REVIEWS**



**SAMSUNG**                                                          Galaxy S8 | Note8

**Water doesn't stand a chance.**

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

›

**cnet**    REVIEWS    NEWS    VIDEO    HOW TO    SMART HOME    CARS    DEALS    DOWNLOAD    🔍    🌐    JOIN / SIGN IN

# Samsung Captivate (AT&T) review:

## Samsung Captivate (AT&T)

by **Bonnie Cha**  /  Reviewed: July 14, 2010



MSRP:

## $199.99

▶  🔊   AUTOPLAY:  ON  OFF                      0:00 / 0:15       ⛶

Water doesn't stand a chance.

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

**Compare These**

Samsung Galaxy Note 8

Apple iPhone X

LG V30

**The Good**  /  The Samsung Captivate features a gorgeous Super AMOLED screen, a 1GHz processor, 16GB of onboard memory, and it has an expansion slot. The Android 2.1 device also offers great call quality, full wireless options, and a HD video capture.

**The Bad**  /  AT&T won't let you sideload apps to the phone; camera lacks a flash.

**The Bottom Line**  /  The Samsung Captivate is easily AT&T's best Android phone to date. It delivers great performance, tons of features, and an easy-to-use interface.

Visit manufacturer site for details.

★★★★☆    CNET Editors' Rating

Water doesn't stand a chance.

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**8.3**
OVERALL

Samsung Galaxy S8

| | |
|---|---|
| Design | 8.0 |
| Features | 8.0 |
| Performance | 8.0 |

## Review Sections

**Review**

Specifications

CNET › Mobile › Phones › Samsung Captivate (AT&T)

***Editors' note:*** *We have updated the review and ratings since the original publish date to reflect new devices on the market. Portions of the User Interface section were taken from our review of the Samsung Vibrant since both phones share the TouchWiz user interface.*

**Photo gallery:
Samsung Captivate**

Out of the four major U.S. carriers, **AT&T** was the most in need of a solid Android smartphone, and it's finally got one in the Samsung Captivate. Part of the **Galaxy S series**, the Captivate is by far AT&T's most powerful and feature-rich Android device, boasting a gorgeous Super AMOLED touch screen, a 1GHz Hummingbird processor, and some great multimedia features. It won't win any beauty contests, and we wish AT&T would stop restricting app access, but overall, the Captivate delivers and is a great alternative to the **iPhone 4**. The Samsung Captivate for AT&T will be available starting July 18 for $199.99 with a two-year contract (voice plan and minimum $15 data plan required).

## Design

Like many of today's touch-screen smartphones, the Samsung Captivate has a slate design that's not particularly sexy. In fact, its design is rather lackluster, but the look is clean and simple. At 4.18 inches tall by 2.5 inches wide by 0.39 inch deep, the device is a bit of a handful, but Samsung managed to keep the handset pretty thin, so you can still slip it into a pants pocket. Plus, the Captivate has a much more solid build than the Vibrant, which comes at a price of a little extra weight (4.5 ounces versus 4.16 ounces), but we much prefer that to a cheap-feeling mobile.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**The Samsung Captivate isn't the
most attractive phone, but it has
a solid construction.**

The front of the device rocks a 4-inch Super AMOLED capacitive touch
screen, which supports 16 million colors and a WVGA resolution (480x800
pixels). It's one of the best-looking screens we've seen on a smartphone,
showing off rich and vibrant colors and a sharpness that makes text easy to
read. Aside from the brilliance and crispness of the display, there are a
number of other advantages to Super AMOLED screens, including wider
viewing angles and improved responsiveness. They also consume less
power.

ADVERTISEMENT



ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

The Captivate's touch screen was responsive and fast. We were able to quickly swipe through the various home screens and menu pages, and the scrolling experience was smooth, as was the pinch-to-zoom gesture. The display also has a six-axis accelerometer, which comes in handy for gaming, and it was fast to change the screen orientation whenever we rotated the phone.

**The Captivate uses Samsung's TouchWiz 3.0 user interface, but you also get some controls below the display.**

Below the screen, are four touch-sensitive Android shortcuts: menu, home, back, and search. On the left side, there's a volume rocker, and a power/lock button sits on the right. There's a 3.5mm **headphone** jack on top, as well as a Micro-USB port, which is protected by a sliding cover. As usual, the camera is found on back, and just as a quick tip: if you want remove the battery door to swap out cells or access the SIM card or expansion slot, slide out the bottom portion of the phone first before removing the door.

AT&T packages the Samsung Captivate with an AC adapter, a USB cable, a wired stereo headset, and reference material. For more add-ons, check our **cell phone accessories, ringtones, and help page**.

## User interface

Like the rest of the Galaxy S series, the Captivate runs on Android 2.1 with Samsung's TouchWiz 3.0 interface. The latter is definitely improved from previous versions, with some enhanced functionality and a more polished look.

*C-5*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## 5 Ways to Be a Data Visionary

There are 5 critical strategies for how a data visionary can align resources and unleash data's full potential. Discover them here.

Sponsored by NetApp

Water doesn't stand a chance.

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

To start, there are new widgets, including one called Feeds & Updates and another called Buddies Now. Feeds & Updates streams updates from Facebook, Twitter, and MySpace, and you can choose to display content from one, two, or all three of the social-networking sites, as well as set the refresh rate, ranging from 30 minutes to once a day. Buddies Now is like a favorites list and lets you immediately call or text those contacts, as well as comment on any of their updates. There are a number of other Samsung widgets, as well as Android widgets and other shortcuts, all of which can be added to one of seven home screens.

The home screens can also be personalized with live wallpapers, but there are two elements that can't be changed: the pull-down notification tray on top, which now includes wireless manager and profile functions, and the toolbar along the bottom with quick-launch buttons to the phone app, e-mail, Web browser, and applications. Pressing the latter takes you to a nice grid view of all your apps; they're spread out over several pages, which you can swipe from side to side to get to. We much prefer this layout over the standard Android one, where you have to scroll up and down. It feels more natural and easier to navigate.

Admittedly, we missed some elements of HTC Sense, such as the Leap screen, which provides a thumbnail version of all your home screen panels, but for the general consumer, TouchWiz does a good job of making Android quite easy to use, almost to the point that it doesn't even look or feel like an Android phone.

Continue To Next Page                                    01 / **02**

## Shop Related Products

TeleEpoch Cingular Ba...        ATT at&t Micro SIM, SKU: ...        AT&T Nano SIM card (4FF) for iPhone 5, 5C, 5S, 6, 6...

**$59.99**                          **$7.99** $9.99                          **$5.98**

Ads by Amazon

## BEST **PHONES FOR 2018**                                    See All ⠿

*C-6*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

Water doesn't stand a chance.

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

## PREMIER **BRANDS**

LG Smart TV with webOS

## DISCUSS **SAMSUNG CAPTIVATE (AT&T)**

Post a comment

Get a bigger screen, not a bigger phone.



# ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the Spanish-speaking community around the world, we've got it all.

**¡Vamos!**

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

© CBS INTERACTIVE INC.

All Rights Reserved.

AFFILIATE DISCLOSURE

CNET may earn fees when you click through to a partner site.

TOP BRANDS

LG

*C-8*

**SAMSUNG**                                    Galaxy S8 | Note8

**Water doesn't stand a chance.**

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

›

cnet    REVIEWS    NEWS    VIDEO    HOW TO    SMART HOME    CARS    DEALS    DOWNLOAD    🔍  🌐    JOIN / SIGN IN

CNET  ›  Mobile  ›  Phones  ›  Samsung Captivate (AT&T)  ›  (Page 2)

# Samsung Captivate (AT&T) review:

## Samsung Captivate (AT&T)

by **Bonnie Cha** / Reviewed: July 14, 2010

**Review Sections**

**Review**

Specifications

Also, for those worried about the TouchWiz interface interfering with future Android updates, Samsung has already said that the entire Galaxy S portfolio will be upgradeable to Android 2.2 and that it has tweaked the interface to make it easier to adapt to future updates. However, the company also noted that without really knowing what Google has planned down the line, there may be a time where updates can't be supported because of hardware limitations or other factors.

## Features

The Samsung Captivate is easily AT&T's most feature-rich Android phone. It's a quad-band world phone and offers a speakerphone, conference calling, voice dialing, text and multimedia messaging, and the full range of wireless options: Bluetooth, Wi-Fi, 3G, and GPS. Unfortunately, you can't use the smartphone as a mobile hot spot like you will with the **Samsung Epic 4G**, but you do get access to AT&T's Wi-Fi hot spots and a hot-spot locator app is included on the phone.

The Captivate is compatible with numerous e-mail accounts and social-networking sites, including Gmail, POP3 and IMAP, Microsoft Exchange, Facebook, MySpace, and Twitter. Exchange aside, setup usually involves simply entering your log-in and password and the phone will do the rest, pulling in contact information, photos, and so forth. The system will do its best to merge the address book data from the multiple accounts, but more often than not, you'll find that you have to go back and link some contacts together, as we did after syncing up our Gmail, Outlook, Facebook, and Twitter accounts. One cool thing is that AT&T backs up your contacts to its cloud-based Address Book, so if you happen to lose or break your phone or if it gets stolen, you will still have all your numbers.

ADVERTISEMENT

C-9

1/16/2018
Case 5:11-cv-01846-LHK   Document 3587-3   Filed 02/13/18   Page 253 of 469
Samsung Captivate (AT&T) review - page 2 - CNET

ATTORNEYS' EYES ONLY -- SUBJECT TO PROTECTIVE ORDER



The smartphone offers a unified in-box and calendar, though you can choose to keep your accounts separate if you prefer. As we noted in our Vibrant review, the mail in-box features a tabbed interface but it can get a little hairy if you have a lot of e-mail folders. The Captivate also offers the Write and Go app, where you can compose a message on a notepad and then select your delivery method, whether it be an SMS, an e-mail, or a status update, so you don't have to find and launch each individual app.

Other apps shipping on the Samsung Captivate include a Mini Diary app, Mobile Banking, Where, Yellow Pages Mobile, instant-messaging clients for Google Talk, AIM, Windows Live, and Yahoo, a calculator, a voice recorder, and a memo pad. There are also a number of AT&T-specific services, such as AT&T Music and Video, AT&T Radio, AT&T FamilyMap, and AT&T Navigator, on the device, but just be aware that most require an additional monthly fee after a limited complimentary trial period. More apps are available from the Android Market, but once again, AT&T has blocked the ability to install third-party apps on the Captivate by removing the Unknown sources option under Applications settings. This is quite annoying, especially when other carriers don't put the same restrictions on their Android phones.

The Captivate doesn't come with as many entertainment extras as the Vibrant, but you do get the same music and video player with 5.1-channel surround sound, MobiTV, and a dedicated YouTube player. It will also support Samsung's Media Hub, which will provide movie and TV content from some of the "biggest names in the industry." Samsung has not yet released information on partners or a launch date for the Media Hub.

*C-10*

Case 5:11-cv-01846-LHK    Document 3587-3    Filed 02/18/18    Page 254 of 469

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**The picture quality of the Captivate's 5-megapixel camera was just OK.**

If you'd rather shoot your own movies, the Captivate offers HD video capture via the 5-megapixel camera. You can adjust the white balance and add effects, but the camera offers many more editing options, including ISO settings, antishake, and blink and smile detection. Without a flash, **picture quality** was pretty dull for indoor shots, and changing the scene mode to Party/Indoor or Night didn't improve the situation too much. The quality of our HD video clips was quite good.

The Captivate offers 16GB of internal memory, plus an expansion slot (supports up to 32GB cards) so you should have plenty of space to store files. You can share your photos and videos via Facebook, MMS, YouTube, and so forth, and the handset also has TV-out and DLNA capabilities. Like the Vibrant, the Captivate doesn't have an active front-facing camera for video calls.

## Performance

We **tested** the quad-band (GSM 850/900/1,800/1,900MHz) Samsung Captivate in New York using AT&T service and call quality was great. On our end of the conversation, the audio was clear and voices sounded rich without any type of distortion. Meanwhile, friends said they could tell we were using a cell phone, but said the sound was good and didn't report any problems or complaints.

The speakerphone did sound a bit hollow, but there was plenty of volume to hold conversations on a busy New York street. We had no problems pairing the smartphone with the **Logitech Mobile Traveller** Bluetooth headset or the **Motorola S9 Bluetooth Active Headphones**. Voice dialing over Bluetooth will come with Android 2.2.

*C-11*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

SPONSORED

## Warning Signs of Colorectal Cancer

When is it more than a stomachache? On The Doctors, Pfizer's Dr. Freda Lewis-Hall details warning signs of colorectal cancer you shouldn't ignore.

Sponsored Content by Pfizer

We were able to get 3G coverage throughout Manhattan, and didn't experience any dropped calls during our testing period. Its data speeds were admirable, as CNET News' full Web site loaded in 17 seconds, whereas CNN's and ESPN's mobile sites came up in 6 seconds and 8 seconds, respectively. The Captivate's Web browser is quite good and offers multiple windows and Flash Lite support. YouTube videos took several seconds to load and played back without interruption, but when switching to high quality, the audio and video didn't quite sync up. MP4 videos we loaded onto the device looked amazing, and we were quite happy listening to tunes through our own **headphones**. We listened to a range of genres, from hip-hop to classical, and sound quality was rich and balanced.

Armed with Samsung's 1GHz Hummingbird Cortex A8 processor, the Captivate kept up with our demands. Occasionally, there were some very brief delays when exiting out of an app, but overall, the smartphone felt fast.

Samsung ships the Captivate with a 1,500mAh lithium ion battery with a rated talk time of 5 hours and 50 minutes and up to 12.5 days of standby time. In our **battery drain tests**, we were able to get 6.2 hours of continuous talk time on a single charge. In everyday use, including checking e-mail, music playback, and moderate Web browsing, we were able to go a full day before having to recharge. Anecdotally, we were able to get a full day's use, including checking e-mail, music playback, and moderate Web browsing, from the battery. According to **FCC radiation tests**, the Captivate has a digital SAR rating of 0.42 watt per kilogram.

Previous Page                                                        **01** / 02

### Shop Related Products

| Samsung Original OEM 1650 mAh Spare Repl... | Captivate: The Science ... | Captivate (... | The Pin Drop Principle: Captivate, Influence, and ... |
|---|---|---|---|
| **$5.53** | **$18.36** $27.00 | **$9.99** | **$18.04** $25.95 |

Ads by Amazon

BEST **PHONES FOR 2018**                                    See All ⊞

Case 5:11-cv-01846-LHK   Document 3587-3   Filed 02/13/18   Page 256 of 469

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

### Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS WEEK ON CNET NEWS

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

## PREMIER BRANDS

LG Mobile

## DISCUSS SAMSUNG CAPTIVATE (AT&T)

Post a comment

# ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the Spanish-speaking community around the world, we've got it all.

*C-13*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

¡Vamos!

Download the CNET app   /   About CNET   /   Privacy Policy   /   Ad Choice   /   Terms of Use   /   Mobile User Agreement   /   Help Center

© CBS INTERACTIVE INC.
All Rights Reserved.

AFFILIATE DISCLOSURE
CNET may earn fees when you click through to a partner site.

TOP BRANDS
LG

*C-14*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER





REVIEWS | NEWS | VIDEO | HOW TO | SMART HOME | CARS | DEALS | DOWNLOAD    🔍 🌐   **JOIN / SIGN IN**

 

CNET › Mobile › Phones › Samsung Captivate (AT&T) › Specs

# Samsung Captivate (AT&T) *Specifications*

Samsung Captivate (AT&T)

REVIEW | SPECIFICATIONS

 **Samsung Captivate (AT&T)**
Part Number: 4760319 (Reviewed) / Released: July 18, 2010

## GENERAL /

| | |
|---|---|
| SAR Value | 0.7 W/kg (body) / 0.42 W/kg (head) |
| Integrated Components | Rear-facing camera, voice recorder, navigation |
| Body Color | Black |
| Manufacturer | Samsung |

## PHONE FEATURES /

| | |
|---|---|
| Short Messaging Service (SMS) | Yes |
| Phone Functions | Speakerphone, call timer, conference call, flight mode, vibrating alert |
| Sensors | Accelerometer |
| Additional Features | Intelligent typing (T9), TTY compatible, Speech-to-Text (speech recognition), DLNA Certified, Text-to-Speech (text recognition), multitasking, intelligent typing (SWYPE), Samsung AllShare |

## CELLULAR /

| | |
|---|---|
| Technology | WCDMA (UMTS) / GSM |
| Type | Smartphone |
| Integrated Components | navigation, rear-facing camera, voice recorder |
| Navigation | GPS |
| Band | WCDMA (UMTS) / GSM 850/900/1800/1900 |
| Mobile Broadband Generation | 3G |

Samsung Captivate (AT&T)
▶   2:08   🔊



## Where to Buy

**Samsung Captivate (AT&T)**
Part Number: 4760319 / Released: Jul 18, 2010

MSRP:
**$199.99**
Visit manufacturer site for details.
CNET earns fees when you click these offers.

*C-15*

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| Phone Form Factor | Touch |
| Service Provider | AT&T |
| Operating System Family | Android |
| Operating System | Google Android 2.3 |
| Input Device | Touch screen |



**This Genius App Applies Every Promo Code on the Internet to Your Cart**
joinhoney.com

**MESSAGING & INTERNET** /

| | |
|---|---|
| Messaging & Data Features | Text messages, Instant messages, E-Mail, HTML Browser |
| Messaging Services | MMS, SMS |

**MISCELLANEOUS** /

| | |
|---|---|
| Sensors | accelerometer |
| Color | black |
| Color Category | black |

**PROCESSOR** /

| | |
|---|---|
| Clock Speed | 1 GHz |
| Manufacturer | Samsung |

**COMMUNICATIONS** /

| | |
|---|---|
| Data Transmission | EDGE, GPRS, HSDPA |
| Wireless Interface | Bluetooth, IEEE 802.11 |
| Bluetooth Profiles | Advanced Audio Distribution Profile (A2DP), Audio/Video Remote Control Profile (AVRCP), File Transfer Profile (FTP), Hands-Free Profile (HFP), Headset Profile (HSP), Object Push Profile (OPP), Phonebook Access Profile (PBAP) |

**DISPLAY** /

| | |
|---|---|
| Diagonal Size | 4 in |
| Diagonal Size (metric) | 10.2 cm |
| Smartphone Diagonal Size | 4 in |
| Color Support | color |

**CAMERA** /

| | |
|---|---|
| Digital Zoom | 4 |
| Focus Adjustment | automatic |
| Features | video recording |

**MEDIA PLAYER** /

| | |
|---|---|
| Supported Digital Video Standards | DivX, 3GP, H.264, H.263 |
| Supported Digital Audio Standards | WAV, WMA, AAC, MP3, AAC +, OGG, QCP, MIDI, M4A |

**MEMORY** /

| | |
|---|---|
| Supported Flash Memory Cards | microSDHC - up to 32 GB |

**BATTERY** /

| | |
|---|---|
| Standby Time | 300 hours |
| Run Time Details | Talk: up to 350 min<br>Standby: up to 300 hrs |

*C-16*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| Capacity | 1500 mAh |

### DIGITAL CAMERA /

| | |
|---|---|
| Digital Zoom | 4 |
| Focus Adjustment | automatic |
| Features | video recording |

### HEADER /

| | |
|---|---|
| Brand | Samsung |
| Product Line | Samsung Galaxy |
| Model | S Captivate |
| Packaged Quantity | 1 |

### CE INPUT DEVICE /

| | |
|---|---|
| Type | touch sensitive screen |

### FEATURES /

| | |
|---|---|
| Sensors | accelerometer |
| Phone Functions | call timer, conference call, flight mode, speakerphone, vibrating alert |
| Additional Features | DLNA Certified, Samsung AllShare, Speech-to-Text (speech recognition), TTY compatible, Text-to-Speech (text recognition), intelligent typing (SWYPE), intelligent typing (T9), multitasking |

### DIGITAL PLAYER (RECORDER) /

| | |
|---|---|
| Supported Digital Audio Standards | AAC, M4A, MIDI, MP3, OGG, QCP, WAV, WMA |
| Supported Digital Video Standards | 3GP, DivX, H.263, H.264 |

### FLASH MEMORY /

| | |
|---|---|
| Internal Memory Capacity | 2 GB |
| Max Supported Size | 32 GB |
| Supported Flash Memory Cards | microSDHC |

### OPTICAL SENSOR /

| | |
|---|---|
| Sensor Resolution | 5 pixels |

### DIMENSIONS & WEIGHT /

| | |
|---|---|
| Width | 2.5 in |
| Depth | 0.39 in |
| Height | 4.18 in |
| Weight | 4.5 oz |

### GENERAL /

| | |
|---|---|
| Manufacturer | Samsung |

# BEST **PHONES FOR 2018**

See All ⋮⋮⋮

*C-17*

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

### Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.



**PREMIER BRANDS**

LG Mobile

Samsung i897 Captivate - Black Un-locked GSM No Contract
**$120.78**
Ad    Electronicsforce.com ▼

Samsung i897 Captivate GSM (Un-locked)
**$120.78**
Ad    Electronicsforce.com ▼

Samsung Captivate Glide I927 Gsm Un-locked
**$153.38**
Ad    Electronicsforce.com ▼



¡Se habla español!

*C-18*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Everything you love about CNET is also
available in Spanish. From your favorite
review to special stories that affect the
Spanish-speaking community around the
world, we've got it all.

**¡Vamos!**

Download the CNET app  |  About CNET  |  Privacy Policy  |  Ad Choice  |  Terms of Use  |  Mobile User Agreement  |  Help Center

© CBS INTERACTIVE INC.                    AFFILIATE DISCLOSURE                                    TOP BRANDS
All Rights Reserved.                    CNET may earn fees when you click through to a partner                    LG
                                                    site.

*C-19*

1/16/2018 Samsung Continuum review - CNET

Case 5:11-cv-01846-LHK   Document 3587-3   Filed 02/13/18   Page 263 of 469
ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER



# SAMSUNG
## Water doesn't stand a chance.

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

cnet | REVIEWS  NEWS  VIDEO  HOW TO  SMART HOME  CARS  DEALS  DOWNLOAD     🔍  🌐   JOIN / SIGN IN

## Samsung Continuum review:

Samsung Continuum

by Bonnie Cha  /  Reviewed: November 23, 2010



$249.99

MSRP: $199.99

tinuum (Verizon Wireless)
ZKAVZW) Released: Nov 18, 2010

|  |  | $249.99 | See It |
| --- | --- | --- | --- |
| tplace |  | $249.99 | See It |

## Compare These

Samsung Galaxy Note 8

Apple iPhone X

LG V30

Samsung Galaxy S8

**The Good**  /  The Samsung Continuum features two displays; the smaller ticker window is a great tool for quickly accessing information and multitasking. The smartphone also has a 1GHz processor and a 5-megapixel camera with HD video capture. It offers full wireless options and can be used as a mobile hot spot.

**The Bad**  /  The smaller screen makes for a more cramped typing experience. Ticker display currently isn't available for third-party apps. Runs Android 2.1, and Bing is set as the default search engine. You can't uninstall preloaded apps and services.

**The Bottom Line**  /  More than just a gimmick, the Samsung Continuum's secondary display is a useful management and multitasking tool, but its constant flow of information might not appeal to everybody.

★★★½☆  CNET Editors' Rating

**7.7** OVERALL

| Design | 8.0 |
| --- | --- |
| Features | 7.0 |
| Performance | 8.0 |

*C-20*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Review Sections**

**Review**

Prices

Specifications

CNET › Mobile › Phones › Samsung Continuum

The Samsung Continuum is just the latest in the company's **Galaxy S series** of Android phones, but it stands apart from the rest with its secondary ticker display. To be honest, we initially thought the display might be more of a gimmick than a useful feature, but after some use, we found it to be a great way to stay informed on the go or on the sly, and it even proved to be a great multitasking tool. With some tweaking and fine tuning to expand its capabilities to third-party apps, we can see it being even more beneficial. That said, we realize it won't appeal to everyone, especially since there are some trade-offs, such as a smaller primary screen and some effects on the performance. And for those who want more power, we recommend going with the **Motorola Droid X** or the **Samsung Fascinate**. However, if you're after a smartphone with that always-on connection, the Continuum offers that with a handy and unique spin. The Samsung Continuum is available now for $199.99 with a two-year contract and after a $100 mail-in rebate.



**Photo gallery:
Samsung Continuum**

## Design

The Samsung Continuum is a slimmer, more compact device than the rest of the Galaxy S family. It measures 4.9 inches tall by 2.3 inches wide by 0.5 inch thick, weighs 4.4 ounces, and has rounded edges for a nice fit in the hand and pants pocket. It has an all-black, lacquered finish, which is very sleek-looking but makes the plastic battery door a little slick and prone to smudges and fingerprints. A soft-touch finish or some metal parts would certainly go a long way in giving the phone a more premium feel, but, minor quibbles aside, the Continuum is quite a solid device.



**The Samsung Continuum is
slimmer than the rest of the
Galaxy S models.**

More than size, what separates the Continuum from the pack is the fact that it has dual displays: a larger 3.4-inch Super AMOLED touch screen on top and a smaller 1.8-inch Super AMOLED ticker display on the bottom (more on this a bit later). As we've seen on the other Galaxy S phones, the Super AMOLED delivers an excellent viewing experience, with sharp quality, vibrant colors, and good outdoor visibility.

*C-21*

Samsung Continuum - review - CNET

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



The Continuum features Samsung's TouchWiz 3.0 user interface, which you can read more about in our review of the **Samsung Vibrant**. It won't appeal to everyone, especially Android purists, but we think it makes the operating system easier to use for consumers and first-time buyers. The touch screen is quite responsive; it registered all our touches and we were able to scroll through the various screens and menus with ease. Pinch-to-zoom also worked like a charm. The Continuum offers a Swype keyboard, but since the handset has a smaller screen than some of its Galaxy S siblings, it was a little more difficult to use. You can switch back to the standard Android keyboard if you don't care for Swype, though we found it even more frustrating to use since pecking at the cramped keys led to numerous mistaken presses.

Separating the two screens is a small strip featuring the standard Android shortcuts: menu, home, back, and search. On the left side of the phone, you get a volume rocker and Micro-USB port; there's a microSD expansion slot and dedicated camera key on the right. The top of the device houses the 3.5mm **headphone** jack and power button, and the camera and flash can be found on the back.

Verizon packages the Samsung Continuum with an AC adapter, a USB cable, a preinstalled 8GB microSD card, and reference material.

## Ticker display

So what's the ticker display all about? Well, it's a small, customizable window that streams real-time information from your social networks and your news, sports, entertainment, and weather feeds and acts as a notification area, with the idea being that you can simply look at the ticker display for quick updates rather than having to wake up your phone from its standby state. To help in this, the Continuum features grip sensor technology that will automatically activate the ticker screen when you touch the bottom sides of the phone with your hand. From there, you can swipe from left to right and vice versa to see your various updates.

*C-22*

ATTORNEYS' EYES ONLY -- SUBJECT TO PROTECTIVE ORDER



**The Continuum's ticker display acts as a notification area, a source for news updates, and a media controller.**

Admittedly, we had our doubts about the feature. It could have easily fallen into the gimmicky category. But after a few days with the phone, we found that it can be quite useful when tailored to your personal needs. When first activated, the ticker shows basic information, such as time, date, and weather. (For the weather, you can choose your city when first setting up the phone, and pressing the little icon will also launch the WeatherBug app on the Continuum's larger screen to give you an extended forecast.) A swipe to the right will show you any missed calls, new messages, e-mail, voice mail, and instant messages; by tapping on the icons, you can launch the individual app on the larger screen, where you can view more information or respond to the notifications. Another swipe to the right will display updates from your RSS and social networking feeds. On all of the ticker screens there is a small list icon on the right, which you can tap to view your feeds in one full view or by category.

As we found out early on, the ticker display can be a bit overwhelming and quite distracting if not managed properly. For example, the Twitter integration pulls in all updates, not just mentions or direct messages, so if you follow a lot of people, it gets to be a bit too much. The same is true if you subscribe to a lot of RSS feeds. To manage your subscriptions, you can press the menu key when in your feeds view or you can go to Settings > Ticker Settings. This will bring up a tabbed view of all your current subscriptions, which you can add to or remove, and you can adjust your display options and alerts, and even set the ticker display to go into sleep mode.

PAID CONTENT

## 5 Ways to Be a Data Visionary

There are 5 critical strategies for how a data visionary can align resources and unleash data's full potential. Discover them here.

Sponsored by NetApp

We ended up paring our subscriptions down to a couple of news services and turned off Twitter completely, which made it much more helpful. It was nice to get snippets of information and the latest news throughout the day without having to fully turn on the phone, and since the window gives you a small preview of the subject of an e-mail, it made it easier for us to manage our inbox while on the go, responding only to the most important messages. As a result, we found it much

*C-23*

more powerful than Android's notification system. The ticker is also helpful in that you can use it while working with other apps on the larger display.

For example, the ticker can be used to control your music player while you're, say, browsing the Web, which is nice. Also, if you happen to be watching a video and a call comes in, the video will automatically pause and, from the ticker, you can choose to accept, reject, or ignore the call with a text message. In some ways, we found this to be the most valuable aspect of the ticker, as it allowed for easier multitasking. Hopefully, third-party apps will be able to make use of the ticker in the future, but for now, it seems to be limited to the features described above. (For example, we couldn't control Pandora via the ticker.)

Though the ticker display won't be for everybody, we do think it serves a useful purpose rather than being just a novelty item.

Continue To Next Page

**01** / **02**

## Shop Related Products

Samsung Continuum Galaxy S SCH-i400 3G ...

**$249.99**

AVerMedia EzRecorder, HD Video Capture High De...

**$129.90**

AVerMedia AVerCapture HD, Game Streaming ...

**$99.00**

AGPtEK HDMI Game Capture Card USB 3.0 HD...

**$92.99** $159.99

Ads by Amazon

## BEST **PHONES FOR 2018**

See All ⚏

Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word



## PREMIER **BRANDS**

*C-24*

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

LG Super UHD TVs

## DISCUSS **SAMSUNG CONTINUUM**

Post a comment

# ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the Spanish-speaking community around the world, we've got it all.

**¡Vamos!**

Download the CNET app  /  About CNET  /  Privacy Policy  /  Ad Choice  /  Terms of Use  /  Mobile User Agreement  /  Help Center

**© CBS INTERACTIVE INC.**
All Rights Reserved.

**AFFILIATE DISCLOSURE**
CNET may earn fees when you click through to a partner site.

**TOP BRANDS**
LG

*C-25*



**REVIEWS** | NEWS | VIDEO | HOW TO | SMART HOME | CARS | DEALS | DOWNLOAD

 **JOIN / SIGN IN**

CNET › Mobile › Phones › Samsung Continuum › (Page 2)

# Samsung Continuum review:

## Samsung Continuum

by **Bonnie Cha** / Reviewed: November 23, 2010


Own the night with
a camera built for low-light.

## Review Sections

**Review**

Prices

Specifications

## Features

Ticker display aside, the Samsung Continuum has a feature set very similar to that of the Samsung Fascinate and other Galaxy S series models. The smartphone ships running Android 2.1, which is disappointing, since Android 2.3 is expected to be released soon. The handset will be upgradable to Android 2.2, though a specific time frame for an update was not given. The Continuum supports a number of Google services, including Gmail, Google Talk, and YouTube, but like the Fascinate, its default search engine is set to Bing, not Google.

As a little background, **Microsoft and Verizon signed a five-year deal** back in January to make Bing the default search engine on **some but not all** of Verizon's phones. So far, Samsung's smartphones have been subject to this deal. We have no real problems with Bing, but we'd still like the option to choose. For now, if you want to use Google search, there are a couple of workarounds to do so. One option is to use Voice Search (already on the device), which searches with Google; another is to navigate to Google using the phone's Web browser. We should also note that though the Continuum comes with Bing Maps, you can download Google Maps from the Android Market.

Other apps preloaded on the smartphone by Verizon and Samsung include VZ Navigator, V Cast Music and Videos, NFL Mobile, Blockbuster Mobile, Skype Mobile, Amazon Kindle for Android, Twidroyd, ThinkFree Office, and Write and Go. Unfortunately, you can't remove these apps, but on the upside, you can install third-party applications. Just be aware that until the Android 2.2 update, you can only save apps to the phone's main memory (2GB) and not to an SD card.

Water doesn't
stand a chance.

Water resistant in up to 5 feet of water for
up to 30 minutes; rinse residue/dry after wet.

Case 5:11-cv-01846-LHK Document 3587-3 Filed 02/18/18 Page 270 of 469
ATTORNEYS' EYES ONLY -- SUBJECT TO PROTECTIVE ORDER

The Continuum also features a speakerphone, speed dial, voice commands, conference calling, visual voice mail, and text and multimedia messaging with threaded chat view. Bluetooth, 3G, GPS, and integrated Wi-Fi are all onboard, and the smartphone can be used as a mobile hot spot for up to five devices with the addition of a Mobile Broadband plan, which runs $20 per month and has a 2GB data cap (overage fees are 5 cents per MB).

Messaging and social networking are easily handled on the smartphone with support for Gmail, POP3 and IMAP accounts, Microsoft Exchange, Facebook, MySpace, and Twitter. The system will do its best to merge the address book data from the multiple accounts, but more often than not you'll find that you have to go back and link some contacts together, as we did after syncing up our Gmail, Outlook, Facebook, and Twitter accounts. The smartphone also offers a unified inbox and calendar, though you can choose to keep your accounts separate if you prefer.

Compared with some of the other Android devices, the Samsung Continuum (and Galaxy S series in general) offers a more attractive and advanced media player. Some of the perks include a Cover Flow-like user interface, 5.1-channel surround sound, DivX video playback, and DLNA support. The Continuum will also support the Samsung Media Hub video store for TV show and movie rentals and purchases.



**Picture quality was good, but the flash can be a bit too much.**

Like the rest of the Galaxy S series, the Continuum has a 5-megapixel camera with an LED flash and HD video capture. There are a host of editing options, from white balance and ISO settings to effects to blink detection. **Picture quality** was great. Photos were sharp with very little noise, and colors were also rich. The flash could sometimes blow out the image, however. Video quality was quite good. HD clips came out clear and didn't have that hazy effect that we've seen from some other camera phones.

*C-27*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## Performance

We **tested** the dual-band (CDMA 800/1900; EV-DO Rev. A) Samsung Continuum in New York using Verizon service, and call quality was mostly good. On our side of the conversation, the audio was generally clear, but we did have a few instances when callers sounded muffled and we had to ask them to repeat themselves. Meanwhile, friends had positive things to say about the call quality, with no reports of any background noise or voice distortion.

## Samsung Continuum call quality sample

**Listen now:**

Speakerphone quality was better than average. Though calls sounded a tad hollow, the quality was better than most, and there was adequate volume for holding conversations in noisier environments. We also had no problem pairing the smartphone with the Logitech Mobile Traveller Bluetooth headset or the Motorola S9 Bluetooth Active **Headphones**.

Verizon's network provided reliable 3G coverage throughout Manhattan. CNET's full site came up in 19 seconds; CNN's and ESPN's mobile sites loaded in 5 seconds. YouTube videos took a couple of seconds to load, with HQ videos taking several seconds longer, but the wait was minimal and clips played back without interruption and with synchronized picture and audio.

The Continuum is powered by a Samsung's 1GHz Hummingbird processor, and we found general performance on the smartphone to be quite responsive. It didn't have quite the zippiness of the Fascinate; there was an extra pause when launching applications, but, overall, the phone was able to keep up with our demands and ran smoothly. We were able to play games such as Angry Birds and watch videos without any hiccups or interruptions.

The Samsung Continuum ships with a 1,500mAh lithium ion battery with a rated talk time of 7 hours and up to 13 days of standby time. The Continuum beat the rated talk time by half an hour in our **battery drain tests**. In general, we were able to get about a day's use from the smartphone before needing to recharge it. This was with moderate Web use and with ticker settings modified to show just a couple of RSS feeds and Facebook updates. According to **FCC radiation tests**, the Continuum has a digital SAR rating of 0.70 watts per kilogram and a Hearing Aid Compatibility Rating of M4.

Previous Page      **01** / 02

Water doesn't stand a chance.

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

## BEST **PHONES FOR 2018**      See All ⣿

**Samsung Galaxy Note 8**
Starting at: **$929.99**
Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

**Apple iPhone X**
Starting at: **$1,149.00**
A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

**LG V30**
Starting at: **$749.99**
LG just gave Samsung a run for the money.

**Samsung Galaxy S8**
Starting at: **$649.99**
But we're still waiting on the Siri-like AI.

**Google Pixel 2**
Starting at: **$649.99**
The Pixel 2's superb camera makes it worth a look.

*C-28*

Case 5:11-cv-01846-LHK   Document 3587-3   Filed 02/18/18   Page 272 of 469
ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## THIS **WEEK ON CNET NEWS**


In 2018, voice assistants will make the leap out of your home


Bad news: A Spectre-like flaw will probably happen again


CES 2018: The final word

Water doesn't stand a chance

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

## PREMIER **BRANDS**

LG Mobile

## DISCUSS **SAMSUNG CONTINUUM**

Post a comment



# ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the Spanish-speaking community around the world, we've got it all.

¡Vamos!

Download the CNET app   |   About CNET   |   Privacy Policy   |   Ad Choice   |   Terms of Use   |   Mobile User Agreement   |   Help Center

© CBS INTERACTIVE INC.
All Rights Reserved.

AFFILIATE DISCLOSURE
CNET may earn fees when you click through to a partner site.

TOP BRANDS
LG

https://www.cnet.com/products/samsung-continuum/review/2/

SAMSUNG
Water doesn't stand a chance.
Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.
Galaxy S8 | Note8
ADVERTISEMENT

# Samsung Droid Charge review:

## Samsung Droid Charge

by **Bonnie Cha** / Reviewed: May 3, 2011

**$79.99**

MSRP: $299.99

**Samsung Droid Charge (Verizon Wireless)**
(Part #: SCH-I510RAAVZW)
1 Related Model

| | | |
|---|---|---|
| Amazon.com | $80.00 | See It |
| Amazon Marketplace | $80.00 | See It |
| Walmart | $79.99 | See It |

See all prices »

Water doesn't stand a chance.
Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

**Compare These**

Samsung Galaxy Note 8

Apple iPhone X

LG V30

Samsung Galaxy S8

**The Good** / The **Samsung Droid Charge** has a gorgeous Super AMOLED Plus touch screen. Verizon's 4G LTE data speeds are superfast, and the smartphone offers longer battery life than the HTC ThunderBolt. Call quality and camera quality are also good.

**The Bad** / The Droid Charge is large. It's also pricey, especially considering it doesn't have some of the latest features, like a dual-core processor.

**The Bottom Line** / It's not the prettiest or most advanced smartphone, but the Samsung Droid Charge takes advantage of Verizon's great 4G data speeds, while offering decent battery life.

★★★★☆ CNET Editors' Rating

**8.3** OVERALL

| | |
|---|---|
| Design | 8.0 |
| Features | 8.0 |
| Performance | 9.0 |

Get a bigger screen, not a bigger phone.

C-30

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Review Sections**

**Review**

Prices

Specifications

CNET › Mobile › Phones › Samsung Droid Charge

It was about five months ago that the plainly named Samsung 4G LTE Smartphone was first introduced at **CES 2011**, but now the Android smartphone is ready to rip it up on Verizon's 4G network, and, thankfully, it's got a new name. The Samsung Droid Charge joins the **HTC ThunderBolt** as the carrier's second LTE handset, offering a gorgeous Super AMOLED Plus touch screen, mobile hot-spot capabilities, and an 8-megapixel camera. However, it also comes with the high price tag of $299.99 with a two-year contract. Given that it doesn't even have a dual-core processor, is it worth it? For some, it might be. Read on to see what we mean.



**Photo gallery:
Samsung Droid Charge**

## Design

Like most touch-screen devices, the Samsung Droid Charge has a slab design, but it comes to a slight point at the bottom and has a bit of a bump on back. The sloped back makes a nice place to rest your palm, but the Charge still is not comfortable to hold because it isn't a dainty smartphone. At 5.11 inches tall by 2.66 inches wide by 0.46 inch thick, it's a handful and perhaps too large for some, but a plastic construction helps keep it lightweight at 5.04 ounces, so at least you're not getting a double whammy of bulky and heavy.



**The Samsung Droid Charge is quite a handful.**

Similar to the **Samsung Galaxy S models**, however, the trade-off with plastic is that you get a phone that doesn't have quite the premium feel of some of its competitors, like the HTC ThunderBolt. At the very least, it would be nice if Samsung would add a soft-touch finish to the back so it wouldn't feel so slick, because as we've said many times before, if you're paying good money for a phone (and the Droid Charge is no drop in the bucket at $300), you want a device that feels high-quality.

ADVERTISEMENT

*C-31*



All that said, you might be willing to overlook some of the downsides when you get a glimpse of the 4.3-inch, 480x800-pixel Super AMOLED Plus touch screen. It has 50 percent more subpixels than the original Super AMOLED touch screens, so the display offers more clarity and better outdoor visibility. It really is stunning: the sharpness of the AMOLED Plus display really comes through when watching video, and colors are rich and pop right off the screen. Also, as promised, outdoor visibility is better than with a lot of smartphones, and we were able to read the screen at various angles.

The touch screen is responsive; applications launched as soon as we tapped on them, and moving through the various home screens and menus was smooth. For text entry, you can use Samsung's onscreen keyboard or Swype. The Droid Charge uses Samsung's TouchWiz user interface, which runs atop the Android OS. You get a total of seven home screens that you can customize with various widgets and shortcuts. TouchWiz now also has a feature similar to HTC's Leap screen where you can pinch the screen to get a thumbnail view of all your home screens or menu pages. The main menu of apps is shown in a simple grid layout with bold icons. It's a very simple presentation of Android and definitely makes the OS easier to use for newbies, but we're sure Android purists will have a very different opinion of TouchWiz.



© 2011 CBS Interactive

*C-32*

Samsung Droid Charge review - CNET

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**A soft-touch finish on the back
would go a long way to mitigate
the Droid Charge's plastic feel.**

Below the display are four physical buttons for home, menu, back, and search. On the left side, you get a volume rocker and a Micro-USB port, and on the right are a power button and HDMI port. The 3.5mm **headphone** jack sits on top, and just below it on the upper left corner is the front-facing 1.3-megapixel camera. There's also an 8-megapixel camera on the back with a flash.

Verizon packages the Samsung Droid Charge with an AC adapter, a USB cable, a preinstalled 32GB microSD card, and reference material.

## Features

The Samsung Droid Charge offers a standard set of voice features, including a speakerphone, speed dial, voice commands, conference calling, and text and multimedia messaging with threaded chat view. The smartphone can handle video calls using its front-facing 1.3-megapixel camera, but unlike a number of Verizon's other devices it doesn't support Skype Mobile. In fact, it doesn't come preloaded with any video chat clients at all. You can, of course, download such apps (such as Fring) from the Android Market, but making video chat easy right out of the box would have been nice.

Bluetooth, Wi-Fi, and GPS are all onboard, and as we mentioned at the beginning, the Droid Charge is Verizon's second 4G-capable smartphone. Verizon's LTE 4G network, which is, as of this writing, available in 45 markets and more than 60 airports nationwide, promises average download speeds of 5Mbps to 12Mbps and upload speeds of 2Mbps to 5Mbps. We experienced great data speeds with the HTC ThunderBolt, and the same was true here (check out the Performance section for more details), which made for painless Web browsing and media streaming. It's also great since the Droid Charge can be used as a mobile hot spot, and you can share a 4G connection on up to10 devices and a 3G connection on up to 5 devices. Normally to use this feature you would need to sign up for a Mobile Broadband plan, which costs $20 per month and comes with a 2GB data cap, but for a limited time Verizon is throwing in the feature for free, so enjoy it while it lasts!

The Droid Charge ships running Android 2.2.1 and not Android 2.3 Gingerbread, but you get the standard Google services, as well as the solid contact and calendar management, social networking integration, and full Web browser that come with Android. The handset comes preloaded with a healthy selection of apps, including some staples like an office suite (ThinkFree, in this case), a calculator, and more fun extras, such as the Amazon Kindle Android app and TuneWiki. Verizon also loads the Charge up with a handful of its services and you can't uninstall them, so you're stuck with them whether you use them or not.

One app we had fun with was Samsung's Media Hub video store, through which you can rent and buy movies and TV shows. There are few handsets that we'd watch long videos on, but the Droid Charge's beautiful display just drew us in. The music player is also more than capable, offering the basic player functions plus a built-in equalizer, effects, and 5.1-channel surround sound.

*C-33*

Case 5:11-cv-01846-LHK    Document 3587-3    Filed 03/13/18    Page 277 of 469

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

Continue To Next Page

**Shop Related Products**

| | | | |
|---|---|---|---|
| Samsung Droid Charge 4G LTE NEW Android Sma... | Hot Pink Rubberized Snap-On Hard Skin Case C... | weBoost Drive 4G-X 470510 Cell Phone Sign... | EPC and 4G Packet Networks, Second Edi... |
| **$80.00** | **$4.95** | **$479.99** | **$125.00** |

Ads by Amazon

## BEST **PHONES FOR 2018**

See All

**Samsung Galaxy Note 8**

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

**Apple iPhone X**

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

**LG V30**

Starting at: **$749.99**

LG just gave Samsung a run for the money.

**Samsung Galaxy S8**

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

**Google Pixel 2**

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

Water doesn't stand a chance.

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

## PREMIER **BRANDS**

LG Smart TV with webOS

## DISCUSS **SAMSUNG DROID CHARGE**

6 Comments

*C-34*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



# ¡Se habla español!

Everything you love about CNET is also
available in Spanish. From your favorite
review to special stories that affect the
Spanish-speaking community around the
world, we've got it all.

**¡Vamos!**

Download the CNET app  /  About CNET  /  Privacy Policy  /  Ad Choice  /  Terms of Use  /  Mobile User Agreement  /  Help Center

© CBS INTERACTIVE INC.
All Rights Reserved.

AFFILIATE DISCLOSURE
CNET may earn fees when you click through to a
partner site.

TOP BRANDS
LG



CNET › Mobile › Phones › Samsung Droid Charge › (Page 2)

# Samsung Droid Charge review:

## Samsung Droid Charge

by **Bonnie Cha** / Reviewed: May 3, 2011

**Review Sections**

**Review**

Prices

Specifications



**The Droid Charge's 8-megapixel camera produced bright and sharp photos even in dim environments.**

The phone's 8-megapixel camera includes a flash, autofocus, and a good dose of editing options, including blink detection and antishake. The **picture quality** was great, with very detailed images and sharp lines. In indoor shots, there weren't any strange hues ruining the picture and colors looked bright. Photos taken outdoors looked even better. The camera can also shoot 720p HD video of good quality: the picture was sharp and it was able to capture action sequences with little blur.

You can share your media in various ways, including the usual social networking channels, and you can project them onto larger screens via the

*C-36*

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

HDMI port or via DLNA. The Samsung Droid Charge has 2GB of internal memory and comes with a 32GB microSD card.

## Performance

We **tested** the dual-band Samsung Droid Charge in New York using Verizon service, and call quality was good. We enjoyed clear audio with little to no background noise, and voices sounded true to life, without any type of distortion or garbling. We also didn't experience any dropped calls during our review period. Callers were impressed with the sound quality on their end and didn't have any complaints.



ADVERTISEMENT

## Samsung Droid Charge call quality sample

**Listen now:**

Speakerphone quality was also impressive. Calls didn't have that typical hollow sound that a lot of speakerphones do, and the audio was richer than on most phones. There was also enough volume to hold conversations in noisier environments. We paired the smartphone with the Logitech Mobile Traveller Bluetooth headset and the Motorola S9 Bluetooth Active **Headphones** and had no problem making calls or listening to music.

We got continuous 4G coverage here in Manhattan, and Verizon's LTE network continued to impress us with blazing data speeds. Using Ookla's Speedtest.net app, we averaged download speeds of 15.11Mbps and upload speeds of 5.21Mbps. With such speeds, CNET's full site loaded in 17 seconds on the smartphone, while the mobile sites for the CNN and ESPN came up in 4 seconds and 3.5 seconds, respectively. YouTube videos buffered within seconds and played continuously, and we were able to watch Flash videos from CNET TV with little problem.

We also paired the Droid Charge with our MacBook Pro and used it as a mobile hot spot. We didn't see quite the same speeds that we did on the smartphone itself, averaging 8.35Mbps down and 3.75Mbps up, but it was more than enough to allow us to download the new Beastie Boys album in 2 minutes and upload a 7.3MB photo album in 22 seconds. Not surprisingly,

*C-37*

Case 5:11-cv-01846-LHK   Document 3587-3   Filed 02/13/18   Page 281 of 469
ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

though, using the mobile hot-spot feature takes a toll on battery life, so be sure to keep an eye on your battery levels.

Underneath the hood are a 1GHz Hummingbird processor and 512MB of RAM, and generally speaking the smartphone felt responsive during our testing period. We didn't experience any system crashes, and there weren't any delays long enough to make us think there was a problem. That said, there were instances when the smartphone would hang a bit, such as when we were launching apps or a different menu. These moments were quick and didn't really disrupt our workflow, but it's something we did notice.

The Samsung Droid Charge ships with a 1,600mAh lithium ion battery with a rated talk time of 11 hours and up to 12 days of standby time. Over a 4G connection, the Droid Charge provided 6 hours of continuous talk time in our **battery drain tests**. However, we can tell you that the Charge's battery life is longer than the HTC ThunderBolt's. With moderate use of the browser, e-mail, and some media features, the smartphone lasted a full workday before needing to be recharged. Sure, we pretty much had to plug it in as soon as we got home, but it's so much better than the ThunderBolt, where we were scrambling for our charger by afternoon. Still, it would be nice to have a way to toggle between 3G and 4G for even more battery savings.

PAID CONTENT

## Moving? Donate your used furniture to The Salvation Army.

Your used goods help rehabilitate those struggling with addiction. Schedule a pickup today.

Sponsored by The Salvation Army

According to **FCC radiation tests**, the Droid Charge has a digital SAR rating of 1.01W/kg and a Hearing Aid Compatibility Rating of M4/T4.

## Conclusions

The Samsung Droid Charge definitely has its downsides. Its design is large and uninspiring. It doesn't have a dual-core processor, and the high price is a major turnoff. However, there's plenty to like about the Android smartphone as well. The Super AMOLED Plus display is absolutely stunning, and the Charge offers great call quality and has an excellent camera. What's more, it offers better battery life than the HTC ThunderBolt, so if that's high on your priority list and you need a device now and can afford the price, we'd certainly say the Droid Charge would be a better choice.

Previous Page                                                    **01** / 02

**Shop Related Products**

*C-38*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

ZTE Z915 4G LTE Mobi...

**$71.99**

NET10 ZTE 4G No-Contract
Hotspot with 5GB of Da...

**$72.92** ~~$79.99~~

Ads by Amazon

## BEST **PHONES FOR 2018**

See All ⠿

### Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

## PREMIER **BRANDS**

LG Mobile

## DISCUSS **SAMSUNG DROID CHARGE**

6 Comments

¡Se habla español!

*C-39*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Everything you love about CNET is also
available in Spanish. From your favorite
review to special stories that affect the
Spanish-speaking community around the
world, we've got it all.

¡Vamos!

Download the CNET app   |   About CNET   |   Privacy Policy   |   Ad Choice   |   Terms of Use   |   Mobile User Agreement   |   Help Center

© CBS INTERACTIVE INC.                    AFFILIATE DISCLOSURE                              TOP BRANDS
All Rights Reserved.                  CNET may earn fees when you click through to a                LG
                                                  partner site.

*C-40*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**SAMSUNG**            Galaxy S8 | Note8

**Water doesn't stand a chance.**

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

**cnet**    REVIEWS    NEWS    VIDEO    HOW TO    SMART HOME    CARS    DEALS    DOWNLOAD     JOIN / SIGN IN

# Samsung Epic 4G (Sprint) review:

## Samsung Epic 4G (Sprint)

by Nicole Lee   /   Reviewed: August 15, 2010



MSRP:

## $249.99

▶ 🔊   AUTOPLAY:   ON   OFF         3:25   ↗   ☰   CC   ⛶

### Compare These

Samsung Galaxy Note 8

Apple iPhone X

LG V30

**The Good**   /   The Samsung Epic 4G has a knockout Super AMOLED display, a 1GHz processor, a front-facing camera, an impressive QWERTY keyboard, a 5.0-megapixel camera with an LED flash, and supports Sprint's 4G WiMax network. It is capable of acting as a mobile Wi-Fi hot spot for up to five devices.

**The Bad**   /   The Samsung Epic 4G is the bulkiest of the Galaxy S phones and also the priciest. It also requires a costly data plan.

**The Bottom Line**   /   The Samsung Epic 4G is a multimedia powerhouse with features the other Galaxy S phones don't have. Unfortunately, it comes with a big price tag.

Visit manufacturer site for details.

★★★★⯪     CNET Editors' Rating

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**8.7**
OVERALL

Samsung Galaxy S8

| | |
|---|---|
| Design | 9.0 |
| Features | 9.0 |
| Performance | 8.0 |

---

## Review Sections

**Review**

Specifications

CNET › Mobile › Phones › Samsung Epic 4G (Sprint)

*Editors' note, August 18, 2010*: Upon further analysis, we have upgraded the rating of the Samsung Epic 4G to 8.7.

Portions of the user interface section were taken from our review of the **Samsung Vibrant** since both phones have the TouchWiz user interface.



Photo gallery:
Samsung Epic 4G

Out of all the phones in the Samsung Galaxy S series, the Epic 4G strikes us as the most desirable for power users. Like all Galaxy S phones, the Epic 4G has a large Super AMOLED touch screen, a 1GHz Hummingbird Cortex A8 processor, and it will have access to Samsung's upcoming Media Hub store. The Epic 4G layers on several enticing extras that its line mates don't have--such as a slide-out keyboard, a front-facing camera, an LED flash, and most intriguing of all, it supports Sprint's nascent 4G WiMax network. The latter feature makes it the second 4G phone in the U.S. after the **HTC Evo 4G**.

Perhaps the Epic 4G's biggest downside is its price. At $249.99, it is the most expensive Galaxy S phone that Samsung makes, and that price is with a new two-year service agreement and after a $100 mail-in rebate. As with the Evo 4G, **Sprint** charges a mandatory $10 per month for its 4G data. According to Sprint, the price is justifiable because of the extra services you get for the price--4G speeds, unlimited data, and the use of it as a mobile Wi-Fi hot spot, which costs an additional $29.99 a month--but we think the add-on should be optional since its 4G service is not available nationwide.



However, we think the Epic 4G truly deserves its name as its design and feature set make it the all-in-one powerhouse in the Galaxy S family.

## Design

While it is not the sexiest of the Samsung Galaxy S models--that honor goes

C-42

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

to the **Samsung Vibrant** for T-Mobile—the Epic 4G is not a bad-looker either. Its rounded edges, curved corners, and glossy black surface give it a sleek and elegant look that is minimalist and eye-catching. Yet, at 4.9 inches long by 2.54 inches wide by 0.56 inches thick and 5.46 ounces, the Epic 4G is perhaps the SUV of the Galaxy S phones and might be a tight fit in most pockets. Still, we appreciate its heft as it contributes to a decidedly solid and durable feel in the hand.



© 2010 CBS Interactive

**The Samsung Epic 4G has a very impressive 4.0-inch Super AMOLED display.**

The Epic 4G's 4.0-inch Super AMOLED display absolutely mesmerized us. It can display 16 million colors and has a WVGA resolution, which enables it to display vibrant graphics and fantastic looking video. The screen also has a wider viewing angle and a higher contrast ratio when compared with a traditional LCD. Thankfully, unlike older OLED displays, the Super AMOLED screen also looks great under bright sunlight.

We found the touch-screen display to be quite responsive. It didn't take long for it to register our taps, and flipping through menus and lists felt intuitive and second nature. If you like, the Epic 4G provides vibration and sound effects as touch feedback, though we didn't think it was necessary. The accelerometer kicked in very quickly, less than a second, to change the screen orientation when we rotated the phone. We're also glad that the Epic 4G has a proximity sensor, which turns off the screen when we hold the phone to our ear during a call. As for input methods, you can use Swype or the standard Android virtual keyboard. Underneath the display are four touch-sensitive keys for the menu, home, back, and search, which are standard for Android phones.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



© 2010 CBS Interactive

**The Samsung Epic 4G is the only Galaxy S phone with a physical keyboard.**

While you can always use the virtual keyboard, the Epic 4G also has a slide-out physical keyboard. Just slide the display to the right and you'll find an incredibly spacious QWERTY keyboard with five whole rows of keys. The physical keyboard gives you a dedicated row of number keys as well as four physical versions of the touch-sensitive controls we mentioned earlier. As we're not big fans of touch-sensitive controls, we're very pleased with the latter. Not only is the keyboard well spaced, but also the keys are highly clickable, with just the right amount of tactile response when pressed. It's certainly one of the better mobile QWERTY keyboards we've tested.

The Epic 4G's other physical controls are the volume rocker on the left spine, and the power/screen lock key and camera button on the right. The phone has 3.5mm headset jack and a Micro-USB port on the top, while its back houses the camera lens and an LED flash. We should note that the Samsung Epic 4G is the only Galaxy S phone with an LED flash for the camera. It is also the only Galaxy S phone to have a front-facing camera, which is located to the upper right of the display. The microSD card slot is located behind the battery cover.

Sprint ships the Samsung Epic 4G with an AC adapter, a USB cable, a wired stereo headset with interchangeable ear bud covers, and reference material. You can also purchase a docking station and a battery charging station, which are available separately. For more add-ons, please check our **cell phones accessories, ringtones, and help page**.

*C-44*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## Why an Enterprise Tech Company Sponsors Emerging Artists

In working alongside artists, companies can better understand what ... products are capable of achieving when in creative hands. Learn more here.

Sponsored by Dell Technologies

## User interface

Like the rest of the Galaxy S series, the Epic 4G runs on Android 2.1 with Samsung's TouchWiz 3.0 interface. The latter is definitely improved from previous versions, with some enhanced functionality and a more polished look.

To start, there are new widgets, including one called Feeds & Updates and another called Buddies Now. Feeds & Updates streams updates from Facebook, Twitter, and MySpace, and you can choose to display content from one, two, or all three of the social-networking Web sites, as well as set the refresh rate, ranging from 30 minutes to once a day. Buddies Now is like a favorites list and lets you immediately call or text those contacts, as well as comment on any of their updates. There are a number of other Samsung widgets, Android widgets, and other shortcuts, all of which can be added to one of seven home screens.

The home screens can also be personalized with live wallpaper, but there are two elements that remain on each screen: the pull-down notification tray on top, which now includes wireless manager and profile functions, and the toolbar along the bottom with quick-launch buttons to the phone dialer, contacts, messaging, and applications. Pressing the latter takes you to a nice grid view of all your apps; they're spread out over several pages, which you can swipe from side to side. The menu icons are also neatly arranged inside squares for a more unified look. We much prefer this layout over the standard Android one, where you have to scroll up and down. It feels more natural, easier to navigate, and is easier to use than the standard Android interface.

Also, for those worried about how the TouchWiz interface may interfere with future Android updates, according to Samsung, the entire Galaxy S portfolio will be upgradeable to Android 2.2, and it has made tweaks to the user interface that will make it easier to adapt it to future Android versions. However, the company also noted that without really knowing what Google has planned down the line, there may be a time where updates can't be supported because of hardware limitations or other factors.

Continue To Next Page            **01** / **02**

**Shop Related Products**

*C-45*

Samsung Epic 4G Galaxy S
D700 No Contract 3G QW...

Samsung Galaxy S4 I545
Verizon Wireless CDMA...

Samsung Galaxy S6
G920A 32GB Unlocke...

$199.99

$124.30

$229.98    $237.98

Ads by Amazon

## BEST **PHONES FOR 2018**

See All

### Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

## PREMIER **BRANDS**

LG Mobile

## DISCUSS **SAMSUNG EPIC 4G (SPRINT)**

1 Comment

¡Se habla español!

*C-46*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the Spanish-speaking community around the world, we've got it all.

**¡Vamos!**

Download the CNET app | About CNET | Privacy Policy | Ad Choice | Terms of Use | Mobile User Agreement | Help Center

© CBS INTERACTIVE INC.
All Rights Reserved.

AFFILIATE DISCLOSURE
CNET may earn fees when you click through to a partner site.

TOP BRANDS
LG

*C-47*

ATTORNEYS' EYES ONLY -- SUBJECT TO PROTECTIVE ORDER

**SAMSUNG**                                                    Galaxy S8 | Note8

**Water doesn't stand a chance.**

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

cnet    REVIEWS    NEWS    VIDEO    HOW TO    SMART HOME    CARS    DEALS    DOWNLOAD    🔍    🌐    JOIN / SIGN IN

CNET  ›  Mobile  ›  Phones  ›  Samsung Epic 4G (Sprint)  ›  (Page 2)

# Samsung Epic 4G (Sprint) review:

## Samsung Epic 4G (Sprint)

by **Nicole Lee**  /  Reviewed: August 15, 2010

**Review Sections**

**Review**

Specifications

## Features

The Samsung Epic 4G is a CDMA phone that supports 3G and 4G connectivity--3G is in the form of EV-DO Rev. A, while 4G is in the form of Sprint's WiMax. While we weren't able to test the 4G connectivity at the time of this writing, you can read our review of the HTC Evo 4G to get some idea of our experiences with Sprint's 4G WiMax service. Like the Evo 4G, you can use the Epic 4G as a mobile Wi-Fi hots pot for up to five devices. However, bear in mind that this mobile broadband hot spot service costs an extra $29.99 a month.

Unsurprisingly, the Epic 4G comes with a few basic smartphone features like the speakerphone, conference calling, voice dialing, text and multimedia messaging, visual voice mail, Bluetooth, Wi-Fi, and GPS. The latter is compatible with Sprint's Navigation service, though we're slightly partial to Google's Maps with Navigation app. The phone book is limited to available memory and there's room in each entry for multiple numbers, e-mail addresses, IM handles, group IDs, photo caller IDs, and more.

You can merge all your contacts from your various email and social network accounts into your phonebook with Samsung's Social Hub feature. The phone is often smart enough to link the contacts for you, but we found we had to do some manual linking for a few of our contacts. As for e-mail, the Epic 4G works with Gmail in addition to your own POP3, IMAP, and Exchange accounts, and you can view a combined in-box for all your e-mail if you like. As with the other Galaxy S phones, this works best if you have relatively few e-mail folders-- too many of them will result in a rather cluttered interface. The calendar also syncs nicely with your Google or Outlook calendar.

Since the Epic 4G has a front-facing VGA camera, it makes sense that Sprint has included the Qik video chat app with the phone. With Qik and the front camera, you are able to make and answer video calls provided the other person also has a Qik account. You can also video chat with someone who has Qik running on a PC. The Qik video chat service is free, but there's a

*C-48*

premium service that provides higher resolution and video archiving for $4.99 a month. You can use Qik with Wi-Fi, 4G, and 3G networks, but its video is noticeably choppier when connected via 3G.

ADVERTISEMENT



Other apps on the Epic 4G include the alarm clock, the Android Webkit Web browser, the calculator, Facebook, the memo pad, Google Talk, ThinkFree Office, the voice dialer, Google voice search, the Asphalt video game, and YouTube. Since it is a Sprint phone, you also get a few standard Sprint apps like Sprint Zone, Sprint Navigation, Sprint Football, Nascar Sprint Mobile, and Sprint TV. You can get more apps via the Android Market.

The Epic 4G's beautiful Super AMOLED display makes the phone well suited for watching media. You can watch content from YouTube and Sprint TV, though the video quality from both sources doesn't quite do the display justice. Thankfully, eventually you'll be able to rent and purchase content on the Epic 4G from Samsung's Media Hub that will launch later this year. According to Samsung, its service will include both TV shows and movies; however, we don't yet know the names of the content partners. If you like, you can load your own videos--the Epic 4G supports MP4 video formats in addition to DivX- and DivX HD-encoded media files. The phone is also compatible with Samsung's AllShare service that lets you wirelessly share stored media (that includes pictures, HD video, and more) to other DLNA-certified home electronics.

As with all Android phones, you can purchase and download songs from the Amazon MP3 store, and of course, you can load your own music via USB or microSD. The music player has 5.1-channel surround sound and it has a pretty album cover interface similar to Apple's Cover Flow. The phone only has 1GB of internal memory, so we would advise the use of microSD cards for storing media. The Epic 4G can take up to 16GB microSD cards.

*C-49*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**The Samsung Epic 4G has a 5.0-megapixel camera and an LED flash.**

Last, but definitely not least, is the 5.0-megapixel camera, which can record video in HD. Its picture quality is pretty impressive. We thought the images looked sharp and colors were nice and natural. Low-light shots weren't so hot, but, thankfully, the Epic 4G has an LED flash that helped considerably. Some of the camera settings include ISO, blink and smile detection, and panorama mode.



**The Samsung Epic 4G took pretty good photos.**

## Performance

We **tested** the Samsung Epic 4G in San Francisco using the Sprint Nextel service. Call quality was very good for the most part. There was a tiny bit of voice distortion in our caller's voice as well as the occasional static, but that

didn't ruin the overall call. They came through loud and clear, albeit a little
tinny.

**Listen now:  Samsung Epic 4G call quality sample**

Our callers said the same about us; they detected no background sound.
However, they said the voice quality was noticeably tinny and harsh. Still, its
voice clarity wins out in the end, and they had no major complaints with call
quality. The same goes for the speakerphone-- as expected, there was a
slight hollowness and echo effects to the calls, but it was overall clear and
clean.

We tested the handset's 4G support in Seattle using Sprint's and Clearwire's
WiMax network. On the whole, coverage was reliable, though it can be spotty
depending on your exact location. We found reliable service in the airport
and its immediate surroundings, the downtown area, the Capitol Hill
neighborhood, and the city of Renton, Wash. We also took the Epic 4G for a
ride on Seattle's light rail between the airport and downtown. We bounced
back to 3G a couple of times during the trip, specifically in the Tukwila and
Rainier Beach areas. We also didn't get 4G service in tunnels, but that's
understandable.

When we connected, the service was strong and graphics-heavy Web
sites loaded quickly. Airliners.net fully loaded in 15 seconds and
Giantbomb.com took 25 seconds. In contrast, mobile sites like CNN took
barely any time at all. YouTube videos were fast, as well, and we downloaded
apps from the Android Market. It took about 15 seconds to download a track
from the Amazon MP3 store, which is comparable to our experience on the
Evo 4G. For your reference, Sprint says its 4G WiMax network can provide
wireless speeds up to 10 times faster than today's 3G, with average
download speeds ranging from 3Mbps to 6Mbps and peak download speeds
of up to 10Mbps and upload speeds of 1Mbps. Compare that with 3G's
average download speeds of 600kbps to 1.4Mbps and peak download
speeds of 1.3Mbps.

PAID CONTENT

## The Secret of eBay's Customer Experience Success

Discover how data inspires eBay to
help every customer find their
perfect everything! Learn more by
watching this video!

Sponsored by NetApp

Connected via Sprint's 3G network, the phone performed well. We loaded
the BBC mobile Web page in just 5 seconds, and the full CNET page in just
12 seconds. We experienced only a few seconds buffering time for YouTube
videos, even in high quality. We enjoyed the high-quality YouTube videos for
the most part, but we still noticed some artifacts and inconsistent color tones
in the background. The default MP4 video file that Samsung provided looked
much better because of its HD quality

Connected via Sprint's 3G network, the phone performed well. We loaded
the BBC mobile Web page in just 5 seconds, and the full CNET page in just
12 seconds. We experienced only a few seconds buffering time for YouTube
videos, even in high quality. We enjoyed the high-quality YouTube videos for
the most part, but we still noticed some artifacts and inconsistent color tones

*C-51*

Case 5:11-cv-01846-LHK    Document 3587-9    Filed 02/13/18    Page 295 of 469

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

in the background. The default MP4 video file that Samsung provided looked much better because of its HD quality.

The 1GHz Hummingbird Cortex A8 application processor did its job well. Apps launched quickly, and we didn't experience too many hiccups with menu transitions and multitasking.

The Samsung Epic 4G has a 1,500mAh lithium ion battery with a rated **battery life** of 7.5 hours talk time and 21 days standby time. The Epic 4G had a talk time of 6 hours and 43 minutes in 3G. According to FCC radiation tests, the Epic 4G has a digital **SAR** of 0.68 watt per kilogram and has a Hearing Aid Compatibility Rating of M3/T3.

Previous Page                                        **01** / 02

## Shop Related Products

Samsung Epic 4G Galaxy S D700 No Contract 3G QW...
**$199.99**

Combo Rapid Car Charger + Home Wall Charger...
**$5.65**

Samsung Galaxy S Epic 4G Cell Phone Rapid Car Ch...
**$12.95**

Bounty Select-a-Size Paper Towels, White, 12 Huge ...
**$28.99**
Bestseller

Ads by Amazon

## BEST **PHONES FOR 2018**

See All ⠿

**Samsung Galaxy Note 8**
Starting at: **$929.99**
Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

**Apple iPhone X**
Starting at: **$1,149.00**
A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

**LG V30**
Starting at: **$749.99**
LG just gave Samsung a run for the money.

**Samsung Galaxy S8**
Starting at: **$649.99**
But we're still waiting on the Siri-like AI.

**Google Pixel 2**
Starting at: **$649.99**
The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

## PREMIER **BRANDS**

LG Mobile

## DISCUSS **SAMSUNG EPIC 4G (SPRINT)**

1 Comment

# ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the Spanish-speaking community around the world, we've got it all.

¡Vamos!

Download the CNET app  /  About CNET  /  Privacy Policy  /  Ad Choice  /  Terms of Use  /  Mobile User Agreement  /  Help Center

© CBS INTERACTIVE INC.
All Rights Reserved.

AFFILIATE DISCLOSURE
CNET may earn fees when you click through to a partner site.

TOP BRANDS
LG

*C-53*


SAMSUNG
Water doesn't stand a chance.
Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.
Galaxy S8 | Note8

 cnet

REVIEWS    NEWS    VIDEO    HOW TO    SMART HOME    CARS    DEALS    DOWNLOAD         🔍    🌐    JOIN / SIGN IN

# Samsung Epic 4G Touch review:
## Samsung Epic 4G Touch

by **Bonnie Cha**, **Jessica Dolcourt**  /  Reviewed: September 15, 2011  /  Updated: September 15, 2011



MSRP:

## $499.99

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

**Compare These**

Samsung Galaxy Note 8

Apple iPhone X

LG V30

Samsung Galaxy S8

**The Good**  /  The **Samsung Epic 4G Touch** boasts a large and bright 4.5-inch Super AMOLED Plus display. With a dual-core 1.2GHz processor, the Android smartphone is fast and 4G-capable. Camera quality is also excellent.

**The Bad**  /  Call quality could be better. The phone is large and has a plastic build.

**The Bottom Line**  /  The Samsung Epic 4G Touch offers speedy performance, a beautiful screen, and a great multimedia experience to make it one of Sprint's top Android phones, but its large size won't be for everyone.

Visit **manufacturer site** for details.

★★★★½  CNET Editors' Rating

**8.7**
OVERALL

| | |
|---|---|
| Design | 8.0 |
| Features | 9.0 |
| Performance | 9.0 |

*C-54*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Review Sections**

**Review**

Specifications

CNET › Mobile › Phones › Samsung Epic 4G Touch

## Editors' note:

*Portions of this review were taken from our evaluation of the* **unlocked Samsung Galaxy S II**.



**Photo gallery:
Samsung Epic 4G Touch**

While the rest of the world has been enjoying the Samsung Galaxy S II for some time now, the U.S. has had to sit by and wait for its turn. Fortunately, the time has finally come and the Android superphone will be available through multiple carriers this fall. Sprint is first out of the gate, launching the Samsung Epic 4G Touch on September 16 for $199.99 with a two-year contract. As the successor to the popular **Samsung Epic 4G**, the smartphone loses its slide-out QWERTY keyboard, but gains a faster dual-core processor, larger and sharper Super AMOLED Plus touch screen, better cameras, and much more. The phone is on the large side, which will keep some at bay, but for those who can handle the size, the Epic 4G Touch will not disappoint.

## Design

At 5.1 inches tall by 2.7 inches wide, the Samsung Epic 4G Touch is a large device. The width makes it harder to grip the phone, especially if you have smaller hands, and it's not a handset that easily fits into a pants pocket. It's not going to be for everyone. That said, like the **Samsung Infuse 4G**, it's also quite thin and light at just 0.38 inch thick and 4.5 ounces, so the smartphone is easier to manage than one would think.



ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**The Samsung Epic 4G Touch is a big phone, but its slim profile and light weight help make it manageable.**

Plus, you might be willing to deal with the phone's larger size when you get a glimpse of the 4.52-inch, WVGA (800x480) Super AMOLED Plus touch screen. The spacious display and the vibrant colors make it great for viewing Web pages and multimedia. There are slightly sharper screens out there, such as the qHD (960x540 pixels) display on the Motorola Photon 4G, so images and text aren't quite as smooth, but we still found the Epic 4G Touch's screen easy to read.

The touch screen is responsive. The smartphone offers both Swype and Samsung's virtual keyboards. It registered all our taps, and we were able to easily navigate through the menus. In addition to using the standard touch interface, you can also use motion gestures on the Epic 4G Touch. With the settings turned on, you can flip the phone to mute it. With two fingers on the screen, you can tilt to zoom in and out in the Gallery and browser. Flicking your wrist left or right (panning) can move a home screen icon when you're holding it. Double-tapping the top of the phone prepares the Vlingo-powered Voice Talk app for voice commands while you're driving. However, panning and zooming weren't as responsive as we'd like. While most of the motion controls may not figure into your daily use, this type of gesture functionality adds welcome options in general.

Below the display, you'll find touch-sensitive buttons for the menu, home, back, and search functions. The left side features a volume rocker, while the right spine has a power/lock button. There's a 3.5mm **headphone** jack on top of the device and a Micro-USB port on the bottom. In the right-hand corner just above the display, there's an LED indicator light and in the left-hand corner is a 2-megapixel camera for video calls. The back of the phone features an 8-megapixel camera and an LED flash.

*C-56*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



© 2011 CBS Interactive

**The back of the phone has a textured surface, but the smartphone still feels plasticky.**

There is a microSD expansion slot behind the battery door. The latter has a textured surface, so the phone doesn't feel so slick, but like many Samsung smartphones before it, the Epic 4G Touch has a plastic build. Some metal accents or parts would go a long way in making it feel like a more premium handset.

Sprint packages the Samsung Epic 4G Touch with just the basic accessories, which include an AC adapter, a USB cable, and reference material.

## User interface

The Samsung Epic 4G Touch runs Android 2.3.4 Gingerbread along with Samsung's latest TouchWiz 4.0 user interface. We're often less enthusiastic about custom interfaces--they sometimes add unwanted complexity and unremovable apps, and are usually slower to update to new OS versions. However, TouchWiz 4.0 has a few things going for it, some carryovers from previous versions of TouchWiz. There are seven home screens, for example, and the notification pull-down menu has icons for easily turning on Wi-Fi, Bluetooth, GPS, 4G, and sound profiles.

**PAID CONTENT**

**Financial Planning 2018: Your Year's Milestones**

Here's a calendar of financial tips and tasks for 2018, including important deadlines and changes for the year.

Sponsored by Charles Schwab

Customizing the home screens is made easier, with a carousel-like setup that lets you move through the various panels to add and remove shortcuts and widgets at the same time. Previously, you had to do a long-press on one screen to change it and then repeat the process if you wanted to change another page. You can also now resize Samsung Live Panel widgets and

*C-57*

there's a more fluid motion when scrolling through widgets lists and home pages.

Some of the changes are purely cosmetic, but they certainly add some polish to the UI. There are also some useful additions as well, such as an integrated task manager that displays all your active applications, downloaded apps with the option to uninstall, RAM status, and system storage. Also great: the ability to now capture screenshots by simply pressing the power button and home key simultaneously.

Continue To Next Page        01 / **02**

## Shop Related Products

YN4L® 1800mAh battery for Galaxy S Epic Touch ...
**$6.58**

Samsung Galaxy S II i777 16GB GSM Android Smar...
**$99.99**

2 in 1 Hybrid Case Protector for AT&T Sam...
**$8.99**

Amazon.com Gift Card...
Bestseller

Ads by Amazon

## BEST **PHONES FOR 2018**

See All ⋮⋮⋮

### Samsung Galaxy Note 8
Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X
Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30
Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8
Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2
Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word



## PREMIER **BRANDS**

*C-58*

Case 5:11-cv-01846-LHK    Document 3587-3    Filed 03/13/18    Page 302 of 469

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

LG Smart TV with webOS

DISCUSS **SAMSUNG EPIC 4G TOUCH**

## CES 2018: The coolest gadgets we've seen
by **Laura K. Cucullu**

## These are the best TVs right now
by **David Katzmaier**

# ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the Spanish-speaking community around the world, we've got it all.

**¡Vamos!**

Download the CNET app  |  About CNET  |  Privacy Policy  |  Ad Choice  |  Terms of Use  |  Mobile User Agreement  |  Help Center

© CBS INTERACTIVE INC.
All Rights Reserved.

AFFILIATE DISCLOSURE
CNET may earn fees when you click through to a partner site.

TOP BRANDS
LG



SAMSUNG

Water doesn't stand a chance.

Galaxy S8 | Note8

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

## cnet

REVIEWS    NEWS    VIDEO    HOW TO    SMART HOME    CARS    DEALS    DOWNLOAD          JOIN / SIGN IN

CNET  ›  Mobile  ›  Phones  ›  Samsung Epic 4G Touch  ›  (Page 2)

# Samsung Epic 4G Touch review:

## Samsung Epic 4G Touch

by **Bonnie Cha**, **Jessica Dolcourt**  /  Reviewed: September 15, 2011  /  Updated: September 15, 2011

**Review Sections**

**Review**

Specifications

You can also customize the phone using one of Sprint's ID packs if you wish.

## Features

The Samsung Epic 4G Touch offers a speakerphone, conference calling, voice dialing, video calling, and text and multimedia messaging. In addition to Bluetooth 3.0, Wi-Fi (802.11b/g/n/a), and GPS, the Epic 4G Touch is 4G-capable and can handle simultaneous voice and data over 4G. The smartphone can also be used as a mobile hot spot for up to eight devices an additional $29.99 per month, and there is no data cap.

As we noted earlier, it is running Gingerbread and all of Google's services are accounted for: e-mail, maps, voice navigation, search, chat, Places, Latitude, and YouTube, plus basic tools like a calendar, a calculator, an alarm clock, a world clock, a stopwatch, and a timer. In addition, Samsung and Sprint have preloaded the phone with a number of extras, including Polaris Office, Kies Air (a Wi-Fi-based PC-to-phone sync manager), Sprint Music Plus, Sprint Mobile Wallet, and Sprint TV and Movies. We're not a fan of having so much bloatware on the phone, but at least, Sprint gives you the option to uninstall some of its apps, such as Sprint Music Plus and Sprint Radio.

ADVERTISEMENT

Case 5:11-cv-01846-LHK    Document 3587-3    Filed 02/13/18    Page 304 of 469
ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

SAMSUNG                                                    Galaxy S8 | No

There is no shortage of entertainment options on the Epic 4G Touch. In addition to the built-in music and video player, the smartphone offers Samsung's Media Hub where you can download movies and TV shows to rent or own. You can also shoot your owns videos and photos with the handset's 8-megapixel camera, which is capable of 1080p HD video capture. The camera app has plenty of tools, such as effects, white balance controls, ISO settings, and more. Samsung also throws in a photo and video editor, which we appreciate. The video editor is particularly great, since it makes it easy to piece together clips with different effects and music, all from right on your phone.



**The Epic 4G Touch's 8-megapixel camera took impressive photos.**

**Picture quality** was excellent. Even with indoor shots, photos were sharp with bright, vivid colors and showed more detail compared to some other camera phones. The camera was also fast, as there was very little lag in between shots. Video quality was also good. Overall, clips looked sharp and without any discoloration, but the image can get bit choppy if you're panning from one point to another. Once you're done capturing media, you can store files to the Epic 4G Touch's internal memory (16GB) or to an SD card (expansion slot accepts up to 32GB). You can also share via the usual social network channels or to your HDTV using DLNA or with an HDMI adapter.

## Performance

We tested the dual-band Samsung Epic 4G Touch in New York using Sprint service and call quality was OK. Though we had no problems understanding our callers, voices sounded a bit muffled on our end. We could also detect a bit of background noise at times, so the audio quality wasn't pristine. Our friends also encountered some white noise on their side, but that was the biggest complaint we got, so overall, they were quite happy with the results.

*C-61*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

# Samsung Epic 4G Touch call quality sample

**Listen now:**

Speakerphone quality was what you might expect from a speakerphone. On both sides of the call, voices sounded far away and a bit muffled. There was enough volume to hear callers in a quieter room, but it got a bit challenging once we stepped outside. We paired the smartphone with the Logitech Mobile Traveller Bluetooth headset and the Motorola S9 Bluetooth Active **Headphones**, and we were able to make calls and listen to music without problem.

Sprint's 3G and 4G networks provided reliable coverage during our testing period. We didn't experience any dropped calls, and data speeds were decent. Using Ookla's Speedtest.net app, we clocked average download speeds of 4.37Mbps and upload speeds of 1.39Mbps. Over 4G CNET's full site loaded in 13 seconds, while the mobile sites for CNN and ESPN loaded in 5 seconds and 4 seconds, respectively. Flash video played without problem from CNET's site, and high-quality YouTube videos loaded within seconds and played back continuously.

Under the hood, the Epic 4G Touch rocks Samsung's 1.2GHz Exynos dual-core processor, and the smartphone is fast. Apps launched immediately, and it was able to handle any task we threw at it, whether it was playing games, streaming video, or viewing Web sites, without missing a step.

The Samsung Epic 4G Touch ships with a 1,800mAh lithium ion battery with a rated talk time of 8.7 hours and up to 10.5 days of standby time. The smartphone fell short of the rated talk time in our **battery drain tests**, but the results were still impressive at 7 hours. According to **FCC radiation tests**, the Epic 4G Touch has a digital SAR rating of 0.4W/kg and a Hearing Aid Compatibility Rating of M4/T3.

## Conclusion

With the U.S. launch taking so long, we were beginning to worry that the Samsung Galaxy S II would feel like an also-ran by the time it was released on our side of the pond. However, we're glad to report that this isn't the case. The Epic 4G Touch brings another top-notch Android device to Sprint's portfolio, with its fast performance, large, vibrant screen, and excellent multimedia experience. Its large size will be a turn off for some, and if you want world-roaming capabilities, we recommend the **Motorola Photon 4G**. That said, we have no hesitation recommending the Samsung Epic 4G Touch as one of Sprint's **top Android phones**.

Previous Page

**01** / 02

**Shop Related Products**

*C-62*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER





Samsung Epic 4G Galaxy S
D700 No Contract 3G QW...

**$199.99**

YN4L® 1800mAh battery for
Galaxy S Epic Touch ...

**$6.58**

Ads by Amazon

## BEST **PHONES FOR 2018**

See All ⚏

### Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

## PREMIER **BRANDS**

LG Super UHD TVs

## DISCUSS **SAMSUNG EPIC 4G TOUCH**

Post a comment

*C-63*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

GET WATCHING

## CES 2018: The coolest gadgets we've seen

by **Laura K. Cucullu**

## These are the best TVs right now

by **David Katzmaier**

## ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the Spanish-speaking community around the world, we've got it all.

**¡Vamos!**

Download the CNET app  /  About CNET  /  Privacy Policy  /  Ad Choice  /  Terms of Use  /  Mobile User Agreement  /  Help Center

© CBS INTERACTIVE INC.
All Rights Reserved.

**AFFILIATE DISCLOSURE**
CNET may earn fees when you click through to a partner site.

**TOP BRANDS**
LG

*C-64*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**SAMSUNG**

**Water doesn't stand a chance.**

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

Galaxy S8 | Note8

›



REVIEWS　　NEWS　　VIDEO　　HOW TO　　SMART HOME　　CARS　　DEALS　　DOWNLOAD　　🔍　　🌐　　| JOIN / SIGN IN |

## Samsung Fascinate review:

### Samsung Fascinate

by **Bonnie Cha**　/　Reviewed: September 7, 2010



MSRP:

## $209.99



Own the night with
a camera built for low-light.

---

**Compare These**

Samsung Galaxy Note 8

Apple iPhone X

LG V30

Samsung Galaxy S8

**The Good**　/　The Samsung Fascinate offers a gorgeous Super AMOLED touch screen, a 1GHz processor, and a great multimedia experience. The smartphone can be used as a mobile hot spot.

**The Bad**　/　GPS positioning isn't always accurate. For now, you can't save apps to an SD card or voice dial over Bluetooth. Search is locked to Bing.

**The Bottom Line**　/　Sleek and powerful, the Samsung Fascinate is another strong addition to Verizon's Android lineup. Its user interface won't appeal to everyone, particularly seasoned Android users, but it's a good smartphone for the masses.

Visit manufacturer site for details.

　**CNET Editors' Rating**

## 8.3
OVERALL

| | |
|---|---|
| Design | **9.0** |
| Features | **8.0** |

**Water doesn't stand a chance.**

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

*C-65*

**Review Sections**

Review

Specifications

CNET › Mobile › Phones › Samsung Fascinate



*Photo gallery:*
*Samsung Fascinate (Verizon Wireless)*

***Editors' note:*** *Portions of the User interface and Features sections were taken from our reviews of the other **Samsung Galaxy S models**, since the devices share a common UI and similar core features. This review has also been updated with information about Bing.*

As Samsung's **Galaxy S devices** have hit T-Mobile, AT&T, and Sprint, **Verizon Wireless** customers have had to stand idly by waiting for their turn at the company's new Android phones. That time has finally come. The Samsung Fascinate will be available online starting September 8 and in stores September 9 for $199.99 with a two-year contract and after a $100 mail-in rebate. Like the others, the Fascinate offers a gorgeous Super AMOLED touch screen, a great multimedia experience, and smooth performance. It's a great addition to Verizon's lineup to be sure, but where does it fit in the carrier's already strong portfolio of Android devices?

It is certainly always good to have variety, but we also think the Fascinate is well suited for the consumer who is just getting into Android and smartphones. Samsung's custom TouchWiz interface offers an easy-to-understand presentation of menus that makes the transition from feature phone to smartphone a little easier. By the same token, we know TouchWiz isn't going to appeal to everyone, particularly Android purists and business users who might want something a little more polished and less bubbly, and for them, we'd recommend the **Motorola Droid X** or the **HTC Droid Incredible**. Still, if it's more a general all-purpose smartphone you're after, the Samsung Fascinate is a fun one to use.

## Design

Out of all of the Galaxy S devices, the Samsung Fascinate most closely resembles the **Vibrant**. The handset features a clean and attractive slate design with rounded corners, and it is slim and light at 4.92 inches tall by 2.53 inches wide by 0.39 inch thick and 4.1 ounces. Though we dubbed the Vibrant as the sexiest of the series, in some ways the Fascinate is better. For one, it does away with the bump on the back, giving the phone a more streamlined design, but more importantly, it feels more solid. Admittedly, we prefer the higher-quality build of the Motorola Droid X, but we're also thankful that the Fascinate doesn't feel as plasticky or as slick as the Vibrant.

ADVERTISEMENT

C-66

Samsung Fascinate review
ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER



### The Samsung Fascinate features a similar design to the Vibrant.

On the front of the device, you'll find the same 4-inch Super AMOLED touch screen that graces the rest of the Galaxy S series, and like the others, the Fascinate's display is gorgeous. The screen's sharpness and pinch-to-zoom support make it easy to read text, and it also displays deep and rich colors, such that the multimedia experience is particularly wonderful. Also great is the fact that you can see the screen even in bright sunlight.

The touch screen is quite responsive, always registering our taps and smoothly moving through home screens and lists. Both the built-in accelerometer and proximity sensor worked well. The Fascinate offers two methods of input: Swype or the stock Android keyboard. The latter is easy to use, even in portrait mode, but once you experience how quickly you can compose messages using Swype, it might be hard to switch back to anything else.



© 2011 CBS Interactive

### On back, you'll find the phone's 5-megapixel camera and flash.

Below the screen, there are four touch-sensitive shortcut keys: menu, home, back, and search. If you're not already aware, a long press of the home button will bring up a task manager presenting you with shortcuts to the last six apps you used for easier multitasking. On the left side, you'll find a volume rocker, whereas the right side features the power/lock button. The top of the device houses the 3.5mm **headphone** jack and a Micro-USB port. The camera and flash are located on back, but there's no dedicated camera key, so you'll have to use the onscreen button to take pictures.

*C-67*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Verizon packages the Samsung Fascinate with an AC adapter, a USB cable, a 16GB microSD card, and reference material. There will also be a number of additional accessories for the Fascinate available at launch, including a desktop cradle ($29.99), a vehicle mount ($39.99), and extended battery with back cover ($49.99).

## User interface

Like the rest of the Galaxy S series, the Fascinate runs on Android 2.1 with Samsung's TouchWiz 3.0 interface. The latter is definitely improved from previous versions, with some enhanced functionality and a more polished look.

To start, there are new widgets, including one called Feeds & Updates and another called Buddies Now. Feeds & Updates streams updates from Facebook, Twitter, and MySpace, and you can choose to display content from one, two, or all three of the social-networking sites, as well as set the refresh rate, ranging from 30 minutes to once a day. Buddies Now is like a favorites list and allows you to immediately call or text those contacts, as well as comment on any of their updates. There are a number of other Samsung widgets, as well as Android widgets and other shortcuts, all of which can be added to one of seven home screens.

The home screens can also be personalized with live wallpapers, and on each screen you get a pull-down notification tray on top, which now includes wireless manager and profile functions, and the toolbar along the bottom with quick-launch buttons to the phone app, contacts, messages, and applications. Pressing the latter takes you to a nice grid view of all your apps; they're spread out over several pages, which you can swipe from side to side to get to. We much prefer this layout over the standard Android one, where you have to scroll up and down. It feels more natural and easier to navigate.

Admittedly, we missed some elements of the HTC Sense, such as the Leap screen, which provides a thumbnail version of all your home screen panels, but TouchWiz does a good job of making Android quite easy to use, almost to the point that it doesn't even look or feel like an Android phone. For that reason, we think the Fascinate is better suited for consumers or first-time Android users than something like the Droid X is.

Finally, for those worried about the TouchWiz interface interfering with future Android updates, Samsung has already said that the entire Galaxy S portfolio will be upgradable to Android 2.2 and that it has tweaked the UI to make it easier to adapt to future updates. However, the company also noted that without really knowing what Google has planned down the line, there may be a time where updates can't be supported because of hardware limitations or other factors.

Continue To Next Page                                       01 / 02

**Shop Related Products**

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Verizon Ellipsis Jetpack
MHS700L 4G LTE Mob...

**$28.95**

*Ads by Amazon*

## BEST **PHONES FOR 2018**

See All

### Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

SPONSORED

Warning Signs of Colorectal Cancer

*Sponsored Content by Pfizer*

## PREMIER **BRANDS**

LG Smart TV with webOS

## DISCUSS **SAMSUNG FASCINATE**

Post a comment

¡Se habla español!

*C-69*

Samsung Fascinate review - CNET
**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the Spanish-speaking community around the world, we've got it all.

**¡Vamos!**

Download the CNET app   |   About CNET   |   Privacy Policy   |   Ad Choice   |   Terms of Use   |   Mobile User Agreement   |   Help Center

© CBS INTERACTIVE INC.
All Rights Reserved.

**AFFILIATE DISCLOSURE**
CNET may earn fees when you click through to a partner site.

**TOP BRANDS**
LG

*C-70*

ATTORNEYS' EYES ONLY -- SUBJECT TO PROTECTIVE ORDER

**SAMSUNG**

**Water doesn't stand a chance.**

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

Galaxy S8 | Note8

**c|net**

REVIEWS   NEWS   VIDEO   HOW TO   SMART HOME   CARS   DEALS   DOWNLOAD

JOIN / SIGN IN

CNET › Mobile › Phones › Samsung Fascinate › (Page 2)

# Samsung Fascinate review:

Samsung Fascinate

by **Bonnie Cha** / Reviewed: September 7, 2010

**Review Sections**

Review

Specifications

## Features

The Samsung Fascinate shares a lot of the same core features as the other Galaxy S and Android models, but as a Verizon phone, you also get a number of carrier services and other extras. This includes V Cast Music and Video, Skype Mobile, NFL Mobile, and VZ Navigator. The Fascinate can also be used as a mobile hot spot for up to five devices, but just be aware that you will need to sign up for Verizon's Mobile Broadband plan, which costs an additional $20 per month and has a 2GB data cap. If you go over, you will be charged 5 cents per MB in overage fees. (By comparison, Sprint's mobile hot spot plan for the Evo 4G costs $29.99 per month, but there is no data cap). If you want to keep tabs on your data usage, Verizon actually offers a handy widget you can add to your home screen that will take you to that information.

As a phone, the Fascinate offers a speakerphone, speed dial, voice commands, conference calling, visual voice mail, and text and multimedia messaging with threaded chat view. Bluetooth, 3G, GPS, and integrated Wi-Fi are also all onboard.

You can sync the smartphone with numerous e-mail accounts and social-networking sites, including Gmail, POP3 and IMAP, Microsoft Exchange, Facebook, MySpace, and Twitter. Exchange aside, setup usually involves simply entering your log-in and password and the phone will do the rest, pulling in contact information, photos, and so forth. The system will do its best to merge the address book data from the multiple accounts, but more often than not, you'll find that you have to go back and link some contacts together, as we did after syncing up our Gmail, Outlook, Facebook, and Twitter accounts.

The smartphone offers a unified in-box and calendar, though you can choose to keep your accounts separate if you prefer. Fortunately, unlike the Vibrant and **Captivate**, e-mail folders aren't displayed in a tabbed interface. Instead, you press the Menu button and select Folders for a list view, which is neater

*C-71*

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

and much more manageable than the tabbed method. The Fascinate also offers the Write and Go app, from which you can compose a message on a notepad and then select your delivery method, whether it be an SMS, an e-mail, or a status update, so you don't have to find and launch each individual app.



Other apps and personal information management tools preloaded on the Samsung Fascinate include ThinkFree Office Blockbuster On Demand, Bing, Kindle for Android, EA's Need for Speed Shift, Tetris, a voice recorder, an alarm clock, and a calculator. The Android Market has more than 70,000 apps in its catalog and also offers a dedicated Verizon channel. For the time being, you'll only be able to download apps to the phone's internal memory (2GB) since the capability to save apps to an SD card is a feature of Android 2.2. We should also note that thanks to the partnership between Verizon and Microsoft, Bing is set as the default search engine on the Fascinate and can't be changed; the only way to use Google search is to actually go to the Google site itself, which is annoying.

The Fascinate is equipped with a 5-megapixel camera with an LED flash and HD video capture. Camera options include different scene modes, metering, ISO settings, antishake, and blink and smile detection. The camera has autofocus, but you must first tap the screen to focus and then press the capture button. Overall, **picture quality** was decent. Photos were mostly sharp, but we wish the colors were slightly brighter on indoor shots. The camera did quite well with pictures taken outdoors. You can share your photos and videos via Facebook, MMS, YouTube, and so forth, and the handset is also **DLNA** ready. Like the Vibrant, the Fascinate doesn't have an active front-facing camera for video calls.

Case 5:11-cv-01846-LHK Document 3587-3 Filed 02/13/18 Page 316 of 469



**We thought colors could have been brighter, but overall, we were satisfied with the picture quality.**

Like the rest of the Galaxy S series, the Fascinate will support Samsung's Media Hub, so you'll be able to rent and buy TV shows and movies when the service launches later this fall.

## Performance

We **tested** the dual-band (CDMA 800/1900; EV-DO Rev. A) Samsung Fascinate in New York using Verizon service and call quality was good. On our end, calls were loud and clear, without any type of background noise or voice distortion to interrupt conversation. If anything, we wished audio was a little more balanced and richer as it could be a bit harsh at times. Friends were quite complimentary of the phone's performance; we only received one complaint regarding a slight echo.

## Samsung Fascinate call quality sample

**Listen now:**

Speakerphone quality was decent. Like many handsets, there was a slight hollowness to the calls, but overall, it was clear and volume was loud enough that we could still hear our callers in noisier environments. We paired the smartphone with the Logitech Mobile Traveller Bluetooth headset and the **Motorola S9 Bluetooth Active Headphones** without problem, but unfortunately, the Fascinate doesn't support voice dialing over Bluetooth out of the box. This capability will be added once Samsung and Verizon release the Android 2.2 update for the Galaxy S series.

Verizon provided reliable 3G coverage throughout Manhattan. We didn't experience any dropped calls, during our testing period, and 3G data speeds were admirable. CNET's full site loaded in 18 seconds, whereas the mobile sites for CNN and ESPN came up in 5 seconds and 4 seconds, respectively. We also used the Fascinate as a mobile hot spot for our MacBook Pro, and

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

based on five tests, we averaged download speeds of 1.01Mbps and upload speeds of 0.31Mbps.

YouTube videos loaded within several seconds, and played without interruption and with synchronized audio and picture. You can also switch to high quality; clips take slightly longer to load, but at least it will be easier on your eyes. Our own videos played beautifully, and though we already thought sound quality was pretty good through our **On-Ear Bose Headphones**, you can enhance the audio even more by switching on 5.1-channel surround sound (note that you can activate this feature only when you have **headphones** plugged in).

**PAID CONTENT**

## Tax Planning: Think Strategically About Your Investments

Offsetting capital gains with capital losses can help lower your tax bill.

Sponsored by Charles Schwab

Performance was not an issue on the Fascinate, as the smartphone's 1GHz Cortex A8 Hummingbird processor kept things running smoothly. We were able to launch and switch between apps without incident, and there wasn't any lag when we were playing games or using the multimedia features. The only major problem we had with the device was with navigation.

**GPS issues** have plagued the Samsung Vibrant and Captivate--users have complained of slow acquisition times--but, fortunately, we didn't experience this on the Fascinate. The smartphone was able to lock onto our position in less than a minute, sometimes within a few seconds. That said, we did have problems with accuracy. Usually the phone was spot-on with our location, but at times it would be off by a block and sometimes by even a few blocks. With such mixed results, we didn't feel confident using the Fascinate as a navigation device.

The Samsung Fascinate ships with a 1,500mAh lithium ion battery with a rated talk time of 7 hours and up to 13 days of standby time. In our **battery drain tests**, the smartphone provided 6.5 hours of continuous talk time on a single charge. During our review period, however, we were able to get a full day's use out of the smartphone--e-mail, Web browsing, music playback-- before needing to recharge at the end of the night. According to **FCC radiation tests**, the Fascinate has a digital SAR rating of 0.57 watt per kilogram and a Hearing Aid Compatibility rating of M4.

Previous Page                                      **01** / 02

**Shop Related Products**

ZTE Z915 4G LTE Mobi...                NET10 ZTE 4G No-Contract
                                       Hotspot with 5GB of Da...

C-74

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

Continuing has date/review Hege 02.07.18
$77.99      $72.92   $79.99

Ads by Amazon

## BEST **PHONES FOR 2018**

See All

### Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

## PREMIER **BRANDS**

LG Smart TV with webOS

## DISCUSS **SAMSUNG FASCINATE**

Post a comment

# ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite

*C-75*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

review to special stories that affect the
Spanish-speaking community around the
world, we've got it all.

¡Vamos!

Download the CNET app | About CNET | Privacy Policy | Ad Choice | Terms of Use | Mobile User Agreement | Help Center

© CBS INTERACTIVE INC.          AFFILIATE DISCLOSURE                    TOP BRANDS
All Rights Reserved.          CNET may earn fees when you click through to a          LG
                                       partner site.

*C-76*



**SAMSUNG**

**Water doesn't stand a chance.**

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

Galaxy S8 | Note8

**c|net**

REVIEWS    NEWS    VIDEO    HOW TO    SMART HOME    CARS    DEALS    DOWNLOAD      JOIN / SIGN IN

# Samsung Galaxy Indulge - black (MetroPCS) review:

## Samsung Galaxy Indulge - black (MetroPCS)

by Jessica Dolcourt  /  Reviewed: February 16, 2011  /  Updated: February 16, 2011



MSRP:

## $399.00

▶   🔊    **AUTOPLAY:**   ON   OFF         2:03   ⤴   ☰   cc   ⛶

Make messages
more personal.



**Compare These**

Samsung Galaxy Note 8

Apple iPhone X

LG V30

**The Good**  /  The Samsung Indulge has a responsive slide-out QWERTY keyboard, good call quality, and the distinction of being MetroPCS' first 4G Android smartphone.

**The Bad**  /  Poor battery life might make some buyers think twice, and the specs don't stand up to higher-end Galaxy S phones. It's also rather expensive.

**The Bottom Line**  /  With strong specs and good call quality, the Indulge is arguably MetroPCS' best phone, but the weak battery life is a disappointment.

Visit manufacturer site for details.

★★★☆   CNET Editors' Rating



Get a bigger
screen, not a
bigger phone.

C-77

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Samsung Galaxy S8**

**7.3**
OVERALL

| | |
|---|---|
| Design | 8.0 |
| Features | 7.0 |
| Performance | 6.0 |

**Review Sections**

Review

Specifications

CNET › Mobile › Phones › Samsung Galaxy Indulge - black (MetroPCS)

We have to hand it to MetroPCS. The contract-free carrier is gripping the 4G bull by the horns and making the 4G-capable Samsung Galaxy Indulge its first lasso at the smartphone rodeo. The Indulge, an off-shoot of Samsung's **respectable line** of glossy black plastic smartphones, has Android 2.2, a 1GHz Hummingbird processor, and a slide-out QWERTY keyboard in addition to a Swype-enabled virtual keyboard. There's good voice quality, and a satisfying set of features.



Photo gallery:
Samsung Galaxy Indulge

However, the specs pale in comparison to its more-premium Galaxy S cousins, like the **Samsung Epic 4G**. The Indulge lacks the brilliant Super AMOLED screen of other upmarket Galaxy handsets, its camera isn't as good, and several TouchWiz features are absent, like the social and media hubs and the mobile hot spot. Battery life is disappointing, as well.

Despite those setbacks, it's still poised to be the carrier's **best phone** yet, especially if you don't mind frequently juicing up your phone.

The Indulge costs $399 without a contract, a high figure at first glance, but one that doesn't lock you into a two-year contract. MetroPCS is offering two plans: the unlimited rate plan (talk, text, Web) with 1GB data costs $50 per month, and the $60 monthly plan gets you unlimited talk, text, Web, and data, not to mention 4G speeds for both.

***Editors' note:*** *Portions of the User interface and Features sections were taken from our reviews of the other **Samsung Galaxy S models**, since the devices share a common UI and similar core features.*

ADVERTISEMENT



ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## Design

Like most of its Galaxy S brethren, the Samsung Galaxy Indulge has a smooth, glossy black design with rounded corners. At 5.2 inches tall by 2.4 inches wide by 0.6 inch thick, it's slightly shorter than the slide-out Epic, but matches that handset in depth. The weight feels right at 5.4 ounces, which also lends it a feeling of durability, and the smooth body helps the phone feel natural in the hand and on the ear. Since it's completely constructed of shiny black plastic with no soft-touch material on the back, it comes across as slick. Even so, the plasticky look and feel never interfered with usability.



**Looks-wise, the 4G-enabled Samsung Galaxy Indulge didn't fall too far from the Galaxy S tree.**

Specs-wise, the Indulge comes from the branch of the Galaxy tree that is decidedly more modest. The capacitive touch-screen display, for example, is a 3.5-inch capacitive touch screen with HVGA resolution (800x480 pixels). Although it's a step down from the brilliant Super AMOLED screen found in most other Galaxy smartphones, the Indulge still produces a crisp, bright image.

The screen itself is as smooth and responsive as any other Galaxy phone, for which we can thank the speedy Android 2.2 operating system and the 1GHz Hummingbird processor. Its accelerometer is equally snappy, rotating the interface from portrait to landscape view in less than a second. The standard Android onscreen keyboard is there for flying fingers, but so is Swype, software that lets you trace letters to create words. If that shoe doesn't fit, you can switch between the two virtual keyboards. Like all phones running Froyo, the Indulge supports pinch to zoom.

Below the display are physical buttons for the menu, home screen, back button, and Google search. The buttons are comfortable and fast-acting; they depress with a satisfying, audible click. On the right spine you'll find the camera shutter and a Micro-USB charging port; the volume rocker is on the other side. Up top are the 3.5mm headset jack and the power button. You'll find the 3.2-megapixel camera on the back, and nestled beneath the back cover is the microSD card slot. It can hold up to 32GB of extra storage.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

There's more hardware to be had on the Indulge: a slide-out QWERTY keyboard with four rows, one row less than on the even more spacious Epic 4G. The backlit keys feel fairly flat, but they're spaced out and easy to press, with the right amount of resistance. We did have some minor complaints on behalf of those with smaller hands, however. The function button was often awkward to reach in the top left of the keyboard, and the width of the keyboard itself might be a stretch at times. Still, typing was fast and comfortable and most hands should adapt.

## User interface

Samsung's TouchWiz 3.0 interface for the Galaxy S series is familiar by now; the Indulge runs a "light" version of it that's missing some features, like the mobile hot spot and Samsung's Media Hub. At the top is a pull-down notification bar with one-touch controls for toggling Wi-Fi, Bluetooth, GPS, vibrate mode, and airplane mode on and off. There are seven home screens (you can whittle them down to fewer), which, like HTC's Sense interface, you can see in a consolidated view by pinching your fingers together on any home screen.





**In addition to the slide-out QWERTY keyboard is a virtual keyboard with Swype.**

Four persistent shortcuts appear on the bottom of each screen; they open the dialer, the address book, the messaging inbox, and the application launcher. You'll see those shortcuts, too, from within the application tray.

Speaking of which, icons in the app tray are square-shaped and strikingly colorful against the black background. Unlike some other manufacturer-customized Android skins, you swipe horizontally rather than vertically to move through multiple pages of apps. In addition to the TouchWiz look, feel, and widgets, you can also tweak the Indulge by changing the wallpaper to a static or animated image, and you can always add your own choice of widgets and application shortcuts.

## How Will Virtual Reality Transform Your Job?

With rapidly evolving interfaces, VR is set to drastically alter daily life in the next decade. Here's how it may affect you.

Sponsored by Dell

Whether you like the TouchWiz look and feel is a matter of preference, and indeed, your faithful CNET mobile team is sometimes at odds about its favorite Android experience. One concern with any extra interface is that the additional layers of software may delay the Android update process, like we've seen time and again in this Galaxy series and in others. As always, Samsung and MetroPCS say they'll work with Google and with each other to hasten future OS updates on the Indulge. That said, there's no guarantee. You can read more on TouchWiz 3.0 in **this review**.

## Features

The Samsung Indulge is a CDMA phone, and the second handset in MetroPCS' lineup to take on 4G in addition to 3G. It's also the carrier's first 4G LTE smartphone, a nod to user demand and to blowback from the **Samsung Craft**. Despite the Craft's history-making debut as the networks--and the world's--first 4G feature phone, its lack of smartphone pedigree and features underwhelmed many. Never fear, the Indulge packs plenty of punch, even if it doesn't reach the highest heights of its even more premium cohort.

Although the phone runs Froyo, MetroPCS says it should be upgradable in the future.

As we mentioned above, the Indulge is equipped with Wi-Fi, Bluetooth, and GPS. The mobile hot-spot capability isn't enabled on the Indulge. Like all Android phones, some apps come standard, like Google Maps with voice navigation, Gmail, a music player, voice search, and YouTube. There's also your array of essentials: a calendar, a calculator, clocks and alarms, a stop watch, and a timer.

Continue To Next Page                                01 / **02**

**Shop Related Products**

Verizon Ellipsis Jetpack MHS700L 4G LTE Mob...

**$28.95**

NET10 ZTE 4G No-Contract Hotspot with 5GB of Da...

**$72.76** ~~$79.99~~

Samsung Galaxy J7 Prime (32GB) G610F/DS - 5.5" ...

**$212.00**

Samsung Galaxy express Prime Unlocked 4G L...

**$135.00**

Ads by Amazon

BEST **PHONES FOR 2018**                                See All ⠿

*C-81*

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

### Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**



In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

## PREMIER **BRANDS**

LG Smart TV with webOS

## DISCUSS **SAMSUNG GALAXY INDULGE - BLACK...**

2 Comments

# ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the Spanish-speaking community around the world, we've got it all.

*C-82*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

¡Vamos!

Download the CNET app / About CNET / Privacy Policy / Ad Choice / Terms of Use / Mobile User Agreement / Help Center

© CBS INTERACTIVE INC.
All Rights Reserved.

AFFILIATE DISCLOSURE
CNET may earn fees when you click through to a partner site.

TOP BRANDS
LG

*C-83*

SAMSUNG

Water doesn't stand a chance.

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

Galaxy S8 | Note8

cnet    REVIEWS    NEWS    VIDEO    HOW TO    SMART HOME    CARS    DEALS    DOWNLOAD    🔍 🌐    JOIN / SIGN IN

CNET  ›  Mobile  ›  Phones  ›  Samsung Galaxy Indulge - black (MetroPCS)  ›  (Page 2)

# Samsung Galaxy Indulge - black (MetroPCS) review:

## Samsung Galaxy Indulge - black (MetroPCS)

by **Jessica Dolcourt** / Reviewed: February 16, 2011 / Updated: February 16, 2011



### Review Sections

**Review**

Specifications

MetroPCS has made its signature contributions as well, in the form of its own app store, social networking and IM bundle, backup app, and music service. Samsung's AllShare service lets you wirelessly share stored media (that includes pictures, HD video, and more) to other DLNA-certified home electronics. You'll also find Nuance voice commands, the ThinkFree Office and Write & Go productivity apps, and MySpace, to name a few.



The physical keyboard and good-size screen make the Indulge ideal for texting, multimedia messaging, and composing e-mails. In addition to the standard Android Gmail app is another mail application you can program to your POP, IMAP, and Exchange accounts, either separately or in a combined inbox we frankly find overwhelming.

MetroPCS has given the Indulge yet another option in its MetroMail e-mail app. Though it isn't a bad app, MetroMail seems extraneous; Google does more than a fine job handling e-mail, and MetroMail is less savvy at managing the inbox since it buries some of the e-mail management tools. It also pulls notifications rather than Android's method of receiving alerts pushed down from the server in real time.

As it goes with Android, you can sync your calendars and merge contacts from your various e-mail and social network accounts into your phone book. The phone is often smart enough to link the contacts for you, but we found we had to do some manual linking for a few of our contacts. On Android phones, the address book size is limited only by your phone's memory.

ADVERTISEMENT

Case 5:11-cv-01846-LHK Document 3597-3 Filed 03/18/18 Page 328 of 469

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



MetroWeb is the carrier-branded experience that tops the default Android browser. The address bar and bookmarks are clearly labeled, and pressing the Menu button still invokes menu options to controls browser windows, page search, settings, and so on. Among the number of things you can do in settings is change your default home page from MetroPCS' self-titled pick. Alternative browsers and myriad other apps are available for free download or for purchase from the Android Market app.

**Photos were clear enough, but unfortunately rather dull.**

The onboard music player is a cut above the standard Android fare, thanks to the TouchWiz skin that spruces up the look of controls. Features-wise, the player remains the same, with options to pause, skip, shuffle, repeat, add to an on-the-fly playlist, and play via Bluetooth. As with all Android phones, you can purchase and download songs from the Amazon MP3 store, though we had to download the store ourselves from the Android Market. Of course, you can also load your own music via USB or microSD. The Indulge has 2MB internal memory and can take up to 32GB of external storage.

*C-85*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

We've seen brighter, clearer, truer photos than on the Indulge's 3.2-megapixel shooter. They're sharp enough to work with, but duller than in real life. The camera includes autofocus, but no flash, and the thumbnail link to the photo gallery is absent from the capture mode. The Indulge still has its complement of six shooting modes, 15 screen modes, an exposure slider, and additional settings for aspects like the timer and shutter sound.

We got a chance to test out the Indulge's media prowess with the Indulge's preloaded "Iron Man 2" movie. Although the Indulge doesn't have the formidable screen size and ultrahigh resolution of some of the other Galaxy S phones, the media playback was satisfying when we tested it on the train, at the gym, and in the home. It also lacks the Media Hub of most other Galaxy S phones.

## Performance

We **tested** the Samsung Galaxy Indulge (CDMA 850/1900; 1X EV-DO Rev O; LTE) in San Francisco using MetroPCS' network. Volume was a tad low on the Indulge, but just about right once we raised it all the way. The clarity and voice quality themselves were both very good overall, although interrupted at times by a bit of distortion and buzz. On their end, callers heard no distortion, and voices sounded clear and loud. The voice quality, however, sounded a little off to their ears, though our friends had a hard time describing exactly why.

"Crystal clear" was one caller's description of speakerphone. Callers agreed they heard a comfortably loud volume and no background noise. The forecast wasn't quite as sunny on our end. The volume was almost overly loud and very tinny, although we agree it was clear.

## Samsung Galaxy Indulge call quality sample

**Listen now:**

Performance felt fast on the 4G-ready Indulge. Android 2.2 and the 1GHz processor kept things zippy, plus 4G fared well on MetroPCS' LTE spectrum. For browsing, we were able to load both CNET's and the New York Times' mobile-optimized sites in 5 seconds. Full versions of both sites took longer: closer to 15 seconds to render the graphics-heavy home pages.

Although we'll have more in-depth tests later from our labs, we did want to quickly see how well the Indulge's 4G speeds on MetroPCS fared using a standard diagnostic test on the SpeedTest.Net app for Android--especially when compared with another 4G-capable Samsung Galaxy phone, the Epic 4G. Of course, diagnostics don't always translate to real life, coverage and network strength differ greatly by area, and this quickie test isn't conclusive by any means. Also, the Epic 4G for Sprint runs on a 4G WiMAX network. Still, we were curious.

C-86

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

We ran two tests on two different days at different times of day. SpeedTest.Net on both phones routed to the same Phoenix server and we sat the phones side by side and started tests at the same time. In both tests, the Indulge had slower LTE download speeds, but slightly faster upload speeds.

| Test number | Device | Download speed | Upload speed |
|---|---|---|---|
| 1 | Indulge | 1.3Mbps | 1.41Mbps |
|  | Epic | 3.16Mbps | 0.87Mbps |
| 2 | Indulge | 1.3Mbps | 1.38Mbps |
|  | Epic | 2.03Mbps | 1.06Mbps |

On the power end, battery life was sorely lacking. One full charge rarely lasted throughout the day, even when we restricted our calling and data usage. At one time in our testing period, we had to charge the phone twice in one day.

The Indulge has a lithium Ion 1,500mAh battery with a **rated battery life** of 3 hours talk time and 12.5 days standby time. Our tests revealed a talk time of 3 hours and 26 minutes. FCC tests measured the Indulge's **digital SAR** at 0.64 watt per kilogram.

Previous Page          **01** / 02

**Shop Related Products**

Samsung Galaxy J7 Pro (32GB) J730G/DS ( Black )...
**$260.00**

Sim Card for Metro PCS...
**$15.00**

[Stylo 2 Plus Charger] Quick Charge Portable...
**$6.88**

Samsung Galaxy On5, 8...
**$144.98**

Ads by Amazon

BEST **PHONES FOR 2018**      See All ⁝⁝⁝

Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty

Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

*C-87*

Case 5:11-cv-01846-LHK   Document 3597-3   Filed 03/18/18   Page 331 of 469

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

penny for stylus
privileges.

## THIS **WEEK ON CNET NEWS**

In 2018, voice
assistants will make
the leap out of your
home

Bad news: A Spectre-
like flaw will probably
happen again

CES 2018: The final
word

## PREMIER **BRANDS**

LG Mobile

## DISCUSS **SAMSUNG GALAXY INDULGE - BLACK...**

2 Comments

## CES 2018: The coolest gadgets we've seen

by **Laura K. Cucullu**

GET WATCHING

## These are the best TVs right now

by **David Katzmaier**

# ¡Se habla español!

Everything you love about CNET is also
available in Spanish. From your favorite
review to special stories that affect the
Spanish-speaking community around the
world, we've got it all.

*C-88*

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

¡Vamos!

Download the CNET app  |  About CNET  |  Privacy Policy  |  Ad Choice  |  Terms of Use  |  Mobile User Agreement  |  Help Center

© CBS INTERACTIVE INC.                    AFFILIATE DISCLOSURE                              TOP BRANDS
All Rights Reserved.                     CNET may earn fees when you click through to a              LG
                                          partner site.

*C-89*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG**

**Water doesn't stand a chance.**

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

Galaxy S8 | Note8



**cnet**

REVIEWS    NEWS    VIDEO    HOW TO    SMART HOME    CARS    DEALS    DOWNLOAD    JOIN / SIGN IN

# Samsung Galaxy S 4G review:

## Samsung Galaxy S 4G

by **Bonnie Cha** / Reviewed: February 24, 2011



MSRP:

## $499.99

Water doesn't stand a chance.

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

**Compare These**

Samsung Galaxy Note 8

Apple iPhone X

LG V30

Samsung Galaxy S8

**The Good** / The Samsung Galaxy S 4G has 4G connectivity, a front-facing camera for video calls, and a larger battery. Android 2.2 offers impressive data speeds and good call quality. Other highlights include a rich and vibrant Super AMOLED touch screen and a 5-megapixel camera with 720p HD video recording.

**The Bad** / No camera flash. The Galaxy S 4G has less internal memory than the Vibrant. There was some slight sluggishness with some tasks.

**The Bottom Line** / The Samsung Galaxy S 4G is a fantastic Android smartphone for T-Mobile customers, delivering fast data speeds and other improvements, but Vibrant owners should be fine holding off for now.

Visit manufacturer site for details.

    CNET Editors' Rating

Water doesn't stand a chance.

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

*C-90*

Samsung Galaxy S 4G review - CNET

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

## 8.7
OVERALL

| | | |
|---|---|---|
| Design | | 9.0 |
| Features | | 9.0 |
| Performance | | 8.0 |

---

**Review Sections**

**Review**

Specifications

CNET › Mobile › Phones › Samsung Galaxy S 4G

Though it hasn't even been a year since the **Samsung Vibrant** was released, a successor has already come along to take its place. The Samsung Galaxy S 4G is nearly identical in design, but don't let its looks fool you, as the new smartphone brings a number of changes under the hood. It ships running Android 2.2.1; there's a front-facing camera for video calls; and, most importantly, you get 4G connectivity, with the capability of hitting theoretical download speeds of 21Mbps. Indeed, we got some impressive and zippy data speeds during our review period, improving the smartphone Web browsing and streaming experience. Throw in the preloaded entertainment extras and you've got one fast and fun device.



**Photo gallery:**
**Samsung Galaxy S 4G (T-Mobile)**

If you already own a Vibrant, we wouldn't say this is a necessary upgrade, especially since you're probably still on contract. However, if you're in the market for a new smartphone, the Samsung Galaxy S 4G is certainly one of our top picks. T-Mobile has two other great 4G devices, the **T-Mobile MyTouch 4G** and the **T-Mobile G2**, and it may come down to personal preference, but the Galaxy S 4G has the potential to be faster and also sports a sharper, richer display. The Samsung Galaxy S 4G is available now for $199.99 with a two-year contract and after a $50 mail-in rebate.

## Design

The Samsung Galaxy S 4G isn't remarkably different from the Samsung Vibrant in design. In fact, if you were to put the two side by side, it would be difficult to tell one from the other. They're the same size at 4.82 inches tall by 2.54 inches wide by 0.39 inch thick and 4.16 ounces, and both feature attractive chrome accents and rounded corners and edges.

ADVERTISEMENT

*C-91*

1/16/2018                         Samsung Galaxy S 4G review - CNET

Case 5:11-cv-01846-LHK   Document 3597-3   Filed 02/13/18   Page 335 of 469
ATTORNEYS' EYES ONLY -- SUBJECT TO PROTECTIVE ORDER



© 2011 CBS Interactive

**The Samsung Galaxy S 4G features a new finish on the back that makes it less slippery than its predecessor.**

The only noticeable difference is that the Galaxy S 4G has a new "silver reflex" finish on back. It's more of a matte finish, so unlike the Vibrant, the Galaxy S 4G doesn't feel quite as slick or plasticky, which is a good thing. That said, we still prefer the more premium feel of the T-Mobile MyTouch 4G, even though it's slightly heavier and thicker than the Galaxy S 4G.

You still get the 4-inch Super AMOLED touch screen, which is eye-catching and gorgeous. The sharp display makes it easy to read text, but it really shines when you're viewing video or photos, as colors and details really come through on the vibrant screen. The touch screen is also responsive. It registered all our taps, and we were able to smoothly and quickly scroll through the menus and lists. Like the rest of the series, the Galaxy S 4G uses Samsung's TouchWiz user interface, and the smartphone ships with the Swype virtual keyboard.

*C-92*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**The Samsung Galaxy S 4G sports the same gorgeous 4-inch Super AMOLED touch screen as the Vibrant.**

There are four touch-sensitive buttons--menu, home, back, and search-- below the display. On the left side is a volume rocker and on the right is a power/lock button. The top of the device features a 3.5mm **headphone** jack and a Micro-USB port with a sliding cover, with the camera located on back. There is, however, no flash and no dedicated camera key.

The Samsung Galaxy S 4G comes packaged with an AC adapter, a USB cable, a 16GB microSD card, a wired stereo headset, and reference material.

## Features

The Samsung Galaxy S 4G is a quad-band world phone with a speakerphone, conference calling, voice dialing, text and multimedia messaging, Wi-Fi, Bluetooth, and GPS. In addition to cellular calls, you can make calls over a Wi-Fi network (there is no additional charge, but the minutes are deducted from your regular voice plan) and unlike the Samsung Vibrant, the Galaxy S 4G has a front-facing VGA camera so you can make video calls over Wi-Fi or T-Mobile's network using the preinstalled Qik application.

Again, the smartphone ships running Android 2.2.1, so in addition to the standard Google services and support for Microsoft Exchange, POP3 and IMAP accounts, and social network integration, you get the **benefits of Froyo**, which include the ability to save apps to SD cards, voice dialing over Bluetooth, and Flash Player 10.1 support.

The handset also comes preloaded with a number of entertainment extras. This includes a full copy of "Inception," Slacker Radio, Kindle for Android, and DoubleTwist software with AirSync, which lets you wirelessly sync and back up music, video, and other content from your phone to your PC over a Wi-Fi connection.

T-Mobile TV and Samsung's Media Hub video store are also onboard if you want to watch video on the go. The latter lets you rent or buy movies and TV

*C-93*

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

shows, and Samsung and T-Mobile just announced that **purchases can be charged** to your monthly phone bill.

Continue To Next Page                                        **01 / 02**

**Shop Related Products**

Black Rubberized Hard
Case for Samsung© Epi...

**$6.88**

Ads by Amazon

## BEST **PHONES FOR 2018**                        See All ⠿

### Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

## PREMIER **BRANDS**

LG Mobile

## DISCUSS **SAMSUNG GALAXY S 4G**

Post a comment

*C-94*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

# ¡Se habla español!

Everything you love about CNET is also
available in Spanish. From your favorite
review to special stories that affect the
Spanish-speaking community around the
world, we've got it all.

¡Vamos!

© CBS INTERACTIVE INC.                    AFFILIATE DISCLOSURE                        TOP BRANDS
All Rights Reserved.                  CNET may earn fees when you click through to a          LG
                                          partner site.

*C-95*


SAMSUNG
Water doesn't stand a chance.
Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.
Galaxy S8 | Note8

**cnet**   REVIEWS   NEWS   VIDEO   HOW TO   SMART HOME   CARS   DEALS   DOWNLOAD   🔍  🌐   **JOIN / SIGN IN**

CNET  ›  Mobile  ›  Phones  ›  Samsung Galaxy S 4G  ›  (Page 2)

# Samsung Galaxy S 4G review:

## Samsung Galaxy S 4G

by **Bonnie Cha** / Reviewed: February 24, 2011

### Review Sections

**Review**

Specifications



**Overall, the smartphone's 5-megapixel camera took good-quality photos and video.**

The Galaxy S 4G isn't too shabby at capturing video itself. The smartphone's 5-megapixel camera is capable of shooting 720p HD video and has some light editing options (the camera offers more), and we found the video quality to be quite good. The camcorder was able to capture action sequences clearly, and the picture was sharp and crisp. **Picture quality** was also good. Subjects were clearly defined and colors were bright, even when the photo was taken in low light.

We should note that even though the handset ships with a 16GB microSD card and the expansion slot supports cards of up to 32GB, the Galaxy S 4G has less internal memory (around 185MB) than the Vibrant (16GB).

*C-96*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## 4G support

The biggest improvement that the Samsung Galaxy S 4G brings over its predecessor is 4G support, but it's also notable because it's T-Mobile's first smartphone capable of reaching theoretical download speeds of 21Mbps. The carrier's other 4G phones, such as the T-Mobile G2 and T-Mobile MyTouch 4G, peak at 14Mbps.



During our review period, the Galaxy S 4G didn't achieve results that were any faster than the aforementioned smartphones, but we were still impressed by the speed of T-Mobile's HSPA+ network. We used Ookla's Speedtest.net app to record download and upload speeds throughout Manhattan and averaged 5.01Mbps down (peaking at 6.89Mbps) and 1.70Mbps up (peaking at 1.82Mbps).

In real-world usage, CNET's full site loaded in 18 seconds on the phone's full HTML Web browser, while the mobile sites for CNN and ESPN loaded in 3 seconds and 5 seconds, respectively. A 16.44MB app from the Android Market downloaded and installed in about 35 seconds. YouTube videos, even high-quality clips, played within a couple of seconds.

The smartphone also has mobile hot-spot capabilities, though the functionality is a bit hidden. Unlike other handsets we've seen, there isn't a specific app for it; instead you need to go to Settings > Wireless and Network > Mobile AP to activate it. Note that if you want to use this feature, you will need to add the Tethering and Wi-Fi Sharing plan, which costs $15 per month, but you can share the connection on up to five devices. We connected the Galaxy S 4G with a MacBook Pro and were able to surf most Web sites with no problem. With download speeds averaging 4.17Mbps and upload speeds of 1.68Mbps, we uploaded a 7.6MB photo album in 45 seconds and downloaded a 9.3MB song from iTunes in 3 minutes and 20 seconds.

## Performance

We **tested** the quad-band (GSM 850/900/1800/1900) Samsung Galaxy S 4G in New York using T-Mobile service, and call quality was excellent. The audio was crisp and clear on our end, with very little to no background noise or voice distortion. We didn't experience any dropped calls during our testing period. On the other side of the conversation, friends also reported good

*C-97*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

results. There were a couple of mentions of some slight static, but the
feedback was positive overall.

## Samsung Galaxy S 4G call quality sample

**Listen now:**

Speakerphone quality was OK. Calls sounded a bit tinny but clear, so we had
no problem carrying on conversations. There was also enough volume that
we could hear our callers even in noisier environments. We paired the
smartphone with the Logitech Mobile Traveller Bluetooth headset and the
Motorola S9 Bluetooth Active **Headphones** and were able to make calls and
listen to music without a hitch.

Armed with a 1GHz Cortex A8 Hummingbird processor, the Galaxy S 4G was
able to keep up with most of our demands. We did, however, notice a bit of
lag at times. For example, when we tried to e-mail a picture from the photo
gallery, there was a slight delay bringing up the e-mail menu. Still, it was able
to handle most tasks with no problems, as apps launched almost immediately
and video and gameplay were smooth.

PAID CONTENT

### Looking to Save on Taxes: Know Your Cost Basis

What is your cost basis? Whether
you're a newbie or seasoned
investor, determining your tax cost
basis can help you save on taxes. Here's
how.

Sponsored by Charles Schwab

Whereas the Samsung Vibrant uses a 1,500mAh battery, the Samsung Galaxy
S 4G ships with a larger, 1,650mAh lithium ion battery. The rated talk time is
6.5 hours and up to 12.5 days of standby time, but we were able to get an
impressive 9 hours of continuous talk time in our **battery drain tests**. In
general, we definitely saw an improvement in battery life over the Vibrant.
We were able to go a full day with moderate to heavy use before needing to
recharge. Using the mobile hot-spot feature does drain the battery faster,
however, so definitely be aware of that if you're using this function.

According to **FCC radiation tests**, the Galaxy S 4G has a digital SAR rating of
0.9W/kg and a Hearing Aid Compatibility Rating of M3/T3.

Previous Page

**01** / 02

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Shop Related Products**

Samsung Galaxy J7 (2016) Metal Dual SIM 16GB...

**$195.50** $219.99

Samsung Galaxy S6 Unlocked SM-G920...

**$244.98** $379.99

Samsung GALAXY S6 G920 32GB Unlocke...

**$279.95** $379.99

Ads by Amazon

## BEST **PHONES FOR 2018**

See All

### Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

## PREMIER **BRANDS**

LG Super UHD TVs

## DISCUSS **SAMSUNG GALAXY S 4G**

Post a comment

*C-99*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

# ¡Se habla español!

Everything you love about CNET is also
available in Spanish. From your favorite
review to special stories that affect the
Spanish-speaking community around the
world, we've got it all.

**¡Vamos!**

Download the CNET app  /  About CNET  /  Privacy Policy  /  Ad Choice  /  Terms of Use  /  Mobile User Agreement  /  Help Center

© CBS INTERACTIVE INC.　　　　　　　　　　AFFILIATE DISCLOSURE　　　　　　　　　　　　　　TOP BRANDS
All Rights Reserved.　　　　　　　　　CNET may earn fees when you click through to a　　　　　　　　　LG
　　　　　　　　　　　　　　　　　partner site.

*C-100*

ATTORNEYS' EYES ONLY — SUBJECT TO PROTECTIVE ORDER



SAMSUNG

Water doesn't stand a chance.

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

Galaxy S8 | Note8

**cnet**

REVIEWS　　NEWS　　VIDEO　　HOW TO　　SMART HOME　　CARS　　DEALS　　DOWNLOAD

JOIN / SIGN IN

## Samsung Galaxy S II (AT&T) review:

### Samsung Galaxy S II (AT&T)

by **Bonnie Cha**  /  Reviewed: September 29, 2011  /  Updated: September 29, 2011



MSRP:

## $549.99

▶  🔊  AUTOPLAY:  ON  OFF　　　　　　　　　　　2:09  ↗  ☰  CC  ⤢

**Compare These**

Samsung Galaxy Note 8

Apple iPhone X

LG V30

**The Good**  /  The **Samsung Galaxy S II** boasts a beautiful display and a thin design. With a dual-core processor, the Gingerbread device delivers fast performance, as well as good battery life. Camera quality is excellent.

**The Bad**  /  Some parts of the phone feel flimsy.

**The Bottom Line**  /  With its dual-core processor, vibrant display, and great performance, the sleek and powerful Samsung Galaxy S II rises as AT&T's top Android smartphone.

Visit manufacturer site for details.

  CNET Editors' Rating

| **8.7** | Design | 8.0 |
|---|---|---|
| OVERALL | Features | 9.0 |

*C-101*

1/16/2018                    Samsung Galaxy S II (AT&T) review - CNET                Page 345 of 469
Case 5:11-cv-01846-LHK    Document 3587-3   Filed 02/13/18   Page 345 of 469
ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Samsung Galaxy S8

c|net

EDITORS'
CHOICE

SEP 2011

## Review Sections

**Review**

Specifications

CNET  ›  Mobile  ›  Phones  ›  Samsung Galaxy S II (AT&T)

**Editors' note:** Portions of this review were taken
from our evaluation of the **unlocked Samsung
Galaxy S II** and the **Samsung Epic 4G Touch**, since
the devices share a number of similarities.



Photo gallery:
Samsung Galaxy S II (AT&T)

The Samsung Galaxy S II is making the carrier
rounds, and its next stop is AT&T. Available on
October 2 for $199.99 with a two-year contract, the
**Samsung Captivate** successor boasts a faster dual-
core processor, sharper display, and better cameras. It more closely
resembles the **unlocked Galaxy S II** than the **T-Mobile** and **Sprint** versions,
since it features a smaller 4.3-inch touch screen (versus 4.5 inches), but we
actually think that's a good thing since it offers a more appealing design.
More importantly, the Android Gingerbread device delivers great
performance in almost all aspects and earns itself our Editors' Choice Award.
If you're an AT&T customer looking for an Android smartphone, the Samsung
Galaxy S II would certainly be our top choice.

## Design

The Samsung Galaxy S II joins AT&T's lineup as the carrier's thinnest (oh, if
only we got a dollar for every time we heard that superlative) 4G smartphone.
The handset measures 4.96 inches tall by 2.6 inches wide by 0.35 inch thick-
-a whole 0.1mm thinner than the **Infuse 4G**, if you're counting. The difference
in thickness is negligible, but still, the Galaxy S II is much easier to hold and
pocket since it's not as wide or as tall as the Infuse or the Sprint and T-Mobile
versions of the phone.

This is because the AT&T Galaxy S II has a smaller 4.3-inch (versus 4.5 inches)
touch screen. Screen size is certainly a personal thing, but we found 4.3
inches to be enough to comfortably view Web pages, video, and messages.
Plus, the AMOLED Plus, 800x480-pixel display shows off deep colors and
sharp images and text.

ADVERTISEMENT

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**With a smaller screen, the AT&T Galaxy S II sports a more manageable size and is easier to hold.**

The touch screen is responsive. The smartphone offers several virtual keyboards, including Android, Samsung, and Swype. It registered all our taps, and we were able to easily navigate through the menus. In addition to using the standard touch interface, you can also use motion gestures. With the settings turned on, you can flip the phone to mute it. With two fingers on the screen, you can tilt to zoom in and out in the photo gallery and browser. Flicking your wrist left or right (panning) can move a home screen icon when you're holding it. However, panning and zooming weren't as responsive as we'd like. While most of the motion controls may not figure into your daily use, this type of gesture functionality adds welcome options in general. You can also perform certain tasks, such as composing and sending a message, calling a contact, and launching the music player, using voice commands with the Vlingo-powered Voice Talk app.

Below the screen, you'll find the menu, home, back, and search buttons. On the left side, there's a volume rocker and a power/lock button on the right. The top of the device houses a 3.5mm **headphone** jack, and the bottom features a Micro-USB port.

*C-103*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**The Galaxy S II is AT&T's thinnest
4G smartphone.**

Just above the screen in the left-hand corner is a 2-megapixel camera for
video calls; the main 8-megapixel camera and flash sit on back. The microSD
expansion slot is located behind the very flimsy plastic battery door. The
latter aside, the Galaxy S II feels nice in the hand, and because of its more
manageable size, we think it will be an attractive option for a wider audience
than the Infuse 4G or other Galaxy S II models.

AT&T packages the Samsung Galaxy S II with just the basics: an AC adapter, a
USB cable, and reference material.

PAID CONTENT

**Tax Planning: Think
Strategically About
Your Investments**

Offsetting capital gains with capital
losses can help lower your tax bill.

Sponsored by Charles Schwab

## User interface

The Samsung Galaxy S II runs Android 2.3.4 Gingerbread along with
Samsung's latest TouchWiz 4.0 user interface. We're often less enthusiastic
about custom interfaces; they sometimes add unwanted complexity and
unremovable apps, and are usually slower to update to new OS versions.
However, TouchWiz 4.0 has a few things going for it: some carryovers from
previous versions of TouchWiz. There are seven home screens, for example,
and the notification pull-down menu has icons for easily turning on Wi-Fi,
Bluetooth, GPS, flight mode, and screen rotation.

*C-104*

Case 5:11-cv-01846-LHK Document 3587-3 Filed 02/12/18 Page 348 of 469
ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Customizing the home screens is made easier with a carousel-like setup that lets you move through the various panels to add and remove shortcuts and widgets at the same time. Previously, you had to do a long-press on one screen to change it and then repeat the process if you wanted to change another page. You can also now resize Samsung Live Panel widgets, and there's a more fluid motion when scrolling through widget lists and home pages.

Some of the changes are purely cosmetic, but they certainly add some polish to the UI. There are also some useful additions as well, such as an integrated task manager that displays all your active applications, downloaded apps with the option to uninstall, RAM status, and system storage. Also great: the ability to now capture screenshots by simply pressing the power button and home key simultaneously.

Continue To Next Page                                          01 / 02

## Shop Related Products

Samsung Galaxy S II i777 16GB GSM Android Smar...

**$99.99**

Samsung OEM Universal 2.0 Amp Micro Home ...

**$9.43**

Samsung Galaxy S5 Active G870a 16GB Unlocke...

**$198.20** $198.98

Ads by Amazon

## BEST **PHONES FOR 2018**                                          See All ⦿

**Samsung Galaxy Note 8**

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

**Apple iPhone X**

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

**LG V30**

Starting at: **$749.99**

LG just gave Samsung a run for the money.

**Samsung Galaxy S8**

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

**Google Pixel 2**

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

*C-105*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

PREMIER **BRANDS**

LG Mobile

## DISCUSS **SAMSUNG GALAXY S II (AT&T)**

1 Comment

# ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the Spanish-speaking community around the world, we've got it all.

**¡Vamos!**

Download the CNET app　|　About CNET　|　Privacy Policy　|　Ad Choice　|　Terms of Use　|　Mobile User Agreement　|　Help Center

© **CBS INTERACTIVE INC.**
All Rights Reserved.

**AFFILIATE DISCLOSURE**
CNET may earn fees when you click through to a partner site.

TOP BRANDS
LG

*C-106*

Case 5:11-cv-01846-LHK   Document 3587-3   Filed 02/13/18   Page 350 of 469
ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

SAMSUNG
Water doesn't stand a chance.
Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry when wet.

Galaxy S8 | Note8

**cnet**

REVIEWS    NEWS    VIDEO    HOW TO    SMART HOME    CARS    DEALS    DOWNLOAD

JOIN / SIGN IN

CNET  ›  Mobile  ›  Phones  ›  Samsung Galaxy S II (AT&T)  ›  (Page 2)

# Samsung Galaxy S II (AT&T) review:

## Samsung Galaxy S II (AT&T)

by **Bonnie Cha**  /  Reviewed: September 29, 2011  /  Updated: September 29, 2011

**Review Sections**

**Review**

Specifications

## Features

The quad-band Samsung Galaxy S II offers a speakerphone, conference calling, voice dialing, video calling, and text and multimedia messaging. The smartphone is compatible with AT&T's HSPA+ network and can be used as a mobile hot spot for up to five devices. Bluetooth 3.0, Wi-Fi (802.11a/b/g/n), and GPS are also onboard.

As we noted earlier, it is running Gingerbread and all of Google's services are accounted for: e-mail, maps, voice navigation, search, chat, Places, Latitude, and YouTube, plus basic tools like a calendar, a calculator, an alarm clock, a world clock, a stopwatch, and a timer. In addition, Samsung and AT&T have preloaded the phone with a number of extras, including the Quickoffice suite, Kies Air (a Wi-Fi-based PC-to-phone sync manager), AT&T Navigator, AT&T Code Scanner, and Yellow Pages Mobile. We're not a fan of having so much bloatware on the phone, but thankfully, AT&T now gives you the option to uninstall some of its apps, such as AT&T FamilyMap and Live TV.

There is no shortage of entertainment options on the Galaxy S II. In addition to the built-in music and video player, the smartphone offers Samsung's Media Hub where you can download movies and TV shows to rent or own. You can also shoot your owns videos and photos with the handset's 8-megapixel camera, which is capable of 1080p HD video capture. The camera app has plenty of tools, such as effects, white-balance controls, ISO settings, and more. Samsung also throws in a photo and video editor, which we appreciate. The video editor is particularly great, since it makes it easy to piece together clips with different effects and music, all from right on your phone.

ADVERTISEMENT

Samsung Galaxy S II (AT&T) review - Page 2 - CNET

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**The Galaxy S II's 8-megapixel camera took excellent photos and video.**

**Picture quality** was impressive. Even under less-than-ideal lighting conditions, the camera produced bright, detailed, and clear images, and camera performance was fast. Video quality was also very good. Again, colors looked vibrant and there was very little blurring and pixelation, even during action sequences. Once you're done capturing media, you can store files to the Galaxy S II's 16GB of internal memory or to an SD card (expansion slot accepts up to 32GB). You can also share via the usual social network channels or to your HDTV using DLNA or with an HDMI adapter.

## Performance

We **tested** the quad-band Samsung Galaxy S II in New York using AT&T service and call quality was excellent. We enjoyed clear audio with very little to no background noise. Occasionally, callers sounded a bit muffled, but overall, the voices sounded true to life without any kind of distortion. Friends

*C-108*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

were also impressed with the sound quality and didn't have any major complaints.

## Samsung Galaxy S II call quality sample

**Listen now:**

Speakerphone quality wasn't quite as good. Callers said they could hear a bit of an echo, and on our end, they sounded far away and there was barely enough volume to hear them in noisier environments. We were able to pair the smartphone with the Logitech Mobile Traveller Bluetooth headset and Mobile S9 Bluetooth Active Headphones and make calls and listen to music without any problems.

We didn't experience any dropped calls during our review period. Data speeds on AT&T's HSPA+ network, which the carrier calls 4G, were OK, but not a standout compared with competing carriers' 4G networks. Using Ookla's Speedtest.net app, we averaged download speeds of 2.36Mbps and 1.12Mbps up. With such speeds, CNET's full site loaded in 20 seconds, and the mobile sites for CNN and ESPN came up in 5 seconds and 7 seconds, respectively. The phone was able to load and play high-quality YouTube videos in a couple of seconds, and playback was smooth and continuous.

Equipped with Samsung's 1.2GHz dual-core Exnyos processor, general performance on the Galaxy S II was fast and powerful. Navigating the phone was zippy, and we were able to launch apps and switch between tasks with ease. Whether it was playing games or viewing Flash content, the smartphone was up to the challenge.

PAID CONTENT

## 5 Ways to Be a Data Visionary

There are 5 critical strategies for how a data visionary can align resources and unleash data's full potential. Discover them here.

Sponsored by NetApp

The Samsung Galaxy S II ships with a 1,650mAh lithium ion battery with a rated talk time of 8 hours and up to 16 days of standby time. The Galaxy S II provided an impressive 10 hours of continuous talk time in our **battery drain tests**. According to **FCC radiation tests**, the Galaxy S II has a digital SAR rating of 0.36W/kg and a Hearing Aid Compatibility rating of M3.

## Conclusion

As we've already seen from the other series models, the Samsung Galaxy S II is an excellent Android smartphone, and it makes for a great addition to AT&T's lineup. The carrier already has a number of other great Android devices, such as the Samsung Infuse 4G, **Motorola Atrix 4G**, and **HTC Inspire 4G**, but the Galaxy S II brings the total package of an attractive design, great set of features, and solid performance to make it the top pick and Editors' Choice winner.

Previous Page                                          **01** / 02

*C-109*

Case 5:11-cv-01846-LHK   Document 3587-3   Filed 02/13/18   Page 353 of 469

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Shop Related Products**

Samsung Galaxy S II i777
16GB GSM Android Smar...

**$99.99**

Samsung OEM Universal
2.0 Amp Micro Home ...

**$9.43** ~~$9.50~~

Ads by Amazon

## BEST **PHONES FOR 2018**

See All ▦

### Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

## PREMIER **BRANDS**

LG Mobile

## DISCUSS **SAMSUNG GALAXY S II (AT&T)**

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Download the CNET app   |   About CNET   |   Privacy Policy   |   Ad Choice   |   Terms of Use   |   Mobile User Agreement   |   Help Center

© CBS INTERACTIVE INC.

All Rights Reserved.

AFFILIATE DISCLOSURE

CNET may earn fees when you click through to a partner site.

TOP BRANDS

LG

*C-111*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



REVIEWS     NEWS     VIDEO     HOW TO     SMART HOME     CARS     DEALS     DOWNLOAD          JOIN / SIGN IN

# Samsung Galaxy S II (T-Mobile) review:

## Samsung Galaxy S II (T-Mobile)

by **Bonnie Cha**  /  Reviewed: October 13, 2011



MSRP:

## $529.99

**Compare These**

Samsung Galaxy Note 8

Apple iPhone X

LG V30

Samsung Galaxy S8

**The Good**  /  The **Samsung Galaxy S II** supports T-Mobile's faster HSPA+ network and has a dual-core 1.5GHz processor and an NFC chip. The Android Gingerbread smartphone also has a spacious and vibrant Super AMOLED Plus touch screen, 16GB of internal memory, and great camera performance.

**The Bad**  /  The smartphone is high-priced and on the larger side, and you can't remove bloatware.

**The Bottom Line**  /  The Samsung Galaxy S II ranks as one of T-Mobile's most powerful and feature-rich Android smartphones, but it's somewhat pricey.

Visit manufacturer site for details.

★★★★☆  CNET Editors' Rating

| | | |
|---|---|---|
| **8.3** OVERALL | Design | 8.0 |
| | Features | 8.0 |
| | Performance | 9.0 |

*C-112*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Review Sections**

**Review**

Specifications

CNET  ›  Mobile  ›  Phones  ›  Samsung Galaxy S II (T-Mobile)

# Editors' note:

*Portions of this review were taken from our evaluations of the other Samsung Galaxy S II models. Additionally, due to changes in the competitive marketplace, we've lowered the overall rating of this product from 8.7 to 8.3.*

Just like Sprint and **AT&T** customers, T-Mobile customers now have the opportunity to pick up the popular Samsung Galaxy S II. T-Mobile's model of the Android Gingerbread smartphone is slightly different from the other versions in that it features a different dual-core processor, an NFC chip, and support for the carrier's faster HSPA+ 42 network. It's also slightly more expensive at $229.99 with a two-year contract and after a $50 mail-in rebate, but if you're looking for high-end features and performance, the Galaxy S II is pretty hard to beat.



**Photo gallery:
Samsung Galaxy S II**

## Design

The T-Mobile Samsung Galaxy S II is the fourth iteration of the Android smartphone we've seen to date, and in terms of build quality, it's the best one yet. This is largely due to the soft-touch finish on the battery door that adds a leatherlike texture. It's a small detail that makes a huge difference in making the Galaxy S II feel like the premium handset that it is, instead of a cheaper phone.

Like the **Epic 4G Touch**, the T-Mobile Galaxy S II has a large screen, so it's a bigger-than-average device at 5.11 inches tall by 2.71 inches wide by 0.37 inch thick. The width makes the handset slightly awkward to hold during a call, and it's not the most pocket-friendly. That said, the phone is relatively thin and lightweight at 4.77 ounces, so it's not horribly cumbersome.

*C-113*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**The T-Mobile Samsung Galaxy S II features a spacious 4.52-inch display. As a result, the phone is a bit large.**

The Super AMOLED Plus touch screen measures 4.52 inches diagonally with a resolution of 800x480 pixels. There are higher-resolution screens on the market, but the Galaxy S II's display is still sharp and shows off vibrant colors. The spaciousness of the screen also makes it great for viewing Web pages and multimedia.

The touch screen is responsive. The smartphone offers both Swype and Samsung's own virtual keyboard. It registered all our taps, and we were able to easily navigate through the menus. In addition to using the standard touch interface, you can also use motion gestures. With the settings turned on, you can flip the phone to mute it. With two fingers on the screen, you can tilt to zoom in and out in the Gallery and browser. Flicking your wrist left or right (panning) can move a home screen icon when you're holding it. We can't really foresee using motion gestures all that often, but more useful is the Vlingo-powered Voice Talk app that allows you to compose and send messages, call contacts, launch the music player, and perform other actions using voice command.

*C-114*



© 2011 CBS Interactive

**The soft-touch finish on the back gives the Galaxy S II a more luxurious feel.**

Though most of your interaction with the smartphone will be through the touch screen, there are various controls on the handset to make some tasks easier. For quick access to the home, menu, back, and search functions, you have four touch-sensitive buttons below the display. On the left spine, you'll find a volume rocker, and there is a power/lock button on the right side. A Micro-USB port sits on the bottom of the device, and there's a 3.5mm **headphone** jack on top. On the front in the upper left-hand corner is a 2-megapixel camera for video calls and self-portraits. Meanwhile the main 8-megapixel camera is on back, along with an LED flash.

T-Mobile packages the Galaxy S II with an AC adapter, a USB cable, and reference material.

## User interface

The Samsung Galaxy S II runs Android 2.3.5 Gingerbread along with Samsung's latest TouchWiz 4.0 user interface. We're often less than enthusiastic about custom interfaces--they sometimes add unwanted complexity, and are usually slower to update to new OS versions. However, TouchWiz 4.0 has things going for it, some being carryovers from previous versions of TouchWiz. There are seven home screens, for example, and the notification pull-down menu has icons for easily turning on Wi-Fi, Bluetooth, GPS, silent mode, and autorotation.

Customizing the home screens is made easier, with a carousel-like setup that lets you move through the various panels to add and remove shortcuts and widgets at the same time. Previously, you had to do a long-press on one screen to change it and then repeat the process if you wanted to change another page. You can also now resize Samsung Live Panel widgets and there's a more fluid motion when scrolling through widgets lists and home pages.

Some of the changes are purely cosmetic, but they certainly add some polish to the UI. There are also some useful additions, such as an integrated task manager that displays all your active applications, downloaded apps with the option to uninstall, RAM status, and system storage. Also new and great: the

*C-115*

Case 5:11-cv-01846-LHK   Document 3597-3   Filed 02/03/18   Page 359 of 469

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

ability to capture screenshots by simply pressing the power button and home key simultaneously.

## Features

The Samsung Galaxy S II offers quad-band world roaming, a speakerphone, conference calling, voice dialing, video calling via Qik, and text and multimedia messaging. The Galaxy S II also happens to be one of T-Mobile's first smartphones to support its faster HSPA+ 42Mbps network, meaning the smartphone can reach theoretical download speeds of 42Mbps--double those of its HSPA+ 21 network. Currently, this network is available in more than 150 markets, including New York, Chicago, Los Angeles, and the San Francisco Bay area, and covers 170 million Americans.

Continue To Next Page                                        01 / 02

**Shop Related Products**

| Samsung Galaxy S II i777 16GB GSM Android Smar... | Samsung OEM Universal 2.0 Amp Micro Home ... | Samsung Galaxy S Blaz... | Crystal Cube NFC Tags ○ Water Resistant PVC Body... |
|---|---|---|---|
| **$99.99** $219.99 | **$9.99** | **$79.95** | **$14.44** |

Ads by Amazon

## BEST **PHONES FOR 2018**                          See All ⠿

| Samsung Galaxy Note 8 | Apple iPhone X | LG V30 | Samsung Galaxy S8 | Google Pixel 2 |
|---|---|---|---|---|
| Starting at: **$929.99** | Starting at: **$1,149.00** | Starting at: **$749.99** | Starting at: **$649.99** | Starting at: **$649.99** |
| Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges. | A radical redesign that's nearly all screen includes a new cutting-edge facial recognition... | LG just gave Samsung a run for the money. | But we're still waiting on the Siri-like AI. | The Pixel 2's superb camera makes it worth a look. |

## THIS **WEEK ON CNET NEWS**

| In 2018, voice assistants will make the leap out of your home | Bad news: A Spectre-like flaw will probably happen again | CES 2018: The final word |
|---|---|---|

C-116

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

DISCUSS **SAMSUNG GALAXY S II (T-MOBILE)**

6 Comments

## CES 2018: The coolest gadgets we've seen

by **Laura K. Cucullu**

GET WATCHING

## These are the best TVs right now

by **David Katzmaier**

## ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the Spanish-speaking community around the world, we've got it all.

**¡Vamos!**

Download the CNET app / About CNET / Privacy Policy / Ad Choice / Terms of Use / Mobile User Agreement / Help Center

© **CBS INTERACTIVE INC.**
All Rights Reserved.

**AFFILIATE DISCLOSURE**
CNET may earn fees when you click through to a partner site.

**TOP BRANDS**

*C-117*

Case 5:11-cv-01846-LHK Document 3597-3 Filed 02/13/18 Page 361 of 469

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

ADVERTISEMENT



# Samsung Galaxy S II (T-Mobile) review:

## Samsung Galaxy S II (T-Mobile)

by **Bonnie Cha** / Reviewed: October 13, 2011

**Review Sections**

**Review**

Specifications

T-Mobile reports that in testing it has seen average speeds of 8Mbps, with peaks up to 22.7Mbps in solid 4G areas. Here in San Francisco we didn't hit such high numbers, but we were still impressed by the data speeds. Using Ookla's **Speedtest.net**, we averaged a download speed of 6.49Mbps, peaking at 9.61Mbps, and upload speed of 0.76Mbps, peaking at 1.59Mbps. Your speeds will vary depending on where you live, time of day, and other variables.

The Galaxy S II also features Bluetooth 3.0, Wi-Fi (802.11a/b/g/n), and GPS, as well as NFC support. With the embedded NFC chip and the preinstalled Tags app, you can use the smartphone to scan, read, and share RFID (radio frequency identification) tags. In the future, once Google Wallet support is expanded beyond the Nexus 4G, you will be able to use the Galaxy S II to make mobile payments.

As we noted earlier, the Samsung Galaxy S II is running Gingerbread and all of Google's services are accounted for: Gmail, Google Maps, voice navigation, search, chat, Places, Latitude, and YouTube, plus basic tools like a calendar, a calculator, an alarm clock, a world clock, a stopwatch, and a timer. In addition, Samsung and T-Mobile have preloaded the phone with a number of extras, including the Quickoffice suite, Kies Air (a Wi-Fi-based PC-to-phone sync manager), T-Mobile TV, Netflix, and TeleNav Navigator. Unfortunately, unlike the other carriers, T-Mobile does not let you uninstall any of the preloaded apps.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

There is no shortage of entertainment options on the Galaxy S II. In addition to the built-in music and video player, the smartphone offers Samsung's Media Hub, from which you can download movies and TV shows to rent or own. You can also shoot your own videos and photos with the handset's 8-megapixel camera, which is capable of 1080p HD video capture. The camera app has plenty of tools, such as effects, white-balance controls, and ISO settings. Samsung also throws in a photo and video editor, which we appreciate. The video editor is particularly great, since it makes it easy to piece together clips with different effects and music, right on your phone.



**The 8-megapixel camera performed well, even in dim rooms.**

**Picture quality** was excellent. Even under low-light conditions, images came out sharp with rich colors. Videos also looked great, with very little blurring or pixelation. Once you're done capturing media, you can store files in the Galaxy S II's 16GB of internal memory or on an SD card (the expansion slot accepts up to 32GB). You can also share via the usual social network channels or on your HDTV using DLNA or with an HDMI adapter.

## Performance

We **tested** the quad-band Samsung Galaxy S II in San Francisco using T-Mobile service, and call quality was mostly good. The audio was very clear, as

Case 5:11-cv-01846-LHK   Document 3597-3   Filed 03/23/18   Page 363 of 469
ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

we didn't detect any background noise, but voices could sound a bit muffled at times. Several friends also made the same comment, but it was never bad enough that we couldn't understand each other or had to terminate a call.

## Samsung Galaxy S II call quality sample

**Listen now:**

Speakerphone quality is pretty decent. There's a slight tinniness to the voice quality, but it's still clear and understandable. There's enough volume to hear callers in a noisier environment. We paired the smartphone with the **Logitech Mobile Traveller** Bluetooth headset and **Motorola S9 Bluetooth Active Headphones** and had no problems making calls or listening to music.

We were able to get 4G coverage in most areas of San Francisco, though there were parts of the city where the signal dropped to one or two bars. CNET's full site loaded in 20 seconds, while the mobile sites for CNN and ESPN came up in 6 seconds and 9 seconds respectively. High-quality YouTube clips loaded within several seconds and playback was continuous and smooth. We also streamed content from Netflix, but videos looked somewhat choppy.

Unlike the Sprint, AT&T, and **unlocked** versions of the Galaxy S II, the T-Mobile model is powered by Qualcomm's Snapdragon S3 1.5GHz dual-core processor instead of Samsung's Exynos 1.2GHz dual-core processor. This is because the Qualcomm chipset can support T-Mobile's HSPA+ 42 radio. Though Qualcomm's chip has a slightly faster CPU, we didn't notice a huge difference in speed in everyday use, and in fact the AT&T and Sprint models felt just a touch more responsive. Still, the T-Mobile Galaxy S II is a fast phone, as we were able to launch and switch between apps and tasks easily.

The T-Mobile Samsung Galaxy S II ships with a 1,850mAh lithium ion battery with a rated time of 7 hours and up to 7 days of standby time. The Galaxy S II met the rated talk time in our **battery drain tests**. According to **FCC radiation tests**, the smartphone has a SAR rating of 0.35W/kg and a Hearing Aid Compatibility Rating of M3/T3.

## Conclusion

Though some T-Mobile customers might have felt **left out of the iPhone party**, there's no reason to be sad. The carrier offers one of the best selections of Android devices, and you can now add the powerful Samsung Galaxy S II to the list. With its gorgeous display, smooth performance, and support for faster data speeds, it's one of the **top smartphones** in T-Mobile's lineup. It's also one of the pricier ones, so budget-conscious customers might want to take a look at alternatives like the **HTC Sensation 4G**. However, if money is no object and you're looking for a top-of-the-line smartphone, the Samsung Galaxy S II certainly fits the bill.

Previous Page                                            **01** / 02

**Shop Related Products**

*C-120*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Samsung Galaxy S II i777
16GB GSM Android Smar...

**$99.99**

Samsung Galaxy J7 (2016)
Metal Dual SIM 16GB...

**$195.50** $219.99

Samsung Galaxy S6
Unlocked SM-G920...

**$244.98** $379.99

Samsung GALAXY S6
G920 32GB Unlocke...

**$279.95** $379.99

Ads by Amazon

## BEST **PHONES FOR 2018**

See All ⠿

### Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

## DISCUSS **SAMSUNG GALAXY S II (T-MOBILE)**

6 Comments

*C-121*

Case 5:11-cv-01846-LHK Document 3597-3 Filed 02/23/18 Page 365 of 469

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

GET WATCHING

## CES 2018: The coolest gadgets we've seen

by **Laura K. Cucullu**

## These are the best TVs right now

by **David Katzmaier**

# ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the Spanish-speaking community around the world, we've got it all.

**¡Vamos!**

Download the CNET app  /  About CNET  /  Privacy Policy  /  Ad Choice  /  Terms of Use  /  Mobile User Agreement  /  Help Center

**© CBS INTERACTIVE INC.**
All Rights Reserved.

**AFFILIATE DISCLOSURE**
CNET may earn fees when you click through to a partner site.

**TOP BRANDS**
LG

*C-122*

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER



SAMSUNG
Water doesn't stand a chance.
Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

cnet    REVIEWS    NEWS    VIDEO    HOW TO    SMART HOME    CARS    DEALS    DOWNLOAD    🔍  🌐   JOIN / SIGN IN

# Samsung Galaxy S II Skyrocket review:
## Samsung Galaxy S II Skyrocket

by Nicole Lee  /  Reviewed: November 9, 2011  /  Updated: May 1, 2012



### $2.09
MSRP: $599.99

Samsung Galaxy S II Skyrocket - black (AT&T)

(Part #: SGH-i727)

3 Related Models

etplace          $2.09      See It

## Compare These

Samsung Galaxy Note 8

Apple iPhone X

LG V30

Samsung Galaxy S8

**The Good**  /  The **Samsung Galaxy S II Skyrocket** has a beautiful 4.5-inch Super AMOLED Plus display along with a dual-core 1.5GHz processor, an NFC chip, and support for AT&T's LTE network. It ships with Android 2.3 Gingerbread, and has an 8-megapixel camera with 1080p HD video capture and a 2-megapixel front-facing camera.

**The Bad**  /  AT&T's LTE network is only available in a few cities at the time of the Skyrocket's launch, it has a somewhat cheap, plastic feel, and you can't remove bloatware.

**The Bottom Line**  /  If you live in an area that gets AT&T's LTE network, we highly recommend the powerful and beautiful Samsung Galaxy S II Skyrocket.

★★★★☆  CNET Editors' Rating

**8.3**
OVERALL

| | |
|---|---|
| Design | 8.0 |
| Features | 8.0 |
| Performance | 9.0 |

C-123

Samsung Galaxy S II Skyrocket review - CNET

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Review Sections**

**Review**

Prices

Specifications

CNET  ›  Mobile  ›  Phones  ›  Samsung Galaxy S II Skyrocket

At long last, AT&T is finally rolling out its much-awaited LTE network that promises much faster speeds than its existing "4G" HSPA+ network. (What will AT&T dub its LTE network to differentiate it from HSPA+? 4G Plus?) The carrier promised that LTE will be in at least 15 markets by the end of 2011, and along with that comes the launch of AT&T's first 4G LTE handsets--the Samsung Galaxy S II Skyrocket and the HTC Vivid.



Photo gallery:
Samsung Galaxy S II Skyrocket (AT&T)

Those familiar with Samsung's Galaxy S II handsets will feel right at home with the Skyrocket. Interestingly, the Skyrocket has more in common with the **T-Mobile version of the Galaxy S II** rather than the **AT&T version**; it has a similar footprint, NFC support, and the same Qualcomm dual-core processor.

Of course, the big differentiator is the Skyrocket's LTE chipset. That's the reason the Skyrocket is priced at $249.99 after a two-year contract.

## Editor's note:

*Portions of this review were taken from our evaluations of the other Samsung Galaxy S II models. We lowered the rating for this product on May 1, 2012 following the release of the HTC One X.*



## Design

The first thing that strikes you about the Samsung Skyrocket is its size. Due to its 4.5-inch display, the phone has quite a large footprint. At 5.15 inches tall by 2.75 inches wide by 0.37 inch thick, the Skyrocket is not the most pocket-friendly of phones. Yet, its smooth curves do make it more comfortable to hold than other large handsets. The phone is clad in plastic from head to toe, which gives it a slightly cheap feeling, but it also means it's quite lightweight at 4.71 ounces. The battery cover on the back feels similar to the one on the unlocked version of the Galaxy S II. It has a very slight texture that reminds us of wood veneer.

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**



© 2011 CBS Interactive

**The Skyrocket has a large and imposing 4.5-inch display.**

As we mentioned, the Skyrocket has a huge 4.5-inch display. Because of that, it looks more similar to the T-Mobile version of the Galaxy S II, as the AT&T version has a smaller 4.3-inch display instead. The Super AMOLED Plus screen is as gorgeous as ever, with vibrant colors and sharp images. It's still stuck with the 800x480-pixel resolution, which doesn't look as crisp on a big screen, but we still thought it looked great.

The touch screen is very responsive to our taps and swipes. You can also use motion gestures and certain finger gestures: if the appropriate settings are turned on, you can flip the phone over to mute it, and you can tilt to zoom in and out with two fingers on the screen. You can even "pan" the phone (flicking left or right) to move a home screen icon. These gestures strike us as more gimmicky than useful, but they're there if you wish to use them. A more interesting feature is the Vlingo-powered Voice Talk app that lets you perform various actions using voice command.

Beneath the display are four touch-sensor controls for the home, menu, back, and search functions. On the left is the volume rocker, while the power/lock button is on the right spine. A Micro-USB port sits on the bottom, while a 3.5mm headset jack is on the top. Sitting above the display on the upper left-hand corner is a 2-megapixel camera for video calls, while the main 8-megapixel camera is on the back along with an LED flash.

AT&T packages the Skyrocket with an AC adapter, a USB cable, and reference material.

## User interface

As we mentioned earlier, anyone who is familiar with the Samsung Galaxy line of phones will be familiar with the Skyrocket. It runs Android 2.3.5 Gingerbread along with Samsung's latest TouchWiz 4.0 interface. It has seven home screens, and a notification pull-down menu for easy toggling of Wi-Fi, Bluetooth, GPS, silent mode, and autorotation. You can also customize the home screens easily by dragging and dropping widgets and shortcuts through the various panels.

You can also now resize Samsung Live Panel widgets and there's a more fluid motion when scrolling through widgets lists and home pages. Some of the changes are purely cosmetic, but they certainly add some polish to the UI. There are also some useful additions, such as an integrated task manager that displays all your

*C-125*

active applications, downloaded apps with the option to uninstall, RAM status, and system storage. Also great: you can capture screenshots by simply pressing the power button and home key simultaneously.

## Features

The Samsung Galaxy S II Skyrocket offers quad-band world roaming, a speakerphone, conference calling, voice dialing, video calling via Qik, and text and multimedia messaging. It also supports Bluetooth 3.0, Wi-Fi (802.11a/b/g/n), and GPS. The embedded NFC chip means you can use the smartphone to scan, read, and share RFID tags. Once Google Wallet is supported beyond the Nexus 4G, you should be able to use the phone to make mobile payments.

Continue To Next Page        **01** / **02**

---

**Shop Related Products**

Samsung Galaxy S II i777 16GB GSM Android Smar...
**$99.99**

Samsung Galaxy S8 64GB Unlocked Phone - Internat...
**$638.98** ~~$639.10~~

Samsung Galaxy S6 Unlocked SM-G920...
**$244.98** ~~$379.99~~

Ads by Amazon

## BEST **PHONES FOR 2018**

See All ⚏

Samsung Galaxy Note 8
Starting at: **$929.99**
Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

Apple iPhone X
Starting at: **$1,149.00**
A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

LG V30
Starting at: **$749.99**
LG just gave Samsung a run for the money.

Samsung Galaxy S8
Starting at: **$649.99**
But we're still waiting on the Siri-like AI.

Google Pixel 2
Starting at: **$649.99**
The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word



## PREMIER **BRANDS**

LG Super UHD TVs

*C-126*

Case 5:11-cv-01846-LHK    Document 3597-3    Filed 02/13/18    Page 370 of 469

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

DISCUSS **SAMSUNG GALAXY S II**

**SKYROCKET**

5 Comments

# ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the Spanish-speaking community around the world, we've got it all.

¡Vamos!

Download the CNET app   /   About CNET   /   Privacy Policy   /   Ad Choice   /   Terms of Use   /   Mobile User Agreement   /   Help Center

© CBS INTERACTIVE INC.     AFFILIATE DISCLOSURE     TOP BRANDS
All Rights Reserved.     CNET may earn fees when you click through to a partner site.     LG

*C-127*

Case 5:11-cv-01846-LHK Document 3587-3 Filed 02/23/18 Page 371 of 469
ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**SAMSUNG**

# Water doesn't stand a chance.

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

REVIEWS　NEWS　VIDEO　HOW TO　SMART HOME　CARS　DEALS　DOWNLOAD　🔍　　JOIN / SIGN IN

CNET › Mobile › Phones › Samsung Galaxy S II Skyrocket › (Page 2)

# Samsung Galaxy S II Skyrocket review:

## Samsung Galaxy S II Skyrocket

by **Nicole Lee** / Reviewed: November 9, 2011 / Updated: May 1, 2012

**Review Sections**

**Review**

Prices

Specifications

All of Google's services are ready and available for you to use. They include Gmail, Google Maps, search with voice support, Google Talk, Places, YouTube, and Latitude. Other smartphone tools are available as well, like a calendar, a calculator, an alarm clock, a world clock, a stopwatch, and a timer. You get plenty of extra apps on here too, like Amazon.com's Kindle app, Quickoffice, Kies Air (a Wi-Fi-based PC-to-phone sync manager), MOG Music, a Mini diary, NFS Shift, Social Hub, MyAT&T, AT&T Code Scanner, AT&T FamilyMap, AT&T Navigator, AT&T Ready2Go, and AT&T Live TV.

Like the other Samsung Android handsets, the Skyrocket comes with Samsung's own Media Hub app, through which you can download movies and TV shows to rent or own. There's also the stock Android music and video player, of course. You can shoot your own videos and photos with the phone's 8-megapixel camera, which can shoot 1080p HD video. You get plenty of tools and features with the camera, like color effects, white-balance controls, ISO settings, and an image editor that lets you crop photos. There's even a video editor that lets you piece together clips right on your phone.

*C-128*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**The Skyrocket takes sharp and colorful photos.**

**Picture quality** was commendable. Low-light photos looked great, with rich colors. The LED flash came in handy in especially dark environments. Camera performance was fast as well. Video quality looked great for a phone, with very little blur or pixelation. You can store the media files in the phone's 16GB of internal memory or on a microSD card--the phone accepts up to 32GB. You can then share your shots via DLNA or the usual social network channels.



## Performance

We **tested** the quad-band Samsung Galaxy S II Skyrocket in San Francisco using AT&T service. Call quality was very good. Audio quality sounded clear with plenty of volume. We didn't detect much background noise, though there was a tiny bit of hiss at times. On the other end, callers reported similarly great quality. They did say our voice quality was a little harsh at times, but not extremely so.

## Samsung Galaxy S II Skyrocket call quality sample

**Listen now:**

*C-129*

Case 5:11-cv-01846-LHK Document 3587-3 Filed 02/23/18 Page 373 of 469
ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

Of course the most important part of the Skyrocket is its support for AT&T's nascent LTE network. Unfortunately, San Francisco is not one of the cities where that's available. In fact, at the time of this writing, AT&T's LTE network is only available in Boston, Washington, Baltimore, Athens, Ga., Atlanta, Chicago, Dallas-Fort Worth, Houston, and San Antonio. Until we get AT&T's LTE network here in San Francisco, we'll have to test the Skyrocket as if it's a 3G phone.

The Skyrocket actually isn't such a bad 3G phone, however. It does support AT&T's HSPA+ 21 network, which theoretically supports download speeds of 21Mbps. Using Ookla's **Speedtest.net** app, we averaged a download speed of 3.2Mbps and an upload speed of 1.1Mbps. We were able to load the full CNET page in 15 seconds and the mobile page in 10 seconds.

Like the T-Mobile version of the Galaxy S II, the Skyrocket is equipped with Qualcomm's Snapdragon S3 1.5GHz dual-core processor to accommodate AT&T's LTE chipset. We felt navigation was nice and snappy, and didn't notice much lag or sluggishness when switching between apps.

The Samsung Skyrocket has a rated **battery life** of 7 hours of talk time and 10.4 days of standby time. According to the FCC, it has a digital **SAR** of 0.3 watt per kilogram.

## Conclusion

AT&T couldn't ask for a better phone to kick off its LTE network. The Skyrocket is a beautifully designed phone with all of the high-end features that Android power users have come to expect. It ships with Android 2.3 Gingerbread and should be upgradable to Ice Cream Sandwich in the next year. Notable features include a 1.5GHz dual-core processor, an 8-megapixel rear camera, a front-facing 2-megapixel camera, NFC support, and of course support for AT&T's LTE network.

Unfortunately, that network is only available in a few cities right now, and the rest of the country will have to wait for AT&T to roll out LTE nationwide. By the time that happens, a better smartphone will probably have come along. If you don't live in one of the blessed areas, our suggestion would be to wait, or get another Android smartphone--like the **Samsung Galaxy S II for AT&T**, perhaps, which is around $50 less than the Skyrocket.

Previous Page                  **01** / 02

**Shop Related Products**

NEW SAMSUNG OEM EB-L1D7IBA 1850MAH BA...

**$6.00**

2 pcs Gold Extended Samsung Galaxy S II He...

**$12.96**

Samsung Galaxy S II i777 16GB GSM Android Smar...

**$99.99**

Samsung Galaxy J7 (2016) Metal Dual SIM 16GB...

**$195.50** $319.99

Ads by Amazon

BEST **PHONES FOR 2018**          See All ⦂⦂⦂

*C-130*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

## Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

## LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

## Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

## Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

## PREMIER **BRANDS**

LG Mobile

## DISCUSS **SAMSUNG GALAXY S II SKYROCKET**

5 Comments

# ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the Spanish-speaking community around the world, we've got it all.

*C-131*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

¡Vamos!

Download the CNET app / About CNET / Privacy Policy / Ad Choice / Terms of Use / Mobile User Agreement / Help Center

© CBS INTERACTIVE INC.                    AFFILIATE DISCLOSURE                         TOP BRANDS
All Rights Reserved.             CNET may earn fees when you click through to a partner          LG
                                                 site.

*C-132*


SAMSUNG
Water doesn't stand a chance.
Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.
Galaxy S8 | Note8



REVIEWS    NEWS    VIDEO    HOW TO    SMART HOME    CARS    DEALS    DOWNLOAD    JOIN / SIGN IN

# Samsung Gem SCH-i100 (U.S. Cellular) review:

## Samsung Gem SCH-i100 (U.S. Cellular)

by Jessica Dolcourt  /  Reviewed: April 14, 2011



MSRP:
**$30.00**

▶  🔊    AUTOPLAY:  ON  OFF                    2:26    ⤴  ☰  CC  ⤢

Make messages
more personal.


**Compare These**

Samsung Galaxy Note 8

Apple iPhone X

LG V30

**The Good**  /  Interesting, angular design elements give the **Samsung Gem** personality, and it's inexpensive.

**The Bad**  /  The Gem's smaller screen makes typing errors unavoidable, and the handset feels sluggish at times.

**The Bottom Line**  /  The Samsung Gem's decent specs and enviable budget price make this reliable entry-level Android phone a fantastic value.

Visit manufacturer site for details.

★★★☆  CNET Editors' Rating

Own the night
with a camera
built for low-light.

*C-133*

Case 5:11-cv-01846-LHK   Document 3567-3   Filed 02/13/18   Page 377 of 469

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**7.0**
OVERALL

Samsung Galaxy S8

| | |
|---|---|
| Design | 7.0 |
| Features | 7.0 |
| Performance | 7.0 |

---

## Review Sections

**Review**

Specifications

CNET › Mobile › Phones › Samsung Gem SCH-i100 (U.S. Cellular)

Gemlike is a good way to describe the angular Samsung Gem for U.S. Cellular. The touch-screen Android smartphone is glossy like its namesake, with sharp lines and points, and it has a pentagonal design element that evokes "Superman" as much as it does semiprecious stones. However, the comparisons stop there, since apart from its style, the Gem is an average, though reliable, entry-level Android phone with middle-of-the-road specs like a 3.2-inch touch screen and a 3.2-megapixel camera. Thankfully, unlike Alltel's version, which is powered by Android 2.1 Eclair, U.S. Cellular's Gem runs Android 2.2 Froyo. It costs a very reasonable $30 after an $80 mail-in rebate, which puts the Gem on par with a rival Android phone, the **LG Optimus U**.



**Photo gallery: Samsung Gem**

## Design

If it weren't for its interesting curves and angles, very little would differentiate the Samsung Gem from any other basic Android smartphone. Like so many of Samsung's models, the Gem is glossy black, shiny, and smooth. Lines and angles swoop into points, and there's that repeating stylized element we mentioned that borders the front-facing speaker, the Select button, and the Gem's camera lens. These alone give the Gem an edgy personality.

© 2011 CBS Interactive

**If the pentagonal Select button evokes Superman, the Gem's screen size is its kryptonite.**

The phone is 4.5 inches tall, 2.2 inches wide, and 0.5 inch deep. The plastic construction makes it a little light despite its respectable 3.9-ounce weight; it doesn't feel as sturdy or high-end as handsets made with metal or hard plastic materials. However, we appreciate its slim profile and portability.

*C-134*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

ADVERTISEMENT



The Gem has a 3.2-inch WQVGA resolution (432x240 pixels) and supports 262,000 colors. While usable and colorful, it certainly doesn't have the crispness, color saturation, or pop of the more premium devices. The screen size is also too petite for our tastes. Graphics and icons have been shrunk to fit the smaller screen, and the keyboard is tiny in portrait mode, a challenge for clumsy typists or for those with thicker fingers.

To Samsung's credit, the Gem leaves off the manufacturer's now-customary TouchWiz interface and runs the stock version of Android Froyo instead. That gives the phone five customizable home screens and three static icons for placing a call, opening the application tray, and launching the browser. The app tray displays a vertically scrolling list of app icons on a black background. You can find more details on the Android 2.2 Froyo interface in our **T-Mobile G2 review**.

There are five hardware buttons beneath the display: Talk, Menu, Back, End, and the aforementioned central Select button that's shaped like Superman's iconic chest emblem. The right spine hosts the camera shutter button; on the left are the volume rocker and the Micro-USB charging port. There's a power button and a 3.5mm headset jack up top, a 3.2-megapixel camera lens on the back cover, and a microSD card slot beneath the back cover. The Gem ships with a 4GB starter card, and the phone itself can accommodate up to 16GB of external storage.

## Features

The Gem carries all the essential Android features. Android 2.2 Froyo delivers support for Flash Player 10.1 and a mobile hot spot that powers up to five devices (an additional **$25 per month**). There's Gmail, of course, as well as Google Talk, YouTube, Google Maps, Voice Search, and Places. The Gem also comes preloaded with shortcuts to Web portals for backing up your contacts, buying ringtones online, ThinkFree Office, City ID, and TeleNav Navigator (it also offers Google's turn-by-turn voice Navigator app within Google Maps by default). Thankfully, Samsung and U.S. Cellular kept the preloads to a minimum, since you won't be able to uninstall them.

*C-135*

**SPONSORED**

### Smoking – A Potentially Deadly Secret

Are you keeping your smoking habit a secret? It could be a potentially deadly one. On Dr. Phil, Pfizer's Dr. Freda Lewis-Hall explains why your doctor should be in the know.

Sponsored Content by Pfizer



© 2011 CBS Interactive

### The 3.2-megapixel camera repeats the Gem's visual theme of facets.

The Gem's personal organizer tools include a calendar, a calculator, a clock with alarm clock, and voice tools like speakerphone, Bluetooth, GPS, and Wi-Fi. There's the standard music player as well, which is totally functional but due for a refresh. You can customize the rest with the more than 150,000 other apps in Google's Android Market.

Continue To Next Page                                    01 / 02

### Shop Related Products

New OEM Samsung Galaxy Note 4 N910F N910A N9...

**$7.65**

Netgear Unite Explore 815S 4G LTE Mobile Wifi R...

**$69.99**

OEM Samsung Galaxy S5 SM-G900 Battery Door...

**$4.17** $8.08

iPhone X Case, iPhone 10 Case VANMASS Ultra...

**$11.99** $28.00

Ads by Amazon

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## BEST **PHONES FOR 2018**

See All ⦂⦂⦂

### Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

## PREMIER **BRANDS**

LG Super UHD TVs

## DISCUSS **SAMSUNG GEM SCH-I100 (U.S. CELLULAR)**

Post a comment



# ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Spanish-speaking community around the
world, we've got it all.


**¡Vamos!**


Download the CNET app   /   About CNET   /   Privacy Policy   /   Ad Choice   /   Terms of Use   /   Mobile User Agreement   /   Help Center


© CBS INTERACTIVE INC.                     AFFILIATE DISCLOSURE                                    TOP BRANDS
All Rights Reserved.                   CNET may earn fees when you click through to a                      LG
                                                partner site.

*C-138*

Case 5:11-cv-01846-LHK Document 3587-3 Filed 02/13/18 Page 382 of 469
ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**SAMSUNG**                                                                        Galaxy S8 | Note8

**Water doesn't stand a chance.**

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

›

**cnet**    REVIEWS    NEWS    VIDEO    HOW TO    SMART HOME    CARS    DEALS    DOWNLOAD    🔍    🌐    JOIN / SIGN IN

CNET  ›  Mobile  ›  Phones  ›  Samsung Gem SCH-i100 (U.S. Cellular)  ›  (Page 2)

# Samsung Gem SCH-i100 (U.S. Cellular) review:

## Samsung Gem SCH-i100 (U.S. Cellular)

by **Jessica Dolcourt** / Reviewed: April 14, 2011

**Review Sections**

**Review**

Specifications

As on other Android devices, messaging, e-mailing, and social networking accounts are easily integrated, with support for Gmail, POP3 and IMAP accounts, Microsoft Exchange, Facebook, MySpace, and Twitter. As always, Android will attempt to merge your address book data from all your accounts, but more often than not you'll find that you have to go back and link some contacts together manually. The Gem also offers a unified inbox and calendar, though you can choose to keep these accounts separate if you prefer, which we often did to keep from getting overwhelmed.

The camera and camcorder are adequate, but not very impressive. Photos came out grainy and looking like they were created in a dot matrix, though they looked smoother once we transferred them to our computer. Indoor colors were duller than life in the auto mode, though the slew of white-balance presets, color effects, and other camera settings before you shoot can help brighten the images. However, the photo options can't guarantee sharpness or stabilization, and the Gem doesn't come with a flash. Still, you'll be able to share and upload images, e-mail them, and set them as your wallpaper or as a contact's photo ID.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**This studio image has an
unattractive muddy hue.**

## Performance

We **tested** the dual-band Samsung Gem (CDMA 800/1900; EV-DO Rev. A) in
San Francisco using U.S. Cellular's roaming network. Volume was fine on
both ends, and call quality was mostly adequate, but it was never clear for
either of the two speakers. Voices sounded natural to our ears, but a little
muffled, and with a gargling quality sometimes. Other times, mild distortion
made it sound like voices skipped. We didn't notice any background
interference, however--no blips, zings, or white noise. On their end, our
callers said we sounded a tad unnatural, and they heard distortion,
particularly on sibilants. We always sounded muddy, never crisp, they said.
One listener heard a little white noise throughout.



The speakerphone was disappointing. It produced echoing, tinny voices on
our end, although the volume remained high. For their part, callers said our
volume was so low it was hard to hear us. The white noise increased at this

Case 5:11-cv-01846-LHK   Document 3587-3   Filed 02/13/18   Page 384 of 469
ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

point for one caller, and another noted that voices sounded clipped at higher frequencies.

**Listen now:  Samsung Gem call quality sample**

Browsing on 3G was slow on U.S. Cellular's roaming network. CNET's mobile site loaded in about 24 seconds; the full site loaded in closer to 40 seconds. The mobile version of NYTimes.com took 20 seconds to load.

Unfortunately, there were times when the Gem's 800MHz processor seemed to have a hard time keeping up. We never had to wait more than a couple of beats for tasks to complete, but we noticed that it didn't happen instantaneously.

SPONSORED

## Warning Signs of Colorectal Cancer

When is it more than a stomachache? On The Doctors, Pfizer's Dr. Freda Lewis-Hall details warning signs of colorectal cancer you shouldn't ignore.

Sponsored Content by Pfizer



The Gem has a **rated battery life** of 6.8 hours of talk time and 33 days of standby time with its 1,500mAh lithium ion battery. According to our tests, it has a talk time of 6 hours and 7 minutes. FCC radiation tests measured a **digital SAR** of 0.89 watt per kilogram.

## Conclusions

While its small screen and basic hardware features make the Samsung Gem a fairly plain Android phone, its visual design and $30 price tag elevate it to "recommended" status. Set aside these two benefits, however, and the relatively tiny virtual keyboard on the 3.2-inch screen is our single biggest complaint. There are brighter, faster smartphones running a more recent version of the OS (Android 2.3 Gingerbread), but they come with much weightier financial burdens. The Gem, on the other hand, offers a uniformly reliable Android 2.2 experience on attractive hardware that does just fine. It's a great, competitive addition to the landscape of budget Android phones.

Previous Page                                   **01** / 02

**Shop Related Products**

| Color Workshop: A Step-by-Step Guide to Creating A... | Beyond Auto: Switch off the auto setting on your... | In Camera: Perfect Pictu... | Padcod New 5.5" Android 5.1 Unlocked Smartpho... |
|---|---|---|---|
| **$9.98** $15.95 | **$9.44** $14.99 | **$16.99** $24.99 | **$76.99** |

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

Ads by Amazon

## BEST **PHONES FOR 2018**

See All ⚏



### Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

## PREMIER **BRANDS**

LG Mobile

## DISCUSS **SAMSUNG GEM SCH-I100 (U.S. CELLULAR)**

Post a comment

## ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite

*C-142*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

review to special stories that affect the
Spanish-speaking community around the
world, we've got it all.

**¡Vamos!**

Download the CNET app  /  About CNET  /  Privacy Policy  /  Ad Choice  /  Terms of Use  /  Mobile User Agreement  /  Help Center

© CBS INTERACTIVE INC.                      AFFILIATE DISCLOSURE                                TOP BRANDS
All Rights Reserved.                  CNET may earn fees when you click through to a                    LG
                                              partner site.

*C-143*

SAMSUNG
Water doesn't stand a chance.
Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.
Galaxy S8 | Note8
›


cnet

REVIEWS    NEWS    VIDEO    HOW TO    SMART HOME    CARS    DEALS    DOWNLOAD    🔍  🌐    JOIN / SIGN IN

Samsung Infuse 4G (AT&T) review.

## Samsung Infuse 4G (AT&T)

by **Bonnie Cha**  /  Reviewed: May 12, 2011



MSRP:
# $199.99

▶  🔊    AUTOPLAY:  ON  OFF                    1:52  ↗  ☰  CC  ⤢

Get a bigger screen,
not a bigger phone.



**Compare These**

Samsung Galaxy Note 8

Apple iPhone X

LG V30

**The Good**  /  The **Samsung Infuse 4G** features a large and vibrant 4.5-inch touch screen that's great for browsing and videos. The Android smartphone is ultrathin and has an 8-megapixel camera and snappy performance.

**The Bad**  /  The lower-resolution screen makes text look a bit pixelated. AT&T's 4G data speeds are slow.

**The Bottom Line**  /  The Samsung Infuse 4G disappoints in some areas, but it's still a very good Android smartphone for AT&T customers as long as you're OK with the larger design.

Visit **manufacturer site** for details.

★★★★☆    CNET Editors' Rating

Water doesn't
stand a chance.

Water resistant in up to 5 feet of water for
up to 30 minutes; rinse residue/dry after wet.

*C-144*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**8.3**
OVERALL

Samsung Galaxy S8

| | |
|---|---|
| Design | 9.0 |
| Features | 8.0 |
| Performance | 8.0 |

---

**Review Sections**

**Review**

Specifications

CNET › Mobile › Phones › Samsung Infuse 4G (AT&T)

**F**irst introduced at **CES 2011**, the Samsung Infuse 4G finally reaches AT&T's network on May 15 for $199.99 with a two-year contract. The Infuse 4G is the carrier's latest Android device, and it sure is getting a lot of fanfare. Not only is it being marketed as the thinnest smartphone available in the U.S., but AT&T says the Infuse is also its fastest Android handset. Is it all hype or does the Infuse actually deliver? Read on to find out.

**Design**

On the opposite end of the size spectrum from the petite **HP Veer 4G**, the Samsung Infuse 4G has a massive 4.5-inch Super AMOLED Plus touch screen. The rectangular slab of a phone is admittedly large at 5.2 inches tall by 2.8 inches wide, and its size will certainly be a turnoff for many. That said, it's only 0.35 inch thick, which Samsung claims makes it the thinnest smartphone available in the U.S., so despite its looks, the phone feels rather manageable once in hand.

Plus, the Infuse 4G weighs just 4.9 ounces, so it also feels light. This is largely due to its plastic construction, and though we've been very critical of Samsung in the past for putting too much plastic in its **Galaxy S phones,** the company at least added a textured surface to the Infuse's battery door to give it a more high-quality feel.



ADVERTISEMENT

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**The Samsung Infuse 4G's 4.5-inch display is eye-catching, but it makes the smartphone huge.**

The 4.5-inch Super AMOLED Plus display is the main attraction of the Infuse 4G. It offers 50 percent more subpixels than the previous generation of Super AMOLED touch screens, so you get better contrast and outdoor visibility. The display is indeed stunning, with its rich and vibrant colors and deep blacks, so videos and images looked exceptional. Plus, it offers good viewing angles and is still readable outdoors.

There's also the fact that the Infuse 4G has one of the biggest screens available on a smartphone. As you would imagine, the extra screen real estate helps when viewing Web pages and enhances the multimedia experience. It also makes for a spacious onscreen keyboard (you have a choice of using either the Swype, Samsung, or Android keyboard), and the extra-large text makes for easy reading. That said, with a WVGA resolution (480x800 pixels) stretched across such a large screen, text and Web images can look a bit pixelated. It's certainly not a deal breaker, considering the other benefits of the Super AMOLED Plus display, but it's something we definitely noticed.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



© 2011 CBS Interactive

### Fortunately, the Infuse 4G is ultra-thin, so it doesn't feel too bulky.

Below the screen, you get four touch-sensitive buttons for the menu, home, back, and search functions. The top of the device houses the <span style="color:red">headphone</span> jack, while the Micro-USB port is located on the bottom. There's a volume rocker on the left side, and the power button is on the right. We've said it many times before and we'll say it again, but it would be nice if there were a dedicated camera button. The smartphone's 8-megapixel camera and flash sit on the back, and on front just above the display on the left side is the 1.3-megapixel camera.

The Samsung Infuse 4G comes packaged with an AC adapter, a USB cable, a preinstalled 2GB microSD card, a wired stereo headset, an MHL-to-HDMI adapter, and reference material. We should note that the first 500,000 Infuse customers will also receive a $25 voucher to use with Samsung's Media Hub video store from which you can rent and buy movies and TV shows.

**Software**

The Infuse 4G uses Android 2.2.1 with Samsung's TouchWiz user interface. A majority of the smartphones shipping today run Android 2.2 so we're not particularly surprised that the Infuse does the same, but still, it would have been nice to see Android 2.3 Gingerbread on the smartphone. Samsung would not comment on future updates (perhaps after learning the hard way about sticking to update plans), but we expect to see Gingerbread come to the Infuse in the future.

You get a total of seven home screens that you can customize with various widgets and shortcuts. TouchWiz now also has a feature similar to HTC's Leap screen in which you can pinch the screen to get a thumbnail view of all your home screens or menu pages. The main menu of applications is shown in a simple grid layout with bold icons. It's a very simple presentation of Android and definitely makes the OS easier to use for newbies, but we're sure Android purists will have a very different opinion of TouchWiz.

**Features**

The Samsung Infuse 4G offers quad-band world roaming, a speakerphone, speed dial, voice commands, conference calling, and text and multimedia

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

*C-147*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

messaging with threaded chat view. The smartphone can handle video calls using its front-facing 1.3-megapixel camera. The handset doesn't come preloaded with a video chat client, but you can find options such as Fring in the Android Market.

The smartphone is equipped with Bluetooth, Wi-Fi, and GPS. It's also the first HSDPA Category 14 4G phone for AT&T. This means the phone is capable of reaching theoretical download speeds of 21Mbps, whereas the carrier's previous 4G smartphones maxed out at 14.4Mbps. In addition, the Infuse's HSUPA radio (Category 6/5.76Mbps) will be enabled at launch, so customers shouldn't run into any of the problems that **Motorola Atrix 4G and HTC Inspire 4G owners did** with upload speeds. We detail our experience with the "4G" data speeds in the Performance section below, but for now, let's just say they were disappointing.

Continue To Next Page                                          01 / 02

## Shop Related Products

| Samsung Infuse 4G i997 ... | 8MP,16GB, WIFI, GPS, Su... | | MHL to HDMI HDTV ... |
|---|---|---|---|
| **$6.29** | **$114.95** | **$7.99** | **$7.00** |

Ads by Amazon

## BEST **PHONES FOR 2018**                                    See All

### Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

*C-148*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## PREMIER **BRANDS**

LG Mobile

## DISCUSS **SAMSUNG INFUSE 4G (AT&T)**

2 Comments

Water resistant in up to 5 feet of water for
up to 30 minutes; rinse residue/dry after wet.



# ¡Se habla español!

Everything you love about CNET is also
available in Spanish. From your favorite
review to special stories that affect the
Spanish-speaking community around the
world, we've got it all.

**¡Vamos!**

Download the CNET app | About CNET | Privacy Policy | Ad Choice | Terms of Use | Mobile User Agreement | Help Center

© CBS INTERACTIVE INC.
All Rights Reserved.

AFFILIATE DISCLOSURE
CNET may earn fees when you click through to a
partner site.

TOP BRANDS
LG

*C-149*

SAMSUNG

Water doesn't stand a chance.

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

Galaxy S8 | Note8

# cnet

REVIEWS　NEWS　VIDEO　HOW TO　SMART HOME　CARS　DEALS　DOWNLOAD

JOIN / SIGN IN

CNET › Mobile › Phones › Samsung Infuse 4G (AT&T) › (Page 2)

# Samsung Infuse 4G (AT&T) review:

## Samsung Infuse 4G (AT&T)

by **Bonnie Cha** / Reviewed: May 12, 2011

**Review Sections**

Review

Specifications

The smartphone comes loaded with a number of apps and services, including the Quickoffice suite, Samsung's Write And Go (with which you can compose messages to send via SMS, e-mail, or Facebook) and Mini Diary apps, AT&T FamilyMap, and AT&T U-verse Live TV. A special edition of Angry Birds is also preloaded on the device. The version has a special level that, once completed, will unlock a "Golden Egg" Easter egg that will lead you to a Web site where you can register to win free prizes from Samsung.

Though you can't uninstall the AT&T services, the carrier at least now **allows you to install non-Market apps** on the device. To enable this, simply go to Settings > Applications and check the "Unknown sources" box. The Infuse 4G has 16GB of internal memory and an expansion slot that supports up to 32GB cards, so you should have more than enough space for apps and other files.



ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**In low-light situations, photos
often had a pinkish tint to them.**

The Infuse 4G comes with an 8-megapixel camera with flash, autofocus, and
720p HD video recording. You get a myriad of editing options and tools,
including antishake, blink detection, exposure settings, and various effects.
Typically, we've seen good results from Samsung's cameras, but there were
some issues this time around. Though **picture quality** was sharp, photos
taken in indoor environments had a pinkish hue to them. Outdoor shots were
much better, however, and recorded HD video clips also came out looking
great.

ADVERTISEMENT



### Performance

We **tested** the quad-band (GSM 850/900/1800/1900) Samsung Infuse 4G in
San Francisco using AT&T service and call quality was slightly muffled.
Though there wasn't any distracting background noise, voices sounded a bit
garbled at times, both on our end and on the other side of the phone, so we
had to listen very closely to understand our callers. We had a similar
experience with speakerphone quality, and at the highest volume level, the
audio at times sounded blown out.

**Listen now:  Samsung Infuse 4G call quality sample**

We didn't have any dropped calls during our review periods. We also paired
the smartphone with the Logitech Mobile Traveller Bluetooth headset and the
Motorola S9 Bluetooth Active **Headphones** and had no problems making
calls or listening to music.

Using Ookla's Speedtest.net app on the phone, we averaged download
speeds of 3.99Mbps and upload speeds of 0.69Mbps. On the positive side,
the results were better than what we got on the Motorola Atrix 4G and HTC
Inspire 4G, but they're still slow compared with other providers' 4G networks.
At such speeds, CNET's full site loaded in 20 seconds, while the mobile sites
for CNN and ESPN came up in 8 seconds and 10 seconds respectively. High-
quality YouTube clips loaded in several seconds and played back without
interruption, but the Infuse's browser had some difficulty handling Flash sites
and content.

Case 5:11-cv-01846-LHK   Document 3587-3   Filed 02/13/18   Page 395 of 469
ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

The Infuse 4G is powered by a 1.2GHz single-core processor. We understand
that many people are hungry for dual-core phones, but the Infuse 4G is still a
pretty snappy device. Apps launched quickly, and we were able to navigate
through the various screens and menus without trouble. Occasionally, there
was some slight sluggishness when opening certain apps, but overall we
found the Infuse to be a solid performer.

The Samsung Infuse 4G ships with a 1,750mAh lithium ion battery with a rated
talk time of 8 hours and up to 16 days of standby time. The smartphone fell
an hour short of the rated talk time in our **battery drain tests** but 7 hours is
still impressive. Plus, we experienced good day-to-day battery life; with
moderate usage, we can usually go a full day or a little more on a single
charge. According to **FCC radiation tests**, the Infuse 4G has a digital SAR
rating of 0.20W/kg and a Hearing Aid Compatibility rating of M3.

**Conclusions**

AT&T has slowly but surely been beefing up its selection of Android phones,
and the Samsung Infuse 4G is another good addition to its lineup. There are
certainly some aspects of the phone that were disappointing, including the
unimpressive 4G data speeds and the lack of some of the latest features
(such as Gingerbread and a dual-core processor), but in the end, the Infuse
4G is very much a solid Android smartphone. Obviously, its large size will
mean it won't appeal to everybody, but if you're OK with that, you'll get a
beautiful screen for browsing the Web and watching video, good
performance, and decent battery life.

Previous Page                                                      **01** / 02

## BEST **PHONES FOR 2018**                                         See All ⊞

Samsung Galaxy        Apple iPhone X         LG V30               Samsung Galaxy       Google Pixel 2
Note 8                                                             S8

Starting at: **$929.99**   Starting at: **$1,149.00**   Starting at: **$749.99**   Starting at: **$649.99**   Starting at: **$649.99**

Samsung's king of     A radical redesign     LG just gave         But we're still waiting   The Pixel 2's superb
phones is excellent,   that's nearly all      Samsung a run for    on the Siri-like AI.      camera makes it
but you'll pay a pretty   screen includes a     the money.                                     worth a look.
penny for stylus      new cutting-edge
privileges.           facial recognition...

## THIS **WEEK ON CNET NEWS**

In 2018, voice        Bad news: A Spectre-   CES 2018: The final
assistants will make   like flaw will probably   word
the leap out of your   happen again
home

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## DISCUSS **SAMSUNG INFUSE 4G (AT&T)**

2 Comments

## CES 2018: The coolest gadgets we've seen

by **Laura K. Cucullu**

GET WATCHING

## These are the best TVs right now

by **David Katzmaier**

# ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the Spanish-speaking community around the world, we've got it all.

**¡Vamos!**

Download the CNET app / About CNET / Privacy Policy / Ad Choice / Terms of Use / Mobile User Agreement / Help Center

© **CBS INTERACTIVE INC.**
All Rights Reserved.

**AFFILIATE DISCLOSURE**
CNET may earn fees when you click through to a partner site.

**TOP BRANDS**
LG

*C-153*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



SAMSUNG
Water doesn't stand a chance.
Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.
Galaxy S8 | Note8

REVIEWS　NEWS　VIDEO　HOW TO　SMART HOME　CARS　DEALS　DOWNLOAD

JOIN / SIGN IN

# Samsung Mesmerize (U.S. Cellular) review:

### Samsung Mesmerize (U.S. Cellular)

by **Bonnie Cha** / Reviewed: November 9, 2010



MSRP:
## $199.99

AUTOPLAY: ON OFF          1:55

## Compare These

Samsung Galaxy Note 8

Apple iPhone X

LG V30

**The Good** / The Samsung Mesmerize boasts a beautiful Super AMOLED touch screen and a 1GHz Hummingbird processor. The smartphone's 5-megapixel camera takes excellent photos and video.

**The Bad** / Call quality could be slightly better. The phone feels a bit slick.

**The Bottom Line** / The Samsung Mesmerize is a top-notch smartphone for U.S. Cellular customers, offering a brilliant touch screen, speed, and plenty of features.

Visit manufacturer site for details.

★★★★☆　CNET Editors' Rating

Water resistant in up to 5 feet of water for up to 30 minutes; rinse residue/dry after wet.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## 8.3
OVERALL

Samsung Galaxy S8

| Design | 9.0 |
| Features | 8.0 |
| Performance | 8.0 |

---

### Review Sections

**Review**

Specifications

CNET  ›  Mobile  ›  Phones  ›  Samsung Mesmerize (U.S. Cellular)

**Editors' note:** *In this review, we'll focus on the Samsung Mesmerize's features and performance. For more about the phone's design and core features, please read our reviews of the* **Samsung Fascinate** *and other* **Galaxy S phones.**



**Photo gallery: Samsung Mesmerize**

Samsung puts out a lot of cell phones, but the company's been rather quiet on the smartphone front compared with the likes of HTC and Motorola--that is, until recently. With the introduction of its Galaxy S series, Samsung has been very aggressive about getting the devices into as many hands as possible, with releases for all four major carriers and several regional providers, including the Samsung Mesmerize for U.S. Cellular.

Largely similar to the Samsung Fascinate in design, the Mesmerize brings brilliance in the form of a 4-inch Super AMOLED touch screen, as well as a sleek design, excellent camera, and fast performance. It gives the carrier's other **top smartphone**, the **HTC Desire**, a run for its money, but ultimately the choice may come down to your personal preference on design and user interface. The Samsung Mesmerize is available for $199 with a two-year contract and after a $80 mail-in rebate.



ADVERTISEMENT

## Features

As a phone, the Samsung Mesmerize offers a speakerphone, speed dialing, voice commands, conference calling, and text and multimedia messaging with threaded chat view. Bluetooth, 3G, GPS, and integrated Wi-Fi are also all onboard, and as a bonus, the Mesmerize can be used a mobile hot spot for up to five devices. U.S. Cellular's mobile hot-spot plans start at $25 per month with a 5GB data cap. Overage fees are $0.25 per MB, but as part of

C-155

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

the carrier's Belief Project, it also has a overage cap of $200, so you would never pay more than that in data overages.



**The Samsung Mesmerize uses the company's TouchWiz 3.0 interface.**

The Samsung Mesmerize ships with Android 2.1 and Samsung's TouchWiz 3.0 interface and will be upgradable to Android 2.2, which, according to Samsung, will start rolling out over the next few weeks to U.S. Galaxy S phones. Still, it brings strong support for Google services, and the smartphone plays nice with various e-mail accounts and social networks, including Gmail, POP3 and IMAP, Microsoft Exchange, Facebook, MySpace, and Twitter. We easily set up our Outlook, Gmail, Yahoo, Facebook, and Twitter accounts on our review unit, and received messages and notifications with no problem.

The smartphone offers a unified in-box and calendar, though you can choose to keep your accounts separate if you prefer. Like the rest of the Galaxy S series, the Mesmerize offers the Write and Go app, from which you can compose a message on a notepad and then select your delivery method, whether it be an SMS, an e-mail, or a status update, so you don't have to find and launch each individual app.

PAID CONTENT
## 5 Ways to Be a Data Visionary

There are 5 critical strategies for how a data visionary can align resources and unleash data's full potential. Discover them here.

Sponsored by NetApp

The smartphone comes preloaded with a number of other apps, including ThinkFree Office, Mini Diary, a calculator, and a voice recorder, as well as several U.S. Cellular services, such as Your Navigator (powered by TeleNav), My Contacts Backup, CityID, and Tone Room Deluxe. The Android Market now offers more than 100,000 apps, so you have plenty of titles to choose from. Plus, unlike the Samsung Captivate, you can install third-party apps on

C-156

the Mesmerize. Just be aware that until the smartphone receives the Froyo update, you can save apps only to the phone's internal memory (2GB).

Fortunately, U.S. Cellular ships the handset with a 16GB microSD card, so you can at least save your multimedia files to the memory card. The smartphone supports a number of music and video file formats--MP3, AAC, AAC+, eAAC+, OGG, WMA, WAV, DivX, XviD, MPEG4, H.263, H.264, WMV--and it's also in line to receive an update that will enable users to download TV shows and movies for rent or purchase from Samsung's Media Hub video store.

Continue To Next Page      01 / 02

## Shop Related Products

Netgear Unite Explore 815S 4G LTE Mobile Wifi R...
**$69.99**

Verizon Ellipsis Jetpack MHS700L 4G LTE Mob...
**$28.75**

ZTE Z915 4G LTE Mobi...
**$71.99**

Ads by Amazon

## BEST **PHONES FOR 2018**

See All

### Samsung Galaxy Note 8
Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X
Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30
Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8
Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2
Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

Alexa, Google Assistant want to be everywhere in 2018

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word



## PREMIER **BRANDS**

C-157

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

LG Super UHD TVs

DISCUSS **SAMSUNG MESMERIZE (U.S. CELLULAR)**

Post a comment

# ¡Se habla español!

Everything you love about CNET is also available in Spanish. From your favorite review to special stories that affect the Spanish-speaking community around the world, we've got it all.

**¡Vamos!**

Download the CNET app   |   About CNET   |   Privacy Policy   |   Ad Choice   |   Terms of Use   |   Mobile User Agreement   |   Help Center

© CBS INTERACTIVE INC.
All Rights Reserved.

**AFFILIATE DISCLOSURE**
CNET may earn fees when you click through to a partner site.

TOP BRANDS
LG

*C-158*



# Samsung Mesmerize (U.S. Cellular) review:

## Samsung Mesmerize (U.S. Cellular)

by **Bonnie Cha** / Reviewed: November 9, 2010

**Review Sections**

**Review**

Specifications



### We were very impressed with the camera's picture quality.

Last but not least, we have the Mesmerize's 5-megapixel camera. It has an LED flash, tap to focus, and numerous editing options: white balance settings, ISO, metering, antishake, blink detection, just to name a few. **Picture quality** was excellent. Objects were clearly defined in our images, and colors were rich and vibrant. It's much better than the HTC Desire's camera. HD videos taken with the camera were also sharp and didn't suffer from the halo effect that we've experienced on other camera phones.

*C-159*

1/16/2018　　Samsung Mesmerize (U.S. Cellular) review - CNET

Case 5:11-cv-01846-LHK　 Document 3587-8　 Filed 02/13/18　 Page 403 of 469
ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

The Mesmerize has **DLNA** support, so you can use the AllShare app on the phone to wirelessly stream content, such as photos, to a DLNA-compliant device, such as an HDTV.

ADVERTISEMENT



## Performance

We **tested** the dual-band (CDMA 800/1900; EV-DO Rev. A) Samsung Mesmerize in New York using roaming U.S. Cellular service and call quality was OK. There was plenty of volume on our end of the call, but the audio could be slightly muffled at times. Meanwhile, friends said they could hear some crackling on their end, as if we were crumpling a wrapper or some paper, but none of this prevented us from continuing with conversation. It was just a bit distracting at times.

## Samsung Mesmerize call quality sample

**Listen now:**

Speakerphone quality wasn't anything surprising. Calls sounded slightly hollow, but clear, and had plenty of volume. We were also able to successfully pair the smartphone with the Logitech Mobile Traveller Bluetooth headset and the Motorola S9 Bluetooth Active **Headphones**.

Though we were roaming, we got 3G coverage in Manhattan with satisfactory speeds. CNET's full site came up in 29 seconds, whereas the mobile sites for CNN and ESPN loaded in 7 seconds and 9 seconds, respectively. YouTube videos loaded within a couple of seconds, with HQ clips taking a few seconds longer. However, the videos looked beautiful on the smartphone's Super AMOLED screen and playback was continuous with synchronized audio and video.

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

## 5 Ways to Be a Data Visionary

There are 5 critical strategies for how a data visionary can align resources and unleash data's full potential. Discover them here.

Sponsored by NetApp

Like the other Galaxy S models, the Samsung Mesmerize is powered by a 1GHz Hummingbird processor, and the smartphone ran like a well-oiled machine. Apps launched almost immediately, and the phone handily switched between tasks. It was rare that we experienced any significant delays on the device.

In our **battery drain tests**, the Samsung Mesmerize provided an impressive 7 hours of continuous talk time on a single charge. According to our **FCC radiation tests**, the Mesmerize has a digital SAR rating of 0.57 watt per kilogram and a Hearing Aid Compatibility rating of M4.

Previous Page                                              **01**  /  02

### Shop Related Products



| HTC Desire 626 s 626s OPM9110 4G LTE GSM ... | HTC Desire 626G+ Plus Dual SIM Unlocked 8GB... | HTC Desire 10 Pro D10i 64GB Polar White, 5.5 l... | HTC Desire 626s OPM9110 4G LTE GSM Unlocked (... |
|---|---|---|---|
| **$64.39** | **$134.99** | **$223.91** | **$99.99** |

Ads by Amazon

## BEST PHONES FOR 2018                                        See All ▦

| Samsung Galaxy Note 8 | Apple iPhone X | LG V30 | Samsung Galaxy S8 | Google Pixel 2 |
|---|---|---|---|---|
| Starting at: **$929.99** | Starting at: **$1,149.00** | Starting at: **$749.99** | Starting at: **$649.99** | Starting at: **$649.99** |
| Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges. | A radical redesign that's nearly all screen includes a new cutting-edge facial recognition... | LG just gave Samsung a run for the money. | But we're still waiting on the Siri-like AI. | The Pixel 2's superb camera makes it worth a look. |

## THIS WEEK ON CNET NEWS

C-161

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Alexa, Google
Assistant want to be
everywhere in 2018

Bad news: A Spectre-
like flaw will probably
happen again

SPONSORED

Smart tech and tips
for a neater, smoother
moving day

Sponsored by Travelers

## PREMIER **BRANDS**

LG Smart TV with webOS

## DISCUSS **SAMSUNG MESMERIZE (U.S. CELLULAR)**

Post a comment

# ¡Se habla español!

Everything you love about CNET is also
available in Spanish. From your favorite
review to special stories that affect the
Spanish-speaking community around the
world, we've got it all.

**¡Vamos!**

Download the CNET app   |   About CNET   |   Privacy Policy   |   Ad Choice   |   Terms of Use   |   Mobile User Agreement   |   Help Center

© CBS INTERACTIVE INC.
All Rights Reserved.

AFFILIATE DISCLOSURE
CNET may earn fees when you click through to a
partner site.

TOP BRANDS
LG

*C-162*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



REVIEWS    NEWS    VIDEO    HOW TO    SMART HOME    CARS    DEALS    DOWNLOAD      JOIN / SIGN IN

# Samsung Vibrant (T-Mobile) review:

Samsung Vibrant (T-Mobile)

by **Bonnie Cha** / Reviewed: July 13, 2010



AUTOPLAY:   ON   OFF        1:44



**Compare These**

Samsung Galaxy Note 8

Apple iPhone X

LG V30

Samsung Galaxy S8

**The Good** / The Samsung Vibrant boasts a brilliant Super AMOLED touch screen and comes preloaded with a number of entertainment goodies, including a full-length copy of "Avatar." The Android-based smartphone also offers 16GB of internal memory, full wireless options, and great call quality.

**The Bad** / The phone feels plasticky and slick. Battery life isn't the greatest. There's no camera flash.

**The Bottom Line** / Sleek and fast, the Samsung Vibrant is one of T-Mobile's top smartphones for entertainment, but its feature set takes a toll on the battery life.

Visit manufacturer site for details.

★★★★☆    CNET Editors' Rating

| **8.3** | | |
|---|---|---|
| OVERALL | Design | 9.0 |
| | Features | 8.0 |
| | Performance | 8.0 |

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Review Sections**

**Review**

Specifications

CNET  ›  Mobile  ›  Phones  ›  Samsung Vibrant (T-Mobile)

**Editors' note:** *We have updated the review and ratings since the original publish date to reflect new devices on the market.*

Photo gallery:
Samsung Vibrant

Samsung admits that it hasn't really attacked the U.S. smartphone market as aggressively as it's done with basic handsets, but the company's planning to change all that with its **Galaxy S series**. Launching with all four major U.S. carriers, as well as a couple of regional providers, the Android-based Galaxy S models come with impressive stats, such as large Super AMOLED touch screens, 1GHz Hummingbird Cortex A8 processor, and an entertainment content store. But is it too little, too late? Well, after spending some time with the Samsung Vibrant for T-Mobile, we don't think so.

Sleek, fast, and packed with entertainment features, the Vibrant shines as a multimedia device and beats T-Mobile's other top Android offering, the **T-Mobile MyTouch 3G Slide**, in that department. However, battery life is a concern; if you plan on taking full advantage of the Vibrant's multimedia capabilities, you'd be wise to carry an extra battery or charger with you at all times. The Samsung Vibrant will be available from T-Mobile starting July 15 for $199.99 with a two-year contract.

## Design

Out of all the Samsung Galaxy S series models, we'd have to say the Samsung Vibrant is the sleekest and sexiest one of the bunch. The look is rather **familiar**, but the combination of the slim profile, clean design, and rounded edges is really pleasing to the eye. Also, at 4.82 inches tall by 2.54 inches wide by 0.39 inch thick and 4.16 ounces, the Vibrant makes for a nice travel companion, slipping easily into a pants pocket and feeling lightweight in the hand. That said, the handset feels plasticky and slick. We wouldn't say it's fragile, but it definitely left a lot to be desired, especially compared with the solid and durable **Nexus One**.

*C-164*

Case 5:11-cv-01846-LHK   Document 3507-8   Filed 02/13/18   Page 408 of 469
ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**The Samsung Vibrant is
incredibly slim and light, but it
also feels plasticky.**

Glancing at the Vibrant's 4-inch Super AMOLED touch screen, it's easy to see
how the smartphone got its name. The display supports 16 million colors and
has a WVGA resolution, making it sharp and yes, vibrant. Images look
amazing, text is easy to read, and you can actually see what's on the screen
in the bright daylight. When compared with the iPhone 4's Retina Display, the
Vibrant's screen definitely looks more saturated, showing richer colors and
deeper blacks, but on the other hand, the iPhone's display is a tad crisper.
We'll be running **more-precise tests to measure the screen quality** of these
phones, so definitely check back for those results.

In the meantime, we can say that the Vibrant's touch screen was quite
responsive during our review period. It always registered our taps, and the
scrolling experience was smooth and fast. In addition, the built-in
accelerometer was quick to change the screen orientation when we rotated
the phone. The Vibrant comes with multiple input methods, including Swype,
a standard Android keyboard, and Samsung's own keyboard.

*C-165*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**On back, you'll find the Vibrant's
5-megapixel camera.**

There are four touch-sensitive buttons below the display: menu, home, back, and search. You won't find too many physical buttons on the Vibrant, but you do get a volume rocker on the left side, and a lock/power key on the right. The top of the device houses the Micro-USB port and the 3.5mm **headphone** jack. The camera is located on the back as usual, but alas, no flash.

T-Mobile ships the Samsung Vibrant with an AC adapter, a USB cable, an alternative back cover, a wired stereo headset, and reference material. For more add-ons, please check our **cell phones accessories, ringtones, and help page**.

## User interface

Like the rest of the Galaxy S series, the Vibrant runs on Android 2.1 with Samsung's TouchWiz 3.0 interface. The latter is definitely improved from previous versions, with some enhanced functionality and a more polished look.

To start, there are new widgets, including one called Feeds & Updates and another called Buddies Now. Feeds & Updates streams updates from Facebook, Twitter, and MySpace, and you can choose to display content from one, two, or all three of the social-networking sites, as well as set the refresh rate, ranging from 30 minutes to once a day. Buddies Now is like a favorites list and allows you to immediately call or text those contacts, as well as comment on any of their updates. There are a number of other Samsung widgets, as well as Android widgets and other shortcuts, all of which can be added to one of seven home screens.

The home screens can also be personalized with live wallpapers, but there are two elements that can't be changed: the pull-down notification tray on

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

top, which now includes wireless manager and profile functions, and the toolbar along the bottom with quick-launch buttons to the phone app, contacts, messages, and applications. Pressing the latter takes you to a nice grid view of all your apps; they're spread out over several pages, which you can swipe from side to side to get to. We much prefer this layout over the standard Android one, where you have to scroll up and down. It feels more natural and easier to navigate.

Admittedly, we missed some elements of the HTC Sense, such as the Leap screen, which provides a thumbnail version of all your home screen panels, but for the general consumer, TouchWiz does a good job of making Android quite user-friendly, almost to the point where it doesn't even look or feel like an Android phone. Also, for those worried about the TouchWiz interface interfering with future Android updates, Samsung has already said that the Vibrant and the entire Galaxy S portfolio will be upgradeable to Android 2.2 and that it has made tweaks to the UI that will make it easier to adapt to future updates. However, the company also noted that without really knowing what Google has planned down the line, there may be a time where updates can't be supported because of hardware limitations or other factors.

Continue To Next Page     01 / **02**

### Shop Related Products

Skin Decal Wrap cover for Samsung Vibrant T95...

**$7.99** $8.99

Ads by Amazon

## BEST **PHONES FOR 2018**

See All

| Samsung Galaxy Note 8 | Apple iPhone X | LG V30 | Samsung Galaxy S8 | Google Pixel 2 |
|---|---|---|---|---|
| Starting at: **$929.99** | Starting at: **$1,149.00** | Starting at: **$749.99** | Starting at: **$649.99** | Starting at: **$649.99** |
| Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges. | A radical redesign that's nearly all screen includes a new cutting-edge facial recognition... | LG just gave Samsung a run for the money. | But we're still waiting on the Siri-like AI. | The Pixel 2's superb camera makes it worth a look. |

## THIS **WEEK ON CNET NEWS**

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

In 2018, voice
assistants will make
the leap out of your
home

Bad news: A Spectre-
like flaw will probably
happen again

CES 2018: The final
word

### PREMIER BRANDS

LG Mobile

## DISCUSS **SAMSUNG VIBRANT (T-MOBILE)**

Post a comment

T-Mobile- Buy a Samsung Galaxy, get a Galaxy S8 FREE
Limited time only
If you cancel, remaining balance is due. After rebate & qual'g trade-in. + tax.

Join us

Qual'g plan & fin. agmts req'd. GS8: $30 down +
$30/mo. x 24 ($750). 0% APR. For well-qual'd buyers.

# ¡Se habla español!

Everything you love about CNET is also
available in Spanish. From your favorite
review to special stories that affect the
Spanish-speaking community around the
world, we've got it all.

**¡Vamos!**

Download the CNET app   /   About CNET   /   Privacy Policy   /   Ad Choice   /   Terms of Use   /   Mobile User Agreement   /   Help Center

© CBS INTERACTIVE INC.
All Rights Reserved.

**AFFILIATE DISCLOSURE**
CNET may earn fees when you click through to a
partner site.

**TOP BRANDS**
LG

*C-168*

Case 5:11-cv-01846-LHK Document 3587-3 Filed 02/13/18 Page 412 of 469
ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER



**REVIEWS**   NEWS   VIDEO   HOW TO   SMART HOME   CARS   DEALS   DOWNLOAD      JOIN / SIGN IN

CNET › Mobile › Phones › Samsung Vibrant (T-Mobile) › (Page 2)

# Samsung Vibrant (T-Mobile) review:

## Samsung Vibrant (T-Mobile)

by **Bonnie Cha** / Reviewed: July 13, 2010



**Review Sections**

**Review**

Specifications

## Features

The Samsung Vibrant is a quad-band world phone and offers a speakerphone, conference calling, voice dialing, text and multimedia messaging, and the full range of wireless options: Bluetooth, Wi-Fi, 3G, and GPS. The phone book is limited only by the available memory (the SIM card holds an additional 250 contacts), and there's room in each entry for multiple numbers, e-mail addresses, IM handles, group IDs, photo caller IDs, and so on. You can merge contact information from various accounts, such as Facebook, Outlook, and Gmail.

We had no problems syncing up our Gmail, Yahoo, Outlook, and Twitter accounts to the Vibrant, but there were a number of instances where contact info for the same person wasn't merged, but to be fair, we've experienced this on every Android phone. Plus, it's easy to link up contacts. Samsung also added a sweep feature in the Contacts app where if you swipe from left to right, you can automatically dial a person's number or if you swipe right to left, you can send a message.

We've already talked a little bit about supported e-mail clients, but to reiterate, the Vibrant works with Gmail, POP3, IMAP, and Exchange accounts and provides a combined in-box and calendar. You can also view each account separately if you wish. The in-box provides a tabbed view of all your folders, but as we found out, it can get a bit unruly if you have a lot of them. Fortunately, there is a search and sort function. One other messaging tool that Samsung throws in is an app called Write and Go, where you can compose a message on a notepad and then select your delivery method, whether it be an SMS, an e-mail, or a status update, so you don't have to find and launch each individual app.

Some other extras included on the Vibrant are a Mini Diary app, the ThinkFree Office Suite, Layar's reality browser, TeleNav GPS, visual voice mail, a calculator, a voice recorder, and a memo pad. Additional apps, both free and paid, are available through the Android Market.

Obviously, all the aforementioned features are important and make up the core of the device, but with the 4-inch AMOLED touch screen, multimedia plays just as an important role and T-Mobile's fully aware of it. Like the **HTC HD2**, the carrier is shipping the Vibrant with a number of extra entertainment features, including a full-length copy of "Avatar," Amazon Kindle for Android,

*C-169*

ATTORNEYS' EYES ONLY - SUBJECT TO PROTECTIVE ORDER

the Sims 3, MobiTV, Slacker Radio, and a month of free in-flight Wi-Fi access through Gogo Inflight Internet.

As usual, you can also purchase and download songs from the Amazon MP3 store, and the music player offers 5.1-channel surround sound and an attractive Cover Flow-like interface. One area where Android has trailed iOS in terms of multimedia is video, since there isn't any type of video store for Android. However, users of the Galaxy S devices will eventually be able to purchase movies when Samsung's Media Hub is launched later this year; it will include content from "some of the biggest names in entertainment."

**Without a flash, some indoor shots looked rather dull.**

Finally, you get a 5-megapixel camera with HD video recording. There is no flash, but you get a number of editing options, including some advanced ones like ISO settings, blink and smile detection, and panorama mode. Without a flash, the **picture quality** of indoor shots was a bit dull and also slightly blurry. Video quality was respectable for a camera phone. Aside from the traditional avenues of sharing photos and videos--Facebook, MMS, YouTube, and so forth--the Vibrant also has TV-out and DLNA capabilities and offers 16GB of internal memory, plus an expansion slot (supports up to 32GB cards).

## Performance

We **tested** the quad-band (GSM 850/900/1800/1900) Samsung Vibrant in New York using T-Mobile service, and call quality was excellent. The audio on our side of the conversation was clear and rich with little to no background noise or voice distortion. We also had no problem using an airline's voice-automated response system. Our friends were also complimentary of the call quality and didn't report any major problems or complaints.

*C-170*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

Speakerphone quality was pretty much what we expected, there was a slight hollowness to the calls, but it was still clear enough and loud enough to hold conversations. We paired the Vibrant to the **Logitech Mobile Traveller** Bluetooth headset and the **Motorola S9 Bluetooth Active Headphones** with no problem, but for now, there is no support for voice dialing over Bluetooth. This feature will be added with Android 2.2.

T-Mobile's network provided mostly reliable 3G coverage throughout Manhattan, though it did drop to EDGE several times at CNET's offices in Midtown. However, 3G speeds were good. The full CNET News site loaded in 10 seconds, and mobile sites for CNN and ESPN came up in 6 seconds and 5 seconds, respectively. YouTube videos took just a few seconds to load and played back without interruption, and when viewed in high quality, the clips were quite watchable. "Avatar" looked amazing on the Vibrant, as did the MP4 videos we loaded onto the device. The 5.1-channel surround sound enhanced the movie-viewing experience, though we preferred to keep it off when just listening to music.

PAID CONTENT

## How eBay Helps Customers Find Their Perfect Everything

See how eBay is using data to their advantage as data visionary Dan Morales, eBay CIO, delivers on his vision.

Sponsored by NetApp

The Vibrant features Samsung's 1GHz Hummingbird Cortex A8 application processor, and for the most part, it kept the smartphone running smoothly throughout our testing period. Apps were quick to launch, and we didn't encounter any crashes. The only time we experienced a slight delay was when we launched the photo gallery, as it took a few seconds to load up our albums.

The Samsung Vibrant comes with a 1,500mAh lithium ion battery with a rated talk time of 6.5 hours and up to 18 days of standby time. In our **battery drain tests** we were able to get 6 hours of continuous talk time on a single charge. That said, the day-to-day battery life isn't stellar. After a few hours of browsing, e-mail, and listening to music, battery levels were at a little less than 50 percent, so we'll definitely be keeping tabs on this as we continue testing. According to **FCC radiation tests**, the Vibrant has a digital SAR rating of 0.89 watt per kilogram and has a Hearing Aid Compatibility Rating of M3/T3.

Previous Page                                      **01** / 02

**Shop Related Products**

Kindle for An...

*C-171*

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

$0.00

T-Mobile AWS MetroPCS
3G 4G LTE Band 4 170...

Samsung G550T T-Mobile
Samsung Galaxy ON5 Pre...

Samsung Galaxy Note 5
SM-N920T 32GB Blac...

$129.99  $199.99

$119.99

$356.65

Ads by Amazon

## BEST **PHONES FOR 2018**

See All



### Samsung Galaxy Note 8

Starting at: **$929.99**

Samsung's king of phones is excellent, but you'll pay a pretty penny for stylus privileges.

### Apple iPhone X

Starting at: **$1,149.00**

A radical redesign that's nearly all screen includes a new cutting-edge facial recognition...

### LG V30

Starting at: **$749.99**

LG just gave Samsung a run for the money.

### Samsung Galaxy S8

Starting at: **$649.99**

But we're still waiting on the Siri-like AI.

### Google Pixel 2

Starting at: **$649.99**

The Pixel 2's superb camera makes it worth a look.

## THIS **WEEK ON CNET NEWS**

In 2018, voice assistants will make the leap out of your home

Bad news: A Spectre-like flaw will probably happen again

CES 2018: The final word

## PREMIER **BRANDS**

LG Smart TV with webOS

## DISCUSS **SAMSUNG VIBRANT (T-MOBILE)**



T-Mobile· Buy a Samsung Galaxy, get $750 off another
Limited time only
If you cancel, remaining balance is due. After rebate & qual'g trade-in. + tax.

Join us

Qual'g plan and fin. agmts req'd. Note8. $100 down + $30/mo x 24 ($820). 0% APR. For well-qual'd buyers.

Download the CNET app   About CNET   Privacy Policy   Ad Choice   Terms of Use   Mobile User Agreement   Help Center

© CBS INTERACTIVE INC.
All Rights Reserved.

AFFILIATE DISCLOSURE
CNET may earn fees when you click through to a partner site.

TOP BRANDS
LG

*C-172*

**ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER**

**APPENDIX D**

**PHONE PACKAGING IMAGES**

ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Samsung Epic 4G Touch (Opened)**



**Samsung Galaxy S 4G (Opened)**



ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Samsung Galaxy S i9000 (Opened)**



**Samsung Galaxy S II (AT&T) (Opened)**



ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Samsung Galaxy S II (Skyrocket) (Unopened)**



ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Samsung Galaxy S II (Skyrocket) (Opened)**



ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Samsung Galaxy S II (T-Mobile) (Opened)**



ATTORNEYS' EYES ONLY – SUBJECT TO PROTECTIVE ORDER

**Samsung Galaxy S Showcase (Opened)**



# EXHIBIT D

# EXHIBIT D

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**United States District Court**
**Northern District of California**
**San Jose Division**
**Case No. 11-cv-01846 LKH**

**Apple Inc.**

**v.**

**Samsung Electronics Co., Ltd., et al.**

---

**Rebuttal Expert Report of Michael J. Wagner**
**for 2018 Trial on Damages**

**January 29, 2018**

**Volume I**

**LitiNomics**

# Tab 1

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

# United States District Court

# Northern District of California

# San Jose Division

# Case No. 11-cv-01846 LHK

## APPLE INC.

### v.

## SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

---

## Rebuttal Expert Report of Michael J. Wagner

## for 2018 Trial on Damages

## January 29, 2018

i

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

     a)   **When white Galaxy S II Phones are included in the calculation, the different approaches that I discuss in my report result in the following calculations of the total profit related to the AOM to which the design is applied (by patent) when the D'305 AOM is the display screen while displaying the D'305 image:[10]**

| | Total Profit Related to the AOM | | | | |
|---|---|---|---|---|---|
| Approach | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | Sum of Total Profit for All AOMs |

*__Methods to Calculate Total Profit for All AOMs (D'305 AOM: Display Screen is Displaying the D'305 Image)__*

Samsung's Profits After Deductible Expenses

Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)

---

[10]  Schedule 3.1A-4T. [1.6]

b) **When white Galaxy S II Phones are included in the calculation, the different approaches that I discuss in my report result in the following calculations of the total profit related to the AOM to which the design is applied (by patent) when the D'305 AOM is the display screen:**[11]

| Approach | Total Profit Related to the AOM | | | | Sum of Total Profit for All AOMs |
| | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | |
|---|---|---|---|---|---|

***Methods to Calculate Total Profit for All AOMs (D'305 AOM: Display Screen)***

Samsung's Profits After Deductible Expenses

Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)

---
[11]  Schedule 3.1A-4T. [1.6]

15

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**c)  When white Galaxy S II Phones are excluded from the calculation, the different approaches that I discuss in my report result in the following calculations of the total profit related to the AOM to which the design is applied (by patent) when the D'305 AOM is the display screen while displaying the D'305 image:[12]**

| | Total Profit Related to the AOM | | | | |
|---|---|---|---|---|---|
| Approach | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | Sum of Total Profit for All AOMs |

***Methods to Calculate Total Profit for All AOMs (D'305 AOM: Display Screen is Displaying the D'305 Image)***

Samsung's Profits After Deductible Expenses



Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)



---

[12]  Schedule 3.1B-4T. [1.6]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

d) **When white Galaxy S II Phones are excluded from the calculation, the different approaches that I discuss in my report result in the following calculations of the total profit related to the AOM to which the design is applied (by patent) when the D'305 AOM is the display screen:[13]**

| | Total Profit Related to the AOM | | | | Sum of Total Profit for All AOMs |
| Approach | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | |
| --- | --- | --- | --- | --- | --- |

*Methods to Calculate Total Profit for All AOMs (D'305 AOM: Display Screen)*

Samsung's Profits After Deductible Expenses

Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)

C. **Reasonable Royalty:**

1. **The reasonable royalty that is adequate to compensate Apple for Samsung's alleged infringement of Apple's asserted intellectual property is summarized as follows:[14]**

---

[13]  Schedule 3.1B-4T. [1.6]
[14]  Schedule 1-4T. [1.6]

17

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

First, the patented D'677 and D'087 designs were embodied into the Samsung infringing phones in fundamental ways. The claimed designs relate to the front face—clearly the most important side of the phone and the side that is visible to the user when performing critical operations (like dialing phone numbers, reading messages or web content, or launching core software applications), and prominently featured in Samsung's advertising and packaging. These are not designs that could be physically disaggregated from the full products in ways like designs for discrete modular components in modular product systems can be.

Second, Samsung's use of the Apple designs was directed towards full, unitary products: namely, the infringing phones. Samsung assembled various components and manufactured them into full, unitary products. Samsung marketed those products to consumers as full, unitary products—Samsung did not, for example, encourage users to break the products apart into constituent parts and use them separately. And indeed, actual use by end users was of unitary products. Simply put, Samsung was in the business of making and selling complete phones, and used Apple's patented designs for the infringing phones that it sold.

Third, […] Apple created the patented D'677 and D'087 designs to make the iPhone attractive, compelling, and desirable to consumers, and in doing so created a larger product identity—a phenomenon that Apple promotes with its "product as hero" approach—that is consistent with Apple's reputation for design excellence. Samsung then applied those patented designs to increase their sales by achieving the same goals: making the infringing phones attractive and desirable to users, and associating the infringing Samsung phones with the identity that Apple created for the iPhone.

249.    Dr. Kare opines that the articles of manufacture to which Samsung applied the patented design of the D'305 Patent are the Samsung phones found to infringe that patent, in their entirety.[405]

### b)   Samsung's Position

250.    For each design patent at issue, I understand that Samsung's position is that the article of manufacture to which the design has been applied is something less than the entire phone.  I discuss the specific AOM for each design patent below.

### (1)   D'677 Patent

251.    For the D'677 Patent, I understand that Samsung contends the AOM is the black, round-cornered, glass front face of each infringing phone.

---

[405] Expert Report of Susan Kare Regarding "Article of Manufacture" for the Samsung Products Found to Infringe U.S. Patent D604,305, January 15, 2018, p. 1. [21.4]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

252.    In its interrogatory response asking Samsung to identify the AOM for the D'677 Patent, Samsung responded as follows:[406]

> Samsung contends that with respect to the D'677 patent, the Article of Manufacture for the Fascinate (JX 1013), Galaxy S 4G (JX 1019), Galaxy S II (AT&T) (JX1031), Galaxy S II (T-Mobile) (JX 1033), Galaxy S II (Epic 4G Touch) (JX 1034), Galaxy S II (Skyrocket) (JX 1035), Infuse 4G (JX 1027), Mesmerize (JX 1015), Showcase (JX 1017), and Vibrant (JX 1010) (as limited to the model and designs embodied in each enumerated exhibit and not to any unadjudicated alternative designs) consists of the black, round-cornered, glass front face of each phone.

253.    In addition, in my conversation with Sam Lucente, he confirmed that his opinion is that Samsung's interrogatory response correctly states the Article of Manufacture to which the D'677 patented design is applied.[407]

### (2)  D'087 Patent

254.    For the D'087 Patent, I understand that Samsung contends the AOM is the round-cornered, glass front face and surrounding rim or bezel of each infringing phone.

255.    In its interrogatory response asking Samsung to identify the AOM for the D'087 Patent, Samsung responded as follows:[408]

> Samsung contends that with respect to the D'087 patent, the Article of Manufacture for the Galaxy S 4G (JX 1019) and the Vibrant (JX 1010) (as limited to the model and designs embodied in each enumerated exhibit and not to any unadjudicated alternative designs) consists of the round-cornered, glass front face and surrounding rim or bezel of each phone.

256.    In addition, in my conversation with Sam Lucente, he confirmed that his opinion is that Samsung's interrogatory response correctly states the Article of Manufacture to which the D'087 patented design is applied.[409]

### (3)  D'305 Patent

---

[406] Samsung's Second Supplemental Objections and Responses to Plaintiff Apple Inc.'s First Set of Interrogatories Regarding Article of Manufacture, Response to Interrogatory No. 1, December 21, 2017, p. 2. [21.5]

[407] Conversation with Sam Lucente, January 29, 2018.

[408] Samsung's Second Supplemental Objections and Responses to Plaintiff Apple Inc.'s First Set of Interrogatories Regarding Article of Manufacture, Response to Interrogatory No. 2, December 21, 2017, pp. 20-21. [21.5]

[409] Conversation with Sam Lucente, January 29, 2018.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

257.    For the D'305 Patent, I understand that Samsung contends the AOM is the display screen while displaying the single, patented array of GUI icons or, alternatively, the display screen.

258.    In its interrogatory response asking Samsung to identify the AOM for the D'305 Patent, Samsung responded as follows:[410]

> Samsung contends that with respect to the D'305 patent, the Article of Manufacture for the Captivate (JX 1011), Continuum (JX 1016), Droid Charge (JX 1025), Epic 4G (JX1012), Fascinate (JX 1013), Galaxy S 4G (JX 1019), Gem (JX 1020), Indulge (JX 1026), Infuse 4G (JX 1027), Mesmerize (JX 1015), Showcase (JX 1017), and Vibrant (JX 1010) (as limited to the model and designs embodied in each enumerated exhibit and not including any unadjudicated alternative designs) consists of the display screen while displaying the single, patented array of GUI icons.
>
> […]
>
> Alternatively, if the relevant article of manufacture is not the display screen while displaying the single, patented array of GUI icons, the relevant article of manufacture is at most the display screen.

259.    In addition, in my conversation with Sam Lucente, he confirmed that his opinion is that Samsung's interrogatory response correctly states the Article of Manufacture to which the D'305 patented design is applied.[411]

### 2.   Rebuttal Opinions to Ms. Davis's "Supporting" Opinions with respect to Article of Manufacture

260.    In addition to relying up the opinions of Apple's experts addressing Article of Manufacture that the entire phone is the appropriate article of manufacture, Ms. Davis includes an 11-page section in which she offers opinions that she contends "support" the other experts' conclusions.  In relevant part, Ms. Davis states:[412]

> The four factors incorporate a wide amount of relevant information that reflects some topics that are primarily issues for someone who designs products or relevant articles and other topics that reflect how companies structure their businesses, market and sell their products and how those products are received or used by consumers. I have no experience as a

---

[410] Samsung's Second Supplemental Objections and Responses to Plaintiff Apple Inc.'s First Set of Interrogatories Regarding Article of Manufacture, Response to Interrogatory No. 3, December 21, 2017, pp. 38, 45. [21.5]

[411] Conversation with Sam Lucente, January 29, 2018.

[412] Davis 2018 Report, pp. 50-51. [2.2]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 49: Samsung's Entire Profits after Deductible Expenses (Summation Methodology) – Excluding White Phones**[594]

| Product | Entire Profit (4/15/11-6/30/12) | Entire Profit (6/16/11-6/30/12) | Entire Profit (Based on Infringed Patent w/ Earliest Notice Date) |
|---|---|---|---|
| Fascinate | | | |
| Galaxy S 4G | | | |
| Mesmerize | | | |
| Showcase / Galaxy S Showcase (i500) | | | |
| Vibrant | | | |
| Captivate | | | |
| Continuum | | | |
| Droid Charge | | | |
| Epic 4G | | | |
| Galaxy S II 2 (AT&T) | | | |
| Gem | | | |
| Hercules / Galaxy S II (T-Mobile) | | | |
| Indulge | | | |
| Infuse 4G | | | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | | | |
| **Samsung's Entire Profits After Deductible Expenses** | | | |
| **Samsung's Entire Profits After Deductible Expenses (Excluding Negative Amounts)** | | | |



#### 4. Total Profit Related to the Article of Manufacture To Which the Design is Applied[595]

391.    In this section, I discuss my calculations of the total profit related to the article of manufacture to which the design has been applied for each of the design patents at issue.  I discuss several approaches to determining the total profit related to the AOM, and provide damages calculations using each of these approaches.   In addition, I discuss several approaches that provide ceilings on the maximum profit attributable to the AOM, which corroborate the specific calculations that I have performed.  Finally, I conclude this section with a qualitative discussion of the importance of other features and functionalities of the phone

---

[594] Schedule 4.2B-4T. [1.6]

[595] As discussed above in footnote 573, I previously calculated profits using both the "Per Unit Methodology" and the "Summation Methodology."  I continue to calculate Samsung's Entire Profits using both methods in my damages schedules, but only present the Summation Method calculations in my report.  To minimize the number of specific damages calculations, I only calculate the Total Profits related to the Article of Manufacture to which the patented designs are applied using the Entire Profits based on the Summation Method.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

unrelated to the AOM at issue in this case, which also corroborates the specific calculations that I have performed.

### a)   Approaches to Calculate the Total Profit Related to the AOM

392.   I have identified several approaches to calculate the total profit related to the AOM, each of which I believe provides a reliable and reasonable estimate of the total profit related to the AOM.   I describe each of these approaches below, as well as the total profit related to the AOM that would be due based upon the approach. As I discuss below, some approaches allow a calculation of total profits related to the D'305 AOM only for the alternative that the AOM is the display screen, while others allow for a calculation of total profits related to the D'305 AOM for both alternatives (the D'305 AOM is the display screen while displaying the D'305 image or the D'305 AOM is the entire display screen).

393.   Further, the values for the D'087 AOM either completely overlap or largely overlap the value for the D'677 AOM.  Further, the D'087 Patent notice date (June 16, 2011) is later than the D'677 Patent (April 15, 2011).  Therefore, in terms of the total profits for all AOMs, the only contribution of the D'087 Patent (above and beyond the D'677 Patent) is the portion of the value that does not overlap the D'677 Patent.   Given the Court's request to break down damages by patent, I separately calculate the total profit related to the D'087 AOM that overlaps with the D'677 AOM and the total profit related to the D'087 AOM that does not overlap with the D'677 AOM.  Only the total profit related to the D'087 AOM that does not overlap with the D'677 AOM is included in my sum of total profit related to all AOMs.

### (1)  Survey Performed by Dr. David Reibstein

394.   David Reibstein, Ph.D., is an expert retained by Samsung to evaluate factors relevant to the article of manufacture, such as prominence of the designs at issue, as well as evaluate the usefulness of consumer surveys in assessing the value of the articles of manufacture identified in Samsung's interrogatory responses.[596]   As part of his work, Dr. Reibstein performed a survey that he describes as follows:[597]

> In part to address these limitations and (more directly) evaluate consumer perceptions regarding the importance of the Patents-in-Suit, I conducted the online customer survey discussed above that builds on and modifies

---

[596] Expert Report of David Reibstein, Ph.D., January 29, 2018 (hereafter, "Reibstein Report"), p. 1.
[597] Reibstein Report, pp. 98-99.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

the structure of the ████████████. I designed and executed the survey to elicit responses directly as a way to evaluate the prominence of the designs of the Patents-in-Suit to the consumer smartphone purchase decision. As discussed above, such direct elicitation surveys can be used to investigate topics such as measuring customer satisfaction, emotions, attitudes, willingness to recommend, product/brand awareness, and purchase intent, and estimating product willingness to pay.

395.    Dr. Reibstein explained the advantages of his survey as follows:[598]

> The survey I conducted yielded information that is useful in evaluating the value of the AOM, as set forth by Samsung in its interrogatory responses. The information from the survey that I conducted is more useful than the other third party surveys I analyzed because it drills down from the broader feature categories utilized by these other surveys. As discussed above, my survey design examined smartphone features and attributes at three levels. The features and attributes included at the first two levels were based primarily on features and attributes tested in the ████████ Among those second-level features included in the ████████ were three which I understand are of particular interest here: "Phone shape/type," "Color," and "Durability of phone" (within the first-level category of "Style/design") and "Easy to understand/navigate menu system" (within the first-level category of "Phone operation"). The framework of my survey extended three of these second-level features to a third-level that included as many as eight additional sub-features underneath each of "Phone shape/type," "Color," and "Easy to understand/navigate menu system."

396.    Dr. Reibstein explains that the weights calculated from his survey can be used to estimate value of different feature: "Based on the CSS approach I employed, I am able to determine the weight assigned to each second- and third-level feature by each individual Samsung respondent, as well as the average weight across all Samsung respondents. This provides useful information regarding the value of the patented designs and the AOM, as specified in Samsung's interrogatory responses."[599]

397.    Dr. Reibstein summarizes the average weight for each feature in his survey in Exhibit 14 of his report.  In my conversation with Dr. Reibstein, I confirmed that the average weights presented in his Exhibit 14 can be used to estimate the average value of different features.[600]

---

[598] Reibstein Report, pp. 112-113.
[599] Reibstein Report, p. 113.
[600] Conversation with David Reibstein, January 20, 2018. *See also* Reibstein Report, pp. 113-115.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

398.    Based on the features included by Dr. Reibstein, I use the following features in my analysis, along with his concluded overall weight attributed to each smartphone feature:[601]

- D'677 Patent:
    - Style/Design / Phone Shape/Type / Look, Feel, and Shape of the front of the phone (0.4%)
    - Style/Design / Color / All Colors (0.6%)
    - Style/Design Durability of Phone (2.1%)
    - Style/Design / Other (0.0%)
    - Total: 3.1%.
- D'087 Patent: Style/Design / Phone Shape/Type; Style/Design / Durability of Phone; and Style/Design / Other.
    - Style/Design / Phone Shape/Type / Look, Feel, and Shape of the front of the phone (0.4%)
    - Style/Design / Phone Shape/Type / Look, feel, and shape of the side / edges of the phone (0.3%)
    - Style/Design / Color / All Colors (0.6%)
    - Style/Design Durability of Phone (2.1%)
    - Style/Design / Other (0.0%)
    - Total: 3.4%.
- D'305 Patent (Display Screen While Displaying the D'305 Image): Phone Operation / Easy to Understand/Navigate Menu System / App Menu Screens (0.8%)
- D'305 Patent Alternative (Display Screen): Style/Design / Size and Quality of Display Screen (2.9%).

399.    I note that the sum of my values is slightly higher than that calculated by Dr. Reibstein,[602] likely due to rounding; I use the summed values above given they are broken down by feature.

400.    It should be noted that the inclusion of the entire value associated with the feature results in a conservative overstatement of the total profit related to the AOM.   For example, the AOM for the D'677 Patent and the D'087 Patent do not provide the entirety of the durability of the phone, or the value due to color.   For example, based on my conversation with Jin-Soo Kim, I understand that the window glass and display panel and the bezel contribute only a portion of the styling and durability of the accused smartphones. The rib design used by

---

[601] Schedule 3,2-4T and 3.3-4T. [1.6]
[602] Reibstein Report, pp. 113-115.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

Samsung makes the smartphone strong and resists twisting of the phone.[603]   Therefore, these values should be considered the maximum total profit associated with the AOMs.  Nonetheless, I have used these values in my calculations because they are the most granular data available in this approach.

401.    To determine the total profit related to the AOM, I have applied the percentages summarized above to Samsung's Entire Profit on the infringing phones by design patent.

402.    Based on this approach, the total profit related to the article of manufacture to which the design is applied when the D'305 AOM is the display screen while displaying the D'305 Image is calculated as follows:

**Figure 50:   Total Profit Related to AOM – Dr. Reibstein's Survey (D'305 AOM: Display Screen While Displaying the D'305 Image)[604]**

| Product | Total Profit Related to the AOM | | | | |
| --- | --- | --- | --- | --- | --- |
| | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | Sum of Total Profit for All AOMs |
| Fascinate | | | | | |
| Galaxy S 4G | | | | | |
| Mesmerize | | | | | |
| Showcase / Galaxy S Showcase (i500) | | | | | |
| Vibrant | | | | | |
| Captivate | | | | | |
| Continuum | | | | | |
| Droid Charge | | | | | |
| Epic 4G | | | | | |
| Galaxy S II 2 (AT&T) | | | | | |
| Gem | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | |
| Indulge | | | | | |
| Infuse 4G | | | | | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | | | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | | | | | |
| **Samsung's Profits After Deductible Expenses** | | | | | |
| **Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)** | | | | | |

403.    Alternatively, the total profit related to the article of manufacture to which the design is applied when the D'305 AOM is the display screen is calculated as follows:

---

[603] Conversation with Jin-Soo Kim on January 18, 2018.
[604] Schedule 3.2-4T. [1.6]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 51:  Total Profit Related to AOM – Dr. Reibstein's Survey (D'305 AOM is Display Screen)[605]**

| Product | Total Profit Related to the AOM | | | | Sum of Total Profit for All AOMs |
| --- | --- | --- | --- | --- | --- |
| | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | |
| Fascinate | | | | | |
| Galaxy S 4G | | | | | |
| Mesmerize | | | | | |
| Showcase / Galaxy S Showcase (i500) | | | | | |
| Vibrant | | | | | |
| Captivate | | | | | |
| Continuum | | | | | |
| Droid Charge | | | | | |
| Epic 4G | | | | | |
| Galaxy S II 2 (AT&T) | | | | | |
| Gem | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | |
| Indulge | | | | | |
| Infuse 4G | | | | | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | | | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | | | | | |
| **Samsung's Profits After Deductible Expenses** | | | | | |
| **Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)** | | | | | |

404.    When the total profit related to the article of manufacture to which the design is applied is calculated excluding the white Galaxy S II phones, the total profit is calculated as follows:

---

[605] Schedule 3.3-4T. [1.6]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 52:  Total Profit Related to AOM (Excluding White Galaxy S II Phones) – Dr. Reibstein's Survey (D'305 AOM: Display Screen While Displaying the D'305 Image)[606]**

| Product | Total Profit Related to the AOM | | | | Sum of Total Profit for All AOMs |
|---|---|---|---|---|---|
| | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | |
| Fascinate | | | | | |
| Galaxy S 4G | | | | | |
| Mesmerize | | | | | |
| Showcase / Galaxy S Showcase (i500) | | | | | |
| Vibrant | | | | | |
| Captivate | | | | | |
| Continuum | | | | | |
| Droid Charge | | | | | |
| Epic 4G | | | | | |
| Galaxy S II 2 (AT&T) | | | | | |
| Gem | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | |
| Indulge | | | | | |
| Infuse 4G | | | | | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | | | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | | | | | |
| **Samsung's Profits After Deductible Expenses** | | | | | |
| **Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)** | | | | | |

---

[606] Schedule 3.12-4T. [1.6]

**Figure 53: Total Profit Related to AOM (Excluding White Galaxy S II Phones) – Dr. Reibstein's Survey (D'305 AOM is Display Screen)[607]**

| Product | Total Profit Related to the AOM: D'305 | Total Profit Related to the AOM: D'677 | Total Profit Related to the AOM: D'087 Overlapping with D'677 AOM | Total Profit Related to the AOM: D'087 Not Overlapping with D'677 AOM | Sum of Total Profit for All AOMs |
|---|---|---|---|---|---|
| Fascinate | [redacted] | | | | |
| Galaxy S 4G | | | | | |
| Mesmerize | | | | | |
| Showcase / Galaxy S Showcase (i500) | | | | | |
| Vibrant | | | | | |
| Captivate | | | | | |
| Continuum | | | | | |
| Droid Charge | | | | | |
| Epic 4G | | | | | |
| Galaxy S II 2 (AT&T) | | | | | |
| Gem | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | |
| Indulge | | | | | |
| Infuse 4G | | | | | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | | | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | | | | | |
| **Samsung's Profits After Deductible Expenses** | | | | | |
| **Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)** | | | | | |

[redacted]

[redacted]

[607] Schedule 3.13-4T. [1.6]

[608] [redacted]



Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order



406.

407.

408.

409.

does Dr. Reibstein's survey, but it does not include any breakdown beyond this level.   I understand that Dr. Reibstein has opined that it would be reasonable to apply the third-level percentages from his survey and apply them to the second level features in ███████████ ███████ top reason for purchase survey.[614]   Dr. Reibstein has performed these calculations in Exhibit 15 to his report, which I rely upon for my calculation of the total profits related to the D'305 AOM when the AOM is the display screen when the D'305 image is displayed.

410.    The specific reasons included in the March 2012 and September 2012 studies (and the general reason categories) are identical.  I use the following factors and attributes in my analysis:[615]

- D'677 Patent: Style/Design / Phone Shape/Type; Style/Design / Color; Style/Design / Durability of Phone; and Style/Design / Other.
- D'087 Patent: Style/Design / Phone Shape/Type; Style/Design / Color; Style/Design / Durability of Phone; and Style/Design / Other.
- D'305 Patent (Display Screen While Displaying the D'305 Image): Phone Operation / Easy to Understand/Navigate Menu System, broken down further to "App Menu Screens" by applying weights from Dr. Reibstein's survey.
- D'305 Patent (Display Screen): Style/Design / Quality of Display Screen.

411.    Summing the values determined by the ████████████████ survey for the reasons for purchase related to the AOMs results in the following estimates of the value of the AOM as a percentage of the entire phone:

---

[614] Reibstein Report, pp. 117-118.
[615] Schedule 36.3-4T and 36.4-4T. [1.6]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 54:  Summary of Value of AOM as % of Entire Phone –** ▮▮▮▮▮▮▮▮▮▮▮▮▮
**of Reason for Purchase (D'305 AOM: Display Screen While Displaying the D'305
Image)[616]**



**Figure 55:  Summary of Value of AOM as % of Entire Phone –** ▮▮▮▮▮▮▮▮▮▮ **Survey
of Reason for Purchase (D'305 AOM: Display Screen)**



412.    Given there is a small sample warning for at least one of the general categories
for the Samsung users,[618] I have also calculated the percentages for the study average in my
schedules.  The study average results are generally similar to the Samsung user average.[619]
Given the categories that warn of the small sample size do not include any of the specific
reasons for purchase that I use to calculate the percentages above and the Samsung user

---

[616] Schedule 36.1-4T. [1.6]
[617] Schedule 36.2-4T. [1.6]
[618] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
[619] Schedules 36.1-4T and 36.2-4T. [1.6]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

percentages are relatively close to the industry average, I use the percentages for the Samsung users in my calculation of total profit.

413.   It should be noted that the inclusion of the entire value associated with the reason for purchase results in a conservative overstatement of the total profit related to the AOM.  For example, the AOM for the D'677 Patent and the D'087 Patent do not provide the entirety of the durability of the phone, color, or the phone shape / type categories.  Based on my conversation with Jin-Soo Kim, I understand that the window glass and display panel and the bezel contribute only a portion of the styling and durability of the accused smartphones. The rib design used by Samsung makes the smartphone strong and resists twisting of the phone. For example, a lot of design is in the back of the smartphone where the hand holds the smartphone. This back must not be slippery or put stress on the hand when held.[620]  Therefore, these values should be considered the maximum total profit associated with the AOMs.  Nonetheless, I have used these values in my calculations because they are the most granular data available in this approach.

414.   To determine the total profit related to the AOM, I have applied the average percentage from the two studies that I calculate above based on Samsung users to Samsung's Entire Profit on the infringing phones by design patent.   Given the ███████ reasons for purchase that are related to the D'087 Patent AOM is a subset of the reasons for purchase for the D'677 Patent AOM, the two products that infringe the D'087 Patent also infringe the D'677 Patent, and the notice date for the D'087 Patent is after the notice date for the D'677 Patent, the D'087 does not add any additional value in this approach beyond the total profit that I calculate for the D'677 AOM.

415.   Based on this approach, the total profit related to the article of manufacture to which the design is applied is calculated as follows:

---

[620] Conversation with Jin-Soo Kim on January 18, 2018.

**Figure 56: Total Profit Related to AOM –** ▮▮▮▮▮▮▮▮▮▮ **Survey of Reason for Purchase (D'305 AOM: Display Screen While Displaying the D'305 Image)**[621]



| Product | Total Profit Related to the AOM | | | | Sum of Total Profit for All AOMs |
| --- | --- | --- | --- | --- | --- |
| | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | |
| Fascinate | | | | | |
| Galaxy S 4G | | | | | |
| Mesmerize | | | | | |
| Showcase / Galaxy S Showcase (i500) | | | | | |
| Vibrant | | | | | |
| Captivate | | | | | |
| Continuum | | | | | |
| Droid Charge | | | | | |
| Epic 4G | | | | | |
| Galaxy S II 2 (AT&T) | | | | | |
| Gem | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | |
| Indulge | | | | | |
| Infuse 4G | | | | | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | | | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | | | | | |
| **Samsung's Profits After Deductible Expenses** | | | | | |
| **Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)** | | | | | |

416.     Alternatively, the total profit related to the article of manufacture to which the design is applied when the D'305 AOM is the display screen is calculated as follows:

---

[621] Schedule 3.4-4T. [1.6]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 57: Total Profit Related to AOM –** ████████████████ **Survey of Reason for Purchase (D'305 AOM: Display Screen)**

| Product | Total Profit Related to the AOM | | | | Sum of Total Profit for All AOMs |
| --- | --- | --- | --- | --- | --- |
| | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | |
| Fascinate | | | | | |
| Galaxy S 4G | | | | | |
| Mesmerize | | | | | |
| Showcase / Galaxy S Showcase (i500) | | | | | |
| Vibrant | | | | | |
| Captivate | | | | | |
| Continuum | | | | | |
| Droid Charge | | | | | |
| Epic 4G | | | | | |
| Galaxy S II 2 (AT&T) | | | | | |
| Gem | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | |
| Indulge | | | | | |
| Infuse 4G | | | | | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | | | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | | | | | |
| **Samsung's Profits After Deductible Expenses** | | | | | |
| **Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)** | | | | | |

417.    When the total related to the article of manufacture to which the design is applied is calculated excluding the white Galaxy S II phones, the total profit is calculated as follows:

---

[622] Schedule 3.5-4T. [1.6]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 58: Total Profit Related to AOM (Excluding White Galaxy S II Phones) –** ███████ **Survey of Reason for Purchase (D'305 AOM: Display Screen While Displaying the D'305 Image)**[623]

| Product | Total Profit Related to the AOM | | | | Sum of Total Profit for All AOMs |
|---|---|---|---|---|---|
| | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | |
| Fascinate | | | | | |
| Galaxy S 4G | | | | | |
| Mesmerize | | | | | |
| Showcase / Galaxy S Showcase (i500) | | | | | |
| Vibrant | | | | | |
| Captivate | | | | | |
| Continuum | | | | | |
| Droid Charge | | | | | |
| Epic 4G | | | | | |
| Galaxy S II 2 (AT&T) | | | | | |
| Gem | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | |
| Indulge | | | | | |
| Infuse 4G | | | | | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | | | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | | | | | |
| **Samsung's Profits After Deductible Expenses** | | | | | |
| **Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)** | | | | | |

[623] Schedule 3.14-4T. [1.6]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 59:  Total Profit Related to AOM (Excluding White Galaxy S II Phones) – ▮▮▮▮▮▮ ▮▮▮▮▮ Survey of Reason for Purchase (D'305 AOM: Display Screen)**



418.    J.D. Power and Associates has conducted Wireless Smartphone Satisfaction Studies to understand attitudes, experiences and behavioral characteristics of smartphone users and determine factors that impact customer satisfaction across smartphone user segments.[625]  In my prior reports, I used these studies to calculate the value of design of a phone as a percentage of the value of the phone, using studies dated March 2011 and

---

[624] Schedule 3.15.4T. [1.6]

[625] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

November 2011.[626] 

419.    The November 2011 study (2011 Volume 2) reports that the study was based on "survey interviews from January through June 2011."[628]  I could not find any similar statements in the other reports that identify the date ranges that data was collected.  Given that the March 2011 report date pre-dates the damages period relevant to the 2018 Trial, I do not use that report in the calculation of the total profit.  The November 2011 study period overlaps the damages period, and the March 2012 and September 2012 study periods likely overlap the damages period.  Therefore, my analysis focuses on these three J.D. Power and Associates studies for this approach.

420.    

---

[626] J.D. Power: 2011 Wireless Consumer Smartphone Satisfaction Study(SM) Volume I - Management Report, March 2011, SAMNDCA10246338-445. [13.9] *See also* J.D. Power and Associates 2011 U.S. Wireless Mobile Phone Study Results Presentation Volume 2, November 14, 2011, SAMNDCA00282033-088. [13.7]

[627] ███████████████████████████████████████████████████

[628] J.D. Power and Associates 2011 U.S. Wireless Mobile Phone Study Results Presentation Volume 2, November 14, 2011, SAMNDCA00282033-088 at '035. [13.7]

[629] ███████████████████████████████████████████████████

**Figure 60:  Smartphone Factors and Attributes[632]**



421. ███████████████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████████████

███  ███████████████████████████████
█████████████████████████████ ███████
███████████████████████████ █ ████████
████████████████████████████████████
████████████████████████████████████

---

[632] J.D. Power and Associates 2011 U.S. Wireless Mobile Phone Study Results Presentation Volume 2, November 14, 2011, SAMNDCA00282033-088 at '035 and '062. [13.7]

[633] Schedule 37.5-4T. [1.6]

[634] J.D. Power and Associates 2011 U.S. Wireless Mobile Phone Study Results Presentation Volume 2, November 14, 2011, SAMNDCA00282033-088. [13.7] ████████████

█████████████████████████████████

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order



the AOM.[635]

423.



Therefore, I calculate and apply Dr. Reibstein's weights for the category based on his calculations summarized in his Exhibits.[638]

424.

. I use the following factors and attributes in my analysis:[639]

- D'677 Patent: Style/Design / Phone Shape/Type; Style/Design / Color; Style/Design / Durability of Phone; and Style/Design / Other.

- D'087 Patent: Style/Design / Phone Shape/Type; Style/Design / Color; Style/Design / Durability of Phone; and Style/Design / Other.

- D'305 Patent (Display Screen While Displaying the D'305 Image): Phone Operation / Easy to Understand/Navigate Menu System, broken down further to "App Menu Screens" by applying weights from Dr. Reibstein's survey.

- D'305 Patent (Display Screen): Style/Design / Quality of Display Screen.

425.   I include the same factors and attributes in my analysis of the November 2011 /



---

[635]
[636] Schedule 37.3-4T. [1.6]
[637] Reibstein Report, pp. 117-118.
[638] Schedule 37.3-4T and 37.4-4T. [1.6]
[639] Schedule 37.3-4T and 37.4-4T. [1.6]
[640] Schedule 37.3-4T and 37.4-4T. [1.6]

████████████████ for the factors and attributes related to the AOMs results in the following estimates of the value of the AOM as a percentage of the entire phone:

**Figure 61:  Summary of Value of AOM as % of Entire Phone –** █████████████████ **Model of Importance of Attributes (D'305 AOM: Display Screen While Displaying the D'305 Image)[641]**



**Figure 62:  Summary of Value of AOM as % of Entire Phone –** █████████████████ **Model of Importance of Attributes (D'305 AOM: Display Screen)**



426.    It should be noted that the inclusion of the entire value associated with these factors and attributes results in a conservative overstatement of the total profit related to the AOM.  For example, the AOM for the D'677 Patent and the D'087 Patent do not provide the entirety of the strength and durability or the styling of the wireless phone.

427.    Based on my conversation with Jin-Soo Kim, I understand that the window glass and display panel and the bezel contribute only a portion of the styling and durability of the accused smartphones. The rib design used by Samsung makes the smartphone strong and resists twisting of the phone. For example, a lot of design is in the back of the smartphone where the hand holds the smartphone. This back must not be slippery or put stress on the hand

---

[641] Schedule 37.1-4T. [1.6]
[642] Schedule 37.2-4T. [1.6]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

when held.[643]   Therefore, these values should be considered the maximum total profit associated with the AOMs.  Nonetheless, I have used these values in my calculations because they are the most granular data available in this approach.

428.   To determine the total profit related to the AOM, I have applied the average percentage from the two studies that I calculate above to Samsung's Entire Profit on the infringing phones by design patent. ███████████████████████ ███████████████████████████████████, the two products that infringe the D'087 Patent also infringe the D'677 Patent, and the notice date for the D'087 Patent is after the notice date for the D'677 Patent, the D'087 does not add any additional value in this approach beyond the total profit that I calculate for the D'677 AOM.

429.   Based on this approach, the total profit related to the article of manufacture to which the design is applied is calculated as follows:

**Figure 63:  Total Profit Related to AOM – J.D. Power and Associates Model of Importance of Attributes (D'305 AOM: Display Screen While Displaying the D'305 Image)[644]**

| Product | Total Profit Related to the AOM | | | | Sum of Total Profit for All AOMs |
| | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | |
| --- | --- | --- | --- | --- | --- |
| Fascinate | | | | | |
| Galaxy S 4G | | | | | |
| Mesmerize | | | | | |
| Showcase / Galaxy S Showcase (i500) | | | | | |
| Vibrant | | | | | |
| Captivate | | | | | |
| Continuum | | | | | |
| Droid Charge | | | | | |
| Epic 4G | | | | | |
| Galaxy S II 2 (AT&T) | | | | | |
| Gem | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | |
| Indulge | | | | | |
| Infuse 4G | | | | | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | | | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | | | | | |
| **Samsung's Profits After Deductible Expenses** | | | | | |
| **Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)** | | | | | |

---

[643] Conversation with Jin-Soo Kim on January 18, 2018.
[644] Schedule 3.6-4T. [1.6]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 64: Total Profit Related to AOM – ███████████ Model of Importance of Attributes (D'305 AOM: Display Screen While Displaying the D'305 Image)[645]**

| | Total Profit Related to the AOM | | | | |
|---|---|---|---|---|---|
| Product | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | Sum of Total Profit for All AOMs |
| Fascinate | | | | | |
| Galaxy S 4G | | | | | |
| Mesmerize | | | | | |
| Showcase / Galaxy S Showcase (i500) | | | | | |
| Vibrant | | | | | |
| Captivate | | | | | |
| Continuum | | | | | |
| Droid Charge | | | | | |
| Epic 4G | | | | | |
| Galaxy S II 2 (AT&T) | | | | | |
| Gem | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | |
| Indulge | | | | | |
| Infuse 4G | | | | | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | | | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | | | | | |
| **Samsung's Profits After Deductible Expenses** | | | | | |
| **Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)** | | | | | |

430.    When the total profit related to the article of manufacture to which the design is applied is calculated excluding the white Galaxy S II phones, the total profit is calculated as follows:

---

[645] Schedule 3.7-4T. [1.6]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 65:  Total Profit Related to AOM (Excluding White Galaxy S II Phones) – ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮ Model of Importance of Attributes (D'305 AOM: Display Screen While
Displaying the D'305 Image)[646]**

| | Total Profit Related to the AOM | | | | |
|---|---|---|---|---|---|
| Product | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | Sum of Total Profit for All AOMs |
| Fascinate | | | | | |
| Galaxy S 4G | | | | | |
| Mesmerize | | | | | |
| Showcase / Galaxy S Showcase (i500) | | | | | |
| Vibrant | | | | | |
| Captivate | | | | | |
| Continuum | | | | | |
| Droid Charge | | | | | |
| Epic 4G | | | | | |
| Galaxy S II 2 (AT&T) | | | | | |
| Gem | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | |
| Indulge | | | | | |
| Infuse 4G | | | | | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | | | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | | | | | |
| **Samsung's Profits After Deductible Expenses** | | | | | |
| **Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)** | | | | | |

---

[646] Schedule 3.16-4T. [1.6]

189

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 66:  Total Profit Related to AOM (Excluding White Galaxy S II Phones) – ███████**
**███████ Model of Importance of Attributes (D'305 AOM: Display Screen)**

| | Total Profit Related to the AOM | | | | |
| Product | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | Sum of Total Profit for All AOMs |
|---|---|---|---|---|---|
| Fascinate | | | | | |
| Galaxy S 4G | | | | | |
| Mesmerize | | | | | |
| Showcase / Galaxy S Showcase (i500) | | | | | |
| Vibrant | | | | | |
| Captivate | | | | | |
| Continuum | | | | | |
| Droid Charge | | | | | |
| Epic 4G | | | | | |
| Galaxy S II 2 (AT&T) | | | | | |
| Gem | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | |
| Indulge | | | | | |
| Infuse 4G | | | | | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | | | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | | | | | |
| **Samsung's Profits After Deductible Expenses** | | | | | |
| **Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)** | | | | | |

### (4)  Component Cost Approach

431.    One of the three primary methods of valuation is the cost approach.[647]   Indeed, Ms. Davis (and Mr. Musika before her) uses the cost approach as one of the three approaches considered in her evaluation of a reasonable royalty in this matter.[649]

432.    Samsung lists the components that map to the AOM in SAMNDCA30000055.[650] Using SEC's bill of materials information,[651] it is possible to determine the cost (by month) of the components that make up the infringing smartphones.  I understand that the glass front face of the phone (or window glass) and the display screen (or display panel) are both components of

---

[647] Schedule 3.17-4T. [1.6]

[648] American Institute of Certified Public Accounts, Inc., "Valuation Services, VS Section 100," pp. 10-12, <https://www.aicpa.org/InterestAreas/ForensicAndValuation/Resources/Standards/DownloadableDocuments/SSVS_Full_Version.pdf>, accessed January 29, 2018. [24.29]

[649] Davis 2018 Report, pp. 81-82. [2.2]

[650] SAMNDCA30000055_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.xls.

[651] SAMNDCA30000054_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.xls. *See also* Deposition of Dongwook Kim, December 22, 2017, pp. 53-55, 62-73, 87-91. [23.5]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 72:  Total Profit Related to AOM (Excluding White Galaxy S II Phones) – Component Cost Approach Based on STA Window Glass Data (D'305 AOM: Display Screen)[687]**



| Product | Total Profit Related to the AOM | | | | Sum of Total Profit for All AOMs |
| | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | |
|---|---|---|---|---|---|
| Fascinate | | | | | |
| Galaxy S 4G | | | | | |
| Mesmerize | | | | | |
| Showcase / Galaxy S Showcase (i500) | | | | | |
| Vibrant | | | | | |
| Captivate | | | | | |
| Continuum | | | | | |
| Droid Charge | | | | | |
| Epic 4G | | | | | |
| Galaxy S II 2 (AT&T) | | | | | |
| Gem | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | |
| Indulge | | | | | |
| Infuse 4G | | | | | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | | | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | | | | | |
| **Samsung's Profits After Deductible Expenses** | | | | | |
| **Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)** | | | | | |

### (5)   Nielsen Survey of Smartphone Purchase Drivers

452.   

453.     I understand that Dr. Reibstein has reviewed this survey, and it is his opinion that the Nielsen survey "can also be used to assess the value of the features associated with the

---

[687] Schedule 3.19-4T. [1.6]

[688] 

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

AOM identified in Samsung's interrogatory responses."[690]  Therefore, I also use the percentages from the Nielsen survey to calculate a value for the total profit related to the AOM.

454. ██████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████

455.    The study summarizes its results as follows:



456.    Amongst the purchase drivers listed, the driver that lines up most closely with the D'305 AOM is the███████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

---

[690] Reibstein Report, pp. 115, footnote 425.  *See also* pp. 51-53.
[691] ████████████████████████████████████████

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

████████████████   This survey does not provide a method to directly value the D'305 AOM when the AOM is the display screen while displaying the D'305 image.

457.    It should be noted that the inclusion of the entire value associated with the "Design / Style / Form factor" for the D'677 and D'087 AOM likely results in a conservative overstatement of the total profit related to the AOM given that not all of the value of design / style / form factor derives from the D'677 and D'087 AOMs.  Therefore, these values are likely the maximum total profit associated with these AOMs.  Nonetheless, I have used these values in my calculations because they are the most granular data available in this approach.

458.    To determine the total profit related to the AOM, I have applied the percentages summarized above to Samsung's Entire Profit on the infringing phones by design patent.  Given the purchase drivers that are related to the D'087 Patent AOM and the D'677 Patent AOM are identical, the two products that infringe the D'087 Patent also infringe the D'677 Patent, and the notice date for the D'087 Patent is after the notice date for the D'677 Patent, the D'087 does not add any additional value in this approach beyond the total profit that I calculate for the D'677 AOM.

459.    Based on this approach, the total profit related to the article of manufacture to which the design is applied is calculated as follows:

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 74:  Total Profit Related to AOM -** ▮▮▮▮▮▮▮▮ **of Smartphone Purchase Drivers (D'305 AOM: Display Screen)**[692]

| Product | Total Profit Related to the AOM | | | | Sum of Total Profit for All AOMs |
| --- | --- | --- | --- | --- | --- |
| | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | |
| Fascinate | | | | | |
| Galaxy S 4G | | | | | |
| Mesmerize | | | | | |
| Showcase / Galaxy S Showcase (i500) | | | | | |
| Vibrant | | | | | |
| Captivate | | | | | |
| Continuum | | | | | |
| Droid Charge | | | | | |
| Epic 4G | | | | | |
| Galaxy S II 2 (AT&T) | | | | | |
| Gem | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | |
| Indulge | | | | | |
| Infuse 4G | | | | | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | | | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | | | | | |
| **Samsung's Profits After Deductible Expenses** | | | | | |
| **Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)** | | | | | |

460.    When the total related to the article of manufacture to which the design is applied is calculated excluding the white Galaxy S II phones, the total profit is calculated as follows:

---

[692] Schedule 3.10-4T. [1.6]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 75:  Total Profit Related to AOM (Excluding White Galaxy S II Phones) -** ███████
**of Smartphone Purchase Drivers (D'305 AOM: Display Screen)**[693]



| Product | Total Profit Related to the AOM | | | | Sum of Total Profit for All AOMs |
| --- | --- | --- | --- | --- | --- |
| | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | |
| Fascinate | | | | | |
| Galaxy S 4G | | | | | |
| Mesmerize | | | | | |
| Showcase / Galaxy S Showcase (i500) | | | | | |
| Vibrant | | | | | |
| Captivate | | | | | |
| Continuum | | | | | |
| Droid Charge | | | | | |
| Epic 4G | | | | | |
| Galaxy S II 2 (AT&T) | | | | | |
| Gem | | | | | |
| Hercules / Galaxy S II (T-Mobile) | | | | | |
| Indulge | | | | | |
| Infuse 4G | | | | | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | | | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | | | | | |
| **Samsung's Profits After Deductible Expenses** | | | | | |
| **Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)** | | | | | |

## (6)  Conclusion with respect to approaches to calculate the Total Profits Related to the AOM

461.    As discussed above, I have used several approaches to calculate specific values for the total profits related to the AOMs for the design patents at issue.  The Figures below summarize the approaches (varying based on whether the D'305 AOM is either the display screen while displaying the D'305 image or the display screen, and based on whether white Galaxy S II phones are included or excluded).

---

[693] Schedule 3.20-4T. [1.6]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

**Figure 79:  Summary of Total Profit Related to AOM (Excluding White Galaxy S II Phones) when D'305 AOM is the Display Screen[697]**

| | Total Profit Related to the AOM | | | | |
|---|---|---|---|---|---|
| Approach | D'305 | D'677 | D'087 Overlapping with D'677 AOM | D'087 Not Overlapping with D'677 AOM | Sum of Total Profit for All AOMs |

*Methods to Calculate Total Profit for All AOMs (D'305 AOM: Display Screen)*

Samsung's Profits After Deductible Expenses



Samsung's Profits After Deductible Expenses (Excluding Negative Amounts)



462.    Based on my analysis and discussion above, and my conversation with Dr. Reibstein,[698] it is my opinion that Dr. Reibstein's survey provides the best indicator of value for the specific AOMs at issue, given that it provides the most granular level of features that are being valued.   However, all of the approaches above provide reasonable values for the total profits related to the AOMs to which the approaches are valuing.   For the approaches that value the D'305 AOM as a display screen, these values would provide an upper bound under that approach for the value of the D'305 AOM when displaying the D'305 image, given that the value

---

[697] Schedule 3.1-B-4T. [1.6]
[698] Conversation with David Reibstein, Ph.D., January 29, 2018.

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

of a display screen would be higher than the value of that same display screen when displaying a particular image.

### b)   Corroborating Quantitative Evidence

463.   In this section, I discuss quantitative evidence that corroborates the specific approaches that are described in the previous section.  It is my opinion that these approaches corroborate the calculations that I've used to calculate the total profit related to the AOM.

### (1)   Strategy Analytics Survey of Feature Priority List

464.



Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

### (6)  Evidence Indicating App Screen is Small Aspect of the Display Screen

562.    I've reviewed two data points indicating that the app screen found to infringe the D'305 Patent is a relatively small aspect of the different images and uses made of a display screen.  First, I understand that Dr. Reibstein has performed a calculation that indicates at most between 1.8% and 2.4% of the time that smartphone users spend on their phone is spent navigating the app menus.[851]  Given that not all the time spent opening applications would involve the app screen,[852] this data suggests that smartphone users spend a very small fraction of their time on the app screen.

563.    Second, Samsung has produced a large number of files that discuss the different screens used for the GUI and system applications.  I have summarized these files at a high level at Schedule 45.1-4T at Volume 1, Tab 6 of my Report.  The high level categories that Samsung's documents cover include the calculator, daily briefing, Android widgets, quick panel, TMO widgets, music, camera and camcorder, clock, dictionary, eBook, email, instant messaging, call logs, media browser, memo, menu & homescreen (which includes the app screen), message, my files, phonebook, text input, unified messages, quick panel, and winset.[853]  The large number of screens included in these presentations, along with the wide range of system applications included on Samsung's phones, demonstrates the relatively limited value contributed by the D'305 image.

564.    Both of these data points corroborate the relatively small value that the D'305 AOM based on the display screen when showing the D'305 image makes up as compared to the alternative D'305 AOM based on the display screen.

### C.  Opinions Regarding Reasonable Royalty Rate

### 1.  Basic Framework for Calculating Reasonable Royalty Damages for Patent Infringement

565.    The determination of damages for patent infringement is defined in Section 284 of U.S. Title 35, which states that "the court shall award the claimant damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the infringer, together with interest and costs as fixed by the court."  A

---

[851] Reibstein Report, pp. 96-97.
[852] Reibstein Report, p. 97.
[853] Schedule 45.1-4T. [1.6]

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

Michael J. Wagner