ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S MOTION TO WITHDRAW INCORRECTLY FILED DOCUMENT [DOCKET NO. 3589]** |

Apple Inc. ("Apple") hereby moves to withdraw the Administrative Motion to File Under Seal and attachments thereto (Docket No. 3589), submitted electronically on February 22, 2018.

The Administrative Motion to file Under Seal and attachments thereto (Dkt. 3589) were intended to be filed in Case No. 12-0630, between the same parties, and were inadvertently filed in the above-captioned matter. Because Docket No. 3589 was not intended to be filed in this case, none of the parties will be affected by Apple's request that the document be removed from the docket in this case.

For the foregoing reasons, Apple, Inc. respectfully requests that the Court grant Apple's Motion To Withdraw Incorrectly Filed Document [Docket No. 3589] and permanently remove Docket No. 3589 from the court records in this case.

Dated: February 23, 2018

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Mark D. Selwyn
MARK D. SELWYN

Attorneys for Plaintiff and Counterclaim-Defendant
APPLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 23, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

/s/ Mark D. Selwyn
Mark D. Selwyn