UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT [DOCKET NO. 3589]** |

[Proposed] Order
Case No. 11-cv-01846-LHK

1  THE COURT, having considered Apple's Motion to Withdraw Incorrectly Filed
2  Document [Docket No. 3589], HEREBY GRANTS Apple's motion.
3
4  **IT IS SO ORDERED.**
5  Dated: February 23, 2018
6
7  *Lucy H. Koh*
   Hon. Lucy H. Koh
8  United States District Court Judge