QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF MARK GRAY IN SUPPORT OF SAMSUNG'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Date:** March 29, 2018<br>**Time:** 1:30 p.m.<br>**Place:** Courtroom 8, 4th Floor<br>**Judge:** Hon. Lucy H. Koh |

I, Mark Gray, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").[1]  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit A. is a true and correct copy of a document designated as JX1043 for the 2012 jury trial.

3. Attached as Exhibit B. is a true and correct copy of a document designated as JX1041 for the 2012 jury trial.

4. Attached as Exhibit C. is a true and correct copy of a document designated as JX1042 for the 2012 jury trial.

5. Attached as Exhibit D. is a true and correct copy of the Opening Expert Report of Alan D. Ball Regarding "Article of Manufacture" For The Samsung Products Found To Infringe U.S. Patents D618,677 and D593,087," dated January 15, 2018.

6. Attached as Exhibit E. is a true and correct copy of the Expert Report of Susan Kare Regarding "Article of Manufacture" For The  Samsung Products Found To Infringe U.S. Patent D604,305", dated January 15, 2018.

7. Attached as Exhibit F. is a true and correct copy of  the Brief for The United States As Amicus Curiae Supporting Neither Party dated June 2016 filed in *Samsung Electronics Co., Ltd v. Apple Inc.*, United States Supreme Court,  No. 15-777.

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

1  8.  Attached as Exhibit G. are true and correct copies of excerpts from the transcript of
2  the deposition of DongWook Kim on December 22, 2017.
3  9.  Attached as Exhibit H. are true and correct copies of excerpts from the transcript of
4  the deposition of Timothy Sheppard on December 14, 2017.
5  10.  Attached as Exhibit I. is a true and correct copy of a document bearing Bates
6  numbers SAMNDCA30007944- SAMNDCA30008049.
7  11.  Attached as Exhibit J. is a true and correct copy of a document bearing Bates
8  numbers SAMNDCA30004595- SAMNDCA30005046.
9  12.  Attached as Exhibit K. is a true and correct copy of a document bearing Bates
10  numbers S-ITC-003710796-S-ITC-003711204.
11  13.  Attached as Exhibit L. is a true and correct copy of a document bearing Bates
12  numbers S-ITC-003711458-S-ITC-003711557.
13  14.  Attached as Exhibit M. is a true and correct copy of a document bearing Bates
14  numbers S-ITC-003712934-S-ITC-003713028.
15  15.  Attached as Exhibit N. is a true and correct copy of a document bearing Bates
16  numbers S-ITC-003714501-S-ITC-003714586.
17  16.  Attached as Exhibit O. is a true and correct copy of Apple's Response to Samsung's
18  Interrogatory No. 72, dated March 10, 2012.
19  17.  Attached as Exhibit P. is a true and correct copy of a document that is a collection of
20  excerpts of documents produced by Samsung.
21  18.  Attached as Exhibit Q. is a true and correct copy of the Reply Expert Report of Alan
22  D. Ball Regarding "Article of Manufacture" For The Samsung Products Found To Infringe U.S.
23  Patents D618,677 and D593,087, dated February 9, 2018.
24  19.  Attached as Exhibit R. is a true and correct copy of the Reply Expert Report of Susan
25  Kare Regarding "Article of Manufacture" For The Samsung Products Found To Infringe U.S.
26  Patent D604,305, dated February 9, 2018.
27
28

-2-   Case No. 11-cv-01846-LHK (PSG)
DECLARATION OF MARK GRAY IN SUPPORT OF SAMSUNG'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

20. Attached as Exhibit S. are true and correct copies of excerpts from the transcript of the deposition of Alan D. Ball on February 13, 2018.

21. Attached as Exhibit T. are true and correct copies of excerpts from the transcript of the deposition of Susan Kare on February 16, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2018, at Redwood Shores, California.

*/s/ Mark Gray*
Mark Gray

-3-   Case No. 11-cv-01846-LHK (PSG)
DECLARATION OF MARK GRAY IN SUPPORT OF SAMSUNG'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

**Local Rule 5-1(i)(3) Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being utilized for the filing of this document. I attest that Mark Gray has consented in the filing of this declaration.

Executed on February 23, 2018 at Redwood Shores, CA.


By  */s/ Victoria F. Maroulis*
    Victoria F. Maroulis