# EXHIBIT H

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                SAN JOSE DIVISION

4            CASE NO. 11-CV-01846-LHK

5   ----------------------------------------X

6   APPLE INC., A CALIFORNIA CORPORATION,      :

7          PLAINTIFF,                          :

8                                              :

9   VS                                         :

10                                             :

11  SAMSUNG ELECTRONICS CO., LTD., A KOREAN     :

12  BUSINESS ENTITY; SAMSUNG ELECTRONICS       :

13  AMERICA, INC., A NEW YORK CORPORATION;      :

14  SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,    :

15  A DELAWARE LIMITED LIABILITY COMPANY,      :

16          DEFENDANTS.                         :

17  ----------------------------------------x

18       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

19       Videotaped deposition of TIMOTHY SHEPPARD

20            THURSDAY, DECEMBER 14, 2017

21                   9:08 A.M.

22

23  JOB NO.: 169877

24  PAGES: 1 - 183

25  REPORTED BY:  RONALD R. COPE, CSR, RPR, CRR, CLR

| | | |
|---|---|---|
| 1 | A  No.  Neither of those gentlemen did. | 09:31:02 |
| 2 | Q  I take it.  So -- I'm not looking for | 09:31:04 |
| 3 | substance, but everything that you know in the | 09:31:07 |
| 4 | world about the term "article of manufacture" | 09:31:09 |
| 5 | comes from discussion with counsel? | 09:31:12 |
| 6 | A  That is correct. | 09:31:14 |
| 7 | Q  Were you speaking -- I'm going to get the | 09:31:16 |
| 8 | pronunciation wrong now.  Maybe you can give me a | 09:31:25 |
| 9 | spelling for the gentleman -- | 09:31:28 |
| 10 | A  C-h-o-n. | 09:31:29 |
| 11 | Q  C-h-o-n. | 09:31:31 |
| 12 | A  Yes.  Just say Chris.  Much easier. | 09:31:33 |
| 13 | Q  Much easier.  I'll appreciate that.  Thank | 09:31:36 |
| 14 | you. | 09:31:41 |
| 15 | Chris, did you speak to him in order to | 09:31:41 |
| 16 | become informed on one of the topics you're being | 09:31:42 |
| 17 | designated on for Samsung? | 09:31:45 |
| 18 | MR. ANDERSON:  I'm going to object and | 09:31:47 |
| 19 | caution the witness not to reveal the contents of | 09:31:48 |
| 20 | any privileged communications.  You can speak to | 09:31:50 |
| 21 | the information you received from Chris. | 09:31:53 |
| 22 | A  I did talk to Chris about some financial | 09:31:59 |
| 23 | data. | 09:32:02 |
| 24 | Q  (BY MR. OLSON)  Okay.  Can you -- can you | 09:32:02 |
| 25 | describe, at least briefly for me, what -- that | 09:32:06 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    26

| | | |
|---|---|---|
| 1 | financial data you were talking to Chris about. | 09:32:08 |
| 2 |    A  I wanted Chris to explain and confirm my | 09:32:10 |
| 3 | understanding of the data.  I believe I had a good | 09:32:15 |
| 4 | understanding of the data before talking to him, | 09:32:19 |
| 5 | but he confirmed my understanding. | 09:32:21 |
| 6 |    Q  Okay.  Was it a specific spreadsheet or | 09:32:23 |
| 7 | multiple spreadsheets? | 09:32:26 |
| 8 |    A  Multiple spreadsheets. | 09:32:28 |
| 9 |    Q  All right.  Do you have a general | 09:32:31 |
| 10 | recollection of the contents of those | 09:32:32 |
| 11 | spreadsheets? | 09:32:34 |
| 12 |    A  General, yes. | 09:32:35 |
| 13 |    Q  What are those? | 09:32:37 |
| 14 |    A  That they are details of sales of -- and | 09:32:38 |
| 15 | usage of individual components used in repairing | 09:32:44 |
| 16 | devices in the US market. | 09:32:47 |
| 17 |    Q  Okay.  Anything else with Chris? | 09:32:49 |
| 18 |    A  I believe that's it. | 09:32:57 |
| 19 |    Q  All right.  What was the purpose of | 09:32:57 |
| 20 | talking to the other gentleman? | 09:33:02 |
| 21 |    A  The other gentleman, he had done some work | 09:33:05 |
| 22 | to disassemble some phones, and I wanted to | 09:33:11 |
| 23 | confirm how he went about that work. | 09:33:16 |
| 24 |    Q  There are next to you four boxes.  Did you | 09:33:20 |
| 25 | see those boxes or the contents of them yesterday | 09:33:34 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    27

| | | |
|---|---|---|
| 1 | in any way? | 09:33:37 |
| 2 | MR. ANDERSON:  I'm just going to object to | 09:33:38 |
| 3 | form asking about the contents of closed boxes. | 09:33:44 |
| 4 | MR. OLSON:  I'm happy to have you take a | 09:33:46 |
| 5 | look at them.  No problem at all. | 09:33:48 |
| 6 | MR. ANDERSON:  Well, ask the question you | 09:33:49 |
| 7 | want, but as to asking about the contents of | 09:33:51 |
| 8 | closed boxes -- | 09:33:53 |
| 9 | Q  (BY MR. OLSON)  Let me ask it this way: | 09:33:55 |
| 10 | Did you look at -- did you look at a physical -- | 09:33:57 |
| 11 | any physical objects that were parts of a phone | 09:34:00 |
| 12 | yesterday? | 09:34:01 |
| 13 | A  Yes. | 09:34:02 |
| 14 | Q  All right.  For how long? | 09:34:04 |
| 15 | A  15, 20 minutes, I think. | 09:34:06 |
| 16 | Q  Was that the first time you had seen them | 09:34:10 |
| 17 | before? | 09:34:11 |
| 18 | A  No.  In my role as the -- my prior role as | 09:34:12 |
| 19 | repair operations, I saw millions of devices in | 09:34:17 |
| 20 | separation -- in a state of repair. | 09:34:22 |
| 21 | Q  Okay.  What was the purpose of looking at | 09:34:26 |
| 22 | the physical objects yesterday? | 09:34:29 |
| 23 | MR. ANDERSON:  Objection.  I'll caution | 09:34:30 |
| 24 | the witness not to reveal the contents of any | 09:34:33 |
| 25 | privileged communications.  I'm not -- in fact, I | 09:34:37 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                         28

| | | |
|---|---|---|
| 1 | think I'm going to instruct you not to answer.  I | 09:34:40 |
| 2 | don't think you can say what the purpose was.  You | 09:34:43 |
| 3 | can say what you did, what you saw. | 09:34:44 |
| 4 | Q   (BY MR. OLSON)   Okay.   What did you see | 09:34:46 |
| 5 | yesterday? | 09:34:54 |
| 6 | A   It was a device broken down into the -- | 09:34:54 |
| 7 | into the component level that it would typically | 09:34:57 |
| 8 | be repaired at, at probably a Level-2-type repair. | 09:35:00 |
| 9 | Q   Okay.   Which device? | 09:35:05 |
| 10 | A   If I recall, it was a T-Mobile device but | 09:35:08 |
| 11 | I can't remember which one it was. | 09:35:18 |
| 12 | Q   Okay.   Was it just one device or was it | 09:35:19 |
| 13 | multiple devices? | 09:35:20 |
| 14 | A   It was just one. | 09:35:21 |
| 15 | Q   And I take it -- what was the other | 09:35:22 |
| 16 | gentleman's name so I can get it right? | 09:35:24 |
| 17 | A   Bob Nelson. | 09:35:26 |
| 18 | Q   Bob Nelson.   I take it Mr. Nelson had been | 09:35:26 |
| 19 | the one who had taken it apart? | 09:35:28 |
| 20 | A   He had taken -- he had done part of the | 09:35:32 |
| 21 | work, and he required some assistance to complete | 09:35:34 |
| 22 | the process. | 09:35:36 |
| 23 | Q   From whom did he need assistance? | 09:35:37 |
| 24 | A   A third-party company. | 09:35:40 |
| 25 | Q   Okay.   Is Mr. Nelson a qualified | 09:35:42 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    29

| | | |
|---|---|---|
| 1 | repairperson? | 09:35:48 |
| 2 |    A  Yes. | 09:35:49 |
| 3 |     MR. ANDERSON:  Objection. | 09:35:50 |
| 4 |    Q  (BY MR. OLSON)  Why did he need | 09:35:51 |
| 5 | assistance? | 09:35:53 |
| 6 |    A  Some of the work required some specialist | 09:35:54 |
| 7 | equipment to perform some separation of what would | 09:35:56 |
| 8 | ultimately be a repair. | 09:36:01 |
| 9 |    Q  What was the objective of taking -- what | 09:36:03 |
| 10 | was Mr. Nelson's objective in taking apart the | 09:36:06 |
| 11 | phone? | 09:36:09 |
| 12 |     MR. ANDERSON:  Objection, lacks | 09:36:09 |
| 13 | foundation. | 09:36:12 |
| 14 |    A  I don't think I can answer that without | 09:36:25 |
| 15 | revealing discussions with counsel. | 09:36:27 |
| 16 |    Q  (BY MR. OLSON)  Okay.  Did -- Mr. Nelson | 09:36:33 |
| 17 | didn't tell you why he was taking apart the phone? | 09:36:35 |
| 18 |    A  I didn't ask him, no. | 09:36:38 |
| 19 |    Q  Okay.  Did he tell you whether or not he | 09:36:39 |
| 20 | had done it at the request of counsel? | 09:36:46 |
| 21 |     MR. ANDERSON:  Caution the witness, but | 09:36:50 |
| 22 | you can answer that "yes" or "no." | 09:36:52 |
| 23 |    A  I don't recall if he told me that or not. | 09:36:55 |
| 24 |    Q  (BY MR. OLSON)  It's your understanding | 09:37:00 |
| 25 | that that's why he had done it, though, correct? | 09:37:02 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    30

| | | |
|---|---|---|
| 1 | MR. ANDERSON:  Objection, lacks | 09:37:05 |
| 2 | foundation, asked and answered. | 09:37:07 |
| 3 | To the extent it calls for privileged | 09:37:08 |
| 4 | communications with counsel, I instruct you not to | 09:37:11 |
| 5 | answer. | 09:37:12 |
| 6 | A  I decline to answer that question. | 09:37:15 |
| 7 | Q  (BY MR. OLSON)  Because the only thing you | 09:37:16 |
| 8 | know about that is what counsel told you? | 09:37:19 |
| 9 | A  Correct. | 09:37:21 |
| 10 | Q  I may have asked this before.  Did you | 09:37:24 |
| 11 | talk to anyone else yesterday? | 09:37:33 |
| 12 | A  No. | 09:37:35 |
| 13 | Q  Previously when you have been deposed you | 09:37:35 |
| 14 | said you had access to the SAP system.  Do you | 09:37:44 |
| 15 | continue to have access to the SAP system? | 09:37:47 |
| 16 | A  I do, yes. | 09:37:49 |
| 17 | Q  Is it limited in some way? | 09:37:51 |
| 18 | A  My access is -- has always been limited in | 09:37:54 |
| 19 | some way. | 09:37:59 |
| 20 | Q  One of the limitations before was that you | 09:38:00 |
| 21 | could not look through and see the component cost | 09:38:03 |
| 22 | for individual items that rounded up to the cost | 09:38:05 |
| 23 | of goods sold for the products made in Korea. | 09:38:09 |
| 24 | That was part of your testimony.  Do you now have | 09:38:12 |
| 25 | that access? | 09:38:14 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    31

| | | |
|---|---|---|
| 1 | A  Can you repeat that question? | 09:38:17 |
| 2 | Q  Sure.  You understand that products that | 09:38:22 |
| 3 | are shipped to the US from overseas have a certain | 09:38:27 |
| 4 | cost of goods sold associated with their | 09:38:32 |
| 5 | production overseas, correct? | 09:38:35 |
| 6 | A  That's correct. | 09:38:38 |
| 7 | Q  And there are material costs and other | 09:38:39 |
| 8 | costs that go into the cost of goods sold, of | 09:38:41 |
| 9 | making the product that's shipped to the US, | 09:38:45 |
| 10 | right? | 09:38:48 |
| 11 | A  That's correct. | 09:38:48 |
| 12 | Q  But when it's shipped to the US, it comes | 09:38:48 |
| 13 | over with a different cost of goods sold arising | 09:38:52 |
| 14 | from transfer pricing, correct? | 09:38:55 |
| 15 | MR. ANDERSON:  You can answer. | 09:38:59 |
| 16 | A  I can't remember how I described the | 09:39:09 |
| 17 | transfer pricing and the multiple times you've | 09:39:11 |
| 18 | deposed me.  I would probably have to go back and | 09:39:14 |
| 19 | look through the transcript to say exactly how I | 09:39:18 |
| 20 | described it last time.  But you're asking for | 09:39:21 |
| 21 | quite a simple answer to a long question.  If | 09:39:24 |
| 22 | you're asking can I see the component price in | 09:39:29 |
| 23 | SAP -- | 09:39:33 |
| 24 | Q  (BY MR. OLSON)  Yes. | 09:39:34 |
| 25 | A  I can see component prices for items that | 09:39:35 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    32

| | | |
|---|---|---|
| 1 | are repaired.  At least I could see them back in | 09:39:37 |
| 2 | 2012, until I changed my role out of customer | 09:39:41 |
| 3 | service.  If you're asking me can I see component | 09:39:45 |
| 4 | prices that the factory sees, then, no, I cannot | 09:39:48 |
| 5 | see that -- | 09:39:53 |
| 6 | Q  Okay. | 09:39:54 |
| 7 | A  -- in SAP. | 09:39:54 |
| 8 | Q  And can you see it not for repairs but for | 09:39:55 |
| 9 | the phones that were transferred over in 2012? | 09:40:00 |
| 10 | A  At the component level. | 09:40:03 |
| 11 | Q  Yes. | 09:40:05 |
| 12 | A  No, I -- no. | 09:40:06 |
| 13 | Q  And can you see that now? | 09:40:07 |
| 14 | A  I can now. | 09:40:09 |
| 15 | Q  I couldn't tell whether that was I can or | 09:40:12 |
| 16 | I cannot. | 09:40:15 |
| 17 | A  Let me rephrase that.  So my nuanced | 09:40:16 |
| 18 | answer is this:  To the extent that work is done | 09:40:19 |
| 19 | in the US to complete work on a phone, for | 09:40:22 |
| 20 | example, final packaging, I can see those | 09:40:25 |
| 21 | component prices.  But to the extent the assembly | 09:40:28 |
| 22 | work is done or manufacturing work is done in a | 09:40:32 |
| 23 | factory in Asia, I cannot see that work. | 09:40:35 |
| 24 | Q  All right.  So the components that are | 09:40:37 |
| 25 | assembled and put together to create a phone at a | 09:40:42 |

| | | |
|---|---|---|
| 1 | factory in Asia, you cannot see that, correct? | 09:40:45 |
| 2 | A  So I should explain.  There's two bills of | 09:40:54 |
| 3 | materials.  So there's a bill of material for | 09:40:57 |
| 4 | manufacturing; there's a bill of material for | 09:41:00 |
| 5 | repair.  For the bill of material for repair, I | 09:41:02 |
| 6 | can see that work and see that pricing, at least I | 09:41:05 |
| 7 | could in my prior role. | 09:41:07 |
| 8 | If the work for manufacturing is | 09:41:10 |
| 9 | completely done in Asia, then I won't see that | 09:41:13 |
| 10 | access to that billing material.  To the extent | 09:41:18 |
| 11 | that any of that work is done in the US and | 09:41:20 |
| 12 | components need to be purchased and sent to the | 09:41:23 |
| 13 | US, then I will see that -- those numbers. | 09:41:26 |
| 14 | Q  All right.  I want to talk about in | 09:41:28 |
| 15 | periods before June of 2012. | 09:41:31 |
| 16 | A  Uh-huh. | 09:41:33 |
| 17 | Q  Do you understand the period I'm talking | 09:41:33 |
| 18 | about? | 09:41:35 |
| 19 | A  Well, 20 -- can you be -- | 09:41:39 |
| 20 | Q  Yeah. | 09:41:42 |
| 21 | A  Yeah. | 09:41:43 |
| 22 | Q  Before June 30 of 2012.  Does that work? | 09:41:44 |
| 23 | A  Like for all time or -- | 09:41:46 |
| 24 | Q  For now I want to talk about that period | 09:41:49 |
| 25 | of time and what you could see, what information | 09:41:51 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    34

| | | |
|---|---|---|
| 1 | you had. | 09:41:55 |
| 2 | A   Oh, in 2012, it's the same answer.   So I | 09:41:56 |
| 3 | would have been able to see, to the extent any | 09:41:59 |
| 4 | work was done in the US to complete a phone, I | 09:42:01 |
| 5 | would see the bill of materials because it had to | 09:42:04 |
| 6 | be purchased and work needed to be done. | 09:42:05 |
| 7 | To the extent there was any repair work, I | 09:42:08 |
| 8 | could see completely the bill of materials.   To | 09:42:11 |
| 9 | the extent manufacturing was completed in Asia, I | 09:42:14 |
| 10 | would not see the bill of materials in SAP. | 09:42:17 |
| 11 | Q   All right.   I'm just going to try to | 09:42:20 |
| 12 | follow this through so that I have it -- have an | 09:42:22 |
| 13 | understanding. | 09:42:24 |
| 14 | A   Uh-huh. | 09:42:25 |
| 15 | Q   There was a phone known as the Galaxy S4G. | 09:42:25 |
| 16 | Do you recall that phone? | 09:42:28 |
| 17 | A   I think we have one here. | 09:42:29 |
| 18 | Q   We have part of one here, so -- but I'm | 09:42:31 |
| 19 | talking about the actual full phone. | 09:42:35 |
| 20 | A   Uh-huh. | 09:42:36 |
| 21 | Q   Do you understand there was a phone called | 09:42:37 |
| 22 | the Galaxy S4G? | 09:42:39 |
| 23 | A   I believe that was the marketing name.   I | 09:42:41 |
| 24 | don't know what the SKU number was. | 09:42:44 |
| 25 | Q   All right.   Do you recall that it was sold | 09:42:46 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                           35

| | | |
|---|---|---|
| 1 | at T-Mobile? | 09:42:48 |
| 2 | A  If it's the full phone we're talking | 09:42:49 |
| 3 | about, there was a T959V and also a T959, if I | 09:42:51 |
| 4 | recall correctly. | 09:42:57 |
| 5 | Q  Okay. | 09:42:57 |
| 6 | A  I think there were two brands. | 09:42:58 |
| 7 | Q  That was made -- those phones were then | 09:43:00 |
| 8 | made in Korea and shipped to T-Mobile, correct? | 09:43:02 |
| 9 | A  They would have been made in Korea, and I | 09:43:08 |
| 10 | would have shipped them to T-Mobile -- | 09:43:10 |
| 11 | Q  All right. | 09:43:12 |
| 12 | A  -- through the Samsung warehouses. | 09:43:12 |
| 13 | Q  All right.  And to the extent that they | 09:43:15 |
| 14 | were made in Korea, that they came into the US, | 09:43:17 |
| 15 | were not repaired and were shipped to T-Mobile, | 09:43:21 |
| 16 | you would not have been able to see any of the | 09:43:24 |
| 17 | component costs for those phones, correct? | 09:43:26 |
| 18 | A  So -- so a certain percentage of our | 09:43:33 |
| 19 | phones are packaged in the US market, so nearly | 09:43:42 |
| 20 | all phones at some point would have opened up the | 09:43:48 |
| 21 | bill of materials to the packaging team so they | 09:43:52 |
| 22 | would have seen -- we would have seen some -- some | 09:43:54 |
| 23 | level of the component cost in order to purchase | 09:43:58 |
| 24 | packaging material to complete the assembly of the | 09:44:02 |
| 25 | phone. | 09:44:04 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    36

| | | |
|---|---|---|
| 1 | Q   But as to the phone, you would see it as a | 09:44:04 |
| 2 | single item, not as a bill of materials with | 09:44:06 |
| 3 | individual parts for the chip, for casings, and | 09:44:10 |
| 4 | for other pieces, correct? | 09:44:14 |
| 5 | A   No, because then from the repair point of | 09:44:17 |
| 6 | view, we would have seen those items. | 09:44:19 |
| 7 | Q   I'm not talking about from a repair point | 09:44:21 |
| 8 | of view.  From the point of view of the phone that | 09:44:23 |
| 9 | is just shipped to the US and then shipped to | 09:44:26 |
| 10 | T-Mobile. | 09:44:27 |
| 11 | A   Well, the moment a phone is | 09:44:30 |
| 12 | manufactured -- actually the process -- step back. | 09:44:33 |
| 13 | At the moment of launch, a phone is -- has the two | 09:44:36 |
| 14 | bill of materials and both the repair components | 09:44:41 |
| 15 | with the bill of material was sent to the US at | 09:44:43 |
| 16 | the same time as the finished good article that is | 09:44:46 |
| 17 | sent to the US for sale. | 09:44:49 |
| 18 | Q   Mr. Sheppard, look at DX676 in front of | 09:44:50 |
| 19 | you. | 09:44:55 |
| 20 | A   Uh-huh. | 09:44:56 |
| 21 | Q   Do you see that it's broken into multiple | 09:44:56 |
| 22 | segments? | 09:44:58 |
| 23 | A   Correct. | 09:44:58 |
| 24 | Q   The top is STA? | 09:44:59 |
| 25 | A   Uh-huh. | 09:45:00 |

| | | |
|---|---|---|
| 1 | Q   There's a middle segment and there's a | 09:45:00 |
| 2 | segment at the bottom that says "manufacturing." | 09:45:02 |
| 3 | Do you see that? | 09:45:02 |
| 4 | A   Correct. | 09:45:04 |
| 5 | Q   That's SEC in Korea, correct?  That last | 09:45:04 |
| 6 | section? | 09:45:08 |
| 7 | A   The manufacturing? | 09:45:08 |
| 8 | Q   Yes. | 09:45:09 |
| 9 | A   Yes. | 09:45:09 |
| 10 | Q   All right.  Previously you testified under | 09:45:10 |
| 11 | oath that you could not speak for Samsung as to | 09:45:12 |
| 12 | the information in that bottom section.  Are you | 09:45:15 |
| 13 | changing that testimony in any way? | 09:45:18 |
| 14 | MR. ANDERSON:  Objection to the extent it | 09:45:21 |
| 15 | characterizes previous testimony. | 09:45:23 |
| 16 | A   You've asked me about bill of materials | 09:45:27 |
| 17 | and individual component costs.  In all the | 09:45:30 |
| 18 | previous depositions, we've never had -- discussed | 09:45:36 |
| 19 | the specific subject of component costs and what | 09:45:38 |
| 20 | data I had access to.  We never talked about | 09:45:42 |
| 21 | repairs. | 09:45:45 |
| 22 | Q   (BY MR. OLSON)  Mr. Sheppard -- | 09:45:46 |
| 23 | A   Yes. | 09:45:46 |
| 24 | Q   -- are you able to speak to any of the | 09:45:47 |
| 25 | information that is in the bottom half of DX676? | 09:45:48 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                                    38

| | | |
|---|---|---|
| 1 | MR. ANDERSON:  Objection to form. | 09:45:54 |
| 2 | A  So I feel like we're asking two different | 09:46:03 |
| 3 | questions. | 09:46:05 |
| 4 | Q  (BY MR. OLSON)  I don't think so.  I'm | 09:46:06 |
| 5 | asking one and I'll be quite clear on it. | 09:46:07 |
| 6 | A  Okay. | 09:46:09 |
| 7 | Q  In prior depositions, on multiple | 09:46:10 |
| 8 | occasions, you said that you could not speak to | 09:46:12 |
| 9 | the information on the bottom of the page.  Are | 09:46:15 |
| 10 | you saying that you now believe you can speak to | 09:46:19 |
| 11 | the information that fall below the | 09:46:21 |
| 12 | word "manufacturing" in DX676? | 09:46:24 |
| 13 | MR. ANDERSON:  Objection to the extent it | 09:46:27 |
| 14 | characterizes previous testimony. | 09:46:29 |
| 15 | A  The data on the bottom of the page has | 09:46:32 |
| 16 | many, many line items and many, many different | 09:46:34 |
| 17 | activities.  What you've asked me about is | 09:46:36 |
| 18 | specific information of components in a phone, | 09:46:39 |
| 19 | which represents perhaps one line in this item. | 09:46:42 |
| 20 | So to the extent I have knowledge -- you asked me | 09:46:46 |
| 21 | earlier on do I have information about SAP and can | 09:46:49 |
| 22 | I see component-level information.  And I'm trying | 09:46:53 |
| 23 | to tell you that I can see and -- information on | 09:46:56 |
| 24 | components in order to do repairs. | 09:47:01 |
| 25 | Q  (BY MR. OLSON)  But can you see the | 09:47:05 |

| | | |
|---|---|---|
| 1 | information that would reflect the component costs | 09:47:07 |
| 2 | associated with any lines that fall below | 09:47:10 |
| 3 | "manufacturing" on DX676? | 09:47:14 |
| 4 | A  If you're asking me -- so that question is | 09:47:21 |
| 5 | a different question because you're asking me can | 09:47:24 |
| 6 | I explain everything in manufacturing, which I | 09:47:27 |
| 7 | have said I cannot explain everything in | 09:47:29 |
| 8 | manufacturing. | 09:47:31 |
| 9 | Q  Are you able to speak to the component | 09:47:31 |
| 10 | costs that are associated with line items | 09:47:37 |
| 11 | below "manufacturing" or inside the section | 09:47:42 |
| 12 | identified as "manufacturing" in DX676? | 09:47:45 |
| 13 | MR. ANDERSON:  Objection, asked and | 09:47:50 |
| 14 | answered. | 09:47:55 |
| 15 | But you can answer. | 09:47:57 |
| 16 | A  I -- there is one line item here, material | 09:48:00 |
| 17 | cost, but I don't know for sure that that contains | 09:48:03 |
| 18 | the information you're asking for about | 09:48:07 |
| 19 | components.  But I can explain components, but I | 09:48:09 |
| 20 | can't explain the material cost line or the other | 09:48:12 |
| 21 | parts of the manufacturing section. | 09:48:14 |
| 22 | Q  (BY MR. OLSON)  Okay.  Thank you. | 09:48:17 |
| 23 | Where you see information on components, | 09:48:32 |
| 24 | you see it for repairs, correct; and for packaging | 09:48:34 |
| 25 | related to products that came into the US; is that | 09:48:40 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                40

| | | |
|---|---|---|
| 1 | correct? | 09:48:40 |
| 2 | A  In the normal course of business, yes. | 09:48:46 |
| 3 | Q  Let's talk about in the normal course of | 09:48:56 |
| 4 | business in 2012, or in the period June -- | 09:48:58 |
| 5 | July 2010 to June of 2012 -- | 09:49:03 |
| 6 | A  Uh-huh. | 09:49:05 |
| 7 | Q  -- did STA executives have business | 09:49:05 |
| 8 | objectives regarding the sale of components as | 09:49:11 |
| 9 | compared to business objectives for the sale of | 09:49:14 |
| 10 | phones? | 09:49:17 |
| 11 | A  Yes. | 09:49:22 |
| 12 | Q  In what way? | 09:49:23 |
| 13 | A  In order to support the warranty provided | 09:49:27 |
| 14 | in the phones, we had to provide a repair network | 09:49:35 |
| 15 | and an ability for repair vendors to be able to | 09:49:40 |
| 16 | make repairs to phones as needed. | 09:49:44 |
| 17 | Q  Is there any other way in which STA | 09:49:47 |
| 18 | executives had business objectives related to the | 09:49:53 |
| 19 | sale of components? | 09:49:56 |
| 20 | MR. ANDERSON:  Objection, lacks | 09:50:01 |
| 21 | foundation. | 09:50:03 |
| 22 | A  So I guess I can rephrase that answer, | 09:50:06 |
| 23 | which is to support the use of phones in the | 09:50:09 |
| 24 | market, there needed to be a repair network which | 09:50:13 |
| 25 | required vendors to be able to purchase components | 09:50:17 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    41

| | | |
|---|---|---|
| 1 | to make repairs to phones. | 09:50:21 |
| 2 | Q   (BY MR. OLSON)   I'm asking -- my question | 09:50:23 |
| 3 | is:   Is there any other way -- is there anything | 09:50:25 |
| 4 | else beyond that in which there were business | 09:50:27 |
| 5 | objectives for the STA executives? | 09:50:30 |
| 6 | MR. ANDERSON:   Objection, lacks | 09:50:32 |
| 7 | foundation. | 09:50:33 |
| 8 | A   So when you -- maybe I misunderstood the | 09:50:35 |
| 9 | question.   You're saying sales.   Do you mean | 09:50:38 |
| 10 | sales -- what does "sales" mean? | 09:50:41 |
| 11 | Q   (BY MR. OLSON)   I mean sales, a transfer | 09:50:43 |
| 12 | of title from Samsung or STA to another party for | 09:50:45 |
| 13 | components. | 09:50:52 |
| 14 | A   Only to report -- only to support repairs | 09:50:55 |
| 15 | in the marketplace. | 09:51:00 |
| 16 | Q   And STA executives did have objectives for | 09:51:00 |
| 17 | sales of phones, correct? | 09:51:06 |
| 18 | A   Correct. | 09:51:11 |
| 19 | Q   Had revenue targets and unit targets, | 09:51:11 |
| 20 | correct? | 09:51:11 |
| 21 | A   That's correct. | 09:51:16 |
| 22 | Q   STA was the sales arm of Samsung in the | 09:51:16 |
| 23 | US, correct?   Its primary role was the sales arm, | 09:51:21 |
| 24 | correct? | 09:51:21 |
| 25 | MR. ANDERSON:   Objection, lacks | 09:51:27 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    42

| | | |
|---|---|---|
| 1 | foundation, vague. | 09:51:28 |
| 2 | A   The organization was responsible for | 09:51:33 |
| 3 | sales, but it also did research and development on | 09:51:41 |
| 4 | behalf of HQ, and tested and released products as | 09:51:43 |
| 5 | part of that effort, and obviously established the | 09:51:51 |
| 6 | customer care network to provide care in the US | 09:51:54 |
| 7 | market. | 09:51:57 |
| 8 | Q   (BY MR. OLSON)  Would you agree with me | 09:51:57 |
| 9 | that the sales targets for phones were some of the | 09:51:59 |
| 10 | most -- most important objectives for STA | 09:52:03 |
| 11 | executives in the period 2010 to 2012? | 09:52:07 |
| 12 | A   Not exactly, no, I wouldn't.  I think it's | 09:52:15 |
| 13 | better to characterize it that the company was | 09:52:31 |
| 14 | asking -- was trying to be -- not trying -- was | 09:52:36 |
| 15 | a -- let me start over that answer. | 09:52:48 |
| 16 | The scorecard and the kind of -- the | 09:52:50 |
| 17 | objectives for the company was to produce a | 09:52:55 |
| 18 | meaningfully good experience for consumers in the | 09:53:00 |
| 19 | US market, so that represented sales and the | 09:53:02 |
| 20 | service and marketing and produced profit in the | 09:53:06 |
| 21 | process.  I don't think sales and quantity was the | 09:53:14 |
| 22 | overriding goal by far. | 09:53:18 |
| 23 | Q   Based on your experience at STA in 2010, | 09:53:19 |
| 24 | 2011, and 2012, do you think achieving sales | 09:53:29 |
| 25 | targets was an important goal of the organization? | 09:53:33 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    43

| | | |
|---|---|---|
| 1 | A  It was one of many important goals.  So | 09:53:43 |
| 2 | Samsung is a mature organization and has | 09:53:47 |
| 3 | relatively well thought-through, balanced view of | 09:53:52 |
| 4 | focusing on multiple objectives at once, of which | 09:53:56 |
| 5 | sales is just one component. | 09:53:59 |
| 6 | Q  And to the extent that it had targets for | 09:54:01 |
| 7 | sales, those were for the sales of phones, | 09:54:05 |
| 8 | correct? | 09:54:05 |
| 9 | A  No. | 09:54:09 |
| 10 | Q  What else did it have targets for the sale | 09:54:10 |
| 11 | of? | 09:54:12 |
| 12 | A  All the business units that -- products | 09:54:13 |
| 13 | that were -- the mobile division at that time was | 09:54:17 |
| 14 | responsible for, so that would have been phones, | 09:54:20 |
| 15 | tablets, network equipment.  I think what were | 09:54:23 |
| 16 | we -- I think in that time frame, I think the | 09:54:32 |
| 17 | first wearable devices were being launched.  There | 09:54:35 |
| 18 | was telephones; I don't know if there's any in | 09:54:38 |
| 19 | this room, but Polycom-type unit you see, those | 09:54:41 |
| 20 | kind of things.  So all those different products, | 09:54:44 |
| 21 | were handsets, were phones, were just one | 09:54:49 |
| 22 | component of a complex portfolio of products. | 09:54:51 |
| 23 | Q  But where we're talking about smartphones, | 09:54:54 |
| 24 | the sales targets were for the smartphones, | 09:54:56 |
| 25 | correct? | 09:54:56 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    44

| | | |
|---|---|---|
| 1 | A   No.   The sales targets were for every -- | 09:55:00 |
| 2 | every product. | 09:55:02 |
| 3 | Q   No, I understand.  But for the portion of | 09:55:03 |
| 4 | the business that related to smartphones, were the | 09:55:06 |
| 5 | sales targets for smartphones or were they for | 09:55:11 |
| 6 | screens or backs or batteries? | 09:55:17 |
| 7 | A   Oh, okay.  So if you're asking that | 09:55:23 |
| 8 | question, the answer would have been there were | 09:55:25 |
| 9 | targets for sales of finished products.  There | 09:55:29 |
| 10 | were also targets in the division I ran for | 09:55:34 |
| 11 | customer service to also sell component parts to | 09:55:38 |
| 12 | support the repair network. | 09:55:44 |
| 13 | Q   And were there numeric targets for that | 09:55:46 |
| 14 | latter set? | 09:55:48 |
| 15 | A   Yes. | 09:55:49 |
| 16 | Q   And were they numeric targets for the sale | 09:55:50 |
| 17 | of screens or batteries? | 09:55:52 |
| 18 | A   There were -- | 09:55:56 |
| 19 | MR. ANDERSON:   Objection, compound. | 09:55:57 |
| 20 | A   There were targets to -- there were | 09:56:00 |
| 21 | targets for supporting the repair network and the | 09:56:08 |
| 22 | cost of how much it would take to operate the | 09:56:12 |
| 23 | repair network. | 09:56:15 |
| 24 | Q   (BY MR. OLSON)  That's not my question. | 09:56:16 |
| 25 | Were there targets in that for the sale of | 09:56:17 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    45

| | | |
|---|---|---|
| 1 | products for the -- of components for the transfer | 09:56:21 |
| 2 | of title from Samsung to repair people of screens | 09:56:24 |
| 3 | or batteries or other components for repair? | 09:56:29 |
| 4 | A   Yes.  As the head of that department, I | 09:56:32 |
| 5 | had a budget and I had a target for sales for that | 09:56:35 |
| 6 | year -- for those years. | 09:56:38 |
| 7 | Q   And that was actually -- beyond your | 09:56:39 |
| 8 | having a budget, it was written into your | 09:56:42 |
| 9 | objectives that you would sell so many screens? | 09:56:45 |
| 10 | A   I don't recall that we had a specific | 09:56:48 |
| 11 | component-by-component target as a subset, but | 09:56:54 |
| 12 | there was an expectation, as part of the budget | 09:56:58 |
| 13 | that I was responsible for managing and setting, | 09:57:01 |
| 14 | of how many sales we would make of components to | 09:57:04 |
| 15 | the third-party repair vendors. | 09:57:07 |
| 16 | Q   Do you recall that Mr. Sung who was there | 09:57:08 |
| 17 | at the time and CEO had targets as to the amount | 09:57:16 |
| 18 | of revenue and/or unit sales and/or market share | 09:57:17 |
| 19 | for smartphones? | 09:57:20 |
| 20 | A   I didn't see personally his compensation | 09:57:21 |
| 21 | plan. | 09:57:26 |
| 22 | Q   Do you recall him communicating to the | 09:57:27 |
| 23 | executives that the organization had targets for | 09:57:29 |
| 24 | the sale of smartphones, market share for | 09:57:33 |
| 25 | smartphones, and revenue for smartphones? | 09:57:37 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    46

| | | |
|---|---|---|
| 1 | MR. ANDERSON:  Objection, compound. | 09:57:40 |
| 2 | A  I don't recall a specific target for | 09:57:45 |
| 3 | smartphones separate from the overall business. | 09:57:47 |
| 4 | Q  (BY MR. OLSON)  Do you recall him having a | 09:57:49 |
| 5 | target and communicating it to the other | 09:57:52 |
| 6 | executives of revenue for mobile handsets? | 09:57:55 |
| 7 | A  I do recall -- I think I've answered this, | 09:57:58 |
| 8 | but I'll say it again.  I do recall a balanced | 09:58:04 |
| 9 | scorecard, which is I think how we referred to it | 09:58:08 |
| 10 | at that time, that included sales, profit, | 09:58:10 |
| 11 | revenue, quantity, employee satisfaction, | 09:58:16 |
| 12 | improvement in customer satisfaction in the | 09:58:21 |
| 13 | marketplace; a number of different objectives that | 09:58:23 |
| 14 | had to be hit collectively for the management | 09:58:26 |
| 15 | team, of which I was part of. | 09:58:29 |
| 16 | Q  Do you recall Mr. Sung ever communicating, | 09:58:30 |
| 17 | to you or others, a sales targets for display | 09:58:33 |
| 18 | screens? | 09:58:37 |
| 19 | A  That's a very specific ask.  And, no, I | 09:58:39 |
| 20 | don't think I had that conversation with him. | 09:58:43 |
| 21 | Q  All right.  Can you turn to those, take a | 09:58:44 |
| 22 | look at each and tell me if you have looked at | 09:58:50 |
| 23 | them at all in connection with -- | 09:58:52 |
| 24 | A  These? | 09:58:54 |
| 25 | Q  Yeah.  Those four items and tell me if | 09:58:55 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                           47

| | | |
|---|---|---|
| 1 | you've seen any of those in connection with the | 09:58:57 |
| 2 | preparation for your deposition. | 09:58:59 |
| 3 | MR. ANDERSON:  So while he looks at them | 09:59:01 |
| 4 | I'll state for the record, these four boxes | 09:59:02 |
| 5 | contain components of some of the phones at issue | 09:59:05 |
| 6 | in this case.  These were made available at | 09:59:13 |
| 7 | yesterday's deposition of Mr. Drew Blackard, as a | 09:59:18 |
| 8 | courtesy, because the items are physically located | 09:59:23 |
| 9 | here in Texas. | 09:59:27 |
| 10 | Likewise, they are provided here as a | 09:59:32 |
| 11 | courtesy because the physical items are here. | 09:59:35 |
| 12 | They are provided subject to Samsung's forthcoming | 09:59:41 |
| 13 | objections to Apple's request for production, and | 09:59:46 |
| 14 | without prejudice to those objections and without | 09:59:50 |
| 15 | prejudice to any supplementation of production | 09:59:53 |
| 16 | pursuant to those requests. | 10:00:01 |
| 17 | A  So this is not what I looked at yesterday. | 10:00:06 |
| 18 | Q  (BY MR. OLSON)  Okay. | 10:00:09 |
| 19 | A  Though, it's -- it's similar, but it's not | 10:00:10 |
| 20 | what I looked at yesterday. | 10:00:13 |
| 21 | Q  Has anyone told you what the relationship | 10:00:14 |
| 22 | between the items that are in front of you are to | 10:00:16 |
| 23 | something known as the article of manufacture? | 10:00:19 |
| 24 | MR. ANDERSON:  I'm going to caution the | 10:00:22 |
| 25 | witness not to reveal the contents of any | 10:00:24 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    48

| | | |
|---|---|---|
| 1 | attorney-client privileged communications.  I | 10:00:28 |
| 2 | think you can answer as to whether you have an | 10:00:36 |
| 3 | understanding of what the article of manufacture | 10:00:39 |
| 4 | is, but I caution the witness not to reveal the | 10:00:42 |
| 5 | contents of privileged communications.  And if you | 10:00:48 |
| 6 | have any question about whether a communication is | 10:00:51 |
| 7 | privileged or not, please let us know and we'll | 10:00:53 |
| 8 | resolve it. | 10:00:56 |
| 9 | A  So prior to yesterday, I hadn't heard of | 10:00:58 |
| 10 | the term before, so I'm not 100 percent | 10:01:01 |
| 11 | comfortable I can tell you now beyond the | 10:01:03 |
| 12 | conversation I had with counsel yesterday. | 10:01:06 |
| 13 | Q  (BY MR. OLSON)  Do you have any knowledge | 10:01:08 |
| 14 | from any source, other than counsel, whether the | 10:01:10 |
| 15 | physical items that are in front of you bear any | 10:01:13 |
| 16 | relationship to something known as the article of | 10:01:16 |
| 17 | manufacture? | 10:01:19 |
| 18 | A  I do not.  I was waiting for you to tell | 10:01:19 |
| 19 | me but maybe we'll get there. | 10:01:23 |
| 20 | Q  Mr. Sheppard, I'm just going to do this | 10:01:25 |
| 21 | faster for me.  I'm going to identify for the | 10:01:28 |
| 22 | benefit of the record, the one on the far left | 10:01:31 |
| 23 | says "Droid Charge" and it has an item that looks | 10:01:33 |
| 24 | approximately like that. | 10:01:39 |
| 25 | The next item says "Galaxy S4G" on the top | 10:01:41 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    49

| | | |
|---|---|---|
| 1 | and includes three items. | 10:01:49 |
| 2 | The next item in order says "Showcase" on | 10:02:03 |
| 3 | the top. | 10:02:10 |
| 4 | The next item in order says "Galaxy S II | 10:02:14 |
| 5 | Epic 4G Touch." | 10:02:18 |
| 6 | And what I'm going to do, for the moment | 10:02:28 |
| 7 | I'm going to put aside the Droid Charge and the | 10:02:30 |
| 8 | Showcase.  I'm going to leave these two here. | 10:02:33 |
| 9 | Looking at the Galaxy S II Epic 4G | 10:02:45 |
| 10 | Touch -- | 10:02:50 |
| 11 | A  Okay. | 10:02:50 |
| 12 | Q  -- you -- you can hold the box for a | 10:02:50 |
| 13 | moment.  You understand that to be a phone, | 10:02:53 |
| 14 | correct?  The Galaxy S4G Touch?  Not what's in the | 10:02:55 |
| 15 | box, but that name is assigned to a phone, | 10:03:00 |
| 16 | correct? | 10:03:00 |
| 17 | A  I think we talked, many, many years ago, I | 10:03:03 |
| 18 | remember the numbers, the D710.  It's easier -- | 10:03:05 |
| 19 | Q  Okay. | 10:03:11 |
| 20 | A  -- to remember that. | 10:03:11 |
| 21 | Q  And do you understand this to be one of | 10:03:12 |
| 22 | the phones that was found to be infringing by the | 10:03:14 |
| 23 | jury in 2012? | 10:03:16 |
| 24 | A  I don't know if it infringed or not.  If | 10:03:18 |
| 25 | it's on the spreadsheet, then it was part of the | 10:03:22 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    50

| | | |
|---|---|---|
| 1 | trial, but I don't know if it infringed or not. | 10:03:26 |
| 2 | Q  Okay.  It is on the spreadsheet towards | 10:03:28 |
| 3 | the end, identified as the Galaxy S II 4G Epic -- | 10:03:31 |
| 4 | excuse me, as Epic 4G Touch D -- SPH-D710.  Do you | 10:03:37 |
| 5 | recognize that?  D710? | 10:03:43 |
| 6 | A  I do. | 10:03:47 |
| 7 | Q  One of the products that STA sold to | 10:03:47 |
| 8 | Sprint, correct? | 10:03:50 |
| 9 | A  D710, I believe, was a Sprint phone, yes. | 10:03:53 |
| 10 | Q  All right.  The object that is enclosed in | 10:03:56 |
| 11 | the box -- | 10:03:59 |
| 12 | A  Yes. | 10:04:03 |
| 13 | Q  -- do you even know if it comes from the | 10:04:05 |
| 14 | Galaxy S II Epic 4G Touch? | 10:04:07 |
| 15 | A  Can I confirm it this second?  Not without | 10:04:10 |
| 16 | looking at the rest of the phone, I cannot. | 10:04:20 |
| 17 | Q  Do you know what the part number is for | 10:04:22 |
| 18 | the thing that you are holding? | 10:04:25 |
| 19 | A  Off the top of my head from recollection, | 10:04:27 |
| 20 | no.  I've never memorized the part numbers for any | 10:04:31 |
| 21 | of our phones. | 10:04:34 |
| 22 | Q  All right.  Do you believe that it has a | 10:04:34 |
| 23 | separate part number? | 10:04:36 |
| 24 | A  Yes, I do. | 10:04:37 |
| 25 | Q  Do you recall seeing a part number for | 10:04:38 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    51

| 1 | that object in anything you looked at yesterday? | 10:04:41 |
| 2 | A  For the D710, no, I do not. | 10:04:44 |
| 3 | Q  The T-Mobile phone that you looked at | 10:04:47 |
| 4 | yesterday, was it an S II or was it an S product? | 10:04:53 |
| 5 | A  I can't recall if it was S.  May have been | 10:04:57 |
| 6 | an S II but I can't remember for sure. | 10:05:05 |
| 7 | Q  You can go ahead and close that box for a | 10:05:07 |
| 8 | minute. | 10:05:12 |
| 9 | A  Sure. | 10:05:13 |
| 10 | Q  The objects that are inside the Galaxy S4G | 10:05:13 |
| 11 | box, do you -- are you able to identify a part | 10:05:18 |
| 12 | number or designation for those items? | 10:05:22 |
| 13 | A  From memory, no.  But I've never memorized | 10:05:27 |
| 14 | the part numbers for the devices, there are so | 10:05:32 |
| 15 | many millions to memorize. | 10:05:37 |
| 16 | Q  Do you -- you can put that aside. | 10:05:39 |
| 17 | A  Uh-huh. | 10:05:42 |
| 18 | Q  Do you have any knowledge as to what the | 10:05:43 |
| 19 | part numbers are for the products, components, or | 10:05:47 |
| 20 | parts that correspond to the article of | 10:05:51 |
| 21 | manufacture that Samsung alleges in this case? | 10:05:56 |
| 22 | MR. ANDERSON:  Objection, lacks | 10:06:00 |
| 23 | foundation.  The witness has already testified he | 10:06:03 |
| 24 | doesn't know what you are referring to as the | 10:06:06 |
| 25 | article of manufacture. | 10:06:08 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                          52

| | | |
|---|---|---|
| 1 | A   So I haven't memorized the components for | 10:06:12 |
| 2 | the devices.  We haven't landed on a definition | 10:06:16 |
| 3 | of "articles of manufacture."  So I can't tie | 10:06:21 |
| 4 | those two things together for you. | 10:06:27 |
| 5 | Q   (BY MR. OLSON)  All right.  Do you -- did | 10:06:29 |
| 6 | you do anything in preparation for the deposition | 10:06:36 |
| 7 | in order to be able to identify what part or part | 10:06:41 |
| 8 | numbers correspond to the article of manufacture | 10:06:44 |
| 9 | that Samsung alleges in this case? | 10:06:47 |
| 10 | A   No. | 10:06:51 |
| 11 | Q   In the material that's in the box in front | 10:07:00 |
| 12 | of you, that's the Galaxy S4G box, correct? | 10:07:04 |
| 13 | A   Yes. | 10:07:11 |
| 14 | Q   To what degree did Samsung separately sell | 10:07:14 |
| 15 | those items, apart from phones, between July of | 10:07:17 |
| 16 | 2010 and June of 2012? | 10:07:21 |
| 17 | A   You're talking these three individual -- | 10:07:27 |
| 18 | Q   Yeah. | 10:07:29 |
| 19 | A   -- items? | 10:07:30 |
| 20 | Great question.  So the -- so the | 10:07:32 |
| 21 | process -- so there are three types of standard | 10:07:41 |
| 22 | repair:  Level 1, level 2, level 3.  And | 10:07:44 |
| 23 | components were sold to third parties or Samsung's | 10:07:48 |
| 24 | repair -- main repair vendors to make repairs. | 10:07:52 |
| 25 | There was also a separate process by which | 10:07:57 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    53

| | | |
|---|---|---|
| 1 | the -- I take these two components, these two | 10:08:00 |
| 2 | components were also repaired. | 10:08:05 |
| 3 | In order to repair these components, you | 10:08:07 |
| 4 | actually disassemble them by this separately and | 10:08:09 |
| 5 | reattach it on to here to make a repair.  We | 10:08:13 |
| 6 | called it more of a reclamation than a repair.  So | 10:08:16 |
| 7 | we were repairing hundreds of thousands of these | 10:08:20 |
| 8 | every month. | 10:08:23 |
| 9 | But you had to purchase these components | 10:08:24 |
| 10 | separately and a special glue to reattach these | 10:08:26 |
| 11 | and a polarizing set of film so that this thing is | 10:08:32 |
| 12 | made up of layer upon layer upon layer which then | 10:08:35 |
| 13 | adheres to the front.  That was the -- that was | 10:08:40 |
| 14 | one of the big changes in old screen technology to | 10:08:46 |
| 15 | the AMOLED screens. | 10:08:49 |
| 16 | Q  Let me ask my question again.  The three | 10:08:56 |
| 17 | items that are present in that box, to what degree | 10:08:57 |
| 18 | did STA sell those to third parties -- let's put | 10:09:00 |
| 19 | it this way:  As a collection -- let's start | 10:09:08 |
| 20 | there.  As a collection -- | 10:09:11 |
| 21 | A  Uh-huh. | 10:09:13 |
| 22 | Q  -- those three items, to what degree were | 10:09:13 |
| 23 | they sold by STA to third parties in the period | 10:09:15 |
| 24 | 2010 to -- | 10:09:19 |
| 25 | A  These -- | 10:09:20 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    54

| | | |
|---|---|---|
| 1 | Q  -- excuse me -- to 2012? | 10:09:21 |
| 2 | A  These three things together, I don't think | 10:09:23 |
| 3 | they would have typically been sold as a kit.  So | 10:09:26 |
| 4 | there's -- let me rephrase that.  So there was a | 10:09:30 |
| 5 | process to sell a -- an assembly called the touch | 10:09:35 |
| 6 | screen panel, which I think is not this but this, | 10:09:42 |
| 7 | because this is separated.  And then there was a | 10:09:47 |
| 8 | separate process to sell these things separately | 10:09:49 |
| 9 | to a repair vendor we had called NEO Tech.  And | 10:09:54 |
| 10 | they would have taken off the bad screen or | 10:09:59 |
| 11 | scratched screen and reattached a new glass here | 10:10:02 |
| 12 | to the panel. | 10:10:05 |
| 13 | Q  So I take it you don't think the STA sold | 10:10:06 |
| 14 | the three of those things together that are in | 10:10:09 |
| 15 | that box? | 10:10:12 |
| 16 | A  Well, this is an individual separate | 10:10:13 |
| 17 | component.  I don't recall that this would have | 10:10:16 |
| 18 | been as one unit. | 10:10:19 |
| 19 | Q  All right.  Take a look at what's inside | 10:10:21 |
| 20 | the box there to your right. | 10:10:25 |
| 21 | A  This one or that one? | 10:10:29 |
| 22 | Q  The one that has the "D710" on the top. | 10:10:30 |
| 23 | A  Yeah.  Just this -- at the moment, just | 10:10:35 |
| 24 | the glass? | 10:10:36 |
| 25 | Q  Correct. | 10:10:37 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    55

| | | |
|---|---|---|
| 1 | A  Yeah. | 10:10:38 |
| 2 | Q  To what degree was STA selling just that | 10:10:38 |
| 3 | item, that physical item, for the D710 in 2010 to | 10:10:41 |
| 4 | 2012? | 10:10:47 |
| 5 | A  So that would have been in -- so in the | 10:10:49 |
| 6 | year of 2011, we set up a reclamation line that | 10:10:53 |
| 7 | would have been working with this glass and | 10:10:58 |
| 8 | processing the individual glasses separate from | 10:11:03 |
| 9 | everything else to do that reclamation work. | 10:11:05 |
| 10 | Q  You keep saying you set up a reclamation | 10:11:08 |
| 11 | line.  I'm asking you:  Did you sell those | 10:11:11 |
| 12 | products, that item, just sell it to Sprint at any | 10:11:12 |
| 13 | time? | 10:11:17 |
| 14 | A  No.  What we asked Sprint to do was send | 10:11:18 |
| 15 | us devices -- send us the damaged screens, and we | 10:11:23 |
| 16 | would then charge them for the work for reclaiming | 10:11:25 |
| 17 | the screen and sending them back good screens. | 10:11:29 |
| 18 | Q  Yeah. | 10:11:31 |
| 19 | A  So -- | 10:11:32 |
| 20 | Q  The item that's in there for the box D710, | 10:11:33 |
| 21 | the Sprint Galaxy S II Epic 4G Touch, did you ever | 10:11:36 |
| 22 | sell that -- STA, did it ever sell it to | 10:11:42 |
| 23 | consumers?  Apart from this reclamation process, | 10:11:45 |
| 24 | did it ever sell it to consumers? | 10:11:48 |
| 25 | A  To the best of my knowledge, no screens | 10:11:50 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    56

| | | |
|---|---|---|
| 1 | were sold direct to consumers, but we did sell the | 10:11:51 |
| 2 | service to the carriers, to the main carriers like | 10:11:55 |
| 3 | Sprint, T-Mobile, AT&T. | 10:11:59 |
| 4 | Q   The service being we'll repair phones, | 10:11:59 |
| 5 | correct? | 10:12:02 |
| 6 | A   No.  The service being that we'll | 10:12:02 |
| 7 | specifically replace the damaged screen -- or the | 10:12:05 |
| 8 | damaged glass on your screen as a separate service | 10:12:09 |
| 9 | from repair to a phone. | 10:12:12 |
| 10 | Q   And the "we" is STA, correct? | 10:12:15 |
| 11 | A   And the "we" is STA. | 10:12:18 |
| 12 | Q   And STA set up a repair arrangement or | 10:12:20 |
| 13 | reclamation arrangement for that purpose, correct? | 10:12:24 |
| 14 | A   That is correct. | 10:12:28 |
| 15 | Q   All right.  Look at the next item over, | 10:12:29 |
| 16 | either -- pick up whichever one you want. | 10:12:33 |
| 17 | A   Droid Charge. | 10:12:38 |
| 18 | Q   Yeah. | 10:12:38 |
| 19 | A   Okay. | 10:12:39 |
| 20 | Q   The object that's in there, did you ever | 10:12:39 |
| 21 | sell that to Verizon? | 10:12:42 |
| 22 | A   This individual component would have not | 10:12:44 |
| 23 | been sold separately without the glass to Verizon. | 10:12:59 |
| 24 | But they would have been able to purchase the | 10:13:03 |
| 25 | service from Samsung for us to replace the glass | 10:13:05 |

| | | |
|---|---|---|
| 1 | and recover this component; or if the glass was | 10:13:11 |
| 2 | good, sell them this part of the component. | 10:13:15 |
| 3 | Q  And I take it that the answer is also true | 10:13:18 |
| 4 | that you -- you didn't sell anything to consumers, | 10:13:20 |
| 5 | that that object was not sold to consumers? | 10:13:23 |
| 6 | A  This individually, no.  This level of | 10:13:26 |
| 7 | repair component was not sold to the end consumer, | 10:13:28 |
| 8 | correct. | 10:13:32 |
| 9 | Q  And the Droid Charge was sold at Verizon, | 10:13:32 |
| 10 | correct? | 10:13:32 |
| 11 | A  Yes.  That's correct. | 10:13:40 |
| 12 | Q  All right.  Look at the last item. | 10:13:40 |
| 13 | A  So this is the Showcase.  We have another | 10:13:44 |
| 14 | glass screen. | 10:13:47 |
| 15 | Q  Yeah.  The Showcase was sold by whom? | 10:13:47 |
| 16 | A  Sold by Samsung, I believe. | 10:13:51 |
| 17 | Q  Oh.  I meant which carriers carried the | 10:13:53 |
| 18 | Showcase? | 10:13:56 |
| 19 | A  Look at the number.  The i500.  I believe | 10:13:57 |
| 20 | this was a regional device, so maybe it would have | 10:14:05 |
| 21 | been U.S. Cellular. | 10:14:08 |
| 22 | Q  Some set of regional carriers, may also | 10:14:09 |
| 23 | have been other major carriers, or you just don't | 10:14:13 |
| 24 | remember? | 10:14:16 |
| 25 | A  Well, there was an i500 that was sold for | 10:14:17 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    58

| | | |
|---|---|---|
| 1 | Verizon but I don't think it had the -- this | 10:14:20 |
| 2 | was -- I think the i500 was sold to multiple | 10:14:23 |
| 3 | companies. | 10:14:26 |
| 4 | Q  Okay.  Let me just ask it using carriers | 10:14:26 |
| 5 | as the purchaser.  Did you ever sell the object | 10:14:30 |
| 6 | that is in that box to carriers for the i500? | 10:14:33 |
| 7 | A  So the same answer as last time.  So they | 10:14:38 |
| 8 | could have purchased the service of having this | 10:14:41 |
| 9 | replaced, but we did not sell the individual | 10:14:43 |
| 10 | component to them.  So they had to buy the service | 10:14:45 |
| 11 | and they would get this individual component as a | 10:14:48 |
| 12 | replacement screen rather than buying a whole new | 10:14:52 |
| 13 | screen. | 10:14:55 |
| 14 | So if I compare it to this, buying this | 10:14:56 |
| 15 | whole thing, this is expensive, compared to just | 10:15:02 |
| 16 | replacing the glass if you have a perfectly good | 10:15:05 |
| 17 | working panel.  So we would sell the service of | 10:15:08 |
| 18 | the glass replacement and they would use -- we | 10:15:12 |
| 19 | would use the preexisting panel and greatly reduce | 10:15:14 |
| 20 | the cost for everybody on the repairs. | 10:15:21 |
| 21 | Q  And just so we're clear, you said "they | 10:15:23 |
| 22 | would use" and then you said "we would use."  It | 10:15:24 |
| 23 | is you who were using the display? | 10:15:27 |
| 24 | A  It was us that would use the display that | 10:15:28 |
| 25 | they provided to us. | 10:15:31 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    59

| | | |
|---|---|---|
| 1 | Q  All right.  And just so we have a clear | 10:15:31 |
| 2 | record, for the i500 -- | 10:15:33 |
| 3 | A  Uh-huh. | 10:15:34 |
| 4 | Q  -- like all the other devices, you never | 10:15:35 |
| 5 | sold that to any consumers, that object in that | 10:15:37 |
| 6 | box? | 10:15:39 |
| 7 | MR. ANDERSON:  Objection, compound. | 10:15:40 |
| 8 | A  The specific glass individually was not | 10:15:43 |
| 9 | sold to end consumers, correct. | 10:15:45 |
| 10 | MR. OLSON:  All right.  Let's take a | 10:15:47 |
| 11 | break. | 10:15:49 |
| 12 | THE WITNESS:  Okay. | 10:15:50 |
| 13 | THE VIDEOGRAPHER:  We are going off the | 10:15:51 |
| 14 | record at 10:15. | 10:15:52 |
| 15 | (Recess from 10:15 a.m. to 10:29 a.m.) | 10:15:55 |
| 16 | THE VIDEOGRAPHER:  We are back on record | 10:29:32 |
| 17 | at 10:29. | 10:29:36 |
| 18 | MR. ANDERSON:  Counsel, I ask that the | 10:29:40 |
| 19 | transcript be marked "Highly Confidential - | 10:29:42 |
| 20 | Attorneys' Eyes Only" in accordance with the | 10:29:44 |
| 21 | protective order in this matter. | 10:29:46 |
| 22 | MR. OLSON:  Fine for now.  We'll talk | 10:29:47 |
| 23 | about potential redesignation. | 10:29:50 |
| 24 | Q  (BY MR. OLSON)  The -- you talked about | 10:29:52 |
| 25 | warranty work, that's one of the things that STA | 10:29:57 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    60

| | | |
|---|---|---|
| 1 | did or made arrangements for, correct? | 10:30:01 |
| 2 | A   Yes, I did say that. | 10:30:03 |
| 3 | Q   Yeah.  If a consumer takes apart the phone | 10:30:04 |
| 4 | himself, does it void the warranty? | 10:30:11 |
| 5 | A   That's a good question.  I think it | 10:30:15 |
| 6 | depends on what we mean by that. | 10:30:25 |
| 7 | Q   If they tried to replace the display | 10:30:27 |
| 8 | screen by themselves, would it void the warranty? | 10:30:31 |
| 9 | A   I can't recall the exact wording in the | 10:30:34 |
| 10 | warranty, but I believe -- I believe it's implied, | 10:30:39 |
| 11 | yes, that that would void the warranty. | 10:30:43 |
| 12 | Q   And the same thing for the display glass, | 10:30:45 |
| 13 | correct? | 10:30:45 |
| 14 | A   For an end consumer, I would have to -- | 10:30:48 |
| 15 | we'd have to look at a warranty agreement at the | 10:30:53 |
| 16 | time to see what was -- what the specific wording | 10:30:55 |
| 17 | was.  But I think in general they ask in the | 10:30:57 |
| 18 | warranty -- and there's a limited warranty, was | 10:31:01 |
| 19 | that you should -- you should contact an | 10:31:04 |
| 20 | authorized repair source to get your device | 10:31:11 |
| 21 | repaired. | 10:31:15 |
| 22 | Q   Right.  Don't take it apart -- essentially | 10:31:16 |
| 23 | the instructions to consumer was don't take it | 10:31:18 |
| 24 | apart yourself, find an authorized person to do | 10:31:20 |
| 25 | it. | 10:31:23 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    61

| | | |
|---|---|---|
| 1 | A  I don't think it was that blunt, but -- I | 10:31:23 |
| 2 | think it was more carefully worded, but I think | 10:31:26 |
| 3 | the implication was along those lines. | 10:31:29 |
| 4 | Q  Okay.  The three items that are in there, | 10:31:31 |
| 5 | you don't know the part numbers, but do you know | 10:31:36 |
| 6 | the name for those items?  And "in there" I should | 10:31:38 |
| 7 | say, I've opened up in front of you the box that | 10:31:41 |
| 8 | says "Galaxy S4G."  I think it says T maybe 959 at | 10:31:45 |
| 9 | the top. | 10:31:51 |
| 10 | A  So I don't know the part numbers, but we | 10:31:52 |
| 11 | could look them up or go find the source that | 10:31:56 |
| 12 | could find the part numbers, if that's a | 10:31:59 |
| 13 | requirement. | 10:32:00 |
| 14 | Q  And we may go there later. | 10:32:00 |
| 15 | A  Okay. | 10:32:03 |
| 16 | Q  Right now my question is:  Apart from a | 10:32:03 |
| 17 | part number and name, do you know what the name of | 10:32:05 |
| 18 | these items are? | 10:32:09 |
| 19 | A  I can tell you the -- kind of the | 10:32:11 |
| 20 | functional name, but the names might not tie in | 10:32:13 |
| 21 | with the official name on the component list. | 10:32:16 |
| 22 | Q  Okay.  What name do you believe you can | 10:32:19 |
| 23 | give each of those three items? | 10:32:23 |
| 24 | A  So this would be -- this is a combination | 10:32:24 |
| 25 | of a number of different components, but this is | 10:32:28 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    62

| | | |
|---|---|---|
| 1 | essentially the active part of the screen, so this | 10:32:30 |
| 2 | is like the actual panel.  On the back is the | 10:32:36 |
| 3 | circuit board that drives the panel itself.  In | 10:32:39 |
| 4 | this case, actually attached as one component, | 10:32:42 |
| 5 | but -- with some effort you can separate them. | 10:32:50 |
| 6 | This looks like a front assembly, maybe | 10:32:53 |
| 7 | outside housing on the front of the screen -- or | 10:33:00 |
| 8 | the front of the phone. | 10:33:04 |
| 9 | And this would be the glass front plate | 10:33:05 |
| 10 | that would have protected -- that sits here and | 10:33:08 |
| 11 | would have protected this, this actual panel from | 10:33:11 |
| 12 | scratching. | 10:33:13 |
| 13 | Q  Okay.  So let's take the one that's in | 10:33:13 |
| 14 | your right hand right now, the -- called the | 10:33:17 |
| 15 | active screen or something similar to that. | 10:33:20 |
| 16 | A  Yes. | 10:33:23 |
| 17 | Q  Now just speaking broadly, because I want | 10:33:23 |
| 18 | to see whether or not there were any exceptions to | 10:33:26 |
| 19 | the overall, outside of arranging for warranty | 10:33:29 |
| 20 | service where people would send it back to a | 10:33:33 |
| 21 | reclamation facility and you, Samsung, would do | 10:33:37 |
| 22 | repairs, did Samsung sell display screens to the | 10:33:39 |
| 23 | carriers? | 10:33:42 |
| 24 | A  Individually like this? | 10:33:44 |
| 25 | Q  Yes. | 10:33:47 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                          63

| | | |
|---|---|---|
| 1 | A   No.  We did not sell individually like | 10:33:50 |
| 2 | that. | 10:33:55 |
| 3 | As a module with this glued here with the | 10:33:59 |
| 4 | polarizing screen in between, yes, so that was | 10:34:02 |
| 5 | sold to the carriers.  And as I said earlier, the | 10:34:06 |
| 6 | service to -- if they send us a damaged module, we | 10:34:11 |
| 7 | would replace individual parts and send them back | 10:34:14 |
| 8 | a working -- a working module. | 10:34:17 |
| 9 | Q   Okay.  But the -- | 10:34:21 |
| 10 | A   But with -- | 10:34:24 |
| 11 | Q   -- the individual item that you were | 10:34:26 |
| 12 | holding a moment ago -- | 10:34:27 |
| 13 | A   Individually -- | 10:34:28 |
| 14 | Q   -- in your right hand, you did not sell | 10:34:29 |
| 15 | that to the carriers; Samsung did not sell that to | 10:34:32 |
| 16 | the carriers? | 10:34:35 |
| 17 | A   That is correct. | 10:34:35 |
| 18 | Q   Right.  And I'm going to now go with the | 10:34:36 |
| 19 | individual -- I'll come back to this polarizing | 10:34:39 |
| 20 | group, this together.  The individual glass piece, | 10:34:42 |
| 21 | did Samsung sell the individual glass piece to the | 10:34:44 |
| 22 | carriers for any phones? | 10:34:47 |
| 23 | A   Again, the same answer.  To the extent | 10:34:48 |
| 24 | there was a service they wanted us to reclaim | 10:34:51 |
| 25 | or -- they would send us a damaged unit, we would | 10:34:55 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    64

| | | |
|---|---|---|
| 1 | repair the individual sections that were damaged | 10:34:59 |
| 2 | and send them back a working device -- a working | 10:35:00 |
| 3 | screen. | 10:35:06 |
| 4 | Q  But not sell that actual item, that you're | 10:35:07 |
| 5 | physically holding, to the carriers? | 10:35:10 |
| 6 | A  Well, we would sell them the service of us | 10:35:12 |
| 7 | replacing this for a fraction of the cost of them | 10:35:14 |
| 8 | buying this whole thing together. | 10:35:18 |
| 9 | Q  I understand.  But that physical item | 10:35:19 |
| 10 | that's in your hand, that was not packaged up and | 10:35:22 |
| 11 | shipped to carriers? | 10:35:25 |
| 12 | MR. ANDERSON:  Objection to -- objection. | 10:35:29 |
| 13 | It's now -- well, I'll just state:  My objection | 10:35:32 |
| 14 | is it's vague.  Now I don't know if you're talking | 10:35:39 |
| 15 | about separately or as part of a repair -- | 10:35:41 |
| 16 | MR. OLSON:  Sure. | 10:35:44 |
| 17 | MR. ANDERSON:  -- module or what. | 10:35:45 |
| 18 | MR. OLSON:  Let me see if I can improve. | 10:35:47 |
| 19 | Q  (BY MR. OLSON)  The glass screen front | 10:35:49 |
| 20 | that is in the box that you are holding, you were | 10:35:51 |
| 21 | just referring to as the glass that covers the -- | 10:35:54 |
| 22 | A  This item? | 10:35:58 |
| 23 | Q  That item, correct.  Samsung did not sell | 10:35:59 |
| 24 | that item or the glass pieces of that type to | 10:36:02 |
| 25 | carriers other than in connection with the request | 10:36:06 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                           65

| | | |
|---|---|---|
| 1 | that they deliver phones that are broken, you fix | 10:36:10 |
| 2 | them and you send them back a working phone? | 10:36:13 |
| 3 |    A  So let me be more clear.  They would send | 10:36:15 |
| 4 | a broken screen and we would separate and replace | 10:36:18 |
| 5 | the glass; it wasn't the repair of a whole phone. | 10:36:20 |
| 6 | That's a separate -- that's a separate discussion. | 10:36:24 |
| 7 |    Q  Okay.  But -- | 10:36:25 |
| 8 |    A  So to the extent they would send these two | 10:36:26 |
| 9 | together, we'd say great, we can repair this part | 10:36:30 |
| 10 | and this part is still working fine, we would send | 10:36:33 |
| 11 | you back the whole thing.  They would purchase | 10:36:36 |
| 12 | this as the service, so the fee for us to do the | 10:36:38 |
| 13 | work and this component would be one service back | 10:36:42 |
| 14 | to them. | 10:36:47 |
| 15 |    Q  Right.  But the physical component by | 10:36:47 |
| 16 | itself without the service was not sold to | 10:36:49 |
| 17 | carriers? | 10:36:51 |
| 18 |    A  Correct. | 10:36:53 |
| 19 |    Q  The glass screen? | 10:36:53 |
| 20 |    A  So we would not sell this so they could do | 10:36:54 |
| 21 | that work -- they were not authorized to make that | 10:36:56 |
| 22 | repair -- but they could buy the service with the | 10:36:59 |
| 23 | component as part of the service. | 10:37:02 |
| 24 |    Q  And the last item in there, the -- I | 10:37:04 |
| 25 | believe you called it an outer casing of some | 10:37:09 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                          66

| | | |
|---|---|---|
| 1 | type, that physical item was not sold and shipped | 10:37:12 |
| 2 | to carriers, correct? | 10:37:16 |
| 3 | A  I believe this could be purchased | 10:37:22 |
| 4 | individually and sold individually. | 10:37:25 |
| 5 | Q  Are you aware of any actual sales of that | 10:37:27 |
| 6 | individual item that's in your hand, this outer | 10:37:31 |
| 7 | casing, to carriers? | 10:37:34 |
| 8 | A  We'd have to look at some financial data, | 10:37:36 |
| 9 | but I'm pretty confident you could buy this | 10:37:43 |
| 10 | individually. | 10:37:47 |
| 11 | Q  Okay.  Do you have any idea what -- what | 10:37:47 |
| 12 | numbers or what revenues, even in round or even | 10:37:52 |
| 13 | close estimates, of that item were sold? | 10:37:56 |
| 14 | MR. ANDERSON:  Objection, lacks | 10:38:00 |
| 15 | foundation. | 10:38:02 |
| 16 | A  I do not. | 10:38:03 |
| 17 | Q  (BY MR. OLSON)  Okay. | 10:38:04 |
| 18 | A  This is a -- I don't know. | 10:38:06 |
| 19 | Q  You were about to say -- this is a what? | 10:38:08 |
| 20 | A  An expensive component, right, but I don't | 10:38:11 |
| 21 | know the numbers. | 10:38:15 |
| 22 | Q  You made reference a few minutes ago to | 10:38:15 |
| 23 | there being different repair levels, repair Level | 10:38:19 |
| 24 | 1, 2, and 3.  What's repair Level 1 mean? | 10:38:23 |
| 25 | A  So this -- so the basic idea was repair | 10:38:26 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017                    105

| | | |
|---|---|---|
| 1 | letters, that same string appears for all three | 11:51:02 |
| 2 | items, correct? | 11:51:05 |
| 3 |    A   Yes.  It's exactly the same each time. | 11:51:09 |
| 4 |    Q   What is the relationship between that -- | 11:51:12 |
| 5 | the item that's being described there and the | 11:51:15 |
| 6 | physical object that's in the box that says D710, | 11:51:17 |
| 7 | the Epic 4G Touch box? | 11:51:23 |
| 8 |    A   This? | 11:51:28 |
| 9 |    Q   Correct. | 11:51:29 |
| 10 |    A   And that?  What is the difference between | 11:51:29 |
| 11 | the two? | 11:51:32 |
| 12 |    Q   Was the relationship between those two | 11:51:33 |
| 13 | things? | 11:51:35 |
| 14 |    A   This is the front glass that's a subset of | 11:51:36 |
| 15 | this assembly. | 11:51:44 |
| 16 |    Q   How do you know that? | 11:51:46 |
| 17 |    A   Because I used to repair these. | 11:51:47 |
| 18 |    Q   What else is in the assembly? | 11:51:51 |
| 19 |    A   Well, I think we have an example that's | 11:51:55 |
| 20 | closer to that in this one.  And this is missing | 11:52:00 |
| 21 | some items, I think. | 11:52:05 |
| 22 |     So if you had this, there's typically a | 11:52:08 |
| 23 | polarizing film here, and this, that would be | 11:52:12 |
| 24 | closer to an assembly. | 11:52:15 |
| 25 |    Q   All right. | 11:52:17 |

Q (BY MR. OLSON) Okay. Did you try to confirm it with anyone? 11:57:22 11:57:24
A I did not. 11:57:25
Q Let's assume that 63.25 is some kind of cost figure in US dollars. Cost for whom? 11:57:27 11:57:33
A Which -- say that again. 11:57:38
Q $63.25, the first item, 105116. 11:57:40
A Yes. 11:57:40
Q Let's assume, as you testified, that that involves some kind cost figure. Cost to whom? 11:57:49 11:57:52
A The cost to Samsung Electronics to purchase the product from the supplier. 11:57:57 11:58:05
Q Who was the supplier? 11:58:07
A We have the phone here, right? No, we don't. 11:58:14 11:58:16
I can't tell looking at this material code, but the supplier was -- I would speculate the supplier is Samsung Display Division. 11:58:20 11:58:26 11:58:31
Q A separate subsidiary of Samsung? 11:58:34
A Correct. 11:58:36
Q I take it that a separate -- you believe a separate subsidiary of Samsung made an assembly with the screen and the glass and other items and gave it to another part of Samsung to manufacture? 11:58:38 11:58:41 11:58:44 11:58:47
A There's a division of Samsung that's 11:58:52

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Timothy Sheppard
Conducted on December 14, 2017                     111

| | | |
|---|---|---|
| 1 | changed its name over time, but it's a subsidiary | 11:58:59 |
| 2 | that's not wholly owned of Samsung Electronics, | 11:59:05 |
| 3 | Samsung Display.  And they manufacture display | 11:59:11 |
| 4 | units for Samsung and other companies. | 11:59:14 |
| 5 | Q  But when this display subsidiary transfers | 11:59:15 |
| 6 | phones to another part of Samsung for purposes of | 11:59:19 |
| 7 | further assembly into a phone, do they use | 11:59:22 |
| 8 | transfer pricing?  Unit cost pricing?  Standard | 11:59:26 |
| 9 | costs?  How do they -- how do they determine what | 11:59:29 |
| 10 | the cost will be? | 11:59:33 |
| 11 | MR. ANDERSON:  Objection. | 11:59:35 |
| 12 | Mischaracterizes the record or misstates | 11:59:38 |
| 13 | testimony. | 11:59:41 |
| 14 | A  My understanding is these prices are a | 11:59:43 |
| 15 | fair market rate. | 11:59:49 |
| 16 | Q  (BY MR. OLSON)  What do you mean by "a | 11:59:50 |
| 17 | fair market rate"? | 11:59:51 |
| 18 | A  Samsung Mobile, so I -- I may have | 11:59:53 |
| 19 | testified to this before, but Samsung -- Samsung | 11:59:59 |
| 20 | Electronics has two major businesses:  One is | 12:00:04 |
| 21 | component sales to third-party companies, | 12:00:07 |
| 22 | including Apple, who's one of the biggest | 12:00:09 |
| 23 | customers of Samsung; and then Samsung Electronics | 12:00:13 |
| 24 | is also a large purchaser of components.  Those | 12:00:16 |
| 25 | transactions are conducted at fair market rates. | 12:00:20 |