# EXHIBIT I
# CONFIDENTIAL VERSION OF DOCUMENT SOUGHT TO BE SEALED



Cell Phones & Accessories ▾ samsung captivate gl

Departments Browsing History Brett's Amazon.com EN Hello, Brett Account & Lists Orders Prime 0 Cart

Cell Phones & Accessories Carrier Phones Unlocked Phones Prime Exclusive Phones Accessories Cases Wearable Technology Best Sellers Deals

prime now FREE 2-hour delivery on thousands of items shop now ▸

‹ Back to search results for "samsung captivate glass repair"

NewerStone

# Black Glass Lens for SAMSUNG Galaxy S Captivate i897 / Glass Lens +Tools

1 customer review

**Note:** This item is only available from third-party sellers (see all offers).

Available from these sellers.

- Glass

New (1) from $9.99 + $4.49 shipping

Report incorrect product information.

Share

See All Buying Options

Add to List

Have one to sell? Sell on Amazon

Electronics Gift Guide: 'Tis the season for shiny, new tech

Advertisement

Under $100

New Releases

Gaming

Audio and Accessories

## Customers also shopped for

Page 1 of 5

Black Samsung Galaxy Note 3 N9000 Replacement Front Screen Glass Lens & Tool Kit
133
$5.25

Samsung Galaxy S7 Lens Cover with Telephoto (2x) and Wide-Angle Lenses
92
$87.77

Generic Camera Lens Replacement for Samsung Galaxy S5
215
$5.99

Generic White Front Screen Glass Lens Repair Replacement for Apple iPhone 4G 4 +8 x tool
407
$8.99

## Sponsored products related to this item (What's this?)


Repair Kit with Tools for iPhone 4, 5, 5S, 5C, 6, 6S, 7, Samsung Galaxy, Note - Mag...
173
$6.95


Samsung Galaxy Note 3 Replacement Front Glass and Back Cover Repair Kit with Certif...
3
$9.49


Samsung Galaxy S7 Edge Replacement Rear Back Glass Back Cover - MOBILEPRIME (Gold)
25
$16.99


New White Front Outer Glass Lens Screen Replacement For Samsung Galaxy S5 SV
1
$10.99


Samsung Galaxy S8 Plus Glass Screen Protector from Tech Armor, 3D Curved Ballistic ...
68
$12.95

Ad feedback

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

To Fix you broken screen.

## Product information

| | |
|---|---|
| Package Dimensions | 8 x 4 x 0.3 inches |
| ASIN | B00A6NA7U4 |
| Customer Reviews | 1 customer review<br>5.0 out of 5 stars |
| Best Sellers Rank | #1,433,807 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)<br>#28,188 in Cell Phones & Accessories > Cell Phone Accessories > Replacement Parts<br>#1,432,099 in Electronics > Cell Phones & Accessories |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?

## Sponsored products related to this item (What's this?)


Galaxy Note 8 Screen Protector(Privacy), YCFlying [Case Friendly] [Anti-Spy] [3D Cu...
19
$7.99


Ibaye LCD Display Touch Screen Digitizer Glass Lens with Camera and Home Button Ass...
139
$36.87


Cbin Samsung Galaxy Gear S2 Classic Smartwatch Band Stainless Steel Fully
387
$13.79


NIUTOP Double Side Adhesive Glue Tape For Repair Touch Screen Digitizer LCD Screen ...
360
$5.99


ChargerCity Hippo Series NonSlip Dashboard Beanbag Friction Mount for Garmin Nuvi, ...
2055
$17.95

SAMNDCA30007945

Ad feedback

**Customer Questions & Answers**

See questions and answers

---

## Customer reviews

1

5.0 out of 5 stars



| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See all 1 customer reviews

Share your thoughts with other customers

Write a customer review

### Top customer reviews

**What i needed**
By Emo-Lee23 on April 17, 2013
**Verified Purchase**
Came with all the tools listed wish it had also came with a tiny screwdriver and not just 2 T-screwdrivers as

Read more

Search customer reviews

Search

Comment    Was this review helpful to you?    Yes    No    Report abuse

See the review

Write a customer review

SAMNDCA30007946



Electronics ▾ | Samsung droid charge glass lens

Departments ▾ | Browsing History ▾ | Jen's Amazon.com | EN | Hello, Jen Account & Lists ▾ | Orders | Prime ▾ | 0 Cart

All Electronics | Deals | Best Sellers | TV & Video | Audio & Home Theater | Computers | Camera & Photo | Wearable Technology | Car Electronics & GPS

Sounds of the Season | music Learn more ›

‹ Back to search results for "Samsung droid charge glass lens"

Click to open expanded view

Samsung

# Samsung Droid Charge i510 ~ Full LCD Screen Display + Touch Screen Digitizer Front Glass Faceplate Lens Part Panel Assembled Together ~ Mobile Phone Repair Parts Replacement

2 customer reviews

Price: $28.99 & **FREE Shipping**

Get $70 off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

**Note:** Not eligible for Amazon Prime.

Only 15 left in stock - order soon.

**Arrives before Christmas.**

**Want it Wednesday, Dec. 13?** Choose **Two-Day Shipping** at checkout. Details

Ships from and sold by Cellphone Repair Shop.

- Samsung Droid Charge i510
- Full LCD Screen Display + Touch Screen Digitizer Front Glass Faceplate Lens Part Panel Assembled Together
- Mobile Phone Repair Parts Replacement

New (1) from $28.99 & FREE shipping.

Report incorrect product information.

JACKERY
*Jackery 6000mAh Wi*
*Power Bank Charging*
› Shop now

Share

Qty: 1

$28.99 + Free Shipping
Only 15 left in stock - order soon.
Sold by **Cellphone Repair Shop**

Add to Cart

1-Click ordering is not available for this item.

**Ship to:**
Jen Hayes- Redwood City - 94065

Add to List

Add to Baby Registry

Have one to sell? Sell on Amazon

Eco-Fused Adhesive Sticker Tape for Use in Cell Phone Repair - 2mm Tape -...
2,106
$6.99 ✓prime

Advertisement



Advertisement

## Sponsored products related to this item (What's this?)

Page 1 of 5

**EMiEN Rear Back Camera Lens Glass Replacement + Adhesive for Samsung Galaxy Note 8 ...**
$7.99

**Samsung Galaxy Note 5 Replacement Rear Back Glass Back Cover - MOBILEPRIME (Gold)**
26
$16.99

**USB Quick Charger RAVPower 30W Dual USB Plug Wall Charger with Quick Charge 3.0...**
357
$15.99

**TriLink USB C to Micro USB Adapter 3 Pack [Anti-lost Keychain]Type C Convert for Sam...**
627
$6.99

**Samsung Galaxy S€ Plus Replacement F Back Glass Back Co MOBILEPRIME (B...**
6
$10.99

Ad feedback

## Customers also shopped for

Page 1 of 3

**LCD Display Digitizer Touch Screen Assembly For Motorola Moto X Style XT1570 XT1572 XT1575...**
5
$57.99

**SPHENEL LCD Display And Digitizer Touch Screen Assembly With Frame For LG Google Nexus 5X...**
10
$36.90

**LCD display Digitizer Touch Screen Assembly For LG M210 MS210 Aristo LV3 K8 2017 (Silver w...**
9
$43.59

**LCD display Digitizer Touch Screen Assembly For LG K20 Plus 2017 MP260 TP260 VS501 (Black)**
2

**LCD display Digitizer Touch Screen Assembly For LG K Series K8V M1V VS500 (Black w/ Bezel...**
1
$45.99

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

This item does not include screwdriver or adhesive. If you want the screwdriver, you need to buy this item: http://www.amazon.com/gp/product/B005BOYGL4 If you want the adhesive, you need to buy this item: http://www.amazon.com/gp/product/B005GITURA or http://www.amazon.com/gp/product/B005GIUHDQ or http://www.amazon.com/gp/product/B005GISZ1M

## Product information

| Shipping Information | View shipping rates and policies |
|---|---|
| ASIN | B005XVOI04 |
| Customer Reviews | 2 customer reviews<br>3.8 out of 5 stars |
| Best Sellers Rank | #1,599,345 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)<br>#30,387 in Cell Phones & |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support?**
Would you like to **tell us about a lower price?**

SAMNDCA30007948

Accessories > Cell Phone
Accessories > Replacement Parts
#1,597,515 in Electronics > Cell
Phones & Accessories

Date first available at          October 21, 2011
Amazon.com



Advertisement

## Customer questions & answers

Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

2

3.8 out of 5 stars

| | | |
|---|---|---|
| 5 star | 50% | Share your thoughts with other customers |
| 4 star | 0% | |
| 3 star | 0% | Write a customer review |
| 2 star | 50% | |
| 1 star | 0% | |

See all 2 customer reviews

### Top customer reviews

**Five Stars**
By John on October 6, 2015
**Verified Purchase**

Worked great.

One person found this helpful. Was this review helpful to you?

Yes

Comment     No                                          Report abuse

**I got what I paid for I guess**
By Bud Gressett on December 5, 2011
**Verified Purchase**

I got exactly what I ordered and no more. Sorry, but when ordering by mail, I expect the extra mile. What
was missing was a tool and instructions on how to dismantle the phone to install the new part. Its still
sitting on my desk useless to me until I can find someone to help me.



Advertisement

Search customer reviews

Search

SAMNDCA30007949

4 people found this helpful. Was this review helpful to you?

Yes

Comment   No

Report abuse

**See both reviews**

Write a customer review

amazonwarehouse

**Holiday savings** Up to 25% off on select items

Shop now ▶

Advertisement

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content |
| Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use   Privacy Notice   Interest-Based Ads © 1996-2017, Amazon.com, Inc. or its affiliates

SAMNDCA30007950

Cell Phones & Accessories ▾ samsung galaxy s rep

Departments ▾ Browsing History ▾ Brett's Amazon.com EN Hello, Brett Account & Lists ▾ Orders Prime ▾ 0 Cart

Cell Phones & Accessories | Carrier Phones | Unlocked Phones | Prime Exclusive Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals

prime now FREE 2-hour delivery on thousands of items shop now ▸

‹ Back to search results for "samsung galaxy s repair"

Click to open expanded view

Generic

# Sprint Samsung Galaxy S EPIC 4G D700 Full LCD Screen Display + Touch Screen Digitizer Front Glass Faceplate Lens Part Panel Assembled Together Mobile Phone Repair Parts Replacement

2 customer reviews

Price: $14.99 & **FREE Shipping**

Get $70 off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

**Note:** Not eligible for Amazon Prime.

**3% off purchase of 5 items**
2 Applicable Promotion(s)

In Stock.
**Want it Friday, Dec. 1?** Order within **14 hrs 11 mins** and choose **Two-Day Shipping** at checkout. Details
Ships from and sold by Cellphone Repair Shop.

- Sprint Samsung Galaxy S EPIC 4G D700
- Full LCD Screen Display + Touch Screen Digitizer Front Glass Faceplate Lens Part Panel Assembled Together + Home Button
- Mobile Phone Repair Parts Replacement
- This item is not for Samsung i9000 Galaxy S
- There is logo on the item.

New (1) from $14.99 & FREE shipping.

Report incorrect product information.

BEST CHOICE BRANDS
*Dont live with broken screen fix your iphone today*
› Shop now

Screen repair complete tool kit replacemen...

Advertisement

Share

Qty: 1 ▾

$14.99 + Free Shipping
In Stock. Sold by **Cellphone Repair Shop**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Erin Arnold- Davis - 95616

Add to List

Have one to sell? Sell on Amazon

**Screen Repair Complete Tool Kit Replacement Parts For iPhone7 Plus (...**
129
$29.90 ✓prime

Advertisement

## Customers also shopped for



LG Optimus G LS970 Sprint, E973, E975 LCD Screen Display with Digitizer Touch
25
$36.99



LCD Screen Display + Digitizer Touch for Samsung Galaxy On5 SM-G550FY G550T G5500...
1
$23.99



Samsung Galaxy J2 Prime G532 g532 G532F G532G/M G532DS LCD Display + Touch Screen Digitizer Glass/LCD...
$22.59



Touch Screen Digitizer and LCD for Samsung Galaxy Note 3 - White
1
$147.72



NovaMass White Full LCD Display+Touch Screen Digitizer Assembly Mobile Phone Repair Part...
250
$59.99



Touch Screen Digitizer and LCD with Frame for Samsung Galaxy Note 3 - N900V - White
2
$160.17

## Sponsored products related to this item (What's this?)



Galaxy S7 Edge Case, SUPCASE Full-body Rugged Holster Case WITHOUT Built-in Screen
4375
$16.99



Portable Travel Charger Jackery Bar 6000mAh Pocket-sized Ultra Compact External Bat...
7929
$16.99



For Samsung Galaxy S8 G950A G950T G950V G950P LCD Touch Screen Lens Front Glass Out...
2
$26.99



External Battery Charger Jackery Giant+ 12000mAh Dual USB Portable Battery Charger
9960
$24.99



Repair Kit with Tools for iPhone 4, 5, 5S, 5C, 6, 6S, 7, Samsung Galaxy, Note - Mag...
173
$6.95

Ad feedback

## Special offers and product promotions

- Limited Time Offer (Buy More and Save More) Here's how (restrictions apply)
- Get Free Expedited Shipping on this item when you purchase 10 or more Qualifying items from Cellphone Repair Shop. Here's how (restrictions apply). Here's how (restrictions apply)

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

SAMNDCA30007952

This item does not include screwdriver or adhesive. If you want the screwdriver, you need to buy this item:
http://www.amazon.com/gp/product/B005BOYGL4 If you want the adhesive, you need to buy this item: http://www.amazon.com/gp/product/B005GITURA
or http://www.amazon.com/gp/product/B005GIUHDQ or http://www.amazon.com/gp/product/B005GISZ1M

## Product information

| | |
|---|---|
| Product Dimensions | 7.9 x 6 x 0.4 inches |
| Item Weight | 2.4 ounces |
| Shipping Weight | 2.4 ounces (View shipping rates and policies) |
| ASIN | B0079G5D46 |
| Customer Reviews | 2 customer reviews<br>5.0 out of 5 stars |
| Best Sellers Rank | #1,120,916 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)<br>#23,057 in Cell Phones & Accessories > Cell Phone Accessories > Replacement Parts<br>#1,119,459 in Electronics > Cell Phones & Accessories |

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?
Would you like to **tell us about a lower price**?

## Important information

**Seller Warranty Description**
30 Days

## Sponsored products related to this item (What's this?)

    

N.ORANIE Moto 360 2nd (Men's 42mm) Watch Band 20mm Genuine Leather with Retro — 45 — $19.99

ASUS WI503Q-SL-BG ZenWatch 3 1.39-Inch Amoled Smart Watch with Beige Leather Strap — 416 — $179.00

TracFone Bring Your Own Phone SIM Activation Kit (Triple Punch) — 721 — $1.00

Bluetooth Headset,Ansion Wireless Bluetooth 4.1 In Ear Earpiece Earbuds — 366 — $35.99

Galaxy Note 8 Case, Caseology [Parallax Series] Slim Protective Dual Layer Textured... — 330 — $12.99

Ad feedback



Advertisement

## Customer Questions & Answers

See questions and answers

SAMNDCA30007953

## Customer reviews

2

5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See all 2 customer reviews

Share your thoughts with other customers

Write a customer review

**20**

N.ORANIE Moto 360 2nd (Men's 42mm) Watc...
45
$19.99    Shop Now

Advertisement

### Top customer reviews

**my fault**
By justin on July 4, 2012
**Verified Purchase**

I bought this item by mistake. I was trying to buy a replacement screen for the epic touch 4g. This came up in the search result. I returned no problem. Fast service and delivery.

Comment    Was this review helpful to you?   Yes   No   Report abuse

**Epic 4g screen replacement**
By jessie woods on November 18, 2012
**Verified Purchase**

It was great.I replaced the screen on my epic 4g phone alot cheaper then buying a new phone.I watched a video on Utube for instructions & it was that easy.

Comment    Was this review helpful to you?   Yes   No   Report abuse

See both reviews

Write a customer review

Search customer reviews

Search

*Home for the Holidays*   Celebrate with Crock-Pot, Yankee Candle, and more   Shop now

Advertisement

**Pages with related products.** See and discover other items: apple watch face plate, samsung display

SAMNDCA30007954

11/28/2017    Amazon.com : iPhone 4s 4 4g 16GB 32GB Black LCD Replacement Touch Screen Digitizer Glass Assembly + Faceplate Lens Part Pa...

Case 5:11-cv-01846-LHK   Document 3592-12   Filed 02/23/18   Page 13 of 107

Back to top

## Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

## Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

## Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English          United States

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Video Direct
Video Distribution
Made Easy

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

AudiobookStand
Discount Audiobooks
on Disc

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Warehouse Deals
Open-Box
Discounts

Whispercast
Discover & Distribute
Digital Content

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

SAMNDCA30007955



ELECTRONICS Gift Guide 'Tis the season for shiny, new tech Sponsored by BOSE Shop now ›

‹ Back to search results for "Samsung Fascinate Glass lens"

Roll over image to zoom in

Generic

# Generic LCD Screen Display + Touch Screen Digitizer for Samsung Fascinate I500 - Replacement Repair Parts

Be the first to review this item

Price: $28.99 & **FREE Shipping**

Get $70 off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

**Note:** Not eligible for Amazon Prime.

In Stock.

**Arrives before Christmas.**

**Want it Wednesday, Dec. 13?** Choose **Two-Day Shipping** at checkout. Details

Ships from and sold by Cellphone Repair Shop.

- Compatible with:
- Samsung I500
- Samsung SCH-I500
- Verizon Fascinate

New (1) from $28.99 & FREE shipping.

Report incorrect product information.

Electronics Gift Guide: 'Tis the season for shiny, new tech

Share

Qty: 1

$28.99 + Free Shipping
In Stock. Sold by **Cellphone Repair Shop**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Jen Hayes- Redwood City - 94065

Add to List

Add to Baby Registry

Have one to sell? Sell on Amazon

Jackery
Jackery 6000mAh Wireless Power Bank Charging ...
Wireless Charger Power Bank for iPhone X, Jackery AirRocket 6000mAh...
22
$39.99 prime
Advertisement

Under $100

New Releases

Gaming

Audio and Acc

## Customers also shopped for

LCD display Digitizer Touch Screen Assembly

LCD display Digitizer Touch Screen Assembly

NewerStone Full LCD Display With Touch Screen

Touch LCD Digitizer Assembly Frame For 5.7"

LCD display Digitizer Touch Screen Assembly

| For Samsung Galaxy Tab A 8.0 SM-T350 t350 (Black) | For LG G5 H820 H830 H831 H840 H850 VS987... | Digitizer Assembly for iPhone 5S - Black | LG G6 H870 H871 H872 LS993 VS998 White (Only FBA) | For LG K Series K8V M1V VS500 (Black w/ Bezel... |
|---|---|---|---|---|
| $64.99 | 13 | 407 | $115.99 | 1 |
| | $51.99 | $21.98 | | $45.99 |



For Galaxy S3 T999 i747
LCD + Touch Screen
Digitizer with Frame - Gray
- New - All Repair Parts...
3
$59.99

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

Samsung I500 Fascinate LCD Screen, Touch Panel Digitizer Window Lens Glass Assembly.

## Product information

| Package Dimensions | 6.7 x 4.2 x 1.3 inches |
|---|---|
| Item Weight | 4 ounces |
| Shipping Weight | 4 ounces (View shipping rates and policies) |
| ASIN | B008YOK84E |
| Customer Reviews | Be the first to review this item<br>0.0 out of 5 stars |
| Best Sellers Rank | #1,559,490 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)<br>#29,763 in Cell Phones & Accessories > Cell Phone Accessories > Replacement Parts<br>#1,557,683 in Electronics > Cell Phones & Accessories |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?

Would you like to tell us about a lower price?





Advertisement

## Customer Questions & Answers

See questions and answers

SAMNDCA30007957

## Customer reviews

There are no customer reviews yet.

| | | |
|---|---|---|
| 5 star | 0% | Share your thoughts with other customers |
| 4 star | 0% | |
| 3 star | 0% | Write a customer review |
| 2 star | 0% | |
| 1 star | 0% | |

Advertisement



Discover genuinely handcrafted products

See more

Advertisement

Back to top

### Get to Know Us

Careers

About Amazon

Investor Relations

Amazon Devices

### Make Money with Us

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Become an Amazon Vendor

› See all

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English   United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |

SAMNDCA30007958

| | | | | | | |
|---|---|---|---|---|---|---|
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content |
| Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

SAMNDCA30007959



Cell Phones & Accessories ▾ samsung galaxy s rep

Departments ▾ Browsing History ▾ Brett's Amazon.com EN Hello, Brett Account & Lists ▾ Orders Prime ▾ 0 Cart

**Cell Phones & Accessories** Carrier Phones Unlocked Phones Prime Exclusive Phones Accessories Cases Wearable Technology Best Sellers Deals

ELECTRONICS Gift Guide 'Tis the season for shiny, new tech Shop now ›

‹ Back to search results for "samsung galaxy s repair"

Click to open expanded view

For Samsung

# LCD Screen+Touch Screen for Samsung Galaxy S 4G T959V

2 customer reviews

Price: $24.99 & **FREE Shipping**

Get $70 off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

**Note:** Not eligible for Amazon Prime.

**3% off purchase of 5 items**

2 Applicable Promotion(s)

In Stock.

**Want it Friday, Dec. 1?** Order within **14 hrs 12 mins** and choose **Two-Day Shipping** at checkout. Details

Ships from and sold by Cellphone Repair Shop.

- Compatible with:
- Samsung SGH-T959V
- T-Mobile Galaxy S4G T959V
- NOT COMPATIBLE WITH THE NEW GALAXY S4

**Used & new** (3) from $24.99 & FREE shipping.

Report incorrect product information.

BEST CHOICE BRANDS

*Dont live with broken screen fix your iphone today*

› Shop now

Screen repair complete tool kit replacemen...

Advertisement

Share

Qty: 1 ▾

$24.99 + Free Shipping

In Stock. Sold by **Cellphone Repair Shop**

**Add a Protection Plan:**

☐ 2-Year Protection for $3.25

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**

Erin Arnold- Davis - 95616

Add to List

**Other Sellers on Amazon**

**Used & new** (3) from $24.99 & FREE shipping.

Have one to sell? Sell on Amazon

**Screen Repair Complete Tool Kit Replacement Parts For iPhone7 Plus (...**

129

$29.90 prime

Advertisement

## Customers who viewed this item also viewed







**Eco-Fused Screen Replacement Kit for Samsung Galaxy S4 including Replacement…**
1,871
$11.99

**Display Touch Screen (AMOLED) Digitizer Assembly with Frame for Samsung Galaxy S4 SCH…**
88
$79.98

**Original OEM Black Full LCD Touch Screen Digitizer Assembly for Samsung Galaxy S4 I9500**
88
$63.39







**Generic Touch Screen Replacement Assembly for Samsung Galaxy S4 Digitizer LCD, White**
80
$71.99

**Ocamo LCD display Digitizer Touch Screen Assembly LCD Digitizer Touch Screen + Frame for Samsung Galaxy S4 i337…**
1 offer from $46.10

**Samsung Galaxy S4 S IV i9500 i9505 i337 LCD Screen + Digitizer Touch White**
63
$63.29

---

### Sponsored products related to this item (What's this?)









**Replacement Screen LCD Display &Touch Screen Digitizer Frame Assembly for iPhone 6 …**
46
$24.99

**For iPhone 6 Screen Replacement LCD Display - 2017 New Design White 4.7 inch Touch …**
12
$35.99

**LCD Display & Digitizer Screen Touch Digitizer Assembly for iPhone 6 Plus 5.5inch w…**
216
$21.99

**MobileAge for iPhone 6 Plus 5.5 Inch Touch Screen Replacement New LCD Digitizer Dis…**
1
$27.99

**DAXTROMN Replacement Battery for iP 6 Plus Compatible with ( A1522 , A1524…**
24
$25.99

Ad feedback

---

### What other items do customers buy after viewing this item?



Eco-Fused Screen Replacement Kit for Samsung Galaxy S4 including Replacement Glass / Tool Kit / Adhesive Sticker Tape…
1,871
$11.99



Display Touch Screen (AMOLED) Digitizer Assembly with Frame for Samsung Galaxy S4 SCH- I545 / SPH- L720 / SCH- R970…
88
$79.98

---

### Special offers and product promotions

- Limited Time Offer (Buy More and Save More) Here's how (restrictions apply)
- Get Free Expedited Shipping on this item when you purchase 10 or more Qualifying items from Cellphone Repair Shop. Here's how (restrictions apply). Here's how (restrictions apply)

---

SAMNDCA30007961

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

Samsung T959V TMobile Galaxy S 4G LCD Screen, Touch Panel Digitizer Assembly. NOT COMPATIBLE WITH THE NEW GALAXY S4

## Product information

| Shipping Information | View shipping rates and policies |
|---|---|
| ASIN | B005ZO9EV2 |
| Customer Reviews | 2 customer reviews<br>5.0 out of 5 stars |
| Best Sellers Rank | #445,111 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)<br>#9,984 in Cell Phones & Accessories > Cell Phone Accessories > Replacement Parts<br>#444,370 in Electronics > Cell Phones & Accessories |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?

Would you like to tell us about a lower price?

## Sponsored products related to this item (What's this?)



LCD Replacement for iPhone 7, Pre-Assembled iPhone 7 (4.7 inch) LCD Display and Tou...
2
$56.56



Samsung Galaxy S4 Case - Wydan Leather Wallet Style Case Folio Flip Foldable Stand ...
1
$9.99



For iPhone 6 Plus 5.5 inch LCD Screen Replacement Digitizer Assembly with
5
$48.99



WirelessFinest iPhone 6S Plus LCD Display Glass Touch Screen Full Assembly Digitize...
6
$49.99



Galaxy S4 Case ULAK Hybrid Dual-Layer Shockproof Silicone Rubber Soft Skin PC
1768
$7.99

Ad feedback



Advertisement

## Customer Questions & Answers

See questions and answers

SAMNDCA30007962

## Customer reviews

### 2
5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See all 2 customer reviews

Share your thoughts with other customers

Write a customer review

### Top customer reviews

**Five Stars**
By Lorenzo F Robinson on April 17, 2015
**Verified Purchase**

Everything worked great!!!!

Comment    Was this review helpful to you?   Yes    No    Report abuse

**It is working**
By Vlad_t on April 6, 2016
**Verified Purchase**

Initially I thought i will be easy to replace my broken screen. It was that easy but it does work now. I am satisfied.

Comment    One person found this helpful. Was this review helpful to you?   Yes    No    Report abuse

**See both reviews**

Write a customer review

Advertisement

Search customer reviews

[                    ]   Search

Advertisement

**Pages with related products.** See and discover other items: samsung display, samsung galaxy 4g, tmobile samsung s phones

Back to top

SAMNDCA30007963

Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English    United States

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Restaurants
Food delivery from
local restaurants

Amazon Video Direct
Video Distribution
Made Easy

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

AudiobookStand
Discount Audiobooks
on Disc

Book Depository
Books With Free
Delivery Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Prime Photos
Unlimited Photo Storage
Free With Prime

Shopbop
Designer
Fashion Brands

TenMarks.com
Math Activities
for Kids & Schools

Warehouse Deals
Open-Box
Discounts

Whispercast
Discover & Distribute
Digital Content

Whole Foods Market
America's Healthiest
Grocery Store

Withoutabox
Submit to
Film Festivals

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Souq.com
Shop Online in
the Middle East

Subscribe with Amazon
Discover & try
subscription services

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2017, Amazon.com, Inc. or its affiliates

SAMNDCA30007964

Cell Phones & Accessories ▾ samsung galaxy s gla

Departments ▾ Browsing History ▾ Brett's Amazon.com EN Hello, Brett Account & Lists ▾ Orders Prime ▾ 0 Cart

**Cell Phones & Accessories** Carrier Phones Unlocked Phones Prime Exclusive Phones Accessories Cases Wearable Technology Best Sellers Deals

3 months for $0.99 music unlimited New subscribers only. Terms and conditions apply.

‹ Back to search results for "samsung galaxy s glass repair"

Roll over image to zoom in

**SAMSUNG**

# T-mobile Samsung Galaxy S Vibrant / Fascinate 3G / SCH-T959 Full LCD Display+Touch Screen Digitizer Assembly Mobile Phone Repair Part Replacement

1 customer review

Price: $24.99 & **FREE Shipping**

Get $70 off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

**Note:** Not eligible for Amazon Prime.

**3% off purchase of 5 items**
2 Applicable Promotion(s)

In Stock.
**Want it Friday, Dec. 1?** Order within **14 hrs 14 mins** and choose **Two-Day Shipping** at checkout. Details
Ships from and sold by Cellphone Repair Shop.

- T-mobile Samsung Galaxy S Vibrant / Fascinate 3G / SCH-T959
- Full LCD Display+Touch Screen Digitizer Assembly
- Mobile Phone Repair Part Replacement
- The same as picture shown.
- This item is for T959 only, it is not for i9000 or any other model.

**Used & new** (2) from $14.99 + $4.99 shipping

Report incorrect product information.

ANGEL PHONES
*Dont live with broken screen fix your iphone today*
› Shop now
Screen repair complete tool kit replacemen...

Advertisement

Share

**Buy new:** $24.99

Qty: 1 ▾

$24.99 + Free Shipping
In Stock. Sold by **Cellphone Repair Shop**

**Add a Protection Plan:**
☐ 2-Year Protection for $3.25

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Erin Arnold- Davis - 95616

**Buy used:** $14.99

Add to List

**Other Sellers on Amazon**

**Used & new** (2) from $14.99 + $4.99 shipping

Have one to sell? Sell on Amazon

For iPhone 7 6S 6 8 with 2-Pack 20
$4.99 ✓prime
Advertisement

SAMNDCA30007965

## Customers also shopped for






| | | | |
|---|---|---|---|
| LCD Screen Display + Digitizer Touch for Samsung Galaxy On5 SM-G550FY G550T G5500… | LCD display Digitizer Touch Screen Assembly For LG K20 Plus 2017 MP260 TP260 VS501 (Black) | Samsung Galaxy J2 Prime G532 g532 G532F G532G/M G532DS LCD Display + Touch Screen Digitizer Glass/LCD… | XQ - LCD Display + Touch Screen Digitizer Assembly White For Samsung Galaxy Note 8.0 GT-N5110… |
| 1 | 2 | | 1 |
| $23.99 | $53.99 | $22.59 | 1 offer from $45.99 |

## Sponsored products related to this item (What's this?)







| | | | | |
|---|---|---|---|---|
| For Samsung Galaxy S8 G950A G950T G950V G950P LCD Touch Screen Lens Front Glass Out... | Galaxy S7 Edge Case, SUPCASE Full-body Rugged Holster Case WITHOUT Built-in Screen | Samsung Galaxy S8 Case, Zizo [ATOM Series] w/ [Galaxy S8 Screen Protector] Airframe... | Eco-Fused Screen Replacement Kit for Samsung Galaxy S4 including Replacement | Repair Kit with Tools for iPhone 4, 5, 5S, 5C, 6, 6S, 7, Samsung Galaxy, Note - Mag... |
| 2 | 4375 | 4 | 1871 | 173 |
| $26.99 | $16.99 | $21.99 | $11.99 | $6.95 |

Ad feedback

## Special offers and product promotions

- Limited Time Offer (Buy More and Save More) Here's how (restrictions apply)
- Get Free Expedited Shipping on this item when you purchase 10 or more Qualifying items from Cellphone Repair Shop. Here's how (restrictions apply). Here's how (restrictions apply)

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

This item does not include screwdriver or adhesive. If you want the screwdriver, you need to buy this item: http://www.amazon.com/gp/product/B005BOYGL4 If you want the adhesive, you need to buy this item: http://www.amazon.com/gp/product/B005GITURA or http://www.amazon.com/gp/product/B005GIUHDQ or http://www.amazon.com/gp/product/B005GISZ1M

## Product information

| Shipping Information | View shipping rates and policies |
|---|---|
| ASIN | B007IQEZPK |
| Customer Reviews | 1 customer review 5.0 out of 5 stars |
| Best Sellers Rank | #1,265,679 in Cell Phones & |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to suggest updates through seller support?

SAMNDCA30007966

Accessories (See Top 100 in Cell
Phones & Accessories)
#25,470 in Cell Phones &
Accessories > Cell Phone
Accessories > Replacement Parts
#1,264,099 in Electronics > Cell
Phones & Accessories

Would you like to **tell us about a lower price?**

**Sponsored products related to this item** (What's this?)











AmazonBasics 6-Port
USB Wall Charger (60-
Watt) - Black
                  1180
$24.99

BeatsX Wireless In-Ear
Headphones - White
                  659
$149.95  Click for details

MAXBEAR Galaxy S5
Battery | 3300mAh
Replacement Li-Ion
Battery for Samsung
                  22
$11.50

Samsung Galaxy S8
Active case, i-Blason
[Ares] Full-body Rugged
Clear Bumper Case w...
                  59
$19.99

Galaxy J7 (2015) Case
With TJS® Tempered
Glass Screen Protector
Included, Dual Laye...
                  230
$7.99

Ad feedback



Advertisement

## Customer Questions & Answers

See questions and answers

## Customer reviews

        1
5.0 out of 5 stars

SAMNDCA30007967

11/28/2017 Amazon.com: Customer reviews: Galaxy Vibrant Galaxy S 4G i9000 T-Mobile Black Cell Phone (T-Mobile) Touch Screen Android Assembly Mobile Pho...

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See all 1 customer reviews

**Top customer reviews**

**Five Stars**

By Rafael Montero Vallejo on September 8, 2014
**Verified Purchase**

Excellente

Share your thoughts with other customers

Write a customer review

Comment    Was this review helpful to you?    Yes    No    Report abuse

See the review

Write a customer review

CALVIN KLEIN
INTRODUCING BODY
AN EXCLUSIVE ONLINE PREVIEW, ONLY ON AMAZON
SHOP NOW
Advertisement

Search customer reviews

Search

14

Shop now

Advertisement

**Pages with related products.** See and discover other items: samsung display, samsung galaxy models, tmobile samsung s phones

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English    United States

Amazon Music Stream millions of songs
Amazon Drive Cloud storage from Amazon
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Alexa Actionable Analytics for the Web
Amazon Business Everything For Your Business

AmazonFresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Handpicked Pros Happiness Guarantee
Amazon Inspire Digital Educational Resources
Amazon Rapids Fun stories for kids on the go
Amazon Restaurants Food delivery from local restaurants
Amazon Video Direct Video Distribution Made Easy

Amazon Web Services Scalable Cloud Computing Services
Audible Download Audio Books
AudiobookStand Discount Audiobooks on Disc
Book Depository Books With Free Delivery Worldwide
Box Office Mojo Find Movie Box Office Data
ComiXology Thousands of Digital Comics
CreateSpace Indie Print Publishing Made Easy

DPReview
East Dane
Fabric
Goodreads
IMDb
IMDbPro
Junglee.com

| Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Shop Online in India |
|---|---|---|---|---|---|---|
| Kindle Direct Publishing Indie Digital Publishing Made Easy | Prime Now FREE 2-Hour Delivery on Everyday Items | Prime Photos Unlimited Photo Storage Free With Prime | Shopbop Designer Fashion Brands | TenMarks.com Math Activities for Kids & Schools | Warehouse Deals Open-Box Discounts | Whispercast Discover & Distribute Digital Content |
| Whole Foods Market America's Healthiest Grocery Store | Withoutabox Submit to Film Festivals | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Souq.com Shop Online in the Middle East | Subscribe with Amazon Discover & try subscription services | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

SAMNDCA30007969

Cell Phones & Accessories | galaxy s2 glass repair

Departments | Browsing History | Brett's Amazon.com | EN | Hello, Brett Account & Lists | Orders | Prime | 0 Cart

Cell Phones & Accessories | Carrier Phones | Unlocked Phones | Prime Exclusive Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals

prime now
Your $5 credit is waiting
FREE 2-hour delivery
Learn more ›

‹ Back to search results for "galaxy s2 glass repair"

Click to open expanded view

Fenzer

# Black Replacement Glass Lens Screen for Samsung Galaxy S2 S 2 II T989 with 8 Piece Tool Kit Screen Protector

8 customer reviews

Price: $4.35 & **FREE Shipping**

Get $70 off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

**Note:** Not eligible for Amazon Prime.

In Stock.

**Get it as soon as Dec. 4 - 6** when you choose **Expedited Shipping** at checkout.

Ships from and sold by EZFindDeals.

- Black replacement glass lens screen for Samsung Galaxy S2 S 2 II T989 with 8 Piece Tool Kit Screen Protector
- Durable, reliable, and long-lasting replacement
- High quality material and cutting-edge technology
- Precision machined for a perfect fit
- Repair tool kit for removal and installation

New (1) from $4.35 & FREE shipping.

Report incorrect product information.

Share

Qty: 1

$4.35 + Free Shipping
In Stock. Sold by **EZFindDeals**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Erin Arnold- Davis - 95616

Add to List

Have one to sell? Sell on Amazon

**Screen repair complete tool kit replacement parts for iphone 7 Plus (w...**
129
$29.90 prime

Advertisement

ANGEL PHONES
*Dont live with broken screen fix your iphone today*
› Shop now

Screen repair complete tool kit replacemen...

Advertisement

## Frequently bought together

Total price: $13.58

Add all three to Cart

Add all three to List

SAMNDCA30007970

11/28/2017    Amazon.com: Black Replacement Glass Lens Screen for Samsung Galaxy S2 S 2 II T989 with 8 Piece Tool Kit Screen Protector: Cell Phones ...

Case 5:11-cv-01846-HK   Document 3592-12   Filed 02/23/18   Page 29 of 107



These items are shipped from and sold by different sellers. Show details

- ☑ **This item:** Black Replacement Glass Lens Screen for Samsung Galaxy S2 S 2 II T989 with 8 Piece Tool Kit Screen...   $4.35
- ☑ Generic Samsung Galaxy S2 Screen Protector Kit, 5-Pieces – Non-Retail Packaging – Clear $3.49   Add-on Item
- ☑ Samsung Original OEM Galaxy SII Standard Battery For Epic 4G Touch D710 CDMA (1800 mAh EB625152VA) $5.74

## Sponsored products related to this item (What's this?)

Page 1 of 4

    

| | | | | |
|---|---|---|---|---|
| Eco-Fused Screen Replacement Kit for Samsung Galaxy S4 including Replacement... | Repair Kit with Tools for iPhone 4, 5, 5S, 5C, 6, 6S, 7, Samsung Galaxy, Note - Mag... | KNONEW Commonly For Samsung Galaxy S3 i9300 i9305 i535 T999 i747 Full LCD Display+T... | Professional Opening Pry Tool Repair Kit with Non-Abrasive Nylon Spudgers and Anti-... | Front Glass for Galaxy S3 mini Display Touchs 12 pcs Tool Ki.. |
| 1871 | 173 | 22 | 750 | 1 |
| $11.99 | $6.95 | $62.96 | $9.95 | $9.89 |

Ad feedback

## Customers who bought this item also bought

    

| | | | | |
|---|---|---|---|---|
| Samsung Original OEM Galaxy SII Standard Battery For Epic 4G Touch D710 CDMA (1800 mAh... | Generic Samsung Galaxy S2 Screen Protector Kit, 5-Pieces – Non-Retail Packaging – Clear | For Samsung Galaxy S2 T989 LCD + Touch Screen Digitizer - White with Frame - ... | Octopus Glue – Liquid Optically Clear Adhesive (LOCA) – The ORIGINAL PREMIUM LOCA UV Glue... | Fenzer Black Replacement Glass Lens Screen for Samsung Galaxy S2 S 2 II Epic 4G SPH-D710 with... |
| 1,197 | 1,618 | 7 | 456 | 3 |
| $5.74 | $3.49 | $28.99 | $14.95 | $3.79 |



For Samsung Galaxy S2 T989 Back Battery Door Cover - Black - All Repair Parts USA Seller
73
$12.95

## Have a question?

Find answers in product info, Q&As, reviews

SAMNDCA30007971

## Product description

If your original glass is scratched, broken, or otherwise damaged, we have just the right replacement! This replacement glass lens features high quality materials, excellent craftsmanship, and is perfectly fitted for Samsung Galaxy S2 S 2 II T989. It includes an 8-piece tool kit with adhesive and a clear screen protector. This product is for a glass replacement lens and an 8-piece tool kit. It does not include a touch digitizer or LCD assembly. Due to the complexity of dismantling the device please ask a professional to disassemble the front assembly before changing the front glass, otherwise it may be easily broken. We cannot be held liable for incorrect installation.

## Product information

| | | | |
|---|---|---|---|
| Shipping Information | View shipping rates and policies | **Feedback** | |
| ASIN | B00K5AKM76 | If you are a seller for this product, would you like to **suggest updates through seller support**? | |
| California residents | Click here for Proposition 65 warning | Would you like to **tell us about a lower price**? | |
| Customer Reviews | 8 customer reviews<br>3.7 out of 5 stars | | |
| Best Sellers Rank | #409,214 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)<br>#9,116 in Cell Phones & Accessories > Cell Phone Accessories > Replacement Parts<br>#408,523 in Electronics > Cell Phones & Accessories | | |

## Sponsored products related to this item (What's this?)







| | | | | |
|---|---|---|---|---|
| Aresh for Samsung Gear Fit 2 Band / Gear Fit 2 Pro Band, Replacement Bands Accessor... | Moretek Smart Watch Bands for Samsung Gear Fit2 & Gear Fit 2 Pro Tracker (Outer Space) | Wonlex Soft Silicone Replacement Watch Bands for Samsung Gear S2 R720 R730 (Purple+... | V-Moro Samsung Gear Fit 2 Watch Bands, Accessory Milanese Loop Stainless Steel Band... | Galaxy Note 8 Screen Protector(Privacy), YCFlying [Case Friendly] [Anti-Spy] [3D Cu... |
| 125 | 954 | 47 | 396 | 19 |
| $10.00 | $10.99 | $11.98 | $19.99 | $7.99 |

Ad feedback



Advertisement

## Customer Questions & Answers

SAMNDCA30007972

See questions and answers

## Customer reviews

8

3.7 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 63% |
| 4 star | | 25% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 12% |

Share your thoughts with other customers

Write a customer review

See all 8 customer reviews

### Top customer reviews

**Five Stars**
By Jessica on November 19, 2017
Verified Purchase

Came as it was supposed to and I was able to replace my screen with little hassle. Thank you!

Comment    Was this review helpful to you?    Yes    No    Report abuse

**Five Stars**
By thomas frimpong-manso on June 3, 2015
Verified Purchase

could not serve my purpose but transaction was smooth

Comment    Was this review helpful to you?    Yes    No    Report abuse

**Five Stars**
By Joshua Rinehart on April 6, 2015
Verified Purchase

Shipped fast and was exactly as described.

Comment    Was this review helpful to you?    Yes    No    Report abuse

**Five Stars**
By wanda martinez on February 28, 2015
Verified Purchase

Fits perfectly

Comment    Was this review helpful to you?    Yes    No    Report abuse

**Four Stars**
By Enigmatic Hyrulian on September 14, 2014



CALVIN KLEIN

EXCEPTIONAL SAVINGS ON OUR MOST-WANTED GIFTS

SHOP NOW

Advertisement

Search customer reviews

Search

SAMNDCA30007973

Verified Purchase

great service, got plenty of spare tools now

Comment    One person found this helpful. Was this review helpful to you? [ Yes ] [ No ]    Report
abuse

### Get the ultraviolet glue along with this kit.
By Tirra Enthusiast: Archery on August 24, 2015
Verified Purchase

nice little kit except for the tape that they provide to secure the new screen to the led screen. Looks terrible and leaves a gap for moisture. Highly recomend getting the ultraviolet liquid adhesive along with this kit if u need to replace a screen.

Comment    One person found this helpful. Was this review helpful to you? [ Yes ] [ No ]    Report
abuse

### Phone Fixed!!
By LLSIEGEL on April 3, 2016
Verified Purchase

it was just as it stated. Everything was there. Got my phone fixed.

Comment    One person found this helpful. Was this review helpful to you? [ Yes ] [ No ]    Report
abuse

### One Star
By Joe Grissett on April 5, 2017
Verified Purchase

Don't buy

Comment    Was this review helpful to you? [ Yes ] [ No ]    Report abuse

**See all 8 reviews**

[ Write a customer review ]

---

## What other items do customers buy after viewing this item?


OEM Replacement Battery Cover Door for Samsung Galaxy S II T989 T-Mobile (White)
104
1 offer from $8.39


For Samsung Galaxy S2 T989 LCD + Touch Screen Digitizer - White with Frame
7
$28.99


White Replacement Glass Lens Screen for Samsung Galaxy S2 S 2 II T989 with 8 Piece Tool Kit Screen Protector
2
$5.49

For Samsung Galaxy S2 SII GT-i9100 White ~ Full Cover Housing+Front Glass Screen ~ Mobile Phone Repair Part Replacement
1

MET-RX    SAVE UP TO 15% WHEN YOU SUBSCRIBE AND SAVE.    [ Shop now ]
Advertisement

SAMNDCA30007974

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content |
| Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

SAMNDCA30007975

Cell Phones & Accessories ▾    galaxy s2 glass repair

Departments ▾       Browsing History ▾   Brett's Amazon.com

EN     Hello, Brett
  ▾    Account & Lists ▾   Orders   Prime ▾

0
Cart

Cell Phones & Accessories    Carrier Phones    Unlocked Phones    Prime Exclusive Phones    Accessories    Cases    Wearable Technology    Best Sellers    Deals

ELECTRONICS
Gift Guide    'Tis the season for shiny, new tech    Shop now •

‹ Back to search results for "galaxy s2 glass repair"



JM Int'L

Share

## ePartSolution-Samsung Galaxy S 2 II T-989 Touch Screen Lens Black Front Glass Outer Lens Repair Part USA Seller

Be the first to review this item

Price: **$6.99** & **FREE Shipping**

Get $70 off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

**Note:** Not eligible for Amazon Prime.

**In Stock.**
**Get it as soon as Dec. 1 - 6** when you choose **Expedited Shipping** at checkout.
Ships from and sold by JM Int'L_Ships From Chicago.

- 100% Brand New
- Samsung Galaxy S II (T-989) Touch Screen Lens (Black)
- This item is not "Touch Screen"
- Shipping From Chicago

**New** (2) from $6.99 & FREE shipping.

Report incorrect product information.

Click to open expanded view

Qty: 1 ▼

**$6.99** + Free Shipping
In Stock. Sold by **JM Int'L_Ships From Chicago**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Erin Arnold- Davis - 95616

Add to List

### Other Sellers on Amazon

$7.99         Add to Cart
+ Free Shipping
Sold by: mc0410

**New** (2) from $6.99 & FREE shipping.

Have one to sell?    Sell on Amazon

FREE Same-Day Pickup with Prime Student    amazon@UCDAVIS

Electronics Gift Guide: 'Tis the season for shiny, new tech

Under $100     New Releases     Gaming     Audio and Accessories

ANGEL PHONES
Dont live with broken screen fix your iphone today

Screen repair complete tool kit replacement parts for iphone 7 Plus (w...
129
$29.90 ✓prime

Advertisement

**Customers also shopped for**

Page 1 of 5

SAMNDCA30007976






ePartSolution-OEM Samsung Galaxy Note 2 II

ePartSolution-LG Optimus G Pro E980 E985 F240

ePartSolution-Samsung Galaxy S3 i9300 T999 I747

ePartSolution-LG Optimus G Pro E980 F240 E985

## Sponsored products related to this item (What's this?)

Page 1 of 2







Repair Kit with Tools for iPhone 4, 5, 5S, 5C, 6, 6S, 7, Samsung Galaxy, Note - Mag...

173

$6.95

Professional Opening Pry Tool Repair Kit with Non-Abrasive Nylon Spudgers and Anti-...

750

$9.95

Octopus Glue - Liquid Optically Clear Adhesive (LOCA) - The ORIGINAL PREMIUM LOCA U...

456

$9.95

Samsung Galaxy S8 Plus Glass Screen Protector from Tech Armor, 3D Curved Ballistic ...

68

$12.95

Cadorabo – T Glass Bulletp Samsung Ga I9100 / GT-I!

$7.99

Ad feedback

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

**Compatible with:** All Samsung Galaxy S2 T989
**Package Includes:** 1 x Samsung Galaxy S2 T989 Screen Glass Lens (Black Color)

**Shipping From Chicago**

## Product information

| | | |
|---|---|---|
| Shipping Information | View shipping rates and policies | |
| ASIN | B00CG73Q7Y | |
| Item model number | 400-411-104 | |
| Customer Reviews | Be the first to review this item<br>0.0 out of 5 stars | |
| Best Sellers Rank | #1,746,842 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)<br>#32,814 in Cell Phones & Accessories > Cell Phone Accessories > Replacement Parts<br>#1,744,905 in Electronics > Cell Phones & Accessories | |

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?
Would you like to **tell us about a lower price**?

SAMNDCA30007977



Advertisement

## Customer questions & answers

> Have a question? Search for answers

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

**There are no customer reviews yet.**

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Share your thoughts with other customers

Write a customer review



Advertisement



Advertisement

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |

SAMNDCA30007978

11/28/2017   Amazon.com: ePartSolution Samsung Galaxy Screen Repair: Cell Pho...

Case 5:16-cv-01846-LHK   Document 3592-12   Filed 02/23/18   Page 37 of 107

› See all

| English | United States |

| Amazon Music | Amazon Drive | 6pm | AbeBooks | ACX | Alexa | Amazon Business |
| Stream millions | Cloud storage | Score deals | Books, art | Audiobook Publishing | Actionable Analytics | Everything For |
| of songs | from Amazon | on fashion brands | & collectibles | Made Easy | for the Web | Your Business |
| | | | | | | |
| AmazonFresh | AmazonGlobal | Home Services | Amazon Inspire | Amazon Rapids | Amazon Restaurants | Amazon Video Direct |
| Groceries & More | Ship Orders | Handpicked Pros | Digital Educational | Fun stories for | Food delivery from | Video Distribution |
| Right To Your Door | Internationally | Happiness Guarantee | Resources | kids on the go | local restaurants | Made Easy |
| | | | | | | |
| Amazon Web Services | Audible | AudiobookStand | Book Depository | Box Office Mojo | ComiXology | CreateSpace |
| Scalable Cloud | Download | Discount Audiobooks | Books With Free | Find Movie | Thousands of | Indie Print Publishing |
| Computing Services | Audio Books | on Disc | Delivery Worldwide | Box Office Data | Digital Comics | Made Easy |
| | | | | | | |
| DPReview | East Dane | Fabric | Goodreads | IMDb | IMDbPro | Junglee.com |
| Digital | Designer Men's | Sewing, Quilting | Book reviews | Movies, TV | Get Info Entertainment | Shop Online |
| Photography | Fashion | & Knitting | & recommendations | & Celebrities | Professionals Need | in India |
| | | | | | | |
| Kindle Direct Publishing | Prime Now | Prime Photos | Shopbop | TenMarks.com | Warehouse Deals | Whispercast |
| Indie Digital Publishing | FREE 2-Hour Delivery | Unlimited Photo Storage | Designer | Math Activities | Open-Box | Discover & Distribute |
| Made Easy | on Everyday Items | Free With Prime | Fashion Brands | for Kids & Schools | Discounts | Digital Content |
| | | | | | | |
| Whole Foods Market | Withoutabox | Woot! | Zappos | Souq.com | Subscribe with Amazon | |
| America's Healthiest | Submit to | Deals and | Shoes & | Shop Online in | Discover & try | |
| Grocery Store | Film Festivals | Shenanigans | Clothing | the Middle East | subscription services | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

SAMNDCA30007979



Cell Phones & Accessories ▾ | Samsung Fascinate G

Departments ▾ Browsing History ▾ Jen's Amazon.com EN Hello, Jen Account & Lists ▾ Orders Prime ▾ 0 Cart

Cell Phones & Accessories | Carrier Phones | Unlocked Phones | Prime Exclusive Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals

ELECTRONICS Gift Guide 'Tis the season for shiny, new tech Sponsored by BOSE Shop now ›

‹ Back to search results for "Samsung Fascinate Glass lens"

Roll over image to zoom in

Samsung

# T-mobile Samsung Galaxy S Vibrant / Fascinate 3G / SCH-T959 Full LCD Display+Touch Screen Digitizer Assembly Mobile Phone Repair Part Replacement

1 customer review

Price: $24.99 & **FREE Shipping**

Get $70 off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

**Note:** Not eligible for Amazon Prime.

In Stock.

**Arrives before Christmas.**

**Want it Wednesday, Dec. 13?** Choose **Two-Day Shipping** at checkout. Details

Ships from and sold by Cellphone Repair Shop.

- T-mobile Samsung Galaxy S Vibrant / Fascinate 3G / SCH-T959
- Full LCD Display+Touch Screen Digitizer Assembly
- Mobile Phone Repair Part Replacement
- The same as picture shown.
- This item is for T959 only, it is not for i9000 or any other model.

Used & new (2) from $14.99 + $4.99 shipping

Report incorrect product information.

Share

**Buy New** $24.99

Qty: 1

$24.99 + Free Shipping
In Stock. Sold by **Cellphone Repair Shop**

**Add a Protection Plan:**
☐ 2-Year Protection for $3.02

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Jen Hayes- Redwood City - 94065

Buy Used $14.99

Add to List

Add to Baby Registry

**Other Sellers on Amazon**

**Used & new** (2) from $14.99 + $4.99 shipping

Have one to sell? Sell on Amazon

Eco-Fused Adhesive Sticker Tape for Use in Cell Phone Repair - 2mm Tape -...
2,106
$6.99 prime
Advertisement

SAMNDCA30007980



**JACKERY**
*Jackery 6000mAh Wirele
Power B...*
› Shop now

Wireless Charger Power ...
22
Advertisement

## Sponsored products related to this item (What's this?)



EMiEN Rear Back Camera
Lens Glass Replacement
+ Adhesive for Samsung
Galaxy Note 8 ...
$7.99



Samsung Galaxy Note 5
Replacement Rear Back
Glass Back Cover -
MOBILEPRIME (Gold)
26
$16.99



Samsung Galaxy S6 Edge
Plus Replacement Rear
Back Glass Back Cover -
MOBILEPRIME (B...
6
$10.99



AUKEY Ora iPhone
Camera Lens, 0.45x 120°
Wide Angle + 15x Macro
Clip-on iPhone Lens...
289
$29.99



AUKEY Ora iPhone
Camera Lens, 0.45x 140°
Wide-Angle + 10x Macro
Clip-On iPhone Lens...
583
$19.99

Ad feedback

## Customers also shopped for



New Samsung Galaxy S4
I337 I545 I9500 LCD
Screen+Touch Digitizer
Assembly(Only FBA) (Blue)
$66.69



LCD display Digitizer
Touch Screen Assembly
For LG K20 Plus 2017
MP260 TP260 VS501
(Black)
2



NovaMass White Full LCD
Display+Touch Screen
Digitizer Assembly Mobile
Phone Repair Part...
250
$59.99



Touch Screen Replacement
Digitizer Glass LCD &
Repair Tools for Samsung
Galaxy S4 (SIV) I9505 /
SGH-I337 (AT&T) / SGH-
M919 (T-Mobile) (Black)



XQ - LCD Display + Touch
Screen Digitizer Assembly
White For Samsung Galaxy
Note 8.0 GT-N5110...
1
1 offer from $45.99



LCD Screen Display +
Digitizer Touch for
Samsung Galaxy On5 SM-
G550FY G550T G5500...
1
$23.99

## Have a question?

Find answers in product info, Q&As, reviews

SAMNDCA30007981

Product description

This item does not include screwdriver or adhesive. If you want the screwdriver, you need to buy this item:
http://www.amazon.com/gp/product/B005BOYGL4 If you want the adhesive, you need to buy this item:
http://www.amazon.com/gp/product/B005GITURA or http://www.amazon.com/gp/product/B005GIUHDQ or
http://www.amazon.com/gp/product/B005GISZ1M

## Product information

| | | |
|---|---|---|
| Shipping Information | View shipping rates and policies | |
| ASIN | B007IQEZPK | |
| Customer Reviews | 1 customer review 5.0 out of 5 stars | |
| Best Sellers Rank | #1,293,692 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories) #25,588 in Cell Phones & Accessories > Cell Phone Accessories > Replacement Parts #1,292,096 in Electronics > Cell Phones & Accessories | |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?

## Sponsored products related to this item (What's this?)



Mightyskins Protective Vinyl Skin Decal Cover for Samsung Fascinate i500 Verizon Ce...
$7.99



XtremeGUARD© Samsung Galaxy S Fascinate i500 FULL BODY Screen Protector
31
$5.95



Insten Rapid Travel Home Wall Charger Compatible with Samsung Galaxy S6/
7
$5.53



BoxWave Samsung Fascinate mini Capacitive Stylus (Sparkle Edition) - Small Portable...
$8.95



BoxWave Samsung Fascinate Bullet Capacitive Stylus - Mini Capacitive Touch Screen
$6.45

Ad feedback



*Arabella*

Give the gift of dreamy sleepwear

›See more

Advertisement

## Customer Questions & Answers

See questions and answers

SAMNDCA30007982

## Customer reviews

**1**

5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | 100% | |
| 4 star | 0% | |
| 3 star | 0% | |
| 2 star | 0% | |
| 1 star | 0% | |

Share your thoughts with other customers

Write a customer review

See all 1 customer reviews

### Top customer reviews

**Five Stars**

By Rafael Montero Vallejo on September 8, 2014

**Verified Purchase**

Excellente

Was this review helpful to you?

Yes

Comment   No                                    Report abuse

See the review

Write a customer review



XtremeGUARD© Samsung Galaxy S Fascinate i5 31

$5.95                         Shop Now

Advertisement

**Search customer reviews**

Search

amazon assistant

Save $5 off your next $25 purchase  Get started ›

Advertisement

**Pages with related products.** See and discover other items: samsung display, samsung galaxy models, tmobile samsung s phones

Back to top

**Get to Know Us**

Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

SAMNDCA30007983

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content |
| Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

SAMNDCA30007984

11/28/2017   Amazon.com: Samsung Galaxy S Vibrant/Fascinate 3G SCH-T959 LCD Display, Touch Screen Digitizer, Mobile Phone Repair Part Replaceme…

Case 5:11-cv-01846-LHK   Document 3592-12   Filed 02/23/18   Page 43 of 107



Cell Phones & Accessories ▼    samsung galaxy s rep

EN     Hello, Brett
Departments ▼     Browsing History ▼    Brett's Amazon.com         Account & Lists ▼    Orders    Prime ▼    Cart    **0**

Cell Phones & Accessories    Carrier Phones    Unlocked Phones    Prime Exclusive Phones    Accessories    Cases    Wearable Technology    Best Sellers    Deals

**ELECTRONICS Gift Guide**    'Tis the season for shiny, new tech    Shop now •

‹ Back to search results for "samsung galaxy s repair"

Samsung
## Samsung Galaxy S Vibrant/Fascinate 3G SCH-T959 LCD Display, Touch Screen Digitizer, Mobile Phone Repair Part Replacement
1 customer review

Price: **$24.99** & FREE Shipping

Get $70 off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

**Note:** Not eligible for Amazon Prime.

**3% off purchase of 5 items**
2 Applicable Promotion(s)

### In Stock.
**Want it Friday, Dec. 1?** Order within **14 hrs 12 mins** and choose **Two-Day Shipping** at checkout. Details
Ships from and sold by Cellphone Repair Shop.

- T-mobile Samsung Galaxy S Vibrant / Fascinate 3G SCH-T959
- Full LCD Display+Touch Screen Digitizer+Frame Housing Assembly
- Mobile Phone Repair Part Replacement
- The same as picture shown.
- No tools included

**New** (1) from $24.99 & FREE shipping.

Report incorrect product information.

Roll over image to zoom in

Share

Qty: 1 ▼

**$24.99** + Free Shipping
In Stock. Sold by **Cellphone Repair Shop**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Erin Arnold- Davis - 95616

Add to List

Have one to sell?    Sell on Amazon

ANGEL PHONES
**Dont live with broken screen fix your iphone today**
$24⁹⁰ ✓prime

Advertisement

FREE Same-Day Pickup with Prime Student    amazon@UCDAVIS

**Electronics Gift Guide: 'Tis the season for shiny, new tech**

Under $100          New Releases          Gaming          Audio and Accessories

SAMNDCA30007985

Case 5:11-cv-01846-LHK   Document 3592-12   Filed 02/23/18   Page 44 of 107

## Customers also shopped for






| | | | |
|---|---|---|---|
| Replacement LCD Display & LCD Touch Screen Digitizer Replacement Assembly With 3D Touch For iPhone 6S 4.7inch… | LCD Screen Display + Digitizer Touch for Samsung Galaxy On5 SM-G550FY G550T G5500… | LCD display Digitizer Touch Screen Assembly For LG K20 Plus 2017 MP260 TP260 VS501 (Black) | XQ - LCD Display + Touch Screen Digitizer Assembly White For Samsung Galaxy Note 8.0 GT-N5110… |
| 11 | 1 | 2 | 1 |
| | $23.99 | $53.99 | 1 offer from $45.99 |

## Sponsored products related to this item (What's this?)







| | | | | |
|---|---|---|---|---|
| For Samsung Galaxy S8 G950A G950T G950V G950P LCD Touch Screen Lens Front Glass Out... | Galaxy S7 Edge Case, SUPCASE Full-body Rugged Holster Case WITHOUT Built-in... | External Battery Charger Jackery Giant+ 12000mAh Dual USB Portable Battery... | Portable Travel Charger Jackery Bar 6000mAh Pocket-sized Ultra Compact External Bat... | Jackery Bolt Portable Cha iPhone Batte with Built-in |
| 2 | 4375 | 9960 | 7929 | $25.99 |
| $26.99 | $16.99 | $24.99 | $16.99 | |

Ad feedback

## Special offers and product promotions

- Limited Time Offer (Buy More and Save More) Here's how (restrictions apply)
- Get Free Expedited Shipping on this item when you purchase 10 or more Qualifying items from Cellphone Repair Shop. Here's how (restrictions apply). Here's how (restrictions apply)

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

This item does not include screwdriver or adhesive. If you want the screwdriver, you need to buy this item: http://www.amazon.com/gp/product/B005BOYGL4 If you want the adhesive, you need to buy this item: http://www.amazon.com/gp/product/B005GITURA or http://www.amazon.com/gp/product/B005GIUHDQ or http://www.amazon.com/gp/product/B005GISZ1M

## Product information

| Package Dimensions | 10 x 4 x 1.3 inches |
|---|---|
| Item Weight | 6.4 ounces |
| Shipping Weight | 6.4 ounces (View shipping rates and policies) |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

SAMNDCA30007986

11/28/2017    Amazon.com: Samsung Vibrant Galaxy S Fascinate SCH-T959 Display Touch Screen Digitizer, mobile Home Repair Part Replaceme...

Case 5:11-cv-01846-LHK   Document 3592-12   Filed 02/23/18   Page 45 of 107

| | |
|---|---|
| ASIN | B007TGZNZK |
| Customer Reviews | 1 customer review<br>5.0 out of 5 stars |
| Best Sellers Rank | #1,436,427 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)<br>#28,239 in Cell Phones & Accessories > Cell Phone Accessories > Replacement Parts<br>#1,434,719 in Electronics > Cell Phones & Accessories |

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?



TRUE ANGEL

Casual-luxe sweaters for all things stylish and cozy

Exclusively for Prime members

› Shop now

Advertisement

## Customer Questions & Answers

See questions and answers

## Customer reviews

1

5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

See all 1 customer reviews

### Top customer reviews

Samsung Galaxy S Vibrant S Full LCD and Bezel

Share your thoughts with other customers

Write a customer review



Portable External Charger Jackery Giant+ 120...
9960
$22.99    Shop Now

Advertisement

SAMNDCA30007987

By James Cornelius III. on June 4, 2012
**Verified Purchase**

I purchased to replace the screen on a phone I picked up on ebay. The screen is nice and bright for an LCD, I cant compare it to a super amoled screen since I haven't seen one. Sensitivity is great for the touchscreens response, as are the front buttons it feels brand new. The T-Mobile and Samsung words printed on the front appear as the same as the super amoled phone. Hope this review is helpful for anyone looking to purchase this product.

Comment    Was this review helpful to you?    Yes    No    Report abuse

**See the review**

Write a customer review



Advertisement

Back to top

**Get to Know Us**

Careers

About Amazon

Investor Relations

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Become an Amazon Vendor

› See all

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English        United States

Amazon Music
Stream millions
of songs

AmazonFresh
Groceries & More
Right To Your Door

Amazon Web Services
Scalable Cloud
Computing Services

DPReview
Digital
Photography

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Whole Foods Market
America's Healthiest
Grocery Store

Amazon Drive
Cloud storage
from Amazon

AmazonGlobal
Ship Orders
Internationally

Audible
Download
Audio Books

East Dane
Designer Men's
Fashion

Prime Now
FREE 2-Hour Delivery
on Everyday Items

Withoutabox
Submit to
Film Festivals

6pm
Score deals
on fashion brands

Home Services
Handpicked Pros
Happiness Guarantee

AudiobookStand
Discount Audiobooks
on Disc

Fabric
Sewing, Quilting
& Knitting

Prime Photos
Unlimited Photo Storage
Free With Prime

Woot!
Deals and
Shenanigans

AbeBooks
Books, art
& collectibles

Amazon Inspire
Digital Educational
Resources

Book Depository
Books With Free
Delivery Worldwide

Goodreads
Book reviews
& recommendations

Shopbop
Designer
Fashion Brands

Zappos
Shoes &
Clothing

ACX
Audiobook Publishing
Made Easy

Amazon Rapids
Fun stories for
kids on the go

Box Office Mojo
Find Movie
Box Office Data

IMDb
Movies, TV
& Celebrities

TenMarks.com
Math Activities
for Kids & Schools

Souq.com
Shop Online in
the Middle East

Alexa
Actionable Analytics
for the Web

Amazon Restaurants
Food delivery from
local restaurants

ComiXology
Thousands of
Digital Comics

IMDbPro
Get Info Entertainment
Professionals Need

Warehouse Deals
Open-Box
Discounts

Subscribe with Amazon
Discover & try
subscription services

Amazon Business
Everything For
Your Business

Amazon Video Direct
Video Distribution
Made Easy

CreateSpace
Indie Print Publishing
Made Easy

Junglee.com
Shop Online
in India

Whispercast
Discover & Distribute
Digital Content

SAMNDCA30007988

Case 5:11-cv-01846-LHK   Document 3592-12   Filed 02/23/18   Page 47 of 107

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

SAMNDCA30007989



Cell Phones & Accessories ▾ Samsung showcase glass lens

Departments ▾ Browsing History ▾ Jen's Amazon.com 12 Days of Deals EN Hello, Jen Account & Lists ▾ Orders Prime ▾ 0 Cart

Cell Phones & Accessories | Carrier Phones | Unlocked Phones | Prime Exclusive Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals | Trade-In

3 months for $0.99 music unlimited

‹ Back to search results for "Samsung showcase glass lens"

Click to open expanded view

Generic

# Samsung Showcase i500 ~ Full LCD Screen Display + Touch Screen Digitizer Front Glass Faceplate Lens Part Panel Assembled Together ~ Mobile Phone Repair Parts Replacement

1 customer review

Price: $28.99 & **FREE Shipping**

Get $70 off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

**Note:** Not eligible for Amazon Prime.

In Stock.

**Arrives before Christmas.**

**Want it Wednesday, Dec. 13?** Choose **Two-Day Shipping** at checkout. Details

Ships from and sold by Cellphone Repair Shop.

- Samsung Showcase I500
- Full LCD Screen Display + Touch Screen Digitizer Front Glass Faceplate Lens Part Panel Assembled Together
- Mobile Phone Repair Parts Replacement

New (1) from $28.99 & FREE shipping.

Report incorrect product information.

Share

Qty: 1

$28.99 + Free Shipping
In Stock. Sold by **Cellphone Repair Shop**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Jen Hayes- Redwood City - 94065

Add to List

Add to Baby Registry

Have one to sell? Sell on Amazon

Screen repair complete tool kit replacement parts for iphone 6 (white) ...
131
$19.90 prime

Advertisement

**Electronics Gift Guide: 'Tis the season for shiny, new tech**

Under $100

New Releases

Gaming

Audio and Acc

**Sponsored products related to this item** (What's this?)



EMIEN Rear Back Camera
Lens Glass Replacement
+ Adhesive for Samsung
Galaxy Note 8 ...
$7.99

Samsung Galaxy Note 5
Replacement Rear Back
Glass Back Cover -
MOBILEPRIME (Gold)
$16.99    26

Samsung Galaxy S6 Edge
Plus Replacement Rear
Back Glass Back Cover -
MOBILEPRIME (B...
$10.99    6

AUKEY Ora iPhone
Camera Lens, 0.45x 120°
Wide Angle + 15x Macro
Clip-on iPhone Lens...
$29.99    289

AUKEY Ora iPhone
Camera Lens, 0.45x 140°
Wide-Angle + 10x Macro
Clip-On iPhone Lens...
$19.99    583

Samsung Galaxy
Replacement Re
Glass Back Cove
MOBILEPRIME (
$16.99    2

Ad feedback

#### Customers also shopped for



Replacement LCD Screen
Digitizer and LCD Display
3D Touch Screen
Replacement Front Glass...
$25.94    46

iPad 2 Screen
Replacement, For iPad 2
Front Panel Digitizer
Replacement Touch...
$21.99    17

Coobetter for iPhone 5s
Screen Replacement Black
LCD Touch Digitizer
Display Assembly with...
$26.99    212

For iPhone 7 4.7" Screen
Replacement Cell Phone
LCD Digitizer Assembly &
LCD Display Glass Frame...
$32.98    23

LCD display Digitizer
Touch Screen Assembly
For LG K Series K8V M1V
VS500 (Black w/ Bezel...
$45.99    1

SlyPry OEM White Touch
Screen Touchscreen
Digitizer Glass Panel +
Lens Cover Repair Fix...
$8.23    23

### Have a question?

Find answers in product info, Q&As, reviews

### Product description

This item does not include screwdriver or adhesive. If you want the screwdriver, you need to buy this item: http://www.amazon.com/gp/product/B005BOYGL4 If you want the adhesive, you need to buy this item: http://www.amazon.com/gp/product/B005GITURA or http://www.amazon.com/gp/product/B005GIUHDQ or http://www.amazon.com/gp/product/B005GISZ1M

### Product information

| Package Dimensions | 8.7 x 4.3 x 1.4 inches |
| --- | --- |
| Item Weight | 3.2 ounces |
| Shipping Weight | 3.2 ounces (View shipping rates and policies) |
| ASIN | B005XVNT90 |
| Customer Reviews | |

**Warranty & Support**

Product Warranty: For warranty information about this product, please click here

**Feedback**

If you are a seller for this product, would you like to suggest updates through seller support?

Would you like to tell us about a lower price?

SAMNDCA30007991

1 customer review

5.0 out of 5 stars

Best Sellers Rank #1,972,456 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories) #35,697 in Cell Phones & Accessories > Cell Phone Accessories > Replacement Parts #1,970,397 in Electronics > Cell Phones & Accessories


Advertisement

**Customer Questions & Answers**

See questions and answers

## Customer reviews

**1**
5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | 100% | Share your thoughts with other customers |
| 4 star | 0% | |
| 3 star | 0% | Write a customer review |
| 2 star | 0% | |
| 1 star | 0% | |

See all 1 customer reviews

### Top customer reviews

**Five Stars**
By brandon davis on July 19, 2014
**Verified Purchase**
It is what I expected

Was this review helpful to you?
Yes

Comment   No                          Report abuse

See the review


837

"These are the best bottles I have ever used. I have a newborn that is doing formula and nursing. "

Advertisement

**Search customer reviews**

Search

Write a customer review



Advertisement

Back to top

**Get to Know Us**

Careers

About Amazon

Investor Relations

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Become an Amazon Vendor

› See all

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content |
| Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use    Privacy Notice    Interest-Based Ads  © 1996-2017, Amazon.com, Inc. or its affiliates

SAMNDCA30007993





Cell Phones & Accessories ▾ Samsung Skyrocket g

Departments ▾ Browsing History ▾ Jen's Amazon.com EN | Hello, Jen Account & Lists ▾ Orders Prime ▾ 0 Cart

Cell Phones & Accessories | Carrier Phones | Unlocked Phones | Prime Exclusive Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals

3 months for $0.99 music unlimited New subscribers only. Terms and conditions apply.

‹ Back to search results for "Samsung Skyrocket glass lens"

Click to open expanded view

PhonePlus

# Front Outer Glass Lens Screen Replace for Samsung Galaxy S2 Skyrocket i727 Black

Be the first to review this item

Price: $6.29 & **FREE Shipping**

Get $70 off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

**Note:** Not eligible for Amazon Prime.

In Stock.

**Expected to arrive after Christmas. Need a gift quickly?** Send the gift of Prime or an Amazon Gift Card by email or text message.

**Get it as soon as Jan. 2 - 24** when you choose **Standard Shipping** at checkout.

Ships from and sold by PhonePlus.

- Free Shipping: Send from China Via USPS, 7-20 DAYS Delivery.
- Brand New Outer Glass Lens with LOGO ( NO Flex Cable, LCD Display Not Included ).
- Every item tested before shipment.
- Not included installation instruction, Not Recommend to install it without any experience
- PhonePlus Ready to solve any your mobile phone problems, Please contact us freely!

**New** (1) from $6.29 & FREE shipping.

Report incorrect product information.

Share

Qty: 1

$6.29 + Free Shipping
In Stock. Sold by **PhonePlus**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Jen Hayes- Redwood City - 94065

Add to List

Add to Baby Registry

Have one to sell? Sell on Amazon

Screen Repair Complete Tool Kit Replacement Parts For iPhone7 Plus (...
131
$29.90 ✓prime

Advertisement

**ANGEL PHONES**

*Dont live with broken scre
fix your ipho...*

▸ Shop now

Screen repair complete tool
kit...

Advertisement

## Sponsored products related to this item (What's this?)



EMiEN Rear Back Camera
Lens Glass Replacement
+ Adhesive for Samsung
Galaxy Note 8 ...
$7.99



Samsung Galaxy Note 5
Replacement Rear Back
Glass Back Cover -
MOBILEPRIME (Gold)
26
$16.99



Samsung Galaxy S6 Edge
Plus Replacement Rear
Back Glass Back Cover -
MOBILEPRIME (B...
6
$10.99



AUKEY Ora iPhone
Camera Lens, 0.45x 120°
Wide Angle + 15x Macro
Clip-on iPhone Lens...
289
$29.99



AUKEY Ora iPhone
Camera Lens, 0.45x 140°
Wide-Angle + 10x Macro
Clip-On iPhone Lens...
583
$19.99

Ad feedback

## Customers also shopped for




Front Outer Glass Lens
Screen Repair Part for
Samsung Galaxy J7 2017
J720 J727 (Black)
1
$5.99

Front Outer Glass Lens
Screen for Samsung
Galaxy S8 Plus Edge G955
G955A G955T G955V...
1
$26.99



Front Outer Glass Lens
Screen for Samsung
Galaxy Tab S 8.4 SM-T700
Dark Green
$12.99



Front Outer Glass Lens
Screen for Samsung
Galaxy J1 2016 Express 3
J120F White
$6.99



Front Outer Glass Lens
Screen for Samsung
Galaxy J1 2016 Express 3
J120F White
1
$6.99



Front Outer Screen Glass
Lens Replace Repair for
Huawei P9 EVA-L09 L19
L29 Black
$6.39

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

SAMNDCA30007995

**Attention:**
**PhonePlus** is specializing in mobile phone repair parts. if you have any question about phone replacement parts. please contact us freely.
**PhonePlus** care about your opinions. we will appreciated any good suggestion to improve our selling.

**Package includes:**
1pc x Outer Glass Lens (No Flex Cable Included)
4pcs x Scewdrivers
1pc x lift stick
1pc x Triangular pry piece
1pc x 3M Sticker

**Notice :** Please test the functionality of this item before installation
The installation of this item should be done by a qualified person. **PhonePlus** is not responsible for any damage caused during installation.

## Product information

| | |
|---|---|
| Shipping Information | View shipping rates and policies |
| ASIN | B01N3Z55GA |
| Customer Reviews | Be the first to review this item<br>0.0 out of 5 stars |
| Best Sellers Rank | #3,585,128 in Cell Phones &<br>Accessories (See Top 100 in Cell<br>Phones & Accessories)<br>#53,276 in Cell Phones &<br>Accessories > Cell Phone<br>Accessories > Replacement Parts<br>#3,582,424 in Electronics > Cell<br>Phones & Accessories |

Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?
Would you like to **tell us about a lower price**?



Advertisement

## Customer Questions & Answers

See questions and answers

SAMNDCA30007996

## Customer reviews

**There are no customer reviews yet.**

| | | |
|---|---|---|
| 5 star | 0% | Share your thoughts with other customers |
| 4 star | 0% | |
| 3 star | 0% | Write a customer review |
| 2 star | 0% | |
| 1 star | 0% | |



Advertisement



Bring a little
romance to your closet.
› Shop now

Advertisement

Back to top

### Get to Know Us

Careers

About Amazon

Investor Relations

Amazon Devices

### Make Money with Us

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Become an Amazon Vendor

› See all

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English       United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content |
| Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates

SAMNDCA30007997

Case 5:11-cv-01846-LHK    Document 3592-12    Filed 02/23/18    Page 56 of 107

SAMNDCA30007998



Cell Phones & Accessories ▾ | Samsung Vibrant glas

Departments ▾ | Browsing History ▾ | Jen's Amazon.com | EN | Hello, Jen Account & Lists ▾ | Orders | Prime ▾ | 0 Cart

Cell Phones & Accessories | Carrier Phones | Unlocked Phones | Prime Exclusive Phones | Accessories | Cases | Wearable Technology | Best Sellers | Deals

ELECTRONICS Gift Guide | 'Tis the season for shiny, new tech
Sponsored by BOSE
Shop now ›

‹ Back to search results for "Samsung Vibrant glass lens"

Roll over image to zoom in

Samsung

# T-mobile Samsung Galaxy S Vibrant / Fascinate 3G / SCH-T959 Full LCD Display+Touch Screen Digitizer Assembly Mobile Phone Repair Part Replacement

1 customer review

Price: $24.99 & **FREE Shipping**

Get $70 off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

**Note:** Not eligible for Amazon Prime.

In Stock.

**Arrives before Christmas.**

**Want it Wednesday, Dec. 13?** Choose **Two-Day Shipping** at checkout. Details

Ships from and sold by Cellphone Repair Shop.

- T-mobile Samsung Galaxy S Vibrant / Fascinate 3G / SCH-T959
- Full LCD Display+Touch Screen Digitizer Assembly
- Mobile Phone Repair Part Replacement
- The same as picture shown.
- This item is for T959 only, it is not for i9000 or any other model.

**Used & new** (2) from $14.99 + $4.99 shipping

Report incorrect product information.

Share

**Buy New** $24.99

Qty: 1

$24.99 + Free Shipping
In Stock. Sold by **Cellphone Repair Shop**

**Add a Protection Plan:**
☐ 2-Year Protection for $3.01

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Jen Hayes- Redwood City - 94065

Buy Used $14.99

Add to List

Add to Baby Registry

**Other Sellers on Amazon**

**Used & new** (2) from $14.99 + $4.99 shipping

Have one to sell? Sell on Amazon

Superdanny
*Tempered glass screen protector*
For iPhone 7 6S 6 8 with 2-Pack
20
$4.99 ✓prime
Advertisement



**SUPERDANNY**
*Nintendo switch screen protector 2p...*
› Shop now

Nintendo switchtempered g...
$6.99

Advertisement

## Sponsored products related to this item (What's this?)











EMiEN Rear Back Camera Lens Glass Replacement + Adhesive for Samsung Galaxy Note 8 ...
$7.99

Samsung Galaxy Note 5 Replacement Rear Back Glass Back Cover - MOBILEPRIME (Gold)
26
$16.99

Samsung Galaxy S6 Edge Plus Replacement Rear Back Glass Back Cover - MOBILEPRIME (B...
6
$10.99

AUKEY Ora iPhone Camera Lens, 0.45x 120° Wide Angle + 15x Macro Clip-on iPhone Lens...
289
$29.99

AUKEY Ora iPhone Camera Lens, 0.45x 140° Wide-Angle + 10x Macro Clip-On iPhone Lens...
583
$19.99

Ad feedback

## Customers also shopped for



New Samsung Galaxy S4 I337 I545 I9500 LCD Screen+Touch Digitizer Assembly(Only FBA) (Blue)
$66.69

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

This item does not include screwdriver or adhesive. If you want the screwdriver, you need to buy this item: http://www.amazon.com/gp/product/B005BOYGL4 If you want the adhesive, you need to buy this item: http://www.amazon.com/gp/product/B005GITURA or http://www.amazon.com/gp/product/B005GIUHDQ or http://www.amazon.com/gp/product/B005GISZ1M

## Product information

| Shipping Information | View shipping rates and policies |
| --- | --- |
| ASIN | B007IQEZPK |
| Customer Reviews | |

**Warranty & Support**

**Product Warranty:** For warranty information about this product, please click here

SAMNDCA30008000

|  | 1 customer | Feedback |
| --- | --- | --- |

review
5.0 out of 5 stars

**Best Sellers Rank**

#1,293,692 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)
#25,588 in Cell Phones & Accessories > Cell Phone Accessories > Replacement Parts
#1,292,096 in Electronics > Cell Phones & Accessories

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?

## Sponsored products related to this item (What's this?)



**Mightyskins Protective Vinyl Skin Decal Cover for Samsung Fascinate i500 Verizon Ce...**
$7.99



**XtremeGUARD© Samsung Galaxy S Fascinate i500 FULL BODY Screen Protector**
31
$5.95



**Insten Rapid Travel Home Wall Charger Compatible with Samsung Galaxy S6/7**
$5.53



**BoxWave Samsung Fascinate Bullet Capacitive Stylus - Mini Capacitive Touch Screen**
$6.45



**BoxWave Samsung Fascinate mini Capacitive Stylus (Sparkle Edition) - Small Portable...**
$8.95

Ad feedback



Advertisement

## Customer Questions & Answers

See questions and answers

SAMNDCA30008001

## Customer reviews

**1**

5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | 100% | Share your thoughts with other customers |
| 4 star | 0% | |
| 3 star | 0% | [ Write a customer review ] |
| 2 star | 0% | |
| 1 star | 0% | |

See all 1 customer reviews

Gillette Endurance Antiperspirant and Deo…

634

$7.47  [ Shop now ]

### Top customer reviews

**Five Stars**

By Rafael Montero Vallejo on September 8, 2014

**Verified Purchase**

Excellente

Was this review helpful to you?

[ Yes ]

Comment  [ No ]                    Report abuse

**See the review**

[ Write a customer review ]

**Search customer reviews**

[                    ] [ Search ]

Clarisonic Mia 2 Sonic Cleansing System -…

1,175

$169.00  [ Shop now ]

Advertisement

**Pages with related products.** See and discover other items: samsung display, samsung galaxy models, tmobile samsung s phones

Back to top

**Get to Know Us**

Careers

About Amazon

Investor Relations

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Become an Amazon Vendor

> See all

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

[ English ]   [ United States ]

Amazon Music
Stream millions
of songs

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

SAMNDCA30008002

| | | | | | | |
|---|---|---|---|---|---|---|
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content |
| Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

SAMNDCA30008003



3 months for $0.99 music unlimited

‹ Back to search results for "Samsung Skyrocket glass lens"

Roll over image to zoom in

Unknown

Share

# Fenzer Black Replacement Glass Lens Screen for Samsung SGH-i727 Galaxy S II 2 SkyRocket with 8 Piece Tool Kit

Be the first to review this item

Price: $4.99 & **FREE Shipping**

Get $70 off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

**Note:** Not eligible for Amazon Prime.

In Stock.

**Arrives before Christmas.**

**Get it as soon as Dec. 13 - 15** when you choose **Expedited Shipping** at checkout. Ships from and sold by EZFindDeals.

- Fenzer black replacement glass lens screen for Samsung SGH-i727 Galaxy S II 2 SkyRocket with 8 piece tool kit
- Precision machined for a perfect fit
- Durable, reliable, and long-lasting replacement
- Custom designed to protect screen from dust, scratches, and smudges
- Repair tool kit for removal and installation

New (1) from $4.99 & FREE shipping.

Report incorrect product information.

Qty: 1

$4.99 + Free Shipping
In Stock. Sold by **EZFindDeals**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Jen Hayes- Redwood City - 94065

Add to List

Add to Baby Registry

Have one to sell? Sell on Amazon

Screen repair complete tool kit replacement parts for iphone 6 (white) ...
131
$19.90 ✓prime

Advertisement

**Electronics Gift Guide: 'Tis the season for shiny, new tech**

Under $100

New Releases

Gaming

Audio and Acc

**Sponsored products related to this item** (What's this?)



EMIEN Rear Back Camera
Lens Glass Replacement
+ Adhesive for Samsung
Galaxy Note 8 ...
$7.99

Samsung Galaxy Note 5
Replacement Rear Back
Glass Back Cover -
MOBILEPRIME (Gold)
26
$16.99

Samsung Galaxy S6 Edge
Plus Replacement Rear
Back Glass Back Cover -
MOBILEPRIME (B...
6
$10.99

AUKEY Ora iPhone
Camera Lens, 0.45x 120°
Wide Angle + 15x Macro
Clip-on iPhone Lens...
289
$29.99

AUKEY Ora iPhone
Camera Lens, 0.45x 140°
Wide-Angle + 10x Macro
Clip-On iPhone Lens...
583
$19.99

Samsung Galax
Replacement Re
Glass Back Cove
MOBILEPRIME (
2
$16.99
Ad feedback

## Customers also shopped for



Back Rear Camera Glass
Lens Replacement + Pre-
Installed Adhesive
+TWEEZER for Samsung...
18
$7.89

Mudder Back Rear Camera
Glass Lens Replacement
with Repair Tool Set and
Cleaning Cloth for...
31
$6.99

Reson® Black Front
Replacement Screen Glass
Lens for Samsung Galaxy
S4 SIV I9500 I337 L720...
27
$7.99

For Samsung Galaxy S8
Plus G955A G955T G955V
G955P LCD Touch Screen
Lens Front Glass Outer...
4
$24.99

EMIEN Back Camera Glass
Lens Cover + Rear Camera
Bezel with Adhesive +
Flash Cover Pre-installed...
11
$7.99

Samsung Galaxy S7 Edge
Black Replacement Front
Outer Lens Glass Screen
CrazyFire Repair Kit with...
1
$11.99

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

If your original glass is scratched, broken, or otherwise damaged, we have just the right replacement! This replacement glass lens features high quality materials, excellent craftsmanship, and is perfectly fitted for Samsung SGH-i727 Galaxy S II 2 SkyRocket. It includes an 8-piece tool kit with adhesive. This product is for a glass replacement lens and an 8-piece tool kit. It does not include a touch digitizer or LCD assembly. Due to the complexity of dismantling the device please ask a professional to disassemble the front assembly before changing the front glass, otherwise it may be easily broken. We cannot be held liable for incorrect installation.

## Product information

| | | Feedback |
|---|---|---|
| Shipping Information | View shipping rates and policies | |
| ASIN | B00XKA7R5I | If you are a seller for this product, would you like to suggest updates through seller support? |
| California residents | Click here for Proposition 65 warning | Would you like to tell us about a lower price? |
| Customer Reviews | Be the first to review this item 0.0 out of 5 stars | |

SAMNDCA30008005

Best Sellers Rank

#1,150,341 in Cell Phones &
Accessories (See Top 100 in Cell
Phones & Accessories)
#23,181 in Cell Phones & Accessories
> Cell Phone Accessories >
Replacement Parts
#1,148,870 in Electronics > Cell
Phones & Accessories



Advertisement

**Customer Questions & Answers**

See questions and answers

**Customer reviews**

There are no customer reviews yet.

| | | |
|---|---|---|
| 5 star | 0% | Share your thoughts with other customers |
| 4 star | 0% | |
| 3 star | 0% | Write a customer review |
| 2 star | 0% | |
| 1 star | 0% | |

Advertisement



Advertisement

Back to top

Get to Know Us          Make Money with Us          Amazon Payment Products          Let Us Help You

SAMNDCA30008006

| | | | |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content |
| Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates

SAMNDCA30008007

**2-Day Sale - FREE Shipping at $29.99 ❸**

**Repair Business? Get wholesale pricing » (/Wholesale-HD-Phone-Repair-Parts-s/5476.htm)**

IPHONE (HTTPS://WWW.REPAIRPARTSPLUS.COM/IPHONE-SCREEN-REPLACEMENT-SCREEN-

REPAIR-GLASS-REPAIR-PARTS-S/4772.HTM) Home (https://www.repairpartsplus.com/) > Samsung (https://www.repairpartsplus.com/Samsung-Screen-Replacement-Screen-
Repair-Glass-Repair-Parts-s/1825.htm) > Samsung - Other (https://www.repairpartsplus.com/Samsung-Other-Parts-s/5074.htm) >
Captivate (https://www.repairpartsplus.com/Captivate-Screen-Replacement-Glass-Repair-Parts-s/2089.htm) >

IPAD (HTTPS://WWW.REPAIRPARTSPLUS.COM/IPAD-SCREEN-REPLACEMENT-SCREEN-REPAIR-

GLASS-REPAIR-PARTS-S/4773.HTM)


SAMSUNG (HTTPS://WWW.REPAIRPARTSPLUS.COM/SAMSUNG-SCREEN-REPLACEMENT-

SCREEN-REPAIR-GLASS-REPAIR-PARTS-S/1825.HTM)


LG (HTTPS://WWW.REPAIRPARTSPLUS.COM/LG-SCREEN-REPLACEMENT-SCREEN-REPAIR-

GLASS-REPAIR-PARTS-S/1823.HTM)


MOTOROLA (HTTPS://WWW.REPAIRPARTSPLUS.COM/MOTOROLA-SCREEN-REPLACEMENT-

GLASS-REPAIR-PARTS-S/1824.HTM)


MORE BRANDS (HTTPS://WWW.REPAIRPARTSPLUS.COM/MORE-BRANDS-PARTS-S/5067.HTM)


TOOLS (HTTPS://WWW.REPAIRPARTSPLUS.COM/PHONE-REPAIR-TOOLS-S/1819.HTM)


ACCESSORIES (HTTPS://WWW.REPAIRPARTSPLUS.COM/PHONE-TABLET-

ACCESSORIES-S/4769.HTM)


WHOLESALE (HTTPS://WWW.REPAIRPARTSPLUS.COM/WHOLESALE-PHONE-REPAIR-

PARTS-S/4780.HTM)


GUIDES (HTTPS://WWW.REPAIRPARTSPLUS.COM/MOBILE-PHONE-REPAIR-GUIDE-S/4854.HTM)

SAMNDCA30008008

 

## Samsung Captivate Screen Replacement LCD and Digitizer i897 (Galaxy S Series)

★★★★★

$84.99

**Own a repair business?** Get wholesale pricing (/wholesale-product-page-s/5482.htm)

**Shipping:** Qualifies for FREE Shipping! | Return Policy (/Returns-a/343.htm)

**Availability:** Special Order: Ships in 2-3 Weeks

Save up to $100 on this 30 min repair!
Perfect for first time DIYers

(//cdn3.volusion.com/vpxhk.fvges/v/vspfiles/photos/GPS12101-2.jpg?1498658557)

SKU:GPS12101

🔍 View Larger Photo
(//cdn3.volusion.com/vpxhk.fvges/v/vspfiles/photos/GPS12101-2.jpg?1498658557)
Alternative Views:



(//cdn3.volusion.com/vpxhk.fvges/v/vspfiles/photos/GPS12101-2.jpg?1498658557) 

(//cdn3.volusion.com/vpxhk.fvges/v/vspfiles/photos/GPS12101-3.jpg?1498658557)

CHOOSE YOUR OPTIONS:



☑ Samsung Tool Kit [$8.98] Recommended
☐ Captivate Screen Protector [$6.98]

☐ Micro USB Wall Charger & Cable [$9.98]

Portable Charger

25% Off Options (price reflects savings)

Qty:   1    Add To Cart

SAMNDCA30008009

Case 5:11-cv-01846-LHK   Document 3592-12   Filed 02/23/18   Page 68 of 107

**Description     Shipping & Returns**

SAMNDCA30008010

Case 5:11-cv-01846-LHK   Document 3592-12   Filed 02/23/18   Page 69 of 107

SAMNDCA30008011

**Compatible with Samsung Captivate**

**- i897**

Identify your <u>device »</u> (/Locate-Model-Number-a/330.htm)

- Replace your broken screen in under an hour!
- Highest quality, brand new and factory tested
- Capacitive Touchscreen with exact fit connections
- Fixes most screen issues - cracks, touch, dead pixels, lines
- In Stock Items Ship Same Day
- Free Warranty - 100% guaranteed parts
- Trusted seller - U.S. owned, 10 years in business
- Don't be scammed by low quality products & unreliable sellers
- **Buy Today and get your device back!**

❶ **Get the right part** - Find your model (/Locate-Model-Number-a/330.htm) | Which part? - glass vs. lcd (/LCD-or-Screen-a/276.htm).

Add the recommended tool kit - Get everything you need

✔ **Full LCD, Glass, and Digitizer Assembly**
✔ **Tailored Tool Kit - proprietary screwdrivers, picks, wedge**
✔ **Access to instructions, tips, and videos**
✔ **The EASIEST screen repair option!**

MICHAEL PAULUS I
28 Sep 2017

VERY EASY TO NAVIGATE PLACING MY ORDER WAS A BREEZE
THANKS!

 (http://www.shopperapproved.com/reviews/repairpartsplus.com/)

.

*This repair requires precision and patience. RepairPartsPlus is not responsible for any damage to devices during installation.*

Why Our Parts

☑ **Highest Quality Parts**
☑ **Guaranteed To Work**

SAMNDCA30008012

☑ In Stock - Ship Same Day *
☑ Trusted U.S. Retailer for 10 Yrs
☑ Five-Star Customer Ratings
☑ The Mobile Parts Leader





## Related Items

Phone Repair Tool Kit +
Adhesive Tape - Samsung,
LG + (Universal)
(https://www.repairpartsplus.com/Phone-
Repair-Tool-Set-
Adhesive-p/gpt10127-
kit.htm)
$9.98

Micro USB Wall Charger w/
Cable Kit
(https://www.repairpartsplus.com/USB-
Wall-Power-Charger-
Adapter-p/acc00005-
kit.htm)
$14.98

Add ☐

Add ☐



(https://www.repairpartsplus.com/Phone-
Repair-Tool-Set-
Adhesive-p/gpt10127-
kit.htm)



(https://www.repairpartsplus.com/USB-
Wall-Power-Charger-
Adapter-p/acc00005-
kit.htm)

 (http://www.shopperapproved.com/reviews/repairpartsplus.com/)

## Wowing customers for 10 years!

SAMNDCA30008013

 (http://www.shopperapproved.com/reviews/repairpartsplus.com/)

**ABOUT US**

Company Info (/About-Repair-Parts-Plus-a/1.htm)
Customer Testimonials (/RepairPartsPlus-Customer-Reviews-a/258.htm)
Why Shop with Us (/Why-Shop-With-Us-a/244.htm)
Wholesale (/Wholesale-Parts-s/4780.htm)
Safe Shopping Guaranteed (/Safe-Shopping-Online-a/245.html)
Careers (https://www.indeedjobs.com/repairpartspluscom?hl=en_US)

**CUSTOMER CARE**

Phone Repair Guides (Mobile-Phone-Repair-Guide-s/4854.htm)
What Part Do I Need? (/LCD-or-Screen-a/276.htm)
Shipping (/Shipping-a/131.htm)
Returns & Exchanges (/Returns.asp)
Contact Us (/Contact-Us-a/133.htm)
Newsletters (/category-s/5473.htm)

**MY ACCOUNT**

Order Status (/Order-Status-a/253.html)
Login/Register (/myaccount.asp)
My Account (/myaccount.asp)
Coupons (/2-Day-Sale-on-Phone-Parts-Gear-s/4914.htm)
Hot Deals (/Clearance-Hot-Deals-on-Phone-Parts-Gear-s/4930.htm)

**GET DISCOUNTS AND SPECIAL OFFERS TODAY!**

 

Connect with us     (http://www.facebook.com/RepairPartsPlus)

Copyright © 2017
RepairPartsPlus. All Rights
Reserved.

    

SAMNDCA30008014

  (/Why-Shop-With-Us-a/244.htm)

 (http://www.shopperapproved.com/reviews/repairpartsplus.com/) 

All trademarks, logos, brands are the property of their respective owners. RepairPartsPlus is an independent company and is in no way affiliated with Apple Inc, Samsung, LG, Motorola, Nokia or any other manufacturer.  Built with Volusion (http://www.volusion.com)

4.5 ★★★★★
Google
Customer Reviews

SAMNDCA30008015

All prices are in USD      Compare (**0 Item**) | My Account | Sign in or Create



**Shopping Ca**
0 Item / 0

Search

WALK-IN LOCAL CELLPHONE REPAIR    DO-IT-YOURSELF CELLPHONE PARTS    MAIL-IN NATIONWIDE CELLPHONE REPAIR ⌄    ABOUT US ⌄    BLOG

Home > Parts > SAMSUNG > Samsung SCH-I500 Fascinate Parts Mesmerize > US Cellular Mesmerize Samsung I500 LCD Touch Screen Digitizer Glass Frame OEM UA



Samsung

# US CELLULAR MESMERIZE SAMSUNG I500
# LCD TOUCH SCREEN DIGITIZER GLASS FRA
# OEM UA

## $14.24

Part # :
GH97-11434AUSCUA

Condition:
Used

Shipping:
Calculated at checkout

Current Stock:
37

Spudger:
☐ Phone Opening Pry Tool High Quality

Wiha Phillips:
☐ Wiha Phillips Screwdriver Size 000

* **Installation Services Available:**
- ◉ Do-It-Yourself Installation
- ○ Professional Installation $24.95
- ○ RUSH Installation $34.95 2 Bus Days

Quantity:
| 1 |

ADD TO CART    ADD TO WISHLIST



— PRODUCT DESCRIPTION

Original Used A-Condition US Cellular Mesmerize SCH-I500 LCD Screen & Top Glass Touch Screen Digitizer Assembly direct from the manufacturer. This is real thing and not a cheap co
reproduction of the part.

**Fully tested 100% Original. This screen has scratches & dings in the front glass and back frame. These scratches are noticeable and can be felt on the glass. Best Value.**

This Genuine Samsung replacement LCD Screen and Touch Panel assembly includes the following parts already pre-assembled for easy installation:

- Top Glass Touch Screen Digitizer
- LCD Display Screen

**This replacement part is only compatible with the following models:**

- US Cellular Mesmerize
- Samsung SCH-I500

SAMNDCA30008016

- Samsung Galaxy S I500

Part Numbers: GH97-11434A / GH97-11434AUSC

**+** PRODUCT REVIEWS

## CUSTOMERS ALSO VIEWED



T-Mobile Behold 2 Samsung T939
LCD Display, Touch Screen
Digitizer Assembly with Front
Housing Faceplate and Internal
Parts
NOT RATED

CHOOSE OPTIONS    ⤬    ♥



Verizon Droid Charge Samsung
I510 Super AMOLED LCD Display,
Touch Screen Digitizer Assembly
with Frame
NOT RATED

CHOOSE OPTIONS    ⤬    ♥



Sprint Nexus S 4G Samsung D720
Super AMOLED LCD Display,
Touch Screen Digitizer Assembly
with Frame
NOT RATED

CHOOSE OPTIONS    ⤬    ♥

### Sign up for our newsletter

| Name | | Email | |

Copyright 2017 **Cellphone Repair Shop.** All Rights Reserved. | Sitemap | Bigcommerce Premium Themes by PSDCenter

SAMNDCA30008017



My Account    Sign in or Create an account    818-553-2700                    Currency Displayed in USD         WISH LISTS        VIEW CART (0)

| HOME | REPAIR PROCESS | SHIPPING INSTRUCTIONS | WHOLESALE | BLOG | ABOUT US | CONTACT US | TERMS & CONDITIONS | RETURN POLICY |

HOME   SAMSUNG   SAMSUNG PHONE PARTS & REPAIRS   SAMSUNG SCH-I510 PARTS VERIZON DROID CHARGE I510

VERIZON DROID CHARGE SAMSUNG I510 SUPER AMOLED LCD DISPLAY, TOUCH SCREEN DIGITIZER ASSEMBLY WITH FRAME

## CATEGORIES

Local Walk-in Repair Reservation

Nationwide Mail-in Repair

Repair Services

Apple

Samsung

LG Parts

HTC Parts

Motorola Parts

Sony Parts

All Other Phone Parts & Repairs

How To Repair Videos

Tools

Phones on Sale

Computers & Labtops

Gaming

Camera & Video Equipment

Car & Truck Audio

Home Appliances

Accessories

Clearance

Advertising Signs & Banners

## RELATED PRODUCTS



Verizon Galaxy S Continuum
Samsung I400 Super AMOLED LCD
Display, Touch Screen Digitizer
Assembly Refurbished

$99.99 $8.54

Choose Options

### VERIZON DROID CHARGE SAMSUNG I510 SUPER AMOLED LCD DISPLAY, TOUCH SCREEN DIGITIZER ASSEMBLY WITH




☆☆☆☆☆ Write a review

LIST PRICE: $149.99

## $27.07

(YOU SAVE $122.92)

| Spudger: | High Quality Gadget Opening Prying Tool |
| Wiha Phillips: | Tiny Phillips Screwdriver Size 00 |
| Installation: | • (None) |
| | • Installation Service (3 to 5) Business days |
| | • Rush Installation Service (1 to 2) Business D |

Quantity   1        ADD TO CART      ADD TO WISHLIST

QUANTITY DISCOUNTS below will automatically apply when added to cart

- Buy 3 - 9 and get 1% off
- Buy 10 - 24 and get 2% off
- Buy 25 - 49 and get 3% off
- Buy 50 - 99 and get 4% off
- Buy 100 or above and get 5% off

**Manufacturer:  Samsung**

**Part Number:  GH97-11547A**

**Condition:  New**

**Availability:  Ships the Next Business Day**

**Current Stock:  15**

Like   Sign Up to see what your friends like.

Pin it   G+

### PRODUCT DESCRIPTION

Original Verizon Droid Charge SCH-I510 LCD Screen & Top Glass Touch Screen Digitizer Assembly direct from the manufacturer. This is real thing copy or reproduction of the part.

**This Genuine Samsung Droid Charge replacement LCD Screen and Touch Panel assembly includes the following parts already pre-assem installation:**

- Top Glass Touch Screen Digitizer
- Front Faceplate Housing Frame
- LCD Display Screen
- Front Lower Navigation Keypad
- LCD Backplate Cover

**This replacement part is only compatible with the following models:**

- Verizon Droid Charge
- Samsung SCH-I510
- Samsung Droid Charge

Part Numbers: GH97-11547A


Powered by

SAMNDCA30008018





## YOU RECENTLY VIEWED...

Verizon Droid Charge Samsung I510 Super AMOLED LCD Display, Touch Screen Digitizer Assembly with Frame

~~$149.99~~ $27.07

Choose Options

AT&T Infuse 4G Samsung I997 Super AMOLED LCD Display, Touch Screen Digitizer Assembly with Backplate Frame VER 2.3.6+ New

~~$149.99~~ $25.64

Choose Options

AT&T Infuse 4G Samsung I997 Super AMOLED LCD Display, Touch Screen Digitizer Assembly Refurbished

~~$149.99~~ $18.99

Choose Options

☆☆☆☆☆

0 Questions \ 0 Answers

W

AS

**Reviews (0)** Questions (0)

★★★★★

BE THE FIRST TO WRITE A REVIEW

FIND SIMILAR PRODUCTS BY CATEGORY

## CUSTOMERS WHO VIEWED THIS PRODUCT ALSO VIEWED

Verizon Droid Charge Samsung I510 Front Housing Faceplate Frame with Backplate and Adhesive (LCD Digitizer Glass Not Included)

~~$39.99~~ $0.94

Choose Options

Verizon Droid Charge Samsung I510 Front Lower Navigation Keyboard Keypad Mylar

~~$39.99~~ $0.94

Choose Options

Verizon Droid Charge Samsung I510 Loud Speaker, Ringer and Vibrator with Housing Case

~~$29.99~~ $2.84

Choose Options

Verizon Droid C
I510 Rear Main
with Flex C

~~$39.9~~

Choose Optior

Verizon Droid Charge Samsung I510 Back Battery Door Rear Cover with Google Logo

~~$29.99~~ $3.79

Add To Cart

Verizon Droid Charge Samsung I510 Internal Power Key Keypad Switch Flex Cable Ribbon

~~$19.99~~ $2.84

Choose Options

Verizon Droid Charge Samsung I510 Headset Jack Plug Connector with Flex Cable Ribbon

~~$39.99~~ $0.94

Choose Options

Verizon Droid C
I510 Micro SI
Connector PCE
Rit

~~$39.9~~

Choose Optior

## HELPFUL LINKS

- Home
- Repair Process
- Shipping Instructions
- Wholesale
- Blog
- About Us
- Contact Us

## WHAT'S NEW

**iPhone Touch Disease Problem and How To Fix It? (No Touch Fix, Multi-Touch Repair, Unresponsive Touch, Ghosting for iPhone 6 and iPhone 6+ Plus)**

On November 17, 2016 Apple finally released a statement fessing up (well ...

**Knowing Our Item Conditions**

186 ★★★★★ CERTIFIED REVIEWS

Powered by YOTPO

## FOLLOW US ON

## NEWSLETTER

Terms & Conditions

Return Policy

Here at CellularDR.com, we want to take the
time to clarify our conditions and ...

**Samsung Galaxy S4 LCD Display Touch
Screen Digitizer compatibility**

There are several different models of the
Samsung Galaxy S4. They each have ...

Name   Your Name

Email   Your Email Addre

SUBMIT

Copyright 2017 **CellularDR.com**. All Rights Reserved. Sitemap

SAMNDCA30008020



## CATEGORIES

- Local Walk-in Repair Reservation
- Nationwide Mail-in Repair
- Repair Services
- Apple
- Samsung
- LG Parts
- HTC Parts
- Motorola Parts
- Sony Parts
- All Other Phone Parts & Repairs
- How To Repair Videos
- Tools
- Phones on Sale
- Computers & Labtops
- Gaming
- Camera & Video Equipment
- Car & Truck Audio
- Home Appliances
- Accessories
- Clearance
- Advertising Signs & Banners

## RELATED PRODUCTS

AT&T Strive LCD Display Screen with Flex Cable, Samsung SGH-A687 LCD Display Module with Flexible Cable

~~$99.99~~ $66.45

Add To Cart

# SAMSUNG GEM LCD SCREEN WITH FLEX CABLE, ANDROID SAMSUNG SCH-I100 DISPLAY SCREEN WITH FLEXIBLE RIE

☆☆☆☆☆ Write a review

LIST PRICE: ~~$69.99~~

**$47.45**

(YOU SAVE $22.54)

Quantity 1 ADD TO CART ADD TO WISHLIST

**Manufacturer:** Samsung

**Part Number:** I100LCD

**Availability:** Usually ships the next business day

Like Sign Up to see what your friends like.

Pin it G+

### PRODUCT DESCRIPTION

**This is the lcd display screen located below the top glass. The way to know this is the correct part needed is if you cannot read or see the screen.**

Android Samsung Gem LCD Display Module with Flexible Cable

Samsung SCH-I100 LCD Display Screen with Flex Ribbon

Powered by YOTPO

☆☆☆☆☆
0 Questions \ 0 Answers

W
AS

Reviews (0) Questions (0)

★★★★★

BE THE FIRST TO WRITE A REVIEW

FIND SIMILAR PRODUCTS BY CATEGORY

YOU RECENTLY VIEWED...

CUSTOMERS WHO VIEWED THIS PRODUCT ALSO VIEWED

Samsung Gem LCD Screen with Flex Cable, Android Samsung SCH-I100 Display Screen with Flexible Ribbon Cable

~~$89.99~~ $47.45

Add To Cart

Metro PCS Galaxy Indulge Samsung R910 Digitizer Touch Panel Window Lens Glass Screen

~~$89.99~~ $61.70

Choose Options

Metro PCS Galaxy Indulge Samsung R910 LCD Display Screen

~~$99.99~~ $75.95

Choose Options

Verizon Droid Charge Samsung I510 Super AMOLED LCD Display, Touch Screen Digitizer Assembly with Frame

~~$149.99~~ $27.07

Choose Options

Samsung SCH-A990 Rotary Housing Assembly (Outside BLACK Housing)

~~$22.43~~ $14.20

Add To Cart

Samsung SCH-I500, SGH-I997, SGH-A847, SGH-T669, SCH-R330, SCH-R880, SPH-M630 Machine Screw

~~$5.99~~ $1.85

Add To Cart

Samsung SCH-A990, SGH-T639, SPH-D700 Machine Screw

~~$5.99~~ $1.85

Add To Cart

Samsung SCH- Volume K

~~$14.9~~

Samsung SCH-C416, C417 Keypad Assembly for RED Version

~~$41.93~~ $26.55

Add To Cart

Samsung SCH-A990 Rear Housing Cover with Camera Shutter BLACK Verizon includes liquid damage indicator label

~~$40.43~~ $25.60

Add To Cart

Samsung SCH-A990 Main Keyboard Mylar Assembly with Flex Cable includes Side Keydomes and Microphone

~~$59.93~~ $37.95

Add To Cart

Samsung SC Hinge Asse Mech

~~$37.43~~

Add To Cart

HELPFUL LINKS      WHAT'S NEW      FOLLOW US ON

SAMNDCA30008022

Home

Repair Process

Shipping Instructions

Wholesale

Blog

About Us

Contact Us

Terms & Conditions

Return Policy

**iPhone Touch Disease Problem and How To Fix It? (No Touch Fix, Multi-Touch Repair, Unresponsive Touch, Ghosting for iPhone 6 and iPhone 6+ Plus)**

On November 17, 2016 Apple finally released a statement fessing up (well ...

**Knowing Our Item Conditions**

Here at CellularDR.com, we want to take the time to clarify our conditions and ...

**Samsung Galaxy S4 LCD Display Touch Screen Digitizer compatibility**

There are several different models of the Samsung Galaxy S4. They each have ...

## NEWSLETTER

Name      Your Name

Email      Your Email Addre:

SUBMIT

Copyright 2017 **CellularDR.com**. All Rights Reserved. Sitemap

SAMNDCA30008023



My Account    Sign in or Create an account    **818-553-2700**        Currency Displayed in USD    WISH LISTS    VIEW CART (0)

Search for a product

| HOME | REPAIR PROCESS | SHIPPING INSTRUCTIONS | WHOLESALE | BLOG | ABOUT US | CONTACT US | TERMS & CONDITIONS | RETURN POLICY |

HOME    SAMSUNG    SAMSUNG PHONE PARTS & REPAIRS    SAMSUNG SCH-R910 PARTS METROPCS GALAXY INDULGE

METRO PCS GALAXY INDULGE SAMSUNG R910 DIGITIZER TOUCH PANEL WINDOW LENS GLASS SCREEN

### CATEGORIES

| |
|---|
| Local Walk-in Repair Reservation |
| Nationwide Mail-in Repair |
| Repair Services |
| Apple |
| Samsung |
| LG Parts |
| HTC Parts |
| Motorola Parts |
| Sony Parts |
| All Other Phone Parts & Repairs |
| How To Repair Videos |
| Tools |
| Phones on Sale |
| Computers & Labtops |
| Gaming |
| Camera & Video Equipment |
| Car & Truck Audio |
| Home Appliances |
| Accessories |
| Clearance |
| Advertising Signs & Banners |

## METRO PCS GALAXY INDULGE SAMSUNG R910 DIGITIZER TOUCH PANEL WINDOW LENS GLASS SCREEN





☆☆☆☆☆ Write a review

LIST PRICE: $89.99

# $61.70
(YOU SAVE $28.29)

| | |
|---|---|
| Spudger: | High Quality Gadget Opening Prying Tool |
| Wiha Phillips: | Tiny Phillips Screwdriver Size 00 |
| Installation: | • (None) |
| | • Installation Service (3 to 5) Business days |
| | • Rush Installation Service (1 to 2) Business D |

Quantity   [ 1 ]    ADD TO CART    ADD TO WISHLIST

QUANTITY DISCOUNTS below will automatically apply when added to cart

- Buy 3 - 9 and get 1% off
- Buy 10 - 24 and get 2% off
- Buy 25 - 49 and get 3% off
- Buy 50 - 99 and get 4% off
- Buy 100 or above and get 5% off

**Manufacturer:** **Samsung**

**Part Number:** GH59-10485A

**Condition:** New

**Availability:** Ships the Next Business Day

[ Like ] Sign Up to see what your friends like.

[Pin it] [G+]

### RELATED PRODUCTS

#### PRODUCT DESCRIPTION

Original Metro PCS Galaxy Indulge SCH-R910 Top Glass Touch Screen Digitizer direct from the manufacturer. This is real thing and not a cheap co the part.

This Genuine Galaxy Indulge replacement Black Touch Panel assembly includes a Pre-Installed Installation Adhesive onto the back for eas

This replacement part is only compatible with the following models:

- Metro PCS Galaxy Indulge
- Samsung SCH-R910
- Samsung Galaxy Indulge

Part Numbers: GH59-10485A



Metro PCS Admire Touch Screen
Window Lens with Flex Cable,
Samsung SCH-R720 Vitality
Touchscreen Window Glass Digitizer
with Flexible Cable

**$89.99 $75.95**

[ Add To Cart ]

Powered by

☆☆☆☆☆
0 Questions \ 0 Answers

☑ W

🖐 A

SAMNDCA30008024



**Reviews (0)** Questions (0)

YOU RECENTLY VIEWED...

Metro PCS Galaxy Indulge Samsung R910 Digitizer Touch Panel Window Lens Glass Screen

~~$89.99~~ $61.70

Choose Options

Metro PCS Galaxy Indulge Samsung R910 LCD Display Screen

~~$99.99~~ $75.95

Choose Options

Verizon Droid Charge Samsung I510 Super AMOLED LCD Display, Touch Screen Digitizer Assembly with Frame

~~$149.99~~ $27.07

Choose Options

AT&T Infuse 4G Samsung I997 Super AMOLED LCD Display, Touch Screen Digitizer Assembly with Backplate Frame VER 2.3.6+ New

~~$149.99~~ $25.64

Choose Options

★★★★★

BE THE FIRST TO WRITE A REVIEW

FIND SIMILAR PRODUCTS BY CATEGORY

## CUSTOMERS WHO VIEWED THIS PRODUCT ALSO VIEWED

Metro PCS Galaxy Indulge Samsung R910 LCD Display Screen

~~$99.99~~ $75.95

Choose Options

US Cellular ATIV Samsung R860U Odyssey Super AMOLED LCD Display Screen, Touch Panel Digitizer Assembly with Frame

~~$149.99~~ $23.74

Choose Options

Metro PCS Admire 4G Samsung R820 Digitizer Touch Panel Window Lens Glass Screen White

~~$39.99~~ $6.64

Choose Options

Alltel Messager R631 Digitize Window Lens

~~$49.9~~

Choose Optior

Metro PCS Galaxy Attain 4G Samsung R920 Touch Panel Digitizer Window Lens Glass Screen

~~$79.99~~ $45.08

Choose Options

Samsung Phillips Screw Small Silver OEM Part # 6001-002724 Genuine Samsung Phillips Replacement Machine Screws See Details For Compatible Cellphone Models

~~$6.99~~ $0.94

Add To Cart

US Cellular Messager Touch Samsung R630 Digitizer Touch Panel Window Lens Glass Screen

~~$69.99~~ $37.95

Choose Options

US Cellular G Samsung R9 Navigation Func Bu

~~$39.9~~

Choose Optior

HELPFUL LINKS

WHAT'S NEW

FOLLOW US ON

Home

Repair Process

Shipping Instructions

Wholesale

Blog

About Us

Contact Us

Terms & Conditions

Return Policy

**iPhone Touch Disease Problem and How To Fix It? (No Touch Fix, Multi-Touch Repair, Unresponsive Touch, Ghosting for iPhone 6 and iPhone 6+ Plus)**

On November 17, 2016 Apple finally released a statement fessing up (well ...

**Knowing Our Item Conditions**

Here at CellularDR.com, we want to take the time to clarify our conditions and ...

**Samsung Galaxy S4 LCD Display Touch Screen Digitizer compatibility**

There are several different models of the Samsung Galaxy S4. They each have ...

Copyright 2017 **CellularDR.com**. All Rights Reserved. Sitemap

NEWSLETTER

Name    Your Name

Email    Your Email Addres

SUBMIT



My Account   Sign in or Create an account   818-553-2700                                    Currency Displayed in USD     WISH LISTS     VIEW CART (0)

**CELLULARDR.COM**

Search for a product

| HOME | REPAIR PROCESS | SHIPPING INSTRUCTIONS | WHOLESALE | BLOG | ABOUT US | CONTACT US | TERMS & CONDITIONS | RETURN POLICY |

HOME   SAMSUNG   SAMSUNG PHONE PARTS & REPAIRS   SAMSUNG SGH-I997 PARTS AT&T INFUSE 4G I997

AT&T INFUSE 4G SAMSUNG I997 SUPER AMOLED LCD DISPLAY, TOUCH SCREEN DIGITIZER ASSEMBLY REFURBISHED

## CATEGORIES

Local Walk-in Repair Reservation

Nationwide Mail-in Repair

Repair Services

Apple

Samsung

LG Parts

HTC Parts

Motorola Parts

Sony Parts

All Other Phone Parts & Repairs

How To Repair Videos

Tools

Phones on Sale

Computers & Labtops

Gaming

Camera & Video Equipment

Car & Truck Audio

Home Appliances

Accessories

Clearance

Advertising Signs & Banners

## RELATED PRODUCTS



Samsung Galaxy S2 D710 R760 Epic
Touch 4G Super AMOLED LCD
Display, Touch Screen Digitizer
Assembly WHITE Refurbished

~~$199.95~~ **$19.94**

Choose Options

## AT&T INFUSE 4G SAMSUNG I997 SUPER AMOLED LCD DISPLAY, TOUCH SCREEN DIGITIZER ASSEMBLY REFURBISHED





☆☆☆☆☆ Write a review

LIST PRICE: ~~$149.99~~

# $18.99

(YOU SAVE $131.00)

| | |
|---|---|
| Spudger: | High Quality Gadget Opening Prying Tool |
| Wiha Phillips: | Tiny Phillips Screwdriver Size 00 |
| Installation: | • (None)<br>• Installation Service (3 to 5) Business days<br>• Rush Installation Service (1 to 2) Business D |

Quantity   1     ADD TO CART     ADD TO WISHLIST

QUANTITY DISCOUNTS below will automatically apply when added to cart

• Buy 3 - 9 and get 1% off
• Buy 10 - 24 and get 2% off
• Buy 25 - 49 and get 3% off
• Buy 50 - 99 and get 4% off
• Buy 100 or above and get 5% off

**Manufacturer: Samsung**

**Part Number:** I997LCDDigitizerR

**Condition:** Refurbished

**Availability:** Ships the Next Business Day

**Current Stock:** 199

Like   Sign Up to see what your friends like.

Pin it   G+

### PRODUCT DESCRIPTION

Original Refurbished AT&T Infuse 4G I997 LCD Screen & Top Glass Touch Screen Digitizer Assembly direct from the manufacturer. This is real thin copy or reproduction of the part.

**Fully tested 100% Original, this is our top non-new quality. This screen may have very very minor superficial scratches on the front glass. scratches and are not deep in the glass at all, but this screen will not pass as new. Satisfaction Guaranteed.**

This screen is compatible with all Samsung SGH-I997 with any software version.

This Genuine Samsung Infuse 4G replacement LCD Screen and Touch Panel assembly includes the following parts already pre-assembled installation:

• Top Window Glass Lens
• Top Glass Touch Screen Digitizer
• LCD Display Screen
• Front Lower Navigation PCB Flex Cable Pre-installed
• LCD Backplate Cover

**This replacement part is only compatible with the following models:**

• AT&T Infuse 4G
• Samsung SGH-I997
• Samsung Infuse 4G

Part Numbers: GH97-12665A

SAMNDCA30008027

YOU RECENTLY VIEWED...



AT&T Infuse 4G Samsung I997 Super AMOLED LCD Display, Touch Screen Digitizer Assembly Refurbished

~~$149.99~~ $18.99

Choose Options

Powered by

☆☆☆☆☆

0 Questions \ 0 Answers

☑ W

💬 AS

**Reviews (0)**   Questions (0)

★★★★★

BE THE FIRST TO WRITE A REVIEW

FIND SIMILAR PRODUCTS BY CATEGORY

**CUSTOMERS WHO VIEWED THIS PRODUCT ALSO VIEWED**



AT&T Infuse 4G Samsung I997 Super AMOLED LCD Display, Touch Screen Digitizer Assembly with Backplate Frame Refurbished

~~$149.99~~ $21.84

Choose Options

AT&T Infuse 4G Samsung I997 Super AMOLED LCD Display, Touch Screen Digitizer Assembly with Backplate Frame VER 2.3.6+ Refurbished

~~$149.99~~ $18.99

Choose Options

AT&T Infuse 4G Samsung I997 Black Antenna Coax Coaxial Cable

~~$29.99~~ $0.94

Choose Options

AT&T Infuse 4 Super AMOLE Touch Screen D with Backplate F N

$149.9

Choose Option

AT&T Infuse 4G Samsung I997 Super AMOLED LCD Display, Touch Screen Digitizer Assembly VER 2.3.6+ New

~~$149.99~~ $27.54

Choose Options

AT&T Infuse 4G Samsung I997 Back Battery Door Cover

~~$29.99~~ $3.79

Add To Cart

HELPFUL LINKS

Home

Repair Process

Shipping Instructions

Wholesale

WHAT'S NEW

iPhone Touch Disease Problem and How
To Fix It? (No Touch Fix, Multi-Touch
Repair, Unresponsive Touch, Ghosting
for iPhone 6 and iPhone 6+ Plus)



186
CERTIFIED REVIEWS

Powered by YOTPO

FOLLOW US ON

SAMNDCA30008028

Blog

About Us

Contact Us

Terms & Conditions

Return Policy

On November 17, 2016 Apple finally released a statement fessing up (well ...

**Knowing Our Item Conditions**

Here at CellularDR.com, we want to take the time to clarify our conditions and ...

**Samsung Galaxy S4 LCD Display Touch Screen Digitizer compatibility**

There are several different models of the Samsung Galaxy S4. They each have ...

## NEWSLETTER

Name        Your Name

Email        Your Email Addres

SUBMIT

Copyright 2017 **CellularDR.com**. All Rights Reserved. Sitemap

SAMNDCA30008029



My Account    Sign in or Create an account    818-553-2700                    Currency Displayed in USD          WISH LISTS          VIEW CART (0)

# CELLULARDR.COM

Search for a product

| HOME | REPAIR PROCESS | SHIPPING INSTRUCTIONS | WHOLESALE | BLOG | ABOUT US | CONTACT US | TERMS & CONDITIONS | RETURN POLICY |

HOME   SAMSUNG   SAMSUNG PHONE PARTS & REPAIRS   SAMSUNG SGH-I997 PARTS AT&T INFUSE 4G I997

AT&T INFUSE 4G SAMSUNG I997 SUPER AMOLED LCD DISPLAY, TOUCH SCREEN DIGITIZER ASSEMBLY WITH BACKPLATE FRAME VER 2.3.6+ NEW

## CATEGORIES

Local Walk-in Repair Reservation

Nationwide Mail-in Repair

Repair Services

Apple

Samsung

LG Parts

HTC Parts

Motorola Parts

Sony Parts

All Other Phone Parts & Repairs

How To Repair Videos

Tools

Phones on Sale

Computers & Labtops

Gaming

Camera & Video Equipment

Car & Truck Audio

Home Appliances

Accessories

Clearance

Advertising Signs & Banners

## AT&T INFUSE 4G SAMSUNG I997 SUPER AMOLED LCD DISPLAY, TOUCH SCREEN DIGITIZER ASSEMBLY WITH BACKPL

### 2.3.6+ NEW



☆☆☆☆☆ Write a review

LIST PRICE: $149.99

# $25.64

(YOU SAVE $124.35)



| | |
|---|---|
| Spudger: | High Quality Gadget Opening Prying Tool |
| Wiha Phillips: | Tiny Phillips Screwdriver Size 00 |
| Installation: | • (None) |
| | • Installation Service (3 to 5) Business days |
| | • Rush Installation Service (1 to 2) Business D |

Quantity   1        ADD TO CART        ADD TO WISHLIST

QUANTITY DISCOUNTS below will automatically apply when added to cart

- Buy 3 - 9 and get 1% off
- Buy 10 - 24 and get 2% off
- Buy 25 - 49 and get 3% off
- Buy 50 - 99 and get 4% off
- Buy 100 or above and get 5% off

**Manufacturer:** Samsung

**Part Number:** GH97-12665A2.3.6+

**Condition:** New

**Availability:** Ships the Next Business Day

**Current Stock:** 39

Like   Sign Up to see what your friends like.

Pin it   G+

### PRODUCT DESCRIPTION

Original AT&T Infuse 4G I997 LCD Screen & Top Glass Touch Screen Digitizer Assembly with Back Plate direct from the manufacturer. This is real t cheap copy or reproduction of the part.

**This is the newest generation of this screen and has upgraded hardware from the factory. You must meet one of the two following for this screen properly with your phone, otherwise you will need to upgrade the software on your phone:**

1. The Firmware Version of your phone must be 2.3.6 or higher
2. Or your phone must have one of the following Android Software Versions:

- Gingerbread
- Ice Cream Sandwich
- JellyBean

This screen will NOT work with Firmware Version 2.3.4 with Android Software "FROYO"

**This Genuine Samsung Infuse 4G replacement LCD Screen and Touch Panel assembly includes the following parts already pre-assembled installation:**

- Top Window Glass Lens
- Top Glass Touch Screen Digitizer
- LCD Display Screen
- Front Lower Navigation PCB Flex Cable Pre-installed

## RELATED PRODUCTS



' Super AT&T Infuse 4G Samsung I997 Screen AMOLED LCD Display, Touch plate   Digitizer Assembly VER 2.3.6+ hed

$148.00 $27.54

Choose Options

SAMNDCA30008030



YOU RECENTLY VIEWED...

AT&T Infuse 4G Samsung I997 Super AMOLED LCD Display, Touch Screen Digitizer Assembly with Backplate Frame VER 2.3.6+ New

~~$149.99~~ $25.64

Choose Options

AT&T Infuse 4G Samsung I997 Super AMOLED LCD Display, Touch Screen Digitizer Assembly Refurbished

~~$149.99~~ $18.99

Choose Options

- LCD Backplate Cover

**This replacement part is only compatible with the following models:**

- AT&T Infuse 4G
- Samsung SGH-I997
- Samsung Infuse 4G

Part Numbers: GH97-12665A / GH97-12665A2.3.6+

Powered by

☆☆☆☆☆

0 Questions \ 0 Answers

W

AS

**Reviews (0)** Questions (0)

★★★★★

BE THE FIRST TO WRITE A REVIEW

FIND SIMILAR PRODUCTS BY CATEGORY

## CUSTOMERS WHO VIEWED THIS PRODUCT ALSO VIEWED

AT&T Infuse 4G Samsung I997 Black Antenna Coax Coaxial Cable

~~$29.99~~ $0.94

Choose Options

AT&T Infuse 4G Samsung I997 Super AMOLED LCD Display, Touch Screen Digitizer Assembly VER 2.3.6+ New

~~$149.99~~ $27.54

Choose Options

AT&T Infuse 4G Samsung I997 Super AMOLED LCD Display, Touch Screen Digitizer Assembly with Backplate Frame VER 2.3.6+ Refurbished

~~$149.99~~ $18.99

Choose Options

AT&T Infuse 4( Super AMOLE Touch Screen D Refur

~~$149.9~~

Choose Optior

AT&T Infuse 4G Samsung I997 Super AMOLED LCD Display, Touch Screen Digitizer Assembly with Backplate Frame Refurbished

~~$149.99~~ $21.84

Choose Options

AT&T Infuse 4G Samsung I997 Back Battery Door Cover

~~$29.99~~ $3.79

Add To Cart

HELPFUL LINKS

Home

Repair Process

Shipping Instructions

Wholesale

Blog

About Us

Contact Us

Terms & Conditions

Return Policy

WHAT'S NEW

**iPhone Touch Disease Problem and How To Fix It? (No Touch Fix, Multi-Touch Repair, Unresponsive Touch, Ghosting for iPhone 6 and iPhone 6+ Plus)**

On November 17, 2016 Apple finally released a statement fessing up (well ...

**Knowing Our Item Conditions**

Here at CellularDR.com, we want to take the time to clarify our conditions and ...

**Samsung Galaxy S4 LCD Display Touch Screen Digitizer compatibility**

There are several different models of the Samsung Galaxy S4. They each have ...

186
CERTIFIED REVIEWS
Powered by YOTPO

FOLLOW US ON

NEWSLETTER

Name    Your Name

Email    Your Email Addres

SUBMIT

Copyright 2017 **CellularDR.com**. All Rights Reserved. Sitemap

SAMNDCA30008032



ELECTRONICS Gift Guide 'Tis the season for shiny, new tech Shop now › Sponsored by BOSE

‹ Back to search results for "samsung continuum LCD screen replacement kit"

Click to open expanded view

CellphoneRepairShop.com

# Samsung Continuum I400 ~ Full LCD Screen Display + Touch Screen Digitizer Front Glass Faceplate Lens Part Panel Assembled Together ~ Mobile Phone Repair Parts Replacement

Be the first to review this item

Price: $14.99 & **FREE Shipping**

Get $70 off instantly: Pay $0.00 upon approval for the Amazon Prime Rewards Visa Card.

**Note:** Not eligible for Amazon Prime.

In Stock.

**Arrives before Christmas.**

**Want it Tuesday, Dec. 12?** Order within **21 hrs 24 mins** and choose **Two-Day Shipping** at checkout. Details

Ships from and sold by Cellphone Repair Shop.

- OLED AMOLED Screen
- Touch Panel Window Glass Lens
- Pre-Assembled for Easy Installation
- Verizon Continuum
- Samsung SCH-I400

**New (1) from $14.99** & FREE shipping.

Report incorrect product information.

**Electronics Gift Guide: 'Tis the season for shiny, new tech**

Share

Qty: 1

$14.99 + Free Shipping
In Stock. Sold by **Cellphone Repair Shop**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Jen Hayes- Redwood City - 94065

Add to List

Add to Baby Registry

Have one to sell? Sell on Amazon

**Eco-Fused Adhesive Sticker Tape for Use in Cell Phone Repair - 2mm Tape -...**
2,107
$6.99 ✓prime

Advertisement

Under $100 New Releases Gaming Audio and Acc

**Customers also shopped for** Page 1 of 4

LCD Display & Touch Screen Digitizer | Replacement LCD Screen Digitizer and LCD Display | For iPhone 6 Screen Replacement LCD Digitizer | For iPhone 7 4.7" Screen Replacement Cell Phone | DANDELION For LG Tribute 5 K7 LS665 LS675

| Replacement Full Assembly for iPhone 6... | 3D Touch Screen Replacement Front Glass... | & LCD Touch Screen Panel LCD Display with Frame... | LCD Digitizer Assembly & LCD Display Glass Frame... | MS330 Full LCD Display Touch Screen Digitizer... |
|---|---|---|---|---|
| 957 | 46 | 155 | 24 | 15 |
| $20.78 | $26.94 | $18.99 | $32.98 | $38.97 |

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

This original Verizon Continuum I400 replacement OLED AMOLED Screen and Touch Panel Window Lens Glass is a perfect replacement part if you have damaged your LCD Screen or Broken your Touch Screen. Read below on how to distinguish OEM Genuine replacement LCD Assembly from cheap aftermarket.

## Product information

| Package Dimensions | 8 x 4 x 1 inches |
|---|---|
| Shipping Information | View shipping rates and policies |
| ASIN | B005XVMYKK |
| Customer Reviews | Be the first to review this item 0.0 out of 5 stars |
| Best Sellers Rank | #1,936,648 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories) #35,250 in Cell Phones & Accessories > Cell Phone Accessories > Replacement Parts #1,934,608 in Electronics > Cell Phones & Accessories |
| Date first available at Amazon.com | October 21, 2011 |

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?

Would you like to **tell us about a lower price**?



A DOSE OF POSITIVE ENERGY FOR YOUR SKIN.

JÜNETICS
ENERGY POWERED **SKINCARE**

**Shop Now**

Advertisement

## Customer questions & answers

Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer reviews

There are no customer reviews yet.

5 star          0%          Share your thoughts with other customers

SAMNDCA30008034

| 4 star | 0% |
|--------|-----|
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |



Write a customer review



Milka Oreo Big Crunch Chocolate Candy B...
15
$15.92        Shop now

Advertisement

Advertisement

Back to top

## Get to Know Us

Careers

About Amazon

Investor Relations

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Become an Amazon Vendor

› See all

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content |
| Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

SAMNDCA30008035



## Samsung Fascinate I500 LCD Screen +Digitizer Assembly

Item condition: New

Time left: 4d 11h Tuesday, 11:31PM

Price: US $24.98 Buy It Now

Add to cart

Best Offer: Make Offer

Add to watch list

Add to collection

Free shipping | New condition | Located in United States

Shipping: FREE Economy Shipping | See details
Item location: Shawnee, Oklahoma, United States
Ships to: United States and many other countries | See details

Delivery: Estimated on or before Fri. Dec. 15 to 94065

Payments: PayPal VISA
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See terms
See details

Returns: 14 days money back, buyer pays return shipping | See details

Guarantee: | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

Seller information
goconsalesco (385 )
95.5% Positive feedback

Save this Seller
Contact seller
Visit store: GO Consulting Inf
See other items

get one FREE

Have one to sell? Sell now

People who viewed this item also viewed Feedback on

| | | | | | |
|---|---|---|---|---|---|
| SPONSORED | SPONSORED | SPONSORED | SPONSORED | | |
| Samsung Galaxy S6 LCD Display Screen Replacement | Gold For Samsung Galaxy J5 SM-J500 LCD Touch Dig- | LCD Display Touch Screen Digitizer Assembly + Tools | Full LCD Display Touch Screen Digitizer Assembly | For Samsung Galaxy J5 LCD Touch Digitizer Screen | For Samsung Ga J500 LCD Touch |
| $119.99 | $19.99 | $42.59 | $218.38 | $21.88 | $20.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | + $0.99 | Free shipping |

Description | Shipping and payments

eBay item number: 3

Seller assumes all responsibility for this listing.

### Item specifics

Condition:



New: A brand-new, unused, unopened, undamaged item in its original packaging
(where packaging is ... Read more

**GO Consulting Internet Sales**
goconsalesco (385 ) 95.5%

Visit Store:  GO Consulting Interne

Sign up for newsletter

Categories                    New replacement part. Fast & Free US Ship.

Supplies

Networking

Information Technology

Computer Components

Security Products

Cameras

Other

More from this seller                                                                    Feedback on

    

Black LCD Glass Lens Re-    Touch Screen Digitizer As-    Keypad Flex Cable for Sam-    Lens For Samsung Galaxy    Lens For Samsung Galaxy
placement Part for Samsung  sembly for HTC Droid DNA      sung Galaxy S3 III            S5 White                   S5 Black
$11.50                      $19.98                        $11.50                        $11.50                     $11.50
Free shipping               Free shipping                 Free shipping                 Free shipping              Free shipping

People were also interested in

SAMNDCA30008037



Samsung Galaxy S6 S7
Edge | S8 Plus LCD Display
$139.95
Free

OEM LCD Screen Touch
Screen Digitizer Assembly
$109.95
Free

Samsung Galaxy S7 Edge
G935A LCD Touch Screen
$99.99
Free

Samsung Galaxy S8 | S8
Plus LCD Display Touch
$199.95
Free

OEM New LCD Touch Digi-
tizer Replacement Screen
$109.79
Free

NEW Gold Platine
Touch Screen Dig
$143.50
Free

Similar sponsored items                                                    Feedback on



Front Glass lens Screen Re-
placement Repair Kit Black
$13.99
Free shipping

OEM For Samsung Galaxy
S6 Edge Replacement
$19.99
Free shipping

Samsung Galaxy S6 Edge
Outer Glass Lens Screen
$19.99
Free shipping

Samsung Galaxy J7 J700F
Black Replacement Screen
$16.98
Free shipping

For Samsung Galaxy S7
edge G935 Repair Front
$18.99
Free shipping

Samsung Galaxy
G928 -Black Blue
$23.39
$25.99
Free shipping
Almost gone



Learn How To Earn $30 Back
As a statement credit if you are approved for a new eBay Extras MasterCard® account

Learn More →

Back to previous page

Related buying guides :   DIY iPhone Screen Replacement Kits

More to explore :   LCD Screens for Samsung Stratosphere,   LCD Screens for Samsung,   Samsung LCD Screens for Verizon,   Samsung Camcorders with LCD Screen,   LCD Screens for Sams
LCD Screens for Samsung Universal

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

SAMNDCA30008038



← Back to item

## Revision summary for item #200951486442

The following revisions have been made:

| Date | Time | Revised Information |
|---|---|---|
| Aug-09-13 | 21:15:20 PDT | Description |
| Aug-09-13 | 21:18:45 PDT | Store Category |
| Aug-09-13 | 21:23:19 PDT | Sale Start<br>Buy It Now Price |
| Aug-15-13 | 05:34:52 PDT | Sale End<br>Buy It Now Price |
| Aug-19-13 | 09:29:06 PDT | Quantity |
| Sep-17-13 | 14:38:52 PDT | Details<br><br>**Item Specifics: - ReturnPolicy**<br>Changed Restocking Fee from No to **NoRestockingFee** |
| Sep-20-13 | 19:57:12 PDT | Quantity |
| Sep-23-13 | 17:48:01 PDT | Details<br><br>**Item Specifics: - ReturnPolicy**<br>Changed Restocking Fee from **NoRestockingFee** to **No** |
| Sep-28-13 | 08:13:42 PDT | Sale Start<br>Buy It Now Price |
| Sep-30-13 | 23:34:13 PDT | Sale End<br>Buy It Now Price |
| Oct-12-13 | 09:35:39 PDT | Sale Start<br>Buy It Now Price |
| Oct-12-13 | 09:38:05 PDT | Sale End<br>Buy It Now Price |
| Oct-20-13 | 08:13:19 PDT | Shipping Terms |
| Nov-01-13 | 08:34:04 PDT | Sale Start<br>Buy It Now Price |
| Nov-01-13 | 15:57:31 PDT | Sale End<br>Buy It Now Price |
| Nov-11-13 | 06:04:00 PST | Sale Start<br>Buy It Now Price |
| Nov-11-13 | 12:02:32 PST | |

SAMNDCA30008039

Case 5:11-cv-01846-LHK    Document 3592-12    Filed 02/23/18    Page 98 of 107

|  |  | Sale End<br>Buy It Now Price |
|---|---|---|
| Nov-11-13 | 16:02:51 PST | Gallery<br>PictureURL: Pictures Added |
| Jan-06-14 | 09:34:59 PST | Quantity |
| Feb-03-14 | 10:30:06 PST | Gallery<br>PictureURL: Pictures Added |
| Mar-23-14 | 04:56:22 PDT | Quantity |
| Oct-08-14 | 08:49:29 PDT | Quantity |
| Dec-14-15 | 09:02:58 PST | Shipping Terms |
| Jun-10-16 | 14:28:03 PDT | PictureURL: Pictures Added |
| Jul-07-16 | 13:14:29 PDT | Shipping Terms |
| Feb-02-17 | 09:41:35 PST | Description<br>Buy It Now Price |
| Feb-02-17 | 09:50:16 PST | Description<br>Buy It Now Price |
| Apr-26-17 | 11:12:27 PDT | Sale Start<br>Buy It Now Price |
| May-27-17 | 11:12:57 PDT | Sale End<br>Buy It Now Price |

The seller may make revisions during the listing period. However, the seller cannot change some of the information, such as format or duration of the listing. Learn more

As a buyer, you can see the item you purchased from the Purchase history page. Learn more

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Center

Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

SAMNDCA30008040



You bought this item | View order details

Have one to sell? Sell now

## White Front LCD Glass Lens Replacement Samsung Galaxy S2 II T-Mobile SGH T989

A-Grade Replacement, Adhesive Sticker, Tools

Be the first to write a review.

Item condition: New | Add to watch list

Quantity: 1 More than 10 available
784 sold / See feedback

Price: **US $4.45** Buy another

Add to cart

79 watching Add to watch list

Add to collection

100% buyer satisfaction | 784 sold | 21 inquiries

Shipping: FAST 'N FREE
On or before Tue. Dec. 12 to 94065
Item location: San Antonio, Texas, United States
Ships to: Worldwide See exclusions

Payments: PayPal VISA
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See terms
See details

Returns: 30 days money back or item exchange, buyer pays return shipping | See details

Guarantee: | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

**Seller information**
mintcell (20901 )
99.3% Positive feedback

Save this Seller
Contact seller
Visit store: MintCell
See other items

**Buy Google Pixel 2, get 50% off Google Home.**
Limited time only.
Shop now
The fine print

## More options for this product

Feedback on our suggestions

White Front LCD Glass Lens Replacement Sam-
$4.44
Free shipping

New OEM Samsung Galaxy S2 S II Front Glass
$3.49
Free shipping

USA Front Outer Glass Screen Lens Replace-
$4.89
Free shipping

New Front Top Outer Glass Screen Lens Re-
$4.89
Free shipping

USA Front Outer Glass Screen Lens Replace-
$4.89
Free shipping

New OEM Samsung Galaxy S2 S II Front Glass
$5.49
Free shipping

Description | Shipping and payments | Report item

eBay item number: 200951486442

Seller assumes all responsibility for this listing.

Last updated on Mar 03, 2017 11:37:59 PST View all revisions

### Item specifics



| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Type: | Glass Replacement, Adhesive Sticker Included, Tool Kit Included, Display: Lens Screen |
| Glass Quality: | A-Grade Replacement | Brand: | Unbranded/Generic |
| Color: | White | Compatible Brand: | Samsung |
| Extra Tool Kit: | Tools Included | Country of Manufacture: | China |
| Adhesive Sticker: | 4 Pieces Adhesive Stickers Included | Compatible Model: | T-Mobile SGH-T989 |
| MPN: | Does Not Apply | UPC: | Does not apply |

## White Front LCD Glass Lens Replacement Samsung Galaxy S2 II T-Mobile SGH T989

• Brand New A Grade Glass Lens Replacement (No Digitize/LCD Included)
• Comes with 4 Pieces Adhesive Sticker and Tools
• Color: White
• 100% Compatible with Samsung Galaxy S2 **T-Mobile SGH-T989 Only**
• Free Fast Shipping from San Antonio, Texas
• Money Back Satisfaction Guarantee
• 6 Month Replacement Warranty

10156

No ratings or reviews yet          Be the first to write a review.

## Questions & Answers

Ask buyers and sellers about this product

Ask your question here. The more details you include, the better answers you'll receive.

*All questions will be publicly shared with buyers and sellers. See our community guidelines.

Submit question

Blaze the Horse @Blaze_the... Don't wait for your horses
Bumped up a class. I got this. to tell you why they have
#lovetojump #bumpedupthreeeee gastric discomfort.

Back to search results  |  See More Details about "White Front LCD Glass Lens Replacement Samsung Galaxy ..."          Return to top

More to explore :  White Cases for Samsung Galaxy S2,  Samsung Galaxy S II T-Mobile Smartphones,  Samsung Galaxy Note II T-Mobile Smartphones,
T-Mobile Samsung Gear S2 Smart Watches,  Samsung Galaxy S7 T-Mobile,  Samsung Galaxy S II Samsung Boost Mobile

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

SAMNDCA30008042

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

SAMNDCA30008043



Hi Jennifer! Daily Deals Gift Cards Help & Contact Free Shipping on the Hottest Gifts Sell My eBay

ebay Shop by category Search for anything All Categories Search Advanced

Back to My eBay | Listed in category: Cell Phones & Accessories > Cell Phone & Smartphone Parts > See more Black Front LCD Glass Lens Replacement Sprint ...

You bought this item | View order details

Have one to sell? Sell now

# Black Front LCD Glass Lens Replacement Sprint Galaxy S2 S II EPIC 4G SPH D710

A-Grade Replacement, Adhesive Sticker, Tools

Be the first to write a review.

Item condition: New | Add to watch list

Quantity: 1 More than 10 available
772 sold / See feedback

Price: US $4.95 Buy another

Add to cart

39 watching Add to watch list

Add to collection

| 100% buyer satisfaction | 772 sold | 17 inquiries |
|---|---|---|

Shipping: FAST 'N FREE
On or before Tue. Dec. 12 to 94065
Item location: San Antonio, Texas, United States
Ships to: Worldwide See exclusions

Payments: PayPal VISA
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See terms
See details

Returns: 30 days money back or item exchange, buyer pays return shipping | See details

Guarantee: | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

**Seller information**
mintcell (20901 )
99.3% Positive feedback

Save this Seller
Contact seller
Visit store: MintCell
See other items

## More options for this product

Feedback on our suggestions

OEM Replacement Sprint Galaxy SII S2 SPH-D710
$3.99
$11.48
Free shipping

Samsung Galaxy S2 D710 Epic 4G Black Front
$3.99
Free shipping

LCD for Samsung Galaxy S Captivate SGH-I897
$15.00
Free shipping

Sprint Samsung Galaxy S 2 II D710 Front Camera
$7.95
Free shipping

LCD Display Digitizer Touch Screen for Sam-
$112.74
+ $0.99
Popular

Front Outer touch Screen Glass replacement Part
$12.24
$18.99
Free shipping
Popular

Description | Shipping and payments | Report item

eBay item number: 200952992670

Seller assumes all responsibility for this listing.

Last updated on Mar 03, 2017 11:37:58 PST View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Type: | Glass Replacement, Adhesive Sticker Included, Tool Kit Included, Display: Lens Screen |
| Glass Quality: | A-Grade Replacement | Brand: | Unbranded/Generic |
| Color: | Black | Compatible Brand: | Samsung |
| Extra Tool Kit: | Tools Included | Country of Manufacture: | China |
| Adhesive Sticker: | 4 Pieces Adhesive Stickers Included | Compatible Model: | Srpint EPIC 4G Galaxy S2 S 2 S II SPH D710 |
| MPN: | Does Not Apply | UPC: | Does not apply |





**Black LCD Screen Front Glass Lens Replacement For Samsung Galaxy S2 S II Srpint EPIC 4G SPH-D710**



- Brand New A Grade Glass Lens Replacement (No Digitize/LCD Included)
- Comes with 4 Pieces Adhesive Sticker and Tools
- Color: Black
- 100% Compatible with Samsung Galaxy S2 **Sprint Samsung Galaxy S2 S II EPIC 4G SPH-D710 & U.S. Cellular SCH-R760**
- Free Fast Shipping from San Antonio, Texas
- Money Back Satisfaction Guarantee
- 6 Month Replacement Warranty

07814

---

## More from this seller

Feedback on our suggestions



White LCD Front Screen Glass Lens Replacement

$4.95
Free shipping
Popular



Black LCD Front Screen Glass Lens Replacement

$5.45
Free shipping
Popular



T-Mobile LG Optimus P769 L9 Digitizer Black

$12.95
Free shipping



Black LCD Front Screen Glass Lens Replacement

$5.45
Free shipping
Popular



Adhesive Dissolver For LCD Screen Assemblies -

$25.00
Free shipping
Popular



Black LCD Front Screen Glass Lens Replacement

$4.95
Free shipping
Popular

---

No ratings or reviews yet     Be the first to write a review.

---

## Questions & Answers

Ask buyers and sellers about this product

SAMNDCA30008045



Ask your question here. The more details you include, the better answers you'll receive.

*All questions will be publicly shared with buyers and sellers. See our community guidelines.

Explore more options: Compatible Brand



Samsung    More

Samsung Galaxy S 2 II Skyrocket SGH-I727
$39.99
Free

LCD for Samsung Galaxy S Captivate SGH-
$15.00
Free

Front Outer touch Screen Glass replace-
$12.24
Free



Apple    More

White LCD Front Screen Glass Lens Replace-
$4.95
Free

New Silver Touch Screen Digitizer Control-
$14.99
Free

iPhone 6 outer LCD OCAMASTER alignment
$18.99
Free

Explore more options: Brand



Samsung

Replacement LCD Display & Touch Screen for
$14.99
$59.95
Free

OEM Replacement Sprint Galaxy SII S2
$3.99
$11.45
Free

Brand New Samsung Galaxy S Captivate
$29.50
Free



Apple    More

Apple iPhone 6 / 6 Plus Replacement Front Out-
$5.99
Free

LCD Display Touch Screen Digitizer Assem-
$18.95
Free

For iPhone 6 Plus 5.5" Complete Screen Digitiz-
$7.99
Free

Similar sponsored items    Feedback on our suggestions



Replacement Front Outer Screen Glass Lens For
$15.19
Free shipping
Almost gone

Outer Front Touch Screen Glass Lens Part Replace-
$14.99
Free shipping

CrazyFire® Black Front Outer Glass Lens Screen
$37.26
Free shipping

For Samsung Galaxy S8+ Plus G955 Front Outer
$31.88
Free shipping

Front Outer touch Screen Glass replacement Part
$12.24
$18.99
Free shipping
Popular

Black Front Glass Screen Part for Samsung Epic 4G
$7.99
$19.99
Free shipping

SAMNDCA30008046



Learn How To Earn $30 Back
As a statement credit if you are approved for a new eBay Extras MasterCard® account
Learn More →

Back to My eBay | See More Details about "Black Front LCD Glass Lens Replacement Sprint Galaxy S..."   Return to top
More to explore :  LCD Screens for Galaxy Tab S2,   Samsung Galaxy S Epic Sprint Cell Phones & Smartphones,   Samsung Galaxy S II Android Smartphones with Sprint,   Samsung Galaxy S II Sprint Smartphones,   Sprint Galaxy Note 3 4G,   Samsung Galaxy S Epic Sprint 1GB Cell Phones & Smartphones

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

  

SAMNDCA30008047



Back to item

## Revision summary for item #200952992670

The following revisions have been made:

| Date | Time | Revised Information |
|---|---|---|
| Aug-14-13 | 11:21:22 PDT | Buy It Now Price<br>Sale Start |
| Aug-15-13 | 05:34:53 PDT | Buy It Now Price<br>Sale End |
| Aug-30-13 | 08:25:45 PDT | Quantity |
| Sep-17-13 | 14:38:53 PDT | Details<br><br>**Item Specifics:** - ReturnPolicy<br>Changed Restocking Fee from **No** to **NoRestockingFee** |
| Sep-20-13 | 19:57:12 PDT | Quantity |
| Sep-23-13 | 17:48:01 PDT | Details<br><br>**Item Specifics:** - ReturnPolicy<br>Changed Restocking Fee from **NoRestockingFee** to **No** |
| Sep-28-13 | 08:13:43 PDT | Buy It Now Price<br>Sale Start |
| Sep-30-13 | 23:34:13 PDT | Buy It Now Price<br>Sale End |
| Oct-12-13 | 09:35:41 PDT | Buy It Now Price<br>Sale Start |
| Oct-12-13 | 09:38:04 PDT | Buy It Now Price<br>Sale End |
| Oct-20-13 | 08:13:19 PDT | Shipping Terms |
| Oct-30-13 | 10:15:27 PDT | Description |
| Nov-01-13 | 08:34:09 PDT | Buy It Now Price<br>Sale Start |
| Nov-02-13 | 07:10:31 PDT | Buy It Now Price<br>Sale End |
| Nov-11-13 | 06:04:02 PST | Buy It Now Price<br>Sale Start |
| Nov-11-13 | 12:02:31 PST | Buy It Now Price<br>Sale End |
| Nov-11-13 | 15:57:32 PST | |

SAMNDCA30008048

Case 5:11-cv-01846-LHK   Document 3592-12   Filed 02/23/18   Page 107 of 107

|  |  | Gallery<br>PictureURL: Pictures Added |
| --- | --- | --- |
| Nov-19-13 | 08:31:05 PST | Quantity |
| Mar-10-14 | 12:51:15 PDT | Quantity |
| Jun-20-14 | 07:37:08 PDT | Quantity |
| Dec-14-15 | 09:02:58 PST | Shipping Terms |
| Jun-10-16 | 14:28:03 PDT | PictureURL: Pictures Added |
| Jul-07-16 | 13:14:30 PDT | Shipping Terms |
| Aug-08-16 | 12:03:41 PDT | Quantity<br>Buy It Now Price<br>PictureURL: Pictures Added<br>Description |
| Dec-21-16 | 14:16:50 PST | Buy It Now Price<br>Description |
| Dec-21-16 | 14:43:55 PST | Description |
| Apr-26-17 | 11:12:31 PDT | Buy It Now Price<br>Sale Start |
| May-27-17 | 11:12:58 PDT | Buy It Now Price<br>Sale End |

The seller may make revisions during the listing period. However, the seller cannot change some of the information, such as format or duration of the listing. Learn more

As a buyer, you can see the item you purchased from the Purchase history page. Learn more

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

SAMNDCA30008049