Exhibit B

# EXHIBIT 8

# Complete Disassemblies

# Captivate



2

# Captivate



Complete Disassembly                                                3

# Continuum



# Continuum



# Droid Charge



# Droid Charge



# Epic 4G



# Epic 4G



# Fascinate



# Fascinate



# Galaxy S 4G



# Galaxy S 4G



Complete Disassembly                                                                 13

# Galaxy S II (AT&T)



# Galaxy S II (AT&T)



# Galaxy S II (T-Mobile)



# Galaxy S II (T-Mobile)



# Galaxy S II (Epic 4G Touch)



# Galaxy S II (Epic 4G Touch)



Complete Disassembly                                          19

# Galaxy S II (Skyrocket)



# Galaxy S II (Skyrocket)



# Gem



# Gem



# Indulge



# Indulge



# Infuse



# Infuse



# Mesmerize



# Mesmerize



# Showcase



# Showcase



# Vibrant



All Components                                                                                                32

# Vibrant



# Components Relevant to Article of Manufacture

# Captivate



Display Screen Front                                        35

# Captivate



Display Screen Back

# Continuum



Display Screen Front

# Continuum



Display Screen Back                                                     38

# Droid Charge



Display Screen Front                                                    39

# Droid Charge



Display Screen Back                                           40

# Epic 4G



Display Screen Front

# Epic 4G



Display Screen Back

# Fascinate, Mesmerize, and Showcase



Display Screen Front                                                43

# Fascinate, Mesmerize, and Showcase



Display Screen Back

# Fascinate



Glass Front Face                                                              45

# Galaxy S 4G



Display Screen Front                                      46

# Galaxy S 4G



Display Screen Back

# Galaxy S 4G



Bezel Front                                                              48

# Galaxy S 4G



Bezel Back                                                    49

# Galaxy S 4G



Glass Front Face                                                    50

# Galaxy S II (AT&T)



Glass Front Face                                                51

# Galaxy S II (T-Mobile)



Glass Front Face                                                             52

# Galaxy S II (Epic 4G Touch)



Glass Front Face                                                                53

# Galaxy S II (Skyrocket)



Glass Front Face                                                              54

# Gem



Display Screen Front

# Gem



Display Screen Back                                      56

# Indulge



Display Screen Front                                                              57

# Indulge



Display Screen Back

# Infuse



Display Screen Front

# Infuse



Display Screen Back

# Infuse



Glass Front Face                                                                 61

# Mesmerize



Glass Front Face                                    62

# Showcase



Glass Front Face                                                            63

# Vibrant



Display Screen Front                                                        64

# Vibrant



Display Screen Back                               65

# Vibrant



Bezel Front

# Vibrant



Bezel Back

# Vibrant



Glass Front Face                                                    68