1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung
2 Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative
3 Motion to File Under Seal Documents Relating to Samsung's Opposition to Samsung's Notice of
4 Motion and Motion for Partial Summary Judgment.

5  Having considered Samsung's motion, and compelling reasons having been shown, the
6 Court GRANTS Samsung's motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Samsung's Notice of Motion and Motion for Partial Summary Judgment | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Apple claims are confidential. | Apple |
| Exhibit E to the Declaration of Mark Gray in Support of Samsung's Notice of Motion and Motion for Partial Summary Judgment - January 15, 2018 Opening Expert Report of Susan Kare | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Apple claims are confidential. | Apple |
| Exhibit G to the Declaration of Mark Gray in Support of Samsung's Notice of Motion and Motion for Partial Summary Judgment - Excerpts from the Transcript of the Deposition of DongWook Kim on December 22, 2017 | Entire document. | Samsung |
| Exhibits J through N to the Declaration of Mark Gray in Support of Samsung's Notice of Motion and Motion for Partial Summary Judgment - Confidential Service Manuals for Samsung's Phones | Entire documents. | Samsung |
| Exhibit O to the Declaration of Mark Gray in Support of Samsung's Notice of Motion and Motion for Partial Summary Judgment- Apple's Interrogatory Response | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Apple claims are confidential. | Apple |

| | | |
|---|---|---|
| Exhibit P to the Declaration of Mark Gray in Support of Samsung's Notice of Motion and Motion for Partial Summary Judgment- Samsung's Product Specification Documents | Entire document. | Samsung |
| Exhibit S to the Declaration of Mark Gray in Support of Samsung's Notice of Motion and Motion for Partial Summary Judgment- excerpts from the transcript of the deposition of Alan D. Ball on February 13, 2018 | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Apple claims are confidential. | Apple |
| Exhibit T to the Declaration of Mark Gray in Support of Samsung's Notice of Motion and Motion for Partial Summary Judgment - excerpts from the transcript of the deposition of Susan Kare on February 16, 2018 | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Apple claims are confidential. | Apple |
| Exhibit A to the Declaration of Sam Lucente in Support of Samsung's Notice of Motion and Motion for Partial Summary Judgment – Sam Lucente Expert Report | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Apple claims are confidential. | Apple |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Court Judge