# EXHIBIT 4

# Samsung-Apple Licensing Discussion

October 5, 2010

**PLAINTIFF'S EXHIBIT NO. 51**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

1

Highly Confidential - Attorneys' Eyes Only    APLNDC00010886

Case 5:12-cv-00630-LHK Document 1597-7 Filed 02/29/14 Page 3 of 19
Case 5:11-cv-01846-LHK Document 3503-7 Filed 02/23/18 Page 3 of 19
Plaintiff's Exhibit No. 51.2

## A Basic Phone has basic features …




Highly Confidential - Attorneys' Eyes Only

*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

APLNDC00010887



2

Case 5:11-cv-01846-LHK Document 2503-7 Filed 02/23/18 Page 4 of 19
Case 5:12-cv-00630-LHK Document 1297-7 Filed 02/19/14 Page 4 of 19
Plaintiff's Exhibit No. 51.3

## What changed? What makes an GalaxyS so different?



*Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

APLNDC00010888



3

Case 5:11-cv-01846-LHK Document 2583-7 Filed 02/23/18 Page 5 of 19
Case5:12-cv-00630-LHK Document1297-7 Filed02/29/14 Page5 of 19
Plaintiff's Exhibit No. 51.4

## … but Advanced Mobile Computing Devices are different



- ***Software*** creates the largest share of product value
- Operating system, applications, user interface, and services are the key to a ***differentiated customer experience***
- ***iPhone became the archetype*** for advanced mobile computing devices
- Software has always been at the heart of Apple's business and intellectual property portfolio



*Confidential \* Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

APLNDC00010889

4

Case 5:11-cv-01846-LHK Document 3503-7 Filed 02/23/18 Page 6 of 19
Case 5:12-cv-00630-LHK Document 1297-7 Filed 02/29/14 Page 6 of 19
Plaintiff's Exhibit No. 51.5

## Apple and its Computing Products have Evolved as well





Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice

Highly Confidential - Attorneys' Eyes Only

APLNDC00010890

5

Plaintiff's Exhibit No. 51.6

Case 5:12-cv-01846-LHK Document 3593-7 Filed 02/23/18 Page 7 of 19
Case 5:12-cv-00630-LHK Document 1297-7 Filed 02/19/14 Page 7 of 19

## Mobile Computers rely upon several key technologies principally developed in the computing industry






**Microprocessor**  **Modern Operating System w/ Graphical User Interface**  **Graphics**  **Apps**






**Touch**  **Music**  **Video**  **Gaming**



*Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

APLNDC00010891

6

Case 5:11-cv-01846-LHK Document 2593-7 Filed 02/23/18 Page 8 of 19
Case 5:12-cv-00630-LHK Document 1297-7 Filed 02/19/14 Page 8 of 19
Plaintiff's Exhibit No. 51.7

## Mobile computers create more value for customers -- and sell for more -- by virtue of the additional technologies that enable them





*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

7

Highly Confidential - Attorneys' Eyes Only

APLNDC00010892

Case 5:12-cv-01846-LHK Document 2503-7 Filed 02/23/18 Page 9 of 19
Case 5:12-cv-00630-LHK Document 1297-7 Filed 02/19/14 Page 9 of 19
Plaintiff's Exhibit No. 51.8

## We model 3 types of patent licenses to cover wireless and computing technologies



Basic telephony
Basic network interface -- industry-standardized air interface (least common denominator) and data format




**Apple core computing**

Apple core computing technologies for modern and mobile computing developed over 20 years on desktop and laptop computer platform

- Modern, real computing platform
- Extensible, programmable OS
- Software application platform
- Advanced, friendly user interface
- Graphics and multimedia
- Component-based architecture with component links
- Internet and network technology

**Apple advanced features**

Apple's iPod and iPhone innovations have defined the standard for modern high-end consumer devices

- Multitouch user interface
- Apps and App Store
- iTunes media store and media player
- Real Web and Web services
- Advanced sensors and device context
- Service-oriented offering

- **Phone license**
  - Basic Telephony (e.g. wireless standards, java, processor, graphics, misc HW)

- **"Smart" license**
  - Apple Computing technologies (e.g. O/S, object oriented, etc.)

- **"Advanced Mobile" license**
  - Advanced iPhone Technologies needed to create an "advanced" class device (e.g. Touch, GUI, apps, music, etc.)

*\* Each license includes distinct technologies, so an iPhone advanced mobile class device would require all 3 licenses, while a basic phone would require only the phone license.*



*Confidential \* Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

8

Highly Confidential - Attorneys' Eyes Only

APLNDC00010893

Case 5:12-cv-01846-LHK Document 2593-7 Filed 02/23/18 Page 10 of 19
Case 5:12-cv-00630-LHK Document 1297-7 Filed 02/23/14 Page 10 of 19
Plaintiff's Exhibit No. 51.9

## Samsung adopted, embraced and imitated the iPhone archetype

- **Samsung chose to embrace and imitate Apple's iPhone archetype**
- Apple would have preferred that Samsung **request a license to do this in advance**
- Because Samsung is a strategic supplier to Apple, we are prepared to **offer a royalty-bearing license for this category of device**



*Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*



9

Highly Confidential - Attorneys' Eyes Only

APLNDC00010894

Plaintiff's Exhibit No. 51.10

Case 5:12-cv-01846-LHK Document 2503-7 Filed 02/23/18 Page 11 of 19
Case5:12-cv-00630-LHK Document1297-7 Filed02/19/14 Page11 of 19

## Samsung launched a major offensive, targeting Apple's Mobile Computing Paradigm with both smartphones and tablets

*"Samsung could sell **10 million units** of the new [Galaxy S] smartphone globally **this year**."*[1]

- JK Shin, head of Samsung's mobile comm. division

*"Samsung also expects to sell about **25 million smartphones this year**"*[1]

- JK Shin, head of Samsung's mobile comm. division

*"Samsung is aiming for a double-digit market share for global smartphones by the end of this year… Samsung's **smartphone sales are likely to double next year** from this year."*[1]

- JK Shin, head of Samsung's mobile comm. division

*"[Samsung] expects to ship **10 million [Galaxy Tablet] units** and take a third of the global tablet market next year"*[2]

- Hankil Yoon, Samsung product executive

[1] SE Young Lee, "Samsung Expects Profit Boost From Mobile Phones", The Wall Street Journal, Sep 3, 2010
[2] Spencer E. Ante, "Phone Giants to Sell Samsung Tablet PC", The Wall Street Journal, Sep 11, 2010



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

10

Highly Confidential - Attorneys' Eyes Only

APLNDC00010895

Case 5:11-cv-01846-LHK Document 3003-7 Filed 02/23/18 Page 12 of 19
Case 5:12-cv-00630-LHK Document 1297-7 Filed 02/19/14 Page 12 of 19
Plaintiff's Exhibit No. 51.11

## Samsung is a major vendor of advanced mobile computing devices such as smartphones and tablets



| Year | Smartphone Volume (000) | Tablet Volume (000) |
|---|---|---|
| 2009 | 5,900 | -- |
| 2010 | 25,000 | 2,000 |
| 2011 | 50,000 | 10,000 |
| 2012 | 60,000 | 12,000 |
| 2013 | 72,000 | 14,000 |
| 2014 | 86,000 | 17,000 |
| TOTAL | 293,000 | 55,000 |





*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

APLNDC00010896

11

Plaintiff's Exhibit No. 51.12
Case 5:11-cv-01846-LHK Document 2593-7 Filed 02/23/18 Page 13 of 19
Case 5:12-cv-00630-LHK Document 1297-7 Filed 02/19/14 Page 13 of 19

## Apple Smartphone Licensing Rates

- $30 USD per Licensed Smartphone
    - Licensed Smartphones: touchscreen devices based on --
        - Android units
        - Symbian units
        - Bada, unless Apple proprietary features avoided
        - Windows, others - to be discussed
- $40 USD per Licensed Touchscreen Tablet
    - Reducing to $30 over 2 years



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

APLNDC00010897

Plaintiff's Exhibit No. 51.13

Case 5:11-cv-01846-LHK   Document 2503-7   Filed 02/23/18   Page 14 of 19
Case 5:12-cv-00630-LHK   Document 1297-7   Filed 02/19/14   Page 14 of 19

# We will provide Samsung with a number of options for obtaining a cost-effective license to our patent portfolio

| | |
|---|---|
| **Samsung Portfolio** | Like other major Apple suppliers Samsung has a substantial patent portfolio, albeit it is largely oriented in supplier-type areas |
| **Apple-licensed O/S** | Some Samsung products may make use of an OS largely licensed to Apple patents (e.g. Windows Mobile) |
| **Apple-licensed Processors** | Samsung may wish to encourage its other processor manufacturers to take a license |
| **Not Using Proprietary Features** | Some Samsung "smartphone" products may not adopt distinctive industrial designs, software platforms or feature sets |
| **Conventional Mobile Devices** | Most Samsung phones are Basic Phones that are not intended to serve as advanced mobile computing devices |



*Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

APLNDC00010898

13

Plaintiff's Exhibit No. 51.14

Case 5:11-cv-01846-LHK Document 3503-7 Filed 02/23/18 Page 15 of 19
Case5:12-cv-00630-LHK Document1297-7 Filed02/19/14 Page15 of 19

Samsung may avail itself of these options, and in doing so obtain an Apple patent license on the most cost effective basis possible.



*Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

APLNDC00010899

Plaintiff's Exhibit No. 51.15

Case 5:12-cv-01846-LHK Document 3503-7 Filed 02/23/18 Page 16 of 19
Case 5:12-cv-00630-LHK Document 1297-7 Filed 02/19/14 Page 16 of 19

## We will provide Samsung with a number of options for obtaining the most cost-effective possible license to our patent portfolio

| | | | |
|---|---|---|---|
| Advanced Mobile Computing Device Royalty Rate | $US 30/ unit x | Samsung Portfolio | 20% Discount |
| | | Apple-licensed O/S | 40% Discount |
| Tablet Royalty Rate | $US 40 unit x | Apple-licensed Processors | 20% Discount |
| | | Not Using Proprietary Features | 20% Discount |



*Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

15

Highly Confidential - Attorneys' Eyes Only

APLNDC00010900

Plaintiff's Exhibit No. 51.16

Case 5:12-cv-01846-LHK Document 3503-7 Filed 02/23/18 Page 17 of 19
Case5:12-cv-00630-LHK Document1297-7 Filed02/29/14 Page17 of 19

## EXAMPLE 1: Windows-based non-touch device

**Samsung Blackjack II™ Smartphone**



| | |
|---|---|
| Samsung Portfolio | Cross license<br>• 20% discount |
| Apple-licensed O/S | Microsoft licensed O/S tech<br>• 40% discount |
| Apple-licensed Processors | n/a |
| Not Using Proprietary Features | Physical QWERTY form factor<br>•20% discount |
| Total | 80% discount |



*Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

16

Highly Confidential - Attorneys' Eyes Only

APLNDC00010901

Plaintiff's Exhibit No. 51.17

Case 5:11-cv-01846-LHK Document 2503-7 Filed 02/23/18 Page 18 of 19
Case 5:12-cv-00630-LHK Document 1297-7 Filed 02/19/14 Page 18 of 19

# EXAMPLE 2: Android-based full touch screen devices




| | |
|---|---|
| Samsung Portfolio | Cross license<br>• 20% discount |
| Apple-licensed O/S | Completely unlicensed Android OS<br>    - No discount |
| Apple-licensed Processors | n/a |
| Not Using Proprietary Features | Full touch screen device<br>    - No discount |
| Total | 20% discount |



*Confidential * Provided for Information and Business Settlement Purposes Only*
*Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

Highly Confidential - Attorneys' Eyes Only

APLNDC00010902

17

Plaintiff's Exhibit No. 51.18

Case 5:11-cv-01846-LHK   Document 3503-7   Filed 02/23/18   Page 19 of 19
Case 5:12-cv-00630-LHK   Document 1297-7   Filed 02/19/14   Page 19 of 19

## Example year: 2010

|  | Android | Windows Mobile 7 | Bada, Symbian & Other | Tablet |
|---|---|---|---|---|
| Samsung Est. Units (m) | 10 | 10 | 5 | 2 |
| Royalty per Unit | $30 | $30 | $30 | $40 |
|    Portfolio Discount | ($6) | ($6) | ($6) | ($8) |
|    Licensed OS Discount | $0 | ($12) | $0 | $0 |
|    Licensed MPU Discount | $0 | $0 | $0 | $0 |
|    Not using Apple Proprietary Features* | $0 | ($3) | ($3) | $0 |
| Total Discounted Royalty per Unit | $24 | $9 | $21 | $32 |
| **Gross Royalties (m$)** | **$240** | **$90** | **$105** | **$64** |
|    Product Impact (est. 50%) | ($120) | ($45) | ($53) | ($32) |
| **Net Royalties Due (m$)** | $120 | $45 | $53 | $32 |
| **CY 2010 License Total (m$)** |  |  |  | **$250** |

*Specific Apple Proprietary Features to be discussed*

- Samsung launched a major offensive, targeting Apple's smartphones and tablets

- Simple calculation of Apple's lost profits based on current market share yields profound lost profits

- These figures pale in comparison to Apple-Samsung's balance-of-trade

- Samsung should respond favorably



*Confidential * Provided for Information and Business Settlement Purposes Only
Information and Disclosure Provided Under Rule 408 of Federal Rules of Evidence, Without Prejudice*

18

Highly Confidential - Attorneys' Eyes Only

APLNDC00010903