UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO EXCLUDE EXPERT OPINIONS OF JULIE L. DAVIS** |

On March 29, 2018, the Court heard argument on Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively, "Samsung") Motion to Exclude Expert Opinions in the January 15 and February 9, 2018 Expert Reports of Julie Davis. Having considered the arguments of the parties and the papers submitted, and good cause appearing, the Court GRANTS Samsung's motion to exclude and orders the following:

(1) Ms. Davis may not testify regarding the following portions of her reports:

- Opinion on reasonable royalty for Apple's design IP: Davis Opening Report ¶¶ 192-198, 205, 222, 234-238, 240, 246; Exs. 39-R, 39.1-R, 39.2-R, 39.3-R, 40-R, 41-R, 41.2-R, 43-R, 44-R, 46-R (design patents and trademarks portions).
- Opinions regarding the identity of the articles of manufacture to which Samsung applied Apple's patented designs: Davis Opening Report ¶¶ 140A-P; Exs. 11.1-PT, 24-R; Davis Reply Report ¶¶ 5-58.
- Statements regarding Samsung's alleged intent: Davis Opening Report ¶¶ 140H-140I, Exs. 11.1-PT, 24-R; Davis Reply Report ¶¶ 14, 23-26, 32-35, 38-41.
- Opinions that Samsung's white phones were adjudicated to infringe the D'677 and related exhibits: Davis Opening Report Exs. 18-R2–18.5-R2, 19-R2–19.2R2, and Amended versions Exs. 18-R2S–18.45-R2S, 19-R2S–19.2R2S; Davis Reply Report ¶¶156-160.
- New testimony regarding Samsung's margins and financial statements: Davis Reply Report ¶166.

(2) To the extent Ms. Davis is not entirely precluded from testifying regarding article of manufacture issues, Ms. Davis may not testify regarding the following portions of her reports:

(a) Opinions misstating and/or misapplying factor two of the four factors the Court has identified as relevant to the "article of manufacture" inquiry: Davis Opening Report ¶¶ 140C, 140E-140I, Exs. 11.1-PT, 24-R; Davis Reply Report ¶¶ 10-30, 32-52.

    (b) Opinions misstating and/or misapplying factor three of the four factors the Court has identified as relevant to the "article of manufacture" inquiry: Davis Opening Report ¶¶ 140C, 140E-140P, Exs. 11.1-PT, 24-R, 53-PT; Davis Reply Report ¶¶ 5-6, 10-30, 32-58, Ex. 11.2-PT.

    (c) Opinions misstating and/or misapplying factor four of the four factors the Court has identified as relevant to the "article of manufacture" inquiry: Davis Opening Report ¶¶ 140C, 140E-140P, Exs. 11.1-PT, 24-R, 53-PT  Davis Reply Report 5-6, 10-30, 32-58, Ex. 11.2-PT.

    (d) Improper references to Apple's allegations of copying: Davis Opening Report ¶¶ 140H-140I, Exs. 11.1-PT, 24-R; Davis Reply Report ¶¶ 14, 23-26, 32-35, 38-41.

    (e) Improper statements regarding willful infringement: Davis Reply Report ¶¶ 23-26.

    (f) Opinions regarding Apple's design process, marketing philosophy, application of designs to the iPhone, and the iPhones "look and feel": Davis Opening Report ¶¶ 140C, 140E-140K, Ex. 24-R; Davis Reply Report ¶¶ 11-19.

**IT IS SO ORDERED.**

DATED: _____

                                                The Honorable Lucy H. Koh
                                                United States District Court Judge