1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT OPINIONS OF JULIE L. DAVIS** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1       Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2   Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative

3   Motion to File Under Seal Documents Relating to Samsung's Notice of Motion and Motion to

4   Exclude Expert Opinions of Julie L. Davis.

5       Having considered Samsung's motion, and good cause having been shown, the Court

6   GRANTS Samsung's motion and ORDERS sealed the document listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung Motion to Exclude Expert Opinion of Julie L. Davis | See conformed highlighted version of document to be filed within 7 days of declarations in support. |
| Exhibit 1: January 15, 2018 Opening Expert Report of Julie L. Davis | See conformed highlighted version of document to be filed within 7 days of declarations in support. |
| Exhibit 2: February 9, 2018 Reply Expert Report of Julie L. Davis | See conformed highlighted version of document to be filed within 7 days of declarations in support. |
| Exhibit 3: February 15, 2018 Deposition Transcript of Julie L. Davis | See conformed highlighted version of document to be filed within 7 days of declarations in support. |
| Exhibit 5: Excerpts of August 26, 2013 Deposition Transcript of Julie L. Davis | See conformed highlighted version of document to be filed within 7 days of declarations in support. |
| Exhibit 6: Excerpts of February 16, 2018 Deposition Transcript of Susan Kare | See conformed highlighted version of document to be filed within 7 days of declarations in support. |

**IT IS SO ORDERED.**

DATED: _____   _____

                                                     The Honorable Lucy H. Koh
United States District Court Judge