| | |
|---|---|
| ERIK J. OLSON (CA SBN 175815) | WILLIAM F. LEE (*pro hac vice*) |
| ejolson@mofo.com | william.lee@wilmerhale.com |
| NATHAN B. SABRI (CA SBN 252216) | WILMER CUTLER PICKERING |
| nsabri@mofo.com |   HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 60 State Street |
| 425 Market Street | Boston, Massachusetts 02109 |
| San Francisco, California 94105-2482 | Telephone:  (617) 526-6000 |
| Telephone:  (415) 268-7000 | Facsimile:  (617) 526-5000 |
| Facsimile:  (415) 268-7522 | |
| | MARK D. SELWYN (CA SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

I, Mark D. Selwyn, hereby declare:

1. I am an attorney admitted to practice in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am a member of the Bar of this Court. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned matter. I make this declaration based upon my personal knowledge and/or investigation of the facts set forth herein. If called to testify, I could and would testify competently to the facts stated herein.

2. Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's Administrative Motion to File Documents Under Seal.

3. Exhibit A to my Declaration in Support of Apple's Motions to Exclude Mr. Wagner's Testimony Regarding Apportionment, SDC Cost Data, Apple Cost Data, and "White Phones" is a true and correct copy of excerpts of the Rebuttal Expert Report of Michael J. Wagner, dated January 29, 2018. The portions of this document highlighted in the unredacted version submitted under seal to the Court concern testimony the design and development of Apple's products, information on Apple's costs and the profitability of its products, and Apple's marketing strategies.

4. Exhibit B to my Declaration in Support of Apple's Motions to Exclude Mr. Wagner's Testimony Regarding Apportionment, SDC Cost Data, Apple Cost Data, and "White Phones" is a true and correct copy of excerpts of the Amendment to the Rebuttal Expert Report of Michael J. Wagner, dated February 12, 2018. The portions of this document highlighted in the unredacted version submitted under seal to the Court concern the terms of a confidential supply agreement for cover glass for certain Apple iPhones, including pricing schedules and similar financial information, as well as details concerning the manufacture and supply of components of Apple iPhones.

5. Exhibit C to my Declaration in Support of Apple's Motions to Exclude Mr. Wagner's Testimony Regarding Apportionment, SDC Cost Data, Apple Cost Data, and "White Phones" is a true and correct copy of excerpts of the Reply Report of Julie L. Davis, dated

February 9, 2018. The portions of this document highlighted in the unredacted version submitted under seal to the Court concern information on Apple's costs and the profitability of its products

6. Apple treats this information as confidential, does not publicly disclose or disseminate this information, and the disclosure of such information can be used by Apple's competitors to its disadvantage.

7. Apple's Motion to Exclude Mr. Wagner's Testimony Regarding Apportionment, Apple's Motion to Exclude Mr. Wagner's Testimony Regarding SDC Cost Data, Apple Cost Data, and "White" Phones, and Exhibits A-K to my Declaration in Support of Apple's Motions to Exclude Mr. Wagner's Testimony Regarding Apportionment, SDC Cost Data, Apple Cost Data, and "White Phones" contain information that defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and/or Samsung Telecommunications America, LLC (collectively, "Samsung") may consider confidential.

8. Apple expects that Samsung will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether the information contained in the aforementioned documents should be sealed.

9. The relief requested by Apple's Motion and supported by this declaration is necessary and narrowly tailored to protect Apple's confidential business information.

10. Accordingly, Apple requests that Apple's Administrative Motion to File Documents Under Seal be granted.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of February 2018.

*/s/ Mark. D. Selwyn*
Mark D. Selwyn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 23, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                              */s/ Mark d. Selwyn*
                                              Mark D. Selwyn