UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>   Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  WHEREAS, Apple Inc. ("Apple") has filed an administrative motion for leave to file
2 documents under seal;
3  Having considered said motion, and for good cause shown, the Court GRANTS Apple's
4 motion and ORDERS that the documents below be filed under seal:

| Document |
|---|
| Apple's Motion to Exclude Mr. Wagner's Testimony Regarding Apportionment |
| Apple's Motion to Exclude Mr. Wagner's Testimony Regarding SDC Cost Data, Apple Cost Data, and "White" Phones |
| Exhibit A to the Declaration of Mark D. Selwyn in Support of Apple's Motions to Exclude Mr. Wagner's Testimony Regarding Apportionment, SDC Cost Data, Apple Cost Data, and "White" Phones |
| Exhibit B to the Declaration of Mark D. Selwyn in Support of Apple's Motions to Exclude Mr. Wagner's Testimony Regarding Apportionment, SDC Cost Data, Apple Cost Data, and "White" Phones |
| Exhibit C to the Declaration of Mark D. Selwyn in Support of Apple's Motions to Exclude Mr. Wagner's Testimony Regarding Apportionment, SDC Cost Data, Apple Cost Data, and "White" Phones |
| Exhibit D to the Declaration of Mark D. Selwyn in Support of Apple's Motions to Exclude Mr. Wagner's Testimony Regarding Apportionment, SDC Cost Data, Apple Cost Data, and "White" Phones |
| Exhibit E to the Declaration of Mark D. Selwyn in Support of Apple's Motions to Exclude Mr. Wagner's Testimony Regarding Apportionment, SDC Cost Data, Apple Cost Data, and "White" Phones |
| Exhibit F to the Declaration of Mark D. Selwyn in Support of Apple's Motions to Exclude Mr. Wagner's Testimony Regarding Apportionment, SDC Cost Data, Apple Cost Data, and "White" Phones |

| |
|---|
| Exhibit G to the Declaration of Mark D. Selwyn in Support of Apple's Motions to Exclude Mr. Wagner's Testimony Regarding Apportionment, SDC Cost Data, Apple Cost Data, and "White" Phones |
| Exhibit H to the Declaration of Mark D. Selwyn in Support of Apple's Motions to Exclude Mr. Wagner's Testimony Regarding Apportionment, SDC Cost Data, Apple Cost Data, and "White" Phones |
| Exhibit I to the Declaration of Mark D. Selwyn in Support of Apple's Motions to Exclude Mr. Wagner's Testimony Regarding Apportionment, SDC Cost Data, Apple Cost Data, and "White" Phones |
| Exhibit J to the Declaration of Mark D. Selwyn in Support of Apple's Motions to Exclude Mr. Wagner's Testimony Regarding Apportionment, SDC Cost Data, Apple Cost Data, and "White" Phones |
| Exhibit K to the Declaration of Mark D. Selwyn in Support of Apple's Motions to Exclude Mr. Wagner's Testimony Regarding Apportionment, SDC Cost Data, Apple Cost Data, and "White" Phones |

**IT IS SO ORDERED.**

DATED: _____

                                                          The Honorable Lucy H. Koh
                                                          United States District Court Judge