ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S MOTIONS TO EXCLUDE MR. WAGNER'S TESTIMONY REGARDING APPORTIONMENT, SDC COST DATA, APPLE COST DATA, AND "WHITE PHONES"** |

I, Mark D. Selwyn, hereby declare:

1. I am an attorney admitted to practice in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am a member of the Bar of this Court. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned matter. I make this declaration based upon my personal knowledge and/or investigation of the facts set forth herein. If called to testify, I could and would testify competently to the facts stated herein.

2. Attached as **Exhibit A** is a true and correct copy of excerpts of the Rebuttal Expert Report of Michael J. Wagner, dated January 29, 2018.

3. Attached as **Exhibit B** is a true and correct copy of excerpts of the Amendment to the Rebuttal Expert Report of Michael J. Wagner, dated February 12, 2018.

4. Attached as **Exhibit C** is a true and correct copy of excerpts of the Reply Report of Julie L. Davis, dated February 9, 2018.

5. Attached as **Exhibit D** is a true and correct copy of excerpts of the transcript of the February 13, 2018 deposition of Michael J. Wagner.

6. Attached as **Exhibit E** is a true and correct copy of the Declaration of Hyangsook Park Regarding Authenticity of Samsung Display Co. Ltd. Document, dated December 22, 2017.

7. Attached as **Exhibit F** is a true and correct copy of a January 2, 2018 letter sent by me to Carl Anderson.

8. Attached as **Exhibit G** is a true and correct copy of a January 12, 2018 letter sent by Carl Anderson to me.

9. Attached as **Exhibit H** is a true and correct copy of excerpts of Samsung's Second Supplemental Objections and Responses to Plaintiff Apple Inc.'s First Set of Interrogatories Regarding Article of Manufacture, dated December 21, 2017.

10. Attached as **Exhibit I** is a true and correct copy of a document produced by Defendants bearing Bates number SAMNDCA30008512-628, titled J.D. Power and Associates, 2012 Wireless Smartphone Satisfaction Study Vol. 1, March 2012.

1   11. Attached as **Exhibit J** is a true and correct copy of a document produced by
2   Defendants bearing Bates number SAMNDCA30008390-511, titled J.D. Power and Associates,
3   2012 Wireless Smartphone Satisfaction Study Vol. 2, March September 2012.
4   12. Attached as **Exhibit K** is a true and correct copy of a document produced by
5   Defendants bearing Bates number SAMNDCA30008344-374, titled Nielsen Q2 2012 Insights
6   for Samsung, August 2012.

8   I declare under penalty of perjury that the foregoing is true and correct to the best of my
9   knowledge after a reasonable inquiry.
10  Executed this 23rd day of February 2018.

12              */s/ Mark D. Selwyn*
               Mark D. Selwyn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 23, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                              */s/ Mark D. Selwyn*
                                              Mark D. Selwyn