|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT |
|   | NORTHERN DISTRICT OF CALIFORNIA |
|   | SAN JOSE DIVISION |

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO EXCLUDE MR. WAGNER'S TESTIMONY REGARDING APPORTIONMENT** |

1  Having considered the arguments of the parties and the papers submitted, and for good
2  cause shown, the Court GRANTS Apple's Motion to Exclude Mr. Wagner's Testimony Regarding
3  Apportionment in its entirety.
4  **IT IS SO ORDERED.**
5
6  DATED: _____    _____
7                                                                    The Honorable Lucy H. Koh
                                                                     United States District Court Judge