1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO EXCLUDE MR. WAGNER'S TESTIMONY REGARDING SDC COST DATA, APPLE COST DATA, AND "WHITE" PHONES** |

1    Having considered the arguments of the parties and the papers submitted, and for good
2 cause shown, the Court GRANTS Apple's Motion to Exclude Mr. Wagner's Testimony Regarding
3 SDC Cost Data, Apple Cost Data, and "White" Phones in its entirety.
4    **IT IS SO ORDERED.**

6 DATED: _____    _____
7                              The Honorable Lucy H. Koh
                               United States District Court Judge