1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 90378)
   johnquinn@quinnemanuel.com
2  William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
3  Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
4  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
5  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
6
   Kathleen M. Sullivan (Bar No. 242261)
7  kathleensullivan@quinnemanuel.com
   Kevin P.B. Johnson (Bar No. 177129)
8  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
9  victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
10 Redwood Shores, California  94065-2139
   Telephone:  (650) 801-5000
11 Facsimile:  (650) 801-5100

12 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and Samsung
13 Telecommunications America, LLC

14                   UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                        SAN JOSE DIVISION

17

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |

   Plaintiff,

19 **DECLARATION OF BRETT ARNOLD IN
   SUPPORT OF SAMSUNG'S MOTION TO
   EXCLUDE EXPERT OPINIONS OF
   ALAN D. BALL AND SUSAN KARE**

   vs.

20 SAMSUNG ELECTRONICS CO., LTD., a
21 Korean business entity; SAMSUNG
   ELECTRONICS AMERICA, INC., a New
22 York corporation; SAMSUNG
   TELECOMMUNICATIONS
23 AMERICA, LLC, a Delaware limited liability
   company,

24         Defendants.

25

26

27

28

1    1.  I, Brett Arnold, declare:

2    2.  I am a member of the State Bar of California, admitted to practice before this Court, and

3    an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung

4    Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications

5    America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Motion

6    To Exclude Expert Opinions Of Alan D. Ball And Susan Kare (the "Motion to Exclude").  I make

7    this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and

8    would testify as set forth below.

9    3.  Attached as **Exhibit 1** is a true and correct copy of a document titled "Opening Expert

10   Report Of Alan D. Ball Regarding 'Article Of Manufacture' For The Samsung Products Found To

11   Infringe U.S. Patents D618,677 And D593,087," dated January 15, 2018.  The document has been

12   highlighted as stated in Samsung's Motion to Exclude and according to the key below.

13   4.  Attached as **Exhibit 2** is a true and correct copy of a document titled "Reply Expert

14   Report Of Alan D. Ball Regarding 'Article Of Manufacture' For The Samsung Products Found To

15   Infringe U.S. Patents D618,677 And D593,087," dated February 9, 2018.  The document has been

16   highlighted as stated in Samsung's Motion to Exclude and according to the key below.

17   5.  Attached as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the

18   February 13, 2018 deposition of Alan D. Ball.

19   6.  Attached as **Exhibit 4** is a true and correct copy of a document titled "Expert Report Of

20   Susan Kare Regarding 'Article Of Manufacture' For The Samsung Products Found To Infringe U.S.

21   Patent D604,305," dated January 15, 2018.  The document has been highlighted as stated in

22   Samsung's Motion to Exclude and according to the key below.

23   7.  Attached as **Exhibit 5** is a true and correct copy of a document titled "Reply Expert

24   Report Of Susan Kare Regarding 'Article Of Manufacture' For The Samsung Products Found To

25   Infringe U.S. Patent D604,305," dated February 9, 2018.  The document has been highlighted as

26   stated in Samsung's Motion to Exclude and according to the key below.

27

28

DECLARATION OF BRETT ARNOLD ISO SAMSUNG'S MOTION TO EXCLUDE BALL AND KARE
OPINIONS

1        8.   Attached as **Exhibit 6** is a true and correct copy of excerpts from the transcript of the

2  February 16, 2018 deposition of Susan Kare.

3        9.   Highlighting has been added to Exhibits 1, 2, 4, and 5 to identify the content challenged

4  by Samsung as well as the bases for the challenges.  The following chart identifies the color coding

5  used:

| Samsung's Basis for Requesting Exclusion of Opinions | Color of Highlighting to Identify Challenged Opinions |
|---|---|
| 1.  Misstates and/or misapplies the legal test for identifying the articles of manufacture | Purple |
| 2.  Improperly refers to Apple's allegations of copying | Yellow |
| 3.  Improperly refers to willful infringement | Orange |
| 4.  Improperly refers to "designer of ordinary skill in the art" and "ordinary observer" standards | Pink |
| 5.  Misstates and/or improperly refers to prior jury instructions or findings | Green |
| 6.  Improperly refers to the iPhone | Grey |
| 7.  Improperly refers to consumer behavior | Blue |

DECLARATION OF BRETT ARNOLD ISO SAMSUNG'S MOTION TO EXCLUDE BALL AND KARE OPINIONS

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed on

2  February 23, 2018, at Davis, California.

3

4                                                                    */s/ Brett Arnold*

                                                                    Brett Arnold
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      **Local Rule 5-1(i)(3) Attestation**

2          I, Victoria F. Maroulis, am the ECF user whose ID and password are being utilized for the

3   filing of this document.  I attest that Brett Arnold has consented in the filing of this declaration.

4          Executed on February 23, 2018 at Redwood Shores, CA.

5

6                                       By _/s/ Victoria F. Maroulis_
                                            Victoria F. Maroulis

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          -- 4 --              Case No. 11-cv-01846-LHK