UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION TO EXCLUDE EXPERT OPINIONS OF ALAN D. BALL AND SUSAN KARE** |

On March 29, 2018, the Court heard argument on Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's (collectively, "Samsung's") Motion to Exclude Expert Opinions in the January 15 and February 9, 2018 Expert Reports of Alan Ball and Susan Kare. Having considered the arguments of the parties and the papers submitted, and good cause appearing, the Court GRANTS Samsung's motion to exclude the opinions of Alan Ball and Susan Kare in their entirety.

[ALTERNATIVELY]  Having considered the arguments of the parties and the papers submitted, and good cause appearing, the Court GRANTS Samsung's motion to exclude and accordingly strikes and precludes the testimony contained in the following portions of Apple's design expert reports, as indicated by the highlighting in the exhibits to Samsung's motion:

| Type of Testimony | Alan Ball Opening Report | Alan Ball Reply Report | Susan Kare Opening Report | Susan Kare Reply Report |
|---|---|---|---|---|
| 1. Misstatements and misapplications of the legal test for identifying articles of manufacture:<br><br>a. Factor One | ¶¶ 8, 39, 92-93, 106, 108, 140-147, 149, 151-154, 156-160, 162-166, 169-173, 175-179, 276 | ¶¶ 7-8, 10-11, 13-16, 19, 22, 28, 31-33, 35, 37, 41 | ¶¶ 62, 65-68, 70-76, 71 n.8, 78-82 | ¶¶ 5, 7, 9-10, 12, 15-17, 19-21, 24 |
| b. Factor Two | ¶¶ 8, 186, 192, 198, 203 | ¶¶ 7-8, 44, 46-47, 49, 53, 58, 65, 68, 70, 72 | ¶¶ 59, 85, 89-94, 97-99 | ¶¶ 5, 7, 25, 27, 30-33 |
| c. Factor Three | ¶¶ 8, 216-223, 225-238, 278 | ¶¶ 7-8, 80-81, 84, 86-95, 97-98, 104-105 | ¶¶ 102-109, | ¶¶ 5, 7, 38-40, 42-44, 46-47 |
| d. Factor Four | ¶¶ 8, 240-243, 246-249, 252-274, 279 | ¶¶ 7-8, 108-112, 121, 125, 127-128, 130-134, 136, 143, 150-151 | ¶¶ 112-117, 116 nn.14-15, 118 | ¶¶ 5, 7, 50-51, 53, 58 |
| 2. Improper references to Apple's allegations of copying | ¶¶ 117-119, 121-126, 204, 206-208, 234-235 | ¶¶ 74-77, 152-155 | ¶¶ 55-57, 57 n.6, 90-92, 96, 100-101, 101 n.11, 110 | ¶¶ 54-55 |

| Type of Testimony | Alan Ball Opening Report | Alan Ball Reply Report | Susan Kare Opening Report | Susan Kare Reply Report |
|---|---|---|---|---|
| 3. Improper statements regarding willful infringement | n/a | n/a | ¶ 52 | n/a |
| 4. Improper statements about "designer of ordinary skill in the art" and "ordinary observer" | ¶¶ 46-52, 106, 152, 163, 172, 174, 184, 194, 198-199, 201, 203, 277 | ¶¶ 13-14, 27, 30, 35, 48, 102 | ¶¶ 73, 93-94, 106 | 19 |
| 5. Improper statements about prior jury instructions or findings | ¶¶ 93, 136-138, 144, 205, 224 | ¶¶ 23, 25, 38, 41 69, 102 | ¶ 60 | n/a |
| 6. Improper statements regarding the iPhone | ¶¶ 9, 59-75, 175-176, 196, 209-214, 236-238, 263-273 | ¶¶ 18, 49-50, 54-57, 73, 100, 103, 106, 139-142 | ¶¶ 44-51, 54, 67 n.7, 84, 86-88, 86 n.10, 103, 105, 107 | ¶¶ 34-35, 37 |
| 7. Improper statements regarding consumer behavior | ¶¶ 200, 223, 253 | ¶¶ 46, 48, 60-63, 90, 99 | ¶ 89 | n/a |

**IT IS SO ORDERED.**

DATED: _____    _____
The Honorable Lucy H. Koh
United States District Court Judge

-2-    Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S
MOTION TO EXCLUDE BALL AND KARE OPINIONS