1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT OPINIONS OF ALAN D. BALL AND SUSAN KARE** |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung

2 Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative

3 Motion to File Under Seal Documents Relating to Samsung's Notice of Motion and Motion to

4 Exclude Expert Opinions of Alan D. Ball and Susan Kare.

5    Having considered Samsung's motion, and good cause having been shown, the Court

6 GRANTS Samsung's motion and ORDERS sealed the document listed below.

7

| Document | Portions to be Filed Under Seal |
|---|---|
| Exhibit 3 to the Declaration of Brett Arnold in Support of Samsung's Notice of Motion and Motion to Exclude Expert Opinions of Alan D. Ball and Susan Kare: Excerpts of February 13, 2018 Deposition Transcript of Alan Ball | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Apple claims are confidential. |
| Exhibit 4 to the Declaration of Brett Arnold in Support of Samsung's Notice of Motion and Motion to Exclude Expert Opinions of Alan D. Ball and Susan Kare: January 15, 2018 Opening Expert Report of Susan Kare | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Apple claims are confidential. |
| Exhibit 6 to the Declaration of Brett Arnold in Support of Samsung's Notice of Motion and Motion to Exclude Expert Opinions of Alan D. Ball and Susan Kare: Excerpts of February 16, 2018 Deposition Transcript of Susan Kare | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Apple claims are confidential. |

**IT IS SO ORDERED.**

DATED: _____    _____
                                 The Honorable Lucy H. Koh
                                 United States District Court Judge

Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL