ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE *(pro hac vice)*
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (DKT. 3592)** |

I, Mark D. Selwyn, hereby declare:

1. I am an attorney admitted to practice in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am a member of the Bar of this Court. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned matter. I make this declaration based upon my personal knowledge and/or investigation of the facts set forth herein. If called to testify, I could and would testify competently to the facts stated herein.

2. Pursuant to Local Rule 79-5, I submit this declaration in support of Samsung's Administrative Motion to File Documents Under Seal (Dkt. 3592) ("Samsung's Sealing Motion"), which seeks to seal documents relating to Samsung's notice of motion and motion for partial summary judgment (Dkt. 3592-2). Specifically, I submit this declaration in support of sealing portions of the January 29, 2018 Rebuttal Report of Sam Lucente (Dkt. 3592-25).

3. The highlighted portions of this document contain sensitive information concerning Apple's industrial design strategy and practices, and/or component sourcing. Apple treats this information as confidential, does not publicly disclose or disseminate this information, and the disclosure of such information can be used by Apple's competitors to its disadvantage.

4. The relief requested by Samsung's Sealing Motion and supported by this declaration is necessary and narrowly tailored to protect Apple's confidential business information. *See Delphix Corp. v. Actifio, Inc.*, No. 13–cv–04613–BLF, 2014 WL 4145520, at *2 (N.D. Cal. Aug. 20, 2014) (granting motion to seal documents containing "highly sensitive information regarding [a party's] product architecture and development"); *Schwartz v. Cook*, No. 5:15-cv-03347-BLF, 2016 WL 1301186, at *2 (N.D. Cal. Apr. 4, 2016) (granting motion to seal documents concerning a party's "business performance, structure, and finances that could be used to gain unfair business advantage against them"); *Finjan, Inc. v. Proofpoint, Inc.*, No. 13-CV-05808-HSG, 2016 WL 7911651, at *3 (N.D. Cal. Apr. 6, 2016) (granting motion to seal "financial information relating to prices, customers, and forecasts").

1     5.     Apple does not assert a claim of confidentiality over the remaining documents subject to Samsung's Sealing Motion.

    6.     Accordingly, Apple requests that Samsung's Administrative Motion for Leave to File Documents Under Seal (Dkt. 3592) be granted as set forth above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge upon reasonable investigation.

Executed this 27th day of February 2018, in Palo Alto, California.

*/s/Mark D. Selwyn*
Mark D. Selwyn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 27, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

<i>/s/Mark D. Selwyn</i><br>
Mark D. Selwyn