| | |
|---|---|
| ERIK J. OLSON (CA SBN 175815) | WILLIAM F. LEE *(pro hac vice)* |
| ejolson@mofo.com | william.lee@wilmerhale.com |
| NATHAN B. SABRI (CA SBN 252216) | WILMER CUTLER PICKERING |
| nsabri@mofo.com |   HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 60 State Street |
| 425 Market Street | Boston, Massachusetts 02109 |
| San Francisco, California 94105-2482 | Telephone: (617) 526-6000 |
| Telephone: (415) 268-7000 | Facsimile: (617) 526-5000 |
| Facsimile: (415) 268-7522 | |
| | MARK D. SELWYN (CA SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
|     Plaintiff, | |
| vs. | Case No. 11-cv-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **APPLE'S NOTICE RE SAMSUNG'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (DKT. 3595)** |
|     Defendants. | |

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") have filed an Administrative Motion to File Under Seal Documents Relating to Samsung's Motion to Exclude Expert Opinions of Alan D. Ball and Susan Kare (Dkt. 3595) ("Motion to Seal").

Apple Inc. ("Apple") does not maintain a claim of confidentiality over any documents identified in Samsung's Motion to Seal (Dkt. 3595).

Dated:  February 27, 2018                     WILMER CUTLER PICKERING
                                                                  HALE AND DORR LLP


                                                                  */s/Mark D. Selwyn*
                                                                  Mark D. Selwyn

                                                                  Attorney for Plaintiff,
                                                                  APPLE INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 27, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/Mark D. Selwyn*
Mark D. Selwyn
