# EXHIBIT B
## (Filed Under Seal)

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

# United States District Court
# Northern District of California
# San Jose Division
# Case No. 11-cv-01846 LHK

# APPLE INC.
# v.
# SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

---

# Amendment to Rebuttal Expert Report of Michael J. Wagner
# for 2018 Trial on Damages
# February 12, 2018

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

1.      On January 29, 2018, I provided a Rebuttal Expert Report to Ms. Davis's Opening Expert Report.  Since the filing of my report, Apple has produced information relevant to the cost to Apple of window glass material.  In addition, Ms. Davis submitted a Reply Report that pointed out two minor issues with my component cost approaches.  I submit this Amendment to my Rebuttal Report to incorporate Apple's newly produced window glass cost data and address the issues raised by Ms. Davis.

2.      With respect to the window glass cost data, in his deposition, Mr. Blevins testified that Apple has cost information for the cover glass used on the iPhone.[1]  I understand that Samsung subsequently filed a motion to compel Apple to produce the costs of the window glass and bezel; at the hearing for the motion to compel on January 5, 2018, Apple and Samsung stipulated that Apple would provide to Samsung the cost information for the window glass component and the bezel component.[2]

3.      On January 25, 2018, I understand that Apple's counsel wrote to Samsung stating that Mr. Blevins' testimony about Apple having cost information for the window glass was incorrect, stating:[3]



Mr. Blevins will provide an errata sheet that provides information he has learned subsequent to his deposition regarding the availability of the requested data.

4.      On January 31, 2018, Apple produced an errata sheet to Mr. Blevins' deposition, a supplemental interrogatory response, and two pricing documents relating to pricing of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.[4]  On February 9, 2018, Apple's counsel stated it would not provide any

---

[1] Deposition of Tony Blevins, December 17, 2017, pp. 30, 35, 38, 40-41, 149-151.
[2] Transcript of Proceedings of the Official Electronic Sound Recording Before the Honorable Nathanael M. Cousins, Magistrate Judge, January 5, 2018, pp. 6-7.  See also Declaration of Mark D. Selwyn in Support of Apple's Opposition to Samsung's Motion to Compel, pp. 2-3.
[3] Letter from Mark D. Selwyn, January 25, 2018.
[4] Errata to the Transcript of the Deposition of Tony Blevins, December 17, 2017. See also Apple's Fifth Supplemental Objections and Responses to Samsung's First Set of Interrogatories Regarding Article of Manufacture, January 31, 2018. See also APLNDC-WH0004005111-115.  See also Letter from ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, APLNDC-WH0004005116-155.

additional cost information, and it would not make Mr. Blevins available for an additional hour of deposition:[5]



> We reiterate our view that the cost information we have provided is sufficient—and indeed that this information is irrelevant. Mr. Wagner's expert report does not disclose any opinions to which the cost of Apple's glass and bezel components would be relevant, let alone why Samsung requires more data than has been provided or that he may supplement his report if Samsung receives additional data regarding the cost of the Corning glass. In this regard, we reserve our right object to any attempt by Mr. Wagner to supplement his report.

5. Given Apple has stated it will not provide further information with respect to the cost of the window glass, despite its earlier stipulation to do so, I calculate Apple's cost of window glass as a percentage of its entire display assembly as a reasonableness check for the calculations that I've performed for Samsung. If Apple provides additional data about the cost of its window glass, I will review that information, and it may cause me to change my calculations.

6. To calculate Apple's per unit cost, I use ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Therefore, I use this agreement, given it's the most relevant for the damages period.

7. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

---

[5] Letter from Mark Selwyn, February 9, 2018.
[6] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, APLNDC-WH0004005116-155.
[7] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, APLNDC-WH0004005116-155 at '116-118, '155.
[8] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, APLNDC-WH0004005116-155 at '155.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

8.  As stated in Mr. Selwyn's letter, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

9.  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ This range of percentages for the window glass falls in the range of the two approaches using Samsung's data that I calculate in my Rebuttal Report to calculate the window glass cost as a percent of the display assembly.[11]

10. In addition to the Apple window glass calculations, I have performed alternative calculations addressing two issues raised by Ms. Davis. First, in paragraph 95 of her Reply, Ms. Davis contends that I have misstated the average cost of the display assembly. My staff investigated the reason for this statement, and found that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, instead of simply

---

[9] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, APLNDC-WH0004005116-155 at '126.
[10] ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, APLNDC-WH0004005116-155 at '155.
[11] Schedule 46-4T-A. [Amended 1.6]
[12] Schedule 38.8a-4T-A. [Amended 1.6]

3

summing the values as my previous calculations did.[13]  The results of the revised calculations are reported in the Schedule 38.Xa-4T-A series, and the total profit calculations are summarized in Schedule 3.8a-4T-A, 3.9a-4T-A, 3.18a-4T-A, and 3.19a-4T-A.

11.   Second, in paragraph 101, Ms. Davis suggests that I am using costs that represent "phantom manufacturing."  Although I do not see any issue with SDC's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I have performed calculations that do not rely upon SDC cost data ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  For products that were last sold prior to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I do not include the ▮▮▮▮▮ SDC cost data in my cost calculation, and for products that were last sold prior to ▮▮▮▮▮, I do not include either ▮▮▮▮▮▮▮▮▮▮ SDC cost data in my calculation.[14]  The results of the revised calculations are reported in the Schedule 38.Xb-4T-A series, and the total profit calculations are summarized in Schedule 3.8b-4T-A and 3.18b-4T-A.

12.   I have also performed calculations that implement both of these revisions in the Schedule 38.Xc-4T-A series, and the total profit calculations are summarized in Schedule 3.8c-4T-A, 3.9c-4T-A, 3.18c-4T-A, and 3.19c-4T-A.

*[signature]*

Michael J. Wagner

---

[13]   Schedule 38.6a-4T-A and 38.8a-4T-A. [Amended 1.6] In addition, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Schedule 38.7a-4T-A. [Amended 1.6])

[14]   Schedule 38.2b-4T-A and 38.3b-4T-A.[Amended 1.6]

4

**Apple Inc. v. Samsung Electronics Co., Ltd., et al.**
**Damages Analysis - Fourth Trial - Amended**
**Table of Contents**

| | |
|---|---|
| **Series 3a:** | **Samsung's Profits Related to The AOM (Ms. Davis Paragraph 95 Calculations)** |
| Schedule 3.8a-4T-A | Samsung's Total U.S. Profits Related to the AOM Including White Galaxy S II Units - Cost Approach Using SDC Cost Data (Ms. Davis Paragraph 95 Calculations) |
| Schedule 3.9a-4T-A | Samsung's Total U.S. Profits Related to the AOM Including White Galaxy S II Units - Cost Approach Using STA Replacement Cost Data (Ms. Davis Paragraph 95 Calculations) |
| Schedule 3.18a-4T-A | Samsung's Total U.S. Profits Related to the AOM Excluding White Galaxy S II Units - Cost Approach Using SDC Cost Data (Ms. Davis Paragraph 95 Calculations) |
| Schedule 3.19a-4T-A | Samsung's Total U.S. Profits Related to the AOM Excluding White Galaxy S II Units - Cost Approach Using STA Replacement Cost Data (Ms. Davis Paragraph 95 Calculations) |
| **Series 3b:** | **Samsung's Profits Related to The AOM (Ms. Davis Paragraph 101 Calculations)** |
| Schedule 3.8b-4T-A | Samsung's Total U.S. Profits Related to the AOM Including White Galaxy S II Units - Cost Approach Using SDC Cost Data (Ms. Davis Paragraph 101 Calculations) |
| Schedule 3.18b-4T-A | Samsung's Total U.S. Profits Related to the AOM Excluding White Galaxy S II Units - Cost Approach Using SDC Cost Data (Ms. Davis Paragraph 101 Calculations) |
| **Series 3c:** | **Samsung's Profits Related to The AOM (Ms. Davis Paragraph 95 and 101 Calculations)** |
| Schedule 3.8c-4T-A | Samsung's Total U.S. Profits Related to the AOM Including White Galaxy S II Units - Cost Approach Using SDC Cost Data (Ms. Davis Paragraph 95 and 101 Calculations) |
| Schedule 3.9c-4T-A | Samsung's Total U.S. Profits Related to the AOM Including White Galaxy S II Units - Cost Approach Using STA Replacement Cost Data (Ms. Davis Paragraph 95 and 101 Calculations) |
| Schedule 3.18c-4T-A | Samsung's Total U.S. Profits Related to the AOM Excluding White Galaxy S II Units - Cost Approach Using SDC Cost Data (Ms. Davis Paragraph 95 and 101 Calculations) |
| Schedule 3.19c-4T-A | Samsung's Total U.S. Profits Related to the AOM Excluding White Galaxy S II Units - Cost Approach Using STA Replacement Cost Data (Ms. Davis Paragraph 95 and 101 Calculations) |
| **Series 38a:** | **Bill of Materials Analysis (Ms. Davis Paragraph 95 Calculations)** |
| Schedule 38.1Aa-4T-A | Percent of Entire Profits Related to the AOM Using SDC Cost Data (Ms. Davis Paragraph 95 Calculations) |
| Schedule 38.1Ba-4T-A | Percent of Entire Profits Related to the AOM Using STA Replacement Cost Data (Ms. Davis Paragraph 95 Calculations) |
| Schedule 38.4a-4T-A | Display Assembly Average Costs Percent of Total Material Average Costs (Ms. Davis Paragraph 95 Calculations) |
| Schedule 38.5a-4T-A | Assy Case-Front Average Costs Percent of Total Material Average Costs (Ms. Davis Paragraph 95 Calculations) |
| Schedule 38.6a-4T-A | Display Assembly Average Costs By Product (KRW) (Ms. Davis Paragraph 95 Calculations) |
| Schedule 38.7a-4T-A | Assy Case-Front Average Costs By Product (KRW) (Ms. Davis Paragraph 95 Calculations) |
| Schedule 38.8a-4T-A | Total Material Average Costs By Product (KRW) (Ms. Davis Paragraph 95 Calculations) |

**Apple Inc. v. Samsung Electronics Co., Ltd., et al.**  Schedule 46-4T-A
iPhone Window Glass Analysis
iPhone 4/4S Total Display Costs and Assumed Window Glass Comparison

|  | Apple Fiscal Year | | |
|---|---|---|---|
| **Apple Fiscal Quarter** | Q3 2011 | Q4 2011 | Q1 2012 |
| **Apple Calendar Quarter** | Q2 2011 | Q3 2011 | Q4 2011 |

[ae] APLNDC-Y0000051363-591 at '407-411.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[af] APLNDC-Y0000051363-591 at '411-414.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[ag] APLNDC-Y0000051363-591 at '415-418.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[ah] APLNDC-Y0000051363-591 at '418-422.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[ai] APLNDC-Y0000051363-591 at '422-425.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[aj] APLNDC-Y0000051363-591 at '425-429.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[ak] APLNDC-Y0000051363-591 at '429-432.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[al] APLNDC-Y0000051363-591 at '433-436.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[am] APLNDC-Y0000051363-591 at '436-440.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[an] APLNDC-Y0000051363-591 at '440-444.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[ao] APLNDC-Y0000051363-591 at '444-448.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[ap] APLNDC-Y0000051363-591 at '448-451.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[aq] APLNDC-Y0000051363-591 at '452-455.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[ar] APLNDC-Y0000051363-591 at '455-459.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[as] APLNDC-Y0000051363-591 at '459-463.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[at] APLNDC-Y0000051363-591 at '463-467.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[au] APLNDC-Y0000051363-591 at '467-470.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[av] APLNDC-Y0000051363-591 at '470-474.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[aw] APLNDC-Y0000051363-591 at '474-478.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[ax] APLNDC-Y0000051363-591 at '478-482.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[ay] APLNDC-Y0000051363-591 at '482-485.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[az] APLNDC-Y0000051363-591 at '485-489.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[ba] APLNDC-Y0000051363-591 at '489-493.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[bb] APLNDC-Y0000051363-591 at '493-497.  Used forecasted costs for this product as current costs weren't provided. [20.9]
[bc] Amendment to Rebuttal Expert Report of Michael J. Wagner.
[bd]  = [Assumed Window Glass Cost Per Unit] / [Average Display Total Costs (16GB)]
[be]  = [Assumed Window Glass Cost Per Unit] / [Average Display Total Costs (32GB)]
[bf]  = [Assumed Window Glass Cost Per Unit] / [Average Display Total Costs (64GB)]