# EXHIBIT D
## (Filed Under Seal)



**Planet Depos**®
We Make It *Happen*™

**Highly Confidential - Attorneys' Eyes Only - Subject to Protective Order**

# Transcript of Michael J. Wagner, Volume 7

**Date:** February 13, 2018
**Case:** Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

1172

```
 1          UNITED STATES DISTRICT COURT
 2    NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
 3   - - - - - - - - - - - - - - - - - -x
 4   APPLE INC., a California      : Civil Action
 5   corporation,                  : 11-CV-01846-LHK
 6        Plaintiff,               :
 7   v.                            :
 8   SAMSUNG ELECTRONICS CO., LTD, a :
 9   Korean business entity, SAMSUNG :
10   ELECTRONICS AMERICA, INC., a  :
11   New York corporation, and     :
12   SAMSUNG TELECOMMUNICATIONS     :
13   AMERICA, LLC, a Delaware       :
14   limited liability company,    :
15        Defendants.              :
16   - - - - - - - - - - - - - - - - - -x
17   (Caption continued on next page)
18       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
19           SUBJECT TO PROTECTIVE ORDER
20   VIDEOTAPED DEPOSITION OF MICHAEL JOSEPH WAGNER, VOLUME 7
21           Palo Alto, California
22       Tuesday, February 13, 2018, 9:09 a.m.
23   Job No.:  176044
24   Pages:  1172 - 1335
25   Reported By:  Charlotte Lacey, RPR, CSR No. 14224
```

1173

```
 1   (Caption continued from previous page)
 2   - - - - - - - - - - - - - - - -x
 3   SAMSUNG ELECTRONICS CO., LTD.,   :
 4   a Korean corporation; SAMSUNG    :
 5   ELECTRONICS AMERICA, INC., a     :
 6   New York corporation; and        :
 7   SAMSUNG TELECOMMUNICATIONS        :
 8   AMERICA, LLC, a Delaware          :
 9   limited liability Company,       :
10       Counterclaim Plaintiffs,     :
11   v.                               :
12   APPLE INC., a California         :
13   Corporation,                     :
14       Counterclaim Defendant.      :
15   - - - - - - - - - - - - - - - -x
16
17       VIDEOTAPED DEPOSITION OF MICHAEL JOSEPH WAGNER,
18   held at the offices of WILMER CUTLER PICKERING HALE AND
19   DORR, LLP, 950 Page Mill Road, Palo Alto, California
20
21
22
23       Pursuant to notice, before Charlotte Lacey,
24   Certified Shorthand Reporter, in and for the State of
25   California.
```

1174

```
 1            A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFF AND COUNTER-DEFENDANT APPLE INC.:
 3       MARK D. SELWYN, ESQUIRE
 4       CHRISTOPHER LOONEY, ESQUIRE
 5       WILMER CUTLER PICKERING HALE AND DORR, LLP
 6       950 Page Mill Road
 7       Palo Alto, California  94304
 8       (650) 858-6031
 9     -and-
10       ERIK J. OLSON, ESQUIRE
11       MORRISON & FOERSTER, LLP
12       755 Page Mill Road,
13       Palo Alto, California  94304
14       (650) 813-5825
15
16
17
18
19
20
21
22
23
24
25
```

1175

```
 1        A P P E A R A N C E S   C O N T I N U E D
 2   ON BEHALF OF DEFENDANTS AND COUNTER-PLAINTIFFS SAMSUNG:
 3       WILLIAM PRICE, ESQUIRE
 4       KARA BORDEN, ESQUIRE
 5       CARL G. ANDERSON, ESQUIRE
 6       QUINN EMANUEL URQUHART & SULLIVAN, LLP
 7       865 South Figueroa Street, 10th Floor
 8       Los Angeles, California  90017
 9       (213) 443-3000
10
11     ALSO PRESENT:
12       John Torreano, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Highly Confidential - Attorneys' Eyes Only
Transcript of Michael J. Wagner, Volume 7
Conducted on February 13, 2018

2 (1176 to 1179)

---

1176

1          I N D E X
2   WITNESS                    PAGE
3   MICHAEL JOSEPH WAGNER
4   Examination by      Mr. Selwyn      1178
5
6
7
8
9
10      INDEX OF EXHIBITS
11  EXHIBITS    DESCRIPTION         PAGE
12  Exhibit 1    Rebuttal Expert Report of Michael J.   1178
13      Wagner for 2018 Trial on Damages,
14      1/29/2018
15  Exhibit 2    Defendant's Exhibit No. 676.001,    1198
16      bill of material
17  Exhibit 3    Declaration OF Hyangsook Park    1208
18      Regarding Authenticity of Samsung
19      Display Co. Ltd. Document
20  Exhibit 4    Exhibit 55-R2, Comparison of    1221
21      Mr. Wagner's Display Module Cost
22      Data
23  Exhibit 5    Spreadsheet         1237
24  Exhibit 6    Nielsen Q2 2012 Insights for    1276
25      Samsung, August 2012

---

1177

1   Exhibit 7    STA and SEA U.S. Sales of Accused   1294
2      Smartphones
3   Exhibit 8    PX 134, The Wall Street Journal    1317
4      article, "Testing Out the iPhone"
5   Exhibit 9    PX 174, Wired.com article, "First    1318
6      Look: Samsung Vibrant Rips off
7      iPhone 3G Design"
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

1178

1          P R O C E E D I N G S
2       (Deposition Exhibit 1 was marked for
3   identification.)
4       THE VIDEOGRAPHER:  Good morning.  We are on
5   the record.  Here begins media number 1 in the
6   videotaped deposition of Michael Wagner in the matter of
7   Apple versus Samsung and any related cross actions in
8   the Northern District Court of California, Case
9   Number 11-CV-01846-LHK.  Today's date is February 13th,
10  2018.  The time on the video monitor is 9:09 a.m.
11      The videographer today is John Torreano
12  representing on behalf of Planet Depos.  The video
13  deposition is taking place at Wilmer Cutler Pickering
14  Hale and Dorr LLP at 950 Page Mill Road in Palo Alto,
15  California 94304.
16      Would counsel please voice identify themselves
17  and whom they represent in this action.
18      MR. SELWYN:  Mark Selwyn from Wilmer Hale on
19  behalf of Apple.  With me today from -- from Wilmer Hale
20  is Chris Looney, and with me today from Morrison
21  Foerster is Erik Olson.
22      MR. PRICE:  Will Price of Quinn Emanuel, for
23  Samsung.
24      MS. BORDEN:  Kara Borden, Quinn Emanuel, for
25  Samsung.

---

1179

1       MR. ANDERSON:  Carl Anderson, Quinn Emanuel,
2   for Samsung.
3       THE VIDEOGRAPHER:  Would the court reporter --
4   excuse me.  The court reporter today is Charlotte Lacey
5   representing on behalf of Planet Depos.
6       Would the reporter please swear in the
7   witness.
8           MICHAEL JOSEPH WAGNER,
9   the witness herein, having been first duly sworn, was
10  examined and testified as follows:
11      THE VIDEOGRAPHER:  Please proceed, Counsel.
12          EXAMINATION
13  BY MR. SELWYN:
14   Q   Good morning, sir.
15   A   Good morning, Mr. Selwyn.
16   Q   Could you please state your full name for the
17  record.
18   A   Michael Joseph Wagner.
19   Q   Mr. Wagner, you understand you are under oath?
20   A   I do.
21   Q   You understand you must give complete and
22  truthful answers just as if you were in a court of law?
23   A   I do.
24   Q   Do you recognize Exhibit 1 that has been put
25  before you?

1180

1     A   Yes.  It looks like it's most of my rebuttal
2  report, dated January 29th of 2018.
3     Q   And it contains your signature, does it not?
4     A   It does.
5     Q   Does your rebuttal expert report, dated
6  January 29th, that we've marked as Exhibit 1
7  contain a complete and accurate description of all the
8  opinions you intended as of January 29th, 2018, to
9  present at trial this May?
10    A   Yes.
11    Q   How many hours did you spend working on that
12 report?
13    A   I don't have a precise estimate for you.  I
14 would say probably around 50 to 60 hours.
15    Q   Does your report contain any errors other than
16 those that you provided in your errata dated
17 January 12th, 2018?
18    A   Not that I'm aware of.
19    Q   You have testified in deposition and at trial
20 a number of times in this proceeding, correct?
21    A   I believe I've had six days of deposition
22 prior to today and I've testified twice at trial.
23    Q   Do you --
24        MR. PRICE:  I think you stated January instead
25 of February.  Didn't reflect in the transcript, but I --

1181

1  I think you just misspoke.
2     Q   Okay.  Do you stand by all of the prior
3  deposition and trial testimony you have given in this
4  matter?
5     A   I haven't reread any of it in preparation for
6  this deposition, but I am not recalling anything that I
7  would not still stand by.
8     Q   What is the total amount your firms have been
9  paid by Samsung for your work in this case?
10    A   That, I don't know.  I can tell you the amount
11 we've billed through January 31st --
12    Q   Please.
13    A   -- of this year, and that is $3,048,816.
14    Q   You are not a survey expert, correct?
15    A   No.  I have expertise in conducting surveys.
16 I do not hold myself out as a survey expert.
17    Q   You are not an expert in reading,
18 interpreting, or conducting surveys, correct?
19    A   Well, it's a compound question.
20        I would say I have some expertise in all of
21 them, and I clearly believe I have an expertise in
22 reading surveys, 'cause I've read hundreds of surveys
23 and used them in my work over 41 years.
24    Q   You don't hold yourself out as an expert in
25 survey design, correct?

1182

1     A   I have designed surveys, so I have some
2  expertise, but I don't do that as a living.
3     Q   Do you hold yourself out as an expert in
4  survey design?
5     A   Yes, because I have -- I have designed
6  surveys.
7     Q   Have you ever been certified by any court as
8  an expert on surveys?
9     A   No.
10    Q   You have never designed a survey for this
11 litigation, correct?
12    A   That is accurate.
13    Q   Are you an expert in statistics or statistical
14 methods?
15    A   Again, I've taken course work in statistics,
16 I've been a user of statistical methods over 41 years,
17 but I do not hold myself out as a statistician because I
18 do not have a degree in that subject area.
19    Q   You do not hold yourself out as an expert on
20 product marketing, correct?
21    A   Yes, I do not.  I -- I have, again, taken
22 marketing classes when I got my MBA, and I've discussed
23 and analyzed marketing issues in my career, but I am not
24 a marketing expert.
25    Q   You have not published any books, papers, or

1183

1  articles regarding survey design, correct?
2     A   That is correct.
3     Q   You have not published any books, papers, or
4  articles regarding statistics or statistical methods,
5  correct?
6     A   I have been editor of a book that has those
7  types of information in them, but they're authored by
8  other people.  But I did review it and approve what was
9  said.
10    Q   You have not authored any books, papers, or
11 articles regarding statistics or statistical methods,
12 correct?
13    A   I have not.
14    Q   Do --
15    A   Just as, again, an editor of a book that had a
16 chapter on statistics.
17    Q   You have not authored any books, papers, or
18 articles regarding product marketing or advertising,
19 correct?
20    A   I have not.
21    Q   Your report offers no opinion on what the
22 relevant article of manufacture is, correct?
23    A   That is correct.
24    Q   You do not intend to offer any opinion at
25 trial in May regarding what the relevant article of

1208

1 numbered SDC00001?
2    A  I don't remember, but it was sometime
3 shortly -- that I saw it.  I don't know if my staff had
4 it for a period of time before they showed it to me, but
5 it would be a few days, at least, before I spoke with
6 her.
7    Q  How many days before you spoke to her did you
8 receive the spreadsheet?
9    A  I have no recollection.
10    Q  When did your staff first receive this
11 spreadsheet?
12    A  You'd have to ask them.  They never told me
13 that.
14    Q  You also reviewed a declaration from Ms. Park;
15 is that right?
16    A  I did.
17         (Deposition Exhibit 3 was marked for
18 identification.)
19    Q  I've handed you what we've marked as
20 Exhibit 3.  What do you recognize that to be?
21    A  This is the declaration of Ms. Park.
22    Q  When did you receive that declaration?
23    A  Again, it was sometime before December 22nd.
24    Q  How much earlier than December 22nd did you
25 receive this declaration?

1209

1    A  Well, I personally don't recall seeing it
2 before a few days before December 22nd.
3    Q  Did you receive any drafts of this declaration
4 before it was signed by Ms. Park?
5    A  No.
6    Q  So you received a declaration from Ms. Park
7 signed December 22nd, earlier than December 22nd?
8    A  Oh, no.  Now, that I'm looking at the date of
9 the declaration, which I wasn't focused on before, I
10 didn't see this before December 22nd.
11    Q  Did you receive this declaration before or
12 after you spoke to Ms. Park?
13    A  Before -- no, no.  Yeah, before.
14    Q  How long before did -- you spoke to Ms. Park
15 did you receive this declaration?
16    A  I don't remember.
17    Q  Did you receive this declaration and speak to
18 Ms. Park on December 22nd?
19    A  I believe that is correct.
20    Q  Did you have any involvement in the
21 preparation of this declaration?
22    A  No.
23    Q  Do you have any information regarding the
24 process by which Ms. Park's declaration was obtained and
25 prepared?

1210

1    A  No.
2    Q  Do you have any -- do you have any
3 understanding of how Ms. Park's declaration was
4 prepared?
5    A  I have an educated guess, but I have no
6 knowledge.
7    Q  Who was involved in preparing Ms. Park's
8 declaration?
9         MR. PRICE:  Objection; lacks foundation.
10    A  Again, it would be my expectation that counsel
11 from Quinn would be involved and counsel from Samsung.
12    Q  In your report at paragraph 437, you quote
13 paragraph 6 of Ms. Park's declaration.  Do you see that?
14    A  Can you repeat your question?
15    Q  Sure.  In your report, you quote from
16 paragraph 6 of Ms. Park's declaration at paragraph 437,
17 correct?
18    A  I'm sorry.  Yes, I do.  I apologize for having
19 to ask that again.
20    Q  And Ms. Park indicated in her declaration that
21 the bill of materials spreadsheet that we've marked --
22 that was produced with the numbers SDC0001 was created
23 on December 5, 2017, correct?
24    A  Yes.  This particular document was created.
25 That's not when the data was created, but she pulled the

1211

1 data or the data was pulled as of that date, and this
2 report was generated.
3    Q  Did you ask Ms. Park any questions about her
4 declaration?
5    A  No.  I'm not recalling it.  I -- my questions
6 are mainly focused on this document.
7    Q  This document being the spreadsheet SDC0001?
8    A  Yes.
9    Q  How did you first learn that Samsung Display
10 had the data that's included in the spreadsheet?
11    A  From my staff.
12    Q  How did they learn?
13    A  I assume from counsel for Samsung.
14    Q  Did you or your staff ever ask that data from
15 Samsung Display be provided?
16    A  Yes.
17    Q  What did you ask?
18    A  Well, I -- I know I asked and I know my staff
19 have asked to get as much support for the costs of the
20 components as possible.  And we -- in that process, we
21 found out ████████████████████████████
22 ████████████████  And so I asked if we could get
23 information from SDC as to their costs, and this is what
24 we eventually got.
25    Q  How did you come to learn that Samsung Display



1212

1  had this information?

2  **A   Again, I found out through my staff.**

3  Q   Why did you speak with Ms. Park?

4  **A   To confirm our understanding of this document.**

5  **We will -- did not want to misrepresent or use it**

6  **incorrectly.**

7  Q   What did you say to her, and what did she say

8  to you?

9  **A   We -- it's basically the information that I've**

10  **contained in my report in paragraph 438 is what -- what**

11  **I asked and the information that I received.**

12  Q   Did you speak to Ms. Park in English?

13  **A   Yes.**

14  Q   And she spoke to you in English?

15  **A   That's my recollection.**

16  Q   Did you ask her whether lawyers assisted her

17  in drafting her declaration marked as Exhibit 3?

18  **A   I did not.**

19  Q   Did you ask Ms. Park why SDC0001 contains

20  ███████████████████████████████████

21  ███████

22  **A   I did not.**

23  Q   Did you ask Ms. Park whether information

24  similar to that contained in SDC0001 was available for

25  ███████████████████████████████████

1213

1  ███████

2  **A   I did not.**

3  Q   Do you know whether Samsung Display has

4  information similar to that contained in SDC00001

5  ███████████████████████████████████

6  █████?

7  **A   I don't know that, but I assume that they do.**

8  Q   Why do you assume that?

9  ███████████████████████████████████

10  ███████████████████████████████████

11  ███████████████████████████████████

12  ███████████████████████

13  Q   Why did -- strike that.

14  Why were █████████████████████████

15  ███████████████████████████████████

16  █████████████████

17  **A   I don't know because no one's told me why.**

18  **Again, my educated guess, based on my expertise, is that**

19  **these pretty much spanned the damage period.**

20  Q   Did you select the months to be included on

21  this spreadsheet?

22  **A   I did not.**

23  Q   Do you know who did?

24  **A   No.**

25  Q   Did you conduct any investigation into whether

1214

1  Samsung Display has data similar to what is contained in

2  SDC0001 ███████████████████████████████████

3  ███████?

4  **A   No.**

5  Q   But you believe that that data would exist,

6  correct?

7  **A   Well, as -- as an accountant, I would believe**

8  **that information exists.**

9  Q   Now, SDC0001 ██████████████████████?

10  **A   Yes.**

11  Q   Have you ever seen an █████████████████

12  █████████?

13  **A   I have not seen any document other than what**

14  **you have shown me on the screen.**

15  Q   For █████████████████████████

16  █████████ did anyone tell you what they mean?

17  **A   I have some vague recollection, yes, that did**

18  **happen.**

19  Q   Who told you what they mean?

20  **A   I think it would have been Ms. Park in that**

21  **conversation.**

22  Q   Ms. Park told you that ████████████

23  ███████████████████████████████████

24  is that right?

25  **A   I don't recall whether she told me that or**

1215

1  not.  We knew that already from the description in --

2  at █████

3  Q   Did Ms. --

4  **A   But I did talk to her about it, but we already**

5  **knew that.**

6  Q   How do you know that?

7  **A   By matching the -- the product numbers between**

8  **various sources at Samsung.**

9  Q   Did Ms. Park tell you that ████████████

10  ███████████████████████████████

11  ███████?

12  **A   Yes, she confirmed that.  We already knew it.**

13  **We wanted confirmation.**

14  Q   Did she also tell you that ██████████████

15  █████████████████████?

16  **A   I believe so.**

17  Q   Now, what do you understand the information in

18  ███████████████████████████ to refer to?

19  **A   ███████████████████████████████**

20  ███████

21  Q   So the information in ████████████████

22  ███████████████████████████████████

23  ███████████████████████████████████?

24  **A   No, I think -- I don't think if it has that**

25  **much information, I think you need to go to another**



1216

1  source to do that.  And my recollection is that's in
2  Tab 38.9 of my spreadsheets, my model.
3        Q    Would you agree with me that
4
5
6        A    It does.
7        Q
8
9
10       A
11
12                                              ?
13       A
14       Q    How --
15       A    That's my understanding.
16       Q
17
18                ?
19       A    Well, it's -- it's --
20
21
22       Q
23       A
24
25

1217

1
2        Q
3        A
4
5        Q                                        ?
6        A          ?
7        Q          .
8        A
9
10       Q                                        ?
11       A
12                                                ?
13       A
14
15
16       Q    According to paragraph 438 of your report, in
17  the last bullet,
18
19
20       A    Yes.
21       Q    And in your calculation, you have assumed that
22
23                   is the article of manufacture for the
24  D'677 patent, correct?
25       A    I do.

1218

1        Q    Have you ever viewed the actual physical
2  components that correspond to
3                ?
4        A    Well, I told you I saw that one phone with the
5  glass separated, but -- and besides that and the
6  pictures I've seen, no.
7        Q    I'm sorry.  Have you or have you not viewed
8  the actual physical component that corresponds to
9                                                ?
10             MR. PRICE:  Objection; asked and answered.
11       A    Yeah.  Well -- yeah, I didn't see -- remember
12  the word "physical."  I've seen it once.
13       Q    And that was yesterday?
14       A    That was yesterday.
15       Q
16                                                ?
17       A
18       Q                                        ?
19       A
20       Q                                        ?
21       A
22
23       Q    Did you ask Ms. Park whether the component
24  identified in SDC00001
25

1219

1        A    I never asked that question.
2        Q    Did you ask her
3                ?
4        A    I did not ask that question.
5        Q    You used the
6
7
8
9
10
11       A    I do.
12       Q    Why did you do that?
13       A    So that I could properly match component costs
14  to the final assembly.
15       Q    The
16
17
18
19       A    Yes.
20       Q    The SDC0001 spreadsheet
21
22       A
23
24       Q    Would you agree with me then that the SDC0001
25  spreadsheet



1220

1   ████████████████████████?
2   **A   Can you give me the range of the SEC bill of**
3   **materials again?**
4   Q   ████████████████?
5   **A   Yes.**
6   Q   And would you agree with me that ████
7   ████████████████████████████
8   ████████████████████████?
9   **A   Yes.**
10   Q   And you could have obtained from SDC that
11   ██████████ is that right?
12   **A   You know, anything's possible.**
13   MR. PRICE:  Objection -- objection; lack of
14   foundation.
15   **A   You know, I was surprised when I got this**
16   **because I was originally told when I asked to get this**
17   ████████████████████████████
18   ████████████ **So when I actually got this, I was**
19   **surprised.  But, yes, could they have given me more; I**
20   **assume they could have.**
21   Q   Do you know what caused SDC to decide to
22   provide this data?
23   **A   No, I don't.  I assume pressure from Samsung,**
24   **but I don't know.**
25   MR. SELWYN:  Why don't we take our first

1221

1   break.
2   THE VIDEOGRAPHER:  We are going off the video
3   record.  The time is 10:07 a.m.
4   (A recess ensued from 10:07 a.m. to
5   10:18 a.m.)
6   THE VIDEOGRAPHER:  We are back on the video
7   record.  The time is 10:18 a.m.  This continues media
8   number 1 of the videotaped deposition of Michael Wagner.
9   Please proceed, Counsel.
10   (Deposition Exhibit 4 was marked for
11   identification.)
12   BY MR. SELWYN:
13   Q   Let me hand you what we've marked as
14   Exhibit 4.
15   MR. PRICE:  Thank you.
16   Q   Do you recognize Exhibit 4?
17   **A   I believe it's an exhibit to Ms. Davis's reply**
18   **report.**
19   Q   Have you reviewed this document prior to
20   today's deposition?
21   **A   I -- I looked at it briefly.**
22   Q   Have you identified any errors in the data
23   appearing in Exhibit 4?
24   **A   I haven't attempted to determine whether**
25   **there's any errors or not.  But I would assume that it's**

1222

1   prepared accurately.
2   Q   Do you see that the average figures in
3   Exhibit 4 under the header ████████████████
4   ████████████████████████████
5   ████████████████
6   **A   I do.**
7   Q   Did -- what do you understand the reason for
8   the difference to be?
9   **A   Well, the — the most important reason is —**
10   **one,** ████████████████████████
11   ████████████████████████████
12   ████████████████████████████
13   ████████████████ **This is not a good**
14   **objection by your experts.  This is — this is nonsense.**
15   Q   ████████████████████████
16   ████████████████████████
17   ████████████████████
18   ████████████████
19   **A   Well, I never looked at it 'cause I knew they**
20   **would be different, and your experts confirmed my belief**
21   **without ever looking at it.**
22   Q   And what's your best explanation of the reason
23   for the difference between those two data sets?
24   **A   I — I — didn't you listen to my last answer?**
25   **I already told you that, that** ████████████

1223

1   ████████████████████████████
2   ████████████████████████████
3   ████████████████████████
4   **These aren't comparable figures.**
5   Q   What do you understand ████████████
6   ████████████████████████
7   **A** ████████████████████████████
8   ████████
9   Q   You did not use the data from SDC0001 to
10   calculate Samsung's profits on its entire infringing
11   phones, correct?
12   **A   I did not, 'cause** ████████████████
13   ██████
14   Q   You did not use information from any SEC bill
15   of materials to calculate Samsung's profits on entire
16   infringing phones, correct?
17   **A   No, again, for the same reason I gave in my**
18   **last answer.**
19   Q   To calculate Samsung's profits on the entire
20   phone, you used data from Samsung's SAP system, correct?
21   **A   I did.**
22   Q   So in your component cost approach, using SDC
23   data, you used three sets of data to calculate profits
24   on the article of manufacture identified by Samsung,
25   correct?

1224

1    A  I believe that's correct.
2    Q  You used, first, the SEC bill of materials
3  data, correct?
4    A  Correct.
5    Q  You used SDC cost data that's shown in
6  SDC0001, correct?
7    A  Yes.
8    Q  And you used information from Samsung's SAP
9  financial system, correct?
10    A  Yes.
11    Q  Would you agree that the SEC bill of materials
12  data, the SDC cost data, and information from Samsung's
13  SAP financial system are three different data sets?
14    A  There are three different data sets.  They --
15  all the information is eventually ▬▬▬▬▬▬▬▬
16  ▬▬▬▬▬▬▬▬▬▬▬▬▬  There are different
17  sources, but they -- there are consistent sources that
18  end up generating the total costs of Samsung's products.
19    Q  The SEC bill of materials data and the SDC
20  cost data come from different companies, correct?
21    A  Say that again?
22    Q  Sure.
23    A  I know clearly the SDC does.  What was the
24  other one?
25    Q  The SEC bill of materials data and the SEC

1225

1  cost data come from different companies, correct?
2    A  I don't think the SEC bill of materials does.
3      MR. PRICE:  You said SEC twice there, I think.
4    Q  Let me try it again.
5      The SEC bill of materials data and the SDC
6  cost data come from different companies?
7    A  Yes.  I'm sorry.
8    Q  SDC is a separate company from the Samsung
9  defendants, correct?
10    A  They are.
11    Q  The data in SDC0001 was never audited,
12  correct?
13    A  I -- I don't know --
14      MR. PRICE:  Object to lack of foundation.
15    A  -- if SDC is an audited company or not, so I
16  don't know the answer to that question.  If they are,
17  then this data would be the type that would be
18  considered by the auditors.  If they're not, then no
19  audit was done.
20    Q  Did you ask Ms. Park whether the data in
21  SDC0001 was ever audited?
22    A  No.
23    Q  Did you conduct any investigation about
24  whether there was any audit ever made of the data in
25  SDC0001?

1226

1    A  No.  All I wanted to understand, which is what
2  I always do, is -- and what I prefer to do is to rely on
3  information that's prepared in the ordinary course of
4  business.  And I did ask her if this was this type of
5  data, and she said yes.  I never audit the ordinary
6  business records of my clients or opposing parties.
7  That's just not done in my work.
8    Q  But your clients sometimes audit their data or
9  have their data audited, correct?
10    A  If they're an audited company, yes.
11    Q  And you don't know whether the data that
12  appears in SDC0001 was ever audited by anybody, correct?
13    A  I already said that I do not.
14    Q  Did you take any steps to ensure consistency
15  of the data appearing in SDC0001 and the SEC BOM
16  information?
17      MR. PRICE:  Objection; ambiguous.
18    A  No.
19    Q  The SDC0001 document contains ▬▬▬▬▬▬
20  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
21  ▬▬▬▬▬▬
22    A  That is correct.
23    Q  And it includes ▬▬▬▬▬▬▬▬▬▬▬▬
24  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
25  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

1227

1  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
2    A  No.  You didn't listen to an earlier answer.
3  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
4  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
5  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
6  ▬▬▬▬▬▬▬▬▬▬▬▬▬
7  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.
8    Q  Would you agree that the SDC0001 document
9  includes ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
10  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
11  ▬▬▬▬▬▬▬▬▬▬▬
12    A  I would.
13    Q  It does not include ▬▬▬▬▬▬▬▬▬
14  ▬▬▬▬▬▬▬▬▬
15    A  It does not.
16    Q  And it doesn't include ▬▬▬▬▬▬▬▬
17  ▬▬▬▬▬▬
18    A  Yeah, ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
19  ▬▬▬▬▬▬
20    Q  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
21  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
22  ▬▬▬▬▬▬▬▬▬▬▬▬▬
23    A  Apparently not, based on information provided
24  by Ms. Davis in her reply report.
25    Q  When did you first learn that ▬▬▬▬▬▬

Highly Confidential - Attorneys' Eyes Only
Transcript of Michael J. Wagner, Volume 7
Conducted on February 13, 2018

1228

1
2   - -- let me
3 strike that.
4      When did you first learn that
5
6
7
8     A   When I read Ms. Davis's report this weekend --
9 or her reply report.
10     Q   Prior to reading Apple's experts' damages
11 report this weekend, had you conducted any investigation
12 to determine whether
13
14
15     A   No.
16     Q   As of     Samsung had ceased selling
17 the Captivate phones in the U.S., correct?
18     A   I believe that's correct.
19     Q   As of     Samsung had ceased selling
20 the Continuum, Fascinate, Gem, and Vibrant phones in the
21 U.S., as well, correct?
22     A   I don't have those facts committed to memory,
23 but that sounds right to me.
24     Q   Would you agree that
25

1229

1
2
3
4     A   In those months, correct.
5     Q   Were you aware when you wrote your report that
6
7
8
9     A   No.  All I did was the -- the testing that I
10 explained in my report of this data to see if there was
11 any trends in these costs or any changes in the costs.
12 And it -- it appeared to be very stable for these three
13 data points.  Beyond that, I did nothing else.
14     Q   Can you explain why the SDC document, SDC0001,
15
16
17     A   Yes.  Because these are based on bill of
18 materials.  These are their standard costs, that if they
19 did decide to produce, these are -- the costs would have
20 been recorded in their -- their books and records.
21     Q   How do you know that?
22     A   My understanding of accounting and looking at
23 bills of materials and how accounting systems work.
24 Just because you stop making -- or manufacturing,
25 doesn't mean you -- you eliminate the cost data in your

1230

1 books and records.
2     Q   So does SDC have
3
4
5     A
6
7
8
9     Q
10
11
12     A   I would have to say yes.
13     Q   Does -- how do you know that?
14     A
15
16
17
18     Q   Have you ever asked anyone why the SDC
19 document contains
20
21
22     A   No.
23     Q   Has your staff ever asked anyone wh
24
25

1231

1
2     A   I'm not aware they have, and if they have,
3 they've never communicated it to me.
4     Q   What is the most recent month for which SDC
5
6
7      MR. PRICE:  Objection; speculation.
8     A   You mean where they're actually manufactured?
9     Q   Yes.
10      MR. PRICE:  Same objection.
11     A   I -- I don't have that committed to memory,
12 but I think that information exists in the documents
13 that support my opinion.  But I don't know those dates.
14 I mean, that's how -- that's the information that Julie
15 Davis used to prepare her schedule that we're talking
16 about now.
17     Q   What is the most recent munch --
18
19
20   ?
21      MR. PRICE:  Same objection.
22     A   I -- I don't know the answer to that question.
23     Q   Does SDC
24   ?
25      MR. PRICE:  Objection; speculation.

1260

1  A  No.
2  Q  Why not?
3  A  Because, again -- well, based on what's
4  relevant in this case, none of the -- the damage period
5  predates that date.
6  Q  At paragraph 408 of your report, you state
7  that you understand that it was Dr. Reibstein's opinion
8  that the J.D. Power surveys can be used to estimate
9  value, correct?
10  A  I did.
11  Q  And as the basis for your understanding that
12  the J.D. Power surveys can be used to estimate value,
13  your report cites to two things, correct?
14  A  I mean, if you're talking about footnote 613,
15  yes, for that one paragraph.
16  Q  You have cited to a conversation you had with
17  Dr. Reibstein on January 20, 2018, and four pages from
18  his report, correct?
19  A  I did.
20  Q  The conversation that you had with
21  Dr. Reibstein on January 20, 2018, and the four pages
22  from his report are the only things that your report
23  cites as the basis for your understanding that the
24  J.D. Power surveys can be used to estimate value,
25  correct?

1261

1  A  I believe I should answer your question yes.
2  But the only purpose of this call was for me to confirm
3  that he wasn't going to contradict me, because it was my
4  opinion that these were appropriate to use, as I used in
5  the prior cases.  So it wasn't that I was looking for
6  him as my sole basis to do this analysis.  I just wanted
7  to make sure that he wasn't going to step on my toes at
8  trial.  That's the only reason this paragraph is in my
9  report.  I didn't need him to do this work.
10  Q  Well, your January 29, 2018, report offers no
11  opinion of your own that the J.D. Power surveys can be
12  used to estimate value, correct?
13  A  I thought that was redundant because I had
14  been using the J.D. Powers in my -- all my reports in
15  this case since 2012 as a basis for my conclusions.
16  Q  Sir, your January 29, 2018, report offers no
17  opinion of your own that the J.D. Power surveys can be
18  used to estimate value, correct?
19  A  Well, it's clear if I'm using it, that's my
20  opinion that these are appropriate.  I didn't think I
21  needed to say that.  That's, to me, superficial and
22  redundant.  No.  I didn't say that.
23  Q  Are you using the J.D. Power surveys the same
24  way in your January 29, 2018, report as you did in your
25  prior reports?

1262

1  A  No.  Some of the steps are the same, but there
2  are many differences.
3  Q  Okay.  Can we agree that your January 29,
4  2018, report provides no opinion of your own that the
5  J.D. Power surveys can be used to estimate value?
6  MR. PRICE:  Objection; asked and answered.
7  A  Yeah.  I will tell you that I cannot point you
8  to a sentence where I said in my report.
9  Q  And what you, in fact, relied upon was
10  Dr. Reibstein for your understanding that the J.D. Power
11  surveys could be used to estimate value, correct?
12  A  Absolutely not, as I already told you in a
13  previous answer.  I was only doing this -- this work was
14  done before I talked to Dr. Reibstein.  Again, because
15  he's a survey expert, I wanted to confirm that he agreed
16  with me in -- with my expertise in using surveys and
17  that he wouldn't say you're out to lunch, that's not
18  appropriate.  I didn't want that to happen.  And if he
19  did say that, I may have rejected this approach.  It's
20  just confirmatory.  I did not rely upon him in any way
21  in coming to my conclusions.
22  Q  The J.D. Power surveys, themselves, █████
23  ████████████████████████████████████
24  A  No.  That's -- and the only survey we had that
25  did that was Reibstein, and, unfortunately, that's been

1263

1  excluded.
2  Q  So the answer to my question is correct?
3  A  Yes.
4  Q  The J.D. Power surveys █████████████
5  ████████████████████████████████████?
6  A  They do not.  They don't go to that level of
7  detail.
8  Q  The J.D. Power surveys █████████████████
9  ████████████████████████████████████
10  ███████████████████
11  A  It does not.
12  Q  And would you agree with me that the
13  J.D. Power surveys █████████████████████████
14  █████████?
15  A  I'd need to look at the surveys.  I think they
16  probably do say that.
17  Q  The J.D. Power survey █████████████████
18  ████████████████████████████████████
19  █████████████████████████
20  A  I agree with that statement.
21  Q  The purpose of the J.D. Power surveys ███████
22  ████████████████████████████████████
23  ████████████?
24  A  I agree with that.
25  Q  The purpose of the J.D. Power surveys ████████



1264

1  ████████████████████████
2  ████████████████████? 
3      A   Yes.  You're going fast again.
4      Q   We're going to take a break in one minute.
5      A   Well, she needs a break every time when you
6  talk that fast.  It's impossible to record that.
7      Q   She's good.
8          For how long did you speak with Dr. Reibstein
9  on January 20, 2018?
10     A   Maybe a half an hour, probably less.
11     Q   What did he say to you about why he believed
12 that the J.D. Power surveys could be used to estimate
13 value?
14     A   That he believed, based on his expertise, that
15 those had information in them that was relevant to that
16 question.
17     Q   And you cited that conversation in your report
18 as support for paragraph 408, correct?
19     A   That's what I talked to him about in 408 again
20 to confirm my opinion and understanding of the study.
21         MR. SELWYN:  Why don't we take a break and
22 change the tape.
23         THE VIDEOGRAPHER:  This ends media number 1 of
24 the videotaped deposition of Michael Wagner.  The time
25 is 11:17 a.m.  We are off the video record.

1266

1      Q   Your report assumes a direct one-to-one
2  correlation between your estimate of value of the
3  alleged article of manufacture and Samsung's profits on
4  the alleged article of manufacture, correct?
5      A   Yes.  It's my opinion that value and profit
6  are directly related.
7      Q   Your report does not explain the basis for
8  that assumption of a direct one-to-one correlation,
9  correct?
10     A   No, it does not.
11     Q   Your report does not explain how the ████████
12 ████████████████████████████████
13 ████████████████████████
14 ██████████████████
15     A   Unless you follow the logic of what I've done,
16 no.
17     Q   Correct?
18     A   Correct.
19     Q   Focusing on paragraph 410 of your report?
20     A   Yes.
21     Q   In paragraph 410 of your report, you correlate
22 certain ████████████████████████████
23 ████████████████████████
24     A   I do.
25     Q   Your -- did you rely on Dr. Reibstein in

1265

1          (A recess ensued from 11:17 a.m. to
2  11:31 a.m.)
3          THE VIDEOGRAPHER:  We are back on the video
4  record.  The time is 11:31 a.m.
5          This begins media number 2 of the videotaped
6  deposition of Michael Wagner, Volume VII.
7          Please proceed, Counsel.
8  BY MR. SELWYN:
9      Q   Mr. Wagner, can you turn to page 177 of your
10 report?
11     A   Yes.  I'm there.
12     Q   Do you see page 177 includes two figures,
13 figure 54 and figure 55?
14     A   I do.
15     Q   In figures 54 and 55, your report provides
16 what you describe as a summary of value of the article
17 of manufacture identified by Samsung as a percentage of
18 the entire infringing phone, correct?
19     A   Yes.
20     Q   Your report does not explain how an estimate
21 of value of the alleged article of manufacture as a
22 percentage of the entire phone is related to Samsung's
23 profits on the alleged article of manufacture, correct?
24     A   I don't think I use any words to describe
25 that.

1267

1  determinin ████████████████████████████
2  ████████████████████████████████
3  ████████
4      A   Only for one of the calculations for the
5  D'305 patent.
6      Q   Did you rely on Dr. Reibstein for what is set
7  forth in paragraph 410?
8      A   I thought I just answered that question.  The
9  only part of 410 I relied upon was for one of the two
10 calculations of the D'305 patent when it is focused only
11 on when the image is displayed on the screen.
12     Q   How did you decide ████████████████████
13 ████████████████████████████████
14 ██████████████ to use for your calculations?
15     A   My judgment based on reviewing the surveys and
16 my understanding of what the article of manufacture is
17 related to each of the design patents.
18     Q   Did you rely on anything other than your own
19 judgment in deciding ████████████████████████
20 ████████████████████████████
21 ████████████████████
22     A   No.
23     Q   You relied on calculations by Dr. Reibstein
24 for your calculation of total profits related to what
25 Samsung identifies as the article of manufacture related



1268

1 to D'305, correct?
2  A  Yes.
3  Q  In what way did you rely on him for that?
4  A  I did not have any information from any of the
5 sources,
6
7
8
9  Q  The J.D. Power surveys
10
11
12  A  I agree with that.
13  Q  The J.D. Power surveys
14
15
16  A  I wouldn't -- I wouldn't necessarily agree
17 with that statement.
18  Q  Well, did the J.D. Power surveys
19
20
21  A
22
23  Q  The J.D. Power surveys
24
25

1269

1  A  They do not.
2  Q  And the J.D. Power surveys
3
4
5  A  That is correct.
6  Q  The J.D. Power surveys
7
8
9  A  They do not.
10  Q  And the J.D. Power surveys
11
12
13
14  A  I think that's correct.
15  Q  You have not used the J.D. Power surveys to
16 identify the relevant article of manufacture, correct?
17  A  No, I think that I have.  I tried to isolate
18 what I believe is
19
20  Q  Do you yourself have an opinion as to what the
21 relevant article of manufacture is?
22  A  No.
23  Q  I think you testified earlier that you used
24 just your own judgment to determine
25

1270

1 article of manufacture for the design patents in suit.
2 Is that right?
3  A  I did say that.
4  Q  What sources of information did you use to
5 inform your judgment?
6  A  My understanding from the interrogatory
7 answers and Dr. Lucente's report as to what the articles
8 of manufacture are that include the three design patents
9 at issue is the main document that I used and then of
10 course my interpretation of the features in the surveys
11 that would correlate with those.
12  Q  At the time that you made that judgment, had
13 you yourself ever seen any photographs of what Samsung
14 has identified as the article of manufacture?
15  A  No.  I don't -- may have or may not have, but
16 that's not what the basis of my judgment was on.  I
17 mean, I'm more focused on -- I -- and I cite it in my
18 report, the -- the pictures of the design patents that
19 are in your client's patents.
20  Q  You used 2011 J.D. Power surveys in your
21 expert reports earlier in this case, correct?
22  A  I did.
23  Q  And for what purpose did you use them then?
24  A  Well, there I was doing work that eventually
25 got excluded by trying to actually isolate the value of

1271

1 the design patents in the total product.
2  Q  You used the J.D. Power surveys in your
3 earlier reports to perform what you described as an
4 apportionment, correct?
5  A  I would agree with that.
6  Q  And in doing that apportionment, you first
7 used the surveys to determine a value for product
8 features, correct?
9  A  That was part of what I did, yes.
10  Q  And then you took that value and applied it
11 against profits to assign a profit number to a
12 particular value, correct?
13  A  Are we talking about my first report?
14  Q  Yes.
15  A  No, I don't recall doing that.
16  Q  How did you use --
17  A  Maybe I didn't answer your last question
18 correctly.  Because there's a number of steps that were
19 necessary in the first report.
20  Q  In the first report, you determined a value
21 for product features using the J.D. Power surveys,
22 correct?
23  A  I did.
24  Q  What did you do with that number?
25  A  Well, I basically concluded that -- according



1280

1   A   Yeah.  Again, I can't point you to a sentence
2   where I say that.
3     Q   The Nielsen survey itself
4
5     A   Again, I think
6
7     Q   The Nielsen survey
8
9     A   It does not.
10    Q   The Nielsen survey
11
12                                                    ?
13    A   It does not.
14    Q   The Nielsen survey
15
16
17    A   It does not do that.
18    Q   The Nielsen survey
19
20
21    A   That is correct.
22    Q   Would you agree with me that the purpose of
23  the Nielsen survey was
24
25    A   Yes.

1281

1     Q   And the purpose of the Nielsen survey was
2
3
4     A   Correct.  It did not go to that step.
5     Q   Are you aware of anyone other than
6   Dr. Reibstein who has ever stated that the Nielsen
7   survey can be used to assess the value of the features
8   associated with the article of manufacture identified by
9   Samsung?
10    A   No.
11    Q   Your report does not explain why value of the
12  features associated with the articles of manufacture
13  identified by Samsung can be used to determine profit on
14  the article of manufacture, correct?
15    A   Well, except for what I say in paragraph 456,
16  that's correct.
17    Q   Well, paragraph 456 doesn't explain why value
18  of the features associated with the articles of
19  manufacture that Samsung has identified can be used to
20  determine profit on those articles of manufacture,
21  correct?
22    A   No -- no, it does not say that.  That's my
23  judgment.
24    Q   The Nielsen survey
25

1282

1
2     A   Well,
3
4     Q   Well, would you agree with me that the Nielsen
5   survey
6                                                    ?
7     A   It does not directly.
8     Q   And the Nielsen survey therefore was not
9   designed
10
11                ?
12    A   I agree with that.
13    Q   Did the Nielsen survey include
14
15
16    A
17    Q   Did the Nielsen survey list or describe in
18  words
19
20    A                     .
21    Q   None of                      that are listed
22  in the Nielsen survey
23
24
25    A   I agree with that.

1283

1     Q   Was there anything in the Nielsen survey that
2
3
4     A   I don't believe so.
5     Q   The Nielsen survey doesn't describe either in
6   words or in substance
7
8
9     A   I agree with that.
10    Q   And you have not used the Nielsen survey to
11  render an opinion as to what the relevant article of
12  manufacture is, correct?
13    A   That is correct.
14    Q   In figure 73, your report shows a figure from
15  the Nielsen report
16
17    A   It does.
18    Q   And then below that,
19
20
21
22    A   That is correct.
23    Q   And for the D'305, your report says that
24
25              with what Samsung identifies as the article of



1284

1 manufacture, correct?
2    A   For the D'305, yes.
3    Q   Your report nowhere explains why you conclude
4 that ███████████████
5 ████████████ with what Samsung has identified as the
6 article of manufacture, correct?
7    A   No.  That's -- that's my judgment.  And
8 because it's a sentence with no footnote reference,
9 that's my judgment.
10   Q   And your report does not explain the basis for
11 that judgment, correct?
12   A   No.  Except for we know that the D'305 deals
13 with the display screen and so does this factor.
14   Q   Is the answer to my question correct?
15   A   I don't know if it's correct or not.
16   Q   Let me try it again.
17       Your report does not explain the basis for
18 your judgment that screen size is the purchase driver
19 that lines up most closely with what Samsung has
20 identified as the article of manufacture, correct?
21   A   I'm sorry.
22       That is correct.
23   Q   For the D'677 and the D'087, your report says
24 that, quote, ██████████████████████████
25 ████████████████████████████████

1285

1 identified as the article of manufacture," right?
2    A   For the D'677 and the '087, yes.
3    Q   And your report doesn't explain why you
4 concluded that design, style, form factor is the
5 purchase driver that lines up most closely with what
6 Samsung identifies as the article of manufacture,
7 correct?
8    A   That is true.
9    Q   Your report does not explain how ███████
10 ████████████████████████████████████
11 ████████████████████████
12   A   No, except for the logic that I believe
13 there's a direct correlation.
14   Q   You have assumed a direct one-to-one
15 correlation between █████████████████ and
16 Samsung's profits, correct?
17   A   Yes, that's the way the logic works.
18   Q   Your report doesn't explain anywhere the basis
19 for that assumption, correct?
20   A   I would agree with that.
21   Q   Your report doesn't explain how ████████
22 ████████████ determined by the Nielsen survey is
23 related to Samsung's profits on the article of
24 manufacture that Samsung has identified, correct?
25   A   Correct.

1286

1    Q   Now, would you agree with me that the
2 Samsung -- strike that.
3       Would you agree with me that the Nielsen
4 survey ████████████████████████████
5 ████████████
6    A   I would.
7    Q   The Nielsen survey ██████████████████
8 ████████████████████████████
9    A   I agree with that.
10   Q   ████████████████████████████████?
11   A   Yes.
12   Q   ████████████████████?
13   A   Correct.
14   Q   ████████████████████████████?
15   A   Yes.
16   Q   So if we applied your methodology and the
17 results of the Nielsen survey ████████████████████
18 ████████████████████████████████████████
19 ████████████████████████
20   A   I believe your experts made some of these
21 calculations.  Again, I assume they did it correctly.
22 That would not surprise me.
23   Q   Well, you can see in figure 73 of your own
24 report that the Nielsen survey says ████████████████
25 ████████████████████?

1287

1    A   Yes.
2    Q   So applying your methodology and the results
3 of the Nielsen survey ████████████████████████████
4 ████████████████████████████████████████████████
5 ████████████████████████████?
6    A   I agree with that.
7    Q   Would you agree with me that ██████████████
8 ████████████████████████████████████████████████
9 ████████████████████████
10   A   No.  I wouldn't agree with that.
11   Q   How is ████████████████████████████████?
12   A   It's -- ████████ is the total environment of a
13 company, and clearly, the -- the shape and form and
14 attractiveness of their products is related and
15 contributes to their brand.  So no, I can't say there's
16 no relation.  That's not true in my judgment.
17   Q   Are you aware of any survey that has estimated
18 the value or importance to customers of a bezel?
19   A   No.
20   Q   Are you aware of any survey that has estimated
21 the value or importance to customers of a glass front
22 face?
23   A   I am not.
24   Q   Are you aware of any survey that has ever
25 estimated the --

1288

1    A  Well, I take that back for the bezel.  Let
2  me -- I'm aware of the Reibstein study, but that's been
3  excluded.  None of that can I rely upon.
4    Q  Are you aware of any survey that has estimated
5  the value or importance to customers of a bezel, a glass
6  front face, or a display screen?
7    A  No, not beyond possibly the Reibstein report.
8    Q  Are you aware of any survey that was designed
9  to calculate Samsung's total profits on what Samsung
10  alleges to be the article of manufacture?
11    A  No.
12    Q  Are you aware of any survey that was designed
13  to estimate the value on the specific components Samsung
14  alleges to be the article of manufacture?
15    A  I am not, except for the Reibstein survey,
16  which has been excluded.
17    Q  You're not aware of any survey that has ever
18  asked what consumers were willing to pay for what
19  Samsung alleges to be the article or articles of
20  manufacture, correct?
21    A  That is correct.
22    Q  Okay.
23      Let me change the subject for a moment from
24  surveys.
25      Would you agree with me that you can't

1289

1  identify from Samsung's financial records any
2  advertising costs specific to the phones at issue in the
3  May 2018 trial?
4    A  Yes.
5    Q  Would you agree with me that you can't
6  identify from Samsung's financial records any marketing
7  costs specific to the phones at issue in the May 2018
8  trial?
9    A  Yes.
10    Q  Would you agree with me that you can't
11  identify from Samsung's financial records any research
12  and development costs specific to the phones at issue in
13  the May 2018 trial?
14    A  Yes.
15    Q  And would you agree with me that you can't
16  identify from Samsung's financial records any general
17  and administrative costs specific to the phones at issue
18  in the May 2018 trial?
19    A  Yes.
20    Q  In your report that we've marked as Exhibit 1,
21  your January 29th, 2018 report, you include an
22  alternative entire profits calculation, excluding white
23  phones, correct?
24    A  I do.
25    Q  And if you turn to paragraph 385 of your

1290

1  report.
2    A  Yes.
3    Q  You wrote there that "Samsung sold
4  non-infringing, white-faced versions of three products
5  at issue prior to June 30th, 2012, the Galaxy S2
6  T-Mobile, the Galaxy S2 Epic 4G Touch, and the Galaxy S2
7  Skyrocket."
8      Do you see that?
9    A  I do.
10    Q  At the 2012 trial, you did not present any
11  alternative damages calculation that excluded white
12  units of those three phones, correct?
13    A  Right.  Because there were so many possible
14  matrices of resolution of the numerous electrical
15  properties you were -- you were alleging in that case,
16  the -- the matrix is just too large.  I couldn't do it.
17  And it wouldn't have been relevant unless the only
18  design patent or trade dress that the jury found was the
19  D'677 patent.  So, yeah, it just wasn't done.  I agree
20  with that.
21    Q  The answer to my question is correct?
22    A  It is correct.
23    Q  You did not provide an alternative damages
24  calculation excluding white units of the Galaxy S2
25  T-Mobile, the Galaxy S2 Epic 4G Touch, or the Galaxy S2

1291

1  Skyrocket in any expert report prior to your
2  January 29th, 2018 report, correct?
3    A  That is correct.
4    Q  In 2012, did you have data available to you
5  that would have enabled you to provide an alternative
6  damages calculation excluding white units of the
7  Galaxy S2 Skyrocket, the Galaxy S2 Epic 4G Touch, and
8  the Galaxy S2 T-Mobile?
9    A  I don't believe so.
10    Q  When did you first obtain that data?
11    A  Within the months prior to my issuing the
12  report in this case.
13    Q  Which report are you referring to?
14    A  My January 29th, 2018 report.
15    Q  Would you agree with me that Samsung produced
16  data at the SKU -- S-K-U level that contains information
17  about the color of each product?
18    A  SCC produced that, you said?
19    Q  Yes.
20    A  I know that the SKU number, the ninth and
21  tenth digits do tell you the color, but whether it
22  was -- when it was produced at the SKU level, I'm not
23  recalling.
24    Q  The SKU-level data that Samsung produced
25  represents sales from the manufacturing entity to the

Highly Confidential - Attorneys' Eyes Only

Transcript of Michael J. Wagner, Volume 7

Conducted on February 13, 2018

1292

1  U.S. entities STA and SEA, correct?

2  **A   Yes.**

3  Q   Samsung did not produce data at the SKU levels

4  for STA and SEA, correct?

5  **A   They have not.**

6  Q   Samsung did not produce SKU data showing the

7  sales of white phones to carriers in the U.S., correct?

8  **A   I have not seen that data.**

9  Q   Samsung did not produce SKU data showing the

10 sales of white phones to customers in the U.S., correct?

11 **A   They wouldn't have that information unless it**

12 **was a direct sale by them.**

13 Q   Samsung did not produce data showing revenues

14 from sales of white phones in the U.S., correct?

15 **A   They did not.**

16 Q   Samsung did not produce data showing profits

17 from sales of white phones in the U.S., correct?

18 **A   They did not.**

19 Q   Samsung did not provide data showing the cost

20 of goods sold associated with sales of white phones in

21 the U.S., correct?

22 **A   They did not.**

23 Q   So in your January 29th, 2018 report,

24 Exhibit 1, you had to estimate the number of white units

25 sold by STA in the United States, correct?

1293

1  **A   I did.**

2  Q   And you also had to do an estimate of the

3  profits on the white units sold by STA in the United

4  States, correct?

5  **A   That is correct.**

6  Q   And to make that estimate, you assumed that

7  STA sold an equivalent number of white phones as did SEC

8  in each month that SEC sold a white phone, correct?

9  **A   Yes.**

10 Q   What was the basis for that assumption?

11 **A   I -- I have no better data.**

12 Q   Was there any other basis for that assumption?

13 **A   Well, I mean, the first part that -- that STA**

14 **sells what they get from SEC, I think is a pretty good**

15 **assumption. The timing is not knowable by me, at least**

16 **for the information that I have seen.**

17 Q   In the 2012 trial, you and Apple's expert both

18 agreed on the number of units at issue for each of the

19 Galaxy S2 T-Mobile, Galaxy S2 Epic 4G Touch, and

20 Galaxy S2 Skyrocket, correct?

21 **A   We did.**

22 Q   And in the 2012 trial, you never disagreed on

23 the number of units at issue, correct?

24 **A   No. I think we eventually came to agreement**

25 **on both sides on that issue.**

1294

1  MR. SELWYN:  Why don't we take our lunch

2  break.

3  THE VIDEOGRAPHER:  We are off the video

4  record.  The time is 12:11 p.m.

5  (A recess ensued from 12:11 p.m. to 1:01 p.m.)

6  (Deposition Exhibit 7 was marked for

7  identification.)

8  THE VIDEOGRAPHER:  We are back on the record.

9  The time is 1:01 p.m.  This continues media number 2 of

10 the videotaped deposition of Michael Wagner.

11 Please proceed, Counsel.

12 BY MR. SELWYN:

13 Q   Good afternoon, Mr. Wagner.

14 **A   Good afternoon, Mr. Selwyn.**

15 Q   Let me hand you what I've marked as Exhibit 7.

16 MR. PRICE:  And before we proceed -- I think

17 Mr. Wagner might have mentioned this -- he needs --

18 would like to make a correction as to a date.

19 Q   Go ahead.

20 **A   We've talked about when I talked with**

21 **Ms. Park, and a footnote in my report said I talked to**

22 **her on December 22nd, 2017.  That was a mistake and**

23 **should have been on the errata sheet, which would have**

24 **stopped my confusion, 'cause it seemed to be**

25 **inconsistent with my recollection.**

1295

1  **My actual conversation occurred on**

2  **January 28th, 2018, over a month after her declaration,**

3  **and that's why I seemed confused when you pointed that**

4  **out to me.  And that was just a mistake.  That's the**

5  **date of the declaration, not the date of the**

6  **conversation.**

7  Q   So you first spoke to Ms. Park the day before

8  you submitted your January 29th, 2018, report?

9  **A   Yeah.  It was scheduled, I think, maybe at**

10 **least once before that, but for some reason it was**

11 **not -- didn't happen and finally happened the day before**

12 **my report went out.**

13 Q   When did you first receive her declaration?

14 **A   It was sometime after December 22nd.**

15 Q   Can you be any more precise?

16 **A   No.  I -- my -- my staff, I'm sure, saw it**

17 **before me.  I don't recall seeing it before -- a week**

18 **before my trial -- I mean, before my report.**

19 Q   When did you first receive SDC0001?

20 **A   Again, sometime after December 22nd.  And I**

21 **don't recall seeing it till at least a few weeks before**

22 **my report.**

23 Q   Okay.  Do you have before you what has been

24 marked as Exhibit 7?

25 **A   Yes.**



1296

1    Q   Do you recognize Exhibit 7?
2    A   I believe this is an exhibit to one of
3  Ms. Davis's reports.
4    Q   Do you recognize Exhibit 7 to be an exhibit
5  from the first trial that set forth the agreed-to units
6  and revenue for the infringing phones?
7    A   Now that I see the joint trial exhibit, yes.
8    Q   Does Exhibit 7 include the white phones that
9  you have excluded in your alternative entire profits
10 calculation in your January 29th, 2018, report?
11   A   Yes.
12   Q   Can you put back in front of you Exhibit 1,
13 your expert report?  And if I could direct your
14 attention to paragraph 420.
15   A   Yes.
16   Q   Do you see paragraph 420 includes a
17 description of figure 60?
18   A   It does.
19   Q   And figure 60 is taken from the J.D. Power
20 survey?
21   A   Yes.  And as we talked about earlier this
22 morning, this actually is from the 2011 study, not one
23 of the 2012 studies.
24   Q   Can you explain how you used figure 60 in
25 your -- strike that.

1297

1        Can you explain how you used figure 60 in your
2  analysis in your January 29th, 2018, report?
3    A   Yes.  I looked at ▓▓▓▓▓▓▓▓▓▓▓▓▓
4  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ that are
5  related to the articles of manufacture at issue in the
6  D'677, D'087, and D'305 design patents.  And I used
7  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
8  ▓▓▓▓▓▓▓ that I believe relate to the article of
9  manufacture for the D'677 and the D'087.  And I believe
10 the ▓▓▓▓▓▓▓▓▓▓ is related to the display panel
11 that is relevant to the D'305 design patent.
12   Q   In your January 29th, 2018, report, you used
13 the J.D. Power survey to determine a weighting to give
14 to ▓▓▓▓▓▓▓▓▓▓▓▓, correct?
15   A   Yes, in part.
16   Q   And you gave that a weighting of ▓▓▓▓▓; is
17 that right?
18   A   Yes.  That's ▓▓▓▓▓▓▓▓▓▓
19   Q   And would you agree with me that when you did
20 that calculation of ▓▓▓▓▓▓▓▓▓▓, you
21 were doing an apportionment?
22   A   Again, not in the context of a patent
23 apportionment, but I am calculating -- I'm allocating
24 from a hundred percent of the factors to this particular
25 factor.  I agree with that.

1298

1        Q   Would you agree with me that taking the
2  25 percent of the 20 percent physical design was a
3  measure of an apportionment for design?
4    A   No, because I'm not trying to get to design
5  here.  I'm only trying to get to article of manufacture.
6  So no.  If I went that next step like I did in the first
7  trial, I would have said, yes, but not -- not this time,
8  no.
9        Q   So from an apportionment perspective, explain
10 to us what the difference was in your methodology the
11 first time from what you did now.
12       MR. PRICE:  Objection; ambiguous.
13   A   And -- and asked and answered.  I already
14 answered that this morning.
15       I told you that the last time all I did was
16 look at style of wireless phones and equated that to --
17 to design in general, not to an article of manufacture,
18 but just a design of a phone.  And that was the starting
19 point for my then further analysis, which I explained in
20 my initial report, that allowed me to then apportion
21 that number further to a 1 percent apportionment for the
22 designs at issue in the first trial.
23       I didn't -- I didn't do that second step, and
24 in this case, I also added strength and durability to
25 the article of manufacture that does include the two

1299

1  design patents, the D'677 and the D'087.
2    Q   In the 2012 report, you used the ▓▓▓▓▓▓
3  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
4  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to conduct an apportionment
5  for design, correct?
6    A   That, I did in 2012, I agree.
7    Q   And that step that I've just described of
8  multiplying the ▓▓▓▓▓▓▓▓▓ is something that you
9  also did in your January 2018 report, correct?
10   A   Well, mechanically they're the same, yes.  But
11 then they differ -- everything else, besides
12 mechanically the same calculation, is different.
13   Q   In your January 2018 report, after you
14 multiplied the ▓▓▓▓▓▓▓▓▓▓▓▓▓ by the
15 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, what did you
16 do?
17   A   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and then
19 added those two numbers together to get the total value
20 of the article of manufacture that includes both the
21 D'087 and the D'677 design patents.
22   Q   So let me see if I understand what our
23 disagreement is.
24       You agree that when you multiplied the ▓▓▓▓
25 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

1300

1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2  ▮▮▮▮▮▮▮▮▮▮▮▮?
3       MR. PRICE:  Objection as to time frame.  You
4  mean --
5       A    Yeah, in -- in 2012, yes, when my focus was on
6  trying to value the design patents --
7       Q    Okay.
8       A    -- which isn't my focus today.
9       Q    Would you agree that in 2018 when you
10 performed the step of multiplying ▮▮▮▮▮▮▮▮▮▮
11 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12 ▮▮▮▮▮▮▮▮▮▮▮▮  that that step was an
13 apportionment?
14      MR. PRICE:  Objection; asked and answered.
15      A    Again, I have to say this every time because
16 apportionment is a word of art in this case.  Not in the
17 context of apportioning to a patent in any way is what
18 that is.  It is an allocation, which is a partial
19 allocation, to get to the eventual allocation I need to
20 determine the profit related to an article of
21 manufacture.
22      Q    So you agree that in your January 2018 report
23 you were doing an allocation to get to a profit number
24 for the articles of manufacture identified by Samsung,
25 correct?

1301

1       A    Yes, you said that correctly.
2       Q    And can you explain to us what you understand
3  to be the difference between an allocation and an
4  apportionment?
5       MR. PRICE:  Objection; asked and answered.
6       A    That -- the way I understand, it
7  apportionment -- and the way I've used it for probably
8  close to 40 years, is it is part of general --
9  general -- Georgia Pacific factor number 13 where you
10 have to apportion the value in a product between the
11 patented features and the nonpatented features.
12      I'm not doing that here.  And that's why and
13 the only way I use apportionment.  They are both
14 allocations, but apportionment is a loaded term in
15 patent work.
16      Q    When you did your allocation in your
17 January 2018 report, what were you allocating between?
18      A    A hundred percent of the value of all the
19 factors and attributes that are important to a
20 smartphone and trying to allocate the different factors
21 and attributes that J.D. Powers believes are important
22 based on their factor analysis and regression work and
23 isolating the factors that are related to the articles
24 of manufacture, which is the window glass and the bezel
25 and then also the display panel.

1302

1       Q    In your Jan -- strike that.
2            In your 2012 report, you were trying to
3  isolate the value of ▮▮▮▮▮ of the wireless phone,
4  correct?
5       A    As a step to get to actually the value of the
6  design patents that are just a portion of style and
7  design.
8       Q    And in your 2018 report, you also tried to
9  isolate the value of ▮▮▮▮▮ of the wireless phone,
10 correct?
11      A    No, I'm not trying to isolate that.  I'm -- I
12 am using that.  I then add it and confound it with
13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  So, no, I wouldn't totally
14 agree with what you said.  I never use the ▮▮▮▮▮▮
15 calculate profits.
16      Q    Would you agree that in the J.D. Power
17 surveys, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18      A    No.  I think it's -- it's -- otherwise, it
19 would have been in that category.  No, ▮▮▮▮▮▮▮▮▮
20 ▮▮▮▮▮▮▮▮▮▮▮▮
21      Q    Your report discusses a Strategy Analytics
22 report dated April 2012, correct?
23      A    It does.
24      Q    You do not rely on the Strategy Analytics
25 report to calculate the total profit related to either

1303

1  the D'087 or D'677 articles of manufacture identified by
2  Samsung, correct?
3       A    That is correct.
4       Q    You did not rely on the Strategy Analytics
5  report to calculate the total profit related to the
6  D'305 article of manufacture when the article of
7  manufacture is displaying -- is the displaying screen
8  while displaying the icons, correct?
9       A    That is correct.
10      Q    You did not rely on the Strategy Analytics
11 report to calculate the appropriate damages for
12 Samsung's infringement of the D'087, D'305 and D'677
13 patents together, correct?
14      A    All three together?  I did not.
15      Q    The Strategy Analytics survey, itself, ▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17      A    It does not.
18      Q    The Strategy Analytics survey ▮▮▮▮▮▮▮▮▮▮
19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20 ▮▮▮▮▮?
21      A    It does not.
22      Q    The Strategy Analytics survey ▮▮▮▮▮▮▮▮▮
23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24 ▮▮▮▮▮▮▮▮▮▮▮▮
25      A    It doesn't state that.

Highly Confidential - Attorneys' Eyes Only

Transcript of Michael J. Wagner, Volume 7

Conducted on February 13, 2018

1304

1  Q   The Strategy Analytics survey ▮▮▮▮▮
2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4  A   It does not go to that level of detail.
5  Q   Would you agree with me that the purpose of
6  the Strategy Analytics survey was ▮▮▮▮▮▮▮▮▮
7  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8  A   At least not directly.
9  Q   And would you agree with me that the purpose
10 of the Strategy Analytics survey was ▮▮▮▮▮▮▮
11 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12 A   Yes.  It did not do that.
13 Q   Your report does not explain why ▮▮▮▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ can be used to determine profit
16 on the article of manufacture for the D'305, correct?
17 A   Can you repeat that question?
18 Q   Sure.  Your report does not explain why ▮▮▮
19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ can be used to determine profit
21 on the article of manufacture for the D'305, correct?
22 A   Well, I think the first sentence in
23 paragraph 467 does what I think is appropriate, and I
24 say that it indicates that that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is related to the display

1305

1  screen, which is the article of manufacture that
2  includes the D'305 patent.  So I think it does.
3  Q   Where does your report explain why ▮▮▮▮▮▮
4  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ can be
5  used to determine profit on the article of manufacture?
6  A   Well, if you follow the logic, again, that it
7  is my judgment that there is a relation between the
8  value that the surveyed people that gave information to
9  Strategy Analytics as to what was important to them is
10 related to the profit of that phone.
11 Q   The Strategy Analytics survey was ▮▮▮▮▮▮▮
12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14 A   That is correct.
15 Q   The Strategy Analytics survey was ▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18 A   I -- I disagree with that.  I think that's
19 what they do.  They don't quantify it, but they clearly
20 tell you what's important.
21 Q   The Strategy Analytics survey ▮▮▮▮▮▮▮▮▮
22 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24 A   That is correct.
25 Q   The Strategy Analytics survey does ▮▮▮▮▮

1306

1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4  A   I agree with that.
5  Q   Was there anything in the Strategy Analytics
6  survey that made participants aware of the specific
7  components that Samsung has identified as the article of
8  manufacture?
9  A   No.
10 Q   Would you agree that the Samsung -- strike
11 that.
12     Would you agree that the Strategy Analytics
13 survey ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 A   Yes.
17 Q   And you did not use the Strategy Analytics
18 survey to identify the relevant article of manufacture,
19 correct?
20 A   No -- well, I think I did.  I think -- I --
21 from all the different factors they describe, I think
22 two of them are related to the article of manufacture
23 that Samsung is alleging the D'305 patent includes.
24 Q   You did not use the Strategy Analytics survey
25 as the basis to render an opinion on what the relevant

1307

1  article of manufacture is, correct?
2  A   No.  I did not do that.
3  Q   Your report also discusses a February 18,
4  2011, Comtech report; is that right?
5  A   Yes.
6  Q   Is it correct that you did not use or rely on
7  the Comtech report to calculate the total profit related
8  to any of the article of manufacture identified by
9  Samsung?
10 A   Yes.
11 Q   The Comtech report, itself, does not quantify
12 a value for any product features, correct?
13 A   It does not.
14 Q   The Comtech report does not determine how much
15 any customer was willing to pay for any product feature,
16 correct?
17 A   That is correct.
18 Q   The purpose of the Comtech report was not to
19 determine a monetary value for any component of a
20 smartphone, correct?
21 A   I agree with that.
22 Q   The purpose of the Comtech report was not to
23 determine a monetary value for any feature of a
24 smartphone, correct?
25 A   That is correct.

1308

1  Q  The Comtech report nowhere states that it can
2  or that it should be used to estimate value for any
3  product feature, correct?
4  **A  They did not address that issue.**
5  Q  The Comtech report nowhere states that it can
6  or that it should be used to determine a profit on any
7  purchase driver, correct?
8  **A  That is correct.**
9  Q  You did not offer any opinion in your report
10 that the results of the Comtech report survey can be
11 used to determine profit on the articles of manufacture
12 identified by Samsung, correct?
13 **A  That is correct.**
14 Q  The survey used to create the Comtech report
15 includes ease of use and contract price as reasons for
16 purchase of smartphones, correct?
17 **A  Yes.**
18 Q  Those features, easy to use and contract
19 price, can't be associated with any tangible component
20 of a smartphone, correct?
21 **A  I think ease of use could be.**
22 Q  How --
23 **A  I don't agree with that.**
24 Q  Okay.  How can ease of use be associated with
25 a tangible component?

1309

1  **A  That the touch screen is easier not to use,**
2  **the buttons are easy not to use in the right place.**
3  **There -- I think clearly that there -- those are related**
4  **to ease of use.**
5  Q  Do you have a list of the tangible components
6  of a smartphone that correspond to the easy-to-use
7  reason for purchase identified in the Comtech report?
8  **A  I do not.**
9  Q  The feature of contract price can't be
10 associated with any components, correct?
11 **A  Not individual.  It's possible it could, but**
12 **not with the information that I have available to me in**
13 **this case.**
14 Q  You offer the opinion that, quote, a
15 profitability comparison between the iPhone and iPod
16 products provides a measure of the profit attributable
17 to the iPhone's phone capabilities, correct?
18 **A  I do.**
19 Q  Is it correct that you do not use the
20 comparison of the profitability of iPhone and iPod
21 products to calculate the total profit related to any
22 article of manufacture identified by Samsung?
23 **A  Correct.  I don't do the last step.  I could**
24 **do that, but I did not do it in my report.**
25 Q  Did you perform any investigation of the

1310

1  pricing strategy for the iPod?
2  **A  No.**
3  Q  Did you perform any investigation into the
4  marketing strategy of the iPod?
5  **A  No.**
6  Q  Would you agree that the iPod was marketed at
7  a lower price than the iPhone?
8  **A  Yes.**
9  Q  Would you agree that the iPod and the iPod
10 touch was marketed to a younger demographic than the
11 iPhone?
12 **A  No.  I've -- I've see no evidence of that**
13 **except for two-third party sources cited by Julie Davis.**
14 **I've seen nothing from -- from your client Apple that**
15 **says that.**
16 Q  Do you have a basis to disagree with Ms. Davis
17 that the iPod touch was marketed at a lower price and to
18 a younger demographic in order to provide a lower cost
19 entry point to Apple's ecosystem?
20 MR. PRICE:  Objection, compound.
21 **A  I don't have enough information to say whether**
22 **that's accurate or inaccurate.  And I don't think she**
23 **does either.**
24 Q  Okay.  Let me direct your attention, please,
25 to paragraph 500 of your report.

1311

1  **A  Yes.**
2  Q  Can you summarize the opinion that you're
3  giving in -- beginning in paragraph 500 of your report?
4  **A  Yes.  That if all the products include the**
5  **patents at issue and some phones are more profitable**
6  **than others, clearly that tells me that the reason for**
7  **the greater profitability is -- has to be something**
8  **different than the patents at issue.  And that has to be**
9  **taken into consideration, in my judgment.**
10 Q  To compare the profitability of the different
11 phones that infringe the D'305, you compared the
12 operating profit for each infringing phone, correct?
13 **A  I did.**
14 Q  To compare the profitability of different
15 phones that infringe the D'305, you did not compare the
16 gross profits for each infringing phone, correct?
17 **A  I did not.**
18 Q  Why did you choose to use the operating profit
19 as a basis for comparison instead of gross profit?
20 **A  Because my understanding is it is the total**
21 **profit that's relevant to determining design patent**
22 **damages.  And I do not believe gross profit is anywhere**
23 **close to measuring the total profit, as I said in both**
24 **the first two trials.**
25 Q  To compare the profitability of different

Case 5:11-cv-01846-LHK   Document 3600-10   Filed 03/02/18   Page 23 of 26

Highly Confidential - Attorneys' Eyes Only
Transcript of Michael J. Wagner, Volume 7
Conducted on February 13, 2018

36 (1312 to
1315)

1312

1  phones that infringe the D'677 and D'087 patents, you
2  compared the operating profit for each infringing phone,
3  correct?
4      A  I did.
5      Q  You did not compare the gross profits for each
6  infringing phone, correct?
7      A  I did not.
8      Q  Do you know how your conclusion would have
9  been different if instead of using operating profit as a
10 basis for comparison, you used gross profit?
11     A  Yes. But I haven't committed it to memory.
12 But I believe Julie Davis has calculated that in her
13 reply report, and I have no reason to believe she did it
14 wrong. So you could use her schedules to reply report
15 and compare them to my schedules, and you would know
16 that answer.
17     Q  Now, would you agree with me that each of the
18 infringing phones has the ability to make calls and to
19 send text messages?
20     A  Yes.
21     Q  And would you agree to -- with me that any
22 additional profitability of more profitable phones among
23 the infringing phones must be due to features offered in
24 those phones for reasons unrelated to the ability to
25 make calls or send texts?

1313

1      A  Yes.
2      Q  For phones found to infringe the D'305
3  patents, you calculated ███████████████
4  ███████?
5      A  Well, that was the least profitable phone. I
6  didn't use it, but, yes, that's correct.
7      Q  ███████████████████████
8      A  It does.
9      Q  And for phones that were found to infringe the
10 D'305, you calculated ██████████████████
11 ██████?
12     A  I did.
13     Q  And you calculated the ███████████████
14 ████████████
15     A  I did.
16     Q  Is it your opinion that ███████████
17 ██████████████████
18 ████
19     A  ████████████?
20     Q  Yes.
21     A  Yes.
22     Q  How much less?
23     A  I don't -- I didn't calculate that. It's not
24 necessary for the point I'm making.
25     Q  What is the profit attributable to the ability

1314

1  to make calls?
2      A  I don't know that for certain.
3      Q  Is it your opinion that the profit -- profit
4  attributable to the ability to send text messages is
5  less than ████?
6      A  It's possible, yes.
7      Q  Your logic would say that it is, correct?
8      A  Yes.
9      Q  For phones found to infringe the D'677 and the
10 D'087 patents, you calculate ████████████████████
11 ██████████████████████████
12 ████████████
13     A  I do.
14     Q  And you calculated the ██████████████████
15 ██████████████████
16     A  I do.
17     Q  Is it your opinion that the profit
18 attributable to the ability to make calls is less than
19 ████?
20     A  At least for that phone, yes.
21     Q  Is it also your opinion that the profit
22 attributable to the ability to send text messages for
23 that phone is less than ████████?
24     A  Yes.
25     Q  Would you agree that of the infringing phones

1315

1  that you did a profit comparison for, ████████ is a
2  bit of an outlier?
3      A  Well, when you use any of the extreme numbers,
4  you could characterize it as an outlier. ████████
5  ████████████████████████████████. I
6  don't think it's an outlier. It's just -- it's just one
7  end of the range.
8      Q  Why didn't you use ████ phone?
9      A  Because it would show there's no value to the
10 patents, and I don't think that's appropriate.
11     Q  Your report describes several approaches to
12 calculating the total profit related to article of
13 manufacture, correct?
14     A  Yes.
15     Q  And it's your opinion that the best approach
16 of the ones that you have described is the one that
17 calculates the total profit related to article of
18 manufacture based upon the survey conducted by
19 Dr. Reibstein, correct?
20     A  That is my judgment or was my judgment at the
21 time.
22     Q  Putting aside the survey method based upon --
23 strike that.
24        Putting aside the method described in your
25 report that's based on Dr. Reibstein's survey, do you

1316

1 believe that the other approaches described in your
2 report from paragraphs 405 through 460 are each equally
3 reliable for determining the value of the articles of
4 manufacture identified by Samsung?
5     **A   I don't know if I would like to accept your**
6 **word "reliable."  I think they're all reasonable**
7 **estimates.**
8     Q   Are any, in your view, more reliable or more
9 accurate than another?
10    **A   See, I wouldn't used the words "reliable" or**
11 **"accurate" in describing my work.  I think these are all**
12 **approaches that make sense to me, that could be**
13 **considered, and it's up to the trier of fact to decide**
14 **which one they think is the most reliable or accurate.**
15 **But I think they are all reasonable estimates or ways of**
16 **approaching this problem.**
17    Q   Why did you believe -- strike that.
18        Why do you believe that the method based upon
19 Dr. Reibstein's survey is a better indicator of value
20 for the article of manufacture identified by Samsung
21 than the other methods?
22    **A   Because his survey was designed to get me that**
23 **information, was tailored to that, and gave more**
24 **granular information as to the articles of manufacture**
25 **than my other sources.**

1317

1     Q   And why did you think that that provided a
2 better indicator of value for the articles of
3 manufacture identified by Samsung?
4     **A   Based on my experience and judgment as a**
5 **damage expert that I'm always looking for yardsticks in**
6 **every case, and my judgment that that's the best and**
7 **most accurate yardstick of the ones I've considered in**
8 **this case.**
9        (Deposition Exhibit 8 was marked for
10 identification.)
11    Q   Let me show you what I've marked as Exhibit 8,
12 which was previously marked as PX 134 in this case.
13        Do you recognize that document?
14    **A   You know, it looks familiar, but I have to**
15 **read it to see whether I actually have read it before.**
16    Q   This is a document you have cited in your
17 January 2018 report, correct?
18    **A   I've looked at every document that I relied**
19 **upon.  It's not jumping out at me as to what I used this**
20 **document for.**
21    Q   Could you turn, please, to the third page of
22 the document?
23    **A   Yes.**
24    Q   Do you see on that page a box comparing
25 different smartphones, including the iPhone and the

1318

1 Samsung BlackJack?
2     **A   I do.**
3     Q   Do you see Apple's D'667 design reflected in
4 the image of the iPhone in that box?
5     **A   Not according to Dr. Lucente, no, I don't.**
6     Q   Why not?
7     **A   'Cause I don't see a black screen.  There --**
8 **there's -- there's colors on this screen.**
9     Q   Do you see Apple's D'087 design reflected in
10 the image of the iPhone in that box?
11    **A   Probably.**
12    Q   Can you describe it?
13    **A   Well, there's -- looks like there's a bezel**
14 **around it, and it's a rectangular with rounded corners**
15 **phone that practices the D'087 patent specific design.**
16    Q   Do you see Apple's D'305 design reflected in
17 the image of the iPhone in that box?
18    **A   Yes.**
19    Q   Can you describe it?
20    **A   That's the -- the -- the boxes -- the images**
21 **that are on that screen.**
22        (Deposition Exhibit 9 was marked for
23 identification.)
24    Q   Let me now hand you what I've marked as
25 Exhibit 9, which was previously marked in this case as

1319

1 PX 174.  Do you recognize this document?
2     **A   I don't.**
3     Q   Can you turn, please, to the second page of
4 the document.
5        Can you describe the image that you see on the
6 second page?
7     **A   Well, it appears to be a photo of the Samsung**
8 **Vibrant and the iPhone 3G.**
9     Q   Do you see Apple's D'667 design reflected in
10 the iPhone on the left-hand side of the image?
11    **A   No.  Again, according to my understanding of**
12 **Samsung's expert, it does not.**
13    Q   Do you see Apple's D'67 -- D'667 design
14 reflected in the Samsung Vibrant phone on the right-hand
15 side of the image?
16    **A   Same answer.  Again, there's actually zero**
17 **black on that screen.**
18    Q   Do you see Apple's D'087 design reflected in
19 the iPhone on the left-hand side of the image?
20    **A   I believe I do.**
21    Q   Can you describe it?
22    **A   It's the same description I gave for the last**
23 **exhibit we talked about, the answer would be exactly the**
24 **same.**
25    Q   Do you see Apple's D'087 design reflected in

Highly Confidential - Attorneys' Eyes Only
Transcript of Michael J. Wagner, Volume 7
Conducted on February 13, 2018



1328

1    A    It does not.
2    Q    Would you agree with me that ▮▮▮
3    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
4    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
5    A    It does not.
6    Q    Would you agree with me that ▮▮▮
7    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9    A    It does not.
10   Q    Would you agree with me that ▮▮▮
11   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13   A    I don't have to look because it says ▮▮▮
14   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ so I know it does not.
15   Q    Would you agree with me that ▮▮▮
16   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17   ▮▮▮▮?
18   A    It does not.
19   Q    This spreadsheet includes ▮▮▮▮▮▮
20   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
21   A    As I already told you this morning, yes.
22   Q    This spreadsheet includes ▮▮▮▮▮▮
23   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
24   A    Yes.
25   Q    This spreadsheet includes ▮▮▮▮▮▮

1329

1    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
2    A    Yes.
3    Q    This spreadsheet includes ▮▮▮▮▮▮
4    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
5    A    Yes.
6    Q    And this spreadsheet includes ▮▮▮▮
7    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9    A    Yes.
10   Q    Is it your understanding that -- that STA has
11   purchase or usage data for infringing phones that is not
12   included in this spreadsheet?
13   A    I have no information besides what's in this
14   spreadsheet.
15   Q    You have no information on ▮▮▮▮▮▮▮
16   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ other
17   than what's in this spreadsheet, correct?
18   A    Yes. The two tabs of the spreadsheet, yes.
19   And we've been focusing on ▮▮▮▮▮▮▮▮▮▮
20   for all the answers I've given you so far. I have not
21   checked that same information is identical in ▮▮▮▮
22   ▮▮▮▮▮▮▮▮▮▮▮.
23   Q    Weren't you looking at ▮▮▮▮▮▮▮▮ for
24   the questions I asked you about --
25   A    No.

1330

1    Q    -- purchase?
2    A    No. You gave it to me with ▮▮▮▮▮▮
3    ▮▮▮▮▮▮ so I assumed that's the one you wanted me to
4    look at.
5    Q    Okay.
6         Why don't you look at ▮▮▮▮▮▮▮▮▮?
7    A    Okay.
8    Q    So we're straight.
9    A    If you represent to me they're identical, I'll
10   accept your representation.
11   Q    Well, let's look at the ▮▮▮▮▮▮▮▮▮
12   A    I'm there.
13   Q    Do you have that open?
14   A    Okay.
15   Q    Okay.
16        So can you confirm for me that the spreadsheet
17   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18   ▮▮▮?
19   A    Yes.
20   Q    Can you confirm for me that the spreadsheet
21   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22   ▮▮▮▮?
23   A    Yes.
24   Q    Can you confirm for me that the spreadsheet
25   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1331

1    ▮▮▮▮▮▮▮
2    A    Yes.
3    Q    The spreadsheet ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮?
5    A    Yes.
6    Q    The spreadsheet ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8    A    Yes.
9    Q    You can put that aside.
10   A    Thank you.
11   Q    Can you turn in your report to
12   schedule 36.10-4T on page 902.
13   A    Yes.
14   Q    What is that schedule?
15   A    Pardon me?
16   Q    What is that schedule?
17   A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21   Q    In the left-hand column, you have listed
22   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24   A    Yes.
25   Q    These is -- this ▮▮▮▮▮▮▮▮▮▮▮▮▮



1332

1   ▆▆▆▆   correct?
2   A   Yes.
3   Q   And this ▆▆▆▆▆▆▆▆▆▆▆▆▆
4   ▆▆▆▆▆▆
5   A   I agree with that.
6   Q   Can you list for us the features that you
7   would regard to be ▆▆▆▆▆▆▆▆?
8   A   In --
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1333

1   ▆▆▆▆▆▆▆▆▆▆
2   Q   Can you turn back one page in your report to
3   page 901, schedule 36.9-4T.
4   A   I'm at 901.
5   Q   Can you turn --
6   MR. PRICE:  I'm going to -- I'm going to pose
7   a belated objection as to ambiguity regarding the word
8   ▆▆▆
9   Q   Can you turn, please, to page 903,
10  schedule 36.10-4T, as in Tom?
11  A   903 is the last page of schedule 36-10-4T?
12  Q   Correct.
13  A   Yes.
14  Q   Do you see that there ▆▆▆▆▆▆
15  ▆▆▆▆▆▆▆?
16  A   Yeah.  I just talked about that in my last
17  answer.
18  Q   Okay.  And you would regard ▆▆▆▆
19  ▆▆▆▆▆▆▆
20  ▆
21  A   To be consistent with the last answer I gave
22  you, yes.
23  MR. PRICE:  Same objection.
24  MR. SELWYN:  Okay.  Mr. Wagner, I have no
25  further questions at this time.

1334

1   THE WITNESS:  Thank you.
2   MR. PRICE:  No questions.
3   MR. ANDERSON:  And we'll mark it highly
4   confidential outside attorneys' eyes only.
5   THE REPORTER:  Repeat, please.  Highly
6   confidential, attorneys' eyes only?
7   MR. PRICE:  And you guys have the standard...?
8   THE VIDEOGRAPHER:  All right.  This concludes
9   today's video deposition -- deposition of Michael
10  Wagner, volume number VII.  This concludes media
11  number 2.  We are off the video record at 2:23 p.m.
12  (The deposition concluded at 2:23 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

1335

1   CERTIFICATE OF SHORTHAND REPORTER
2
3   I, Charlotte Lacey, the officer before whom the
4   foregoing deposition was taken, do hereby certify that
5   the foregoing transcript is a true and correct record of
6   the testimony given; that said testimony was taken by me
7   stenographically and thereafter reduced to typewriting
8   under my direction; that reading and signing was not
9   requested; and that I am neither counsel for, related
10  to, nor employed by any of the parties to this case and
11  have no interest, financial or otherwise, in its
12  outcome.
13
14   IN WITNESS WHEREOF, I have hereunto subscribed my
15  hand this 15th day of February, 2018.
16
17
18  _____
19  Charlotte Lacey, RPR, CSR #14224
20
21
22
23
24
25