QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and
Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF MARK GRAY IN SUPPORT OF SAMSUNG'S OPPOSITION TO MOTION TO EXCLUDE MR. WAGNER'S TESTIMONY REGARDING PURPORTED APPORTIONMENT** |

# DECLARATION OF MARK GRAY

I, Mark Gray, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").[1] I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the official transcript of the oral argument held October 11, 2016 before the United States Supreme Court in *Samsung Elecs. Co., Ltd v. Apple Inc.,* No. 15-777.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the transcript of the February 13, 2018 deposition of Michael J. Wagner.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the transcript of the February 15, 2018 deposition of Julie Davis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed March 9, 2018, at Redwood Shores, California.

> */s/ Mark Gray*
> Mark Gray

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Mark Gray has concurred in the aforementioned filings.

                                             */s/ Victoria Maroulis*

                                             Victoria Maroulis