1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  John B. Quinn (Bar No. 90378)
   johnquinn@quinnemanuel.com
3  William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
4  Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
5  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
6  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
7
   Kathleen M. Sullivan (Bar No. 242261)
8  kathleensullivan@quinnemanuel.com
   Kevin P.B. Johnson (Bar No. 177129)
9  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
10 victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
11 Redwood Shores, California 94065-2139
   Telephone:  (650) 801-5000
12 Facsimile:  (650) 801-5100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and
14 Samsung Telecommunications America, LLC

15

16                           UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK
   |---|---|
19 | Plaintiff, | **DECLARATION OF MARK GRAY IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO EXCLUDE WAGNER TESTIMONY REGARDING SDC COST DATA, APPLE COST DATA, AND WHITE PHONES**
20 | vs. |
21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, |
22 | |
23 | |
24 | Defendants. |


I, Mark Gray, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").[1] I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Pursuant to Local Rules 7-11 and 79-5, I make this declaration in support of Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Opposition to Apple's Motion to Exclude Wagner Testimony Regarding SDC Cost Data, Apple Cost Data, and White Phones and the Exhibits thereto.

3. Samsung's Opposition to Apple's Motion to Exclude Wagner Testimony Regarding SDC Cost Data, Apple Cost Data, and White Phones only addresses the admissibility of evidence at trial, and is thus non-dispositive. Therefore, documents submitted in connection with Samsung's Opposition may be sealed upon a showing of "good cause." *Apple Inc. v. Samsung Elecs. Co., Ltd.*, 727 F.3d 1214, 1222 (Fed. Cir. 2013); *see also Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Though Samsung does not believe them applicable here, Samsung notes there may be exceptions to the Ninth Circuit's general rule that the "good cause" standard applies to documents attached to motions that are nominally non-dispositive. For example, in *In re Midland*, the Ninth Circuit applied the "compelling reasons" standard to a *Daubert* motion because it "may be effectively dispositive of a motion for summary judgment." 686 F.3d at 1119 (internal quotation marks omitted). Samsung is not aware of any Ninth Circuit precedent applying the "compelling reasons" standard to non-dispositive motions regarding the admissibility of evidence at trial.

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

1          4.       Samsung moves to seal information designated highly confidential by Apple and
2  expects that Apple will file the required supporting declaration in accordance with Civil Local
3  Rule 79-5 as necessary to confirm whether the information should be sealed.  Samsung also moves
4  to seal references to the confidential financial information of nonparty Samsung Display Co. Ltd.
5  Samsung further moves to seal references to Samsung's own supplier information.
6          5.       The following chart indicates the documents that Samsung seeks to seal:

| Document | Portions to be Filed Under Seal | Parties Claiming Confidentiality |
|---|---|---|
| Samsung's Opposition to Apple's Motion to Exclude Wagner Testimony Regarding SDC Cost Data, Apple Cost Data, and White Phones | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Samsung claims are confidential. | Samsung, Apple |
| Exhibit A to the Declaration of Mark Gray in Support of Samsung's Opposition to Apple's Motion to Exclude Wagner Testimony Regarding SDC Cost Data, Apple Cost Data, and White Phones | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Samsung claims are confidential. | Samsung |
| Exhibit C to the Declaration of Mark Gray in Support of Samsung's Opposition to Apple's Motion to Exclude Wagner Testimony Regarding SDC Cost Data, Apple Cost Data, and White Phones | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Samsung claims are confidential. | Samsung |
| Exhibit D to the Declaration of Mark Gray in Support of Samsung's Opposition to Apple's Motion to Exclude Wagner Testimony Regarding SDC Cost Data, Apple Cost Data, and White Phones | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Apple claims are confidential. | Apple |
| Exhibit E to the Declaration of Mark Gray in Support of Samsung's Opposition to Apple's Motion to Exclude Wagner Testimony | The portions highlighted in the version of the document Samsung will file with the Court | Apple |

| | | |
|---|---|---|
| Regarding SDC Cost Data, Apple Cost Data, and White Phones | indicating the portions Apple claims are confidential. | |
| Exhibit F to the Declaration of Mark Gray in Support of Samsung's Opposition to Apple's Motion to Exclude Wagner Testimony Regarding SDC Cost Data, Apple Cost Data, and White Phones | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Apple claims are confidential. | Apple |
| Exhibit G to the Declaration of Mark Gray in Support of Samsung's Opposition to Apple's Motion to Exclude Wagner Testimony Regarding SDC Cost Data, Apple Cost Data, and White Phones | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Apple claims are confidential. | Apple |
| Exhibit H to the Declaration of Mark Gray in Support of Samsung's Opposition to Apple's Motion to Exclude Wagner Testimony Regarding SDC Cost Data, Apple Cost Data, and White Phones | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Samsung claims are confidential. | Samsung |

1   I declare under penalty of perjury that the foregoing is true and correct.  Executed on

2   March 9, 2018, at Redwood City, California.

3   Dated:   March 9, 2018                                QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Mark Gray*
     Mark Gray

     Attorney for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

## **ATTESTATION**

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rules 5-1(i), I hereby attest that Mark Gray has consented to this filing.

Dated: March 9, 2018          */s/ Victoria Maroulis*
                              Victoria Maroulis