QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF MARK GRAY IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION TO EXCLUDE WAGNER TESTIMONY REGARDING COST DATA**<br><br>**Date:**   March 29, 2018<br>**Time:**   1:30 p.m.<br>**Place:**   Courtroom 8, 4th Floor<br>**Judge:**   Hon. Lucy H. Koh |

02198-51855/9904154.1

Case No. 11-cv-01846-LHK
DECLARATION OF MARK GRAY IN SUPPORT OF SAMSUNG'S
OPPOSITION TO APPLE'S MOTION TO EXCLUDE RE COSTS

I, Mark Gray, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").[1] I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit A. is a true and correct copy of a document produced by Samsung in this action and stamped with Bates SAMNDCA30000055. Samsung produced this document on December 6, 2017 in addition to other documents.

3. Attached as Exhibit B. is a true and correct copy of Samsung's Responses to Apple's Second Set of Interrogatories (Nos. 10-18), which Samsung served on Apple on December 14, 2017.

4. Attached as Exhibit C. is a true and correct copy of excerpts from the Dec. 14, 2017 deposition transcript of Samsung employee Dongwook Kim.

5. Attached as Exhibit D. is a true and correct copy of excerpts from the Feb. 15, 2018 deposition transcript of Apple damages expert Julie Davis.

6. Attached as Exhibit E. is a true and correct copy of a Feb. 5, 2018 letter sent by Apple's counsel to counsel regarding Apple's production of component cost information.

7. Attached as Exhibit F. is a true and correct copy of a Dec. 22, 2017 letter sent from counsel for Samsung to Apple's counsel regarding Apple's failure to produce component cost information.

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

-1-   Case No. 11-cv-01846-LHK (PSG)
DECLARATION OF MARK GRAY IN SUPPORT OF SAMSUNG'S
OPPOSITION TO APPLE'S MOTION TO EXCLUDE RE COSTS

1  8. Attached as Exhibit G. is a true and correct copy of a Feb. 9, 2018 letter sent from
2  counsel for Apple to counsel from Samsung regarding the status of Apple's production of
3  component cost information.
4  9. Attached as Exhibit H. is a true and correct copy of excerpts from the Feb. 13, 2018
5  deposition transcript of Samsung damages expert Michael Wagner.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 9, 2018, at Redwood Shores, California.

                                                  */s/ Mark Gray*
                                                  Mark Gray

**Local Rule 5-1(i)(3) Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being utilized for the filing of this document. I attest that Mark Gray has consented in the filing of this declaration.

Executed on March 9, 2018 at Redwood Shores, CA.


By */s/ Victoria F. Maroulis*
Victoria F. Maroulis

02198-51855/9904154.1

-3-   Case No. 11-cv-01846-LHK (PSG)
DECLARATION OF MARK GRAY IN SUPPORT OF SAMSUNG'S
OPPOSITION TO APPLE'S MOTION TO EXCLUDE RE COSTS