1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  WHEREAS, Apple Inc. ("Apple") has filed an administrative motion for leave to file
2  documents under seal;
3  Having considered said motion, and for good cause shown, the Court GRANTS Apple's
4  motion and ORDERS that the documents below be filed under seal:

| **Document** |
|---|
| Apple's Opposition to Samsung's Motion to Exclude the Expert Opinions of Alan D. Ball and Susan Kare |
| Exhibit A to my Declaration in Opposition to Samsung's Motion to Exclude the Expert Opinions of Alan D. Ball and Susan Kare (Excerpts From The Transcript Of The Deposition of Alan D. Ball On February 13, 2018) |
| Exhibit B to my Declaration in Opposition to Samsung's Motion to Exclude the Expert Opinions of Alan D. Ball and Susan Kare (Excerpts From The Transcript Of The Deposition Of Samuel A. Lucente On February 14, 2018) |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Court Judge