ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN OPPOSITION TO SAMSUNG'S MOTION TO EXCLUDE EXPERT OPINIONS OF ALAN D. BALL AND SUSAN KARE**<br><br>Date:   March 29, 2018<br>Time:   1:30 p.m.<br>Place:  Courtroom 8, 4th Floor<br>Judge:  Hon. Lucy H. Koh |

Declaration of Mark D. Selwyn In Opposition To Samsung's Motion To Exclude Expert Opinions
of Alan D. Ball and Susan Kare
Case No. 11-CV-01846-LHK

1

I, Mark D. Selwyn, hereby declare:

1. I am an attorney admitted to practice in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am a member of the Bar of this Court. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned matter. I make this declaration based upon my personal knowledge and/or investigation of the facts set forth herein. If called to testify, I could and would testify competently to the facts stated herein.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the transcript of the deposition of Alan D. Ball taken on February 13, 2018.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the transcript of the deposition of Samuel A. Lucente taken on February 14, 2018.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge upon reasonable investigation.

Executed this 9th day of March 2018, in Palo Alto, California.


*/s/Mark D. Selwyn*
Mark D. Selwyn

DECLARATION OF MARK D. SELWYN IN OPPOSITION TO SAMSUNG'S MOTION TO EXCLUDE EXPERT OPINIONS OF ALAN D. BALL AND SUSAN KARE
CASE NO. 11-CV-01846-LHK

2

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 9, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

                                        */s/ Mark D. Selwyn*
                                        Mark D. Selwyn