ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

APPLE INC., a California corporation,

      Plaintiff,

    vs.

SAMSUNG ELECTRONICS CO., LTD., a
Korean business entity; SAMSUNG
ELECTRONICS AMERICA, INC., a New
York corporation; SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC, a Delaware limited liability company,

      Defendants.

Case No. 11-cv-01846-LHK

**DECLARATION OF MARK D.
SELWYN IN SUPPORT OF APPLE'S
ADMINISTRATIVE MOTION TO
FILE DOCUMENTS UNDER SEAL**

I, Mark D. Selwyn, hereby declare:

1.      I am an attorney admitted to practice in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am a member of the Bar of this Court.  I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned matter.  I make this declaration based upon my personal knowledge and/or investigation of the facts set forth herein.  If called to testify, I could and would testify competently to the facts stated herein.

2.      Pursuant to Local Rule 79-5, I submit this declaration in support of Apple's Administrative Motion to File Documents Under Seal.

3.      Apple's Opposition to Samsung's Motion to Exclude the Expert Opinions of Julie L. Davis and Exhibits A and B to my Declaration in Opposition to Samsung's Motion to Exclude the Expert Opinions of Julie L. Davis contain information that defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and/or Samsung Telecommunications America, LLC (collectively, "Samsung") may consider confidential.

4.      Apple does not assert a claim of confidentiality over its Opposition to Samsung's Motion to Exclude the Expert Opinions of Julie L. Davis and Exhibits A and B to my Declaration in Opposition to Samsung's Motion to Exclude the Expert Opinions of Julie L. Davis.

5.      Apple expects that Samsung will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether the information contained in the aforementioned documents should be sealed.

6.      Accordingly, Apple requests that Apple's Administrative Motion to File Documents Under Seal be granted.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of March 2018.

*/s/ Mark D. Selwyn*
Mark D. Selwyn

1

## <u>CERTIFICATE OF SERVICE</u>

2

The undersigned hereby certifies that a true and correct copy of the above and foregoing

3

document has been served on March 9, 2018, to all counsel of record who are deemed to have

4

consented to electronic service via the Court's CM/ECF system.

5

6          */s/ Mark D. Selwyn*
          Mark D. Selwyn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28