UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  WHEREAS, Apple Inc. ("Apple") has filed an administrative motion for leave to file
2 documents under seal;
3  Having considered said motion, and for good cause shown, the Court GRANTS Apple's
4 motion and ORDERS that the documents below be filed under seal:

| Document |
| --- |
| Apple's Opposition to Samsung's Motion to Exclude the Expert Opinions of Julie L. Davis |
| Exhibit A to my Declaration in Opposition to Samsung's Motion to Exclude the Expert Opinions of Julie L. Davis (Excerpts from the Transcript of the Deposition of Terry Musika on May 14, 2012) |
| Exhibit B to my Declaration in Opposition to Samsung's Motion to Exclude the Expert Opinions of Julie L. Davis (Excerpts from the Rebuttal Report of Michael J. Wagner dated January 29, 2018) |

13  **IT IS SO ORDERED.**

15 DATED: _____

The Honorable Lucy H. Koh
United States District Court Judge