1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1  WHEREAS, Apple Inc. ("Apple") has filed an administrative motion for leave to file
2  documents under seal;
3  Having considered said motion, and for good cause shown, the Court GRANTS Apple's
4  motion and ORDERS that the documents below be filed under seal:

| **Document** |
|---|
| Opposition to Samsung's Motion for Partial Summary Judgment |
| Exhibit A to my Declaration in Opposition to Samsung's Motion for Summary Judgment (Excerpts From The Transcript of the Deposition of Samuel A. Lucente on February 14, 2018) |
| Exhibit B to my Declaration in Opposition to Samsung's Motion for Summary Judgment (Excerpts From The Transcript of the Deposition of Jinsoo Kim on December 19, 2017) |
| Exhibit C to my Declaration in Opposition to Samsung's Motion for Summary Judgment (Excerpts From The Transcript Of The Deposition Of Drew Blackard On December 13, 2017) |
| Exhibit D to my Declaration in Opposition to Samsung's Motion for Summary Judgment (Excerpts From The Transcript Of The Deposition Of Jee-Yeun Wang On December 20, 2017) |
| Exhibit E to my Declaration in Opposition to Samsung's Motion for Summary Judgment (Excerpts From The Transcript Of The Deposition Of Justin Denison on December 20, 2017) |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Court Judge