ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF ALAN D. BALL** |

1   I, Alan D. Ball, hereby declare as follows:

2   1.   I submitted an opening expert report dated January 15, 2018 that includes my
3   opinions related to the identification of articles of manufacture for the upcoming trial.  I also
4   submitted a reply expert report dated February 9, 2018 that provides my responses to Samsung's
5   expert with respect to the same issues.  My opinions are accurately set forth in my reports.

6   2.   A true and correct copy of my January 15, 2018 opening expert report is attached
7   hereto as Exhibit A.

8   3.   A true and correct copy of my February 9, 2018 reply expert report is attached
9   hereto as Exhibit B.

11   I declare under penalty of perjury that the foregoing is true and correct.  Executed this 9th
12   day of March 2018, in Somerville, Massachusetts.

Alan D. Ball

1 **CERTIFICATE OF SERVICE**

2   I hereby certify that a true and correct copy of the above and foregoing document has been
3 served on March 9, 2018, to all counsel of record who are deemed to have consented to electronic
4 service via the Court's CM/ECF system per Civil Local Rule 5.4.

6     */s/ Mark D. Selwyn*
      Mark D. Selwyn