ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>  Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF SUSAN D. KARE, PH.D.** |

1    I, Susan D. Kare, hereby declare as follows:

2    1.    I submitted an opening expert report dated January 15, 2018 that includes my opinions related to the identification of articles of manufacture for the upcoming trial. I also submitted a reply expert report dated February 9, 2018 that provides my responses to Samsung's expert with respect to the same issues. My opinions are accurately set forth in my reports.

3    2.    A true and correct copy of my January 15, 2018 opening expert report is attached hereto as Exhibit A.

4    3.    A true and correct copy of my February 9, 2018 reply expert report is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of March 2018, in San Francisco, California.

*Susan D. Kare*

Susan D. Kare, Ph.D.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 9, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

*/s/ Mark D. Selwyn*
Mark D. Selwyn