QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and
Samsung Telecommunications America, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S NOTICE RE APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 3605)** |

1  Apple Inc. has filed an Administrative Motion to File Under Seal Documents Relating to
2  Apple's Opposition to Samsung's Motion to Exclude Expert Opinions of Alan D. Ball and Susan
3  Kare.  Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively,
4  "Samsung")[1] does not maintain a claim of confidentiality over any documents identified in
5  Apple's Motion to Seal (Dkt. 3605).

6  Dated:   March 13, 2018                              QUINN EMANUEL URQUHART &
                                                        SULLIVAN, LLP

10                                          By   /s/ Michael L. Fazio
                                                 Michael L. Fazio

12                                          Attorney for SAMSUNG ELECTRONICS CO.,
                                            LTD. and SAMSUNG ELECTRONICS
                                            AMERICA, INC.

---

[1]  Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.