```
 1  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
 2  John B. Quinn (Bar No. 90378)
    johnquinn@quinnemanuel.com
 3  William C. Price (Bar No. 108542)
    williamprice@quinnemanuel.com
 4  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
 5  865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
 6  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
 7
    Kathleen M. Sullivan (Bar No. 242261)
 8  kathleensullivan@quinnemanuel.com
    Kevin P.B. Johnson (Bar No. 177129)
 9  kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
10  victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
11  Redwood Shores, California 94065-2139
    Telephone:  (650) 801-5000
12  Facsimile:  (650) 801-5100

13  Attorneys for Samsung Electronics Co., Ltd.,
    Samsung Electronics America, Inc., and
14  Samsung Telecommunications America, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 3606)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

## DECLARATION OF MICHAEL L. FAZIO

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").[1] I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Apple's Administrative Motion to File Under Seal Apple's Opposition to Samsung's Motion to Exclude Expert Opinions of Julie L. Davis and the Exhibits thereto (Dkt. 3606).

3. Samsung seeks to seal portions of Apple's Opposition to Samsung's Motion to Exclude Expert Opinions of Julie L. Davis and the Exhibits thereto, that identify Samsung financial information, including the unit sales for accused products and Samsung's profit margins.[2] As explained in detail in the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support of administrative motions to file under seal, which are hereby incorporated by reference, Samsung considers such financial data highly confidential. *See* Dkt. Nos. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's Reply ISO MTS); *see also* Dkt. Nos. 810, 821, 858, 874, 949, 960 (providing compelling reasons why various categories of Samsung-confidential information should be filed under seal). Such information is properly sealable. *See Apple v. Samsung*, 727 F.3d at 1224-26 (compelling reasons exist to seal product-specific financial information, including sales data); Dkt. Nos. 2089, 2098, 2103, 2176 (ordering financial information, including data similar to that at issue here, sealed).

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

[2] Samsung's proposed redactions of financial information are indicated in ==yellow== in the highlighted versions that Samsung will serve on Apple.

1    4.    In accordance with the Court's Order requiring the parties to meet and confer
2 before filing public redacted documents, Samsung will serve highlighted versions of Apple's
3 Opposition to Samsung's Motion to Exclude Expert Opinions of Julie L. Davis and the Exhibits
4 thereto on Apple, pursuant to the color highlighting scheme that Samsung has described herein,
5 and Apple will file conformed highlighted versions within seven days of this Declaration.  (*See*
6 Dkt. No. 2934.)

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.  Executed March 13, 2018, at Los Angeles, California.

*/s/ Michael L. Fazio*
Michael L. Fazio

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the above Declaration.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in the aforementioned filings.

                                          */s/ Victoria Maroulis*

                                          Victoria Maroulis