| | |
|---|---|
| ERIK J. OLSON (CA SBN 175815) | WILLIAM F. LEE *(pro hac vice)* |
| ejolson@mofo.com | william.lee@wilmerhale.com |
| NATHAN B. SABRI (CA SBN 252216) | WILMER CUTLER PICKERING |
| nsabri@mofo.com |   HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 60 State Street |
| 425 Market Street | Boston, Massachusetts 02109 |
| San Francisco, California 94105-2482 | Telephone: (617) 526-6000 |
| Telephone: (415) 268-7000 | Facsimile: (617) 526-5000 |
| Facsimile: (415) 268-7522 | |
| | MARK D. SELWYN (CA SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
|     Plaintiff, | |
| vs. | Case No. 11-cv-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **DECLARATION OF MARK D. SELWYN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (DKT. 3604)** |
|     Defendants. | |

I, Mark D. Selwyn, hereby declare:

1. I am an attorney admitted to practice in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am a member of the Bar of this Court. I am a partner at the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned matter. I make this declaration based upon my personal knowledge and/or investigation of the facts set forth herein. If called to testify, I could and would testify competently to the facts stated herein.

2. Pursuant to Local Rule 79-5, I submit this declaration in support of Samsung's Administrative Motion to File Documents Under Seal (Dkt. 3604) ("Samsung's Sealing Motion"), which seeks to seal documents relating to Samsung's Opposition to Apple's Motion to Exclude Wagner Testimony Regarding SDC Cost Data, Apple Cost Data, and White Phones ("Samsung's Opposition") (Dkt. 3604-2). Specifically, I submit this declaration in support of sealing portions of (1) Samsung's Opposition; (2) the February 5, 2018 letter from Mark D. Selwyn to Michael Zeller (Dkt. 3604-8); (3) the December 22, 2017 letter from Michael Zeller to Mark D. Selwyn (Dkt. 3604-9); and (4) the February 9, 2018 letter from Mark D. Selwyn to Sara Jenkins (Dkt. 3604-10).

3. The highlighted portions of these documents discuss sensitive Apple financial, cost, and/or licensing information.

4. Apple treats this information as confidential, does not publicly disclose or disseminate this information, and the disclosure of such information can be used by Apple's competitors to its disadvantage.

5. The relief requested by Samsung's Sealing Motion and supported by this declaration is necessary and narrowly tailored to protect Apple's confidential business information. *See, e.g.*, *Schwartz v. Cook*, No. 5:15-cv-03347-BLF, 2016 WL 1301186, at *2 (N.D. Cal. Apr. 4, 2016) (granting motion to seal documents concerning a party's "business performance, structure, and finances that could be used to gain unfair business advantage against them"); *Finjan, Inc. v. Proofpoint, Inc.*, No. 13-CV-05808-HSG, 2016 WL 7911651, at *1 (N.D.

Cal. Apr. 6, 2016) (finding, *inter alia*, pricing information and similar financial data sealable); *TVIIM, LLC v. McAfee, Inc.*, No. 13-CV-04545-HSG, 2015 WL 4448022, at *3 (N.D. Cal. July 19, 2015) (similar).

6. Apple does not assert a claim of confidentiality over the remaining exhibits to Samsung's Sealing Motion.

7. Accordingly, Apple requests that Samsung's Administrative Motion for Leave to File Documents Under Seal (Dkt. 3604) be granted as set forth above.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge upon reasonable investigation.

Executed this 13th day of March 2018, in Palo Alto, California.

/s/Mark D. Selwyn
Mark D. Selwyn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 13, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                                         */s/Mark D. Selwyn*
                                                                         Mark D. Selwyn