QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and
Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF KARA M. BORDEN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT OPINIONS OF JULIE L. DAVIS** |

I, Kara M. Borden, declare:

1. I am a member of the State Bar of California, the State Bar of Oregon, admitted to practice before this Court, and an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").[1] I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Pursuant to Local Rules 7-11 and 79-5, I make this declaration in support of Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Reply in Support of Motion to Exclude Expert Opinions of Julie L. Davis and the Exhibits thereto.

3. Exhibit 2 to Samsung's Reply in Support of Motion to Exclude Expert Opinions of Julie L. Davis contains information that reveals confidential Samsung profit margins. As explained in detail in the previously filed declaration of Michael L. Fazio (Dkt. 3609), which incorporated the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support of administrative motions to file under seal, which are hereby incorporated by reference, Samsung considers such financial data highly confidential. *See* Case No. 12-cv-00630, Dkt. Nos. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's Reply ISO MTS); see also Dkt. Nos. 810, 821, 858, 874, 949, 960 (providing compelling reasons why various categories of Samsung-confidential information should be filed under seal). Such information is properly sealable. *See Apple v. Samsung*, 727 F.3d at 1224-26 (compelling reasons exist to seal product-specific financial information, including profit margins); Dkt. Nos. 2089, 2098, 2103, 2176 (ordering financial information, including data similar to that at issue here, sealed).

4. Samsung's Reply in Support of Motion to Exclude Expert Opinions of Julie L. Davis and Exhibit 1 thereto contain information that Apple may consider confidential. Samsung

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

1  expects that Apple will filed the required supporting declaration in accordance with Civil Local
2  Rule 79-5 as necessary to confirm whether the information contained in the aforementioned
3  documents should be sealed.
4
5        I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct.  Executed March 16, 2018, at Los Angeles, California.

      */s/ Kara Borden*
      Kara Borden

## ATTESTATION

I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rules 5-1(i), I hereby attest that Kara M. Borden has consented to this filing.

Dated: March 16, 2018                         */s/ Victoria Maroulis*
                                              Victoria Maroulis