| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | John B. Quinn (Bar No. 90378)<br>johnquinn@quinnemanuel.com |
| 3 | William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com |
| 4 | Michael T. Zeller (Bar No. 196417)<br>michaelzeller@quinnemanuel.com |
| 5 | 865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017 |
| 6 | Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 7 | |
| 8 | Kathleen M. Sullivan (Bar No. 242261)<br>kathleensullivan@quinnemanuel.com |
| 9 | Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com |
| 10 | Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com |
| 11 | 555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139 |
| 12 | Telephone:  (650) 801-5000<br>Facsimile:  (650) 801-5100 |
| 13 | Attorneys for Samsung Electronics Co., Ltd., |
| 14 | Samsung Electronics America, Inc., and<br>Samsung Telecommunications America, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19 | Plaintiff, | **DECLARATION OF KARA M. BORDEN IN SUPPORT OF SAMSUNG'S REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT OPINIONS OF JULIE L. DAVIS** |
| 20 | vs. | |
| 21 | SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |

**DECLARATION OF KARA M. BORDEN**

I, Kara M. Borden, declare:

1. I am a member of the State Bar of California, the State Bar of Oregon, admitted to practice before this Court, and an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").[1] I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the Transcript of the February 15, 2018 Deposition of Julie Davis.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the November 06, 2015 Rebuttal Expert Report of Michael J. Wagner for Third Trial on Damages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 16, 2018, at Los Angeles, California.

*/s/ Kara M. Borden*
Kara M. Borden

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Kara M. Borden has concurred in the aforementioned filings.

                                          */s/ Victoria Maroulis*

                                          Victoria Maroulis