1  ERIK J. OLSON (CA SBN 175815)
   ejolson@mofo.com
2  NATHAN B. SABRI (CA SBN 252216)
   nsabri@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:  (415) 268-7522

   WILLIAM F. LEE (*pro hac vice*)
   william.lee@wilmerhale.com
   WILMER CUTLER PICKERING
     HALE AND DORR LLP
   60 State Street
   Boston, Massachusetts 02109
   Telephone:  (617) 526-6000
   Facsimile:  (617) 526-5000

   MARK D. SELWYN (CA SBN 244180)
   mark.selwyn@wilmerhale.com
   WILMER CUTLER PICKERING
     HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California 94304
   Telephone:  (650) 858-6000
   Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") submits this motion for an order to file under seal the following document:

| Document | Portions To Be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Apple's Reply In Support of Its Motion to Exclude Mr. Wagner's Testimony Regarding Apportionment ("Reply Brief") | The portions highlighted in the version of the document Apple will file with the Court indicating the portions Samsung claims are confidential. | Samsung |

As set forth in the Declaration of Mark D. Selwyn in Support of Apple's Administrative Motion to File Document Under Seal ("Sealing Decl."), Apple's Reply Brief contains information that defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and/or Samsung Telecommunications America, LLC (collectively, "Samsung") may consider confidential.  Sealing Decl. ¶ 3.  Apple expects that Samsung will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether the information contained in the aforementioned document should be sealed.  *Id.* ¶ 5.

Apple does not file a redacted version of the aforementioned document containing Samsung confidential information in accordance with the Court's Order requiring the parties to meet and confer before filing public redacted documents. Dkt. No. 2934 (Jan. 29, 2014).

For the foregoing reasons, Apple moves to file the above-referenced document under seal.

Dated: March 16, 2018                                    */s/ Mark D. Selwyn*
                                                        Mark D. Selwyn (SBN 244180)

                                                        *Attorney for Plaintiff Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 16, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mark D. Selwyn*
Mark D. Selwyn