1  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
2  John B. Quinn (Bar No. 90378)
   johnquinn@quinnemanuel.com
3  William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
4  Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com
5  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
6  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
7
   Kathleen M. Sullivan (Bar No. 242261)
8  kathleensullivan@quinnemanuel.com
   Kevin P.B. Johnson (Bar No. 177129)
9  kevinjohnson@quinnemanuel.com
   Victoria F. Maroulis (Bar No. 202603)
10 victoriamaroulis@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
11 Redwood Shores, California 94065-2139
   Telephone:  (650) 801-5000
12 Facsimile:  (650) 801-5100

13 Attorneys for Samsung Electronics Co., Ltd.,
   Samsung Electronics America, Inc., and
14 Samsung Telecommunications America, LLC

15

16                     UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK

19              Plaintiff,                      **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 3616)**

20         vs.

21 SAMSUNG ELECTRONICS CO., LTD., a
   Korean business entity; SAMSUNG
22 ELECTRONICS AMERICA, INC., a New
   York corporation; SAMSUNG
23 TELECOMMUNICATIONS AMERICA,
   LLC, a Delaware limited liability company,
24
              Defendants.
25

26

27

28

# DECLARATION OF MICHAEL L. FAZIO

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").[1] I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Apple's Administrative Motion to File Under Seal Apple's Reply In Support Of Its Motion To Exclude Mr. Wagner's Testimony Regarding Apportionment (Dkt. 3616).

3. Samsung seeks to seal references to confidential third party survey data referenced in Apple's Reply In Support Of Its Motion To Exclude Mr. Wagner's Testimony Regarding Apportionment.[2] As explained in detail in previously filed declarations of Michael Fazio, which are hereby incorporated by reference, Samsung considers third-party survey data highly confidential because Samsung has a contractual obligation to maintain the confidentiality of this data, and because disclosure of such data could cause harm to Samsung. (*See* Case No. 5:12-cv-00630, Dkt. 1907, 1371.) This data is generally purchased pursuant to confidentiality agreements and third parties' ability to sell such data may be impacted by public disclosure. Disclosure of Samsung's market research data could also allow competitors to discover what Samsung considers important functions and features of its phones and tablets and predict Samsung's future product and marketing strategies, removing any first-mover advantage Samsung may otherwise enjoy. Such information is properly sealable, and this Court has previously ordered that such third party

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

[2] Samsung's proposed redactions of confidential third party survey data are indicated in yellow in the highlighted version that it will serve on Apple.

survey data be sealed.  (*See* Case No. 5:12-cv-00630, Dkt. 1987 [granting Samsung's motion to seal confidential third party data]; Dkt. 2063 [same].)

4. In accordance with the Court's Order requiring the parties to meet and confer before filing public redacted documents, Samsung will serve highlighted versions of Apple's Reply In Support Of Its Motion To Exclude Mr. Wagner's Testimony Regarding Apportionment on Apple, pursuant to the color highlighting scheme that Samsung has described herein, and Apple will file conformed highlighted versions within seven days of this Declaration.  (*See* Dkt. No. 2934.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed March 20, 2018, at Los Angeles, California.

*/s/ Michael L. Fazio*
Michael L. Fazio

02198-51855/9926896.1

-2-   Case No. 11-CV-1846-LHK
FAZIO DECL. ISO APPLE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in the aforementioned filings.

                                          */s/ Victoria Maroulis*

                                          Victoria Maroulis