QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and
Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 3617)** |

# DECLARATION OF MICHAEL L. FAZIO

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").[1] I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Apple's Administrative Motion to File Under Seal Apple's Reply In Support Of Its Motion To Exclude Mr. Wagner's Testimony Regarding SDC Cost Data, Apple Cost Data, And "White" Phones (Dkt. 3617).

3. Samsung seeks to seal references to the confidential financial information of nonparty Samsung Display Co. Ltd. ("SDC") referenced in Apple's Reply In Support Of Its Motion To Exclude Mr. Wagner's Testimony Regarding SDC Cost Data, Apple Cost Data, And "White" Phones.[2] As set forth in the Declaration of Hyangsook Park Regarding Authenticity of Samsung Display Co. Ltd. Document (Dkt. 3594-10), SDC authorized counsel for Samsung to produce a document originating from SDC in this litigation ("the SDC Document"). SDC explained in its declaration that:

> "SDC considers the financial data included in the SDC Document to be highly confidential. SDC does not report the type of data included in the SDC Document to investors, regulatory bodies, the press, or business analysts. This type of information is highly confidential to SDC and SDC takes extraordinary steps to maintain the secrecy of the information. SDC would face harm from public disclosure of the financial information identified in the SDC Document. Samsung

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

[2] Samsung's proposed redactions of confidential SDC data are indicated in green in the highlighted version that it will serve on Apple.

1  has agreed to treat the SDC Document as Highly Confidential – Attorneys' Eyes
2  Only material under the governing protective order in this matter, Dkt. 687."
3  (Dkt. 3594-10 at 1-2.)

4      4.     Such information is properly sealable.  *See Apple v. Samsung*, 727 F.3d 1214,
5  1224-26 (Fed. Cir. 2013) (compelling reasons exist to seal product-specific financial information,
6  including sales data); Dkt. Nos. 2089, 2098, 2103, 2176 (ordering financial information, including
7  data similar to that at issue here, sealed).

8      5.     In accordance with the Court's Order requiring the parties to meet and confer
9  before filing public redacted documents, Samsung will serve highlighted versions of Apple's
10 Reply In Support Of Its Motion To Exclude Mr. Wagner's Testimony Regarding SDC Cost Data,
11 Apple Cost Data, And "White" Phones on Apple, pursuant to the color highlighting scheme that
12 Samsung has described herein, and Apple will file conformed highlighted versions within seven
13 days of this Declaration.  (*See* Dkt. No. 2934.)

15 I declare under penalty of perjury under the laws of the United States of America that the
16 foregoing is true and correct.  Executed March 20, 2018, at Los Angeles, California.

18                                             */s/ Michael L. Fazio*
19                                             Michael L. Fazio

1

**ATTESTATION**

2      I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

3  above Declaration.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio

4  has concurred in the aforementioned filings.

5

6                                         */s/ Victoria Maroulis*

7                                          Victoria Maroulis

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28