# EXHIBIT C
# CONFIDENTIAL VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4   ---------------------------------------X
 5   APPLE INC., a California corporation  :
 6                      Plaintiff,:
 7          v.              : Civil Action 11-CV-01846-LHK
 8   SAMSUNG ELECTRONICS CO., LTD, a:
 9   Korean business entity, SAMSUNG .:
10   ELECTRONICS AMERICA, INC., a New:
11   York corporation, and SAMSUNG :
12   TELECOMMUNICATIONS AMERICA,:
13   LLC, a Delaware limited liability company,:
14                      Defendants.:
15   ----------------------------------X.
16   (Caption continued on next page)
17        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
18              SUBJECT TO PROTECTIVE ORDER
19          Videotaped Deposition of DONGWOOK KIM
20                  Seoul, South Korea
21              Friday, December 22, 2017
22                     8:27 a.m.
23   Job No.:  169703
24   Pages 1 - 92
25   Reported by:  Giselle M. Mitchell, RPR, CRI
```

HIGHLY CONFIDENTIAL - AEO - SUBJECT TO PROTECTIVE ORDER
Transcript of Dongwook Kim
Conducted on December 22, 2017                    2

```
1    (Caption continued from previous page)
2    ----------------------------------X
3    SAMSUNG ELECTRONICS CO., LTD, a:
4    Korean business entity, SAMSUNG .:
5    ELECTRONICS AMERICA, INC., a New:
6    York corporation, and SAMSUNG :
7    TELECOMMUNICATIONS AMERICA,:
8    LLC, a Delaware limited liability company,:
9                     Counterclaim - Plaintiffs,:
10       v.              :
11   APPLE INC., a California corporation  :
12                    Counterclaim- Defendant.:
13   ----------------------------------X
14
15       Videotaped deposition of DONGWOOK KIM, held
16   at the offices of:
17       GRAND HYATT SEOUL
18       322 Sowol-ro, Yongsan-gu
19       Seoul
20       SOUTH KOREA
21
22
23       Pursuant to agreement, before Giselle M.
24   Mitchell, RPR, CRI, Notary Public in and for the
25   District of Columbia.
```

```
 1                A P P E A R A N C E S
 2       ON BEHALF OF PLAINTIFF/COUNTER-DEFENDANT
 3            MARK SELWYN, ESQUIRE
 4            CHRISTOPHER DODGE, ESQUIRE
 5            WILMER, CUTLER, PICKERING, HALE & DORR, LLP
 6            950 Page Mill Road
 7            Palo Alto, California 92807
 8            (650) 858-6031
 9
10     ON BEHALF OF DEFENDANTS/COUNTER-CLAIMANTS
11            CARL ANDERSON, ESQUIRE
12            MARK GRAY, ESQUIRE
13            QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
14            50 California Street, 22nd Floor
15            San Francisco, California  94111
16            (415) 875-6600
17
18       ALSO PRESENT:
19            SARAH FRAZIER
20            SANGSOO KIM
21            LUIS LOPEZ, Videographer
22            TAEK SUNG SONG, Interpreter
23            MARY SHIN, Check Interpreter
24
25
```

```
1              W I T N E S S   I N D E X
2
3   Witness                                    Page
4
5   DONGWOOK KIM (sworn) .........................7
6
7       Examination by MR. MARK SELWYN  ..........7
8
9       Direct Examination by MR. CARL ..........91
    ANDERSON
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | spreadsheet to isolate the materials that form only | 11:31:36 |
| 2 | the display panel? | 11:31:40 |
| 3 |       MR. ANDERSON: Objection. Lacks | 11:31:51 |
| 4 | foundation. | 11:31:51 |
| 5 |   A.  I don't think just for the display panel | 11:31:55 |
| 6 | you can do that. | 11:31:57 |
| 7 | ███████████████████████████████ | 11:31:58 |
| 8 | ███████████████████████████████████ | 11:32:01 |
| 9 | ████████████████████ | 11:32:05 |
| 10 | ██████████████████████ | 11:32:22 |
| 11 |   Q.  Okay, we can -- how can you use -- strike | 11:32:32 |
| 12 | that. | 11:32:39 |
| 13 |       Can you use this spreadsheet -- that is | 11:32:39 |
| 14 | 30000054 -- to determine the cost to Samsung of the | 11:32:46 |
| 15 | display panel? | 11:32:52 |
| 16 |       MR. ANDERSON: Objection. Vague. Lacks | 11:33:07 |
| 17 | foundation. | 11:33:08 |
| 18 | ███████████████████████████████ | 11:33:23 |
| 19 | ███████████████████████████████████ | 11:33:27 |
| 20 | ██████████████████████████ | 11:33:32 |
| 21 |   Q.  Does Samsung have any information about | 11:33:45 |
| 22 | the cost of the display panel that goes inside the | 11:33:47 |
| 23 | display module? | 11:33:57 |
| 24 |   A.  That's a confidential information that is | 11:34:09 |
| 25 | not made public -- that is not open to us. | 11:34:11 |

```
1                    C E R T I F I C A T E
2
3                I, Giselle M. Mitchell, RPR, CRI,
4     do hereby certify that the witness was first duly sworn by
5     me pursuant to stipulation of counsel and that I was
6     authorized to and did report said proceedings.
7          I further certify that the foregoing transcript is a
8     true and correct record of the proceedings; that said
9     proceedings were taken by me stenographically and
10    thereafter reduced to typewriting under my supervision;
11    that reading and signing was requested; and that I am
12    neither attorney nor counsel for, nor related to or
13    employed by, any of the parties to the action in which
14    this deposition was taken; and that I have no interest,
15    financial or otherwise, in this case.
16
17              IN WITNESS WHEREOF, I have hereunto set my hand
18    this 26th day of December, 2017.
19
20
21
22
23    GISELLE M. MITCHELL, RPR, CRI
24
25
```