# EXHIBIT E
# CONFIDENTIAL VERSION OF DOCUMENT SOUGHT TO BE SEALED

# WILMERHALE

February 5, 2018

**Mark D. Selwyn**

+1 650 858 6031 (t)
+1 650 858 6100 (f)
mark.selwyn@wilmerhale.com

**Contains Information Designated as Attorneys' Eyes Only – Highly Confidential Under Protective Order**

**BY EMAIL**
michaelzeller@quinnemanuel.com

Michael Zeller, Esq.
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065-2139

Re:  *Apple Inc. v. Samsung Elecs. Co.*, No. 11-cv-1846 (N.D. Cal.)

Dear Michael:

I am writing to respond to your January 31, 2018 letter.

Apple has gone to great lengths to identify and provide you with the cost information we have been able to locate for the [redacted] glass and bezel for the Apple phones at issue.  We have identified specific part numbers for these components, including where they can be located in the BOMs we have produced.  We have also identified the specific documents we have produced containing cost information for the lowest level assembly containing the [redacted] glass, including the specific pages on which the information can be found, and we have now also provided documents containing pricing information for the [redacted] glass itself.  Similarly, we have identified the specific documents we have produced containing cost information for the bezel incorporated in the original iPhone and the lowest level assembly incorporating the bezel for the iPhone 3G and 3GS, again including the specific pages on which the information can be found.  That we originally described the part number of the bezel in the original iPhone as an assembly rather than the bezel itself was an inadvertent error that we immediately corrected after it was identified.  In any event, you now have cost information for both the bezel itself and the [redacted] glass itself.

To clarify the record, when we spoke on the evening of January 30, 2018, I did not "promise" that we would produce the additional [redacted] cost documents the following morning, but explained that we would try and they would be produced as soon as we received them.  We produced them around 2:45pm PT on January 31, together with Mr. Blevins' deposition errata and a supplemental interrogatory response, which still left ample time for Samsung to proceed with the one-hour of additional deposition of Mr. Blevins on February 1, 2018 that we had offered in my January 25 letter (and that you had requested in your January 24 letter in the event that Apple could not produce cost information for the glass and bezel).  As I had made clear to you, Mr. Blevins would not be made available at another time.

**WILMERHALE**

Michael Zeller, Esq.
Page 2

We disagree that Samsung has been in any way prejudiced by anything you describe in your letter.  Indeed, Mr. Wagner identifies no need for this cost information in his rebuttal expert report, let alone justification for providing *additional* cost data beyond what Apple has provided.

Sincerely yours,

*/s/ Mark Selwyn*

Mark D. Selwyn