# EXHIBIT H
# CONFIDENTIAL VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1                UNITED STATES DISTRICT COURT
 2      NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
 3    - - - - - - - - - - - - - - - - -x
 4    APPLE INC., a California          :  Civil Action
 5    corporation,                      :  11-CV-01846-LHK
 6         Plaintiff,                   :
 7    v.                                :
 8    SAMSUNG ELECTRONICS CO., LTD, a   :
 9    Korean business entity, SAMSUNG   :
10    ELECTRONICS AMERICA, INC., a      :
11    New York corporation, and         :
12    SAMSUNG TELECOMMUNICATIONS        :
13    AMERICA, LLC, a Delaware          :
14    limited liability company,        :
15         Defendants.                  :
16    - - - - - - - - - - - - - - - - -x
17    (Caption continued on next page)
18          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
19                 SUBJECT TO PROTECTIVE ORDER
20    VIDEOTAPED DEPOSITION OF MICHAEL JOSEPH WAGNER, VOLUME 7
21                    Palo Alto, California
22           Tuesday, February 13, 2018, 9:09 a.m.
23    Job No.:  176044
24    Pages:  1172 - 1335
25    Reported By:  Charlotte Lacey, RPR, CSR No. 14224
```

Highly Confidential - Attorneys' Eyes Only
Transcript of Michael J. Wagner, Volume 7
Conducted on February 13, 2018                     1173

```
1    (Caption continued from previous page)
2    - - - - - - - - - - - - - - - - - -x
3    SAMSUNG ELECTRONICS CO., LTD.,       :
4    a Korean corporation; SAMSUNG        :
5    ELECTRONICS AMERICA, INC., a         :
6    New York corporation; and            :
7    SAMSUNG TELECOMMUNICATIONS           :
8    AMERICA, LLC, a Delaware             :
9    limited liability Company,           :
10        Counterclaim Plaintiffs,        :
11   v.                                   :
12   APPLE INC., a California             :
13   Corporation,                         :
14        Counterclaim Defendant.         :
15   - - - - - - - - - - - - - - - - - -x
16
17       VIDEOTAPED DEPOSITION OF MICHAEL JOSEPH WAGNER,
18   held at the offices of WILMER CUTLER PICKERING HALE AND
19   DORR, LLP, 950 Page Mill Road, Palo Alto, California
20
21
22
23       Pursuant to notice, before Charlotte Lacey,
24   Certified Shorthand Reporter, in and for the State of
25   California.
```

Highly Confidential - Attorneys' Eyes Only
Transcript of Michael J. Wagner, Volume 7
Conducted on February 13, 2018

1174

```
 1              A P P E A R A N C E S
 2  ON BEHALF OF PLAINTIFF AND COUNTER-DEFENDANT APPLE INC.:
 3          MARK D. SELWYN, ESQUIRE
 4          CHRISTOPHER LOONEY, ESQUIRE
 5          WILMER CUTLER PICKERING HALE AND DORR, LLP
 6          950 Page Mill Road
 7          Palo Alto, California  94304
 8          (650) 858-6031
 9      -and-
10          ERIK J. OLSON, ESQUIRE
11          MORRISON & FOERSTER, LLP
12          755 Page Mill Road,
13          Palo Alto, California  94304
14          (650) 813-5825
15
16
17
18
19
20
21
22
23
24
25
```

Highly Confidential - Attorneys' Eyes Only
Transcript of Michael J. Wagner, Volume 7
Conducted on February 13, 2018                              1175

```
 1          A P P E A R A N C E S   C O N T I N U E D
 2   ON BEHALF OF DEFENDANTS AND COUNTER-PLAINTIFFS SAMSUNG:
 3          WILLIAM PRICE, ESQUIRE
 4          KARA BORDEN, ESQUIRE
 5          CARL G. ANDERSON, ESQUIRE
 6          QUINN EMANUEL URQUHART & SULLIVAN, LLP
 7          865 South Figueroa Street, 10th Floor
 8          Los Angeles, California  90017
 9          (213) 443-3000
10
11      ALSO PRESENT:
12          John Torreano, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Highly Confidential - Attorneys' Eyes Only
Transcript of Michael J. Wagner, Volume 7
Conducted on February 13, 2018                              1176

```
1                   I N D E X
2    WITNESS                                          PAGE
3    MICHAEL JOSEPH WAGNER
4    Examination by              Mr. Selwyn           1178
5
6
7
8
9
10            I N D E X   O F   E X H I B I T S
11   EXHIBITS         DESCRIPTION                     PAGE
12   Exhibit 1        Rebuttal Expert Report of Michael J.  1178
13                    Wagner for 2018 Trial on Damages,
14                    1/29/2018
15   Exhibit 2        Defendant's Exhibit No. 676.001,      1198
16                    bill of material
17   Exhibit 3        Declaration OF Hyangsook Park         1208
18                    Regarding Authenticity of Samsung
19                    Display Co. Ltd. Document
20   Exhibit 4        Exhibit 55-R2, Comparison of          1221
21                    Mr. Wagner's Display Module Cost
22                    Data
23   Exhibit 5        Spreadsheet                           1237
24   Exhibit 6        Nielsen Q2 2012 Insights for          1276
25                    Samsung, August 2012
```

| | | |
|---|---|---|
| 1 | ███████████████████████████████████████ | 10:29:02 |
| 2 | ███████████████████████████████████ | 10:29:06 |
| 3 | ██████████ | 10:29:11 |
| 4 | █ ████████████████████ | 10:29:13 |
| 5 | █ ████████████████████████████████ | 10:29:15 |
| 6 | ███████████████████████████████████████ | 10:29:18 |
| 7 | ██████████████████████████████████████ | 10:29:21 |
| 8 | ███████████████████████████████████ | 10:29:25 |
| 9 |         A    No.  All I did was the -- the testing that I | 10:29:28 |
| 10 | explained in my report of this data to see if there was | 10:29:30 |
| 11 | any trends in these costs or any changes in the costs. | 10:29:35 |
| 12 | And it -- it appeared to be very ████ for these three | 10:29:38 |
| 13 | data points.  Beyond that, I did nothing else. | 10:29:43 |
| 14 | █ █████████████████████████████████ | 10:29:45 |
| 15 | ███████████████████████████████████████ | 10:29:50 |
| 16 | ██████████████████████████████████ | 10:29:55 |
| 17 | █ ████████████████████████████████ | 10:29:58 |
| 18 | ███████████████████████████████████████ | 10:30:00 |
| 19 | ███████████████████████████████████████ | 10:30:03 |
| 20 | ████████████████████████████████ | 10:30:08 |
| 21 |         Q    How do you know that? | 10:30:12 |
| 22 |         A    My understanding of accounting and looking at | 10:30:14 |
| 23 | bills of materials and how accounting systems work. | 10:30:17 |
| 24 | Just because you stop making -- or manufacturing, | 10:30:20 |
| 25 | doesn't mean you -- you eliminate the cost data in your | 10:30:23 |

Highly Confidential - Attorneys' Eyes Only
Transcript of Michael J. Wagner, Volume 7
Conducted on February 13, 2018

1233

| | | |
|---|---|---|
| 1 | ███████████████████████████████████████ | 10:34:18 |
| 2 | ████████████████████████ | 10:34:24 |
| 3 | A    If my knowledge has to be based on actually | 10:34:25 |
| 4 | seeing it, that's true. | 10:34:28 |
| 5 | █ ███████████████████████████████████ | 10:34:30 |
| 6 | ████████████████████████████████████ | 10:34:33 |
| 7 | ████████████████ | 10:34:37 |
| 8 | █  █ | 10:34:37 |
| 9 | █ ██████████ | 10:34:39 |
| 10 | █ ██████████████████ | 10:34:39 |
| 11 | Q    Are you as confident in the accuracy and | 10:34:43 |
| 12 | reliability of the data in the SDC0001 document as all | 10:34:47 |
| 13 | the other data on which you rely? | 10:34:55 |
| 14 | A    Yes. | 10:34:58 |
| 15 | Q    Could you please turn to figure 70 of your | 10:35:11 |
| 16 | report? | 10:35:16 |
| 17 | A    7-0? | 10:35:16 |
| 18 | Q    7-0.  It's on page 197. | 10:35:17 |
| 19 | A    I'm there. | 10:35:19 |
| 20 | Q    Figure 70 shows what you calculated, using SDA | 10:35:25 |
| 21 | window glass data, to be the percentages that the | 10:35:30 |
| 22 | components, that Samsung has identified as the articles | 10:35:32 |
| 23 | of manufacture, represent of the total cost of the | 10:35:34 |
| 24 | infringing phones, correct? | 10:35:39 |
| 25 | A    Yes. | 10:35:41 |

Highly Confidential - Attorneys' Eyes Only
Transcript of Michael J. Wagner, Volume 7
Conducted on February 13, 2018                                1335

```
 1              CERTIFICATE OF SHORTHAND REPORTER
 2
 3        I, Charlotte Lacey, the officer before whom the
 4   foregoing deposition was taken, do hereby certify that
 5   the foregoing transcript is a true and correct record of
 6   the testimony given; that said testimony was taken by me
 7   stenographically and thereafter reduced to typewriting
 8   under my direction; that reading and signing was not
 9   requested; and that I am neither counsel for, related
10   to, nor employed by any of the parties to this case and
11   have no interest, financial or otherwise, in its
12   outcome.
13
14        IN WITNESS WHEREOF, I have hereunto subscribed my
15   hand this 15th day of February, 2018.
16
17
18                    _____
19                    Charlotte Lacey, RPR, CSR #14224
20
21
22
23
24
25
```