United States District Court
Northern District of California

1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10         SAN JOSE DIVISION

11

12    APPLE INC.,                                    Case No. 11-CV-01846-LHK

13              Plaintiff,                           **ORDER DENYING SEALING
                                                     MOTIONS**
14         v.
                                                     Re: Dkt. Nos. 3595, 3605, 3607
15    SAMSUNG ELECTRONICS CO. LTD., et
      al.,
16
                Defendants.
17

18         Both parties have filed a range of administrative motions to file under seal related to

19    pending *Daubert* and partial summary judgment briefing.  *See* ECF Nos. 3592-3621.  In several of

20    these administrative motions, the submitting party sought to seal information based on the

21    opposing party's designation of the material as confidential.  Pursuant to Civil Local Rule 79-

22    5(e)(1), the designating party is required to file a declaration establishing that the material is

23    properly sealable.  Here, in several instances the designating party has instead filed a notice that it

24    maintains no claim of confidentiality over any of the documents identified in the corresponding

25    administrative motion to seal.  Accordingly, the Court rules as follows:

26

27

28                                                   1
      Case No. 11-CV-01846-LHK
      ORDER DENYING SEALING MOTIONS

| Administrative Motion | Grounds for Sealing | Ruling |
|---|---|---|
| Administrative Motion to File Under Seal Documents Related to Samsung's Motion to Exclude Expert Opinions of Alan D. Ball and Susan Kare, ECF No. 3595 | Apple designated information highly confidential pursuant to protective order. | DENIED.  Apple does not maintain a claim of confidentiality over any documents identified in Samsung's Motion to Seal (ECF No. 3595).  ECF No. 3599. |
| Administrative Motion to File Under Seal Documents Related to Apple's Opposition to Samsung's Motion to Exclude Expert Opinions of Alan D. Ball and Susan Kare, ECF No. 3605 | Samsung designated information confidential pursuant to protective order. | DENIED.  Samsung does not maintain a claim of confidentiality over any documents identified in Apple's Motion to Seal (ECF No. 3605).  ECF No. 3608. |
| Administrative Motion to File Under Seal Documents Related to Apple's Opposition to Samsung's Motion for Partial Summary Judgment, ECF No. 3607 | Samsung designated information confidential pursuant to protective order. | DENIED.  Samsung does not maintain a claim of confidentiality over any documents identified in Apple's Motion to Seal (ECF No. 3607).  ECF No. 3610. |

Pursuant to Civil Local Rule 79-5(f)(2), the submitting party of each of these

administrative motions shall file unredacted versions within 7 days of the date of this order.

**IT IS SO ORDERED.**

Dated: March 20, 2018

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

2

Case No. 11-CV-01846-LHK
ORDER DENYING SEALING MOTIONS