[COUNSEL LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Hearing:**<br><br>Date:      March 29, 2018<br>Time:      1:30 p.m.<br>Place:     Courtroom 8, 4th Floor<br>Judge:     Hon. Lucy H. Koh |

The parties submit this Joint Case Management Statement in connection with the Case Management Conference ("Case Management Conference") scheduled for March 29, 2018.

## I.   Updates Since Last Case Management Statement

The parties have completed fact and expert discovery pursuant to the schedule set by the Court. *See* Dkt. 3536.  Briefing on the parties' *Daubert* motions and Samsung's motion for partial summary judgment is complete, and the parties are prepared to argue these motions at the hearing scheduled concurrently with the CMC.

## II.   Request to Access Physical Exhibits

The parties respectfully request a time to jointly inspect the physical exhibits previously admitted into evidence to ensure that all the phones remain in good working order in advance of the May 2018 trial.

## III.   Settlement and ADR

The parties do not have any new progress to report regarding mediation or settlement.

1

Dated:  March 22, 2018

2

By: */s/ Mark D. Selwyn*               By: */s/ Victoria F. Maroulis*

3

4

Attorneys for Plaintiff and Counterclaim-     Attorneys for Defendants and
Defendant APPLE INC.                           Counterclaim-Plaintiffs SAMSUNG

5

ELECTRONICS CO., LTD., SAMSUNG

6

ELECTRONICS AMERICA, INC., AND
SAMSUNG TELECOMMUNICATIONS,

7

William F. Lee (*pro hac vice*)              AMERICA, LLC
william.lee@wilmerhale.com

8

WILMER CUTLER PICKERING
   HALE AND DORR LLP                QUINN EMANUEL URQUHART &
SULLIVAN LLP

9

60 State Street
Boston, Massachusetts  02109

10

Telephone:  (617) 526-6000            John B. Quinn (Bar No. 90378)
Facsimile:  (617) 526-5000             johnquinn@quinnemanuel.com

11

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com

12

Mark D. Selwyn (CA SBN 244180)    Michael T. Zeller (Bar No. 196417)
mark.selwyn@wilmerhale.com        michaelzeller@quinnemanuel.com

13

WILMER CUTLER PICKERING     865 South Figueroa Street, 10th Floor
   HALE AND DORR LLP               Los Angeles, California 90017-2543

14

950 Page Mill Road                      Telephone: (213) 443-3000
Palo Alto, California  94304         Facsimile: (213) 443-3100

15

Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

16

Erik J. Olson (CA SBN 175815)      Kathleen M. Sullivan (Bar No. 242261)

17

ejolson@mofo.com                   kathleensullivan@quinnemanuel.com
Nathan B. Sabri (CA SBN 252215)   Kevin P.B. Johnson (Bar No. 177129)

18

nsabri@mofo.com                    kevinjohnson@quinnemanuel.com
Morrison & Foerster LLP            Victoria F. Maroulis (Bar No. 202603)

19

425 Market Street                      victoriamaroulis@quinnemanuel.com
San Francisco, California  94105-2482  555 Twin Dolphin Drive, 5th Floor

20

Telephone:  (415) 268-7000         Redwood Shores, California 94065
Facsimile:  (415) 268-7522          Telephone: (650) 801-5000

21

Facsimile: (650) 801-5100

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 22, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mark D. Selwyn*
Mark D. Selwyn