QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and
Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **DECLARATION OF KARA M. BORDEN IN SUPPORT OF SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S RESPONSE TO MARCH 27, 2018 COURT ORDER** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Kara M. Borden, declare:

1. I am a member of the State Bar of California, the State Bar of Oregon, admitted to practice before this Court, and an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").[1]  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Pursuant to Local Rules 7-11 and 79-5, I make this declaration in support of Samsung's Administrative Motion to File Under Seal Documents Relating to Samsung's Response to March 27, 2018 Court Order and the Exhibits thereto.

3. Samsung's Response to March 27, 2018 Court Order and Exhibit 1 thereto contains confidential third party survey data.  As explained in detail in the previously filed declaration of Michael L. Fazio (Dkt. 3596), which is hereby incorporated by reference, Samsung considers third-party survey data highly confidential because Samsung has a contractual obligation to maintain the confidentiality of this data, and because disclosure of such data could cause harm to Samsung. (*See* Case No. 5:12-cv-00630, Dkt. 1907, 1371.) This data is generally purchased pursuant to confidentiality agreements and third parties' ability to sell such data may be impacted by public disclosure. Disclosure of Samsung's market research data could also allow competitors to discover what Samsung considers important functions and features of its phones and tablets and predict Samsung's future product and marketing strategies, removing any first-mover advantage Samsung may otherwise enjoy. Such information is properly sealable, and this Court has previously ordered that such third party survey data be sealed. (*See* Case No. 5:12-cv-00630, Dkt. 1987 [granting Samsung's motion to seal confidential third party data]; Dkt. 2063 [same].)

4. Samsung's Response to March 27, 2018 Court order and Exhibit 2 thereto may contain information that Apple may consider confidential.  Samsung expects that Apple will file

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

1 the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to
2 confirm whether the information contained in the aforementioned documents should be sealed.

4     I declare under penalty of perjury under the laws of the United States of America that the
5 foregoing is true and correct. Executed March 29, 2018, at Los Angeles, California.

                                              */s/ Kara Borden*
                                              Kara Borden

## ATTESTATION

1 | I, Victoria Maroulis, am the ECF User whose ID and password are being used to file this Declaration. In compliance with Civil Local Rules 5-1(i), I hereby attest that Kara M. Borden has consented to this filing.

Dated: March 29, 2018           */s/ Victoria Maroulis*
                                Victoria Maroulis