UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS RELATING TO SAMSUNG'S RESPONSE TO MARCH 27, 2018 COURT ORDER** |

02198-51855/9945983.1

Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING SAMSUNG'S
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") have filed an Administrative Motion to File Under Seal Documents Relating to Samsung's Response to March 27, 2018 Court Order and the Exhibits thereto.

Having considered Samsung's motion, and good cause having been shown, the Court GRANTS Samsung's motion and ORDERS sealed the document listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Samsung's Response to March 27, 2018 Court Order | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Samsung claims are confidential. |
| Exhibit 1 to the Declaration of Kara M. Borden in Support of Samsung's Response to March 27, 2018 Court Order | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Samsung claims are confidential. |
| Exhibit 2 to the Declaration of Kara M. Borden in Support of Samsung's Response to March 27, 2018 Court Order | The portions highlighted in the version of the document Samsung will file with the Court indicating the portions Apple claims are confidential. |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Court Judge