QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and
Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF KARA M. BORDEN IN SUPPORT OF SAMSUNG'S RESPONSE TO MARCH 27, 2018 COURT ORDER** |

02198-51855/9921186.1

Case No. 11-cv-01846-LHK
BORDEN DEC. ISO SAMSUNG'S RESPONSE TO MARCH 27, 2018 COURT ORDER

## DECLARATION OF KARA M. BORDEN

I, Kara M. Borden, declare:

1.      I am a member of the State Bar of California, the State Bar of Oregon, admitted to practice before this Court, and an associate in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").[1]  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.      Attached as Exhibit 1 is a true and correct copy of excerpts of the 2012 Wireless Smartphone Satisfaction Study Vol. 1, dated March 2012.

3.      Attached as Exhibit 2 is a true and correct copy of excerpts of the Transcript of the February 15, 2018 Deposition of Julie Davis.

4.      Attached as Exhibit 3 is a true and correct copy of excerpts of Donald R. Lehmann, Sunil Gupta, and Joel H. Steckel (1998), *Marketing Research*, (Reading, Massachusetts: Addison-Wesley).

5.      Attached as Exhibit 4 is a true and correct copy of Silk, Alvin J., and Glen L. Urban.  "Pre-Test-Market-Evaluation of New Packaged Goods: A Model and Measurement Methodology." *Journal of Marketing Research*, vol. 15, no. 2, 1978.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed March 29, 2018, at Los Angeles, California.

/s/ Kara M. Borden
Kara M. Borden

---

[1]   Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

1

**ATTESTATION**

2      I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the

3   above Declaration.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Kara M. Borden

4   has concurred in the aforementioned filings.

5

6                                                          */s/ Victoria Maroulis*

7                                                          Victoria Maroulis

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

02198-51855/9921186.1