# EXHIBIT 3



# MARKETING RESEARCH

**DONALD R. LEHMANN**
Columbia Graduate School of Business
Columbia University

**SUNIL GUPTA**
Columbia Graduate School of Business
Columbia University

**JOEL H. STECKEL**
Stern School of Business
New York University

 **ADDISON-WESLEY**

An imprint of Addison Wesley Longman, Inc.

Reading, Massachusetts • Menlo Park, California • New York • Harlow, England
Don Mills, Ontario • Sydney • Mexico City • Madrid • Amsterdam

Acquisitions Editor: Michael Roche
Assistant Editor: Ruth Berry
Project Coordination: Electronic Publishing Services Inc., NYC
Design Manager: Regina Hagen
Cover Designer: Linda Wade
Project Supervisor: Louis C. Bruno, Jr.
Manufacturing Manager: Hugh Crawford
Printer and Binder: R. R. Donnelley and Sons
Cover Printer: Lehigh Press
Marketing Manager: Jodi Fazio
Marketing Coordinator: Joyce Cosentino

For permission to use copyrighted material, grateful acknowledgment is made to the copyright holders throughout the text, which are hereby made part of this copyright page.

**Library of Congress Cataloging-in-Publication Data**
Lehmann, Donald R.
    Marketing research / Donald R. Lehmann, Sunil Gupta, Joel H. Steckel.
       p.    cm.
    Includes bibliographical references and index.
    ISBN 0-321-01416-2 (hardcover)
    1. Marketing research.     I. Gupta, Sunil, 1958–  . II. Steckel,
Joel H.    III. Title
HF5415.2.L3883  1997
658.8'3—DC21                     97–34741
                                  CIP

Copyright © 1998 by Addison-Wesley Educational Publishers Inc.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher. Printed in the United States.

ISBN 0-321-01416-2

2345678910—DOC—01009998


UNIVERSITY
OF
PENNSYLVANIA
LIBRARIES

## Ratio Scales

**Direct Quantification**   The simplest way to obtain ratio scaled data is to ask directly for quantification of a construct that is ratio scaled. For example:

> How many dress shirts do you own?_____
>
> How old are you?_____
>
> How many gallons of coolant did your manufacturing operation use last year?_____

The problem with this approach is that the respondent probably doesn't know (i.e., how many dress shirts do you own?) or want to reveal (e.g., age) what the exact answer is. Instead of upgrading from an intervally to ratio scaled answer, you may end up with no answer at all. Consequently, direct quantification in surveys tends to be used only in pilot/small-scale surveys or for very highly salient items that are not considered socially sensitive (e.g., number of VCRs owned). Of course, much of the data collected by standard sources (e.g., sales, price, advertising dollars) is ratio scaled.

One fairly common example of direct quantification is the so-called willingness-to-pay scale (cf. Cameron and James, 1987), which asks how much a person is willing to pay for, say, a new product. Another use of direct quantification is getting respondents to draw a line on a picture of a jar to indicate amount used. In many instances, categories (intervals) are provided to make the response task easier.

**Constant Sum Scale**   A very popular device in marketing research is the constant sum scale. Respondents are given a number of points (if the process is conducted in person, chips or other physical objects are often used) and told to divide them among alternatives according to some criteria (e.g., preference, importance, aesthetic appeal). Since respondents are told to allocate chips in a ratio manner (if you like brand A twice as much as brand B, assign it twice as many chips, etc.), the results are presumably ratio scaled. The ratios obtained are often related to the proportion of each alternative bought (e.g., different cereals).

For example, I might ask for 10 points to be allocated among three brands:

| | |
|---|---|
| A | 2 |
| B | 3 |
| C | 5 |
| | 10 |

At least two problems exist with this approach. First, respondents may mess up the allocation by not using 10 points, necessitating recalculation by the analyst. Hence, some time is often required to teach the approach to respondents. Second, determining the appropriate number of points/chips to use requires trading off between rounding error if too few are used and fatigue/frustration/refusal problems if too many are used. Still, the approach is quite useful.

Constant sums can also be applied in paired comparisons. Rather than simply getting which brand is preferred in a paired comparison, you can assess strength of preference with a constant sum scale (i.e., divide 10 points between the two alternatives).

The resulting values can then be used in Thurstone's law of comparative judgment to form a ratio scaled measure of preference.

**Delphi Procedure**  The Delphi procedure is a modification of the constant sum scale designed to produce agreement among judges. For a more thorough discussion, see Appendix 8-B.

**Reference Alternative**  Sometimes called *fractionation* or *magnitude scaling*, this approach has respondents compare alternatives with a reference alternative. Respondents are instructed to indicate how alternatives compare with the reference alternative on some criterion, such as preference, by putting down a number half as large if the alternative is half as preferred, and so on:

```
Reference alternative X = 100
    Alternative A _____
    Alternative B _____
    Alternative C _____
```

A respondent might then assign 50 to A, 250 to B, and 130 to C. In essence, this is a paired-comparison type method where respondents only consider two alternatives at once. Unfortunately, the choice of the reference alternative has been found to influence the results, necessitating rotating the reference alternative to remove this effect. Since this approach is somewhat more cumbersome vis-à-vis a constant sum scale, the constant sum scale is more widely used.

## PRACTICAL CONSIDERATIONS

Having completed a discussion of different scaling approaches, it is interesting to consider how crucial the choice of method is. One study (Haley and Case, 1979) compared 13 disparate measures of response to a brand (Figure 8.2). Their main findings were as follows:

1. All 13 are highly correlated.
2. Awareness and brand choice are somewhat different from the other measures.
3. Acceptability, 6-point adjective, agreement, quality, 10-point numerical, thermometer, and Stapel scales tend to produce predominantly favorable readings (Figure 8.3).
4. For purposes of predicting market share, scales that restrict the number of brands getting top ratings (such as constant sum) tend to discriminate better.
5. With the exception of the constant sum scale, ratings less than the midpoint were associated with essentially a zero share, and even top-category ratings tended to be related to only about a 50 percent share (Figure 8.4).

For choice of scale wording, one study suggests semantic differential is preferable to Likert scales, which are, in turn, preferable to single-adjective scales in terms of measure reliability (Ofir, Reddy, and Bechtel, 1987). A broader range of alternatives were