1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S AMENDED MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    WHEREAS, Apple Inc. ("Apple") has filed an amended administrative motion for leave to
2  file documents under seal;
3    Having considered said motion, and for good cause shown, the Court GRANTS Apple's
4  motion and ORDERS that the documents below be filed under seal:

| Document | Portions to be Filed Under Seal |
|---|---|
| Apple's Response to the Court's Questions Regarding *Daubert* Motions | The portions highlighted in the version of the document Apple will file with the Court indicating the portions Samsung claims are confidential. |
| Exhibit B to the Selwyn Declaration in Support of Apple's Response to the Court's Questions Regarding *Daubert* Motions | The portions highlighted in the version of the document Apple has filed with the Court. |

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Lucy H. Koh
United States District Judge