# EXHIBIT B

Confidential - Outside Attorneys' Eyes Only

Page 1

1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                    SAN JOSE DIVISION
4
5    APPLE INC., a California corporation,
6
                     Plaintiff,
7
     vs.                              CASE NO. 11-CV-01846-LHK
8
     SAMSUNG ELECTRONICS CO., LTD.,
9    A Korean business entity;
     SAMSUNG ELECTRONICS AMERICA,
10   INC., a New York corporation;
     SAMSUNG TELECOMMUNICATIONS
11   AMERICA, LLC, a Delaware
     limited liability company,
12
                     Defendants.
13   _____/
14
15             C O N F I D E N T I A L
16        A T T O R N E Y S'   E Y E S   O N L Y
17           O U T S I D E   C O U N S E L
18
19      VIDEOTAPED DEPOSITION OF RICHARD J. LUTTON, JR.
20              REDWOOD SHORES, CALIFORNIA
21                TUESDAY, JULY 26, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 40668

Page 52

1   parties could live with.
2        Q   And -- and at the end of these discussions,
3   it was Apple's intent to basically offer a license to
4   Samsung to continue to use Apple patents; right?
5            MR. MONACH:  Object to the form of the
6   question.
7            THE WITNESS:  Our -- our intent was that
8   Samsung would have to stop copying the design of the
9   products.  If they changed the design of the products,
10  then we were willing to work with them on a license of
11  some scope to the utility patents, which were being
12  used by virtue of the Android operating system and
13  other features of their handsets; but we made very
14  clear that we were very concerned about the level of
15  copying going on.
16           MR. JOHNSON:  Q.  Well, in this meeting,
17  Samsung was offered a license; wasn't it?
18       A   The -- if -- if Samsung wanted to continue to
19  use Apple's utility patents in its smartphones, as
20  documented in the -- in the infringement by the
21  Android -- various layers of the Android system, the
22  message to Samsung was that we were willing to work
23  with them on -- on that.  We were not willing to
24  license them the design patents or the design aspects
25  of our product.

Confidential - Outside Attorneys' Eyes Only

Page 53

1  Q  But Samsung was willing to -- sorry -- Apple
2  was willing to license Samsung's use of Apple's
3  utility patents, including the '381 patent; right?
4  A  A license of some scope of utility patents
5  was available to Samsung, and we communicated that.
6     Exactly what patents would be included and
7  what patents would be considered too distinctive to
8  include, we didn't really get into.
9  Q  But the '381 patent was included within that,
10 wasn't it?
11    MR. MONACH:  Object to the form of the
12 question.
13    THE WITNESS:  Not --
14    MR. MONACH:  Go ahead.
15    THE WITNESS:  Not necessarily.
16    MR. JOHNSON:  Q.  But it's listed in this
17 presentation, isn't it?
18 A  It's listed as a use of a patent being
19 infringed by Samsung in its current product.
20 Q  So did Apple actually -- what were the terms
21 of the license -- or strike that.
22    Did -- in this -- in this August meeting, did
23 Sam- -- did Apple offer any terms of the license?
24 A  This was an introductory meeting in which we
25 documented for them our concern that Samsung was