[COUNSEL LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | Case No. 11-cv-01846-LHK |
| vs. | **JOINT DAMAGES REMEDIES CHART [DKT. 3627]** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **Hearing:** |
| Defendants. | Date: March 29, 2018<br>Time: 1:30 p.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

1    Pursuant to the Order Denying Motion for Partial Summary Judgment and Requiring

2 Parties to Respond to Questions (Dkt. 3627), the parties hereby submit their Joint Damages

3 Remedies Chart attached as Exhibit A.

4 Dated:  March 29, 2018

5

| By: /*s/ Erik J. Olson* | By: */s/ Victoria F. Maroulis* |
|---|---|
| Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS, AMERICA, LLC |
| William F. Lee (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000 | QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br><br>John B. Quinn (Bar No. 90378)<br>johnquinn@quinnemanuel.com<br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| Mark D. Selwyn (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 | |
| Erik J. Olson (CA SBN 175815)<br>ejolson@mofo.com<br>Nathan B. Sabri (CA SBN 252215)<br>nsabri@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | Kathleen M. Sullivan (Bar No. 242261)<br>kathleensullivan@quinnemanuel.com<br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |

**ATTESTATION OF E-FILED SIGNATURE**

I, Erik J. Olson, am the ECF User whose ID and password are being used to file this submission.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated:  March 29, 2018                                  */s/ Erik J. Olson*
                                                                         Erik J. Olson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 29, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

>*/s/ Erik J. Olson*
> Erik J. Olson

JOINT DAMAGES REMEDIES CHART
CASE NO. 11-CV-01846-LHK                     3
pa-1839128