# Exhibit A

# Damages Remedies Chart

| Patent: | '381[1/] | D'677 | D'305 | D'087 | '163 | Sales Dates[4/] |
|---|---|---|---|---|---|---|
| Period in Which Damages Are Available at Trial:[2/] | 08/04/2010 to 6/30/2012 | 04/15/2011 to 6/30/2012 | 06/16/2011 to 6/30/2012 | 06/16/2011 to 6/30/2012 | 06/16/2011 to 6/30/2012 | |
| Captivate | RR | No remedies available | SP or RR | No remedies available | No remedies available | July 2010 – June 2012 |
| Continuum | RR | No remedies available | SP or RR | No remedies available | No remedies available | Oct. 2010 – April 2012 |
| Droid Charge | RR | No remedies available | SP or RR | No remedies available | RR | April 2011 – June 2012 |
| Epic 4G | RR | No remedies available | SP or RR | No remedies available | RR | July 2010 – June 2012 |
| Fascinate | RR | SP or RR | SP or RR | No remedies available | RR | Aug. 2010 – May 2012 |
| Galaxy S (i9000)[3/] | RR | SP or RR | SP or RR | SP or RR | RR | No U.S. sales reported. |
| Galaxy S 4G | RR | SP or RR | SP or RR | SP or RR | RR | Feb. 2011 – June 2012 |
| Galaxy S II (AT&T) | RR | SP or RR | No remedies available | No remedies available | RR | Sept. 2011 – June 2012 |
| Galaxy S II (Epic 4G Touch) | No remedies available | SP or RR | No remedies available | No remedies available | No remedies available | Aug. 2011 – June 2012 |
| Galaxy S II (i9100)[3/] | RR | SP or RR | No remedies available | No remedies available | RR | No U.S. sales reported. |
| Galaxy S II (Skyrocket) | No remedies available | SP or RR | No remedies available | No remedies available | No remedies available | Oct. 2011 – June 2012 |
| Galaxy S II (T-Mobile) | No remedies available | SP or RR | No remedies available | No remedies available | RR | Oct. 2011 – June 2012 |

# Damages Remedies Chart

| Patent: | '381[1/] | D'677 | D'305 | D'087 | '163 | |
|---|---|---|---|---|---|---|
| **Period in Which Damages Are Available at Trial:[2/]** | 08/04/2010 to 6/30/2012 | 04/15/2011 to 6/30/2012 | 06/16/2011 to 6/30/2012 | 06/16/2011 to 6/30/2012 | 06/16/2011 to 6/30/2012 | **Sales Dates[4/]** |
| **Galaxy S Showcase** | No remedies available | SP or RR | SP or RR | No remedies available | No remedies available | Nov. 2010 – June 2012 |
| **Gem** | RR | No remedies available | SP or RR | No remedies available | No remedies available | Jan. 2011 – May 2012 |
| **Indulge** | RR | No remedies available | SP or RR | No remedies available | No remedies available | Feb. 2011 – March 2012 |
| **Infuse 4G** | RR | SP or RR | SP or RR | No remedies available | RR | April 2011 – June 2012 |
| **Mesmerize** | RR | SP or RR | SP or RR | No remedies available | RR | Oct. 2010 – June 2012 |
| **Vibrant** | RR | SP or RR | SP or RR | SP or RR | No remedies available | June 2010 – Nov. 2011 |

**Key:**

**SP**   Samsung's profits on the article of manufacture.

**RR**   Reasonable royalty.

Notes:  Apple may not obtain a double recovery.  *See* Final Jury Instruction No. 34 (Dkt. No. 2784 at 46).

1/ With respect to the Captivate, Continuum, Droid Charge, Epic 4G, Gem, Indulge, and Infuse 4G, Apple has excluded from the calculation of damages that it will present to the jury the units and amounts attributable to the award of lost profits and the reasonable royalties that were included in the November 2013 verdict.

2/ Start date of Period in Which Damages Are Available reflects date of first notice based on prior Court rulings.  While certain Samsung products were sold after June 30, 2012, the damages calculations being presented at trial are limited to sales up to June 30, 2012.

**Damages Remedies Chart**

3/ Samsung contends the Galaxy S (i9000) and Galaxy S II (i9100) are not at issue at the upcoming trial in light of the lack of U.S. sales reported for these products, and because Apple will not seek damages for these products at the upcoming damages trial. Apple disagrees and contends that both products are part of the upcoming trial because they were found to infringe in the jury's verdict, the infringement verdict was upheld on appeal and there should be a final determination by the jury on damages.

4/ Sales Dates reflect the first and last month during the damages period for which unit sales (positive or negative) were reported.