| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | John B. Quinn (Bar No. 90378) johnquinn@quinnemanuel.com |
| 3 | William C. Price (Bar No. 108542) williamprice@quinnemanuel.com |
| 4 | Michael T. Zeller (Bar No. 196417) michaelzeller@quinnemanuel.com |
| 5 | 865 S. Figueroa St., 10th Floor Los Angeles, California 90017 |
| 6 | Telephone: (213) 443-3000 Facsimile: (213) 443-3100 |

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and
Samsung Telecommunications America, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S NOTICE RE APPLE'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL (DKT. NOS. 3573 AND 3606)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung does not maintain a claim of confidentiality over Dkt. 3573-3 or Dkt. 3606-5.

Dated: March 29, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Victoria F. Maroulis*
Victoria F. Maroulis

Attorney for SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.