# EXHIBIT O
# CONFIDENTIAL VERSION
# OF DOCUMENT SOUGHT
# TO BE SEALED

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

HAROLD J. MCELHINNY (CA SBN 66781)
hmcelhinny@mofo.com
MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff and*
*Counterclaim-Defendant Apple Inc.*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Civil Action No. 11-CV-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **APPLE INC.'S OBJECTIONS AND RESPONSES TO SAMSUNG'S FOURTH SET OF INTERROGATORIES** |
| Defendants. | **CONFIDENTIAL UNDER THE PROTECTIVE ORDER** |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

**INTERROGATORY NO. 72:**

Separately for each SAMSUNG product that YOU contend infringes any APPLE DESIGN PATENT, state fully and in detail on a patent-by-patent basis all facts supporting YOUR contention of infringement, describe fully and in detail on a patent-by-patent basis where each claimed element or feature of the patent is found on the accused SAMSUNG product and provide a chart identifying fully and in detail on a patent-by-patent basis specifically where each claimed element or feature is found on the accused SAMSUNG product.

**RESPONSE TO INTERROGATORY NO. 72**

Samsung directly infringes each asserted design patent (D'889, D'087, D'677, D'270, D'790, D'334, and D'305) by making, using, selling, and offering for sale within the United States and importing into the United States devices that practice these patents, including the Accused Products. Each design patent claims the overall designs depicted, and the claims in these patents are presumptively valid.

No aspect of the designs in the asserted design patents is dictated by function.  Thus, no aspect of the designs should be factored out for purposes of determining whether Samsung's devices infringe the D'889, D'087, D'677, D'270,  D'790, D'334, and D'305 Patents.  A design is not dictated solely by function when alternative designs are available.  With respect to the designs claimed in the asserted design patents, numerous alternative designs exist—some of which were patented or commercially manufactured by Samsung itself and some of which were patented or made by third parties.

The following is a representative sampling of alternative designs that are available for each of the design patents at issue in this case.

Alternative designs with respect to the D'889 Patent include without limitation the following patents and products:

- Samsung Q1

- Compaq TC1000

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

- Sony Tablet S & P
- Barnes & Noble Nook Tablet
- Vinci Tablet
- Acer Iconia Tab A500
- Fusion Garage Grid 10
- GriDPAD 2050
- Motion Computing LS800
- Droid XYBoard 8.2

Alternative designs with respect to the D'087, D'677, and D'270 Patents include without limitation the following products:

- Pantech Crossover
- Sony Ericsson Xperia X10
- Nokia N8
- NEC N908
- Nokia Lumia 800
- Casio GZ One Commando
- Sony Ericsson Xperia S
- Modu phones and related jackets
- Nokia X5-01
- Samsung M7600 Beat DJ

Alternative designs with respect to the D'790, D'334, and D'305 Patents include without limitation the following products:

- Sony Ericsson Xperia X10
- Nokia N8
- Palm Centro
- Palm Pixi Plus

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

- Nokia Lumia 800

- Palm Treo 700p

- Pantech Hotshot CDM8992VW

- Blackberry Torch 9850

- Blackberry Storm 2

- Samsung F700

Moreover, alternative cellular phone and tablet computer designs were explored during the development process of Apple products and some were commercially manufactured by Apple.  These alternatives designs are contained in the native design files that have been produced for inspection, in the printouts of these native files that have been produced to Samsung, and in the numerous Apple mockups that have been produced for inspection.  A number of these alternative designs were identified in Christopher Stringer's reply declaration in support of Apple's motion for preliminary injunction.

In determining whether an accused product infringes a design patent, courts must compare the patented design as a whole to the accused products.  Verbal descriptions of the claimed designs are not required.  As demonstrated in the following claim charts, the asserted Apple designs are substantially the same in overall visual appearance as the corresponding portion of each accused Samsung product.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

1.      **The D'889 Patent**

Each accused Samsung product incorporates a body and front face that is substantially the same in overall visual appearance as the design claimed in the D'889 Patent.

a.      **Samsung Galaxy Tab 10.1**

| D'889 Patent Claim | Samsung Galaxy Tab 10.1 |
|---|---|
|  FIG. 1 |  |
|  FIG. 2 |  |
|  FIG. 3 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'889 Patent Claim | Samsung Galaxy Tab 10.1 |
|---|---|
|  FIG. 4 |  |
|  FIG. 5 |  |
|  FIG. 6 |  |
|  FIG. 7 |  |
|  FIG. 8 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

2.      The D'087 Patent[2]

Each accused Samsung product incorporates a front face and bezel that is substantially the same in overall visual appearance as the design claimed in the D'087 Patent.

a.      Samsung Galaxy S i9000

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S i9000 |
|---|---|
|  FIG. 9 <br>  FIG. 17 |  |
|  FIG. 11      FIG. 19 |  |

---

[2] In the charts that follow with respect to the D'087 patent, drawings that consist entirely of dotted lines are omitted. Figures 5 through 8, respectively, are equivalent to figures 13 through 16; 21 through 24; 29 through 32; 37 through 40; and 45 through 48.  Because the D'087 incorporates numerous alternative embodiments, only the relevant ones are included.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**



**b.** **Samsung Galaxy S 4G**

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S 4G |
|---|---|
|  FIG. 11   FIG. 19 |  |
|  FIG. 7   FIG. 8 |  |
|  FIG. 5 <br>  FIG. 6 |   |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

c.      **Samsung Infuse 4G**

| D'087 Patent Claim (Selected Embodiments) | Samsung Infuse 4G |
|---|---|
|  FIG. 9 <br>  FIG. 17 |  |
|  FIG. 11    FIG. 19 |  |
|  FIG. 7    FIG. 8 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION



| D'087 Patent Claim (Selected Embodiments) | Samsung Infuse 4G |
|---|---|
| FIG. 5 | |
| FIG. 6 | |

d.      Samsung Vibrant

| D'087 Patent Claim (Selected Embodiments) | Samsung Vibrant |
|---|---|
| FIG. 9 | |
| FIG. 17 | |
| FIG. 11     FIG. 19 | |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**



| D'087 Patent Claim (Selected Embodiments) | Samsung Vibrant |
|---|---|
| FIG. 7      FIG. 8 | |
| FIG. 5 | |
| FIG. 6 | |

e.    Samsung Galaxy S II Epic 4G Touch

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II Epic 4G Touch |
|---|---|
| FIG. 9 | |
| FIG. 17 | |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II Epic 4G Touch |
|---|---|
| <br>FIG. 11   FIG. 19 |  |
| <br>FIG. 7   FIG. 8 |  |
| <br>FIG. 5<br><br>FIG. 6 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

### f.  Samsung Galaxy S II (AT&T)

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II (AT&T) |
|---|---|
| <br>FIG. 9<br><br><br>FIG. 17 |  |
| <br>FIG. 11    FIG. 19 |  |
| <br>FIG. 7    FIG. 8 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II (AT&T) |
|---|---|
|  FIG. 5 <br>  FIG. 6 |  |

g.    Samsung Galaxy S II Skyrocket

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II Skyrocket |
|---|---|
|  FIG. 9 <br>  FIG. 17 |  |
|  FIG. 11    FIG. 19 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II Skyrocket |
|---|---|
| FIG. 7   FIG. 8 | |
| FIG. 5 | |
| FIG. 6 | |

h.    Samsung Galaxy S II i9100



| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II i9100 |
|---|---|
| FIG. 9 | |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II i9100 |
|---|---|
|  FIG. 17 | |
|  FIG. 11    FIG. 19 |  |
|  FIG. 7    FIG. 8 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'087 Patent Claim (Selected Embodiments) | Samsung Galaxy S II i9100 |
|---|---|
| <br>FIG. 5 |  |
| <br>FIG. 6 |  |

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

3. The D'677 Patent[3]

Each accused Samsung product incorporates a front face that is substantially the same in overall visual appearance as the design claimed in the D'677 Patent.

    a.      Samsung Mesmerize (SCH-I500); Samsung Showcase i500 (SCH-I500); Samsung Showcase Galaxy S (SCH-I500) Samsung Fascinate (SCH-I500)

| D'677 Patent Claim | Samsung SCH-I500 (Mesmerize / Showcase i500 / Showcase Galaxy S / Fascinate) |
|---|---|
|  FIG. 1 |  |
|  FIG. 3 |  |

---

[3] In the charts below with respect to the D'677 patent, drawings that consist entirely of dotted lines are omitted.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'677 Patent Claim | Samsung SCH-I500 (Mesmerize / Showcase i500 / Showcase Galaxy S / Fascinate) |
|---|---|
|  | |

b.    Samsung Galaxy S i9000

| D'677 Patent Claim | Samsung Galaxy S i9000 |
|---|---|
| | |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'677 Patent Claim | Samsung Galaxy S i9000 |
|---|---|
| FIG. 3 | |
| FIG. 7     FIG. 8 | |
| FIG. 5 | |
| FIG. 6 | |

c.     Samsung Galaxy Ace



| D'677 Patent Claim | Samsung Galaxy Ace |
|---|---|
| FIG. 1 | |
| | |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'677 Patent Claim | Samsung Galaxy Ace |
|---|---|
|  FIG. 3 |  |
|  FIG. 7    FIG. 8 |  |
|  FIG. 5  FIG. 6 |   |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

d.    **Samsung Galaxy S 4G**

| D'677 Patent Claim | Samsung Galaxy S 4G |
|---|---|
| FIG. 1 | |
| FIG. 3 | |
| FIG. 7    FIG. 8 | |
| FIG. 5 | |
| FIG. 6 | |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

e.    Samsung Infuse 4G

| D'677 Patent Claim | Samsung Infuse 4G |
|---|---|
|  FIG. 1 |  |
|  FIG. 3 |  |
|  FIG. 7    FIG. 8 |  |
|  FIG. 5  FIG. 6 |   |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

f.    **Samsung Vibrant**

| D'677 Patent Claim | Samsung Vibrant |
|---|---|
| <br>FIG. 1 |  |
| <br>FIG. 3 |  |
| <br>FIG. 7      FIG. 8 |  |
| <br>FIG. 5<br><br><br>FIG. 6 | <br><br> |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

g.     **Samsung Galaxy S II Epic 4G Touch**

| D'677 Patent Claim | Samsung Galaxy S II Epic 4G Touch |
|---|---|
| <br>*FIG. 1* |  |
| <br>*FIG. 3* |  |
| <br>*FIG. 7*     *FIG. 8* |  |
| <br>*FIG. 5*<br><br><br>*FIG. 6* |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

h.    **Samsung Galaxy S II (T-Mobile)**

| D'677 Patent Claim | Samsung Galaxy S II (T-Mobile) |
|---|---|
| <br>*FIG. 1* |  |
| <br>*FIG. 3* |  |
| <br>*FIG. 7*    *FIG. 8* |  |
| <br>*FIG. 5*<br><br><br>*FIG. 6* |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

i.    **Samsung Galaxy S II (AT&T)**

| D'677 Patent Claim | Samsung Galaxy S II (AT&T) |
|---|---|
| <br>*FIG. 1* |  |
| <br>*FIG. 3* |  |
| <br>*FIG. 7      FIG. 8* |  |
| <br>*FIG. 5*<br><br><br>*FIG. 6* |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

### j.    Samsung Galaxy S II Skyrocket

| D'677 Patent Claim | Samsung Galaxy S II Skyrocket |
|---|---|
|  FIG. 1 |  |
|  FIG. 3 |  |
|  FIG. 7    FIG. 8 |  |
|  FIG. 5  FIG. 6 |  |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

k.      Samsung Galaxy S II i9100



| D'677 Patent Claim | Samsung Galaxy S II i9100 |
|---|---|

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

4.      **The D'270 Patent**

Each accused Samsung product incorporates a body and front face that are substantially the same in overall visual appearance as the design claimed in the D'270 Patent.

a.      **Samsung Galaxy S i9000**

| D'270 Patent Claim | Samsung Galaxy S i9000 |
|---|---|
| <br>FIG. 1 |  |
| <br>FIG. 2 |  |
| <br>FIG. 3 |  |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'270 Patent Claim | Samsung Galaxy S i9000 |
|---|---|
|  FIG. 4 |  |
|  FIG. 5     FIG. 6 |  |
|  FIG. 7  FIG. 8 |  |
|  FIG. 9 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

b.      **Samsung Galaxy S 4G**

| D'270 Patent Claim | Samsung Galaxy S 4G |
|---|---|
|  FIG. 1 |  |
|  FIG. 2 |  |
|  FIG. 3 |  |
|  FIG. 4 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
125                                      Case No. 11-cv-01846 (LHK)

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION



| D'270 Patent Claim | Samsung Galaxy S 4G |
|---|---|

c.      Samsung Vibrant



| D'270 Patent Claim | Samsung Vibrant |
|---|---|

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'270 Patent Claim | Samsung Vibrant |
|---|---|
|  FIG. 2 |  |
|  FIG. 3 |  |
|  FIG. 4 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

| D'270 Patent Claim | Samsung Vibrant |
|---|---|
|  FIG. 5   FIG. 6 |  |
|  FIG. 7 <br>  FIG. 8 |  <br>  |
|  FIG. 9 |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

5.     **The D'790 Patent**

Each accused Samsung product incorporates an array of icons that is substantially the same in overall visual appearance as the design claimed in the D'790 Patent.

a.     **Samsung Captivate**



| D'790 Patent Claim | Samsung Captivate |
|---|---|

b.     **Samsung Continuum**



| D'790 Patent Claim | Samsung Continuum |
|---|---|

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

### c.      Samsung Droid Charge



| D'790 Patent Claim | Samsung Droid Charge |
| --- | --- |

### d.      Samsung Epic 4G



| D'790 Patent Claim | Samsung Epic 4G |
| --- | --- |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

e.   **Samsung Fascinate**

| D'790 Patent Claim | Samsung Fascinate |
|---|---|



f.   **Samsung Gem**

| D'790 Patent Claim | Samsung Gem |
|---|---|

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

g.      Samsung Galaxy S i9000



| D'790 Patent Claim | Samsung Galaxy S i9000 |
|---|---|

h.      Samsung Galaxy S 4G

| D'790 Patent Claim | Samsung Galaxy S 4G |
|---|---|

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

**i.      Samsung Indulge**

| D'790 Patent Claim | Samsung Indulge |
|---|---|
|  | |

**j.      Samsung Infuse 4G**

| D'790 Patent Claim | Samsung Infuse 4G |
|---|---|
|  | |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

k.    **Samsung Mesmerize**

| D'790 Patent Claim | Samsung Mesmerize |
|---|---|
|  | |

l.    **Samsung Showcase Galaxy S**

| D'790 Patent Claim | Samsung Showcase Galaxy S |
|---|---|
|  | |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

m.   **Samsung Showcase i500**

| D'790 Patent Claim | Samsung Showcase i500 |
|---|---|
|  | |

n.   **Samsung Vibrant**

| D'790 Patent Claim | Samsung Vibrant |
|---|---|
|  | |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

6.      **The D'334 Patent**[4]

Each accused Samsung product incorporates an array of icons that is substantially the same in overall visual appearance as the design claimed in the D'334 Patent.

a.      **Samsung Captivate**

| D'334 Patent Claim | Samsung Captivate |
|---|---|
|  |  |

---

[4] In the charts below with respect to the D'334 patent, only one figure is presented out of the eight figures in the design patent.  Each figure in the design patent is substantially the same, and the comparison herein applies equally to each figure...

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

### b.      Samsung Continuum

| D'334 Patent Claim | Samsung Continuum |
|---|---|



### c.      Samsung Droid Charge

| D'334 Patent Claim | Samsung Droid Charge |
|---|---|

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

d.    **Samsung Epic 4G**

| D'334 Patent Claim | Samsung Epic 4G |
|---|---|
|  |  |

e.    **Samsung Fascinate**

| D'334 Patent Claim | Samsung Fascinate |
|---|---|
|  |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

f.      **Samsung Gem**

| D'334 Patent Claim | Samsung Gem |
|---|---|
|  |  |

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

g.     **Samsung Galaxy S i9000**

| D'334 Patent Claim | |
| --- | --- |
|  | |

h.     **Samsung Galaxy S 4G**

| D'334 Patent Claim | Samsung Galaxy S 4G |
| --- | --- |
|  |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

i.      **Samsung Indulge**

| D'334 Patent Claim | Samsung Indulge |
|---|---|
|  |  |

j.      **Samsung Infuse 4G**

| D'334 Patent Claim | Samsung Infuse 4G |
|---|---|
|  |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

k.    Samsung Mesmerize

l.    Samsung Showcase Galaxy S



| D'334 Patent Claim | Samsung Mesmerize |
|---|---|

| D'334 Patent Claim | Samsung Showcase Galaxy S |
|---|---|

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

m.　　**Samsung Showcase i500**

| D'334 Patent Claim | Samsung Showcase i500 |
|---|---|
|  |  |

n.　　**Samsung Vibrant**

| D'334 Patent Claim | Samsung Vibrant |
|---|---|
| |  |

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

7.      **The D'305 Patent[5]**

Each accused Samsung product incorporates an array of icons that is substantially the same in overall visual appearance as the design claimed in the D'305 Patent.

a.      **Samsung Captivate**

| D'305 Patent Claim | Samsung Captivate |
|:---:|:---:|
|  |  |

_____
[5] In the charts below with respect to the D'305 patent, only one figure is presented out of the two figures in the design patent.  Each figure in the design patent is substantially the same, and the comparison herein applies equally to each figure.

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

b.     **Samsung Continuum**

| D'305 Patent Claim | Samsung Continuum |
|---|---|
|  |  |

c.     **Samsung Droid Charge**

| D'305 Patent Claim | Samsung Droid Charge |
|---|---|
|  |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

d.    **Samsung Epic 4G**

| D'305 Patent Claim | Samsung Epic 4G |
|---|---|
|  |  |

e.    **Samsung Fascinate**

| D'305 Patent Claim | Samsung Fascinate |
|---|---|
|  |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

SUBJECT TO PROTECTIVE ORDER
__CONTAINS CONFIDENTIAL INFORMATION__

1

  **f.**  **Samsung Gem**

2



| D'305 Patent Claim | Samsung Gem |
|---|---|

  **g.**  **Samsung Galaxy S i9000**

| D'305 Patent Claim | Samsung Galaxy S i9000 |
|---|---|

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

SUBJECT TO PROTECTIVE ORDER
<u>CONTAINS CONFIDENTIAL INFORMATION</u>

h.    **Samsung Galaxy S 4G**

| D'305 Patent Claim | Samsung Galaxy S 4G |
|---|---|
|  |  |

i.    **Samsung Indulge**

| D'305 Patent Claim | Samsung Indulge |
|---|---|
|  |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

SUBJECT TO PROTECTIVE ORDER
CONTAINS CONFIDENTIAL INFORMATION

j.     Samsung Infuse 4G

| D'305 Patent Claim | Samsung Infuse 4G |
|---|---|



k.     Samsung Mesmerize

| D'305 Patent Claim | Samsung Mesmerize |
|---|---|

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

1

l.     **Samsung Showcase Galaxy S**

| D'305 Patent Claim | Samsung Showcase Galaxy S |
|---|---|
|  |  |

m.     **Samsung Showcase i500**

| D'305 Patent Claim | Samsung Showcase i500 |
|---|---|
|  |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

n.    Samsung Vibrant

| D'305 Patent Claim | Samsung Vibrant |
|---|---|
|  |  |

APPLE INC.'S RESPONSES TO SAMSUNG'S
FOURTH SET OF INTERROGATORIES
Case No. 11-cv-01846 (LHK)

**SUBJECT TO PROTECTIVE ORDER**
**CONTAINS CONFIDENTIAL INFORMATION**

Dated:  March 10, 2012

/s/ Mark D. Selwyn
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Harold J. McElhinny (SBN 66781)
(HMcElhinny@mofo.com)
Michael A. Jacobs (SBN 111664)
(MJacobs@mofo.com)
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: ( 415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Plaintiff and
Counterclaim-Defendant Apple Inc.