# EXHIBIT S
# CONFIDENTIAL VERSION OF DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

```
 1             UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4     _____
 5     Apple Inc.,                     *
 6     a California corporation        *
 7     v.                              *   Case
 8     Samsung Electronics Co., Ltd.,  *   No. 11-cv-01846-LHK
 9     a Korean business entity,       *
10     et al.                          *
11     _____
12
13      HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
14
15             Video Deposition of Alan D. Ball
16              Tuesday, February 13, 2018
17         Wilmer Cutler Pickering Hale and Dorr LLP
18              60 State Street - 26th Floor
19               Boston, Massachusetts 02109
20
21     Reported By:
22     J. Edward Varallo, RMR, CRR
23     Registered Professional Reporter
24     Job No. 2816442
25     Pages 1 - 165
```

Page 1

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS EYES ONLY

| | |
|---|---|
| 1 | applied to. |
| 2 | Q.   Well, focusing still then on -- Well, go |
| 3 | to the second factor.  Focusing on the internal |
| 4 | functionality and components of a smartphone, can |
| 5 | the consumer even see that internal functionality or   02:42 |
| 6 | components? |
| 7 | MS. FRAZIER:  Objection, vague. |
| 8 | A.   I don't understand your question. |
| 9 | Q.   Well, factor 2 is the relevant |
| 10 | prominence of the design within the product as a   02:42 |
| 11 | whole.  Right? |
| 12 | A.   Yes. |
| 13 | Q.   Can the consumer even see the internal |
| 14 | functionality and components of a smartphone? |
| 15 | A.   Of course not.  And that has no   02:43 |
| 16 | relevancy.  We're talking about the product as a |
| 17 | whole.  We're not talking about the parts and |
| 18 | pieces.  It's asking us whether or not the design is |
| 19 | prominent within the product as a whole.  They look |
| 20 | at the whole smartphone; they would see the product   02:43 |
| 21 | as a smartphone. |
| 22 | Q.   Now, you understand that in fact design |
| 23 | patents do not and cannot protect that which is not |
| 24 | visible.  Right? |
| 25 | A.   The design patent protects what's shown   02:43 |

Veritext Legal Solutions
866 299-5127