# EXHIBIT 5
# Unredacted Version of Document Sought to Be Sealed

```
                                                          Page 1
 1           UNITED STATES DISTRICT COURT

 2          NORTHERN DISTRICT OF CALIFORNIA

 3                SAN JOSE DIVISION

 4   APPLE, INC., a California

 5   Corporation,

 6            Plaintiff,        Civil Action No.

 7     vs.                      11-CV-01846-LHK

 8   SAMSUNG ELECTRONICS CO., LTD.,

 9   et. al.,

10            Defendants.

11   _____/

12

13

14   HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY

15      VIDEOTAPED DEPOSITION OF JULIE DAVIS

16              CHICAGO, ILLINOIS

17            MONDAY, AUGUST 26, 2013

18

19

20

21

22

23   Reported by:

24   DEBORAH HABIAN, RMR, CRR, CLR

25   JOB NO. 65086
```

Highly Confidential - Outside Counsels' Eyes Only

Page 228

1  cross-license is helpful in determining the
2  outcome of the hypothetical negotiation in our
3  case.
4      Q.  As part of your income approach, you                01:46PM
5  purported to calculate the economic value of the
6  Apple patents to Samsung, right?
7      A.  Yes.
8      Q.  And you determined that economic value
9  of the '381 and '163 patents for Samsung as
10 being 52¢, right?                                            01:46PM
11     A.  I don't know what you're looking at
12 that would yield a 52¢ number.  Can you point me
13 to what you're looking at?
14     Q.  Mr. Alden is going to find it for us.
15         The royalty that you concluded Samsung              01:46PM
16 would pay for these patents, though, was $2,
17 correct?
18     A.  For each of the '163 and '381 patents,
19 it's approximately $2, yes.
20     Q.  Okay.  Let's take a look at the                    01:47PM
21 exhibit, or Schedule 41-S to your report.
22     A.  Okay.
23     Q.  That is where the 52¢ number comes
24 from.
25     A.  I see a 52¢ number, so ask me your                 01:47PM

Highly Confidential - Outside Counsels' Eyes Only

Page 229

1  question again.

2     Q.  Sure.

3        So the royalty that you say Samsung
4  would pay is multiple times more than the value
5  of the -- each asserted patent to Samsung,                01:47PM
6  correct?

7     A.  I believe that the royalty that would
8  be the outcome of the hypothetical negotiation
9  is higher than the 52¢ number that's reflected
10 as one of the reference points on Exhibit 41-S.           01:47PM

11    Q.  Similarly, you determined that the
12 economic value of the '915 patent to Samsung was
13 80¢ per unit, correct?

14    A.  In the calculation on Exhibit 41-S, the
15 reference point for the '915 is 80¢ for                   01:47PM
16 smartphones and tablets.

17    Q.  But you concluded that the royalty
18 would be more than $3 --

19    A.  I did.

20    Q.  -- for the same patent, correct?                  01:48PM

21    A.  I did.

22    Q.  And similarly, you determined that the
23 economic value to Samsung of Apple's design IP
24 is $9 per unit, but the royalty Samsung would
25 agree to pay is $24 per unit; is that correct?           01:48PM

Highly Confidential - Outside Counsels' Eyes Only

Page 230

1   A.   That's correct.
2   Q.   Why would Samsung agree to pay a
3   royalty rate that is so much more than the
4   economic benefit to Samsung that purportedly it
5   derives from this IP?                              01:48PM
6   A.   There are a number of factors that go
7   into the determination of the outcome of the
8   hypothetical negotiation.  The reference point
9   you mentioned is only one of those.
10        I think in particular, as it relates to    01:48PM
11  the design patents, the income-value reference
12  point would be at the upper end, or at least the
13  royalty would be at the upper end of any range,
14  since Apple has refused to license those patents
15  to anyone else, and certainly does not want its   01:49PM
16  direct competitor copying the product by using
17  those patents.
18   Q.   Is that it?  Are there any other
19  reasons?
20   A.   I don't think there is anything beyond      01:49PM
21  what I have explained in my report that I would
22  add to that.
23   Q.   So your answer above is the totality of
24  your response to this question, correct?
25   A.   Well, that and what I've already            01:49PM

Highly Confidential - Outside Counsels' Eyes Only

Page 331

1  STATE OF ILLINOIS       )
                           )  ss:
2  COUNTY OF C O O K       )
3           I, Deborah Habian, a Certified
   Shorthand Reporter within and for the State of
4  Illinois, do hereby certify:
5       That previous to the commencement of the
   examination of the witness, the witness was duly
6  sworn to testify the whole truth concerning the
   matters herein;
7
        That the foregoing deposition was reported
8  stenographically by me, was thereafter
   reduced to printed transcript by me, and
9  constitutes a true record of the testimony given
   and the proceedings had;
10
        That the said deposition was taken before
11 me at the time and place specified;
12      That the reading and signing by the witness
   of the deposition transcript was agreed upon as
13 stated herein;
14           That I am not a relative or
   employee of attorney or counsel, nor a relative
15 or employee of such attorney or counsel for any
   of the parties hereto, nor interested directly or
16 indirectly in the outcome of this action.
17           IN WITNESS WHEREOF, I do hereunto set
   my hand this 26th day of August, 2013.
18
19
20
21      _____
        DEBORAH HABIAN, CSR, RMR, CRR, CBC
22      Notary Public
        CSR No. 084-02432
23
24
25