# EXHIBIT 1
# Unredacted Version of Document Sought to Be Sealed

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1            UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF CALIFORNIA
3                 SAN JOSE DIVISION
4
5   APPLE INC., a California         )
    corporation,                     )
6                                    )
            Plaintiff,                )
7                                    ) Case No.
        vs.                          ) 11-cv-01846-LHK
8                                    )
    SAMSUNG ELECTRONICS CO., LTD.,   )
9   a Korean business entity;        )
    SAMSUNG ELECTRONICS AMERICA,     )
10  INC., a New York corporation;    )
    SAMSUNG TELECOMMUNICATIONS       )
11  AMERICA, LLC, a Delaware         )
    limited liability company,       )
12                                   )
            Defendants.              )
13  _____
14
         HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
15
16      The deposition of JULIE DAVIS, VOLUME III taken
17  before Maria S. Winn, CSR, RPR and CRR, pursuant to
18  the Federal Rules of Civil Procedure for the United
19  States District Courts pertaining to the taking of
20  depositions, at Quinn Emanuel, 191 North Wacker
21  Drive, Suite 2700, Chicago, Illinois, commencing
22  at 9:56 a.m. on February 15, 2018.
23
24
25  Pages 1 - 162
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | was recommending that they include such | 11:47:16 |
| 2 | containers. | 11:47:19 |
| 3 | BY MR. PRICE: | 11:47:20 |
| 4 | Q   Well, you quote, it says, "We would like | 11:47:24 |
| 5 | to request our designers to take this into | 11:47:27 |
| 6 | consideration." | 11:47:31 |
| 7 | Correct? | 11:47:32 |
| 8 | A   I say that.  I take that as a | 11:47:33 |
| 9 | recommendation. | 11:47:35 |
| 10 | Q   I will go to my initial question then. | 11:47:35 |
| 11 | After you've seen this document, is | 11:47:38 |
| 12 | there a reason why you referred to Mr. Botello as | 11:47:39 |
| 13 | a Samsung designer? | 11:47:41 |
| 14 | A   I don't recall without reviewing the | 11:47:50 |
| 15 | rest of this document where I got the impression | 11:47:51 |
| 16 | that he might have been a Samsung designer.  It's | 11:47:52 |
| 17 | obvious that he was a Samsung employee who had | 11:47:55 |
| 18 | interaction with Samsung's customers and was | 11:47:58 |
| 19 | concerned about what the customers had to say. | 11:48:02 |
| 20 | Whether he was a designer or not is less | 11:48:04 |
| 21 | important than what he is relaying to the rest of | 11:48:07 |
| 22 | the team about what AT&T wants. | 11:48:10 |
| 23 | Q   Ms. Davis, is it your opinion that | 11:49:02 |
| 24 | infringing designs caused Samsung's market share | 11:49:08 |
| 25 | to increase? | 11:49:13 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A     I am not expressing that opinion. | 11:49:14 |
| 2 | Q     Do you have enough information to give | 11:49:27 |
| 3 | the opinion that the infringing designs caused | 11:49:28 |
| 4 | Samsung's market share to increase? | 11:49:33 |
| 5 | A     I know that Samsung's market share did | 11:49:35 |
| 6 | increase.  It corresponds with the introduction | 11:49:38 |
| 7 | of the infringing products. | 11:49:41 |
| 8 |       I do not have enough information to know | 11:49:45 |
| 9 | that it is related specifically to the | 11:49:47 |
| 10 | introduction of the patented designs. | 11:49:50 |
| 11 | Q     And why do you not have enough | 11:49:53 |
| 12 | information for that? | 11:49:55 |
| 13 | A     I am not aware of any surveys or other | 11:50:02 |
| 14 | evidence that explains why Samsung's market share | 11:50:05 |
| 15 | increased to the extent that it did, at a time | 11:50:08 |
| 16 | that overlaps with the introduction of the | 11:50:12 |
| 17 | infringing devices. | 11:50:16 |
| 18 | Q     Are you familiar with the fallacy, | 11:50:19 |
| 19 | Post hoc ergo propter hoc? | 11:50:21 |
| 20 |       MR. OLSON:  Objection. | 11:50:27 |
| 21 | BY MR. PRICE: | 11:50:27 |
| 22 | Q     After this, therefore, because of this? | 11:50:27 |
| 23 | A     No. | 11:50:29 |
| 24 | Q     No?  That was in my statistics course... | 11:50:29 |
| 25 |       Do you consider yourself an expert on | 11:50:38 |

Page 75

| | | |
|---|---|---|
| 1 | after the fact, with the information that's been | 11:56:16 |
| 2 | produced in this case. | 11:56:17 |
| 3 | Q   Would you have to consult with a | 11:56:19 |
| 4 | statistician to determine whether or not that | 11:56:21 |
| 5 | kind of analysis could be done this many years | 11:56:24 |
| 6 | after the fact with the information that's been | 11:56:27 |
| 7 | produced in this case? | 11:56:28 |
| 8 | A   I don't know.  I haven't undertaken such | 11:56:33 |
| 9 | an analysis, so I do not know what it would | 11:56:35 |
| 10 | entail. | 11:56:45 |
| 11 | Q   Now, you state in paragraph 148 of your | 11:56:58 |
| 12 | reply report that the Samsung "devices | 11:57:00 |
| 13 | incorporating the patented designs earned a | 11:57:16 |
| 14 | substantially higher profit than those that did | 11:57:20 |
| 15 | not infringe an asserted design patent." | 11:57:22 |
| 16 | Do you see that? | 11:57:26 |
| 17 | A   I do. | 11:57:36 |
| 18 | Q   Does that correlation allow you to | 11:57:37 |
| 19 | conclude that the patented designs caused higher | 11:57:39 |
| 20 | profits? | 11:57:41 |
| 21 | A   No. | 11:57:41 |
| 22 | Q   Why not? | 11:57:42 |
| 23 | A   I don't think there is enough | 11:57:48 |
| 24 | information to know what gave rise to the | 11:57:49 |
| 25 | higher profits.  I am simply reporting | 11:57:51 |

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | that characteristic. | 11:57:53 |
| 2 | Q    What would you have to do to determine | 11:57:57 |
| 3 | whether or not the patented designs caused higher | 11:58:01 |
| 4 | profits? | 11:58:08 |
| 5 | A    I don't know.  I have not undertaken | 11:58:08 |
| 6 | such an analysis, so I haven't thought about | 11:58:10 |
| 7 | that. | 11:58:14 |
| 8 | Q    So throughout your reports, you mention | 11:58:36 |
| 9 | that Samsung does not have revenue data for the | 11:58:38 |
| 10 | components that it identifies as the article of | 11:58:46 |
| 11 | manufacture.  Correct? | 11:58:48 |
| 12 | A    Yes. | 11:58:50 |
| 13 | Q    And your understanding is that's the | 11:58:59 |
| 14 | case because Samsung did not sell the components | 11:59:01 |
| 15 | it identifies as the articles of manufacture | 11:59:06 |
| 16 | separately from the smartphones. | 11:59:08 |
| 17 | Is that right? | 11:59:11 |
| 18 | A    That's generally my understanding, yes. | 11:59:12 |
| 19 | Q    Did you read any of the court opinions | 11:59:28 |
| 20 | in connection with the appeals in this case? | 11:59:29 |
| 21 | A    Yes. | 11:59:31 |
| 22 | Q    Is it your understanding that the | 11:59:37 |
| 23 | Federal Circuit found that components of the | 11:59:38 |
| 24 | infringing smartphones couldn't be the relevant | 11:59:41 |
| 25 | article of manufacture because consumers couldn't | 11:59:44 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1   STATE OF ILLINOIS )
 2                     ) SS:
 3   COUNTY OF C O O K )
             The within and foregoing deposition of
 4   the aforementioned witness was taken before
     MARIA S. WINN, CSR, RPR and CRR, at the place,
 5   date and time aforementioned.
             There were present during the taking of
 7   the deposition the previously named counsel.
             The said witness was first duly sworn and
 8   was then examined upon oral interrogatories; the
     questions and answers were taken down in shorthand
 9   by the undersigned, acting as stenographer; and
10   the within and foregoing is a true, accurate and
11   complete record of all of the questions asked of
     and answers made by the aforementioned witness, at
12   the time and place hereinabove referred to.
        The signature of the witness was not
13   waived, and the deposition was submitted,
14   pursuant to Rule 30(e) and 32(d)4 of the Rules
     of Civil Procedure for the United States District
15   Courts, to the deponent per copy of the attached
16   letter.
             The undersigned is not interested in the
17   within case, nor of kin or counsel to any of the
     parties.
18           In witness whereof, I have hereunto set
19   my hand and seal of office this day, February 19,
     2018.
20
21
22              [signature: Maria S. Winn]
23
24      MARIA S. WINN, CSR, RPR and CRR
25   CSR No. 084-003784 - Expiration Date: May 31, 2019
```

Page 162