# EXHIBIT 2
# Unredacted Version of Document Sought to Be Sealed

Highly Confidential – Attorneys' Eyes Only – Subject to Protective Order

United States District Court
Northern District of California

# Apple Inc.

v.

# Samsung Electronics Co., Ltd., et al.

## Rebuttal Expert Report of Michael J. Wagner for Third Trial on Damages

November 06, 2015

Volume 1

LitiNomics

- the fact that Samsung produced numerous other financial documents kept in the ordinary course of business in both the course of discovery and in response to the motion to compel, yet Apple's experts chose to continue to rely upon the very data that Ms. Davis complained about.

- Ms. Davis cited to testimony where SEC's financial witness refuses to disclose whether Samsung uses standard costs or actual costs to calculate COGS.  However, she did not explain why this has any effect on her analysis whatsoever.  Whether the costs are recorded as actual cost or a standard cost + a variance, the net cost is identical and there is no impact on the COGS.

### (1) Samsung's audited financials confirm that Ms. Davis's opinion that Samsung's financial data is unreliable is incorrect.

198.    The profitability reported by Samsung in the financial documents on which Ms. Davis and I rely is consistent with Samsung's reported profitability in its audited financials.  As Ms. Davis calculated, Samsung's operating profit is ▇▇▇ for all products at issue in the litigation.[408]  Samsung's 2011 audited financial statements report segment information for different segments, including the Telecommunications segment.  Samsung reported a 14.9% operating profit margin for the Telecommunications segment in 2011.[409]  In 2010, Samsung reported an operating profit margin of 10.9% for the Telecommunications segment.[410]  The operating profit rates in Samsung's financials are consistent with the operating profit that Ms. Davis calculated for all products at issue in the litigation.[411]  Therefore, this data belies any notion that Samsung is somehow underreporting the profitability that it earned on the products found to infringe.

### (2) Effect of excluding SEC's operating expenses.

199.    I have calculated (using the financial data for U.S. sales) the amounts by which Ms. Davis has overstated Samsung's profits by excluding SEC's operating expenses for the five products at issue in the Third Trial that were found to infringe design patents, as follows:

---

[408] Davis Second Trial Report, Exhibits 50-S and 50.1-PT. [2.2]

[409] Samsung reported 8,269,798 in operating profit and 55,534,042 in revenue from external customers (in millions of Korean Won) for the Telecommunications segment. (2011 Samsung Electronics Annual Report, <http://www.samsung.com/us/aboutsamsung/ir/financialinformation/annualreport/downloads/2010/SECAR2010_Eng_Final.pdf>, p. 75. [3.5])

[410] Samsung reported 4,359,254 in operating profit and 40,069,950 in revenue from external customers (in millions of Korean Won) for the Telecommunications segment. (2011 Samsung Electronics Annual Report, <http://www.samsung.com/us/aboutsamsung/ir/financialinformation/annualreport/downloads/2010/SECAR2010_Eng_Final.pdf>, p. 76. [3.5])

- Jeff Johnson, Samsung's non-infringement expert on the '381 Patent
- Andries Van Dam, Ph.D., Samsung's invalidity expert on the '381 Patent
- Brian Von Herzen, Ph.D., Samsung's technical expert on the '607, '129, and '828 Patents
- Stephen Gray, Samsung's technical expert on the '915 and '163 Patents
- Tim Sheppard, Vice President of Finance and Operations at STA
- Dongyul Choi, Manager, Finance Team, Mobile Business Unit at SEC
- Hoshin Lee, Senior Litigation Counsel, SEC
- Sun-young Yi, Senior Designer at Design Strategy Department at SEC
- Jaewoo Park, Assistant Engineer at Android R&D Group 2 at SEC
- Heonseok Lee, Senior Engineer at Display Lab Group at SEC
- Jong-wook Shim, Associate at Human Resources Group 1 at SEC

## VII. Potential Additional Analyses to Perform

470. My opinions are based on the information received as of the date of my report. I will consider any criticisms of my opinions or bases for my opinions brought to my attention at my deposition or offered by experts retained by Apple. Any of this additional information or work may cause me to change my opinions.

## VIII. Compensation

471. My billing rate is $795 per hour, which was my current billing rate when I began working on this project.

*Michael J. Wagner*

Michael J. Wagner