UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br>        Plaintiff, <br><br>    v. <br><br>SAMSUNG ELECTRONICS CO. LTD., et al., <br><br>        Defendants. | Case No. 11-CV-01846-LHK <br><br>**ORDER REDUCING NUMBER OF MOTIONS IN LIMINE ALLOWED PER SIDE** <br><br>Re: Dkt. No. 3542 |

This court has issued over 100 substantive written orders in this case. Many of those orders ruled on the parties' voluminous motions in limine and pre-trial disputes before the 2012 trial, the 2013 damages retrial, and the 2016 damages retrial that was stayed shortly before jury selection because of the United States Supreme Court's grant of certiorari in this case. Prior rulings in this case remain in effect per the Groundhog Day rule. The parties' recent *Daubert* motions effectively constituted motions in limine in part, *e.g.*, whether white phones are subject to the damages retrial and whether Apple's experts may discuss evidence of copying. As a result, each side may file three and not five motions in limine for the May 3 pretrial conference. As discussed during the March 29, 2018 *Daubert* hearing, the parties shall file their motions in limine by April 9, 2018, and shall file oppositions by April 13, 2018. Each motion must be limited to one

issue and shall be no more than three pages.  *See* ECF No. 3542.

**IT IS SO ORDERED.**

Dated: April 2, 2018

_____
LUCY H. KOH
United States District Judge