| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | John B. Quinn (Bar No. 90378) |
|   | johnquinn@quinnemanuel.com |
| 3 | William C. Price (Bar No. 108542) |
|   | williamprice@quinnemanuel.com |
| 4 | Michael T. Zeller (Bar No. 196417) |
|   | michaelzeller@quinnemanuel.com |
| 5 | 865 S. Figueroa St., 10th Floor |
|   | Los Angeles, California 90017 |
| 6 | Telephone: (213) 443-3000 |
|   | Facsimile: (213) 443-3100 |
| 7 | |
|   | Kathleen M. Sullivan (Bar No. 242261) |
| 8 | kathleensullivan@quinnemanuel.com |
|   | Kevin P.B. Johnson (Bar No. 177129) |
| 9 | kevinjohnson@quinnemanuel.com |
|   | Victoria F. Maroulis (Bar No. 202603) |
| 10 | victoriamaroulis@quinnemanuel.com |
|   | 555 Twin Dolphin Drive, 5th Floor |
| 11 | Redwood Shores, California 94065-2139 |
|   | Telephone:  (650) 801-5000 |
| 12 | Facsimile:  (650) 801-5100 |
| 13 | Attorneys for Samsung Electronics Co., Ltd., |
|   | Samsung Electronics America, Inc., and |
| 14 | Samsung Telecommunications America, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S NOTICE RE APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (DKT. NO. 3629)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Apple Inc. has filed an Administrative Motion to File Under Seal Documents Relating to Apple's Response To The Court's Questions Regarding Daubert Motions and the Exhibits thereto (Dkt. 3629). Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung")[1] does not maintain a claim of confidentiality over any documents identified in Apple's Motion to Seal (Dkt. 3629).

Dated: April 2, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Michael L. Fazio*
Michael L. Fazio

Attorney for SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.