ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S MOTION IN LIMINE #1 TO EXCLUDE SAMSUNG'S ALLEGED "INDEPENDENT DEVELOPMENT" EVIDENCE** |

1    I, Mark D. Selwyn, hereby declare as follows:

2         1.      I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP,

3    counsel for Apple Inc. ("Apple") in the above-captioned case.  I am licensed to practice law in

4    the State of California, the Commonwealth of Massachusetts, and the State of New York, and am

5    admitted to practice before the U.S. District Court for the Northern District of California.  I am

6    familiar with the facts set forth herein, and, if called as a witness, I could and would testify

7    competently to those facts under oath.

8         2.      Attached hereto as **Exhibit A** are true and correct copies of slides 11-19 from

9    Samsung's Opening demonstratives, served before the 2012 trial.

10        3.      Attached hereto as **Exhibit B** is a true and correct copy of Exhibit 9 to the 2018

11   Expert Report of Sam Lucente.

12        4.      Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the

13   transcript of the February 14, 2018 deposition of Sam Lucente.

14

15        I declare under the penalty of perjury that the foregoing is true and correct to the best of

16   my knowledge and that this Declaration was executed this 9th day of April, 2018.

17                                        */s/ Mark D. Selwyn*
                                         Mark D. Selwyn
18

19

20

21

22

23

24

25

26

27
28

1

**CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that a true and correct copy of the above and foregoing

3

document has been served on April 9, 2018, to all counsel of record who are deemed to have

4

consented to electronic service via the Court's CM/ECF system.

5

6
                                            */s/ Mark D. Selwyn*
                                            Mark D. Selwyn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28