# EXHIBIT A



# Samsung's Independent Creation of Smartphones



Report of the Samsung Mobile Design Team – "Master Popular Communication Piece" – Summer 2006 (Exh. 596.009)

11



# Samsung Designs In Development Before The iPhone

**"Vessel"**

**Report of the Samsung Mobile Design Team – "MPCP Project 2006"** (Exh. 522.042)







# Samsung Designs In Development Before The iPhone

**"Q-Bowl"**

**Report of the Samsung Mobile Design Team – "MPCP Project 2006"** (Exh. 522.045)





13



# Samsung Designs In Development Before The iPhone

**"Bowl"**

**Report of the Samsung Mobile Design Team – "MPCP Project 2006"** (Exh. 522.043)







# Samsung Designs In Development Before The iPhone

**Samsung Mobile Design Team –**
**"Master Popular Communication Piece" –**
**July 2006** (Exh. 625.010)



**"Slide"**





# Samsung Designs In Development Before The iPhone



Samsung Mobile UX Group – Report Entitled "IReen Interaction Design" – Sept. 14, 2006 (Exh. 566.014)



# Samsung Designs In Development Before The iPhone

**Samsung Mobile UX Group – "IReen Interaction Design"** (Sept. 14, 2006) (Exh. 566.014)







# Samsung Designs In Development Before The iPhone

**Samsung Mobile UX Group – "IReen Interaction Design"** (Sept. 14, 2006) (Exh. 566.038)





