# EXHIBIT B

# EXHIBIT 9

**MOTOROLA
DYNATAC 8000X**




**MOTOROLA
MICROTAC 9800X**



**NOKIA 1011**



1983   1989   1992

**BELLSOUTH/IBM SIMON PERSONAL
COMMUNICATOR**





**MOTOROLA STARTAC**



**PALM PILOT PDA**



1993   1996

**NOKIA 9000
COMMUNICATOR**



**NOKIA 5110**



**BENEFON ESC!**



1996   1998   1999

**NOKIA 7110**



**PALM PILOT M100/105**



**RIM BLACKBERRY 957 PDA**



1999   2000

**SAMSUNG SPH-M100 UPROAR**



**ERICSSON R380**



**NOKIA 3310**



2000

**SHARP J-SH04**



**NOKIA 8310**



**NOKIA 5510**



2000                    2001

**ERICSSON T68**



**HANDSPRING TREO 180**



**BLACKBERRY 5810**



2001                    2002

**NOKIA 7650**



**NOKIA 5210**



**NOKIA 6310I**



2002

**O$_2$ XDA**



**DANGER HIPTOP/T-MOBILE SIDEKICK (DANGER/FLEXITRONICS)**



**SONY ERICSSON P800**



2002

**SANYO SCP-5300**



**BLACKBERRY QUARK 6210**



**NOKIA 6600**



2002                                    2003

**BLACKBERRY 7210**



**NOKIA 7600**



**NOKIA N-GAGE**



2003

**PALM TREO 600**



**SAMSUNG SGH-X610**



**NOKIA 7610**



2003                                    2004

**NOKIA 6630**



**MOTOROLA RAZR V3**



**SONY ERICSSON P910**



2004

**NOKIA 7280**



**NOKIA 6680**



**PIDION BM-200**



2004                                      2005

**MOTOROLA Q**



**SAMSUNG SPH-V8400**



**SAMSUNG T809**



2005

**HTC UNIVERSAL**



**NOKIA N92**



2005

**NOKIA 6125**



**LG CHOCOLATE KG800**



**PALM TREO 700P**



2006

**SAMSUNG SGH-D900**



**PHILLIPS S900**



**HTC TYTN 100**



2006

**NOKIA N73**



**BLACKBERRY PEARL**



**SAMSUNG SGH-X830**



2006

**NOKIA E62**



**NOKIA N95**



**LG SHINE**



2006

**SAMSUNG SCH-S129**

**SAMSUNG SCH-B630**





2006

**SAMSUNG SCH-B600**

**SAMSUNG I607 BLACKJACK**





2006

**LG PRADA KE850**

**APPLE IPHONE**





2006

2007

**SAMSUNG SGH-F700**

**O₂ XDA FLAME**

**BLACKBERRY 8800**







2007

**SAMSUNG SGH-U600**



**MOTOROLA Q9H**



**NOKIA E90 COMMUNICATOR**



2007

**HELIO OCEAN
(FORMALLY PANTECH PN-810)**



**PALM TREO 755P**



**HTC TOUCH**



2007

**LG VIEWTY**



**SAMSUNG SGH-P520**



**LG VOYAGER**



2007

**SAMSUNG SGH-G800**

**SONY ERICSSON W760I**

**SAMSUNG SGH-F490**

2007                              2008

**NOKIA N96**

**LG VU**

**SAMSUNG INSTINCT SPH-M800**









2008

**LG SECRET**

**SAMSUNG SGH-P220**

**HTC TOUCH DIAMOND**







2008

**BLACKBERRY CURVE 8900**

**BLACKBERRY BOLD**

**IPHONE 3G**







2008

**SAMSUNG OMNIA SGH-I900**

**LG DARE VX-9700**

**NOKIA E71**







2008

**SAMSUNG SCH-M569**



**LG KC910 RENOIR**



**NOKIA N79**



2008

**T-MOBILE G1 (HTC DREAM)**



**BLACKBERRY STORM**



**MOTOROLA KRAVE ZN4**



2008

**NOKIA 5800 XPRESSMUSIC**



**PRADA II OR LG KF900**



**SAMSUNG SCH-M490**



2008

**SAMSUNG BEHOLD**



**SAMSUNG GRAVITY SGH-T459**



**SAMSUNG SGH-A867**



2008

**NOKIA E63**



**PALM PRE**



**LG ARENA**



2008                                    2009

**SAMSUNG OMNIA HD I8910**



**HTC TOUCH DIAMOND2**



**HTC MAGIC**



2009

**LG VERSA VX-9600**



**SAMSUNG PROPEL PRO**



**LG XENON GR500**



2009

**SIDEKICK LX 2009**



**SAMSUNG I7500 GALAXY**



**NOKIA N97**



2009

**IPHONE 3GS**



**HUAWEI U8220**



**LG GW620 EVE**



2009

**SAMSUNG BEHOLD II T939**



**MOTOROLA DROID**



**HTC DROID ERIS**



2009

**SONY ERICSSON XPERIA X10**



**GOOGLE NEXUS ONE**



**ACER BETOUCH E400**



2009                    2010

**HUAWEI U8110**





**HTC DESIRE**



2010

**HTC EVO 4G**



**LG ALLY**



2010

**APPLE IPHONE 4**

    

2010

**HTC ARIA**



**SAMSUNG VIBRANT SGH-T959**




**SAMSUNG EPIC 4G SPH-D700**



2010

**MOTOROLA DROID 2**

 

**SAMSUNG MESMERIZE SCH-I500**



2010

**GOOGLE NEXUS S**



2010

**MOTOROLA ATRIX 4G**



2011

**MOTOROLA CLIQ 2**



**HP PRE 3**



2011

**SONY ERICSSON XPERIA PRO**



**LG OPTIMUS 3D**



2011

**HTC INCREDIBLE S**



**SAMSUNG GALAXY S II (T-MOBILE) SGH-T989**



2011

**SAMSUNG FOCUS S**



**APPLE IPHONE 4S**



2011

**GOOGLE GALAXY NEXUS**



2011

| Year | Device name | Announced | Released | FCC ID # | FCC Date | Source 1 |
|---|---|---|---|---|---|---|
| 1983 | MOTOROLA DYNATAC 8000X | 1983 | 1983 | | | http://www.mobilephonehistory.co.uk/motorola/motorola_8000x.php |
| 1989 | MOTOROLA MICROTAC 9800X | 25-Apr-89 | | | | http://www.mobilephonehistory.co.uk/motorola/motorola_9800X.php |
| 1992 | NOKIA 1011 | 10-Nov-92 | | | | http://www.mobilephonehistory.co.uk/nokia/nokia_1011.php |
| 1993 | IBM SIMON | 1992 | | | | http://www.mobilecollectors.net/phone/3320/ibm-simon |
| 1996 | MOTOROLA STARTAC | 3-Jan-96 | | | | http://www.mobilephonehistory.co.uk/motorola/motorola_startac.php |
| 1996 | PALM PILOT PDA | 29-Jan-96 | Mar-96 | | | http://www.palminfocenter.com/news/8493/pilot-1000-retrospective |
| 1996 | NOKIA 9000 COMMUNICATOR | | Aug-96 | | | https://www.gsmarena.com/nokia_9000_communicator-16.php |
| 1998 | NOKIA 5110 | 1998 | | | | https://www.gsmarena.com/nokia_5110-7.php |
| 1999 | BENEFON ESC! | 1999 | | | | https://www.gsmarena.com/benefon_esc!-44.php |
| 1999 | NOKIA 7110 | 23-Feb-99 | | | | https://www.nokia.com/en_int/news/releases/1999/02/23/nokia-unveils-the-worlds-first-media-phone-for-internet-access |
| 2000 | PALM PILOT M100/105 | 6-Mar-01 | 6-Mar-01 | n/a | n/a | https://www.macworld.com/article/1020672/m105.html   and https://www.mobiletechreview.com/feature/palmM100.htm |
| 2000 | RIM BLACKBERRY 957 PDA | Apr-00 | | n/a | n/a | https://books.google.com/books?id=oSaoNQcFTzMC&pg=PA101&lpg=PA101&dq=BLACKBERRY+957+launched&source=bl&ots=JY5A412vKR&sig=9jyy9Tw5QSYRC9zQgKi3iQkDlTQ&hl=en&sa=X&ved=0ahUKEwitqOHm__TYAhUFd6wKHafNAVUQ6AElfjAR#v=onepage&q=BLACKBERRY%20957%20launched&f=false |
| 2000 | SAMSUNG SPH-M100 UPROAR | Sep-00 | | | | http://www.gsmhistory.com/vintage-mobiles/#mp3 |
| 2000 | ERICSSON R380 | 2000 | | AXATR-414-A2 | 30-Nov-00 | https://www.phonearena.com/phones/Ericsson-R380_id582 |
| 2000 | NOKIA 3310 | | Q4 2000 | | | https://www.gsmarena.com/nokia_3310-192.php |
| 2000 | SHARP J-SH04 | | Nov-00 | | | http://content.time.com/time/specials/packages/article/0,28804,2023689_2023708_2023648,00.html |
| 2001 | NOKIA 8310 | | 2001 | | | https://www.gsmarena.com/nokia_8310-241.php |
| 2001 | NOKIA 5510 | | Q4 2001 | | | https://www.gsmarena.com/nokia_5510-284.php |
| 2001 | ERICSSON T68 | | Q4 2001 | PBY1130201 | 11-Jul-01 | https://www.phonearena.com/phones/Ericsson-T68_id408 |
| 2002 | HANDSPRING TREO 180 | Feb-02 | | | | https://www.mobiletechreview.com/handspring_treo.htm |
| 2002 | BLACKBERRY 5810 | 4-Mar-02 | | | | https://web.archive.org/web/20071028143020/http://www.blackberry.com/news/press/2002/pr-04_03_2002-01.shtml |
| 2002 | NOKIA 7650 | Q1 2002 | | | | https://www.gsmarena.com/nokia_7650-288.php |
| 2002 | NOKIA 5210 | Q1 2002 | | | | https://www.gsmarena.com/nokia_5210-286.php |
| 2002 | NOKIA 6310I | 12-Mar-02 | | PPINPL-1 | 13-Mar-02 | https://www.phonearena.com/phones/Nokia-6310i_id139 |
| 2002 | O2 XDA | Jun-02 | 2003 | | | https://www.phonearena.com/o2_xda-696.php |
| 2002 | DANGER HIPTOP/T-MOBILE SIDEKICK | | 1-Oct-02 | P5J-FYMASMBD-01 | 11-Apr-02 | https://www.phonearena.com/phones/Danger-HipTop--T-Mobile-SideKick_id265 |
| 2002 | SONY ERICSSON P800 | Sep-02 | 1-Jun-03 | PY77130501 | 15-Oct-02 | https://www.gsmarena.com/sony_ericsson_p800-326.php |
| 2002 | SANYO SCP-5300 | | | AEZSCP-53H | 28-Aug-02 | https://www.phonearena.com/phones/Sanyo-SCP-5300_id431 |
| 2003 | BLACKBERRY QUARK 6210 | | | L6AR6220GW | 27-Jan-03 | https://www.phonearena.com/phones/BlackBerry-6210--6230_id574 |

| Year | Device name | Announced | Released | FCC ID # | FCC Date | Source 1 |
|------|-------------|-----------|----------|----------|----------|----------|
| 2003 | **NOKIA 6600** | 16-Jun-03 | Q3 2003 | QVVNHL-10 | 9-Sep-03 | https://www.phonearena.com/phones/Nokia-6600_id578 |
| 2003 | **BLACKBERRY 7210** | | | L6AR6230GE | 30-May-03 | https://www.phonearena.com/phones/BlackBerry-7230--7210_id594 |
| 2003 | **NOKIA 7600** | | Q3 2003 | | | https://www.gsmarena.com/nokia_7600-538.php |
| 2003 | **NOKIA N-GAGE** | | 7-Oct-02 | PDN-NEM4 | 8-Jun-03 | https://www.phonearena.com/phones/Nokia-N-Gage_id530 |
| 2003 | **PALM TREO 600** | | Q3 2003 | O8FDK | 21-Jul-03 | https://www.gsmarena.com/palm_treo_600-622.php |
| 2004 | **SAMSUNG SGH-X610** | | Q1 2004 | | | https://www.gsmarena.com/samsung_x610-800.php |
| 2004 | **NOKIA 7610** | | Mar-04 | | | https://www.gsmarena.com/nokia_7610-703.php |
| 2004 | **NOKIA 6630** | | Q2 2004 | | | https://www.gsmarena.com/nokia_6630-811.php |
| 2004 | **MOTOROLA RAZR V3** | | Q3 2004 | IHDT56EU2 | 8-Jun-04 | https://www.gsmarena.com/motorola_razr_v3-853.php |
| 2004 | **SONY ERICSSON P910** | | Q3 2004 | | | https://www.gsmarena.com/sony_ericsson_p910-pictures-846.php |
| 2004 | **NOKIA 7280** | | Q3 2004 | QTKRM-14 | | https://www.gsmarena.com/nokia_7280-884.php |
| 2005 | **NOKIA 6680** | | Q1 2005 | | | https://www.gsmarena.com/nokia_6680-1045.php |
| 2005 | **BLUEBIRD PIDION BM-200** | 28-Apr-05 | | | | per deposition |
| 2005 | **MOTOROLA Q** | 26-Jul-05 | | IHDT56FQ1 | 14-Dec-05 | https://www.phonearena.com/phones/Motorola-Q-CDMA_id1398 |
| 2005 | **SAMSUNG SPH-V8400** | 10-Oct-05 | | | | https://gizmodo.com/130026/samsung-sph-v8400 |
| 2005 | **SAMSUNG T809** | | | A3LSGHT809 | 14-Oct-05 | https://www.phonearena.com/phones/Samsung-SGH-T809--SGH-D820_id1370 |
| 2005 | **HTC UNIVERSAL** | | Q3 2005 | | | https://www.phonearena.com/phones/HTC-Universal_id1336 |
| 2005 | **MOTOROLA RAZR V3 MAGENTA** | | 25-Nov-05 | | | https://www.phonearena.com/news/T-Mobile-launches-Motorola-RAZR-Magenta_id798 |
| 2005 | **NOKIA N92** | 2-Nov-05 | Q4 2005 | | | https://www.gsmarena.com/nokia_n92-1346.php |
| 2006 | **NOKIA 6125** | 16-Jan-06 | | LJPRM-178 | 2-Mar-06 | https://www.phonearena.com/phones/Nokia-6125_id1441/fullspecs |
| 2006 | **LG CHOCOLATE KG800** | | Mar-06 | | | https://www.gsmarena.com/lg_kg800-1533.php |
| 2006 | **PALM TREO 700p** | 15-Mar-06 | 23-May-06 | O8F93001 | 17-May-06 | http://blog.treonauts.com/2006/05/yes_treo_700p_s.html |
| 2006 | **PHILIPS S900** | | Jun-06 | | | https://www.gsmarena.com/philips_s900-1598.php |
| 2006 | **SAMSUNG SGH-D900** | | Jun-06 | A3LSGHD900 | 6-Jun-06 | https://www.gsmarena.com/samsung_d900-1587.php |
| 2006 | **HTC TYTN 100** | 15-Jun-06 | | NM8HERM100 | 30-Jun-06 | https://www.phonearena.com/phones/HTC-TyTN_id1636 |
| 2006 | **NOKIA N73** | | Aug-06 | QFXRM-133 | 11-Jul-06 | https://www.gsmarena.com/nokia_n73-1550.php |
| 2006 | **BLACKBERRY PEARL** | | Sep-06 | L6ARBE40GW | 16-Aug-06 | https://www.gsmarena.com/blackberry_pearl_8100-1701.php |
| 2006 | **SAMSUNG SGH-X830** | | Sep-06 | | | https://www.gsmarena.com/samsung_x830-1681.php |
| 2006 | **NOKIA E62** | | Sep-06 | PYARM-89 | 1-Mar-06 | https://www.gsmarena.com/nokia_e62-1708.php |
| 2006 | **NOKIA N95** | Sep-06 | Mar-07 | PDNRM-159 | 8-Feb-07 | https://www.gsmarena.com/nokia_n95-1716.php |
| 2006 | **LG SHINE** | 24-Oct-06 | | Korea: LGE-MCSV420 | 28-Aug-06 | https://www.mobilegazette.com/lg-sv420-shine-06x10x24.htm |
| 2006 | **SAMSUNG SCH-S129** | | Q3 2006 | A3LSCHS129 | 27-Jun-06 | http://www.mobile-review.com/fullnews/main/2006/August/14.shtml |
| 2006 | **SAMSUNG SCH-B630** | | Q4 2006 | | | http://news.softpedia.com/news/SCH-B630-the-Next-Step-for-DMB-TV-Phones-41354.shtml |
| 2006 | **SAMSUNG SCH-B600** | | Q4 2006 | | | https://gizmodo.com/206422/samsung-sch-b600-has-a-10-megapixel-camera-inside |

| Year | Device name | Announced | Released | FCC ID # | FCC Date | Source 1 |
|------|-------------|-----------|----------|----------|----------|----------|
| 2006 | SAMSUNG I607 BLACKJACK | | Dec-06 | A3LSGHI607 | 2-Oct-06 | https://www.gsmarena.com/samsung_i607_blackjack-2212.php |
| 2006 | LG PRADA KE850 | 15-Dec-06 | May-07 | BEJKE850 | 30-Nov-06 | https://www.engadget.com/2006/12/15/the-lg-ke850-touchable-chocolate/ |
| 2007 | APPLE IPHONE | 9-Jan-07 | 29-Jun-07 | BCGA1203 | 17-May-07 | https://www.phonearena.com/phones/Apple-iPhone_id1886 |
| 2007 | SAMSUNG SGH-F700 | 8-Feb-07 | Dec-07 | | | http://www.phonescoop.com/articles/article.php?a=2064 |
| 2007 | O2 XDA FLAME | Feb-07 | | PJO3600 | 3-Apr-07 | https://www.gsmarena.com/o2_xda_flame-1981.php |
| 2007 | BLACKBERRY 8800 | Feb-07 | Feb-07 | L6ARBM40GW | 12-Feb-07 | https://www.gsmarena.com/blackberry_8800-1911.php |
| 2007 | SAMSUNG SGH-U600 | 2-Feb-07 | Apr-07 | | | https://www.gsmarena.com/samsung_u600-1851.php |
| 2007 | MOTOROLA Q9H | Feb-07 | Feb-07 | IHDT56HW2 | 15-Feb-07 | https://www.gsmarena.com/motorola_q_9h-1871.php |
| 2007 | NOKIA E90 COMMUNICATOR | Feb-07 | Jun-07 | PYARA-6 | 2-Mar-07 | https://www.phonearena.com/phones/Nokia-E90-Communicator_id1954 |
| 2007 | HELIO OCEAN (formally Pantech PN-810) | 26-Mar-07 | | PP4PN-810 | 22-Nov-06 | https://www.phonearena.com/phones/Pantech-PN-810_id1845 |
| 2007 | PALM TREO 755P | 9-May-07 | | O8F-895 | 11-May-07 | https://www.phonearena.com/phones/Palm-Treo-755p_id2156 |
| 2007 | HTC TOUCH | | Jun-07 | | | https://www.gsmarena.com/htc_touch-1999.php |
| 2007 | LG VIEWTY | Aug-07 | Oct-07 | BEJKU990 | 26-Jul-07 | https://www.gsmarena.com/lg_ku990_viewty-2070.php |
| 2007 | SAMSUNG SGH-P520 | 24-Sep-07 | Dec-07 | A3LSGHP520 | 10-Jul-07 | https://www.gsmarena.com/samsung_armani-2046.php# |
| 2007 | LG VOYAGER | Sep-07 | Dec-07 | BEJVX10000 | 23-Aug-07 | https://www.phonearena.com/phones/LG-Voyager_id2355 |
| 2007 | SAMSUNG SGH-G800 | 22-Oct-07 | | A3LSGHG800 | 4-Oct-07 | https://www.phonearena.com/phones/Samsung-SGH-G800_id2423 |
| 2008 | SONY ERICSSON W760I | Jan-08 | May-08 | PY7A3252041 | 20-May-08 | https://www.gsmarena.com/sony_ericsson_w760-2197.php |
| 2008 | SAMSUNG SGH-F490 | Jan-08 | Mar-08 | A3LSGHF490 | 30-Nov-07 | https://www.gsmarena.com/samsung_f490-2203.php |
| 2008 | NOKIA N96 | 11-Feb-08 | Sep-08 | QEYRM-247 | 11-Aug-08 | https://www.gsmarena.com/nokia_n96-2253.php |
| 2008 | LG VU | Mar-08 | 2008 | BEJCU920 | 1-Nov-07 | https://www.gsmarena.com/lg_cu915_vu-2364.php |
| 2008 | SAMSUNG INSTINCT SPH-M800 | 1-Apr-08 | 20-Jun-08 | A3LSPHM800 | 4-Jan-08 | https://www.phonearena.com/phones/Samsung-Instinct_id2580 |
| 2008 | LG SECRET | Apr-08 | Jun-08 | BEJKF750 | 18-Mar-08 | https://www.phonearena.com/phones/LG-Secret_id2654 |
| 2008 | SAMSUNG SGH-P220 | 7-Apr-08 | | A3LSGHP220 | 9-Oct-07 | https://www.phonearena.com/phones/Samsung-SGH-P220_id2427 |
| 2008 | HTC TOUCH DIAMOND | 6-May-08 | 27-May-08 | NM8DMS | 9-May-08 | https://www.phonearena.com/phones/HTC-Touch-Diamond_id2876 |
| 2008 | BLACKBERRY CURVE 8900 | 8-May-08 | 4-Nov-08 | L6ARBZ40GW | 12-Nov-08 | https://www.phonearena.com/phones/BlackBerry-Curve-8900_id2895 |
| 2008 | BLACKBERRY BOLD | 12-May-08 | 5-Aug-08 | L6ARBT70UW | 9-Jul-08 | https://www.phonearena.com/phones/BlackBerry-Bold-9000_id2710 |
| 2008 | IPHONE 3G | 9-Jun-08 | 11-Jul-08 | BCGA1241 | 9-Jun-08 | https://www.phonearena.com/phones/Apple-iPhone-3G_id2962 |
| 2008 | SAMSUNG OMNIA SGH-i900 | 9-Jun-08 | 21-Jul-08 | A3LSGHI900 | 13-May-08 | https://www.phonearena.com/phones/Samsung-OMNIA_id2914 |
| 2008 | LG DARE VX-9700 | 11-Jun-08 | 26-Jun-08 | BEJVX9700 | 6-Mar-08 | https://www.phonearena.com/phones/LG-Dare_id2669 |
| 2008 | NOKIA E71 | 16-Jun-08 | 30-Jun-08 | PYARM-357 | 8-Apr-08 | https://www.phonearena.com/phones/Nokia-E71_id2971 |
| 2008 | SAMSUNG SCH-M569 | | | A3LSCHM569 | 25-Jul-08 | https://fccid.io/A3LSCHM569 |
| 2008 | LG KC910 RENOIR | 22-Aug-08 | 2-Oct-08 | BEJKC910Q | 8-Sep-08 | https://www.phonearena.com/phones/LG-Renoir_id3103 |
| 2008 | NOKIA N79 | 26-Aug-08 | 9-Oct-08 | QFXRM-348 | 27-Aug-08 | https://www.phonearena.com/phones/Nokia-N79_id3110/fullspecs |
| 2008 | T-MOBILE G1 (HTC DREAM) | Sep-08 | Oct-08 | NM8DRM | 18-Aug-08 | https://www.phonearena.com/phones/T-Mobile-G1_id3097 |
| 2008 | BLACKBERRY STORM | Sep-08 | Nov-08 | L6ARCC50UW | 3-Nov-08 | https://www.gsmarena.com/blackberry_storm_9500-2534.php |

| Year | Device name | Announced | Released | FCC ID # | FCC Date | Source 1 |
|------|-------------|-----------|----------|----------|----------|----------|
| 2008 | MOTOROLA KRAVE ZN4 | 14-Oct-08 | | IHDT56JZ1 | 2-Jun-08 | https://www.phonearena.com/phones/Motorola-Krave-ZN4_id3004 |
| 2008 | NOKIA 5800 XPRESSMUSIC | Oct-08 | Nov-08 | LJPRM-356 | 13-Oct-08 | https://www.gsmarena.com/nokia_5800_xpressmusic-2537.php |
| 2008 | PRADA II  LG KF900 | 13-Oct-08 | 4-Dec-08 | BEJKF900 | 27-Oct-08 | https://www.phonearena.com/phones/LG-PRADA-II_id3201 |
| 2008 | SAMSUNG SCH-M490 | | Nov-08 | A3LSCHM490 | 7-Oct-08 | https://www.gsmarena.com/samsung_release_the_omnia_in_korea__omnia_but_on_steroids_-news-656.php |
| 2008 | SAMSUNG BEHOLD | Nov-08 | Nov-08 | A3LSGHT919 | 5-Sep-08 | https://www.gsmarena.com/samsung_t919_behold-2587.php |
| 2008 | SAMSUNG GRAVITY SGH-T459 | Nov-08 | Nov-08 | A3LSGHT459 | 22-Sep-08 | https://www.gsmarena.com/samsung_t459_gravity-2588.php |
| 2008 | SAMSUNG SGH-A867 | Nov-08 | Jan-09 | A3LSGHA867 | 22-Sep-08 | https://www.gsmarena.com/samsung_a867_eternity-2607.php |
| 2008 | NOKIA E63 | 12-Nov-08 | 12-Dec-08 | PYARM-449 | 13-Nov-08 | https://www.phonearena.com/phones/Nokia-E63-US_id3258 |
| 2009 | PALM PRE | 8-Jan-09 | 6-Jun-09 | O8F-CASC | 20-May-09 | https://www.phonearena.com/phones/Palm-Pre_id3375 |
| 2009 | LG ARENA | 9-Feb-09 | 19-Mar-09 | | | https://www.phonearena.com/phones/LG-ARENA_id3452 |
| 2009 | SAMSUNG OMNIA HD I8910 | 16-Feb-09 | 18-May-09 | A3LSWDI8910 | 6-Apr-09 | https://www.phonearena.com/phones/Samsung-OMNIA-HD_id3460 |
| 2009 | HTC TOUCH DIAMOND2 | 16-Feb-09 | 4-May-09 | NM8TPZV | 6-Mar-09 | https://www.phonearena.com/phones/HTC-Touch-Diamond2_id3477 |
| 2009 | HTC MAGIC | 17-Feb-09 | 27-Apr-09 | NM8SPRV | 20-Feb-09 | https://www.phonearena.com/phones/HTC-Magic_id3421 |
| 2009 | LG VERSA VX-9600 | 1-Mar-09 | 9-Sep-09 | BEJVX9600 | 5-Sep-08 | https://www.phonearena.com/phones/LG-Versa_id3131 |
| 2009 | SAMSUNG PROPEL PRO | 30-Mar-09 | 14-Apr-09 | A3LSGHI627 | 17-Oct-08 | https://www.phonearena.com/phones/Samsung-Propel-Pro_id3442 |
| 2009 | LG XENON GR500 | 30-Mar-09 | 9-Apr-09 | BEJGR500 | 23-Nov-08 | https://www.phonearena.com/phones/LG-Xenon_id3564 |
| 2009 | SIDEKICK LX 2009 | 17-Apr-09 | 13-May-09 | APYNAR0065 | 8-Apr-09 | https://www.phonearena.com/phones/T-Mobile-Sidekick-LX_id3445 |
| 2009 | SAMSUNG I7500 GALAXY | 27-May-09 | 29-Jun-09 | | | https://www.gsmarena.com/samsung_i7500_galaxy-2791.php |
| 2009 | NOKIA N97 | 29-Apr-09 | 10-Jun-09 | QVVRM-505 | 5-Apr-09 | https://www.phonearena.com/phones/Nokia-N97-US_id3667 |
| 2009 | IPHONE 3GS | 8-Jun-09 | 19-Jun-09 | BCGA1303A | 8-Jun-09 | https://www.phonearena.com/phones/Apple-iPhone-3GS_id3774 |
| 2009 | HUAWEI U8220 | Aug-09 | Oct-09 | | | https://www.gsmarena.com/huawei_u8220-3144.php# |
| 2009 | LG GW620 EVE | 14-Sep-09 | 3-Nov-09 | BEJGW620 | 31-Aug-09 | https://www.phonearena.com/phones/LG-GW620_id3888 |
| 2009 | SAMSUNG BEHOLD II T939 | 5-Oct-09 | 18-Nov-09 | A3LSGHT939 | 29-Sep-09 | https://www.phonearena.com/phones/Samsung-Behold-II_id4133 |
| 2009 | MOTOROLA DROID | 28-Oct-09 | 5-Nov-09 | IHDP56KC | 12-Aug-09 | https://www.phonearena.com/phones/Motorola-DROID_id3853 |
| 2009 | HTC DROID ERIS | Oct-09 | 6-Nov-09 | NM8PB00100 | 15-Sep-09 | https://www.gsmarena.com/htc_droid_eris-3428.php |
| 2009 | SONY ERICSSON XPERIA X10 | 2-Nov-09 | 25-Mar-10 | PY7A3880056 | 19-Dec-09 | https://www.gsmarena.com/sony_ericsson_xperia_x10-2964.php |
| 2010 | GOOGLE NEXUS ONE | 5-Jan-10 | 5-Jan-10 | | | https://www.phonearena.com/phones/htc_google_nexus_one-3069.php |
| 2010 | ACER BETOUCH E400 | 15-Feb-10 | 14-Jun-10 | HLZDME400 | 25-Mar-10 | https://www.phonearena.com/phones/Acer-beTouch-E400_id4448 |
| 2010 | HUAWEI U8110 | 15-Feb-10 | Jul-10 | QISU8110 | 4-Mar-10 | https://www.gsmarena.com/huawei_u8110-3158.php |
| 2010 | HTC DESIRE | 16-Feb-10 | 31-Mar-10 | NM8PB99400 | 19-Apr-10 | https://www.phonearena.com/phones/HTC-Desire_id4281 |
| 2010 | HTC EVO 4G | 23-Mar-10 | 4-Jun-10 | NM8PC36100 | 7-May-10 | https://www.phonearena.com/phones/HTC-EVO-4G_id4382 |
| 2010 | LG ALLY | 12-May-10 | 28-May-10 | BEJVS740 | 4-Mar-10 | https://www.phonearena.com/phones/LG-Ally_id4498 |
| 2010 | APPLE IPHONE 4 | 7-Jun-10 | 24-Jun-10 | BCG-E2380A | 7-Jun-10 | https://www.phonearena.com/phones/Apple-iPhone-4_id4586 |
| 2010 | HTC ARIA | 14-Jun-10 | 20-Jun-10 | NM8PB92110 | 20-Apr-10 | https://www.phonearena.com/phones/HTC-Aria_id4606 |
| 2010 | SAMSUNG VIBRANT SGH-T959 | 28-Jun-10 | 21-Jul-10 | A3LSGHT959 | 14-Jun-10 | https://www.phonearena.com/phones/Samsung-Vibrant_id4747 |

| Year | Device name | Announced | Released | FCC ID # | FCC Date | Source 1 |
|------|-------------|-----------|----------|----------|----------|----------|
| 2010 | SAMSUNG EPIC 4G  SPH-D700 | 28-Jun-10 | 31-Aug-10 | A3LSPHD700 | 20-Jul-10 | https://www.phonearena.com/phones/Samsung-Epic-4G_id4720 |
| 2010 | MOTOROLA DROID 2 | 10-Oct-10 | 11-Oct-10 | IHDP56KC1 | 30-Aug-10 | https://www.phonearena.com/phones/Motorola-DROID-2_id4681 |
| 2010 | SAMSUNG MESMERIZE SCH-I500 | 10-Oct-10 | Oct-10 | | | https://www.gsmarena.com/samsung_mesmerize_i500-3580.php |
| 2010 | GOOGLE NEXUS S | 7-Dec-10 | 16-Dec-10 | A3LGTI9020T | 22-Oct-10 | https://www.phonearena.com/phones/Google-Nexus-S_id4990 |
| 2011 | MOTOROLA ATRIX 4G | 5-Jan-11 | 22-Feb-11 | IHDP56LS1 | 9-Feb-11 | https://www.phonearena.com/phones/Motorola-ATRIX-4G_id4982 |
| 2011 | MOTOROLA CLIQ 2 | 5-Jan-11 | 19-Jan-11 | IHDT56LW1 | 6-Oct-10 | https://www.phonearena.com/phones/Motorola-CLIQ-2_id5111 |
| 2011 | HP PRE 3 | 9-Feb-11 | 17-Aug-11 | B94HHF30CV | 10-May-11 | https://www.phonearena.com/phones/HP-Pre3_id5205 |
| 2011 | SONY ERICSSON XPERIA PRO | 13-Feb-11 | 18-Oct-11 | PY7A3880111 | 19-Jul-11 | https://www.phonearena.com/phones/Sony-Ericsson-Xperia-pro_id5213 |
| 2011 | LG OPTIMUS 3D | 14-Feb-11 | 17-Jun-11 | | | https://www.phonearena.com/phones/LG-Optimus-3D_id5172 |
| 2011 | HTC INCREDIBLE S | 15-Feb-11 | 26-Feb-11 | | | https://www.phonearena.com/phones/HTC-Incredible-S_id5229 |
| 2011 | SAMSUNG GALAXY S II (T-MOBILE) SGH-T989 | 30-Aug-11 | Oct-11 | A3LSGHT989 | 25-Aug-11 | https://www.phonearena.com/phones/Samsung-Galaxy-S-II-T-Mobile_id5541 |
| 2011 | SAMSUNG FOCUS S | 12-Sep-11 | 6-Nov-11 | A3LSGHI937 | 9-Nov-11 | https://www.phonearena.com/phones/Samsung-Focus-S_id6263 |
| 2011 | APPLE IPHONE 4S | 4-Oct-11 | 14-Oct-11 | BCG-E2430A | 4-Oct-11 | https://www.phonearena.com/phones/Apple-iPhone-4s_id5257 |
| 2011 | GOOGLE GALAXY NEXUS | 19-Oct-11 | 17-Oct-11 | A3LGTI9250 | 7-Oct-11 | https://www.phonearena.com/phones/Samsung-GALAXY-Nexus_id5595 |