# **EXHIBIT C**



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

# Transcript of Samuel A. Lucente, II

**Date:** February 14, 2018
**Case:** Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Samuel A. Lucente, II

Conducted on February 14, 2018

48

| | | |
|---|---|---|
| 1 | with individuals at Samsung about the copying issue, | 11:11:36 |
| 2 | correct? | 11:11:41 |
| 3 |     A   Yes. | 11:11:41 |
| 4 |     Q   And if you look back at the list on page 123 | 11:11:42 |
| 5 | of your expert report, which individuals on this list | 11:11:46 |
| 6 | did you speak to about the copying issue? | 11:11:53 |
| 7 |     A   I mean, I brought it up in the presence of | 11:12:10 |
| 8 | every one of them and then in -- I mean, for the -- I'm | 11:12:15 |
| 9 | just talking about the SEC design list, not the | 11:12:21 |
| 10 | procurement list and not the Gumi manufacturing facility | 11:12:25 |
| 11 | list. | 11:12:30 |
| 12 |     Q   So just so I'm clear, the -- the people who | 11:12:31 |
| 13 | are under the heading "Gumi Manufacturing Facility" are | 11:12:34 |
| 14 | not people you spoke to about copying; is that right? | 11:12:37 |
| 15 |     A   That's correct. | 11:12:41 |
| 16 |     Q   And the -- and the person under "SEC | 11:12:42 |
| 17 | Procurement, Dong-Wook Kim," is not someone you spoke to | 11:12:47 |
| 18 | about copying; is that right? | 11:12:50 |
| 19 |     A   That's right. | 11:12:52 |
| 20 |     Q   But there are nine names under "SEC Design" -- | 11:12:52 |
| 21 |     A   Yes. | 11:12:56 |
| 22 |     Q   -- on page 123.  Are those the individuals to | 11:12:58 |
| 23 | whom you spoke about copying? | 11:13:01 |
| 24 |     A   There was one -- one individual in the design | 11:13:07 |
| 25 | group who I may not have talked about with copying. | 11:13:13 |

| | | |
|---|---|---|
| 1 | But -- but I would say, you know, most of the people in | 11:13:22 |
| 2 | this list I talked to about copying. | 11:13:28 |
| 3 | Q    Who was the one that you may not have talked | 11:13:31 |
| 4 | to about copying? | 11:13:33 |
| 5 | A    I -- I can't remember. | 11:13:34 |
| 6 | Q    Who identified those individuals as people you | 11:13:38 |
| 7 | should speak to? | 11:13:41 |
| 8 | A    I -- I specifically -- I was the one who | 11:13:43 |
| 9 | requested that I go to Korea and talk to these people, | 11:13:48 |
| 10 | and -- and then I definitely wanted to talk to Ms. Wang | 11:13:51 |
| 11 | and Mr. Bang, Mr. Lee and then Miss -- Mrs. -- | 11:13:59 |
| 12 | Miss Park.  And then Ms. Wang brought some other | 11:14:15 |
| 13 | designers on her team 'cause I -- I wanted to understand | 11:14:22 |
| 14 | how the team worked and what their responsibilities | 11:14:26 |
| 15 | were, and so that's -- that's why I don't recognize, I | 11:14:29 |
| 16 | mean offhand, you know, the other names, 'cause they | 11:14:33 |
| 17 | were -- they were people working for her. | 11:14:36 |
| 18 | Q    Did you review or discuss any documents with | 11:14:38 |
| 19 | any of those individuals? | 11:14:42 |
| 20 | A    Let's see.  The -- the -- I didn't have any | 11:14:52 |
| 21 | documents with me when I talked to them.  But Ms. Park, | 11:14:59 |
| 22 | I specifically talked to her about the MPCP project. | 11:15:04 |
| 23 | Q    The -- what -- what do you mean by MPCP? | 11:15:14 |
| 24 | A    It -- I talked about it in my report.  There's | 11:15:18 |
| 25 | a diagram on it.  You know, it shows the work that she | 11:15:20 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Samuel A. Lucente, II
Conducted on February 14, 2018

50

| | | |
|---|---|---|
| 1 | did on the F700. | 11:15:26 |
| 2 |     Q   Okay. | 11:15:29 |
| 3 |     A   And the -- and how she created the Q-bowl | 11:15:29 |
| 4 | concept. | 11:15:35 |
| 5 |     Q   Could you turn, please, to paragraph 348 of | 11:15:35 |
| 6 | your expert report on page 112? | 11:15:42 |
| 7 |     A   Yes. | 11:15:50 |
| 8 |     Q   In the latter part of that paragraph, you | 11:15:51 |
| 9 | discuss Plaintiff's Exhibit 40.  Do you see that? | 11:15:55 |
| 10 |     A   Yes. | 11:15:59 |
| 11 |     Q   Did you discuss Plaintiff's Exhibit 40 with | 11:16:01 |
| 12 | any of the witnesses with whom you -- any of individuals | 11:16:04 |
| 13 | with whom you spoke? | 11:16:07 |
| 14 |     A   Could you point me to Plaintiff Exhibit 40? | 11:16:30 |
| 15 |     Q   Sure.  I'll actually have it marked for you. | 11:16:32 |
| 16 |     A   Thank you. | 11:16:37 |
| 17 |     Q   It's -- it's already been marked as | 11:16:37 |
| 18 | Plaintiff's Exhibit 40, but we'll mark it as Lucente | 11:16:40 |
| 19 | Exhibit 4. | 11:16:43 |
| 20 |     MS. MAROULIS:  Counsel, I'll trust you're | 11:16:53 |
| 21 | toward the end of your line -- | 11:16:56 |
| 22 |     MS. WIGMORE:  Yes. | 11:16:56 |
| 23 |     MS. MAROULIS:  -- of questioning 'cause we do | 11:16:57 |
| 24 | need to break soon. | 11:16:59 |
| 25 |     MS. WIGMORE:  Yes. | 11:17:13 |

**Sam Lucente - February 15, 2018 Deposition**
**Errata**

Civil Action No. 11-CV-01846-LHK (Northern District of California) - Apple v. Samsung

| Page | Line | Correction | Reason for Correction |
|---|---|---|---|
| 18 | 5 | Change "Do I receive to expect compensation?" to "Do I expect to receive compensation?" | Fix transcription |
| 30 | 23-24 | Change "Yung Suck Bung and Min Hook Lee" to "Yongseok Bang and Minhyouk Lee" | Fix transcription |
| 44 | 17 | Change "Did you copyright?" to "Did you copy?" | Fix transcription |
| 49 | 11-12 | Change "Miss -- Mrs. -- Miss" to "Ms." | Clarify the record |
| 62 | 18 | Change "you as a -- Samsung" to "you as Samsung" | Clarify testimony |
| 64 | 2-3 | Change "repair parts" to "Repair Parts" | Correct transcription of proper noun |
| 77 | 9 | Change "products" to "components" | Fix transcription |
| 77 | 22 | Delete "interreliance of this" | Clarify the record |
| 97 | 5 | Change "resisted touch" to "resistive touch" | Fix transcription |
| 106 | 8 | Change "much more less" to "much less" | Clarify testimony |
| 115 | 18 | Change "Dr." to "Judge" | Clarify testimony |
| 116 | 7 | | |
| 116 | 15 | | |
| 116 | 23 | | |
| 117 | 7 | Delete "Dr. Koh's -- or -- or" | Clarify the record |
| 123 | 10 | Delete "what the doctor -- or what -- " | Clarify the record |
| 123 | 19 | Change "patent" to "kiosk" | Clarify testimony |
| 125 | 6 | Change "shown" to "show" | Fix transcription |
| 131 | 14 | Change "conceptionally" to "conceptually" | Fix transcription |
| 136 | 3-4 | Change "graphical use interface" to "graphical user interface" | Fix transcription |

March 15, 2018
_____
   Date

*Samuel A. Lucente*
_____
   Signature