1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE'S MOTION IN LIMINE #1 TO EXCLUDE SAMSUNG'S ALLEGED "INDEPENDENT DEVELOPMENT" EVIDENCE** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

WHEREAS, Apple Inc. ("Apple") has filed a motion in limine to exclude Samsung's alleged "independent development" evidence;

Having considered said motion, and for good cause shown, the Court GRANTS Apple's Motion In Limine #1 To Exclude Samsung's Alleged "Independent Development" Evidence.

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge