ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S MOTION IN LIMINE #2 TO EXCLUDE EVIDENCE OF UNASSERTED PATENTS** |

I, Mark D. Selwyn, hereby declare as follows:

1.   I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned case. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2.   Attached hereto as **Exhibit A** are true and correct copies of Exhibits 5 and 6 to the 2018 Expert Report of Sam Lucente.

3.   Attached hereto as **Exhibit B** is a true and correct copy of Samsung's Second Supplemental Objections and Responses to Plaintiff Apple Inc.'s First Set of Interrogatories Regarding Article of Manufacture, served on December 21, 2017.

4.   Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the transcript of the February 13, 2018 deposition of Alan Ball.

5.   Attached hereto as **Exhibit D** is a true and correct copy of a November 15, 2012 blog post titled "Software Patents and the Smartphone" from prawfsblawg.blogs.com, cited in the 2018 Expert Report of Sam Lucente.

6.   Attached hereto as **Exhibit E** is a true and correct copy of an August 3, 2011 blog post titled "When Patents Attack Android" from googleblog.blogspot.com, cited in the 2018 Expert Report of Sam Lucente.

7.   Attached hereto as **Exhibit F** is a true and correct copy of an October 17, 2011 blog post titled "One In Six Active U.S. Patents Pertain To The Smartphone" from project-disco.org, cited in the 2018 Expert Report of Sam Lucenete.

8.   Attached hereto as **Exhibit G** is a true and correct copy of a 2016 article titled "Are Patent Trade Wars Impeding Innovation and Development?" from World Patent Information, cited in the 2018 Expert Report of Sam Lucente.

9. Attached hereto as **Exhibit H** is a true and correct copy of a 2016 blog post titled "Mobile Patents Landscape 2016" from chetansharma.com, cited in the 2018 Expert Report of Sam Lucenete.

10. Attached hereto as **Exhibit I** is a true and correct copy of an article titled "LTE Standard Essential Patents Now and in the Future" from Article One Partners, as produced by Samsung at SAMNDCA30011460 and cited in the 2018 Expert Report of Sam Lucenete.

11. Attached hereto as **Exhibit J** is a true and correct copy of a report titled "Patenting by Organizations 2006" from the United States Patent and Trademark Office, cited in the 2018 Expert Report of Sam Lucente.

12. Attached hereto as **Exhibit K** is a true and correct copy of a report titled "Top 300 Organizations Granted U.S. Patents in 2016" from the IPO, cited in the 2018 Expert Report of Sam Lucente.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was executed this 9th day of April, 2018.

*/s/ Mark D. Selwyn*
Mark D. Selwyn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 9, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                        */s/ Mark D. Selwyn*
                                        Mark D. Selwyn