# EXHIBIT F

HOME    ABOUT DISCO    TOPICS    FAQS    CONTACT US      



## ONE IN SIX ACTIVE U.S. PATENTS PERTAIN TO THE SMARTPHONE

by Daniel O'Connor on October 17, 2012

Like 36

Smartphone patents account for just over 16% of all active U.S. patents. Yes, you read that right. One-sixth of all active U.S. patents* regulate smartphone development and innovation, using recent estimates from defensive patent aggregator RPX:

> *Modern products and services incorporate numerous technology components. The evolution of mobile devices provides an example. Based on our research, we believe there are more than 250,000 active patents relevant to today's smartphones, a significant increase compared to our estimate of approximately 70,000 patents that were active and relevant to mobile phones in 2000. This growth can be attributed to the expanded set of features and functionality incorporated in today's smartphones, including touchscreens, internet access, streaming video, media playback, application store readiness and other web-based services, and WiFi connectivity options.***

If anything illustrates the absurdity of the current state of affairs in the patent system, it is that the smartphone handset market — although booming — accounts for less than 1% of the U.S. annual GDP (by U.S. sales) but encompasses 16% of all active U.S. patents.***

To better understand this number, here are some other stats:

- There are roughly 40,000 new software patents issued each year — and the rate of issuance is growing over time.

- If we estimate that the average software patent has 20 claims — which isn't a stretch given that the average software patent between 1990 – 1995 had 16.8 claims — that is nearly five million potential restrictions on smartphone innovation. That is a number so mind boggling that no company, let alone programmer, could have any chance of keeping track of what they can and cannot do in the smartphone

space.

- The U.S. pharmaceutical industry is worth approximately $300 billion dollars a year (2009 estimate), but has accounted for only 6.44% of U.S. patents over the past 15 years.

- The Information and Communication Technologies (ICT) sector accounts for 4% of U.S. GDP but 40% of U.S. patents.

- According to a USPTO report in the pharmaceutical industry, there are approximately 46.8 patents per every 1,000 jobs, whereas in the computer and peripherals equipment sector, there are 277.5 patents per 1,000 jobs.

- Even the semiconductor industry, known for its highly complex products, has a patent/job ratio of 111.6 patents per 1,000 jobs — approximately 40% the rate of patents to jobs as the computer and peripherals market.

To put the absurdity of the current system into perspective, scholars Christina Mulligan and Timothy B. Lee estimated that it would take roughly 2,000,000 patent attorneys working full-time to compare every software-producing firm's products with every software patent issued in a given year. Mulligan and Lee estimate that this would cost the U.S. economy $400 billion a year. In reality, the costs would likely be far greater, since these scholars guesstimated the average cost of a patent attorney as being $100 an hour, when in fact it is now much higher. The American Intellectual Property Law Association (AIPLA) estimates the mean cost of a patent attorney or patent agent as being $371 an hour in 2011.

Using AIPLA's hourly mean, it would cost approximately $1.5 trillion a year to screen every software program against software patents issued just that year (and that is assuming it only takes 10 minutes to clear an individual patent). Put another way, conducting thorough software patent clearances would consume — at a minimum — 10% of the U.S. GDP (and perhaps considerably more). This exceeds the value-add that the nation's information industries, (software, publishing, data processing, telecommunications) provide to U.S. GDP in the first place. In fact, it is nearly 2.5 times the amount of money spent by the U.S. Government on national defense in 2012.

Without question, a regulatory system whose compliance costs are more than twice what we spend on national defense is in a state of crisis.

Notes from the Back of the Envelope:

* See Dan Burk and Mark Lemley's book, *The Patent Crisis and How The Courts Can Solve It* (2009), Page 27:

> "There are, as we have seen, roughly 1.5 million active U.S. patents in force right now in the United States, and that doesn't count the substantial percentage that are dropped for failure to pay maintenance fees at some time in their lives. These 1.5 million patents are just the ones that people are willing to continue paying money to hold onto because they think they might turn out

> to be useful. A significant percentage of these are in the IT sector. Hundreds of thousands of patents cover semiconductor, software, telecommunications or Internet inventions."

** I independently confirmed that the 250,000 patents number cited by RPX is active U.S. patents and not worldwide patents.

*** Although the exact dollar figure for U.S. smartphone sales is not available, Pyramid Research estimates that world mobile handset sales will surpass $200 billion in 2012. The U.S. accounts for 17.8% of global smartphone shipments. Even if we assume that all of the revenue comes from smartphones — which it doesn't because "feature phones" (cellular devices that are not smartphones) still make up a significant chunk of mobile device sales — and that the average U.S. consumer device costs double the average price of the rest of the world, that would put the value of the U.S. smartphone market at approximately $70 billion. That is approximately .5% of the U.S. GDP.

| 0 Comments | **Disruptive Competition Project** | 🔴1 Login ▾ |

♡ Recommend    ↗ Share                                               Sort by Best ▾

|   | Start the discussion… |
|---|---|

LOG IN WITH            OR SIGN UP WITH DISQUS ?

| Name |

Be the first to comment.

**ALSO ON DISRUPTIVE COMPETITION PROJECT**

**Europe's Android Competition Case Could Harm Future Open Source Projects**
1 comment • a year ago

**Patrick Todd** — Google's AFA is the first port of call when discussing the risk of fragmentation with the Android platform. But, in my opinion, the other …

**The Neo-Brandeis Movement's Pocket Book Problem**
1 comment • 23 days ago

**Glenn Manishin** — > The consumer welfare standard means that antitrust laws punish anticompetitive behavior and not "big" > behavior.Big is not bad; bad …

**Competition in the Online Classified Ad Marketplace**
12 comments • 7 months ago

**aabidullah aameen** — We give LOAN here with 3% on any amount apply now.We can assist you with LOAN here on any amount you need provided you are …

**Uber Keeps on Trucking**
1 comment • 9 months ago

**Sergei G. Koleda** — Well, competition is ok for industry, because it will lead to the higher service standards. So of all these uber for trucks apps like uber freight or …

✉ Subscribe    Ⓓ Add Disqus to your siteAdd DisqusAdd    🔒 Privacy

| Search this website … |

**ABOUT DISCO**

The Disruptive Competition Project (DisCo) is a project to promote disruptive innovation and competition to policymakers. DisCo brings together experts to explain how disruptive change in the modern economy promotes growth and advances our society.

Follow @DisCo_Project

MORE »

CONTRIBUTORS

### Matt Schruers
VP-Law & Policy @ CCIA; Adjunct Prof @ Georgetown; IP nerd.

Follow @MSchruers

MORE »

### Ali Sternburg
Senior Policy Counsel @ CCIA. Tweets for @DisCo_Project. singer/songwriter/lawyer.

Follow @alisternburg

MORE »

### Marianela López-Galdos
Director of Competition & Regulatory Policy @CCIA. Competition Policy in DC, Brussels & around the globe. Passport/Plane/Go!

Follow @MLopezGaldos

MORE »

### Bijan Madhani
Senior Policy Counsel @ CCIA. Likes talking about data, but not yours. Can't carry a tune.

Follow @bijanm

MORE »

### Isabelle Styslinger
Research Analyst @ CCIA. Catch me at @DisCo_Project. Let Bartlet Be Barlet

Follow @i_styslinger

MORE »

### Rachael Stelly
Embracing the geek within re: tech, trade policy @ccianet and

mostly retweeting Star Wars takes on U.S. politics

Follow @Rachael_Stelly

MORE »

### Jonathan Band

Runs policybandwidth, a one-man IP policy band.

Follow @BandJonathan

MORE »

### Glenn Manishin

Managing Partner, ParadigmShift Law & Senior Legal Analyst @ DisCo. Long time technology lawyer and competition policy advisor. Inveterate blogger and Formula One motor racing enthusiast.

Follow @glennm

MORE »

### Christian Borggreen

Vice President & Head Of Office, @CCIAEurope. Currently on travel or planning next trip.

Follow @Borggreen

MORE »

### Jakob Kucharczyk

Vice President, Competition & EU Regulatory Policy @ CCIA Brussels. Covers e-commerce, IP, telecoms and competition. Football player and coach (i.e. soccer).

Follow @CCIAEurope

MORE »

### Maud Sacquet

Public Policy Manager @CCIA Europe. Covers audiovisual & copyright. Unapologetic bookworm.

Follow @MaudSacquet

MORE »

### Frances Robinson

Freelance Journalist, ex-Wall Street Journal and Bloomberg. Covers EU technology and telecoms, food and drink, and the Eurovision Song Contest.

Follow @FMR_Brussels

MORE »



---

FEATURED POST

### ANTITRUST IN 60 SECONDS: DOES SIZE MATTER IN COMPETITION POLICY?

Recent commentary on competition law and policy might lead one to believe that size is all that matters in the competition policy sphere: big is bad; small is beautiful. However, an assessment of the evolution of modern competition law enforcement shows that size is just one element of a broader and more sophisticated analysis.

READ MORE »

## Tweets by @DisCo_Project

**DisCo Retweeted**

 **Matt Schruers**
@MSchruers

Who is likeliest to unseat successful US tech firms? Perhaps these Chinese superstars bit.ly/2IAONRb via @disco_project

> **Chinese Tech Firms' Global…**
> For all the focus on competiti…
> project-disco.org

Apr 6, 2018

 **DisCo**
@DisCo_Project

New post by @CCIAEurope's Jakob Kucharczyk: The Bensalem Case: How the CJEU Will Effectively Decide on More or Less Digital Single Market project-disco.org/innovation/040…

> **The Bensalem Case: How t…**
> The creation of a Digital Singl…
> project-disco.org

Apr 5, 2018

Embed          View on Twitter



**Disruptive Competitio…**
551 likes

Like Page     Share

Be the first of your friends to like this



**Disruptive Competition Project (DisCo)**
on Friday

"For all the focus on competition between and among Internet firms and other sectors of the U.S. economy, the greatest challenge to U.S. technology companies arguably comes from abroad. China's largest technology companies, Alibaba, Baidu, Tencent, and Xiaomi — collectively termed "BATX" — have a combined market capitalization of $900 billion, report an average annual growth around 50%, and extend across countless sectors."



POWERED BY CCIA

Copyright © 2012 - 2018