# EXHIBIT J

**Home** > **Listing of Viewable PTMT Reports**

**U.S. PATENT AND TRADEMARK OFFICE**
**Electronic Information Products Division**
**Patent Technology Monitoring Team (PTMT)**

# Patenting by Organizations 2006

**PARTS A1, B**
**Granted: 01/01/2006 - 12/31/2006**
*A Patent Technology Monitoring Team Report*

## Parts of the Report

Description of the Report
Report Printing and Use of Spreadsheet Software
Patenting By the U.S. Government

PART A1 -
    **Number** of Patents Granted As Distributed By Year Of Patent Grant

- (Table A1-1a) Breakout By Country of Origin
- (Table A1-1b) Breakout By Ownership Category

    **Percent** of Patents Granted As Distributed By Year Of Patent Grant

- (Table A1-2a) Breakout By Country of Origin
- (Table A1-2b) Breakout By Ownership Category

PART B
    Organizational Patentees With 40 or More Patents Granted During the Period, As Distributed By Year Of Patent Grant and As Distributed By Year Of Patent Application

CONTACT INFORMATION -

**PATENTING BY ORGANIZATIONS**
**2006**
**PARTS A1, B**
**Granted: 01/01/2006 - 12/31/2006**
*A Patent Technology Monitoring Team Report*

# Description of the Report

This report counts only documents of the following type(s):
**utility patents (i.e., "patents for invention")**
granted by the U.S. Patent and Trademark Office during the period **01/01/2006 - 12/31/2006**. These profiled documents hereafter will be referred to as "patents".

## PATENTS INCLUDED IN THIS REPORT

This Patent Technology Monitoring Team (PTMT) Report profiles patent activity for U.S. patents granted between **01/01/2006 and 12/31/2006**. The source of the data used for this report is the TAF database maintained by the U.S. Patent and Trademark Office.

## PART A1

Part A1 presents patent counts by origin, U.S. and foreign. Individual counts are also presented for each of the top 36 patenting countries. Patent origin is determined by the residence of the first-named inventor listed on a patent.

Patent ownership-category information (Table A1-1b) reflects ownership at the time of patent grant and does not reflect subsequent changes in ownership. If more than one assignee (the entity, if any, to which the patent rights have been legally assigned) was declared at the time of grant, a patent is attributed to the ownership-category of the first-named assignee. The "U.S. Corporation" and "Foreign Corporation" ownership categories count predominantly corporate patents; however, patents assigned to other organizations such as small businesses, nonprofit organizations, universities, etc. are also included in these categories. While the "U.S. Government" ownership category includes only patents granted to the Federal Government, no such distinction is made for the "Foreign Government" ownership category. The "U.S. Individual" and "Foreign Individual" ownership categories include patents for which ownership was assigned to an individual as well as patents for which no assignment of ownership was made at the time of grant.

## PART B (IF INCLUDED)

Part B presents organizations that received 40 or more patents during the calendar year. Organizations are ranked based on their patent count. **Please note that because of the large number of organizations appearing in this report, the minimum number of annual patents received by a listed organization was raised from 30, for the 1997 report, to 40 for the 1998 and subsequent reports.**

Patent information included in Part B of the report reflects patent ownership at the time of patent grant and does not reflect changes in ownership which may occur after the patent grant. Where more than one assignee exists, patents are attributed to the first-named assignee.

**No attempt has been made to combine data based on subsidiary relationships. However, where possible, spelling variations and variations based on name changes (e.g., ESSO to EXXON) have been merged into a single name. While every effort is made to accurately identify all organizational entities and report data by a single**

**organizational name, achievement of a totally clean record is not expected, particularly in view of the many variations which may occur in corporate identifications.**

---

# Report Printing and the Use of Spreadsheet Software

This report can be printed from an Internet browser. Microsoft Internet Explorer, version 7, works particularly well for printing this report using its "Shrink to Fit" option.

Additionally, a user may import this report file into spreadsheet software such as Microsoft Excel to facilitate printing. Such spreadsheet software also may facilitate sorting and further manipulation of the data.

---

# Patenting By The U.S. Government in 2006

In **calendar year 2006**, the U.S. Government received 792 utility patents. Table A1-1b displays a breakout of 2006 patents by ownership category.

Separate U.S. Government agencies receiving 40 or more patents during the year are listed in the table in Part B.

---

# PATENTING BY ORGANIZATIONS
## 2006
## PARTS A1, B
### Granted: 01/01/2006 - 12/31/2006
### *A Patent Technology Monitoring Team Report*

---

# Part A1
# Tables A1-1a and A1-1b

### Number of Patents Granted as Distributed by Year of Patent Grant,
### Breakout by Country of Origin (Table A1-1a) and by Ownership Category (Table A1-1b)

*PART A1- Table A1-1a, Breakout by Country of Origin*
*Number of Patents Granted as Distributed by Year of Patent Grant.*
*Granted: 01/01/2006 - 12/31/2006*

|  | 2006 | All Years |
|---|---|---|
| **Total, U.S. And Foreign Origin** | **173771** | **173771** |
| **-- Subtotal -- U.S. Origin** | **89823** | **89823** |
| **-- Subtotal -- Foreign Origin** | **83948** | **83948** |
|  |  |  |
| **JAPAN** | 36807 | **36807** |
| **GERMANY** | 10005 | **10005** |
| **TAIWAN** | 6360 | **6360** |
| **SOUTH KOREA** | 5908 | **5908** |
| **UNITED KINGDOM** | 3585 | **3585** |
| **CANADA** | 3572 | **3572** |
| **FRANCE** | 3431 | **3431** |
| **ITALY** | 1480 | **1480** |
| **AUSTRALIA** | 1325 | **1325** |
| **NETHERLANDS** | 1323 | **1323** |
| **SWEDEN** | 1243 | **1243** |
| **ISRAEL** | 1218 | **1218** |
| **SWITZERLAND** | 1201 | **1201** |
| **FINLAND** | 950 | **950** |
| **CHINA P.REP.** | 661 | **661** |
| **BELGIUM** | 625 | **625** |
| **AUSTRIA** | 577 | **577** |
| **INDIA** | 481 | **481** |
| **DENMARK** | 439 | **439** |
| **SINGAPORE** | 412 | **412** |
| **CHINA,HONG KONG S.A.R.** | 308 | **308** |
| **SPAIN** | 295 | **295** |

| | | |
|---|---:|---:|
| **NORWAY** | 244 | **244** |
| **IRELAND** | 174 | **174** |
| **RUSSIAN FEDERATION** | 172 | **172** |
| **NEW ZEALAND** | 136 | **136** |
| **BRAZIL** | 121 | **121** |
| **MALAYSIA** | 113 | **113** |
| **SOUTH AFRICA** | 109 | **109** |
| **MEXICO** | 66 | **66** |
| **HUNGARY** | 49 | **49** |
| **ARGENTINA** | 38 | **38** |
| **PHILIPPINES** | 35 | **35** |
| **CZECH REPUBLIC** | 34 | **34** |
| **LUXEMBOURG** | 33 | **33** |
| **THAILAND** | 31 | **31** |
| Others (66) | 387 | **387** |

*PART A1- Table A1-1b, Breakout by Ownership
Category
Number of Patents Granted as Distributed by Year
of Patent Grant.
Granted: 01/01/2006 - 12/31/2006*

| | **2006** | **All Years** |
|---|---:|---:|
| **U.S. CORPORATION** | 78925 | **78925** |
| **U.S. GOVERNMENT** | 792 | **792** |
| **U.S. INDIVIDUAL** | 11857 | **11857** |
| **FOREIGN CORPORATION** | 77373 | **77373** |
| **FOREIGN GOVERNMENT** | 51 | **51** |
| **FOREIGN INDIVIDUAL** | 4773 | **4773** |

**PATENTING BY ORGANIZATIONS**
**2006**
**PARTS A1, B**
**Granted: 01/01/2006 - 12/31/2006**
*A Patent Technology Monitoring Team Report*

---

# Part A1
# Tables A1-2a and A1-2b

### Percent of Patents Granted as Distributed by Year of Patent Grant, Breakout by Country of Origin (Table A1-2a) and by Ownership Category (Table A1-2b)

*PART A1- Table A1-2a, Breakout by Country of Origin*
*Percent of Patents Granted as Distributed by Year of Patent Grant.*
*Granted: 01/01/2006 - 12/31/2006*

|  | 2006 | All Years |
|---|---|---|
| **Total, U.S. And Foreign Origin** | **100** | **100** |
| **-- Subtotal -- U.S. Origin** | **51.7** | **51.7** |
| **-- Subtotal -- Foreign Origin** | **48.3** | **48.3** |
|  |  |  |
| **JAPAN** | 21.2 | **21.2** |
| **GERMANY** | 5.8 | **5.8** |
| **TAIWAN** | 3.7 | **3.7** |
| **SOUTH KOREA** | 3.4 | **3.4** |
| **UNITED KINGDOM** | 2.1 | **2.1** |
| **CANADA** | 2.1 | **2.1** |
| **FRANCE** | 2.0 | **2.0** |
| **ITALY** | 0.9 | **0.9** |
| **AUSTRALIA** | 0.8 | **0.8** |
| **NETHERLANDS** | 0.8 | **0.8** |
| **SWEDEN** | 0.7 | **0.7** |
| **ISRAEL** | 0.7 | **0.7** |
| **SWITZERLAND** | 0.7 | **0.7** |
| **FINLAND** | 0.5 | **0.5** |
| **CHINA P.REP.** | 0.4 | **0.4** |
| **BELGIUM** | 0.4 | **0.4** |
| **AUSTRIA** | 0.3 | **0.3** |
| **INDIA** | 0.3 | **0.3** |
| **DENMARK** | 0.3 | **0.3** |
| **SINGAPORE** | 0.2 | **0.2** |
| **CHINA,HONG KONG S.A.R.** | 0.2 | **0.2** |
| **SPAIN** | 0.2 | **0.2** |

| | 2006 | All Years |
|---|---|---|
| **NORWAY** | 0.1 | **0.1** |
| **IRELAND** | 0.1 | **0.1** |
| **RUSSIAN FEDERATION** | 0.1 | **0.1** |
| **NEW ZEALAND** | 0.1 | **0.1** |
| **BRAZIL** | 0.1 | **0.1** |
| **MALAYSIA** | 0.1 | **0.1** |
| **SOUTH AFRICA** | 0.1 | **0.1** |
| **MEXICO** | 0.0 | **0.0** |
| **HUNGARY** | 0.0 | **0.0** |
| **ARGENTINA** | 0.0 | **0.0** |
| **PHILIPPINES** | 0.0 | **0.0** |
| **CZECH REPUBLIC** | 0.0 | **0.0** |
| **LUXEMBOURG** | 0.0 | **0.0** |
| **THAILAND** | 0.0 | **0.0** |
| Others (66) | 0.2 | **0.2** |

*PART A1- Table A1-2b, Breakout by Ownership
Category
Percent of Patents Granted as Distributed by
Year of Patent Grant.
Granted: 01/01/2006 - 12/31/2006*

| | 2006 | All Years |
|---|---|---|
| **U.S. CORPORATION** | 45.4 | **45.4** |
| **U.S. GOVERNMENT** | 0.5 | **0.5** |
| **U.S. INDIVIDUAL** | 6.8 | **6.8** |
| **FOREIGN CORPORATION** | 44.5 | **44.5** |
| **FOREIGN GOVERNMENT** | 0.0 | **0.0** |
| **FOREIGN INDIVIDUAL** | 2.7 | **2.7** |

# PATENTING BY ORGANIZATIONS
## 2006
## PARTS A1, B
### Granted: 01/01/2006 - 12/31/2006
### *A Patent Technology Monitoring Team Report*

---

# Part B

### Ranked List of Organizations with 40 or More Patents Granted During the Period, as Distributed Either or Both
### by the Year of Patent Grant and by the Year Of Patent Application Filing

*PART B -*
*Ranked List of Organizations with 40 or More Patents, as Distributed by*
*the Year of Patent Grant and/or the Year Of Patent Application Filing*
*Granted: 01/01/2006 - 12/31/2006*

| | | 2006 | All Years |
|---|---|---|---|
| **INTERNATIONAL BUSINESS MACHINES CORPORATION** | **Patents By Year of Grant:** | 3621 | **3621** |
| **SAMSUNG ELECTRONICS CO., LTD.** | **Patents By Year of Grant:** | 2451 | **2451** |
| **CANON KABUSHIKI KAISHA** | **Patents By Year of Grant:** | 2366 | **2366** |
| **MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.** | **Patents By Year of Grant:** | 2229 | **2229** |
| **HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.** | **Patents By Year of Grant:** | 2099 | **2099** |
| **INTEL CORPORATION** | **Patents By Year of Grant:** | 1959 | **1959** |
| **SONY CORPORATION** | **Patents By Year of Grant:** | 1771 | **1771** |
| **HITACHI, LTD** | **Patents By Year of Grant:** | 1732 | **1732** |
| **TOSHIBA CORPORATION** | **Patents By Year of Grant:** | 1672 | **1672** |
| **MICRON TECHNOLOGY, INC.** | **Patents By Year of Grant:** | 1610 | **1610** |
| **FUJITSU LIMITED** | **Patents By Year of Grant:** | 1487 | **1487** |
| **MICROSOFT CORPORATION** | **Patents By Year of Grant:** | 1463 | **1463** |
| **SEIKO EPSON CORPORATION** | **Patents By Year of Grant:** | 1200 | **1200** |
| **GENERAL ELECTRIC COMPANY** | **Patents By Year of Grant:** | 1051 | **1051** |
| **FUJI PHOTO FILM CO., LTD** | **Patents By Year of Grant:** | 906 | **906** |

| KONINKLIJKE PHILIPS ELECTRONICS N.V. | Patents By Year of Grant: | 896 | **896** |
|---|---|---|---|
| INFINEON TECHNOLOGIES AG | Patents By Year of Grant: | 890 | **890** |
| TEXAS INSTRUMENTS, INCORPORATED | Patents By Year of Grant: | 880 | **880** |
| SIEMENS AKTIENGESELLSCHAFT | Patents By Year of Grant: | 854 | **854** |
| HONDA GIKEN KOGYO KABUSHIKI KAISHA (HONDA MOTOR CO., LTD.) | Patents By Year of Grant: | 778 | **778** |
| SUN MICROSYSTEMS, INC. | Patents By Year of Grant: | 776 | **776** |
| DENSO CORPORATION | Patents By Year of Grant: | 732 | **732** |
| NEC CORPORATION | Patents By Year of Grant: | 728 | **728** |
| LG ELECTRONICS INC. | Patents By Year of Grant: | 694 | **694** |
| RICOH COMPANY, LTD. | Patents By Year of Grant: | 693 | **693** |
| EASTMAN KODAK COMPANY | Patents By Year of Grant: | 688 | **688** |
| SHARP KABUSHIKI KAISHA (SHARP CORPORATION) | Patents By Year of Grant: | 665 | **665** |
| BROADCOM CORPORATION | Patents By Year of Grant: | 660 | **660** |
| CISCO TECHNOLOGY, INC. | Patents By Year of Grant: | 649 | **649** |
| ROBERT BOSCH GMBH | Patents By Year of Grant: | 646 | **646** |
| MITSUBISHI DENKI KABUSHIKI KAISHA | Patents By Year of Grant: | 610 | **610** |
| NOKIA CORPORATION | Patents By Year of Grant: | 597 | **597** |
| RENESAS TECHNOLOGY CORPORATION | Patents By Year of Grant: | 583 | **583** |
| MOTOROLA, INC. | Patents By Year of Grant: | 576 | **576** |
| HONEYWELL INTERNATIONAL INC. | Patents By Year of Grant: | 559 | **559** |
| LUCENT TECHNOLOGIES INC. | Patents By Year of Grant: | 552 | **552** |
| SANYO ELECTRIC CO., LTD. | Patents By Year of Grant: | 516 | **516** |
| SILVERBROOK RESEARCH PTY. LTD | Patents By Year of Grant: | 510 | **510** |
| XEROX CORPORATION | Patents By Year of Grant: | 501 | **501** |

| | | Grant: | | |
|---|---|---|---|---|
| **GENERAL MOTORS CORPORATION** | **Patents By Year of Grant:** | 490 | **490** |
| **BOEING COMPANY** | **Patents By Year of Grant:** | 478 | **478** |
| **3M INNOVATIVE PROPERTIES COMPANY** | **Patents By Year of Grant:** | 471 | **471** |
| **TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD.** | **Patents By Year of Grant:** | 471 | **471** |
| **AGILENT TECHNOLOGIES, INC.** | **Patents By Year of Grant:** | 468 | **468** |
| **ADVANCED MICRO DEVICES, INC.** | **Patents By Year of Grant:** | 439 | **439** |
| **HYNIX SEMICONDUCTOR INC.** | **Patents By Year of Grant:** | 438 | **438** |
| **HON HAI PRECISION IND. CO., LTD.** | **Patents By Year of Grant:** | 432 | **432** |
| **UNIVERSITY OF CALIFORNIA, THE REGENTS OF** | **Patents By Year of Grant:** | 410 | **410** |
| **SEMICONDUCTOR ENERGY LABORATORY CO., LTD.** | **Patents By Year of Grant:** | 405 | **405** |
| **QUALCOMM, INC.** | **Patents By Year of Grant:** | 399 | **399** |
| **DELPHI TECHNOLOGIES, INC.** | **Patents By Year of Grant:** | 389 | **389** |
| **LSI LOGIC CORPORATION** | **Patents By Year of Grant:** | 385 | **385** |
| **TOYOTA JIDOSHA K.K.** | **Patents By Year of Grant:** | 384 | **384** |
| **LG. PHILIPS LCD CO., LTD.** | **Patents By Year of Grant:** | 382 | **382** |
| **E. I. DU PONT DE NEMOURS AND COMPANY** | **Patents By Year of Grant:** | 362 | **362** |
| **TELEFONAKTIEBOLAGET LM ERICSSON** | **Patents By Year of Grant:** | 359 | **359** |
| **APPLIED MATERIALS, INC.** | **Patents By Year of Grant:** | 354 | **354** |
| **NISSAN MOTOR COMPANY, LIMITED** | **Patents By Year of Grant:** | 328 | **328** |
| **FORD GLOBAL TECHNOLOGIES, L.L.C.** | **Patents By Year of Grant:** | 323 | **323** |
| **NORTEL NETWORKS LIMITED** | **Patents By Year of Grant:** | 320 | **320** |
| **OKI ELECTRIC INDUSTRY CO., LTD.** | **Patents By Year of Grant:** | 318 | **318** |
| **BELLSOUTH INTELLECTUAL PROPERTY CORPORATION** | **Patents By Year of Grant:** | 309 | **309** |

| Organization | | | |
|---|---|---|---|
| HITACHI GLOBAL STORAGE TECHNOLOGIES NETHERLANDS B.V. | Patents By Year of Grant: | 302 | **302** |
| TDK CORPORATION | Patents By Year of Grant: | 292 | **292** |
| FREESCALE SEMICONDUCTOR, INC. | Patents By Year of Grant: | 287 | **287** |
| HALLIBURTON ENERGY SERVICES, INC. | Patents By Year of Grant: | 279 | **279** |
| BASF AKTIENGESELLSCHAFT | Patents By Year of Grant: | 278 | **278** |
| PROCTER + GAMBLE COMPANY | Patents By Year of Grant: | 273 | **273** |
| UNITED STATES OF AMERICA, NAVY | Patents By Year of Grant: | 270 | **270** |
| PIONEER CORPORATION | Patents By Year of Grant: | 266 | **266** |
| AT&T CORP. | Patents By Year of Grant: | 264 | **264** |
| XILINX, INC. | Patents By Year of Grant: | 261 | **261** |
| NATIONAL SEMICONDUCTOR CORPORATION | Patents By Year of Grant: | 259 | **259** |
| SEAGATE TECHNOLOGY, LLC | Patents By Year of Grant: | 256 | **256** |
| INDUSTRIAL TECHNOLOGY RESEARCH INSTITUTE, TAIWAN | Patents By Year of Grant: | 255 | **255** |
| ALCATEL | Patents By Year of Grant: | 251 | **251** |
| OLYMPUS CORPORATION | Patents By Year of Grant: | 248 | **248** |
| THOMSON LICENSING S.A. | Patents By Year of Grant: | 248 | **248** |
| FUJI XEROX CO., LTD. | Patents By Year of Grant: | 246 | **246** |
| AGERE SYSTEMS INC. | Patents By Year of Grant: | 240 | **240** |
| BROTHER KOGYO KABUSHIKI KAISHA | Patents By Year of Grant: | 238 | **238** |
| MEDTRONIC INC. | Patents By Year of Grant: | 233 | **233** |
| LOCKHEED MARTIN CORPORATION | Patents By Year of Grant: | 229 | **229** |
| KIMBERLY-CLARK WORLDWIDE, INC. | Patents By Year of Grant: | 224 | **224** |
| SCHLUMBERGER TECHNOLOGY CORPORATION | Patents By Year of Grant: | 224 | **224** |
| ASML NETHERLANDS B.V. | Patents By Year of | 211 | **211** |

| | | | |
|---|---|---|---|
| | **Grant:** | | |
| **TOKYO ELECTRON LIMITED** | **Patents By Year of Grant:** | 211 | **211** |
| **NEC ELECTRONICS CORPORATION** | **Patents By Year of Grant:** | 207 | **207** |
| **RAYTHEON COMPANY** | **Patents By Year of Grant:** | 207 | **207** |
| **ALTERA CORPORATION** | **Patents By Year of Grant:** | 202 | **202** |
| **LEAR CORPORATION** | **Patents By Year of Grant:** | 198 | **198** |
| **VIA TECHNOLOGIES, INC.** | **Patents By Year of Grant:** | 188 | **188** |
| **ALPS ELECTRIC CO., LTD.** | **Patents By Year of Grant:** | 187 | **187** |
| **SHELL OIL COMPANY** | **Patents By Year of Grant:** | 185 | **185** |
| **DAIMLER-CHRYSLER AKTIENGESELLSCHAFT** | **Patents By Year of Grant:** | 183 | **183** |
| **INTERDIGITAL TECHNOLOGY CORPORATION** | **Patents By Year of Grant:** | 181 | **181** |
| **UNITED STATES OF AMERICA, ARMY** | **Patents By Year of Grant:** | 181 | **181** |
| **ILLINOIS TOOL WORKS INC.** | **Patents By Year of Grant:** | 177 | **177** |
| **MURATA MANUFACTURING CO., LTD.** | **Patents By Year of Grant:** | 176 | **176** |
| **BRISTOL-MYERS SQUIBB COMPANY** | **Patents By Year of Grant:** | 175 | **175** |
| **ORACLE INTERNATIONAL CORPORATION** | **Patents By Year of Grant:** | 174 | **174** |
| **ELECTRONICS AND TELECOMMUNICATIONS RESEARCH INSTITUTE** | **Patents By Year of Grant:** | 171 | **171** |
| **STMICROELECTRONICS S.A.** | **Patents By Year of Grant:** | 170 | **170** |
| **MINOLTA CAMERA CO., LTD.** | **Patents By Year of Grant:** | 169 | **169** |
| **YAMAHA CORPORATION** | **Patents By Year of Grant:** | 169 | **169** |
| **AU OPTRONICS CORP.** | **Patents By Year of Grant:** | 168 | **168** |
| **SHARP LABORATORIES OF AMERICA, INC.** | **Patents By Year of Grant:** | 164 | **164** |
| **ROHM COMPANY LIMITED** | **Patents By Year of Grant:** | 163 | **163** |
| **CYPRESS SEMICONDUCTOR CORP.** | **Patents By Year of Grant:** | 162 | **162** |

| Organization | | | |
|---|---|---|---|
| NORTHROP GRUMMAN CORPORATION | Patents By Year of Grant: | 162 | **162** |
| SAMSUNG SDI CO., LTD. | Patents By Year of Grant: | 162 | **162** |
| EMC CORPORATION | Patents By Year of Grant: | 161 | **161** |
| STMICROELECTRONICS S.R.L. | Patents By Year of Grant: | 161 | **161** |
| SUMITOMO ELECTRIC INDUSTRIES CO., LTD. | Patents By Year of Grant: | 160 | **160** |
| EXXONMOBIL CHEMICAL PATENTS INC. | Patents By Year of Grant: | 154 | **154** |
| WEATHERFORD/LAMB, INC. | Patents By Year of Grant: | 154 | **154** |
| YAZAKI CORP. | Patents By Year of Grant: | 154 | **154** |
| L'OREAL S.A. | Patents By Year of Grant: | 153 | **153** |
| BAYER AKTIENGESELLSCHAFT | Patents By Year of Grant: | 148 | **148** |
| GENENTECH, INC. | Patents By Year of Grant: | 146 | **146** |
| PENTAX CORPORATION | Patents By Year of Grant: | 143 | **143** |
| CATERPILLAR INC. | Patents By Year of Grant: | 142 | **142** |
| DEERE + COMPANY | Patents By Year of Grant: | 142 | **142** |
| NIKON CORPORATION | Patents By Year of Grant: | 142 | **142** |
| ANALOG DEVICES, INC. | Patents By Year of Grant: | 140 | **140** |
| GE MEDICAL SYSTEMS GLOBAL TECHNOLOGY COMPANY, LLC | Patents By Year of Grant: | 140 | **140** |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY | Patents By Year of Grant: | 139 | **139** |
| BLACK & DECKER INC. | Patents By Year of Grant: | 138 | **138** |
| PFIZER INC. | Patents By Year of Grant: | 138 | **138** |
| VISTEON GLOBAL TECHNOLOGIES, INC. | Patents By Year of Grant: | 137 | **137** |
| CARDIAC PACEMAKERS, INC. | Patents By Year of Grant: | 136 | **136** |
| EATON CORPORATION | Patents By Year of Grant: | 136 | **136** |
| NTT DOCOMO, INC. | Patents By Year of | 135 | **135** |

| | | | |
|---|---|---|---|
| | **Grant:** | | |
| **BAKER HUGHES INCORPORATED** | **Patents By Year of Grant:** | 134 | **134** |
| **PIONEER HI-BRED INTERNATIONAL, INC.** | **Patents By Year of Grant:** | 134 | **134** |
| **SUMITOMO WIRING SYSTEMS, LTD.** | **Patents By Year of Grant:** | 134 | **134** |
| **CORNING INCORPORATED** | **Patents By Year of Grant:** | 133 | **133** |
| **HYUNDAI MOTOR COMPANY** | **Patents By Year of Grant:** | 133 | **133** |
| **UNITED TECHNOLOGIES CORPORATION** | **Patents By Year of Grant:** | 133 | **133** |
| **FINISAR CORPORATION** | **Patents By Year of Grant:** | 130 | **130** |
| **GOODYEAR TIRE + RUBBER COMPANY** | **Patents By Year of Grant:** | 130 | **130** |
| **MINEBEA KABUSHIKI-KAISHA (MINEBEA CO., LTD)** | **Patents By Year of Grant:** | 128 | **128** |
| **BOSTON SCIENTIFIC SCIMED, INC.** | **Patents By Year of Grant:** | 127 | **127** |
| **SAMSUNG ELECTRO-MECHANICS CO., LTD.** | **Patents By Year of Grant:** | 126 | **126** |
| **ACUSHNET COMPANY** | **Patents By Year of Grant:** | 125 | **125** |
| **NGK INSULATORS LTD.** | **Patents By Year of Grant:** | 125 | **125** |
| **COUNCIL OF SCIENTIFIC AND INDUSTRIAL RESEARCH** | **Patents By Year of Grant:** | 123 | **123** |
| **UNITED STATES OF AMERICA, HEALTH & HUMAN SERVICES** | **Patents By Year of Grant:** | 122 | **122** |
| **SYMBOL TECHNOLOGIES, INC.** | **Patents By Year of Grant:** | 121 | **121** |
| **DELL PRODUCTS, L.P.** | **Patents By Year of Grant:** | 119 | **119** |
| **LEXMARK INTERNATIONAL, INC.** | **Patents By Year of Grant:** | 118 | **118** |
| **CADENCE DESIGN SYSTEMS, INC.** | **Patents By Year of Grant:** | 117 | **117** |
| **CALIFORNIA INSTITUTE OF TECHNOLOGY** | **Patents By Year of Grant:** | 115 | **115** |
| **CIBA SPECIALTY CHEMICALS CORPORATION** | **Patents By Year of Grant:** | 114 | **114** |
| **FUNAI ELECTRIC CO., LTD.** | **Patents By Year of Grant:** | 114 | **114** |
| **SCI-MED LIFE SYSTEMS, INC.** | **Patents By Year of Grant:** | 114 | **114** |

| Organization | | | |
|---|---|---|---|
| KONICA CORPORATION | Patents By Year of Grant: | 113 | **113** |
| BEN Q CORPORATION | Patents By Year of Grant: | 112 | **112** |
| NCR CORPORATION | Patents By Year of Grant: | 112 | **112** |
| LAM RESEARCH CORPORATION | Patents By Year of Grant: | 110 | **110** |
| SPRINT COMMUNICATIONS COMPANY L.P. | Patents By Year of Grant: | 110 | **110** |
| MACRONIX INTERNATIONAL CO., LTD. | Patents By Year of Grant: | 109 | **109** |
| NITTO DENKO CORPORATION | Patents By Year of Grant: | 109 | **109** |
| TYCO ELECTRONICS CORPORATION | Patents By Year of Grant: | 109 | **109** |
| MARVELL INTERNATIONAL LTD. | Patents By Year of Grant: | 108 | **108** |
| SHIN ETSU CHEMICAL CO., LTD. | Patents By Year of Grant: | 107 | **107** |
| UNIVERSITY OF TEXAS | Patents By Year of Grant: | 107 | **107** |
| APPLE COMPUTER, INC. | Patents By Year of Grant: | 106 | **106** |
| KLA-TENCOR TECHNOLOGIES CORP. | Patents By Year of Grant: | 106 | **106** |
| MEDIATEK INC. | Patents By Year of Grant: | 106 | **106** |
| UNISYS CORPORATION | Patents By Year of Grant: | 106 | **106** |
| UNITED MICROELECTRONICS CORPORATION | Patents By Year of Grant: | 106 | **106** |
| WESTERN DIGITAL TECHNOLOGIES, INC. | Patents By Year of Grant: | 106 | **106** |
| WYETH | Patents By Year of Grant: | 106 | **106** |
| ASTRAZENECA AB | Patents By Year of Grant: | 105 | **105** |
| OMRON CORPORATION | Patents By Year of Grant: | 105 | **105** |
| SHIMANO INC. | Patents By Year of Grant: | 105 | **105** |
| DAI NIPPON PRINTING CO. LTD | Patents By Year of Grant: | 103 | **103** |
| NVIDIA CORPORATION | Patents By Year of Grant: | 102 | **102** |
| SUMITOMO CHEMICAL COMPANY, LIMITED | Patents By Year of | 102 | **102** |

| | | | |
|---|---|---|---|
| | Grant: | | |
| **RAMBUS, INC.** | **Patents By Year of Grant:** | 101 | **101** |
| **WISCONSIN ALUMNI RESEARCH FOUNDATION** | **Patents By Year of Grant:** | 101 | **101** |
| **DELTA ELECTRONICS INC.** | **Patents By Year of Grant:** | 100 | **100** |
| **MERCK PATENT GESELLSCHAFT MIT BESCHRANKTER HAFTUNG** | **Patents By Year of Grant:** | 100 | **100** |
| **PACESETTER, INC.** | **Patents By Year of Grant:** | 98 | **98** |
| **STANFORD UNIVERSITY** | **Patents By Year of Grant:** | 98 | **98** |
| **AISIN SEIKI KABUSHIKI KAISHA** | **Patents By Year of Grant:** | 97 | **97** |
| **KAO KABUSHIKI KAISHA (KAO CORPORATION)** | **Patents By Year of Grant:** | 97 | **97** |
| **HARRIS CORP.** | **Patents By Year of Grant:** | 96 | **96** |
| **ALSTOM TECHNOLOGY LTD** | **Patents By Year of Grant:** | 94 | **94** |
| **NOKIA MOBILE PHONES LTD.** | **Patents By Year of Grant:** | 94 | **94** |
| **CNH AMERICA LLC** | **Patents By Year of Grant:** | 93 | **93** |
| **ITT MANUFACTURING ENTERPRISES, INC.** | **Patents By Year of Grant:** | 93 | **93** |
| **ROCKWELL AUTOMATION TECHNOLOGIES, INC.** | **Patents By Year of Grant:** | 93 | **93** |
| **COMMISSARIAT A L'ENERGIE ATOMIQUE** | **Patents By Year of Grant:** | 92 | **92** |
| **FANUC LTD.** | **Patents By Year of Grant:** | 91 | **91** |
| **JOHNS HOPKINS UNIVERSITY** | **Patents By Year of Grant:** | 91 | **91** |
| **TOYODA GOSEI KABUSHIKI KAISHA** | **Patents By Year of Grant:** | 91 | **91** |
| **DEGUSSA AKTIENGESELLSCHAFT** | **Patents By Year of Grant:** | 90 | **90** |
| **FUJINON CORPORATION (FORMERLY FUJI PHOTO OPTICAL CO. LTD.)** | **Patents By Year of Grant:** | 90 | **90** |
| **NSK LIMITED** | **Patents By Year of Grant:** | 90 | **90** |
| **VICTOR COMPANY OF JAPAN, LIMITED** | **Patents By Year of Grant:** | 90 | **90** |
| **SHOWA DENKO KABUSHIKI KAISHA** | **Patents By Year of Grant:** | 88 | **88** |

| | | | |
|---|---|---|---|
| **ROLLS-ROYCE PLC** | **Patents By Year of Grant:** | 87 | **87** |
| **ADVANTEST CORP.** | **Patents By Year of Grant:** | 86 | **86** |
| **JUNIPER NETWORKS, INC.** | **Patents By Year of Grant:** | 86 | **86** |
| **MAXTOR CORPORATION** | **Patents By Year of Grant:** | 86 | **86** |
| **MOLEX INCORPORATED** | **Patents By Year of Grant:** | 86 | **86** |
| **DAIMLERCHRYSLER CORPORATION** | **Patents By Year of Grant:** | 85 | **85** |
| **ADC TELECOMMUNICATIONS, INC.** | **Patents By Year of Grant:** | 84 | **84** |
| **HITACHI HIGH-TECHNOLOGIES CORPORATION** | **Patents By Year of Grant:** | 84 | **84** |
| **RESEARCH IN MOTION LIMITED** | **Patents By Year of Grant:** | 84 | **84** |
| **3COM CORPORATION** | **Patents By Year of Grant:** | 83 | **83** |
| **ADVANCED SEMICONDUCTOR ENGINEERING, INC.** | **Patents By Year of Grant:** | 83 | **83** |
| **MICHELIN RECHERCHE ET TECHNIQUE S.A.** | **Patents By Year of Grant:** | 83 | **83** |
| **PITNEY-BOWES, INC.** | **Patents By Year of Grant:** | 83 | **83** |
| **SANDISK CORPORATION** | **Patents By Year of Grant:** | 83 | **83** |
| **SNECMA MOTEURS** | **Patents By Year of Grant:** | 82 | **82** |
| **ZAHNRADFABRIK FRIEDRICHSHAFEN AG** | **Patents By Year of Grant:** | 82 | **82** |
| **ASML HOLDING N.V.** | **Patents By Year of Grant:** | 81 | **81** |
| **CALLAWAY GOLF COMPANY** | **Patents By Year of Grant:** | 81 | **81** |
| **HEADWAY TECHNOLOGIES, INC.** | **Patents By Year of Grant:** | 81 | **81** |
| **HITACHI GLOBAL STORAGE TECHNOLOGIES JAPAN, LTD.** | **Patents By Year of Grant:** | 81 | **81** |
| **INTERNATIONAL GAME TECHNOLOGY (IGT)** | **Patents By Year of Grant:** | 81 | **81** |
| **NOVARTIS AG (FORMERLY SANDOZ LTD.)** | **Patents By Year of Grant:** | 81 | **81** |
| **LENOVO (SINGAPORE) PTE LTD** | **Patents By Year of Grant:** | 80 | **80** |
| **EBARA CORPORATION** | **Patents By Year of** | 78 | **78** |

| | | Grant: | | |
|---|---|---|---|---|
| HOFFMANN-LA ROCHE INC. | | Patents By Year of Grant: | 78 | **78** |
| MERCK + CO., INC. | | Patents By Year of Grant: | 78 | **78** |
| MITSUBISHI ELECTRIC RESEARCH LABORATORIES, INC. | | Patents By Year of Grant: | 78 | **78** |
| SMITHKLINE BEECHAM CORPORATION | | Patents By Year of Grant: | 78 | **78** |
| SPRINT SPECTRUM L.P. | | Patents By Year of Grant: | 78 | **78** |
| CIENA CORPORATION | | Patents By Year of Grant: | 77 | **77** |
| HILTI AKTIENGESELLSCHAFT | | Patents By Year of Grant: | 77 | **77** |
| ROHM AND HAAS COMPANY | | Patents By Year of Grant: | 77 | **77** |
| STMICROELECTRONICS, INC. | | Patents By Year of Grant: | 77 | **77** |
| ASAHI GLASS COMPANY, LTD. | | Patents By Year of Grant: | 76 | **76** |
| DIGIMARC CORPORATION | | Patents By Year of Grant: | 76 | **76** |
| MATSUSHITA ELECTRIC WORKS, LTD. | | Patents By Year of Grant: | 76 | **76** |
| NIPPON TELEGRAPH & TELEPHONE CORP. | | Patents By Year of Grant: | 76 | **76** |
| HAMAMATSU PHOTONICS KABUSHIKI KAISHA | | Patents By Year of Grant: | 75 | **75** |
| NATIONAL INSTRUMENTS CORPORATION | | Patents By Year of Grant: | 75 | **75** |
| NEWFREY LLC | | Patents By Year of Grant: | 75 | **75** |
| SEIKO INSTRUMENTS INC. | | Patents By Year of Grant: | 75 | **75** |
| APPLERA CORPORATION | | Patents By Year of Grant: | 74 | **74** |
| NAN YA TECHNOLOGY CORPORATION | | Patents By Year of Grant: | 74 | **74** |
| KONICA MINOLTA BUSINESS TECHNOLOGIES, INC. | | Patents By Year of Grant: | 72 | **72** |
| UNILEVER HOME & PERSONAL CARE USA, DIVISION OF CONOPCO, INC. | | Patents By Year of Grant: | 72 | **72** |
| AVAYA TECHNOLOGY CORP. | | Patents By Year of Grant: | 71 | **71** |
| KONICA MINOLTA HOLDINGS, INC. | | Patents By Year of Grant: | 71 | **71** |

| Organization | | | |
|---|---|---|---|
| SCHERING CORP. | Patents By Year of Grant: | 71 | **71** |
| SUMITOMO RUBBER INDUSTRIES, LTD. | Patents By Year of Grant: | 71 | **71** |
| DONGBU ELECTRONICS CO., LTD. | Patents By Year of Grant: | 70 | **70** |
| INSTITUT FRANCAIS DU PETROLE | Patents By Year of Grant: | 70 | **70** |
| ABBOTT LABORATORIES | Patents By Year of Grant: | 69 | **69** |
| NTN CORPORATION | Patents By Year of Grant: | 69 | **69** |
| SIEMENS COMMUNICATIONS, INC. | Patents By Year of Grant: | 69 | **69** |
| UNIVERSITY OF MICHIGAN | Patents By Year of Grant: | 69 | **69** |
| ADVANCED CARDIOVASCULAR SYSTEMS, INC. | Patents By Year of Grant: | 68 | **68** |
| BATTELLE MEMORIAL INSTITUTE | Patents By Year of Grant: | 68 | **68** |
| KOMATSU LTD. | Patents By Year of Grant: | 68 | **68** |
| MITSUBISHI HEAVY INDUSTRIES, LTD. | Patents By Year of Grant: | 68 | **68** |
| NEC LCD TECHNOLOGIES, LTD. | Patents By Year of Grant: | 68 | **68** |
| OSRAM SYLVANIA INC. | Patents By Year of Grant: | 68 | **68** |
| SRI SPORTS LIMITED | Patents By Year of Grant: | 68 | **68** |
| STORAGE TECHNOLOGY CORPORATION | Patents By Year of Grant: | 68 | **68** |
| AIR PRODUCTS AND CHEMICALS, INC. | Patents By Year of Grant: | 67 | **67** |
| BORGWARNER INC. | Patents By Year of Grant: | 67 | **67** |
| CARRIER CORPORATION | Patents By Year of Grant: | 67 | **67** |
| DONGBUANAM SEMICONDUCTOR INC. | Patents By Year of Grant: | 67 | **67** |
| KOITO MANUFACTURING COMPANY LIMITED | Patents By Year of Grant: | 67 | **67** |
| YAMAHA HATSUDOKI KABUSHIKI KAISHA, YAMAHA MOTOR CO., LTD. | Patents By Year of Grant: | 66 | **66** |
| FRAUNHOFER-GESELLSCHAFT ZUR FOERDERUNG DER ANGEWANDTEN FORSCHUNG E.V. | Patents By Year of Grant: | 65 | **65** |
| HRL LABORATORIES, LLC | Patents By Year of Grant: | 65 | **65** |

| | | | |
|---|---|---|---|
| | Grant: | | |
| **MCAFEE, INC.** | **Patents By Year of Grant:** | 65 | **65** |
| **DAINIPPON SCREEN MFG. CO., LTD.** | **Patents By Year of Grant:** | 64 | **64** |
| **DOW GLOBAL TECHNOLOGIES INC.** | **Patents By Year of Grant:** | 64 | **64** |
| **ETHICON, INC.** | **Patents By Year of Grant:** | 64 | **64** |
| **MILLIKEN & COMPANY** | **Patents By Year of Grant:** | 64 | **64** |
| **PATENT-TREUHAND-GESELLSCHAFT FUR ELEKTRISCHE GLUHLAMPEN MBH** | **Patents By Year of Grant:** | 64 | **64** |
| **SHIMADZU CORPORATION** | **Patents By Year of Grant:** | 64 | **64** |
| **BAXTER INTERNATIONAL INC.** | **Patents By Year of Grant:** | 63 | **63** |
| **BECTON, DICKINSON AND COMPANY** | **Patents By Year of Grant:** | 63 | **63** |
| **CARL ZEISS SMT AG** | **Patents By Year of Grant:** | 63 | **63** |
| **FURUKAWA ELECTRIC CO., LTD.** | **Patents By Year of Grant:** | 63 | **63** |
| **KAWASAKI JUKOGYO KABUSHIKI KAISHA** | **Patents By Year of Grant:** | 63 | **63** |
| **KOYO SEIKO COMPANY, LTD.** | **Patents By Year of Grant:** | 63 | **63** |
| **WINBOND ELECTRONICS CORP.** | **Patents By Year of Grant:** | 63 | **63** |
| **CINGULAR WIRELESS II, LLC** | **Patents By Year of Grant:** | 62 | **62** |
| **FUJI JUKOGYO KABUSHIKI KAISHA** | **Patents By Year of Grant:** | 62 | **62** |
| **JAPAN SCIENCE AND TECHNOLOGY AGENCY** | **Patents By Year of Grant:** | 62 | **62** |
| **OLYMPUS OPTICAL CO., LTD.** | **Patents By Year of Grant:** | 62 | **62** |
| **SONY COMPUTER ENTERTAINMENT INC.** | **Patents By Year of Grant:** | 62 | **62** |
| **UNITED STATES OF AMERICA, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION** | **Patents By Year of Grant:** | 62 | **62** |
| **CHARTERED SEMICONDUCTOR MANUFACTURING LTD.** | **Patents By Year of Grant:** | 61 | **61** |
| **CORNELL RESEARCH FOUNDATION INC.** | **Patents By Year of Grant:** | 61 | **61** |
| **EMERSON ELECTRIC CO.** | **Patents By Year of Grant:** | 61 | **61** |

| | | | |
|---|---|---|---|
| **INTERNATIONAL RECTIFIER CORPORATION** | **Patents By Year of Grant:** | 61 | 61 |
| **MONSANTO TECHNOLOGY, LLC** | **Patents By Year of Grant:** | 61 | 61 |
| **NETWORK APPLIANCE, INC.** | **Patents By Year of Grant:** | 61 | 61 |
| **SDGI HOLDINGS, INC.** | **Patents By Year of Grant:** | 61 | 61 |
| **STINE SEED FARM, INC.** | **Patents By Year of Grant:** | 61 | 61 |
| **VERITAS OPERATING CORPORATION** | **Patents By Year of Grant:** | 61 | 61 |
| **AGFA-GEVAERT N.V.** | **Patents By Year of Grant:** | 60 | 60 |
| **AJINOMOTO COMPANY INCORPORATED** | **Patents By Year of Grant:** | 60 | 60 |
| **GENERAL INSTRUMENT CORPORATION** | **Patents By Year of Grant:** | 60 | 60 |
| **KANEKA CORPORATION** | **Patents By Year of Grant:** | 60 | 60 |
| **UNIVERSITY OF FLORIDA RESEARCH FOUNDATION, INCORPORATED** | **Patents By Year of Grant:** | 60 | 60 |
| **AMGEN, INC.** | **Patents By Year of Grant:** | 59 | 59 |
| **ARM LIMITED** | **Patents By Year of Grant:** | 59 | 59 |
| **INTEGRATED DEVICE TECHNOLOGY, INC.** | **Patents By Year of Grant:** | 59 | 59 |
| **NGK SPARK PLUG CO., LTD.** | **Patents By Year of Grant:** | 59 | 59 |
| **NIKE, INC.** | **Patents By Year of Grant:** | 59 | 59 |
| **PPG INDUSTRIES OHIO INC.** | **Patents By Year of Grant:** | 59 | 59 |
| **SPX CORPORATION** | **Patents By Year of Grant:** | 59 | 59 |
| **THALES** | **Patents By Year of Grant:** | 59 | 59 |
| **DAIKIN INDUSTRIES LIMITED** | **Patents By Year of Grant:** | 58 | 58 |
| **HUMAN GENOME SCIENCES, INC.** | **Patents By Year of Grant:** | 58 | 58 |
| **INTERSIL AMERICAS INC.** | **Patents By Year of Grant:** | 58 | 58 |
| **METSO PAPER, INC.** | **Patents By Year of Grant:** | 58 | 58 |
| **UOP** | **Patents By Year of** | 58 | 58 |

| | | | |
|---|---|---|---|
| | **Grant:** | | |
| **CONOCOPHILLIPS COMPANY** | **Patents By Year of Grant:** | 57 | **57** |
| **FIRST DATA CORPORATION INC.** | **Patents By Year of Grant:** | 57 | **57** |
| **MITSUBISHI CHEMICAL CORPORATION** | **Patents By Year of Grant:** | 57 | **57** |
| **MITSUMI ELECTRIC CO., LTD.** | **Patents By Year of Grant:** | 57 | **57** |
| **MITUTOYO CORPORATION** | **Patents By Year of Grant:** | 57 | **57** |
| **UNI-CHARM CORPORATION** | **Patents By Year of Grant:** | 57 | **57** |
| **ADOBE SYSTEMS, INC.** | **Patents By Year of Grant:** | 56 | **56** |
| **AMKOR TECHNOLOGY, INC.** | **Patents By Year of Grant:** | 56 | **56** |
| **BOSCH SIEMENS HAUSGERATE GMBH** | **Patents By Year of Grant:** | 56 | **56** |
| **ELI LILLY AND COMPANY** | **Patents By Year of Grant:** | 56 | **56** |
| **SANDIA CORPORATION** | **Patents By Year of Grant:** | 56 | **56** |
| **SCHOTT AG** | **Patents By Year of Grant:** | 56 | **56** |
| **SILICON LABORATORIES INC.** | **Patents By Year of Grant:** | 56 | **56** |
| **SPANSION LLC** | **Patents By Year of Grant:** | 56 | **56** |
| **BAE SYSTEMS INFORMATION AND ELECTRONIC SYSTEMS INTEGRATION, INC.** | **Patents By Year of Grant:** | 55 | **55** |
| **JDS UNIPHASE CORPORATION** | **Patents By Year of Grant:** | 55 | **55** |
| **JSR CORPORATION** | **Patents By Year of Grant:** | 55 | **55** |
| **PROMOS TECHNOLOGIES, INC.** | **Patents By Year of Grant:** | 55 | **55** |
| **SAP AKTIENGESELLSCHAFT** | **Patents By Year of Grant:** | 55 | **55** |
| **TAKATA CORPORATION** | **Patents By Year of Grant:** | 55 | **55** |
| **TOYODA KOKI KABUSHIKI KAISHA** | **Patents By Year of Grant:** | 55 | **55** |
| **AOL LLC** | **Patents By Year of Grant:** | 54 | **54** |
| **BRUNSWICK CORPORATION** | **Patents By Year of Grant:** | 54 | **54** |

| COLUMBIA UNIVERSITY | Patents By Year of Grant: | 54 | 54 |
|---|---|---|---|
| GEORGIA TECH RESEARCH CORP. | Patents By Year of Grant: | 54 | 54 |
| PRATT & WHITNEY CANADA CORP. | Patents By Year of Grant: | 54 | 54 |
| SBC PROPERTIES, L.P. | Patents By Year of Grant: | 54 | 54 |
| SIEMENS VDO AUTOMOTIVE CORPORATION | Patents By Year of Grant: | 54 | 54 |
| TOKAI RIKA DENKI SEISAKUSHO K.K. | Patents By Year of Grant: | 54 | 54 |
| WARNER-LAMBERT COMPANY | Patents By Year of Grant: | 54 | 54 |
| ANDREW CORPORATION | Patents By Year of Grant: | 53 | 53 |
| BATTELLE ENERGY ALLIANCE, LLC | Patents By Year of Grant: | 53 | 53 |
| BRIDGESTONE CORPORATION | Patents By Year of Grant: | 53 | 53 |
| CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE - CNRS | Patents By Year of Grant: | 53 | 53 |
| MILLENNIUM PHARMACEUTICALS, INC. | Patents By Year of Grant: | 53 | 53 |
| PALO ALTO RESEARCH CENTER INCORPORATED | Patents By Year of Grant: | 53 | 53 |
| JAPAN AVIATION ELECTRONICS INDUSTRY LTD. | Patents By Year of Grant: | 52 | 52 |
| KYOCERA CORPORATION | Patents By Year of Grant: | 52 | 52 |
| MINDSPEED TECHNOLOGIES, INC. | Patents By Year of Grant: | 52 | 52 |
| NIPPON SHEET GLASS CO., LTD. | Patents By Year of Grant: | 52 | 52 |
| SIEMENS VDO AUTOMOTIVE, INC. | Patents By Year of Grant: | 52 | 52 |
| DUKE UNIVERSITY | Patents By Year of Grant: | 51 | 51 |
| ECOLAB INC. | Patents By Year of Grant: | 51 | 51 |
| FUJITSU TEN LIMITED | Patents By Year of Grant: | 51 | 51 |
| JAPAN SOLDERLESS TERMINAL MFG. CO., LTD. | Patents By Year of Grant: | 51 | 51 |
| MAYTAG CORPORATION | Patents By Year of Grant: | 51 | 51 |
| ROCKWELL COLLINS, INC. | Patents By Year of | 51 | 51 |

| Organization | | | |
|---|---|---|---|
| | Grant: | | |
| UNIVERSITY OF ILLINOIS | Patents By Year of Grant: | 51 | 51 |
| ALLERGAN, INC. | Patents By Year of Grant: | 50 | 50 |
| CASIO COMPUTER CO. LTD. | Patents By Year of Grant: | 50 | 50 |
| HITACHI DISPLAYS, LTD. | Patents By Year of Grant: | 50 | 50 |
| JOHANNES HEIDENHAIN GMBH | Patents By Year of Grant: | 50 | 50 |
| KYOCERA WIRELESS CORP. | Patents By Year of Grant: | 50 | 50 |
| L&P PROPERTY MANAGEMENT COMPANY | Patents By Year of Grant: | 50 | 50 |
| LATTICE SEMICONDUCTOR CORPORATION | Patents By Year of Grant: | 50 | 50 |
| LUK LAMELLEN UND KUPPLUNGSBAU BETEILIGUNGS KG | Patents By Year of Grant: | 50 | 50 |
| REALTEK SEMICONDUCTOR CORPORATION | Patents By Year of Grant: | 50 | 50 |
| SIEMENS POWER GENERATION, INC. | Patents By Year of Grant: | 50 | 50 |
| ADVANCED BIONICS CORPORATION | Patents By Year of Grant: | 49 | 49 |
| AISIN AW CO., LTD. | Patents By Year of Grant: | 49 | 49 |
| CLARIANT GMBH | Patents By Year of Grant: | 49 | 49 |
| ELPIDA MEMORY, INC. | Patents By Year of Grant: | 49 | 49 |
| GENERAL HOSPITAL CORPORATION | Patents By Year of Grant: | 49 | 49 |
| HILL-ROM SERVICES, INC. | Patents By Year of Grant: | 49 | 49 |
| KABUSHIKI KAISHA TOYOTA JIDOSHOKKI | Patents By Year of Grant: | 49 | 49 |
| NATIONAL INSTITUTE OF ADVANCED INDUSTRIAL SCIENCE AND TECHNOLOGY | Patents By Year of Grant: | 49 | 49 |
| UT-BATTELLE, LLC | Patents By Year of Grant: | 49 | 49 |
| ADAPTEC, INC. | Patents By Year of Grant: | 48 | 48 |
| BRIDGESTONE SPORTS CO., LTD. | Patents By Year of Grant: | 48 | 48 |
| CALSONIC KANSEI CORPORATION | Patents By Year of Grant: | 48 | 48 |

| | | | |
|---|---|---|---|
| **CHEVRON U.S.A. INC.** | **Patents By Year of Grant:** | 48 | **48** |
| **DANA CORPORATION** | **Patents By Year of Grant:** | 48 | **48** |
| **DSM IP ASSETS B.V.** | **Patents By Year of Grant:** | 48 | **48** |
| **EXXONMOBIL RESEARCH AND ENGINEERING COMPANY** | **Patents By Year of Grant:** | 48 | **48** |
| **KOREA INSTITUTE OF SCIENCE AND TECHNOLOGY** | **Patents By Year of Grant:** | 48 | **48** |
| **PORSCHE AG** | **Patents By Year of Grant:** | 48 | **48** |
| **QINETIQ LIMITED** | **Patents By Year of Grant:** | 48 | **48** |
| **AKZO NOBEL NV** | **Patents By Year of Grant:** | 47 | **47** |
| **DAICEL CHEMICAL INDUSTRIES LTD.** | **Patents By Year of Grant:** | 47 | **47** |
| **FAIRCHILD SEMICONDUCTOR CORPORATION** | **Patents By Year of Grant:** | 47 | **47** |
| **INA-SCHAEFFLER KG** | **Patents By Year of Grant:** | 47 | **47** |
| **INVENTEC CORPORATION** | **Patents By Year of Grant:** | 47 | **47** |
| **METROLOGIC INSTRUMENTS INC.** | **Patents By Year of Grant:** | 47 | **47** |
| **SHINKO ELECTRIC INDUSTRIES CO., LTD.** | **Patents By Year of Grant:** | 47 | **47** |
| **SIEMENS CORPORATE RESEARCH, INC.** | **Patents By Year of Grant:** | 47 | **47** |
| **UNIVERSITY OF PENNSYLVANIA** | **Patents By Year of Grant:** | 47 | **47** |
| **CREE, INC.** | **Patents By Year of Grant:** | 46 | **46** |
| **ERICSSON, INC.** | **Patents By Year of Grant:** | 46 | **46** |
| **ETHICON ENDO-SURGERY, INC.** | **Patents By Year of Grant:** | 46 | **46** |
| **KOENIG + BAUER AKTIENGESELLSCHAFT** | **Patents By Year of Grant:** | 46 | **46** |
| **SCHERING AKTIENGESELLSCHAFT** | **Patents By Year of Grant:** | 46 | **46** |
| **THE DIRECTV GROUP, INC.** | **Patents By Year of Grant:** | 46 | **46** |
| **ADVICS CO., LTD.** | **Patents By Year of Grant:** | 45 | **45** |
| **ATMEL CORPORATION** | **Patents By Year of** | 45 | **45** |

| | | | Grant: | | |
|---|---|---|---|---|---|
| **BAYERISCHE MOTOREN WERKE AG** | **Patents By Year of Grant:** | 45 | **45** |
| **HOYA CORPORATION** | **Patents By Year of Grant:** | 45 | **45** |
| **JANSSEN PHARMACEUTICA N.V.** | **Patents By Year of Grant:** | 45 | **45** |
| **MITSUBISHI GAS-CHEMICAL COMPANY, INC.** | **Patents By Year of Grant:** | 45 | **45** |
| **NIPPON SHOKUBAI CO., LTD.** | **Patents By Year of Grant:** | 45 | **45** |
| **QUANTA COMPUTER INC.** | **Patents By Year of Grant:** | 45 | **45** |
| **SYNOPSYS INC.** | **Patents By Year of Grant:** | 45 | **45** |
| **TOSHIBA TEC KABUSHIKI KAISHA** | **Patents By Year of Grant:** | 45 | **45** |
| **SRI INTERNATIONAL** | **Patents By Year of Grant:** | 44 | **44** |
| **Alexza Pharmaceuticals, Inc.** | **Patents By Year of Grant:** | 43 | **43** |
| **C.R.F. SOCIETA CONSORTILE PER AZIONI** | **Patents By Year of Grant:** | 43 | **43** |
| **GATEWAY 2000, INC.** | **Patents By Year of Grant:** | 43 | **43** |
| **HEIDELBERGER DRUCKMASCHINEN AG** | **Patents By Year of Grant:** | 43 | **43** |
| **HYUNDAI MOBIS, CO., LTD.** | **Patents By Year of Grant:** | 43 | **43** |
| **KENNAMETAL INC.** | **Patents By Year of Grant:** | 43 | **43** |
| **LITE-ON TECHNOLOGY CORPORATION** | **Patents By Year of Grant:** | 43 | **43** |
| **UNITED STATES OF AMERICA, AIR FORCE** | **Patents By Year of Grant:** | 43 | **43** |
| **BAUSCH & LOMB, INC.** | **Patents By Year of Grant:** | 42 | **42** |
| **HENKEL KOMMANDITGESELLSCHAFT AUF AKTIEN (HENKEL KGAA)** | **Patents By Year of Grant:** | 42 | **42** |
| **INFOCUS CORPORATION** | **Patents By Year of Grant:** | 42 | **42** |
| **MAZDA MOTOR CORPORATION** | **Patents By Year of Grant:** | 42 | **42** |
| **RESEARCH FOUNDATION OF STATE UNIVERSITY OF NEW YORK** | **Patents By Year of Grant:** | 42 | **42** |
| **SCIENCE APPLICATIONS INTERNATIONAL CORPORATION** | **Patents By Year of Grant:** | 42 | **42** |

| | | | |
|---|---|---|---|
| **SKYWORKS SOLUTIONS, INC.** | **Patents By Year of Grant:** | 42 | **42** |
| **TAKEDA PHARMACEUTICAL COMPANY LIMITED** | **Patents By Year of Grant:** | 42 | **42** |
| **VOITH PAPER PATENT GMBH** | **Patents By Year of Grant:** | 42 | **42** |
| **ALCATEL CANADA, INC.** | **Patents By Year of Grant:** | 41 | **41** |
| **FORD MOTOR COMPANY** | **Patents By Year of Grant:** | 41 | **41** |
| **MITSUI CHEMICALS, INCORPORATED** | **Patents By Year of Grant:** | 41 | **41** |
| **NOKIA NETWORKS OY** | **Patents By Year of Grant:** | 41 | **41** |
| **NOVELLUS SYSTEMS, INC.** | **Patents By Year of Grant:** | 41 | **41** |
| **PANASONIC COMMUNICATIONS CO., LTD.** | **Patents By Year of Grant:** | 41 | **41** |
| **TETRA LAVAL HOLDINGS & FINANCE S.A.** | **Patents By Year of Grant:** | 41 | **41** |
| **TOKAI RUBBER INDUSTRIES, LTD.** | **Patents By Year of Grant:** | 41 | **41** |
| **BRITISH TELECOMMUNICATION, PLC** | **Patents By Year of Grant:** | 40 | **40** |
| **CIRRUS LOGIC, INC.** | **Patents By Year of Grant:** | 40 | **40** |
| **FCI AMERICAS TECHNOLOGY, INC.** | **Patents By Year of Grant:** | 40 | **40** |
| **IMATION CORP.** | **Patents By Year of Grant:** | 40 | **40** |
| **INTERNATIONAL ENGINE INTELLECTUAL PROPERTY COMPANY, L.L.C.** | **Patents By Year of Grant:** | 40 | **40** |
| **KONICA MINOLTA MEDICAL & GRAPHIC, INC.** | **Patents By Year of Grant:** | 40 | **40** |
| **MURATA KIKAI KABUSHIKI KAISHA** | **Patents By Year of Grant:** | 40 | **40** |
| **OKIDATA CORPORATION** | **Patents By Year of Grant:** | 40 | **40** |
| **PTS CORPORATION** | **Patents By Year of Grant:** | 40 | **40** |
| **QWEST COMMUNICATIONS INTERNATIONAL INC.** | **Patents By Year of Grant:** | 40 | **40** |
| **SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC** | **Patents By Year of Grant:** | 40 | **40** |
| **TEAC CORPORATION** | **Patents By Year of Grant:** | 40 | **40** |
| **TEKELEC** | **Patents By Year of** | 40 | **40** |

| | **Grant:** | | |
|---|---|---|---|
| **THE SCRIPPS RESEARCH INSTITUTE** | **Patents By Year of Grant:** | 40 | **40** |
| **TOPPOLY OPTOELECTRONICS CORP.** | **Patents By Year of Grant:** | 40 | **40** |
| **UNIVERSITY OF MARYLAND** | **Patents By Year of Grant:** | 40 | **40** |
| **Other Organizations (25510)** | **Patents By Year of Grant:** | 67612 | **67612** |

**PATENTING BY ORGANIZATIONS**
**2006**
**PARTS A1, B**
**Granted: 01/01/2006 - 12/31/2006**
*A Patent Technology Monitoring Team Report*

---

# Contact Information -

Questions regarding these reports should be directed to:

U.S. Patent and Trademark Office
Electronic Information Products Division - PTMT
MDW 4C18; P.O. Box 1450
Alexandria, VA 22313-1450

tel: (571) 272-5600
FAX: (571) 273-0110
mailto:oeip@uspto.gov

address of PTMT pages at the USPTO Web Site:
http://www.uspto.gov/web/offices/ac/ido/oeip/taf/tafp.html
ftp download of selected PTMT reports and materials from : ftp.uspto.gov/pub/taf/

---

Top

Home > Listing of Viewable PTMT Reports

*Last Modified : 01/31/2018 14:35:24*