# EXHIBIT K

# Top 300 Organizations Granted U.S. Patents in 2016

Are more patents better?

*IPO does not attempt to answer the question above.  IPO publishes patent owner lists as an information service for IPO members.*

*This list of organizations that received the most U.S. utility patents is being published by IPO for the 34th consecutive year.  It is based on data obtained from the U.S. Patent & Trademark Office.*

*Patents granted to parent and subsidiary companies are combined in many instances.  See the end notes for more information.  IPO makes reasonable efforts to avoid errors, but cannot guarantee accuracy.*

*30 May 2017*

# 2016 Patent Owners
## Numerical Listing

Use care in interpreting the "percent change from 2015" column. The total number of patents granted by the USPTO in 2016 was 303,051, up 1.6 percent from 2015. The percent change for an individual organization could be affected by mergers, acquisitions, divestitures, inconsistent treatment of subsidiaries in 2015 and 2016, and many other factors.

| Rank | Organization | 2016 Patents | Percent Change From 2015 |
|------|-------------|-------------|--------------------------|
| 1 | International Business Machines Corp. | 8,023 | 7.8 |
| 2 | Samsung Electronics Co., Ltd. | 5,504 | 8.8 |
| 3 | Canon K.K. | 3,865 | -8.8 |
| 4 | Intel Corp. | 3,414 | 30.1 |
| 5 | Google, Inc. | 3,267 | 2.3 |
| 6 | Qualcomm, Inc. | 3,118 | -2.8 |
| 7 | General Electric Co. | 2,566 | -2.4 |
| 8 | Microsoft Corp. | 2,558 | 3.5 |
| 9 | LG Electronics Inc. | 2,426 | 8.3 |
| 10 | Taiwan Semiconductor Manufacturing Co., Ltd. | 2,261 | 28.6 |
| 11 | Sony Corp. | 2,168 | -11.4 |
| 12 | Apple, Inc. | 2,101 | 8.5 |
| 13 | Samsung Display Co., Ltd. | 2,010 | 10.1 |
| 14 | Toshiba Corp. | 1,920 | -31.3 |
| 15 | Amazon Technologies, Inc. | 1,662 | 46.3 |
| 16 | Seiko Epson Corp. | 1,644 | 1.6 |
| 17 | Dell Technologies | 1,628 | new |
| 18 | Fujitsu Ltd. | 1,563 | 7.4 |
| 19 | Telefonaktiebolaget LM Ericsson | 1,552 | 10.4 |
| 20 | Toyota Jidosha K.K. | 1,540 | -5.9 |
| 21 | Ford Global Technologies, LLC | 1,530 | 27.6 |
| 22 | Siemens AG | 1,482 | -0.4 |
| 23 | Medtronic Inc. | 1,441 | -8.9 |
| 24 | Ricoh Co., Ltd. | 1,404 | -13.2 |
| 25 | Panasonic Intellectual Property Management Co., Ltd. | 1,400 | -5.0 |
| 26 | Globalfoundries Inc. | 1,360 | 136.5 |
| 27 | AT&T Corp. | 1,266 | -2.8 |
| 28 | Huawei Technologies Co., Ltd. | 1,198 | 49.9 |
| 29 | Robert Bosch GmbH | 1,122 | 10.4 |
| 30 | GM Global Technology Operations LLC | 1,115 | -14.8 |
| 31 | Koninklijke Philips N.V. | 1,111 | 12.0 |
| 32 | SK Hynix Inc. | 1,108 | 30.0 |
| 33 | United Technologies Corp. | 1,096 | 2.4 |
| 34 | Western Digital Corp. | 1,066 | 50.1 |
| 35 | Semiconductor Energy Laboratory Co., Ltd. | 1,054 | -6.6 |
| 36 | Boeing Co. | 1,052 | 7.9 |
| 37 | Hyundai Motor Co. | 1,032 | 39.1 |
| 38 | Mitsubishi Denki K.K. | 1,011 | 13.6 |
| 39 | Cisco Technology, Inc. | 987 | 0.4 |
| 40 | Johnson & Johnson | 932 | -14.1 |
| 41 | Brother Kogyo K.K. | 926 | -22.0 |
| 42 | Texas Instruments, Inc. | 887 | 10.0 |
| 43 | Micron Technology, Inc. | 882 | -8.2 |
| 44 | NEC Corp. | 880 | 13.8 |
| 45 | Honda Motor Co., Ltd. | 870 | -10.7 |
| 46 | Broadcom Corp. | 822 | -24.3 |
| 47 | Honeywell International Inc. | 820 | 9.9 |
| 48 | Sharp Corp. | 818 | -15.6 |
| 49 | BOE Technology Group Co., Ltd. | 815 | 195.3 |
| 50 | Blackberry Ltd. | 769 | -28.1 |
| 51 | Xerox Corp. | 762 | -18.6 |
| 52 | Verizon | 754 | -12.0 |
| 53 | Kyocera Document Solutions Inc. | 740 | 9.1 |
| 54 | STMicroelectronics, Inc. | 737 | 1.9 |
| 55 | The Dow Chemical Co. | 705 | 10.0 |
| 56 | Denso Corp. | 702 | -0.3 |
| 57 | Fujifilm Corp. | 699 | -6.6 |
| 58 | Freescale Semiconductor, Inc. | 696 | new |
| 59 | Nokia Technologies Oy | 695 | 73.8 |
| 60 | Schlumberger Technology Corp. | 685 | -7.8 |
| 61 | Oracle International Corp. | 662 | -9.4 |
| 62 | Electronics and Telecommunications Research Institute | 660 | -17.5 |
| 63 | HP Inc. | 656 | new |
| 64 | LG Display Co., Ltd. | 638 | 1.1 |
| 65 | Marvell Technology Group | 630 | 9.9 |
| 66 | Infineon Technologies AG | 618 | 5.5 |
| 67 | Hewlett Packard Enterprise | 615 | new |
| 68 | Applied Materials, Inc. | 601 | 16.0 |
| 69 | Renesas Electronics Corp. | 589 | -1.0 |
| 70 | Fuji Xerox Co., Ltd. | 580 | -5.1 |
| 71 | Alcatel Lucent | 565 | -21.1 |
| 72 | Olympus Corp. | 555 | 36.4 |
| 73 | Halliburton Energy Services, Inc. | 549 | 18.3 |
| 74 | Monsanto Co. | 547 | 23.2 |

**2016 Patent Owners**
**Numerical Listing**

| Rank | Organization | 2016 Patents | Percent Change From 2015 |
|---|---|---|---|
| 75 | 3M Innovative Properties Co. | 533 | 10.1 |
| 76 | Seagate Technology, LLC | 522 | 0.6 |
| 77 | DuPont | 513 | -33.5 |
| 78 | Hitachi, Ltd. | 512 | new |
| 79 | Sprint Corp. | 511 | -1.5 |
| 80 | University of California, The Regents of | 505 | 3.3 |
| 81 | Caterpillar Inc. | 503 | -28.8 |
| 82 | SAP AG | 497 | -26.7 |
| 83 | Shenzhen China Star Optoelectronics Technology Co., Ltd. | 493 | -0.6 |
| 84 | LG Chem, Ltd. | 478 | -7.2 |
| 85 | ZTE Corp. | 472 | 13.5 |
| 86 | Murata Manufacturing Co., Ltd. | 468 | 24.5 |
| 87 | Japan Display Inc. | 467 | 25.5 |
| 88 | LG Innotek Co., Ltd. | 459 | 22.4 |
| 89 | Konica Minolta, Inc. | 446 | 23.5 |
| 90 | Commissariat a l'Energie Atomique et aux Energies Alternatives | 442 | 9.1 |
|  | Facebook, Inc. | 442 | 18.2 |
| 92 | Samsung SDI Co., Ltd. | 433 | -23.1 |
| 93 | Hon Hai Precision Industry Co., Ltd. | 428 | -25.3 |
| 94 | BASF SE | 423 | -21.1 |
| 95 | Nike, Inc. | 415 | 25.8 |
| 96 | Samsung Electro-Mechanics Co., Ltd. | 412 | -16.8 |
| 97 | Baker Hughes Inc. | 408 | -15.5 |
| 98 | ExxonMobil Corp. | 400 | 23.5 |
| 99 | Mitsubishi Heavy Industries, Ltd. | 397 | 67.5 |
|  | Procter & Gamble Co. | 397 | -12.4 |
| 101 | Corning Inc. | 394 | -6.0 |
|  | Yazaki Corp. | 394 | 1.5 |
| 103 | Kyocera Corp. | 388 | -3.0 |
|  | Roche Holdings, Inc. | 388 | 14.1 |
|  | Tokyo Electron Ltd. | 388 | 2.4 |
| 106 | Industrial Technology Research Institute, Taiwan | 374 | -11.6 |
| 107 | Raytheon Co. | 369 | 16.8 |
| 108 | Adobe Systems Inc. | 352 | 10.3 |
| 109 | Nvidia Corp. | 350 | 7.7 |
| 110 | Futurewei Technologies, Inc. | 344 | 2.7 |
| 111 | Empire Technology Development LLC | 342 | 16.3 |
| 112 | United States of America, Navy | 336 | -7.2 |
| 113 | Avago Technologies General IP (Singapore) Pte. Ltd. | 324 | 6.9 |

| Rank | Organization | 2016 Patents | Percent Change From 2015 |
|---|---|---|---|
|  | United Microelectronics Corp. | 324 | 28.6 |
| 115 | ABB Ltd. | 317 | -142.0 |
|  | Nissan Motor Co., Ltd. | 317 | 14.0 |
|  | Wistron Corp. | 317 | -14.1 |
| 118 | Boston Scientific Scimed, Inc. | 311 | new |
| 119 | Panasonic Intellectual Property Corp. of America | 306 | -33.2 |
| 120 | Sanofi | 300 | 12.8 |
| 121 | NXP B.V. | 290 | -70.3 |
| 122 | Rohm Co., Ltd. | 284 | 18.8 |
| 123 | Mediatek Inc. | 280 | 12.9 |
| 124 | Bank of America Corp. | 279 | 20.8 |
| 125 | Massachusetts Institute of Technology | 278 | 0.0 |
| 126 | TE Connectivity | 277 | new |
| 127 | InterDigital Technology Corp. | 274 | 31.7 |
| 128 | Sumitomo Electric Industries, Ltd. | 269 | -2.5 |
| 129 | Tencent Technology (Shenzhen) Co. Ltd. | 265 | 108.7 |
| 130 | Rolls-Royce PLC | 264 | -1.5 |
| 131 | Thomson Licensing S.A. | 260 | -17.5 |
| 132 | Becton Dickinson and Co. | 255 | 2.8 |
| 133 | NetApp, Inc. | 251 | 52.1 |
| 134 | International Game Technology | 247 | 3.8 |
|  | Novartis AG | 247 | 10.3 |
| 136 | Juniper Networks, Inc. | 245 | -5.4 |
| 137 | Stanford University | 244 | 19.0 |
| 138 | Cree, Inc. | 241 | 21.7 |
| 139 | Deere & Co. | 239 | 21.9 |
| 140 | Macronix International Co., Ltd. | 235 | 1.7 |
| 141 | Dolby Laboratories, Inc. | 231 | 60.4 |
| 142 | Elwha LLC | 228 | 29.5 |
| 143 | ASML Netherlands B.V. | 225 | -0.4 |
|  | Fuji Electric Co., Ltd. | 225 | 13.1 |
| 145 | Salesforce.com, Inc. | 224 | 17.3 |
| 146 | Illinois Tool Works Inc. | 223 | 0.5 |
| 147 | AU Optronics Corp. | 222 | -28.2 |
| 148 | Airbus Operations GmbH | 221 | -1.8 |
|  | Casio Computer Co. Ltd. | 221 | 5.7 |
|  | Whirlpool Corp. | 221 | 13.9 |
| 151 | HTC Corp. | 215 | -13.3 |
|  | NTT Docomo, Inc. | 215 | 0.0 |
| 153 | Eaton Corp. | 214 | 44.6 |
| 154 | Nikon Corp. | 213 | -14.5 |
| 155 | Advanced Micro Devices, Inc. | 212 | 9.8 |
|  | Symantec Corp. | 212 | -49.6 |
| 157 | Bally Gaming, Inc. | 211 | 51.8 |
|  | Saint-Gobain Corp. | 211 | -23.0 |

**2016 Patent Owners**
**Numerical Listing**

| Rank | Organization | 2016 Patents | Percent Change From 2015 |
|---|---|---|---|
| 159 | Nokia Solutions and Networks Oy | 208 | 24.6 |
| 160 | Cook Medical Technologies LLC | 207 | -2.4 |
| | Nintendo Co., Ltd. | 207 | 18.3 |
| 162 | Shin Etsu Chemical Co., Ltd. | 204 | -9.3 |
| 163 | Fanuc Corp. | 203 | new |
| | Hitachi High-Technologies Corp. | 203 | new |
| | Lenovo Enterprise Solutions (Singapore) Pte. Ltd. | 203 | -11.7 |
| | Semiconductor Components Industries, LLC | 203 | 12.8 |
| 167 | Red Hat, Inc. | 202 | -20.5 |
| 168 | California Institute of Technology | 201 | 9.8 |
| | Commscope Technologies LLC | 201 | new |
| 170 | Audi AG | 199 | 40.1 |
| | Nitto Denko Corp. | 199 | -2.0 |
| 172 | Infineon Technologies Austria AG | 198 | 22.2 |
| 173 | Bridgestone Corp. | 197 | -3.4 |
| | Hitachi Automotive Systems, Ltd. | 197 | new |
| | Merck & Co., Inc. | 197 | -10.9 |
| 176 | Disney Enterprises, Inc. | 195 | -6.7 |
| 177 | Schaeffler Technologies AG & Co. KG | 192 | -22.9 |
| 178 | Societe Nationale d'Etude et de Construction de Moteurs d'Aviation | 191 | 11.0 |
| | Stryker Corp. | 191 | -1.5 |
| | Xperi Corp. | 191 | new |
| 181 | Lockheed Martin Corp. | 190 | -13.6 |
| 182 | Avaya Inc. | 189 | 20.3 |
| 183 | Lenovo (Singapore) Pte. Ltd. | 184 | new |
| 184 | CA, Inc. | 183 | 34.6 |
| | Yahoo, Inc. | 183 | -23.8 |
| 186 | Eastman Kodak Co. | 181 | -25.5 |
| 187 | LAM Research Corp. | 179 | 27.9 |
| | Tsinghua University | 179 | -2.7 |
| | UOP | 179 | -25.1 |
| 190 | Hitachi Metals Ltd. | 178 | new |
| 191 | Ebay Inc. | 176 | -1.1 |
| | Motorola Solutions, Inc. | 176 | 24.8 |
| 193 | Boston Scientific Neuromodulation Corp. | 173 | new |
| 194 | Citrix Systems, Inc. | 172 | -0.6 |
| 195 | Saudi Arabian Oil Co. | 171 | 43.7 |
| | Sumitomo Chemical Co., Ltd. | 171 | -2.3 |

| Rank | Organization | 2016 Patents | Percent Change From 2015 |
|---|---|---|---|
| 197 | BAE Systems | 170 | -16.7 |
| | Rambus, Inc. | 170 | 3.0 |
| 199 | Nielsen | 169 | 29.0 |
| 200 | Merck Patent GmbH | 168 | -15.6 |
| | Wisconsin Alumni Research Foundation | 168 | 4.3 |
| 202 | Cypress Semiconductor Corp. | 167 | 16.8 |
| | Johns Hopkins University | 167 | 16.8 |
| 204 | KLA-Tencor Corp. | 166 | 18.6 |
| | Nestec, S.A. | 166 | 40.7 |
| 206 | ZF Friedrichshafen, AG | 164 | -3.0 |
| 207 | Shell Oil Co. | 163 | -11.4 |
| 208 | University of Texas | 162 | -15.2 |
| 209 | Osram Opto Semiconductors GmbH | 161 | 4.5 |
| 210 | Stats Chippac Pte. Ltd. | 160 | 2.6 |
| 211 | Cardiac Pacemakers, Inc. | 159 | new |
| 212 | Shimano Inc. | 156 | 36.8 |
| 213 | Daikin Industries Ltd. | 155 | 13.1 |
| | Thales | 155 | -4.3 |
| | Xilinx, Inc. | 155 | -8.3 |
| 216 | Airbus Operations S.A.S. | 154 | -23.0 |
| 217 | Koch Industries | 153 | 4.8 |
| | Nippon Steel & Sumitomo Metal Corp. | 153 | -1.9 |
| 219 | Komatsu Ltd. | 152 | -6.7 |
| | Pfizer Inc. | 152 | 26.7 |
| 221 | CNH Industrial America LLC | 151 | 5.6 |
| | Huawei Device Co., Ltd. | 151 | 17.1 |
| | Jtekt Corp. | 151 | -13.7 |
| | TDK Corp. | 151 | -3.8 |
| 225 | Kawasaki Jukogyo K.K. | 150 | 33.9 |
| 226 | Aktiebolaget SKF | 149 | -6.9 |
| | Continental Automotive GmbH | 149 | 2.1 |
| 228 | Aisin Seiki K.K. | 148 | -17.3 |
| | Semiconductor Manufacturing International (Shanghai) Corp. | 148 | new |
| 230 | Echostar Technologies LLC | 147 | 26.7 |
| | Foxconn Interconnect Technology Ltd. | 147 | new |
| | United States of America, Department of Health & Human Services | 147 | -3.3 |
| 233 | Accenture Global Services Ltd. | 146 | 28.1 |
| | Globus Medical Inc. | 146 | new |
| | Nichia Corp. | 146 | new |
| | Paypal. Inc. | 146 | new |
| 237 | Panasonic Corp. | 145 | -49.3 |
| 238 | DSM IP Assets B.V. | 144 | 23.1 |
| 239 | University of Michigan | 142 | 21.4 |

**2016 Patent Owners**
**Numerical Listing**

| Rank | Organization | 2016 Patents | Percent Change From 2015 |
|------|--------------|--------------|--------------------------|
| 240 | Rockwell Automation Technologies, Inc. | 141 | -11.9 |
| 241 | Ecolab USA Inc. | 139 | 29.9 |
| 242 | Bayer Intellectual Property GmbH | 138 | -39.5 |
|  | Sumitomo Wiring Systems, Ltd. | 138 | 29.0 |
| 244 | Hitachi Kokusai Electric Inc. | 136 | new |
|  | United States of America, Army | 136 | -16.0 |
| 246 | Analog Devices, Inc. | 135 | 18.4 |
|  | Rockwell Collins, Inc. | 135 | -10.0 |
| 248 | Cooper Technologies Co. | 134 | 11.7 |
| 249 | Abbott Cardiovascular Systems, Inc. | 133 | -7.0 |
|  | Nuance Communications, Inc. | 133 | -9.5 |
| 251 | Delta Electronics Inc. | 132 | -20.5 |
|  | Omron Corp. | 132 | 7.3 |
| 253 | NGK Insulators Ltd. | 130 | 0.8 |
| 254 | Chevron USA Inc. | 129 | -22.3 |
|  | Shimadzu Corp. | 129 | new |
|  | Toray Industries Inc. | 129 | -3.7 |
| 257 | Carl Zeiss SMT GmbH | 128 | 9.4 |
|  | Centre National de la Recherche Scientifique - CNRS | 128 | -19.0 |
|  | Life Technologies Corp. | 128 | new |
|  | Syngenta Participations AG | 128 | -8.6 |
| 261 | Kimberly-Clark Worldwide, Inc. | 127 | 17.6 |
| 262 | Acushnet Co. | 126 | 8.6 |
|  | Intuitive Surgical Operations, Inc. | 126 | 14.5 |
| 264 | Allergan, Inc. | 125 | -8.1 |
|  | Bayerische Motoren Werke AG | 125 | new |
|  | Kobe Steel, Ltd. | 125 | 3.3 |
| 267 | Atmel Corp. | 124 | -3.1 |
|  | NTN Corp. | 124 | -3.1 |
| 269 | NGK Spark Plug Co., Ltd. | 123 | 9.8 |
|  | Smith & Nephew, Inc. | 123 | new |
|  | Sumitomo Rubber Industries, Ltd. | 123 | -0.8 |
| 272 | Epistar Corp. | 122 | new |
|  | Mahle International GmbH | 122 | new |
| 274 | Pixart Imaging Inc. | 121 | new |
|  | Stanley Black & Decker, Inc. | 121 | -14.8 |
|  | Yamaha Corp. | 121 | new |
| 277 | Open Invention Network, LLC | 120 | new |
| 278 | Here Global B.V. | 119 | new |
| 279 | Columbia University | 118 | -0.8 |
|  | Continental Automotive Systems, Inc. | 118 | new |
|  | Hyundai Mobis, Co., Ltd. | 118 | new |
|  | Sun Patent Trust | 118 | new |
| 283 | Joled, Inc. | 117 | 1.7 |
|  | Lexmark International, Inc. | 117 | new |
|  | LSIS Co., Ltd. | 117 | 2.6 |
|  | Omnivision Technologies Inc. | 117 | new |
| 287 | ARM Ltd. | 116 | -20.5 |
|  | HRL Laboratories, LLC | 116 | new |
|  | Osram GmbH | 116 | 3.6 |
|  | Realtek Semiconductor Corp. | 116 | -15.9 |
|  | Yamaha Motor Co., Ltd. | 116 | -4.1 |
| 292 | Sandia Corp. | 115 | 6.5 |
|  | United States of America, National Aeronautics and Space Administration | 115 | new |
| 294 | L'Oreal S.A. | 114 | -23.5 |
|  | University of South Florida | 114 | new |
| 296 | Arris Enterprises, Inc. | 113 | new |
|  | Compagnie Generale des Etablissements Michelin | 113 | 0.0 |
| 298 | Bristol-Myers Squibb Co. | 111 | new |
|  | Uni-Charm Corp. | 111 | -13.3 |
| 300 | Acer Inc. | 110 | new |
|  | Hamamatsu Photonics K.K. | 110 | new |

www.ipo.org

# 2016 Patent Owners
## Alphabetical Listing

Use care in interpreting the "percent change from 2015" column. The total number of utility patents granted by the USPTO in 2016 was 303,051, up 1.6 percent from 2015. The percent change for an individual organization might be affected by mergers, acquisitions, divestitures, inconsistent treatment of subsidiaries in 2015 and 2016, and other factors.

| Rank | Organization | 2016 Patents | Percent Change From 2015 |
|---|---|---|---|
| 75 | 3M Innovative Properties Co. | 533 | 10.1 |
| 115 | ABB Ltd. | 317 | 142.0 |
| 249 | Abbott Cardiovascular Systems, Inc. | 133 | -7.0 |
| 233 | Accenture Global Services Ltd. | 146 | 28.1 |
| 300 | Acer Inc. | 110 | new |
| 262 | Acushnet Co. | 126 | 8.6 |
| 108 | Adobe Systems Inc. | 352 | 10.3 |
| 155 | Advanced Micro Devices, Inc. | 212 | 9.8 |
| 148 | Airbus Operations GmbH | 221 | -1.8 |
| 216 | Airbus Operations S.A.S. | 154 | -23.0 |
| 228 | Aisin Seiki K.K. | 148 | -17.3 |
| 226 | Aktiebolaget SKF | 149 | -6.9 |
| 71 | Alcatel Lucent | 565 | -21.1 |
| 264 | Allergan, Inc. | 125 | -8.1 |
| 15 | Amazon Technologies, Inc. | 1,662 | 46.3 |
| 246 | Analog Devices, Inc. | 135 | 18.4 |
| 12 | Apple, Inc. | 2,101 | 8.5 |
| 68 | Applied Materials, Inc. | 601 | 16.0 |
| 287 | ARM Ltd. | 116 | -20.5 |
| 296 | Arris Enterprises, Inc. | 113 | new |
| 143 | ASML Netherlands B.V. | 225 | -0.4 |
| 27 | AT&T Corp. | 1,266 | -2.8 |
| 267 | Atmel Corp. | 124 | -3.1 |
| 147 | AU Optronics Corp. | 222 | -28.2 |
| 170 | Audi AG | 199 | 40.1 |
| 113 | Avago Technologies General IP (Singapore) Pte. Ltd. | 324 | 6.9 |
| 182 | Avaya Inc. | 189 | -20.3 |
| 197 | BAE Systems | 170 | -16.7 |
| 97 | Baker Hughes Inc. | 408 | -15.5 |
| 157 | Bally Gaming, Inc. | 211 | 51.8 |
| 124 | Bank of America Corp. | 279 | 20.8 |
| 94 | BASF SE | 423 | -21.1 |
| 242 | Bayer Intellectual Property GmbH | 138 | -39.5 |
| 264 | Bayerische Motoren Werke AG | 125 | new |
| 132 | Becton Dickinson and Co. | 255 | 2.8 |
| 50 | Blackberry Ltd. | 769 | -28.1 |
| 49 | BOE Technology Group Co., Ltd. | 815 | 195.3 |
| 36 | Boeing Co. | 1,052 | 7.9 |

| Rank | Organization | 2016 Patents | Percent Change From 2015 |
|---|---|---|---|
| 193 | Boston Scientific Neuromodulation Corp. | 173 | new |
| 118 | Boston Scientific Scimed, Inc. | 311 | new |
| 173 | Bridgestone Corp. | 197 | -3.4 |
| 298 | Bristol-Myers Squibb Co. | 111 | new |
| 46 | Broadcom Corp. | 822 | -24.3 |
| 41 | Brother Kogyo K.K. | 926 | -22.0 |
| 184 | CA, Inc. | 183 | 34.6 |
| 168 | California Institute of Technology | 201 | 9.8 |
| 3 | Canon K.K. | 3,865 | -8.8 |
| 211 | Cardiac Pacemakers, Inc. | 159 | new |
| 257 | Carl Zeiss SMT GmbH | 128 | 9.4 |
| 148 | Casio Computer Co. Ltd. | 221 | 5.7 |
| 81 | Caterpillar Inc. | 503 | -28.8 |
| 257 | Centre National de la Recherche Scientifique - CNRS | 128 | -19.0 |
| 254 | Chevron USA Inc. | 129 | -22.3 |
| 39 | Cisco Technology, Inc. | 987 | 0.4 |
| 194 | Citrix Systems, Inc. | 172 | -0.6 |
| 221 | CNH Industrial America LLC | 151 | 5.6 |
| 279 | Columbia University | 118 | -0.8 |
| 90 | Commissariat a l'Energie Atomique et aux Energies Alternatives | 442 | 9.1 |
| 168 | Commscope Technologies LLC | 201 | new |
| 296 | Compagnie Generale des Etablissements Michelin | 113 | 0.0 |
| 226 | Continental Automotive GmbH | 149 | 2.1 |
| 279 | Continental Automotive Systems, Inc. | 118 | new |
| 160 | Cook Medical Technologies LLC | 207 | -2.4 |
| 248 | Cooper Technologies Co. | 134 | 11.7 |
| 101 | Corning Inc. | 394 | -6.0 |
| 138 | Cree, Inc. | 241 | 21.7 |
| 202 | Cypress Semiconductor Corp. | 167 | 16.8 |
| 213 | Daikin Industries Ltd. | 155 | 13.1 |
| 139 | Deere & Co. | 239 | 21.9 |
| 17 | Dell Technologies | 1,628 | new |
| 251 | Delta Electronics Inc. | 132 | -20.5 |
| 56 | Denso Corp. | 702 | -0.3 |

www.ipo.org

**2016 Patent Owners**
**Alphabetical Listing**

| Rank | Organization | 2016 Patents | Percent Change From 2015 |
|------|--------------|--------------|--------------------------|
| 176 | Disney Enterprises, Inc. | 195 | -6.7 |
| 141 | Dolby Laboratories, Inc. | 231 | 60.4 |
| 238 | DSM IP Assets B.V. | 144 | 23.1 |
| 77 | DuPont | 513 | -33.8 |
| 186 | Eastman Kodak Co. | 181 | -25.5 |
| 153 | Eaton Corp. | 214 | 44.6 |
| 191 | Ebay Inc. | 176 | -1.1 |
| 230 | Echostar Technologies LLC | 147 | 26.7 |
| 241 | Ecolab USA Inc. | 139 | 29.9 |
| 62 | Electronics and Telecommunications Research Institute | 660 | -17.5 |
| 142 | Elwha LLC | 228 | 29.5 |
| 110 | Empire Technology Development LLC | 342 | 16.3 |
| 272 | Epistar Corp. | 122 | new |
| 98 | ExxonMobil Corp. | 400 | 23.5 |
| 90 | Facebook, Inc. | 442 | 18.2 |
| 163 | Fanuc Corp. | 203 | new |
| 21 | Ford Global Technologies, LLC | 1,530 | 27.6 |
| 230 | Foxconn Interconnect Technology Ltd. | 147 | new |
| 58 | Freescale Semiconductor, Inc. | 696 | new |
| 143 | Fuji Electric Co., Ltd. | 225 | 13.1 |
| 70 | Fuji Xerox Co., Ltd. | 580 | -5.1 |
| 57 | Fujifilm Corp. | 699 | -6.6 |
| 18 | Fujitsu Ltd. | 1,563 | 7.4 |
| 110 | Futurewei Technologies, Inc. | 344 | 2.7 |
| 7 | General Electric Co. | 2,566 | -2.4 |
| 26 | Globalfoundries Inc. | 1,360 | 136.5 |
| 233 | Globus Medical Inc. | 146 | new |
| 30 | GM Global Technology Operations LLC | 1,115 | -14.8 |
| 5 | Google, Inc. | 3,267 | 2.3 |
| 73 | Halliburton Energy Services, Inc. | 549 | 18.3 |
| 300 | Hamamatsu Photonics K.K. | 110 | new |
| 278 | Here Global B.V. | 119 | new |
| 67 | Hewlett Packard Enterprise | 615 | new |
| 173 | Hitachi Automotive Systems, Inc. | 197 | new |
| 163 | Hitachi High-Technologies Corp. | 203 | new |
| 244 | Hitachi Kokusai Electric Inc. | 136 | new |
| 190 | Hitachi Metals Ltd. | 178 | new |
| 78 | Hitachi, Ltd. | 512 | new |
| 93 | Hon Hai Precision Industry Co., Ltd. | 428 | -25.3 |
| 45 | Honda Motor Co., Ltd. | 870 | -10.7 |
| 47 | Honeywell International Inc. | 820 | 9.9 |
| 63 | HP Inc. | 656 | new |
| 287 | HRL Laboratories, LLC | 116 | new |
| 151 | HTC Corp. | 215 | -13.1 |
| 221 | Huawei Device Co., Ltd. | 151 | 17.1 |
| 28 | Huawei Technologies Co., Ltd. | 1,198 | 49.9 |
| 279 | Hyundai Mobis, Co., Ltd. | 118 | new |
| 37 | Hyundai Motor Co. | 1,032 | 39.1 |
| 146 | Illinois Tool Works Inc. | 223 | 0.5 |
| 106 | Industrial Technology Research Institute, Taiwan | 374 | -11.6 |
| 66 | Infineon Technologies AG | 618 | 5.5 |
| 172 | Infineon Technologies Austria AG | 198 | 22.2 |
| 4 | Intel Corp. | 3,414 | 30.1 |
| 127 | InterDigital Technology Corp. | 274 | 31.7 |
| 1 | International Business Machines Corp. | 8,023 | 7.8 |
| 134 | International Game Technology | 247 | 3.8 |
| 262 | Intuitive Surgical Operations, Inc. | 126 | 14.5 |
| 87 | Japan Display Inc. | 467 | 25.5 |
| 202 | Johns Hopkins University | 167 | 16.8 |
| 40 | Johnson & Johnson | 932 | -14.1 |
| 283 | Joled, Inc. | 117 | 1.7 |
| 221 | Jtekt Corp. | 151 | -13.7 |
| 136 | Juniper Networks, Inc. | 245 | -5.4 |
| 225 | Kawasaki Jukogyo K.K. | 150 | 33.9 |
| 261 | Kimberly-Clark Worldwide, Inc. | 127 | 17.6 |
| 204 | KLA-Tencor Corp. | 166 | 18.6 |
| 264 | Kobe Steel, Ltd. | 125 | 3.3 |
| 217 | Koch Industries | 153 | 4.8 |
| 219 | Komatsu Ltd. | 152 | -6.7 |
| 89 | Konica Minolta, Inc. | 446 | 23.5 |
| 31 | Koninklijke Philips N.V. | 1,111 | 12.0 |
| 103 | Kyocera Corp. | 388 | -3.0 |
| 53 | Kyocera Document Solutions Inc. | 740 | 9.1 |
| 187 | LAM Research Corp. | 179 | 27.9 |
| 183 | Lenovo (Singapore) Pte. Ltd. | 184 | new |
| 163 | Lenovo Enterprise Solutions (Singapore) Pte. Ltd. | 203 | -11.7 |
| 283 | Lexmark International, Inc. | 117 | new |
| 84 | LG Chem, Ltd. | 478 | -7.2 |
| 64 | LG Display Co., Ltd. | 638 | 1.1 |
| 9 | LG Electronics Inc. | 2,426 | 8.3 |
| 88 | LG Innotek Co., Ltd. | 459 | 22.4 |
| 257 | Life Technologies Corp. | 128 | new |
| 181 | Lockheed Martin Corp. | 190 | -13.6 |

www.ipo.org

**2016 Patent Owners
Alphabetical Listing**

| Rank | Organization | 2016 Patents | Percent Change From 2015 |
|------|--------------|--------------|--------------------------|
| 294 | L'Oreal S.A. | 114 | -23.5 |
| 283 | LSIS Co., Ltd. | 117 | 2.6 |
| 140 | Macronix International Co., Ltd. | 235 | 1.7 |
| 272 | Mahle International GmbH | 122 | new |
| 65 | Marvell Technology Group | 630 | 9.9 |
| 125 | Massachusetts Institute of Technology | 278 | 0.0 |
| 123 | Mediatek Inc. | 280 | 12.9 |
| 23 | Medtronic Inc. | 1,441 | -8.9 |
| 173 | Merck & Co., Inc. | 197 | -10.9 |
| 200 | Merck Patent GmbH | 168 | -15.6 |
| 43 | Micron Technology, Inc. | 882 | -8.2 |
| 8 | Microsoft Corp. | 2,558 | 3.5 |
| 38 | Mitsubishi Denki K.K. | 1,011 | 13.6 |
| 99 | Mitsubishi Heavy Industries, Ltd. | 397 | 67.5 |
| 74 | Monsanto Co. | 547 | 23.2 |
| 191 | Motorola Solutions, Inc. | 176 | 24.8 |
| 86 | Murata Manufacturing Co., Ltd. | 468 | 24.5 |
| 44 | NEC Corp. | 880 | 13.8 |
| 204 | Nestec, S.A. | 166 | 40.7 |
| 133 | NetApp, Inc. | 251 | 52.1 |
| 253 | NGK Insulators Ltd. | 130 | 0.8 |
| 269 | NGK Spark Plug Co., Ltd. | 123 | 9.8 |
| 233 | Nichia Corp. | 146 | new |
| 199 | Nielsen | 169 | 29.0 |
| 95 | Nike, Inc. | 415 | 25.8 |
| 154 | Nikon Corp. | 213 | -14.5 |
| 160 | Nintendo Co., Ltd. | 207 | 18.3 |
| 217 | Nippon Steel & Sumitomo Metal Corp. | 153 | -1.9 |
| 115 | Nissan Motor Co., Ltd. | 317 | 14.0 |
| 170 | Nitto Denko Corp. | 199 | -2.0 |
| 159 | Nokia Solutions and Networks Oy | 208 | 24.6 |
| 59 | Nokia Technologies Oy | 695 | 73.8 |
| 134 | Novartis AG | 247 | 10.3 |
| 267 | NTN Corp. | 124 | -3.1 |
| 151 | NTT Docomo, Inc. | 215 | 0.0 |
| 249 | Nuance Communications, Inc. | 133 | -9.5 |
| 109 | Nvidia Corp. | 350 | 7.7 |
| 121 | NXP B.V. | 290 | -70.3 |
| 72 | Olympus Corp. | 555 | 36.4 |
| 283 | Omnivision Technologies Inc. | 117 | new |
| 251 | Omron Corp. | 132 | 7.3 |
| 277 | Open Invention Network, LLC | 120 | new |
| 61 | Oracle International Corp. | 662 | -9.4 |
| 287 | Osram GmbH | 116 | 3.6 |

| Rank | Organization | 2016 Patents | Percent Change From 2015 |
|------|--------------|--------------|--------------------------|
| 209 | Osram Opto Semiconductors GmbH | 161 | 4.5 |
| 237 | Panasonic Corp. | 145 | -49.3 |
| 118 | Panasonic Intellectual Property Corp. of America | 306 | -33.2 |
| 25 | Panasonic Intellectual Property Management Co., Ltd. | 1,400 | -5.0 |
| 233 | Paypal. Inc. | 146 | new |
| 219 | Pfizer Inc. | 152 | 26.7 |
| 274 | Pixart Imaging Inc. | 121 | new |
| 99 | Procter & Gamble Co. | 397 | -12.4 |
| 6 | Qualcomm, Inc. | 3,118 | -2.8 |
| 197 | Rambus, Inc. | 170 | 3.0 |
| 107 | Raytheon Co. | 369 | 16.8 |
| 287 | Realtek Semiconductor Corp. | 116 | -15.9 |
| 167 | Red Hat, Inc. | 202 | -20.5 |
| 69 | Renesas Electronics Corp. | 589 | -1.0 |
| 24 | Ricoh Co., Ltd. | 1,404 | -13.2 |
| 29 | Robert Bosch GmbH | 1,122 | 10.4 |
| 103 | Roche Holdings, Inc. | 388 | 14.1 |
| 240 | Rockwell Automation Technologies, Inc. | 141 | -11.9 |
| 246 | Rockwell Collins, Inc. | 135 | -10.0 |
| 122 | Rohm Co., Ltd. | 284 | 18.8 |
| 130 | Rolls-Royce PLC | 264 | -1.5 |
| 157 | Saint-Gobain Corp. | 211 | -23.0 |
| 145 | Salesforce.com, Inc. | 224 | 17.3 |
| 13 | Samsung Display Co., Ltd. | 2,010 | 10.1 |
| 96 | Samsung Electro-Mechanics Co., Ltd. | 412 | -16.8 |
| 2 | Samsung Electronics Co., Ltd. | 5,504 | 8.8 |
| 92 | Samsung SDI Co., Ltd. | 433 | -23.1 |
| 292 | Sandia Corp. | 115 | 6.5 |
| 120 | Sanofi | 300 | 12.8 |
| 82 | SAP AG | 497 | -26.7 |
| 195 | Saudi Arabian Oil Co. | 171 | 43.7 |
| 177 | Schaeffler Technologies AG & Co. KG | 192 | -22.9 |
| 60 | Schlumberger Technology Corp. | 685 | -7.8 |
| 76 | Seagate Technology, LLC | 522 | 0.6 |
| 16 | Seiko Epson Corp. | 1,644 | 1.6 |
| 163 | Semiconductor Components Industries, LLC | 203 | 12.8 |
| 35 | Semiconductor Energy Laboratory Co., Ltd. | 1,054 | -6.6 |
| 228 | Semiconductor Manufacturing International (Shanghai) Corp. | 148 | new |
| 48 | Sharp Corp. | 818 | -15.6 |
| 207 | Shell Oil Co. | 163 | -11.4 |

www.ipo.org

**2016 Patent Owners**
**Alphabetical Listing**

| Rank | Organization | 2016 Patents | Percent Change From 2015 |
|------|-------------|-------------:|-------------------------:|
| 83 | Shenzhen China Star Optoelectronics Technology Co., Ltd. | 493 | -0.6 |
| 254 | Shimadzu Corp. | 129 | new |
| 212 | Shimano Inc. | 156 | 36.8 |
| 162 | Shin Etsu Chemical Co., Ltd. | 204 | -9.3 |
| 22 | Siemens AG | 1,482 | -0.4 |
| 32 | SK Hynix Inc. | 1,108 | 30.0 |
| 269 | Smith & Nephew, Inc. | 123 | new |
| 178 | Societe Nationale d'Etude et de Construction de Moteurs d'Aviation | 191 | 11.0 |
| 11 | Sony Corp. | 2,168 | -11.4 |
| 79 | Sprint Corp. | 511 | -1.5 |
| 137 | Stanford University | 244 | 19.0 |
| 274 | Stanley Black & Decker, Inc. | 121 | -14.8 |
| 210 | Stats Chippac Pte. Ltd. | 160 | 2.6 |
| 54 | STMicroelectronics, Inc. | 737 | 1.9 |
| 178 | Stryker Corp. | 191 | -1.5 |
| 195 | Sumitomo Chemical Co., Ltd. | 171 | -2.3 |
| 128 | Sumitomo Electric Industries, Ltd. | 269 | -2.5 |
| 269 | Sumitomo Rubber Industries, Ltd. | 123 | -0.8 |
| 242 | Sumitomo Wiring Systems, Ltd. | 138 | 29.2 |
| 279 | Sun Patent Trust | 118 | new |
| 155 | Symantec Corp. | 212 | -49.6 |
| 257 | Syngenta Participations AG | 128 | -8.6 |
| 10 | Taiwan Semiconductor Manufacturing Co., Ltd. | 2,261 | 28.6 |
| 221 | TDK Corp. | 151 | -3.8 |
| 126 | TE Connectivity | 277 | new |
| 19 | Telefonaktiebolaget LM Ericsson | 1,552 | 10.4 |
| 129 | Tencent Technology (Shenzhen) Co. Ltd. | 265 | 108.7 |
| 42 | Texas Instruments, Inc. | 887 | 10.0 |
| 213 | Thales | 155 | -4.3 |
| 55 | The Dow Chemical Co. | 705 | 10.1 |
| 131 | Thomson Licensing S.A. | 260 | -17.5 |
| 103 | Tokyo Electron Ltd. | 388 | 2.4 |
| 254 | Toray Industries Inc. | 129 | -3.7 |
| 14 | Toshiba Corp. | 1,920 | -31.3 |
| 20 | Toyota Jidosha K.K. | 1,540 | -5.9 |
| 187 | Tsinghua University | 179 | -2.7 |
| 298 | Uni-Charm Corp. | 111 | -13.3 |
| 113 | United Microelectronics Corp. | 324 | 28.6 |
| 244 | United States of America, Army | 136 | -16.6 |
| 230 | United States of America, Department of Health & Human Services | 147 | -3.3 |
| 292 | United States of America, National Aeronautics and Space Administration | 115 | new |
| 112 | United States of America, Navy | 336 | -7.2 |
| 33 | United Technologies Corp. | 1,096 | 2.4 |
| 80 | University of California, The Regents of | 505 | 3.3 |
| 239 | University of Michigan | 142 | 21.4 |
| 294 | University of South Florida | 114 | new |
| 208 | University of Texas | 162 | -15.4 |
| 187 | UOP | 179 | -25.1 |
| 52 | Verizon | 754 | -12.0 |
| 34 | Western Digital Corp. | 1,066 | 50.1 |
| 148 | Whirlpool Corp. | 221 | 13.9 |
| 200 | Wisconsin Alumni Research Foundation | 168 | 4.3 |
| 115 | Wistron Corp. | 317 | -14.1 |
| 51 | Xerox Corp. | 762 | -18.6 |
| 213 | Xilinx, Inc. | 155 | -8.3 |
| 178 | Xperi Corp. | 191 | new |
| 184 | Yahoo, Inc. | 183 | -23.8 |
| 274 | Yamaha Corp. | 121 | new |
| 287 | Yamaha Motor Co., Ltd. | 116 | -4.1 |
| 101 | Yazaki Corp. | 394 | 1.5 |
| 206 | ZF Friedrichshafen, AG | 164 | -3.0 |
| 85 | ZTE Corp. | 472 | 13.5 |

www.ipo.org

END NOTES:

1.     "New" in the percent change column indicates that the company was not on the Top 300 list in 2015.

2.     The number of patents granted does not necessarily indicate the value of a company's technology, the effectiveness of its R&D, or whether it will be profitable.  The number of patents per company varies widely from industry to industry and from company to company within an industry.

3.     This report was compiled by IPO from data provided by the U.S. Patent and Trademark Office.  Patents reported are utility patents granted during calendar year 2016 that listed the organization or a subsidiary as the owner on the printed patent document.  If an assignment of rights to an organization or its subsidiary was recorded after the patent document was printed, the patent was not counted.  Patents in the name of a majority-owned subsidiary are included with patents of the parent organization if the organization asked IPO to include subsidiaries.  Patents that were granted to two or more organizations jointly are attributed to the organization listed first on the patent document.

4.     The number of utility patents granted by the USPTO increased to 303,051 in 2016 from 298,407 in 2015.

5.     IPO has published this report annually since 1984 as a service to its members.  For annual lists, go to www.ipo.org/top300.

6.     For next year's list, IPO will include patents of majority-owned subsidiaries under the name of the parent if the parent provides the names of such subsidiaries to IPO by 1 March 2018.