1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO. 11-cv-01846-LHK <br><br> **[PROPOSED] ORDER GRANTING APPLE'S MOTION IN LIMINE #2 TO EXCLUDE EVIDENCE OF UNASSERTED PATENTS** |

WHEREAS, Apple Inc. ("Apple") has filed a motion in limine to exclude evidence of unasserted patents;

Having considered said motion, and for good cause shown, the Court GRANTS Apple's Motion In Limine #2 To Exclude Evidence Of Unasserted Patents.

**IT IS SO ORDERED.**


DATED: _____          _____

The Honorable Lucy H. Koh
United States District Judge

Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING APPLE'S
MOTION IN LIMINE #2