ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>      Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>      Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

In accordance with Civil Local Rules 7-11 and 79-5, Apple Inc. ("Apple") submits this motion for an order to file under seal the following documents:

| Document | Portions To Be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Apple's Motion in Limine #3 to Exclude Evidence Post-Dating the Damages Period | The portions highlighted in the version of the document Apple will file with the Court indicating the portions Samsung claims are confidential. | Samsung |
| Exhibit B to the Selwyn Declaration in Support of Apple's Motion in Limine #3 | The portions highlighted in the version of the document Apple will file with the Court indicating the portions Samsung claims are confidential. | Samsung |
| Exhibit C to the Selwyn Declaration in Support of Apple's Motion in Limine #3 | The portions highlighted in the version of the document Apple will file with the Court indicating the portions Samsung claims are confidential. | Samsung |
| Exhibit D to the Selwyn Declaration in Support of Apple's Motion in Limine #3 | The portions highlighted in the version of the document Apple will file with the Court indicating the portions Samsung claims are confidential. | Samsung |
| Exhibit E to the Selwyn Declaration in Support of Apple's Motion in Limine #3 | The portions highlighted in the version of the document Apple will file with the Court indicating the portions Samsung claims are confidential. | Samsung |
| Exhibit F to the Selwyn Declaration in Support of Apple's Motion in Limine #3 | The portions highlighted in the version of the document Apple will file with the Court indicating the portions Samsung claims are | Samsung |

| | confidential. | |
|---|---|---|

As set forth in the Declaration of Mark D. Selwyn in Support of Apple's Administrative Motion to File Documents Under Seal ("Sealing Decl."), Apple's Motion in Limine #3 and Exhibits B-F of the Selwyn Declaration in Support of Apple's Motion in Limine #3 contain information that defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and/or Samsung Telecommunications America, LLC (collectively, "Samsung") may consider confidential.  Sealing Decl. ¶ 3.  Apple expects that Samsung will file the required supporting declaration in accordance with Civil Local Rule 79-5 as necessary to confirm whether the information contained in the aforementioned documents should be sealed.  *Id.* ¶ 4.

Apple does not file a redacted version of the aforementioned documents containing Samsung confidential information in accordance with the Court's Order requiring the parties to meet and confer before filing public redacted documents.  Dkt. No. 2934 (Jan. 29, 2014).

For the foregoing reasons, Apple moves to file the above-referenced documents under seal.

Dated: April 9, 2018                                              */s/ Mark D. Selwyn*
                                                                            Mark D. Selwyn (SBN 244180)
                                                                            *Attorney for Plaintiff Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 9, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                  */s/ Mark D. Selwyn*
                                                  Mark D. Selwyn