1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, Apple Inc. ("Apple") has filed an administrative motion for leave to file documents under seal;

Having considered said motion, and for good cause shown, the Court GRANTS Apple's motion and ORDERS that the documents below be filed under seal:

| Document | Portions to be Filed Under Seal |
|---|---|
| Apple's Motion in Limine #3 to Exclude Evidence Post-Dating the Damages Period | The portions highlighted in the version of the document Apple will file with the Court indicating the portions Samsung claims are confidential. |
| Exhibit B to the Selwyn Declaration in Support of Apple's Motion in Limine #3 | The portions highlighted in the version of the document Apple will file with the Court indicating the portions Samsung claims are confidential. |
| Exhibit C to the Selwyn Declaration in Support of Apple's Motion in Limine #3 | The portions highlighted in the version of the document Apple will file with the Court indicating the portions Samsung claims are confidential. |
| Exhibit D to the Selwyn Declaration in Support of Apple's Motion in Limine #3 | The portions highlighted in the version of the document Apple will file with the Court indicating the portions Samsung claims are confidential. |
| Exhibit E to the Selwyn Declaration in Support of Apple's Motion in Limine #3 | The portions highlighted in the version of the document Apple will file with the Court indicating the portions Samsung claims are confidential. |
| Exhibit F to the Selwyn Declaration in Support of Apple's Motion in Limine #3 | The portions highlighted in the version of the document Apple will file with the Court indicating the portions Samsung claims are confidential. |

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge