ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S MOTION IN LIMINE #3 TO EXCLUDE EVIDENCE POST-DATING THE DAMAGES PERIOD** |

I, Mark D. Selwyn, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Apple Inc. ("Apple") in the above-captioned case. I am licensed to practice law in the State of California, the Commonwealth of Massachusetts, and the State of New York, and am admitted to practice before the U.S. District Court for the Northern District of California. I am familiar with the facts set forth herein, and, if called as a witness, I could and would testify competently to those facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of a September 17, 2017 article titled "Your Smartphone is Millions of Times More Powerful Than All Of NASA's Combined Computing in 1969" from ZMEScience.com, cited in the 2018 Expert Report of Sam Lucente.

3. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt of a spreadsheet produced by Samsung in December 2017, bearing bates number SAMNDCA30000054.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the transcript of the December 14, 2017 deposition of Timothy Sheppard.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the transcript of the December 22, 2017 deposition of Dongwook Kim.

6. Attached hereto as **Exhibit E** is a true and correct copy of a spreadsheet produced by Samsung in December 2017, bearing bates number SAMNDCA30000055.

7. Attached hereto as **Exhibit F** is a true and correct copy of Samsung's Second Supplemental Objections and Responses to Plaintiff Apple Inc.'s First Set of Interrogatories Regarding Articles of Manufacture, served on December 21, 2017.

8. Attached hereto as **Exhibit G** are true and correct copies of documents produced by Samsung in December 2017, bearing bates numbers SAMNDCA30007944-SAMNDCA30007946, SAMNDCA30007965-SAMNDCA30007969, SAMNDCA30008004-

1  SAMNDCA30008007, SAMNDCA30008018-SAMNDCA8020, and SAMNDCA30008036-
2  SAMNDCA30008038.
3
4  I declare under the penalty of perjury that the foregoing is true and correct to the best of
5  my knowledge and that this Declaration was executed this 9th day of April, 2018.

*/s/ Mark D. Selwyn*
Mark D. Selwyn

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 9, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mark D. Selwyn*
Mark D. Selwyn