# EXHIBIT G



SAMNDCA30007944

Case 5:11-cv-01846-LHK  Document 3648-11  Filed 04/09/18  Page 3 of 19

## Sponsored products related to this item (What's this?)



**Repair Kit with Tools for iPhone 4, 5, 5S, 5C, 6, 6S, 7, Samsung Galaxy, Note - Mag...**
173
$6.95



**Samsung Galaxy Note 3 Replacement Front Glass and Back Cover Repair Kit with Certif...**
3
$9.49



**Samsung Galaxy S7 Edge Replacement Rear Back Glass Back Cover - MOBILEPRIME (Gold)**
25
$16.99



**New White Front Outer Glass Lens Screen Replacement For Samsung Galaxy S5 SV**
1
$10.99



**Samsung Galaxy S8 Plus Glass Screen Protector from Tech Armor, 3D Curved Ballistic ...**
68
$12.95

Ad feedback

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

To Fix you broken screen.

## Product information

| | |
|---|---|
| Package Dimensions | 8 x 4 x 0.3 inches |
| ASIN | B00A6NA7U4 |
| Customer Reviews | 1 customer review<br>5.0 out of 5 stars |
| Best Sellers Rank | #1,433,807 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)<br>#28,188 in Cell Phones & Accessories > Cell Phone Accessories > Replacement Parts<br>#1,432,099 in Electronics > Cell Phones & Accessories |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please **click here**

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?
Would you like to **tell us about a lower price**?

## Sponsored products related to this item (What's this?)



**Galaxy Note 8 Screen Protector(Privacy), YCFlying [Case Friendly] [Anti-Spy] [3D Cu...**
19
$7.99



**Ibaye LCD Display Touch Screen Digitizer Glass Lens with Camera and Home Button Ass...**
139
$36.87



**Cbin Samsung Galaxy Gear S2 Classic Smartwatch Band Stainless Steel Fully**
387
$13.79



**NIUTOP Double Side Adhesive Glue Tape For Repair Touch Screen Digitizer LCD Screen ...**
360
$5.99



**ChargerCity Hippo Series NonSlip Dashboard Beanbag Friction Mount for Garmin Nuvi, ...**
2055
$17.95

SAMNDCA30007945

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer reviews

1

5.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Share your thoughts with other customers

Write a customer review

See all 1 customer reviews

## Top customer reviews

**What i needed**

By Emo-Lee23 on April 17, 2013

**Verified Purchase**

Came with all the tools listed wish it had also came with a tiny screwdriver and not just 2 T-screwdrivers as

Read more

Comment    Was this review helpful to you?    Yes    No    Report abuse

**Search customer reviews**

Search

**See the review**

Write a customer review

SAMNDCA30007946





SAMNDCA30007965

11/28/2017     Amazon.com: T-mobile Samsung Galaxy SI Vibrant Fascinate 3G S4G I959 Full LCD Display Touch Screen Digitizer Assembly Mobile Pho…

Case 5:11-cv-01846-LHK  Document 3648-11  Filed 04/09/18  Page 6 of 19

## Customers also shopped for









LCD Screen Display + Digitizer Touch for Samsung Galaxy On5 SM-G550FY G550T G5500…
1
$23.99

LCD display Digitizer Touch Screen Assembly For LG K20 Plus 2017 MP260 TP260 VS501 (Black)
2
$53.99

Samsung Galaxy J2 Prime G532 g532 G532F G532G/M G532DS LCD Display + Touch Screen Digitizer Glass/LCD…
$22.59

XQ - LCD Display + Touch Screen Digitizer Assembly White For Samsung Galaxy Note 8.0 GT-N5110…
1
1 offer from $45.99

## Sponsored products related to this item (What's this?)











For Samsung Galaxy S8 G950A G950T G950V G950P LCD Touch Screen Lens Front Glass Out…
2
$26.99

Galaxy S7 Edge Case, SUPCASE Full-body Rugged Holster Case WITHOUT Built-in Screen
4375
$16.99

Samsung Galaxy S8 Case, Zizo [ATOM Series] w/ [Galaxy S8 Screen Protector] Airframe…
4
$21.99

Eco-Fused Screen Replacement Kit for Samsung Galaxy S4 including Replacement
1871
$11.99

Repair Kit with Tools for iPhone 4, 5, 5S, 5C, 6, 6S, 7, Samsung Galaxy, Note - Mag…
173
$6.95

Ad feedback

## Special offers and product promotions

- Limited Time Offer (Buy More and Save More) Here's how (restrictions apply)
- Get Free Expedited Shipping on this item when you purchase 10 or more Qualifying items from Cellphone Repair Shop. Here's how (restrictions apply). Here's how (restrictions apply)

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

This item does not include screwdriver or adhesive. If you want the screwdriver, you need to buy this item: http://www.amazon.com/gp/product/B005BOYGL4 If you want the adhesive, you need to buy this item: http://www.amazon.com/gp/product/B005GITURA or http://www.amazon.com/gp/product/B005GIUHDQ or http://www.amazon.com/gp/product/B005GISZ1M

## Product information

| Shipping Information | View shipping rates and policies |
| --- | --- |
| ASIN | B007IQEZPK |
| Customer Reviews | 1 customer review<br>5.0 out of 5 stars |
| Best Sellers Rank | #1,265,679 in Cell Phones & |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?

SAMNDCA30007966

Accessories (See Top 100 in Cell Phones & Accessories)

#25,470 in Cell Phones & Accessories > Cell Phone Accessories > Replacement Parts

#1,264,099 in Electronics > Cell Phones & Accessories

Would you like to **tell us about a lower price**?

## Sponsored products related to this item (What's this?)











AmazonBasics 6-Port USB Wall Charger (60-Watt) - Black
1180
$24.99

BeatsX Wireless In-Ear Headphones - White
659
$149.95  Click for details

MAXBEAR Galaxy S5 Battery | 3300mAh Replacement Li-Ion Battery for Samsung
22
$11.50

Samsung Galaxy S8 Active case, i-Blason [Ares] Full-body Rugged Clear Bumper Case w...
59
$19.99

Galaxy J7 (2015) Case With TJS® Tempered Glass Screen Protector Included, Dual Laye...
230
$7.99

Ad feedback



Advertisement

## Customer Questions & Answers

See questions and answers

## Customer reviews

1

5.0 out of 5 stars

SAMNDCA30007967

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Share your thoughts with other customers

**Write a customer review**

See all 1 customer reviews

## Top customer reviews

**Five Stars**

By Rafael Montero Vallejo on September 8, 2014

**Verified Purchase**

Excellente

Comment    Was this review helpful to you?   Yes   No   Report abuse

**See the review**

**Write a customer review**

CALVIN KLEIN
INTRODUCING BODY
AN EXCLUSIVE ONLINE PREVIEW, ONLY ON AMAZON
SHOP NOW

Advertisement

### Search customer reviews

Search

14

Shop now

Advertisement

**Pages with related products.** See and discover other items: samsung display, samsung galaxy models, tmobile samsung s phones

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

English      United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web | Amazon Business Everything For Your Business |
| AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Handpicked Pros Happiness Guarantee | Amazon Inspire Digital Educational Resources | Amazon Rapids Fun stories for kids on the go | Amazon Restaurants Food delivery from local restaurants | Amazon Video Direct Video Distribution Made Easy |
| Amazon Web Services Scalable Cloud Computing Services | Audible Download Audio Books | AudiobookStand Discount Audiobooks on Disc | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy |
| DPReview | East Dane | Fabric | Goodreads | IMDb | IMDbPro | Junglee.com |

SAMNDCA30007968

| Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Shop Online in India |
|---|---|---|---|---|---|---|
| Kindle Direct Publishing Indie Digital Publishing Made Easy | Prime Now FREE 2-Hour Delivery on Everyday Items | Prime Photos Unlimited Photo Storage Free With Prime | Shopbop Designer Fashion Brands | TenMarks.com Math Activities for Kids & Schools | Warehouse Deals Open-Box Discounts | Whispercast Discover & Distribute Digital Content |
| Whole Foods Market America's Healthiest Grocery Store | Withoutabox Submit to Film Festivals | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Souq.com Shop Online in the Middle East | Subscribe with Amazon Discover & try subscription services | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates

| Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Shop Online in India |
|---|---|---|---|---|---|---|
| Kindle Direct Publishing Indie Digital Publishing Made Easy | Prime Now FREE 2-Hour Delivery on Everyday Items | Prime Photos Unlimited Photo Storage Free With Prime | Shopbop Designer Fashion Brands | TenMarks.com Math Activities for Kids & Schools | Warehouse Deals Open-Box Discounts | Whispercast Discover & Distribute Digital Content |

SAMNDCA30007969



SAMNDCA30008004

Case 5:11-cv-01846-LHK   Document 3648-11   Filed 04/09/18   Page 11 of 19

     

EMiEN Rear Back Camera Lens Glass Replacement + Adhesive for Samsung Galaxy Note 8 ...
$7.99

Samsung Galaxy Note 5 Replacement Rear Back Glass Back Cover - MOBILEPRIME (Gold)
26
$16.99

Samsung Galaxy S6 Edge Plus Replacement Rear Back Glass Back Cover - MOBILEPRIME (B...
6
$10.99

AUKEY Ora iPhone Camera Lens, 0.45x 120° Wide Angle + 15x Macro Clip-on iPhone Lens...
289
$29.99

AUKEY Ora iPhone Camera Lens, 0.45x 140° Wide-Angle + 10x Macro Clip-On iPhone Lens...
583
$19.99

Samsung Galax... Replacement R... Glass Back Cove... MOBILEPRIME (...
2
$16.99

Ad feedback

## Customers also shopped for

    

Back Rear Camera Glass Lens Replacement + Pre-installed Adhesive +TWEEZER for Samsung...
18
$7.89

Mudder Back Rear Camera Glass Lens Replacement with Repair Tool Set and Cleaning Cloth for...
31
$6.99

Reson® Black Front Replacement Screen Glass Lens for Samsung Galaxy S4 SIV I9500 I337 L720...
27
$7.99

For Samsung Galaxy S8 Plus G955A G955T G955V G955P LCD Touch Screen Lens Front Glass Outer...
4
$24.99

EMiEN Back Camera Glass Lens Cover + Rear Camera Bezel with Adhesive + Flash Cover Pre-installed...
11
$7.99



Samsung Galaxy S7 Edge Black Replacement Front Outer Lens Glass Screen CrazyFire Repair Kit with...
1
$11.99

## Have a question?

Find answers in product info, Q&As, reviews

## Product description

If your original glass is scratched, broken, or otherwise damaged, we have just the right replacement! This replacement glass lens features high quality materials, excellent craftsmanship, and is perfectly fitted for Samsung SGH-i727 Galaxy S II 2 SkyRocket. It includes an 8-piece tool kit with adhesive. This product is for a glass replacement lens and an 8-piece tool kit. It does not include a touch digitizer or LCD assembly. Due to the complexity of dismantling the device please ask a professional to disassemble the front assembly before changing the front glass, otherwise it may be easily broken. We cannot be held liable for incorrect installation.

## Product information

| | | Feedback |
|---|---|---|
| Shipping Information | View shipping rates and policies | |
| ASIN | B00XKA7R5I | If you are a seller for this product, would you like to **suggest updates through seller support**? |
| California residents | Click here for Proposition 65 warning | Would you like to **tell us about a lower price**? |
| Customer Reviews | Be the first to review this item 0.0 out of 5 stars | |

SAMNDCA30008005

| Best Sellers Rank | #1,150,341 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)<br>#23,181 in Cell Phones & Accessories > Cell Phone Accessories > Replacement Parts<br>#1,148,870 in Electronics > Cell Phones & Accessories |
|---|---|



Advertisement

## Customer Questions & Answers

See questions and answers

## Customer reviews

**There are no customer reviews yet.**

| | | |
|---|---|---|
| 5 star | 0% | Share your thoughts with other customers |
| 4 star | 0% | |
| 3 star | 0% | Write a customer review |
| 2 star | 0% | |
| 1 star | 0% | |

Advertisement



Advertisement

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|

SAMNDCA30008006

| | | | |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

English   United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content |
| Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

SAMNDCA30008007



My Account    Sign in or Create an account     818-553-2700                                    Currency Displayed in USD        WISH LISTS        VIEW CART (0)

HOME | REPAIR PROCESS | SHIPPING INSTRUCTIONS | WHOLESALE | BLOG | ABOUT US | CONTACT US | TERMS & CONDITIONS | RETURN POLICY

HOME    SAMSUNG    SAMSUNG PHONE PARTS & REPAIRS    SAMSUNG SCH-I510 PARTS VERIZON DROID CHARGE I510

VERIZON DROID CHARGE SAMSUNG I510 SUPER AMOLED LCD DISPLAY, TOUCH SCREEN DIGITIZER ASSEMBLY WITH FRAME

## CATEGORIES

- Local Walk-in Repair Reservation
- Nationwide Mail-in Repair
- Repair Services
- Apple
- Samsung
- LG Parts
- HTC Parts
- Motorola Parts
- Sony Parts
- All Other Phone Parts & Repairs
- How To Repair Videos
- Tools
- Phones on Sale
- Computers & Labtops
- Gaming
- Camera & Video Equipment
- Car & Truck Audio
- Home Appliances
- Accessories
- Clearance
- Advertising Signs & Banners

## RELATED PRODUCTS



Verizon Galaxy S Continuum Samsung I400 Super AMOLED LCD Display, Touch Screen Digitizer Assembly Refurbished

$99.99 $8.54

Choose Options

### VERIZON DROID CHARGE SAMSUNG I510 SUPER AMOLED LCD DISPLAY, TOUCH SCREEN DIGITIZER ASSEMBLY WITH




◄ ▢ ▢ ▢ ▢ ▢ ▢ ►

**Manufacturer:** *Samsung*

**Part Number:** GH97-11547A

**Condition:** New

**Availability:** Ships the Next Business Day

**Current Stock:** 15

Like  Sign Up to see what your friends like.

Pin it  G+

☆☆☆☆☆ Write a review

LIST PRICE: $149.99

## $27.07
(YOU SAVE $122.92)

| | |
|---|---|
| Spudger: | High Quality Gadget Opening Prying Tool |
| Wiha Phillips: | Tiny Phillips Screwdriver Size 00 |
| Installation: | • (None) <br> • Installation Service (3 to 5) Business days <br> • Rush Installation Service (1 to 2) Business D |

Quantity  1    ADD TO CART    ADD TO WISHLIST

QUANTITY DISCOUNTS below will automatically apply when added to cart:

- Buy 3 - 9 and get 1% off
- Buy 10 - 24 and get 2% off
- Buy 25 - 49 and get 3% off
- Buy 50 - 99 and get 4% off
- Buy 100 or above and get 5% off

### PRODUCT DESCRIPTION

Original Verizon Droid Charge SCH-I510 LCD Screen & Top Glass Touch Screen Digitizer Assembly direct from the manufacturer. This is real thing copy or reproduction of the part.

**This Genuine Samsung Droid Charge replacement LCD Screen and Touch Panel assembly includes the following parts already pre-assem installation:**

- Top Glass Touch Screen Digitizer
- Front Faceplate Housing Frame
- LCD Display Screen
- Front Lower Navigation Keypad
- LCD Backplate Cover

**This replacement part is only compatible with the following models:**

- Verizon Droid Charge
- Samsung SCH-I510
- Samsung Droid Charge

Part Numbers: GH97-11547A

Powered by YOTPO



Terms & Conditions

Return Policy

Here at CellularDR.com, we want to take the time to clarify our conditions and ...

**Samsung Galaxy S4 LCD Display Touch Screen Digitizer compatibility**

There are several different models of the Samsung Galaxy S4. They each have ...

Name      Your Name

Email      Your Email Addre:

SUBMIT

Copyright 2017 **CellularDR.com**. All Rights Reserved.  Sitemap

http://www.cellulardr.com/samsung-i510-lcd-digitizer-frame/                                    12/8/2017

SAMNDCA30008020



SAMNDCA30008036

New: A brand-new, unused, unopened, undamaged item in its original packaging
(where packaging is … Read more

**GO Consulting Internet Sales**
goconsalesco (385   )  95.5%

Visit Store:   GO Consulting Interne

💻 Sign up for newsletter

**Categories**

New replacement part. Fast & Free US Ship.

| |
|---|
| Supplies |
| Networking |
| Information Technology |
| Computer Components |
| Security Products |
| Cameras |
| Other |

---

More from this seller                                                                                     Feedback on

    

| Black LCD Glass Lens Replacement Part for Samsung | Touch Screen Digitizer Assembly for HTC Droid DNA | Keypad Flex Cable for Samsung Galaxy S3 III | Lens For Samsung Galaxy S5 White | Lens For Samsung Galaxy S5 Black |
|---|---|---|---|---|
| $11.50 | $19.98 | $11.50 | $11.50 | $11.50 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |

---

People were also interested in

SAMNDCA30008037

     

| Samsung Galaxy S6 S7 Edge \| S8 Plus LCD Display | OEM LCD Screen Touch Screen Digitizer Assembly | Samsung Galaxy S7 Edge G935A LCD Touch Screen | Samsung Galaxy S8 \| S8 Plus LCD Display Touch | OEM New LCD Touch Digitizer Replacement Screen | NEW Gold Platin Touch Screen Di |
|---|---|---|---|---|---|
| $139.95 | $109.95 | $99.99 | $199.95 | $109.79 | $143.50 |
| Free | Free | Free | Free | Free | Free |

## Similar sponsored items

Feedback on



     

| Front Glass lens Screen Replacement Repair Kit Black | OEM For Samsung Galaxy S6 Edge Replacement | Samsung Galaxy S6 Edge Outer Glass Lens Screen | Samsung Galaxy J7 J700F Black Replacement Screen | For Samsung Galaxy S7 edge G935 Repair Front | Samsung Galaxy G928 -Black Blue |
|---|---|---|---|---|---|
| $13.99 | $19.99 | $19.99 | $16.98 | $18.99 | $23.39 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | $25.99 |
| | | | | | Free shipping |
| | | | | | Almost gone |

 **Learn How To Earn $30 Back**
As a statement credit if you are approved for a new eBay Extras MasterCard® account    Learn More →

Back to previous page

Related buying guides :   DIY iPhone Screen Replacement Kits

More to explore :   LCD Screens for Samsung Stratosphere,   LCD Screens for Samsung,   Samsung LCD Screens for Verizon,   Samsung Camcorders with LCD Screen,   LCD Screens for Sams LCD Screens for Samsung Universal

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

SAMNDCA30008038