UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE'S MOTION IN LIMINE #3 TO EXCLUDE EVIDENCE POST-DATING THE DAMAGES PERIOD** |

1  WHEREAS, Apple Inc. ("Apple") has filed a motion in limine to exclude evidence post-dating the damages period;

Having considered said motion, and for good cause shown, the Court GRANTS Apple's Motion In Limine #3 To Exclude Evidence Post-Dating The Damages Period.

**IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge