UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION IN LIMINE # 1** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   Samsung Electronics Co., Ltd. et al. ("Samsung") has filed a motion in limine to exclude
2   Apple from offering evidence, testimony, or attorney argument that improperly implies that
3   Samsung's increased market share was caused by the introduction of features found to infringe in
4   this lawsuit.
5   Having considered the arguments of the parties and the papers submitted, and good cause
6   appearing, the Court GRANTS Samsung's Motion in Limine #1.

9   **IT IS SO ORDERED.**

11  DATED: _____    _____
12                                    The Honorable Lucy H. Koh
                                      United States District Court Judge