UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION IN LIMINE # 2** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Samsung Electronics Co., Ltd. et al. ("Samsung") has filed a motion in limine to prevent Apple from presenting evidence or argument suggesting that this Court, the prior jury, or the U.S. Patent and Trademark Office has already determined the articles of manufacture to which Samsung applied the patented designs.

Having considered the arguments of the parties and the papers submitted, and good cause appearing, the Court GRANTS Samsung's Motion in Limine #2.

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Lucy H. Koh
United States District Court Judge