1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION IN LIMINE # 3** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1    Samsung Electronics Co., Ltd. et al. ("Samsung") has filed a motion in limine to prevent
2 Apple from offering evidence or argument regarding the '915 patent.
3    Having considered the arguments of the parties and the papers submitted, and good cause
4 appearing, the Court GRANTS Samsung's Motion in Limine #3.

6   **IT IS SO ORDERED.**

8 DATED: _____     _____
                                              The Honorable Lucy H. Koh
9                                             United States District Court Judge