QUINN EMANUEL URQUHART &
SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and
Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF MICHAEL L. FAZIO IN SUPPORT OF APPLE'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL (DKT. NOS. 3647, 3648)** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

# DECLARATION OF MICHAEL L. FAZIO

I, Michael L. Fazio, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").[1] I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Apple's Administrative Motions to File Under Seal Apple's Motion in Limine # 2 To Exclude Evidence Of Unasserted Patents (Dkt. 3647) and Apple's Motion in Limine # 3 To Exclude Evidence Post-Dating The Damages Period (Dkt. 3648) (collectively "Apple's Motions in Limine and the Exhibits thereto").

3. Samsung seeks to seal references to Samsung's own supplier, cost, and product specification information referenced in Apple's Motions in Limine and the Exhibits thereto. Samsung considers information about its relationships with manufacturers and suppliers, and information about product specifications, highly confidential. Samsung takes extraordinary steps to maintain the secrecy of such information. Samsung would face harm from public disclosure of the supplier, product specification, and technical information identified in Apple's Motions in Limine and the Exhibits thereto. Competitors could use this highly confidential information, which reveals Samsung's product architecture, development, and supplier relationships, to gain an unfair business advantage against Samsung. Such materials regarding a party's confidential business practices are properly sealable, including under the compelling reasons standard. *See*, *e.g.*, *Schwartz v. Cook*, No. 5:15-cv-03347-BLF, 2016 WL 1301186, at *2 (N.D. Cal. Apr. 4, 2016) (sealing "information about [a party's] business performance, structure, and finances that could be used to gain unfair business advantage against them"); *Koninklijke Philips N.V. v. Elec-*

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

*Tech International Co., Ltd.*, No.14–cv–02737–BLF, 2015 WL 581574, at *1-2 (N.D. Cal. Feb. 10, 2015) (sealing "information about [a party's] business practices, recruitment efforts, and discussions regarding potential partnerships with other product manufacturers"); *Delphix Corp. v. Actifio, Inc.*, No. 13–cv–04613–BLF, 2014 WL 4145520, at *2 (N.D. Cal. Aug. 20, 2014) (sealing documents containing "highly sensitive information regarding [a party's] product architecture and development"); Case No. 5:12-cv-00630 at Dkt. Nos. 810, 858, 874, 949, 3596 (providing compelling reasons why Samsung internal product development processes, including supplier information, should be filed under seal); Dkt. 3635 (sealing Samsung supplier information)[2].

4.   Samsung further seeks to seal references to confidential Samsung financial information referenced in Apple's Motions in Limine and the Exhibits thereto that may be used in conjunction with other information made public during this litigation to discern Samsung's sales for accused products.  As explained in detail in the previously filed declarations of Daniel W. Shim, Senior Legal Counsel at Samsung Electronics Co., Ltd., in support of administrative motions to file under seal, which are hereby incorporated by reference, Samsung considers financial data highly confidential.  *See* Case No. 5:12-cv-00630 Dkt. Nos. 874 (re: Apple's Opposition to Samsung's MSJ), 940 (re: Apple MTS), 1018 (re: Samsung's Reply ISO MTS); *see also* Case No. 5:12-cv-00630 at Dkt. Nos. 810, 821, 858, 874, 949, 960 (providing compelling reasons why various categories of Samsung-confidential information should be filed under seal). Such information is properly sealable.  *See Apple v. Samsung*, 727 F.3d at 1224-26 (compelling reasons exist to seal product-specific financial information, including sales data); Case No. 5:12-cv-00630 at Dkt. Nos. 2089, 2098, 2103, 2176, 3635 (ordering financial information, including data similar to that at issue here, sealed).

5.   In accordance with the Court's Order requiring the parties to meet and confer before filing public redacted documents, Samsung will serve highlighted versions of Apple's

---

[2] Apple has again filed a document with Bates stamp SAMNDCA30000055 with its Motions in Limine. Samsung proposes the same redactions that it already proposed (*see* Dkt. 3621-3) and that the Court approved (*see* Dkt. 3635 at 8).

1  Motions in Limine and the Exhibits thereto on Apple and Apple will file conformed highlighted
2  versions within seven days of this Declaration.[3]  (*See* Dkt. 2935.)

4        I declare under penalty of perjury under the laws of the United States of America that the
5  foregoing is true and correct.  Executed April 13, 2018, at Los Angeles, California.

7        */s/ Michael L. Fazio*
      Michael L. Fazio

---

[3] Samsung's proposed redactions are indicated in yellow in the highlighted versions that Samsung will serve on Apple.

**ATTESTATION**

I, Victoria Maroulis, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael L. Fazio has concurred in the aforementioned filings.

                                          */s/ Victoria Maroulis*

                                          Victoria Maroulis