QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF BRETT ARNOLD IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION IN LIMINE 2** |

I, Brett Arnold, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Opposition to Apple's Motion in Limine #2 to Exclude Evidence of Unasserted Patents.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as **Exhibit 1** is a true and correct copy of Slide 7 from Apple's opening slides at the 2012 trial (which was also included as Slide 6 in Apple's opening slides at the 2013 retrial). The slide relates to JX1091 (MacWorld 2007 Video).

3. Attached as **Exhibit 2** is a true and correct copy of Slide 16 from Apple's opening slides at the 2012 trial (which was also included as Slide 5 in Apple's opening slides at the 2013 retrial). The slide relates to PX142 ("Patent Office Highlights Jobs's Innovations," New York Times).

4. Attached as **Exhibit 3** is a true and correct copy of PX142 ("Patent Office Highlights Jobs's Innovations," New York Times).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 13, 2018, at Davis, California.

*/s/ Brett Arnold*

Brett Arnold

-- 1 --   Case No. 11-cv-01846-LHK
DECLARATION OF BRETT ARNOLD ISO SAMSUNG'S OPPOSITION TO MOTION IN LIMINE 2

1  **Local Rule 5-1(i)(3) Attestation**

2  I, Victoria F. Maroulis, am the ECF user whose ID and password are being utilized for the

3  filing of this document.  I attest that Brett Arnold has consented in the filing of this declaration.

4  Executed on April 13, 2018 at Redwood Shores, CA.

5

6  By  */s/ Victoria F. Maroulis*
        Victoria F. Maroulis

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28