# EXHIBIT 1

# The iPhone Redefined the Smartphone

**January 9, 2007**

