# EXHIBIT 2

# iPhone Acclaim

**"Patent Office Highlights Jobs's Innovations"**

**The New York Times**

*PX. 142*

**"The Patents and Trademarks of Steve Jobs – Art and Technology that Changed the World"**



16