# EXHIBIT 3



Technology | Personal Tech | Business Day       Subscribe: Digital / Home Delivery    maccardle1   Help

# Bits

[                                                       ] [ Go ]

Advertisement

**PLAINTIFF'S EXHIBIT NO. 142**
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)

Apple Inc. v. Samsung Elecs.

Date Admitted:_____ By:_____

NOVEMBER 23, 2011, 5:22 PM |  1 Comment

## Patent Office Highlights Jobs's Innovations

By BRIAN X. CHEN



Courtesy of Invent Now, Inc.

**PREVIOUS POST** 
Samsung Pokes Fun at Apple in Phone Ad

**NEXT POST** 
Today's Scuttlebot: Mac Icons and 'Desert Bus'

FACEBOOK
TWITTER
GOOGLE+
EMAIL
SHARE
PRINT

The United States Patent and Trademark Office in Alexandria, Va., recently unveiled an exhibit of 30 giant iPhone-like models honoring the inventions of the late Steve Jobs.

Each iPhone model displays patents that list Mr. Jobs as inventor or co-inventor. Altogether about 300 patents are on display, giving exhibit attendees a visual tour through Apple's history of design and innovation.

"It's interesting to see a lot of the shapes and figures that people are so familiar with now on a patent application," said Rini Paiva, executive director at the National Inventors Hall of Fame and Museum, the division of the patent office that created the exhibit.

Patents on technological devices do not always result in real products that hit the consumer market, but they document an inventor's research and methodology in different areas of design and engineering. Often, multiple patented technologies come together to form one real product, like the iPad.

Many have viewed Mr. Jobs's key role at Apple as that of business negotiator, but according to the patent records, he was quite the prolific inventor. Patents that list Mr. Jobs as an inventor or co-inventor include the design of a touch tablet computer (which we now call the iPad), Apple's iconic power "brick" used to charge notebooks, and the desk-lamplike iMac

**AROUND THE WEB »**

**WALL STREET JOURNAL**
Amazon Tests Smartphone

**ARS TECHNICA**
Confirmed: Mountain Lion sends some 64-bit Macs gently into that good night

**SCUTTLEBOT** *News from the Web, annotated by our staff*

**Amazon same-day delivery destroys local retail**
SLATE.COM | Is Amazon charging local sales tax so it can distribute nearer customers? Instant gratification as retail's killer app. - *Quentin Hardy*

**App Gives Public Ability to Experience Robotic Space Travel**
NASA | Check out the soon-to-land Mars rover in augmented reality 3-D with an app from NASA. - *David Gallagher*

**NYC payphones begin transition to Wi-Fi hotspots**
GOOGLE.COM | NYC is converting payphones into WiFi hotspots -- slowly. So far, 10 of them are emitting free wireless signals. - *Joshua Brustein*

**Internet Cat Video Film Festival**
WALKERART.ORG | Cat video film festival? This just has to be a spoof. Right? No? - *Damon Darlin*

**SEE MORE »**

Advertise on NYTimes.com



**Bits Daily Update**

made in 2002.

The patent exhibit is free and open to the public until Jan. 15.

FACEBOOK   TWITTER   GOOGLE+   EMAIL   SHARE   PRINT

**Related Articles Also Tagged:**
**STEVE JOBS**

One on One: Ken Segall, the Man Who Put the 'i' in iMac
At Apple Keynote, Talk Is of Products, Not Steve Jobs or Tim Cook
Steve Jobs Still Looms Large
What Was in the F.B.I.'s Steve Jobs File
One on One: Adam Lashinsky, Author of 'Inside Apple'

PREVIOUS POST
◀ Samsung Pokes Fun at Apple in Phone Ad

NEXT POST
Today's Scuttlebot: Mac Icons and 'Desert Bus' ▶

# 1 Comment
Share your thoughts.

ALL                                                                 Newest ▼   **Write a Comment**



A daily e-mail newsletter on the business of technology, with coverage from Times staff writers and a roundup of news from across the Web.
kmaccardle@mofo.com  Sign Up

Change E-mail Address | Privacy Policy

**MOST VIEWED**

1. Google and F.T.C. Set to Settle Safari Privacy Charge
2. Uber, Maker of Summon-a-Car App, Wins in Washington
3. Disruptions: Life's Too Short for So Much E-Mail
4. Information Technology Spending to Hit $3.6 Trillion in 2012, Report Says
5. Uber to Experiment With Ice Cream on Demand in 7 Cities

**THE MARKETS**



**LATEST FROM BITS**

- Some Ultra Disappointments for Computer Makers
- Today's Scuttlebot: Apple's Nameless and the Bank of Facebook
- TimesCast Tech: The End of Minitel
- Uber to Experiment With Ice Cream on Demand in 7 Cities
- Video: A New RIM?



**FOLLOW BITS ANYWHERE**



**MOBILE SITE**
When your need to know is right now.



**BLACKBERRY SHORTCUT**
Download for quick access to up-to-the minute technology news.

Patent Office Highlights Jobs's Innovations - NYTimes.com

TWITTER     RSS

Copyright 2012 The New York Times Company  |  Privacy  |  Terms of Service