QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF BRETT ARNOLD IN SUPPORT OF SAMSUNG'S OPPOSITION TO APPLE'S MOTION IN LIMINE 3** |

Case No. 11-cv-01846-LHK
DECLARATION OF BRETT ARNOLD ISO SAMSUNG'S OPPOSITION TO MOTION IN LIMINE 3

1    I, Brett Arnold, declare:

2    1.  I am a member of the State Bar of California, admitted to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's Opposition to Apple's Motion in Limine #3 to Exclude Evidence Post-Dating the Damages Period.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.  Attached as **Exhibit 1** is a true and correct copy of Samsung's Supplemental Responses And Objections To Plaintiff Apple Inc.'s Second Set Of Interrogatories Regarding Articles Of Manufacture, served on December 21, 2017.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 13, 2018, at Davis, California.

*/s/ Brett Arnold*

Brett Arnold

**Local Rule 5-1(i)(3) Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being utilized for the filing of this document. I attest that Brett Arnold has consented in the filing of this declaration.

Executed on April 13, 2018 at Redwood Shores, CA.

By /s/ *Victoria F. Maroulis*
Victoria F. Maroulis

-- 2 --   Case No. 11-cv-01846-LHK
DECLARATION OF BRETT ARNOLD ISO SAMSUNG'S OPPOSITION TO MOTION IN LIMINE 3