# EXHIBIT C
## (Filed Under Seal)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Timothy Sheppard

1 (1 to 4)

Conducted on December 14, 2017

---

1

```
1              UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF CALIFORNIA
3                  SAN JOSE DIVISION
4             CASE NO. 11-CV-01846-LHK
5    --------------------------------------X
6    APPLE INC., A CALIFORNIA CORPORATION,     :
7           PLAINTIFF,                         :
8                                              :
9    VS                                        :
10                                             :
11   SAMSUNG ELECTRONICS CO., LTD., A KOREAN    :
12   BUSINESS ENTITY; SAMSUNG ELECTRONICS       :
13   AMERICA, INC., A NEW YORK CORPORATION;     :
14   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,   :
15   A DELAWARE LIMITED LIABILITY COMPANY,      :
16          DEFENDANTS.                         :
17   --------------------------------------x
18       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
19        Videotaped deposition of TIMOTHY SHEPPARD
20            THURSDAY, DECEMBER 14, 2017
21                   9:08 A.M.
22
23   JOB NO.: 169877
24   PAGES: 1 - 183
25   REPORTED BY:  RONALD R. COPE, CSR, RPR, CRR, CLR
```

---

2

```
1        VIDEOTAPED DEPOSITION OF TIMOTHY SHEPPARD,
2    held at the offices of:
3
4
5
6            Baker & Botts, LLP
7            2001 Ross Avenue
8            11th Floor
9            Dallas, Texas 75201
10           214.953.6500
11
12
13         Pursuant to Notice, before Ronald R. Cope,
14   Certified Shorthand Reporter in and for the State
15   of Texas, Registered Professional Reporter,
16   Certified Realtime Reporter, Certified LiveNote
17   Reporter and Notary Public of the State of Texas.
18
19
20
21
22
23
24
25
```

---

3

```
1              A P P E A R A N C E S
2
3    ON BEHALF OF THE PLAINTIFF:
4        MR. ERIK J. OLSON
5        MORRISON & FOERSTER LLP
6        755 Page Mill Road
7        Palo Alto, California 94304-1018
8        650.813.5825
9          -AND-
10       MS. SARAH R. FRAZIER
11       WILMER CUTLER PICKERING HALE AND DORR, LLP
12       60 State Street
13       Boston, Massachusetts 02109
14       617.526.6022
15         -AND-
16       MR. CHRISTOPHER ROBINSON
17       MORRISON & FOERSTER LLP
18       425 Market Street
19       San Francisco, California 94105-2482
20       415.268.7000
21
22
23
24
25
```

---

4

```
1         A P P E A R A N C E S (Continued)
2
3    ON BEHALF OF THE DEFENDANTS:
4        MR. CARL G. ANDERSON
5        QUINN EMANUEL URQUHART & SULLIVAN, LLP
6        50 California Street
7        22nd Floor
8        San Francisco, California 94111
9        415.875.6600
10
11   ALSO PRESENT:
12       Mr. Adolph Green, Videographer
13       Mr. Richard C. Rosalez
14
15
16
17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017

2 (5 to 8)

---

**Page 5**

```
1              I N D E X
2  Appearances                            3
3  TIMOTHY SHEPPARD
4     EXAMINATION BY MR. OLSON            9
5     EXAMINATION BY MR. ANDERSON       171
6     FURTHER EXAMINATION BY MR. OLSON  172
7     FURTHER EXAMINATION BY MR. ANDERSON 179
8   Reporter's Certificate             183
9
10
11              EXHIBITS
12 NUMBER         DESCRIPTION         PAGE
13 Exhibit 1  Plaintiff Apple Inc.'s First  76
14            30(b)(6) Notice Regarding
15            Articles of Manufacture to
16            Defendants Samsung Electronics
17            Co., Ltd., Samsung Electronics
18            America, Inc., and Samsung
19            Telecommunications America, LLC
20 Exhibit 2  Apple Inc.'s Notice of Deposition  92
21            of Tim Sheppard
22
23
24
25
```

**Page 6**

```
1         I N D E X   (Continued)
2  NUMBER         DESCRIPTION         PAGE
3  Exhibit 3  Samsung's Objections and  92
4             Responses to Plaintiff Apple
5             Inc.'s First 30(b)(6)Notice
6             Regarding Articles of Manufacture
7  Exhibit 4  CD-ROM                   115
8  Exhibit 5  Printout of spreadsheet  115
9  Exhibit 6  CD-ROM                   136
10 Exhibit 7  Printout of spreadsheet  155
11 Exhibit 8  Printout of spreadsheet,  156
12            SAMNDCA30000055
13
14
15            EXHIBITS REFERRED TO
16          FROM PREVIOUS DEPOSITION(S)
17 NUMBER                              PAGE
18
19 Exhibit 180  Plaintiff's Exhibit No. 180  15
20
21 Exhibit 676  Defendant's Exhibit No.  15
22             676.001
23
24
25
```

**Page 7**

```
1  CERTIFIED/UNANSWERED QUESTIONS
2                        PAGE, LINE
3                        27, 21
4                        81, 12
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 8**

```
1         P R O C E E D I N G S
2     THE VIDEOGRAPHER:  Here begins
3  Disc Number 1 in the videotaped deposition of Tim
4  Sheppard in the matter of Apple, Inc. v Samsung
5  Electronics in the United States District Court,
6  Northern District of California, San Jose
7  Division, Case Number 11-CV-01846-LHK.
8     Today's date is December 14, 2017, and the
9  time on the video monitor is 9:09.  The
10 videographer today is Adolph Green representing
11 Planet Depos.  This video deposition is taking
12 place at 2001 Ross Avenue, Dallas, Texas.
13     Would counsel please voice-identify
14 themselves and state whom they represent.
15     MR. OLSON:  Erik Olson of Morrison and
16 Foerster.  With me is Christopher Robinson.  And
17 we represent Apple.
18     MS. FRAZIER:  Sarah Frazier from
19 WilmerHale also on behalf of Apple.
20     MR. ANDERSON:  Carl Anderson of Quinn
21 Emanuel Urquhart & Sullivan on behalf of the
22 Samsung defendants and the witnesses -- and the
23 witness.  Excuse me.  And with me is Richard
24 Rosalez of Samsung.
25     THE VIDEOGRAPHER:  The court reporter
```

Transcript of Timothy Sheppard
Conducted on December 14, 2017

**9**

1 today is Ron Cope representing Planet Depos.
2     Would the reporter please swear in the
3 witness.
4         TIMOTHY SHEPPARD,
5 having been first duly sworn, testified as
6 follows:
7         EXAMINATION
8 BY MR. OLSON:
9    Q Mr. Sheppard, what -- can you give your
10 current business and residential address?
11    **A Business address?**
12    Q Your business address and your residential
13 address.
14    **A My current business address is 1301 East**
15 **Lookout Drive, Richardson, Texas.**
16    Q And your residence?
17    **A 1905 Haversham Drive, Flower Mound, Texas.**
18    Q What is your title?
19    **A I am the vice president of supply chain**
20 **logistics.**
21    Q For whom?
22    **A Samsung. Samsung Electronics America.**
23    Q And previously you have been deposed and
24 you were working for a company called STA, or
25 Samsung Telecommunications America, correct?

**10**

1    **A That is correct.**
2    Q When did you switch your employment to
3 SEA?
4    **A Samsung Telecommunications America and**
5 **Samsung Electronics America merged together three**
6 **or four years ago. I don't recall the exact date.**
7    Q Okay. But essentially your prior employer
8 became part of SEA, thus making your an employee
9 of SEA?
10    **A That's correct, yes.**
11    Q Okay. All part of the Samsung Electronics
12 family?
13    MR. ANDERSON: Objection, vague.
14    You can answer.
15    **A It's part of the Samsung Electronics**
16 **corporation family, yes.**
17    Q (BY MR. OLSON) Okay. How have your
18 responsibilities changed since March of 2012?
19    **A I'm trying to recall what the**
20 **responsibilities were then. Well, currently I'm**
21 **responsible for supply chain logistics for the**
22 **mobile division of Samsung Electronics America. I**
23 **believe in 2012, I was also responsible for**
24 **finance and mobile and also the customer care or**
25 **repairs for mobile devices. So as of today, I'm**

**11**

1 **no longer responsible for finance or the repairs.**
2    Q When did you stop being responsible for
3 those?
4    **A I think for finance it was the end of**
5 **2012, if I recall correctly; and for the customer**
6 **care, it was maybe two years ago.**
7    Q You said you handle supply chain and
8 logistics for the mobile division. What's the
9 mobile division?
10    **A The mobile division is -- represents the**
11 **business that was Samsung Telecommunications**
12 **America.**
13    Q Sale of smartphones and handsets?
14    **A The sale of phones and network equipment,**
15 **accessories, watches, tablets, all those kind of**
16 **phone products.**
17    Q What are your responsibilities for supply
18 chain and logistics for the mobile division today?
19 What does that mean?
20    **A It means I'm responsible for moving the**
21 **product from the factories to our customers,**
22 **whether it's the stores, DCs, or consumers.**
23    Q Okay. And the factories are in Asia,
24 correct?
25    **A I don't recall. The vast -- yes, I**

**12**

1 **believe the factories I'm talking about here are**
2 **in Asia, yes.**
3    Q I take it the customers are primarily here
4 in the US?
5    **A For Samsung Electronics America, yes.**
6    Q To what degree, if at all, in your current
7 role, do you have a job related to manufacturing,
8 to the actual assembly, creation, or put-together
9 of the handsets in Asia?
10    **A Can you repeat that question, please?**
11    Q Sure.
12    **A Yeah.**
13    Q So you talked about supply chain and
14 logistics being the transition of material from
15 the factory to customers here in the US. Do I
16 have that at least roughly correct?
17    **A Correct.**
18    Q All right. To what degree do you have any
19 responsibility for what happens at the factory,
20 the actual manufacturing lines, the creation of
21 the product before it is being shipped to the US?
22    **A Well, the responsibility I have is to**
23 **ensure the product leaves the factory in a form**
24 **that can be sold or we know that en route it can**
25 **be adjusted to be -- to conform to the**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017

---

97

1 before.  I don't know whether they infringe or
2 not.
3    Q  But in each case, 676 is a phone,
4 completely assembled?
5    A  676 is the sale of finished good unit.
6    Q  A finished good unit which is the
7 smartphone completely assembled, correct?
8    A  Yes.
9    Q  You can put Exhibit 4 aside for the
10 moment.
11    A  4 or 3?  Which one are we on?
12    Q  I think it was 3.  My bad.
13    A  How about Exhibit 2?  Need that one?
14    Q  You can put all those aside for the
15 moment.
16       While I bring something up, if you'll take
17 the box that's marked D710.
18    A  Okay.
19    Q  Put it in front of you.  Why don't we go
20 ahead and close up the other one and we'll put it
21 to the side.
22       There was a very long spreadsheet that
23 included a number of items that relate to the --
24 that I think relate to the bill of materials of
25 the products as they were manufactured.  It was

---

98

1 produced to us recently and it is marked, when it
2 was given to us, as SAMNDCA3, a number of leading
3 0s, and then 54 at the end.  I have taken the
4 spreadsheet and I have filtered it so it only
5 shows one -- because it's a very, very long
6 spreadsheet -- so that it only shows one month,
7 ▮▮▮▮▮▮▮▮▮▮, and filtered it so that it only
8 shows ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, but then left
9 all of the other information present on this
10 spreadsheet.
11       I'm going to turn and ask you a number of
12 questions about it.  And we will give to the court
13 reporter a CD that has the source file on it.
14       Mr. Sheppard, can you, from the
15 information presented there, identify what part or
16 component corresponds to the physical object that
17 is in the box marked ▮▮▮?
18       MR. ANDERSON:  Objection, vague.
19    Q  (BY MR. OLSON)  Why don't you go ahead.
20 You just picked it up for a minute.  We should let
21 the video see what it was that you picked up.
22    A  The front screen.
23    Q  Can you find the item in that list that
24 corresponds to the physical object that you are
25 holding in your hand that came out of the box that

---

99

1 says D710 on it?
2       MR. ANDERSON:  Objection, vague.
3       So you can scroll through this.
4    A  Sure.
5       MR. ANDERSON:  It's still quite long.
6    A  That's all a unit.
7       I do not see this component individually
8 listed on the manufacture -- on this bill of
9 materials.
10    Q  (BY MR. OLSON)  All right.  And you agree
11 that we're looking at a tab that says BOM Data?
12    A  It does say BOM Data.
13    Q  Do you see up at the top there are columns
14 H, I, J, K, L, M.  Do you see that?
15    A  Correct.  I do see that.
16    Q  Can you read to me what is H, I, J, K, L,
17 M?
18    A  It's in Korean.
19    Q  Which means you can't tell me?
20    A  I can't tell you for sure what it is.
21    Q  Okay.  The last one, ▮▮▮▮▮▮▮▮" and
22 then there's characters in Korean, correct?
23    A  Correct.
24    Q  Do you know what the characters in Korean
25 mean?

---

100

1    A  Hold on a second.
2    Q  I'm sorry?
3    A  Give me one second.  I don't know what the
4 Korean characters mean, no.
5    Q  Okay.  Is this -- you understand this bill
6 of materials data is from the manufacturing
7 activities in Korea?
8       MR. ANDERSON:  Objection, lacks
9 foundation.
10    A  My understanding is it is a bill of
11 materials for the factory, but it's not the bill
12 of materials for the suppliers.
13    Q  (BY MR. OLSON)  Okay.
14    A  So I should clarify that.
15    Q  Is this -- is this one of the documents
16 where -- did you review this document yesterday?
17    A  Yes.
18    Q  And is this one of the documents where
19 everything you know about it came from lawyers?
20       MR. ANDERSON:  Objection, mischaracterizes
21 prior testimony.
22    A  I think as I said earlier, I'm familiar in
23 general with model numbers, the material part
24 codes, and the common names used in the
25 manufacturing process.

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Timothy Sheppard
Conducted on December 14, 2017



101

1   Q  (BY MR. OLSON)  But this is not a document
2   you ever used in the normal course of your
3   business in 2012, correct?
4       **A  That is correct.**
5       Q  And these -- you never worked on the bill
6   of materials for the products at the factory in
7   the normal course of your business in 2012,
8   correct?
9       **A  We worked on the bill of materials to the**
10  **extent service parts -- there was a service bill**
11  **of materials and service components were**
12  **purchased.**
13      Q  But this isn't the service materials,
14  right?  This is the materials used to make the
15  products at the factory, correct?
16      **A  I believe so.**
17      Q  Did you talk to anyone other than lawyers
18  about what is identified in the column
19  ▮▮▮▮▮
20      **A  No.**
21      Q  What is all the information you can tell
22  me about ▮▮▮▮▮▮▮▮▮▮▮?
23      **A  Looking at this, ▮▮▮▮▮▮ -- do**
24  **you mind if I filter?**
25      Q  You may.

102

1       **A  The ▮▮▮▮▮▮▮▮▮▮▮▮▮▮**
2   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3   ▮▮▮▮▮▮▮▮
4       Q  And did you filter to find ▮▮▮▮
5   ▮▮▮▮▮▮▮▮▮▮▮?
6       **A  For this particular --**
7   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8   ▮▮▮▮▮▮▮▮▮▮▮
9   ▮▮▮
10      Q  Well, let me ask it this way:  Are you
11  filtered in such a way that you see ▮▮▮▮▮
12  ▮▮▮▮▮▮▮?
13      **A  Yes.**
14      Q  The information that is identified in
15  column M, did it come out of SAP?
16      **A  The column M?**
17      Q  Yes.
18      **A  You mean ▮▮▮▮▮?**
19      Q  Yes.
20      **A  Not to the best of my knowledge.**
21      Q  Who put it there?
22      **A  I do not know.**
23      Q  Why was it put there?
24          MR. ANDERSON:  I caution the witness not
25  to reveal the contents of any attorney-client

103

1   communication in your answer.
2       **A  I do not know.**
3       Q  (BY MR. OLSON)  Everything you know about
4   why it was put there you learned from lawyers?
5       **A  Correct.**
6       Q  Everything you know about how it was put
7   there came from lawyers?
8       **A  I don't know how it was put there.**
9       Q  Okay.
10      **A  I should clarify.  I don't know why it was**
11  **put there either, so I don't have an explanation.**
12  **I wasn't given an explanation of why it was put**
13  **there or how it was put there.**
14      Q  Do you know whether lawyers put the
15  material in where it says under ▮▮▮▮▮?
16      **A  I don't know why it was put there, who put**
17  **it there.  Therefore, I don't know if lawyers or**
18  **nonlawyers put it there.**
19      Q  So other than filtering it and seeing that
20  it refers to -- at least as filtered to ▮▮▮▮
21  ▮▮▮▮▮▮▮▮▮▮▮▮▮
22  ▮▮▮▮▮▮▮▮▮▮▮▮,
23  and you see three items coming up, do you know
24  anything more about how that characterization was
25  done?

104

1       **A  I do not.**
2       Q  What is the object that is being described
3   in description for ▮▮▮▮▮▮?
4       **A  Well, I'll read the description to you.**
5   **It says ▮▮▮▮▮▮▮▮▮▮▮▮▮**
6   **▮▮▮▮▮ "**
7       Q  What is that?
8       **A  Based on my common understanding of the --**
9   **Samsung's terminology, that would be -- ▮▮▮▮**
10  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13  ▮▮▮▮▮▮▮▮▮▮▮▮▮
14  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15  ▮▮▮▮▮▮▮▮▮▮▮▮
16  ▮▮▮▮▮▮▮▮
17      Q  What does ▮▮▮▮ mean?
18      **A  ▮▮▮▮▮▮▮▮▮▮▮▮**
19  ▮▮▮▮▮▮▮
20      Q  What does it mean by -- what is ▮▮
21  ▮▮▮▮▮ in this context?
22      **A  ▮▮▮▮▮▮▮▮▮▮▮▮▮**
23  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24  ▮▮▮▮▮▮▮▮▮
25      Q  What is the -- that same -- those same

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Timothy Sheppard

Conducted on December 14, 2017

39 (153 to 156)



**153**

1 ███████████████

2    Q  Do you agree with me that that's about ██

3 ██?

4    **A  Yes.**

5    Q  The cost of goods sold there -- withdrawn.

6       How, if at all, does this exhibit, 7942,

7 which I think is Exhibit 7, as designated, how

8 does it relate to the issues that the jury has to

9 resolve?

10      MR. ANDERSON:  I'll caution the witness

11 again that we have been over this before.  You can

12 answer.  Caution you not to use privileged

13 information.  If you have a question about whether

14 information is privileged, let us know and we'll

15 resolve it.

16    **A  I can't exactly recall how I phrased the**

17 **answer before, but the answer would be materially**

18 **the same -- well, exactly the same; that to the**

19 **extent there's a relationship between component,**

20 **transaction sales, and margins, and relate to the**

21 **items in the -- in Exhibit 1, the topics, there's**

22 **a relationship there between our yet-to-be-defined**

23 **article of manufacture and components.**

24    Q  (BY MR. OLSON)  But you don't know the

25 relationship between this service assembly that we

**154**

1 were just talking about and the article of

2 manufacture in this case, correct?

3    **A  I do not know specifically that**

4 **relationship.**

5    Q  Do you know generally the relationship?

6 Do you know anything about the relationship?

7    **A  To the extent -- for what I've seen in the**

8 **documents here and the discussions, there is a**

9 **relationship, but I don't know what it is**

10 **specifically.**

11    Q  What in the documents are you referring

12 to?

13    **A  Exhibits here talk about topics, and I**

14 **think to the extent we talked through -- that we**

15 **didn't talk in any great deal about Exhibit 3.**

16 **Those documents.**

17    Q  Exhibit 3 is which?

18    **A  The objections and responses to plaintiff.**

19    Q  Okay.  So you're just pointing back to the

20 notice and the objections?

21    **A  Correct.**

22    Q  That we covered earlier?

23    **A  That we covered earlier.**

24    Q  All right.  I found out that I had a hard

25 copy of Exhibit 7, so I'm going to give it to the

**155**

1 court reporter to use that to mark.

2      (Exhibit 7 marked.)

3    Q  (BY MR. OLSON)  We looked at a number of

4 documents that ████████████████████████████

5 ████████████████████████████████████████████

6 ████████████████████████  You would agree

7 with me that none of those reflect the actual cost

8 of goods sold at the Korean -- the original Korean

9 Samsung entity that put it together?

10      MR. ANDERSON:  Objection, lacks

11 foundation, misstates prior testimony.

12    **A  So put what together?**

13    Q  (BY MR. OLSON)  Sure.  So as I understand

14 it, a company called ████████████████████████

15 ████████████████████████████████████████

16 ████████████  right?

17    **A  Okay.  Following you so far.**

18    Q  And ████████████████████████████████

19 ████████████████████████████  correct?

20    **A  They sold it, correct.**

21    Q  Right.  And then ██████████████████████

22 ████████████████████  correct?

23    **A  Samsung Electronics.**

24    Q  Samsung Electronics in Korea, correct?

25    **A  Correct.**

**156**

1    Q  And then they transferred that to the US,

2 correct, as a finished product?

3    **A  Yes.**

4    Q  And then you put a little more packaging

5 on it or some other things and then you sold it to

6 a carrier, right?  That is you, STA.

7    **A  Correct.**

8    Q  All right.  Do any of the cost of goods

9 sold numbers that we looked at reflect the actual

10 cost of goods of -- that is just the parts and

11 components and manufacturing of that assembly?

12    **A  So are you asking then have we shared or**

13 **have I provided any information in this analysis**

14 **or spreadsheet that** ██████████████████████████

15 ████████████████████████████████████████████

16 ████████

17    Q  Let's start there.  Have you?

18    **A  No.**

19    Q  Let me get exhibit that is 30055.  This

20 time it's a hard copy document.  I'm going to mark

21 it as Exhibit 8.  It says SAMNDCA3, leading zeros,

22 55.

23      (Exhibit 8 marked.)

24    Q  (BY MR. OLSON)  Do you know what Exhibit 8

25 is?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Timothy Sheppard

Conducted on December 14, 2017

---

**157**

1    A  It's -- appears to be a printout of a
2  spreadsheet.
3    Q  But do you know what it reflects?
4    A  (No verbal response.)
5    Q  Let me see if I can make this easier.
6    A  Sure.
7    Q  Before yesterday, had you ever seen this
8  document before?
9    A  I had not.
10   Q  Did you see it yesterday?
11   A  I did.
12   Q  And based on what you did yesterday, what
13 do you think this document is?
14   A  This is a document that shows for a
15 specific set of products the --
16 ███████████████████████████
17 ███████████████████████████
18 ███████████████████████████
19   Q  Who prepared it?
20   A  My understanding is Samsung in Korea.
21   Q  Who in Korea?
22   A  I do not know.
23   Q  Did you talk to anybody about how it was
24 created?
25   A  No.

---

**158**

1    Q  Do you have any information that does not
2  come from lawyers about how it was created or how
3  it was verified?
4    A  No.
5    Q  I take it that you think there's probably
6  someone else better than you that can speak to the
7  information on this document?
8    A  On this specific document?
9    Q  Yes.
10   A  Yes.
11   Q  You can put Exhibit 8 aside.
12     Thus far today, have we looked at any
13 documents that were not created specifically for
14 purposes of this litigation?
15     MR. ANDERSON:  Objection, compound.  Also
16 vague.
17   A  Based on the exhibits I have, 1 through 8,
18 I would say no.
19     Let me rephrase that.  I don't know -- are
20 we counting these as exhibits?
21   Q  (BY MR. OLSON)  Sure.
22   A  These were originally not made for
23 litigation but for parts to be used as -- for
24 sales of phones or to be part of a phone.
25   Q  How do you know that?

---

**159**

1    A  These were sourced from a supply of
2  components in the warehouse which I'm responsible
3  for operating.
4    Q  How did it get sourced from there?
5    A  Our legal team asked my team to find
6  devices that could be used, isolated for
7  litigation.
8    Q  When did that happen?
9    A  Probably in the last month or so, six
10 weeks maybe.
11   Q  Who took them apart?
12   A  Bob Nelson, the engineer I referred to.
13   Q  Why?
14     MR. ANDERSON:  Objection, caution the
15 witness not to reveal the contents of any
16 attorney-client communications.  If you can answer
17 the question without speaking to privileged
18 communications to attorneys, you can do so.  If
19 you have a question about privilege, please let us
20 know and we'll resolve it.
21   A  I don't know that I can explain.
22   Q  (BY MR. OLSON)  Okay.  Because everything
23 you know comes from attorneys?
24   A  Yes.
25   Q  The -- so each of the things that are in

---

**160**

1  those boxes originally were in a completed
2  product?
3    A  Yes.
4    Q  And then Mr. Nelson took them down?
5    A  My team would have taken that at the
6  warehouse and provided ultimately to Bob and he
7  would have taken them apart, yes.
8    Q  And he was the technician we were talking
9  about earlier, right?
10   A  Yes.
11   Q  In fact, to get down to that level of
12 componentry, he actually needed additional
13 assistance and specialized machinery, correct?
14   A  Yes.
15   Q  It's certainly not something that a normal
16 consumer could ever do, right?
17     MR. ANDERSON:  Objection, lacks
18 foundation.
19   A  A normal consumer could take apart a
20 percentage of the phone quite easily.  These
21 phones were not like the modern phones that are
22 completely held together by glue.  This generation
23 of phone had a large number of screws that
24 would -- which a consumer could do a significant
25 amount of disassembly.

---