# EXHIBIT D
## (Filed Under Seal)

Case 5:11-cv-01846-LHK Document 3660-4 Filed 04/16/18 Page 2 of 6

HIGHLY CONFIDENTIAL - AEO - SUBJECT TO PROTECTIVE ORDER
Transcript of Dongwook Kim                                       1 (1 to 4)
Conducted on December 22, 2017

**Page 1**

```
                UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
                     SAN JOSE DIVISION
---------------------------------------------X
APPLE INC., a California corporation   :
                Plaintiff,:
        v.              : Civil Action 11-CV-01846-LHK
SAMSUNG ELECTRONICS CO., LTD, a:
Korean business entity, SAMSUNG .:
ELECTRONICS AMERICA, INC., a New:
York corporation, and SAMSUNG :
TELECOMMUNICATIONS AMERICA,:
LLC, a Delaware limited liability company,:
                Defendants.:
--------------------------------X.
(Caption continued on next page)
     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
              SUBJECT TO PROTECTIVE ORDER
          Videotaped Deposition of DONGWOOK KIM
                     Seoul, South Korea
                  Friday, December 22, 2017
                         8:27 a.m.
Job No.: 169703
Pages 1 - 92
Reported by: Giselle M. Mitchell, RPR, CRI
```

**Page 2**

```
(Caption continued from previous page)
--------------------------------X
SAMSUNG ELECTRONICS CO., LTD, a:
Korean business entity, SAMSUNG .:
ELECTRONICS AMERICA, INC., a New:
York corporation, and SAMSUNG :
TELECOMMUNICATIONS AMERICA,:
LLC, a Delaware limited liability company,:
          Counterclaim - Plaintiffs,:
    v.          :
APPLE INC., a California corporation  :
          Counterclaim- Defendant.:
--------------------------------X

    Videotaped deposition of DONGWOOK KIM, held
at the offices of:
    GRAND HYATT SEOUL
    322 Sowol-ro, Yongsan-gu
    Seoul
    SOUTH KOREA


    Pursuant to agreement, before Giselle M.
Mitchell, RPR, CRI, Notary Public in and for the
District of Columbia.
```

**Page 3**

```
              A P P E A R A N C E S
   ON BEHALF OF PLAINTIFF/COUNTER-DEFENDANT
     MARK SELWYN, ESQUIRE
     CHRISTOPHER DODGE, ESQUIRE
     WILMER, CUTLER, PICKERING, HALE & DORR, LLP
     950 Page Mill Road
     Palo Alto, California 92807
     (650) 858-6031

  ON BEHALF OF DEFENDANTS/COUNTER-CLAIMANTS
     CARL ANDERSON, ESQUIRE
     MARK GRAY, ESQUIRE
     QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
     50 California Street, 22nd Floor
     San Francisco, California  94111
     (415) 875-6600

   ALSO PRESENT:
     SARAH FRAZIER
     SANGSOO KIM
     LUIS LOPEZ, Videographer
     TAEK SUNG SONG, Interpreter
     MARY SHIN, Check Interpreter
```

**Page 4**

```
             W I T N E S S   I N D E X

Witness                 Page

DONGWOOK KIM (sworn) ..........................7

  Examination by MR. MARK SELWYN  ............7

  Direct Examination by MR. CARL ............91
ANDERSON
```

Case 5:11-cv-01846-LHK   Document 3660-4   Filed 04/16/18   Page 3 of 6

HIGHLY CONFIDENTIAL - AEO - SUBJECT TO PROTECTIVE ORDER
Transcript of Dongwook Kim
Conducted on December 22, 2017
2 (5 to 8)

## Page 5

E X H I B I T   I N D E X

| No. | Description | Page |
|---|---|---|
| Exhibit 1 | Apple, Inc.'s, First 30(b)(6) Notice Regarding Articles of Manufacture to Defendants Samsung | 18 |
| Exhibit 2 | List of Infringing Phones | 22 |
| Exhibit 3 | D677 Patent | 26 |
| Exhibit 4 | D087 Patent | 26 |
| Exhibit 5 | D305 Patent | 26 |
| Exhibit 6 | Photographs of Samsung phones | 27 |
| Exhibit 7 | Photographs of three Samsung phones | 32 |
| Exhibit 8 | Photographs of Samsung phones | 35 |
| Exhibit 9 | Document - SAMNDCA30000055 | 37 |

## Page 6

1  P R O C E E D I N G S
2         THE VIDEOGRAPHER:  Here begins disk number
3  one in the videotaped deposition of Dongwook Kim in
4  the matter of Apple versus Samsung, Samsung versus
5  Apple, in the United States District Court Northern
6  District of California, San Jose Division,
7  Case No. 11-CV-01846-LHK.
8         Today's date is December 22nd, 2017.
9  The time on the video monitor is 8:27.  The
10 videographer today is Luis Lopez, representing
11 Planet Depos.  This video deposition is taking place
12 at the Grand Hyatt in Seoul, Korea.
13        Would counsel and interpreters please
14 voice identify themselves and state whom they
15 represent.
16        MR. SELWYN:  Mark Selwyn from Wilmer Hale,
17 on behalf of Apple.  With me today, also from Wilmer
18 Hale, is Sarah Frazier and Chris Dodge.
19        MR. ANDERSON:  Carl Anderson of Quinn,
20 Emmanuel, Urquhart & Sullivan, on behalf of Samsung.
21 With me is Mark Gray, also of Quinn Emmanuel, and
22 Samsoo Kim -- Samsoo Kim of Samsung Electronics
23 Company.
24        INTERPRETER:  Taek Sung Song, the lead
25 interpreter.

## Page 7

1         CHECK INTERPRETER:  Mary Shin, the check
2  interpreter.
3         THE VIDEOGRAPHER:  The court reporter
4  today is Giselle Mitchell, representing Planet
5  Depos.
6         Would the reporter please swear in the
7  interpreters and the witness.
8         Interpreter sworn (Taek Sung Song)
9         Check Interpreter sworn (Mary Shin)
10        DONGWOOK KIM
11 Having been duly sworn testified as follows:
12 EXAMINATION BY MR. SELWYN:
13   Q.  Good morning, Sir.
14   **A.  Good morning.**
15   Q.  What is your full name, please?
16   **A.  My name is Kim Dongwook, Mr. Kim.**
17   Q.  Mr. Kim, where do you live?
18   **A.  I live in Yountong Gu.**
19       INTERPRETER:  Y-O-U-N-G-T-O-N-G G-U, Suwon
20 City, S-U-W-O-N City.
21 BY MR. SELWYN:
22   Q.  Do you work for Samsung?
23   **A.  Yes, I do.  I work for Samsung.**
24   Q.  For how long have you worked for Samsung?
25   **A.  This will be my 21st year.**

## Page 8

1   Q.  Do you understand that you are under oath
2  today?
3   **A.  Yes.**
4   Q.  Do you understand that you must give
5  complete and truthful answers to my questions just
6  as if you were in a courtroom before a judge and a
7  jury?
8   **A.  Yes.**
9   Q.  Is there any reason that you cannot give
10 your best, most complete, and truthful testimony
11 here today?
12  **A.  No.**
13  Q.  Have you ever been deposed before, Sir?
14  **A.  My first time.**
15  Q.  Do you speak any languages other than
16 Korean?
17  **A.  A little bit of English and a little bit
18 of Japanese.**
19  Q.  Do you ever communicate in English for
20 work?
21  **A.  Every now and then.**
22  Q.  What is your educational background,
23 please?
24  **A.  I have a bachelor's degree.**
25  Q.  What is your bachelor's degree in?

**Page 37**

1  Q. Are you knowledgeable regarding the
2  manufacturing process for any of the infringing
3  phones listed in Exhibit 2?
4  A. Do you mean the manufacturing process
5  within my -- within the mobile communications
6  division?
7  Q. Yes.
8  A. I've been to the like.
9  Q. Do you consider yourself to be
10 knowledgeable regarding the manufacturing process
11 for any of the Samsung infringing phones that are
12 listed in Exhibit 2?
13     MR. ANDERSON: Objection. Vague. Asked
14 and answered.
15  A. That, I'm not sure.
16  Q. Have your job responsibilities at Samsung
17 ever required you to learn about the manufacturing
18 process for any of the Samsung infringing phones
19 listed in Exhibit 2?
20  A. No.
21     (Exhibit 9 marked for identification)
22 BY MR. SELWYN:
23  Q. Let me show you what I'm marking as
24 Exhibit 9, which is a document that Samsung produced
25 in this litigation bearing the number

**Page 38**

1  SAMNDCA30000055. Mr. Kim, have you seen this
2  document before?
3  A. Yes.
4  Q. When did you first see this document?
5  A. Yesterday.
6  Q. Did you have any role or responsibility
7  for creating this document?
8  A. I did not, but I know what it's talking
9  about.
10  Q. Who created this document?
11  A. Mr. Jeong Ryul Lee that works with us.
12     INTERPRETER: J-E-O-N-G R-Y-U-L. Mr. Lee.
13 BY MR. SELWYN:
14  Q. What is Mr. Lee's title at Samsung?
15  A. I think he is a senior professional.
16  Q. When did Mr. Lee create this document?
17  A. I don't know.
18  Q. Do you know how Mr. Lee created this
19 document?
20  A. I can't be sure, but I think he looked up
21 the system.
22  Q. Do you know why Mr. Lee created this
23 document?
24  A. I don't know.
25  Q. Do you know how Mr. Lee created this

**Page 39**

1  document?
2  A. I don't know.
3  Q. Is this document accurate?
4  A. The contents seem right.
5  Q. And are you prepared today to testify
6  regarding this document?
7  A. To the best of my knowledge, yes.
8  Q. Do you see that there's a column that's
9  titled "Display Module Supplier"?
10  A. Yes.
11  Q. And is the
12
13
14  A.
15  Q. What
16                                    ?
17  A. The
18
19  Q. Do you see on the far left of the document
20 there's a
21       ?
22  A. Yes.
23  Q. And
24
25          ?

**Page 40**

1  A.
2  Q. Were the
3                                    ?
4  A. They were specially made.
5  Q. Who designed
6
7  A. The designs are done principally by
8  Samsung, but I understand that opinions from
9  T-Mobile, Sprint, AT&T -- they're our customers --
10 are taken into consideration.
11  Q. Were
12
13  A. Yes, they were.
14  Q. Was
15                                    ?
16  A. Yes.
17  Q. Who designed
18
19  A. In principle, Samsung designs it, and I
20 understand that for logos and such, our customers'
21 opinions are reflected.
22  Q. Who designed
23                                    ?
24  A. Samsung and customers together.
25  Q. And you understand that the products



**53**

1  disassembled this, but the top glass seems to be
2  missing. Should be here.
3     Q. What does the top glass do?
4     A. Like I said, there's a -- there's some
5  organic materials that go in here, but these organic
6  materials oxide very well. So, to prevent that, we
7  put on a top glass to encapsulate this.
8     Q. Is the top glass part of the display
9  panel?
10    A. Yes, it is.
11    Q. Is the top glass part of the display
12 module?
13    A. Yes.
14    Q. Okay. You can put those materials back in
15 the boxes and we can put the boxes aside. And you
16 can actually return all five boxes to Mr. Anderson.
17        MR. ANDERSON: Thank you.
18 BY MR. SELWYN:
19    Q. Okay. Next I'm going to show you a couple
20 of documents that Samsung produced in this case.
21 They're large documents, so we're going to give you
22 a computer so you can look at them electronically.
23        Sir, you have just been handed a computer,
24 and up on the screen, you should see a document that
25 Samsung produced with the numb -- with the Bates

**54**

1  number SAMNDCA30000054. Do you have that up on the
2  screen?
3     A. Yes.
4     Q. And do you see that that spreadsheet has
5  two tabs?
6        MR. ANDERSON: Objection. It has three.
7        MR. SELWYN: It does have three. Let me
8  try it again, see how my counting skills are.
9  BY MR. SELWYN:
10    Q. Mr. Kim, do you see that that spreadsheet
11 has three tabs?
12    A. Yes, I see.
13    Q. And would you mind tapping on the first
14 tab so that it comes up on the screen?
15    A. Yes.
16    Q. Take whatever time you need to familiarize
17 yourself with the document. My first question is,
18 do you recognize this spreadsheet that appears in
19 this tab?
20    A. Yes.
21    Q. What is this spreadsheet?
22    A. It shows what the basics are from the
23 models and what the basic names are, and whether
24 they have BOMs or not.
25        INTERPRETER: B-O-M.

**55**

1  BY MR. SELWYN:
2     Q. Do you see that there are some Korean
3  characters or letters on the tab?
4     A. Yes.
5     Q. What does that say?
6     A. "Subject model."
7     Q. When did you first see this spreadsheet,
8  the subject model spreadsheet?
9     A. Yesterday.
10    Q. Did you create the subject model
11 spreadsheet?
12    A. I did not create this.
13    Q. Do you know who created it?
14    A. Mr. Lee, Jeong Ryul Lee.
15        INTERPRETER: J-E-O-N-G R-Y-U-L.
16 BY MR. SELWYN:
17    Q. The same individual who created the
18 spreadsheet that we reviewed and that's marked as
19 Exhibit 9?
20    A. Yes.
21    Q. When did Mr. Lee create the subject model
22 spreadsheet that you have up on your screen?
23    A. That, I don't know.
24    Q. Do you know why Mr. Lee created this
25 spreadsheet?

**56**

1        MR. ANDERSON: I caution the witness not
2  to reveal the contents of any privileged
3  communications with attorneys.
4        If you can answer the question without
5  revealing the contents of privileged communications,
6  you can do so.
7     A. I don't know.
8     Q. Do you know how Mr. Lee created the
9  subject model spreadsheet that you have up on your
10 screen?
11    A. I think he would have -- it looks like he
12 viewed it on the system. He queried the system, it
13 looks like.
14    Q. What system?
15    A. Internal -- company internal system.
16    Q. What's that system called, if it has a
17 name?
18    A. I think SPDM and SAP.
19    Q. What does SPDM stand for?
20    A. I don't know.
21    Q. What is SPDM?
22    A. It's a program where you can query a BOM.
23    Q. How did Mr. Lee decide what information
24 from SPDM and SAP to include in the subject model
25 spreadsheet that you have on your screen?

65

1  Q.  What is the title of column L?
2  A.  [redacted]
3  Q.  And column L is the material cost to whom?
4      MR. ANDERSON:  Objection.  Lacks
5  foundation.  Calls for speculation.  Samsung has
6  already provided a witness from the financial team
7  to whom you asked this question and who answered it.
8  And this witness is not designated as a member of
9  the financial team or as the person most
10 knowledgeable on financial matters, which is the
11 topic of your question.
12 BY MR. SELWYN:
13 Q.  [redacted]?
14     MR. ANDERSON:  Same objection.
15 A.  I don't know to whom, but it looks like if
16 you [redacted]
17 [redacted]
18 Q.  What information is contained in column M?
19 A.  I think this is there [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 Q.  Did you have anything to do with

66

1  determining [redacted]
2  [redacted]
3  A.  No.
4  Q.  Who decided [redacted]
5  [redacted]
6  A.  Mr. Lee, Jeong Ryul Lee.
7  Q.  Do you know how he did that?
8  A.  If I --
9  [redacted]
10 [redacted]
11 [redacted]
12 Q.  Do you know how Mr. Lee determined
13 [redacted]
14 [redacted]?
15     MR. ANDERSON:  Objection.  Asked and
16 answered.
17 A.  Well, you can tell by looking.
18 Q.  How?
19 A.  Well, if you look at [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]
25 Q.  Can you put back in front of you Exhibit

67

1  9?
2  A.  Yes.
3  Q.  And again, directing your attention at the
4  column that is labeled "Display Module Supplier."
5  A.  Yes.
6  Q.  Do you know what the cost was for the
7  display module included in any of the infringing
8  phones listed in the far left-hand column?
9      MR. ANDERSON:  Objection.  Vague.
10 A.  I don't have it off the top of my head,
11 but I believe I can look it up in the system.
12 Q.  Do you know what the cost was for the
13 display panel included in any of the -- strike that.
14     Do you know what the cost to Samsung was
15 for the display panel included in any of the
16 infringing phones?
17     MR. ANDERSON:  Objection.  Vague.
18 A.  I don't know off the top of my head.
19 Q.  Do you know what the cost was to Samsung
20 for the window glass included in any of the
21 infringing Samsung phones?
22     MR. ANDERSON:  Objection.  Vague.
23 A.  Not off the top of my head, but I can find
24 out.
25 Q.  Do you know what the cost was to Samsung

68

1  for the bezel that was included in the Samsung
2  phones shown in Exhibit 7?
3      MR. ANDERSON:  Objection.  Vague.  Lacks
4  foundation.
5  A.  I don't know right off the top of my head,
6  but I can look it up in the system.
7  Q.  Where in the system would you look to find
8  the cost to Samsung for the display module included
9  in the Samsung infringing phones?
10 A.  The SAP that I previously mentioned.
11 Q.  Where in the system would you look to find
12 the cost to Samsung for the display panels included
13 in the Samsung infringing phone?
14 A.  The SAP system.  [redacted]
15 [redacted]
16 [redacted]
17 Q.  And by "here," what are you referring to?
18 A.  [redacted]
19 Q.  [redacted]?
20 A.  Correct.
21 Q.  Where in the system would you look to find
22 the cost to Samsung for the window glass included in
23 the Samsung infringing phones?
24     MR. ANDERSON:  Objection.  Vague.
25 A.  I'm not sure just for the window.