# EXHIBIT E
## (Filed Under Seal)

| Product Category | | Model No | Carrier | Display Type | ASSY Case Front Supplier | Case Front Supplier |
|---|---|---|---|---|---|---|
| S1 | Captivate | SGH-I897 | AT&T | 4-inch AMOLED | | |
| | Epic 4G | SPH-D700 | Sprint | 4-inch AMOLED | | |
| | Fascinate | SCH-I500 | Verizon | 4-inch AMOLED | | |
| | G-S 4G | SGH-T959 | T-Mobile | 4-inch AMOLED | | |
| | G-S Showcase(i500) | SCH-I500 | Cell South Others | 4-inch AMOLED | | |
| | Mesmerize | SCH-I500 | USC | 4-inch AMOLED | | |
| | Vibrant | SGH-T959 | T-Mobile | 4-inch AMOLED | | |
| S2 | G SⅡ AT&T | SGH-I777 | AT&T | 4.3-inch AMOLED | | |
| | G SⅡ Epic4G Touch | SPH-D710 | Sprint | 4.5-inch AMOLED | | |
| | G SⅡ Skyrocket | SGH-I727 | AT&T | 4.5-inch AMOLED | | |
| | G SⅡ T-Mobile | SGH-T989 | T-Mobile | 4.5-inch AMOLED | | |
| Others | Continuum | SCH-I400 | Verizon | 3.4-inch AMOLED | | |
| | Droid Charge | SCH-I510 | Verizon | 4.3-inch AMOLED | | |
| | Gem | SCH-I100 | Verizon USC Others | 3.2" LCD | | |
| | Indulge | SCH-R910 | Metro PCS | 3.5" LCD | | |
| | Infuse 4G | SGH-I997 | AT&T | 4.5-inch AMOLED | | |

| Product Category | | Model No | Carrier | Display Type | ASSY Case Front Supplier | Case Front Supplier |
|---|---|---|---|---|---|---|
| S1 | G-S 4G | SGH-T959 | T-Mobile | 4-inch AMOLED | | |
| | Vibrant | SGH-T959 | T-Mobile | 4-inch AMOLED | | |