# EXHIBIT 1

*Apple v. Samsung*, No. 11-01846

Apple's Live Witness List for May 2018 Remand Trial

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Balakrishnan, Ravin | Previously provided | Dr. Balakrishnan is a Professor of Computer Science at the University of Toronto. His fields of expertise include computer science, human-computer interaction, and computer user interfaces. Dr. Balakrishnan may testify regarding the contents of and subjects disclosed in his expert reports and prior testimony, including the '381 patent (e.g., technology background, invention, and significance of invention), Apple products that practice the '381 patent, and Samsung products found to infringe the '381 patent. |
| Ball, Alan | Contact through WilmerHale LLP | Mr. Ball is the founder and president of Alan Ball Industrial Design. He is an expert in the field of industrial design, including product design, human factors (ergonomics), graphics and packaging design, and user interface design. Mr. Ball may testify regarding the contents of and subjects disclosed in his expert reports, including industrial design, the D'087 and D'677 patents, Apple products that embody the D'087 and D'677 designs, Samsung products found to infringe the D'087 and D'677 patents, and the articles of manufacture to which Samsung applied the patented D'087 and D'677 designs, including an analysis of the four-factor test adopted by the Court and a reply to the opinions offered by Mr. Lucente. |
| Davis, Julie | Previously provided | Ms. Davis is a CPA and principal with Davis & Hosfield Consulting LLC. Her fields of expertise include accounting, finance, valuation, business planning, and economic damages analysis. Ms. Davis may testify regarding the contents of and subjects disclosed in her expert reports and prior testimony, including Apple's damages for Samsung's infringement of Apple's D'087, D'677, D'305, '381, and '163 patents. |

*Apple v. Samsung*, No. 11-01846

Apple's Live Witness List for May 2018 Remand Trial

| Witnesses Apple Expects to Present at Trial | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Howarth, Richard | Previously provided | Mr. Howarth is currently a Senior Director of the Apple Design Team and is a co-inventor on the D'087 and D'677 patents. Mr. Howarth may testify regarding the design process at Apple, the background and conception of the design patents-in-suit, other designs considered by Apple, and the background, design, and success of Apple's products (including Apple products that embody the D'087, D'677, and D'305 designs), and facts relevant to identifying the articles of manufacture to which Samsung applied Apple's patented designs. Mr. Howarth may also testify regarding the subject matter for which he was designated as Apple's corporate deposition witness and/or the subject matter of his deposition testimony. |
| Joswiak, Greg | Previously provided | Mr. Joswiak is the Vice President of Product Marketing at Apple. Mr. Joswiak may testify regarding Apple's marketing for Apple's iOS devices such as the iPhone, including Apple's advertising strategy and expenditures, other publicity for these products, internal market research, and the marketing, advertising, and retail channels for both Apple's and competitors' products. Mr. Joswiak also may testify regarding drivers of demand for devices such as Apple's iPhone products and the competitive market for mobile devices, such as smartphones. Mr. Joswiak may also testify regarding the role of the patented D'087, D'677, and D'305 designs in Apple's marketing strategy and other facts relevant to identifying the articles of manufacture to which Samsung applied Apple's patented designs. Mr. Joswiak may also testify regarding the subject matter for which he was designated as Apple's corporate deposition witness and/or the subject matter of his deposition testimony. |
| Kare, Susan | Previously provided | Ms. Kare is a graphic designer who specializes in graphical user interface and icon design. Ms. Kare may testify regarding the contents of and subjects disclosed in her expert reports and prior testimony, including icon and user interface graphics design, the D'305 patent, Apple products that embody the D'305 design, Samsung products found to infringe the D'305 patent, and the articles of manufacture to which Samsung applied the patented D'305 design, including an analysis of the four-factor test adopted by the Court and a reply to the opinions offered by Mr. Lucente. |

*Apple v. Samsung*, No. 11-01846

Apple's Live Witness List for May 2018 Remand Trial

| **Witnesses Apple Expects to Present at Trial** | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Singh, Karan | Previously provided | Dr. Singh is a Professor of Computer Science at the University of Toronto. His fields of expertise include computer science, human-computer interaction, and computer user interfaces. Dr. Singh may testify regarding the contents of and subjects disclosed in his expert reports, pre-trial declarations, and prior testimony, including the '163 patent (e.g., technology background, invention, and significance of invention), Apple products that practice the '163 patent, and Samsung products found to infringe the '163 patent. |

| **Witnesses Apple May Call at Trial** | | |
|---|---|---|
| **Name** | **Address** | **Substance of Testimony to Be Given** |
| Blevins, Tony | Previously provided | Mr. Blevins is currently the Vice President of Procurement at Apple. Mr. Blevins may testify regarding Apple's history, products, components, supply chain and procurement, supplier relationships, and technology, and the sales and marketing of Apple's products. Mr. Blevins may also testify regarding the subject matter for which he was designated as Apple's corporate deposition witness and/or the subject matter of his deposition testimony. |

*Apple v. Samsung*, No. 11-01846

Apple's Deposition Witness List for May 2018 Remand Trial

| Witness | Substance of Testimony |
|---|---|
| Benner, Timothy | Mr. Benner is SEA's Senior Director of Marketing Science and Strategic Analytics.  Apple may present testimony from Mr. Benner concerning the subjects of his deposition, including without limitation Samsung's consumer research. |
| Blackard, Drew | Mr. Blackard is the Senior Director of Product Marketing at SEA.  Apple may present testimony from Mr. Blackard concerning the subjects of his deposition, including without limitation the design of the infringing Samsung products, Samsung's marketing strategy for its products, and sale of its products. |
| Chang, Dong[1] | At the time of his deposition, Mr. Chang was a Senior Vice President at Samsung and head of SEC's Mobile Design Group.  Apple may present testimony from Mr. Chang concerning the subjects of his deposition, including without limitation the infringing Samsung products, Samsung's design and development process and strategy, the availability of alternative designs, Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property. |
| Choi, Gee-sung | At the time of his deposition, Mr. Choi was the head of Samsung's corporate strategy and has served as CEO and Vice Chairman of SEC.  Apple may present testimony from Mr. Choi regarding the subjects of his deposition, including without limitation the infringing Samsung products, Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, Samsung's corporate strategy and structure, and Samsung's practices and actions concerning the retention and preservation of documents. |
| Conley, Cira | Ms. Conley is a corporate representative for Gravity Tank.  Apple may present testimony from Ms. Conley concerning the subjects of her deposition, including without limitation Gravity Tank's relationship with, and work for, Samsung. |

---

Name: N.D. Cal. Case No. 11-cv-1846 only
Name[1] : N.D. Cal. Case No. 11-cv-1846 and/or ITC No. 337-TA-794, 796*

*As Samsung has previously designated in this case testimony from International Trade Commission Investigation Nos. 337-TA-794 & 796, Apple also does so.

Apple reserves the right to supplement and/or modify this witness list, and to call such other or additional witnesses as may be permitted, in the discretion of this Court, and/or to introduce additional witnesses for impeachment or rebuttal purposes.

*Apple v. Samsung*, No. 11-01846

Apple's Deposition Witness List for May 2018 Remand Trial

| Witness | Substance of Testimony |
|---|---|
| Denison, Justin[1] | Mr. Denison is SEA's Senior Vice President of Product Marketing for Mobile Phones and IoT (Internet of Things) products.  Apple may present testimony from Mr. Denison concerning the subjects of his depositions and/or trial testimony, including without limitation the infringing Samsung products, Samsung's sales and marketing of the infringing products, Samsung's design and development process and strategy, competition between Apple and Samsung, the overall U.S. smartphone and tablet markets, and Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and intellectual property. |
| Han, Kyuhyun | Mr. Han is a Professional in the business operations group within the mobile communications group at SEC.  Apple may present testimony from Mr. Han concerning the subjects of his deposition, including without limitation, Samsung's financial records, profits earned by Samsung from the sale of the infringing Samsung products, and Samsung's productions of financial information to Apple. |
| Hong, Won Pyo | At the time of his depositions, Mr. Hong was an Executive Vice President and the head of SEC's global product strategy.  Apple may present testimony from Mr. Hong concerning the subjects of his deposition, including without limitation the infringing Samsung products, Samsung's design and development process and strategy, the availability of alternative designs, Samsung's consideration, analysis and emulation of Apple's designs, technology, products, and/or intellectual property, and Samsung's corporate strategy and structure. |
| Kho, Wookyun | Mr. Kho was previously an engineer in SEC's Advanced Development Software Group 1. Apple may present testimony from Mr. Kho concerning the subjects of his depositions, including without limitation Samsung's implementation of the bounce feature in its products, Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and the authenticity of certain documents. |
| Kim, Dongwook | Mr. Kim is a Principal Professional at SEC.  Apple may present testimony from Mr. Kim concerning the subjects of his deposition, including without limitation, Samsung's financial records, the identification and manufacture of the components of the infringing Samsung products, and Samsung's productions of financial information to Apple. |

*Apple v. Samsung*, No. 11-01846

Apple's Deposition Witness List for May 2018 Remand Trial

| Witness | Substance of Testimony |
|---|---|
| Kim, Jinsoo | Mr. Kim is a Vice President in Samsung's Corporate Design Center within SEC and was involved in the design of Samsung's infringing phones. Apple may present testimony from Mr. Kim concerning the subjects of his depositions and/or trial testimony, including without limitation the infringing Samsung products and Samsung's design process. |
| Lam, Ioi[1] | Mr. Lam was previously an engineer at STA. Apple may present testimony from Mr. Lam concerning the subjects of his depositions, including without limitation the infringing Samsung products, the user interface and functionality of the infringing Samsung products, Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and the authenticity of certain documents. |
| Lee, JunWon[1] | At the time of his depositions, Mr. Lee was SEC's Director of Licensing. Apple may present testimony from Mr. Lee concerning the subjects of his depositions, including without limitation Samsung's awareness of Apple's patents, Samsung's notice of Apple's claims of patent infringement and copying, and Samsung's licenses and licensing practices. |
| Lee, MinHyouk[1] | Mr. Lee is a former Vice President of the Mobile Communications Division Design Team at SEC and the current Head of Mobile Design. Apple may present testimony from Mr. Lee concerning the subjects of his depositions and/or trial testimony, including without limitation the infringing Samsung products, Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and the availability of alternative designs. |
| Ling, Qi | At the time of his deposition, Mr. Ling was an engineer at STA. Apple may present testimony from Mr. Ling concerning the subjects of his deposition, including without limitation the infringing Samsung products, the user interface and functionality of the infringing Samsung products, Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and the authenticity of certain documents. |
| Nam, Ki Hyung[1] | At the time of his depositions, Mr. Nam was a senior engineer at SEC. Apple may present testimony from Mr. Nam concerning the subjects of his depositions, including the authenticity of certain documents. |

*Apple v. Samsung*, No. 11-01846

Apple's Deposition Witness List for May 2018 Remand Trial

| Witness | Substance of Testimony |
|---|---|
| Park, Hyoung Shin[1] | At the time of her depositions, Ms. Park was a Senior Designer at SEC. Subject to Apple's pending motion in limine, Apple may present testimony from Ms. Park concerning the subjects of her depositions, including without limitation the infringing Samsung products, Samsung's design and development process and strategy, and its awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property. |
| Park, Junho | At the time of his deposition, Mr. Park was a Director of Product Planning at SEC. Apple may present testimony from Mr. Park concerning the subjects of his deposition, including without limitation the infringing Samsung products, Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, Samsung's competitive intelligence practices, and the authenticity of certain documents. |
| Pendleton, Todd | At the time of his deposition, Mr. Pendleton was STA's Chief Marketing Officer. Apple may present testimony from Mr. Pendleton concerning the subjects of his deposition, including without limitation the infringing Samsung products, Samsung's and Apple's product designs, competition between Apple and Samsung, Samsung's marketing and advertising with respect to the feature patents, Samsung's business, and the overall U.S. smartphone and tablet markets. |
| Ryu, DongSeok | Mr. Ryu was previously responsible for UX negotiations with carriers at SEC. Apple may present testimony from Mr. Ryu concerning the subjects of his deposition, including without limitation Samsung's design and development process and strategy, its awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, Samsung's ability to alter user interfaces, Samsung's business strategies, and the visual appearance of Samsung's user interfaces in relation to Apple's user interfaces. |
| Sheppard, Tim[1] | Mr. Sheppard is SEA's Vice President of Supply Chain Logistics and was previously STA's Vice President of Finance and Operations. Apple may present testimony from Mr. Sheppard concerning the subjects of his depositions, including without limitation the financial results and profitability of Samsung's infringing products, Samsung's productions of financial information to Apple, Samsung's tax relationship with the United States and transfer/allocation of profits between the three named defendants, the pricing and sales of the infringing Samsung products, and Samsung's relationships with wireless network carriers. |

*Apple v. Samsung*, No. 11-01846

Apple's Deposition Witness List for May 2018 Remand Trial

| Witness | Substance of Testimony |
|---|---|
| Shin, Jaegwan[1] | Mr. Shin was previously an engineer at SEC. Apple may present testimony from Mr. Shin concerning the subjects of his depositions, including without limitation the infringing Samsung products, the user interface and functionality of the infringing Samsung products, Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property, and the authenticity of certain documents. |
| Sohn, Dale | At the time of his deposition, Mr. Sohn was an Executive Advisor to SEC and was previously STA's President and Chief Executive Officer. Apple may present testimony from Mr. Sohn concerning the subjects of his deposition, including without limitation the infringing Samsung products, competition between Apple and Samsung, similarity of Apple's and Samsung's products, and Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, products, and/or intellectual property. |
| Wang, Jeeyuen | Ms. Wang is a Principal Professional Designer at SEC and was involved in the user interface design for the infringing Samsung products. Apple may present testimony from Ms. Wang concerning the subjects of her depositions and/or trial testimony, including without limitation the infringing Samsung products and Samsung's design process. |
| Yeo, Jungmin | At the time of her deposition, Ms. Yeo was an industrial designer at SEC Samsung. Apple may present testimony from Ms. Yeo concerning the subjects of her deposition, including without limitation the infringing Samsung products, the design and development of Samsung's smartphone and tablet devices, and Samsung's awareness, consideration, analysis, and emulation of Apple's designs, technology, and products. |