# EXHIBIT 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S LIST OF WITNESSES FOR TRIAL**<br><br>Trial Date:　May 14, 2018<br>Place:　　Courtroom 8, 4th Floor<br>Judge:　　Hon. Lucy H. Koh |

Pursuant to the Court's Standing Order, defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung")[1] respectfully submit the following list of witnesses that they may call to testify at trial other than solely for impeachment or rebuttal with a brief statement following each name describing the substance of the testimony to be given. Because the admissibility of testimony from a witness is dependent on the context, the inclusion of a witness on Samsung's list of witnesses should not be construed as a waiver of the right to object to the witness or to the use of testimony from the witness when called by Plaintiff.

Because Samsung's testimony in the new trial will be a rebuttal of Apple's claims, Samsung further reserves the right to amend this list as appropriate after it receives Apple's witness list and to amend or supplement this list in response to any evidence offered by Plaintiff at trial, or as otherwise may be permitted by the Court.

<u>Witnesses Samsung Expects to Call Live:</u>

**1. Drew Blackard:** Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000. Mr. Blackard may testify about the identity of the articles of manufacture of the phones at issue in this case, including, but not limited to: the separability of the articles of manufacture; the use of the component parts of phones, including for repair; that some customers like to disassemble their phones; that Samsung has a service center to guide people to seek out repairs of components and encourages customers to do so on an as-needed basis; and requests for proposals received from carriers and Samsung's responses.   He may also testify about the smartphone market including market share, Samsung's business and innovation, and the marketing and sales of Samsung phones in the United States.   He may also testify about sales drivers in the smartphone market, and consumer perceptions of Samsung's phones.   He may also testify about consumers' use of Samsung phones and changes to the GUI over time.   He may also testify about the necessary

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

costs incurred by Samsung, such as marketing, sales, overhead, and research and development. He may also testify about market and consumer research and studies.

2. **Justin Denison**:  Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.  Telephone number 650-801-5000. Mr. Denison may testify about the articles of manufacture of the phones at issue in this case, including, but not limited to: his trips to the repair facility near STA (now SEA) headquarters where he saw phones being disassembled and reassembled; that Samsung has instructions for certified third party repairers to separate components of the devices; that "holistic design" refers to bringing together thousands of technologies, hundreds of parts, and millions of lines of code to create an end product; and that consumers can purchase phone components online through third party sellers.  Mr. Denison may also testify regarding the smartphone market including market share, Samsung's business and innovation, and marketing and sales of Samsung phones in the United States.  He may also testify about sales drivers in the smartphone market, and consumer perceptions of Samsung's phones.  He may also testify about consumers' use of Samsung phones and changes to the GUI over time.  He may also testify about the necessary costs incurred by Samsung, such as marketing, sales, overhead, and research and development.  He may also testify about market and consumer research and studies.

3. **Kyuhyun Han:**  Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065. Telephone number 650-801-5000.  Mr. Han may testify about the sales and costs of Samsung's products, SEC financial accounting, and Samsung's financial documents, including costed bills of materials and financial data for component parts.

4. **Dongwook Kim:** Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.  Telephone number 650-801-5000.  Mr. Kim may testify about the procurement of materials and components as well as the manufacture of the products at issue.  He may also testify about Samsung's costed bills of materials and financial data for component parts, the source information for components, window glass purchases by STA/SEA, and disassembled phones.  He may also testify that the costs to SEC to purchase

1  components from its suppliers including the display panel, window glass, and bezel assembly were
2  fair market rates.

3       **5.  Jinsoo Kim**:  Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin
4  Dolphin Dr., 5th Floor, Redwood Shores, California 94065.  Mr. Kim may testify about
5  Samsung's design process and the design of the products at issue as well as the separability and
6  use of phone components, including, but not limited to: that Samsung not only sells complete
7  phones, but also supplies various parts that go into the phones; that users could look at video clips
8  on YouTube to learn do-it-yourself means of disassembling products; that design is dictated by the
9  technological and functional constraints of the numerous parts in the phone; that Samsung has
10  pursued designs that are convenient for users; that there are thousands of parts in a phone and it
11  requires many different teams to work on them; that he has personally separated the glass front
12  face from a Galaxy S II device and knows of others who did as well; the ability to buy the front
13  glass and put it on the phone; that repair facilities have instructions on how to separate the phone
14  components; that anyone could look online and learn how to disassemble and reassemble the
15  phones; and to rebut Apple's claim of copying.

16       **6.  Sam Lucente**:  Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th
17  Floor, Redwood Shores, California 94065.  Telephone number 650-801-5000.  Mr. Lucente is an
18  expert who may testify regarding the contents and subject matter of his expert report, including the
19  identity of the articles of manufacture for the phones at issue.

20       **7.  Timothy Sheppard**:  Samsung c/o Quinn Emanuel Urquhart & Sullivan, LLP, 555
21  Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.  Telephone number 650-801-
22  5000.  Mr. Sheppard may testify that Samsung's costs are attributable to the manufacture and sale
23  of the accused products; testify as to the different revenue, costs, and profits as between each
24  different defendant; and defend the reliability of Samsung's financial data.  He may also testify
25  regarding window glass purchases by STA/SEA.  His testimony may include, but is not limited
26  to: testimony that he regularly visits manufacturing facilities for Samsung; that he has knowledge
27  of repair spreadsheets, including individual sales of components; that he has personal knowledge
28

of phone disassembly and has seen millions of devices in separation; he has had access to component sales and pricing during his normal work; that STA executives had business objectives regarding the sale of components for the repair network, including warranties on phones and for repair vendors to make repairs; that he oversaw sales of components to third party repair vendors; that at the relevant time, STA was repairing hundreds of thousands of phones every month; that Samsung purchased components separately and then assembled them for repair; that Samsung operated a reclamation program to replace just cover glass to reduce cost of repairs; that display panels were sold separately as part of a sub-assembly; that the bezel could be bought and sold individually; that he used to repair the front glass of phones; and that STA tracked the costs to purchase components for use in repair.

**8.   Michael Wagner**:   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Wagner is an expert who may testify regarding the contents and subject matter of his expert report, including Samsung's profits from the component articles of manufacture to which Samsung applied each of the patented designs and rebutting Apple's damages claims.

**9. Jee-Yeun Wang:** Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Ms. Wang may testify about Samsung's GUI, including, but not limited to: the design of Samsung's GUI; that designers and engineers work in separate teams; the "dummy frame" used to design the GUI; the scope of Samsung's GUI; the expectations for use and visibility of the "app menu screen" on Samsung's phones; her experience with the disassembly of phones; the creation of icons with and without containers; and to rebut Apple's claim of copying with respect to the GUI.

<u>Witnesses Samsung May Call Live:</u>

**10.   Tim Benner:**   Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, California 94065.   Telephone number 650-801-5000.   Mr. Benner may testify about Samsung's sales and market research, as well as surveys conducted by or on behalf of Samsung or obtained by Samsung.

1   **11.   Tony Blevins**:   Apple c/o WilmerHale, 60 State Street, Boston, Massachusetts
2   02109. Telephone number 617-526-6000.   Mr. Blevins is an Apple employee and was deposed as
3   an Apple corporate representative.   Mr. Blevins may testify regarding: the identity of the
4   components of Apple's phones; the procurement of components, including Apple's manufacturing
5   process and the identity of manufacturers of individual components; Apple's manufacturing costs,
6   by component, for example as reflected in Apple's bills of materials and financial documents; and
7   Apple's repair practices and procedures, including the repair and replacement of components and
8   the costs of component repairs.

9   **12.   Peter Bressler:** Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo
10  Alto, California 94304.   Telephone number 650-813-5600.   Mr. Bressler is a design expert, who
11  was employed by Apple for the initial trial.   Mr. Bressler may testify about the contents and
12  subject matter of his expert reports, as well as his prior trial testimony, including, but not limited
13  to the scope of the design patents at issue.

14  **13.   Richard Howarth**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San
15  Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Howarth may testify regarding
16  the design and development of Apple's iPhone products and its design patents.

17  **14.   Greg Joswiak**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San
18  Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Joswiak may provide
19  testimony regarding the marketing of and consumer demand for the design of Apple's products.

20  **15.   Steven Sinclair**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San
21  Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Sinclair may provide
22  testimony regarding the marketing of and consumer demand for the design of Apple's products,
23  the design and development of Apple's iPhone products, and information regarding other mobile
24  products in the market.

25  <u>Witnesses Samsung May Call by Deposition:</u>

26
27
28

1. **Fred Anzures:** Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000. Mr. Anzures may testify regarding the graphic user interface of Apple's iPhones and its design patents.

2. **Tony Blevins**:   Apple c/o WilmerHale, 60 State Street, Boston, Massachusetts 02109. Telephone number 617-526-6000.   Mr. Blevins is an Apple employee and was deposed as an Apple corporate representative.   Mr. Blevins may testify regarding: the identity of the components of Apple's phones; the procurement of components, including Apple's manufacturing process and the identity of manufacturers of individual components; Apple's manufacturing costs, by component, for example as reflected in Apple's bills of materials and financial documents; and Apple's repair practices and procedures, including the repair and replacement of components and the costs of component repairs.

3. **Peter Bressler:** Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304.   Telephone number 650-813-5600.   Mr. Bressler is a design expert, who was employed by Apple for the initial trial.   Mr. Bressler may testify about the contents and subject matter of his expert reports, including the scope of the design patents at issue.

4. **Mark Buckley**:   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304.   Telephone number 650-813-5600.   Mr. Buckley may testify about Apple's financial data, licensing and royalty payments, and Apple's manufacturing and distribution capacity.

5. **Imran Chaudhri:**   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482. Telephone number 415-268-7000.   This witness is an alleged inventor on Apple's '163 patent and may provide testimony relating to that patent.   Mr. Chaudhri may testify regarding the graphic user interface of Apple's iPhones and design patents.

6. **Daniel Coster**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Coster may testify regarding the design and development of Apple's iPhone products and its design patents.

1    **7. Daniele De Iuliis**: Apple c/o Morrison & Foerster LLP, 425 Market Street San
2    Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. De Iullis may testify regarding
3    the design and development of Apple's iPhone products and its design patents.

4    **8. Richard Howarth**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San
5    Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Howarth may testify regarding
6    the design and development of Apple's iPhone products and its design patents.

7    **9. Jonathan Ive**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco,
8    CA 94105-2482.   Telephone number 415-268-7000.   Mr. Ive may testify regarding the design
9    and development of Apple's products and its design patents.

10   **10. Greg Joswiak**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San
11   Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Joswiak may provide
12   testimony regarding the marketing of and consumer demand for the design of Apple's products.

13   **11. Eric Jue**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco,
14   California 94105-2482.   Telephone number 415-268-7000.   Mr. Jue may provide testimony
15   regarding the marketing of and consumer demand for the design of Apple's products.

16   **12. Duncan Kerr**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San
17   Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Kerr may testify regarding the
18   design and development of Apple's iPhone products, and its design patents.

19   **13. Richard "Chip" Lutton:**   Morrison & Foerster LLP, 425 Market Street San
20   Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Lutton is a former Apple
21   employee and may testify regarding Apple's licensing and awareness of patents, and Apple's
22   agreements and communications with third parties. Mr. Lutton may also provide testimony
23   regarding design of Apple products, Apple's licenses, and its licensing practices and policies.

24   **14. Stan Ng**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco,
25   California 94105-2482.   Telephone number 415-268-7000.   Mr. Ng may provide testimony
26   regarding the marketing of and consumer demand for the design of Apple's products.

27
28

**15. Arthur Rangel**:   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304.   Telephone number 650-813-5600.   Mr. Rangel may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

**16. Matthew Rohrbach**:   Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Rohrbach may testify regarding the design and development of Apple's iPhone products and its design patents.

**17. Douglas Satzger**:   Cooper & Scully, 100 California Street, San Francisco, California 94111.   Telephone number 415-956-9700. Mr. Satzger may testify regarding the design and development of Apple's iPhone products and its design patents.

**18. Phil Schiller:** Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Schiller may provide testimony regarding the marketing, advertising, and consumer demand for Apple's products.

**19. Steven Sinclair**:   Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Sinclair may provide testimony regarding the marketing of and consumer demand for the design of Apple's products, the design and development of Apple's iPhone products, and information regarding other mobile products in the market.

**20. Christopher Stringer:** Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.   Telephone number 415-268-7000.   Mr. Stringer is a former Apple employee who may provide testimony regarding Apple's design process, manufacturing, competitive analysis, and its design patents.

**21. Michael Tchao:**   Apple c/o Morrison & Foerster **LLP,** 425 Market Street San Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Tchao may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

**22. Boris Teksler**:   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304.   Telephone number 650-813-5600.   Mr. Teksler is a former Apple employee, was designated as an Apple corporate representative, and may testify regarding Apple's licensing,

awareness of patents, and supply agreements. Mr. Teksler may also provide testimony regarding Apple's licenses and licensing practices and policies.

23. **Sissie Twiggs:**   Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California, 94304. Telephone number 650-813-5600. Ms. Twiggs may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

24. **BJ Watrous**: Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California, 94304. Telephone number 650-813-5600. Mr. Watrous is an Apple employee. Mr. Watrous may provide testimony regarding Apple's licenses and licensing practices and policies.

25. **Eugene Whang**: Apple c/o Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Whang may testify regarding the design and development of Apple's iPhone products and its design patents.

26. **Tamara Whiteside:** Apple c/o Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California, 94304. Telephone number 650-813-5600. Ms. Whiteside may provide testimony regarding the marketing of and consumer demand for the design of Apple's products.

27. **Russell Winer:** c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105-2482. Telephone number 415-268-7000.  Dr. Winer may testify regarding the content of and subjects disclosed in his expert reports, including the Apple's brand and Apple's design.

28. **Cooper Woodring**:   Morrison & Foerster LLP, 425 Market Street San Francisco, CA 94105-2482.   Telephone number 415-268-7000.   Mr. Woodring may testify regarding the design and development of Apple's products and its design patents,

29. **Rico Zorkendorfer:** Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Zorkendorfer may testify regarding the design and development of Apple's iPhone products and its design patents.

30. **Sungyub Lee:** Bluebird Software, 1242 Gaepo 4-Dong, Kangnam-Gu, Seoul, Korea 135-964, Telephone number 82-70-7730-8008. Mr. Lee may testify regarding the Bluebird Pidion, including its design, development, and introduction to the market.

**31. Shin Nishibori:** Apple c/o Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105-2482. Telephone number 415-268-7000. Mr. Nishibori may testify regarding the design and development of Apple's iPhone products and its design patents.

DATED:   April 19, 2018                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ [Victoria F. Maroulis*
    John B. Quinn
    William C. Price
    Michael T. Zeller
    Kevin P.B. Johnson
    Victoria F. Maroulis

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC