# EXHIBIT 4

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| PX 12 | iPhone Television Advertisements | N/A | N/A | Greg Joswiak; Richard Howarth, Tony Blevins, Alan Ball, Susan Kare, Sam Lucente, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| PX 69 | J.D. Power & Associates: 2011 Wireless Smartphone Satisfaction Study, March 2011 | SAMNDCA10246338 | SAMNDCA10246445 | Greg Joswiak; Julie L. Davis; Michael Wagner; Justin Denison; Drew Blackard; Timothy Benner | AOM Identity, Damages |
| DX 511 | Japanese Design Patent JP D1241638 | SAMNDCA00255247 | SAMNDCA00255260 | Alan Ball, Susan Kare,  Sam Lucente | AOM Identity, Damages |
| DX 522 | MPCP Project 2006 | SAMNDCA00321382 | SAMNDCA00321427 | Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim; Jeeyeun Wang; Julie Davis; Michael Wagner | AOM Identity, Damages |
| DX 526 | Samsung F700 | N/A | N/A | Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim; Jeeyeun Wang; Julie Davis; Michael Wagner | AOM Identity, Damages |
| DX 534 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q2 | APLNDC0000036266 | APLNDC0000036348 | Tony Blevins; Phil Schiller; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 535 | ComTech United States Report Q1, 2011 | APLNDC0002831037 | APLNDC0002831088 | Tony Blevins; Phil Schiller; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 536 | IDC Worldwide Quarterly Mobile Phone Tracker - 2011 Q4 | APLDC-Y00000408211 | APLDC-Y00000408211 | Tony Blevins; Phil Schiller; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 537 | IDC Worldwide Quarterly Media Tablet Tracker - 2011 Q4 | APLNDC-Z0000000003 | APLNDC-Z0000000003 | Tony Blevins; Phil Schiller; Julie L. Davis; Michael Wagner | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 542 | iPhone US & WW Sales Data Q3FY07 – Q2FY12 | APLNDC0003149809 | APLNDC0003149814 | Tony Blevins; Mark Buckley; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 543 | iPhone Units/Revenue Report Q3FY07 - Q1FY12 (Domestic) | APLNDC-Y0000051357 | APLNDC-Y00000513362 | Tony Blevins; Mark Buckley; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 562 | March 8, 2006 email from R. Howarth to J. Ive | APLNDC0003040119 | APLNDC0003040124 | Richard Howarth; Phil Schiller; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Julie L. Davis; Michael Wagner; Christopher Stringer | AOM Identity, Damages |
| DX 566 | IReen Interactive Design - September 14, 2006 | SAMNDCA00321539 | SAMNDCA00321599 | Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim; Jeeyeun Wang; Julie Davis; | AOM Identity, Damages |
| DX 572 | April 15, 2011 email string, subject: "Re: iPhone v Android Preso", with Smartphone Market Study US January 2011 attached | APLNDC0002007608 | APLNDC0002007704 | Phil Schiller; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 578 | April 14, 2010 email string and meeting agenda, subject : "iPhone 'firsts'" | APL-ITC796-0000119763 | APL-ITC796-0000119767 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 581 | Worldwide iPhone Q3'10 Performance Summary, July 7, 2010 | APL7940000082356 | APL7940000082378 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 586 | Samsung-Apple Licensing Discussion, October 5, 2010 | APLNDC00010886 | APLNDC00010903 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller;  Boris Teksler; BJ Watrous; Mark Buckley; Michael Wagner; Julie L. Davis | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 587 | Worldwide iPhone Q4 '10 Performance Summary, October 6, 2010 | APL7940001120491 | APL7940001120512 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 589 | Worldwide iPhone Q1 '11 Performance Summary, January 5, 2011 | APL7940000102312 | APL7940000102332 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 592 | ComTech United States Report Q4, 2010 | APLNDCAL0010809 | APLNDCAL0010809.54 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 594 | March 10, 2011 email string, subject: "Android shipments grow 1580%, now 'king of the hill' in Europe" | APL-ITC796-0000074705 | APL-ITC796-0000074708 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 595 | droid Market Overview, CY10 Q4 | APLNDC00004618 | APLNDC00004736 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 596 | MPCP Project 2006 | SAMNDCA00321659 | SAMNDCA00321679 | Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim; Jeeyeun Wang; Julie Davis; Michael Wagner | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 601 | October 20, 2010 email string, subject: Joz Q4 Earnings Notes | APL-ITC796-0000119893 | APL-ITC796-000011919 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 605 | ComTech United States Report Q4, 2011 | APLNDC-Y0000148505 | APLNDC-Y0000148555 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 625 | MPCP Project 2006: Rendering Stage | SAMNDCA00321707 | SAMNDCA00321766 | Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim; Jeeyeun Wang; Julie Davis, Michael Wagner | AOM Identity, Damages |
| DX 676 | Samsung financial spreadsheet  (updated for new trial) | SAMNDCA00402074 | SAMNDCA00402075 | Tim Sheppard; Dongwook Kim; Kyuhyun Han;  Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 684 | Photographic summary of Samsung devices and translations of select pages | N/A | N/A | Jin Soo Kim; Justin Denison; Drew Blackard; JeeYeun Wang | AOM Identity, Damages |
| DX 701 | Summaries of Apple's Consumer Surveys Pursuant to FRE 1006 (updated for new trial) | N/A | N/A | Michael Wagner | AOM Identity, Damages |
| DX 702 | Summaries of Data Concerning Hypothetical Design Around Cost Pursuant to FRE 1006 (updated for new trial) | N/A | N/A | Michael Wagner | AOM Identity, Damages |
| DX 703 | Summaries of Apple and Samsung ASP Data Pursuant to FRE 1006 (updated for new trial) | N/A | N/A | Michael Wagner | AOM Identity, Damages |
| DX 704 | Summary of jury's liability findings for 16 products at issue in new trial (updated for new trial) | N/A | N/A | Michael Wagner | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 709 | Competitive analysis document | APL7940014663269 | APL7940014663279 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 711 | Competitive update presentation | APLNDC0001531935 | APLNDC0001531982 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 712 | Internal Apple email regarding competitive phone tracker | APLNDC0002230186 | APLNDC0002230243 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 715 | Report: Mini-Teardown: Samsung Galaxy S (T-Mobile Vibrant) - iPod/iPhone New Tech - 8.10.10 | APL7940009836305 | APL7940009836317 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 727 | Korean Design Patent KR30-0418547 (N.B. Certified translation has unique bates range following original) | SAMNDCA00255321 | SAMNDCA00255329 | Alan Ball; Peter Bressler; Sam Lucente; Jinsoo Kim; JeeYeun Wang | AOM Identity, Damages |
| DX 728 | Japanese Design Patent JP D1241383 ( N.B. Certified translation has unique bates range following original) | SAMNDCA00255283 | SAMNDCA00255295 | Alan Ball; Peter Bressler; Sam Lucente; Jinsoo Kim; JeeYeun Wang | AOM Identity, Damages |
| DX 753 | Consolidated Financial Statements of Samsung Electronics Co., Ltd. and Subsidiaries as of December 31, 2011 | n/a | n/a | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Mark Buckley | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 754 | Apple 10-K Forms, 2007-2011 | APLNDC-Y0000134964 APLNDC-Y0000135409 | APLNDC-Y0000135265 APLNDC-Y0000135789 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Mark Buckley | AOM Identity, Damages |
| DX 755 | Apple iPhone Units / Revenue Report | APLNDC-Y0000051357 | APLNDC-Y0000051362 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Mark Buckley | AOM Identity, Damages |
| DX 756 | Apple iPhone Units / Revenue Report | APLNDC-Y0000408219 APLNDC0003149810 | APLNDC0003149814 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Mark Buckley | AOM Identity, Damages |
| DX 757 | Royalties Chart | APLNDC0001772330-R | APLNDC0001772336-R | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Mark Buckley | AOM Identity, Damages |
| DX 758 | Royalties Chart | APLNDC-Y0000236371-R | APLNDC-Y0000236405-R | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Mark Buckley | AOM Identity, Damages |
| DX 760 | January 15, 2009 email from G. Joswiak to P. Oppenheimer | APLNDC0002094897 | APLNDC0002094898 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Mark Buckley | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 762 | October 31, 2010 email from S. Jobs to S. Forstall | APLNDC0001324916 | APLNDC0001324917 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Mark Buckley; Scott Forstall | AOM Identity, Damages |
| DX 764 | 09-01-11 E-mail from Rangel to Ng (Ng, Exh 2) September 1, 2011 email from A. Rangel to S. Ng | APLNDC0001867475 | APLNDC0001867477 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Mark Buckley | AOM Identity, Damages |
| DX 765 | Email from G. Joswiak with attached "earnings call transcript," attachment dated July 22, 2010 | APL-ITC796-0000071024 | APL-ITC796-0000071048 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Mark Buckley | AOM Identity, Damages |
| DX 767 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q4 | APLNDC-X0000006548 | APLNDC-X0000006647 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Mark Buckley | AOM Identity, Damages |
| DX 772 | iPhone Buyer Survey, Apple Market Research & Analysis, FY10 - Q2 | APLNDC-Y0000026687 | APLNDC-Y0000026807 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Mark Buckley | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 773 | iPhone Buyer Survey, Apple Market Research & Analysis, FY10 - Q3 | APLNDC-Y0000027136 | APLNDC-Y0000027255 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Mark Buckley | AOM Identity, Damages |
| DX 774 | iPhone Buyer Survey, Apple Market Research & Analysis, FY10 - Q4 | APLNDC-Y0000027256 | APLNDC-Y0000027340 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Mark Buckley | AOM Identity, Damages |
| DX 775 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q1 | APLNDC-Y0000027341 | APLNDC-Y0000027422 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Mark Buckley | AOM Identity, Damages |
| DX 776 | iPhone Buyer Survey, Apple Market Research & Analysis, FY11 - Q3 | APLNDC0000036172 | APLNDC0000036265 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Mark Buckley | AOM Identity, Damages |
| DX 781 | Summaries of Samsung Profits Pursuant to FRE 1006 (updated for new trial) | N/A | N/A | Michael Wagner | AOM Identity, Damages |
| DX 937 | Cost Accounting: A Managerial Emphasis (Horngren, Datar, & Foster, 11th Ed.) | N/A | N/A | Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 938 | Apple Licensing Agreement with HTC | N/A | N/A | Tony Blevins; Phil Schiller; Boris Teksler; BJ Watrous; Mark Buckley; Julie L. Davis; Michael Wagner | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 939 | U.S. Senate Permanent Subcommittee on Investigations, Memorandum re: Offshore Profit Shifting and U.S. Tax Code, May 21, 2013 | N/A | N/A | Tony Blevins, Greg Joswiak, Phil Schiller; Mark Buckley; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 952 | Summary of Damages Calculations For New Trial | N/A | N/A | Michael Wagner | AOM Identity, Damages |
| DX 962 | Apple Demonstrative re Kare (PDX014) | N/A | N/A | Susan Kare; Sam Lucente; Michael Wagner | AOM Identity, Damages |
| JX 1009 | Intercept | AS28 | AS28 | Drew Blackard; Justin Denison; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim; JY Wang | AOM Identity, Damages |
| JX 1014 | Transform | AS41 | AS41 | Drew Blackard; Justin Denison; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim; JY Wang | AOM Identity, Damages |
| JX 1018 | Nexus S | AS32 | AS32 | Drew Blackard; Justin Denison; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim; JY Wang | AOM Identity, Damages |
| JX 1068 | U.S. Patent No. 7,456,893 | APLNDC-WH-A 0000018487 | APLNDC-WH-A 0000018500 | Sam Lucente; Jinsoo Kim; Justin Denison; Drew Blackard; Alan Ball; Karan Singh; Ravin Balakrishnan; Julie Davis; Michael Wagner | AOM Identity, Damages |
| JX 1069 | U.S. Patent No. 7,577,460 | APLNDC-WH-A 0000014727 | APLNDC-WH-A 0000014745 | Sam Lucente; Jinsoo Kim; Justin Denison; Drew Blackard; Alan Ball; Karan Singh; Ravin Balakrishnan; Julie Davis; Michael Wagner | AOM Identity, Damages |
| JX 1070 | U.S. Patent No. 7,675,941 | APLNDC-WH-A000009799 | APLNDC-WH-A000009815 | Sam Lucente; Jinsoo Kim; Justin Denison; Drew Blackard; Alan Ball; Karan Singh; Ravin Balakrishnan; Julie Davis; Michael Wagner | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| JX 1071 | U.S. Patent No. 7,698,711 | APLNDC-WH-A 0000017299 | APLNDC-WH-A 0000017307 | Sam Lucente; Jinsoo Kim; Justin Denison; Drew Blackard; Alan Ball; Karan Singh; Ravin Balakrishnan; Julie Davis; Michael Wagner | AOM Identity, Damages |
| JX 1072 | U.S. Patent No. 6,928,604 | APLNDC-WH-A 0000016618 | APLNDC-WH-A 0000016630 | Sam Lucente; Jinsoo Kim; Justin Denison; Drew Blackard; Alan Ball; Karan Singh; Ravin Balakrishnan; Julie Davis; Michael Wagner | AOM Identity, Damages |
| JX 1073 | U.S. Patent No. 7,447,516 | APLNDC-WH-A0000015619 | APLNDC-WH-A0000015645 | Sam Lucente; Jinsoo Kim; Justin Denison; Drew Blackard; Alan Ball; Karan Singh; Ravin Balakrishnan; Julie Davis; Michael Wagner | AOM Identity, Damages |
| JX 1086 | Korean design patent KR 30-0452985 | SAMNDCA00255357 | SAMNDCA00255365 | Alan Ball; Sam Lucente, Susan Kare; Drew Blackard; Justin Denison; Tim Sheppard; Jinsoo Kim; JY Wang | AOM Identity, Damages |
| JX 1087 | LG Chocolate | | | Alan Ball; Sam Lucente, Susan Kare; Drew Blackard; Justin Denison; Tim Sheppard; Jinsoo Kim; JY Wang | AOM Identity, Damages |
| JX 1093 | LG Prada Phone | | | Alan Ball; Sam Lucente, Susan Kare; Drew Blackard; Justin Denison; Tim Sheppard; Jinsoo Kim; JY Wang | AOM Identity, Damages |
| DX 2517 | November 18, 2008 email from H. Zhang to Isable-staff, subject "Competitive Analysis" | APL7940004187872 | APL7940004187872 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Scott Forstall | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 2519 | Presentation: Mini-Teardown Samsung Galaxy S (T-Mobile Vibrant) iPod/iPhone New Tech 8.10.10 | APL7940012391981 | APL7940012391993 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Scott Forstall | AOM Identity, Damages |
| DX 2520 | Email string ending in March 30, 2011 email from R. Huang to S. Forstall, subject: "Navigation on iPhone" | APLNDC0003062766 | APLNDC0003062768 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Scott Forstall | AOM Identity, Damages |
| DX 2522 | November 7, 2006 email T. Fadell to S. Jobs, et al., subject: "Samsung Unveils New Communications Device (AP)" | APLNDC00011256941 | APLNDC0001256943 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Scott Forstall | AOM Identity, Damages |
| DX 2534 | Motorola Atrix phone | | | Phil Schiller; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Itay Sherman; Robert Anders; Sam Lucente; Julie L. Davis; Michael Wagner; Alan Ball; Sam Lucente; Susan Kare | AOM Identity, Damages |
| DX 2535 | HTC Desire S phone | | | Phil Schiller; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Itay Sherman; Robert Anders; Sam Lucente; Julie L. Davis; Michael Wagner; Alan Ball; Sam Lucente; Susan Kare | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 2627 | 3GSM Congress Trade Show Report | APLNDC0002467894 | APLNDC0002467944 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Scott Forstall | AOM Identity, Damages |
| DX 2628 | CES & Macworld Trade Show Report | APL-ITC796-0000036567 | APL-ITC796-0000036615 | Tony Blevins; Richard Howarth; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Phil Schiller; Julie L. Davis; Michael Wagner; Scott Forstall | AOM Identity, Damages |
| DX 4500 | Strategy Analytics: April 2012 Report | SAMNDCA30008229 | SAMNDCA30008253 | Michael Wagner, Julie Davis; Drew Blackard; Justin Denison; Tim Benner | AOM Identity, Damages |
| DX 4501 | comScore, Using Consumer Insights to Uncover Opportunities in Next Generation Mobile Devices | SAMNDCA00230720 | SAMNDCA00230761 | Michael Wagner, Julie Davis; Drew Blackard; Justin Denison; Tim Benner | AOM Identity, Damages |
| DX 4502 | Strategy Analytics: August 2012 Report | SAMNDCA30008294 | SAMNDCA30008305 | Michael Wagner, Julie Davis; Drew Blackard; Justin Denison; Tim Benner | AOM Identity, Damages |
| DX 4503 | Strategy Analytics: March 2013 Report | SAMNDCA30008306 | SAMNDCA30008343 | Michael Wagner, Julie Davis; Drew Blackard; Justin Denison; Tim Benner | AOM Identity, Damages |
| DX 4504 | Nielsen: Q2 2012 Insights | SAMNDCA30008344 | SAMNDCA30008374 | Michael Wagner, Julie Davis; Drew Blackard; Justin Denison; Tim Benner | AOM Identity, Damages |
| DX 4505 | J.D. Power & Associates: 2012 Wireless Smartphone Satifaction Study, September 2012, Vol. 2 | SAMNDCA30008390 | SAMNDCA30008511 | Julie Davis; Drew Blackard; Justin Denison; Tim Benner | AOM Identity, Damages |
| DX 4506 | J.D. Power & Associates: 2012 Wireless Smartphone Satifaction Study, March 2012, Vol. 1 | SAMNDCA30008512 | SAMNDCA30008628 | Julie Davis; Drew Blackard; Justin Denison; Tim Benner | AOM Identity, Damages |
| DX 4507 | J.D. Power & Associates: 2011 Wireless Smartphone Satifaction Study, Nov. 2011, Vol. 2 | SAMNDCA00282033 | SAMNDCA00282088 | Michael Wagner, Julie Davis; Drew Blackard; Justin Denison; Tim Benner | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 4508 | Compilation of Teardowns of Samsung Phones from Third Parties | SAMNDCA30000001 | SAMNDCA30000053 | Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim; Drew Blackard; Justin Denison; Jeeyeun Wang; Tim Sheppard | AOM Identity, Damages |
| DX 4509 | Samsung Amended Bill of Materials | SAMNDCA30000054 | SAMNDCA30000054 | Tim Sheppard; Dongwook Kim; Kyuhyun Han; Justin Denison; Drew Blackard; Michael Wagner; Julie Davis | AOM Identity, Damages |
| DX 4510 | Samsung Manufacturing Spreadsheet | SAMNDCA30000055 | SAMNDCA30000055 | Tim Sheppard; Dongwook Kim; Kyuhyun Han; Justin Denison; Drew Blackard; Michael Wagner; Julie Davis | AOM Identity, Damages |
| DX 4511 | Compilation of Specification for Approval Documents | various | | Dongwook Kim; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim; Drew Blackard; Justin Denison; Jeeyeun Wang; Tim Sheppard | AOM Identity, Damages |
| DX 4512 | Compilation of User Manuals | various | | Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim; Drew Blackard; Justin Denison; Jeeyeun Wang; Tim Sheppard | AOM Identity, Damages |
| DX 4513 | Compilation of Service Manuals | various | | Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim; Drew Blackard; Justin Denison; Jeeyeun Wang; Tim Sheppard | AOM Identity, Damages |
| DX 4514 | Samsung Spreadsheet re: Sale of Components | SAMNDCA30007942 | SAMNDCA0007942 | Tim Sheppard; Dongwook Kim; Kyuhyun Han; Justin Denison; Drew Blackard; Michael Wagner; Jule Davis | AOM Identity, Damages |
| DX 4515 | Samsung Spreadsheet re: Sale of Components | SAMNDCA30007943 | SAMNDCA0007943 | Tim Sheppard; Dongwook Kim; Kyuhyun Han; Justin Denison; Drew Blackard; Michael Wagner; Jule Davis | AOM Identity, Damages |
| DX 4516 | Compilation of Documents Showing Sales of Samsung Components | various | | Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim; Drew Blackard; Justin Denison; Jeeyeun Wang; Tim Sheppard | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 4517 | Compilation of Videos Showing Disassemby of Samsung Phones | various | | Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim; Drew Blackard; Justin Denison; Jeeyeun Wang; Tim Sheppard | AOM Identity, Damages |
| DX 4518 | Compilation of Videos Showing Disassemby of iPhones | various | | Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim; Drew Blackard; Justin Denison; Jeeyeun Wang; Tim Sheppard | AOM Identity, Damages |
| DX 4519 | MacWorld 2010 Video [Introduction of iPhone 4] | SAMNDCA30008228 | SAMNDCA30008228 | Sam Lucente; Alan Ball; Susan Kare; Julie Davis; Greg Joswiak; Richard Howarth; Tony Blevins; Phil Schiller | AOM Identity, Damages |
| DX 4520 | Samsung Window Glass Spreadsheet | SAMNDCA30010151 | SAMNDCA30010151 | Tim Sheppard; Dongwook Kim; Kyuhyun Han; Justin Denison; Drew Blackard; Michael Wagner; Jule Davis | AOM Identity, Damages |
| DX 4521 | Samsung Spreadsheet | SAMNDCA30010153 | SAMNDCA30010153 | Tim Sheppard; Dongwook Kim; Kyuhyun Han; Justin Denison; Drew Blackard; Michael Wagner; Jule Davis | AOM Identity, Damages |
| DX 4522 | Compilation of Samsung GUI Guideline Documents | various | | Jeeyeun Wang; Sam Lucente; Michael Wagner; Susan Kare; Drew Blackard; Justin Denison | AOM Identity, Damages |
| DX 4523 | Articles regarding  Standard Essential Patents | SAMNDCA30011460 | SAMNDCA30011467 | Tim Sheppard; Dongwook Kim; Kyuhyun Han; Justin Denison; Drew Blackard; Michael Wagner; Jule Davis | AOM Identity, Damages |
| DX 4524 | Compilation of Information on Samsung Phones from GSM Arena | various | | Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim; Drew Blackard; Justin Denison; Jeeyeun Wang; Tim Sheppard | AOM Identity, Damages |
| DX 4525 | Compilation of Documents Showing Sales of iPhone Components | varous | | Sam Lucente; Alan Ball; Susan Kare; Tony Blevins; Richard Howarth; Greg Joswiak; Michael Wagner; Julie Davis | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 4526 | Apple information re: Repairs | SAMNDCA30015836 | SAMNDCA30015856 | Sam Lucente; Alan Ball; Susan Kare; Tony Blevins; Richard Howarth; Greg Joswiak; Michael Wagner; Julie Davis | AOM Identity, Damages |
| DX 4527 | Samsung Document re: Personnel | SAMNDCA30015885 | SAMNDCA30015885 | Sam Lucente; Michael Wagner; Kyuhyun Han; Dongwook Kim; Jinsoo Kim; Jeeyeun Wang; Drew Blackard; Justin Denison; Tim Sheppard | AOM Identity, Damages |
| DX 4528 | Samsung TV Advertisements | SAMNDCA00311579 SAMNDCA00312556 | SAMNDCA00311586 SAMNDCA00312565 | Sam Lucente; Alan Ball; Susan Kare; Drew Blackard; Justin Denison; Tim Sheppard | AOM Identity, Damages |
| DX 4529 | Photographs of Disassembled Phones | N/A | | Sam Lucente; Alan Ball; Susan Kare; Drew Blackard; Justin Denison; Tim Sheppard; Jinsoo Kim; Jeeyeun Wang | AOM Identity, Damages |
| DX 4530 | iPhone Window Glass Cost (Summary) | N/A | | Tony Blevins, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4531 | Other Intellectual Property Not Directed to AOMs at Issue (Summary) | N/A | | Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4532 | iPhone and iPod Touch Comparison (Summary) | N/A | | Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4533 | iPhone Memory Profit Comparison (Summary) | N/A | | Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4534 | Profit Comparison to Least Profitable Smartphone (Summary) | N/A | | Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4535 | Analysis of J.D. Power and & Associates Model of Importance of Attributes (Summary) | N/A | | Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4536 | Percent of Entire Profits Related to the AOMs (Summary) | N/A | | Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4537 | Samsung Profits Related to the AOMs (Excluding Negative Amounts) (Summary) | N/A | | Julie L. Davis; Michael Wagner | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 4538 | 1/23/2013 Email from Bob Ferrini to Nick Bartle | APLNDC630-0000845537 | APLNDC630-0000845543 | Greg Joswiak; Richard Howarth, Tony Blevins, Alan Ball, Susan Kare, Sam Lucente, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4539 | 7/13/2011 Email chain from Yvette Quiazon to James Imahiro | APLNDC630-0001315479 | APLNDC630-0001315498 | Greg Joswiak; Richard Howarth, Tony Blevins, Alan Ball, Susan Kare, Sam Lucente, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4540 | Internal Apple Presentation: "Samsung's brand update" | APLNDC630-0001351415 | APLNDC630-0001351428 | Greg Joswiak; Richard Howarth, Tony Blevins, Alan Ball, Susan Kare, Sam Lucente, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4541 | 2/1/2013 Email from James Vincent to Phil Schiller | APLNDC630-0001397337 | APLNDC630-0001397338 | Greg Joswiak; Richard Howarth, Tony Blevins, Alan Ball, Susan Kare, Sam Lucente, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4542 | 2/23/2013 Email from Phil Schiler to Bob Ferrini | APLNDC630-0001417236 | APLNDC630-0001417237 | Greg Joswiak; Richard Howarth, Tony Blevins, Alan Ball, Susan Kare, Sam Lucente, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4543 | 1/17/2013 iPhone Office Presentation | APLNDC630-0001467518 | APLNDC630-0001467580 | Greg Joswiak; Richard Howarth, Tony Blevins, Alan Ball, Susan Kare, Sam Lucente, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4544 | 3/8/2013 Email from Dennis Burke with attachment | APLNDC630-0001697453 | APLNDC630-0001697537 | Greg Joswiak; Richard Howarth, Tony Blevins, Alan Ball, Susan Kare, Sam Lucente, Julie L. Davis; Michael Wagner | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 4545 | Apple Costed BOM (iPhone 4) | APLNDC-Y0000051093 | APLNDC-Y0000051276 | Greg Joswiak; Richard Howarth, Tony Blevins, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4546 | Apple Costed BOM (iPhone 4) | APLNDC-Y0000051277 | APLNDC-Y0000051349 | Greg Joswiak; Richard Howarth, Tony Blevins, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4547 | Apple Costed BOM (Q1 2012) | APLNDC-Y0000051363 | APLNDC-Y0000051591 | Greg Joswiak; Richard Howarth, Tony Blevins, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4548 | Dow Corning Glass Pricing Presentation | APLNDC-WH0004005111 | APLNDC-WH0004005115 | Greg Joswiak; Richard Howarth, Tony Blevins, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4549 | Dow Corning Agreement & Letter | APLNDC-WH0004005116 | APLNDC-WH0004005155 | Greg Joswiak; Richard Howarth, Tony Blevins, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4550 | ComTech US Pricing Analysis | APLNDC0002521932 | APLNDC0002521964 | Greg Joswiak; Richard Howarth, Tony Blevins, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4551 | 10/25/2010 Email from Michael Tchao to Phil Schiller | APL-ITC796-0000510680 | APL-ITC796-0000510684 | Greg Joswiak; Richard Howarth, Tony Blevins, Julie L. Davis; Michael Wagner; Phil Schiller | AOM Identity, Damages |
| DX 4552 | Apple Financials: US Sales for iPod Touch and iPad, Q4 FY07 - Q3 FY12 | APLNDC-Y0000408212 | APLNDC-Y0000408218 | Greg Joswiak; Richard Howarth, Tony Blevins, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4553 | Apple Financials: Worldwide Sales for iPod Touch and iPad, Q4 FY07 | APLNDC-Y0000408224 | APLNDC-Y0000408231 | Greg Joswiak; Richard Howarth, Tony Blevins, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4554 | Apple Financials: GAAP Line of Business Reporting for iPhone, iPad, and iPod | APLNDC-Y0000408220 | APLNDC-Y0000408223 | Greg Joswiak; Richard Howarth, Tony Blevins, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4555 | Apple iPhone Summary, FY 2007 - FY 2012 | APLNDC0003149809 | APLNDC0003149814 | Greg Joswiak; Richard Howarth, Tony Blevins, Julie L. Davis; Michael Wagner | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 4556 | Apple FY12 iPhone Summary | APLNDC-Y0000408219 | APLNDC-Y0000408219 | Greg Joswiak; Richard Howarth, Tony Blevins, Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4557 | Graph of Patents Granted by Organization | Lucente Report Ex. 3 | | Sam Lucente, Drew Blackard, Justin Denison, Michael Wagner | AOM Identity, Damages |
| DX 4558 | Summary of Other Apple Design Patents | Lucente Report Ex. 5 | | Sam Lucente, Alan Ball, Susan Kare, Richard Howarth, Greg Joswiak | AOM Identity, Damages |
| DX 4559 | Apple Unasserted Design Patent - D580,387 | SAMNDCA00373548 | SAMNDCA00373551 | Sam Lucente, Alan Ball, Susan Kare, Richard Howarth, Greg Joswiak | AOM Identity, Damages |
| DX 4560 | Apple Unasserted Design Patent - D747,310 | SAMNDCA30011721 | SAMNDCA30011732 | Sam Lucente, Alan Ball, Susan Kare, Richard Howarth, Greg Joswiak | AOM Identity, Damages |
| DX 4561 | Apple Unasserted Design Patent - D789,926 | SAMNDCA30011759 | SAMNDCA30011766 | Sam Lucente, Alan Ball, Susan Kare, Richard Howarth, Greg Joswiak | AOM Identity, Damages |
| DX 4562 | Apple Unasserted Design Patent - D618,248 | SAMNDCA30011656 | SAMNDCA30011658 | Sam Lucente, Alan Ball, Susan Kare, Richard Howarth, Greg Joswiak | AOM Identity, Damages |
| DX 4563 | Apple Unasserted Design Patent - D659,160 | SAMNDCA30011686 | SAMNDCA30011689 | Sam Lucente, Alan Ball, Susan Kare, Richard Howarth, Greg Joswiak | AOM Identity, Damages |
| DX 4564 | Video of User Interface for D'305 Related Phones | N/A | | Sam Lucente; Susan Kare; Richard Howarth; Greg Joswiak; Tony Blevins; Julie Davis; Michael Wagner | AOM Identity, Damages |
| DX 4565 | Summary of Other Apple Utility Patents | Lucente Report Ex. 6 | | Sam Lucente, Alan Ball, Susan Kare, Richard Howarth, Greg Joswiak | AOM Identity, Damages |
| DX 4566 | Carrier Requirements Document for Galaxy S II (Skyrocket) - File Name "13289_441_SGH-I727 (September 14, 2011).xlsx" | SAMNDCA30008792 | SAMNDCA30008792 | Sam Lucente, Drew Blackard, Justin Denison, Jinsoo Kim, Alan Ball, Susan Kare | AOM Identity, Damages |
| DX 4567 | Summary of iPhone Announcement Press Releases | various | | Sam Lucente, Susan Kare, Alan Ball, Greg Joswiak, Richard Howarth | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 4568 | Summary of Specification for Approval Documents | Lucente Report Ex. 7 | | Sam Lucente, Doongwook Kim, Michael Wagner | AOM Identity, Damages |
| DX 4569 | Photographic Summary of Disassemblies and Component Articles of Manufacture | Lucente Report Ex. 8 | | Sam Lucente, Drew Blackard, Tim Sheppard, Alan Ball, Susan Kare, Jinsoo Kim | AOM Identity, Damages |
| DX 4570 | Compilation of Samsung Product Specifications | various | | Sam Lucente, Drew Blackard, Tim Sheppard, Alan Ball, Susan Kare, Jinsoo Kim | AOM Identity, Damages |
| DX 4571 | Samsung CAD files | SAMNDCA00507858; SAMNDCA00507896; SAMNDCA00507897; SAMNDCA00508305 | SAMNDCA00507858; SAMNDCA00507896; SAMNDCA00507897; SAMNDCA00508305 | Sam Lucente; Jinsoo Kim; Justin Denison; Drew Blackard; Tim Sheppard; Alan Ball; Susan Kare | AOM Identity, Damages |
| DX 4572 | Samsung Engineering Drawings - Exploded Views | Excerpts from SAMNDCA30007924; SAMNDCA30005047 | SAMNDCA30007941; SAMNDCA30005138 | Sam Lucente; Jinsoo Kim; Justin Denison; Drew Blackard; Tim Sheppard; Alan Ball; Susan Kare | AOM Identity, Damages |
| DX 4573 | Apple Engineering Drawings - Exploded Views | Excerpts from APLNDC-MCO-000001; APLNDC-MCO-000146 | APLNDC-MCO-000077; APLNDC-MCO-000231 | Sam Lucente, Alan Ball, Susan Kare, Richard Howarth, Tony Blevins, Greg Joswiak | AOM Identity, Damages |
| DX 4574 | Apple Repair Information | SAMNDCA30015836 | SAMNDCA30015856 | Sam Lucente, Alan Ball, Susan Kare, Richard Howarth, Tony Blevins, Greg Joswiak, Julie Davis | AOM Identity, Damages |
| DX 4575 | User Manual for Kitchen Oven | SAMNDCA30015857 | SAMNDCA30015883 | Sam Lucente; Alan Ball; Susan Kare | AOM Identity, Damages |
| DX 4576 | User Manual for Tesla | SAMNDCA30015271 | SAMNDCA30015472 | Sam Lucente; Alan Ball; Susan Kare | AOM Identity, Damages |
| DX 4577 | Summary of Smartphone Evolution | Lucente Report Ex. 9 | | Sam Lucente; Jinsoo Kim; Alan Ball; Susan Kare; Greg Joswiak; Tony Blevins; Richard Howarth | AOM Identity, Damages |
| DX 4578 | Samsung Model 38 (physical model and images) | APLNDC-Y0000233783 | APLNDC-Y0000233790 | Sam Lucente; Jinsoo Kim; Justin Denison; Drew Blackard; Alan Ball | AOM Identity, Damages |
| DX 4579 | Compilation of Early Icon Designs | | | Sam Lucente; Susan Kare; Jeeyeun Wang | AOM Identity, Damages |
| DX 4580 | Samsung Design Patent - D638,815 | SAMNDCA0035643 | SAMNDCA0035648 | Sam Lucente; Alan Ball; Susan Kare; Jeeyeun Wang; Jinsoo Kim | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 4581 | 11/28/2007 email from Jony Ive to Richard Howarth | APLNDC0001203432 | APLNDC0001203432 | Richard Howarth; Phil Schiller; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Julie L. Davis; Michael Wagner; Christopher Stringer | AOM Identity, Damages |
| DX 4582 | Design renderings of iPhones | APLNDC-NCC00000188 | APLNDC-NCC00000217 | Richard Howarth; Phil Schiller; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Julie L. Davis; Michael Wagner; Christopher Stringer | AOM Identity, Damages |
| DX 4583 | Richard Howarth Sketchbooks | APLNDC0000036618 | APLNDC0000036712 | Richard Howarth; Phil Schiller; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Julie L. Davis; Michael Wagner; Christopher Stringer | AOM Identity, Damages |
| DX 4584 | 4/18/20006 email from Richard Howarth to Richard Dinh et al | APLNDC0001205801 | APLNDC0001205801 | Richard Howarth; Phil Schiller; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Julie L. Davis; Michael Wagner; Christopher Stringer | AOM Identity, Damages |
| DX 4585 | 7/20/2005 email from Richard Howarth to Jony Ive | APLNDC0001206276 | APLNDC0001206277 | Richard Howarth; Phil Schiller; Greg Joswiak; Eric Jue; Stan Ng; Arthur Rangel; Steven Sinclair; Julie L. Davis; Michael Wagner; Christopher Stringer | AOM Identity, Damages |
| DX 4586 | 7/6/2005 email from Richard Howarth to Jony Ive | APLNDC0001206271 | APLNDC0001206271 | Richard Howarth;  Greg Joswiak; Julie L. Davis; Michael Wagner | AOM Identity, Damages |
| DX 4587 | Disassembled Captivate | N/A | | Drew Blackard; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim | AOM Identity, Damages |
| DX 4588 | Disassembled Continuum | N/A | | Drew Blackard; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim | AOM Identity, Damages |
| DX 4589 | Disassembled Droid Charge | N/A | | Drew Blackard; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 4590 | Disassembled Epic 4G | N/A | | Drew Blackard; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim | AOM Identity, Damages |
| DX 4591 | Dissassembled Fascinate | N/A | | Drew Blackard; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim | AOM Identity, Damages |
| DX 4592 | Disassembled Galaxy S 4G | N/A | | Drew Blackard; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim | AOM Identity, Damages |
| DX 4593 | Disassembled Galaxy S II (AT&T) | N/A | | Drew Blackard; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim | AOM Identity, Damages |
| DX 4594 | Disassembled Galaxy S II (T-Mobile) | N/A | | Drew Blackard; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim | AOM Identity, Damages |
| DX 4595 | Disassembled Galaxy S II (Epic 4G Touch) | N/A | | Drew Blackard; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim | AOM Identity, Damages |
| DX 4596 | Disassembled Galaxy S II (Skyrocket) | N/A | | Drew Blackard; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim | AOM Identity, Damages |
| DX 4597 | Disassembled Gem | N/A | | Drew Blackard; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim | AOM Identity, Damages |
| DX 4598 | Disassembled Indulge | N/A | | Drew Blackard; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim | AOM Identity, Damages |
| DX 4599 | Disassembled Infuse 4G | N/A | | Drew Blackard; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim | AOM Identity, Damages |
| DX 4600 | Disassembled Mesmerize | N/A | | Drew Blackard; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim | AOM Identity, Damages |
| DX 4601 | Disassembled Showcase | N/A | | Drew Blackard; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 4602 | Disassembled Vibrant | N/A | | Drew Blackard; Tim Sheppard; Sam Lucente; Alan Ball; Susan Kare; Jinsoo Kim | AOM Identity, Damages |
| DX 4603 | Bluebird Pidion Images | various | | Sam Lucente; Alan Ball; Jinsoo Kim; Richard Howarth | AOM Identity, Damages |
| DX 4604 | Pre-iPhone Phone Designs (Summary) | various | | Sam Lucente; Alan Ball; Susan Kare; Richard Howarth; Jinsoo Kim; Jeeyeun Wang; Greg Joswiak; Tony Blevins; Julie Davis; Drew Blackard; Justin Denison | AOM Identity, Damages |
| DX 4605 | Images of Assorted Third Party Phones (Summary) | N/A | | Sam Lucente; Alan Ball; Susan Kare; Richard Howarth; Jinsoo Kim; Jeeyeun Wang; Greg Joswiak; Tony Blevins; Julie Davis; Drew Blackard; Justin Denison | AOM Identity, Damages |
| DX 4606 | Feature Images of Samsung Phones (Summary) | N/A | | Sam Lucente; Drew Blackard; Justin Denison; Alan Ball; Susan Kare; Greg Joswiak; Julie Davis | AOM Identity, Damages |
| DX 4607 | Samsung Galaxy S II:  Launch Master Plan (March 15, 2011) | SAMNDCA00246395 | SAMNDCA00246472 | Sam Lucente; Drew Blackard; Justin Denison; Alan Ball; Susan Kare; Julie Davis; Michael Wagner | AOM Identity, Damages |
| DX 4608 | STA compilation of marketing materials | SAMNDCA00311349 | SAMNDCA00311456 | Sam Lucente; Drew Blackard; Justin Denison; Alan Ball; Susan Kare; Julie Davis | AOM Identity, Damages |
| DX 4609 | Samsung Omnia i900 | N/A | | Sam Lucente; Alan Ball; Susan Kare; Richard Howarth; Jinsoo Kim; Jeeyeun Wang; Greg Joswiak; Tony Blevins; Julie Davis; Drew Blackard; Justin Denison | AOM Identity, Damages |

Samsung's Trial Exhibits

| Trial Ex. No. | Description | BEGBATES | ENDBATES | Sponsoring Witness | Purpose |
|---|---|---|---|---|---|
| DX 4610 | Samsung Omnia i8910 | N/A | | Sam Lucente; Alan Ball; Susan Kare; Richard Howarth; Jinsoo Kim; Jeeyeun Wang; Greg Joswiak; Tony Blevins; Julie Davis; Drew Blackard; Justin Denison | AOM Identity, Damages |
| DX 4611 | Samsung Instinct | N/A | | Sam Lucente; Alan Ball; Susan Kare; Richard Howarth; Jinsoo Kim; Jeeyeun Wang; Greg Joswiak; Tony Blevins; Julie Davis; Drew Blackard; Justin Denison | AOM Identity, Damages |
| DX 4612 | Summary of Samsung Press Releases | various | | Sam Lucente; Drew Blackard; Justin Denison; Alan Ball; Susan Kare; Julie Davis | AOM Identity, Damages |
| DX 4613 | Photos of Samsung Products (Summary) | N/A | | Sam Lucente; Drew Blackard; Justin Denison; Jinsoo Kim; Jeeyeun Wang; Alan Ball; Susan Kare; Julie Davis | AOM Identity, Damages |
| DX 4614 | Apple Prototype 0373 | N/A | | Susan Kare; Richard Howarth; Greg Joswiak; Tony Blevins | AOM Identity, Damages |

| | Document Listed Solely for the Purpose of Appeal | | | | |
|---|---|---|---|---|---|
| | Document re: Costs from Samsung Display Company | SDC000001 | SDC000001 | Michael Wagner | AOM Identity, Damages |