# EXHIBIT 5

*Apple Inc. v. Samsung Elecs. Co.*, No. 11-1846-LHK (NMC)

**2018 Remand Trial - Joint Exhibit List**

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|
| 1000 | | iPhone | AS237 | AS237 | | | |
| 1001 | | iPhone 3G | N/A | N/A | | | |
| 1002 | | iPhone 3GS | AS420 | AS420 | | | |
| 1003 | | iPhone 4 | AS423 | AS423 | | | |
| 1004 | | iPad | AS426 | AS426 | | | |
| 1005 | | iPad 2 | AS425 | AS425 | | | |
| 1006 | | iPad 3G | | | | | |
| 1007 | | Galaxy S (i9000) | AS18 | AS18 | | | |
| 1010 | | Galaxy S Vibrant | AS42 | AS42 | | | |
| 1011 | | Galaxy S Captivate | AS319 | AS319 | | | |
| 1012 | | Galaxy S Epic 4G | AS6 | AS6 | | | |
| 1013 | | Galaxy S Fascinate | AS145 | AS145 | | | |
| 1015 | | Galaxy S Mesmerize | AS316 | AS316 | | | |
| 1016 | | Galaxy S Continuum | AS315 | AS315 | | | |
| 1017 | | Galaxy S Showcase 500 | AS313 | AS313 | | | |
| 1019 | | Galaxy S 4G | AS469 | AS469 | | | |
| 1020 | | Gem | AS314 | AS314 | | | |
| 1022 | | Galaxy Prevail | AS320 | AS320 | | | |
| 1023 | | Nexus S4G | AS151 | AS151 | | | |
| 1024 | | Replenish | AS35 | AS35 | | | |
| 1025 | | Droid Charge | AS97 | AS97 | | | |
| 1026 | | Indulge | AS221 | AS221 | | | |
| 1027 | | Infuse 4G | AS310 | AS310 | | | |
| 1028 | | Exhibit 4G | AS9 | AS9 | | | |
| 1030 | | Galaxy Ace | AS12 | AS12 | | | |
| 1031 | | Galaxy S II (AT&T) | AS341 | AS341 | | | |
| 1032 | | Galaxy S II (i9100) | AS359 | AS359 | | | |
| 1033 | | Galaxy S II (T-Mobile) | AS88 | AS88 | | | |
| 1034 | | Galaxy S II (Epic 4G Touch) | AS123 | AS123 | | | |
| 1035 | | Galaxy S II (Skyrocket) | AS117 | AS117 | | | |
| 1036 | | Galaxy Tab | AS192 | AS192 | | | |
| 1037 | | Galaxy Tab 10.1 (WiFi) | 203 | 203 | | | |

*Apple Inc. v. Samsung Elecs. Co.* , No. 11-1846-LHK (NMC)

**2018 Remand Trial - Joint Exhibit List**

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|
| 1041 | 5/26/2009 | Certified copy of US D593,087 | APLNDC00030426 | APLNDC00030441 | | | |
| 1042 | 11/17/2009 | Certified copy of US D604,305, | APLNDC00030421 | APLNDC00030425 | | | |
| 1043 | 6/29/2010 | Certified copy of D618,677 | APLNDC00032473 | APLNDC00032478 | | | |
| 1045 | 12/23/2008 | Certified copy of US 7,469,381 | APLNDC00022467 | APLNDC00022527 | | | |
| 1046 | 1/4/2011 | Certified copy of US 7,864,163 | APLNDC00027870 | APLNDC00027921 | | | |
| 1047 | 12/23/2008 | Certified file history of US 7,469,381 | APLNDC00024705 | APLNDC00025379 | | | |
| 1049 | 1/4/2011 | Certified file history of US 7,864,163 | APLNDC00022528 | APLNDC00024334 | | | |
| 1062 | | File wrapper for U.S. D593,087 | APLPROS0000010774 | APLPROS0000011117 | | | |
| 1063 | | File wrapper for U.S. D604,305 | APLPROS0000011134 | APLPROS0000011368 | | | |
| 1064 | | File history  for U.S. D618,677 | APLPROS0000011597 | APLPROS0000011959 | | | |
| 1091 | | 2007 MacWorld Video | | | | | |
| 5000 | | Components of Galaxy S Vibrant Identified by Samsung as Alleged AOMs | | | | | |
| 5001 | | Components of Galaxy S Captivate Identified by Samsung as Alleged AOMs | | | | | |
| 5002 | | Components of Galaxy S Epic 4G Identified by Samsung as Alleged AOMs | | | | | |
| 5003 | | Components of Galaxy S Fascinate Identified by Samsung as Alleged AOMs | | | | | |
| 5004 | | Components of Galaxy S Mesmerize Identified by Samsung as Alleged AOMs | | | | | |
| 5005 | | Components of Galaxy S Continuum Identified by Samsung as Alleged AOMs | | | | | |
| 5006 | | Components of Galaxy S Showcase 500 Identified by Samsung as Alleged AOMs | | | | | |
| 5007 | | Components of Galaxy S 4G Identified by Samsung as Alleged AOMs | | | | | |
| 5008 | | Components of Gem Identified by Samsung as Alleged AOMs | | | | | |
| 5009 | | Components of Droid Charge Identified by Samsung as Alleged AOMs | | | | | |
| 5010 | | Components of Indulge Identified by Samsung as Alleged AOMs | | | | | |
| 5011 | | Components of Infuse 4G Identified by Samsung as Alleged AOMs | | | | | |

*Apple Inc. v. Samsung Elecs. Co.*, No. 11-1846-LHK (NMC)

**2018 Remand Trial - Joint Exhibit List**

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|
| 5012 | | Components of Galaxy S II (AT&T) Identified by Samsung as Alleged AOMs | | | | | |
| 5013 | | Components of Galaxy S II (T-Mobile) Identified by Samsung as Alleged AOMs | | | | | |
| 5014 | | Components of Galaxy S II (Epic 4G Touch) Identified by Samsung as Alleged AOMs | | | | | |
| 5015 | | Components of Galaxy S II (Skyrocket) Identified by Samsung as Alleged AOMs | | | | | |