[COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM** |

1

WHEREAS, Plaintiff Apple Inc. and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "the Parties") seek to use certain equipment and devices at trial starting on May 14, 2018;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED to by and between the Parties, subject to approval by the Court:

1. The Parties and their attorneys, paralegals, assistants, and consultants may bring laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector screens and carts, video distribution amplifiers, monitors, speakers, and various cables, cords and power strips, A/B switches, samples of the products at issue in this litigation, and related equipment into the courtroom for use at trial beginning on May 14, 2018;

2. Beginning at 9:00am on Friday, May 11, 2018, the Parties may have access to the courtroom to set up and test the above equipment so that the Parties will be prepared to proceed with trial as scheduled.

**IT IS SO STIPULATED.**

Dated: April 23, 2018

By: /s/ *Mark. D. Selwyn*

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
Nathan B. Sabri (CA SBN 252215)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

By: /s/ *Victoria F. Maroulis*

Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS, AMERICA, LLC

QUINN EMANUEL URQUHART & SULLIVAN LLP

John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

3

JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN THE COURTROOM
5:11-CV-0846-LHK

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Date: ___April 23___, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Lucy H. Koh
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**ATTESTATION**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: April 23, 2018                                            /s/ *Mark D. Selwyn*
                                                                              Mark D. Selwyn