[COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AUTHENTICITY OF DOCUMENTS** |

WHEREAS, Plaintiff Apple Inc. and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "the Parties") reaffirm that the Joint Stipulation and Order Regarding Authenticity of Documents (Dkt. 1226) continues to govern the introduction of evidence in this action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED to by and between the Parties, subject to approval by the Court:

1. For the avoidance of any doubt, the Joint Stipulation and Order Regarding Authenticity of Documents previously entered (Dkt. 1226) and confirmed before the trial in 2013 (Dkt. 2637) continues to bind the Parties and will govern the introduction of evidence at the trial scheduled to begin on May 14, 2018.

**IT IS SO STIPULATED.**

Dated: April 23, 2018

By: /s/ *Mark D. Selwyn*       By: /s/ *Victoria F. Maroulis*

| | |
|---|---|
| Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS, AMERICA, LLC |
| William F. Lee (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>Mark D. Selwyn (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>Erik J. Olson (CA SBN 175815)<br>ejolson@mofo.com<br>Nathan B. Sabri (CA SBN 252215)<br>nsabri@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br><br>John B. Quinn (Bar No. 90378)<br>johnquinn@quinnemanuel.com<br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Kathleen M. Sullivan (Bar No. 242261)<br>kathleensullivan@quinnemanuel.com<br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |

3

JOINT STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING AUTHENTICITY OF DOCUMENTS
5:11-CV-0846-LHK

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____April 23_____, 2018            _____*Lucy H. Koh*_____
                                                Honorable Lucy H. Koh
                                                United States District Judge

**ATTESTATION**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Joint Stipulation.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: April 23, 2018                                                         /s/  *Mark D. Selwyn*
                                                                                              Mark D. Selwyn