1  [COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **JOINT STIPULATION AND [PROPOSED] ORDER RE RULE 26 OBJECTIONS** |
| Defendants. | |

WHEREAS, Plaintiff Apple Inc. and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "the Parties") seek to modify the schedule for witness and exhibit objections;

WHEREAS, Federal Rule of Civil Procedure 26 directs the Parties to serve and file objections to exhibit lists and witness lists on May 3, 2018, fourteen days after the Parties served said lists (*see, e.g.*, Dkts. 1234, 1236, 2414, 2516, 2439 (objections filed by Parties in advance of previous trials));

WHEREAS, the Parties respectfully submit that objections to witnesses and exhibits are sufficiently addressed by the motion in limine and high priority objection process, without the need for additional lists of objections in advance of trial;

WHEREAS, the Parties stipulated to forgo such objections before the trial in Case No. 5:12-cv-00630-LHK (at Dkt. 1346) and before the trial in this action previously scheduled to begin on March 28, 2016 (Dkt. 3434);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED to by and between the Parties, subject to approval by the Court:

1. The Parties will not serve objections to exhibits identified on the Parties' exhibit lists, the Parties' joint exhibit list, or the Parties' witness lists (live or deposition) under the standard Rule 26 process, instead relying on their motions in limine, the high priority objection process, or other appropriate methods;

2. Objections are not waived for failure to serve such lists under Rule 26.

**IT IS SO STIPULATED.**

Dated: April 23, 2018

By: /s/ *Mark D. Selwyn*

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
Nathan B. Sabri (CA SBN 252215)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

By: /s/ *Victoria F. Maroulis*

Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS, AMERICA, LLC

QUINN EMANUEL URQUHART & SULLIVAN LLP

John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

3

JOINT STIPULATION AND [PROPOSED] ORDER RE RULE 26 OBJECTIONS
5:11-CV-0846-LHK

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Date: _____April 24_____, 2018                     *Lucy H. Koh*
4                                                            _____
                                                             Honorable Lucy H. Koh
                                                             United States District Judge

4

**ATTESTATION**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.

Dated: April 23, 2018                                              /s/  *Mark D. Selwyn*
                                                                              Mark D. Selwyn