United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., | Case No. 11-CV-01846-LHK |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| SAMSUNG ELECTRONICS CO. LTD., et al., | |
| Defendants. | |

In the interest of giving the parties advance notice, the Court issues the following rulings on pretrial deadlines and trial management:

JURY SELECTION: The Court will empanel 8 jurors.  Each side may exercise up to 3 peremptory challenges.

TIME LIMITS: The parties shall have 45 minutes per side for opening statements, 8 hours of evidence per side, and 1 hour per side for closing arguments.

PRELIMINARY JURY INSTRUCTIONS: The Court will file proposed preliminary jury instructions on May 1, 2018.  The parties shall file any objections by 11:00 a.m. on May 3, 2018.

FINAL JURY INSTRUCTIONS AND VERDICT FORM: The Court will file proposed final jury instructions and a proposed verdict form by May 7, 2018.  The parties shall file any objections by May 9, 2018.

1

OPENING STATEMENT DEMONSTRATIVES: The parties are limited to 40 demonstrative slides each for opening statements.  The parties shall file objections of no more than 6 pages each to opening statement demonstratives by 9:00 a.m. on May 10, 2018.

HIGH PRIORITY OBJECTIONS FOR FIRST DAY OF TRIAL: The parties shall file their high priority objections and responses for witnesses and evidence to be introduced on the first day of trial by 9:00 a.m. on May 11, 2018.

CLOSING ARGUMENT DEMONSTRATIVES: The parties are limited to 50 demonstrative slides each for closing arguments.  The parties shall file objections to closing argument demonstratives by 1:00 p.m. the day before closing arguments are to be given.

The remaining case schedule is as follows:

| Scheduled Event | Date |
| --- | --- |
| Deadline to File Jury Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | April 26, 2018 |
| Final Pretrial Conference | May 3, 2018 at 1:30 p.m. |
| Jury Trial | May 14, 2018 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: April 24, 2018

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

2

Case No. 11-CV-01846-LHK
CASE MANAGEMENT ORDER