| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   | John B. Quinn (Bar No. 90378) |
| 2 | johnquinn@quinnemanuel.com |
|   | William C. Price (Bar No. 108542) |
| 3 | williamprice@quinnemanuel.com |
|   | Michael T. Zeller (Bar No. 196417) |
| 4 | michaelzeller@quinnemanuel.com |
|   | 865 South Figueroa Street, 10th Floor |
| 5 | Los Angeles, California  90017-2543 |
|   | Telephone:  (213) 443-3000 |
| 6 | Facsimile:  (213) 443-3100 |
| 7 | Kathleen M. Sullivan (Bar No. 242261) |
|   | kathleensullivan@quinnemanuel.com |
| 8 | Kevin P.B. Johnson (Bar No. 177129) |
|   | kevinjohnson@quinnemanuel.com |
| 9 | Victoria F. Maroulis (Bar No. 202603) |
|   | victoriamaroulis@quinnemanuel.com |
| 10 | 555 Twin Dolphin Drive, 5th Floor |
|   | Redwood Shores, California  94065-2139 |
| 11 | Telephone:  (650) 801-5000 |
|   | Facsimile:  (650) 801-5100 |
| 12 | |
| 13 | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG |
| 14 | TELECOMMUNICATIONS AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S PROPOSED *VOIR DIRE* QUESTIONS** |
| vs. | Trial Date: May 14, 2018 |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | Pre-Trial Conference: May 3, 2018 |
| | Place: Courtroom 8, 4th Floor |
| | Judge: Hon. Lucy H. Koh |
| Defendants. | |

**SAMSUNG'S PROPOSED *VOIR DIRE* QUESTIONS**

Pursuant to the Court's Standing Order, defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung")[1] hereby submit the following *voir dire* questions.

1. Based on who the parties are in the case and the issues to be decided, would you please raise your hand if you have feelings about this case, the parties or the issues that may affect the way you decide this case?

2. If you look on your chairs, there is a list of lawyers, witnesses, and law firms that are involved in this case.  Would you please raise your hand if you are family, friends or acquaintances with any of them, know any of them, have heard or read about any of them, or have some prior knowledge of them?

3. Would you please raise your hand if you are family, friends or acquaintances with me or any of the court personnel?

4. Would you please raise your hand if you, a family member or close friend, currently or has ever worked for Apple, Samsung, Google, Motorola, HTC, Nokia, or Seagate?

5. Would you please raise your hand if you, a family member, or close friend have any business relationship with, or ownership or financial interest in Apple, Samsung, Google, Motorola, HTC, Nokia, or Seagate?

6. Would you please raise your hand if you have heard or read anything about the legal dispute between Apple and Samsung?

   a. If yes, what have you heard about the dispute? (*in private follow-up*)

   b. What is the source of the information you've heard or read about the dispute? (*in private follow-up*)

   c. Have you formed any impression of the dispute? (*in private follow-up*)

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

7. Would you please raise your hand if you have read any books or seen any movies about Apple, Steve Jobs or Samsung?

8. What kind of cell phone do you own now and have you owned in the past, and who has made them?

9. Would you please raise your hand if you currently own or have ever owned a product made by Apple or Samsung, other than a smartphone?

10. Would you please raise your hand if are you currently thinking about purchasing a Samsung or Apple product?

11. Would you please raise your hand if you knew, before today, that Apple is headquartered in Cupertino, California?

12. Would you please raise your hand if you knew, before today, that Samsung is headquartered in South Korea?

13. Would you please raise your hand if you feel that Asian companies do not compete fairly in the marketplace, even though you don't have any negative views of Asian countries or people.

14. Would you please raise your hand if you always try to buy products made in America?

15. Would you please raise your hand if you have been negatively impacted by the sale of foreign products in the United States?

16. Would you please raise your hand if you've ever owned a business?

17. Would you please raise your hand if you, a family member or close friend have ever applied for a patent, copyright, trademark or trade dress registration with the US Patent & Trademark Office?  If so, please explain what it was for, whether or not it was granted, and when it was.

18. Would you please raise your hand, if you, a family member or close friend have ever been involved in a dispute over a patent, copyright, trademark or trade dress?

19. Would you please raise your hand if you, a business you own or worked for, or anyone you know has ever been involved in a lawsuit?

20. Would you please raise your hand if you have ever served on a jury before?

21. Would you please raise your hand if you, a family member or close friend ever created or developed something, and you or they believed that the idea was taken from you or them?

22. Would you please raise your hand if you graduated from a 4-year college with a degree?

23. Would you please raise your hand if you, anyone in your family, or any close friends have any special training, education, or work experience in law, law firms or court systems?

24. Would you please raise your hand if you, anyone in your family, or any close friends have any special training, education or work experience in patents, copyrights, trademarks, or trade dresses?

25. Would you please raise your hand if you, anyone in your family or any close friends have any special training, education, or work experience in cell phone technology, software, design, manufacturing, or sales?

26. Would you please raise your hand if you, anyone in your family or any close friends have any special training, education, or work experience in accounting, finance or economics?

27. Would you please raise your hand if you, anyone in your family or any close friends have any special training, education, or work experience in licensing or contracts?

28. Would you please raise your hand if you, anyone in your family or any close friends have any special training, education, or work experience in science or engineering?

29. Would you please raise your hand if you, anyone in your family or any close friends have any special training, education, or work experience in graphic or industrial design?

30. Would you please raise your hand if you believe that the amount of money juries award in lawsuits has a positive impact on the way corporations conduct their business?

1  31. If you are selected to be a member of the jury, you must follow the law that I will
2  tell you to apply, disregarding your own ideas about what the law is or should be. Will you do
3  this?
4  32. Jurors have to listen to the testimony of the various witnesses and decide how much
5  or how little weight to give the testimony. Are you willing and able to do that?
6  33. Do you know of anything I haven't touched on that might affect your qualifications
7  or ability to serve as a juror in this case or prevent you from rendering an impartial verdict based
8  solely on the evidence and on my instructions to you about the law?

DATED: Apri 26, 2018                Respectfully submitted,

                                    QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP


                                    By */s/ Victoria F. Maroulis*
                                        John B. Quinn
                                        William C. Price
                                        Michael T. Zeller
                                        Kevin P.B. Johnson
                                        Victoria F. Maroulis

                                        Attorneys for SAMSUNG ELECTRONICS CO.,
                                        LTD., SAMSUNG ELECTRONICS AMERICA,
                                        INC. and SAMSUNG
                                        TELECOMMUNICATIONS AMERICA, LLC