ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK (NMC)<br><br>**APPLE'S PROPOSED *VOIR DIRE***<br><br>Place:     Courtroom 8, 4th Floor<br>Judge:    Hon. Lucy H. Koh<br>Trial:     May 14, 2018 |

1
2

## APPLE'S PROPOSED *VOIR DIRE* QUESTIONS

3
4

Pursuant to the Court's Guidelines for Final Pretrial Conference in Jury Trials, Apple hereby submits the following *voir dire* questions.

5
6
7

1.   How many of you have heard of the *Apple v. Samsung* trials that took place in 2012, 2013, and 2014?  Please just answer yes or no.  (If yes, side bar to probe knowledge about the prior trials.)

8
9

   a.   What do you know about the prior trials?

10

   b.   From what sources did you hear this information?

11

   c.   What do you believe the verdicts were?

12
13

   d.   Did you have any opinion whether the verdicts were correct or incorrect?  Why or why not?

14

   e.   Did you think the damage awards were too high, too low, or about right?

15
16
17

   f.   Is there anything about your opinions of the prior trials that would prevent you from being a fair and impartial juror on this case?

18
19
20

2.   Do you, a family member, or a close friend have any business relationship (including stock ownership) with any of the following companies:  Apple or Samsung?  (If yes, side bar to probe relationship to company/companies.)

21
22
23
24

3.   Do you have a favorable or unfavorable view of any of the following companies:  Apple or Samsung?  Just answer yes or no.  (If yes, side bar to probe opinions about the views of the company/companies.)

25
26
27

4.   Have you had any negative experiences with or have you heard or read any negative news stories about Apple or Samsung? (If yes, side bar to probe opinions about the views of the company/companies.)

28

5.   Do any of you have strong feelings or opinions about the United States patent system or intellectual property laws?

6.   Do any of you have strong feelings or opinions about damages awarded in patent cases?

7.   Do any of you believe that patents unfairly limit competition?

8.   Is there anyone on the panel who believes that certain kinds of ideas should not be patented?

9.   Do any of you, a family member, or close friend have any special training, education, or work experience in the following areas:

    a.   Law, law forms, court system;

    b.   Patents, copyrights, trademarks;

    c.   Design or industrial design;

    d.   Procurement of components for an electronic device or supply chain management;

    e.   Cell phone and/or computer tablet technology, manufacturing, or sales;

    f.   Computer technology, manufacturing, or sales;

    g.   Computer software and/or software development;

    h.   Accounting;

    i.   Marketing;

    j.   Contracts;

    k.   Research and development.

10.   Have any of your, or your spouses, ever owned a business?

    a.   What type of business?

11.   Have any of you ever been on a jury?

    a.   Was it a criminal or civil case?

    b.   What was the outcome?

1           c.       Were you the foreperson?

2      12.    Have any of you ever been involved in a lawsuit, as a plaintiff, defendant, or witness?

3           a.       What was your involvement and what happened?

4           b.       Were you satisfied with the outcome?

5      13.    Which of you owns a cell phone, mobile phone, and/or smartphone?

6           a.       Who makes your cell phone, mobile phone, and/or smartphone?

7           b.       Have you ever owned a cell phone, mobile phone, and/or smartphone made by

8                 Apple or Samsung?  Who made this phone?

9      14.    Which of you owns a tablet computer?

10          a.       Who makes your tablet computer?

11     15.    Which of you owns a laptop or desktop computer?

12          a.       Who makes your laptop or desktop computer?

13     16.    What is the highest level of education that you have completed?

14     17.    What is your current employment status?

15          a.       Who is your employer / last employer?

16          b.       How long have you worked or did you work for this employer?

17          c.       What are / were your job duties?

18          d.       Do / did you supervise others?

19          e.       If you are / were employed by the government or the military, what was the

20                highest rank or GS level you obtained?

21     18.    Is there anything that may affect your ability to serve as a juror in this case?

1    Dated: April 26, 2018                     WILMER CUTLER PICKERING
                                                   HALE AND DORR
2

3

4                                             By:    */s/ Mark D. Selwyn*
                                                     Mark D. Selwyn
5
                                              Attorneys for Plaintiff APPLE INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLE'S PROPOSED *VOIR DIRE*                                                      4
CASE NO. 11-CV-01846-LHK (NMC)

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 26, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's ECF system per Civil Local Rule 5-1.


*/s/ Mark D. Selwyn*
Mark D. Selwyn

APPLE'S PROPOSED *VOIR DIRE*
CASE NO. 11-CV-01846-LHK (NMC)

5