# EXHIBIT A

ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Plaintiff and
Counterclaim-Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE INC.'S PROPOSED VERDICT FORM** |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**FINDINGS ON APPLE'S DAMAGES CLAIMS**

1. **What is the total dollar amount that Apple is entitled to receive for Samsung's infringement of the D'677, D'087, and D'305 patents?**

    $_____

    **For the total dollar amount in your answer to Question 1, please provide the dollar breakdown by product.**

| Samsung Products | Damages For Infringement Of D'677, D'087, And D'305 Patents |
|---|---|
| Captivate (JX 1011) | |
| Continuum (JX 1016) | |
| Droid Charge (JX 1025) | |
| Epic 4G (JX 1012) | |
| Fascinate (JX 1013) | |
| Galaxy S 4G (JX 1019) | |
| Galaxy S II (AT&T) (JX 1031) | |
| Galaxy S II (Epic 4G Touch) (JX 1034) | |
| Galaxy S II (Skyrocket) (JX 1035) | |
| Galaxy S II (T-Mobile) (JX 1033) | |
| Galaxy S Showcase (JX 1017) | |
| Gem (JX 1020) | |
| Indulge (JX 1026) | |
| Infuse 4G (JX 1027) | |
| Mesmerize (JX 1015) | |
| Vibrant (JX 1010) | |

2. **What is the total dollar amount that Apple is entitled to receive for Samsung's infringement of the '381 and '163 patents?**

$_____

**For the total dollar amount in your answer to Question 2, please provide the dollar breakdown by product.**

| Samsung Products | Damages For Infringement Of '381 and '163 Patents |
|---|---|
| Captivate (JX 1011) | |
| Continuum (JX 1016) | |
| Droid Charge (JX 1025) | |
| Epic 4G (JX 1012) | |
| Fascinate (JX 1013) | |
| Galaxy S 4G (JX 1019) | |
| Galaxy S II (AT&T) (JX 1031) | |
| Galaxy S II (T-Mobile) (JX 1033) | |
| Gem (JX 1020) | |
| Indulge (JX 1026) | |
| Infuse 4G (JX 1027) | |
| Mesmerize (JX 1015) | |
| Vibrant (JX 1010) | |

Have the presiding juror sign and date this form.

Signed:_____ Date:_____

APPLE'S PROPOSED VERDICT FORM
CASE NO. 11-CV-01846-LHK

2

Dated: April 26, 2018

WILMER CUTLER PICKERING
   HALE AND DORR LLP

By: */s/ Mark D. Selwyn*
    MARK D. SELWYN

Attorneys for Plaintiff
APPLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 26, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

                                                  */s/ Mark D. Selwyn*
                                                  Mark D. Selwyn