# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD,<br>a Korean corporation;<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br>a New York corporation; and<br>SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC,<br>a Delaware limited liability company,<br><br>Defendants. | Case No. 11-CV-01846-LHK<br><br>VERDICT FORM |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

1. For the D'677 patent, what is the article of manufacture to which Samsung applied the patented design? Place an "X" below to indicate your finding.

    ____   A phone's round-cornered, black glass front face

    ____   An entire phone

2. For the D'087 patent, what is the article of manufacture to which Samsung applied the patented design? Place an "X" below to indicate your finding.

    ____   A phone's round-cornered, glass front face and surrounding rim or bezel

    ____   An entire phone

3. For the D'305 patent, what is the article of manufacture to which Samsung applied the patented design? Place an "X" below to indicate your finding.

    ____   A phone's display screen while displaying the single patented array of GUI icons

    ____   A phone's display screen

    ____   An entire phone

4. Please indicate for each design patent which form of monetary recovery you choose to award: either a reasonable royalty or Samsung's profits on the article of manufacture to which Samsung applied the patented design. Apple is entitled to only one form of recovery for each infringing sale. Place an "X" below to indicate each finding.

    i. For the D'677 patent:

        \_\_\_\_ Reasonable royalty

          or

        \_\_\_\_ Samsung's profits on the article of manufacture

    ii. For the D'087 patent:

        \_\_\_\_ Reasonable royalty

          or

        \_\_\_\_ Samsung's profits on the article of manufacture

    iii. For the D'305 patent:

        \_\_\_\_ Reasonable royalty

          or

        \_\_\_\_ Samsung's profits on the article of manufacture

5.  In the chart below, please indicate the amounts of monetary recovery that Apple is entitled to receive from Samsung based on your answers above, for (a) the D'677, D'087, and/or D'305 patent and (b) the '381 and/or '163 patent. You should only award damages for a product and a patent if that product was found to infringe that patent. The prior jury's findings of infringement for each product and patent are set forth in Preliminary Jury Instruction No. __.

If you choose to award a lump-sum reasonable royalty rather than a per-product reasonable royalty for either (a) the D'677, D'087, and/or D'305 patent or (b) the '381 and/or '163 patent, enter that amount in the bottom row only, and leave the product rows blank for that column.

If you choose to award any amount of Samsung's profits for a particular sale, you may not also award a reasonable royalty for that same sale.

|  | (a) D'677, D'087, and/or D'305 patent | (b) '381 and/or '163 patent | Total |
|---|---|---|---|
| **Captivate (JX 1011)** |  |  |  |
| **Continuum (JX 1016)** |  |  |  |
| **Droid Charge (JX 1025)** |  |  |  |
| **Epic 4G (JX 1012)** |  |  |  |
| **Fascinate (JX 1013)** |  |  |  |
| **Galaxy S 4G (JX 1019)** |  |  |  |
| **Galaxy S II (AT&T) (JX 1031)** |  |  |  |
| **Galaxy S II (Epic 4G Touch) (JX 1034)** |  | ■ |  |

|  | (a)<br>D'677, D'087, and/or D'305 patent | (b)<br>'381 and/or '163 patent | Total |
|---|---|---|---|
| **Galaxy S II (Skyrocket) (JX 1035)** |  | ■ |  |
| **Galaxy S II (T-Mobile) (JX 1033)** |  |  |  |
| **Gem (JX 1020)** |  |  |  |
| **Indulge (JX 1026)** |  |  |  |
| **Infuse 4G (JX 1027)** |  |  |  |
| **Mesmerize (JX 1015)** |  |  |  |
| **Galaxy S Showcase (i500) (JX 1017)** |  | ■ |  |
| **Vibrant (JX 1010)** |  |  |  |
| **OR**<br><br>**Lump Sum Reasonable Royalty** |  |  |  |

6.     After completing the chart above, please indicate below the total dollar amount that Apple is entitled to receive from Samsung:

$ _____

Have the presiding juror sign and date this form.

Signed: _____  Date:_____

       PRESIDING JUROR