ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>        Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S IDENTIFICATION OF DEPOSITION DESIGNATIONS AND OTHER DISCOVERY TO BE OFFERED AT TRIAL** |

Plaintiff Apple Inc. ("Apple") hereby identifies the excerpts of deposition testimony and other discovery that it may offer at trial other than solely for purposes of impeachment or rebuttal.  Apple does not waive its right to object (i) to the witness or to the use of testimony from a witness if the witness is called by Samsung, or (ii) to the use of the discovery response or disclosure if offered by Samsung.  Apple reserves the right to amend or supplement its designations of deposition testimony or other discovery, including in response to any evidence offered by Samsung at trial.

Apple also reserves the right to offer any discovery identified by Samsung.

## I.   DEPOSITION DESIGNATIONS

The excerpts of deposition testimony that Apple may offer at trial, other than solely for purposes of impeachment or rebuttal, are identified in the attached Exhibit A.

## II.   OTHER DISCOVERY

Apple may offer the following discovery at trial, including the documents incorporated by reference therein, other than discovery offered solely for purposes of impeachment or rebuttal:

1. Samsung's Objections and Responses to Plaintiff Apple Inc.'s First Set of Requests for Admission Regarding Articles of Manufacture, Responses to Requests Nos. 8-19, 213, 215.

Dated: April 30, 2018

*/s/ Mark D. Selwyn*
Mark D. Selwyn (SBN 244180)

*Attorney for Plaintiff Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 30, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

>  */s/ Mark D. Selwyn*
>  Mark D. Selwyn