QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S DEPOSITION DESIGNATIONS FOR MAY 14, 2018 TRIAL** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

Pursuant to the Court's Standing Order for Jury Trials and the parties' agreement to exchange page and line number in lieu of transcript excerpts, Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby submits its Deposition and Trial Designations for the following deponents:

1. Fred Anzures
2. Tony Blevins
3. Peter Bressler
4. Mark Buckley
5. Imran Chaudhri
6. Daniel Coster
7. Daniele De Iuliis
8. Richard Howarth
9. Jonathan Ive
10. Greg Joswiak
11. Eric Jue
12. Duncan Kerr
13. Sungyub Lee
14. Richard "Chip" Lutton
15. Stan Ng
16. Shin Nishibori
17. Arthur Rangel
18. Matthew Rohrbach
19. Douglas Satzger
20. Phil Schiller
21. Steven Sinclair
22. Christopher Stringer
23. Michael Tchao

1  24.   Boris Teksler

2  25.   Sissie Twiggs

3  26.   Eugene Whang

4  27.   Tamara Whiteside

5  28.   Russell Winer

6  29.   Rico Zorkendorfer

7

8       The designations of testimony by page and line number are attached as Exhibit A.

9  Samsung reserves its right to modify its designations.

10

11

12  DATED: April 30, 2018            Respectfully submitted,

13                                   QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP

14

15

16                                   By */s/ Victoria F. Maroulis*
                                        John B. Quinn
17                                      William C. Price
                                        Michael T. Zeller
18                                      Kevin P.B. Johnson
                                        Victoria F. Maroulis
19
                                        Attorneys for SAMSUNG ELECTRONICS CO.,
20                                      LTD., SAMSUNG ELECTRONICS AMERICA,
                                        INC. and SAMSUNG
21                                      TELECOMMUNICATIONS AMERICA, LLC

22

23

24

25

26

27

28