QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S DISCOVERY DESIGNATIONS FOR MAY 14, 2018 TRIAL** |

**SAMSUNG'S DISCOVERY DESIGNATIONS**

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby designate for use at trial the following written discovery responses.

1. Apple, Inc.'s Objections and Responses to Samsung's Second Set of Requests for Admission, Responses to Request Nos. 56, 61, 71, 81, 91
2. Apple, Inc.'s Objections and Responses to Samsung's Fourth and Fifth Sets of Requests for Admission, Responses to Request Nos. 1048, 1050-1051, 1067-1078, 1080-1095, 1104-1105, 1141, 1146, 1276-1280, 1282, 1444, 1474-1475, 2343, 2375, 2401-2408, 2418-2422, 2433-2439, 2445-2450, 2469-2473, 2497-2498
3. Apple, Inc.'s Objections and Responses to Samsung's Interrogatories to Apple Relating to Apple, Inc.'s Motion for a Preliminary Injunction, Responses to Request Nos. 1, 2, 3, 4, 6, 7
4. Apple, Inc.'s Amended Objections and Responses to Samsung's Interrogatory No. 7 to Apple Relating to Apple, Inc.'s Motion for a Preliminary Injunction
5. Apple, Inc.'s Second Amended Objections and Responses to Samsung's Interrogatory No. 7 to Apple Relating to Apple, Inc.'s Motion for a Preliminary Injunction
6. Apple, Inc.'s Corrected Amended Objections and Responses to Samsung's Interrogatory No. 7 to Apple Relating to Apple, Inc.'s Motion for a Preliminary Injunction
7. Apple's Supplemental Response to Samsung's Interrogatories 1, 3 and/or 6 to Apple Relating to Apple's Motion for Preliminary Injunction
8. Apple's Second Supplemental Response to Samsung's Interrogatories 1, 3 and/or 6 to Apple Relating to Apple's Motion for Preliminary Injunction
9. Apple, Inc.'s Objections and Responses to Samsung Electronics Co., Ltd.'s First Set of Interrogatories to Apple, Responses to Interrogatory Nos. 1, 3-8, 14-15, 18
10. Apple, Inc.'s Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple

11. Apple, Inc.'s Second Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple

12. Apple, Inc.'s Third Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple

13. Apple, Inc.'s Fourth Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple

14. Apple, Inc.'s Fifth Amended Objections and Response to Samsung's Interrogatory No. 1 to Apple

15. Apple, Inc.'s Amended Objections and Response to Samsung Electronics Co., Ltd.'s Interrogatory No. 5 to Apple, Inc.

16. Apple, Inc.'s Second Amended Objections and Response to Samsung Electronics Co., Ltd.'s Interrogatory No. 5 to Apple, Inc.

17. Apple, Inc.'s Supplemental Objections and Responses to Samsung's First Set of Interrogatories, Responses to Interrogatory Nos. 8, 14.

18. Apple's Second Supplemental Objection and Response to Samsung Electronics Co., Ltd.'s Interrogatory No. 14 to Apple, Inc.

19. Apple, Inc.s Amended Objections and Responses to Samsung Electronics Co., Ltd.'s Interrogatory Nos. 4, 6, 7, 16, 17, 18 to Apple, Inc., Responses to Interrogatory Nos. 4, 6, 7, 18

20. Apple, Inc.'s Corrected Amended Objections and Responses to Samsung Electronics Co., Ltd.'s Interrogatory Nos. 4, 6, 7, 16, 17, 18 to Apple, Inc., Responses to Interrogatory Nos. 4, 6, 7, 18

21. Apple, Inc.'s Objections and Responses to Samsung's Third Set of Interrogatories

22. Apple, Inc.'s Supplemental Objections and Responses to Samsung's Third Set of Interrogatories

23. Apple, Inc.'s Objections and Responses to Samsung's Fourth Set of Interrogatories, Responses to Interrogatory Nos. 61, 62, 68-72, 80

24. Apple's Objections And Responses To Samsung's First Set Of Requests For Admission Regarding Article Of Manufacture, Nos. 13, 14, 18, 19, 20, 21, 24, 25, 33, 34, 36, 37, 46.

25. Apple's First Amended Objections And Responses To Samsung's First Set Of Requests For Admission Regarding Article Of Manufacture, Nos. 30, 31, 32.

26. Apple's Objections And Responses To Samsung's Second Set Of Requests For Admission Regarding Article Of Manufacture, Nos. 47, 48, 49, 51

27. Apple's Objections And Responses To Samsung's First Set Of Interrogatories Regarding Article Of Manufacture, Nos. 2, 3, 6-9.

28. Apple's Fourth Supplemental Objections And Responses To Samsung's First Set Of Interrogatories Regarding Article Of Manufacture.

29. Apple's Fifth Supplemental Objections And Responses To Samsung's First Set Of Interrogatories Regarding Article Of Manufacture.

DATED: April 30, 2018

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Victoria F. Maroulis*
John B. Quinn
William C. Price
Michael T. Zeller
Kevin P.B. Johnson
Victoria F. Maroulis

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC