1  **Pierce Bainbridge Beck Price & Hecht LLP**
2  John M. Pierce (SBN 250443)
   john@piercebainbridge.com
3  600 Wilshire Boulevard, Suite 500
4  Los Angeles, California 90017-3212
   (213) 262-9333
5
6  Former attorney for
7  defendants
8
9              THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| **Apple Inc.**, a California corporation, | Case No. 5:11-cv-01846-LHK  Hon. Lucy H. Koh |
| plaintiff, | **Notice of Dissociation** |
| v. | |
| **Samsung Electronics Co. Ltd.,** a Korean corporation, **Samsung Electronics America, Inc.,** a New York corporation, **Samsung Telecommunications America, LLC**, a Delaware limited liability company, | |
| defendants. | |

1  TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE THAT John M. Pierce, formerly
3  associated with Quinn Emmanuel Urquhart & Sullivan, LLP, is no
4  longer practicing with the firm and hereby dissociates as counsel of
5  record for defendants Samsung Electronics Co. Ltd., Samsung
6  Electronics, America, Inc. and Samsung Telecommunications America,
7  LLC in the above captioned matter.

8

9  Dated: May 1, 2018          Respectfully submitted,
10

11                              **Pierce Bainbridge Beck Price &**
12                              **Hecht LLP**
13

14
                                By:  /s/ John M. Pierce
15                              John M. Pierce
16                              Former attorney for defendants Samsung Electronics Co., Ltd., Samsung
17                              Electronics America, Inc., Samsung
18                              Telecommunications America, LLC
19
20
21
22
23
24
25
26
27
28