PILLSBURY WINTHROP SHAW PITTMAN LLP
CHRISTOPHER E. STRETCH (SBN 166752) christopher.stretch@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Former Attorney for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, SAMSUNG ELECTRONIC AMERICA, INC., a New York corporation, SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No. 5:11-cv-01846-LHK<br>Hon. Lucy H. Koh<br><br>**NOTICE OF DISSOCIATION** |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

　　PLEASE TAKE NOTICE THAT Christopher E. Stretch, formerly associated with Quinn Emmanuel Urquhart & Sullivan, LLP, is no longer practicing with the firm and hereby dissociates as counsel of record for defendants Samsung Electronics Co., Ltd, Samsung Electronics, America, Inc. and Samsung Telecommunications America, LLC in the above captioned matter.

Dated: May 1, 2018　　　　　　　　　　　　　　Pillsbury Winthrop Shaw Pittman LLP

　　　　　　　　　　　　　　　　　　　　　　　By:　/S/ CHRISTOPHER E. STRETCH
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER E. STRETCH

　　　　　　　　　　　　　　　　　　　　　　Former Attorney for Defendants