ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S COMMENTS ON THE COURT'S TENTATIVE PRELIMINARY JURY INSTRUCTIONS (DKT. 3677)** |

1
2     Apple has no objections to the Court's Tentative Preliminary Jury Instructions (Dkt.
3  3677).
4     Apple clarifies that the product referenced in Footnote 1 of the Court's Tentative
5  Preliminary Jury Instructions (Dkt. 3677 at 27 n.1) is correctly referred to as the "Galaxy S II
6  (i9100)." *See, e.g.*, Dkt. 1931 at 2 (2012 Amended Jury Verdict); Dkt. 1611 at 1057, 1060 (2012
7  Day 4 Trial Transcript); Dkt. 1695 at 1752, 1754, 1829 (2012 Day 6 Trial Transcript); Dkt.
8  3592-25 at 5 (2018 Lucente Report).

9
10  Dated: May 3, 2018                                    */s/ Mark D. Selwyn*
                                                          Mark D. Selwyn (SBN 244180)
11
                                                          *Attorney for Plaintiff Apple Inc.*
12

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 3, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                */s/ Mark D. Selwyn*
                                                Mark D. Selwyn