UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD., et al., <br><br> Defendants. | Case No. 11-CV-01846-LHK <br><br> **FINAL PRETRIAL ORDER** |

Plaintiff's Attorneys: Bill Lee; Mark Selwyn; Joe Mueller; Amy Wigmore; Nathan Sabri; Erik Olson

Defendants' Attorneys: John Quinn; Victoria Maroulis; Bill Price; Carl Anderson; Brett Arnold

A final pretrial conference was held on May 3, 2018. At the pretrial conference, the Court made the following rulings on the record:

APPLE MOTION IN LIMINE #1: For the reasons stated on the record, the Court GRANTED Apple's first motion in limine to exclude Samsung's alleged independent development evidence, ECF No. 3646.

APPLE MOTION IN LIMINE #2: For the reasons stated on the record, the Court GRANTED IN PART Apple's second motion in limine to the extent Apple sought to prevent Samsung from (1) discussing Apple's decisions to assert or not to assert certain patents against third parties and (2) using evidence of unasserted patents to make an argument to the jury about the fairness or policy implications of § 289 damages.

1

Case No. 11-CV-01846-LHK
CASE MANAGEMENT ORDER

The Court DENIED IN PART Apple's second motion in limine insofar as Samsung will be permitted to introduce evidence that both Apple and Samsung have large patent portfolios related to smartphones.

Samsung shall file a brief of no more than three pages by May 7, 2018 that identifies the universe of specific unasserted patents it seeks to raise at trial and provides context for the relevance of the unasserted patents.  Samsung shall file copies of the specific patents it contemplates using as exhibits to its brief or shall provide the Court with chambers copies.  Apple shall file a response of no more than five pages by May 9, 2018.  Samsung shall file a reply of no more than three pages by May 10, 2018.

GALAXY S (i9000) AND GALAXY S II (i9100): For the reasons stated on the record, Apple will be permitted to introduce evidence related to the Galaxy S (i9000) and Galaxy S II (i9100) even though it does not seek damages on these products.

JOINT ENTITIES LIST: The parties shall file by May 7, 2018 a joint list of witnesses, deponents, attorneys, law firms, and trial dates and times for use at jury selection.  The parties shall also email a Microsoft Word version of the joint list to Ms. Mason.

JURY BINDERS: The parties shall prepare joint trial binders for the jury as they did in previous trials.  All material in the trial binders must be agreed upon by both sides.  The parties shall bring eight copies of the binders for the jury and four copies of the binders for the Court on May 11, 2018.

HIGH PRIORITY OBJECTIONS: High priority objections and responses will be limited to three pages each.

LIMITING INSTRUCTION RELATED TO CLAIM CONSTRUCTIONS AND PATENTS: The parties shall meet and confer to develop a joint proposed limiting instruction related to the use of the phrase "article of manufacture" in the claim constructions and patents.  The parties shall specify when they would like the limiting instruction to be given.  The parties shall file a joint proposal by May 8, 2018.

**IT IS SO ORDERED.**

Dated: May 3, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 11-CV-01846-LHK
CASE MANAGEMENT ORDER

2