WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Apple Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF WITHDRAWAL OF ANDREW LIAO** |

1  PLEASE TAKE NOTICE that Andrew Liao, formerly of WILMER CUTLER
2  PICKERING HALE AND DORR LLP hereby withdraws his appearance as counsel for Plaintiff
3  Apple Inc. in the above-captioned matter.  Additionally, the undersigned requests that he be
4  removed from the service list of Plaintiff's counsel.

Dated:  May 4, 2018      WILMER CUTLER PICKERING HALE
                         AND DORR LLP

                         By: /s/ Mark D. Selwyn
                             Mark D. Selwyn
                             950 Page Mill Road
                             Palo Alto, CA  94304
                             Telephone:  (650) 858-6000
                             Facsimile:   (650) 858-6100

                         Attorney for APPLE INC.