WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorneys for Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF WITHDRAWAL OF BRIAN SEEVE** |

PLEASE TAKE NOTICE that Brian Seeve, formerly of WILMER CUTLER PICKERING HALE AND DORR LLP hereby withdraws his appearance as counsel for Plaintiff Apple Inc. in the above-captioned matter.  Additionally, the undersigned requests that he be removed from the service list of Plaintiff's counsel.

Dated:  May 4, 2018	WILMER CUTLER PICKERING HALE
	  AND DORR LLP

	By: /s/ Mark D. Selwyn
	Mark D. Selwyn
	950 Page Mill Road
	Palo Alto, CA  94304
	Telephone:  (650) 858-6000
	Facsimile:   (650) 858-6100

	Attorney for APPLE INC.