1 | WILLIAM F. LEE (*pro hac vice*)
  | william.lee@wilmerhale.com
2 | WILMER CUTLER PICKERING
  | HALE AND DORR LLP
3 | 60 State Street
  | Boston, Massachusetts  02109
4 | Telephone:  (617) 526-6000
  | Facsimile:  (617) 526-5000

6 | MARK D. SELWYN (SBN 244180)
  | mark.selwyn@wilmerhale.com
7 | WILMER CUTLER PICKERING
  | HALE AND DORR LLP
8 | 950 Page Mill Road
  | Palo Alto, California  94304
9 | Telephone:  (650) 858-6000
  | Facsimile:  (650) 858-6100

Attorneys for Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL OF DEREK LAM** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

PLEASE TAKE NOTICE that Derek Lam, formerly of WILMER CUTLER PICKERING HALE AND DORR LLP hereby withdraws his appearance as counsel for Plaintiff Apple Inc. in the above-captioned matter. Additionally, the undersigned requests that he be removed from the service list of Plaintiff's counsel.

Dated: May 4, 2018

WILMER CUTLER PICKERING HALE
 AND DORR LLP

By: /s/ Mark D. Selwyn
Mark D. Selwyn
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Attorney for APPLE INC.