| | |
|---|---|
| 1 | WILLIAM F. LEE (*pro hac vice*) |
|   | william.lee@wilmerhale.com |
| 2 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 3 | 60 State Street |
|   | Boston, Massachusetts  02109 |
| 4 | Telephone:  (617) 526-6000 |
|   | Facsimile:  (617) 526-5000 |
| 5 | |
| 6 | MARK D. SELWYN (SBN 244180) |
|   | mark.selwyn@wilmerhale.com |
| 7 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 8 | 950 Page Mill Road |
|   | Palo Alto, California  94304 |
| 9 | Telephone:  (650) 858-6000 |
|   | Facsimile:  (650) 858-6100 |
| 10 | |
| 11 | Attorneys for Apple Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | Case No. 11-cv-01846-LHK |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL OF JEREMY S. WINER** |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1   PLEASE TAKE NOTICE that Jeremy S. Winer, formerly of WILMER CUTLER
2   PICKERING HALE AND DORR LLP hereby withdraws his appearance as counsel for Plaintiff
3   Apple Inc. in the above-captioned matter.  Additionally, the undersigned requests that he be
4   removed from the service list of Plaintiff's counsel.

6   Dated:  May 4, 2018           WILMER CUTLER PICKERING HALE
7                                                   AND DORR LLP

8                                          By:  /s/ Mark D. Selwyn
                                                    Mark D. Selwyn
9                                                   950 Page Mill Road
                                                    Palo Alto, CA  94304
10                                                 Telephone:  (650) 858-6000
                                                    Facsimile:   (650) 858-6100
11
12                                         Attorney for APPLE INC.