WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorneys for Apple Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF WITHDRAWAL OF VICTOR F. SOUTO** |

PLEASE TAKE NOTICE that Victor F. Souto, formerly of WILMER CUTLER PICKERING HALE AND DORR LLP hereby withdraws his appearance as counsel for Plaintiff Apple Inc. in the above-captioned matter.  Additionally, the undersigned requests that he be removed from the service list of Plaintiff's counsel.

Dated:  May 4, 2018

WILMER CUTLER PICKERING HALE
   AND DORR LLP

By: /s/ Mark D. Selwyn
Mark D. Selwyn
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100

Attorney for APPLE INC.