ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S WITHDRAWAL OF CERTAIN OBJECTIONS TO SAMSUNG'S PROPOSED FINAL JURY INSTRUCTION NO. 20 (DKT. 3672-2)** |

1  Apple respectfully withdraws the third paragraph of its objections to Samsung's Proposed Final Jury Instruction No. 20.  *See* Dkt. 3672-2 at 31 ("Apple also objects to Samsung's proposed instruction as inaccurate, confusing, misleading, and prejudicial to Apple.  For example, Samsung statement that "the specification must contain one or more drawings of the designs as well as a description of the drawings, and it serves as a single claim" is confusing and inaccurate.  Moreover, the Court has already construed the claims of the design patents-in-suit.").  Apple continues to object to Samsung's proposed instruction because it is barred by the law of the case and the Court's Groundhog Day rule.  *See id.* at 30-31.  Apple also continues to object to the proposed instruction because it is unnecessary in light of Preliminary Instruction No. 18 as adopted by the Court and Apple's Proposed Final Jury Instructions Nos. 20 and 24, which reflect instructions that the Court gave previously in 2013.  *See id.* at 30.

Dated: May 4, 2018

*/s/ Mark D. Selwyn*
Mark D. Selwyn (SBN 244180)

*Attorney for Plaintiff Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 4, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Mark D. Selwyn
Mark D. Selwyn