| | |
|---|---|
| ERIK J. OLSON (CA SBN 175815) | WILLIAM F. LEE (*pro hac vice*) |
| ejolson@mofo.com | william.lee@wilmerhale.com |
| NATHAN B. SABRI (CA SBN 252216) | WILMER CUTLER PICKERING |
| nsabri@mofo.com | HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 60 State Street |
| 425 Market Street | Boston, Massachusetts 02109 |
| San Francisco, California 94105-2482 | Telephone: (617) 526-6000 |
| Telephone: (415) 268-7000 | Facsimile: (617) 526-5000 |
| Facsimile: (415) 268-7522 | |
| | MARK D. SELWYN (CA SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone: (650) 858-6000 |
| | Facsimile: (650) 858-6100 |

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 11-cv-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **APPLE'S OBJECTIONS AND COUNTER-DESIGNATIONS TO SAMSUNG'S DEPOSITION DESIGNATIONS** |
| Defendants. | |

Subject to the parties' reservation of rights to revise and/or supplement their objections if necessary during the high-priority objection process, Apple submits the following objections and counter-designations to Samsung's deposition designations as filed and served on April 30, 2018. (Dkt. No. 3675.)

## I. OBJECTIONS TO SAMSUNG'S DEPOSITION DESIGNATIONS

Apple objects to Samsung's presentation of deposition testimony:

- From any witness who is available to testify live at trial.
- From any expert witness, including but not limited to Peter Bressler and Russell Winer.
- Concerning documents that were not timely disclosed on the parties' exhibit lists. (Dkts. 3661-3, 3661-4, 3661-5.)
- That has been excluded by any order of this Court, including any order issued during the May 3, 2018 Pretrial Conference.
- That violates the Court's "Groundhog Day" rules.

Apple objects to the presentation of irrelevant deposition testimony, including without limitation testimony relevant only to Samsung's counterclaims that were litigated in the first trial, testimony relevant only to trade dress claims or patent claims not at issue in the 2018 remand trial, and testimony relevant only to products not at issue in the 2018 remand trial.

Apple's specific objections and counter-designations to Samsung's individual deposition designations are contained in the attached Exhibit A. Apple reserves the right to modify or supplement these objections during the high-priority objection process at trial. Apple also reserves all objections to any underlying exhibits discussed in any testimony designated by Samsung during the high-priority objection process. Apple hereby counter-designates all testimony designated by Samsung and reserves the right to play any Samsung designations at trial as counter-designations in the event Samsung does not play them.

1  Dated: May 4, 2018

/s/ *Mark D. Selwyn*
Mark D. Selwyn (SBN 244180)
(mark.selwyn@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

William F. Lee (admitted pro hac vice)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 4, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Mark D. Selwyn*
Mark D. Selwyn