QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S OBJECTIONS AND COUNTER DESIGNATIONS TO APPLE'S DEPOSITION DESIGNATIONS** |

I.     **SAMSUNG'S OBJECTIONS TO APPLE'S DEPOSITION DESIGNATIONS**

Subject to the parties' reservation of rights to revise and/or supplement their objections if necessary during the high priority objection process, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby submit their objections and counter designations to Apple's counter deposition designations (Dkt. 3674).

Samsung's specific objections and counter designations to Apple's counter designations are attached as Exhibit A.   Additionally, Samsung objects to the presentation of irrelevant deposition testimony, including without limitation testimony relevant only to claims not at issue in the upcoming trial.   Samsung further objects to any deposition testimony from any witness who is available to testify live at trial.   Samsung hereby counter designates all testimony counter designated by Apple, and reserves the right to play any Apple counter designations at trial in the event Apple does not play them.   Samsung reserves the right to modify or supplement these objections during the high priority objection process at trial. Samsung also reserves all objections to any underlying exhibits discussed in any testimony designated by Apple.

DATED: May 4, 2018                         Respectfully submitted,

                                                     QUINN EMANUEL URQUHART &
                                                   SULLIVAN, LLP

By  */s/ Victoria F. Maroulis*
    John B. Quinn
    William C. Price
    Michael T. Zeller
    Kevin P.B. Johnson
    Victoria F. Maroulis

Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC