# EXHIBIT B

| DESCRIPTION | OBJECTIONS |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | **402** |
| LACKS FOUNDATION | **Lacks foundation** |
| CALLS FOR SPECULATION | **Speculation** |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE) | **602** |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | **802** |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING OR WASTE OF TIME) | **403** |
| MISLEADING | **Misleading** |
| BEST EVIDENCE | **1002** |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | **701** |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS) | **Beyond scope of designations** |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | **Incomplete** |
| BEYOND SCOPE OF 30(B)(6) NOTICE / QUESTIONS | **Beyond scope of 30(B)(6)** |
| VAGUE AND AMBIGUOUS | **Ambiguous** |
| ASKED AND ANSWERED | **Asked and answered** |
| ARGUMENTATIVE | **Argumentative** |
| IMPROPER / INCOMPLETE HYPOTHETICAL | **Hypothetical** |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | **501** |
| COMPOUND | **Compound** |
| MISCHARACTERIZATION | **Mischaracterization** |
| CALLS FOR LEGAL CONCLUSION | **Legal conclusion** |
| ASSUMES FACTS NOT IN EVIDENCE | **Assumes facts** |
| NON-RESPONSIVE | **Non-responsive** |
| NARRATIVE | **Narrative** |

1

2

| DESCRIPTION | OBJECTIONS |
|---|---|
| OVERLY BROAD | **Overbroad** |
| MISSTATES TESTIMONY | **Misstates testimony** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| OBJECTION TO TRANSLATION | **Translation** |
| LACK OF PERSONAL KNOWLEDGE OR COMPETENCY | **602** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| IMPROPER INCLUSION OF MULTIPLE DOCUMENTS AS ONE EXHIBIT/ VIOLATES COURT'S LIMIT ON NUMBER OF EXHIBITS | **I** |
| 2013 MOTION IN LIMINE # 1: EXCLUDE EVIDENCE CONCERNING ALLEGED COPYING OR WILLFULNESS | **2013-MIL 1** |