| | |
|---|---|
| ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>NATHAN B. SABRI (CA SBN 252216)<br>nsabri@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF APPEARANCE BY JAMES R. HANCOCK** |

NOTICE OF APPEARANCE BY JAMES R. HANCOCK
Case No. 11-cv-01846-LHK
sf-3897311

1    PLEASE TAKE NOTICE of the appearance of James R. Hancock of the law offices of
2  Morrison & Foerster LLP, as counsel of record for and on behalf of Plaintiff Apple Inc., in the
3  above-entitled matter for the purpose of receiving notices and orders from the Court. Copies of all
4  pleadings and notices pertaining to the above-entitled action not otherwise filed through the
5  Court's electronic filing system should be forwarded to counsel at the following address:

> James R. Hancock (State Bar No. 293786)
> MORRISON & FOERSTER LLP
> 755 Page Mill Road
> Palo Alto, CA 94304-1018
> TELEPHONE:   (650) 813-5600
> FACSIMILE:   (650) 494-0792
> E-Mail: JHancock@mofo.com

Dated: May 7, 2018                    MORRISON & FOERSTER LLP

                                      By:  /s/ James R. Hancock
                                           JAMES R. HANCOCK

                                           Attorney for Plaintiff
                                           APPLE INC.