1  [counsel listed on the last page]

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12  APPLE INC., a California corporation,        CASE NO. 11-cv-01846-LHK (NMC)

13            Plaintiff,                         **JOINT LIST OF WITNESSES,**
                                                 **DEPONENTS, ATTORNEYS AND LAW**
14        vs.                                    **FIRMS**

15  SAMSUNG ELECTRONICS CO., LTD., a
    Korean business entity; SAMSUNG
16  ELECTRONICS AMERICA, INC., a New             Judge: Hon. Lucy H. Koh
    York corporation; SAMSUNG                    Place: Courtroom 1, 5th Floor
17  TELECOMMUNICATIONS AMERICA,                  Trial: May 14, 2018 at 9 a.m.
    LLC, a Delaware limited liability company,
18
            Defendant.
19

20

21

22

23

24

25

26

27

28

1    Pursuant to the Court's request the parties submit this statement identifying witnesses,

2  deponents, attorneys and firms involved in this case, whose names should be presented to the jury,

3  as well as a list of trial dates and times to be used during jury selection.

| | | |
|---|---|---|
| Abramowitz, Anne | Bassett, David | Bridges, Kenneth |
| Abrams, William | Bauz, Nicholas | Briggs, Todd |
| Adams, William | Baxter, Alexander | Bright, Andrew |
| Agnetta, Bryan | Beard, Brooks | Brinkman, Paul F. |
| Agrawal, Ruchika | Becher, Robert | Brooks, Roger G. |
| Ahn, Deok Keun | Bedecarre, Albert P. | Brunner, Robert |
| Matthew | Bederson, Benjamin | Buckley, Mark |
| Ahn, Seung-Ho | Belville, Heather | Bundy, Stephen |
| Alden, Anthony | McCarthy | Burling, James |
| Allen, Randall | Benner, Timothy | Cacovean, Corina |
| Anders, Robert John | Benson, Joshua | Caracappa, John |
| Anders, John A. | Bettinger, Michael J. | Caruso, Margret |
| Anderson, Carl | Beyer, Tom | Cashman, Adam |
| Anzures, Fred | Blackard, Drew | Cederberg, Jon C. |
| Arnold, Brett J. | Blevins, Tony | Chan, Melissa D. |
| Bact, Rebecca | Bloch, David | Chang, Andrew |
| Baker, Michael J. | Bogue, Adam | Chang, Dong Hoon |
| Balakrishnan, Ravin | Borden, Kara | Chang, Esther |
| Balasubramanian, Priya | Borenstein, Ruth N. | Chapman, Greg |
| Ball, Alan | Bovich, John P. | Chaudhri, Imran |
| Barach, Katharine | Braley, Caleb | Chen, Stephanie |
| Barquist, Charles | Bramhall, Andrew | Chennakesavan, |
| Bartlett, Jason | Brandwajn, Xavier | Prashanth |
| Basinger, Charles A. | Bressler, Peter | Cheung, Benjamin |

JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW FIRMS

sf-3633944

| | | | |
|---|---|---|---|
| 1 | Chiate, Kenneth | Dodge, Chris | Gennari, Paul |
| 2 | Cho, Joon-Young | Donaldson, Richard | Givargis, Tony |
| 3 | Cho, Nara | Dosker, Mark | Goldenberg, Richard |
| 4 | Choi, Gee-sung | Dourish, Paul | Goldstein, Ryan S. |
| 5 | Choi, Sung Ho | Dowd, James | Golinveaux, Jennifer |
| 6 | Christie, Greg | Ducca, Marissa | Gordon, John |
| 7 | Chung, Minhyung | Duh, Christine | Gosler, Jared |
| 8 | Chung, Minn | Durrance, Nathaniel | Grant, James |
| 9 | Conley, Cira | Dyer, Jesse | Gray, Stephen |
| 10 | Coster, Daniel | Eddon, Guy | Gray, Mark |
| 11 | Cultice, Robert | Esch, Michael | Greenfield, Leon |
| 12 | Crone, Daryl | Estrich, Susan | Gunther, Jr., Robert |
| 13 | Currie, David C. | Eun, Sung-Ho | Hagberg, Karen |
| 14 | Daire, James | Ezgar, Geoffrey | Hagiz, Ron |
| 15 | Dalziel, Melissa | Fazio, Michael | Hall, Marcus T. |
| 16 | D'Amato, John P. | Fidler, Roger | Hall, Scott C. |
| 17 | Damstedt, Benjamin | Fitch, Patrick A. | Halling, Gary |
| 18 | Danford, Andrew | Flanagan, Mark | Hallwass, Ella |
| 19 | Danis, Mark | Fletcher, Lauren | Han, Kyuhyun |
| 20 | Davis, Julie | Flinn, Patrick | Han, Jefferson |
| 21 | De Iuliis, Daniele | Florance, Scott | Hancock, James |
| 22 | DeFranco, Edward | Forlines, Clifton | Hartman, Joshua |
| 23 | Demsher, Ronald | Forstall, Scott | Hauser, John |
| 24 | Denison, Justin | Frazier, Sarah | Hedge, Alan |
| 25 | DePuy, Brittany | Gallegos, Hector | Heimbold, Michael |
| 26 | Diener, Michael | Galvin, Michael | Heinrich, Alam |
| 27 | Dodd, Kimberly | Garcia, David | Hemminger, Steven |
| 28 | | | |

JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW FIRMS

| | | |
|---|---|---|
| Herriot, Liv | Kare, Susan | Kripke, Julia |
| Heyison, Michael | Kassabian, Rachel | Kuwayti, Ken |
| Hieta, Saku | Herrick | Kwak, Yong-Jun |
| Hill, Arthur Lee IV | Kaufman, Aaron S. | Lam, Derek |
| Ho, Francis | Kays, David | Lam, Ioi |
| Hoellwarth, Quin | Kelley, Chris | Landis, Ashleigh |
| Holmes, Drew | Kerr, Duncan | Lange, Jonathan |
| Hong, Wong Pyo | Kho, Wookyun | Lantier, Gregory |
| Hopenfeld, James | Kidman, Scott B. | Larivee, Brian |
| Horn, Steven | Kim, Chang-Ik | Lee, JuHo |
| Hotelling, Steve | Kim, Dongwook | Lee, JunWon |
| Howarth, Richard | Kim, Emilie | Lee, Kiwon |
| Huang, Eric | Kim, Esther | Lee, Min-Hyouk |
| Hung, Richard | Kim, Grant | Lee, Sungyub |
| Hutnyan, Diane C. | Kim, Hyong | Lee, Sanguen |
| Iancu, Andrei | Kim, Jinsoo | Lee, William |
| Ive, Jonathan | Kim, Seongwoo | Leefer, Nicholas |
| Jacobs, Michael | Kim, Soeng-Hun | Levin, Michael |
| Jacoby, Jacob | Kim, Young-Bum | Levy, Kfir |
| Jaeckel, Jeffery | Klestoff, Alexei | Liao, Andrew |
| Jenkins, Sara | Klivans, Peter | Libka, Hilary |
| Jeong, Moon-Sang | Knightly, Edward | Liddiard, Dylan |
| Johnson, Jeffrey | Kolovos, Peter | Lien, Henry |
| Johnson, Kevin P.B. | Koppleman, Ryan W. | Lin, Huan-Yi |
| Joswiak, Greg | Kramer, Karl | Ling, Qi |
| Jue, Eric | Kreeger, Matthew | Liu, Jennifer |
| Kamins, Michael | Krevans, Rachel | Londen, Jack |

-3-                    Case No. 11-cv-01846-LHK (NMC)
JOINT LIST OF WITNESSES, DEPONENTS, ATTORNEYS AND LAW FIRMS

| | | | |
|---|---|---|---|
| 1 | Looney, Christopher | Neill, Anna | Platzer, Andrew |
| 2 | Lucente, Sam | Nelson, David | Plunkett, Stuart |
| 3 | Lugo, Freeda | Ng, Stan | Poret, Hal |
| 4 | Lutton, Richard "Chip" | Nolan, Thomas | Posner, Daniel |
| 5 | Ma, Gary | Nishibori, Shin | Post, Doug |
| 6 | Mack, Brian E. | O'Brien, Vince | Prendergast, Mary |
| 7 | Mantis, George | Oh, Jeong Seok | Price, Christopher |
| 8 | March, Andrew | Olson, Erik | Price, William C. |
| 9 | Maroulis, Victoria | Olson, Karl | Proctor, B. Dylan |
| 10 | Martin, Joby | Ording, Bas | Prussia, Kevin |
| 11 | Martin, Joseph | Ordover, Janusz | Quarles, James |
| 12 | Mazza, Mia | Osman, Randa A. | Quinn, John B. |
| 13 | McAlhany, Jr., Robert | O'Sullivan, Melissa | Rahebi, Bita |
| 14 | McCauley, Robert | Overson, Wesley | Ramos, Carey |
| 15 | McElhinny, Harold | Paltian, Markus | Rangel, Arthur |
| 16 | McNeill, Mary H. | Park, Hyoung Shin | Rawson, Taryn S. |
| 17 | Merber, Kenneth | Park, Jaewoo | Reese, Michael R. |
| 18 | Miller, Brian | Park, Junho | Reichman, Courtland |
| 19 | Miller, Michelle | Park, Sang-Ryul | Rella, Angela |
| 20 | Milowic III, Joseph | Park, Seunggun | Rice, Edward H. |
| 21 | Monach, Andy | Pasternak, Thomas | Roarty, Sean |
| 22 | Morris, Marc | Patel, Ketan | Robinson, Christopher |
| 23 | Mosko, Scott R. | Pease, Thomas D. | Rogoyski, Robert |
| 24 | Mount, Christopher | Pendleton, Todd | Rohrbach, Matthew |
| 25 | Mueller, Joseph | Pernick, Marc J. | Rose, Jessica A. |
| 26 | Musika, Terry | Pieja, Michael | Rosenberg, Brian |
| 27 | Nam, Ki Hyung | Pierce, John | Rosenbrock, Karl Heinz |
| 28 | | | |

| | | | |
|---|---|---|---|
| 1 | Rossi, Peter | Sim, Jaehwang | Taylor, Jennifer |
| 2 | Rothkopf, Fletcher | Sinclair, Steven | Taylor, Stephen |
| 3 | Ruga, Dylan | Singer, Benjamin L. | Tchao, Michael |
| 4 | Ryu, DongSeok | Singer, David | Teece, David |
| 5 | Sabri, Nathan | Singh, Karan | Teksler, Boris |
| 6 | Sadowitz, Michael D. | Sittler, Ed | Teter, Timothy |
| 7 | Saito, Marina N. | Sohn, Dale | Trac, Bill |
| 8 | Saji, Michael | Solouki, Mona | Tucher, Alison |
| 9 | Satzger, Douglas | Sood, Sanjay | Tung, Mark |
| 10 | Saxton, Kate | Souto, Victor | Twiggs, Sissie |
| 11 | Scheibel, Eliza | Spooner, Leo | Tymann, Matthew |
| 12 | Schiller, Phil | Srivastava, Mani | Valerian, Xinying |
| 13 | Schin, MinCheol | Stake, Sam S. | Van Dam, Andries |
| 14 | Schmidt, Patrick T. | Stasik, Eric | Van Der Velde, Himke |
| 15 | Schroepfer, Peter | Steiger, Jon | Van Liere, Kent |
| 16 | Schwarz, David | Stern, Peter | Van Lieshout, Gert-Jan |
| 17 | Scott, Timothy | Stevens, Bethany | Verhoeven, Charles K. |
| 18 | Seares, Carrie | Stiernberg, Charlie | Voron, Vince |
| 19 | Seeve, Brian | Stone, Robert | Wagner, Michael |
| 20 | Selwyn, Mark | Stretch, Christopher E. | Walden, Samuel Calvin |
| 21 | Shah, Ali | Stringer, Chris | Walker, Curran M. |
| 22 | Shaul, David L. | Suh, Kenneth K. | Walker, Michael |
| 23 | Sheppard, Timothy | Sullivan, Kathleen | Walker, Nathan |
| 24 | Sherman, Itay | Syrett, Timothy | Wall, Eric |
| 25 | Shields, Patrick | Tallon, Nina | Walters, Eric |
| 26 | Shim, Jong-Wook | Tapernoux, Camila | Wang, Jeeyuen |
| 27 | Shin, Jaegwan | Tarango, Austin D. | Watrous, Bruce "BJ" |
| 28 | | | |

| | | |
|---|---|---|
| Watson, Scott | Williams, Tim | Yeo, JungMin |
| Watson, Thomas R. | Williamson, Richard | Yi, Sun-Young |
| Webster, James J. | Wilson, Robert | Yohannan, Kristin |
| Weinsten, Randal | Wiener, Christopher | Zadesky, Steve |
| Welton, Cleland | Wigmore, Amy | Zappin, Anthony J. |
| Whang, Eugene | Winer, Jeremy | Zeller, Michael T. |
| Whelan, Emily | Winer, Russell | Zhang, Patrick |
| White, Gabriel | Wolin, Michael | Zorkendorfer, Rico |
| Whitehurst, Alan L. | Woodring, Cooper | Zorn, Andre |
| Whiteside, Tamara | Yang, Woodward | |

Bridges & Mavrakakis LLP

Crone Hawxhurst LLP

Hopenfeld Singer Rice and Saito LLP

Morrison & Foerster LLP

Quinn Emanuel Urquhart & Sullivan, LLP

Steptoe & Johnson LLP

Wilmer Cutler Pickering Hale and Dorr LLP

The trial will take place on May 14, 15, 16, 17, and 18, daily from 9:00 a.m. to noon, and 1:00 p.m. to 4:30 p.m.

Dated: May 7, 2018

By:   */s/ Mark D. Selwyn*

Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC.

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Mark D. Selwyn (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Erik J. Olson (CA SBN 175815)
ejolson@mofo.com
Nathan B. Sabri (CA SBN 252215)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

By:   */s/ Victoria F. Maroulis*

Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

QUINN EMANUEL URQUHART & SULLIVAN, LLP

John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

**ATTESTATION**

I, Mark D. Selwyn, am the ECF User whose ID and password are being used to file this Joint List of Witnesses, Deponents, Attorneys and Law Firms.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Victoria F. Maroulis has concurred in this filing.


Dated:  May 7, 2018                                      /s/ Mark D. Selwyn
                                                                    Mark D. Selwyn