UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>　　　　Defendants. | Case No. 11-CV-01846-LHK<br><br>**TENTATIVE VERDICT FORM** |

The Court's tentative verdict form is attached as Exhibit A.  The parties shall file any comments to this verdict from by May 9, 2018.

**IT IS SO ORDERED.**

Dated: May 7, 2018

　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　United States District Judge

# EXHIBIT A

Case No. 11-CV-01846-LHK
TENTATIVE VERDICT FORM

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br>              Plaintiff, <br><br>     v. <br><br> SAMSUNG ELECTRONICS CO. LTD., et al., <br><br>              Defendants. | Case No. 11-CV-01846-LHK <br><br> **VERDICT FORM** |

    We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**FINDINGS ON APPLE'S DAMAGES CLAIMS**

1. What is the total dollar amount that Apple is entitled to receive for Samsung's infringement of the D'677, D'087, and D'305 patents?

    $_____.

2. For the total dollar amount in your answer to Question 1, please provide in the chart below the dollar breakdown for each product. Do not provide an answer for any cell that is blacked out.

| Samsung Product | D'305 Patent | D'677 Patent | D'087 Patent | Total |
|---|---|---|---|---|
| Captivate (JX 1011) |  | ■ | ■ |  |
| Continuum (JX 1016) |  | ■ | ■ |  |
| Droid Charge (JX 1025) |  | ■ | ■ |  |
| Epic 4G (JX 1012) |  | ■ | ■ |  |
| Fascinate (JX 1013) |  |  | ■ |  |
| Galaxy S 4G (JX 1019) |  |  |  |  |
| Galaxy S II (AT&T) (JX 1031) | ■ |  | ■ |  |
| Galaxy S II (Epic 4G Touch) (JX 1034) | ■ |  | ■ |  |
| Galaxy S II (Skyrocket) (JX 1035) | ■ |  | ■ |  |
| Galaxy S II (T-Mobile) (JX 1033) | ■ |  | ■ |  |
| Galaxy S Showcase (JX 1017) |  |  | ■ |  |
| Gem (JX 1020) |  | ■ | ■ |  |
| Indulge (JX 1026) |  | ■ | ■ |  |
| Infuse 4G (JX 1027) |  |  | ■ |  |
| Mesmerize (JX 1015) |  |  | ■ |  |
| Vibrant (JX 1010) |  |  |  |  |

4

Case No. 11-CV-01846-LHK
TENTATIVE VERDICT FORM

3. What is the total dollar amount that Apple is entitled to receive for Samsung's infringement of the '381 and '163 patents?

$_____.

4. For the total dollar amount in your answer to Question 3, please provide in the chart below the dollar breakdown for each product. Do not provide an answer for any cell that is blacked out.

| Samsung Product | '163 Patent | '381 Patent | Total |
|---|---|---|---|
| Captivate (JX 1011) | ■ | | |
| Continuum (JX 1016) | ■ | | |
| Droid Charge (JX 1025) | | | |
| Epic 4G (JX 1012) | | | |
| Fascinate (JX 1013) | | | |
| Galaxy S 4G (JX 1019) | | | |
| Galaxy S II (AT&T) (JX 1031) | | | |
| Galaxy S II (Epic 4G Touch) (JX 1034) | ■ | ■ | ■ |
| Galaxy S II (Skyrocket) (JX 1035) | ■ | ■ | ■ |
| Galaxy S II (T-Mobile) (JX 1033) | | ■ | |
| Galaxy S Showcase (JX 1017) | ■ | ■ | ■ |
| Gem (JX 1020) | ■ | | |
| Indulge (JX 1026) | ■ | | |
| Infuse 4G (JX 1027) | | | |
| Mesmerize (JX 1015) | | | |
| Vibrant (JX 1010) | ■ | | |

Have the presiding juror sign and date this form.

Signed:_____  Date:_____