# EXHIBIT A

US00D638815S

# (12) United States Design Patent
## Lee et al.

(10) Patent No.: **US D638,815 S**
(45) Date of Patent: ★★ **May 31, 2011**

| | | | | | |
|---|---|---|---|---|---|
| (54) | **MOBILE PHONE** | | | | |
| (75) | Inventors: | **Min-Hyouk Lee**, Seoul (KR); **Gi-Young Lee**, Seoul (KR) | | | |
| (73) | Assignee: | **Samsung Electronics Co., Ltd.**, Suwon-Si (KR) | | | |
| (**) | Term: | **14 Years** | | | |
| (21) | Appl. No.: | **29/368,873** | | | |
| (22) | Filed: | **Aug. 31, 2010** | | | |
| (30) | | **Foreign Application Priority Data** | | | |

Jun. 16, 2010   (KR) ........................ 30-2010-0026565

(51) **LOC (9) Cl.** .................................................. **14-03**
(52) **U.S. Cl.** ................................................ **D14/138 G**
(58) **Field of Classification Search** .............. D14/138 R, D14/138 AD, 138 AC, 138 C, 138 G, 191, D14/203.1–203.8, 496, 138 AA, 138 AB, D14/137, 147, 218, 341–347, 247–248; D10/65, D10/78, 104; D13/168; D18/7; 455/566, 455/575.1, 575.3, 575.4
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D530,698 | S | * | 10/2006 | Lee et al. ................. | D14/138 G |
| D532,791 | S | * | 11/2006 | Kim .......................... | D14/203.7 |
| 7,283,697 | B1 | * | 10/2007 | Morikuni et al. ............... | 385/14 |
| D556,211 | S | * | 11/2007 | Howard ....................... | D14/496 |
| D558,757 | S | * | 1/2008 | Andre et al. ................. | D14/341 |
| D559,220 | S | * | 1/2008 | Lee et al. .............. | D14/138 AD |
| D570,321 | S | * | 6/2008 | Choi et al. ............ | D14/138 AD |
| D572,694 | S | * | 7/2008 | Park .......................... | D14/138 G |
| D575,760 | S | * | 8/2008 | Kim et al. ................. | D14/138 G |
| D578,500 | S | * | 10/2008 | Lee et al. ................. | D14/138 G |
| D584,272 | S | * | 1/2009 | Chung et al. .............. | D14/138 G |
| D584,711 | S | * | 1/2009 | Kim et al. ................. | D14/138 G |
| D584,738 | S | * | 1/2009 | Kim et al. ..................... | D14/496 |
| D589,487 | S | * | 3/2009 | Park et al. ............. | D14/138 AD |
| D593,059 | S | * | 5/2009 | Kim et al. ................. | D14/138 G |
| D596,605 | S | * | 7/2009 | Son et al. .............. | D14/138 AD |
| D597,067 | S | * | 7/2009 | Oh et al. .................... | D14/203.7 |
| D597,512 | S | * | 8/2009 | Kim et al. ................. | D14/138 G |
| D606,129 | S | * | 12/2009 | Ben-Moshe ................. | D21/517 |
| D606,506 | S | * | 12/2009 | Choi et al. ............ | D14/138 AD |
| D615,083 | S | * | 5/2010 | Andre et al. ................. | D14/341 |
| D619,555 | S | * | 7/2010 | Yang et al. ................. | D14/138 G |
| D620,003 | S | * | 7/2010 | Chiang et al. ................. | D14/341 |
| D631,029 | S | * | 1/2011 | Park et al. ................. | D14/138 G |
| 2008/0227501 | A1 | * | 9/2008 | Joo et al. ......................... | 455/566 |
| 2010/0137031 | A1 | * | 6/2010 | Griffin et al. ................. | 455/566 |

OTHER PUBLICATIONS

HTC Desire HD, announced Sep. 2010, [online], [retrieved on Sep. 29, 2010]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

LG Optimus Chic E720, announced Jul. 2010, [online], [retrieved on Sep. 29, 2010]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

(Continued)

*Primary Examiner* — Bridget L Eland
(74) *Attorney, Agent, or Firm* — Staas & Halsey LLP

(57) **CLAIM**

The ornamental design for a mobile phone, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a mobile phone;
FIG. **2** is a front view of the mobile phone of FIG. **1**;
FIG. **3** is a rear view of the mobile phone of FIG. **1**;
FIG. **4** is a left-side view of the mobile phone of FIG. **1**;
FIG. **5** is a right-side view of the mobile phone of FIG. **1**;
FIG. **6** is a top plan view of the mobile phone of FIG. **1**; and,
FIG. **7** is a bottom plan view of the mobile phone of FIG. **1**.

**1 Claim, 4 Drawing Sheets**

DEFENDANT'S EXHIBIT
NO. 4580.001
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____ By: _____




SAMNDCA00365643

US D638,815 S

Page 2

## OTHER PUBLICATIONS

LG Optimus 2X, announced Dec. 2010, [online], [retrieved on Jan. 6, 2011]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

Motorola Atrix 4G, announced Jan. 2011, [online], [retrieved on Jan. 6, 2011]. Retrieved from Internet ,<URL: http://www.gsmarena.com>.*

\* cited by examiner

FIG. 1



SAMNDCA00365645

DEFENDANT'S EXHIBIT NO. 4580.004

U.S. Patent          May 31, 2011          Sheet 2 of 4          US D638,815 S



FIG.2          FIG.3

SAMNDCA00365646

FIG.4



FIG.5



SAMNDCA00365647

FIG.6



FIG.7



SAMNDCA00365648