# EXHIBIT C

US00D747310S

(12) **United States Design Patent**
Akana et al.

(10) Patent No.: **US D747,310 S**
(45) Date of Patent: ** ***Jan. 12, 2016**

(54) **ELECTRONIC DEVICE**

(71) Applicant: **Apple Inc.**, Cupertino, CA (US)

(72) Inventors: **Jody Akana**, San Francisco, CA (US);
**Bartley K. Andre**, Palo Alto, CA (US);
**Shota Aoyagi**, San Francisco, CA (US);
**Jeremy Bataillou**, San Francisco, CA
(US); **Daniel J. Coster**, San Francisco,
CA (US); **Daniele De Iuliis**, San
Francisco, CA (US); **M. Evans Hankey**,
San Francisco, CA (US); **Julian Hoenig**,
San Francisco, CA (US); **Richard P.
Howarth**, San Francisco, CA (US);
**Jonathan P. Ive**, San Francisco, CA
(US); **Duncan Robert Kerr**, San
Francisco, CA (US); **Matthew Dean
Rohrbach**, San Francisco, CA (US);
**Peter Russell-Clarke**, San Francisco,
CA (US); **Mikael Silvanto**, San
Francisco, CA (US); **Christopher J.
Stringer**, Woodside, CA (US); **Eugene
Antony Whang**, San Francisco, CA
(US); **Rico Zörkendörfer**, San
Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: This patent is subject to a terminal dis-
claimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/466,551**

(22) Filed: **Sep. 9, 2013**

(51) **LOC (10) Cl.** ............................................. **14-02**

(52) **U.S. Cl.**
USPC ...................................................... **D14/341**

(58) **Field of Classification Search**
USPC .............. D14/341–347, 137, 138 R, 138 AA,
D14/138 AB, 138 C, 138 G, 496, 203.1,
D14/203.3, 203.4, 203.7, 129, 130, 147,
D14/248, 250, 374, 385, 388, 389, 315–318,

D14/439, 126, 336, 339, 340; D10/104.1;
D21/329; 455/556.1, 556.2, 566,
455/575.1, 90.3; 379/433.04, 433.01,
379/433.06; 345/173, 901, 905;
361/679.26, 679.27, 679.3, 679.55,
361/679.56, 680–686; D6/308, 310;
348/373, 376; 248/917–924
CPC ........... A63H 33/3016; G06F 1/1613; H04M
1/0202; H04M 1/0279; H04M 1/0281; H04M
1/0283
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| 3,530,981 | A | * | 9/1970 | Wienecke, Jr. | ................. | 206/310 |
| 5,323,382 | A | * | 6/1994 | Takahashi | .................... | 720/728 |
| D351,158 | S | * | 10/1994 | Sacherman et al. | ...... | D14/137 |
| D372,981 | S | * | 8/1996 | McMahan et al. | .......... | D24/186 |
| D403,667 | S | * | 1/1999 | Musha | ........................ | D14/347 |
| 6,409,014 | B1 | * | 6/2002 | Hummell et al. | .......... | 206/308.1 |
| D462,560 | S | * | 9/2002 | Myers | ............................ | D6/632 |
| D469,109 | S | | 1/2003 | Jobs et al. | | |
| D494,189 | S | | 8/2004 | Ko et al. | | |
| 6,788,527 | B2 | | 9/2004 | Doczy et al. | | |
| D497,618 | S | | 10/2004 | Andre et al. | | |
| D502,703 | S | * | 3/2005 | Tsujimoto et al. | ......... | D14/346 |
| D506,476 | S | | 6/2005 | Andre et al. | | |
| 6,951,278 | B2 | * | 10/2005 | Pettigrew et al. | ......... | 206/308.1 |
| D516,576 | S | | 3/2006 | Ive et al. | | |
| D528,527 | S | * | 9/2006 | Lee et al. | ........... | D14/138 AB |
| D529,044 | S | | 9/2006 | Andre et al. | | |
| 7,181,256 | B2 | * | 2/2007 | Hyun et al. | ................. | 455/575.3 |
| D541,298 | S | | 4/2007 | Andre et al. | | |
| D548,745 | S | | 8/2007 | Andre et al. | | |
| D555,123 | S | * | 11/2007 | Mehandjiysky et al. | | D14/138 C |
| D560,228 | S | | 1/2008 | Andre et al. | | |
| D561,782 | S | | 2/2008 | Kim | | |
| D568,338 | S | | 5/2008 | Suk et al. | | |
| D570,346 | S | | 6/2008 | Suk et al. | | |
| D574,850 | S | * | 8/2008 | Zimman et al. | ............. | D14/496 |
| D581,385 | S | | 11/2008 | Park et al. | | |
| D597,521 | S | | 8/2009 | Andre et al. | | |
| D597,556 | S | | 8/2009 | Andre et al. | | |
| D602,016 | S | * | 10/2009 | Andre et al. | ................. | D14/341 |
| D604,713 | S | | 11/2009 | Andre et al. | | |
| D609,235 | S | * | 2/2010 | Leung et al. | ................. | D14/346 |
| D613,739 | S | * | 4/2010 | Wood et al. | ................. | D14/346 |
| D622,696 | S | | 8/2010 | Akana et al. | | |
| D627,476 | S | * | 11/2010 | Gaw et al. | ................. | D24/186 |





**DEFENDANT'S EXHIBIT
NO. 4560.001**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*

Date Admitted: _____ By: _____

SAMNDCA30011721

## US D747,310 S

Page 2

| | | | |
|---|---|---|---|
| D627,778 S | | 11/2010 | Akana et al. |
| D628,185 S | * | 11/2010 | Ng ....................... D14/138 AA |
| D637,620 S | * | 5/2011 | de Vilmorin et al. ........ D14/496 |
| D638,443 S | | 5/2011 | Akana et al. |
| D647,918 S | * | 11/2011 | Ledbetter et al. ........... D14/496 |
| D648,303 S | * | 11/2011 | Park et al. ............... D14/138 G |
| D664,111 S | * | 7/2012 | Ismail et al. ................. D14/137 |
| D674,382 S | * | 1/2013 | Andre et al. ................. D14/318 |
| D677,658 S | * | 3/2013 | Akana et al. ................. D14/341 |
| D684,571 S | | 6/2013 | Akana et al. |
| D685,367 S | * | 7/2013 | Akana et al. ................. D14/314 |
| D696,251 S | * | 12/2013 | Andre et al. ................. D14/341 |
| D706,303 S | * | 6/2014 | Woo et al. ................. D14/502 |
| D712,870 S | * | 9/2014 | Kim ....................... D14/203.7 |
| D718,271 S | * | 11/2014 | McTague et al. ........ D14/203.1 |
| D722,116 S | * | 2/2015 | Gottschalk ................. D21/332 |
| D724,060 S | * | 3/2015 | Ahn et al. ................... D14/218 |
| 2005/0014538 A1 | | 1/2005 | Hyun et al. |
| 2007/0082718 A1 | | 4/2007 | Yoon et al. |
| 2009/0057357 A1 | * | 3/2009 | Rohrbach et al. ............. 224/222 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 346128 S | 1/2013 |
| CN | 301923966 S | 5/2012 |
| JP | D1473781 | 7/2013 |
| JP | D1474566 | 7/2013 |
| JP | D1474567 | 7/2013 |
| JP | D1482812 | 10/2013 |
| JP | D1485690 | 12/2013 |
| JP | D1488530 | 1/2014 |
| JP | D1496834 | 9/2014 |
| TW | D139493 S | 3/2011 |

### OTHER PUBLICATIONS

Playinfinite, "iPhone 5S & 5C Leaks w/ iPhone 5 Comparison," accessed at https://www.youtube.com/watch?v=INDT3RtfmBw, published Aug. 13, 2013, 3 pages.

uSwitch Tech, "Leaked iPhone 5S 'Grey' Exclusive First Look—uSwitch.com," accessed at https://www.youtube.com/watch?v=z47pf6wxWOU, published Sep. 6, 2013, 2 pages.

GSMArena.com, "HTC Touch," (http://www.gsmarena.com/htc_touch-pictures-1999.php), accessed Aug. 6, 2007, 1 page.

Vilas-Boas, "Industrial Design Portfolio," (http://rdvb-designshowcase.blogspot.com/p/cheddar-1-2009.html), published 2009, 6 pages.

* cited by examiner

*Primary Examiner* — Barbara Fox
*Assistant Examiner* — Dana K Weiland
(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for an electronic device, as shown and described.

### DESCRIPTION

FIG. **1** is a bottom front perspective view of an electronic device showing our new design;
FIG. **2** is a front view thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a top view thereof;
FIG. **5** is a bottom view thereof;
FIG. **6** is a left view thereof;
FIG. **7** is a right view thereof;
FIG. **8** is a bottom front perspective view of an electronic device showing another embodiment of our new design;
FIG. **9** is a front view thereof;
FIG. **10** is a rear view thereof;
FIG. **11** is a top view thereof;
FIG. **12** is a bottom view thereof;
FIG. **13** is a left view thereof; and,
FIG. **14** is a right view thereof.
The Figures are illustrated to show contrasting appearance. The broken lines in the Figures show portions of the electronic device that form no part of the claimed design. The dot-dash lines in the figures show boundaries that form no part of the claimed design.

**1 Claim, 10 Drawing Sheets**

DEFENDANT'S EXHIBIT NO. 4560.003

U.S. Patent

Jan. 12, 2016

Sheet 1 of 10

US D747,310 S



*FIG. 1*

SAMNDCA30011723

DEFENDANT'S EXHIBIT NO. 4560.004



*FIG. 2*

SAMNDCA30011724

DEFENDANT'S EXHIBIT NO. 4560.005

**U.S. Patent**     Jan. 12, 2016     Sheet 3 of 10          US D747,310 S



*FIG. 3*

SAMNDCA30011725

Case 5:11-cv-01846-LHK   Document 3711-3   Filed 05/07/18   Page 7 of 13



*FIG. 4*



*FIG. 5*

SAMNDCA30011726

Case 5:11-cv-01846-LHK   Document 3711-3   Filed 05/07/18   Page 8 of 13



FIG. 6                    FIG. 7

SAMNDCA30011727

DEFENDANT'S EXHIBIT NO. 4560.008

U.S. Patent

Jan. 12, 2016

Sheet 6 of 10

US D747,310 S



*FIG. 8*

SAMNDCA30011728

DEFENDANT'S EXHIBIT NO. 4560.009

**U.S. Patent**      Jan. 12, 2016      Sheet 7 of 10      US D747,310 S



*FIG. 9*

SAMNDCA30011729

**U.S. Patent**          Jan. 12, 2016          Sheet 8 of 10          US D747,310 S



*FIG. 10*

U.S. Patent          Jan. 12, 2016          Sheet 9 of 10          US D747,310 S



*FIG. 11*



*FIG. 12*

FIG. 13          FIG. 14