# EXHIBIT D

US00D789926S

## (12) United States Design Patent
### Andre et al.

(10) Patent No.: **US D789,926 S**
(45) Date of Patent: ** **Jun. 20, 2017**

(54) **ELECTRONIC DEVICE**

(71) Applicant: **Apple Inc.**, Cupertino, CA (US)

(72) Inventors: **Bartley K. Andre**, Palo Alto, CA (US); **Daniel J. Coster**, San Francisco, CA (US); **Daniele De Iuliis**, San Francisco, CA (US); **Richard P. Howarth**, San Francisco, CA (US); **Jonathan P. Ive**, San Francisco, CA (US); **Steven P. Jobs**, Palo Alto, CA (US); **Duncan Robert Kerr**, San Francisco, CA (US); **Shin Nishibori**, Kailua, HI (US); **Matthew Dean Rohrbach**, San Francisco, CA (US); **Douglas B. Satzger**, Menlo Park, CA (US); **Calvin Q. Seid**, Palo Alto, CA (US); **Christopher J. Stringer**, Woodside, CA (US); **Eugene Antony Whang**, San Francisco, CA (US); **Rico Zörkendörfer**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/553,605**

(22) Filed: **Feb. 3, 2016**

**Related U.S. Application Data**

(60) Continuation of application No. 29/490,408, filed on May 9, 2014, which is a continuation of application
(Continued)

(51) **LOC (10) Cl.** .............................................. **14-02**
(52) **U.S. Cl.**
  USPC ...................................... **D14/341**
(58) **Field of Classification Search**
  USPC ............. D14/341–347, 137, 138 R, 138 AA, D14/138 AB, 138 C, 138 G, 203.1, 203.3,
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,424,630 | A | 7/1947 | Perez |
| D262,151 | S | 12/1981 | Sussman |

(Continued)

FOREIGN PATENT DOCUMENTS

| CN | 300721990 | 12/2007 |
| CN | 300732852 | 1/2008 |

(Continued)

OTHER PUBLICATIONS

"A Day in the Life of InfoLink," Stanford University Libraries, published May 1, 2003.

(Continued)

*Primary Examiner* — Barbara Fox
*Assistant Examiner* — Dana K Weiland
(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for an electronic device as shown and described.

**DESCRIPTION**

FIG. **1** is a bottom front perspective view of an electronic device showing the claimed design;
FIG. **2** is a bottom rear perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a top plan view thereof;
FIG. **6** is a bottom plan view thereof;
FIG. **7** is a left side view thereof; and,
FIG. **8** is a right side view thereof.
The broken lines in the figures show portions of the electronic device that form no part of the claimed design.

**1 Claim, 2 Drawing Sheets**

DEFENDANT'S EXHIBIT
NO. 4561.001
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____ By: _____



SAMNDCA30011759

### Related U.S. Application Data

No. 29/432,304, filed on Sep. 14, 2012, now Pat. No. Des. 704,701, which is a continuation of application No. 29/403,263, filed on Oct. 4, 2011, now Pat. No. Des. 672,769, which is a continuation of application No. 29/386,066, filed on Feb. 24, 2011, now abandoned, which is a continuation of application No. 29/364,190, filed on Jun. 21, 2010, now Pat. No. Des. 634,319, which is a continuation of application No. 29/332,683, filed on Feb. 23, 2009, now Pat. No. Des. 618,678, which is a division of application No. 29/282,831, filed on Jul. 30, 2007, now abandoned, which is a continuation of application No. 29/270,887, filed on Jan. 5, 2007, now Pat. No. Des. 580,387.

(58) **Field of Classification Search**
USPC ......... D14/203.4, 203.7, 129, 130, 147, 218, D14/247, 248, 332, 388, 389, 315–318, D14/420, 426, 429, 489, 492, 496; D10/50, 65, 104.1; D18/6; D21/329, D21/330; D6/308, 310
CPC .... G06F 1/1613; G06F 1/1647; G06F 1/1641; G06F 3/04883; G06F 3/0486; G06F 3/04847; G06F 3/04845; G06F 3/04817; G06F 3/0484; H04M 1/0279; H04M 1/0281; H04M 1/0283; A63H 33/3016
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor |
|---|---|---|---|
| D265,326 | S | 7/1982 | Sugiyama |
| D270,061 | S | 8/1983 | Ackeret |
| D270,062 | S | 8/1983 | Ackeret |
| D270,063 | S | 8/1983 | Ackeret |
| D270,066 | S | 8/1983 | Ackeret |
| D278,276 | S | 4/1985 | Bakic |
| D284,084 | S | 6/1986 | Ferrara, Jr. |
| D285,198 | S * | 8/1986 | Danielson .................... D14/142 |
| D289,873 | S | 5/1987 | Gemmell et al. |
| D306,583 | S | 3/1990 | Kropp et al. |
| D308,055 | S | 5/1990 | Tedham et al. |
| D317,609 | S | 6/1991 | Wei |
| D321,215 | S | 10/1991 | Shamis |
| D332,328 | S | 1/1993 | Lombardi, Jr. |
| D333,574 | S | 3/1993 | Ackeret |
| D337,322 | S | 7/1993 | Yang |
| D337,569 | S | 7/1993 | Kando |
| D340,701 | S | 10/1993 | Takeuchi |
| D340,917 | S | 11/1993 | Sakaguchi et al. |
| D345,346 | S | 3/1994 | Alfonso et al. |
| D346,589 | S | 5/1994 | Andros |
| D346,793 | S | 5/1994 | Iino et al. |
| 5,345,543 | A | 9/1994 | Capps et al. |
| 5,398,310 | A | 3/1995 | Tchao et al. |
| D361,552 | S | 8/1995 | Iino |
| 5,463,725 | A | 10/1995 | Henckel et al. |
| 5,495,566 | A | 2/1996 | Kwatinetz |
| D395,639 | S | 6/1998 | Ham et al. |
| D396,215 | S | 7/1998 | Inukai |
| D396,452 | S | 7/1998 | Naruki |
| D408,372 | S | 4/1999 | Ota et al. |
| D408,794 | S | 4/1999 | Ogasawara |
| D409,185 | S | 5/1999 | Kawashima |
| D410,440 | S | 6/1999 | Carnell |
| D420,354 | S | 2/2000 | Morales |
| D424,535 | S | 5/2000 | Peltola |
| D425,887 | S | 5/2000 | Edwards et al. |
| 6,061,063 | A | 5/2000 | Wagner et al. |
| 6,067,068 | A | 5/2000 | Hussain |
| D444,465 | S | 7/2001 | Do |
| D448,764 | S | 10/2001 | Marsalka et al. |
| 6,310,610 | B1 | 10/2001 | Beaton et al. |
| D451,505 | S | 12/2001 | Iseki et al. |
| D452,687 | S | 1/2002 | Yeh |
| 6,337,698 | B1 | 1/2002 | Keely, Jr. et al. |
| D453,333 | S | 2/2002 | Chen |
| D454,348 | S | 3/2002 | Yeh |
| D455,433 | S | 4/2002 | Alviar et al. |
| D456,023 | S | 4/2002 | Andre et al. |
| D456,805 | S | 5/2002 | Ono et al. |
| D458,252 | S | 6/2002 | Palm et al. |
| D461,175 | S | 8/2002 | Yokota |
| D461,715 | S | 8/2002 | Hamada et al. |
| D461,802 | S | 8/2002 | Tu |
| D466,501 | S | 12/2002 | Hirota |
| D467,890 | S | 12/2002 | Lai et al. |
| 6,501,967 | B1 | 12/2002 | Mäkelä et al. |
| D469,413 | S | 1/2003 | To et al. |
| 6,509,907 | B1 | 1/2003 | Kuwabara |
| D483,032 | S | 12/2003 | Bertrand et al. |
| D483,359 | S | 12/2003 | Lin et al. |
| D485,265 | S | 1/2004 | Sato et al. |
| D486,149 | S | 2/2004 | Kawami et al. |
| 6,690,387 | B2 | 2/2004 | Zimmerman et al. |
| D488,468 | S | 4/2004 | Hu |
| D488,469 | S | 4/2004 | Batsikas |
| D489,062 | S | 4/2004 | Hong |
| D489,731 | S | 5/2004 | Huang |
| D490,810 | S | 6/2004 | Huang |
| D491,156 | S | 6/2004 | Kawakami et al. |
| D492,684 | S | 7/2004 | Ozolins et al. |
| D494,188 | S | 8/2004 | Huang |
| D495,695 | S | 9/2004 | Yugaya |
| D496,645 | S | 9/2004 | Yoo et al. |
| 6,788,527 | B2 | 9/2004 | Doczy et al. |
| D497,364 | S | 10/2004 | Ozolins et al. |
| D498,754 | S | 11/2004 | Blyth |
| D499,423 | S | 12/2004 | Bahroocha et al. |
| D500,037 | S | 12/2004 | Ozolins et al. |
| D502,173 | S | 2/2005 | Jung et al. |
| D502,945 | S | 3/2005 | Huang et al. |
| D503,699 | S | 4/2005 | Lee et al. |
| D504,889 | S | 5/2005 | Andre et al. |
| D505,950 | S | 6/2005 | Summit et al. |
| D507,003 | S | 7/2005 | Pai et al. |
| 6,933,928 | B1 * | 8/2005 | Lilienthal ........... G06F 15/0283 345/156 |
| D509,202 | S | 9/2005 | Lee et al. |
| D509,760 | S | 9/2005 | Burrell et al. |
| D509,833 | S | 9/2005 | Yang |
| D510,929 | S | 10/2005 | Laverick et al. |
| D511,342 | S | 11/2005 | Chien |
| D511,347 | S | 11/2005 | Naruki |
| D514,121 | S | 1/2006 | Johnson |
| D514,558 | S | 2/2006 | Nagel et al. |
| D514,590 | S | 2/2006 | Naruki |
| D519,116 | S | 4/2006 | Tanaka et al. |
| D519,523 | S | 4/2006 | Chiu et al. |
| D519,998 | S | 5/2006 | Park |
| D520,020 | S | 5/2006 | Senda et al. |
| D521,023 | S | 5/2006 | Kim et al. |
| 7,042,712 | B2 | 5/2006 | Ghosh et al. |
| D524,809 | S | 7/2006 | Alcouloumre et al. |
| D525,226 | S | 7/2006 | Jang |
| D525,620 | S | 7/2006 | Esslinger et al. |
| D525,987 | S | 8/2006 | Kim |
| D526,301 | S | 8/2006 | Shin |
| D526,302 | S | 8/2006 | Kim |
| D527,015 | S | 8/2006 | Yang |
| D527,366 | S | 8/2006 | Lee |
| D528,542 | S | 9/2006 | Luminosu et al. |
| D528,561 | S | 9/2006 | Ka-Wei et al. |
| D529,045 | S | 9/2006 | Shin |
| D530,699 | S | 10/2006 | Lee et al. |
| D531,610 | S | 11/2006 | Kim et al. |
| D532,766 | S | 11/2006 | Lee |
| D532,791 | S | 11/2006 | Kim |
| D533,531 | S | 12/2006 | Hyun et al. |
| D534,143 | S | 12/2006 | Lheem |
| D534,145 | S | 12/2006 | Lheem |
| D534,516 | S | 1/2007 | Lheem |

DEFENDANT'S EXHIBIT NO. 4561.002
Case 5:11-cv-01846-LHK   Document 3711-4   Filed 05/07/18   Page 3 of 9
SAMNDCA30011760

US D789,926 S

Page 3

## (56) References Cited

### U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor |
|---|---|---|
| D534,517 S | 1/2007 | Cho et al. |
| D535,281 S | 1/2007 | Yang |
| D536,329 S | 2/2007 | Lee |
| D536,691 S | 2/2007 | Park |
| D536,962 S | 2/2007 | Tanner |
| D538,822 S | 3/2007 | Andre et al. |
| D541,298 S | 4/2007 | Andre et al. |
| D541,299 S | 4/2007 | Andre et al. |
| D541,785 S | 5/2007 | Hwang et al. |
| D543,183 S | 5/2007 | Cho et al. |
| D546,313 S | 7/2007 | Lheem |
| D548,713 S | 8/2007 | Lee et al. |
| D548,732 S | 8/2007 | Cebe et al. |
| D548,747 S | 8/2007 | Andre et al. |
| D554,098 S * | 10/2007 | Lee ................ D14/138 AD |
| D556,211 S | 11/2007 | Howard |
| D557,238 S | 12/2007 | Kim |
| D557,239 S | 12/2007 | Lee |
| D557,259 S | 12/2007 | Hirsch |
| 7,303,424 B2 | 12/2007 | Tu et al. |
| D558,460 S | 1/2008 | Yu et al. |
| D558,716 S | 1/2008 | Bae et al. |
| D558,726 S | 1/2008 | Wang et al. |
| D558,756 S | 1/2008 | Andre et al. |
| D558,757 S | 1/2008 | Andre et al. |
| D558,758 S | 1/2008 | Andre et al. |
| D558,792 S | 1/2008 | Chigira |
| D559,220 S | 1/2008 | Lee et al. |
| D560,192 S | 1/2008 | Lee et al. |
| D560,227 S | 1/2008 | Bennett et al. |
| D560,683 S | 1/2008 | Lee |
| D560,686 S | 1/2008 | Kim |
| D561,153 S | 2/2008 | Hong et al. |
| D561,204 S | 2/2008 | Toh |
| D561,782 S | 2/2008 | Kim |
| D562,285 S | 2/2008 | Lim |
| D563,432 S | 3/2008 | Kim |
| D563,929 S | 3/2008 | Park |
| D565,532 S | 4/2008 | Arnold |
| D565,596 S | 4/2008 | Kim |
| D565,599 S | 4/2008 | Jang |
| D569,830 S | 5/2008 | Kwak |
| D570,346 S | 6/2008 | Suk et al. |
| D570,839 S | 6/2008 | Hofer et al. |
| D573,630 S * | 7/2008 | Oas ............................. D18/7 |
| D575,259 S | 8/2008 | Kim et al. |
| 7,409,059 B2 | 8/2008 | Fujisawa |
| D577,703 S | 9/2008 | Lee et al. |
| D579,915 S * | 11/2008 | Yeo ........................ D14/214 |
| D580,387 S | 11/2008 | Andre et al. |
| D581,922 S | 12/2008 | Andre et al. |
| D583,344 S * | 12/2008 | Sohn ................ D14/138 AD |
| D583,346 S | 12/2008 | Jung et al. |
| D585,411 S | 1/2009 | Eaton |
| D586,800 S | 2/2009 | Andre et al. |
| D588,611 S * | 3/2009 | Oh ........................ D14/496 |
| D593,087 S | 5/2009 | Andre et al. |
| D598,426 S | 8/2009 | Kim et al. |
| D599,342 S | 9/2009 | Andre et al. |
| D600,241 S | 9/2009 | Andre et al. |
| D601,558 S | 10/2009 | Andre et al. |
| D601,583 S | 10/2009 | Andre et al. |
| D602,014 S | 10/2009 | Andre et al. |
| D602,486 S | 10/2009 | Andre et al. |
| 7,658,675 B2 | 2/2010 | Hotta |
| 7,660,560 B2 | 2/2010 | Zuo et al. |
| 7,688,574 B2 | 3/2010 | Zadesky et al. |
| D613,735 S | 4/2010 | Andre et al. |
| D613,736 S | 4/2010 | Andre et al. |
| D615,088 S | 5/2010 | Matsuoka |
| D617,792 S | 6/2010 | Andre et al. |
| D618,204 S | 6/2010 | Andre et al. |
| D618,677 S | 6/2010 | Andre et al. |
| D618,678 S | 6/2010 | Andre et al. |
| D622,270 S | 8/2010 | Andre et al. |
| D622,696 S * | 8/2010 | Akana ..................... D14/203.3 |
| D622,718 S | 8/2010 | Andre et al. |
| D622,719 S | 8/2010 | Andre et al. |
| D623,133 S | 9/2010 | Nomi et al. |
| D624,072 S | 9/2010 | Andre et al. |
| D624,536 S | 9/2010 | Andre et al. |
| D626,111 S | 10/2010 | Jun |
| D627,343 S | 11/2010 | Andre et al. |
| D629,799 S | 12/2010 | Andre et al. |
| D633,090 S | 2/2011 | Andre et al. |
| D633,091 S | 2/2011 | Andre et al. |
| D633,092 S | 2/2011 | Andre et al. |
| D633,493 S | 3/2011 | Akana et al. |
| D634,319 S | 3/2011 | Andre et al. |
| 7,911,387 B2 | 3/2011 | Hill et al. |
| D640,218 S | 6/2011 | Ahn et al. |
| D640,219 S | 6/2011 | Sutherland et al. |
| D640,663 S | 6/2011 | Arnholt et al. |
| D642,151 S | 7/2011 | Chun et al. |
| D642,563 S | 8/2011 | Akana et al. |
| D643,826 S * | 8/2011 | Tsai ...................... D14/138 AD |
| D644,208 S | 8/2011 | Akana et al. |
| D644,218 S | 8/2011 | Akana et al. |
| D645,013 S * | 9/2011 | Lee ...................... D14/138 AB |
| D645,441 S | 9/2011 | Choe et al. |
| D645,833 S | 9/2011 | Seflic et al. |
| D647,108 S | 10/2011 | Lee |
| D647,499 S | 10/2011 | Page et al. |
| D648,303 S | 11/2011 | Park et al. |
| D649,132 S | 11/2011 | Park et al. |
| D649,150 S | 11/2011 | Takahashi et al. |
| D650,352 S | 12/2011 | Cho |
| D651,601 S | 1/2012 | Ichise |
| D652,003 S | 1/2012 | Park et al. |
| D652,813 S | 1/2012 | Song et al. |
| D653,640 S | 2/2012 | Kwon et al. |
| D653,642 S | 2/2012 | Han |
| D655,688 S * | 3/2012 | Akana ..................... D14/203.1 |
| D662,922 S | 7/2012 | Akana et al. |
| D669,446 S * | 10/2012 | Cho ........................ D14/138 G |
| D673,132 S * | 12/2012 | Cho ........................ D14/138 G |
| D673,926 S * | 1/2013 | Fahlgren ................ D14/138 G |
| D675,198 S | 1/2013 | Andre et al. |
| D676,399 S * | 2/2013 | Cho ........................ D14/138 G |
| 8,428,648 B2 * | 4/2013 | Gioscia ................ G06F 1/1626 455/41.2 |
| D689,475 S | 9/2013 | Andre et al. |
| D690,678 S * | 10/2013 | Daniel ..................... D14/138 G |
| D691,128 S * | 10/2013 | Akana ..................... D14/315 |
| D692,878 S | 11/2013 | Akana et al. |
| D709,472 S * | 7/2014 | Seo ........................ D14/138 G |
| 8,773,845 B2 * | 7/2014 | Leung ................ G06F 1/1632 361/679.01 |
| D711,342 S * | 8/2014 | Wennerstrom ........... D14/138 G |
| D712,870 S * | 9/2014 | Kim ........................ D14/203.7 |
| D714,752 S * | 10/2014 | Im ........................ D14/138 G |
| D716,781 S | 11/2014 | Andre et al. |
| D717,285 S * | 11/2014 | Fahlgren ..................... D14/248 |
| D719,158 S | 12/2014 | Akana et al. |
| D719,928 S * | 12/2014 | Birger ..................... D14/203.3 |
| D721,063 S * | 1/2015 | Chung ..................... D14/248 |
| D750,615 S * | 3/2016 | Matsuoka ..................... D14/315 |
| 2003/0125079 A1 | 7/2003 | Park et al. |
| 2003/0125094 A1 | 7/2003 | Hyun et al. |
| 2003/0125959 A1 | 7/2003 | Palmquist |
| 2003/0184525 A1 | 10/2003 | Tsai |
| 2003/0206202 A1 | 11/2003 | Moriya |
| 2004/0021676 A1 | 2/2004 | Chen et al. |
| 2004/0041504 A1 | 3/2004 | Ozolins et al. |
| 2004/0047344 A1 * | 3/2004 | Chan ..................... G06F 1/16 370/352 |
| 2004/0132499 A1 | 7/2004 | Abe |
| 2004/0155888 A1 | 8/2004 | Padgitt et al. |
| 2004/0166907 A1 | 8/2004 | Yajima |
| 2004/0223004 A1 | 11/2004 | Lincke et al. |
| 2004/0242288 A1 | 12/2004 | Balle et al. |
| 2004/0257334 A1 | 12/2004 | Yajima |
| 2005/0009556 A1 | 1/2005 | Hickey et al. |
| 2005/0012723 A1 | 1/2005 | Pallakoff |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2005/0014538 | A1 | 1/2005 | Hyun et al. |
| 2005/0041385 | A1 | 2/2005 | Kikinis et al. |
| 2005/0059438 | A1 | 3/2005 | Jellicoe |
| 2005/0088418 | A1 | 4/2005 | Nguyen |
| 2005/0127158 | A1 | 6/2005 | Figueras et al. |
| 2005/0130715 | A1 | 6/2005 | Fujisawa |
| 2005/0195154 | A1 | 9/2005 | Robbins et al. |
| 2005/0227737 | A1* | 10/2005 | Moon ............... H04M 1/04 455/566 |
| 2005/0255897 | A1 | 11/2005 | Lee et al. |
| 2006/0025184 | A1 | 2/2006 | Cho et al. |
| 2006/0025218 | A1 | 2/2006 | Hotta |
| 2006/0094464 | A1 | 5/2006 | Kyou et al. |
| 2006/0111158 | A1 | 5/2006 | Hou |
| 2006/0111161 | A1 | 5/2006 | Cha et al. |
| 2006/0121852 | A1 | 6/2006 | Kim et al. |
| 2006/0142073 | A1 | 6/2006 | Gordecki |
| 2006/0166713 | A1 | 7/2006 | Yeh et al. |
| 2006/0265732 | A1* | 11/2006 | Nakanishi ............. H04N 5/60 725/136 |
| 2006/0280045 | A1* | 12/2006 | Ritsher ............... H04R 5/02 369/30.01 |
| 2006/0281501 | A1 | 12/2006 | Zuo et al. |
| 2007/0082718 | A1 | 4/2007 | Yoon et al. |
| 2008/0004083 | A1 | 1/2008 | Ohki et al. |
| 2008/0004085 | A1 | 1/2008 | Jung et al. |
| 2008/0065246 | A1* | 3/2008 | Zorkendorfer ........ G06F 1/163 700/94 |
| 2011/0177300 | A1 | 7/2011 | Hankey et al. |
| 2012/0256856 | A1 | 10/2012 | Suzuki et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 300732857 | 1/2008 |
| EM | 000048061-0001 | 8/2003 |
| EM | 000046198-0001 | 11/2003 |
| EM | 000257621-0004 | 2/2005 |
| EM | 000317490-0001 | 5/2005 |
| EM | 000375191-0001 | 9/2005 |
| EM | 000493721-0002 | 5/2006 |
| EM | 000569157-0005 | 5/2006 |
| EM | 000569157-0005 | 9/2006 |
| EM | 000590831 | 10/2006 |
| EM | 000614565-0001 | 12/2006 |
| EM | 000632070 | 1/2007 |
| EM | 000718770 | 6/2007 |
| FI | 4897 | 7/1980 |
| FR | 990052-001 | 5/1999 |
| GB | 2062780 | 5/1981 |
| GB | 2030050 | 7/1993 |
| GB | 3010002 | 2/2003 |
| GB | 3012502 | 6/2003 |
| GB | 3014024 | 10/2003 |
| GB | 3022447 | 10/2005 |
| JP | 61-69284 | 4/1986 |
| JP | 64-9317 | 1/1989 |
| JP | 887388 | 12/1993 |
| JP | 1009317 | 5/1998 |
| JP | 2000-163031 | 6/2000 |
| JP | D1104685 | 3/2001 |
| JP | D1124750 | 10/2001 |
| JP | D1142127 | 5/2002 |
| JP | D1159881 | 12/2002 |
| JP | D1188041 | 10/2003 |
| JP | D1204221 | 5/2004 |
| JP | 2004-290256 | 10/2004 |
| JP | D1235888 | 4/2005 |
| JP | D1241383 | 6/2005 |
| JP | D1241638 | 6/2005 |
| JP | D1247215 | 8/2005 |
| JP | D1250487 | 9/2005 |
| JP | 2004 290256 | 10/2005 |
| JP | D1263649 | 2/2006 |
| JP | D1280315 | 9/2006 |
| JP | D1285057 | 10/2006 |
| JP | D1295003 | 2/2007 |
| JP | D1302929 | 6/2007 |
| KR | 30-0304213 | 8/2002 |
| KR | 30-0327126 | 6/2003 |
| KR | 30-0359572 | 8/2004 |
| KR | 30-0360712 | 9/2004 |
| KR | 30-0364027 | 10/2004 |
| KR | 30-0364845 | 10/2004 |
| KR | 30-0367347 | 11/2004 |
| KR | 30-0367787 | 11/2004 |
| KR | 30-0370833 | 1/2005 |
| KR | 30-0376524 | 3/2005 |
| KR | 30-0387059-3 | 7/2005 |
| KR | 30-0387130 | 7/2005 |
| KR | 30-0387648 | 7/2005 |
| KR | 30-0396917 | 11/2005 |
| KR | 30-0398307 | 11/2005 |
| KR | 30-0394921 | 12/2005 |
| KR | 30-0418422-1 | 7/2006 |
| KR | 30-0418547 | 7/2006 |
| KR | 30-0420200 | 7/2006 |
| KR | 30-0422221 | 8/2006 |
| KR | 30-0424148 | 9/2006 |
| KR | 30-0441230 | 2/2007 |
| KR | 30-0452432 | 6/2007 |
| KR | 30-0721986 | 12/2007 |
| SE | 55044 | 10/1993 |
| TW | D106137 | 8/2005 |
| WO | WO 00/74240 | 7/2000 |
| WO | WO 01/88679 A2 | 11/2001 |
| WO | WO 2004/023272 | 3/2004 |
| WO | WO 2006/038499 | 4/2006 |

OTHER PUBLICATIONS

"The Oracle: The Personal Computer of the Year 2000," Stanford University Libraries.

"The Organizer: The Personal Computer of the Year 2000," Stanford University Libraries.

"Toshiba Dynapad T100X Pen Computer," product available in 1993, 2 pages.

ABDI, "Five 1 GB Flash MP3 Players," Tomsguide.com, (http://www.tomsguide.com/us/five/1gb-flash-mp3-players,review-722-3.html), published May 30, 2006, 4 pages.

Aliexpress.com, "WACOM PL-500 15" LCD Tablet Mint," (http://www.aliexpress.com/product-fm/430172068-WACOM-PL-500-15-LCD-Tablet-Mint-Worldwide-Free-Shipping-wholesalers.html), accessed Nov. 14, 2011, 3 pages.

Amazon com, "Digitalway MPIO FL100 128 MB MP3 Player" (http://www.amazon.com/Digitalway-MPIO-FL100-128-Player/dp/B00008V6NI), accessed Nov. 17, 2011, 7 pages.

Amazon.com, "Whirlpool Gold : GH7208XRS 2.0 cu. ft. Velos Speedcook Over the Range Microwave Oven," (http://www.amazon.com/Whirlpool-Gold-GH7208XRS-Speedcook-Microwave/dp/B000ZIPHM8), accessed May 23, 2012, 5 pages.

Apple Inc., "Apple Introduces the U2 iPod," (http://www.apple.com/pr/library/2004/10/26Apple-Introduces-the-U2-iPod.html), published Oct. 26, 2004, 2 pages.

Blandford, "Nokia N92 Preview," (http://www.allaboutsymbian.com/features/item/Nokia_N92_Preview.php), published Nov. 23, 2005, 10 pages.

Blickenstorfer, "Tablet PCs: HP Compaq Tablet PC TC1000," Pen Computing Magazine, (http://pencomputing.com/frames/tpc_compaq.html), published Dec. 2002, 3 pages.

Block, "Olympus @ CES Hands-on with the m:robe MR-500i and MR-100," Engadget.com, (http://www.engadget.com/2005/01/10/olympus-ces-hands-on-with-the-m-robe-mr-500i-and-mr-100), published Jan. 10, 2005, 3 pages.

Cell Phones.About.com, "More pictures of the LG KG800," (http://cellphones.about.com/library/b1-pi-lg_kg800 htm), accessed Feb. 13, 2012, 1 page.

Chip Online, "VIA: Zwitter-PC für Schöngeister," (http://www.chip.de/news/VIA-Zwitter-PC-fuer-Schoengeister_34204096.html), Published May 8, 2002, 2 pages.

(56) **References Cited**

OTHER PUBLICATIONS

Clarke, "Newspad by Authur C. Clarke from 2001: A Space Odyssey," (http://www.technovelgy.com/ct/content.asp?Bnum=529), published 1968, 3 pages.
Computex.biz, "Tatung Tablet PC," (http://www.computex.biz/tatung/Default.aspx?pagetype=ProductDetail&pdt_id=36&cid=3 . . . ), accessed Nov. 4, 2011, 3 pages.
dcinside.com, "iHolic HTV-200" (http://dica.dcinside.com/review.php?pid=7192), retrieved Sep. 22, 2011, 16 pages.
Flickr.com, "Apple Graphics Tablet" (http://farm3.static.flickr.com/2691/4126733086_b24c987b0e_o.jpg), accessed Nov. 15, 2011, 1 page.
iF Design, "iF product design award 2007," (http://www.ifdesign.de/beitragsdetails_e.html?offset=87&sprache=2&award_id=121&beit . . . ), accessed on Sep. 21, 2011, 1 page.
iriver.com, "iriver U-10," (www.iriver.com), published 2005, 2 pages.
Itbusiness.ca, "Microsoft Mira eHome Wireless Smart Display," (http://www.itbusiness.ca/images/articles/Jun10/clip_image003_0087.jpg), accessed Nov. 15, 2011, 1 page.
iTechNews.net, "Samsung K3 MP3 Player," (http://www.itechnews.net/2006/12/02/samsung-k3-mp3-player/), published Dec. 2, 2006, 9 pages.
Justia, "Apple v. Samsung Electronics Co. Ltd. et al., Filing: 943 Attachment: 5," (http://docs.justia.com/cases/federal/district-courts/california/candce/5:2011cv01846/239768/943/5.html), dated May 18, 2012, 3 pages.
Kauffmann, "Music That Fits In Your Pocket," Tomsguide.com, (http://www.tomsguide.com/us/music-that-fits-in-your-pocket,review-525-5.html), published Aug. 25, 2005, 4 pages.
Lugmayr, "Sexy iHolic DMB TV PMP," (http://www.i4u.com/11656/sexy-iholic-dmb-tv-pmp), published Jan. 3, 2007, 1 page.
Mel et al., "Tablet: Personal Computer in the Year 2000," *Communications of the ACM* 31:638-646, ACM (Jun. 1988).
Mobilegazette.com, "Nokia N92," (http://www.mobilegazette.com/nokia-n92-051102.htm), published Nov. 2, 2005, 2 pages.
Newlaunches.com, "Pidion BM-200 sleek Windows CE PDA phone from Bluebird," (http://www.newlaunches.com/archives/pidion_bm200_sleek_windows_ce_pda_phone_from_bluebird.php), published Dec. 15, 2005, 3 pages.
PCMag.com, "iriver U10," (http://www.pcmag.com/article2/0,2817,1901833,00.asp), published Dec. 14, 2005, 3 pages.
PDAdb.net, "Casio Cassiopeia IT-10 M20BR Specs," (http://pdadb.net/index.php?m=specs&id=95&c=casio_cassiopeia_it-10_m20br), published Dec. 30, 2004, 3 pages.
PDAdb.net, "CyberBank POZ X301 Specs," (http://pdadb.net/index.php?m=specs&id=442&c=cyberbank_poz_x301), published Jan. 31, 2006, 3 pages.
PDAdb.net, "Dell Axim X3 Basic Specs," (http://pdadb.net/index.php?m=specs&id=81&c=dell_axim_x3_basic), published Dec. 30, 2004, 3 pages.
PDAdb.net, "Detailed Specifications of O2 XDA Flame," (http://pdadb.net/index.php?m=specs&id=673&view=1&c=O2_xda_flame), accessed May 6, 2011, 3 pages.
PDAdb.net, "Dopod 838 Pro (HTC Hermes 100) Specs," (http://pdadb.net/index.php?m=specs&id=578&c=dopod_838_pro_htc_hermes_100), published Aug. 4, 2005, 3 pages.
PDAdb.net, "Garmin iQue M5 Specs," (http://pdadb.net/index.php?m=specs&id=302&c=garmin_ique_m5), published Jul. 17, 2005, 3 pages.
PDAdb.net, "Krome Spy (HTC Magician Refresh) Specs," (http://pdadb.net/index.php?m=specs&id=550&c=krome_spy_htc_magician_refresh), published Jul. 18, 2006, 3 pages.
PDAdb.net, "MiTAC Mio 338 Plus Digi-Walker Specs," (http://pdadb.net/index.php?m=specs&id=60&c=mitac_mio_338_plus_digi-walker), published Dec. 25, 2004, 3 pages.
PDAdb.net, "O2 XDA (HTC Wallaby) Specs," (http://pdadb.net/index.php?m=specs&id=117&c=o2_xda_htc_wallaby), published Feb. 3, 2005, 3 pages.
PDAdb.net, "Palm Z22 Specs," (http://pdadb.net/index.php?m=specs&id=1244&c=palm_z22), published Mar. 13, 2006, 3 pages.
PDAdb.net, "Toshiba Genio e330 Specs," (http://pdadb.net/index.php?rn=specs&id=29&c=toshiba_genio_e330), published Dec. 9, 2004, 3 pages.
PDAdb.net, "Toshiba Genio e570 Specs," (http://pdadb.net/index.php?m=specs&id=229&c=toshiba_genio_e570), published May 4, 2006, 3 pages.
Ricker, "The Pidion BM-200: it's time to move to Seoul," (http://www.engadget.com/2005/10/04/the-pidion-bm-200-its-time-to-move-to-seoul/), Engadget.com, published Oct. 4, 2005, 4 pages.
Rojas, "Hands-on with the Nokia N92," Engadget.com, http://www.engadget.com/2005/12/01/hands-on-with-the-nokia-n92/), published Dec. 1, 2005, 4 pages.
S., Dimitris, "Pidion BM200 Smartphone," PDASNews, (www.pdasnews.com/articles/pidion-bm200-smartphone.html), published 2009, 2 pages.
Salestores.com, "LG L1530TM Tablet LCD Monitor," (http://salestores.com/lg11talcdmos.html), accessed Nov. 17, 2011, 2 pages.
Smith et al., "The Radial Scroll Tool: Scrolling Support for Stylus- or Touch-Based Document Navigation," *UIST*, ACM, published Oct. 2004.
Sooman, "The LG Chocolate phone," Techspot.com,(http://www.techspot.com/news/20929-the-lg-chocolate-phone.html), published on Mar. 23, 2006, 5 pages.
Vilas-Boas, "Industrial Design Portfolio," (http://rdvb-designshowcase.blogspot.com/p/cheddar-1-2009.html), published 2004, 6 pages.
WebdesignerDepot.com, "The Evolution of Cell Phone Design Between 1983-2009" (http://www.webdesignerdepot.com/2009/05/the-evolution-of-cell-phone-design-between-1983-2009/), accessed May 6, 2011, 56 pages.
Wikipedia.org, "CLIÉ," (http://en.wikipedia.org/wiki/CLI%C3%89), last modified Feb. 12, 2011, 3 pages.
Wikipedia.org, "E-Ten" (http://en.wikipedia.org/wiki/E-TEN), last modified Dec. 15, 2010, 2 pages.
Wikipedia.org, "File:LG KE850 Prada Hauptmenü.jpg," (http://en.wikipedia.org/wiki/File:LG_KE850_Prada_Hauptmen%C3%BC.jpg), published May 13, 2008, 4 pages.
Wikipedia.org, "iPAQ" (http://en.wikipedia.org/wiki/IPAQ), last modified May 4, 2011, 7 pages.
Wikipedia.org, "LifeDrive" (http://en.wikipedia.org/wiki/LifeDrive), last modified Mar. 16, 2011, 3 pages.
Wikipedia.org, "Pocket viewer," (http://en.wikipedia.org/wiki/Pocket_viewer), last modified Apr. 10, 2011, 4 pages.
Wikipedia.org, "Zire Handheld" (http://en.wikipedia.org/wiki/Zire_Handheld), last modified Dec. 11, 2010, 4 pages.
Gizloco, Gizmodo, "Touchscreen iPod Due This November Says Our Secret Source," (http://gizmodo.com/192158/touchscreen-ipod-due-this-november-says-our-secret-source), published Aug. 4, 2006, 2 pages.
Gizmodo, "Bluebird Pidion BM-200 Packed with Acronyms and Other Impressive Features," (http://gizmodo.com/143554/bluebird-pidion-bm+200-packed-with-acronyms-and-other-impressive-features), published Dec. 15, 2005, 2 pages.
Sundgot, J., infoSync, "Preview: LG PM70," (http://infosyncworld.com/news/n/5869.html), published Mar. 15, 2005, 2 pages.
Vasile, C., Softpedia, "MobilePen: An Expensive but Helpful Touchscreen," (http://news.softpedia.com/news/MobilePen-An-Expensive-But-Helpful-Touchscreen- 16192.shtml), published Jan. 12, 2006, 2 pages.
eFashion Magazine, vol. 119, p. 45, China (Jun. 1, 2005).
eFashion Magazine, vol. 12, p. 60, China (2004).
eFashion Magazine, vol. 172, p. 26, China (Apr. 2006).
Electronista, "LG/Prada phone revealed?," (http://www.electronista.com/articles/06/12/20/lg.prada.phone.revealed/), updated Dec. 20, 2006, 9 pages.
GSMArena, "Apple iPhone," (http://www.gsmarena.com/apple_iphone-1827.php), announced Jan. 2007, 3 pages.
GSMArena, "LG KE850 Prada," (http://www.gsmarena.com/lg_ke850_prada-1828.php), announced Jan. 2007, 4 pages.

(56) **References Cited**

OTHER PUBLICATIONS

GSMArena, "Philips S900," (http://www.gsmarena.com/philips_s900-1598.php), announced Jun. 2006, 2 pages.
GSMArena, "Samsung F700," (http://www.gsmarena.com/samsung_f700-1849.php), announced Feb. 2007, 2 pages.
Hagen, R., GadgetZone, "iHolic portable mediaspeler," (http://www.gadgetzone.nl/nieuws.php?id=3191), published Jan. 4, 2007, 3 pages.
Hilon, LG DMB MP3 FM35, (http://www.hilon.com.cn/autobak/a88100055479.htm), published Jun. 26, 2006, 3 pages.
Hilon, LG DMB MP3 FM35, (http://www.hilon.com.cn/autobak/a88100055479_2.htm), published Jun. 26, 2006, 3 pages.
Hilon, LG DMB MP3 FM35, (http://www.hilon.com.cn/autobak/a88100055479_3.htm), published Jun. 26, 2006, 3 pages.
Hilon, LG DMB MP3 FM35, (http://www.hilon.com.cn/autobak/a88100055479_4.htm), published Jun. 26, 2006, 3 pages.
Hilon, LG DMB MP3 FM35, (http://www.hilon.com.cn/autobak/a88100055479_5.htm), published Jun. 26, 2006, 3 pages.
Hilon, LG DMB MP3 FM35, (http://www.hilon.com.cn/autobak/a88100055479_6.htm), published Jun. 26, 2006, 3 pages.
MobileWhack, "Tinnos PDA," (http://mobilewhack.com/reviews/tinnos_pda.html), published May 19, 2006, 1 page.
NewLaunches, "LG Prada cell phones are truly iconic," http://www.newlaunches.com/archives/lg_prada_cell_phones_are_truly_iconic.php), retrieved Sep. 12, 2011, 3 pages.
NewLaunches, "LG Wears Prada," (http://www.newlaunches.com/archives/lg_wears_prada.php), retrieved Sep. 23, 2011, 2 pages.
Ricker, T., Engadget, "Meizu's M8? Apple lawyers, start your engines," (http://www.engadget.com/2007/01/29/meizus-m8-apple-lawyers-start-your-engines/), published Jan. 29, 2007, 3 pages.
Ziegler, C., Engadget, "The LG KE850: touchable chocolate," (http://mobile.engadget.com/2006/12/15/the-lg-ke850-touchable-chocolate/), published Dec. 15, 2006, 5 pages.
Notification and Request for Invalidation of Chinese Patent ZL200730148767.X, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.
Notification and Request for Invalidation of Chinese Patent ZL2007300148751.9, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.
Notification and Request for Invalidation of Chinese Patent ZL2007300148719.0, Patent Reexamination Board of the State Intellectual Property Office of the PRC and English translation, mailed Dec. 11, 2008, 19 pages.
Samsung F700, announced Feb. 2007, [online], [retrieved on Feb. 8, 2007]. Retrieved from Internet, <URL: http://www.gsmarena.com>.
Philips S900, announced Jun. 2006, [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet , <URL: http://www.gsmarena.com>.
LG KE850 Prada, announced Jan. 2007 [online], [retrieved on Feb. 20, 2007]. Retrieved from Internet, <URL: http://www.gsmarena.com>.
Apple iPhone, announced Jan. 2007, [online], [retrieved on Mar. 12, 2007]. Retrieved from Internet <URL: http://www.gsmarena.com>.
Tinnos PDS, posted May 19, 2006, [online], [retrieved on Aug. 22, 2007]. Retrieved from Internet, <URL: http://www.mobilewhack.com>.
Meizu M8, posted Jan. 29, 2007, [online], [retrieved on Sep. 30, 2007]. Retrieved from Internet, <URL: http://www.edgadget.com>.
Justia, "Apple v. Samsung Electronics Co., Ltd. et al., Filing: 943 Attachment: 5," (http://docs.justia.com/cases/federal/district-courts/california/candce/5:2011cv01846/239768/942/5.html), dated May 18, 2012, 3 pages.

* cited by examiner

DEFENDANT'S EXHIBIT NO. 4561.007

| U.S. Patent | Jun. 20, 2017 | Sheet 1 of 2 | US D789,926 S |



FIG. 1



FIG. 2

SAMNDCA30011765



FIG. 3

FIG. 4

FIG. 5

FIG. 6

FIG. 7   FIG. 8

SAMNDCA30011766