# EXHIBIT E

(12) **United States Design Patent**  (10) Patent No.: **US D618,248 S**
Anzures                                  (45) **Date of Patent:** ** **Jun. 22, 2010**

| | | | | |
|---|---|---|---|---|
| (54) | GRAPHICAL USER INTERFACE FOR A DISPLAY SCREEN OR PORTION THEREOF | | | |
| (75) | Inventor: | **Freddy Anzures**, San Francisco, CA (US) | | |
| (73) | Assignee: | **Apple Inc.**, Cupertino, CA (US) | | |
| (**) | Term: | **14 Years** | | |
| (21) | Appl. No.: | **29/324,935** | | |
| (22) | Filed: | **Sep. 23, 2008** | | |
| (51) | **LOC (9) Cl.** | .................................................. **14-04** | | |
| (52) | **U.S. Cl.** | ..................................... **D14/486**; D14/490 | | |
| (58) | Field of Classification Search .......... D14/485–95; D18/24–33; D19/6, 52, 9, 10; D20/11; D21/324–33; 715/700–867, 973–77 See application file for complete search history. | | | |

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D467,252 | S | * | 12/2002 | Lee ........................... | D14/486 |
| 6,731,316 | B2 | | 5/2004 | Herigstad et al. | |
| D540,340 | S | | 4/2007 | Cummins | |
| D548,239 | S | | 8/2007 | Rimas-Ribikauskas et al. | |
| D552,118 | S | * | 10/2007 | Jung et al. ................. | D14/486 |
| D552,620 | S | * | 10/2007 | Sato et al. .................. | D14/486 |
| D553,145 | S | * | 10/2007 | Kim .......................... | D14/486 |
| D553,146 | S | * | 10/2007 | Byeon et al. ............... | D14/486 |
| D555,660 | S | * | 11/2007 | Noviello et al. ........... | D14/485 |
| D561,192 | S | * | 2/2008 | Kochackis et al. ......... | D14/487 |
| D562,833 | S | * | 2/2008 | Evans et al. ................ | D14/485 |
| D567,250 | S | * | 4/2008 | Kim et al. .................. | D14/486 |
| D568,331 | S | * | 5/2008 | Kim .......................... | D14/487 |
| D574,009 | S | | 7/2008 | DelPonte | |
| D574,388 | S | | 8/2008 | Armendariz et al. | |
| D576,171 | S | | 9/2008 | Armendariz et al. | |
| D576,172 | S | * | 9/2008 | Kim .......................... | D14/486 |
| D577,036 | S | * | 9/2008 | Noviello et al. ........... | D14/486 |
| D580,449 | S | * | 11/2008 | Nam ......................... | D14/486 |
| D585,903 | S | * | 2/2009 | Yamaoka ................... | D14/485 |
| D586,357 | S | * | 2/2009 | Jasinski .................... | D14/486 |
| D587,725 | S | * | 3/2009 | Krieter et al. .............. | D14/486 |
| D592,220 | S | * | 5/2009 | Jasinski .................... | D14/486 |
| D592,672 | S | * | 5/2009 | Kwag et al. ................ | D14/485 |
| 2007/0061753 | A1 | * | 3/2007 | Ng et al. .................... | 715/816 |
| 2008/0046824 | A1 | * | 2/2008 | Li et al. ..................... | 715/739 |

OTHER PUBLICATIONS

U.S. Appl. No. 29/281,460, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 23, 2007.

U.S. Appl. No. 29/281,507, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 25, 2007.

U.S. Appl. No. 29/281,695, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jun. 28, 2007.

(Continued)

*Primary Examiner*—Melanie H Tung
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57)                **CLAIM**

The ornamental design for a graphical user interface for a display screen or a portion thereof, as shown and described.

**DESCRIPTION**

FIG. 1 The single FIGURE is a front view of a graphical user interface for a display screen or portion thereof showing my new design.

The broken line showing of the display screen or portion thereof, "AT & T," and the "133.333333" forms no part of the claimed design.

**1 Claim, 1 Drawing Sheet**

DEFENDANT'S EXHIBIT
NO. 4562.001
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____



## OTHER PUBLICATIONS

U.S. Appl. No. 29/281,747, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Aug. 10, 2007.
U.S. Appl. No. 29/282,835, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,837, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,838, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,839, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,840, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,841, Anzures at al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,842, Anzures et al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/282,843, Anzures at al., Icons, Graphical User Interface, and Animated Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jul. 30, 2007.
U.S. Appl. No. 29/283,656, Chaudhri, Graphical User Interfaces for a Display Screen or Portion Thereof, filed Aug. 20, 2007.
U.S. Appl. No. 29/284,264, Lemay et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Sep. 4, 2007.
U.S. Appl. No. 29/302,019, Chaudhri et al., Animated Image for a Portion of Display Screen, filed Jan. 8, 2008.
U.S. Appl. No. 29/302,063, Matas, Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jan. 9, 2008.
U.S. Appl. No. 29/302,217, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Jan. 11, 2008.
U.S. Appl. No. 29/302,429, Chaudhri et al., Animated Image for a Portion of a Display Screen, filed Jan. 16, 2008.
U.S. Appl. No. 29/304,584, Anzures et al., Graphical User Interfaces for a Display Screen or Portion Thereof, filed Mar. 4, 2008.
U.S. Appl. No. 29/317,755, Anzures et al., Graphical User Interface for a Display Screen or Portion Thereof, filed May 6, 2008.
U.S. Appl. No. 29/317,758, Christie et al., Graphical User Interface for a Display Screen or Portion Thereof, filed May 6, 2008.
U.S. Appl. No. 29/318,446, Chaudhri et al., Graphical User Interface for a Display Screen or Portion Thereof, filed May 20, 2008.
U.S. Appl. No. 29/319,397, Anzures et al., Graphical User Interface for a Display Screen or Portion Thereof, filed Jun. 9, 2008.
U.S. Appl. No. 29/319,434, Anzures at al., Graphical User Interface for a Display Screen or Portion Thereof, filed Jun. 9, 2008.
U.S. Appl. No. 29/319,389, Anzures et al., Graphical User Interface for a Display Screen or Portion Thereof, filed Jun. 8, 2008.
U.S. Appl. No. 29/326,396, Christie et al., Icon for a Display Screen or Portion Thereof, filed Oct. 16, 2008.
U.S. Appl. No. 29/333,233, Anzures et al., Animated Image, Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Mar. 4, 2009.
U.S. Appl. No. 29/333,559, Anzures et al., Animated Image, Graphical User Interfaces and Icons for a Display Screen or Portion Thereof, filed Mar. 11, 2009.

* cited by examiner

Case 5:11-cv-01846-LHK   Document 3711-5   Filed 05/07/18   Page 3 of 4
DEFENDANT'S EXHIBIT NO. 4562.002
SAMNDCA30011657

DEFENDANT'S EXHIBIT NO. 4562.003

U.S. Patent　　　　　　　　　　Jun. 22, 2010　　　　　　　　US D618,248 S



**FIGURE**

SAMNDCA30011658