# EXHIBIT F

US00D659160S

## (12) United States Design Patent
### Anzures

(10) Patent No.: **US D659,160 S**
(45) Date of Patent: ** **May 8, 2012**

(54) **ICON FOR A PORTION OF A DISPLAY SCREEN**

(75) Inventor: **Freddy Anzures**, San Francisco, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/364,278**

(22) Filed: **Jun. 21, 2010**

### Related U.S. Application Data

(62) Division of application No. 29/350,471, filed on Nov. 17, 2009, now Pat. No. Des. 644,238, which is a division of application No. 29/381,460, filed on Jun. 23, 2007, now Pat. No. Des. 604,305.

(51) **LOC (9) Cl.** .................................................. **14-04**
(52) **U.S. Cl.** ...................................... D14/490; D14/493
(58) **Field of Classification Search** ........... D14/485–95; D18/24–33; D19/6, 52, 19, 20; D20/11; D21/324–33; 715/700–867, 973–77
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 805,678 A | * | 11/1905 | Smith | 40/120 |
| D154,957 S | * | 8/1949 | Rothe | D19/20 |
| 3,340,636 A | * | 9/1967 | Enk | 40/121 |
| 3,419,011 A | * | 12/1968 | Norris | 225/27 |
| D359,980 S | * | 7/1995 | Morozzi | D19/20 |
| D441,763 S | | 5/2001 | Kahn et al. | |
| D541,295 S | * | 4/2007 | Harvey et al. | D14/493 |
| D572,264 S | * | 7/2008 | Guimaraes et al. | D14/490 |
| D597,101 S | | 7/2009 | Chaudhri et al. | |
| D604,305 S | | 11/2009 | Anzures et al. | |
| D615,990 S | * | 5/2010 | Chaudhri et al. | D14/492 |
| D617,334 S | | 6/2010 | Chaudhri et al. | |
| 2009/0064038 A1 | | 3/2009 | Fleischman et al. | |

OTHER PUBLICATIONS

ssch.lib.il.us, calendar.gif icon, Feb. 28, 2006.*
http://www.spudart.org/blogs/randomthoughts_archives/A2005083/, calendar icon, Aug. 12, 2005.*
http://www.engadget.com/2007/01/09/live-from-macworld-2007-steve-jobs-keynote/, screen shot from Jan. 9, 2007 Macworld expo keynote speech.*
U.S. Appl. No. 29/362,078, Freddy Anzures, "Graphical User Interface for a Display Screen or Portion Thereof", filed May 19, 2010.
U.S. Appl. No. 29/362,079, Freddy Anzures, "Graphical User Interface for a Display Screen or Portion Thereof", filed May 19, 2010.

(Continued)

*Primary Examiner* — Melanie H Tung
(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **CLAIM**

The ornamental design for an icon for a portion of a display screen, as shown and described.

**DESCRIPTION**

The patent file contains at least one drawing executed in color. Copies of this patent with a color drawing will be provided by the Office upon request and payment of the necessary fee.
FIG. **1** is a front view of an icon for a portion of a display screen showing my new design; and,
FIG. **2** is a front view of a second embodiment of an icon for a portion of a display screen.
The broken line showing of a portion of the display screen is for the purpose of illustrating environmental structure and forms no part of the claimed design.

**1 Claim, 1 Drawing Sheet**
**(1 of 1 Drawing Sheet(s) Filed in Color)**



**DEFENDANT'S EXHIBIT**
**NO. 4563.001**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted: _____ By: _____

SAMNDCA30011686

Case 5:11-cv-01846-LHK   Document 3711-6   Filed 05/07/18   Page 3 of 5

DEFENDANT'S EXHIBIT NO. 4563.002

OTHER PUBLICATIONS

U.S. Appl. No. 29/363,777, Freddy Anzures, "Graphical User Interface for a Display Screen or Portion Thereof", filed Jun. 14, 2010.

U.S. Appl. No. 29/364,441, Freddy Anzures, "Icon for a Portion of a Display Screen", filed Jun. 23, 2010.

U.S. Appl. No. 29/367,097, Freddy Anzures, "Icon for a Portion of a Display Screen", filed Aug. 3, 2010.

U.S. Appl. No. 29/377,579, Freddy Anzures, "Icon for a Portion of a Display Screen", filed Oct. 22, 2010.

Welcome to Panther, Find out what you can do with Mac OS X and Mac OS X Applications, published 2004 Apple Computer Inc., 12 pages.

Welcome to Tiger, Find out what you can do with Mac OS X v10.4, published 2005 Apple Computer Inc., 16 pages.

* cited by examiner

SAMNDCA30011687

DEFENDANT'S EXHIBIT NO. 4563.003

**U.S. Patent** May 8, 2012 US D659,160 S



**FIG. 1**



**FIG. 2**

SAMNDCA30011688

DEFENDANT'S EXHIBIT NO. 4563.004

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

| | | |
|---|---|---|
| PATENT NO. | : D659,160 S | Page 1 of 1 |
| APPLICATION NO. | : 29/364278 | |
| DATED | : May 8, 2012 | |
| INVENTOR(S) | : Freddy Anzures | |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page, item [62], line 3, Related U.S. Application Data,

please delete "application No. 29/381,460", and insert --application No. 29/281,460-- therefor.

Signed and Sealed this
Second Day of October, 2012

David J. Kappos
*Director of the United States Patent and Trademark Office*

SAMNDCA30011689