# EXHIBIT G

**DEFENDANT'S EXHIBIT NO. 4558.001**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*

Date Admitted: _____ By: _____

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| ELECTRONIC DEVICE | US D558,756 S | Jan. 5, 2007 | Jan. 1, 2008 | We claim the ornamental design for an electronic device, substantially as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P. Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Douglas B. Satzger; Calvin Q. Seid; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373540 |  |
| ELECTRONIC DEVICE | US D558,758 S | Jan. 5, 2007 | Jan. 1, 2008 | We claim the ornamental design for an electronic device, substantially as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P. Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Douglas B. Satzger; Calvin Q. Seid; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373544 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|-------|---------------|-------------|------------|-------|------------------|----------------------|--------------------|
| ELECTRONIC DEVICE | US D580,387 S | Jan. 5, 2007 | Nov. 11, 2008 | We claim the ornamental design for an electronic device, substantially as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P.;Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Douglas B. Satzger; Calvin Q. Seid; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373548 |  |
| ELECTRONIC DEVICE | US D581,922 S | Jun. 30, 2007 | Dec. 2, 2008 | The ornamental design for an electronic device, substantially as shown and described. | Bartley K. Andre; Daniel J. Coste; Daniele De Iuliis; Richard P.Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrhach; Douglas B. Satzger; Calvin Q. Seid; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373552 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|-------|---------------|-------------|------------|-------|------------------|-----------------------|--------------------|
| ELECTRONIC DEVICE | US D586,800 S | Jun. 30, 2007 | Feb. 17, 2009 | The ornamental design for an electronic device, as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P. Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Douglas B. Satzger; Calvin Q. Seid; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373556 |  |
| ELECTRONIC DEVICE | US D602,015 S | Apr. 7, 2008 | Oct. 13, 2009 | The ornamental design for an electronic device, as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P. Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Peter Russell-Clarke; Douglas B. Satzger; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373584 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| ELECTRONIC DEVICE | US D601,558 S | Feb. 13, 2009 | Oct. 6, 2009 | The ornamental design for an electronic device, as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P. Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Douglas B.Satzger; Calvin Q. Seid; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373620 |  |
| ELECTRONIC DEVICE | US D602,016 S | Jun. 6, 2009 | Oct. 13, 2009 | The ornamental design for an electronic device, as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P.Howarth; Jonathan P. Ive; Steve Jobs;Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Peter Russell-Clarke; Douglas B. Satzger; Christopher J. Stringer; Eugene Antony Whang; Rico;Zorkendorfer | SAMNDCA00373624 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| ELECTRONIC DEVICE | US D600,241 S | Apr. 18, 2008 | Sep. 15, 2009 | The ornamental design for an electronic device, as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P. Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Peter;Russell-Clarke; Douglas B. Satzger; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373631 |  |
| ELECTRONIC DEVICE | US D602,017 S | Sep.5, 2008 | Oct. 13, 2009 | The ornamental design for an electronic device, as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Evans Hankey; Richard PHowarth; Jonathan P. Ive; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Peter Russell-Clarke; Douglas B. Satzger; Christopher J.Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373646 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| ELECTRONIC DEVICE | US D634,319 S | Jun. 21, 2010 | Mar. 15, 2011 | The ornamental design for an electronic device, as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P. Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Douglas B Satzger; Calvin Q. Seid; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373656 |  |
| ELECTRONIC DEVICE | US D613,736 S | May 12, 2009 | Apr. 13, 2010 | The ornamental design for an electronic device, as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P.Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Douglas B. Satzger; Calvin;Q. Seid; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373660 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| ELECTRONIC DEVICE | US D615,083 S | Jun. 5, 2008 | May 4, 2010 | The ornamental design for an electronic device, as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P. Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Peter Russell-Clarke; Douglas B. Satzger; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373675 |  |
| ELECTRONIC DEVICE | US D620,004 S | Sep. 10, 2009 | Jul. 20, 2010 | The ornamental design for an electronic device, as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P.Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Peter Russell-Clarke; Douglas B. Satzger; Christopher J. Stringer; Eugene Antony; Whang; Rico Zorkendorfer | SAMNDCA00373679 |  |

**Apple Design Patents**

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| ELECTRONIC DEVICE | US D622,720 S | Jun. 9, 2008 | Aug. 31, 2010 | The ornamental design for an electronic device, as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P.Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Peter Russell-Clarke; Douglas B. Satzger; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373684 |  |
| ELECTRONIC DEVICE | US D624,072 S | Sep. 23, 2009 | Sep. 21, 2010 | The ornamental design for an electronic device, as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P. Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Peter Russell-Clarke; Douglas B. Satzger; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373696 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| ELECTRONIC DEVICE | US D627,343 S | Sep. 15, 2009 | Nov. 16, 2010 | The ornamental design for an electronic device, as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P. Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Douglas B. Satzger; Calvin Q. Seid; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373700 |  |
| ELECTRONIC DEVICE | US D627,778 S | Apr. 19, 2010 | Nov. 23, 2010 | The ornamental design for an electronic device, as shown and described. | Jody Akana; Bartley K. Andre; Jeremy Bataillou; Daniel J. Coster; Daniele De Iuliis; Evans Hankey; Richard P. Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Peter Russell-Clarke; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373704 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| ELECTRONIC DEVICE | US D629,799 S | Mar. 22, 2010 | Dec. 28, 2010 | The ornamental design for an electronic device, as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P. Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Peter Russell-Clarke; Douglas B. Satzger; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373721 |  |
| ELECTRONIC DEVICE | US D630,630 S | Jun. 11, 2010 | Jan. 11, 2011 | The ornamental design for an electronic device, as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Evans Hankey; Richard P.Howarth; Jonathan P. Ive; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Peter Russell-Clarke; Douglas B. Satzger; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373726 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|-------|--------------|-------------|------------|-------|------------------|----------------------|-------------------|
| ELECTRONIC DEVICE | US D633,090 S | Jul. 14, 2010 | Feb. 22, 2011 | The ornamental design for an electronic device, as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P. Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Peter Russell-Clarke; Douglas B. Satzger; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373736 |  |
| ELECTRONIC DEVICE | US D633,092 S | Jul. 30, 2010 | Feb. 22, 2011 | The ornamental design for an electronic device, as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P.Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Peter Russell-Clarke; Douglas B. Satzger; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373741 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| ELECTRONIC DEVICE | US D633,493 S | Jun. 5, 2010 | Mar. 1, 2011 | The ornamental design for an electronic device, as shown and described. | Jody Akana; Bartley K. Andre; Jeremy Bataillou; Daniel .J. Coster; Daniele De Iuliis; Evans Hankey; Richard P. Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Peter Russell-Clarke; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373746 |  |
| ELECTRONIC DEVICE | US D633,908 S | Apr. 20, 2010 | Mar. 8, 2011 | The ornamental design for an electronic device, as shown and described. | Jody Akana; Bartley K. Andre; Jeremy Bataillou; Daniel J. Coster; Daniele De Iuliis; Evans Hankey; Richard P. Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishiburi; Matthew Dean Rohrbach; Peter Russell-Clarke; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373755 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| ELECTRONIC DEVICE WITH GRAPHICAL USER INTERFACE | US D636,392 S | Sep. 30, 2010 | Apr. 19, 2011 | The ornamental design for an electronic device with graphical user interface, as shown and described. | Jody Akana; Bart1ey K. Andre; Freddy Anzures; Jeremy Bataillou; Imran Chaudhri; Daniel J. Coster; Daniele De Iuliis; Evans Hankey; Richard P. Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Peter Russell-Clarke; Christopher J. Stringer; Eugene Antony Whang; Rico Zörkendörfer | SAMNDCA00373774 |  |
| ELECTRONIC DEVICE WITH GRAPHICAL USER INTERFACE | US D638,835 S | Jun. 5, 2010 | May 31, 2011 | The ornamental design for an electronic device with graphical user interface, as shown and described. | Jody Akana; Bartley K. Andre; Jeremy Bataillou; Imran Chaudhri; Daniel J. Coster; Daniele De Iuliis; Evans Hankey; Richard P. Howarth; Jonathan P. Ive; Steve Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Peter Russell-Clarke; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA00373784 |  |

**Apple Design Patents**

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| GRAPHICAL USER INTERFACE FOR A DISPLAY SCREEN OR PORTION THEREOF | US D618,248 S | Sep. 23,2008 | Jun. 22, 2010 | The ornamental design for a graphical user interface for a display screen or a portion thereof, as shown and described. | Freddy Anzures | SAMNDCA30011656 |  |
| GRAPHICAL USER INTERFACE FOR A DISPLAY SCREEN OR PORTION THEREOF | US D621,845 S | Jul. 30, 2007 | Aug. 17, 2010 | The ornamental design for a graphical user interface for a display screen or a portion thereof, as shown and described. | Freddy Anzures; Imran Chaudhri | SAMNDCA30011659 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| ANIMATED GRAPHICAL USER INTERFACES FOR A DISPLAY SCREEN OR PORTION THEREOF | US D621,849 S | Jul. 30, 2007 | Aug. 17, 2010 | The ornamental design for an animated graphical user interface for a display screen or portion thereof, as shown and described. | Freddy Anzures; Bas Ording; Marcel Van Os | SAMNDCA30011662 |  |
| GRAPHICAL USER INTERFACE FOR A DISPLAY SCREEN OR PORTION THEREOF | US D624,555 S | May 6, 2008 | Sep. 28, 2010 | The ornamental design for a graphical user interface for a display screen or portion thereof, as shown and described. | Freddy Anzures | SAMNDCA30011665 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|-------|---------------|-------------|------------|-------|------------------|----------------------|---------------------|
| GRAPHICAL USER INTERFACE FOR A DISPLAY SCREEN OR PORTION THEREOF | US D625,733 S | Mar. 4, 2009 | Oct. 19, 2010 | The ornamental design for a graphical user interface for a display screen or portion thereof, as shown and described. | Freddy Anzures | SAMNDCA30011668 |  |
| GRAPHICAL USER INTERFACE FOR A DISPLAY SCREEN OR PORTION THEREOF | US D648,346 S | Sep. 27, 2010 | Nov. 8, 2011 | The ornamental design for a graphical user interface for a display screen or a portion thereof, as shown and described. | Freddy Anzures | SAMNDCA30011670 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|-------|---------------|-------------|------------|-------|------------------|----------------------|--------------------|
| ICON FOR A PORTION OF A DISPLAY SCREEN | US D651,215 S | Oct. 22, 2010 | Dec. 27, 2011 | The ornamental design for an icon for a portion of a display screen, as shown and described. | Freddy Anzures; Stephen O. Lemay | SAMNDCA30011672 |  |
| ICON FOR A PORTION OF A DISPLAY SCREEN | US D651,610 S | Jun. 30, 2010 | Jan. 3, 2012 | The ornamental design for an icon for a portion of a display screen, as shown and described. | Freddy Anzures | SAMNDCA30011674 |  |

**Apple Design Patents**

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| ICON FOR A PORTION OF A DISPLAY SCREEN | US D651,614 S | Jun. 21, 2010 | Jan. 3, 2012 | The ornamental design for an icon for a portion of a display screen, as shown and described. | Freddy Anzures | SAMNDCA30011676 |  |
| ICON FOR A PORTION OF A DISPLAY SCREEN | US D652,054 S | Jun. 21, 2010 | Jan. 10, 2012 | The ornamental design for an icon for a portion of a display screen, as shown and described. | Freddy Anzures | SAMNDCA30011678 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| ICON FOR A PORTION OF A DISPLAY SCREEN | US D652,426 S | Jul. 23, 2010 | Jan. 17, 2012 | The ornamental design for an icon for a portion of a display screen, as shown and described. | Freddy Anzures | SAMNDCA30011681 |  |
| ICON FOR A PORTION OF A DISPLAY SCREEN | US D652,428 S | Apr. 30, 2010 | Jan. 17, 2012 | The ornamental design for an icon for a portion of a display screen, as shown and described. | Freddy Anzures | SAMNDCA30011684 |  |

**DEFENDANT'S EXHIBIT NO. 4558.020**

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|-------|--------------|-------------|------------|-------|------------------|----------------------|---------------------|
| ICON FOR A PORTION OF A DISPLAY SCREEN | US D659,160 S | Jun. 21, 2010 | May 8, 2012 | The ornamental design for an icon for a portion of a display screen, as shown and described. | Freddy Anzures | SAMNDCA30011686 |  |
| ICON FOR A PORTION OF A DISPLAY SCREEN | US D660,315 S | Jun. 21, 2010 | May 22, 2012 | The ornamental design for an icon for a portion of a display screen, as shown and described. | Freddy Anzures | SAMNDCA30011690 | |

DEFENDANT'S EXHIBIT NO. 4558.021

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| ICON FOR A PORTION OF A DISPLAY SCREEN | US D665,818 S | Jun. 21, 2010 | Aug. 21, 2012 | The ornamental design for an icon for a portion of a display screen, as shown and described. | Freddy Anzures | SAMNDCA30011693 |  |
| DISPLAY SCREEN OR PORTION THEREOF WITH ICON | US D668,263 S | Oct. 8, 2010 | Oct. 2, 2012 | The ornamental design for a display screen or portion thereof with icon, as shown and described. | Steve Jobs; Louis D. Mantia, Jr.; William Martin Bachman; Jeffrey L. Robbin | SAMNDCA30011696 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|-------|---------------|-------------|------------|-------|------------------|----------------------|--------------------|
| DISPLAY SCREEN OR PORTION THEREOF WITH ICON | US D669,092 S | Aug. 3, 2010 | Oct. 16, 2012 | The ornamental design for a display screen or portion thereof with icon, as shown and described. | Freddy Anzures | SAMNDCA30011700 | |
| DISPLAY SCREEN OR PORTION THEREOF WITH ICON | US D671,558 S | Oct. 4, 2011 | Nov. 27, 2012 | The ornamental design for a display screen or portion thereof with icon, as shown and described. | Freddy Anzures; Alessandro Francesco Sabatelli | SAMNDCA30011703 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| DISPLAY SCREEN OR PORTION THEREOF WITH A GRAPHICAL USER INTERFACE | US D675,639 S | Sep. 19, 2011 | Feb. 5, 2013 | The ornamental design for a display screen or portion thereof with a graphical user interface, as shown and described. | Freddy Anzures; Bas Ording; Marcel Van Os | SAMNDCA30011706 |  |
| DISPLAY SCREEN OR PORTION THEREOF WITH ICON | US D686,637 S | Apr. 6, 2012 | Jul. 23, 2013 | The ornamental design tor a display screen or portion thereof with icon, as shown and described. | Freddy Anzures | SAMNDCA30011710 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|-------|---------------|-------------|------------|-------|------------------|----------------------|--------------------|
| DISPLAY SCREEN OR PORTION THEREOF WITH GRAPHICAL USER INTERFACE | US D692,910 S | Feb. 7, 2012 | Nov. 5, 2013 | The ornamental design for a display screen or portion thereof with graphical user interface as shown and described . | Freddy Anzures; Alessandro Francesco Sabatelli | SAMNDCA30011713 |  |
| ELECTRONIC DEVICE | US D747,310 S | Sep. 9, 2013 | Jan. 12, 2016 | The ornamental design tor an electronic device, as shown and described. | Jody Akana; Bartley K. Andre; Shota Aoyagi; Jeremy Bataillou; Daniel J. Coster; Daniele De Iuliis; M. Evans Hankey; Julian Hoenig; Richard P.Howarth; Jonathan P. Ive; Duncan Robert Kerr; Matthew Dean Rohrbach; Peter Russell-Clarke; Mikael Silvanto; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA30011721 |  |

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| DISPLAY SCREEN OR PORTION THEREOF WITH ICON | US D752,641 S | Apr. 29, 2015 | Mar. 29, 2016 | The ornamental design tor a display screen or portion thereof with icon, as shown and described. | Alan C. Dye; Aurelio Guzman; Joe Marianek; Christopher Wilson | SAMNDCA30011733 |  |
| ELECTRONIC DEVICE | US D763,253 S | Aug. 1, 2014 | Aug. 9, 2016 | The ornamental design for an electronic device, as shown and described. | Jody Akana; Bartley K. Andre; Jeremy Bataillou; Daniel J. Coster; Daniele De Iuliis; M. Evans Hankey; Richard P.Howarth; Jonathan P. Ive; Steven P. Jobs; Duncan Robert Kerr; Shin Nishibor; Matthew Dean Rohrbach; Peter Russell-Clarke; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA30011736 |  |

DEFENDANT'S EXHIBIT NO. 4558.026

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| ELECTRONIC DEVICE | US D773,453 S | Jun. 11, 2014 | Dec. 6, 2016 | The ornamental design for an electronic device, as shown and described. | Jody Akana; Bartley K. Andre; Jeremy Bataillou; Daniel J. Coster; Daniele De Iuliis; M. Evans Hankey; Julian Hoenig; Richard P. Howarth; Jonathan P. Ive; Duncan;Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Peter Russell-Clarke; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA30011749 |  |
| ELECTRONIC DEVICE | US D789,926 S | Feb. 3, 2016 | Jun. 20, 2017 | The ornamental design for an electronic device as shown and described. | Bartley K. Andre; Daniel J. Coster; Daniele De Iuliis; Richard P. Howarth; Jonathan P. Ive; Steven P. Jobs; Duncan Robert Kerr; Shin Nishibori; Matthew Dean Rohrbach; Douglas B.Satzger; CalvinQ. Seid; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA30011759 |  |

**DEFENDANT'S EXHIBIT NO. 4558.027**

## Apple Design Patents

| Title | Patent Number | Filing Date | Issue Date | Claim | Inventor Name(s) | Starting Bates Number | Patent Drawings[1] |
|---|---|---|---|---|---|---|---|
| ELECTRONIC DEVICE | US D790,535 S | Dec. 16, 2015 | Jun. 27, 2017 | The ornamental design for an electronic device, as shown and described. | Jody Akana; Bartley K. Andre; Shota Aoyagi; Jeremy Bataillou; Daniel J. Coster; Daniele De Iuliis; M. Evans Hankey; Julian Hoenig; Richard P. Howarth; Jonathan P. Ive; Duncan Robert Kerr; Matthew Dean Rohrbach; Peter Russell-Clarke; Mikael Silvanto; Christopher J. Stringer; Eugene Antony Whang; Rico Zorkendorfer | SAMNDCA30011767 | |

**Note:**

[1] Parts of the Patent Drawings displayed in broken lines form no part of the claimed design.