# EXHIBIT J

등록디자인 30-0418547

(19)대한민국특허청(KR)
(12) 등록디자인공보(S)

| | | | |
|---|---|---|---|
| (52) 분류 H3-30 | | (45) 공고일자 | 2006년07월06일 |
| | | (11) 등록번호 | 30-0418547 |
| | | (24) 등록일자 | 2006년06월26일 |

(51) 국제분류    14-03
(21) 출원번호    30-2005-0030828
(22) 출원일자    2005년09월09일

DEFENDANT'S EXHIBIT
NO. 727.001
United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____By:_____

(73) 디자인권자    엘지전자 주식회사
　　　　　　　　서울특별시 영등포구 여의도동 20번지

(72) 창작자    주아정
　　　　　　부산 금정구 장전2동 온천해동빌라 501호

(74) 대리인    박장원

담당심사관 김선진

(54) 휴대폰

디자인의 대상이 되는 물품

휴대폰

디자인의 설명

1. 재질은 금속, 유리 및 합성수지재임.

2. 안테나가 내장되어 있는 카드타입의 초슬림형 휴대폰임.

3. 배면에 구성된 카메라를 통해 사진 촬영을 할 수 있도록 된 것임.

4. 전면 디스플레이 창 하단에 전화사용 및 카메라사용 등 전원이 켜져 활성화 될때만 보일 수 있도록 한 터치 방식의 기능 및 숫자버튼을 배열한 것이며, 화면의 창에서도 터치 스크린방식을 채택하여 각종 휴대폰 기능을 사용할 수 있도록 한 것임.

5. 디엠비(DMB)기능을 탑재하여 지상파 방송을 시청할 수 있도록 하였으며 상단 좌측에 구성된 스피커를 통해 방송 내용을 청취할 수 있도록 한 것임.

디자인 창작 내용의 요점

본원 휴대폰 디자인은 본체 상단부에 스피커를 형성하고 전면 버튼부를

SAMNDCA00255321

등록디자인 30-0418547

터치스크린 방식으로 단순하고 독특한 형상으로 나타내었으며 전체적으로 돌출부가 없는 깔끔한 이미지를 강조한 것을 디자인 창작 내용의 요점으로 함.

【 사시도 】



【 정면도 】



등록디자인 30-0418547

【 배면도 】



【 좌측면도 】



SAMNDCA00255323

등톡디자인 30-0418547

【 우측면도 】



【 평면도 】

【 저면도 】

- 4 -

CERTIFICATION OF TRANSLATION

I certify that the Korean to English translation of the Korean document entitled **KR30-0418547 (KR30-2005-0030828)** is an accurate and complete rendering of the contents of the source document to the best of my knowledge and ability. I further certify that I am a qualified professional translator familiar with both languages with more than twenty years of experience in Korean to English translation of various legal, technical or business documents including a number of legal evidentiary documents submitted to various courts in the United States.

December 23, 2011

_____

Alex N. Jo, Translator

Registered Design 30-0418547

**(19) Korea Intellectual Property Office (KIPO) (KR)**
**(12) Official Gazette of Registered Industrial Designs (S)**

| | | |
|---|---|---|
| (52) Classification | H3-30 | (45) Publication Date: July 6, 2006 |
| | | (11) Registration No.:30-0418547 |
| | | (24) Registration Date: June 26, 2006 |
| (51) Int. Cl. | 14-03 | |
| (21) Application No.: | 30-2005-0030828 | |
| (22) Application Date: | September 9, 2005 | |

| | |
|---|---|
| (73) Design right holder | LG Electronics Co., Ltd. |
| | 20 Yoido-dong, Youngdeungpo-gu, Seoul, Korea |
| (72) Inventor: | Ah JeongJoo |
| | 501 OncheonHaedong Villa, Jangjeon 2-dong, Geumjeong-gu, Busan, Korea |
| (74) Agent: | Jang Won Park |

**Examiner: Sun Jin Kim**

**(54) Portable phone**

**Physical Target Object of the Design**

Portable phone

**Description of the Design**

1. It is made of metals, glass, and synthetic resin.

2. It is a super slim portable phone with an antenna embedded therein.

3. It can take photos using the camera constructed on the rear surface.

4. Touch-mode function keys and number keys are arrayed at the bottom of the front display window such that They can be visible only when the phone-in-use and camera-in-use are activated after power is turned on. The display screen window also employs a touch screen mode to enable the user to use various functions of a portable phone.

5. A DMB function is embedded to enable the user to watch the ground wave broadcastings. Also, the speaker constructed on the top left enables the user to listen to the broadcastings.

**Main Points of the Creative Design Contents**

The main points of the design of the present portable phone are such that a speaker is formed on top of the main

SAMNDCA00255326

Registered Design 30-0418547

body, the button unit on the front are displayed in a simple and unique shape in a touch screen mode, and a neat and clean image as a whole having no protrusion is emphasized.

[Perspective View]



[Frontal View]



- 2 -

SAMNDCA00255327

Registered Design 30-0418547

[Rear View]



[Left Lateral View]



- 3 -

SAMNDCA00255328

Registered Design 30-0418547

**[Right Lateral View]**



**[Plan View]**

**[Bottom View]**

- 4 -