# EXHIBIT M

**DEFENDANT'S EXHIBIT
NO. 4557.001**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*

Date Admitted: _____ By: _____

# Patents Granted by Organization[1]
## *2006–2016*



**Notes:**
[1] Analysis includes utility patents issued by the U.S. Patent and Trademark Office.
[2] "Apple" refers to patents issued to Apple Computer, Inc. (2006–2010) and Apple, Inc. (2011–2016).
[3] "Microsoft" refers to patents issued to Microsoft Technology Licensing, LLC (2015) and Microsoft Corporation (2006–2016).
[4] Patents granted to related entities are not reported.

**Sources:**
"Patenting by Organization," 2006-2015, U.S. Patent Office; "Top 300 Organizations Granted U.S. Patents in 2016," IPO, May 30, 2017, *available at* http://www.ipo.org/wp-content/uploads/2017/05/2016_Top-300-Patent-Owners.pdf.