| | |
|---|---|
| ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>NATHAN B. SABRI (CA SBN 252216)<br>nsabri@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendant APPLE INC. | WILLIAM F. LEE<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>MARK D. SELWYN (SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean corporation; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>            Defendants. | Case No. 11-cv-01846-LHK<br><br>**NOTICE OF APPEARANCE BY ASHLEIGH K. LANDIS** |

1    PLEASE TAKE NOTICE of the appearance of Ashleigh K. Landis of the law offices of

2 Morrison & Foerster LLP, as counsel of record for and on behalf of Plaintiff Apple Inc., in the

3 above-entitled matter for the purpose of receiving notices and orders from the Court. Copies of all

4 pleadings and notices pertaining to the above-entitled action not otherwise filed through the

5 Court's electronic filing system should be forwarded to counsel at the following address:

>
> Ashleigh K. Landis (State Bar No. 281601)
> MORRISON & FOERSTER LLP
> 707 Wilshire Blvd, Suite 6000
> Los Angeles, CA 90017-3543
> TELEPHONE:     (213) 892-5200
> FACSIMILE:     (213) 892-5454
> E-Mail: ALandis@mofo.com

Dated: May 8, 2018                          MORRISON & FOERSTER LLP


                                            By:  /s/ Ashleigh K. Landis
                                                 ASHLEIGH K. LANDIS

                                                 Attorney for Plaintiff
                                                 APPLE INC.