UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>    Defendants. | Case No. 11-CV-01846-LHK<br><br>**ORDER RE TENTATIVE JURY VERDICT FORM**<br><br>Re: Dkt. No. 3709 |

The parties may propose language in their responses to the tentative verdict form that allows the jury to only answer Questions 1 and 3, if the jury wishes to award a lump sum royalty. The parties may also propose language in the tentative verdict form that allows the jury to only fill in the "Total" column in Questions 2 and 4 rather than each cell for each infringing product and patent, if the jury wishes to award a combined royalty for products that infringe multiple patents.

**IT IS SO ORDERED.**

Dated: May 8, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No. 11-CV-01846-LHK
ORDER RE TENTATIVE JURY VERDICT FORM