1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 90378)
2  johnquinn@quinnemanuel.com
   William C. Price (Bar No. 108542)
3  williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
4  michaelzeller@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Kathleen M. Sullivan (Bar No. 242261)
   kathleensullivan@quinnemanuel.com
8  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
9  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
10 555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
11 Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100

12

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                    UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
|---|---|
| Plaintiff, | **SAMSUNG'S OBJECTIONS TO APPLE'S COUNTER DEPOSITION DESIGNATIONS** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

## I. SAMSUNG'S OBJECTIONS TO APPLE'S DEPOSITION DESIGNATIONS

Subject to the parties' reservation of rights to revise and/or supplement their objections if necessary during the high priority objection process, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung") hereby submit their objections and counter designations to Apple's counter deposition designations (Dkt. 3701).

Samsung's specific objections and counter designations to Apple's counter designations are attached as Exhibit A.   Additionally, Samsung objects to the presentation of irrelevant deposition testimony, including without limitation testimony relevant only to claims not at issue in this trial.   Samsung hereby counter designates all testimony counter designated by Apple, and reserves the right to play any Apple counter designations at trial in the event Apple does not play them.   Samsung reserves the right to modify or supplement these objections during the high priority objection process at trial. Samsung also reserves all objections to any underlying exhibits discussed in any testimony designated by Apple.

DATED: May 8, 2018                    Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


By  */s/ Victoria F. Maroulis*
    John B. Quinn
    William C. Price
    Michael T. Zeller
    Kevin P.B. Johnson
    Victoria F. Maroulis

    Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
    INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC