# EXHIBIT B

| DESCRIPTION | OBJECTIONS |
|---|---|
| FEDERAL RULES OF EVIDENCE 401/402 (IRRELEVANT) | 402 |
| LACKS FOUNDATION | Lacks foundation |
| CALLS FOR SPECULATION | Speculation |
| FEDERAL RULE OF EVIDENCE 602 (LACK OF PERSONAL KNOWLEDGE) | 602 |
| FEDERAL RULE OF EVIDENCE 802 (HEARSAY) | 802 |
| FEDERAL RULE OF EVIDENCE 403 (UNDULY PREJUDICIAL, CONFUSING OR WASTE OF TIME) | 403 |
| MISLEADING | Misleading |
| BEST EVIDENCE | 1002 |
| IMPROPER LAY OPINION / IMPROPER EXPERT TESTIMONY BY NON-EXPERT | 701 |
| FEDERAL RULE OF EVIDENCE 611(B) (BEYOND SCOPE OF DESIGNATIONS) | Beyond scope of designations |
| DESIGNATION INCOMPLETE / INCOMPREHENSIBLE / INCOMPLETE QUESTION / ANSWER | Incomplete |
| BEYOND SCOPE OF 30(B)(6) NOTICE / QUESTIONS | Beyond scope of 30(B)(6) |
| VAGUE AND AMBIGUOUS | Ambiguous |
| ASKED AND ANSWERED | Asked and answered |
| ARGUMENTATIVE | Argumentative |
| IMPROPER / INCOMPLETE HYPOTHETICAL | Hypothetical |
| FEDERAL RULE OF EVIDENCE 501 (PRIVILEGE) | 501 |
| COMPOUND | Compound |
| MISCHARACTERIZATION | Mischaracterization |
| CALLS FOR LEGAL CONCLUSION | Legal conclusion |
| ASSUMES FACTS NOT IN EVIDENCE | Assumes facts |
| NON-RESPONSIVE | Non-responsive |
| NARRATIVE | Narrative |

2

| DESCRIPTION | OBJECTIONS |
|---|---|
| OVERLY BROAD | **Overbroad** |
| MISSTATES TESTIMONY | **Misstates testimony** |
| FEDERAL RULE OF EVIDENCE 408 (COMPROMISE OFFERS AND NEGOTIATIONS) | **408** |
| OBJECTION TO TRANSLATION | **Translation** |
| LACK OF PERSONAL KNOWLEDGE OR COMPETENCY | **602** |
| IMPROPER TESTIMONY BY EXPERT WITNESS | **702/703** |
| IMPROPER INCLUSION OF MULTIPLE DOCUMENTS AS ONE EXHIBIT/ VIOLATES COURT'S LIMIT ON NUMBER OF EXHIBITS | **I** |
| 2013 MOTION IN LIMINE # 1: EXCLUDE EVIDENCE CONCERNING ALLEGED COPYING OR WILLFULNESS | **2013-MIL 1** |

2