QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF BRETT ARNOLD IN SUPPORT OF SAMSUNG'S OBJECTIONS TO APPLE'S SLIDES AND EXHIBITS FOR OPENING STATEMENT AND SAMSUNG'S RESPONSES TO APPLE'S OBJECTIONS TO SAMSUNG'S SLIDES AND EXHIBITS FOR OPENING STATEMENT** |

I, Brett Arnold, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's Responses to Apple's Objections to Samsung's Opening Slides. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as **Exhibit 1** is a true and correct copy of Samsung's Responses And Objections To Apple's First Set Of Requests For Production Regarding Article Of Manufacture, served on December 14, 2017.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the December 13, 2017 deposition of Drew Blackard.

4. Attached as **Exhibit 3** is a true and correct copy of correspondence from counsel for Samsung to counsel for Apple regarding discovery matters, dated January 3, 2018.

5. Attached as **Exhibit 4** is a true and correct copy of correspondence from counsel for Samsung to counsel for Apple regarding discovery matters, dated February 22, 2018.

6. Attached as **Exhibit 5** is a true and correct copy of Exhibit 8 from the expert report of Mr. Sam Lucente, dated January 29, 2018.

7. I attended the February 14, 2018 deposition of Sam Lucente. Mr. Lucente's deposition was held at Wilmer Hale's office in Palo Alto. I attended the deposition and brought with me the complete set of component disassemblies for all Samsung phones at issue in the 2018 damages trial. I provided the disassemblies to Apple's counsel before Mr. Lucente's deposition began and Apple's counsel was permitted to take the disassemblies outside of Samsung's counsel's presence in order to inspect and photograph the disassemblies. Apple's counsel had access to the disassemblies throughout the entire deposition. Following is a photograph I took at the end of the deposition

1  showing the boxes of complete disassemblies that we provided to counsel for Apple at the
2  deposition.
3     I declare under penalty of perjury that the foregoing is true and correct.  Executed on May
4  10, 2018, at San Jose, California.

                    */s/ Brett Arnold*

                    Brett Arnold

**Local Rule 5-1(i)(3) Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being utilized for the filing of this document. I attest that Brett Arnold has consented in the filing of this declaration.

Executed on May 10, 2018 at San Jose, CA.

By */s/ Victoria F. Maroulis*
Victoria F. Maroulis