# EXHIBIT 5

# EXHIBIT 8

# Complete Disassemblies

# Captivate



Complete Disassembly 2

# Captivate



Complete Disassembly                                                                 3

# Continuum



Complete Disassembly                                        4

# Continuum



Complete Disassembly                                                    5

# Droid Charge



Complete Disassembly                                                                 6

# Droid Charge



# Epic 4G



Complete Disassembly                                         8

# Epic 4G



# Fascinate



Complete Disassembly                                                                 10

# Fascinate



# Galaxy S 4G



# Galaxy S 4G



Complete Disassembly                                                                    13

# Galaxy S II (AT&T)



Complete Disassembly                                                14

# Galaxy S II (AT&T)



Complete Disassembly                                                    15

# Galaxy S II (T-Mobile)



Complete Disassembly                                        16

# Galaxy S II (T-Mobile)



Complete Disassembly                                              17

# Galaxy S II (Epic 4G Touch)



Complete Disassembly                                                                 18

# Galaxy S II (Epic 4G Touch)



Complete Disassembly                                                          19

# Galaxy S II (Skyrocket)



Complete Disassembly                                                    20

# Galaxy S II (Skyrocket)



# Gem



Complete Disassembly                                                                 22

# Gem



# Indulge



# Indulge



# Infuse



# Infuse



Complete Disassembly                                                   27

# Mesmerize



# Mesmerize



# Showcase



# Showcase



# Vibrant



# Vibrant



All Components                                                      33

# Components Relevant to Article of Manufacture

# Captivate



Display Screen Front

# Captivate



Display Screen Back                                                    36

# Continuum



Display Screen Front                                                    37

# Continuum



# Droid Charge



Display Screen Front                                                    39

# Droid Charge



Display Screen Back

# Epic 4G



Display Screen Front                                           41

# Epic 4G



Display Screen Back

# Fascinate, Mesmerize, and Showcase



Display Screen Front                                          43

# Fascinate, Mesmerize, and Showcase



Display Screen Back

44

# Fascinate



Glass Front Face                                                45

# Galaxy S 4G



Display Screen Front

# Galaxy S 4G



Display Screen Back                                                47

# Galaxy S 4G



Bezel Front                                                    48

# Galaxy S 4G



Bezel Back                                                          49

# Galaxy S 4G



Glass Front Face                                                  50

# Galaxy S II (AT&T)



Glass Front Face                                                          51

# Galaxy S II (T-Mobile)



Glass Front Face                                                                                52

# Galaxy S II (Epic 4G Touch)



Glass Front Face                                                                 53

# Galaxy S II (Skyrocket)



Glass Front Face                                                                                    54

# Gem



Display Screen Front

# Gem



Display Screen Back

# Indulge



Display Screen Front                                          57

# Indulge



Display Screen Back                                    58

# Infuse



Display Screen Front

# Infuse



Display Screen Back

60

# Infuse



Glass Front Face                                                                61

# Mesmerize



Glass Front Face                                                        62

# Showcase



Glass Front Face                                              63

# Vibrant



Display Screen Front

# Vibrant



Display Screen Back

# Vibrant



Bezel Front

# Vibrant



Bezel Back

# Vibrant



Glass Front Face                                                    68