# EXHIBIT 3

*Apple v. Samsung*, No. 11-1846-LHK (NMC)
2018 Remand Trial - Apple Exhibit List

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PX1 | N/A | Photographs of Apple Phone Models | N/A | N/A | Greg Joswiak; Tony Blevins; Richard Howarth; Susan Kare; Al Ball | Damages | | |
| PX3 | N/A | Apple and Samsung Smartphones | N/A | N/A | Greg Joswiak; Tony Blevins, Richard Howarth; Susan Kare; Al Ball | Damages | | |
| PX3A | N/A | Apple and Samsung Smartphones | N/A | N/A | Greg Joswiak; Tony Blevins; Richard Howarth; Julie Davis; Al Ball; Susan Kare | Damages | | |
| PX6 | N/A | Summary of Press Reports Regarding Samsung Phone Designs | N/A | N/A | Greg Joswiak; Julie Davis; Al Ball; Susan Kare | Damages | | |
| PX7 | N/A | Photographs of infringing Samsung devices | N/A | N/A | Greg Joswiak; Tony Blevins; Richard Howarth; Julie Davis; Al Ball; Susan Kare | Damages ***NOTE: If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |
| PX8 | N/A | Photographs of Apple products | N/A | N/A | Greg Joswiak; Richard Howarth; Tony Blevins; Julie Davis; Al Ball; Susan Kare | Damages | | |
| PX9 | N/A | Translation of email from Dong Jin Koh dated September 16, 2008 | SAMNDCA11374409 | SAMNDCA11374414 | Karan Singh; Julie Davis; Justin Denison; Won-Pyo Hong | Damages | | |
| PX11 | N/A | iPhone and iPad Print Advertisements | N/A | N/A | Greg Joswiak; Tony Blevins; Richard Howarth; Julie Davis; Al Ball; Susan Kare | Damages | | |
| PX12 | N/A | iPhone Television Advertisements | N/A | N/A | Greg Joswiak; Tony Blevins; Richard Howarth; Julie Davis | Damages | | |

*Apple v. Samsung*, No. 11-1846-LHK (NMC)
2018 Remand Trial - Apple Exhibit List

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PX12.1 | N/A | ""Watered Down" Ad - excerpted from PX 12 | N/A | N/A | Greg Joswiak | Damages | | |
| PX14 | N/A | iPhone & iPad Media Clips | N/A | N/A | Greg Joswiak; Tony Blevins; Richard Howarth | Damages | | |
| PX17 | N/A | Summary of iPhone and iPad News Coverage | N/A | N/A | Greg Joswiak; Julie Davis; Al Ball; Susan Kare; Tony Blevins; Richard Howarth | Damages | | |
| PX17A | N/A | Summary of iPhone and iPad News Coverage | N/A | N/A | Greg Joswiak; Julie Davis; Al Ball; Susan Kare; Tony Blevins; Richard Howarth | Damages | | |
| PX18 | N/A | Fox, *The Simpsons*, January 31, 2010 | APLNDC-X0000359537 | APLNDC-X0000359537 | Greg Joswiak; Tony Blevins; Richard Howarth; Susan Kare | Damages | | |
| PX19 | N/A | Designs Considered by Apple | N/A | N/A | Greg Joswiak; Tony Blevins; Richard Howarth | Damages | | |
| PX21A | N/A | Screen captures considered by S. Kare | N/A | N/A | Susan Kare; Greg Joswiak; Julie Davis | Damages | | |
| PX25K | N/A | Summary of Apple's damages calculations | N/A | N/A | Julie Davis | Damages ***NOTE: If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |

*Apple v. Samsung*, No. 11-1846-LHK (NMC)
**2018 Remand Trial - Apple Exhibit List**

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PX25L | N/A | Summary of Apple's damages calculations | N/A | N/A | Julie Davis | Damages ***NOTE: If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |
| PX26A | N/A | Summary of selected documents reflecting comments on demand for Apple's intellectual property | N/A | N/A | Julie Davis; Susan Kare | Damages ***NOTE: If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |
| PX26B | N/A | Summary of selected documents reflecting comments on demand for Apple's intellectual property | N/A | N/A | Julie Davis; Susan Kare | Damages ***NOTE: If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |
| PX27A | N/A | Summary of selected documents reflecting comments on the smartphone and tablet marketplace | N/A | N/A | Julie Davis | Damages ***NOTE: If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |

*Apple v. Samsung* , No. 11-1846-LHK (NMC)
2018 Remand Trial - Apple Exhibit List

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PX28 | N/A | Summary of Samsung's fixed, variable, and non-product costs | N/A | N/A | Julie Davis | Damages ***NOTE: If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |
| PX29C | N/A | Summary and comparison of Samsung financial data from different sources in Samsung's production | N/A | N/A | Julie Davis | Damages ***NOTE: If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |
| PX32 | N/A | Samsung Blackjack i607 | N/A | N/A | Greg Joswiak; Tony Blevins; Richard Howarth; Al Ball | Damages | | |
| PX34 | 9/1/2007 | Translation of Presentation: Feasibility Review on Standalone AP Business for Smart Phone Market | SAMNDCA10809390 | SAMNDCA10809460 | Julie Davis; Michael Wagner; Seogguen Kim; Dong Hoon Chang; Sungsik Lee; Justin Denison; Michael Wagner; Al Ball | Damages | | |
| PX35 | 12/14/2008 | Email from J. Botello re: Additional wallpapers for Genie | SAMNDCA10247689 | SAMNDCA10247704 | Susan Kare; Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| PX36 | 12/17/2008 | Presentation: Touch Portfolio Rollout Strategy Recommendation Based on Consumer Insight | SAMNDCA00191811 | SAMNDCA00191987 | Julie Davis; Ravin Balakrishnan; Justin Denison; Michael Wagner | Damages | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PX37 | 12/24/2008 | Translation of presentation: Touch Portfolio Key Takeaways | SAMNDCA10805169 | SAMNDCA10805175 | Julie Davis; Seogguen Kim; Sungsik Lee; Dong Hoon Chang; Won Pyo Hong; Justin Denison; Michael Wagner | Damages | | |
| PX38 | 4/17/2009 | Presentation: Browser Zooming Methods UX Exploration Study | SAMNDCA11104115 | SAMNDCA11104139 | Karan Singh; Ravin Balakrishnan; Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| PX39 | 9/9/2011 | Translation of Presentation: Alkon Instructions from the CEO | SAMNDCA20012936 | SAMNDCA20012942 | Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| PX40 | 2/11/2010 | Translation of Email from Bong-Hee Kim regarding Summary of Executive-Level Meeting Supervised by Head of Division (February 10) | SAMNDCA10247373 | SAMNDCA10247378 | Julie Davis; Justin Denison; Michael Wagner; Al Ball; Susan Kare; Minhyouk Lee | Damages | | |
| PX41 | 7/30/2012 | Presentation: Samsung TN GUI Framework Final Presentation | SAMNDCA11030081 | SAMNDCA11030359 | Justin Denison; Michael Wagner; Susan Kare | Damages | | |
| PX42 | 2/16/2010 | Translation of Email from Hyun Kim regarding P1/P3 Division Head Design Report Meeting Minutes, dated February 16, 2010 | SAMNDCA00044700 | SAMNDCA00044700 | Julie Davis | Damages | | |
| PX43 | 2/23/2010 | Translation of Email from Ki Hyun Seo regarding Team Leader's Directives at the Executives' Meeting 2/22 (Mon) | SAMNDCA10167856 | SAMNDCA10167857 | Wong Pyo Hong; Justin Denison | Damages | | |
| PX44 | 3/2/2010 | Translation of Presentation: Relative Evaluation Report on S1, iPhone | SAMNDCA00203880 | SAMNDCA00204010 | Karan Singh; Susan Kare; Julie Davis; Ravin Balakrishnan; Justin Denison; Michael Wagner | Damages | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PX46 | 5/10/2010 | Translation of selected pages from Presentation: Behold3 Usability Evaluation Results S/W Verification Group | SAMNDCA00508318 | SAMNDCA00508400 | Ravin Balakrishnan; Julie Davis; Michael Wagner; Wookyun Kho | Damages | | |
| PX47 | 5/24/2010 | Translation of Email from Saejin Cha regarding China GDI evaluation and attachments | SAMNDCA10159856 | SAMNDCA10159871 | DongHoon Chang; Justin Denison; Michael Wagner | Damages | | |
| PX48 | 7/5/2010 | Presentation: Wave & Galaxy S Expert & regular users UX Critique | SAMNDCA11290567 | SAMNDCA11290652 | DongHoon Chang; Ravin Balakrishnan; Justin Denison; Michael Wagner | Damages | | |
| PX51 | 10/5/2010 | Presentation to Samsung | APLNDC00010886 | APLNDC00010903 | Jun Won Lee | Damages | | |
| PX52 | 8/4/2010 | Presentation: Samsung's Use of Apple Patents in Smartphones | APLNDC00001103 | APLNDC00001125 | Ravin Balakrishnan; Greg Joswiak; Jun Won Lee; Julie Davis; Michael Wagner | Damages | | |
| PX53 | 2011 | Translation of Presentation: Comparison of Galaxy S and iPhone 4 | SAMNDCA11010883 | SAMNDCA11010884 | Seogguen Kim; Minhyouk Lee; Justin Denison; Michael Wagner | Damages | | |
| PX54 | 11/1/2010 | Presentation: Lessons from Apple Boston Consulting Group | SAMNDCA00274819 | SAMNDCA00274854 | Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| PX55 | 2011 | Presentation: Samsung mobile icon design for 2011 | SAMNDCA20007208 | SAMNDCA20007222 | Jee-yuen Wang; Susan Kare; Justin Denison; Michael Wagner; Julie Davis | Damages | | |
| PX56 | 2/11/2011 | Presentation: Samsung  Q4 '10 Deep Dive | SAMNDCA00526887 | SAMNDCA00526993 | Julie Davis; Justin Denison; Michael Wagner | Damages | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PX57 | 4/9/2011 | Translation of selected pages from Presentation: P5 Usability Evaluation Results S/W Verification Group 1 | SAMNDCA00176053 | SAMNDCA10765466 | Ravin Balakrishnan; Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| PX58 | 6/17/2011 | Email from Justin Denison regarding GS Choi's Direction and Request to STA | SAMNDCA10375640 | SAMNDCA10375662 | Julie Davis; Justin Denison; Michael Wagner; Dale Sohn | Damages | | |
| PX60 | 2/16/2012 | Presentation: STA Competitive Situation Paradigm Shift | SAMNDCA11547401 | SAMNDCA11547470 | Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| PX61 | 4/2/2012 | Translation of Samsung Presentation: Next Phase UX Direction through iPhone and TouchWiz Competitiveness Analysis | SAMNDCA10998213 | SAMNDCA10998232 | Ravin Balakrishnan; Justin Denison | Damages | | |
| PX62 | 3/25/2011 | Presentation: iPhone 5 Counter Strategy | S-ITC-003351732 | S-ITC-003351759 | Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| PX90 | 12/17/2008 | Samsung Presentation: Touch Portfolio rollout strategy | SAMNDCA10223593 | SAMNDCA10223648 | Dongseok Ryu | Damages | | |
| PX106 | N/A | "Waiting for the Latest in Wizardry," by Katie Haffner, *New York Times* , | N/A | N/A | Greg Joswiak; Julie Davis | Damages | | |
| PX107 | N/A | Excerpt of ABC, Modern Family (March 31, 2010) | APLNDC-X0000359613 | N/A | Greg Joswiak | Damages | | |
| PX125 | N/A | Sony Ericsson K700i mobile phone | N/A | N/A | Greg Joswiak; Tony Blevins; Richard Howarth; Al Ball | Damages | | |
| PX127 | N/A | "How To" TV ad for original iPhone | APLNDC-X0000007535 | APLNDC-X0000007535 | Greg Joswiak; Julie Davis; Al Ball; Susan Kare | Damages | | |
| PX129 | N/A | Original iPhone print ad | APLNDC-X0000007531 | APLNDC-X0000007531 | Greg Joswiak; Al Ball | Damages | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PX130 | N/A | iPhone 3G print ad | APLNDC-X0000007557 | APLNDC-X0000007557 | Greg Joswiak; Al Ball | Damages | | |
| PX133 | 1/11/2007 | "Apple Waves Its Wand at the iPhone," by David Pogue, *New York Times*, January 11, 2007 | APLNDC-Y0000235973 | APLNDC-Y0000235976 | Greg Joswiak; Richard Howarth; Tony Blevins; Al Ball | Damages | | |
| PX134 | 6/27/2007 | "Testing Out the iPhone," by Walter S. Mossberg and Katherine Boehert, *The Wall Street Journal*, June 27, 2007 | APLNDC-Y0000234932 | APLNDC-Y0000234936 | Greg Joswiak; Richard Howarth; Tony Blevins; Al Ball | Damages | | |
| PX135 | 11/1/2007 | "Best Inventions of 2007," by Lev Grossman, *Time*, November 1, 2007 (including photo of cover) | APLNDC-Y0000146961 | APLNDC-Y0000146961 | Greg Joswiak; Richard Howarth; Tony Blevins; Al Ball; Susan Kare | Damages | | |
| PX136 | 6/18/2009 | "Upgrade Makes Great iPhone Even Better," by Edward Baig, *USA Today*, June 18, 2009 | N/A | N/A | Greg Joswiak | Damages | | |
| PX137 | 6/20/2010 | "Thinner, Faster, Smarter iPhone Raises the Stakes," by Walter S. Mossberg, *The Wall Street Journal*, June 20, 2010 | N/A | N/A | Greg Joswiak | Damages | | |
| PX139 | 11/11/2010 | "The 50 Best Inventions of 2010," by Harry McCracken, *Time*, November 11, 2010 | APLNDC-Y0000233376 | APLNDC-Y0000233378 | Greg Joswiak | Damages | | |
| PX142 | N/A | "Patent Office Highlights Jobs's Innovations," *New York Times* | APLNDC-Y0000233352 | APLNDC-Y0000233352 | Greg Joswiak; Julie Davis; Al Ball | Damages | | |

*Apple v. Samsung*, No. 11-1846-LHK (NMC)
2018 Remand Trial - Apple Exhibit List

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PX143 | N/A | iPhone Buyer Survey, FY10-Q4 | APLNDC-Y0000027256 | APLNDC-Y0000027340 | Greg Joswiak; Julie Davis; Michael Wagner | Damages | | |
| PX144 | N/A | iPhone Buyer Survey, FY11-Q1 | APLNDC-Y0000027341 | APLNDC-Y0000027422 | Greg Joswiak; Julie Davis; Michael Wagner | Damages | | |
| PX145 | N/A | iPhone Buyer Survey, FY11-Q2 | APLNDC-Y0000027423 | APLNDC-Y0000027505 | Greg Joswiak; Julie Davis; Michael Wagner | Damages | | |
| PX146 | N/A | iPhone Buyer Survey, FY11-Q3 | APLNDC-Y0000027506 | APLNDC-Y0000027599 | Greg Joswiak; Julie Davis; Michael Wagner | Damages | | |
| PX152 | N/A | Blackberry 8700G | N/A | N/A | Greg Joswiak; Tony Blevins; Richard Howarth; Al Ball | Damages | | |
| PX157 | N/A | D&AD Design award | APLNDC-Y0000233319 | APLNDC-Y0000233321 | Greg Joswiak; Richard Howarth; Al Ball | Damages | | |
| PX162 | N/A | iPhone CAD | N/A | N/A | Greg Joswiak; Richard Howarth | Damages | | |
| PX163 | N/A | Sketch of phone | APLNDC1278008 | APLNDC1278008 | Greg Joswiak; Richard Howarth | Damages | | |
| PX164 | N/A | Phone CAD | N/A | N/A | Greg Joswiak; Richard Howarth | Damages | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PX165 | N/A | Phone model 1017 | N/A | N/A | Greg Joswiak; Richard Howarth | Damages | | |
| PX166 | N/A | Phone model 1015 | N/A | N/A | Greg Joswiak; Richard Howarth | Damages | | |
| PX167 | N/A | Phone model 956 | N/A | N/A | Greg Joswiak; Richard Howarth | Damages | | |
| PX168 | N/A | Phone model 961 | N/A | N/A | Greg Joswiak; Richard Howarth | Damages | | |
| PX172 | 3/22/2011 | "Samsung's Anti-iPad 2 Policy: Clone the Heck Out of It," by Kit Eaton; Fast Company, March 22, 2011 | APLNDC-Y0000148152 | APLNDC-Y0000148153 | Greg Joswiak | Damages | | |
| PX174 | 7/15/2010 | "First Look: Samsung Vibrant Rips Off iPhone 3G Design," by Priya Ganapati, Wired, July 15, 2010 | APLNDC-Y0000236157 | APLNDC-Y0000236159 | Greg Joswiak; Julie Davis; Al Ball; Susan Kare | Damages | | |
| PX175 | 6/29/2010 | "Samsung Galaxy S: How Does It Measure Up to the Competition," by Ginny Mies; PCWorld, June 29, 2010 | APLNDC-Y0000233445 | APLNDC-Y0000233449 | Susan Kare | Damages | | |
| PX177 | 11/23/2010 | "Samsung Mesmerize: A Top-Notch Galaxy Phone," by Armando Rodriguez, PC World, November 23, 2010 | N/A | N/A | Greg Joswiak; Tony Blevins; Richard Howarth; Al Ball, Susan Kare | Damages | | |
| PX178 | N/A | Mobile UX Forecast Report | SAMNDCA00214969 | SAMNDCA00215201 | Justin Denison; Sun-Young Yi; Michael Wagner; Julie Davis | Damages | | |
| PX179 | N/A | Study of Competitor GUI Design | SAMNDCA11112967 | SAMNDCA11112981 | Justin Denison; DongSeok Ryu; Michael Wagner; Susan Kare | Damages | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PX180 | N/A | Samsung's Financial Spreadsheet | SAMNDCA4875335 | SAMNDCA4875335 | Julie Davis; Michael Wagner | Damages | | |
| PX180B | N/A | Samsung's Financial Spreadsheet | SAMNDCA4875335 | SAMNDCA4875335 | Julie Davis; Michael Wagner | Damages | | |
| PX183 | 9/1/2008 | Samsung's Mercator Presentation, 9/2008 | SAMNDCA10036081 | SAMNDCA10036204 | Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| PX184 | 10/1/2011 | Translation of SEC Business Strategy, 10/2011 | SAMNDCA00401905 | SAMNDCA00401989 | Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| PX185 | N/A | Translations of 2011 Smartphone CS Project Final | SAMNDCA10257309 | SAMNDCA10257380 | Julie Davis; Justin Denison; Michael Wagner | Damages | | |
| PX186 | N/A | Translation of email from H. T. Han regarding "Domestic Galaxy Tab Main Horzontal Deployment Items." | SAMNDCA10005982 | SAMNDCA10005986 | Kihyung Nam; Ravin Balakrishnan; Justin Denison; Michael Wagner; Julie Davis | Damages | | |
| PX190 | 4/21/2010 | Excerpt of *The Oprah Winfrey Show* (April 21, 2010) | APLNDC-X0000359717 | N/A | Greg Joswiak | Damages | | |
| PX194 | 3/2/2010 | Email from Sungsik Lee dated March 2, 2010 | SAMNDCA10247549 | SAMNDCA10247552 | Julie Davis; Ravin Balakrishnan; Sungsik Lee; Dong Hoon Chang; Justin Denison; Michael Wagner; Susan Kare | Damages | | |
| PX195 | 10/16/2010 | Email from Sangwook Han dated October 28, 2010 | SAMNDCA10850604 | SAMNDCA10850607 | Wookyun Kho; Julie Davis; Ravin Balakrishnan; Justin Denison; Michael Wagner | Damages | | |
| PX196 | 11/2010-1/2011 | Premium & Mass Design Preference Study | SAMNDCA00176172 | SAMNDCA00176172 | Seung Hun Yoo; Julie Davis; Justin Denison; Michael Wagner | Damages | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PX199 | 4/1/2010 | Comedy Central, *The Colbert Report*, April 1, 2010 | APLNDC-X0000359626 | APLNDC-X0000359626 | Greg Joswiak | Damages | | |
| PX2257 | 4/22/2011 | Document comparing Galaxy SII, Galaxy S icons with Apple icons, found in Jee-yuen Wang files | SAMNDCA10478726 | SAMNDCA10478729 | Jee-yuen Wang; Susan Kare | Damages | | |
| PX2261 | N/A | Samsung mobile icon design for 2011 [Black and White] | SAMNDCA10252511 | SAMNDCA10252525 | Jee-yuen Wang; Julie Davis | Damages | | |
| PX2281 | N/A | iPhone Human Interface Guidelines | SAMNDCA20001621 | SAMNDCA20001720 | Jee-yuen Wang | Damages | | |
| PX4000 | 10/9/2007 | Subject: upcoming iPhone awards/honors: Popular Mechanics advance copy | APL7940001435803 | APL7940001435804 | Al Ball; Greg Joswiak; Richard Howarth | Damages | | |
| PX4001 | 1/29/2008 | Email -Subject: iPhone in Design Musuem in London | APL7940001440844 | APL7940001440844 | Al Ball; Greg Joswiak | Damages | | |
| PX4002 | 10/27/2010 | Apple 10k | APL-ITC796-0000206845 | APL-ITC796-0000206962 | Al Ball; Greg Joswiak | Damages | | |
| PX4003 | 6/2009 | iPhone 3GS Launch Kit - US | APLNDC0002008363 | APLNDC0002008405 | Susan Kare; Al Ball; Greg Joswiak | Damages | | |
| PX4004 | 2008 | iPhone Advertising Guidelines | APLNDC0002155318 | APLNDC0002155322 | Al Ball; Greg Joswiak | Damages | | |
| PX4005 | 2008 | iPhone 3G Advertising Guidelines | APLNDC0002155335 | APLNDC0002155338 | Al Ball; Greg Joswiak | Damages | | |
| PX4006 | 2/10/2010 | Email - Subject: FW: Cooper-Hewitt, National Design Triennial information | APLNDC0002169993 | APLNDC0002169994 | Al Ball | Damages | | |
| PX4007 | N/A | iPhone Marketing Communications | APLNDC0002203457 | APLNDC0002203482 | Al Ball; Greg Joswiak | Damages | | |
| PX4008 | 2011 | iPhone 4S Marketing Guide October 2011 | APLNDC0002876270 | APLNDC0002876320 | Al Ball; Greg Joswiak | Damages | | |

*Apple v. Samsung*, No. 11-1846-LHK (NMC)
**2018 Remand Trial - Apple Exhibit List**

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PX4009 | 8/2009 | Macworld Article "'S' is for Speed - Why Apple treats the iPhone like a black box" | APLNDC630-0000209056 | APLNDC630-0000209153 | Greg Joswiak; Tony Blevins; Richard Howarth | Damages | | |
| PX4010 | 5/1995 | Macworld Article "Inside Apple's Design" | APLNDC630-0000229076 | APLNDC630-0000229301 | Greg Joswiak; Tony Blevins; Richard Howarth | Damages | | |
| PX4011 | N/A | Samsung Galaxy S II Front Glass/Digitizer Replacement | APLNDC-WH0004000959 | APLNDC-WH0004000968 | Al Ball | Damages | | |
| PX4012 | N/A | Motorola.com/us/moto-mods : can your phone do this? | APLNDC-WH0004001352 | APLNDC-WH0004001366 | Al Ball | Damages | | |
| PX4013 | N/A | iPhone Visual/Mechanical Inspection Guide | APLNDC-WH0004001721 | APLNDC-WH0004001731 | Greg Joswiak; Tony Blevins | Damages | | |
| PX4014 | N/A | SVC, iPhone VMI Specification | APLNDC-WH0004001732 | APLNDC-WH0004001746 | Greg Joswiak; Tony Blevins | Damages | | |
| PX4015 | N/A | Fascinate Warranty Guide | APLNDC-WH0004002616 | APLNDC-WH0004002623 | Al Ball | Damages | | |
| PX4016 | N/A | Skyrocket Warranty Guide | APLNDC-WH0004002640 | APLNDC-WH0004002647 | Al Ball | Damages | | |
| PX4017 | N/A | Infuse 4G Warranty Guide | APLNDC-WH0004002891 | APLNDC-WH0004002898 | Al Ball | Damages | | |
| PX4018 | N/A | Galaxy S II, T-Mobile Warranty Guide | APLNDC-WH0004002899 | APLNDC-WH0004002906 | Al Ball | Damages | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PX4019 | N/A | Galaxy S II, Epic 4G Touch Warranty Guide | APLNDC-WH0004002915 | APLNDC-WH0004002922 | Al Ball | Damages | | |
| PX4020 | 1/9/2007 | Apple Press Release - Apple Reinvents the Phone with iPhone | APLNDC-WH-A0000026142 | APLNDC-WH-A0000026144 | Al Ball; Greg Joswiak; Julie Davis | Damages | | |
| PX4021 | 6/2007 | Pre-launch iPhone Market study May 2007 | APLNDC-Y0000028751 | APLNDC-Y0000028849 | Greg Joswiak | Damages | | |
| PX4022 | 1/10/2007 | Apple's New Calling: The iPhone | APLNDC-Y0000055301 | APLNDC-Y0000055305 | Al Ball; Greg Joswiak | Damages | | |
| PX4023 | 6/24/2010 | Review: Apple Makes All the Right Calls on iPhone 4," by Edward Baig, USA Today, June 24, 2010 | APLNDC-Y0000055322 | APLNDC-Y0000055325 | Susan Kare | Damages | | |
| PX4024 | 3/4/2010 | Design Thinking and Innovation at Apple," Harvard Business School Case Study No: 9-609-066 | APLNDC-Y0000134928 | APLNDC-Y0000134940 | Richard Howarth; Greg Joswiak | Damages | | |
| PX4025 | 12/30/2009 | Ten Gadgets that Defined the Decade | APLNDC-Y0000142002 | APLNDC-Y0000142012 | Al Ball; Greg Joswiak; Richard Howarth | Damages | | |
| PX4026 | 8/27/2011 | Exhibition of Apple design debuts in German museum | APLNDC-Y0000142052 | APLNDC-Y0000142054 | Al Ball; Greg Joswiak; Richard Howarth | Damages | | |
| PX4027 | 1/07/2011 | IDEA 2008 Best | Industrial Designers Society of America - IDSA | APLNDC-Y0000148044 | APLNDC-Y0000148073 | Al Ball; Greg Joswiak; Richard Howarth | Damages | | |
| PX4028 | 6/30/2011 | iF – International Forum Design Hannover: Homepage> iF Online exhibition | APLNDC-Y0000233322 | APLNDC-Y0000233322 | Al Ball; Greg Joswiak; Richard Howarth | Damages | | |
| PX4029 | 6/27/2007 | The iPhone Matches Most of Its Hype | APLNDC-Y0000233341 | APLNDC-Y0000233344 | Al Ball; Greg Joswiak | Damages | | |
| PX4030 | 2/18/2008 | Apple's iPhone tops list of Innovative Inventions | APLNDC-Y0000233345 | APLNDC-Y0000233346 | Al Ball; Greg Joswiak; Richard Howarth | Damages | | |
| PX4031 | 10/6/2011 | Steve Jobs; Designer First, C.E.O. Second | APLNDC-Y0000234831 | APLNDC-Y0000234835 | Al Ball; Greg Joswiak; Richard Howarth | Damages | | |
| PX4032 | 10/7/2011 | How Steve Jobs Changed the World of Design | APLNDC-Y0000234836 | APLNDC-Y0000234837 | Al Ball; Greg Joswiak; Richard Howarth; Julie Davis | Damages | | |

*Apple v. Samsung*, No. 11-1846-LHK (NMC)
2018 Remand Trial - Apple Exhibit List

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PX4033 | 3/20/2012 | Apple iPhone Review - Watch CNET's Video Review | APLNDC-Y0000235785 | APLNDC-Y0000235790 | Al Ball; Greg Joswiak | Damages | | |
| PX4034 | 7/10/2008 | "Apple's New iPhone 3G; Still Not Perfect, but Really Close," by Edward Baig, USA Today, July 10, 2008 | APLNDC-Y0000235998 | APLNDC-Y0000236001 | Susan Kare | Damages | | |
| PX4035 | 7/9/2008 | "Newer, Faster, Cheaper iPhone," by WalterS. Mossberg, Wall Street Journal, July 9, 2008 | APLNDC-Y0000236002 | APLNDC-Y0000236006 | Susan Kare | Damages | | |
| PX4036 | 5/18/2008 | iPhone Advertising Guidelines | APLNDC-Y0000236364 | APLNDC-Y0000236370 | Al Ball; Greg Joswiak | Damages | | |
| PX4037 | N/A | Samsung Galaxy S review | APLNDC-Y0000237361 | APLNDC-Y0000237371 | Susan Kare | Damages | | |
| PX4038 | N/A | Samsung Mock-Up Model No. 38 | N/A | N/A | Al Ball; Drew Blackard | Damages | | |
| PX4039 | N/A | Sumary of Prior Art References for D'677 patent | N/A | N/A | Alan Ball | Damages ***NOTE: If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |
| PX4040 | N/A | Summary of Prior Art References for D'087 patent | N/A | N/A | Alan Ball | Damages ***NOTE: If this exhibit is not admitted into evidence as a FRE 1006 summary, Apple reserves the right to place the substantive evidence underlying this summary exhibit on its exhibit list. | | |
| PX4041 | N/A | CV of Ravin Balakrishnan | N/A | N/A | Ravin Balakrishnan | Damages | | |
| PX4042 | N/A | CV of Alan Ball | N/A | N/A | Alan Ball | Damages | | |
| PX4043 | N/A | CV of Julie Davis | N/A | N/A | Julie Davis | Damages | | |
| PX4044 | N/A | CV of Susan Kare | N/A | N/A | Susan Kare | Damages | | |
| PX4045 | N/A | CV of Karan Singh | N/A | N/A | Karan Singh | Damages | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| PX4046 | N/A | Infuse 4G User Guide | SAMNDCA00009582 | SAMNDCA00009786 | Al Ball | Damages | | |
| PX4047 | N/A | Vibrant User Guide | SAMNDCA00017928 | SAMNDCA00018146 | Al Ball | Damages | | |
| PX4048 | N/A | Galaxy S 4G User Guide | SAMNDCA00018395 | SAMNDCA00018642 | Al Ball | Damages | | |
| PX4049 | N/A | Samsung Mobile Usage and Attitude Research | SAMNDCA00196646 | SAMNDCA00196827 | Susan Kare | Damages | | |
| PX4050 | N/A | Sketchbook from Jinsoo Kim | SAMNDCA00197131 | SAMNDCA00197263 | Jinsoo Kim | Damages | | |
| PX4051 | N/A | Sketchbook from Minhyouk Lee | SAMNDCA00197773 | SAMNDCA00197901 | Al Ball; Minhyouk Lee | Damages | | |
| PX4052 | N/A | CRM Galaxy S Product Launch Stream | SAMNDCA00311510 | SAMNDCA00311543 | Al Ball | Damages | | |
| PX4053 | N/A | Samsung INFUSE: Now you see it. Now you don't Ad | SAMNDCA00311548 | SAMNDCA00311548 | Al Ball | Damages | | |
| PX4054 | N/A | Galaxy S II Commercial | SAMNDCA00311579 | SAMNDCA00311579 | Al Ball | Damages | | |
| PX4055 | N/A | Wired to be Picture Perfect Ad | SAMNDCA00311971 | SAMNDCA00311976 | Al Ball | Damages | | |
| PX4056 | N/A | Fascinate Advertisement | SAMNDCA00312145 | SAMNDCA00312145 | Susan Kare | Damages | | |
| PX4057 | N/A | Fascinate Ad | SAMNDCA00312148 | SAMNDCA00312149 | Susan Kare | Damages | | |
| PX4058 | N/A | Galaxy S i9000 User Guide | SAMNDCA10712069 | SAMNDCA10712200 | Al Ball | Damages | | |
| PX4059 | N/A | iF Product Design Award 2010 Nomination Form | SAMNDCA10763590 | SAMNDCA10763590 | Minhyouk Lee | Damages | | |
| PX4060 | 7/29/2010 | Email titled "Galaxy S Review" | SAMNDCA10969926 | SAMNDCA10969934 | Won-Pyo Hong | Damages | | |
| PX4061 | 3/24/2010 | Amethyst, iPhone Usability Test Results | SAMNDCA20003761 | SAMNDCA20003857 | Susan Kare | Damages | | |
| PX4062 | N/A | Galaxy S II, AT&T User Guide | SAMNDCA630-00922823 | SAMNDCA630-00923024 | Al Ball | Damages | | |
| PX4063 | N/A | Galaxy S II, Skyrocket User Guide | SAMNDCA630-00924419 | SAMNDCA630-00924624 | Al Ball | Damages | | |
| PX4064 | N/A | Galaxy S II i9100 User Guide | SAMNDCA630-04328647 | SAMNDCA630-04328811 | Al Ball | Damages | | |
| PX4065 | N/A | Showcase User Guide | S-ITC- 000122664 | S-ITC- 000122836 | Al Ball | Damages | | |
| PX4066 | N/A | Mesmerize User Guide | S-ITC- 007283163 | S-ITC- 007283320 | Al Ball | Damages | | |
| PX4067 | N/A | Galaxy S II, Epic 4G Touch User Guide | S-ITC-000018872 | S-ITC-000019151 | Al Ball | Damages | | |
| PX4068 | 3/22/2010 | Sprint Vins-Q | S-ITC-000118719 | S-ITC-000118775 | Susan Kare | Damages | | |
| PX4069 | N/A | Galaxy S II, T-Mobile User Guide | S-ITC-003723510 | S-ITC-003723795 | Al Ball | Damages | | |
| PX4070 | N/A | Fascinate User Guide | S-ITC-007284514 | S-ITC-007284688 | Al Ball | Damages | | |
| PX4071 | 5/3/2010 | Kepler Usability Study | S-ITC-010477381 | S-ITC-010477490 | Susan Kare | Damages | | |

| TRIAL EXHIBIT NO. | DATE | DESCRIPTION | BEGBATES | ENDBATES | SPONSORING WITNESSES AT DAMAGES TRIAL | PURPOSE AT DAMAGES TRIAL | MARKED | ADMITTED |
|---|---|---|---|---|---|---|---|---|
| JX1087 | N/A | LG Chocolate | N/A | N/A | Greg Joswiak; Tony Blevins; Richard Howarth; Al Ball | Damages | | |
| JX1500C | N/A | Summary of Samsung Sales Data | N/A | N/A | Julie Davis; Michael Wagner | Damages | | |