# EXHIBIT 2



**Planet Depos**
*We Make It Happen*™

## OUTSIDE ATTORNEYS' EYES ONLY

# Transcript of Drew Blackard

**Date:** December 13, 2017
**Case:** Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

OUTSIDE ATTORNEYS' EYES ONLY
Transcript of Drew Blackard
Conducted on December 13, 2017

1 (1 to 4)

```
                        1
 1         UNITED STATES DISTRICT COURT
 2        NORTHERN DISTRICT OF CALIFORNIA
 3              SAN JOSE DIVISION
 4           CASE NO. 11-CV-01846-LHK
 5  --------------------------------------X
 6  APPLE INC., A CALIFORNIA CORPORATION,  :
 7         PLAINTIFF,                      :
 8                                         :
 9  VS                                     :
10                                         :
11  SAMSUNG ELECTRONICS CO., LTD., A KOREAN :
12  BUSINESS ENTITY; SAMSUNG ELECTRONICS   :
13  AMERICA, INC., A NEW YORK CORPORATION; :
14  SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,:
15  A DELAWARE LIMITED LIABILITY COMPANY,  :
16         DEFENDANTS.                     :
17  --------------------------------------x
18           OUTSIDE ATTORNEYS' EYES ONLY
19      Videotaped deposition of DREW BLACKARD
20          WEDNESDAY, DECEMBER 13, 2017
21                  9:13 A.M.
22
23  JOB NO.: 169876
24  PAGES: 1 - 166
25  REPORTED BY:  RONALD R. COPE, CSR, RPR, CRR, CLR
```

```
                        2
 1      VIDEOTAPED DEPOSITION OF DREW BLACKARD,
 2  held at the offices of:
 3
 4
 5
 6         Baker & Botts, LLP
 7         2001 Ross Avenue
 8         11th Floor
 9         Dallas, Texas 75201
10         214.953.6500
11
12
13         Pursuant to Notice, before Ronald R. Cope,
14  Certified Shorthand Reporter in and for the State
15  of Texas, Registered Professional Reporter,
16  Certified Realtime Reporter, Certified LiveNote
17  Reporter and Notary Public of the State of Texas.
```

```
                        3
 1            A P P E A R A N C E S
 2
 3  ON BEHALF OF THE PLAINTIFF:
 4       MR. JOSEPH J. MUELLER
 5       WILMER CUTLER PICKERING HALE AND DORR, LLP
 6       60 State Street
 7       Boston, Massachusetts 02109
 8       617.526.6396
 9          -AND-
10       MS. SARAH R. FRAZIER
11       WILMER CUTLER PICKERING HALE AND DORR, LLP
12       60 State Street
13       Boston, Massachusetts 02109
14       617.526.6022
15          -AND-
16       MR. CHRISTOPHER ROBINSON
17       MORRISON & FOERSTER LLP
18       425 Market Street
19       San Francisco, California 94105-2482
20       415.268.7000
```

```
                        4
 1        A P P E A R A N C E S (Continued)
 2
 3  ON BEHALF OF THE DEFENDANTS:
 4       MS. VICTORIA F. MAROULIS
 5       QUINN EMANUEL URQUHART & SULLIVAN, LLP
 6       555 Twin Dolphin Drive
 7       5th Floor
 8       Redwood Shores, California 94065
 9       650.801.5022
10          -AND-
11       MR. BRETT ARNOLD
12       QUINN EMANUEL URQUHART & SULLIVAN, LLP
13       555 Twin Dolphin Drive
14       5th Floor
15       Redwood Shores, California 94065
16       650-801-5059
17
18  ALSO PRESENT:
19       Mr. Adolph Green, Videographer
20       Mr. Jordan Flournoy
```

Page 5

```
 1              I N D E X
 2  Appearances                              3
 3  DREW BLACKARD
 4      EXAMINATION BY MR. MUELLER           9
 5  Reporter's Certificate                 166
 6
 7              EXHIBITS
 8  NUMBER           DESCRIPTION           PAGE
 9
10  Exhibit 1  Plaintiff Apple Inc.'s First  58
11             30(b)(6) Notice Regarding
12             Articles of Manufacture to
13             Defendants Samsung Electronics
14             Co., Ltd., Samsung Electronics
15             America, Inc., and Samsung
16             Telecommunications America, LLC
17
18  Exhibit 2  Models of phones that are at   59
19             issue in this case
20
21  Exhibit 3  AT&T and Samsung Executive     77
22             Meeting, September 29, 2010,
23             SAMNDCA630-00893277 -
24             SAMNDCA630-00893462
25
```

Page 6

```
 1  Exhibit 4  E-mail, SAMNDCA10439332 -      91
 2             SAMNDCA10439335
 3
 4
 5  Exhibit 5  Project Initiation Form,       99
 6             SAMNDCA11084406 - SAMNDCA11084407
 7
 8  Exhibit 6  "Now you see it.  Now you don't." 111
 9             SAMNDCA00311548
10
11  Exhibit 7  Samsung Captivate, a Galaxy S 115
12             phone, SAMNDCA00311719 -
13             SAMNDCA00311729
14
15  Exhibit 8  2008 Samsung Electronics Annual 118
16             Report
17
18
19  Exhibit 9  Brief of Amici Curiae Samsung 119
20             Electronics Co. Ltd. and Samsung
21             Semiconductor, Inc. in Opposition
22             to Qualcomm Incorporated's Motion
23             to Dismiss
24
25
```

Page 7

```
 1  Exhibit 10  U.S. Patent D618,677 -       134
 2              APLNDC00032473 - APLNDC00032478
 3
 4  Exhibit 11  U.S. Patent D593,087 -       135
 5              APLNDC00030426 - APLNDC00030441
 6
 7  Exhibit 12  U.S. Patent D604,305 -       137
 8              APLNDC00030421
 9
10  Exhibit 13  Amended Verdict Form         139
```

Page 8

```
 1              P R O C E E D I N G S
 2        THE VIDEOGRAPHER:  Here begins
 3  Disc Number 1 in the videotaped deposition of Drew
 4  Blackard in the matter of Apple, Inc. v. Samsung
 5  Electronics, in the United States District Court,
 6  Northern District of California, San Jose
 7  Division, Case Number 11-CV-01846-LHK.
 8        Today's date is December 13, 2017, and the
 9  time on the video monitor is 9:13.
10        The videographer today is Adolph Green
11  representing Planet Depos.  This video deposition
12  is taking place at 2001 Ross Avenue, Dallas,
13  Texas.
14        Would counsel please voice-identify
15  themselves and state whom they represent.
16        MR. MUELLER:  Joe Mueller, WilmerHale, on
17  behalf of Apple.
18        MS. FRAZIER:  Sara Frazier, WilmerHale
19  also on behalf of Apple.
20        MR. ROBINSON:  Christopher Robinson,
21  Morrison and Foerster for Apple.
22        MS. MAROULIS:  Victoria Maroulis, Quinn
23  Emanuel, counsel for Samsung and the witness.
24        MR. ARNOLD:  Brett Arnold, Quinn Emanuel,
25  also for Samsung and the witness.
```

153
1 doesn't appear to.
2  Q  (BY MR. MUELLER) So, sir, you've
3 identified two components that Samsung promoted as
4 separable from the phones, batteries and memory,
5 and they have nothing at all to do with these
6 three patents, correct?
7    MS. MAROULIS: Objection, misstates
8 testimony.
9  **A  There's no specific mention of those in**
10 **the patents that I can tell.**
11   MR. MUELLER: Let's take a break.
12   THE VIDEOGRAPHER: We are going off the
13 record at 2:21.
14   (Recess from 2:21 p.m. to 2:31 p.m.)
15   THE VIDEOGRAPHER: We are back on record
16 at 2:31.
17   MR. MUELLER: Thank you, sir. I have no
18 further questions at this time.
19   THE WITNESS: Okay.
20   MS. MAROULIS: We don't have any questions
21 for the witness. I would like to -- right to
22 review and sign. We're going to put the
23 deposition under the protective order as
24 attorneys -- outside counsel's eyes only, and just
25 to put on record that we brought some components

154
1 and made them available to counsel.
2   We will further make them available during
3 the formal inspection, and I spoke with
4 Ms. Frazier and she agreed that this is subject to
5 our forthcoming objections tomorrow because
6 they're due tomorrow.
7   MR. MUELLER: And that also reminds me, I
8 reserve the right -- put this in record -- to
9 reopen the deposition with respect to these
10 components or documents that might be produced
11 later. So --
12   MS. MAROULIS: So the -- I would disagree
13 with that because the components were not due
14 until tomorrow, and we actually brought it to you
15 earlier than what you sought for because we
16 thought you might want to take a look at it.
17   MR. MUELLER: I tell you what. Why don't
18 we go off the record for just one moment.
19   THE VIDEOGRAPHER: We are going off the
20 record at 2:32.
21   (Discussion off the record from 2:32 p.m.
22 to 2:34 p.m.)
23   THE VIDEOGRAPHER: We are back on record
24 at 2:34.
25  Q  (BY MR. MUELLER) Sir, I'm just going to

155
1 ask you a few more questions. I'm holding four
2 boxes that were produced to us today. I'm going
3 to hand them to you one by one and ask you a
4 couple questions about each, okay?
5  **A  Okay.**
6  Q  So the first one -- Bates number, I'm
7 assuming? There's a number on the front which
8 says 990000239276027. Have you seen this box
9 before?
10 **A  I believe we looked at it briefly**
11 **yesterday.**
12  Q  And it contains what?
13 **A  Contains a display panel.**
14  Q  Were you yourself personally involved in
15 selecting this display panel?
16 **A  No.**
17  Q  Who provided it for you?
18 **A  Can you -- selecting the display panel as**
19 **it relates to the phone? I guess can you clarify**
20 **what you mean? Sorry.**
21  Q  Sure. This particular thing in this
22 box --
23 **A  Yeah.**
24  Q  -- the first time you saw this box with
25 this item in it was yesterday; is that right?

156
1  **A  Yes.**
2  Q  Was it given to you by your lawyers?
3  **A  Yes, it was reviewed with counsel.**
4  Q  And you yourself were not involved in
5 identifying the component and putting it in the
6 box, correct?
7  **A  That's right.**
8  Q  That was your lawyers, correct?
9  **A  I don't know who put it in the box, but,**
10 **yeah, I was not part of that. I got the box with**
11 **it in it from the attorneys.**
12  Q  And you didn't speak to anyone other than
13 lawyers about what's in the box, correct?
14 **A  No.**
15  Q  Now, with respect to what's in the box,
16 what is it?
17 **A  It's a display panel.**
18  Q  Is that a display panel that was used in
19 one or more of the phones listed in Exhibit 2?
20 **A  I don't know. I was -- I mean, the box is**
21 **labeled as such. We never discussed that, so I**
22 **don't know if it's the one from the box or not.**
23  Q  I'm sorry. I want you to set to the side
24 repairing broken phones, okay?
25 **A  Uh-huh.**