# EXHIBIT 5

# EXHIBIT 8

# Complete Disassemblies

# Captivate



Complete Disassembly                                                                 2

# Captivate



Complete Disassembly 3

# Continuum



# Continuum



# Droid Charge



# Droid Charge



# Epic 4G



Complete Disassembly                                                          8

# Epic 4G



# Fascinate



Complete Disassembly                                                    10

# Fascinate



# Galaxy S 4G



# Galaxy S 4G



Complete Disassembly                                                                          13

# Galaxy S II (AT&T)



Complete Disassembly                                                  14

# Galaxy S II (AT&T)



Complete Disassembly                                                    15

# Galaxy S II (T-Mobile)



Complete Disassembly                                                                 16

# Galaxy S II (T-Mobile)



Complete Disassembly                                                      17

# Galaxy S II (Epic 4G Touch)



Complete Disassembly                                                              18

# Galaxy S II (Epic 4G Touch)



# Galaxy S II (Skyrocket)



Complete Disassembly                                                                 20

# Galaxy S II (Skyrocket)



Complete Disassembly                                                                 21

# Gem



# Gem



Complete Disassembly                                    23

# Indulge



# Indulge



# Infuse



Complete Disassembly                                    26

# Infuse



Complete Disassembly

27

# Mesmerize



# Mesmerize



Complete Disassembly                                                    29

# Showcase



Complete Disassembly                                                30

# Showcase



# Vibrant



# Vibrant



All Components                                                                                   33

# Components Relevant to Article of Manufacture

# Captivate



Display Screen Front

# Captivate



# Continuum



Display Screen Front

# Continuum



# Droid Charge



Display Screen Front                                                    39

# Droid Charge



Display Screen Back

# Epic 4G



Display Screen Front                                                41

# Epic 4G



Display Screen Back

# Fascinate, Mesmerize, and Showcase



Display Screen Front                                    43

# Fascinate, Mesmerize, and Showcase



Display Screen Back                                                44

# Fascinate



Glass Front Face                                                                45

# Galaxy S 4G



Display Screen Front                                                     46

# Galaxy S 4G



Display Screen Back                                                    47

# Galaxy S 4G



Bezel Front                                                48

# Galaxy S 4G



Bezel Back                                                                 49

# Galaxy S 4G



Glass Front Face                                                              50

# Galaxy S II (AT&T)



Glass Front Face                                                         51

# Galaxy S II (T-Mobile)



Glass Front Face                                                                52

# Galaxy S II (Epic 4G Touch)



Glass Front Face                                                    53

# Galaxy S II (Skyrocket)



Glass Front Face                                                                 54

# Gem



Display Screen Front

# Gem



Display Screen Back

# Indulge



Display Screen Front                                      57

# Indulge



Display Screen Back                                            58

# Infuse



Display Screen Front

# Infuse



Display Screen Back                                                    60

# Infuse



Glass Front Face                                                                61

# Mesmerize



Glass Front Face                                        62

# Showcase



Glass Front Face                                                    63

# Vibrant



Display Screen Front                                                    64

# Vibrant



Display Screen Back

# Vibrant



Bezel Front                                                                66

# Vibrant



Bezel Back

# Vibrant



Glass Front Face                                                        68