# EXHIBIT 6



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

# Transcript of Samuel A. Lucente, II

**Date:** February 14, 2018
**Case:** Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

```
 1              UNITED STATES DISTRICT COURT
 2     NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
 3    - - - - - - - - - - - - - - - - -x
 4    APPLE INC., a California          :  Civil Action
 5    corporation,                      :  11-CV-01846-LHK
 6         Plaintiff,                   :
 7    v.                                :
 8    SAMSUNG ELECTRONICS CO., LTD, a   :
 9    Korean business entity, SAMSUNG   :
10    ELECTRONICS AMERICA, INC., a      :
11    New York corporation, and         :
12    SAMSUNG TELECOMMUNICATIONS        :
13    AMERICA, LLC, a Delaware          :
14    limited liability company,        :
15         Defendants.                  :
16    - - - - - - - - - - - - - - - - -x
17    (Caption continued on next page)
18          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
19                 SUBJECT TO PROTECTIVE ORDER
20      VIDEOTAPED DEPOSITION OF SAMUEL A. LUCENTE, II
21                   Palo Alto, California
22         Wednesday, February 14, 2018, 10:04 a.m.
23    Job No.:  176050
24    Pages:  1 - 158
25    Reported By:  Charlotte Lacey, RPR, CSR No. 14224
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Samuel A. Lucente, II
Conducted on February 14, 2018                    2

```
1    (Caption continued from previous page)
2    - - - - - - - - - - - - - - - - - -x
3    SAMSUNG ELECTRONICS CO., LTD.,       :
4    a Korean corporation; SAMSUNG        :
5    ELECTRONICS AMERICA, INC., a         :
6    New York corporation; and            :
7    SAMSUNG TELECOMMUNICATIONS           :
8    AMERICA, LLC, a Delaware             :
9    limited liability Company,           :
10         Counterclaim Plaintiffs,       :
11   v.                                   :
12   APPLE INC., a California             :
13   Corporation,                         :
14         Counterclaim Defendant.        :
15   - - - - - - - - - - - - - - - - - -x
16
17           VIDEOTAPED DEPOSITION OF SAMUEL A. LUCENTE,
18   II, held at the offices of WILMER CUTLER PICKERING HALE
19   AND DORR, LLP, 950 Page Mill Road, Palo Alto, California
20
21
22
23        Pursuant to notice, before Charlotte Lacey,
24   Certified Shorthand Reporter, in and for the State of
25   California.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Samuel A. Lucente, II
Conducted on February 14, 2018       3

```
 1                 A P P E A R A N C E S
 2  ON BEHALF OF PLAINTIFF/COUNTER-DEFENDANT APPLE INC.:
 3          AMY WIGMORE, ESQUIRE
 4          MATTHEW TYMANN, ESQUIRE
 5          WILMER CUTLER PICKERING HALE AND DORR, LLP
 6          1875 Pennsylvania Avenue, Northwest
 7          Washington, DC  20006
 8          (202) 663-6000
 9      -and-
10          CHARLES S. BARQUIST, ESQUIRE
11          MORRISON & FOERSTER, LLP
12          707 Wilshire Boulevard
13          Los Angeles, California  90017
14          (213) 892-5400
15
16
17
18
19
20
21
22
23
24
25
```

```
1           A P P E A R A N C E S   C O N T I N U E D
2    ON BEHALF OF DEFENDANTS/COUNTER-PLAINTIFFS SAMSUNG:
3           VICTORIA F. MAROULIS, ESQUIRE
4           BRETT ARNOLD, ESQUIRE
5           QUINN EMANUEL URQUHART & SULLIVAN, LLP
6           555 Twin Dolphin Drive, 5th Floor
7           Redwood Shores, California  94065
8           (650) 801-5000
9
10       ALSO PRESENT:
11           John Torreano, Videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                       I N D E X
 2   WITNESS                                          PAGE
 3   SAMUEL A. LUCENTE, II
 4   Examination by            Ms. Wigmore              7
 5
 6
 7                 I N D E X   O F   E X H I B I T S
 8    EXHIBITS         DESCRIPTION                     PAGE
 9   Exhibit 1        Expert Report of Sam Lucente        9
10   Exhibit 2        Exhibits to Expert Report of Sam    9
11                    Lucente
12   Exhibit 3        Patent Number USD574377S           37
13   Exhibit 4        Plaintiff's Exhibit Number 40      51
14   Exhibit 5        Box containing phone components    94
15                    (retained by counsel for Samsung)
16   Exhibit 5A       Invoice                            94
17   Exhibit 6        Box labeled Galaxy S 4G, SGH-T959V, 94
18                    357982046373773 containing phone
19                    (retained by counsel for Samsung)
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Samuel A. Lucente, II
Conducted on February 14, 2018

156

| | | |
|---|---|---|
| 1 | witness is reading? | 15:23:42 |
| 2 | THE REPORTER:  3 hours and 59 minutes. | 15:23:44 |
| 3 | A    Well, I would -- I would say, you know, what | 15:23:44 |
| 4 | I'm -- what I was conveying here is that -- that Samsung | 15:23:47 |
| 5 | provided these components to Apple. | 15:24:02 |
| 6 | Q    And Apple was able to design a phone that | 15:24:07 |
| 7 | could incorporate those components, correct? | 15:24:11 |
| 8 | A    Yeah.  They were part of the finished product | 15:24:18 |
| 9 | that -- that Apple created. | 15:24:20 |
| 10 | MS. MAROULIS:  Okay.  Counsel, I think we're | 15:24:23 |
| 11 | at four-hour mark, so -- | 15:24:24 |
| 12 | MS. WIGMORE:  Yeah, I'm all finished. | 15:24:26 |
| 13 | MS. MAROULIS:  You're done? | 15:24:28 |
| 14 | Okay.  I don't have any questions for the | 15:24:29 |
| 15 | witness. | 15:24:31 |
| 16 | Couple housekeeping details.  One, we need to | 15:24:33 |
| 17 | put this under the protective order attorneys' eyes | 15:24:34 |
| 18 | only.  And, two, ==I wanted the record to reflect that we== | 15:24:37 |
| 19 | ==brought to this deposition the disassemblies for all== | 15:24:40 |
| 20 | ==phones at issue in this case, same phones that were== | 15:24:45 |
| 21 | ==available for inspection to Apple for a couple of== | 15:24:46 |
| 22 | ==months, and that counsel asked and were permitted to== | 15:24:49 |
| 23 | ==take photographs of those disassemblies.== | 15:24:53 |
| 24 | THE VIDEOGRAPHER:  Okay.  This concludes | 15:24:56 |
| 25 | today's video deposition of Samuel Lucente.  The total | 15:25:00 |