ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**DECLARATION OF SARAH R. FRAZIER IN SUPPORT OF APPLE'S OBJECTIONS AND RESPONSES TO OBJECTIONS REGARDING GREG JOSWIAK, RICHARD HOWARTH, AND TONY BLEVINS** |

I, Sarah R. Frazier, declare:

1. I am a member of the Bar of the Commonwealth of Massachusetts, admitted to practice before this Court, and a counsel at the law firm of Wilmer, Cutler, Pickering, Hale and Dorr LLP, attorneys for Apple Inc. ("Apple"). I submit this declaration in support of Apple's Objections and Responses to Objections Regarding Greg Joswiak, Richard Howarth, and Tony Blevins.

2. I attended the December 13, 2017 deposition of Drew Blackard at the offices of Baker & Botts, LLP in Dallas, Texas. At that deposition, in response to Apple's Request for Production of the components Samsung alleges to be the articles of manufacture, counsel for Samsung made available for inspection the components that it contends are the articles of manufacture for the Droid Charge (display screen), Galaxy S 4G (display screen, glass face, bezel), Showcase (display screen, glass face), and Galaxy S II Epic 4G Touch (glass face). No other components—including the other components shown in DX4589–for these phones or other any other phones were made available at that deposition.

3. Attached hereto as Exhibit 1 is a true and correct copy of a December 28, 2017 email from Mark Selwyn to Victoria Maroulis

Dated: May 11, 2018                    */s/ Sarah R. Frazier*
                                       Sarah R. Frazier