# EXHIBIT 1

WILMERHALE

December 28, 2017

**Mark D. Selwyn**

+1 650 858 6031 (t)
+1 650 858 6100 (f)
mark.selwyn@wilmerhale.com

**By E-mail**
victoriamaroulis@quinnemanuel.com

Victoria Maroulis, Esq.
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065-2139

Re:  *Apple Inc. v. Samsung Elecs. Co.*, No. 11-cv-1846 (N.D. Cal.)

Dear Vicki:

I write regarding several concerns with Samsung's document productions.

*First*, Samsung has produced numerous documents in the current phase of discovery that pre-date the initial fact discovery cut-off date in this matter (March 8, 2012) and are clearly responsive to Apple's earlier requests for production ("RFPs").  In addition to the documents referenced during Mr. Blackard's deposition (SAMNDCA30010154 to SAMNDCA30010316), Samsung has produced documents relating to the design and development of the Infringing Phones (SAMNDCA30008790-SAMNDCA3001050) responsive to at least RFP Nos. 11, 12, 158, and 210, served in 2011.  Samsung has also produced consumer research documents responsive to at least RFPs 29, 20, and 254 and dated early 2012 (e.g., SAMNDCA30008229, SAMNDCA30008512), and user interface design guidelines dated between 2009 and 2010 responsive to at least RFPs 11, 12, 167 and 207 (SAMNDCA30010317-SAMNDCA30011459).  Please explain why these responsive documents were previously withheld and are now being produced for the first time.  Apple reserves it right to move to preclude Samsung from relying on any documents produced during this phase of discovery that were responsive to prior requests for production and that Samsung previously withheld.

*Second*, none of Samsung's recent document productions includes metadata indicating specifically who the individual custodian was, despite testimony from Samsung witnesses that certain documents were in fact created by or collected from individual Samsung employees.  Please identify the custodian for any document collected from or generated by a Samsung employee.

*Third*, Samsung produced more than a third of its documents regarding the article of manufacture issues in the last three days of fact discovery.  As you know, the production of these more than 5,500 pages occurred during or after the depositions of all of Samsung's witnesses and well after Samsung's representation that it had produced all documents it was aware of regarding the factual bases for its contentions regarding the identity of the alleged articles of manufacture.  *See* December 8, 2017 email from S. Jenkins to S. Frazier.  To the extent Samsung intends to

WILMERHALE

Victoria Maroulis, Esq.
Page 2

rely on any of these documents as factual support for its allegations, they were clearly pertinent to the deposition of Drew Blackard, Samsung's 30(b)(6) designee on that subject.  A number of these documents are also clearly relevant to the depositions of other Samsung witnesses.  For example, Samsung produced numerous documents relating to guidelines for the user interface design of the Infringing Phones (SAMNDCA30010317-SAMNDCA30011459) relevant to the deposition of Jeeyuen Wang, a member of the UX Innovation team within Samsung's UX Group, and a table of data—written in Korean—relevant to the depositions of Kyuhyun Han and Dongwook Kim.  The untimely production of these documents has prejudiced Apple by denying Apple the opportunity to inquire about these documents during the depositions of these individuals.  Please confirm that Samsung will not seek to rely on these documents either in its expert reports or at trial.  Apple reserves it right to move to preclude Samsung from doing so.

*Finally*, Samsung has not adequately responded to the three RFPs Apple served during this phase of discovery, which requested the production of Samsung's alleged articles of manufacture *for each Infringing Product* separated from the rest of that product.  To date, Samsung has made available for inspection the alleged articles of manufacture for only 5 of the 11 Infringing Products.  Please advise when the articles of manufacture for the remaining 6 products will be made available.  If Samsung does not intend to produce the alleged articles of manufacture for the remaining products, please amend your responses to Apple's RFPs to indicate both Samsung's refusal and its reasons for the refusal, including whether Samsung is in possession of any units of those products and whether any attempts were made to separate the alleged articles of manufacture from those products.

Sincerely yours,

*/s/ Mark Selwyn*

Mark D. Selwyn