QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd.,
Samsung Electronics America, Inc., and Samsung
Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>           Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF KARA BORDEN IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS TO APPLE'S DAY 1 WITNESS DISCLOSURES AND SAMSUNG'S RESPONSES TO APPLE'S OBJECTIONS TO SAMSUNG'S CROSS DISCLOSURES FOR BLEVINS, HOWARTH, AND JOSWIAK** |

I, Kara Borden, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support of Samsung's High Priority Objections to Apple's Day 1 Witness Disclosures and Samsung's Responses to Apple's Objections to Samsung's Cross Disclosures for Blevins, Howarth, and Joswiak. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the Transcript of Proceedings of April 4, 2014 in Case No. 12-cv-00630.

3. Attached as **Exhibit 2** is a true and correct copy of Defendant's Exhibit 4589, admitted into evidence in Case No. 12-cv-00630.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts of the Transcript of Proceedings of April 8, 2014 in Case No. 12-cv-00630.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from the December 13, 2017 Deposition of Justin Denison.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 11, 2018, at San Jose, California.

*/s/ Kara Borden*
Kara Borden

1  **Local Rule 5-1(i)(3) Attestation**

2  I, Victoria F. Maroulis, am the ECF user whose ID and password are being utilized for the

3  filing of this document.  I attest that Kara Borden has consented in the filing of this declaration.

4  Executed on May 11, 2018 at San Jose, CA.

By */s/ Victoria F. Maroulis*
Victoria F. Maroulis