# EXHIBIT 1

```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

 5
       APPLE INC., A CALIFORNIA        )  C-12-00630 LHK
 6     CORPORATION,                    )
                                       )  SAN JOSE, CALIFORNIA
 7                   PLAINTIFF,        )
                                       )  APRIL 4, 2014
 8              VS.                    )
                                       )  VOLUME 3
 9     SAMSUNG ELECTRONICS CO., LTD.,  )
       A KOREAN BUSINESS ENTITY;       )  PAGES 498-756
10     SAMSUNG ELECTRONICS AMERICA,    )
       INC., A NEW YORK CORPORATION;   )
11     SAMSUNG TELECOMMUNICATIONS      )
       AMERICA, LLC, A DELAWARE        )
12     LIMITED LIABILITY COMPANY,      )
                                       )
13                   DEFENDANTS.       )
                                       )
14

15

16              TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE LUCY H. KOH
17             UNITED STATES DISTRICT JUDGE

18

19

20            APPEARANCES ON NEXT PAGE

21

22   OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                  CERTIFICATE NUMBER 9595
23                                IRENE RODRIGUEZ, CSR, CRR
                                  CERTIFICATE NUMBER 8074
24

25       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1
 2      A P P E A R A N C E S:

 3      FOR PLAINTIFF          MORRISON & FOERSTER
        APPLE:                 BY:  HAROLD J. MCELHINNY
 4                                  RACHEL KREVANS
                               425 MARKET STREET
 5                             SAN FRANCISCO, CALIFORNIA   94105

 6

 7                             WILMER, CUTLER, PICKERING,
                               HALE AND DORR
 8                             BY:  WILLIAM F. LEE
                               60 STATE STREET
 9                             BOSTON, MASSACHUSETTS   02109

10                             BY:  MARK D. SELWYN
                               950 PAGE MILL ROAD
11                             PALO ALTO, CALIFORNIA   94304

12

13      FOR SAMSUNG:           QUINN, EMANUEL, URQUHART & SULLIVAN
                               BY:  JOHN B. QUINN
14                                  WILLIAM PRICE
                               865 S. FIGUEROA STREET, FLOOR 10
15                             LOS ANGELES, CALIFORNIA   90017

16                             BY:  VICTORIA F. MAROULIS
                                    KEVIN B. JOHNSON
17                             555 TWIN DOLPHIN DRIVE
                               SUITE 560
18                             REDWOOD SHORES, CALIFORNIA   94065

19
20
21
22
23
24
25
```

INDEX OF WITNESSES

PLAINTIFF'S

**PHILIP SCHILLER**
    CROSS-EXAM BY MR. PRICE (RES.)         P. 502
    REDIRECT EXAM BY MR. MCELHINNY         P. 557

**GREGORY CHRISTIE**
    DIRECT EXAM BY MCELHINNY               P. 573
    CROSS-EXAM BY MR. PRICE                P. 606

**ANDREW COCKBURN**
    DIRECT EXAM BY MR. MCELHINNY           P. 621
    CROSS-EXAM BY MR. NELSON               P. 707

```
 1
 2                        INDEX OF EXHIBITS

 3                                    MARKED      ADMITTED

 4      PLAINTIFF'S

 5      PX 121                                    640
        PX 157                                    643
 6      PX 119                                    646
        PX 230, 231, 232,                         656
 7          234, 235, 236,
            239 & 241
 8      PX 120                                    683
        PX 181                                    686
 9      PX 232                                    690
        PX 168                                    698
10      PX 169                                    701

11


12      DEFENDANTS'

13      377                                       506
        444                                       507
14      445                                       509
        446                                       510
15      459                                       513
        418                                       518
16      407                                       521
        408A                                      525
17      498                                       532
        410                                       535
18      409                                       537
        405                                       543 & 544
19      489                                       549

20      JOINT

21      JX10                                      597
        JX 28B, 29B, 29D,                         652
22          32C, 33B,
            34C & 37A
23      JX 13                                     689
        JX 30A                                    690
24

25
```

```
 1      A.   YES.
 2      Q.   AND YOU WOULD HAVE ALMOST WEEKLY MEETINGS WITH MR. VINCENT
 3   CONCERNING THE WORK THEY WERE DOING FOR APPLE?
 4      A.   YES.
 5           MR. PRICE:  SO, YOUR HONOR, IF WE COULD MOVE EXHIBIT
 6   408A INTO EVIDENCE.
 7           MR. MCELHINNY:  OBJECTION, YOUR HONOR.
 8           THE COURT:  IT'S ADMITTED.
 9           (DEFENDANTS' EXHIBIT 408A WAS ADMITTED IN EVIDENCE.)
10           THE COURT:  GO AHEAD, PLEASE.
11   BY MR. PRICE:
12      Q.   AND THE WAY THE E-MAILS WORK, LET'S LOOK TOWARD THE BACK
13   TO SEE WHAT THE FIRST ONE WAS TO YOU.
14           AND IF WE LOOK AT PAGE 004.  AND AT THE TOP OF THAT GO TO
15   THIS AREA HERE (INDICATING).  DO YOU SEE THERE'S AN E-MAIL,
16   IT'S WRITTEN BY YOU, MR. SCHILLER, WHERE IT SAYS "WE HAVE A LOT
17   OF WORK TO DO TO TURN THIS AROUND."
18           AND IT HAS A SITE AND THEN, "HAS APPLE LOST ITS COOL TO
19   SAMSUNG."
20           DO YOU SEE THAT?
21      A.   YES.
22      Q.   SO THIS IS AN ARTICLE WHICH YOU HAD ACTUALLY SOMEHOW
23   GOTTEN INTO POSSESSION OF AND WERE SENDING THIS OUT TO
24   MR. VINCENT ON JANUARY 25, 2013; CORRECT?
25      A.   YES.
```

1    FISCAL YEAR '14 PLANNING OFFSITE?
2    A.   THE FIRST TIME I SAW IT WAS AS PART OF THIS CASE, AND
3    THAT'S IT.  I HAD NEVER SEEN IT IN MY -- IN THE COURSE OF MY
4    WORK.
5              MR. PRICE:  AND, YOUR HONOR, IF I MAY ALSO SHOW PAGE
6    1, THE FIRST PAGE?
7              MR. MCELHINNY:  NO OBJECTION.
8    BY MR. PRICE:
9    Q.   THIS IS WHAT I'M TALKING ABOUT.  THIS IS THE DOCUMENT
10   WE'RE LOOKING AT; CORRECT?
11   A.   YES.  BUT THIS IS ONE SALES LEADER WHO PUT TOGETHER A
12   DOCUMENT FROM OTHER SALES LEADERS.  THIS IS NOT AN OFFICIAL
13   APPLE DOCUMENT WITH OUR STANCE IN TERMS OF WHAT WE THINK.
14   Q.   SO YOU'VE NOW IDENTIFIED THIS IS A ONE-PERSON DOCUMENT?
15   A.   ONE PERSON CREATED THIS, YES.
16   Q.   OKAY.  LET ME ASK YOU THEN ABOUT COMMUNICATIONS INVOLVING
17   JUST YOU.
18   A.   SURE.
19   Q.   AND I'D LIKE YOU TO TURN TO EXHIBIT 489, AND THIS IS AN
20   E-MAIL STRING THAT INVOLVES YOU, A MR. MICHAEL, AND FORGIVE ME
21   IF I MISPRONOUNCE THIS, T-C-H-A-O, AND MR. JOBS; CORRECT?
22   A.   THAT'S NOT WHAT I HAVE UNDER 489.
23   Q.   489.245.
24   A.   OH, SORRY.
25   Q.   489.245 AND .248.  DO YOU SEE THAT?

1     A.    YES.

2     Q.    AND YOU RECOGNIZE THIS AS AN E-MAIL STRING THAT INCLUDES

3     YOU, MR. TCHAO, AND MR. JOBS?

4     A.    THAT'S MR. TCHAO.

5     Q.    THANK YOU.  AND MR. JOBS?

6     A.    IT DOES INCLUDE THOSE PEOPLE, YES.

7     Q.    AND THIS IS AT THE END OF -- THIS IS THE END OF 2010,

8     OCTOBER 2010; CORRECT?

9     A.    YES.

10    Q.    AND WHAT'S HAPPENING IS THERE'S GOING TO BE A MEETING OF

11    THE TOP 100 PEOPLE IN APPLE TO TALK ABOUT, ABOUT STRATEGY GOING

12    FORWARD INTO 2011; CORRECT?

13    A.    YES.

14    Q.    AND HOW OFTEN DOES THIS, THIS MEETING TAKE PLACE OF THE

15    VERY TOP PEOPLE AT APPLE TO TALK ABOUT THE NEXT YEAR'S

16    STRATEGY?

17    A.    APPROXIMATELY ONCE A YEAR.

18          MR. PRICE:  AND IF WE CAN, YOUR HONOR, I'M GOING TO

19    ASK TO ADMIT INTO EVIDENCE 489.245 TO 248.

20          THE COURT:  ANY OBJECTION?

21          MR. MCELHINNY:  NO OBJECTION TO THOSE SPECIFIC PAGES,

22    YOUR HONOR.

23          THE COURT:  IT'S ADMITTED.

24          (DEFENDANTS' EXHIBIT 489 WAS ADMITTED IN EVIDENCE.)

25          THE COURT:  GO AHEAD, PLEASE.