# EXHIBIT 2

**Subject:** Re: Top 100 - A
**From:** "Michael Tchao" <tchao@apple.com>
**To:** "Philip Schiller" <schiller@apple.com>
**Date:** 2010-10-25T15:36:31Z

Thanks.

This helps a lot.

[m]

On Oct 25, 2010, at 8:26 AM, Philip Schiller wrote:

> FYI - DO NOT FORWARD
>
> Begin forwarded message:
> **From:** Steve Jobs <sjobs@apple.com>
> **Date:** October 24, 2010 6:12:41 PM PDT
> **To:** ET <et@group.apple.com>
> **Subject: Top 100 - A**
>
> Here's my current cut.
>
> Steve
>
> 1.  2011 Strategy - SJ
> - who are we?
> - headcount, average age, ...
> - VP count, senior promotions in last year
> - percent new membership at this meeting
> - what do we do?
> - pie chart of units/product line and revenues/product line
> - same charts with tablets + phones merged together
> - Post PC era
> - Apple is the first company to get here
> - Post PC products now 66% of our revenues
> - iPad outsold Mac within 6 months
> - Post PC era = more mobile (smaller, thinner, lighter) + communications + apps + cloud services
> - 2011: Holy War with Google
> - all the ways we will compete with them
> - primary reason for this Top 100 meeting - you will hear about what we're doing in each presentation
> - 2011: Year of the Cloud
> - we invented Digital Hub concept

- PC as hub for all your digital assets - contacts, calendars, bookmarks, photos, music, videos
- digital hub (center of our universe) is moving from PC to cloud
- PC now just another client alongside iPhone, iPad, iPod touch, ...
- Apple is in danger of hanging on to old paradigm too long (innovator's dilemma)
- Google and Microsoft are further along on the technology, but haven't quite figured it out yet
- tie all of our products together, so we further lock customers into our ecosystem
- 2015: new campus

2.  State of the Company - Peter & Tim
- FY2010 recap
- FY2011 plan
- where is our business - geo analysis (NA, Euro, Japan, Asia, possibly break out china) (present on map)
- key milestones, trends & future goals
- comparisons with Google, Samsung, HTC, Motorola & RIM

3.  iPhone - Joz & Bob
- 2011 Strategy:
- "plus" iPhone 4 with better antenna, processor, camera & software to stay ahead of competitors until mid 2012
- have LTE version in mid-2012
- create low cost iPhone model based on iPod touch to replace 3GS
- Business & competitive update
- show Droid and RIM ads
- Verizon iPhone
- schedule, marketing, ...
- iPhone 5 hardware
- H4 performance
- new antenna design, etc
- new camera
- schedule
- CONFIDENTIAL
- cost goal
- show model (and/or renderings) - Jony

4.  iPad - Bob, Jony, Dan Riccio, Michael Tchao, Randy Ubillos, Xander Soren, Roger Rosner
- 2011 Strategy: ship iPad 2 with amazing hardware and software before our competitors even catch up with our current model
- Business & competitive update - Michael
- Apps, corporate adoption, ...
- show Samsung, HP(?) anf iPad ads
- 2011 Product Roadmap - Bob, Dan & Jony
- iPad 2
- new ID, H4, UMTS + Verizon in one model, cameras, ...
- EVT units & cases
- HDMI dongle (use for projection of demos below?)
- iPad 3

Highly Confidential - Attorneys' Eyes Only                                                                                       APLNDC630-0001195523

- display, H4T
- **DEMOS:**
- **PhotoBooth (Michael?)**
- **iMovie (Randy)**
- **GarageBand (Xander)**
- **text book authoring system (Roger)**
- **working display for iPad 3 (during break)**

----------

5.  iOS - Scott, Joz
- Strategy: catch up to Android where we are behind (notifications, tethering, speech, ...) and leapfrog them (Siri, ...)
- Timeline of iOS releases from first until Telluride, including Verizon
- Jasper tent poles
- Durango tent poles (without MobileMe)
- Telluride tent poles (with "catch up" and "leapfrog" notations on each one)
- **DEMOS:**
- **Jasper: AirPlay to AppleTV - video from iPad, photos from iPhone, ??**
- **Durango: ?? (without MobileMe features)**
- **Telluride: Siri, ?**

6.  MobileMe - Cue, SJ, Roger Rosner
- Strategy: catch up to Google cloud services and leapfrog them (Photo Stream, cloud storage)
- Android
- deeply integrates Google cloud services
- way ahead of Apple in cloud services for contacts, calendars, mail
- 2011
- Apple's year of the cloud
- tie all of our products together
- make Apple ecosystem even more sticky
- Free MobileMe for iPhone 4, iPad and new iPod touch
- Jasper
- Sign up with Apple ID, Find My iPhone
- Durango
- Find My Friends, Calendar, Contacts, Bookmarks, Photo Stream
- April
- iWork cloud storage
- **Telluride**
- **cloud storage for third party apps**
- **iOS backup**
- **new iDisk for Mac**
- Growth
- projected growth, cost/user
- plan to scale to 100 million users
- transition plan for paid members
- what about email?

Highly Confidential - Attorneys' Eyes Only

**- DEMOS:**
**- Find My Friends**
**- Calendar**
**- Photo Stream**
**- iWork cloud storage (Roger Rosner)**

7.  Mac - David Moody, Bob, Craig Federigi, Randy Ubilos & ?
- Hardware roadmap
- Lion plan
- Mac App Store
- Final Cut Pro **DEMO (Randy & ?)**

8.  Apple TV 2 - David Moody, Jeff Robbin
- Strategy: stay in the living room game and make a great "must have" accessory for iOS devices
- sales so far, projections for this holiday season
- add content:
- NBC, CBS, Viacom, HBO, ...
- TV subscription?
- where do we go from here?
- apps, browser, magic wand?

----------

9. Stores Update - Eddy, Patrice
- Music
- Strategy: Leap even further ahead of Google in music
- Beatles
- iTunes in the cloud
- App Store
- Strategy: Leap even further ahead of Google in discovering great new iOS apps

10.  iAds Update - Andy Miller

11.  Retail Update - Ron Johnson

Highly Confidential - Attorneys' Eyes Only

APLNDC630-0001195525