# EXHIBIT 3

```
1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3                          SAN JOSE DIVISION

4


5
     APPLE INC., A CALIFORNIA           )  C-12-00630 LHK
6    CORPORATION,                       )
                                        )  SAN JOSE, CALIFORNIA
7                   PLAINTIFF,          )
                                        )  APRIL 8, 2014
8            VS.                        )
                                        )  VOLUME 5
9    SAMSUNG ELECTRONICS CO., LTD.,     )
     A KOREAN BUSINESS ENTITY;          )  PAGES 1026-1276
10   SAMSUNG ELECTRONICS AMERICA,       )
     INC., A NEW YORK CORPORATION;      )
11   SAMSUNG TELECOMMUNICATIONS         )
     AMERICA, LLC, A DELAWARE           )
12   LIMITED LIABILITY COMPANY,         )
                                        )
13                  DEFENDANTS.         )
                                        )
14

15

16                    TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE LUCY H. KOH
17                   UNITED STATES DISTRICT JUDGE

18

19

20              APPEARANCES ON NEXT PAGE

21

22   OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                  CERTIFICATE NUMBER 9595
23                                IRENE RODRIGUEZ, CSR, CRR
                                  CERTIFICATE NUMBER 8074
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER


                     UNITED STATES COURT REPORTERS
```

```
 1
 2      A P P E A R A N C E S:

 3      FOR PLAINTIFF           MORRISON & FOERSTER
        APPLE:                  BY:  HAROLD J. MCELHINNY
 4                                   RACHEL KREVANS
                                425 MARKET STREET
 5                              SAN FRANCISCO, CALIFORNIA  94105

 6

 7                              WILMER, CUTLER, PICKERING,
                                HALE AND DORR
 8                              BY:  WILLIAM F. LEE
                                60 STATE STREET
 9                              BOSTON, MASSACHUSETTS  02109

10                              BY:  MARK D. SELWYN
                                950 PAGE MILL ROAD
11                              PALO ALTO, CALIFORNIA  94304

12

13      FOR SAMSUNG:            QUINN, EMANUEL, URQUHART & SULLIVAN
                                BY:  JOHN B. QUINN
14                                   WILLIAM PRICE
                                865 S. FIGUEROA STREET, FLOOR 10
15                              LOS ANGELES, CALIFORNIA  90017

16                              BY:  VICTORIA F. MAROULIS
                                     KEVIN B. JOHNSON
17                              555 TWIN DOLPHIN DRIVE
                                SUITE 560
18                              REDWOOD SHORES, CALIFORNIA  94065

19
20
21
22
23
24
25
```

```
                          INDEX OF WITNESSES

     PLAINTIFF'S

     MARK ALEXANDER SNOEREN
          CROSS-EXAM BY MR. NELSON (RES.)         P. 1030

     JUN WON LEE
          VIDEOTAPED DEPOSITION PLAYED            P. 1044 &
                                                     1045

     JUSTIN DENISON
          VIDEOTAPED DEPOSITION PLAYED            P. 1048


     TIMOTHY SHEPPARD
          VIDEOTAPED DEPOSITION PLAYED            P. 1050


     NICK DICARLO
          VIDEOTAPED DEPOSITION PLAYED            P. 1050


     RORY SEXTON
          DIRECT EXAM BY MR. LEE                  P. 1051
          CROSS-EXAM BY MS. MAROULIS              P. 1061

     JOHN HAUSER
          DIRECT EXAM BY MR. BENNETT              P. 1074
          CROSS-EXAM BY MR. PRICE                 P. 1126
          REDIRECT EXAM BY MR. BENNETT            P. 1193
          RECROSS-EXAM BY MR. PRICE               P. 1196

     CHRISTOPHER VELLTURO
          DIRECT EXAM BY MR. BENNETT              P. 1198
```

```
 1
 2                        INDEX OF EXHIBITS
 3                               MARKED      ADMITTED
 4      PLAINTIFF'S
 5      132, PAGES 1-16 AND 23              1044
        50A, 51A & 53A                      1041
 6      132 (PAGES 1-16 & 23)               1044
        128                                 1058
 7      139 & 140                           1103
        141                                 1117
 8      142                                 1210
        222A                                1216
 9      223A                                1216
        147                                 1220
10      145                                 1223
        149                                 1227
11      214                                 1233
        154                                 1245
12      156                                 1237
        196                                 1255
13      163                                 1258
14
15      DEFENDANTS'
16      415                                 1069
        411                                 1070
17      451                                 1071
        502                                 1133
18      I                       1148        1149
19
20
21
22
23
24
25
```

1    IS THAT RIGHT?

2    A.   IT REALLY DEPENDS ON WHAT WE'RE SWITCHING BETWEEN.  IF

3    IT'S MEMORY, NOT SO MUCH.  IF IT'S COLOR, MAYBE A LITTLE BIT

4    LONGER.  IT REALLY DEPENDS WHAT WE'RE TRYING TO SWITCH.

5    Q.   BUT SOMETIMES?

6    A.   SOMETIMES, YES.

7    Q.   YOU TESTIFIED THAT WHEN THERE ARE SHORTAGES, CUSTOMERS

8    HAVE ALTERNATIVES; RIGHT?

9    A.   YEAH.  THE ALTERNATIVES ARE OTHER MODELS, OR SOMETIMES

10   GOING TO A DIFFERENT PLACE TO BUY THEM AS WELL.

11   Q.   OKAY.  BUT THE ALTERNATIVE OF OTHER MODELS IS USUALLY THE

12   OLDER MODEL, RIGHT, NOT THE SAME NEWER MODEL THAT CUSTOMERS

13   WANT; CORRECT?

14   A.   SOMETIMES IT'S -- THE IPHONE 4 HAS BEEN CONSTRAINED WHEN

15   THE 4S AND 5 WERE AVAILABLE.

16   Q.   BUT AS A GENERAL MATTER, IT'S THE OLDER MODEL?

17   A.   IT'S GENERALLY AT LAUNCH WHERE THE NEWER MODEL IS

18   CONSTRAINED AND THE OLDER MODELS ARE AVAILABLE.

19   Q.   LET'S TALK ABOUT SOME OF THOSE SPECIFIC MODELS.  IPHONE 4S

20   WAS LAUNCHED IN OCTOBER 2011; RIGHT?

21   A.   THAT'S CORRECT.

22   Q.   AND THERE WAS A SHORTAGE OF IPHONE 4S WHEN IT LAUNCHED;

23   CORRECT?

24   A.   YEAH.  WE WERE UNABLE TO MEET DEMAND UNTIL DECEMBER.

25   Q.   OKAY.  THERE WAS WIDESPREAD PRESS COVERAGE OF THE

1       SHORTAGES; RIGHT?
2       A.  YES, THERE WAS.
3       Q.  AND YOU, IN YOUR CAPACITY AS VICE-PRESIDENT OF DEMAND AND
4       SUPPLY, WOULD FOLLOW SUCH PRESS COVERAGE; RIGHT?
5       A.  I DON'T SPEND A LOT OF TIME READING THE PRESS COVERAGE TO
6       BE HONEST.
7       Q.  VERY WELL.  LET'S TAKE A LOOK TOGETHER AT SDX 2350.  THIS
8       IS A "WALL STREET JOURNAL" ARTICLE, AND YOU WILL FIND IT IF YOU
9       LOOK AT THE FIRST TAB CALLED SEXTON DEMONSTRATIVES.
10      A.  CAN YOU HELP ME WITH THAT?  DX?
11      Q.  IT'S THE FIRST SLIDE IN YOUR BINDER.  IT WOULD BE SDX
12      2350.  ARE YOU THERE, SIR?
13      A.  IT SAYS WOULD-BE IPHONE CUSTOMERS, THAT ONE?
14      Q.  YES.  IT'S A "WALL STREET JOURNAL" ARTICLE THAT SAYS
15      "WOULD-BE IPHONE CUSTOMERS STILL FACING WEEKS-LONG WAITS."
16          DO YOU SEE WHERE IT SAYS THERE, "APPLE'S MANUFACTURING
17      ISN'T KEEPING PACE, THE CARRIERS POINT TO UNEXPECTEDLY STRONG
18      DEMAND FOR THE HANDSET"?
19      A.  IT TOOK US UNTIL DECEMBER TO CATCH UP IN DEMAND ON THE 4S.
20      Q.  OKAY.  THIS IS JUST ONE NEWSPAPER ARTICLE.  THERE ARE MANY
21      OTHERS LIKE THAT; RIGHT?
22      A.  I'M SURE THERE WERE.
23      Q.  OKAY.  NOW, ADDITIONALLY, IN JULY THROUGH SEPTEMBER 2012,
24      THERE WERE PERIODS IN WHICH APPLE COULDN'T SUPPLY ENOUGH
25      IPHONE 4 TO MEET EVERY CUSTOMER CARRIER REQUEST AS WELL?

1   A.   COULD YOU GIVE ME THAT PERIOD OF TIME AGAIN, PLEASE?

2   Q.   YES.  JULY THROUGH SEPTEMBER 2012.

3   A.   CORRECT.

4   Q.   OKAY.  SWITCHING NOW TO IPHONE 5.  IT LAUNCHED IN

5   SEPTEMBER 2012; RIGHT?

6   A.   YES, IT DID.

7   Q.   AND WHEN IT LAUNCHED, THERE WAS A SHORTAGE OF IPHONE 5 AS

8   WELL?

9   A.   WE WEREN'T ABLE TO MEET ALL IPHONE 5 DEMAND UNTIL PROBABLY

10  LATE NOVEMBER.

11  Q.   OKAY.  AND YOU'RE FAMILIAR WITH THE TERM "GATE" OR "GATED"

12  I THINK.

13  A.   I AM.

14  Q.   YEAH.  AND THAT MEANS THAT APPLE'S ABILITY TO PRODUCE

15  EVERYTHING IT WANTS OR CUSTOMERS WANT IS CONSTRAINED; RIGHT?

16  A.   YES.  ONCE WE LAUNCH AND FIND DEMAND IS EVEN HIGHER, WE

17  IMMEDIATELY ASK FOR MORE, AND IF WE CAN'T GET IT, WE'RE GATED.

18  Q.   UM-HUM.  AND THE IPHONE DEMAND WAS GATED, WASN'T IT,

19  IPHONE 5?

20  A.   IPHONE 5 SPECIFICALLY, YES.

21  Q.   RIGHT.  THE KEY GATE FOR IPHONE 5 WAS THE COMPLEXITY OF

22  MANUFACTURING SPECIFICALLY THE SUBCOMPONENTS; RIGHT?

23  A.   THERE WAS MANY FACTORS.  IT WAS A VERY DIFFICULT PRODUCT

24  TO MANUFACTURE.  BUT, YES, THE RAMPING AND THE COMPLEXITY WAS

25  THE KEY ISSUE.