# EXHIBIT 4



## OUTSIDE ATTORNEYS' EYES ONLY

# Transcript of Drew Blackard

**Date:** December 13, 2017
**Case:** Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4              CASE NO. 11-CV-01846-LHK
 5    ---------------------------------------X
 6    APPLE INC., A CALIFORNIA CORPORATION,    :
 7           PLAINTIFF,                        :
 8                                             :
 9    VS                                       :
10                                             :
11    SAMSUNG ELECTRONICS CO., LTD., A KOREAN  :
12    BUSINESS ENTITY; SAMSUNG ELECTRONICS     :
13    AMERICA, INC., A NEW YORK CORPORATION;   :
14    SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, :
15    A DELAWARE LIMITED LIABILITY COMPANY,    :
16           DEFENDANTS.                       :
17    ---------------------------------------x
18             OUTSIDE ATTORNEYS' EYES ONLY
19        Videotaped deposition of DREW BLACKARD
20             WEDNESDAY, DECEMBER 13, 2017
21                     9:13 A.M.
22
23    JOB NO.: 169876
24    PAGES: 1 - 166
25    REPORTED BY:   RONALD R. COPE, CSR, RPR, CRR, CLR
```

```
1         VIDEOTAPED DEPOSITION OF DREW BLACKARD,
2    held at the offices of:
3
4
5
6          Baker & Botts, LLP
7          2001 Ross Avenue
8          11th Floor
9          Dallas, Texas 75201
10         214.953.6500
11
12
13         Pursuant to Notice, before Ronald R. Cope,
14   Certified Shorthand Reporter in and for the State
15   of Texas, Registered Professional Reporter,
16   Certified Realtime Reporter, Certified LiveNote
17   Reporter and Notary Public of the State of Texas.
18
19
20
21
22
23
24
25
```

OUTSIDE ATTORNEYS' EYES ONLY
Transcript of Drew Blackard
Conducted on December 13, 2017        3

```
1          A P P E A R A N C E S
2
3   ON BEHALF OF THE PLAINTIFF:
4       MR. JOSEPH J. MUELLER
5       WILMER CUTLER PICKERING HALE AND DORR, LLP
6       60 State Street
7       Boston, Massachusetts 02109
8       617.526.6396
9          -AND-
10      MS. SARAH R. FRAZIER
11      WILMER CUTLER PICKERING HALE AND DORR, LLP
12      60 State Street
13      Boston, Massachusetts 02109
14      617.526.6022
15         -AND-
16      MR. CHRISTOPHER ROBINSON
17      MORRISON & FOERSTER LLP
18      425 Market Street
19      San Francisco, California 94105-2482
20      415.268.7000
21
22
23
24
25
```

OUTSIDE ATTORNEYS' EYES ONLY
Transcript of Drew Blackard
Conducted on December 13, 2017          4

```
 1         A P P E A R A N C E S (Continued)
 2
 3    ON BEHALF OF THE DEFENDANTS:
 4         MS. VICTORIA F. MAROULIS
 5         QUINN EMANUEL URQUHART & SULLIVAN, LLP
 6         555 Twin Dolphin Drive
 7         5th Floor
 8         Redwood Shores, California 94065
 9         650.801.5022
10            -AND-
11         MR. BRETT ARNOLD
12         QUINN EMANUEL URQUHART & SULLIVAN, LLP
13         555 Twin Dolphin Drive
14         5th Floor
15         Redwood Shores, California 94065
16         650-801-5059
17
18    ALSO PRESENT:
19         Mr. Adolph Green, Videographer
20         Mr. Jordan Flournoy
21
22
23
24
25
```

OUTSIDE ATTORNEYS' EYES ONLY
Transcript of Drew Blackard
Conducted on December 13, 2017         5

```
1                    I N D E X
2   Appearances                                    3
3   DREW BLACKARD
4      EXAMINATION BY MR. MUELLER                  9
5    Reporter's Certificate                      166
6
7                    EXHIBITS
8   NUMBER           DESCRIPTION                 PAGE
9
10  Exhibit 1   Plaintiff Apple Inc.'s First      58
11              30(b)(6) Notice Regarding
12              Articles of Manufacture to
13              Defendants Samsung Electronics
14              Co., Ltd., Samsung Electronics
15              America, Inc., and Samsung
16              Telecommunications America, LLC
17
18  Exhibit 2   Models of phones that are at      59
19              issue in this case
20
21  Exhibit 3   AT&T and Samsung Executive        77
22              Meeting, September 29, 2010,
23              SAMNDCA630-00893277 -
24              SAMNDCA630-00893462
25
```

OUTSIDE ATTORNEYS' EYES ONLY
Transcript of Drew Blackard
Conducted on December 13, 2017                              6

```
1     Exhibit 4    E-mail, SAMNDCA10439332 -         91
2                  SAMNDCA10439335
3
4
5     Exhibit 5    Project Initiation Form,          99
6                  SAMNDCA11084406 - SAMNDCA11084407
7
8     Exhibit 6    "Now you see it.  Now you don't." 111
9                  SAMNDCA00311548
10
11    Exhibit 7    Samsung Captivate, a Galaxy S     115
12                 phone, SAMNDCA00311719 -
13                 SAMNDCA00311729
14
15    Exhibit 8    2008 Samsung Electronics Annual   118
16                 Report
17
18
19    Exhibit 9    Brief of Amici Curiae Samsung     119
20                 Electronics Co. Ltd. and Samsung
21                 Semiconductor, Inc. in Opposition
22                 to Qualcomm Incorporated's Motion
23                 to Dismiss
24
25
```

```
1    Exhibit 10   U.S. Patent D618,677 -              134
2                 APLNDC00032473 - APLNDC00032478
3
4    Exhibit 11   U.S. Patent D593,087 -              135
5                 APLNDC00030426 - APLNDC00030441
6
7    Exhibit 12   U.S. Patent D604,305 -              137
8                 APLNDC00030421
9
10   Exhibit 13   Amended Verdict Form                139
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | cross-use on a handful of five or six documents we | 11:15:54 |
| 2 | sent you.  We haven't heard back from you. | 11:15:57 |
| 3 | So do we have your agreement that Samsung | 11:16:00 |
| 4 | can use the documents that were included in our | 11:16:01 |
| 5 | proposal? | 11:16:04 |
| 6 | MR. MUELLER:  Yeah, I can't agree to that | 11:16:05 |
| 7 | right now.  I don't know the details.  We can | 11:16:06 |
| 8 | perhaps take it up on a break. | 11:16:08 |
| 9 | MS. MAROULIS:  Sure. | 11:16:11 |
| 10 | MR. MUELLER:  Can we just use this one? | 11:16:11 |
| 11 | MS. MAROULIS:  I really don't want to open | 11:16:12 |
| 12 | the door to this because either we should have a | 11:16:13 |
| 13 | full cross-use -- we're even willing to go with a | 11:16:15 |
| 14 | modified cross-use just for this instance, but it | 11:16:18 |
| 15 | cannot be one-way street. | 11:16:20 |
| 16 | MR. MUELLER:  I tell you what, let's go | 11:16:22 |
| 17 | off the record for a minute here.  Let me just | 11:16:24 |
| 18 | talk to my colleague. | 11:16:26 |
| 19 | MS. MAROULIS:  Sure. | 11:16:28 |
| 20 | THE VIDEOGRAPHER:  We are going off the | 11:16:29 |
| 21 | record at 11:16. | 11:16:31 |
| 22 | (Discussion off the record from 11:16 a.m. | 11:16:33 |
| 23 | to 11:22 a.m.) | 11:16:34 |
| 24 | THE VIDEOGRAPHER:  We are back on record | 11:22:40 |
| 25 | at 11:22. | 11:22:42 |

| | | |
|---|---|---|
| 1 | MR. MUELLER: Just to repeat what we just | 11:22:49 |
| 2 | discussed off the record, without getting into | 11:22:51 |
| 3 | whether there's a good reason to avoid this | 11:22:55 |
| 4 | particular document, we will agree to the other | 11:22:59 |
| 5 | documents that were sent over in a list this | 11:23:02 |
| 6 | morning. My understanding is, with that | 11:23:04 |
| 7 | agreement, you are going to let me question the | 11:23:07 |
| 8 | witness about this? | 11:23:10 |
| 9 | MS. MAROULIS: That is correct. So the -- | 11:23:11 |
| 10 | Counsel referred to the e-mail exchange between | 11:23:12 |
| 11 | the parties yesterday where counsel for Samsung | 11:23:14 |
| 12 | sent a list of documents from the 6300 action that | 11:23:17 |
| 13 | Samsung wants to use. And, based on those bases, | 11:23:21 |
| 14 | Apple agrees for use of those and Samsung agrees | 11:23:25 |
| 15 | to let the witness be questioned on this document | 11:23:27 |
| 16 | and others that were included in Ms. Frazier's | 11:23:29 |
| 17 | e-mail. | 11:23:32 |
| 18 | MR. MUELLER: Thank you. | 11:23:33 |
| 19 | Q (BY MR. MUELLER) Sir, if you could | 11:23:34 |
| 20 | please -- I don't know if you have a copy yet or | 11:23:36 |
| 21 | not. | 11:23:39 |
| 22 | THE REPORTER: Not yet. | 11:23:40 |
| 23 | (Exhibit 3 marked.) | 11:23:52 |
| 24 | Q (BY MR. MUELLER) Sir, take a minute just | 11:23:54 |
| 25 | to flip through the document. You don't have to | 11:23:55 |

OUTSIDE ATTORNEYS' EYES ONLY
Transcript of Drew Blackard
Conducted on December 13, 2017                                78

| | | |
|---|---|---|
| 1 | read every page right now, but just to get a sense | 11:23:57 |
| 2 | of the type of document. | 11:24:00 |
| 3 |     A   Okay. | 11:24:02 |
| 4 |         Okay. | 11:27:35 |
| 5 |     Q   Sir, have you seen documents like this | 11:27:36 |
| 6 | before in your work at Samsung? | 11:27:39 |
| 7 |     A   That's a lot of paper.  Sorry. | 11:27:42 |
| 8 |         Yes.  I mean, I would say this is a | 11:27:47 |
| 9 | typical type of document. | 11:27:52 |
| 10 |     Q   And what type of document is it? | 11:27:53 |
| 11 |     A   This specific one is a customer meeting | 11:27:58 |
| 12 | presentation. | 11:28:04 |
| 13 |     Q   For a meeting with AT&T? | 11:28:05 |
| 14 |     A   That's what it would appear, yes. | 11:28:06 |
| 15 |     Q   And you yourself have worked on the AT&T | 11:28:08 |
| 16 | account since you joined Samsung, correct? | 11:28:10 |
| 17 |     A   Yeah.  I was -- I would say I was working | 11:28:14 |
| 18 | with the AT&T account when I joined Samsung, yes. | 11:28:16 |
| 19 |     Q   And this is an example of a document that | 11:28:19 |
| 20 | Samsung would create in the ordinary course of its | 11:28:22 |
| 21 | business in communicating with AT&T? | 11:28:25 |
| 22 |     A   Yes.  We would have periodic customer | 11:28:29 |
| 23 | meetings where we would prepare material to | 11:28:34 |
| 24 | present in those meetings. | 11:28:37 |
| 25 |     Q   Sir, if you could please turn to the third | 11:28:37 |