QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S STATEMENT RE REVISED TENTATIVE PRELIMINARY JURY INSTRUCTIONS** |

1    Samsung agrees with the Court's determination to revise its Tentative Preliminary
2    Instruction No. 21, and to give a preliminary instruction advising the jury that it will be required to
3    determine the relevant articles of manufacture and that neither the Court nor the Patent and
4    Trademark Office has already decided that issue.  Samsung also reiterates its position that a similar
5    instruction should be included in the Court's final instructions and should be given curatively if
6    necessary during trial (*see* Dkt. 3717, at 3).

7    Samsung, however, objects to revised Tentative Preliminary Instruction No. 21 on the
8    grounds explained in Samsung's statement regarding the Court's proposed limiting instruction (*id.*
9    at 2-3).  Specifically, the Court should add a sentence to revised Tentative Preliminary Instruction
10   No. 21, so that the final paragraph of the instruction reads:

> As you will hear in the Final Jury Instructions, you will have to determine the articles of manufacture to which Samsung applied Apple's patented designs to determine the design patents' damages. Neither the Court nor the United States Patent and Trademark Office has determined the articles of manufacture in this case. <u>The words in the design patents and in the Court's claim constructions do not determine the relevant articles of manufacture.</u>

Without the final sentence, it is not "completely clear" (Dkt. 3643, at 83) what issue the Court is addressing in the instruction:  It is not obvious why there would be a concern that the articles of manufacture might already have been determined.  The additional sentence explains the issue and advises the jury that the words in the patents and claim constructions (to which they will be introduced shortly after the preliminary instructions are read) are not dispositive of the issue.

Samsung also respectfully renews its prior objections to the Court's preliminary jury instructions (Dkt. 3683), and respectfully requests that the Court should give Samsung's Proposed Tentative Preliminary Jury Instruction Nos. 5, 6, and 7, as well as the additional explanatory language contained in Samsung's Proposed Tentative Preliminary Jury Instruction No. 2 (*see id.* at 2-6; Dkt. 3672-1, at 25, 32, 34, 37-38).

| | |
|---|---|
| DATED:  May 11, 2018 | Respectfully submitted, |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By */s/ Victoria F. Maroulis* |
| | John B. Quinn |
| | Kathleen M. Sullivan |
| | William C. Price |
| | Michael T. Zeller |
| | Kevin P.B. Johnson |
| | Victoria F. Maroulis |
| | |
| | Attorneys for SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC |