1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD., et al., <br><br> Defendants. | Case No. 11-CV-01846-LHK <br><br> **ORDER ON OBJECTIONS TO OPENING SLIDES** <br><br> Re: Dkt. Nos. 3724, 3725 |

The parties have each filed objections to the opposing party's opening slides.  The parties also have each filed responses to the objections.  ECF Nos. 3724, 3725.  After reviewing the parties' briefing, considering the record in the case and the Federal Rules of Evidence, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules as follows.

The parties shall revise their opening slides consistent with this order and exchange revised opening slides by 12:00 p.m. on May 13, 2018 and deliver a copy to Ms. Mason by 8:30 a.m. on May 14, 2018.

### I.    Samsung's Objections to Apple's Opening Slides

| Apple Slide Number | Court's Ruling on Objection |
|---|---|
| PDX 1.5 | Overruled. |

| PDX 1.13, 1.14 | Overruled. |
|---|---|
| PDX 1.19 | Overruled. |
| PDX 1.28, 1.33, 1.34, 1.37, 1.38 | Sustained.  Showing the application menus of phones that were not found to infringe the D'305 is misleading because the pictures clearly imply that all the phones infringe the D'305.  Apple may edit its slides to use a blank screen or other background for the phones that were not found to infringe the D'305. |
| PDX 1.33, 1.37 | Sustained. |
| PDX 36, 44, 46, 52, 4061 | Overruled. |
| PDX 6, 133-35, 174 | Overruled. |

## II.    Apple's Objections to Samsung's Opening Slides

| Samsung Slide Number | Court's Ruling on Objection |
|---|---|
| SDX2-4, 6, 8 | Sustained. |
| SDX9-10, DX578 | Overruled. |
| SDX11-13, DX4603 | Sustained as to SDX11 only as to the F700; otherwise overruled as to SDX11. Sustained as to SDX12-13. |
| SDX14-15, DX4577, DX4605 | Overruled as to DX4577. Sustained as to DX4605. Overruled as to SDX14-15 as to phones contained in DX712 or DX4577, but sustained as to any phones contained only in DX4605. |
| SDX18, 32-34 | Overruled. |
| SDX21-24 | Sustained. |
| SDX30, DX4569.014 | Overruled. |
| SDX31 | Overruled. |
| SDX36 | Sustained. |
| DX4577, DX4605 | Overruled as to DX4577. Sustained as to DX4605. |
| DX754, DX4554, PX181 | Overruled. |

**IT IS SO ORDERED.**

Dated: May 12, 2018

*Lucy  H.  Koh*
LUCY H. KOH
United States District Judge

Case No. 11-CV-01846-LHK
ORDER ON OBJECTIONS TO OPENING SLIDES