United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| APPLE INC., | Case No. 11-CV-01846-LHK |
|---|---|
| Plaintiff, | **ORDER ON FIRST DAY HIGH PRIORITY OBJECTIONS** |
| v. | Re: Dkt. Nos. 3730, 3731 |
| SAMSUNG ELECTRONICS CO. LTD., et al., | |
| Defendants. | |

Samsung has filed high priority objections to Apple's first day witness disclosures, ECF No. 3731, and Apple has filed responses, ECF No. 3730. Apple has also filed high priority objections to Samsung's first day cross-disclosures, ECF No. 3730, and Samsung has filed responses, ECF No. 3731. After reviewing the parties' briefing, considering the record in the case and the Federal Rules of Evidence, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules as follows.

**I.     Samsung's Objections to Apple's First Day Witness Disclosures**

| Apple Exhibit | Court's Ruling on Objection |
|---|---|
| PX4024 | Overruled, but admission is subject to a limiting instruction that exhibit is not offered for the truth of the matter asserted. |

1
Case No. 11-CV-01846-LHK
ORDER ON FIRST DAY HIGH PRIORITY OBJECTIONS

| | |
|---|---|
| PX4029 | Overruled. |
| PX157, PX4027, PX4028 | Overruled. |

## II.   Apple's Objections to Samsung's Cross-Disclosures

| Samsung Exhibit | Court's Ruling on Objection |
|---|---|
| DX4551 | Overruled.  Samsung shall redact DX4551 in the same way that it did for the 12-CV-630 case. |
| DX4605 | Sustained. |
| DX4539 | Overruled. |
| DX4508 | Overruled, but admission is subject to a limiting instruction that exhibit is not offered for truth of the matter asserted in the text. |
| DX4581 | Overruled. |
| DX4604 | Sustained. |
| DX4589 | Overruled, but admission is subject to Samsung's witnesses laying a foundation. |
| DX4577 | Overruled. |
| DX4538 | Sustained. |

**IT IS SO ORDERED.**

Dated: May 12, 2018

_____
LUCY H. KOH
United States District Judge

2
Case No. 11-CV-01846-LHK
ORDER ON FIRST DAY HIGH PRIORITY OBJECTIONS