ERIK J. OLSON (CA SBN 175815)
ejolson@mofo.com
NATHAN B. SABRI (CA SBN 252216)
nsabri@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

WILLIAM F. LEE (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

MARK D. SELWYN (CA SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S MAY 13, 2018 ROLLING WITNESS LIST** |

1      Apple Inc.'s rolling list of its anticipated next seven trial witnesses is as follows:

2      1.      Greg Joswiak

3      2.      Richard Howarth

4      3.      Tony Blevins

5      4.      JunWon Lee (by deposition)

6      5.      Alan Ball

7      6.      Susan Kare

8      7.      Ravin Balakrishnan

9

10     Dated: May 13, 2018                          */s/ Mark D. Selwyn*
                                                    Mark D. Selwyn (SBN 244180)

11                                                  *Attorney for Plaintiff Apple Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2

The undersigned hereby certifies that a true and correct copy of the above and foregoing

3

document has been served on May 13, 2018, to all counsel of record who are deemed to have

4

consented to electronic service via the Court's CM/ECF system.

5

6
                                        */s/ Mark D. Selwyn*
                                        Mark D. Selwyn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28