# EXHIBIT A

# In The Matter Of:

*APPLE, INC.,*

*v.*

*SAMSUNG ELECTRONICS CO., LTD.,*

_____

*JUN WON LEE - Vol. 1*

*March 5, 2012*

_____

*HIGHLY CONFIDENTIAL BUSINESS INFORMATION*

**MERRILL CORPORATION**
LegaLink, Inc.
179 Lincoln Street
Suite 401
Boston, MA 02110
Phone: 617.542.0039
Fax: 617.542.2119

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

Page 1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

---oOo---

APPLE, INC., a California
corporation,

    Plaintiff,

    vs.                  Case No.
                          4:11-cv-01846-LHK
SAMSUNG ELECTRONICS CO., LTD.,
et al.,

    Defendants.
_____    /

DEPOSITION OF

JUN WON LEE

_____

Monday, March 05, 2012

HIGHLY CONFIDENTIAL BUSINESS INFORMATION

REPORTED BY:  RACHEL FERRIER, CSR 6948

(3-441636)

Merrill Corporation - Boston
617-542-0039                            www.merrillcorp.com/law

e5d97282-55e7-4358-a0f1-71abcdb1c12f

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

Page 6

```
                1      SAN FRANCISCO, CALIFORNIA
                2      MONDAY, MARCH 05, 2012
                3             9:15 A.M.
                4             ---o0o---
                5           PROCEEDINGS
                6      THE VIDEOGRAPHER:  Here begins Volume 1,
                7  Videotape No. 1 in the deposition of Jun Won Lee in the
                8  matter of Apple, Incorporated, versus Samsung
                9  Electronics Company, et al., in United States District
09:14:14       10  Court, Northern District of California, San Jose
               11  Division, Case No. 11- cv-0846 -- or 01846.  Excuse me.
               12      Today's date is March 5th, 2012.  The time on
               13  the video monitor is 9:15 a.m.
               14      The video operator today is Jefree Anderson, a
09:14:37       15  notary public contracted by Merrill Court Reporting in
               16  San Francisco, California.
               17      This video deposition is taking place at
               18  Morrison & Foerster in San Francisco, California.
               19      Counsel, please identify yourselves and state
09:14:49       20  whom you represent.
               21      MR. HEYISON:  Michael Heyison for Apple.
               22      MR. LOONEY:  Chris Looney for Apple.
               23      MR. OLSON:  Erik Olson for Apple.
               24      MR. WEINSTEIN:  Marc Weinstein of Quinn,
09:15:02       25  Emanuel for Samsung.  With me is Jeff Myung of Samsung
```

Page 7

```
                1      THE VIDEOGRAPHER:  The court reporter today is
                2  Rachel Ferrier of Merrill Court Reporting.
                3      Would the court reporter please swear in the
                4  interpreters and the witness.
09:27:22        5             ---o0o---
                6           SUNHEE PAIK
                7  _____
                8  having been first duly sworn to interpret from
                9  English to Korean and Korean to English, and
09:27:22       10             ---o0o---
               11           ALEX JO
               12  _____
               13  having been first duly sworn to interpret and
               14  check from English to Korean and Korean to
09:27:22       15  English, and
               16             ---o0o---
               17           JUN WON LEE
               18  _____
               19  called as a witness, having been first duly
09:27:22       20  sworn, was examined and testified as follows:
               21             ---o0o---
               22      THE VIDEOGRAPHER:  Please begin.
               23           EXAMINATION
               24  BY MR. HEYISON:
09:16:04       25      Q  Good morning, Mr. Lee.
```

Page 8

```
                1      A  Good morning.
                2      Q  My name is Mike Heyison, one of the lawyers for
                3  Apple.  I'm going to be asking questions this morning.
                4  If at any time you want to take a break, please let me
09:16:20        5  know.  The only thing I would ask is if there is a
                6  question pending, that you provide an answer to the
                7  question before we take our break.
                8      A  Okay.
                9      Q  You understand you have just taken an oath, and
09:16:45       10  that's the same oath that would be given in a court of
               11  law in the United States?
               12      A  Yes.
               13      Q  Okay.  And are you prepared today to give full
               14  and complete and honest testimony?
09:17:10       15      A  Yes.
               16      Q  Okay.  What is your residential address?
               17      A  I live in the city of Sooji, S-o-o-j-i, in
               18  Kyunggi District, K-y-u-n-g-g-i District, in Korea.
               19      Q  Where do you work?
09:17:48       20      A  Soowon, city of Soowon, S-o-o-w-o-n.
               21      THE INTERPRETER:  These are the spellings by
               22  the interpreter -- phonetical spelling --
               23      MR. HEYISON:  Okay.
               24      THE INTERPRETER:  -- by the interpreter.
09:18:03       25  BY MR. HEYISON:
```

Page 9

```
                1      Q  Okay.  Who is your employer?
                2      A  Samsung Electric -- Electronics.
                3      Q  Okay.  Are you employed by any other Samsung
                4  entity?
09:18:23        5      A  No.
                6      Q  What is your job title?
                7      A  Director of licensing.
                8      Q  What are your duties and responsibilities as
                9  director of licensing?
09:18:48       10      A  The licensing-related work in relation to
               11  mobile phones.
               12      Q  What is it that you license?
               13      A  I do not understand the question.  What do I
               14  license?
09:19:31       15      Q  Are you involved in patent licensing?
               16      A  Yes.
               17      Q  Are you involved in any other type of
               18  licensing?
               19      A  I only handle the patent licensing.
09:19:51       20      Q  How long have you been director of licensing?
               21      A  I've done a lot of other work too, so I cannot
               22  tell you exactly, but I've worked on licensing for about
               23  15 years.
               24      Q  How long have you had the title director of
09:20:21       25  licensing?
```

3 (Pages 6 to 9)

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

Page 18

BY MR. HEYISON:
Q Okay. So did you get involved with Apple licensing matters before Apple filed its lawsuit in court?
09:40:40   MR. WEINSTEIN: Objection; vague and ambiguous, lacks foundation.
THE WITNESS: That is correct.
BY MR. HEYISON:
Q Okay. How long before Apple filed its lawsuit
09:41:13 in court did you get involved with Apple licensing matters?
A I don't remember the exact time frame, but before, probably six months before that time --
THE INTERPRETER: Interpreter's correction:
09:41:58 More than six months before that time, I studied the negotiation and met with Apple.
BY MR. HEYISON:
Q Okay. What was the event that occurred after which you got involved in Apple licensing matters?
09:42:31   MR. WEINSTEIN: Objection; lacks foundation.
THE WITNESS: It was after -- it was after the first contact from Apple about our infringement of a patent.
THE CHECKER INTERPRETER: Just quick
09:43:24 interjection.

Page 19

"It was after Apple had contacted us in regard to the patent infringement issue."
THE INTERPRETER: And the -- the witness said, "The first contact, after the first contact."
09:44:03   MR. HEYISON: Okay. So is there a disagreement among you on this, and is that just noted on the record or -- or what?
THE CHECKER INTERPRETER: There isn't any substantive disagreement to my eyes. First -- the --
09:44:20 the word "first" can be inserted in that answer, which is just fine.
BY MR. HEYISON:
Q Okay. Was that first contact in writing or a meeting?
09:44:39   A Since I did not receive it, I don't know for sure, but probably with Steve Jobs or with the management of Apple and the management of our company, there might have been a meeting when the issue came up.
THE CHECKER INTERPRETER: Just quickly.
09:45:44 "Since I was not the one who got the contact, I'm not entirely sure, but it was probably at the meeting between Steve Jobs or the Apple management with my company's management when that issue came up."
MR. HEYISON: I really don't see any difference
09:46:18 between those two, frankly.

Page 20

THE INTERPRETER: I don't either.
THE CHECKER INTERPRETER: The -- if I may, my correction was specifically addressed to the portion "there might have been a meeting," which is very
09:46:44 hypothetical, which is not the case with the testimony that was given by the witness.
THE INTERPRETER: That's main --
THE CHECKER INTERPRETER: That's why I made the correction.
09:46:54 THE INTERPRETER: This main interpreter standards by her translation. The witness -- the witness clearly said, "It was probably in a meeting that issue might have been raised."
THE CHECKER INTERPRETER: So the term
09:47:08 "probably" was not as to the meeting itself, but it was as to the issue probably came up. So it was the possibility of the issue arising from that meeting. But the witness' testimony was pretty sure, certain about the meeting itself.
09:47:32 BY MR. HEYISON:
Q When did that meeting occur?
THE INTERPRETER: Main interpreter doesn't agree, but.
THE WITNESS: Around the end of last year --
09:47:50 no, 2000- -- end of 2010.

Page 21

BY MR. HEYISON:
Q And did you become involved in Apple's assertion of patent infringement before the meeting at the end of 2010 which you referred to?
09:48:07   MR. WEINSTEIN: Objection; lacks foundation.
THE WITNESS: I don't understand the question.
BY MR. HEYISON:
Q Okay. There's a meeting at the end of 2010; correct?
09:48:32   A That's my understanding.
Q Okay. Did you become involved in Apple's assertion of patent infringement against Samsung before that meeting occurred?
MR. WEINSTEIN: Objection; lacks foundation.
09:49:06 THE WITNESS: Before the meeting? I'm not sure what kind of activities you are referring to.
BY MR. HEYISON:
Q Okay. Before the meeting that occurred at the end of 2010, were you involved in evaluating Samsung's
09:50:05 position with respect to Apple in terms of either company infringing the other's patents?
MR. WEINSTEIN: Objection; vague and ambiguous.
THE WITNESS: Yes. Even before that, there had been such activities, and I was involved partially.
09:51:02 BY MR. HEYISON:

6 (Pages 18 to 21)

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

Page 26

```
           1          THE CHECKER INTERPRETER:  Again, the first part
           2    of the answer was:  "Reviewing patents.  It's not what I
           3    do personally as part of my job duty," as to this
           4    particular question, but I, again, talked about the very
10:03:00   5    first question your counsel asked.
           6          MR. HEYISON:  Okay.  So, again, I don't really
           7    see any substantive difference with respect to this
           8    question.  I'm not going back with previous questions.
           9    If you have something to say about a question, please do
10:03:18  10    it immediately afterwards, because we cannot go back to
          11    questions that are already answered.
          12       Q  So am I correct that you did see written
          13    evaluations of Apple's patents prepared before the
          14    meeting in late 2010 that were prepared by persons other
10:03:46  15    than you?
          16          THE WITNESS:  Yes.
          17          MR. WEINSTEIN:  Objection; outside the scope.
          18    BY MR. HEYISON:
          19       Q  Please identify the people who prepared those
10:04:10  20    evaluations.
          21          MR. WEINSTEIN:  Objection; outside the scope.
          22          THE WITNESS:  And several people did, and also
          23    it was done by a different department, so I don't know
          24    whom.  I don't know who exactly did that.
10:04:52  25    BY MR. HEYISON:
```

Page 27

```
           1       Q  Who received those evaluations?
           2          MR. WEINSTEIN:  Objection; outside the scope.
           3          THE WITNESS:  I received them, and also I
           4    believe several people did.
10:05:27   5    BY MR. HEYISON:
           6       Q  Okay.  And other than you, who else received
           7    them?
           8          MR. WEINSTEIN:  Objection; outside the scope,
           9    calls for speculation.
10:05:38  10          THE WITNESS:  Heung Molee, H-e-u-n-g,
          11    M-o-l-e-e, vice president in the prosecution department
          12    might have received them.
          13    BY MR. HEYISON:
          14       Q  Anyone else other than Heung Molee?
10:06:47  15          MR. WEINSTEIN:  Same objections.
          16          THE WITNESS:  I'm not sure.
          17    BY MR. HEYISON:
          18       Q  Okay.  You testified earlier that you met with
          19    Apple; correct?
10:07:05  20          MR. WEINSTEIN:  Objection; outside the scope.
          21          THE WITNESS:  Correct.
          22    BY MR. HEYISON:
          23       Q  On how many occasions?
          24          MR. WEINSTEIN:  Same objection.
10:07:19  25          THE WITNESS:  Three times, approximately.
```

Page 28

```
           1    BY MR. HEYISON:
           2       Q  When was the first meeting and when was the
           3    last?
           4          MR. WEINSTEIN:  Same objection.
10:07:34   5          THE WITNESS:  I don't remember the meeting
           6    date.  I have to look at the record.  Anyway, I met
           7    three times in 2010 before the lawsuit.
           8    BY MR. HEYISON:
           9       Q  Can you separate in your mind the three
10:08:29  10    meetings -- strike that out.
          11          Do you have an independent memory of each
          12    meeting?
          13          MR. WEINSTEIN:  Objection; outside the scope.
          14          THE WITNESS:  To some extent I do.
10:08:48  15    BY MR. HEYISON:
          16       Q  Okay.  Please tell me who from Samsung and who
          17    from Apple attended the first meeting.
          18          MR. WEINSTEIN:  Objection; outside the scope.
          19          THE WITNESS:  In the first meeting, Dr. Ahn and
10:09:36  20    Hoshik Jang, H-o-s-h-i-k, J-a-n-g, vice president, and
          21    Kwang Joon Kim, K-w-a-n-g, J-o-o-n, K-i-m, executive
          22    vice president, and I attended, I believe.
          23    BY MR. HEYISON:
          24       Q  Who from Apple --
10:10:15  25          THE CHECKER INTERPRETER:  Senior VP --
```

Page 29

```
           1          THE INTERPRETER:  He said that --
           2          THE CHECKER INTERPRETER:  -- as opposed to
           3    executive VP.
           4          THE INTERPRETER:  You know what?  The witness
10:10:23   5    used the exact -- the same Korean title.  He translated
           6    EVP.  Now he said it's SVP, saying that witness
           7    misspoke.
           8          THE CHECKER INTERPRETER:  With due respect, I'm
           9    afraid the main interpreter is not remembering it
10:10:40  10    accurately.  Before, the title was boo sa jang, which is
          11    EVP, and now the title is jeon moo, j-e-o-n m-o-o, which
          12    is SVP.
          13          THE INTERPRETER:  You know what?  I really
          14    don't appreciate the comment that the main interpreter
10:11:03  15    didn't remember it correctly.  I exactly remember the
          16    Korean terms "boo sa jang" and "jeon moo," and you --
          17    you said the -- Mr. Ji was jeon moo instead boo sa jang,
          18    and that is -- that should have been translated to EVP.
          19    I remember that exactly.
10:11:24  20          MR. HEYISON:  Okay.
          21          THE CHECKER INTERPRETER:  Yeah, because
          22    Mr. Ji was --
          23          MR. WEINSTEIN:  She should translate --
          24          MR. HEYISON:  Yeah, could you translate that
10:11:34  25    into English --
```

8 (Pages 26 to 29)

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

## Page 30

```
            1        THE INTERPRETER:  So --
            2        MR. HEYISON:  -- to resolve this so I can move
            3   on here.
            4        THE INTERPRETER:  Okay.  Boo sa jang is EVP and
10:11:41    5   jeon moo is SVP.
            6        MR. HEYISON:  Great.  Okay.
            7        THE INTERPRETER:  So this person is SVP in this
            8   context, I believe.
            9        MR. HEYISON:  Okay.  Excellent.
10:11:55   10    Q   Now, at the first meeting, who attended from
           11   Apple?
           12    A   Jim Luton, patent counsel, and the general
           13   counsel came too.  I don't remember the name, though.
           14    Q   If I suggest to you Bruce Sewell, is that the
10:12:27   15   general counsel from Apple that attended the meeting?
           16    A   Apple's own general counsel, Bruce Sewell.
           17    Q   Where was the meeting?
           18        MR. WEINSTEIN:  Objection; outside the scope.
           19        THE WITNESS:  Seoul.
10:12:54   20   BY MR. HEYISON:
           21    Q   Can you give me a month and a year?
           22    A   I don't remember the date.  I'm not really good
           23   at remembering the dates.  I have to look at the record.
           24    Q   Okay.  So did anybody make any written
10:13:16   25   presentations?
```

## Page 31

```
            1        MR. WEINSTEIN:  Objection; beyond the scope.
            2        THE WITNESS:  Probably Samsung did some kind of
            3   presentation -- oh, Apple did --
            4        THE INTERPRETER:  Interpreter's correction:
10:14:17    5   Apple -- probably Apple did some kind of presentation,
            6   but Samsung did not make any presentation.
            7   BY MR. HEYISON:
            8    Q   Okay.  Please tell me in as much detail as you
            9   can -- strike that.
10:14:36   10        Okay.  How long did the meeting last?
           11        MR. WEINSTEIN:  Objection; outside the scope.
           12        THE WITNESS:  I don't remember those dates at
           13   the time.  I don't have all those things in my head.
           14   BY MR. HEYISON:
10:15:02   15    Q   Please tell me in as much detail as you can
           16   what Apple said and what Samsung said.
           17        MR. WEINSTEIN:  Objection; outside the scope.
           18        THE WITNESS:  Samsung mostly was listening to
           19   what Apple said in the first meeting.  Apple was talking
10:15:52   20   about Samsung's smartphone infringed Apple phone's
           21   patents and design, so they were complaining about our
           22   infringement about Apple's patent and design in their
           23   phone.
           24   BY MR. HEYISON:
10:16:20   25    Q   Anything else that you recall Apple saying?
```

## Page 32

```
            1        MR. WEINSTEIN:  Objection; outside the scope.
            2        THE WITNESS:  I don't remember any specific
            3   contents in detail.
            4   BY MR. HEYISON:
10:16:47    5    Q   And so what did Apple say in response?
            6        MR. WEINSTEIN:  Objection; outside the scope.
            7        MR. HEYISON:  Samsung.  Thank you.
            8    Q   What did Samsung say in response?
            9        MR. WEINSTEIN:  Same objection.
10:17:06   10        THE WITNESS:  Samsung contended that there was
           11   no such infringement and also requested the evidences
           12   for the contention of the infringement.
           13   BY MR. HEYISON:
           14    Q   Okay.  At that first meeting you attended,
10:17:49   15   Mr. Lee, did Samsung assert that Apple was infringing
           16   any of Samsung's patents?
           17        MR. WEINSTEIN:  Objection; outside the scope.
           18        THE WITNESS:  Samsung did not assert that any
           19   specific Samsung's patent was infringed.
10:18:32   20   BY MR. HEYISON:
           21    Q   At that meeting, that first meeting, did
           22   Samsung tell Apple that Samsung believed Apple was
           23   infringing any Samsung patents?
           24        MR. WEINSTEIN:  Objection; outside the scope.
10:19:10   25        THE WITNESS:  It is possible that Samsung might
```

## Page 33

```
            1   have said that or might not, but I don't remember
            2   exactly what was said.
            3   BY MR. HEYISON:
            4    Q   So sitting here today, you have no memory one
10:19:30    5   way or the other of whether Samsung asserted that Apple
            6   was infringing Samsung patents at that first meeting?
            7        MR. WEINSTEIN:  Objection; outside the scope,
            8   mischaracterizes prior testimony.
            9        THE WITNESS:  I can only recall that Samsung
10:20:23   10   did not assert that any specific Samsung's patents were
           11   infringed.
           12        MR. WEINSTEIN:  Counsel, we have been going for
           13   a little over an our.  Would this be a good time for a
           14   break?
10:20:36   15        MR. HEYISON:  You know what?  Could I -- I just
           16   have a couple more questions on this first meeting.  I
           17   would like to get through that and then we will take our
           18   break.  Is that okay?
           19        MR. WEINSTEIN:  Okay.  That's fine.
10:20:44   20   BY MR. HEYISON:
           21    Q   Okay.  So at that first meeting that you
           22   attended, Mr. Lee, do you recall Apple stating that
           23   Samsung had copied Apple's products?
           24    A   Yes.
10:21:16   25        MR. WEINSTEIN:  Objection; outside the scope,
```

9 (Pages 30 to 33)

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

Page 34

```
                1   lacks foundation.
                2   BY MR. HEYISON:
                3       Q   And what, if any, reply did Samsung make to
                4   Apple's assertion that Samsung had copied Apple's
10:21:35        5   products?
                6       MR. WEINSTEIN:  Same objections.
                7       THE WITNESS:  I guess Samsung said it did not
                8   copy.
                9       MR. HEYISON:  Now you said "I guess."
10:22:01       10       Q   Do you have a memory of Samsung denying that it
               11   was copying Apple's products?
               12       MR. WEINSTEIN:  Objection; outside the scope.
               13       THE WITNESS:  I know that something was said,
               14   something to that effect.  Samsung said -- Samsung
10:22:46       15   expressed about its intention, but I don't remember what
               16   exactly was said specifically.
               17       MR. HEYISON:  Okay.  Take a break.
               18       THE VIDEOGRAPHER:  Going off the record, the
               19   time is 10:23.
10:23:02       20       (Recess taken.)
               21       THE VIDEOGRAPHER:  We are back on the record;
               22   the time is 10:40.
               23   BY MR. HEYISON:
               24       Q   Mr. Lee, did you make any notes of what
10:40:13       25   occurred during the first meeting with Apple?
```

Page 35

```
                1       MR. WEINSTEIN:  Objection; outside the scope.
                2       THE WITNESS:  Yes.
                3   BY MR. HEYISON:
                4       Q   And do those notes still exist?
10:40:39        5       A   Yes.
                6       MR. WEINSTEIN:  Objection; outside the scope.
                7   BY MR. HEYISON:
                8       Q   Where are they?
                9       MR. WEINSTEIN:  Same objection.
10:40:49       10       THE WITNESS:  It's in my computer.
               11   BY MR. HEYISON:
               12       Q   Okay.  And did you provide those notes to
               13   Samsung's attorney in this case?
               14       A   Yes, I did.
10:41:11       15       Q   Are the notes in Korean or English?
               16       A   In Korean.
               17       Q   Was there a memorandum prepared by anybody at
               18   Samsung that contains a summary of that meeting?
               19       MR. WEINSTEIN:  Objection; outside the scope.
10:41:55       20       THE WITNESS:  Yes, I did.
               21       MR. HEYISON:  Okay.
               22       THE WITNESS:  I said I did.
               23   BY MR. HEYISON:
               24       Q   To whom did you send that memorandum?
10:42:14       25       MR. WEINSTEIN:  Same objection.
```

Page 36

```
                1       THE WITNESS:  I think it would have been gone
                2   to -- it would have gone to several people.  It would
                3   have been probably reported to Dr. Ahn and Kwang Joon
                4   Kim, SVP, and several other people too.
10:43:46        5   BY MR. HEYISON:
                6       Q   Is the memorandum in Korean or English?
                7       MR. WEINSTEIN:  Same objection.
                8       THE WITNESS:  In Korean.
                9   BY MR. HEYISON:
10:43:59       10       Q   And has that memorandum been provided to
               11   Samsung's attorneys in this case?
               12       A   Yes.
               13       Q   Have your notes in the memorandum been produced
               14   to Apple's attorney in this case?
10:44:33       15       MR. WEINSTEIN:  Objection; calls for
               16   speculation.
               17       THE WITNESS:  No, I don't think so.
               18       MR. HEYISON:  Okay.  So I'm going to make a
               19   record request for Mr. Lee's notes and memorandum.
10:45:04       20       THE WITNESS:  I think I got confused.  I think
               21   I got confused.  I think when you say a memorandum, you
               22   are probably referring to a report, official report, in
               23   the company.  So about that, my answer remains the same.
               24   But my personal notes that I took in the meeting, that I
10:45:58       25   don't have because that notes were contained in the
```

Page 37

```
                1   memorandum.  I don't keep them -- I didn't keep them.
                2       MR. HEYISON:  Okay.  Well, then, with respect
                3   to notes, I make a request that Samsung and its
                4   attorneys determine whether the notes still exist, and
10:46:29        5   if they do, that they get produced.
                6       I'm going to mark, as Exhibit No. 1, a document
                7   titled "Samsung's Use of Apple Patents in Smartphones."
                8       (Exhibit 1 was marked for identification by the
                9   court reporter.)
10:47:40       10       MR. HEYISON:  Yes.  You can pass that to the
               11   witness, please.  You look at the one with the sticker
               12   on it.
               13       MR. WEINSTEIN:  Mike, just to clarify, because
               14   there's no Bates number, that this was not part of any
10:48:03       15   Apple production.
               16       MR. HEYISON:  You know, I don't know the answer
               17   to that question.
               18       THE CHECKER INTERPRETER:  Quickly, Counsel, do
               19   you have a courtesy copy for the interpreters?
10:48:44       20   BY MR. HEYISON:
               21       Q   Mr. Lee, you testified earlier that you thought
               22   that Apple made a written presentation at the first
               23   meeting you attended.
               24       Is this the written presentation that Apple
10:49:01       25   provided at that meeting?
```

10 (Pages 34 to 37)

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

Page 38

```
              1     MR. WEINSTEIN:  Objection; outside the scope.
              2     THE WITNESS:  I don't remember the contents of
              3  this document entirely, but it appears to be the one.
              4     MR. HEYISON:  Okay.
10:49:53      5     THE WITNESS:  To my recollection.
              6     MR. HEYISON:  Okay.  That's all I'm going to
              7  ask you about that document.  Okay?  You can put that
              8  aside.
              9  Q  Okay.  I would like to now focus on the second
10:50:16     10  meeting that you attended with Apple.
             11     How long after the first meeting did the second
             12  meeting occur?
             13     MR. WEINSTEIN:  Objection; outside the scope.
             14     THE WITNESS:  As I told you earlier, I don't
10:50:46     15  remember the exact date, but I think it was probably
             16  after about a month.
             17  BY MR. HEYISON:
             18  Q  Who attended the second meeting from Samsung?
             19     MR. WEINSTEIN:  Same objection.
10:51:04     20     THE WITNESS:  I did, with Dr. Ahn and also
             21  Mr. Kim, Kwang Joon Kim, as VP, and the counsel Kisuk
             22  Kin, K-i-s-u-k K-i-n.
             23  BY MR. HEYISON:
             24  Q  Is Mr. Kim inside counsel for Samsung?
10:51:54     25  A  Correct.
```

Page 39

```
              1  Q  Who attended from Apple?
              2     MR. WEINSTEIN:  Objection; outside the scope.
              3     THE WITNESS:  Jim Luton, and there was another
              4  person who was a counsel, but I don't remember the name
10:52:21      5  BY MR. HEYISON:
              6  Q  When you say "counsel," Mr. Lee, do you mean a
              7  lawyer?
              8  A  Yes.
              9  Q  Am I correct there were only two people from
10:52:39     10  Apple at the second meeting?
             11     MR. WEINSTEIN:  Objection; outside the scope.
             12     THE WITNESS:  I don't remember for sure, but to
             13  my recollection, Bruce Sewell was not there.
             14  BY MR. HEYISON:
10:53:15     15  Q  Okay.  You don't remember the counsel's name?
             16  A  I don't remember.
             17  Q  Okay.  Did anybody make any written
             18  presentations at the second meeting?
             19     MR. WEINSTEIN:  Objection; outside the scope.
10:53:40     20     THE WITNESS:  By Samsung, you mean?
             21  BY MR. HEYISON:
             22  Q  By either party.
             23     MR. WEINSTEIN:  Same objection.
             24     THE WITNESS:  Samsung did.
10:53:48     25  BY MR. HEYISON:
```

Page 40

```
              1  Q  Who prepared the Samsung written presentation?
              2  A  I did.
              3     MR. WEINSTEIN:  Same objection.
              4  BY MR. HEYISON:
10:54:03      5  Q  The Samsung presentation was shown to Mr. Luton
              6  and the counsel who attended for Apple?
              7     MR. WEINSTEIN:  Same objection.
              8     THE WITNESS:  Yes.
              9  BY MR. HEYISON:
10:54:25     10  Q  Okay.  And tell me in as much detail as you can
             11  what Samsung said and what Apple said at that meeting.
             12     MR. WEINSTEIN:  Objection; outside the scope,
             13  compound.
             14     THE WITNESS:  The explanations about
10:55:08     15  Samsung's --
             16     THE INTERPRETER:  The interpreter's correction:
             17  The explanations about Apple's patents that were
             18  considered infringing -- no, correction:  Oh, there were
             19  explanations about Samsung's patents that Apple deemed
10:55:39     20  infringed and Apple mostly listened to our explanations.
             21  And to my recollection, Apple said that they are going
             22  to go back and review those patents later.
             23  BY MR. HEYISON:
             24  Q  Okay.  So am I correct in understanding,
10:56:13     25  Mr. Lee, that at that meeting, Samsung made a
```

Page 41

```
              1  presentation concerning Samsung patents that Samsung
              2  believed Apple was infringing?
              3     MR. WEINSTEIN:  Objection; outside the scope.
              4     THE WITNESS:  That is correct.
10:56:48      5  BY MR. HEYISON:
              6  Q  And am I correct in understanding that your
              7  memory is that Apple said it would review Samsung's
              8  assertions of infringement?
              9     MR. WEINSTEIN:  Same objection.
10:57:18     10     THE WITNESS:  Yes.
             11  BY MR. HEYISON:
             12  Q  And at the second meeting, did Apple deny that
             13  it was infringing Samsung's patents?
             14     MR. WEINSTEIN:  Same objection.
10:57:39     15     THE WITNESS:  Because the Apple heard that for
             16  the first time and could not make any determination, so
             17  Apple said that it would review.
             18  BY MR. HEYISON:
             19  Q  Okay.  And so am I correct that at this meeting
10:58:04     20  was the first time that Samsung asserted that Apple was
             21  infringing the Samsung patents?
             22     MR. WEINSTEIN:  Objection; outside the scope,
             23  vague and ambiguous.
             24     THE WITNESS:  That is correct.
10:58:46     25  BY MR. HEYISON:
```

11 (Pages 38 to 41)

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

Page 54

1  or something like that.
2  BY MR. HEYISON:
3      Q  Okay.  So, Mr. Lee, I saw you referring to
4  Exhibit 1, and you mentioned that there were several
11:44:07  5  pictures.
6          Can you direct me to the pictures that you were
7  referring to.
8      A  There were various types of photos; for
9  example, something like this.
11:44:42 10      Q  Could you give me a page number for the record?
11      A  Pages 17, 18, 19.
12      Q  Was Samsung aware that Apple was making
13  trademark and trade-dress claims even though no specific
14  numbers were mentioned?
11:45:28 15          MR. WEINSTEIN:  Objection; outside the scope,
16  vague and ambiguous.
17          THE WITNESS:  I could not have the exact
18  understanding at that time.
19  BY MR. HEYISON:
11:46:20 20      Q  Turning to page 17 of the presentation,
21  Mr. Lee, after seeing this presentation from Apple, what
22  did Samsung understand Apple was accusing it of
23  infringing with respect to Samsung copying iPhone?
24          MR. WEINSTEIN:  Objection; outside the scope.
11:47:21 25  Objection -- I thought she was done with the question.

Page 55

1  Let me just finish again.
2          Objection; outside the scope.  Objection; vague
3  and ambiguous.
4          THE WITNESS:  I just understood it --
11:48:14  5          THE INTERPRETER:  Interpreter's correction:  I
6  just understood that Samsung had some complaints but --
7  Apple had some complaints, but Apple did not make any
8  specific assertions.
9  BY MR. HEYISON:
11:48:31 10      Q  Well, did Apple mention design patents?
11          MR. WEINSTEIN:  Objection; outside the scope.
12          THE WITNESS:  I don't remember there was no --
13  I mean no such -- I don't remember hearing such mention.
14  BY MR. HEYISON:
11:49:07 15      Q  And did Apple mention its transaction?
16          MR. WEINSTEIN:  Same objection.
17          THE WITNESS:  My recollection is that they did
18  not make any such mention.
19  BY MR. HEYISON:
11:49:32 20      Q  Okay.  And in those first two meetings you
21  attended, did Apple mention its trade dress?
22          MR. WEINSTEIN:  Same objection.
23          THE WITNESS:  I cannot remember everything
24  exactly, and also I'm not confident if I heard
11:50:24 25  everything that they said, but as far as I could

Page 56

1  remember or as far as I know, I don't think there was
2  such assertions.
3  BY MR. HEYISON:
4      Q  Okay.  Now --
11:50:40  5      A  Assertion.
6      Q  Okay.  In those first two meetings that you
7  attended, what was Apple asking Samsung to do with
8  respect to copying the iPhone?
9          MR. WEINSTEIN:  Objection; outside the scope,
11:51:16 10  vague and ambiguous.
11          THE WITNESS:  There was no specific request was
12  made, but it was a meeting where the Apple -- that
13  Samsung know that Apple had these kind of complaints,
14  and they talk about their complaints.
11:51:58 15  BY MR. HEYISON:
16      ==Q  Okay.  Well, Mr. Lee, was it clear to you after==
17  ==those first and second meetings that Apple wanted==
18  ==Samsung to stop copying the design of its iPhone?==
19          MR. WEINSTEIN:  Objection; outside the scope,
11:52:37 20  lacks foundation.
21          ==THE WITNESS:  It was not clear, but, anyway,==
22  ==the assertion about copying or infringement is same as==
23  ==the request, to stop copying or infringement in this IP==
24  ==industry, to my understanding.==
11:53:31 25  BY MR. HEYISON:

Page 57

1      Q  Now, in the fourth meeting that you attended,
2  what intellectual property rights was Apple offering
3  Samsung a license to?
4          MR. WEINSTEIN:  Objection; outside the scope.
11:54:08  5          THE WITNESS:  Apple patents.
6  BY MR. HEYISON:
7      ==Q  And what intellectual property rights were==
8  ==being excluded from Apple's offer to license?==
9          MR. WEINSTEIN:  Objection; outside the scope,
11:54:37 10  lacks foundation.
11          ==THE WITNESS:  The proposal contents were very,==
12  ==very complicated, so it's a hard for me to explain in==
13  ==words about everything, but if there were some things==
14  ==that were excluded, there were different terms and==
11:55:37 15  ==conditions about them, and also if something is not==
16  ==excluded, there would be a different terms and condition==
17  ==about that too.==
18  ==BY MR. HEYISON:==
19      ==Q  Okay.  So Apple was asserting that Samsung==
11:55:56 20  ==infringed design patents and utility patents; correct?==
21          MR. WEINSTEIN:  Objection; outside the scope,
22  lacks foundation.
23          ==THE WITNESS:  As I told you earlier, to my==
24  ==recollection, Apple did not make any assertion about any==
11:56:39 25  ==specific design patent.==

15 (Pages 54 to 57)

HIGHLY CONFIDENTIAL BUSINESS INFORMATION
JUN WON LEE - 3/5/2012

Page 58

```
              1    BY MR. HEYISON:
              2        Q   Did it make an assertion about design patents
              3    in general?
              4            MR. WEINSTEIN:  Objection; outside the scope.
11:57:34      5            THE WITNESS:  It's similar to what I said
              6    earlier, because of my language issue -- because of my
              7    English, I'm not -- English, I'm not sure if I heard
              8    100 percent of what they said.  And also -- but to my
              9    recollection, they did not talk about any design patent,
11:58:05     10    to my knowledge.
             11    BY MR. HEYISON:
             12        Q   Did Apple -- in the discussions before suit was
             13    filed in the spring of 2007, did Apple ever offer a
             14    license to design rights?
11:58:24     15            MR. WEINSTEIN:  Objection; outside the scope.
             16            THE WITNESS:  To my recollection, the Apple's
             17    design proposal did not include its design about
             18    licensing.
             19            MR. OLSON:  Can I ask clarification.  The
11:59:08     20    license proposal?
             21            THE WITNESS:  The Apple licensing proposal did
             22    not includes its design.
             23            MR. HEYISON:  Okay.
             24            THE INTERPRETER:  That was interpreter's
11:59:17     25    correction.
```

Page 59

```
              1    BY MR. HEYISON:
              2        Q   Did Apple ever offer to Samsung any license to
              3    Apple's trade dress?
              4            MR. WEINSTEIN:  Same objection.
11:59:35      5            THE WITNESS:  You keep asking me the same
              6    questions over and over, but I told you earlier already,
              7    in those two first meetings, I've never heard anything
              8    about Apple's assertion about trade dress or design,
              9    design patents.
12:00:19     10    BY MR. HEYISON:
             11        Q   Mr. Lee, my question was a little different.
             12    My question was whether Apple filed suit against Samsung
             13    in any of the discussions that you are aware of.
             14            Did Apple ever offer Samsung a license to
12:00:41     15    either design patents, trade dress, or transaction?
             16            MR. WEINSTEIN:  Objection; outside the scope,
             17    compound question.
             18            THE WITNESS:  As I told you earlier, Apple did
             19    not talk about trademark, trade dress, or design
12:01:39     20    patents; therefore, Apple's licensing proposal did not
             21    include things about those.
             22    BY MR. HEYISON:
             23        Q   Okay.  Did you prepare a summary memo of the
             24    fourth meeting?
12:02:13     25            MR. WEINSTEIN:  Objection; outside the scope.
```

Page 60

```
              1            THE WITNESS:  Can you reask the question,
              2    please.
              3    BY MR. HEYISON:
              4        Q   Did you prepare a summary memo of the fourth
12:02:26      5    meeting?
              6            MR. WEINSTEIN:  Same objection.
              7            THE WITNESS:  Yes, I did.
              8    BY MR. HEYISON:
              9        Q   Did you send that to Mr. Ahn?
12:02:38     10            MR. WEINSTEIN:  Same objection.
             11            THE WITNESS:  Yes.
             12    BY MR. HEYISON:
             13        Q   Who else did you send it to?
             14            MR. WEINSTEIN:  Same objection.
12:02:53     15            THE WITNESS:  Kwang Joon Kim, VP; and Kusik
             16    Kin, the attorney.
             17            MR. HEYISON:  Okay.  I'm going to make a record
             18    request for that memorandum.
             19        Q   Have you told me everything you remember about
12:03:17     20    the fourth meeting?
             21            MR. WEINSTEIN:  Objection; outside the scope.
             22            THE WITNESS:  I believe I told you most of the
             23    things, almost everything.
             24            MR. HEYISON:  Handing to the Reporter what I've
12:03:51     25    marked as Exhibit 3, which is titled "Samsung-Apple
```

Page 61

```
              1    Licensing Discussion," October 5th, 2010.
              2            (Exhibit 3 was marked for identification by the
              3            court reporter.)
              4            MR. WEINSTEIN:  Before you ask a question, just
12:04:34      5    to confirm, like the other exhibits, this was may or may
              6    not be part of any production.
              7            MR. HEYISON:  I don't know the answer to that
              8    question.
              9            MR. OLSON:  This has been produced, and
12:04:48     10    produced at Jim Luton's deposition in July of 2011.
             11            MR. HEYISON:  Thank you.  It's wonderful to
             12    have institutional wisdom.
             13            MR. OLSON:  I think that question may also have
             14    been asked about the earlier exhibit; was also true
12:05:02     15    about that.
             16            MR. WEINSTEIN:  So all three so far have been?
             17    Okay.  Thank you.
             18    BY MR. HEYISON:
             19        Q   Now, Mr. Lee, is what's marked as Exhibit 3 the
12:05:14     20    presentation that Apple presented at the fourth meeting
             21    that you attended?
             22            MR. WEINSTEIN:  Objection; outside the scope.
             23            THE WITNESS:  What was your question?
             24            MR. HEYISON:  Okay.  I thought I asked, but
12:07:30     25    maybe I didn't, yeah.
```

16 (Pages 58 to 61)