| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>John B. Quinn (Bar No. 90378)<br>johnquinn@quinnemanuel.com<br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Kathleen M. Sullivan (Bar No. 242261)<br>kathleensullivan@quinnemanuel.com<br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California  94065-2139<br>Telephone:  (650) 801-5000<br>Facsimile:  (650) 801-5100<br><br>Attorneys for Samsung Electronics Co., Ltd.,<br>Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>             Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**DECLARATION OF KARA BORDEN IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS TO APPLE'S DAY 2 WITNESS DISCLOSURES AND SAMSUNG'S RESPONSES TO APPLE'S OBJECTIONS TO SAMSUNG'S CROSS DISCLOSURES FOR BALAKRISHNAN, BALL, DAVIS, LEE, KARE, AND SINGH** |

I, Kara Borden, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").[1]  I submit this declaration in support of Samsung's High Priority Objections to Apple's Day 2 Witness Disclosures and Samsung's Responses to Apple's Objections to Samsung's Cross Disclosures for Balakrishnan, Ball, Davis, Lee, Kare and Singh.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the Transcript of the February 15, 2018 Deposition of Julie Davis.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 14, 2018, at San Jose, California.

>      */s/ Kara Borden*
>          Kara Borden

---

[1]  Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

1 **Local Rule 5-1(i)(3) Attestation**

2   I, Victoria F. Maroulis, am the ECF user whose ID and password are being utilized for the
3 filing of this document.  I attest that Kara Borden has consented in the filing of this declaration.
4   Executed on May 14, 2018 at San Jose, CA.

By  */s/ Victoria F. Maroulis*
    Victoria F. Maroulis