UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CIVIL MINUTES

# APPLE INC. v. SAMSUNG CO. LTD, et al.
5:11-CV-01846-LHK

**Court Proceedings:** Jury Selection, Monday, May 14, 2018
**Location:** Courtroom 4, 5th floor
**Time in Court**: 4 hours and 36 minutes

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Lee-Anne Shortridge

**Plaintiff's Counsel:** William F. Lee, Nathaniel B. Sabri, Joseph Mueller, and Amy Wigmore.
**Defense Counsel:** John B. Quinn, Victoria F. Maroulis, and William C. Price.

Hearing held.  *See* attached trial log.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **5:11-CV-01846-LHK**
Case Name: *APPLE INC. v. SAMSUNG ELECTRONICS CO. LTD., et al.*
**TRIAL LOG**

| TRIAL DATE: 5/14/2018 | | REPORTER(S): Lee-Anne Shortridge | CLERK: Irene Mason |
|---|---|---|---|

| PLF | DEFTS | *TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:24 AM | Court commences trial proceedings.  Hearing held outside presence of jury. |
| | | 9:29 AM | Recess. |
| | | 10:05 AM | Jury summoned. |
| | | 10:24 AM | All prospective jurors sworn by the Courtroom Deputy. |
| | | 10:25 AM | Jury selection begins. |
| | | 11:04 AM | Recess. |
| | | 11:16 AM | Jury selection continues. |
| | | 11:45 AM | Individual voir dire of jurors begins. |
| | | 12:03 PM | Hearing held outside presence of jurors. |
| | | 1:03 PM | Jury selection continues. |
| | | 2:05 PM | Individual voir dire ends. |
| | | 2:08 PM | Jury summoned. |
| | | 2:33 PM | All jurors excused with exception of juror #7.  Individual voir dire held. |
| | | 2:43 PM | Hearing held outside presence of jury. |
| | | 2:46 PM | Parties excused for break. |
| | | 2:58 PM | Jury summoned. Jury selection continues. |
| | | 4:10 PM | All jurors excused for break with the exception of juror #27. |
| | | 4:12 PM | Individual voir dire held. |
| | | 4:15 PM | Juror #27 excused. |
| | | 4:15 PM | Hearing held outside presence of jury. |

|  |  | | |
|--|--|--|--|
|  |  | 4:16 PM | Parties excused for break. |
|  |  | 4:23 PM | Jury summoned.  Jury selection continues. |
|  |  | 4:24 PM | Begin voir dire by Apple. |
|  |  | 4:32 PM | Begin voir dire by Samsung. |
|  |  | 4:49 PM | Peremptory challenges exercised. |
|  |  | 4:58 PM | 6 jurors and 2 alternates selected and sworn.  All other jurors thanked and excused. |
|  |  | 4:58 PM | Jurors to excused for the day and to return May 15, 2018 at 9:00 a.m. |
|  |  | 5:00 PM | Parties excused.  Court adjourned.  Trial resumes May 15, 2018 at 9:00 a.m. |
|  |  |  | *Time as listed and calculated in this Minute Entry is offered as an estimate. Please see the Court Reporter's real-time transcript. The Court remains the official time-keeper in this case. |