| | |
|---|---|
| ERIK J. OLSON (CA SBN 175815)<br>ejolson@mofo.com<br>NATHAN B. SABRI (CA SBN 252216)<br>nsabri@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | WILLIAM F. LEE (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>MARK D. SELWYN (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 11-cv-01846-LHK<br><br>**APPLE'S MAY 14, 2018 ROLLING WITNESS LIST** |

Apple Inc.'s rolling list of its anticipated next seven trial witnesses is as follows:

1. Greg Joswiak
2. Richard Howarth
3. Tony Blevins
4. JunWon Lee (by deposition)
5. Alan Ball
6. Susan Kare
7. Ravin Balakrishnan

Dated: May 14, 2018

*/s/ Mark D. Selwyn*
Mark D. Selwyn (SBN 244180)

*Attorney for Plaintiff Apple Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 14, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

> */s/ Mark D. Selwyn*
> Mark D. Selwyn