QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S OBJECTIONS TO REVISED TENTATIVE VERDICT FORM** |

1  Samsung respectfully objects to the Court's revised tentative verdict form (Dkt. 3738) on
2  the same grounds stated in Samsung's Objections 2 and 3 (Dkt. 3720, at 2-5) to the Court's initial
3  tentative verdict form.

4

5  DATED: May 14, 2018                    Respectfully submitted,

6                                         QUINN EMANUEL URQUHART &
7                                         SULLIVAN, LLP

8                                         By /s/ Victoria F. Maroulis
9                                            John B. Quinn
                                             Kathleen M. Sullivan
10                                           William C. Price
                                             Michael T. Zeller
11                                           Kevin P.B. Johnson
                                             Victoria F. Maroulis
12

13                                         Attorneys for SAMSUNG ELECTRONICS CO.,
                                           LTD., SAMSUNG ELECTRONICS AMERICA,
14                                         INC., and SAMSUNG TELECOMMUNICATIONS
                                           AMERICA, LLC