UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>　　　　　Defendants. | Case No. 11-CV-01846-LHK<br><br>**ORDER ON SECOND DAY HIGH PRIORITY OBJECTIONS**<br><br>Re: Dkt. Nos. 3740, 3741 |

Samsung has filed high priority objections to Apple's second day witness disclosures, ECF No. 3741, and Apple has filed responses, ECF No. 3740. Apple has also filed high priority objections to Samsung's second day cross-disclosures, ECF No. 3740, and Samsung has filed responses, ECF No. 3741.

The Court appears to be missing copies of some of the exhibits that are subject to objections, including DX4730, SDX408, and SDX718. Samsung shall provide copies of these exhibits to Ms. Mason by 8:30 a.m. on May 15, 2018. In the future, the parties shall ensure that the Court receives copies of all materials that are the subject of high priority objections at the time the objections are filed.

After reviewing the parties' briefing, considering the record in the case and the Federal

1

Rules of Evidence, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules as follows.

## I. Samsung's Objections to Apple's Second Day Witness Disclosures

| Apple Exhibit | Court's Ruling on Objection |
|---|---|
| Ball PX52 | Overruled. |
| Ball PDX10 | Sustained. |
| Ball PX174 | Overruled, but admission is subject to a limiting instruction that exhibit is not to be considered for the truth of the matter asserted. |
| Davis PDX9.7-8, 10, 12, 15-16 | Sustained. Ms. Davis may use the chart previously disclosed as PDX34B.9 in her 2013 and 2015 reports, but Ms. Davis may not use the new slides incorporating other information, which strongly imply that the copying caused Samsung's increased market share. |
| Davis PDX9.20, 22-27, 29 | Overruled. |
| Jun-Won Lee Deposition 56:16-18, 56:21-24 | Overruled. |
| Lee PX52 | Overruled. |
| Kare PDX10 | Sustained. |
| Kare PX6 | Overruled, but admission is subject to a limiting instruction that exhibit is not to be considered for the truth of the matter asserted. |

## II. Apple's Objections to Samsung's Second Day Cross-Disclosures

| Samsung Exhibit | Court's Ruling on Objection |
|---|---|
| Jun-Won Lee Deposition 57:7-58:10 | Overruled. |
| Jun-Won Lee Deposition 59:2-9 | Overruled. |
| Davis DX4505 | Overruled. |

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: May 14, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge