# EXHIBIT A



**OUTSIDE ATTORNEYS' EYES ONLY**

# Transcript of Drew Blackard

**Date:** December 13, 2017
**Case:** Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

---

**Page 1**

1    UNITED STATES DISTRICT COURT
2    NORTHERN DISTRICT OF CALIFORNIA
3    SAN JOSE DIVISION
4    CASE NO. 11-CV-01846-LHK
5    ---------------------------------X
6    APPLE INC., A CALIFORNIA CORPORATION,    :
7         PLAINTIFF,    :
8         :
9    VS    :
10        :
11   SAMSUNG ELECTRONICS CO., LTD., A KOREAN    :
12   BUSINESS ENTITY; SAMSUNG ELECTRONICS    :
13   AMERICA, INC., A NEW YORK CORPORATION;    :
14   SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,    :
15   A DELAWARE LIMITED LIABILITY COMPANY,    :
16        DEFENDANTS.    :
17   ---------------------------------X
18       OUTSIDE ATTORNEYS' EYES ONLY
19       Videotaped deposition of DREW BLACKARD
20       WEDNESDAY, DECEMBER 13, 2017
21       9:13 A.M.
22
23   JOB NO.: 169876
24   PAGES: 1 - 166
25   REPORTED BY:  RONALD R. COPE, CSR, RPR, CRR, CLR

---

**Page 2**

1        VIDEOTAPED DEPOSITION OF DREW BLACKARD,
2    held at the offices of:
3
4
5
6        Baker & Botts, LLP
7        2001 Ross Avenue
8        11th Floor
9        Dallas, Texas 75201
10       214.953.6500
11
12
13       Pursuant to Notice, before Ronald R. Cope,
14   Certified Shorthand Reporter in and for the State
15   of Texas, Registered Professional Reporter,
16   Certified Realtime Reporter, Certified LiveNote
17   Reporter and Notary Public of the State of Texas.
18
19
20
21
22
23
24
25

---

**Page 3**

1        A P P E A R A N C E S
2
3    ON BEHALF OF THE PLAINTIFF:
4        MR. JOSEPH J. MUELLER
5        WILMER CUTLER PICKERING HALE AND DORR, LLP
6        60 State Street
7        Boston, Massachusetts 02109
8        617.526.6396
9        -AND-
10       MS. SARAH R. FRAZIER
11       WILMER CUTLER PICKERING HALE AND DORR, LLP
12       60 State Street
13       Boston, Massachusetts 02109
14       617.526.6022
15       -AND-
16       MR. CHRISTOPHER ROBINSON
17       MORRISON & FOERSTER LLP
18       425 Market Street
19       San Francisco, California 94105-2482
20       415.268.7000
21
22
23
24
25

---

**Page 4**

1        A P P E A R A N C E S (Continued)
2
3    ON BEHALF OF THE DEFENDANTS:
4        MS. VICTORIA F. MAROULIS
5        QUINN EMANUEL URQUHART & SULLIVAN, LLP
6        555 Twin Dolphin Drive
7        5th Floor
8        Redwood Shores, California 94065
9        650.801.5022
10       -AND-
11       MR. BRETT ARNOLD
12       QUINN EMANUEL URQUHART & SULLIVAN, LLP
13       555 Twin Dolphin Drive
14       5th Floor
15       Redwood Shores, California 94065
16       650-801-5059
17
18   ALSO PRESENT:
19       Mr. Adolph Green, Videographer
20       Mr. Jordan Flournoy
21
22
23
24
25

33

1   OMAP question, but we sold OMAP, which, you know,
2   if you look at a block diagram of an OMAP, it
3   has -- it is a CPU but it has blocks that are
4   dedicated towards certain processing. So OMAP
5   would have a camera and video, you know,
6   functionality to it. So the coprocessor, in many
7   cases, could complement the OMAP, though it
8   wouldn't have to.
9       Q   And what were your responsibilities as
10  business development manager in this camera
11  coprocessor group?
12      A   We would effectively support the sales
13  team with what we would call, I guess, sales
14  pitches of buying that product to try and help the
15  sales team sell that product to our customers.
16      Q   And what did you personally do with
17  respect to these sales pitches?
18      A   We would do customer
19  presentations/demonstrations, things like that.
20      Q   Who were the customers to whom you were
21  attempting to sell?
22      A   For that product, my recollection is Nokia
23  was our key -- or our biggest customer for that
24  specific product. And I participated in those. I
25  don't recall participating in any others.

34

1       Q   It was an OEM audience?
2       A   Yes.
3       Q   And were these camera coprocessors
4   intended for mobile devices like smartphones?
5       A   You know, again, the -- the way that TI is
6   organized is that the parts are relatively
7   generic, you know, in the sense they can be used
8   in a lot of different fashions and the business is
9   organized around categories. So our category was
10  intending to sell through smartphones, but there
11  were other categories that could obviously, you
12  know, approach different use cases and users.
13      Q   But just focused on the use case that you
14  were working on --
15      A   Yes.
16      Q   -- it was OEMs who make smartphones?
17      A   That's right.
18      Q   For how long did you work in that
19  position?
20      A   It was about a year and a half, is my
21  memory.
22      Q   To 2010?
23      A   It was late 2009. Call it November 2009.
24      Q   And what did you do next?
25      A   That's when I took a role with Samsung in

35

1   Richardson.
2       Q   And which Samsung company in particular
3   did you take a position with?
4       A   At the time it was Samsung
5   Telecommunications America, STA.
6       Q   And what is STA -- or what was STA at that
7   time?
8       A   We were the mobile subsidiary within the
9   United States for Samsung Electronics.
10      Q   Samsung Electronics was the parent
11  corporation?
12      A   That's my understanding. I don't know all
13  of the corporate structure there, but that's
14  effectively my understanding.
15      Q   What types of products was STA selling at
16  that time?
17          MS. MAROULIS: Objection, vague.
18      A   At that time we sold a variety of
19  different phone types, mobile phones; there was
20  network-related business infrastructure;
21  accessories. And I could be missing other things,
22  but those were, you know, some of the core ones.
23      Q   (BY MR. MUELLER)  Let's just go through
24  those one by one. So for phone types, I'm not
25  going to ask you right now for a list of phones,

36

1   but do you recall any categories of phones that
2   the company was selling at that point in time when
3   you first joined?
4           MS. MAROULIS: Objection, vague.
5       A   Yeah, we sold -- you know, we had
6   different ways of categorizing these, but we sold
7   feature phones. We sold at the time what we
8   called messaging phones. All of these had
9   subcategories. And we sold smartphones, so we
10  would segment, you know, the phone business.
11      Q   (BY MR. MUELLER)  And what is a feature
12  phone -- or was a feature phone at that time?
13      A   The way we would have defined a feature
14  phone, I guess would have been as a voice phone,
15  kind of primarily a voice phone. And the form
16  factor would have been a range of like a flip
17  clamshell, voice -- or a candy bar, I guess, or
18  kind of different bar types of phones. So
19  basically ones that would be voice as the primary
20  functionality.
21      Q   What does the term "form factor" mean?
22      A   I don't know if there's a standard
23  definition. The way we would use it is just to
24  refer to, you know, the difference between a --
25  like a flip phone that actually flips versus a --

OUTSIDE ATTORNEYS' EYES ONLY

---

69

1  the organization, but there are subject-matter
2  experts.  I don't know how they are formally
3  organized.
4      Q  (BY MR. MUELLER)  Fair to say there are
5  hardware engineers within R & D?
6      A  Yes, there's definitely hardware engineers
7  in R & D.
8      Q  And software engineers as well?
9      A  Yes.  There's software engineers within
10  R & D.
11     Q  Is there an industrial design group in
12  Korea?
13     A  Yes.
14     Q  Does that group have a title?
15     A  I'm sure they do.  I don't know what their
16  formal title is.
17     Q  And what is your understanding of the
18  term "industrial design"?
19         MS. MAROULIS:  Objection, beyond the
20  scope.
21     A  I guess I don't have a formal definition
22  in mind.  When I think of the team, I think of the
23  ones that are doing kind of looking at aesthetics.
24     Q  (BY MR. MUELLER)  What does the industrial
25  design team create in terms of work product?

---

70

1          MS. MAROULIS:  Objection, beyond the
2  scope.
3      A  They create visuals.  In some cases, that
4  could be -- take graphic design.  They also, as
5  part of the RFPs, would create what we would call
6  a mock-up, just like a -- an illustrative physical
7  rendering.
8      Q  (BY MR. MUELLER)  So let's just take this
9  one by one.  The graphical design, would this be
10  something like a computer-assisted design drawing?
11  A CAD drawing?
12         MS. MAROULIS:  Objection to this whole
13  line of questioning as beyond the scope.
14     A  It would -- I don't know the exact tools
15  that they use, whether it be CAD or something
16  else, but it would resemble something like that,
17  just kind of a visual representation of the -- of
18  the intent.
19     Q  (BY MR. MUELLER)  Have you seen any of
20  those yourself?
21     A  I've probably seen select ones, not an
22  exhaustive amount.
23     Q  And what do they look like?  Do they look
24  like pictures of phones?
25         MS. MAROULIS:  Objection, compound,

---

71

1  speculative, beyond the scope.
2      A  Back to what I would see, yes.  Yeah.
3      Q  (BY MR. MUELLER)  And the second thing you
4  mentioned with these mock-ups of a physical
5  device, would this be, for example, a phone made
6  out of foam, or something like that?
7          MS. MAROULIS:  Objection, beyond the
8  scope.
9      A  I don't know what materials they would
10  use, but it's a nonfunctional, you know -- there
11  are no electronic components in it.  It's, you
12  know, effectively a rendering.
13     Q  (BY MR. MUELLER)  But an actual, physical
14  rendering?
15     A  Physical rendering, yes.
16     Q  And these would be submitted, I think you
17  said -- you tell me if I have this right.  These
18  would be submitted along with the written response
19  to a request for proposal from the carrier?
20     A  Yes.  That's right.  Most of the carriers
21  require that as part of their process.  It's just
22  one of the many requirements to respond.
23     Q  So Samsung would say to a carrier, here's
24  a physical rendering of a phone and here's a
25  written description of the features in the phone,

---

72

1  do you approve?
2          MS. MAROULIS:  Objection, incomplete
3  hypothetical, calls for speculation, beyond the
4  scope.
5      A  Yeah, I mean at the time, the design part
6  was -- there was not necessarily a one to one,
7  meaning a design team would create a number of
8  mock-ups, and you can think of them as options, in
9  a sense, depending on the specification.  And we
10  would, at the time, collect carrier feedback, and
11  if they like one more than the other, we can say,
12  okay, we can do this with different -- so it was
13  a -- more of a fluid discussion as it related to
14  that part of it.  But on a process basis, you
15  know, there was designs submitted with it.
16     Q  (BY MR. MUELLER)  Fair enough.  But
17  whether there was one or multiple physical
18  renderings, the carriers would be given some
19  physical representation of a possible phone along
20  with a written description of proposed features;
21  is that fair?
22         MS. MAROULIS:  Same objections.
23     A  Yes.  That's -- would be part of, you
24  know, again, the requirements of an RFP
25  submission.

73

1    Q  (BY MR. MUELLER)  And if the carrier
2  awarded Samsung the phone and it went into
3  development, would the industrial design team
4  continue working on the physical rendering as
5  development continued?
6      MS. MAROULIS:  Objection, incomplete
7  hypothetical, beyond the scope.
8    A  In certain cases they would.  At least --
9  you know, in certain cases, things like -- well,
10  the design could change a little bit, right,
11  depending on the feedback.  And so, you know, they
12  could give an award and then want to tweak the
13  color, the materials, the finish, et cetera.  So
14  in some cases they keep working on it.
15      As a matter of process, do they continue
16  working on every phone?  I don't know.  I don't
17  know how they worked with that with R & D.
18    Q  (BY MR. MUELLER)  Fair enough.  As a
19  matter of process, is there a formal procedure for
20  when a given phone in this time period would be
21  deemed ready to go into manufacturing?
22    A  There is a general, you know, process at
23  headquarters where it becomes an official project
24  to begin development on.
25    Q  And who's responsible for making the

74

1  decision that a phone is at the stage where it can
2  go into manufacture?
3    A  I honestly don't know.  I mean, it's an
4  executive decision at headquarters, so I don't
5  know who all specifically is involved.  I haven't
6  been a part of one of those.
7    Q  Is the Korean product planning group
8  involved, to the best of your knowledge?
9      MS. MAROULIS:  Objection, beyond the
10  scope, calls for speculation.
11    A  To the best of my knowledge, at the time,
12  they were the group that would present that to
13  that executive team to make the decision.
14    Q  (BY MR. MUELLER)  And you're not sure
15  who's on the executive team that they would
16  present to?
17    A  I don't know exactly, no.
18    Q  Can you give us an estimate, ballpark, for
19  the amount of time in this time period it would
20  take to go from approval or award by the carrier
21  to ready for manufacture?
22    A  To ready for manufacture?
23      MS. MAROULIS:  Objection, beyond the
24  scope.
25    A  I guess the broad ballpark, I can't be

75

1  super specific, but it's, I would say, within six
2  to nine months is the ballpark of when it would
3  become a, you know, official project that would
4  then work its way towards production, six to nine
5  months out from launching.
6    Q  (BY MR. MUELLER)  And in that time period,
7  would you and your group be in communication with
8  the carrier -- for example, AT&T -- about how
9  things were progressing?
10    A  Our team would not really have been
11  involved at that level of discussion, no.
12    Q  I'm going to ask the court reporter to
13  mark as Exhibit 3 a document titled "AT&T and
14  Samsung Executive Meeting, September 29, 2010."
15      MS. MAROULIS:  Okay, Counsel, please don't
16  show this to the witness yet.  These documents are
17  subject to the dispute between the parties.  They
18  were produced in the case that is different from
19  the case at issue here.  It's the Case
20  Number 6300, which is a follow-on action.  You
21  asked for permission to use these documents.
22      Samsung proposed the parties do full
23  cross-use and Apple declined that, so Samsung then
24  proposed that, for this specific instance, we will
25  allow you to question the witness if you agree to

76

1  cross-use on a handful of five or six documents we
2  sent you.  We haven't heard back from you.
3      So do we have your agreement that Samsung
4  can use the documents that were included in our
5  proposal?
6      MR. MUELLER:  Yeah, I can't agree to that
7  right now.  I don't know the details.  We can
8  perhaps take it up on a break.
9      MS. MAROULIS:  Sure.
10      MR. MUELLER:  Can we just use this one?
11      MS. MAROULIS:  I really don't want to open
12  the door to this because either we should have a
13  full cross-use -- we're even willing to go with a
14  modified cross-use just for this instance, but it
15  cannot be one-way street.
16      MR. MUELLER:  I tell you what, let's go
17  off the record for a minute here.  Let me just
18  talk to my colleague.
19      MS. MAROULIS:  Sure.
20      THE VIDEOGRAPHER:  We are going off the
21  record at 11:16.
22      (Discussion off the record from 11:16 a.m.
23  to 11:22 a.m.)
24      THE VIDEOGRAPHER:  We are back on record
25  at 11:22.