# EXHIBIT B



## HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Transcript of Kyuhyun Han

**Date:** December 20, 2017
**Case:** Apple -v- Samsung; Samsung -v- Apple (Dual Caption - 11-CV-01846-LHK)

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Kyuhyun Han
Conducted on December 20, 2017

1 (1 to 4)

---

**Page 1**

```
         UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
               SAN JOSE DIVISION
------------------------------------------X
APPLE INC., a California corporation   :
                Plaintiff,:
     v.           : Civil Action 11-CV-01846-LHK
SAMSUNG ELECTRONICS CO., LTD, a:
Korean business entity, SAMSUNG .:
ELECTRONICS AMERICA, INC., a New:
York corporation, and SAMSUNG :
TELECOMMUNICATIONS AMERICA,:
LLC, a Delaware limited liability company,:
                Defendants.:
------------------------------X.
(Caption continued on next page)
    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
                   VOLUME I
       Videotaped Deposition of KYUHYUN HAN
                Seoul, South Korea
           Wednesday, December 20, 2017
                   8:53 a.m.
Job No.: 169695
Pages 1 - 157
Reported by: Giselle M. Mitchell, RPR, CRI
```

**Page 2**

```
(Caption continued from previous page)
------------------------------X
SAMSUNG ELECTRONICS CO., LTD, a:
Korean business entity, SAMSUNG .:
ELECTRONICS AMERICA, INC., a New:
York corporation, and SAMSUNG :
TELECOMMUNICATIONS AMERICA,:
LLC, a Delaware limited liability company,:
             Counterclaim - Plaintiffs,:
     v.      :
APPLE INC., a California corporation  :
             Counterclaim- Defendant.:
------------------------------X

     Videotaped deposition of KYUHYUN HAN, held at
the offices of:
     GRAND HYATT SEOUL
     322 Sowol-ro, Yongsan-gu
     Seoul
     SOUTH KOREA


     Pursuant to agreement, before Giselle M.
Mitchell, RPR, CRI, Notary Public in and for the
District of Columbia.
```

**Page 3**

```
              APPEARANCES
ON BEHALF OF PLAINTIFF/COUNTER-DEFENDANT
    MARK SELWYN, ESQUIRE
    CHRISTOPHER DODGE, ESQUIRE
    WILMER, CUTLER, PICKERING, HALE & DORR, LLP
    950 Page Mill Road
    Palo Alto, California 92807
    (650) 858-6031

ON BEHALF OF DEFENDANTS/COUNTER-CLAIMANTS
    CARL ANDERSON, ESQUIRE
    MARK GRAY, ESQUIRE
    QUINN, EMANUEL, URQUHART & SULLIVAN, LLP
    50 California Street, 22nd Floor
    San Francisco, California  94111
    (415) 875-6600

  ALSO PRESENT:
    SARAH FRAZIER
    SANGSOO KIM
    ERIC CHA
    LUIS LOPEZ, Videographer
    TAEK SUNG SONG, Interpreter
    MARY SHIN, Check Interpreter
```

**Page 4**

```
            W I T N E S S  I N D E X

Witness                       Page

KYUHYUN HAN (sworn) ..........................7

  Examination by MR. MARK SELWYN  ...........7

  Direct Examination by MR. CARL ..........155
ANDERSON
```

---

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

**Page 9**

1  A.  I do.
2  Q.  Is there any reason that you cannot give
3  your best, most complete, and truthful testimony
4  today?
5  A.  Nothing in particular.
6  Q.  What is your current title at Samsung,
7  Sir?
8  A.  Professional.
9  Q.  For how long have you held that same title
10 at Samsung?
11 A.  My title has remained the same ever since
12 I joined the company until now.
13 Q.  What group at Samsung do you currently
14 work in?
15 A.  The --
16     THE WITNESS:  [In English]  Business
17 operation group.
18 A.  The business operations group within the
19 mobile communications business.
20 Q.  For how long have you worked in that group
21 at Samsung?
22 A.  The department has only been created --
23     CHECK INTERPRETER:  "The group."
24 A.  The group has only been created recently,
25 but I've been with the -- that group has only been

**Page 10**

1  in existence for a couple of months, but I've been
2  with the management -- management support team for
3  about two years.
4  Q.  What group or groups did you work in at
5  Samsung before the business operations group within
6  the mobile communications business?
7  A.  Counsel, are you asking me to list all of
8  them ever since I joined the company?
9  Q.  Yes, please.
10 A.  So, I joined the company in February 2013,
11 and from February 2013 to January 2016, I worked at
12 the -- I worked with the business support group at
13 the Gumi plant --
14     INTERPRETER:  G-U-M-I plant.
15 A.  -- of Samsung Electronics.  And -- and
16 from January 2016 to October 2017, I was with the
17 business support -- business operation group within
18 the business operation team of the mobile
19 business --
20     CHECK INTERPRETER:  "Mobile communications
21 business."
22 A.  -- mobile communications business.  And
23 the -- and then we changed the business support
24 group and the business operation group to financial
25 management group.

**Page 11**

1     INTERPRETER:  I'll do the whole thing
2  again.
3  A.  So I joined the company in February 2013,
4  and from February 2013 to January 2016, I worked at
5  the financial management group at the Gumi plant of
6  Samsung Electronics.  And from January 2016 to
7  October 2017, I was with the financial management
8  group of the -- of the administrations team of the
9  mobile business --
10    CHECK INTERPRETER:  "Communications
11 business."
12 A.  -- mobile communications business.
13    INTERPRETER:  Great.
14    THE WITNESS:  [In English]  Just same
15 Korean department name, but there was a
16 misunderstanding of interpretation process.
17 BY MR. SELWYN:
18 Q.  No problem.  No problem.
19    So okay.  And so you've worked for three
20 different groups in the four years, 10 months you've
21 been at Samsung.  Correct?
22 A.  Yes.
23 Q.  The first group that you worked in was the
24 financial management group at the Gumi plant.
25 Correct?

**Page 12**

1  A.  Yes.
2  Q.  Can you describe for me what that group
3  was responsible for?
4  A.  You're asking what the group did?
5  Q.  Yes, Sir.
6  A.  It was in charge of financial matters that
7  happened in the Gumi plant.
8  Q.  What was the Gumi plant?
9  A.  It's one of the plants -- one of the
10 Samsung Electronics plants in the Republic of Korea.
11 Q.  Does the Gumi plant still exist?
12 A.  Yes, it does.
13 Q.  Is it a manufacturing plant?
14 A.  Yes.
15 Q.  What products did the Gumi plant
16 manufacture from February 2013 to January 2016?
17 A.  I don't remember -- I can't recall all the
18 products that were manufactured.  How much should I
19 answer?
20 Q.  Can you tell me the ones you recall?
21 A.  Mostly mobile phones are manufactured.
22 Q.  The second group that you worked at in
23 Samsung was called the financial management group of
24 the administration team within the mobile
25 communications business.  Is that right?