1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 90378)
2  johnquinn@quinnemanuel.com
   William C. Price (Bar No. 108542)
3  williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
4  michaelzeller@quinnemanuel.com
   865 S. Figueroa St., 10th Floor
5  Los Angeles, California 90017
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Kathleen M. Sullivan (Bar No. 242261)
   kathleensullivan@quinnemanuel.com
8  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
9  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
10 555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California 94065-2139
11 Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
12
   Attorneys for Samsung Electronics Co., Ltd.,
13 Samsung Electronics America, Inc., and Samsung
   Telecommunications America, LLC

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                              SAN JOSE DIVISION

17

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF MARK GRAY IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS TO APPLE'S DAY 3 CROSS DISCLOSURES AND SAMSUNG'S RESPONSES TO APPLE'S OBJECTIONS REGARDING TRIAL DISCLOSURES FOR DREW BLACKARD, KYUHYUN HAN, DONGWOOK KIM, JINSOO KIM, TIM SHEPPARD, AND JEE-YEUN WANG** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Mark Gray, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung"). I submit this declaration in support Samsung's High Priority Objections To Apple's Day 3 Cross Disclosures and Samsung's Responses To Apple's Objections Regarding Trial Disclosures For Drew Blackard, Kyuhyun Han, Dongwook Kim, Jinsoo Kim, Tim Sheppard, And Jee-Yeun Wang. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the December 19, 2017 deposition of Jee-Yeun Wang.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the December 20, 2017 deposition of Kyuhun Han.

4. Attached as **Exhibit 3** is a true and correct copy of Exhibit 9 to the December 20, 2017 deposition of Kyuhun Han, which is an excerpt of DX676.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from the December 22, 2017 deposition of Dongwook Kim.

6. On December 6, 2017, Samsung made a document production to Apple, which included all of the Specification for Approval documents contained in Tabs A-R of DX 4511. The document in Tab A was produced as a native file at Bates SAMNDCA30001834. A true and correct copy of the Bates-stamped slip sheet for SAMNDCA30001834 is attached as **Exhibit 5**.

7. Samsung produced the documents that underlie DX4522 on December 19, 2017, within the discovery period for this case.

8. On May 14, 2018, Samsung asked Apple's counsel to explain the basis for its objection that DX4522 was misleading. In response, Apple's counsel wrote that DX4522 is "misleading in that it suggests Samsung maintains a comprehensive set of these guidelines."

-- 1 --   Case No. 11-cv-01846-LHK
DECLARATION OF MARK GRAY

1
2   I declare under penalty of perjury that the foregoing is true and correct.  Executed on May
3   15, 2018, at San Jose, California.

*/s/ Mark Gray*

Mark Gray

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **Local Rule 5-1(i)(3) Attestation**

2   I, Victoria F. Maroulis, am the ECF user whose ID and password are being utilized for the
3 filing of this document.  I attest that Mark Gray has consented in the filing of this declaration.
4 Executed on May 15, 2018 at San Jose, CA.

5

6                                    By  */s/ Victoria F. Maroulis*
                                          Victoria F. Maroulis
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28