# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT
 2      NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
 3     - - - - - - - - - - - - - - - - -x
 4     APPLE INC., a California         :  Civil Action No.
 5     Corporation,                     :  11-cv-01846-LHK
 6          Plaintiff,                  :
 7     v.                               :
 8     SAMSUNG ELECTRONICS CO., LTD.,   :
 9     a Korean corporation; SAMSUNG    :
10     ELECTRONICS AMERICA, INC., a     :
11     New York corporation; and        :
12     SAMSUNG TELECOMMUNICATIONS       :
13     AMERICA, LLC, a Delaware         :
14     limited liability Company,       :
15          Defendants.                 :
16     - - - - - - - - - - - - - - - - -x
17     (Caption continued on next page)
18          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
19                SUBJECT TO PROTECTIVE ORDER
20           VIDEOTAPED DEPOSITION OF JEE-YEUN WANG
21                    Seoul, South Korea
22           Tuesday, December 19, 2017, 9:07 a.m.
23     Job No.:  170948
24     Pages:  1 - 90
25     Reported By:  Charlotte Lacey, RPR, CSR No. 14224
```

HIGHLY CONFIDENTIAL - AEO - SUBJECT TO PROTECTIVE ORDER
Transcript of Jee-Yeun Wang
Conducted on December 20, 2017                               64

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER: All right.  Stand by, | 12:06:34 |
| 2 | please. | 12:06:37 |
| 3 | This is not the end of media 2.  I apologize. | 12:06:37 |
| 4 | We are just going off the record at 12:06. | 12:06:41 |
| 5 | (A recess ensued from 12:06 p.m. to 1:25 p.m.) | 12:06:44 |
| 6 | THE VIDEOGRAPHER:  We are back on the record | 13:26:09 |
| 7 | at 13:25. | 13:26:11 |
| 8 | (Deposition Exhibit 10 was marked for | 13:26:11 |
| 9 | identification.) | 13:26:11 |
| 10 | BY MS. FRAZIER: | 13:26:18 |
| 11 | Q   Good afternoon.  I'm handing you what's been | 13:26:18 |
| 12 | marked as Exhibit 10.  Do you recognize this document? | 13:26:24 |
| 13 | A   No. | 13:26:36 |
| 14 | Q   On the front, it says, "Amethyst iPhone | 13:26:39 |
| 15 | usability test result," and it's dated March 24th, 2010. | 13:26:44 |
| 16 | Do you know if Amethyst is a code name for a | 13:27:01 |
| 17 | Samsung phone? | 13:27:05 |
| 18 | A   No. | 13:27:11 |
| 19 | Q   Do you know what a usability test is? | 13:27:12 |
| 20 | MS. CARUSO:  Objection; vague. | 13:27:18 |
| 21 | A   As far as I know, usability test is asking | 13:27:36 |
| 22 | users to use products and giving them tasks. | 13:27:41 |
| 23 | Q   And -- | 13:27:47 |
| 24 | THE CHECK INTERPRETER:  Giving them tasks and | 13:27:47 |
| 25 | see how the users use the product. | 13:27:49 |

HIGHLY CONFIDENTIAL - AEO - SUBJECT TO PROTECTIVE ORDER
Transcript of Jee-Yeun Wang
Conducted on December 20, 2017

65

| | | |
|---|---|---|
| 1 | Q    In March of 2010, were you working on the user | 13:27:57 |
| 2 | interface design of any of the Galaxy S II products? | 13:28:03 |
| 3 | A    When did Galaxy S I launch?  I don't remember | 13:28:46 |
| 4 | the exact year, but as I know, the Galaxy S series -- | 13:28:53 |
| 5 | series are launched in the beginning of the year.  So I | 13:28:58 |
| 6 | don't exactly remember the date of March 24th, but it is | 13:29:03 |
| 7 | right that I was working on Galaxy S series at the time. | 13:29:06 |
| 8 | THE CHECK INTERPRETER:  I don't exactly -- I | 13:29:13 |
| 9 | mean, typically speaking, S series do get launched in | 13:29:14 |
| 10 | the beginning of the year, so about this time you talk | 13:29:19 |
| 11 | about, March 24th, I don't really have a clear | 13:29:21 |
| 12 | recollection; however, it is true that I was working at | 13:29:25 |
| 13 | UX design for S series -- Galaxy S series at the time. | 13:29:29 |
| 14 | Q    So in 2010, you were working on the UX design | 13:29:37 |
| 15 | for the Galaxy S series; is that correct? | 13:29:40 |
| 16 | A    Yes. | 13:29:48 |
| 17 | Q    Were you also working -- | 13:29:48 |
| 18 | THE CHECK INTERPRETER:  Yes, that is -- that | 13:29:50 |
| 19 | fact is right. | 13:29:51 |
| 20 | Q    And does that include the Galaxy S II series? | 13:29:53 |
| 21 | MS. CARUSO:  Objection; vague. | 13:30:00 |
| 22 | A    I'm not sure if 2010 was before or after the | 13:30:15 |
| 23 | launch of S II.  So could anyone find that out? | 13:30:19 |
| 24 | Q    Assuming that this document is dated before | 13:30:27 |
| 25 | the launch of the Galaxy S II products that you worked | 13:30:30 |

| | | |
|---|---|---|
| 1  | on, would you have been working on the user interface | 13:30:34 |
| 2  | design for those products at this time? | 13:30:39 |
| 3  | A   Yes.  Since I joined the -- joined Samsung | 13:31:27 |
| 4  | Electronics in 2002 and up until now, I have been | 13:31:30 |
| 5  | designing the UX.  And since the launch of the S -- | 13:31:34 |
| 6  | Galaxy S series, I have been working on UX design up | 13:31:38 |
| 7  | until now, so yes, I can say that I was involved in the | 13:31:42 |
| 8  | S series design at the time. | 13:31:46 |
| 9  | Q   Turn, please, to page 42 of this document. | 13:31:48 |
| 10 | And just to make sure we're on the same page, literally, | 13:32:07 |
| 11 | at the top it says, "25.  Menu Screen, underscore, | 13:32:10 |
| 12 | Consistency."  Is that the page you're looking at? | 13:32:15 |
| 13 | A   Yes, it is correct. | 13:32:27 |
| 14 | Q   This page has, on the left side, a picture of | 13:32:28 |
| 15 | the Amethyst phone and, on the right side, a picture of | 13:32:32 |
| 16 | the iPhone.  Have you seen documents like this at | 13:32:36 |
| 17 | Samsung that compare Samsung phones to the iPhone? | 13:32:40 |
| 18 | MS. CARUSO:  Objection; mischaracterizes the | 13:32:58 |
| 19 | record and vague. | 13:33:00 |
| 20 | A   I don't really now how to pronounce this, but | 13:33:22 |
| 21 | Amethyst, is it really a Samsung model? | 13:33:31 |
| 22 | Q   Have you seen documents like this that compare | 13:33:35 |
| 23 | phones other than the iPhone with the iPhone? | 13:33:40 |
| 24 | MS. CARUSO:  Objection; mischaracterizes the | 13:33:51 |
| 25 | record, vague. | 13:33:55 |

HIGHLY CONFIDENTIAL - AEO - SUBJECT TO PROTECTIVE ORDER
Transcript of Jee-Yeun Wang
Conducted on December 20, 2017                           75

| | | |
|---|---|---|
| 1 | Q    I'm handing you Exhibit 11. | 13:58:59 |
| 2 |      And actually, if you just go back for one | 13:59:08 |
| 3 | moment, I think I forgot to read the Bates number into | 13:59:11 |
| 4 | the record. | 13:59:16 |
| 5 |      Exhibit 10, just for the record, was | 13:59:17 |
| 6 | SAMNDCA20003761, and Exhibit 11 is a document Bates | 13:59:21 |
| 7 | stamped S-ITC-010477381.  It's produced in both Korean | 13:59:37 |
| 8 | and there is an English translation as well. | 13:59:50 |
| 9 |      Do you recognize this document? | 14:00:06 |
| 10 | A    No, I don't. | 14:00:11 |
| 11 | Q    Have you seen documents like this at Samsung? | 14:00:13 |
| 12 |      MS. CARUSO:  Objection; vague. | 14:00:20 |
| 13 | A    As I said before, this type of document with | 14:00:40 |
| 14 | comparisons, I have only seen it once when I went to the | 14:00:47 |
| 15 | court for the Apple litigation. | 14:00:51 |
| 16 |      THE CHECK INTERPRETER:  I have only seen it | 14:00:53 |
| 17 | when I had to testify before court due to Apple | 14:00:55 |
| 18 | litigation. | 14:01:02 |
| 19 | Q    And do you know what Kepler is? | 14:01:04 |
| 20 | A    No, I don't.  I wanted to ask you what it was | 14:01:14 |
| 21 | anyway. | 14:01:17 |
| 22 | Q    If you turn to page 5. | 14:01:20 |
| 23 | A    Can I see the page 5 in the Korean version? | 14:01:28 |
| 24 | Q    Absolutely. | 14:01:34 |
| 25 |      Do you see here that, again, there's a picture | 14:01:51 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL - AEO - SUBJECT TO PROTECTIVE ORDER

Transcript of Jee-Yeun Wang
Conducted on December 20, 2017

79

| | | |
|---|---|---|
| 1 | A    Yes, they are different.  For other icons, the | 14:11:02 |
| 2 | background color is black, but the four icons at the | 14:11:06 |
| 3 | bottom, the background color is dark gray. | 14:11:09 |
| 4 | Q    Other than the Galaxy S I9000, are any of the | 14:11:13 |
| 5 | other phones in Exhibit 7 what you've been referring to | 14:11:17 |
| 6 | as backbone models? | 14:11:21 |
| 7 | A    As I said before, I recognize Galaxy S, S I, | 14:11:59 |
| 8 | S II, or S III models, but other models with other | 14:12:05 |
| 9 | names, I can guess that they were derived from the same | 14:12:09 |
| 10 | backbone, but I cannot say for sure. | 14:12:15 |
| 11 | THE CHECK INTERPRETER:  As I said, I know | 14:12:18 |
| 12 | about S models; S I, S II, and S III, but their -- the | 14:12:20 |
| 13 | other models at the back here, I could speculate that | 14:12:25 |
| 14 | they are derived from the backbone, but in terms of the | 14:12:32 |
| 15 | scope or level of modification made to these models, I'm | 14:12:38 |
| 16 | not sure. | 14:12:42 |
| 17 | (Deposition Exhibit 12 was marked for | 14:12:42 |
| 18 | identification.) | 14:13:18 |
| 19 | Q    I'm handing you Exhibit 12.  Have you seen | 14:13:18 |
| 20 | this document before? | 14:13:36 |
| 21 | A    I have reviewed this document for the Apple | 14:13:58 |
| 22 | litigation before. | 14:14:01 |
| 23 | Q    Do you know who created this document? | 14:14:12 |
| 24 | A    I don't know. | 14:14:18 |
| 25 | Q    Do you know who it was created for? | 14:14:19 |

HIGHLY CONFIDENTIAL - AEO - SUBJECT TO PROTECTIVE ORDER
Transcript of Jee-Yeun Wang
Conducted on December 20, 2017

80

| | | |
|---|---|---|
| 1 | A      No, I don't. | 14:14:31 |
| 2 | Q      Turn to page 5.  The number in the bottom | 14:14:32 |
| 3 | right corner ends with 7212. | 14:14:42 |
| 4 | Do you know what this page is showing? | 14:14:54 |
| 5 | MS. CARUSO:  I object to questioning the | 14:14:59 |
| 6 | witness about this English document and asking her what | 14:15:02 |
| 7 | it's showing.  It's a document she has never seen | 14:15:07 |
| 8 | before. | 14:15:10 |
| 9 | MS. FRAZIER:  She just testified she's | 14:15:12 |
| 10 | reviewed this document before in connection with this | 14:15:13 |
| 11 | litigation. | 14:15:17 |
| 12 | A      As I see this document, there are words | 14:15:57 |
| 13 | "Touchwiz 1.0," "Touchwiz 2.0," and "Touchwiz 3.0."  The | 14:16:02 |
| 14 | Touchwiz is the UX's name that we called at the time. | 14:16:09 |
| 15 | So it seems like it is showing the changes of the screen | 14:16:13 |
| 16 | by the version. | 14:16:19 |
| 17 | THE REPORTER:  I'm sorry.  By the? | 14:16:19 |
| 18 | THE MAIN INTERPRETER:  Version. | 14:16:19 |
| 19 | THE REPORTER:  Version?  Thank you. | 14:16:24 |
| 20 | Q      The icons shown in the figure under | 14:16:24 |
| 21 | Touchwiz 3.0 have containers around them, correct? | 14:16:27 |
| 22 | MS. CARUSO:  Objection; mischaracterizes the | 14:16:39 |
| 23 | record. | 14:16:42 |
| 24 | A      No, it's not, because when you see the my | 14:17:10 |
| 25 | files icon on the right, it's not in the container.  And | 14:17:14 |