# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4    ---------------------------------------------X
 5    APPLE INC., a California corporation  :
 6                     Plaintiff,:
 7         v.                : Civil Action 11-CV-01846-LHK
 8    SAMSUNG ELECTRONICS CO., LTD, a:
 9    Korean business entity, SAMSUNG .:
10    ELECTRONICS AMERICA, INC., a New:
11    York corporation, and SAMSUNG :
12    TELECOMMUNICATIONS AMERICA,:
13    LLC, a Delaware limited liability company,:
14                     Defendants.:
15    ----------------------------------X.
16    (Caption continued on next page)
17        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
18                        VOLUME I
19         Videotaped Deposition of KYUHYUN HAN
20                   Seoul, South Korea
21              Wednesday, December 20, 2017
22                        8:53 a.m.
23    Job No.:  169695
24    Pages 1 - 157
25    Reported by:  Giselle M. Mitchell, RPR, CRI
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Kyuhyun Han
Conducted on December 20, 2017                            154

| | | |
|---|---|---|
| 1 | previous to this.  I'm not familiar with this.  I | 05:47:14 |
| 2 | can guess, but I can't say for certain that it will | 05:47:16 |
| 3 | be factually correct. | 05:47:21 |
| 4 |     Q.   Why was this file created? | 05:47:23 |
| 5 |     A.   The same.  There isn't -- I was not | 05:47:37 |
| 6 | involved with this file in particular. | 05:47:39 |
| 7 |     MR. ANDERSON:  Counsel, I'll represent to | 05:47:42 |
| 8 | you I believe this file was mistakenly produced | 05:47:44 |
| 9 | twice.  I don't know -- so, just to my | 05:47:47 |
| 10 | understanding, 10151 and 10152 are actually the same | 05:47:51 |
| 11 | file and just by a glitch, it got produced twice | 05:47:59 |
| 12 | with two numbers. | 05:48:02 |
| 13 |     MR. SELWYN:  Okay. | 05:48:03 |
| 14 | BY MR. SELWYN: | 05:48:54 |
| 15 |     Q.   Let me hand you what I've marked as | 05:48:55 |
| 16 | Exhibit 9. | 05:48:57 |
| 17 |     MR. ANDERSON:  Do you have another copy? | 05:49:02 |
| 18 |     MR. SELWYN:  I don't. | 05:49:05 |
| 19 |     (Exhibit 9 marked for identification) | 05:49:06 |
| 20 | BY MR. SELWYN: | 05:49:08 |
| 21 |     Q.   Have you seen that document before? | 05:49:09 |
| 22 |     A.   May I have a look? | 05:49:17 |
| 23 |     Q.   Of course. | 05:49:19 |
| 24 |     A.   I have looked at similar-looking files, | 05:49:40 |
| 25 | spreadsheet soft copies, but this printed-out | 05:49:43 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Kyuhyun Han
Conducted on December 20, 2017

155

| | | |
|---|---|---|
| 1 | version, I'm thrown off by this printed-out version. | 05:49:51 |
| 2 | Q.   Have you seen a soft copy of this | 05:49:58 |
| 3 | document? | 05:50:00 |
| 4 | A.   No. | 05:50:08 |
| 5 | MR. SELWYN:  I don't have any further | 05:50:10 |
| 6 | questions for the witness. | 05:50:12 |
| 7 | MR. ANDERSON:  I'm actually just -- let me | 05:50:19 |
| 8 | ask a question. | 05:50:30 |
| 9 | MR. SELWYN:  It's your right. | 05:50:37 |
| 10 | DIRECT EXAMINATION BY MR. ANDERSON: | 05:50:38 |
| 11 | Q.   Mr. Han, I'd like you to just take a | 05:50:41 |
| 12 | moment to look at what's been labeled Exhibit 9. | 05:50:44 |
| 13 | A.   This file.  I know what this is, and the | 05:51:15 |
| 14 | items in here, in these, I look at these every day. | 05:51:18 |
| 15 | It's just that -- I know what the soft copy is. | 05:51:23 |
| 16 | It's just that I'm not used to this soft -- hard | 05:51:27 |
| 17 | copy.  But if you have questions about this, I | 05:51:31 |
| 18 | can -- I'm capable of answering them in a general | 05:51:47 |
| 19 | manner.  It's just that I can't apply functions to | 05:51:51 |
| 20 | this, conduct verifications, calculations, and | 05:51:55 |
| 21 | whatnot. | 05:52:00 |
| 22 | Q.   Understanding that, do you now recognize | 05:52:28 |
| 23 | that you have seen the information in Exhibit 9 | 05:52:32 |
| 24 | before? | 05:52:35 |
| 25 | A.   Sure.  I've seen this in a -- a | 05:52:51 |

| | | |
|---|---|---|
| 1 | spreadsheet soft copy. | 05:52:53 |
| 2 | MR. ANDERSON:  Pass the witness. | 05:52:57 |
| 3 | MR. SELWYN:  No further questions.  Did I | 05:53:00 |
| 4 | have further questions?  No further questions. | 05:53:03 |
| 5 | THE VIDEOGRAPHER:  This marks the end of | 05:53:07 |
| 6 | today's deposition.  We're going off the record at | 05:53:08 |
| 7 | 5:53. | 05:53:11 |
| 8 | MR. ANDERSON:  I just want to make sure to | 05:53:19 |
| 9 | request that the witness have the opportunity to | 05:53:21 |
| 10 | review and sign. | 05:53:23 |
| 11 | (Whereupon, the deposition adjourned at | 05:53:26 |
| 12 | 5:53 p.m.) | 05:53:26 |