# EXHIBIT 3

**TOTAL**

| | | | 2010 | | | | | 2010 | | | | | | | 2011 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | May | Jun | 2Q | Jul | Aug | Sep | 3Q | Oct | Nov | Dec | 4Q | | Jan | Feb | Mar |
| Consolidate | | Qty | | 124,940 | 124,940 | 742,962 | 735,760 | 1,193,060 | 2,671,782 | 1,171,994 | 942,161 | 491,955 | 2,606,110 | 5,402,832 | 655,106 | 693,165 | 728,189 |
| | | Sales | | 35,789,674 | 35,789,674 | 291,116,836 | 306,237,648 | 503,323,061 | 1,100,677,545 | 483,670,331 | 436,401,785 | 196,568,613 | 1,116,640,728 | 2,253,107,947 | 252,863,698 | 264,587,151 | 263,990,738 |
| | | ASP | | 286 | 286 | 392 | 416 | 422 | 412 | 411 | 463 | 400 | 428 | 417 | 386 | 382 | 363 |
| Sales | STA | Qty | | 124,940 | 124,940 | 742,962 | 735,760 | 1,193,060 | 2,671,782 | 1,171,994 | 942,161 | 473,712 | 2,587,867 | 5,384,589 | 655,106 | 692,165 | 728,189 |
| | | Sales | | 35,789,674 | 35,789,674 | 291,116,836 | 306,237,648 | 503,323,061 | 1,100,677,545 | 483,670,331 | 436,401,785 | 187,985,222 | 1,108,057,337 | 2,244,524,556 | 252,863,698 | 264,109,833 | 263,990,738 |
| | | COGS | | 33,781,557 | 33,781,557 | 283,682,312 | 299,742,832 | 474,028,678 | 1,057,453,822 | 463,982,425 | 424,782,372 | 192,930,244 | 1,081,695,041 | 2,172,930,420 | 252,059,853 | 264,812,534 | 268,339,531 |
| | | Operating Expense | | 810,254 | 810,254 | 5,374,613 | 5,014,207 | 7,001,762 | 17,390,582 | 8,236,447 | 6,596,436 | 6,097,689 | 20,930,771 | 39,131,608 | 6,871,853 | 5,744,920 | 6,647,905 |
| | | G&A | | 190,856 | 190,856 | 1,263,196 | 1,399,572 | 1,820,023 | 4,482,791 | 1,609,667 | 1,567,852 | 1,221,375 | 4,498,794 | 9,172,441 | 1,378,441 | 1,435,298 | 1,701,212 |
| | | (Labor cost) | | 33,612 | 33,612 | 385,605 | 265,767 | 336,865 | 988,237 | 480,434 | 302,859 | 276,235 | 1,059,528 | 2,081,377 | 310,421 | 305,916 | 388,772 |
| | | (Depreciation) | | 3,728 | 3,728 | 22,343 | 25,159 | 34,646 | 82,148 | 32,991 | 28,446 | 21,362 | 82,799 | 168,675 | 27,055 | 28,455 | 29,559 |
| | | (Others) | | 153,516 | 153,516 | 855,248 | 1,108,646 | 1,448,512 | 3,412,405 | 1,096,142 | 1,336,546 | 923,778 | 3,356,466 | 6,922,388 | 1,040,965 | 1,100,927 | 1,282,882 |
| | | Sales Expenses | | 621,754 | 621,754 | 4,119,324 | 3,629,923 | 5,234,965 | 12,984,212 | 6,647,420 | 4,963,656 | 4,901,525 | 16,512,601 | 30,118,566 | 5,505,500 | 4,317,783 | 4,985,954 |
| | | (Logistics Cost) | | 42,816 | 42,816 | 282,882 | 272,285 | 441,846 | 997,013 | 452,712 | 395,846 | 604,151 | 1,452,709 | 2,492,538 | 250,411 | 155,669 | 195,060 |
| | | (Marketing) | | | | | | | | | | | | | | | | |
| | | (Paid Commission) | | 149,163 | 149,163 | 1,539,410 | 463,629 | 1,073,478 | 3,076,517 | 734,627 | 1,029,325 | 666,965 | 2,430,918 | 5,656,598 | 2,458,050 | 689,123 | 892,980 |
| | | (Insurance) | | 18,857 | 18,857 | 110,377 | 251,715 | 53,258 | 415,350 | 191,032 | 89,154 | 570,167 | 850,353 | 1,284,560 | 167,260 | 123,333 | 197,773 |
| | | (Others) | | 410,918 | 410,918 | 2,186,655 | 2,642,293 | 3,666,383 | 8,495,331 | 5,269,048 | 3,449,331 | 3,060,242 | 11,778,621 | 20,684,870 | 2,629,779 | 3,349,658 | 3,700,141 |
| | | Others | | -2,356 | -2,356 | -7,906 | -15,268 | 53,226 | -76,420 | -20,540 | -35,072 | 25,012 | -80,623 | 159,400 | 12,088 | -8,160 | 39,261 |
| | | Operating Profit | | 1,197,862 | 1,197,862 | 2,059,912 | 1,480,609 | 22,292,620 | 25,833,141 | 11,451,459 | 5,022,977 | 11,042,911 | 5,431,575 | 32,462,528 | -6,068,008 | -6,447,620 | -10,996,698 |
| | SEA | Qty | | | | | | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | | | | | | |
| | | COGS | | | | | | | | | | | | | | | | |
| | | Expense | | | | | | | | | | | | | | | | |
| | | G&A | | | | | | | | | | | | | | | | |
| | | (Labor cost) | | | | | | | | | | | | | | | | |
| | | (Depreciation) | | | | | | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | | | | | | |
| | | Sales Expenses | | | | | | | | | | | | | | | | |
| | | (Logistics Cost) | | | | | | | | | | | | | | | | |
| | | (Marketing) | | | | | | | | | | | | | | | | |
| | | (Paid Commission) | | | | | | | | | | | | | | | | |
| | | (Insurance) | | | | | | | | | | | | | | | | |
| | | (Others) | | | | | | | | | | | | | | | | |
| | | Others | | | | | | | | | | | | | | | | |
| | | Operating Profit | | | | | | | | | | | | | | | | |
| | Others | Qty | | | | | | | | | | | | | | | | |
| | | Sales | | | | | | | | | | | | | | | | |
| | HQ Direct Sales | Qty | | | | | | | | | | 18,243 | 18,243 | 18,243 | | 1,000 | | |
| | | Sales | | | | | | | | | | 8,583,391 | 8,583,391 | 8,583,391 | | 477,317 | | |
| | Manufacturing | Qty | | 178,571 | 178,571 | 776,828 | 837,148 | 1,187,910 | 2,801,886 | 1,344,019 | 943,854 | 434,953 | 2,722,822 | 5,703,279 | 698,692 | 864,044 | 548,627 |
| | | Sales | | 48,488,929 | 48,488,929 | 298,824,257 | 344,894,292 | 467,861,198 | 1,111,579,746 | 539,099,606 | 416,539,799 | 167,949,198 | 1,123,588,604 | 2,283,657,279 | 261,107,034 | 313,687,242 | 207,935,065 |
| | | COGS | | 29,061,196 | 29,061,196 | 174,973,847 | 204,739,302 | 271,099,426 | 650,812,575 | 312,003,804 | 240,163,737 | 111,449,443 | 663,616,985 | 1,343,490,756 | 160,278,689 | 194,569,530 | 130,201,991 |
| | | Material Cost | | 24,567,888 | 24,567,888 | 144,093,920 | 174,105,435 | 227,550,855 | 545,750,210 | 264,055,824 | 204,676,170 | 86,309,216 | 555,041,210 | 1,125,359,308 | 133,745,743 | 153,195,216 | 104,082,043 |
| | | Manufacturing Expense | | 4,493,308 | 4,493,308 | 30,879,926 | 30,633,867 | 43,548,572 | 105,062,365 | 47,947,981 | 35,487,567 | 25,140,227 | 108,575,775 | 218,131,448 | 26,532,946 | 41,374,314 | 26,119,948 |
| | | (Labor cost) | | 1,107,905 | 1,107,905 | 6,027,106 | 5,066,843 | 9,062,319 | 20,156,268 | 8,662,476 | 6,394,969 | 3,116,666 | 18,174,063 | 39,438,237 | 5,557,898 | 6,297,453 | 5,276,332 |
| | | (Royalty) | | 919,782 | 919,782 | 14,015,331 | 15,280,950 | 21,547,338 | 50,843,618 | 22,871,901 | 16,594,145 | 15,296,046 | 54,762,092 | 106,525,492 | 12,138,119 | 21,293,517 | 10,216,857 |
| | | (Depreciation) | | 505,515 | 505,515 | 2,883,548 | 3,175,489 | 4,338,516 | 10,397,552 | 4,460,069 | 3,164,777 | 1,706,064 | 9,330,910 | 20,233,977 | 2,213,831 | 3,394,642 | 2,720,151 |
| | | (Subcontracting Cost) | | 499,502 | 499,502 | 1,813,783 | 2,358,417 | 3,738,806 | 7,911,006 | 4,286,691 | 3,275,777 | 1,319,722 | 8,883,190 | 17,293,698 | 2,491,660 | 2,878,877 | 1,755,041 |
| | | (Molds Cost) | | 335,138 | 335,138 | 1,352,217 | 1,827,013 | 1,541,697 | 4,720,927 | 1,281,187 | 688,174 | 637,499 | 2,606,861 | 7,662,926 | 642,717 | 2,758,218 | 1,769,480 |
| | | (Others) | | 1,125,465 | 1,125,465 | 4,787,942 | 2,925,155 | 3,319,897 | 11,032,994 | 6,385,707 | 5,368,724 | 3,064,228 | 14,818,659 | 26,977,118 | 3,488,722 | 4,751,607 | 4,382,087 |
| | | GA Expense | | 727,879 | 727,879 | 4,061,936 | 8,094,259 | 11,082,700 | 23,238,895 | 10,199,111 | 7,701,862 | 7,255,763 | 25,156,736 | 49,123,510 | 5,519,952 | 5,270,951 | 6,443,567 |
| | | (Labor cost) | | 270,443 | 270,443 | 1,575,910 | 4,039,012 | 4,146,544 | 9,761,466 | 3,933,621 | 2,714,415 | -39,291 | 6,608,745 | 16,640,654 | 2,398,774 | 2,054,417 | 2,181,942 |
| | | (Depreciation) | | 92,710 | 92,710 | 499,533 | 663,379 | 868,697 | 2,031,609 | 985,636 | 786,030 | 540,827 | 2,313,493 | 4,437,811 | 501,905 | 650,109 | 571,785 |
| | | (Others) | | 364,726 | 364,726 | 1,986,492 | 3,391,868 | 6,067,460 | 11,445,821 | 5,278,855 | 4,201,417 | 6,754,227 | 16,234,498 | 28,045,045 | 2,619,273 | 2,566,425 | 3,689,839 |
| | | Sales Expense | | 4,446,859 | 4,446,859 | 18,063,229 | 39,596,201 | 40,528,159 | 98,187,589 | 25,017,562 | 44,146,102 | 37,534,614 | 106,698,277 | 209,332,725 | 42,109,356 | 40,849,755 | 13,132,233 |
| | | (Marketing) | | 1,349,384 | 1,349,384 | 3,941,321 | 1,846,671 | 24,798,831 | 30,587,024 | 62,030,381 | 2,464,796 | 7,099,536 | -52,466,049 | 20,529,642 | -7,991,790 | 2,970,273 | 142,684 |
| | | (Paid Commission) | | 8,118 | 8,118 | 307,048 | 369,325 | 76,484 | 752,856 | 350,828 | 302,334 | 80,215 | 733,378 | 1,494,352 | 41,321 | 160,142 | 107,585 |
| | | (Insurance) | | 10 | 10 | 168 | 124 | 217 | 509 | 97 | 466 | 66 | 1,148 | | 97 | 417 | 222 |
| | | (Others) | | 3,089,347 | 3,089,347 | 13,814,692 | 37,379,881 | 15,652,627 | 66,847,200 | 86,697,018 | 41,378,505 | 30,354,797 | 158,430,320 | 228,366,867 | 50,059,728 | 37,718,922 | 12,881,541 |
| | | R&D Expense | | 10,098,487 | 10,098,487 | 23,775,722 | 25,849,364 | 30,699,531 | 80,325,617 | 37,760,063 | 27,479,157 | 28,199,990 | 93,439,211 | 183,863,315 | 21,595,047 | 23,913,214 | 20,758,307 |
| | | (Labor cost) | | 3,261,299 | 3,261,299 | 6,544,238 | 8,753,849 | 10,515,346 | 25,813,433 | 12,079,709 | 9,383,501 | 7,573,636 | 29,036,846 | 58,111,578 | 8,418,167 | 9,324,907 | 8,037,381 |
| | | (Depreciation) | | 288,603 | 288,603 | 601,415 | 761,766 | 943,326 | 2,306,507 | 1,067,054 | 866,807 | 719,184 | 2,653,044 | 5,248,154 | 724,124 | 795,546 | 635,452 |
| | | (Others) | | 6,548,585 | 6,548,585 | 16,631,070 | 16,333,749 | 19,240,859 | 52,205,678 | 24,613,301 | 17,228,849 | 19,907,170 | 61,749,321 | 120,503,584 | 12,452,756 | 13,792,761 | 12,085,473 |
| | | Operating Profit | | 4,154,508 | 4,154,508 | 77,948,523 | 66,615,166 | 114,451,381 | 259,015,070 | 154,119,066 | 97,048,941 | 16,490,612 | 234,677,394 | 497,846,972 | 31,603,991 | 49,083,792 | 37,398,968 |
| | | (%) | | 8.6% | 8.6% | 26.1% | 19.3% | 24.5% | 23.3% | 28.6% | 23.3% | -9.8% | 20.9% | 21.8% | 12.1% | 15.6% | 18.0% |
| Manufacturing Company Operating Profit | | | | | | | | | | | | | | | | | | |
| Litigation Expense (COGS) | | | | 62,953 | 62,953 | 109,518 | 95,387 | 174,645 | 379,550 | 70,766 | 98,406 | 125,264 | 294,436 | 736,939 | 56,083 | 9,387 | 46,396 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**DEFENDANT'S EXHIBIT NO. 676.001**
United States District Court
Northern District of California
No. 11-CV-1846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____

EXHIBIT
K. HAN
9
Planet Depos, LLC