# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4    ---------------------------------------------X
 5    APPLE INC., a California corporation   :
 6                      Plaintiff,:
 7          v.                 : Civil Action 11-CV-01846-LHK
 8    SAMSUNG ELECTRONICS CO., LTD, a:
 9    Korean business entity, SAMSUNG .:
10    ELECTRONICS AMERICA, INC., a New:
11    York corporation, and SAMSUNG :
12    TELECOMMUNICATIONS AMERICA,:
13    LLC, a Delaware limited liability company,:
14                      Defendants.:
15    ----------------------------------X.
16    (Caption continued on next page)
17         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
18               SUBJECT TO PROTECTIVE ORDER
19           Videotaped Deposition of DONGWOOK KIM
20                    Seoul, South Korea
21                Friday, December 22, 2017
22                       8:27 a.m.
23    Job No.:  169703
24    Pages 1 - 92
25    Reported by:  Giselle M. Mitchell, RPR, CRI
```

| | | |
|---|---|---|
| 1 | A. The same as before. I would source the | 08:41:01 |
| 2 | parts, set the prices for the sourced parts, and | 08:41:04 |
| 3 | procure materials so that it does not hinder | 08:41:07 |
| 4 | production. | 08:41:11 |
| 5 | Q. Do you remember the specific phone models | 08:41:22 |
| 6 | into which those display parts were used or | 08:41:26 |
| 7 | incorporated? | 08:41:29 |
| 8 | A. Galaxy S I, S II, S 3, and S 4. | 08:41:59 |
| 9 | Q. Were all the display parts for which you | 08:42:03 |
| 10 | were responsible intended for use in Samsung mobile | 08:42:05 |
| 11 | phones? | 08:42:08 |
| 12 | MR. ANDERSON: Objection. Vague. | 08:42:25 |
| 13 | A. Yes. | 08:42:26 |
| 14 | Q. Were any of the display parts for which | 08:42:27 |
| 15 | you were responsible intended for use in non-Samsung | 08:42:29 |
| 16 | mobile phones? | 08:42:36 |
| 17 | A. No. | 08:42:44 |
| 18 | Q. Can you tell me any more specifically the | 08:42:57 |
| 19 | parts or components of the displays that you were | 08:43:01 |
| 20 | responsible for procurement from 2009 to 2012? | 08:43:09 |
| 21 | A. Counsel, I'm not quite getting what you're | 08:43:25 |
| 22 | specifically asking for. | 08:43:29 |
| 23 | Q. Sure. When you refer to "display parts," | 08:43:30 |
| 24 | is that a single component or multiple components? | 08:43:32 |
| 25 | A. It's a module that has multiple | 08:43:48 |

| | | |
|---|---|---|
| 1 | components. | 08:43:50 |
| 2 | Q. Was there a name for the module? | 08:43:51 |
| 3 | A. We called it the display module. | 08:44:01 |
| 4 | Q. What were the components that made up the | 08:44:05 |
| 5 | display module on which you worked from 2009 to | 08:44:11 |
| 6 | 2012? | 08:44:16 |
| 7 | A. At the top, there'll be a window -- well, | 08:45:09 |
| 8 | it's typically called a glass -- to prevent | 08:45:13 |
| 9 | scratches, and below that would be the display panel | 08:45:16 |
| 10 | to show the screen. And on below that would be the | 08:45:20 |
| 11 | drive IC and what's called as the FPCB to shoot the | 08:45:23 |
| 12 | screens onto the display. | 08:45:30 |
| 13 | CHECK INTERPRETER: "To send the data to | 08:45:34 |
| 14 | the panel." | 08:45:36 |
| 15 | INTERPRETER: Yes. Thank you. | 08:45:43 |
| 16 | CHECK INTERPRETER: "The drive IC." | 08:45:59 |
| 17 | BY MR. SELWYN: | 08:46:01 |
| 18 | Q. Those were the components that made up the | 08:46:02 |
| 19 | display module? | 08:46:05 |
| 20 | A. They are the big components. | 08:46:12 |
| 21 | Q. What group at Samsung did you work in | 08:46:24 |
| 22 | between 2009 and 2012? | 08:46:27 |
| 23 | A. I worked in the purchasing team. | 08:46:38 |
| 24 | Q. Who did you report to between 2009 and | 08:46:41 |
| 25 | 2012? | 08:46:44 |