# EXHIBIT 5

# DOCUMENT PRODUCED IN NATIVE FORMAT

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SAMNDCA30001834