UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>           Plaintiff,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>           Defendants. | Case No. 11-CV-01846-LHK<br><br>**ORDER ON REMAINING SECOND DAY HIGH PRIORITY OBJECTIONS**<br><br>Re: Dkt. Nos. 3740, 3741 |

Samsung filed high priority objections to Apple's second day witness disclosures, ECF No. 3741, and Apple filed responses, ECF No. 3740. Apple also filed high priority objections to Samsung's second day cross-disclosures, ECF No. 3740, and Samsung filed responses, ECF No. 3741.

The Court has now received the missing copies of exhibits DX4730, SDX408, and SDX718, which were the subject of Apple's objections to Samsung's cross-disclosures. After reviewing the parties' briefing, considering the record in the case and the Federal Rules of Evidence, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules as follows.

**I.     Apple's Remaining Objections to Samsung's Second Day Cross-Disclosures**

| Samsung Exhibit | Court's Ruling on Objection |
|---|---|
| Ball DX4730 | Sustained.  The Court finds that the probative value of litigating a discovery dispute in front of the jury would be substantially outweighed by the risk of misleading the jury, confusing the issues, and wasting time.  Moreover, the Court finds that Samsung offered within the fact discovery period to arrange an inspection of the disassembled articles of manufacture.  *See* ECF No. 3728-1.  As such, Apple's experts are precluded from stating that Samsung failed to timely disclose the disassembled articles of manufacture for the same reasons that the Court sustained the objection to DX4730.  The probative value of any such statements or related opinions is substantially outweighed by the risk of misleading the jury, confusing the issues, and wasting time. |
| Kare SDX408 | Overruled, but pursuant to Federal Rule of Evidence 803(18) the definition may be read into evidence but not received into evidence as an exhibit. |
| Davis SDX718 | Sustained.  Any such exhibit must accurately reflect the underlying opinion of Ms. Davis. |

**IT IS SO ORDERED.**

Dated: May 15, 2018

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

2
Case No. 11-CV-01846-LHK
ORDER ON REMAINING SECOND DAY HIGH PRIORITY OBJECTIONS