UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CIVIL MINUTES

# APPLE INC. v. SAMSUNG CO. LTD, et al.
5:11-CV-01846-LHK

**Court Proceedings:** Jury Trial, Tuesday, May 15, 2018
**Location:** Courtroom 8, 4th floor
**Time in Court**: 5 hours and 41 minutes

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Lee-Anne Shortridge

**Plaintiff's Counsel:** William F. Lee, Nathaniel B. Sabri, Joseph Mueller, and Amy Wigmore.
**Defense Counsel:** John B. Quinn, Victoria F. Maroulis, William C. Price, and Scott Watson.

Hearing held.  *See* attached trial log.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **5:11-CV-01846-LHK**
Case Name: *APPLE INC. v. SAMSUNG ELECTRONICS CO. LTD., et al.*
**TRIAL LOG**

| **TRIAL DATE:** 5/15/2018 | | **REPORTER(S):** Lee-Anne Shortridge | | **CLERK**: Irene Mason |
|---|---|---|---|---|

| PLF | DEFTS | *TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:04 AM | Trial proceedings continue.  Hearing held outside presence of jury. |
| | | 9:06 AM | Jury summoned. |
| | | 9:08 AM | Appearances stated. |
| | | 9:09 AM | Preliminary jury instructions read to the jury. |
| | | 9:30 AM | Opening statements by Apple. |
| | | 10:14 AM | Opening statements by Apple end. |
| | | 10:14 AM | Jurors excused for break. |
| | | 10:15 AM | Hearing held outside presence of jury. |
| | | 10:16 AM | Parties excused for break. |
| | | 10:35 AM | Jury summoned. |
| | | 10:36 AM | Opening statements by Samsung. |
| | | 10:46 AM | Jury excused. |
| | | 10:47 AM | Hearing held outside presence of jury. |
| | | 10:50 AM | Jury summoned. |
| | | 10:51 AM | Continued opening statements by Samsung. |
| | | 10:53 AM | Jury excused. |
| | | 10:53 AM | Hearing held outside presence of jury. |
| | | 11:13 AM | Jury summoned. |
| | | 11:14 AM | Continued opening statements by Samsung. |
| | | 11:46 AM | Samsung opening statements end. |

| | | | |
|---|---|---|---|
| W1 | | 11:47 AM | Apple calls Greg Joswiak for testimony.  Mr. Joswiak sworn. |
| | | 11:47 AM | **Joint List of Pre-Admitted Exhibits marked as Exhibit "A" admitted.** |
| DX | | 11:47 AM | Direct examination of Mr. Joswiak. |
| | | 11:56 AM | **Exhibits PX 32, PX 125, PX 152 and JX 1087 admitted.** |
| | | 11:58 AM | Exhibit JX1000 previously admitted in prior trial ID. |
| | | 1:09 PM | Jury summoned. |
| | | 1:10 PM | Continued direct examination of Mr. Joswiak. |
| | | 1:11 PM | **Exhibit PX 133 admitted.** |
| | | 1:14 PM | **Exhibit PX 4029 admitted.** |
| | | 1:15 PM | **Exhibit PX 17A admitted.** |
| | | 1:16 PM | **Exhibit PX 135 admitted.** |
| | | 1:18 PM | **Exhibit PX 130 admitted.** |
| | | 1:21 PM | **Exhibit PX 174 admitted.** |
| | CX | 1:24 PM | Cross examination of Mr. Joswiak. |
| | | 1:36 PM | **Exhibit DX 578 admitted.** |
| | | 1:44 PM | **Exhibit DX 572 admitted.** |
| | | 1:47 PM | **Exhibit DX 4540 admitted.** |
| | | 1:50 PM | **Exhibit DX 2519 admitted.** |
| | | 1:51 PM | **Exhibit DX 2627 admitted.** |
| | | 1:52 PM | **Exhibit DX 712 admitted.** |
| RDX | | 1:52 PM | Redirect of Mr. Joswiak. |
| | RCX | 1:54 PM | Re-cross of Mr. Joswiak |
| | | 1:55 PM | Mr. Joswiak excused and not subject to recall. |
| W2 | | 1:55 PM | Apple calls Richard Howarth for testimony.  Mr. Howarth sworn. |
| DX | | 1:56 PM | Direct examination of Mr. Howarth. |
| | | 2:10 PM | **Exhibit PX 1 admitted.** |
| | | 2:17 PM | **Exhibit PX 157 admitted.** |

|  |  |  |  |
|---|---|---|---|
|  |  | 2:22 PM | Jurors excused for break. |
|  |  | 2:23 PM | Hearing held outside presence of jury. |
|  |  | 2:30 PM | Parties excused for break. |
|  |  | 2:48 PM | Hearing held outside presence of jury. |
|  |  | 2:52 PM | Jury summoned. |
|  | CX | 2:53 PM | Cross-examination of Mr. Howarth. |
| RDX |  | 3:11 PM | Redirect of Mr. Howarth. |
|  |  | 3:15 PM | Mr. Howarth excused and not subject to recall. |
| W3 |  | 3:16 PM | Apple calls Tony Blevins for testimony.  Mr. Blevins sworn. |
| DX |  | 3:17 PM | Direct examination of Mr. Blevins. |
|  | CX | 3:35 PM | Cross-examination of Mr. Blevins. |
|  |  | 3:37 PM | **Exhibit DX 4549 admitted under seal.** |
|  |  | 3:39 PM | **Exhibit DX 4573 admitted under seal.** |
|  |  | 3:40 PM | **Exhibit DX 4545 admitted under seal.** |
|  |  | 3:41 PM | **Exhibit DX 4546 admitted under seal.** |
|  |  | 3:41 PM | **Exhibit DX 4547 admitted under seal.** |
| RDX |  | 3:41 PM | Redirect of Mr. Blevins. |
|  |  | 3:42 PM | Mr. Blevins excused and not subject to recall. |
|  |  | 3:43 PM | Jury excused for break. |
|  |  | 3:43 PM | Parties excused for break. |
|  |  | 3:55 PM | Jury summoned. |
|  |  | 3:56 PM | **Exhibit PX 52 admitted.** |
| W4 |  | 3:56 PM | Video deposition of Jun Won Lee played in court. |
|  |  | 4:02 PM | End of video deposition.  **Exhibit 4072** lodged with court. |
| W5 |  | 4:03 PM | Apple calls Alan Ball for testimony.  Mr. Ball sworn. |
| DX |  | 4:04 PM | Direct examination of Mr. Ball. |
|  |  | 4:07 PM | The Court certifies Mr. Ball as an expert in Industrial Design. |

|  |  | 4:15 PM | **Exhibit PX 3A admitted.** |
|--|--|--|--|
|  |  | 4:30 PM | Jurors excused for the day and instructed not to research or discuss the case. Jurors to return 5/16/18 at 9:00 a.m. |
|  |  | 4:30 PM | Hearing held outside the presence of jury. |
|  |  | 4:40 PM | Parties excused. Court adjourned. Trial resumes 5/16/18 at 9:00 a.m. |
|  |  |  | *Time as listed and calculated in this Minute Entry is offered as an estimate. Please see the Court Reporter's real-time transcript. The Court remains the official time-keeper in this case. |