*Apple Inc. v. Samsung Elecs. Co.*, **No. 11-01846: List of Pre-Admitted Exhibits**

The parties have agreed to pre-admit the following exhibits:

- JX1000
- JX1001
- JX1002
- JX1003
- JX1007
- JX1010
- JX1011
- JX1012
- JX1013
- JX1015
- JX1016
- JX1017
- JX1019
- JX1020
- JX1025
- JX1026
- JX1027
- JX1031
- JX1032
- JX1033
- JX1034
- JX1035
- JX1041
- JX1042
- JX1043
- JX5000
- JX5001
- JX5002
- JX5003
- JX5004
- JX5005
- JX5006
- JX5007
- JX5008
- JX5009
- JX5010
- JX5011
- JX5012
- JX5013
- JX5014
- JX5015

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTIRICT OF CALIFORNIA**
PLAINTIFFS / DEFENDANTS / GOV / COURTS
CASE NO. 11-1846   EXHIBIT NO. A
FILED BY: I. MASON   5/15/18
SUSAN Y. SOONG   DEPUTY CLERK
CLERK