1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 90378)
2  johnquinn@quinnemanuel.com
   William C. Price (Bar No. 108542)
3  williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
4  michaelzeller@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Kathleen M. Sullivan (Bar No. 242261)
   kathleensullivan@quinnemanuel.com
8  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
9  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
10 555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
11 Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100
12

13 Attorneys for SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
14 AMERICA, INC. and SAMSUNG
   TELECOMMUNICATIONS AMERICA, LLC
15

16                UNITED STATES DISTRICT COURT

17        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 18  APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| 19         Plaintiff, | **SAMSUNG'S IDENTIFICATION OF UNASSERTED PATENT EXHIBITS** |
| 20         vs. | |
| 21  SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG | |
| 22  ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG | |
| 23  TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| 24         Defendants. | |

1    Samsung identifies the following patent-related exhibits that it intends to use with the
2 corresponding witness.

3    **DX4561** (Apple Unasserted Design Patent - D789,926) – **Ball and Lucente**.   The Court
4 ruled today that Samsung could use this patent with both witnesses.

5    **DX4562** and **DX4563** (Apple Unasserted Design Patents D618,248 and D659,160) – **Kare
6 and Lucente**.   For the same reasons as the Court provided for DX4561, as well as in Samsung's
7 prior brief (Dkt. 3711 at 3), these are relevant to understanding the scope of the D'305 patent
8 under Factor 1 and to show the absurdity of Apple's contentions.

9    **DX4557** (Graph of Patents Granted by Organization) — **Lucente** — This is a one-page
10 graph showing the overall number of patents granted annually to a handful of technology
11 companies including Samsung and Apple.   (Also available at Dkt. 3711-13.)   Samsung will not
12 seek to introduce evidence regarding the specific patents underlying the high level numbers.
13 Apple previously stated that it was "fine with the general number of patents that the parties hold
14 and even, you know, a high level reference to the estimate of the number of patents that might be
15 in one of the phones."   May 3, 2018 Hearing Tr. at 18.   And the Court previously ruled that
16 "Samsung will be permitted to introduce evidence that both Apple and Samsung have large patent
17 portfolios related to smartphones."   Dkt. 3689 at 2.   For these reasons, and those previously
18 briefed (Dkt. 3711 at 4) Samsung respectfully requests to use this exhibit.

19    Samsung reserves the right to identify other unasserted patents on an as-needed basis
20 depending on the positions that Apple takes, including on rebuttal.   If Samsung seeks to use any
21 such additional patent-related exhibits, it will specifically seek the Court's permission in advance.

1
2
3   By  /s/ Victoria F. Maroulis
       John B. Quinn
4      William C. Price
       Michael T. Zeller
5      Kevin P.B. Johnson
       Victoria F. Maroulis
6
7   Attorneys for SAMSUNG ELECTRONICS CO.,
    LTD., SAMSUNG ELECTRONICS AMERICA,
8   INC. and SAMSUNG
    TELECOMMUNICATIONS AMERICA, LLC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28