[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TRANSLATION OF TESTIMONY AT TRIAL** |

Pursuant to Civil L.R. 7-12, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC (collectively "Samsung") and Apple Inc. ("Apple") file this Stipulation regarding translation of testimony at trial.

WHEREAS, trial in this case began on May 14, 2018;

WHEREAS, certain witnesses who will offer testimony at trial will do so in Korean; and

WHEREAS, in order to streamline trial and to avoid unnecessary disputes, the parties desire to establish a system to determine who will act as Official Interpreter and who will act as a check interpreter for each witness to testify in Korean.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

1. Apple's interpreter at trial shall be Mr. Albert Kim.
2. Samsung's interpreter at trial shall be Ms. Ann Park.
3. Apple's interpreter and Samsung's interpreter shall alternate serving as Official Interpreter during the trial for each witness who testifies in Korean.
4. When Apple's interpreter is serving as Official Interpreter, Samsung's interpreter shall serve as a check interpreter; and when Samsung's interpreter is serving as Official Interpreter, Apple's interpreter shall serve as check interpreter.
5. Apple's interpreter shall serve as Official Interpreter for the first witness to testify in Korean.
6. Neither party waives any other rights, including without limitation the right to object to improper or incorrect interpretation.

Dated: May 16, 2018

By: /s/ Mark D. Selwyn      By: /s/ Victoria F. Maroulis

| Attorneys for Plaintiff and Counterclaim-Defendant APPLE INC. | Attorneys for Defendants and Counterclaim-Plaintiffs SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS, AMERICA, LLC |
|---|---|
| William F. Lee (*pro hac vice*)<br>william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>Mark D. Selwyn (CA SBN 244180)<br>mark.selwyn@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100<br><br>Erik J. Olson (CA SBN 175815)<br>ejolson@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br><br>John B. Quinn (Bar No. 90378)<br>johnquinn@quinnemanuel.com<br>William C. Price (Bar No. 108542)<br>williamprice@quinnemanuel.com<br>Michael T. Zeller (Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Kathleen M. Sullivan (Bar No. 242261)<br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May __, 2018

                                      Honorable Lucy H. Koh
                                      United States District Judge

# ATTESTATION

I, Victoria F. Maroulis, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Mark Selwyn has concurred in this filing.

Dated:  May 16, 2018

》》》》》》》》》》》》》》》》》》》》》》》》》》》》》》》》*/s/ Victoria F. Maroulis*
Victoria F. Maroulis