| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | John B. Quinn (Bar No. 90378) |
| 2 | johnquinn@quinnemanuel.com |
| | William C. Price (Bar No. 108542) |
| 3 | williamprice@quinnemanuel.com |
| | Michael T. Zeller (Bar No. 196417) |
| 4 | michaelzeller@quinnemanuel.com |
| | 865 S. Figueroa St., 10th Floor |
| 5 | Los Angeles, California 90017 |
| | Telephone: (213) 443-3000 |
| 6 | Facsimile: (213) 443-3100 |
| 7 | Kathleen M. Sullivan (Bar No. 242261) |
| | kathleensullivan@quinnemanuel.com |
| 8 | Kevin P.B. Johnson (Bar No. 177129) |
| | kevinjohnson@quinnemanuel.com |
| 9 | Victoria F. Maroulis (Bar No. 202603) |
| | victoriamaroulis@quinnemanuel.com |
| 10 | 555 Twin Dolphin Drive, 5th Floor |
| | Redwood Shores, California  94065-2139 |
| 11 | Telephone:  (650) 801-5000 |
| | Facsimile:  (650) 801-5100 |
| 12 | Attorneys for Samsung Electronics Co., Ltd., |
| 13 | Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **DECLARATION OF CALEB BRALEY IN SUPPORT OF SAMSUNG'S HIGH PRIORITY OBJECTIONS TO APPLE'S DAY 4 CROSS DISCLOSURES AND SAMSUNG'S RESPONSES TO APPLE'S OBJECTIONS REGARDING TRIAL DISCLOSURES FOR DENISON, LUCENTE AND WAGNER** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

I, Caleb Braley, declare:

1. I am a member of the State Bar of California, admitted to practice before this Court, and an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, "Samsung").  I submit this declaration in support of Samsung's High Priority Objections To Apple's Day 4 Cross Disclosures and Samsung's Responses To Apple's Objections Regarding Trial Disclosures For Denison, Lucente and Wagner.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. Attached as **Exhibit 1** is a true and correct copy of the 2012 version of DX781 that has been redacted to remove confidential information.

3. Attached as **Exhibit 2** is a true and correct copy of excerpts of the May 15, 2018 Trial Transcript in this proceeding.

4. Attached as **Exhibit 3** are versions of SDX1419 and SDX1435 that have been updated to include the phrase "Non-Infringing Alternative."

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 16, 2018, at San Jose, California.

*/s/ Caleb Braley*
Caleb Braley

**Local Rule 5-1(i)(3) Attestation**

I, Victoria F. Maroulis, am the ECF user whose ID and password are being utilized for the filing of this document. I attest that Caleb Braley has consented in the filing of this declaration. Executed on May 16, 2018 at San Jose, CA.

By */s/ Victoria F. Maroulis*
Victoria F. Maroulis