# EXHIBIT 1

**DEFENDANT'S EXHIBIT NO. 781.001**

United States District Court
Northern District of California
No. 11-CV-01846-LHK (PSG)
*Apple v. Samsung*
Date Admitted:_____ By:_____

## Combined STA / SEA / SEC Profit

| Product | Earliest Date of Notice | Profit After Deductible Expenses |
|---|---|---|
| Captivate | April 15, 2011 | ■ |
| Continuum | April 15, 2011 | |
| Droid Charge | April 15, 2011 | |
| Epic 4G | April 15, 2011 | |
| Exhibit 4G | N/A | |
| Fascinate | April 15, 2011 | |
| Galaxy Ace | April 15, 2011 | |
| Galaxy Prevail | April 15, 2011 | |
| Galaxy S (i9000) | April 15, 2011 | |
| Galaxy S 4G | April 15, 2011 | |
| Galaxy S II 2 (AT&T) | April 15, 2011 | |
| Gem | June 16, 2011 | |
| Hercules / Galaxy S II (T-Mobile) | April 15, 2011 | |
| Indulge | June 16, 2011 | |
| Infuse 4G | April 15, 2011 | |
| Intercept | N/A | |
| Mesmerize | April 15, 2011 | |
| Nexus S 4G | N/A | |
| Replenish | N/A | |
| Showcase / Galaxy S Showcase (i500) | N/A | |
| Transform | April 15, 2011 | |
| Vibrant | April 15, 2011 | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | April 15, 2011 | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | April 15, 2011 | |
| Galaxy Tab 7.0 (3G) / Galaxy Tab | N/A | |
| Galaxy Tab 10.1 / Galaxy Tab 10.1 (WiFi) | April 15, 2011 | |
| Galaxy Tab 10.1 LTE / Galaxy Tab 10.1 (4G LTE) | April 15, 2011 | |
| **Total** | | |

*Source:*
SAMNDCA00422828.

## STA and SEA Profit

| Product | Earliest Date of Notice | Profit After Deductible Expenses | | |
|---|---|---|---|---|
| | | STA | SEA | Total |
| Captivate | April 15, 2011 | ■ | ■ | ■ |
| Continuum | April 15, 2011 | ■ | ■ | ■ |
| Droid Charge | April 15, 2011 | ■ | ■ | ■ |
| Epic 4G | April 15, 2011 | ■ | ■ | ■ |
| Exhibit 4G | N/A | ■ | ■ | ■ |
| Fascinate | April 15, 2011 | ■ | ■ | ■ |
| Galaxy Ace | April 15, 2011 | ■ | ■ | ■ |
| Galaxy Prevail | April 15, 2011 | ■ | ■ | ■ |
| Galaxy S (i9000) | April 15, 2011 | ■ | ■ | ■ |
| Galaxy S 4G | April 15, 2011 | ■ | ■ | ■ |
| Galaxy S II 2 (AT&T) | April 15, 2011 | ■ | ■ | ■ |
| Gem | June 16, 2011 | ■ | ■ | ■ |
| Hercules / Galaxy S II (T-Mobile) | April 15, 2011 | ■ | ■ | ■ |
| Indulge | June 16, 2011 | ■ | ■ | ■ |
| Infuse 4G | April 15, 2011 | ■ | ■ | ■ |
| Intercept | N/A | ■ | ■ | ■ |
| Mesmerize | April 15, 2011 | ■ | ■ | ■ |
| Nexus S 4G | N/A | ■ | ■ | ■ |
| Replenish | N/A | ■ | ■ | ■ |
| Showcase / Galaxy S Showcase (i500) | April 15, 2011 | ■ | ■ | ■ |
| Transform | N/A | ■ | ■ | ■ |
| Vibrant | April 15, 2011 | ■ | ■ | ■ |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | April 15, 2011 | ■ | ■ | ■ |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | April 15, 2011 | ■ | ■ | ■ |
| Galaxy Tab 7.0 (3G) / Galaxy Tab | N/A | ■ | ■ | ■ |
| Galaxy Tab 10.1 / Galaxy Tab 10.1 (WiFi) | April 15, 2011 | ■ | ■ | ■ |
| Galaxy Tab 10.1 LTE | April 15, 2011 | ■ | ■ | ■ |
| **Total** | | ■ | ■ | ■ |

*Source:* SAMNDCA00422828.

**Combined STA / SEA / SEC Profit**

| Product | Earliest Date of Notice | Profit After Deductible Expenses |
|---|---|---|
| Captivate | First Sale | |
| Continuum | First Sale | |
| Droid Charge | First Sale | |
| Epic 4G | First Sale | |
| Exhibit 4G | N/A | |
| Fascinate | First Sale | |
| Galaxy Ace | April 15, 2011 | |
| Galaxy Prevail | First Sale | |
| Galaxy S (i9000) | First Sale | |
| Galaxy S 4G | First Sale | |
| Galaxy S II 2 (AT&T) | First Sale | |
| Gem | June 16, 2011 | |
| Hercules / Galaxy S II (T-Mobile) | First Sale | |
| Indulge | June 16, 2011 | |
| Infuse 4G | First Sale | |
| Intercept | N/A | |
| Mesmerize | First Sale | |
| Nexus S 4G | N/A | |
| Replenish | N/A | |
| Showcase / Galaxy S Showcase (i500) | First Sale | |
| Transform | N/A | |
| Vibrant | First Sale | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | First Sale | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | First Sale | |
| Galaxy Tab 7.0 (3G) / Galaxy Tab | N/A | |
| Galaxy Tab 10.1 / Galaxy Tab 10.1 (WiFi) | First Sale | |
| Galaxy Tab 10.1 LTE | First Sale | |
| **Total** | | |

Source:
SAMNDCA00422828.

## STA and SEA Profit

| Product | Earliest Date of Notice | Profit After Deductible Expenses | | |
|---|---|---|---|---|
| | | STA | SEA | Total |
| Captivate | First Sale | | | |
| Continuum | First Sale | | | |
| Droid Charge | First Sale | | | |
| Epic 4G | First Sale | | | |
| Exhibit 4G | N/A | | | |
| Fascinate | First Sale | | | |
| Galaxy Ace | April 15, 2011 | | | |
| Galaxy Prevail | First Sale | | | |
| Galaxy S (i9000) | First Sale | | | |
| Galaxy S 4G | First Sale | | | |
| Galaxy S II 2 (AT&T) | First Sale | | | |
| Gem | June 16, 2011 | | | |
| Hercules / Galaxy S II (T-Mobile) | First Sale | | | |
| Indulge | June 16, 2011 | | | |
| Infuse 4G | First Sale | | | |
| Intercept | N/A | | | |
| Mesmerize | First Sale | | | |
| Nexus S 4G | N/A | | | |
| Replenish | N/A | | | |
| Showcase / Galaxy S Showcase (i500) | First Sale | | | |
| Transform | N/A | | | |
| Vibrant | First Sale | | | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | First Sale | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | First Sale | | | |
| Galaxy Tab 7.0 (3G) / Galaxy Tab | N/A | | | |
| Galaxy Tab 10.1 / Galaxy Tab 10.1 (WiFi) | First Sale | | | |
| Galaxy Tab 10.1 LTE | First Sale | | | |
| **Total** | | | | |

*Source:*
*SAMNDCA00422828.*

**Combined STA / SEA / SEC Profit**

| Product | Earliest Date of Notice | Profit After Deductible Expenses |
|---|---|---|
| Captivate | June 16, 2011 | ■ |
| Continuum | June 16, 2011 | ■ |
| Droid Charge | June 16, 2011 | ■ |
| Epic 4G | June 16, 2011 | ■ |
| Exhibit 4G | N/A | ■ |
| Fascinate | June 16, 2011 | ■ |
| Galaxy Ace | N/A | ■ |
| Galaxy Prevail | N/A | ■ |
| Galaxy S (i9000) | June 16, 2011 | ■ |
| Galaxy S 4G | June 16, 2011 | ■ |
| Galaxy S II 2 (AT&T) | June 16, 2011 | ■ |
| Gem | June 16, 2011 | ■ |
| Hercules / Galaxy S II (T-Mobile) | N/A | ■ |
| Indulge | June 16, 2011 | ■ |
| Infuse 4G | June 16, 2011 | ■ |
| Intercept | N/A | ■ |
| Mesmerize | June 16, 2011 | ■ |
| Nexus S 4G | N/A | ■ |
| Replenish | N/A | ■ |
| Showcase / Galaxy S Showcase (i500) | June 16, 2011 | ■ |
| Transform | N/A | ■ |
| Vibrant | June 16, 2011 | ■ |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | June 16, 2011 | ■ |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | June 16, 2011 | ■ |
| Galaxy Tab 7.0 (3G) / Galaxy Tab | N/A | ■ |
| Galaxy Tab 10.1 / Galaxy Tab 10.1 (WiFi) | June 16, 2011 | ■ |
| Galaxy Tab 10.1 LTE | June 16, 2011 | ■ |
| **Total** | | |

<u>Source:</u>
*SAMNDCA00422828.*

## STA and SEA Profit

| Product | Earliest Date of Notice | Profit After Deductible Expenses | | |
|---|---|---|---|---|
| | | STA | SEA | Total |
| Captivate | June 16, 2011 | | | |
| Continuum | June 16, 2011 | | | |
| Droid Charge | June 16, 2011 | | | |
| Epic 4G | June 16, 2011 | | | |
| Exhibit 4G | N/A | | | |
| Fascinate | June 16, 2011 | | | |
| Galaxy Ace | N/A | | | |
| Galaxy Prevail | N/A | | | |
| Galaxy S (i9000) | June 16, 2011 | | | |
| Galaxy S 4G | June 16, 2011 | | | |
| Galaxy S II 2 (AT&T) | June 16, 2011 | | | |
| Gem | June 16, 2011 | | | |
| Hercules / Galaxy S II (T-Mobile) | N/A | | | |
| Indulge | June 16, 2011 | | | |
| Infuse 4G | June 16, 2011 | | | |
| Intercept | N/A | | | |
| Mesmerize | June 16, 2011 | | | |
| Nexus S 4G | N/A | | | |
| Replenish | N/A | | | |
| Showcase / Galaxy S Showcase (i500) | June 16, 2011 | | | |
| Transform | N/A | | | |
| Vibrant | June 16, 2011 | | | |
| Epic 4G Touch / Galaxy S II (Epic 4G Touch) | June 16, 2011 | | | |
| Galaxy S2 Skyrocket / Galaxy S II (Skyrocket) | June 16, 2011 | | | |
| Galaxy Tab 7.0 (3G) / Galaxy Tab | N/A | | | |
| Galaxy Tab 10.1 / Galaxy Tab 10.1 (WiFi) | June 16, 2011 | | | |
| Galaxy Tab 10.1 LTE | June 16, 2011 | | | |
| **Total** | | | | |

*Source:*
SAMNDCA00422828.