# EXHIBIT 2

```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4

 5
        APPLE INC., A CALIFORNIA          )  C-11-01846 LHK
 6      CORPORATION,                      )
                                          )  SAN JOSE, CALIFORNIA
 7                    PLAINTIFF,          )
                                          )  MAY 15, 2018
 8               VS.                      )
                                          )  VOLUME 2
 9      SAMSUNG ELECTRONICS CO., LTD.,    )
        A KOREAN BUSINESS ENTITY;         )  PAGES 257 - 518
10      SAMSUNG ELECTRONICS AMERICA,      )
        INC., A NEW YORK CORPORATION;     )
11      SAMSUNG TELECOMMUNICATIONS        )
        AMERICA, LLC, A DELAWARE          )
12      LIMITED LIABILITY COMPANY,        )
                                          )
13                    DEFENDANTS.         )
                                          )
14

15

16                     TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE LUCY H. KOH
17                  UNITED STATES DISTRICT JUDGE

18

19

20                    APPEARANCES ON NEXT PAGE

21

22   OFFICIAL COURT REPORTERS:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                  CERTIFICATE NUMBER 9595
23                                IRENE RODRIGUEZ, CSR, CRR, CMR
                                  CERTIFICATE NUMBER 8074
24

25            PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER


                       UNITED STATES COURT REPORTERS
```

```
1    APPEARANCES
2
3    FOR PLAINTIFF           WILMER, CUTLER, PICKERING,
     APPLE:                  HALE AND DORR
4                            BY:  WILLIAM F. LEE
                                  JOSEPH J. MUELLER
5                                 SARAH R. FRAZIER
                             60 STATE STREET
6                            BOSTON, MASSACHUSETTS  02109
7                            BY:  MARK D. SELWYN
                             950 PAGE MILL ROAD
8                            PALO ALTO, CALIFORNIA  94304
9                            BY:  AMY K. WIGMORE
                             1875 PENNSYLVANIA AVENUE, N.W.
10                           WASHINGTON, D.C.  20006
11                           MORRISON & FOERSTER
                             BY:  NATHAN B. SABRI
12                           425 MARKET STREET, 32ND FLOOR
                             SAN FRANCISCO, CALIFORNIA  94105
13
14   ALSO PRESENT:           NOREEN KRALL
                             CYNDI WHEELER
15                           THOMAS LEE
16
17
18
19
20
21
22
23
24
25
```

```
 1    APPEARANCES (CONTINUED)

 2

 3    FOR DEFENDANT           QUINN, EMANUEL, URQUHART & SULLIVAN
      SAMSUNG:                BY:  JOHN B. QUINN
 4                                 WILLIAM C. PRICE
                                   SCOTT L. WATSON
 5                            865 SOUTH FIGUEROA STREET, 10TH FLOOR
                              LOS ANGELES, CALIFORNIA   90017
 6
                              BY:  VICTORIA F. MAROULIS
 7                                 BRETT J. ARNOLD
                              555 TWIN DOLPHIN DRIVE
 8                            SUITE 560
                              REDWOOD SHORES, CALIFORNIA   94065
 9

10    ALSO PRESENT:           CHRIS GRANT
                              KEN KOTARSKI
11
```

INDEX OF PROCEEDINGS

OPENING STATEMENT BY MR. LEE                         P. 281

OPENING STATEMENT BY MR. QUINN                       P. 310


INDEX OF WITNESSES

PLAINTIFF'S

**GREG JOSWIAK**
    DIRECT EXAM BY MR. LEE                       P. 360
    CROSS-EXAM BY MR. PRICE                      P. 389
    REDIRECT EXAM BY MR. LEE                     P. 414
    RECROSS-EXAM BY MR. PRICE                    P. 416

**RICHARD HOWARTH**
    DIRECT EXAM BY MR. MUELLER                   P. 418
    CROSS-EXAM BY MR. QUINN                      P. 447
    REDIRECT EXAM BY MR. MUELLER                 P. 463
    RECROSS-EXAM BY MR. QUINN                    P. 466

**TONY BLEVINS**
    DIRECT EXAM BY MS. WIGMORE                   P. 468
    CROSS-EXAM BY MS. MAROULIS                   P. 482
    REDIRECT EXAM BY MS. WIGMORE                 P. 488

**JUNWON LEE**
    VIDEOTAPED DEPOSITION                        P. 490

**ALAN BALL**
    DIRECT EXAM BY MS. WIGMORE                   P. 492

```
                        INDEX OF EXHIBITS

                                    MARKED      ADMITTED

     PLAINTIFF'S

     32, 152, 125                                369
     133                                         376
     134                                         378
     4029                                        279
     17A                                         380
     135                                         381
     130                                         383
     174                                         386
     1                                           427
     157                                         433
     52                                          490
     3A                                          500


     DEFENDANTS'

     578                                         400
     572                                         407
     4540                                        409
     2519                                        412
     2627                                        412
     712                                         413
     4549                                        484
     4573                                        486
     4545                                        487
     4546 & 4547                                 487

     JOINT

     1000, 1001, 1002, 1003,                    360
     1007, 1010, 1011, 1012,
     1013, 1015, 1016, 1017,
     1019, 1020, 1025, 1026,
     1027, 1031, 1032, 1033,
     1034, 1035, 1041, 1042,
     1043, 5000, 5001, 5002,
     5003, 5004, 5005, 5006,
     5007, 5008, 5009, 5010,
     5011, 5012, 5013, 5014,
     AND 5015
     1087                                        369
```

1        MR. LEE: AND THE DIFFERENCE IS, YOUR HONOR, USING IT
2    AS A NON-INFRINGING ALTERNATIVE IS ONE THING.
3        TALKING ABOUT WHAT THE JURY DECIDED IN THE FIRST INSTANCE
4    AND THAT THEY DECIDED THAT ONE WAS INFRINGING AND ONE WASN'T,
5    THERE ARE LOTS OF PARTS OF THE JURY VERDICT WE'D LOVE TO USE,
6    BUT I DON'T THINK IT'S GOING TO BENEFIT ANYBODY TO SPEND TIME
7    OM THAT COLLATERAL EXERCISE.
8        MR. QUINN: YOUR HONOR, WE'RE GOING TO STAY
9    ABSOLUTELY CLEAR --
10       THE COURT: WELL, WHY ARE YOU MENTIONING PREVIOUS
11   VERDICTS? IF YOU JUST SAY IT'S A NON-INFRINGING ALTERNATIVE, I
12   DON'T THINK SAMSUNG -- OR APPLE CAN OBJECT BECAUSE I DID SAY
13   IT'S PERMISSIBLE FOR THAT PURPOSE.
14       MR. QUINN: THE POINT IS THAT --
15       THE COURT: YEAH.
16       MR. QUINN: -- IT ILLUSTRATES THE NARROWNESS OF THE
17   PATENT, THAT WE CAN DO THIS.
18       THE COURT: RIGHT. BUT YOU CAN SAY IT AS A
19   NON-INFRINGING ALTERNATIVE WITHOUT GETTING INTO A PRIOR JURY
20   CAME UP WITH THIS VERDICT.
21       DO YOU SEE WHAT I'M SAYING?
22       MR. QUINN: OKAY. I UNDERSTAND THE POINT.
23       THE COURT: THERE IS A DISTINCTION THERE, AND I DID
24   SUSTAIN THE OBJECTIONS TO THOSE SLIDES, WHICH IS WHY I'M
25   DISAPPOINTED THAT -- DISAPPOINTED THAT YOU'RE DOING IT ANYWAY.

1           AND THEN YOUR HONOR RULED ALSO IN LIMINE REFERRING TO SOME
2    OF THESE OTHER EXAMPLES THAT HAVE COME OUT OF OTHER CASES,
3    OTHER BRIEFS, INCLUDING WE SPECIFICALLY BRIEFED THE BOOK
4    EXAMPLE.
5           SO THERE'S BEEN AN IN LIMINE RULING, PLUS EXCLUSION OF THE
6    SLIDES AND WE JUST --
7                MR. QUINN:  YOUR HONOR, THIS IS THE EVIDENCE --
8    MR. LUCENTE TESTIFIED TO THIS.
9                THE COURT:  OKAY.  I'M SORRY.  LET'S JUST -- LET'S GO
10   AHEAD, PLEASE.
11               MR. QUINN:  MR. LUCENTE WILL TELL YOU IT'S LIKE A
12   BOOK WITH A COVER, A COVER MAY HAVE A PARTICULAR DESIGN.  IT IS
13   SOLD ATTACHED TO THE BOOK ITSELF.  BUT THE COVER IS A DIFFERENT
14   ARTICLE OF MANUFACTURE THAN THE CREATIVE STORY AND CHARACTERS
15   IN THE BOOK.  AND THE DESIGN FOR THE COVER, HE WILL TELL YOU,
16   DOES NOT ENTITLE SOMEONE TO THE RIGHTS TO THE WHOLE BOOK.
17          AND HE WILL CONTRAST A BOOK WITH A DINNER PLATE.  WITH A
18   DINNER PLATE, IF YOU THINK OF IT, THE DESIGN IS THE PLATE
19   ITSELF.  IN THE MIDDLE OF A PLATE WITH A DESIGN IS A PLATE.
20   IT'S THE WHOLE THING.  IT'S THE WHOLE THING.
21          AND HE WILL EXPLAIN THAT THE SAMSUNG PHONES, WHICH HAVE
22   THIS EXTERIOR CONTAINER THAT HOUSES MULTIPLE DEVICES, MULTIPLE
23   ARTICLES OF MANUFACTURE, ARE LIKE A KITCHEN OVEN.
24          AND APPLE'S DESIGNS ARE NOT APPLIED TO ANY OF THE THINGS
25   INSIDE THE PHONE, OR EVEN ALL THE THINGS ON THE OUTSIDE.