# EXHIBIT 3



# Droid Charge and Galaxy S II (Skyrocket)

## Droid Charge

**D'305**

**Infringing**



PX 7 at 7

## Galaxy S II (Skyrocket)

**D'305**

**Non-Infringing Alternative**



PX 7 at 32

**SDX 1435**