# EXHIBIT A

Highly Confidential Pursuant to Protective Order

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4   APPLE INC., a California      §
     Corporation,                  §
 5                                 §
            Plaintiff,             §
 6                                 §
     Vs.                           §      Case No.
 7                                 §   11-CV-01846-LHK
                                   §
 8   SAMSUNG ELECTRONICS CO.,      §
     LTD., a Korean business       §
 9   entity; SAMSUNG ELECTRONICS   §
     AMERICA, INC., a New York     §
10   corporation; SAMSUNG          §
     TELECOMMUNICATIONS AMERICA,   §
11   LLC, a Delaware limited       §
     liability company,            §
12                                 §
            Defendants.            §
13
14              HIGHLY CONFIDENTIAL
              UNDER THE PROTECTIVE ORDER
15
16
17         DEPOSITION OF JUSTIN DENISON
                  Dallas, Texas
18         Wednesday, September 21st, 2011
19
20
21
22
     Reported by:
23
     Daniel J. Skur, Notary Public and CSR
24
     JOB NO. 41964
25
```

Page 2

     September 21st, 2011
      9:36 a.m. - 7:32 p.m.


     Deposition of JUSTIN DENISON, held at the offices of Regus, 4514 Cole Avenue, Suite 600, Dallas, Texas, before Daniel J. Skur, Notary Public and Certified Shorthand Reporter in and for the State of Texas.

Page 3

APPEARANCES:
FOR THE PLAINTIFF APPLE INC.:
MORRISON & FOERSTER
BY:  RICHARD S.J. HUNG, ESQ.
     DIANA B. KRUZE, ESQ.
425 Market Street
San Francisco, California 94105


FOR THE DEFENDANTS SAMSUNG:
QUINN EMANUEL URQUHART & SULLIVAN
BY:  VICTORIA F. MAROULIS, ESQ.
     MARK TUNG, ESQ.
555 Twin Dolphin Drive
Redwood Shores, California 94065


ALSO PRESENT:
     Ms. Cindi Moreland, Samsung
     Ms. Ann Park, Interpreter
     Mr. John Hines, Videographer

Page 4

          P R O C E E D I N G S
     VIDEOGRAPHER:  This is tape 1 in the video deposition of Justin Denison.  Today is Wednesday, September 21st, 2011.  We're now on record at approximately 9:36 a.m.  Will the attorneys please introduce themselves for the record.
     MR. HUNG:  Richard Hung of Morrison & Foerster on behalf of Apple, Inc.  With me today is Diana Kruze, also of Morrison & Foerster and also for Apple.
     MS. MAROULIS:  Victoria Maroulis with Quinn Emanuel, counsel for Samsung, and with me is Mark Tung of Quinn Emanuel, Cindy Moreland of STA, and we have an interpreter, Ann Park.
          JUSTIN DENISON,
 having been duly sworn, testified as follows:
               EXAMINATION
BY MR. HUNG:
   Q.  Morning, Mr. Denison.
   A.  Morning.
     MR. HUNG:  Before we get started, I did have a discussion with Ms. Maroulis, and I just wanted to note a couple of

Page 5

objections for the record.  The first is that we received a relatively large volume of production on Sunday, Monday, and last night.  We haven't completed our review of that -- of the production.  For that reason, we wanted to reserve our right to continue the deposition, if necessary, in light of the production.
     The second objection is we filed a motion on this.  We believe that getting complete testimony on the topics of our deposition notice will take more than a day.  We understand that Samsung objects and disagrees.  We will try and accomplish what we can today.  Nevertheless, we reserve the right to reopen the deposition, if necessary, after today.
     MS. MAROULIS:  Thank you, Mr. Hung.  We understand your objection.  For the record, with respect to the length of deposition, our objections and responses are on file with the court.  We don't believe it's appropriate to continue past today.  And we object to reopening the deposition.

Highly Confidential Pursuant to Protective Order

Page 18

1  a list of names, because a lot of them are
2  Korean, it's hard to spell, so I'm going to
3  hand the witness the handout of the names,
4  and I'm going to give you a copy as well.
5  Please note it's highly confidential,
6  outside counsel's eyes only.
7      MR. HUNG:  Mark the document a --
8  rather than go through this list at length
9  with you, could you please take a look at
10  this list, and with Ms. Maroulis's
11  permission, I'd like to mark it as Exhibit
12  225.
13      MS. MAROULIS:  That is fine.
14  There's two names that I added this morning
15  in handwriting, so after Mr. Denison
16  confirms that this is a list of individuals
17  he spoke with, we're going to read those
18  two names and add them.
19      MR. HUNG:  Okay.
20  BY MR. HUNG:
21      Q.  So first Mr. Denison, can you take a
22  look at this list and can you confirm that
23  these are the individuals with whom you spoke
24  in preparation for today's deposition?
25      A.  Yes, I confirm that these are the

Page 19

1  individuals that I spoke with.
2      Q.  And can you confirm that the
3  subjects that appear next to each of their
4  names after their titles is the subjects about
5  which you spoke with those individuals?
6      A.  Yes, in all cases, the individuals
7  are listed on the appropriate sections with
8  regard to subject matter that was discussed.
9      Q.  There were a couple of names that
10  are not on my copy of Exhibit 225.
11      MR. HUNG:  Let's go ahead and have
12  that marked.
13      (Deposition Exhibit 225 marked.)
14  BY MR. HUNG:
15      Q.  Could you read those two names for
16  both me and the court reporter so we can add
17  those names to our version of 225?
18      A.  I apologize up front.  What I'll do
19  is I'll -- as is typically done, I'll just read
20  the initials of the first and middle name, as
21  it were.  So VP SG Kim, and EVP DJ Lee.
22      MS. MAROULIS:  And just so the
23  record is clear, Mr. Denison did not speak
24  directly with these two individuals.  He
25  spoke with a report of his who spoke with

Page 20

1  those individuals, but Mr. Denison
2  consulted those individuals indirectly in
3  preparation for the deposition.
4  BY MR. HUNG:
5      Q.  Do you recall what the name of the
6  report was to Mr. SG Kim and Mr. DJ Lee?
7      MS. MAROULIS:  It's a report to
8  Mr. Denison.
9      A.  So the clarification is that a
10  member of my staff spoke to VP SG Kim and EVP
11  DJ Lee.  I was not able to speak with them in
12  person.  I then received a report directly from
13  my staff member on what was discussed.
14  BY MR. HUNG:
15      Q.  What was the report -- let me start
16  again.
17      Who was your report?
18      A.  My report is Tom Chun.
19      Q.  Do you speak Korean, Mr. Denison?
20      A.  I do not.
21      Q.  Do you write Korean?
22      A.  I do not.
23      Q.  In case I show you a document with
24  Korean later, I just want to confirm or
25  understand your ability to read Korean

Page 21

1  documents or not.
2      How much time, in aggregate, do you
3  believe you spent with these individuals listed
4  on Exhibit 225 in preparation for your
5  deposition today?
6      A.  I would estimate that I spoke
7  directly to these individuals or, in the case
8  of the last two that were just discussed,
9  received a report based on that, in aggregate
10  of 10 to 12 hours of conversation.
11      Q.  Let me just make sure I understand
12  the scope of your preparation for today.  With
13  respect to the first category tab which lists
14  Kinsoo Kim and Jung Min Yeo, what did you
15  discuss with those individuals to prepare for
16  your deposition?
17      A.  I specifically spoke to both
18  individuals about their role in designing the
19  Galaxy Tab 10.1.
20      Q.  And in particular, what information
21  did you learn from them?
22      MS. MAROULIS:  Objection, calls for
23  a narrative.  Witness testified it was
24  actually quite a few calls, so if you have
25  specific questions, it would help guide the