# EXHIBIT B

*Apple v. Samsung,* No. 11-cv-01846
**Michael Wagner Trial Disclosures**

**Exhibits**
PX7
PX25K
PX25L
PX69
DX526
DX534
DX535
DX536
DX537
DX542
DX543
DX572
DX578
DX586
DX592
DX676
DX701
DX702
DX703
DX704
DX753
DX754
DX767
DX772
DX773
DX774
DX775
DX776
DX781
DX938
DX952
DX2627
DX4500
DX4501
DX4502
DX4503
DX4504
DX4507
DX4509
DX4511
DX4520

DX4530
DX4531
DX4532
DX4533
DX4534
DX4535
DX4536
DX4537
DX4538
DX4539
DX4540
DX4541
DX4542
DX4543
DX4544
DX4545
DX4546
DX4547
DX4548
DX4549
DX4550
DX4552
DX4553
DX4554
DX4555
DX4556
DX4568

## Joint Exhibits

JX1007-1035
JX1041
JX1042
JX1043
JX1087
JX1093
JX4609
JX4610
JX5000-JX5015

## Demonstratives

SDX 1700-1729
SDX 700-719
All demonstratives disclosed by Apple for Ms. Davis, subject to Samsung's objections.
All demonstratives in Samsung's May 13, 2018 disclosure of opening statement demonstratives.