UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>          Defendants. | Case No. 11-CV-01846-LHK<br><br>**VERDICT FORM** |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

Case No. 11-CV-01846-LHK
VERDICT FORM

1

# FINDINGS ON APPLE'S DAMAGES CLAIMS

1. What is the total dollar amount that Apple is entitled to receive for Samsung's infringement of the D'677, D'087, and D'305 patents?

    $_____.

2. For the total dollar amount in your answer to Question 1, please provide the dollar breakdown by product.

| Samsung Product | Damages for Infringement of D'677, D'087, and D'305 Patents |
|---|---|
| Captivate (JX 1011) | |
| Continuum (JX 1016) | |
| Droid Charge (JX 1025) | |
| Epic 4G (JX 1012) | |
| Fascinate (JX 1013) | |
| Galaxy S 4G (JX 1019) | |
| Galaxy S II (AT&T) (JX 1031) | |
| Galaxy S II (Epic 4G Touch) (JX 1034) | |
| Galaxy S II (Skyrocket) (JX 1035) | |
| Galaxy S II (T-Mobile) (JX 1033) | |
| Galaxy S Showcase (JX 1017) | |
| Gem (JX 1020) | |
| Indulge (JX 1026) | |
| Infuse 4G (JX 1027) | |
| Mesmerize (JX 1015) | |
| Vibrant (JX 1010) | |

3.  What is the total dollar amount that Apple is entitled to receive for Samsung's infringement of the '381 and '163 patents?

$\$$_____.

4. For the total dollar amount in your answer to Question 3, please provide the dollar breakdown by product.

| Samsung Product | Damages for Infringement of '381 and '163 Patents |
|---|---|
| Captivate (JX 1011) | |
| Continuum (JX 1016) | |
| Droid Charge (JX 1025) | |
| Epic 4G (JX 1012) | |
| Fascinate (JX 1013) | |
| Galaxy S 4G (JX 1019) | |
| Galaxy S II (AT&T) (JX 1031) | |
| Galaxy S II (T-Mobile) (JX 1033) | |
| Gem (JX 1020) | |
| Indulge (JX 1026) | |
| Infuse 4G (JX 1027) | |
| Mesmerize (JX 1015) | |
| Vibrant (JX 1010) | |

Have the presiding juror sign and date this form.

Signed:_____   Date:_____

3

Case No. 11-CV-01846-LHK
VERDICT FORM