UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CIVIL  MINUTES

---

## APPLE INC. v. SAMSUNG CO. LTD, et al.
5:11-CV-01846-LHK

---

**Court Proceedings:** Jury Trial, Wednesday, May 16, 2018
**Location:** Courtroom 8, 4th floor
**Time in Court**: 6 hours, 8 minutes

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Lee-Anne Shortridge

**Plaintiff's Counsel:** William F. Lee, Nathaniel B. Sabri, Joseph Mueller, and Amy Wigmore.
**Defense Counsel:** John B. Quinn, Victoria F. Maroulis, William C. Price, Kathleen M. Sullivan, and Carl G. Anderson.

---

Hearing held.  *See* attached trial log.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **5:11-CV-01846-LHK**
Case Name: *APPLE INC. v. SAMSUNG ELECTRONICS CO. LTD., et al.*
**TRIAL LOG**

| TRIAL DATE: | | REPORTER(S): | | CLERK: |
|---|---|---|---|---|
| 5/16/2018 | | Lee-Anne Shortridge | | Irene Mason |

| PLF | DEFTS | *TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:05 AM | Trial proceedings continue. |
| | | 9:06 AM | Hearing held outside presence of jury. |
| | | 9:07 AM | Individual voir dire of juror #8. |
| | | 9:09 AM | Hearing held outside presence of jury. |
| | | 9:10 AM | Jury summoned |
| | | 9:11 AM | Continued direct examination of Mr. Ball |
| | | 9:17 AM | **Exhibit PX 36 admitted.** |
| | | 9:18 AM | **Exhibit PX 4055 admitted.** |
| | | 9:15 AM | **Exhibit PX 4052 admitted.** |
| | CX | 9:39 AM | Cross-examination of Mr. Ball. |
| | | 9:54 AM | **Exhibit DX 4561 admitted.** |
| | | 10:06 AM | Jury excused for break. |
| | | 10:07 AM | Hearing held outside the presence of jury. |
| | | 10:40 AM | Jury summoned. |
| | | 10:41 AM | Continued cross-examination of Mr. Ball. |
| | | 10:41 AM | **Exhibit JX 1030 admitted.** |
| | | 10:42 AM | **Exhibit PX 7 admitted.** |
| RDX | | 10:54 AM | Redirect of Mr. Ball. |
| | | 10:57 AM | Mr. Ball excused and subject to recall. |
| W6 | | 10:57 AM | Apple calls Susan Kare for testimony.  Ms. Kare sworn. |

| | | | |
|---|---|---|---|
| DX | | 10:58 AM | Direct examination of Ms. Kare. |
| | | 11:07 AM | The Court certifies Ms. Kare as an expert in graphical user interface for electronic devices. |
| | | 11:24 AM | **Exhibit PX 40 admitted.** |
| | | 11:28 AM | **Exhibit PX 4071 admitted.** |
| | | 11:32 AM | **Exhibit PX 4061 admitted.** |
| | | 11:34 AM | **Exhibit PX 44 admitted.** |
| | CX | 11:44 AM | Cross-examination of Ms. Kare. |
| | | 12:00 PM | Jurors excused for lunch. |
| | | 12:01 PM | Hearing held outside the presence of jury. |
| | | 12:07 PM | Parties excused for break. |
| | | 1:04 PM | Jury summoned. |
| | | 1:05 PM | Continued cross-examination of Ms. Kare. |
| | | 1:26 PM | **Exhibit PX 8 admitted.** |
| RDX | | 1:29 PM | Redirect of Ms. Kare. |
| | | 1:34 PM | **Exhibit PX 6 admitted.** |
| | | 1:36 PM | Ms. Kare excused and subject to recall. |
| W7 | | 1:37 PM | Apple calls Ravin Balakrishnan.  Mr. Balakrishnan sworn. |
| DX | | 1:38 PM | Direct examination of Mr. Balakrishnan. |
| | | 1:42 PM | The Court certifies Ms. Kare as an expert in computer science and human computer interaction. |
| | | 1:42 PM | **Exhibit JX 1045 admitted.** |
| | | 1:50 PM | **Exhibit PX 46 admitted.** |
| | | 1:54 PM | **Exhibit PX 57 admitted.** |
| | CX | 1:56 PM | Cross-examination of Mr. Balakrishnan. |
| | | 1:57 PM | Mr. Balakrishnan excused and not subject to recall. |
| W8 | | 1:58 PM | Apple calls Karan Singh called for testimony.  Mr. Singh sworn. |
| DX | | 1:59 PM | Direct examination of Mr. Singh. |

| | | | |
|---|---|---|---|
| | | 2:01 PM | The Court certifies Mr. Singh as an expert in computer programming, human computer interfaces and computer graphics. |
| | | 2:03 PM | **Exhibit JX 1046 admitted.** |
| | | 2:08 PM | **Exhibit PX 38 admitted.** |
| | CX | 2:12 PM | Cross-examination of Mr. Singh. |
| | | 2:15 PM | Mr. Singh excused and not subject to recall. |
| | | 2:15 PM | Jurors and parties excused for break. |
| | | 2:26 PM | Hearing held outside the presence of jury. |
| | | 2:28 PM | Jury summoned. |
| W9 | | 2:29 PM | Apple calls Julie Davis for testimony.  Ms. Davis sworn. |
| DX | | 2:30 PM | Direct examination of Ms. Davis. |
| | | 2:33 PM | The Court certifies Ms. Davis as an expert in accounting, evaluation and determination of damages in patent infringement cases. |
| | | 2:40 PM | **Exhibit PX 180B admitted.** |
| | | 2:40 PM | **Exhibit JX 1500C admitted.** |
| | | 2:43 PM | **Exhibit PX 25K admitted.** |
| | | 2:44 PM | **Exhibit PX 25L admitted under seal.** |
| | | 2:47 PM | **Exhibit PX 34 admitted.** |
| | | 2:49 PM | **Exhibit PX 36 admitted.** |
| | | 3:26 PM | **Exhibit PX 60 admitted.** |
| | | 3:32 PM | Jurors excused for break. |
| | | 3:33 PM | Hearing held outside the presence of jury. |
| | | 3:42 PM | Parties excused for break. |
| | | 3:49 PM | Hearing held outside presence of jury. |
| | | 3:52 PM | Jury summoned. |
| | | 3:53 PM | Continued direct examination of Ms. Davis. |
| | CX | 3:55 PM | Cross-examination of Ms. Davis. |
| | | 4:03 PM | **Exhibit DX 754 admitted.** |

| | | 4:06 PM | **Exhibit DX 4554 admitted under seal.** |
|---|---|---|---|
| | | 4:30 PM | Jurors excused for the day and instructed not to research or discuss the case. Jurors to return 5/17/18 at 9:00 a.m. |
| | | 4:31 PM | Hearing held outside presence of jury. |
| | | 4:45  PM | Parties excused. Court adjourned. Trial resumes 5/17/18 at 9:00 a.m. |
| | | | *Time as listed and calculated in this Minute Entry is offered as an estimate. Please see the Court Reporter's real-time transcript. The Court remains the official time-keeper in this case. |