UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>           Defendants. | Case No. 11-CV-01846-LHK<br><br>**ORDER ON FOURTH DAY HIGH PRIORITY OBJECTIONS**<br><br>Re: Dkt. Nos. 3758, 3759 |

Apple has filed high priority objections to Samsung's fourth day witness disclosures, ECF No. 3759, and Samsung has filed responses, ECF No. 3758. Samsung has also filed high priority objections to Apple's fourth day cross-disclosures, ECF No. 3758, and Apple has filed responses, ECF No. 3759. After reviewing the parties' briefing, considering the record in the case and the Federal Rules of Evidence, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules as follows.

**I.     Apple's Objections to Samsung's Third Day Witness Disclosures**

| Samsung Exhibit | Court's Ruling on Objection |
|---|---|
| Denison DX684 | Overruled, but use of DX684 is subject to the Court's order on May 15, 2018, ECF No. 3756, which precludes Samsung from eliciting any |

1

Case No. 11-CV-01846-LHK
ORDER ON FOURTH DAY HIGH PRIORITY OBJECTIONS

|   |   |
|---|---|
|   | independent development testimony. |
| Denison DX4568 | Overruled if Samsung lays a foundation for DX4511 first. |
| Denison DX4606 | Overruled. |
| Lucente DX4652, DX4653 | Overruled. |
| Lucente SDX1419, SDX1435 | Overruled. |
| Lucente SDX1422, SDX1434, SDX1436 | Overruled as to the slides themselves.  Mr. Lucente will be permitted to discuss examples of devices he views as containing conceptually distinct elements as well as examples of devices to illustrate the concept of a multi-component product.  However, Mr. Lucente will not be permitted to discuss specific cases, including the *Piano Cases* and the U.S. Supreme Court's opinion in this case.  Under Federal Rule of Evidence 403, the Court finds that the probative value of such caselaw references is significantly outweighed by the risk of confusing the issues, misleading the jury, and wasting time.  The Court will instruct the jury on the law in this case. |
| Wagner SDX1729 | Sustained. |

## II.   Samsung's Objections to Apple's Third Day Cross-Disclosures

| **Apple Exhibit** | **Court's Ruling on Objection** |
|---|---|
| Denison PX62 | Overruled. |
| Denison PX196 | Overruled. |
| Video of Denison Speech | Sustained. |
| Lucente Press Reports from PX4073 | Overruled. |
| Wagner DX781, JX1500 from 2012 Trial | Overruled.  Apple shall redact DX781 to exclude calculations for different notice dates and products not at issue. |
| Wagner JX1500C | Overruled. |

**IT IS SO ORDERED.**

Dated: May 16, 2018

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge