1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 90378)
2  johnquinn@quinnemanuel.com
   William C. Price (Bar No. 108542)
3  williamprice@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
4  michaelzeller@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
5  Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
6  Facsimile: (213) 443-3100

7  Kathleen M. Sullivan (Bar No. 242261)
   kathleensullivan@quinnemanuel.com
8  Kevin P.B. Johnson (Bar No. 177129)
   kevinjohnson@quinnemanuel.com
9  Victoria F. Maroulis (Bar No. 202603)
   victoriamaroulis@quinnemanuel.com
10 555 Twin Dolphin Drive, 5th Floor
   Redwood Shores, California  94065-2139
11 Telephone:  (650) 801-5000
   Facsimile:  (650) 801-5100
12

13
   Attorneys for Samsung Electronics Co., Ltd.,
14 Samsung Electronics America, Inc., and Samsung
   Telecommunications America, LLC
15
                    UNITED STATES DISTRICT COURT
16
          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
17

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. 11-cv-01846-LHK |
| Plaintiff, | **SAMSUNG'S AMENDED ROLLING WITNESS LIST** |
| vs. | |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | |
| Defendants. | |

1 | Samsung's rolling list of its witnesses is:

2 | 1. Timothy Sheppard

3 | 2. Sam Lucente

4 | 3. Michael Wagner

7 | DATED: May 17, 2018    QUINN EMANUEL URQUHART &
8 |                        SULLIVAN, LLP

10 |                        By  */s/ Victoria F. Maroulis*
11 |                            Victoria F. Maroulis
                               Attorneys for SAMSUNG ELECTRONICS CO.,
                               LTD., SAMSUNG ELECTRONICS AMERICA,
12 |                            INC., and SAMSUNG
                               TELECOMMUNICATIONS AMERICA, LLC