QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 90378)
johnquinn@quinnemanuel.com
William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kathleen M. Sullivan (Bar No. 242261)
kathleensullivan@quinnemanuel.com
Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**SAMSUNG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL RESPONSE TO COURT ORDER REGARDING JUSTIN DENISON FLIGHT INFORMATION** |

Pursuant to Civil Local Rules 7-11 and 79-5, Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung")[1] hereby bring this administrative motion for an order to seal Justin Denison's flight itineraries.

The Court has requested information about Mr. Denison's flight schedules. The documents showing the requested information contain Mr. Denison's personal information, including financial account numbers.

**RELIEF REQUESTED**

Samsung requests an order granting Samsung's motion to file under seal the following documents:

| Document | Portions to be Filed Under Seal | Parties Claiming Confidentiality |
| --- | --- | --- |
| Exhibit A – Original Denison Itinerary and Electronic Receipt | Entire Document | Justin Denison |
| Exhibit B – Revised Denison Itinerary and Electronic Receipt | Entire Document | Justin Denison |
| Exhibit C – Second Denison Itinerary and Electronic Receipt | Entire Document | Justin Denison |

These documents may be sealed upon a showing of "good cause." *Apple Inc. v. Samsung Elecs. Co., Ltd.*, 727 F.3d 1214, 1222 (Fed. Cir. 2013); *see also Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Good cause exists because the public has no interest in the details of Mr. Denison's personal information or travel purchase itineraries and because the documents contain personal financial account information.

For the foregoing reasons, Samsung respectfully requests that the Court grant this Administrative Motion to File Under Seal.

---

[1] Effective January 1, 2015, Samsung Telecommunications America ("STA") merged with and into Samsung Electronics America, and therefore STA no longer exists as a separate corporate entity.

1   DATED:  May 17, 2018              QUINN EMANUEL URQUHART &
2                                     SULLIVAN, LLP
3
4                                      /s/ Victoria F. Maroulis
                                      John B. Quinn
5                                     Kathleen M. Sullivan
                                      William C. Price
6                                     Michael T. Zeller
                                      Kevin P.B. Johnson
7                                     Victoria F. Maroulis
8
                                      Attorneys for SAMSUNG ELECTRONICS CO.,
9                                     LTD., SAMSUNG ELECTRONICS AMERICA,
                                      INC., and SAMSUNG
10                                    TELECOMMUNICATIONS
                                      AMERICA, LLC
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28