1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., a California corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>          Defendants. | CASE NO. 11-cv-01846-LHK<br><br>**[PROPOSED] ORDER GRANTING SAMSUNG'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1    Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively,

2 "Samsung") has filed an Administrative Motion to File Documents Under Seal.

3    Having considered Samsung's motion, and compelling reasons having been shown, the

4 Court GRANTS the motion and ORDERS sealed the documents listed below.

| Document | Portions to be Filed Under Seal |
|---|---|
| Exhibit A – Original Denison Itinerary and Electronic Receipt | Entire Document |
| Exhibit B – Revised Denison Itinerary and Electronic Receipt | Entire Document |
| Exhibit C – Second Denison Itinerary and Electronic Receipt | Entire Document |

**IT IS SO ORDERED.**

DATED: _____, 2018

The Honorable Lucy H. Koh
United States District Judge

-1-   Case No. 11-cv-01846-LHK
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL