UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CIVIL MINUTES

# APPLE INC. v. SAMSUNG CO. LTD, et al.
5:11-CV-01846-LHK

**Court Proceedings:** Jury Trial, Thursday, May 17, 2018
**Location:** Courtroom 8, 4th floor
**Time in Court**: 7 hours, 8 minutes

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Lee-Anne Shortridge
**Interpreters:** Albert S. Kim and Ann Park, Korean

**Plaintiff's Counsel:** William F. Lee, Nathaniel B. Sabri, Joseph Mueller, and Amy Wigmore.
**Defense Counsel:** John B. Quinn, Victoria F. Maroulis, William C. Price, and Kathleen M. Sullivan.

Hearing held.  *See* attached trial log.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **5:11-CV-01846-LHK**
Case Name: *APPLE INC. v. SAMSUNG ELECTRONICS CO. LTD., et al.*
**TRIAL LOG**

| TRIAL DATE: 5/17/2018 | | REPORTER(S): Lee-Anne Shortridge | | CLERK: Irene Mason |
|---|---|---|---|---|

| PLF | DEFTS | *TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:02 AM | Trial proceedings continue.  Hearing held outside presence of jury. |
| | | 9:03 AM | Jury summoned. |
| | | 9:04 AM | Continued cross-examination of Ms. Davis |
| | | 9:19 AM | Ms. Davis excused and subject to recall. |
| | | 9:20 AM | Apple rests. |
| | | 9:20 AM | Rule 50 motions reserved for end of day. |
| | W10 | 9:20 AM | Samsung calls Drew Blackard for testimony.  Mr. Blackard sworn. |
| | DX | 9:21 AM | Direct examination of Mr. Blackard. |
| | | 9:36 AM | **Exhibit DX 4528 admitted.** |
| | | 9:40 AM | **Exhibit DX 4607 admitted.** |
| | | 9:44 AM | **Exhibit DX 4606 admitted.** |
| CX | | 9:47 AM | Cross-examination of Mr. Blackard. |
| | | 9:58 AM | Mr. Blackard excused and not subject to recall. |
| | W11 | 10:01 AM | Samsung calls Mr. Jinsoo Kim for testimony.  Interpreters Albert S. Kim and Ann Park sworn.  Mr. Jinsoo Kim sworn. |
| | DX | 10:02 AM | Direct examination of Jinsoo Kim. |
| | | 10:22 AM | **Exhibit DX 684 admitted.** |
| | | 10:23 AM | Sidebar. |
| | | 10:24 AM | Continued direct examination of Jinsoo Kim. |
| | | 10:27 AM | **Exhibit JX 1093 admitted.** |
| | | 10:30 AM | Jurors excused for break. |

|  |  | 10:31 AM | Hearing held outside presence of jury. |
|---|---|---|---|
|  |  | 10:39 AM | Parties excused for break. |
|  |  | 10:48 AM | Jury summoned. |
|  |  | 10:49 AM | Continued direct examination of Mr. Jinsoo Kim. |
|  |  | 10:51 AM | **Exhibit DX 526 admitted.** |
| CX |  | 10:53 AM | Cross-examination of Mr. Jinsoo Kim. |
|  |  | 11:06 AM | Mr. Jinsoo Kim. Excused and not subject to recall. |
|  | W12 | 11:07 AM | Samsung calls Dongwook Kim for testimony. |
|  |  | 11:08 AM | Mr. Dongwook Kim sworn. |
|  | DX | 11:09 AM | Direct examination of Mr. Dongwook Kim. |
|  |  | 11:13 AM | **Exhibit DX 4568 admitted.** |
|  |  | 11:19 AM | **Exhibit DX 4509 admitted under seal.** |
|  |  | 11:25 AM | **Exhibit DX 4520 admitted under seal.** |
| CX |  | 11:27 AM | Cross-examination of Mr. Dongwook Kim. |
|  |  | 11:34 AM | Mr. Dongwook Kim excused and not subject to recall. |
|  | W13 | 11:35 AM | Samsung calls Timothy Sheppard for testimony.  Mr. Sheppard sworn. |
|  | DX | 11:36 AM | Direct examination of Mr. Sheppard. |
|  |  | 11:40 AM | **Exhibit DX 753 admitted.** |
|  |  | 11:48 AM | **Exhibit DX 676 admitted.** |
| CX |  | 11:55 AM | Cross-examination of Mr. Sheppard. |
|  |  | 12:05 PM | Jurors excused for lunch break. |
|  |  | 12:06 PM | Hearing held outside the presence of jury. |
|  |  | 12:17 PM | Parties excused for lunch break. |
|  |  | 1:09 PM | Hearing held outside presence of jury. |
|  |  | 1:10 PM | Jury summoned. |
|  |  | 1:11 PM | Continued cross-examination of Mr. Sheppard. |
|  | RDX | 1:14 PM | Redirect examination of Mr. Sheppard. |

|     |     | 1:15 PM | Mr. Sheppard excused and not subject to recall. |
|-----|-----|---------|--------------------------------------------------|
|     | W14 | 1:15 PM | Samsung calls Sam Lucente for testimony. Mr. Lucente sworn. |
|     | DX  | 1:16 PM | Direct examination of Mr. Lucente. |
|     |     | 1:25 PM | The Court certifies Mr. Lucente as an expert in graphical user interface for electronic devices. |
|     |     | 1:38 PM | **Exhibit JX 1062 admitted.** |
|     |     | 1:43 PM | **Exhibit JX 1064 admitted.** |
|     |     | 1:47 PM | **Exhibit JX 1063 admitted.** |
|     |     | 2:13 PM | **Exhibit DX 4569 admitted.** |
|     |     | 2:14 PM | Jurors excused for break. |
|     |     | 2:15 PM | Parties excused for break. |
|     |     | 2:28 PM | Hearing held outside presence of jury. |
|     |     | 2:31 PM | Jury summoned. |
|     |     | 2:32 PM | Continued direct examination of Mr. Lucente. |
|     |     | 2:35 PM | **Exhibit DX 4516 admitted.** |
| CX  |     | 2:38 PM | Cross-examination of Mr. Lucente. |
|     | RDX | 3:22 PM | Redirect of Mr. Lucente. |
|     |     | 3:27 PM | Mr. Lucente excused and not subject to recall. |
|     |     | 3:27 PM | Jurors excused for break. |
|     |     | 3:28 PM | Parties excused for break. |
|     |     | 3:41 PM | Jury summoned. |
|     | W15 | 3:42 PM | Samsung calls Michael Wagner for testimony. Mr. Wagner sworn. |
|     | DX  | 3:43 PM | Direct examination of Mr. Wagner. |
|     |     | 3:48 PM | The Court certifies Mr. Wagner as an expert in patent damages and accounting. |
|     |     | 3:52 PM | **Exhibit DX 781 admitted.** |
|     |     | 4:23 PM | **Exhibit DX 4536 admitted.** |
|     |     | 4:29 PM | **Exhibit DX 4537 admitted.** |

|  |  | 4:30 PM | Jurors excused for the day and instructed not to research or discuss the case. Jurors to return 5/18/18 at 9:00 a.m. |
|--|--|---------|---|
|  |  | 4:31 PM | Hearing held outside presence of jury. |
|  |  | 4:46 PM | Recess. |
|  |  | 5:18 PM | Hearing held outside the presence of jury. |
|  |  | 6:09 PM | Parties excused. Court adjourned. Trial resumes 5/18/18 at 9:00 a.m. |
|  |  |  | *Time as listed and calculated in this Minute Entry is offered as an estimate. Please see the Court Reporter's real-time transcript. The Court remains the official time-keeper in this case. |