UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO. LTD., et al.,<br><br>　　　　Defendants. | Case No. 11-CV-01846-LHK<br><br>**ORDER ON OBJECTIONS TO CLOSING SLIDES**<br><br>Re: Dkt. Nos. 3772, 3773 |

The parties have each filed objections to the opposing party's closing slides. The parties also have each filed responses to the objections. ECF Nos. 3772, 3773. After reviewing the parties' briefing, considering the record in the case and the Federal Rules of Evidence, and balancing the considerations set forth in Federal Rule of Evidence 403, the Court rules as follows.

**I.　Samsung's Objections to Apple's Closing Slides**

| Apple Slide | Court's Ruling on Objection |
|---|---|
| PDX 14.32/14.53 | Overruled. |
| PDX 14.34/14.35 | Overruled. |
| PDX 14.40/14.41/14.42 | Overruled. |
| PDX 14.52 | Overruled. |
| PDX 14.61-14.63 | Overruled. |

| | |
|---|---|
| PDX 14.17-14.29, PDX 14.33, PDX 14.37, PDX 14.48, PDX 14.53 | Overruled. |

## II.  Apple's Objections Samsung's Closing Slides

| Samsung Slide | Court's Ruling on Objection |
|---|---|
| SDX2102 | Overruled, but SDX2102 is subject to the Court's previous orders that preclude use of this slide to argue independent development. |
| SDX2105, SDX2125, DX2132, SDX2158 | Overruled. |
| SDX2118, SDX2119 | Overruled. |
| SDX2137 | Overruled. |
| SDX2141 | Overruled. |
| SDX2159, SDX2160 | Sustained. |
| SDX2161 | Overruled, but Samsung is precluded from making an argument about the fairness of § 289's total profit remedy. |

**IT IS SO ORDERED.**

Dated: May 17, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge