# EXHIBIT A

**APPLE'S PROPOSED FINAL JURY INSTRUCTION NO. 32
MONETARY REMEDIES—ONLY ONE RECOVERY PER INFRINGING SALE**

You should award any remedy to which Apple has proven it is entitled with respect to each sale of an infringing phone, except that you should not award more than one form of monetary recovery for any given sale.

If you determine for a given sale of an infringing phone that Samsung applied one of Apple's patented designs to the whole phone, then Apple is entitled to the total profit on the phone.  In that case, you may not award any further amounts for that same sale, either for infringement of another design patent or for infringement of any utility patent.

 If you determine for a given sale of an infringing phone that Samsung applied Apple's patented designs to the components that Samsung alleges are the articles of manufacture, you may award Apple total profits on multiple components, but not on the same component twice.

For any sale of an infringing phone where you award a reasonable royalty for utility patent infringement, you may include royalty amounts for each utility patent infringed by the phone.

**Source:**

Final Jury Instruction No. 34 (Dkt. No. 2784 at 46); Tentative Final Jury Instruction No. 34 (Dkt. No. 3442 at 50)**;** *Catalina Lighting, Inc. v. Lamps Plus, Inc.*, 295 F.3d 1227, 1291-92 (Fed. Cir. 2002).