# EXHIBIT A

**APPLE V. SAMSUNG**
**FINAL ADMITTED EXHIBIT LIST**

| TX NO. | DESCRIPTION | DATE ADMITTED | LIMITING INSTRUCTION | SEALED? |
|---|---|---|---|---|
| PX 1 | Photographs of Apple Phone Models | 5/15/2018 | | |
| PX 3A | Apple and Samsung Smartphones | 5/15/2018 | | |
| PX 6 | Summary of Press Reports Regarding Samsung Phone Designs | 5/16/2018 | Document not offered for the truth of the matter. | |
| PX 7 | Photographs of infringing Samsung devices | 5/16/2018 | | |
| PX 8 | Photographs of Apple products | 5/16/2018 | | |
| PX 17A | Summary of iPhone and iPad News Coverage | 5/15/2018 | Document not offered for the truth of the matter. | |
| PX 25K | Summary of Apple's damages calculations | 5/16/2018 | | |
| PX 25L | Summary of Apple's damages calculations | 5/16/2018 | | SEALED |
| PX 32 | Samsung Blackjack i607 | 5/15/2018 | | |
| PX 34 | Translation of Presentation:  Feasibility Review on Standalone AP Business for Smart Phone Market | 5/16/2018 | | |
| PX 36 | Presentation:  Touch Portfolio Rollout Strategy Recommendation Based on Consumer Insight | 5/16/2018 | | |
| PX 38 | Presentation: Browser Zooming Methods UX Exploration Study | 5/16/2018 | | |
| PX 40 | Translation of Email from Bong-Hee Kim regarding Summary of Executive- Level Meeting Supervised by Head of Division (February 10) | 5/16/2018 | | |
| PX 44 | Translation of Presentation:  Relative Evaluation Report on S1, iPhone | 5/16/2018 | | |
| PX 46 | Translation of selected pages from Presentation: Behold3 Usability Evaluation Results<br>S/W Verification Group | 5/16/2018 | | |
| PX 52 | Presentation:  Samsung's Use of Apple Patents in Smartphones | 5/15/2018 | | |
| PX 57 | Translation of selected pages from Presentation: P5 Usability Evaluation Results S/W Verification Group 1 | 5/16/2018 | | |
| PX 60 | Presentation: STA Competitive  Situation Paradigm Shift | 5/16/2018 | | |
| PX 125 | Sony Ericsson K700i mobile phone | 5/15/2018 | | |
| PX 130 | iPhone 3G print ad | 5/15/2018 | | |
| PX 133 | "Apple Waves Its Wand at the iPhone," by David Pogue, *New York Times* , January 11, 2007 | 5/15/2018 | Document not offered for the truth of the matter. | |
| PX 134 | "Testing Out the iPhone," by Walter S. Mossberg and Katherine Boehert, *The Wall Street Journal* , June 27, 2007 | 5/15/2018 | Document not offered for the truth of the matter. | |
| PX 135 | "Best Inventions of 2007," by Lev Grossman, *Time* , November 1, 2007 (including photo of cover) | 5/15/2018 | Document not offered for the truth of the matter. | |
| PX 152 | Blackberry 8700G | 5/15/2018 | | |
| PX 157 | D&AD Design award | 5/15/2018 | | |
| PX 174 | "First Look: Samsung Vibrant Rips Off iPhone 3G Design," by Priya Ganapati, Wired, July 15, 2010 | 5/15/2018 | Document not offered for the truth of the matter. | |
| PX 180B | Samsung's Financial Spreadsheet | 5/16/2018 | | |
| DX 526 | Samsung F700 | 5/17/2018 | | |
| DX 572 | April 15, 2011 email string, subject: "Re: iPhone v Android Preso", with Smartphone Market Study US January 2011 attached | 5/15/2018 | | Apple requests that DX 572 be sealed, except as to DX572.003, DX572.006, and DX572.082, which are the only pages displayed in Court.  This is consistent with treatment of this Exhibit in 2013. Dkt. No. 2789 at 3. |
| DX 578 | April 14, 2010 email string and meeting agenda, subject : "iPhone 'firsts'" | 5/15/2018 | | |
| DX 676 | Samsung financial spreadsheet  (updated for new trial) | 5/17/2018 | | |
| DX 684 | Photographic summary of Samsung devices and translations of select pages | 5/17/2018 | | |
| DX 712 | Internal Apple email regarding competitive phone tracker | 5/15/2018 | | |

**APPLE V. SAMSUNG**
**FINAL ADMITTED EXHIBIT LIST**

| TX NO. | DESCRIPTION | DATE ADMITTED | LIMITING INSTRUCTION | SEALED? |
|---|---|---|---|---|
| DX 753 | Consolidated Financial Statements of Samsung Electronics Co., Ltd. and Subsidiaries as of December 31, 2011 | 5/17/2018 | | |
| DX 754 | Apple 10-K Forms, 2007-2011 | 5/16/2018 | | |
| DX 781 | Summaries of Samsung Profits Pursuant to FRE 1006 (updated for new trial) | 5/17/2018 | | |
| JX 1000 | iPhone | 5/15/2018 | | |
| JX 1001 | iPhone 3G | 5/15/2018 | | |
| JX 1002 | iPhone 3GS | 5/15/2018 | | |
| JX 1003 | iPhone 4 | 5/15/2018 | | |
| JX 1007 | Galaxy S (i9000) | 5/15/2018 | | |
| JX 1010 | Galaxy S Vibrant | 5/15/2018 | | |
| JX 1011 | Galaxy S Captivate | 5/15/2018 | | |
| JX 1012 | Galaxy S Epic 4G | 5/15/2018 | | |
| JX 1013 | Galaxy S Fascinate | 5/15/2018 | | |
| JX 1015 | Galaxy S Mesmerize | 5/15/2018 | | |
| JX 1016 | Galaxy S Continuum | 5/15/2018 | | |
| JX 1017 | Galaxy S Showcase 500 | 5/15/2018 | | |
| JX 1019 | Galaxy S 4G | 5/15/2018 | | |
| JX 1020 | Gem | 5/15/2018 | | |
| JX 1025 | Droid Charge | 5/15/2018 | | |
| JX 1026 | Indulge | 5/15/2018 | | |
| JX 1027 | Infuse 4G | 5/15/2018 | | |
| JX 1030 | Galaxy Ace | 5/16/2018 | | |
| JX 1031 | Galaxy S II (AT&T) | 5/15/2018 | | |
| JX 1032 | Galaxy S II (i9100) | 5/15/2018 | | |
| JX 1033 | Galaxy S II (T-Mobile) | 5/15/2018 | | |
| JX 1034 | Galaxy S II (Epic 4G Touch) | 5/15/2018 | | |
| JX 1035 | Galaxy S II (Skyrocket) | 5/15/2018 | | |
| JX 1041 | Certified copy of US D593,087 | 5/15/2018 | | |
| JX 1042 | Certified copy of US D604,305 | 5/15/2018 | | |
| JX 1043 | Certified copy of D618,677 | 5/15/2018 | | |
| JX 1045 | Certified copy of US 7,469,381 | 5/16/2018 | | |
| JX 1046 | Certified copy of US 7,864,163 | 5/16/2018 | | |
| JX 1062 | File wrapper for U.S. D593,087 | 5/17/2018 | | |
| JX 1063 | File wrapper for U.S. D604,305 | 5/17/2018 | | |
| JX 1064 | File history for U.S. D618,677 | 5/17/2018 | | |
| JX 1087 | LG Chocolate | 5/15/2018 | | |
| JX 1093 | LG Prada Phone | 5/17/2018 | | |
| JX 1500C | Summary of Samsung Sales Data | 5/16/2018 | | |
| DX 2519 | Presentation: Mini-Teardown Samsung Galaxy S (T-Mobile Vibrant) iPod/iPhone New Tech 8.10.10 | 5/15/2018 | | |
| DX 2627 | 3GSM Congress Trade Show Report | 5/15/2018 | | The date on the document is incorrect.  The correct date is 2007.  See Dkt. 2789-1 |
| PX 4029 | The iPhone Matches Most of Its Hype | 5/15/2018 | Document not offered for the truth of the matter. | |

**APPLE V. SAMSUNG**
**FINAL ADMITTED EXHIBIT LIST**

| TX NO. | DESCRIPTION | DATE ADMITTED | LIMITING INSTRUCTION | SEALED? |
|---|---|---|---|---|
| PX 4052 | CRM Galaxy S Product Launch Stream | 5/16/2018 | | |
| PX 4055 | Wired to be Picture Perfect Ad | 5/16/2018 | | |
| PX 4061 | Amethyst, iPhone Usability Test Results | 5/16/2018 | | |
| PX 4071 | Kepler Usability Study | 5/16/2018 | | |
| PX 4072 | Deposition designations for JunWon Lee | | Document has been lodged | |
| DX 4509 | Samsung Amended Bill of Materials | 5/17/2018 | | SEALED |
| DX 4516 | Compilation of Documents Showing Sales of Samsung Components | 5/17/2018 | | |
| DX 4520 | Samsung Window Glass Spreadsheet | 5/17/2018 | | SEALED |
| DX 4528 | Samsung TV Advertisements | 5/17/2018 | | |
| DX 4536 | Percent of Entire Profits Related to the AOMs (Summary) | 5/17/2018 | | |
| DX 4537 | Samsung Profits Related to the AOMs (Excluding Negative Amounts) (Summary) | 5/17/2018 | | |
| DX 4540 | Internal Apple Presentation: "Samsung's brand update" | 5/15/2018 | | Apple requests that DX4540 be sealed, except as to DX4540.002 and DX4540.004, which are the only pages displayed in Court. |
| DX 4545 | Apple Costed BOM (iPhone 4) | 5/15/2018 | | SEALED |
| DX 4546 | Apple Costed BOM (iPhone 4) | 5/15/2018 | | SEALED |
| DX 4547 | Apple Costed BOM (Q1 2012) | 5/15/2018 | | SEALED |
| DX 4549 | Dow Corning Agreement & Letter | 5/15/2018 | | SEALED |
| DX 4554 | Apple Financials: GAAP Line of Business Reporting for iPhone, iPad, and iPod | 5/16/2018 | | SEALED |
| DX 4561 | Apple Unasserted Design Patent - D789,926 | 5/16/2018 | | |
| DX 4568 | Summary of Specification for Approval Documents | 5/17/2018 | | Samsung requests that DX 4568 be sealed, except as to DX 4568.100 and DX4568.146, which are the only pages that were shown in Court. |
| DX 4569 | Photographic Summary of Disassemblies and Component Articles of Manufacture | 5/17/2018 | | |
| DX 4573 | Apple Engineering Drawings - Exploded Views | 5/15/2018 | | SEALED |
| DX 4606 | Featured Images of Samsung Phones (Summary) | 5/17/2018 | | |
| DX 4607 | Samsung Galaxy S II:  Launch Master Plan (March 15, 2011) | 5/17/2018 | | Samsung requests that DX 4607 be sealed, except as to DX 4607.009 and DX 4607.013 which are the only pages that were shown in Court. |
| JX 5000 | Components of Galaxy S Vibrant Identified by Samsung as Alleged AOMs | 5/15/2018 | | |
| JX 5001 | Components of Galaxy S Captivate Identified by Samsung as Alleged AOMs | 5/15/2018 | | |
| JX 5002 | Components of Galaxy S Epic 4G Identified by Samsung as Alleged AOMs | 5/15/2018 | | |
| JX 5003 | Components of Galaxy S Fascinate Identified by Samsung as Alleged AOMs | 5/15/2018 | | |
| JX 5004 | Components of Galaxy S Mesmerize Identified by Samsung as Alleged AOMs | 5/15/2018 | | |
| JX 5005 | Components of Galaxy S Continuum Identified by Samsung as Alleged AOMs | 5/15/2018 | | |
| JX 5006 | Components of Galaxy S Showcase 500 Identified by Samsung as Alleged AOMs | 5/15/2018 | | |
| JX 5007 | Components of Galaxy S 4G Identified by Samsung as Alleged AOMs | 5/15/2018 | | |
| JX 5008 | Components of Gem Identified by Samsung as Alleged AOMs | 5/15/2018 | | |
| JX 5009 | Components of Droid Charge Identified by Samsung as Alleged AOMs | 5/15/2018 | | |
| JX 5010 | Components of Indulge Identified by Samsung as Alleged AOMs | 5/15/2018 | | |

**APPLE V. SAMSUNG**

**FINAL ADMITTED EXHIBIT LIST**

| TX NO. | DESCRIPTION | DATE ADMITTED | LIMITING INSTRUCTION | SEALED? |
|---|---|---|---|---|
| JX 5011 | Components of Infuse 4G Identified by Samsung as Alleged AOMs | 5/15/2018 | | |
| JX 5012 | Components of Galaxy S II (AT&T) Identified by Samsung as Alleged AOMs | 5/15/2018 | | |
| JX 5013 | Components of Galaxy S II (T-Mobile) Identified by Samsung as Alleged AOMs | 5/15/2018 | | |
| JX 5014 | Components of Galaxy S II (Epic 4G Touch) Identified by Samsung as Alleged AOMs | 5/15/2018 | | |
| JX 5015 | Components of Galaxy S II (Skyrocket) Identified by Samsung as Alleged AOMs | 5/15/2018 | | |