UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CIVIL MINUTES

# APPLE INC. v. SAMSUNG CO. LTD, et al.
5:11-CV-01846-LHK

**Court Proceedings:** Jury Trial, Friday, May 18, 2018
**Location:** Courtroom 8, 4th floor
**Time in Court**: 6 hours

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Lee-Anne Shortridge

**Plaintiff's Counsel:** William F. Lee, Nathaniel B. Sabri, Joseph Mueller, Amy Wigmore, and Mark D. Selwyn.
**Defense Counsel:** John B. Quinn, Victoria F. Maroulis, William C. Price, and Kathleen M. Sullivan.

Hearing held.  *See* attached trial log.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **5:11-CV-01846-LHK**
Case Name: *APPLE INC. v. SAMSUNG ELECTRONICS CO. LTD., et al.*
**TRIAL LOG**

| TRIAL DATE: 5/18/2018 | | REPORTER(S): Lee-Anne Shortridge | | CLERK: Irene Mason |
|---|---|---|---|---|

| PLF | DEFTS | *TIME | DESCRIPTION | |
|---|---|---|---|---|
| | | 9:04 AM | Trial proceedings continue.  Jury summoned. | |
| | | 9:05 AM | Continued direct examination of Mr. Wagner. | |
| CX | | 9:20 AM | Cross-examination of Mr. Wagner. | |
| | RDX | 10:06 AM | Redirect of Mr. Wagner. | |
| RCX | | 10:20 AM | Re-cross of Mr. Wagner. | |
| | | 10:24 AM | Mr. Wagner excused and subject to recall. | |
| | | 10:24 AM | Samsung rests. | |
| | | 10:25 AM | Apple rests. | |
| | | 10:25 AM | Jury excused for break. | |
| | | 10:26 AM | Hearing held outside presence of jury. | |
| | | 10:28 AM | Parties excused for break. | |
| | | 10:56 AM | Hearing held outside presence of jury. | |
| | | 11:18 AM | Recess. | |
| | | 11:38 PM | Hearing held outside presence of jury. | |
| | | 11:45 AM | Jury summoned. | |
| | | 11:46 AM | Final Jury Instructions read to jurors. | |
| | | 12:23 PM | Final Jury Instructions conclude. | |
| | | 12:24 PM | Jurors excused for lunch. | |
| | | 12:25 PM | Hearing held outside the presence of jury. | |
| | | 12:26 PM | Parties shall lodge all demonstratives used with the Court by Monday, May 21, 2018. | |

| | | | |
|---|---|---|---|
| | | 12:29 PM | Parties excused for break. |
| | | 1:46 PM | Jury summoned. |
| | | 1:48 PM | Apple's closing arguments. |
| | | 2:30 PM | Apple closing arguments conclude. |
| | | 2:32 PM | Samsung's closing arguments. |
| | | 3:10 PM | Jurors excused for break. |
| | | 3:11 PM | Parties excused for break. |
| | | 3:22 PM | Jury summoned. |
| | | 3:23 PM | Continued closing arguments by Samsung. |
| | | 3:46 PM | Samsung's closing arguments conclude. |
| | | 3:47 PM | Apple rebuttal. |
| | | 4:04 PM | Apple's rebuttal ends. |
| | | 4:06 PM | Bailiff sworn |
| | | 4:06 PM | Jury excused to deliberate. |
| | | 4:07 PM | Parties stipulate that the bailiff may excuse the jurors at recess, lunch break, and at the end of the day, without the court being in session. |
| | | 4:08 PM | All parties have reviewed the admitted exhibits and laptop and agree that it may be used by the jurors. |
| | | 4:09 PM | Courtroom Deputy takes custody of admitted exhibits. |
| | | 4:10 PM | Recess. |
| | | 4:15 PM | Cross Rule 50 motions heard. |
| | | 4:35 PM | Jurors excused for the day and shall return May 21, 2018 at 9:00 a.m. for further deliberations. |
| | | 5:24 PM | For the reasons stated on the record, both parties' Rule 50 motions were denied. |
| | | 5:25 PM | Parties excused. Court adjourned. |
| | | | *Time as listed and calculated in this Minute Entry is offered as an estimate. Please see the Court Reporter's real-time transcript. The Court remains the official time-keeper in this case. |