# Exhibit A

**Samsung List of Demonstratives**

| Prefix | No. | Prefix | No. |
| --- | --- | --- | --- |
| PDX | 14.17 | SDX | 1104 |
| PDX | 14.22 | SDX | 1105 |
| PDX | 14.59 | SDX | 1401 |
| SDX | 1 | SDX | 1402 |
| SDX | 5 | SDX | 1403 |
| SDX | 7 | SDX | 1404 |
| SDX | 9 | SDX | 1405 |
| SDX | 10 | SDX | 1406 |
| SDX | 11 | SDX | 1407 |
| SDX | 14 | SDX | 1408 |
| SDX | 15 | SDX | 1409 |
| SDX | 16 | SDX | 1410 |
| SDX | 17 | SDX | 1411 |
| SDX | 18 | SDX | 1412 |
| SDX | 19 | SDX | 1413 |
| SDX | 20 | SDX | 1414 |
| SDX | 25 | SDX | 1415 |
| SDX | 26 | SDX | 1416 |
| SDX | 27 | SDX | 1417 |
| SDX | 28 | SDX | 1418 |
| SDX | 29 | SDX | 1419 |
| SDX | 30 | SDX | 1420 |
| SDX | 32 | SDX | 1421 |
| SDX | 34 | SDX | 1423 |
| SDX | 35 | SDX | 1424 |
| SDX | 37 | SDX | 1425 |
| SDX | 38 | SDX | 1426 |
| SDX | 39 | SDX | 1436 |
| SDX | 301 | SDX | 1500 |
| SDX | 403 | SDX | 1501 |
| SDX | 406 | SDX | 1701 |
| SDX | 412 | SDX | 1702 |
| SDX | 701 | SDX | 1706 |
| SDX | 702 | SDX | 1708 |
| SDX | 705 | SDX | 1709 |
| SDX | 706 | SDX | 1710 |
| SDX | 711 | SDX | 1711 |
| SDX | 712 | SDX | 1712 |
| SDX | 719 | SDX | 1713 |
| SDX | 1103 | SDX | 2104 |

Samsung List of Demonstratives

| Prefix | No. |
|--------|------|
| SDX | 2106 |
| SDX | 2108 |
| SDX | 2109 |
| SDX | 2110 |
| SDX | 2115 |
| SDX | 2117 |
| SDX | 2118 |
| SDX | 2121 |
| SDX | 2122 |
| SDX | 2124 |
| SDX | 2125 |
| SDX | 2127 |
| SDX | 2132 |
| SDX | 2135 |
| SDX | 2136 |
| SDX | 2137 |
| SDX | 2138 |
| SDX | 2139 |
| SDX | 2143 |
| SDX | 2146 |

| Prefix | No. |
|--------|------|
| SDX | 2149 |
| SDX | 2156 |
| SDX | 2161 |
| SDX | 2166 |
| SDX | 2201 |
| SDX | 2217 |
| SDX | 2228 |
| SDX | 2230 |
| SDX | 2234 |
| SDX | 2237 |
| SDX | 2239 |
| SDX | 2241 |
| SDX | 2243 |
| SDX | 2248 |
| SDX | 2287 |
| SDX | 2288 |
| SDX | 2298 |
| SDX | 2307 |
| SDX | 2310 |