| | |
|---|---|
| ERIK J. OLSON (CA SBN 175815) | WILLIAM F. LEE (*pro hac vice*) |
| ejolson@mofo.com | william.lee@wilmerhale.com |
| NATHAN B. SABRI (CA SBN 252216) | WILMER CUTLER PICKERING |
| nsabri@mofo.com |    HALE AND DORR LLP |
| MORRISON & FOERSTER LLP | 60 State Street |
| 425 Market Street | Boston, Massachusetts 02109 |
| San Francisco, California 94105-2482 | Telephone:  (617) 526-6000 |
| Telephone:  (415) 268-7000 | Facsimile:  (617) 526-5000 |
| Facsimile:  (415) 268-7522 | |
| | MARK D. SELWYN (CA SBN 244180) |
| | mark.selwyn@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| |    HALE AND DORR LLP |
| | 950 Page Mill Road |
| | Palo Alto, California 94304 |
| | Telephone:  (650) 858-6000 |
| | Facsimile:  (650) 858-6100 |

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., a California corporation, | |
| Plaintiff, | |
| vs. | Case No. 11-cv-01846-LHK |
| SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company, | **APPLE'S NOTICE OF LODGING OF DEMONSTRATIVES SHOWN DURING TRIAL** |
| Defendants. | |

1  Please take notice that pursuant to the Court's request Plaintiff Apple Inc. ("Apple") is
2  lodging with the Court copies of demonstratives shown by Apple during trial.  Attached hereto as
3  Exhibit A is a list of the demonstratives to be lodged.
4
5  Dated: May 21, 2018                           */s/ Mark D. Selwyn*
                                                  Mark D. Selwyn (SBN 244180)
6
                                                  *Attorney for Plaintiff Apple Inc.*
7

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 21, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                */s/ Mark D. Selwyn*
                                                Mark D. Selwyn