# EXHIBIT A

## Apple List of Demonstratives

| Prefix | No. |
| --- | --- |
| PDX | 1.1 - 1.23 |
| PDX | 1.25 - 1.40 |
| PDX | 2.3 - 2.4 |
| PDX | 3.2 - 3.3 |
| PDX | 4.3 |
| PDX | 5.2 - 5.6 |
| PDX | 5.9 - 5.16 |
| PDX | 6.2 - 6.10 |
| PDX | 6.14 - 6.16 |
| PDX | 6.19 |
| PDX | 6.22 |
| PDX | 7.2 - 7.8 |
| PDX | 8.2 - 8.6 |
| PDX | 9.1 - 9.3 |
| PDX | 9.5 |
| PDX | 9.6 |
| PDX | 9.9 |
| PDX | 9.11 |
| PDX | 9.13 |
| PDX | 9.17 |
| PDX | 9.19 - 9.26 |
| PDX | 9.28 |
| PDX | 9.29 |
| PDX | 9.32 - 9.36 |
| PDX | 9.38 |
| PDX | 10.5 |
| PDX | 14.1 – 14.4 |
| PDX | 14.6 – 14.14 |
| PDX | 14.20 – 14.31 |
| PDX | 14.33 – 14.39 |
| PDX | 14.46 – 14.49 |
| PDX | 14.51 – 14.54 |
| PDX | 14.56 |
| PDX | 14.60 – 14.62 |
| PDX | 14.64 – 14.68 |
| Final Jury Instruction No. 28 | |
| Final Jury Instruction No. 30 | |
| Trial Testimony Quotes - various | |

| Prefix | No. |
| --- | --- |
| SDX | 29 |
| SDX | 1402 |
| SDX | 1403 |
| SDX | 1408 |
| SDX | 1413 |
| SDX | 1419 |
| SDX | 1436 |
| SDX | 1702 |
| SDX | 1706 |
| SDX | 1712 |