*APPLE INC. v. SAMSUNG ELECTRONICS CO. LTD., et al.*
11-CV-01846-LHK
U.S. District Court, Northern District of California, San Jose Division

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 01

The Jury has the following question:

DURING THE DIRECT EXAMINATION OF MR. WAGNER A SLIDE WAS SHOWN (SDX 2146 WE BELIEVE) THAT SHOWED A DISPLAY ASSEMBLY OF A SAMSUNG PHONE WITH THE BREAKDOWN OF THE COMPONENTS THAT GO INTO THE DISPLAY ASSEMBLY. (ALTERNATELY, THE SLIDE MAY HAVE BEEN SDX 1711?) MAY WE SEE THAT SLIDE? IT IS THE COMPLETED DISPLAY ASSEMBLY IMAGE WE ARE INTERESTED IN.

Date: 5/22/18      Signature of Juror: Caitrin Bravo

Time: 9:35 AM      Printed name of Juror: CAITRIN BRAVO

Response from the Court:

Date:_____
Time:_____

Lucy H. Koh
United States District Judge