*APPLE INC. v. SAMSUNG ELECTRONICS CO. LTD., et al.*
11-CV-01846-LHK
U.S. District Court, Northern District of California, San Jose Division

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 01

The Jury has the following question:

DURING THE DIRECT EXAMINATION OF MR. WAGNER, A SLIDE WAS SHOWN (SDX 2146 WE BELIEVE) THAT SHOWED A DISPLAY ASSEMBLY OF A SAMSUNG PHONE WITH THE BREAKDOWN OF THE COMPONENTS THAT GO INTO THE DISPLAY ASSEMBLY. (ALTERNATELY, THE SLIDE MAY HAVE BEEN SDX 1711?) MAY WE SEE THAT SLIDE? IT IS THE COMPLETED DISPLAY ASSEMBLY IMAGE WE ARE INTERESTED IN.

Date: 5/22/18     Signature of Juror: [signature]

Time: 9:35 AM     Printed name of Juror: CAITRIN BRAVO

Response from the Court:

SDX 2146 and SDX 1711 are demonstratives. No demonstratives of any party have been admitted into evidence. We cannot give you a copy of SDX 2146 and SDX 1711. DX 4568 has been admitted into evidence. You must consider all of the admitted evidence. You must not single out some admitted evidence and ignore others. All admitted exhibits are important.

Date: May 22, 2018
Time: 10:51 AM

*Lucy H. Koh*
Lucy H. Koh
United States District Judge