UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CIVIL MINUTES

## APPLE INC. v. SAMSUNG CO. LTD, et al.
5:11-CV-01846-LHK

**Court Proceedings:** Jury Trial, Tuesday, May 22, 2018
**Location:** Courtroom 8, 4th floor
**Time in Court**: 34 minutes

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Lee-Anne Shortridge

**Plaintiff's Counsel:** Joseph Mueller, Nathaniel B. Sabri, Amy Wigmore, Erik J. Olson, and Sarah R. Frazier.
**Defense Counsel:** Victoria F. Maroulis, William C. Price, Carl G. Anderson, and Brett J. Arnold.

Hearing held re: note #1.