*APPLE INC. v. SAMSUNG ELECTRONICS CO. LTD., et al.*
11-CV-01846-LHK
U.S. District Court, Northern District of California, San Jose Division

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. __5__

The Jury has the following question:

Can you clarify this sentence: "Design patents protect the ornamental appearance, including shape or configuration, of an article of manufacture."

Can you clarify what you mean by the ornamental design includes configuration?

Date: __5/23__    Signature of Juror: __Christine Calderon__

Time: __2:33__    Printed name of Juror: __Christine Calderon__

Response from the Court:

_____

Date: _____

Time: _____

Lucy H. Koh
United States District Judge