*APPLE INC. v. SAMSUNG ELECTRONICS CO. LTD., et al.*
11-CV-01846-LHK
U.S. District Court, Northern District of California, San Jose Division

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. ___5___

The Jury has the following question:

Can you clarify this sentence: "Design patents protect the ornamental appearance, including shape or configuration, of an article of manufacture."

Can you clarify what you mean by the ornamental design includes congfiguration?

Date: 5/23          Signature of Juror: _Chris Calderon_

Time: 2:33          Printed name of Juror: _Christine Calderon_

Response from the Court:

We have not received Juror Notes Numbered 2, 3, + 4. Please provide those if you would like us to respond.

You have the jury instructions. No further guidance can be provided.

Date: 5/23/2018          _Lucy H. Koh_
Time: 3:31 PM            Lucy H. Koh
                        United States District Judge