UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CIVIL MINUTES

---

# APPLE INC. v. SAMSUNG CO. LTD, et al.
5:11-CV-01846-LHK

---

**Court Proceedings:** Jury Trial, Wednesday, May 23, 2018
**Location:** Courtroom 8, 4th floor
**Time in Court:** 9 minutes

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Lee-Anne Shortridge

**Plaintiff's Counsel:** Joseph Mueller, Nathaniel B. Sabri, Amy Wigmore, Erik J. Olson, and Sarah R. Frazier.
**Defense Counsel:** Victoria F. Maroulis, William C. Price, Carl G. Anderson, and Brett J. Arnold.

---

Hearing held re: note #2.