UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>   Plaintiff,<br><br> v.<br><br>SAMSUNG ELECTRONICS CO. LTD, et al.,<br><br>   Defendants. | Case No.  11-CV-01846-LHK<br><br>**JURY VERDICT**<br><br>(Signed by Jury Foreperson on 5/24/2018) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD., et al., <br><br> Defendants. | Case No. 11-CV-01846-LHK <br><br> **VERDICT FORM** |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

1

Case No. 11-CV-01846-LHK
VERDICT FORM

# FINDINGS ON APPLE'S DAMAGES CLAIMS

1. What is the total dollar amount that Apple is entitled to receive for Samsung's infringement of the D'677, D'087, and D'305 patents?

$ __533,316,606__ .

2. For the total dollar amount in your answer to Question 1, please provide the dollar breakdown by product.

| Samsung Product | Damages for Infringement of D'677, D'087, and D'305 Patents |
|---|---|
| Captivate (JX 1011) | 16,618,320 |
| Continuum (JX 1016) | 5,149,345 |
| Droid Charge (JX 1025) | 54,839,113 |
| Epic 4G (JX 1012) | 43,486,055 |
| Fascinate (JX 1013) | 8,884,189 |
| Galaxy S 4G (JX 1019) | 75,925,367 |
| Galaxy S II (AT&T) (JX 1031) | 26,928,747 |
| Galaxy S II (Epic 4G Touch) (JX 1034) | 63,456,820 |
| Galaxy S II (Skyrocket) (JX 1035) | 20,090,290 |
| Galaxy S II (T-Mobile) (JX 1033) | 54,045,652 |
| Galaxy S Showcase (JX 1017) | 30,662,111 |
| Gem (JX 1020) | 4,434,398 |
| Indulge (JX 1026) | 15,681,286 |
| Infuse 4G (JX 1027) | 76,205,628 |
| Mesmerize (JX 1015) | 36,901,389 |
| Vibrant (JX 1010) | 7,897 |

2

Case No. 11-CV-01846-LHK
VERDICT FORM

3. What is the total dollar amount that Apple is entitled to receive for Samsung's infringement of the '381 and '163 patents?

$ 5,325,050 .

4. For the total dollar amount in your answer to Question 3, please provide the dollar breakdown by product.

| Samsung Product | Damages for Infringement of '381 and '163 Patents |
|---|---|
| Captivate (JX 1011) | 0 |
| Continuum (JX 1016) | 0 |
| Droid Charge (JX 1025) | 0 |
| Epic 4G (JX 1012) | 0 |
| Fascinate (JX 1013) | 2,504,979 |
| Galaxy S 4G (JX 1019) | 848,125 |
| Galaxy S II (AT&T) (JX 1031) | 0 |
| Galaxy S II (T-Mobile) (JX 1033) | 0 |
| Gem (JX 1020) | 0 |
| Indulge (JX 1026) | 0 |
| Infuse 4G (JX 1027) | 0 |
| Mesmerize (JX 1015) | 626,412 |
| Vibrant (JX 1010) | 1,345,534 |

Have the presiding juror sign and date this form.

Signed: [signature]   Date: 5/24/18

Case No. 11-CV-01846-LHK
VERDICT FORM

3